IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GLUGAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | : : : : : | CIVIL ACTION |
| THIS DOCUMENT RELATES TO: ALL ACTIONS/ALL CASES | : : : | MDL No. 3094 24-md-3094 |

## CASE MANAGEMENT ORDER NO. 2

AND NOW, this _16th_ day of February, 2024, to the extent not heretofore noticed, with respect to *pro hac vice* appearances in this MDL No. 3094, *pro hac vice* fees are waived and will not be required.

Before the appearance of any attorney will be permitted in this case, compliance with Judge Pratter's *pro hac vice* form (*as opposed to* the *pro hac vice* form used by this District's Clerk of Court, which is considered to be insufficient for this litigation) must be submitted in full to Judge Pratter for review and action.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1