**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: GLUGAGON-LIKE | : | CIVIL ACTION |
| PEPTIDE-1 RECEPTOR AGONISTS | : | |
| (GLP-1 RAS) PRODUCTS | : | |
| LIABILITY LITIGATION | : | |
| _____ | : | |
| | : | |
| THIS DOCUMENT RELATES TO: | : | MDL No. 3094 |
| | : | 24-md-3094 |
| *ALL ACTIONS/ALL CASES* | : | |
| _____ | | |

## NOTICE OF HEARING

A **STATUS CONFERENCE** has been scheduled to be held on **April 18, 2024** at **2:00 p.m.** in **Courtroom 10B** before the Honorable Gene E.K. Pratter, at 601 Market Street, Philadelphia, PA 19106.

Counsel are encouraged to meet and confer with each other promptly in anticipation of the conference. Any counsel may individually or on some joint basis submit no later than close-of-business on April 9, 2024 any suggestion(s) for the agenda for the April 18, 2024 Conference. The Court will circulate to all counsel the full, final agenda on or before close-of-business on April 15, 2024.

s/Michael Coyle
**MICHAEL COYLE**
Courtroom Deputy
to the Honorable Gene E.K. Pratter