**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: GLUCAGON-LIKE | : | |
| PEPTIDE-1 RECEPTOR AGONISTS | : | CIVIL ACTION |
| (GLP-1 RAS) NON-ARTERITIC | : | |
| ANTERIOR ISCHEMIC OPTIC | : | |
| NEUROPATHY PRODUCTS | : | MDL No. 3163 |
| LIABILITY LITIGATION | : | 25-md-3163 |
| | : | 01-md-3163 |
| | : | |
| THIS DOCUMENT RELATES TO: | : | HON. KAREN SPENCER MARSTON |
| | : | |
| *ALL ACTIONS/ALL CASES* | : | |

**ORDER**

**AND NOW**, this 6th day of March, 2026, on the agreement of the parties, it is

**ORDERED** that the in person status conferences scheduled for **March 9, 2026** and **April 14,**

**2026** are **CANCELLED.**

**IT IS FURTHER ORDERED** that the Court's January 26, 2026 Order (Case No.

25md3163, Doc. No. 22; Case No. 01md3163, Doc. No. 5) is **AMENDED** as follows.  The

parties shall appear in Courtroom 16B for a **STATUS CONFERENCE** before the Honorable

Karen Spencer Marston on the following days:

- **April 28, 2026 at 11:00 a.m.**

- **May 12, 2026 at 11:00 a.m.**

- **June 23, 2026 at 11:00 a.m.**

- **July 14, 2026 at 11:00 a.m.**

- **October 13, 2026 at 11:00 a.m.**

- **November 17, 2026 at 11:00 a.m.**

- **December 8, 2026 at 11:00 a.m.**

Counsel are encouraged to meet and confer with each other in anticipation of these conferences. Any counsel may individually or on some joint basis submit no later than close-of-business on the day one week prior to the conference any suggestions(s) for the agenda. The Court will circulate the final agenda no later than three days before the conference. The Court also encourages any counsel who will seek reimbursement for travel expenses from a common benefit fund to attend the conferences remotely.[1]

**IT IS SO ORDERED.**

/s/ Karen Spencer Marston
**KAREN SPENCER MARSTON, J.**

---

[1] The Court previously shared the remote access information for these conferences with leadership counsel. The access information is also listed on the Court's website for this MDL.