# EXHIBIT A

# IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION

## PROPOSED LEADERSHIP SLATE

### Proposed Co-Lead Counsel

| | |
|---|---|
| Paul Pennock | Jonathan Orent |
| Morgan & Morgan | Motley Rice |
| | |
| Sarah Ruane | Parvin Aminolroaya |
| Wagstaff & Cartmell | Seeger Weiss |

### Proposed Liaison Counsel

| | |
|---|---|
| Bobbi Liebenberg | Nina Spizer |
| Fine, Kaplan & Black | Dilworth Paxson |

### Proposed Plaintiffs' Executive Committee

| | |
|---|---|
| Bradley Honnold | Mike Daly |
| Goza & Honnold | Pogust Goodhead |
| *Proposed Co-Chair* | *Proposed Co-Chair* |
| | |
| Daniel Seltz | D. Nicole Guntner |
| Lieff Cabraser Heimann & Bernstein | Aylstock, Witkin, Kreis & Overholtz |
| | |
| Keith Verrier | Alex Walsh |
| Levin Sedran & Berman | Alex Walsh Law |
| | |
| Evan Buxner | Ryan Duplechin |
| The Gori Law Firm | Beasley Allen Law Firm |
| | |
| Daniel Nigh | Diandra "Fu" Debrosse Zimmerman |
| Nigh Goldenberg Raso & Vaughn | DiCello Levitt |
| | |
| W. Cameron Stephenson | |
| Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey | |

## Proposed Plaintiffs' Steering Committee

Rosemarie Bogdan  
Harding Mazzotti

Sara Schramm  
Hammers Law Firm

Lee Floyd  
Breit Biniazan

Ellen Presby  
Ferrer Poirot Feller Daniel

Digger Earles  
Laborde Earles Injury Lawyers

Sara Couch  
Motley Rice

Craig Sullivan  
Sullivan Paipan Block McManus  
Coffinas & Cannavo

Noah Lauricella  
Goldenberg Lauricella

Layne Hilton  
Meyer Wilson

Jason Goldstein  
Parker Waichman

Stacy Hauer  
Johnson Becker

Daniel Robinson  
Robinson Calcagnie

Danae Benton  
The Cochran Firm