IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | Case No. 24-md-03094-GEKP |

**JOINT SUGGESTIONS FOR APRIL 18, 2024 CONFERENCE AGENDA**

Pursuant to ECF 57, undersigned counsel met and conferred in anticipation of the April 18, 2024 Conference and jointly suggest the following topics for inclusion on the Court's agenda:'

Cases in Inventory

- Plaintiffs' update on case inventory, as requested by the Court at the March 14, 2024 conference;

Science Day

- Status of parties' discussion regarding lawyer-presented Science Day and jointly proposed date of June 14, 2024;

Motion Practice and Case Management

- Status of parties' discussion and agreements regarding motions to dismiss;
- Potential case management tools;

Fact Sheets

- Status of parties' discussion regarding Plaintiff Fact Sheet ("PFS"), medical record authorizations and vendor selection;

1

<u>Service</u>

- Status of parties' discussions regarding electronic service;

<u>Discovery</u>

- Status of ESI protocol, preservation order and protective orders and schedule for briefing disputes

<u>Status Conferences</u>

- Schedule of Rule 26(f) conference

- Scheduling next case management conference

Additionally, the undersigned would like to notify the Court that they have reached an agreement to file their respective position papers on April 9, 2024 and to file corresponding responses to position papers on April 15, 2024.  The parties have agreed that these position papers will be utilized solely to educate the Court on issues they believe are relevant to the Court at the outset of the litigation.   Information or positions contained in the papers will not be admissible or binding on any party and will not be used for any other purpose.

Dated: April 9, 2024                                    Respectfully submitted,

*/s/ Parvin K. Aminolroaya*
Parvin K. Aminolroaya
**SEEGER WEISS LLP**
55 Challenger Rd., 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Email: paminolroaya@seegerweiss.com

*/s/ Jonathan Orent*
Jonathan Orent
**MOTLEY RICE LLC**
40 Westminster St., 5th Floor
Providence, RI 02903

Telephone: (401) 457-7700
Email: jorent@motleyrice.com

*/s/ Sarah Ruane*
Sarah Ruane
**WAGSTAFF & CARTMELL**
4740 Grand Avenue Suite 300
Kansas City, MO 64112
Telephone: (816) 701-1123
Email: sruane@wcllp.com

*/s/ Paul Pennock*
Paul Pennock
**MORGAN & MORGAN**
199 Water Street, Ste 1500
New York, NY 10038
Telephone: (212) 738-6299
Email: ppennock@forthepeople.com

*Proposed Co-Lead Counsel*

*/s/ Loren H. Brown*
Loren H. Brown (admitted PHV)
Lucas P. Przymusinski (PHV pending)
**DLA PIPER LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, NY 10020-1104
Telephone: (212) 335-4846
Facsimile: (212) 335-4501
loren.brown@us.dlapiper.com
lucas.przymusinski@us.dlapiper.com

Ilana H. Eisenstein (PA Bar No. 94907)
Raymond M. Williams (PA Bar No. 90771)
**DLA PIPER LLP (US)**
1650 Market Street, Suite 5000
Philadelphia, PA 19103
Telephone: (215) 656-3300
Facsimile: (215) 606-3301
ilana.eisenstein@us.dlapiper.com
raymond.williams@us.dlapiper.com

Matthew A. Holian (admitted PHV)
Katherine W. Insogna (admitted PHV)
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor

Boston, MA 02110
Telephone: (617) 406-6000
Facsimile: (617) 406-6100
matt.holian@us.dlapiper.com
katie.insogna@us.dlapiper.com

*Attorneys for Novo Nordisk A/S, Novo Nordisk North America Operations A/S, Novo Nordisk US Holdings, Inc., Novo Nordisk US Commercial Holdings, Inc., Novo Nordisk, Inc., Novo Nordisk Research Center Seattle, Inc., and Novo Nordisk Pharmaceutical Industries, LP*


*/s/ Samuel W. Silver*
Samuel W. Silver (PA Bar No. 56596)
Catherine M. Recker (PA Bar No. 56813)
Bruce P. Merenstein (PA Bar No. 82609)
Abigail T. Burton (PA Bar No. 334450)
**Welsh & Recker, P.C.**
306 Walnut Street
Philadelphia, PA 19106
Telephone: (215) 972-6430
Facsimile: (985) 617-1021
ssilver@welshrecker.com
cmrecker@welshrecker.com
bmerenstein@welshrecker.com
aburton@welshrecker.com

James F. Hurst, P.C.
Renee D. Smith
Diana M. Watral, P.C.
**Kirkland & Ellis LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
james.hurst@kirkland.com
renee.smith@kirkland.com
diana.watral@kirkland.com

*Attorneys for Defendant Eli Lilly and Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of April, 2024, a true and correct copy of the accompanying document was filed with the Clerk of Court via the Court's CM/ECF system for electronic service to all counsel of record.

*/s/ Parvin K. Aminolroaya*
Parvin K. Aminolroaya
