IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | MDL No. 3094<br>Case No. 24-md-3094<br>HON. GENE E.K. PRATTER |

**MOTION FOR *PRO HAC VICE* ADMISSION OF JONATHAN M. REDGRAVE**

Pursuant to Local Rule 83.5 and Judge Gene E.K. Pratter's General Pretrial and Trial Procedures for *Pro Hac Vice* Admissions, the undersigned counsel, Samuel W. Silver of Welsh & Recker P.C., who is admitted to practice and in good standing before the U.S. District Court for the Eastern District of Pennsylvania, respectfully moves the Court for an Order granting admission to Jonathan M. Redgrave, for the purpose of appearing as counsel on behalf of defendant Eli Lilly and Company, in the above-styled cause. In support of this motion, the undersigned states:

1. Mr. Redgrave maintains an office for the practice of law at Redgrave LLP, 4800 Westfields Boulevard, Suite 250, Chantilly, Virginia 20151. He is admitted to and a member in good standing of the State Bar of Minnesota, District of Columbia, and Virginia, as set forth in the Declaration submitted with this Motion as Exhibit A, attached.

2. Mr. Redgrave has never been suspended from the practice of law in any jurisdiction or received any public reprimand by the highest disciplinary authority of any bar in which he has been a member.

3. If Mr. Redgrave uses Artificial Intelligence in the preparation of any complaint, answer, motion, brief, or other paper filed with the Court, he will, in a clear and plain factual statement, disclose that generative AI has been used in any way in the preparation of the filing and

certify that each and every citation to the law or the record in the filing has been verified as authentic and accurate.

4.       Mr. Redgrave has read the most recent edition of the Pennsylvania Rules of Professional Conduct and the Local Rules of this Court and agrees to be bound by both sets of Rules for the duration of this case for which pro hac vice admission is sought.

5.       If granted pro hac vice status, Mr. Redgrave will in good faith continue to advise the undersigned of the current status of the case for which pro hac vice status has been granted, of the use of AI in preparing any paper filed with the Court, and of all material developments therein.

6.       The declaration of Mr. Redgrave is attached as Exhibit A to this Motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order for pro hac vice admission of Jonathan M. Redgrave to appear before this Court on behalf of defendant Eli Lilly and Company.

Respectfully submitted,

*/s/ Samuel W. Silver*
Samuel W. Silver (PA ID No. 56596)
Welsh & Recker, P.C.
306 Walnut Street
Philadelphia, PA 19106
Ssilver@welshrecker.com
Tel: (267) 764-5492
Fax: (985) 617-1021

Date: April 10, 2024

## CERTIFICATE OF SERVICE

I, Samuel W. Silver, hereby certify that on this 10th day of April, 2024, a copy of the foregoing was filed via ECF on public docket number 24-md-3094.  Notice of this filing will be sent to all counsel of record by operation of the ECF system.

                                                      /s/ *Samuel W. Silver*
                                                      Samuel W. Silver

Date: April 10, 2024

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | MDL No. 3094<br>Case No. 24-md-3094<br>HON. GENE E.K. PRATTER |

## DECLARATION OF JONATHAN M. REDGRAVE

Jonathan M. Redgrave hereby declares as follows:

1. I am an attorney with the law firm of Redgrave LLP.

2. I submit this declaration in support of the Motion for *Pro Hac Vice* Admission in the above-captioned matter.

3. I am an active member in good standing of the State Bar of Virginia (admitted 2/27/14; VA Bar No.: 86688), the State Bar of Minnesota (admitted 10/25/1991; MN Bar No.: 221922), and of the State Bar of the District of Columbia (admitted 9/14/2001; DC Bar No.: 474288).

4. I have also been admitted to practice, and am a member in good standing, before the following federal courts:

| Title of Court | Admission Date |
|---|---|
| USDC Minnesota | 1992 |
| USDC District of Columbia | 2001 |
| USDC Michigan – Eastern District | 2007 |
| USDC Texas – Southern District | 2014 |
| U.S. Court of Appeals - Third Circuit | 2019 |
| U.S. Court of Appeals - Fourth Circuit | 1999 |
| U.S. Court of Appeals - Eighth Circuit | 1994 |
| U.S. Court of Appeals - Ninth Circuit | 1995 |

1

5.      I have never been suspended from the practice of law in any jurisdiction or received any public reprimand by the highest disciplinary authority of any bar in which I have been a member.

6.      If I use Artificial Intelligence in the preparation of any complaint, answer, motion, brief, or other paper filed with the Court, I will, in a clear and plain factual statement, disclose that generative AI has been used in any way in the preparation of the filing and certify that each and every citation to the law or the record in the filing has been verified as authentic and accurate.

7.      I have read the most recent edition of the Pennsylvania Rules of Professional Conduct and the Local Rules of this Court and agree to be bound by both sets of Rules for the duration of the case for which *pro hac vice* admission is sought.

8.      If granted *pro hac vice* status, I will in good faith continue to advise Samuel W. Silver, who has moved for my *pro hac vice* admission, of the current status of the case for which *pro hac vice* status has been granted, of the use of AI in preparing any paper filed with the Court, and of all material developments therein.

Respectfully submitted,

*/s/ Jonathan M. Redgrave*
Jonathan M. Redgrave
REDGRAVE LLP
4800 Westfields Blvd. | Suite 250
Chantilly, VA 20151
Tel: (703) 592-1155
Fax: (703) 230-9859
jredgrave@redgravellp.com

Dated: April 10, 2024