## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | : : : : : | CIVIL ACTION |
| | : | |
| THIS DOCUMENT RELATES TO: | : : | MDL No. 3094 24-md-3094 |
| *Rhonda Breaux v. Novo Nordisk A/S, et al.,* 2:24-cv-00534 | : | |

## MOTION AND ORDER TO WITHDRAW AS COUNSEL OF RECORD

On motion of Somer G. Brown and Michael K. Cox, of the law firm of Cox, Cox, Filo, Camel, Wilson & Brown, LLC and upon suggesting to the Court that they desire to withdraw as counsel of record for plaintiff, RHONDA BREAUX, in the above entitled and numbered cause. Josh Autry of the law firm of Morgan & Morgan, who has filed a Notice of Appearance on behalf of plaintiff, RHONDA BREAUX, will remain as counsel of record.

Respectfully Submitted,

**COX, COX, FILO, CAMEL, WILSON, & BROWN, LLC**

*s/Somer G. Brown*

**SOMER G. BROWN (#31462)**
**MICHAEL K. COX (#22026)**
723 Broad Street
Lake Charles, LA 70601
Phone: 337-436-6611
Fax: 337-436-9541

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 16, 2024, I filed the foregoing Motion and Order to Withdraw as Counsel of Record with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record via Case Management/Electronic Case Filing System ("CM/ECF").

*s/Somer G. Brown*
SOMER G. BROWN