IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | : : : : : : | CIVIL ACTION |
| THIS DOCUMENT RELATES TO: *Rhonda Breaux v. Novo Nordisk A/S, et al.*, 2:24-cv-00534 | : : : | MDL No. 3094 24-md-3094 |

## ORDER

AND NOW, this _____ day of _____, 2024, upon consideration of the Motion to Withdraw as Counsel of Record, it is hereby ordered that the Motion is GRANTED and that Michael K. Cox and Somer G. Brown of the law firm of Cox, Cox, Filo, Camel, Wilson & Brown, LLC be withdrawn as counsel of record for plaintiff, RHONDA BREAUX.

_____
**HONORABLE GENE E. K. PRATTER**