IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | CIVIL ACTION |
| | MDL No. 3094 |
| THIS DOCUMENT RELATES TO: | 2:24-md-03094 |
| *ALL ACTIONS/ALL CASES* | HON. GENE E.K. PRATTER |

### JOINT MOTION FOR THE ENTRY OF PRESERVATION ORDER

All Defendants and Plaintiffs (together, the "Parties"), respectfully, and by counsel, hereby jointly move for the entry of the attached Proposed Preservation Order (the "Proposed Order") governing the preservation of evidence consistent with the factors set forth in Fed. R. Civ. P. 26.

The Parties believe it is in the interest of all Parties to memorialize certain aspects of their respective preservation obligations as set forth in the Proposed Order. Accordingly, the Parties jointly request that the Court grant their Joint Motion and enter the attached Proposed Order.

Dated: April 17, 2024                              Respectfully submitted,

*/s/ Loren H. Brown*
Loren H. Brown (admitted *pro hac vice*)
Lucas P. Przymusinski (*pro hac vice* pending)
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, NY 10020-1104
Telephone: (212) 335-4846
Facsimile: (212) 335-4501
loren.brown@us.dlapiper.com
lucas.przymusinski@us.dlapiper.com

Ilana H. Eisenstein (PA Bar No. 94907)
Raymond M. Williams (PA Bar No. 90771)
**DLA PIPER LLP (US)**
1650 Market Street, Suite 5000
Philadelphia, PA 19103
Telephone: (215) 656-3300
Facsimile: (215) 606-3301
ilana.eisenstein@us.dlapiper.com
raymond.williams@us.dlapiper.com

Matthew A. Holian (admitted *pro hac vice*)
Katherine W. Insogna (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110
Telephone: (617) 406-6000
Facsimile: (617) 406-6100
matt.holian@us.dlapiper.com
katie.insogna@us.dlapiper.com

*Attorneys for Defendants Novo Nordisk A/S, Novo Nordisk North America Operations A/S, Novo Nordisk US Holdings Inc., Novo Nordisk US Commercial Holdings Inc., Novo Nordisk Inc., Novo Nordisk Research Center Seattle, Inc., and Novo Nordisk Pharmaceutical Industries LP*

Dated: April 17, 2024

*/s/ Samuel W. Silver*
Samuel W. Silver (PA Bar No. 56596)
Catherine M. Recker (PA Bar No. 56813)
Bruce P. Merenstein (PA Bar No. 82609)
Abigail T. Burton (PA Bar No. 334450)
**WELSH & RECKER, P.C.**
306 Walnut Street
Philadelphia, PA 19106
(215) 972-6430
ssilver@welshrecker.com
cmrecker@welshrecker.com
bmerenstein@welshrecker.com
aburton@welshrecker.com

James F. Hurst, P.C. (admitted *pro hac vice*)
Renee D. Smith (admitted *pro hac vice*)
Diana M. Watral, P.C. (admitted *pro hac vice*)
Mark Premo-Hopkins (admitted *pro hac vice*)

2

**KIRKLAND & ELLIS**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
james.hurst@kirkland.com
renee.smith@kirkland.com
diana.watral@kirkland.com
mark.premohopkins@kirkland.com

Jonathan M. Redgrave (*pro hac vice* pending)
Erica B. Zolner (*pro hac vice* pending)
**REDGRAVE LLP**
4800 Westfields Blvd. | Suite 250
Chantilly, VA 20151
(703) 592-1155
jredgrave@redgravellp.com
ezolner@redgravellp.com

*Attorneys for Defendant Eli Lilly & Company*

Dated: April 17, 2024

*/s/ Parvin K. Aminolroaya*
Parvin K. Aminolroaya
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
paminolroaya@seegerweiss.com

*/s/ Jonathan Orent*
Jonathan Orent
**MOTLEY RICE LLC**
40 Westminster Street, 5th Floor
Providence, RI 02903
Telephone: (401) 457-7700
jorent@motleyrice.com

*/s/ Sarah Ruane*
Sarah Ruane
**WAGSTAFF & CARTMELL**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: (813) 701-1123
sruane@wcllp.com

*/s/ Paul Pennock*
Paul Pennock
**MORGAN & MORGAN**
199 Water Street, Suite 1500
New York, NY 10038
Telephone: (212) 738-6299
ppennock@forthepeople.com

*Proposed Co-Lead Counsel for Plaintiffs*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that, on April 17, 2024, a true and correct copy of the foregoing Joint Motion for the Entry of Preservation Order was electronically filed with the Clerk of the Court using the CM/ECF system, causing a notification of the filing to all counsel of record.

                                                */s/ Loren H. Brown*
                                                Loren H. Brown