IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GLUGAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | : : : : : : | CIVIL ACTION |
| THIS DOCUMENT RELATES TO: | : : | MDL No. 3094 24-md-3094 |
| *Gregory v. Novo Nordisk A/S, et al.* Case No. 2:24-cv-00707 | : : : | |
| *Ravenscroft v. Novo Nordisk, et al.* Case No. 2:24-cv-00122 | : : : | |
| *Streeter v. Novo Nordisk A/S, et al.* Case No. 2:24-cv-1132 | : : : | |

**ORDER**

**AND NOW**, this 18th day of April, 2024, upon consideration of the Motions for *Pro Hac Vice* Admission (Doc. Nos. 82, 90, 91), it is **ORDERED** that the Motions (Doc. Nos. 82, 90, 91) are **GRANTED** and the following counsel are admitted *pro hac vice* for this Litigation, as follows:

1. Bradley D. Honnold, Esquire is admitted *pro hac vice* for the Plaintiffs named in the following actions:

    - *Gregory v. Novo Nordisk A/S, et al.*, Case No. 2:24-cv-00707

2. Ryan J. Duplechin, Esquire is admitted *pro hac vice* for the Plaintiffs named in the following actions:
    - *Ravenscroft v. Novo Nordisk, et al.*, Case No. 2:24-cv-00122

3. Sara Schramm, Esquire is admitted *pro hac vice* for the Plaintiffs named in the following actions:

    - *Streeter v. Novo Nordisk A/S, et al,.* Case No. 2:24-cv-1132

1

All counsel listen herein shall (i) familiarize and comport themselves in accordance with the Pennsylvania Rules of Professional Conduct and the rules of this Court, and (ii) presenting counsel shall continue to have responsibility for this matter during its pendency before the Court. Pursuant to this Order, the above-named counsel shall be permitted to participate in all aspects of the instant litigation on behalf of their clients. [1]

BY THE COURT:

s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

---

[1] Counsel must request access to ECF through a PACER account. Information about this process can be found on the Court's website by using the following link: https://www.paed.uscourts.gov/nextgen-cmecf.