IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION** | MDL No. 3094<br>Case No. 24-md-3094<br>HON. GENE E.K. PRATTER |

**MOTION FOR *PRO HAC VICE* ADMISSION OF SARAH J. DONNELL**

Pursuant to Local Rule 83.5 and Judge Gene E.K. Pratter's General Pretrial and Trial Procedures for *Pro Hac Vice* Admissions, the undersigned counsel, Samuel W. Silver of Welsh & Recker P.C., who is admitted to practice and in good standing before the U.S. District Court for the Eastern District of Pennsylvania, respectfully moves the Court for an Order granting admission to Sarah J. Donnell, for the purpose of appearing as counsel on behalf of defendant Eli Lilly and Company, in the above-styled cause. In support of this motion, the undersigned states:

1. Ms. Donnell maintains an office for the practice of law at Kirkland & Ellis LLP, 333 West Wolf Point Plaza, Chicago, Illinois 60654. She is admitted to and a member in good standing of the State Bar of Illinois (2004); United States District Court, Northern District of Illinois (2011); United States District Court, Eastern District of Michigan (2013); United States Court of Appeals, Second Circuit (2022); United States Court of Appeals, Tenth Circuit (2022); United States Court of Appeals, Third Circuit (2017); United States Court of Appeals, Seventh Circuit (2013); and the United States Court of Appeals, Sixth Circuit (2004), as set forth in the Declaration submitted with this Motion as Exhibit A, attached.

2. Ms. Donnell has never been suspended from the practice of law in any jurisdiction or received any public reprimand by the highest disciplinary authority of any bar in which she has been a member.

3.     If Ms. Donnell uses Artificial Intelligence in the preparation of any complaint, answer, motion, brief, or other paper filed with the Court, she will, in a clear and plain factual statement, disclose that generative AI has been used in any way in the preparation of the filing and certify that each and every citation to the law or the record in the filing has been verified as authentic and accurate.

4.     Ms. Donnell has read the most recent edition of the Pennsylvania Rules of Professional Conduct and the Local Rules of this Court and agrees to be bound by both sets of Rules for the duration of this case for which *pro hac vice* admission is sought.

5.     If granted *pro hac vice* status, Ms. Donnell will in good faith continue to advise the undersigned of the current status of the case for which *pro hac vice* status has been granted, of the use of AI in preparing any paper filed with the Court, and of all material developments therein.

6.     The declaration of Ms. Donnell is attached as Exhibit A to this Motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order for *pro hac vice* admission of Sarah J. Donnell to appear before this Court on behalf of defendant Eli Lilly and Company.

Respectfully submitted,

/s/ *Samuel W. Silver*
Samuel W. Silver (PA ID No. 56596)
Welsh & Recker, P.C.
306 Walnut Street
Philadelphia, PA 19106
ssilver@welshrecker.com
Tel: (267) 764-5492
Fax: (985) 617-1021

*Attorney for Defendant Eli Lilly and Company*

Date:   April 18, 2024

## **CERTIFICATE OF SERVICE**

I, Samuel W. Silver, hereby certify that on this 18th day of April, 2024, a copy of the foregoing was filed via ECF on public docket number 24-md-3094.  Notice of this filing will be sent to all counsel of record by operation of the ECF system.


/s/ *Samuel W. Silver*
Samuel W. Silver

Date: April 18, 2024

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION** | MDL No. 3094<br>Case No. 24-md-3094<br>HON. GENE E.K. PRATTER |

## DECLARATION OF SARAH J. DONNELL

Sarah J. Donnell hereby declares as follows:

1. I am an attorney with the law firm of Kirkland & Ellis LLP.

2. I submit this declaration in support of the Motion for *Pro Hac Vice* Admission in the above-captioned matter.

3. I am a member in good standing of the State Bar of Illinois and was admitted in 2004.

4. I am admitted to the following federal jurisdictions:

| Jurisdiction | Year |
|---|---|
| US Court of Appeals, Second Circuit | 2022 |
| US Court of Appeals, Tenth Circuit | 2022 |
| US Court of Appeals, Third Circuit | 2017 |
| US Court of Appeals, Seventh Circuit | 2013 |
| US Court of Appeals, Sixth Circuit | 2004 |
| US District Court, EDMI | 2013 |
| US District Court, NDIL | 2011 |

5. I have never been suspended from the practice of law in any jurisdiction or received any public reprimand by the highest disciplinary authority of any bar in which I have been a member.

6. If I use Artificial Intelligence in the preparation of any complaint, answer, motion, brief, or other paper filed with the Court, I will, in a clear and plain factual statement, disclose that generative AI has been used in any way in the preparation of the filing and certify that each and every citation to the law or the record in the filing has been verified as authentic and accurate.

7. I have read the most recent edition of the Pennsylvania Rules of Professional Conduct and the Local Rules of this Court and agree to be bound by both sets of Rules for the duration of the case for which *pro hac vice* admission is sought.

8. If granted *pro hac vice* status, I will in good faith continue to advise Samuel W. Silver, who has moved for my *pro hac vice* admission, of the current status of the case for which *pro hac vice* status has been granted, of the use of AI in preparing any paper filed with the Court, and of all material developments therein.

Respectfully submitted,

/s/ *Sarah Donnell*
Sarah J. Donnell
**KIRKLAND & ELLIS LLP**
333 West Wolf Point
Chicago, IL 60654
sarah.donnell@kirkland.com
Tel: (312) 862-2000
Fax: (312) 862-2200

*Attorney for Defendant Eli Lilly and Company*

Date: April 18, 2024