IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GLUGAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | : : : : : : | CIVIL ACTION |
| THIS DOCUMENT RELATES TO: | : : | MDL No. 3094 24-md-3094 |
| *ALL ACTIONS/ALL CASES* | : | |

## CASE MANAGEMENT ORDER NO. 3

**AND NOW**, this 23rd day of April, 2024, upon consideration of the Motion for Appointment of Plaintiff Leadership (Doc. Nos. 61, 73, 81), the issues addressed therein are resolved as follows:

It is **ORDERED** that Roberta Liebenberg of Fine Kaplan and Black, R.P.C. and Nina Spizer of Dilworth Paxson LLP are appointed Liaison Counsel for Plaintiffs. Roberta Liebenberg is also appointed to serve as a mentor to Sarah J. Foster of Schlesinger Law Offices, P.A.

It is **FURTHER ORDERED** that the counsel identified below are appointed to the Plaintiffs' Committee:

**Paul Pennock**
Morgan & Morgan, P.A.

**Marcus J. Susen**
Susen Law Group

**Sara Couch**
Motley Rice LLC

**W. Cameron Stephenson**
Levin, Papantonio, Rafferty, Proctor Buchanan, O'Brien, Barr & Mougey, P.A.

1

**Mike Daly**
Pogust Goodhead

**Stacy K. Hauer**
Johnson Becker, PLLC

**Alex Walsh**
Alex Walsh Law

**Diandra Debrosse Zimmermann**
DiCello Levitt

The above-named members of the Plaintiffs' Committee may select additional counsel to serve on the Committee, but the primary Committee **may not exceed twenty-five (25) members**. The Committee may designate subsidiary committees to provide support to the primary Plaintiffs' Committee. Once the Plaintiffs' Committee is fully established, the Committee shall propose to the Court two dates for a conference.

                          **BY THE COURT:**

                          <u>s/ Gene E.K. Pratter</u>
                          **GENE E.K. PRATTER**
                          UNITED STATES DISTRICT JUDGE