IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: GLUGAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION** | : : : : : : | **CIVIL ACTION** |
| **THIS DOCUMENT RELATES TO:** | : : | **MDL No. 3094** **24-md-3094** |
| *ALL ACTIONS/ALL CASES* | : | |

## CASE MANAGEMENT ORDER NO. 5

### SCIENCE DAY

On June 14, 2024 the Court will hold a Science Day, during which the Parties will, in an objective format, provide the Court with an overview of certain medical and scientific issues associated with glucagon-like peptide-1 receptor agonist and glucagon-like peptide-1 receptor agonist/glucose-dependent insulinotropic polypeptide medications (hereinafter and collectively, "GLP-1 RAs") and the injuries being alleged by the plaintiffs. The Parties have agreed to the following ground rules to educate the Court on the basic issues:

1. The topics to be discussed at Science Day shall be limited to: a background on the diseases treated using GLP-1 RAs; a background on GLP-1 RAs, including how they work, their approved indications, and their labeling and regulatory history; a background on the injuries alleged in this litigation (specifically, gastroparesis, ileus, intestinal obstruction, gallbladder disease and gallstones, severe gastrointestinal disease, deep vein thrombosis and the secondary condition of malnutrition); and the medical literature related to GLP-1 RAs and the alleged injuries.

2. The topics to be discussed at Science Day shall not include discussion of individual Plaintiffs, including as to their alleged injuries, or Defendants' sales and marketing practices.

3. The Parties shall limit their presentations to publicly available information.

4. The Science Day presentations will be transcribed by the Court's reporter, with costs to be split by the Parties. Neither the transcript nor any demonstrative aids shall be discoverable, admissible, used in any fashion for impeachment purposes or for collateral attack. To the extent the Parties share materials used by their side on Science Day, the receiving Parties shall not share those beyond the litigation. The transcript is to be treated as strictly confidential.

5. The presentations will be made by attorneys and will follow, approximately, the schedule below:

   a. Plaintiffs' presentation – 2.5 hours
   b. Lunch
   c. Defendants' presentation – 2.5 hours

BY THE COURT:

s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE