IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GLUGAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | : : : : : : | CIVIL ACTION |
| THIS DOCUMENT RELATES TO: | : : | MDL No. 3094 24-md-3094 |
| *ALL ACTIONS/ALL CASES* | : | |

## CASE MANAGEMENT ORDER NO. 6

**AND NOW**, this 8th day of May, 2024, upon consideration of the Notice of Plaintiffs' Committee Selections of Additional Committee Members and Proposed Leadership Structure and corresponding Submission for Approval of Additional Plaintiffs' Committee Members and Proposed Leadership Structure, submitted by fax on May 3, 2024, the issues addressed therein are resolved as follows:

It is **ORDERED** that the following four counsel are appointed as Co-Lead Counsel for Plaintiffs: (i) Paul Pennock of Morgan & Morgan, P.A., (ii) Parvin Aminolroaya of Seeger Weiss LLP; (iii) Sarah Ruane of Wagstaff and Cartmell LLP; and (iv) Jonathan D. Orent of Motley Rice LLC.

It is **FURTHER ORDERED** that the counsel identified below are appointed to the Plaintiffs' Executive Committee:

| | |
|---|---|
| Alexandra M. Walsh, Esq. Walsh Law PLLC *Co-Chair of Executive Committee (Help Coordinate resources, Management of logistics, Coordination of Time & Expenses)* | Bradley Honnold, Esq. Goza & Honnold, LLC *Co-Chair of Executive Committee (Help Coordinate resources, Management of logistics, Coordination of Time & Expenses)* |
| *Co-Chair of Trial Strategy* | *Co-Chair of Data (Plaintiff Fact Sheet Deficiencies, etc.)* |

1

| | |
|---|---|
| Sara Couch, Esq.<br>Motley Rice LLC<br>*Chair of Marketing Discovery* | Diandra "Fu" Debrosse Zimmerman, Esq.<br>DiCello Levitt<br>*Co-Chair of Trial Strategy* |
| W. Cameron Stephenson, Esq.<br>Levin, Papantonio, Rafferty, Proctor,<br>Buchanan, O'Brien, Barr & Mougey<br>*Co-Chair Bellwether Selection* | Stacy Hauer, Esq.<br>Johnson Becker<br>*Co-Chair of Science* |
| Keith Verrier, Esq.<br>Levin Sedran & Berman<br>*Co-Chair of Law & Briefing* | Marcus Susen, Esq.<br>Susen Law Firm<br>*Co-Chair of Data (Plaintiff Fact Sheet Deficiencies, etc.)* |
| Evan Buxner, Esq.<br>The Gori Law Firm<br>*Co-Chair of Science* | D. Nicole Gunter, Esq.<br>Aylstock, Witkin, Kreis & Overholtz PLLC<br>*Co-Chair of Bellwether Selection* |

It is **FURTHER ORDERED** that the counsel identified below are appointed to the Plaintiffs' Steering Committee:

| | |
|---|---|
| Daniel Seltz,, Esq.<br>Leif Cabraser Heimann and Bernstien<br>*Co-Chair of Law & Briefing* | Ryan Duplechin, Esq.<br>Beasley Allen<br>*E-Discovery* |
| Ellen Presby, Esq.<br>Ferrer Poirot Feller Daniel<br>*Co-Chair Bellwether Selection* | Daniel Robinson, Esq.<br>Robinson Calcagnie<br>*Bellwether Management* |
| Layne Hilton, Esq.<br>Meyer Wilson<br>*Defendant Discovery* | Danae Benton, Esq.<br>The Cochran Firm<br>*Defendant Discovery* |
| Digger Earles, Esq.<br>Laborde Earles Injury Lawyers<br>*Bellwether Management* | Craig Silverman, Esq.<br>Sullivan Paipan Block McManus<br>Coffinas & Cannavo<br>*Defendant Discovery* |
| Sara Schramm, Esq.<br>Hammers Law<br>*Third Party Discovery* | Jason Goldstein, Esq.<br>Park Waichman<br>*Third Party Discovery* |

It is SO ORDERED.          BY THE COURT:

**s/ Gene E.K. Pratter**
**GENE E.K. PRATTER**
UNITED STATES DISTRICT JUDGE