**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: GLUGAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | : : : : : : | CIVIL ACTION |
| THIS DOCUMENT RELATES TO: | : : | MDL No. 3094 24-md-3094 |
| *ALL ACTIONS/ALL CASES* | : | |

**ORDER**

**AND NOW**, this 21st day of May, 2024, it is hereby **ORDERED** that Case Management Order No. 5 (Doc. No. 115) is **VACATED** and the Science Day scheduled for June 14, 2024 is **CANCELED** pending the reassignment of MDL No. 3094.

BY THE COURT:
 */s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, C.J.**