**POGUST GOODHEAD, LLC**
Daniel J. Harrison, Esq. (PA Bar No. 321468)
dharrison@pogustgoodhead.com
161 Washington St., Suite 250
Conshohocken, PA 19428
Tel: (610) 941-4204
Fax: (610) 941-4245

### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | : : : : : | CIVIL ACTION<br><br>MDL NO. 3094<br>24-md-3094 |
| THIS DOCUMENT RELATES TO<br><br>*ALL ACTIONS/ALL CASES* | : : : : : | |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that the undersigned hereby withdraws his appearance in the above-captioned matter. The undersigned further requests to be removed from ECF/CM notifications regarding this matter.

        Respectfully submitted,

        */s/ Daniel J. Harrison*
        Daniel J. Harrison, Esq. (PA Bar No. 321468)
        **POGUST GOODHEAD, LLC**
        161 Washington Street, Suite 250
        Conshohocken, PA 19428
        dharrison@pogustgoodhead.com
        Tel: (610) 941-4204

Date:  May 22, 2022

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing was filed using the CM/ECF electronic filing system which will provide electronic notice of same to all counsel of record.

Dated:  May 22, 2024                     */s/ Daniel J. Harrison*
                                              Daniel J. Harrison, Esq.