# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAs) PRODUCTS LIABILITY LITIGATION | MDL No. 3094 |

## ORDER REASSIGNING LITIGATION

Due to the passing of the Honorable Gene E. K. Pratter, the Eastern District of Pennsylvania has notified the Panel of the need to reassign the actions in the above litigation to another judge in that district.

IT IS THEREFORE ORDERED that, with the consent of that court, this litigation is reassigned to the Honorable Karen S. Marston for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

FOR THE PANEL:

Karen K. Caldwell
Chair