IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GLUGAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | : : : : : : | CIVIL ACTION |
| THIS DOCUMENT RELATES TO: | : : | MDL No. 3094 24-md-3094 |
| *ALL ACTIONS/ALL CASES* | : | |

## CASE MANAGEMENT ORDER NO. 7

**AND NOW**, this 6th day of June, 2024, it is **ORDERED** that the parties shall appear in Courtroom 16B on **June 10, 2024 at 3:00 p.m.** for a **STATUS CONFERENCE** before the Honorable Karen Spencer Marston.

Counsel are encouraged to meet and confer with each other promptly in anticipation of the conference. Any counsel may individually or on some joint basis submit no later than close-of-business on June 7, 2024 any suggestion(s) for the agenda for the June 10, 2024 Conference. The Court will circulate the full, final agenda on or before noon on June 10, 2024.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ Karen Spencer Marston*
**KAREN SPENCER MARSTON, J.**