IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAs) PRODUCTS LIABILITY LITIGATION | : : : : | CIVIL ACTION<br><br>MDL No. 3094 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS / ALL CASES* | : : : : : | 2:24-md-03094-KSM |

**SUGGESTIONS FOR JUNE 10, 2024 CONFERENCE AGENDA**

Pursuant to Case Management Order No. 7 [ECF 138], undersigned counsel met and conferred in anticipation of the June 10, 2024 Conference and jointly suggest the following topics for inclusion on the Court's agenda:

1. Brief Introduction by Plaintiffs, Novo, and Lilly of Parties, Lead Counsel, and Nature of Cases and Summary of Litigation to Date

    - Parties previously filed Position Statements on April 9, 2024 and April 15, 2024 and will be prepared to answer questions on these

2. Cases in Inventory

    - Plaintiffs' update on filed and unfiled case inventory based on alleged injury and relevant defendant

3. Status of Pleadings / Motion Practice

    - Status of parties' discussions regarding Defendants' proposal to file motions to dismiss certain claims

    - Court's preference regarding schedule and format of motions to dismiss

4. Science Day

    - Parties' prior agreement on lawyer-presented Science Day and Order setting forth parameters

- Court's preference regarding Science Day, including timing

5. Discovery Update

    - Status of discovery and discovery orders

    - Status of Rule 26(f) Conference / proposal for Rule 26(f) discovery plan submission

6. Scheduling of Rule 16 Conference

7. Status conferences

    - Frequency and format for periodic conferences

    - Procedures for written agenda and other submissions, if any, before status conferences

Dated: June 7, 2024

Respectfully submitted,

*/s/ Loren H. Brown*
Loren H. Brown (admitted *pro hac vice*)
Lucas P. Przymusinski (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, NY 10020-1104
Telephone: (212) 335-4846
Facsimile: (212) 335-4501
loren.brown@us.dlapiper.com
lucas.przymusinski@us.dlapiper.com

Ilana H. Eisenstein (PA Bar No. 94907)
Raymond M. Williams (PA Bar No. 90771)
**DLA PIPER LLP (US)**
1650 Market Street, Suite 5000
Philadelphia, PA 19103
Telephone: (215) 656-3300
Facsimile: (215) 606-3301
ilana.eisenstein@us.dlapiper.com
raymond.williams@us.dlapiper.com

Matthew A. Holian (admitted *pro hac vice*)
Katherine W. Insogna (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor

Boston, MA 02110
Telephone: (617) 406-6000
Facsimile: (617) 406-6100
matt.holian@us.dlapiper.com
katie.insogna@us.dlapiper.com

*Attorneys for Defendants Novo Nordisk A/S, Novo Nordisk North America Operations A/S, Novo Nordisk US Holdings Inc., Novo Nordisk US Commercial Holdings Inc., Novo Nordisk Inc., Novo Nordisk Research Center Seattle, Inc., and Novo Nordisk Pharmaceutical Industries LP*

*/s/ Samuel W. Silver*
Samuel W. Silver (PA Bar No. 56596)
Catherine M. Recker (PA Bar No. 56813)
Bruce P. Merenstein (PA Bar No. 82609)
Abigail T. Burton (PA Bar No. 334450)
**WELSH & RECKER, P.C.**
306 Walnut Street
Philadelphia, PA 19106
(215) 972-6430
ssilver@welshrecker.com
cmrecker@welshrecker.com
bmerenstein@welshrecker.com
aburton@welshrecker.com

James F. Hurst, P.C. (admitted *pro hac vice*)
Renee D. Smith (admitted *pro hac vice*)
Diana M. Watral, P.C. (admitted *pro hac vice*)
Mark Premo-Hopkins (admitted *pro hac vice*)
**KIRKLAND & ELLIS**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
james.hurst@kirkland.com
renee.smith@kirkland.com
diana.watral@kirkland.com
mark.premohopkins@kirkland.com

Jonathan M. Redgrave (admitted *pro hac vice*)
Erica B. Zolner (admitted *pro hac vice*)
**REDGRAVE LLP**
4800 Westfields Blvd. | Suite 250

Chantilly, VA 20151
(703) 592-1155
jredgrave@redgravellp.com
ezolner@redgravellp.com

*Attorneys for Defendant Eli Lilly & Company*


<u>*/s/ Parvin K. Aminolroaya*</u>
Parvin K. Aminolroaya
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
paminolroaya@seegerweiss.com

<u>*/s/ Jonathan Orent*</u>
Jonathan Orent
**MOTLEY RICE LLC**
40 Westminster Street, 5th Floor
Providence, RI 02903
Telephone: (401) 457-7700
jorent@motleyrice.com

<u>*/s/ Sarah Ruane*</u>
Sarah Ruane
**WAGSTAFF & CARTMELL**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: (813) 701-1123
sruane@wcllp.com

<u>*/s/ Paul Pennock*</u>
Paul Pennock
**MORGAN & MORGAN**
199 Water Street, Suite 1500
New York, NY 10038
Telephone: (212) 738-6299
ppennock@forthepeople.com

*Co-Lead Counsel for Plaintiffs*

4

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2024, a true and correct copy of the foregoing Suggestions for June 10, 2024 Conference Agenda was electronically filed using the Court's CM/ECF System, which will send notification of such filing to all counsel of record.

/s/ Ilana H. Eisenstein

Ilana H. Eisenstein