IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GLUGAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | : : : : : : | CIVIL ACTION |
| THIS DOCUMENT RELATES TO: | : : | MDL No. 3094 24-md-3094 |
| *ALL ACTIONS/ALL CASES* | : | |

## CASE MANAGEMENT ORDER NO. 8

**AND NOW**, this 10th day of June, 2024, with respect to *pro hac vice* appearance in this MDL No. 3094,[1] it is **ORDERED** as follows:

1. *Pro hac vice* fees continue to be waived and will not be required.

2. All requests to appear in this action *pro hac vice* shall be deemed **GRANTED**[2] via this Case Management Order upon the filing of a notice of appearance by the attorney, which indicates that the attorney is appearing *pro hac vice* in compliance this Case Management Order, and which includes an affidavit by the attorney affirming:

   A. The year and jurisdiction of each bar admission for the attorney;

   B. The status of the attorney's admission(s) *i.e.*, active or inactive, in good standing, etc.;

   C. That the attorney has never been suspended from the practice of law in any jurisdiction or received any public reprimand by the highest

---

[1] This Case Management Order replaces the Court's February 16, 2024 Case Management Order No. 2.

[2] To register for ECF in the Eastern District please go to the Court's website at https://www.paed.uscourts.gov/nextgen-cmef

      disciplinary authority of any bar in which the attorney has been a member; and

   D. That the attorney: (a) has in fact read the most recent edition of the Pennsylvania Rules of Professional Conduct, the Local Rules of this Court, and Judge Marston's Policies and Procedures, and (b) agrees to be bound by those documents for the duration of the case for which *pro hac vice* admission is granted.

  3. If an attorney seeking admission *pro hac vice* cannot comply with the affidavit requirement of Paragraph 2, they must file a motion specially seeking admission and explaining why they cannot file such affidavit.

**IT IS SO ORDERED.**

                */s/ Karen Spencer Marston*
                **KAREN SPENCER MARSTON, J.**