# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION, | CIVIL ACTION<br><br>MDL No. 3094<br><br>24-md-3094<br><br>HON. KAREN S. MARSTON |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS/ALL CASES* | |

## MOTION FOR THE ENTRY OF
## CASE MANAGEMENT ORDER ESTABLISHING TIME AND EXPENSE

Plaintiffs respectfully, and by counsel, hereby move for the entry of the attached Case Management Order No. ___ (Establishing Time and Expense) (the "Proposed Order") governing the fair and equitable sharing among plaintiffs, and their counsel, of the burden of services performed and expenses incurred by attorneys acting for the common benefit of all plaintiffs in this complex litigation.

Plaintiffs respectfully request that the Court grant this Motion and enter the attached Proposed Order.

Dated: June 14, 2024

                                                  Respectfully submitted,

                                                  */s/ Parvin K. Aminolroaya*
                                                  Parvin K. Aminolroaya
                                                  **SEEGER WEISS LLP**
                                                  55 Challenger Rd., 6th Floor
                                                  Ridgefield Park, NJ 07660
                                                  Telephone: (973) 639-9100
                                                  Email: paminolroaya@seegerweiss.com

/s/ Jonathan Orent
Jonathan Orent
**MOTLEY RICE LLC**
40 Westminster St., 5th Floor
Providence, RI 02903
Telephone: (401) 457-7700
Email: jorent@motleyrice.com

/s/ Sarah Ruane
Sarah Ruane
**WAGSTAFF & CARTMELL**
4740 Grand Avenue Suite 300
Kansas City, MO 64112
Telephone: (816) 701-1123
Email: sruane@wcllp.com

/s/ Paul Pennock
Paul Pennock
**MORGAN & MORGAN**
199 Water Street, Ste 1500
New York, NY 10038
Telephone: (212) 738-6299
Email: ppennock@forthepeople.com

*Co-Lead Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on June 14, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, causing a notification of the filing to all counsel of record.

Dated: June 14, 2024 　　　　　　　　　　　*/s/ Nina C. Spizer*
　　　　　　　　　　　　　　　　　　　　　Nina C. Spizer
　　　　　　　　　　　　　　　　　　　　　**Dilworth Paxson LLP**
　　　　　　　　　　　　　　　　　　　　　1500 Market Street, Suite 3500E
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　　　Telephone: (215) 575-7000
　　　　　　　　　　　　　　　　　　　　　Email: nspizer@dilworthlaw.com
　　　　　　　　　　　　　　　　　　　　　*Liaison Counsel*