IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GLUGAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | : : : : : : | CIVIL ACTION |
| THIS DOCUMENT RELATES TO: | : : | MDL No. 3094 24-md-3094 |
| *ALL ACTIONS/ALL CASES* | : | |

# ORDER

**AND NOW**, this 25th day of June, 2024, it is **ORDERED** that the parties shall appear in Courtroom 16B for a **STATUS CONFERENCE** before the Honorable Karen Spencer Marston on the following days: **July 10, 2024 at 2:00 p.m.** and **August 8, 2024 at 2:00 p.m.**

Counsel are encouraged to meet and confer with each other in anticipation of these conferences. Any counsel may individually or on some joint basis submit no later than close-of-business on the day one week prior to the conference any suggestions(s) for the agenda. The Court will circulate the final agenda no later than three days before the conference. The Court also encourages any counsel who will seek reimbursement for travel expenses from a common benefit fund to attend the conferences remotely.[1]

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
**KAREN SPENCER MARSTON, J.**

---

[1] The Court will provide a Zoom link prior to the conferences. Although the Common Benefit Order has not been entered to date, the Court urges Plaintiffs' Leadership to implement procedures to limit out of state travel expenses, whenever practicable, through the use of such technology.