# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> *ALL ACTIONS/ALL CASES* | CIVIL ACTION <br><br> MDL No. 3094 <br><br> 2:24-md-03094 <br><br> HON. KAREN S. MARSTON |

## JOINT MOTION FOR THE ENTRY OF
## PROPOSED CASE MANAGEMENT ORDER

All Defendants and Plaintiffs (together, the "Parties"), respectfully, and by counsel, hereby jointly move for the entry of the attached Proposed Case Management Order governing the form, procedure, and schedule of the completion and service of Plaintiff Fact Sheets ("PFS") and the other documents referenced therein.

Dated: July 3, 2024

Respectfully submitted,

*/s/ Loren H. Brown*
Loren H. Brown (admitted *pro hac vice*)
Lucas P. Przymusinski (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, NY 10020-1104
Telephone: (212) 335-4846
Facsimile: (212) 335-4501
loren.brown@us.dlapiper.com
lucas.przymusinski@us.dlapiper.com

        Ilana H. Eisenstein (PA Bar No. 94907)
        Raymond M. Williams (PA Bar No. 90771)
        **DLA PIPER LLP (US)**
        1650 Market Street, Suite 5000
        Philadelphia, PA 19103
        Telephone: (215) 656-3300
        Facsimile: (215) 606-3301
        ilana.eisenstein@us.dlapiper.com
        raymond.williams@us.dlapiper.com

        Matthew A. Holian (admitted *pro hac vice*)
        Katherine W. Insogna (admitted *pro hac vice*)
        **DLA PIPER LLP (US)**
        33 Arch Street, 26th Floor
        Boston, MA 02110
        Telephone: (617) 406-6000
        Facsimile: (617) 406-6100
        matt.holian@us.dlapiper.com
        katie.insogna@us.dlapiper.com

        *Attorneys for Defendants Novo Nordisk A/S, Novo Nordisk North America Operations A/S, Novo Nordisk US Holdings Inc., Novo Nordisk US Commercial Holdings Inc., Novo Nordisk Inc., Novo Nordisk Research Center Seattle, Inc., and Novo Nordisk Pharmaceutical Industries LP*

Dated: July 3, 2024         <u>/s/ Samuel W. Silver</u>
        Samuel W. Silver (PA Bar No. 56596)
        Catherine M. Recker (PA Bar No. 56813)
        Bruce P. Merenstein (PA Bar No. 82609)
        Abigail T. Burton (PA Bar No. 334450)
        **WELSH & RECKER, P.C.**
        306 Walnut Street
        Philadelphia, PA 19106
        (215) 972-6430
        ssilver@welshrecker.com
        cmrecker@welshrecker.com
        bmerenstein@welshrecker.com
        aburton@welshrecker.com

        James F. Hurst, P.C. (admitted *pro hac vice*)
        Renee D. Smith (admitted *pro hac vice*)
        Diana M. Watral, P.C. (admitted *pro hac vice*)
        Mark Premo-Hopkins (admitted *pro hac vice*)

              **KIRKLAND & ELLIS**
              300 North LaSalle
              Chicago, IL 60654
              Telephone: (312) 862-2000
              Facsimile: (312) 862-2200
              james.hurst@kirkland.com
              renee.smith@kirkland.com
              diana.watral@kirkland.com
              mark.premohopkins@kirkland.com

              Jonathan M. Redgrave (admitted *pro hac vice*)
              Erica B. Zolner (admitted *pro hac vice*)
              **REDGRAVE LLP**
              4800 Westfields Blvd. | Suite 250
              Chantilly, VA 20151
              (703) 592-1155
              jredgrave@redgravellp.com
              ezolner@redgravellp.com

              *Attorneys for Defendant Eli Lilly & Company*

Dated: July 3, 2024         /s/ *Parvin K. Aminolroaya*
              Parvin K. Aminolroaya
              **SEEGER WEISS LLP**
              55 Challenger Road, 6th Floor
              Ridgefield Park, NJ 07660
              Telephone: (973) 639-9100
              paminolroaya@seegerweiss.com

              /s/ *Jonathan Orent*
              Jonathan Orent
              **MOTLEY RICE LLC**
              40 Westminster Street, 5th Floor
              Providence, RI 02903
              Telephone: (401) 457-7700
              jorent@motleyrice.com

              /s/ *Sarah Ruane*
              **WAGSTAFF & CARTMELL**
              4740 Grand Avenue, Suite 300
              Kansas City, MO 64112
              Telephone: (813) 701-1123
              sruane@wcllp.com

              /s/ *Paul Pennock*

Paul Pennock
**MORGAN & MORGAN**
199 Water Street, Suite 1500
New York, NY 10038
Telephone: (212) 738-6299
ppennock@forthepeople.com

*Co-Lead Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 3, 2024, a true and correct copy of the foregoing Motion for the Entry of Case Management Order was electronically filed using the Court's CM/ECF system, causing a notification of the filing to all counsel of record.

*/s/ Loren H. Brown*
Loren H. Brown