# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GLUGAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | : : : : : : : | CIVIL ACTION<br><br>MDL No. 3094<br>24-md-3094 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS/ALL CASES* | : :<br>: | HON. KAREN SPENCER MARSTON |

## CASE MANAGEMENT ORDER NO. 13

**AND NOW**, this 12th day of July, 2024, upon consideration of the Stipulation Regarding Claims Against Certain Novo Defendants ("Stipulation") (Doc. No. 161), it is **ORDERED** that claims against Novo Nordisk North America Operations A/S, Novo Nordisk US Holdings Inc., Novo Nordisk US Commercial Holdings Inc., Novo Nordisk Research Center Seattle Inc., Novo Holdings A/S, Novo Holdings Equity US, Inc., Novo Ventures US, Inc., Novo Nordisk Pharmaceutical Industries LP, and Emisphere Technologies (collectively, "Other Novo Entities") are **DISMISSED WITHOUT PREJUDICE**. To the extent the Stipulation is vacated pursuant to the terms of the Stipulation and Plaintiffs subsequently amend their complaints to include Other Novo Entities within the Notice Period or an agreed upon extension, the addition of the Other Novo Entities will relate back to the time of the respective claimant's filing of their initial complaint. The case remains pending as to Novo Nordisk Inc. and Novo Nordisk A/S.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
**KAREN SPENCER MARSTON, J.**