IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GLUGAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | : : : : : : | CIVIL ACTION <br><br> MDL No. 3094 <br> 24-md-3094 |
| THIS DOCUMENT RELATES TO: <br><br> *ALL ACTIONS/ALL CASES* | : : : | <br> HON. KAREN SPENCER MARSTON |

# ORDER

**AND NOW**, this 12th day of July, 2024, upon consideration of Plaintiffs' Motion for the Entry of Case Management Order Establishing Time and Expense (Doc. No. 151), and for the reasons discussed during the Court's June 21, 2024 telephone status conference, it is **ORDERED** that the motion is **DENIED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

*/s/ Karen Spencer Marston*
**KAREN SPENCER MARSTON, J.**