IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GLUGAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | : : : : : : | CIVIL ACTION |
| THIS DOCUMENT RELATES TO: | : : | MDL No. 3094 24-md-3094 |
| *Middleton v. Novo Nordisk A/S* Case No. 2:24-cv-3166 | : : : | |
| *Rogers v. Novo Nordisk A/S* Case No. 2:24-cv-03177 | : : : | HON. KAREN SPENCER MARSTON |

**ORDER**

**AND NOW**, this 22nd day of July, 2024, in light of the telephonic conferences on July 19, 2024 and July 22, 2024, it is **ORDERED** that *Middleton v. Novo Nordisk A/S* (Case No. 2:24-cv-3166) and *Rogers v. Novo Nordisk A/S* (Case No. 2:24-cv-03177) are **STAYED** pending a decision by the Judicial Panel on Multidistrict Litigation ("the Panel" or "JPML") to transfer them to this MDL.[1]

**IT IS SO ORDERED.**

/s/ Karen Spencer Marston
**KAREN SPENCER MARSTON, J.**

---

[1] Both actions allege injuries caused by Saxenda. Although Saxenda is a GLP-1 RA, it is not one of the drugs included in the Panel's Transfer Order. *See* Doc. No. 1 at 2 (listing Ozempic, Wegovy, Rybelsus, Trulicity, and Mounjaro). The parties must seek the Panel's approval prior to adding a drug to this MDL, notwithstanding the entry of the Direct Filing Order in this case, Case Management Order No. 14, Doc. No. 190. The Court's Direct Filing Order is limited to the drugs approved by the Panel. *See* Doc. No. 190 at 6 ("Actions filed directly in this Court pursuant to this order alleging use of Ozempic, Rybelsus, Wegovy . . . and/or *other drugs as added by the JPML* . . . .") (emphasis added).