# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: GLUGAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION** | : : : : : | **CIVIL ACTION** <br><br> MDL No. 3094 <br> 24-md-3094 |
| **THIS DOCUMENT RELATES TO:** <br> *ALL ACTIONS/ALL CASES* | : : : : | <br> **HON. KAREN SPENCER MARSTON** |

## ORDER

**AND NOW**, this 26th day of July, 2024, it is **ORDERED** that the parties shall appear in Courtroom 16B for a **STATUS CONFERENCE** before the Honorable Karen Spencer Marston on the following days:

- **Monday, September 16, 2024, at 2:00 p.m.**
- **Tuesday, October 15, 2024, at 2:00 p.m.**
- **Monday, November 4, 2024, at 2:00 p.m.**
- **Tuesday, December 10, 2024, at 2:00 p.m.**

Counsel are encouraged to meet and confer with each other in anticipation of these conferences. Any counsel may individually or on some joint basis submit no later than close-of-business on the day one week prior to the conference any suggestions(s) for the agenda. The Court will circulate the final agenda no later than three days before the conference. The Court also encourages any counsel who will seek reimbursement for travel expenses from a common benefit

fund to attend the conferences remotely.[1]

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
**KAREN SPENCER MARSTON, J.**

---

[1] The Court encourages Lead Counsel to implement procedures to minimize travel expenses, wherever practicable, through the use of zoom. The Court will provide a Zoom link prior to the conferences.