**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: GLUGAGON-LIKE** | : | **CIVIL ACTION** |
| **PEPTIDE-1 RECEPTOR AGONISTS** | : | |
| **(GLP-1 RAS) PRODUCTS** | : | |
| **LIABILITY LITIGATION** | : | |
| _____ | : | |
| | : | |
| **THIS DOCUMENT RELATES TO:** | : | **MDL No. 3094** |
| | : | **24-md-3094** |
| *Ulrich v. Novo Nordisk A/S et al.* | : | |
| **Case No. 2:24-cv-01554** | : | |
| | : | **HON. KAREN SPENCER MARSTON** |
| *Shirley v. Novo Nordisk A/S et al.* | : | |
| **Case No. 2:23-cv-04980** | : | |
| _____ | | |

## <u>ORDER</u>

**AND NOW**, this 26th day of July, 2024, in light of the telephonic conference on July 26, 2024, it is **ORDERED** that *Ulrich v. Novo Nordisk A/S et al.* (Case No. 2:24-cv-01554) and *Shirley v. Novo Nordisk A/S et al.* (Case No. 2:23-cv-04980) are **STAYED** pending a decision by the Judicial Panel on Multidistrict Litigation ("the Panel" or "JPML") to transfer them to this MDL.[1]

**IT IS SO ORDERED.**

/s/ Karen Spencer Marston
**KAREN SPENCER MARSTON, J.**

---

[1] Both actions allege the plaintiffs suffered venous thromboembolisms. In the Panel's original Transfer Order, the Panel described the injuries common to the plaintiffs as being "gastrointestinal." *See* Doc. No. 1 at 2. The parties must seek approval from the Panel prior to expanding to the scope of injuries included in this MDL.