IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **IN RE: GLUCAGON-LIKE PEPTIDE-1** | : | **CIVIL ACTION** |
| **RECEPTOR AGONISTS (GLP-1 RAs)** | : | |
| **PRODUCTS LIABILITY LITIGATION** | : | **MDL No. 3094** |
| | : | |
| | : | |
| **THIS DOCUMENT RELATES TO:** | : | **2:24-md-03094-KSM** |
| | : | |
| ***ALL ACTIONS / ALL CASES*** | : | |
| | : | |

### SUGGESTIONS FOR AUGUST 8, 2024 CONFERENCE AGENDA

Pursuant to this Court's June 25, 2024 Order [ECF 158], undersigned counsel met and conferred in anticipation of the August 8, 2024 Conference and jointly suggest the following topics for inclusion on the Court's agenda:

1. Update on status of e-PFS

2. Status of discovery

3. Update on stayed cases

4. Science Day logistics

Dated: August 1, 2024              Respectfully submitted,

*/s/ Loren H. Brown*
Loren H. Brown (admitted *pro hac vice*)
Lucas P. Przymusinski (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, NY 10020-1104
Telephone: (212) 335-4846
Facsimile: (212) 335-4501
loren.brown@us.dlapiper.com
lucas.przymusinski@us.dlapiper.com

Ilana H. Eisenstein (PA Bar No. 94907)
Raymond M. Williams (PA Bar No. 90771)
**DLA PIPER LLP (US)**
1650 Market Street, Suite 5000
Philadelphia, PA 19103
Telephone: (215) 656-3300
Facsimile: (215) 606-3301
ilana.eisenstein@us.dlapiper.com
raymond.williams@us.dlapiper.com

Matthew A. Holian (admitted *pro hac vice*)
Katherine W. Insogna (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110
Telephone: (617) 406-6000
Facsimile: (617) 406-6100
matt.holian@us.dlapiper.com
katie.insogna@us.dlapiper.com

*Attorneys for Defendants*
*Novo Nordisk A/S and Novo Nordisk Inc.*


*/s/ Samuel W. Silver*
Samuel W. Silver (PA Bar No. 56596)
Catherine M. Recker (PA Bar No. 56813)
Bruce P. Merenstein (PA Bar No. 82609)
Abigail T. Burton (PA Bar No. 334450)
**WELSH & RECKER, P.C.**
306 Walnut Street
Philadelphia, PA 19106
(215) 972-6430
ssilver@welshrecker.com
cmrecker@welshrecker.com
bmerenstein@welshrecker.com
aburton@welshrecker.com

James F. Hurst, P.C. (admitted *pro hac vice*)
Renee D. Smith (admitted *pro hac vice*)
Diana M. Watral, P.C. (admitted *pro hac vice*)
Mark Premo-Hopkins (admitted *pro hac vice*)
**KIRKLAND & ELLIS**
300 North LaSalle
Chicago, IL 60654

Telephone: (312) 862-2000
Facsimile: (312) 862-2200
james.hurst@kirkland.com
renee.smith@kirkland.com
diana.watral@kirkland.com
mark.premohopkins@kirkland.com

Jonathan M. Redgrave (admitted *pro hac vice*)
Erica B. Zolner (admitted *pro hac vice*)
**REDGRAVE LLP**
4800 Westfields Blvd. | Suite 250
Chantilly, VA 20151
(703) 592-1155
jredgrave@redgravellp.com
ezolner@redgravellp.com

*Attorneys for Defendant Eli Lilly & Company*


*/s/ Parvin K. Aminolroaya*
Parvin K. Aminolroaya
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
paminolroaya@seegerweiss.com

*/s/ Jonathan Orent*
Jonathan Orent
**MOTLEY RICE LLC**
40 Westminster Street, 5th Floor
Providence, RI 02903
Telephone: (401) 457-7700
jorent@motleyrice.com

*/s/ Sarah Ruane*
Sarah Ruane
**WAGSTAFF & CARTMELL**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: (813) 701-1123
sruane@wcllp.com

*/s/ Paul Pennock*
Paul Pennock
**MORGAN & MORGAN**
199 Water Street, Suite 1500

3

New York, NY 10038
Telephone: (212) 738-6299
ppennock@forthepeople.com

*Co-Lead Counsel for Plaintiffs*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2024, a true and correct copy of the foregoing Suggestions for August 8, 2024 Conference Agenda was electronically filed using the Court's CM/ECF System, which will send notification of such filing to all counsel of record.

/s/ Loren H. Brown
Loren H. Brown

5