# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | : : : : : : : | CIVIL ACTION |
| THIS DOCUMENT RELATES TO: ALL ACTIONS/ALL CASES | : : : | MDL No. 3094 Case No. 2:24-md-3094-KSM |

## PLAINTIFFS' MOTION TO PERMIT MARKETING DISCOVERY OR TO RECONSIDER ORDER PRECLUDING MARKETING DISCOVERY

For the reasons stated in the accompanying Memorandum of Law, Plaintiffs move this Honorable Court to permit marketing discovery—or, alternatively, to reconsider the Order precluding marketing discovery—and to direct the parties to meet and confer regarding any limitations on the scope of marketing discovery that Defendants think are appropriate, and bring any scope issue(s) to the Court, if necessary, following the meet and confer process and utilization of the Special Master.

Respectfully submitted,

*/s/ Paul J. Pennock*
Paul J. Pennock
MORGAN & MORGAN, P.A.
350 Fifth Avenue, Suite 6705
New York, NY 10118
Telephone: (212) 738-6299
ppennock@forthepeople.com

Parvin K. Aminolroaya
SEEGER WEISS LLP
55 Challenger Rd., 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Email: paminolroaya@seegerweiss.com

        Jonathan Orent
MOTLEY RICE LLC
40 Westminster St., 5th Floor
Providence, RI 02903
Telephone: (401) 457-7700
Email: jorent@motleyrice.com

Sarah Ruane
WAGSTAFF & CARTMELL
4740 Grand Avenue Suite 300
Kansas City, MO 64112
Telephone: (816) 701-1123
Email: sruane@wcllp.com

*Plaintiffs' Co-Lead Counsel*

Dated: September 5, 2024

**CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2024, I filed the foregoing motion with the Clerk of the Court using CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record via Case Management/Electronic Case Filing System ("CM/ECF").

*/s/ Paul Pennock*
Paul Pennock