# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GLUGAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | : : : : : : | CIVIL ACTION |
| THIS DOCUMENT RELATES TO: | : : | MDL No. 3094 24-md-3094 |
| *ALL ACTIONS/ALL CASES* | : | |

## ORDER

**AND NOW**, this 9th day of September, 2024, it is **ORDERED** that the in person status conference previously scheduled for September 16, 2024 at 2:00 p.m. (*see* Doc. No. 206) is **RESCHEDULED** for **September 23, 2024 at 2:00 p.m.** in Courtroom 16B.[1]  Counsel are encouraged to meet and confer in anticipation of the conference.  Any counsel may individually or on some joint basis submit suggestions for the agenda no later than September 16, 2024.  The Court will circulate the final agenda no later than three days before the conference.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
**KAREN SPENCER MARSTON, J.**

---

[1] The Court encourages any counsel who will seek reimbursement for travel expenses from a common benefit fund to attend the conference remotely.  The Court will provide a link for remote viewing prior to the conference.