IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*ALL ACTIONS/ALL CASES* | MDL No. 3094<br><br>Cause No. 24-md-3094<br><br>Hon. Karen S. Marston |

## NOTICE OF FIRM NAME CHANGE

TO THE HONORABLE JUDGE AND CLERK OF THIS COURT:

PLEASE TAKE NOTICE that the law firm of Walsh Law PLLC has changed its firm name to Anapol Weiss, effective September 20, 2024. Please also note the new address and email addresses below.

                                                        Respectfully submitted,

                                                        ANAPOL WEISS
                                                        One Logan Square
                                                        130 North 18th Street, Suite 1600
                                                        Philadelphia, PA 19103
                                                        Telephone: (202) 780-3014
                                                        Fax: (215) 875-7707

By:    <u>/s/ *Paige Boldt*</u>
            Paige Boldt
            PA Bar ID 325110
            pboldt@anapolweiss.com
            Daniel Patrick Huyett
            PA Bar ID 319668
            phuyett@anapolweiss.com
            Alexandra M. Walsh (admitted *Pro Hac Vice*)
            DC Bar ID 490484
            awalsh@anapolweiss.com
            *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed in the Court's CM/ECF System this 20th day of September 2024, and thereby served on all counsel of record.

                                            *s/ Paige Boldt*
                                            Paige Boldt