IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAs) PRODUCTS LIABILITY LITIGATION | : : : : : | CIVIL ACTION<br><br>MDL No. 3094 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS / ALL CASES* | : : : : : | 2:24-md-03094-KSM |

### SUGGESTIONS FOR OCTOBER 15, 2024 CONFERENCE AGENDA

Pursuant to this Court's July 26, 2024 Order [ECF 206], undersigned counsel met and conferred in anticipation of the October 15, 2024 Conference and jointly suggest the following topics for inclusion on the Court's agenda:

1. Update on proposed schedules for discovery and briefing of Issues #2-3

Dated: October 9, 2024

Respectfully submitted,

*/s/ Loren H. Brown*
Loren H. Brown (admitted *pro hac vice*)
Lucas P. Przymusinski (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, NY 10020-1104
Telephone: (212) 335-4846
Facsimile: (212) 335-4501
loren.brown@us.dlapiper.com
lucas.przymusinski@us.dlapiper.com

Ilana H. Eisenstein (PA Bar No. 94907)
Raymond M. Williams (PA Bar No. 90771)
**DLA PIPER LLP (US)**
1650 Market Street, Suite 5000
Philadelphia, PA 19103

Telephone: (215) 656-3300
Facsimile: (215) 606-3301
ilana.eisenstein@us.dlapiper.com
raymond.williams@us.dlapiper.com

Matthew A. Holian (admitted *pro hac vice*)
Katherine W. Insogna (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110
Telephone: (617) 406-6000
Facsimile: (617) 406-6100
matt.holian@us.dlapiper.com
katie.insogna@us.dlapiper.com

*Attorneys for Defendants*
*Novo Nordisk A/S and Novo Nordisk Inc.*


*/s/ Samuel W. Silver*
Samuel W. Silver (PA Bar No. 56596)
Catherine M. Recker (PA Bar No. 56813)
Bruce P. Merenstein (PA Bar No. 82609)
Abigail T. Burton (PA Bar No. 334450)
**WELSH & RECKER, P.C.**
306 Walnut Street
Philadelphia, PA 19106
(215) 972-6430
ssilver@welshrecker.com
cmrecker@welshrecker.com
bmerenstein@welshrecker.com
aburton@welshrecker.com

James F. Hurst, P.C. (admitted *pro hac vice*)
Renee D. Smith (admitted *pro hac vice*)
Diana M. Watral, P.C. (admitted *pro hac vice*)
Mark Premo-Hopkins (admitted *pro hac vice*)
**KIRKLAND & ELLIS**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
james.hurst@kirkland.com
renee.smith@kirkland.com
diana.watral@kirkland.com
mark.premohopkins@kirkland.com

>Jonathan M. Redgrave (admitted *pro hac vice*)
>Erica B. Zolner (admitted *pro hac vice*)
>**REDGRAVE LLP**
>4800 Westfields Blvd. | Suite 250
>Chantilly, VA 20151
>(703) 592-1155
>jredgrave@redgravellp.com
>ezolner@redgravellp.com
>
>*Attorneys for Defendant Eli Lilly & Company*
>
>
>*/s/ Parvin K. Aminolroaya*
>Parvin K. Aminolroaya
>**SEEGER WEISS LLP**
>55 Challenger Road, 6th Floor
>Ridgefield Park, NJ 07660
>Telephone: (973) 639-9100
>paminolroaya@seegerweiss.com
>
>*/s/ Jonathan Orent*
>Jonathan Orent
>**MOTLEY RICE LLC**
>40 Westminster Street, 5th Floor
>Providence, RI 02903
>Telephone: (401) 457-7700
>jorent@motleyrice.com
>
>*/s/ Sarah Ruane*
>Sarah Ruane
>**WAGSTAFF & CARTMELL**
>4740 Grand Avenue, Suite 300
>Kansas City, MO 64112
>Telephone: (813) 701-1123
>sruane@wcllp.com
>
>*/s/ Paul Pennock*
>Paul Pennock
>**MORGAN & MORGAN**
>199 Water Street, Suite 1500
>New York, NY 10038
>Telephone: (212) 738-6299
>ppennock@forthepeople.com
>
>*Co-Lead Counsel for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2024, a true and correct copy of the foregoing Suggestions for October 15, 2024 Conference Agenda was electronically filed using the Court's CM/ECF System, which will send notification of such filing to all counsel of record.

*/s/ Loren H. Brown*
Loren H. Brown
