IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GLUGAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | : : : : : : | CIVIL ACTION <br><br> MDL No. 3094 <br> 24-md-3094 |
| THIS DOCUMENT RELATES TO: <br><br> *ALL ACTIONS/ALL CASES* | : : : | <br> HON. KAREN SPENCER MARSTON |

## CASE MANAGEMENT ORDER NO. 19

**AND NOW,** this 10th day of October, 2024, upon consideration of the parties' proposed schedule and in furtherance of the case management of this MDL No. 3094, it is **ORDERED** that as to Cross Cutting Issue No. 1,[1] the following deadlines shall govern the serving of expert reports and the submission of motions and briefs pursuant to Federal Rule of Evidence 702:

| | |
|---|---|
| November 7, 2024 | Deadline for Plaintiffs to serve expert reports |
| December 12, 2024 | Deadline for Defendants to serve expert reports |
| December 19, 2024 | Deadline for Plaintiffs to serve rebuttal reports |
| February 4, 2025 | Deadline for all parties to complete expert depositions |
| February 20, 2025 | Deadline for the submission of motions to exclude expert opinions under Rule 702 and initial briefs |

---

[1] The Court found this issue appropriate for early decision in Case Management Order No. 18. (*See* Doc. No. 235).

| | |
|---|---|
| March 17, 2025 | Deadline for the submission of opposition briefs |
| March 25, 2025 | Deadline for the submission of reply briefs |

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

_____
**KAREN SPENCER MARSTON, J.**