IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | : : : : : : | CIVIL ACTION |
| THIS DOCUMENT RELATES TO: | : : | MDL No. 3094 24-md-3094 |
| *ALL ACTIONS/ALL CASES* | : | |

# ORDER

**AND NOW**, this 17th day of October, 2024, upon consideration of Plaintiffs' Motion to Permit Marketing Discovery or to Reconsider Order Precluding Marketing Discovery (Doc. No. 245), Defendants' opposition brief (Doc. No. 254), Plaintiffs' reply brief (Doc. Nos. 256, 271), and the arguments made by counsel during status conferences on September 23, 2024 and October 15, 2024, it is **ORDERED** that the motion is **DENIED.**

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
**KAREN SPENCER MARSTON, J.**