IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | : : : : : : | CIVIL ACTION |
| THIS DOCUMENT RELATES TO: | : : | MDL No. 3094 24-md-3094 |
| *ALL ACTIONS/ALL CASES* | : | |

# ORDER

**AND NOW**, this 25th day of October, 2024, upon consideration of Special Master Lawrence F. Stengel's First Application for Counsel Fees and Costs for Tri-Monthly Billing Cycle Commencing on August 6, 2024 through September 30, 2024, and having received no objection to the application, it is **ORDERED** that the application is **APPROVED** in the amount of $32,110.00.  Plaintiffs and Defendants shall each pay an equal half share of this amount directly to the Special Discovery Master.

BY THE COURT:

*/s/ Karen Spencer Marston*
**KAREN SPENCER MARSTON, J.**