IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | : : : : : : | CIVIL ACTION<br><br>MDL No. 3094<br>24-md-3094 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS/ALL CASES* | : : : | <br>HON. KAREN SPENCER MARSTON |

## CASE MANAGEMENT ORDER NO. 20

**AND NOW,** this 25th day of October, 2024, upon consideration of the parties' proposed schedule and in furtherance of the case management of this MDL No. 3094, it is **ORDERED** that as to Cross Cutting Issues 2 and 3,[1] the following deadlines shall govern discovery and motion practice:

| | |
|---|---|
| July 2, 2025 | Deadline for fact discovery[2] |
| July 16, 2025 | Deadline for Plaintiffs to serve expert reports |
| August 13, 2025 | Deadline for Defendants to serve expert reports |
| August 22, 2025 | Deadline for Plaintiffs to serve rebuttal expert reports |

---

[1] The Court found Issue 2 appropriate for early decision in Case Management Order No. 18. (*See* Doc. No. 235). The parties have since agreed that early discovery and motion practice should occur simultaneously as to Issue 3. They also agree that Issue 3 will consider general causation for gastroparesis, ileus, small bowel obstruction, gallbladder injuries, and—if added to this MDL by the JPML—DVT. Defendants have reserved the right to add additional alleged injuries to the Issue 3 schedule based on new information, including to the extent identified in Plaintiffs' forthcoming Master Complaint. Plaintiffs have reserved the right to seek additional time to serve expert reports and briefing on Issue 3 to accommodate any injuries later added by Defendants.

[2] This deadline, which encompasses the deadline for fact depositions on Issues 2 and 3, does not preclude later depositions and non-duplicative questioning (unless the questioning is directed at foundation or context) at a later deposition on new topics of witnesses who are relevant to both Issues 2 or 3 and other issues, which have not been prioritized by the Court for early motion practice.

| October 10, 2025 | Deadline for all parties to complete expert depositions |
| --- | --- |
| October 27, 2025 | Deadline for the submission of motions to exclude expert opinions under Rule 702 and initial briefs |
| October 29, 2025 | Deadline for the submission of summary judgment motions and initial briefs |
| December 3, 2025 | Deadline for the submission of briefs in opposition to Rule 702 motions |
| December 16, 2025 | Deadline for the submission of briefs in opposition to summary judgment motions |
| December 17, 2025 | Deadline for the submission of reply briefs in support of Rule 702 motions |
| January 16, 2026 | Deadline for the submission of reply briefs in support of summary judgment motions |

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

_____
**KAREN SPENCER MARSTON, J.**