IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | : : : : : : : | CIVIL ACTION<br><br>MDL No. 3094<br>24-md-3094 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS/ALL CASES* | : : : : | HON. KAREN SPENCER MARSTON |

## CASE MANAGEMENT ORDER NO. 21

### Amended Scheduling Order for Cross Cutting Issue No. 1

**AND NOW,** this 5th day of November, 2024, upon consideration of the parties' request to amend the case management deadlines listed in Case Management Order No. 19, and for good cause shown it is **ORDERED** that the request is **GRANTED.** As to Cross Cutting Issue No. 1,[1] the following deadlines shall govern the serving of expert reports and the submission of motions and briefs pursuant to Federal Rule of Evidence 702:

| | |
|---|---|
| November 18, 2024 | Deadline for Plaintiffs to serve expert reports |
| December 23, 2024 | Deadline for Defendants to serve expert reports |
| January 6, 2025 | Deadline for Plaintiffs to serve rebuttal reports |
| February 19, 2025 | Deadline for all parties to complete expert depositions |
| March 5, 2025 | Deadline for the submission of motions to exclude expert opinions under Rule 702 and initial briefs |

---

[1] The Court found this issue appropriate for early decision in Case Management Order No. 18. (*See* Doc. No. 235).

| March 31, 2025 | Deadline for the submission of opposition briefs |
| --- | --- |
| April 8, 2025 | Deadline for the submission of reply briefs |

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

_____
**KAREN SPENCER MARSTON, J.**