IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | : : : : : : | CIVIL ACTION |
| THIS DOCUMENT RELATES TO: | : : | MDL No. 3094 24-md-3094 |
| *ALL ACTIONS/ALL CASES* | : | |

# ORDER

**AND NOW**, this 18th day of November, 2024, it is **ORDERED** that the in person status conference previously scheduled for December 10, 2024 at 2:00 p.m. (*see* Doc. No. 206) is **RESCHEDULED** for **December 17, 2024 at 11:00 a.m.** in Courtroom TBD.[1]  Counsel are encouraged to meet and confer in anticipation of the conference.  Any counsel may individually or on some joint basis submit suggestions for the agenda no later than December 10, 2024.  The Court will circulate the final agenda no later than three days before the conference.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
**KAREN SPENCER MARSTON, J.**

---

[1] Once a courtroom is assigned, the Court will identify it through a notice on the docket.  The Court encourages any counsel who will seek reimbursement for travel expenses from a common benefit fund to attend the conference remotely.  The Court will also provide a link for remote viewing prior to the conference.