**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION** | : : : : | **CIVIL ACTION** |
| **THIS DOCUMENT RELATES TO:** | : : | **MDL No. 3094** |
| ***ALL ACTIONS / ALL CASES*** | : : | **2:24-md-03094-KSM** |

**JOINT MOTION FOR THE ENTRY OF
PROPOSED CASE MANAGEMENT ORDER**

All Defendants and Plaintiffs (together, the "Parties"), respectfully, and by counsel, hereby jointly move for the entry of the attached Proposed Case Management Order governing the schedule for Defendants' Motion to Dismiss the Master Complaint (Doc. No. 294).

Dated: November 27, 2024                    Respectfully submitted,

                                        */s/ Loren H. Brown*
                                        Loren H. Brown (admitted *pro hac vice*)
                                        Lucas P. Przymusinski (admitted *pro hac vice*)
                                        **DLA PIPER LLP (US)**
                                        1251 Avenue of the Americas
                                        27th Floor
                                        New York, NY 10020-1104
                                        Telephone: (212) 335-4846
                                        Facsimile: (212) 335-4501
                                        loren.brown@us.dlapiper.com
                                        lucas.przymusinski@us.dlapiper.com

                                        Ilana H. Eisenstein (PA Bar No. 94907)
                                        Raymond M. Williams (PA Bar No. 90771)
                                        **DLA PIPER LLP (US)**
                                        1650 Market Street, Suite 5000
                                        Philadelphia, PA 19103
                                        Telephone: (215) 656-3300
                                        Facsimile: (215) 606-3301
                                        ilana.eisenstein@us.dlapiper.com
                                        raymond.williams@us.dlapiper.com

Matthew A. Holian (admitted *pro hac vice*)
Katherine W. Insogna (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110
Telephone: (617) 406-6000
Facsimile: (617) 406-6100
matt.holian@us.dlapiper.com
katie.insogna@us.dlapiper.com

*Attorneys for Defendants Novo Nordisk A/S
and Novo Nordisk Inc.*

Dated: November 27, 2024          /s/ Samuel W. Silver
                                  Samuel W. Silver (PA Bar No. 56596)
                                  Catherine M. Recker (PA Bar No. 56813)
                                  Bruce P. Merenstein (PA Bar No. 82609)
                                  Abigail T. Burton (PA Bar No. 334450)
                                  **WELSH & RECKER, P.C.**
                                  306 Walnut Street
                                  Philadelphia, PA 19106
                                  (215) 972-6430
                                  ssilver@welshrecker.com
                                  cmrecker@welshrecker.com
                                  bmerenstein@welshrecker.com
                                  aburton@welshrecker.com

James F. Hurst, P.C. (admitted *pro hac vice*)
Renee D. Smith (admitted *pro hac vice*)
Diana M. Watral, P.C. (admitted *pro hac vice*)
Mark Premo-Hopkins (admitted *pro hac vice*)
**KIRKLAND & ELLIS**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
james.hurst@kirkland.com
renee.smith@kirkland.com
diana.watral@kirkland.com
mark.premohopkins@kirkland.com

*Attorneys for Defendant Eli Lilly & Company*

Dated: November 27, 2024

*/s/ Parvin K. Aminolroaya*
Parvin K. Aminolroaya
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
paminolroaya@seegerweiss.com

*/s/ Jonathan Orent*
Jonathan Orent
**MOTLEY RICE LLC**
40 Westminster Street, 5th Floor
Providence, RI 02903
Telephone: (401) 457-7700
jorent@motleyrice.com

*/s/ Sarah Ruane*
Sarah Ruane
**WAGSTAFF & CARTMELL**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: (813) 701-1123
sruane@wcllp.com

*/s/ Paul Pennock*
Paul Pennock
**MORGAN & MORGAN**
199 Water Street, Suite 1500
New York, NY 10038
Telephone: (212) 738-6299
ppennock@forthepeople.com

*Co-Lead Counsel for Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on November 27, 2024, a true and correct copy of the foregoing Joint Motion for the Entry of Proposed Case Management Order was electronically filed using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.


*/s/ Loren H. Brown* _____
Loren H. Brown