IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | : : : : : : | CIVIL ACTION<br><br>MDL No. 3094<br>24-md-3094 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS/ALL CASES* | : : : | HON. KAREN SPENCER MARSTON |

## CASE MANAGEMENT ORDER NO. 22

**Scheduling Order for Motion to Dismiss the Master Complaint**

**AND NOW**, this 3rd day of December, 2024, upon consideration of the Joint Motion for Entry of Proposed Case Management Order (Doc. No. 299), it is **ORDERED** that the motion is **GRANTED.** The following deadlines shall govern any motion to dismiss the master complaint:

| | |
|---|---|
| January 24, 2025 | Deadline for Defendants to file motion to dismiss of up to 50 pages, excluding exhibits or requests for judicial notice |
| March 18, 2025 | Deadline for Plaintiffs to file response brief of up to 50 pages, excluding exhibits or requests for judicial notice |
| April 14, 2025 | Deadline for Defendants to file reply brief of up to 25 pages, excluding exhibits or requests for judicial notice |

**IT IS FURTHER ORDERED** that the parties shall confer regarding the timing and nature of an order for the implementation of the master complaint, short form complaint, and any responsive pleadings.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

**KAREN SPENCER MARSTON, J.**