IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | : : : : : : : | CIVIL ACTION<br><br>MDL No. 3094<br>24-md-3094 |
| THIS DOCUMENT RELATES TO: | : : | |
| *ALL ACTIONS/ALL CASES* | : | HON. KAREN SPENCER MARSTON |

**ORDER**

Rule 702 Hearing for Cross Cutting Issue No. 1

**AND NOW**, this 20th day of December, 2024, it is **ORDERED** that as to Cross Cutting Issue No. 1,[1] an **EVIDENTIARY HEARING** is **SCHEDULED** for **May 14, 2025 at 10:00 a.m. in Courtroom 16B**. Every expert whose opinions are the subject of a motion to exclude should be prepared to testify at the hearing on this date.[2]

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

**KAREN SPENCER MARSTON, J.**

---

[1] The Court found this issue appropriate for early decision in Case Management Order No. 18. (*See* Doc. No. 235).

[2] This does not mean that every expert will ultimately be called to testify at the hearing. The Court enters this Order now so that the relevant attorneys and experts have sufficient notice that they are expected to be available on this date. Before the hearing, the Court will clarify which of the experts will be required to appear.