# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | : : : : : : | CIVIL ACTION |
| THIS DOCUMENT RELATES TO: | : : | MDL No. 3094 24-md-3094 |
| *ALL ACTIONS/ALL CASES* | : | |

## ORDER

**AND NOW**, this 10th day of January, 2025, it is **ORDERED** that the in person status conference previously scheduled for January 14, 2025 at 1:00 p.m. (*see* Doc. No. 206) is **RESCHEDULED** for **January 14, 2025 at 2:00 p.m.** in Courtroom 17B.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
**KAREN SPENCER MARSTON, J.**