IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | : : : : : : | CIVIL ACTION |
| THIS DOCUMENT RELATES TO: | : : | MDL No. 3094 24-md-3094 |
| *Middleton v. Novo Nordisk A/S* Case No. 2:24-cv-3166 | : : : | HON. KAREN SPENCER MARSTON |
| *Rogers v. Novo Nordisk A/S* Case No. 2:24-cv-3177 | : : | |

**ORDER**

**AND NOW**, this 15th day of January, 2025, upon consideration of the JPML's December 12, 2024 Transfer Order, which expands the scope of this MDL "to include the additional Novo Nordisk GLP-1 RA drug Saxenda" (*see* Doc. No. 314), it is **ORDERED** that the **STAY IS LIFTED** in *Middletown v. Novo Nordisk A/S* (Case No. 2:24-cv-3166) and *Rogers v. Novo Nordisk A/S* (Case No. 2:24-cv-3177). Both cases shall proceed as part of the MDL.

BY THE COURT:

*/s/ Karen Spencer Marston*
**KAREN SPENCER MARSTON, J.**