**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| | : | |
| **IN RE:  GLUCAGON-LIKE PEPTIDE-1** | : | **CIVIL ACTION** |
| **RECEPTOR AGONISTS (GLP-1 RAs)** | : | |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | |
| | : | |
| **THIS DOCUMENT RELATES TO:** | : | **MDL No. 3094** |
| | : | **2:24-md-03094-KSM** |
| *ALL ACTIONS / ALL CASES* | : | |
| | : | |

**<u>DEFENDANTS' REQUEST FOR JUDICIAL NOTICE</u>**

Pursuant to Federal Rule of Evidence 201, Defendants Novo Nordisk A/S, Novo Nordisk Inc., and Eli Lilly and Company respectfully request that the Court take judicial notice of the following documents, true and correct copies of which are attached hereto, in connection with Defendants' concurrently filed Motion to Dismiss Plaintiffs' Master Complaint:

**Exhibit A:** Product Labeling for Ozempic® (November 2024)

**Exhibit B:** Product Labeling for Wegovy® (November 2024)

**Exhibit C:** Product Labeling for Rybelsus® (December 2024)

**Exhibit D:** Product Labeling for Victoza® (November 2024)

**Exhibit E:** Product Labeling for Saxenda® (November 2024)

**Exhibit F:** Product Labeling for Trulicity® (November 2024)

**Exhibit G:** Product Labeling for Mounjaro® (November 2024)

**Exhibit H:** Product Labeling for Zepbound® (December 2024)

Federal Rule of Evidence 201 authorizes the Court to take judicial notice of facts that are "not subject to reasonable dispute" because they "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."  Fed. R. Evid. 201(b).  Under that rule, this Court may take notice of publicly available documents relating to the warnings contained on FDA-approved product labels.  *See In re Wellbutrin SR/Zyban Antitrust Litig.*, 281 F. Supp. 2d 751, 754 n.2 (E.D. Pa. 2003) (taking notice of and considering reports published on the FDA's website in addition the facts alleged in the complaint); *Clements v. Sanofi-Aventis, U.S., Inc.*, 111 F. Supp. 3d 586, 592 & n.2 (D.N.J. 2015) (taking judicial notice of FDA regulatory facts related to product approval); *Pension Benefit Guar. Corp. v. White Consol. Indus.*, 998 F.2d 1192, 1196 (3d Cir. 1993) ("We now hold that a court may consider an undisputedly authentic document that a defendant attaches as an exhibit to a motion to dismiss if the plaintiff's claims are based on the document.").

WHEREFORE, Defendants respectfully request that the Court take judicial notice of Exhibits A through H submitted in connection with the Motion to Dismiss.

Dated:  January 24, 2025

Respectfully submitted,

*/s/ Samuel W. Silver*

Samuel W. Silver (PA Bar No. 56596)
Catherine M. Recker (PA Bar No. 56813)
Bruce P. Merenstein (PA Bar No. 82609)
Abigail T. Burton (PA Bar No. 334450)
**Welsh & Recker, P.C.**
306 Walnut Street
Philadelphia, PA 19106
Telephone: (215) 972-6430
Facsimile: (985) 617-1021
ssilver@welshrecker.com
cmrecker@welshrecker.com
bmerenstein@welshrecker.com
aburton@welshrecker.com

James F. Hurst, P.C.
Mark Premo-Hopkins, P.C.
Renee D. Smith
Diana M. Watral, P.C.
**Kirkland & Ellis LLP**
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
james.hurst@kirkland.com
renee.smith@kirkland.com
diana.watral@kirkland.com

*Attorneys for Defendant Eli Lilly and Company*

*/s/ Loren H. Brown*

Loren H. Brown
Lucas P. Przymusinski
**DLA Piper LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, NY 10020
Telephone: (212) 335-4846
Facsimile: (212) 335-4501
loren.brown@us.dlapiper.com
lucas.przymusinski@us.dlapiper.com

Ilana H. Eisenstein (PA Bar No. 94907)
Raymond M. Williams (PA Bar No. 90771)
Rachel A.H. Horton (PA Bar No. 316482)
**DLA Piper LLP (US)**
1650 Market Street, Suite 5000
Philadelphia, PA 19103
Telephone: (215) 656-3300
Facsimile: (215) 606-3301
ilana.eisenstein@us.dlapiper.com
raymond.williams@us.dlapiper.com
rachel.horton@us.dlapiper.com

Matthew A. Holian
Katherine W. Insogna
**DLA Piper LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110
Telephone: (617) 406-6000
Facsimile: (617) 406-6100
matt.holian@us.dlapiper.com
katie.insogna@us.dlapiper.com

*Attorneys for Novo Nordisk A/S and Novo Nordisk Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2025, a true and correct copy of the foregoing Defendants' Request for Judicial Notice was electronically filed using the Court's CM/ECF System, which will send notification of such filing to all counsel of record.


*/s/ Loren H. Brown*
Loren H. Brown