**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAs) PRODUCTS LIABILITY LITIGATION | : : : : | CIVIL ACTION |
| THIS DOCUMENT RELATES TO: *ALL ACTIONS / ALL CASES* | : : : : : | MDL No. 3094 2:24-md-03094-KSM |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' MASTER COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(f) and Local Rule 7.1, Defendants Novo Nordisk A/S, Novo Nordisk Inc., and Eli Lilly and Company file this Motion to Dismiss Plaintiffs' Master Complaint for failure to state a claim upon which relief can be granted and to strike redundant, immaterial, and impertinent matter contained in the Master Complaint. For the reasons stated in the memorandum supporting this motion, the Court should dismiss Counts III to XIV and Plaintiffs' demand for medical monitoring damages, and the Court should strike the language in the Preliminary Statement that threatens to inject inefficiency into this proceeding and undermine the Court's authority.

Dated: January 24, 2025                                            Respectfully submitted,

*/s/ Samuel W. Silver*                                             */s/ Loren H. Brown*
Samuel W. Silver (PA Bar No. 56596)                                Loren H. Brown
Catherine M. Recker (PA Bar No. 56813)                             Lucas P. Przymusinski
Bruce P. Merenstein (PA Bar No. 82609)                             **DLA Piper LLP (US)**
Abigail T. Burton (PA Bar No. 334450)                              1251 Avenue of the Americas, 27th Floor
**Welsh & Recker, P.C.**                                           New York, NY 10020
306 Walnut Street                                                  Telephone: (212) 335-4846
Philadelphia, PA 19106                                             Facsimile: (212) 335-4501
Telephone: (215) 972-6430                                          loren.brown@us.dlapiper.com
Facsimile: (985) 617-1021                                          lucas.przymusinski@us.dlapiper.com
ssilver@welshrecker.com
cmrecker@welshrecker.com                                           Ilana H. Eisenstein (PA Bar No. 94907)
bmerenstein@welshrecker.com                                        Raymond M. Williams (PA Bar No. 90771)
aburton@welshrecker.com                                            Rachel A.H. Horton (PA Bar No. 316482)
                                                                   **DLA Piper LLP (US)**
James F. Hurst, P.C.                                               1650 Market Street, Suite 5000
Mark Premo-Hopkins, P.C.                                           Philadelphia, PA 19103
Renee D. Smith                                                     Telephone: (215) 656-3300
Diana M. Watral, P.C.                                              Facsimile: (215) 606-3301
**Kirkland & Ellis LLP**                                           ilana.eisenstein@us.dlapiper.com
333 West Wolf Point Plaza                                          raymond.williams@us.dlapiper.com
Chicago, IL 60654                                                  rachel.horton@us.dlapiper.com
Telephone: (312) 862-2000
Facsimile: (312) 862-2200                                          Matthew A. Holian
james.hurst@kirkland.com                                           Katherine W. Insogna
renee.smith@kirkland.com                                           **DLA Piper LLP (US)**
diana.watral@kirkland.com                                          33 Arch Street, 26th Floor
                                                                   Boston, MA 02110
*Attorneys for Defendant Eli Lilly and*                            Telephone: (617) 406-6000
*Company*                                                          Facsimile: (617) 406-6100
                                                                   matt.holian@us.dlapiper.com
                                                                   katie.insogna@us.dlapiper.com

                                                                   *Attorneys for Novo Nordisk A/S and*
                                                                   *Novo Nordisk Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2025, a true and correct copy of the foregoing Defendants' Motion to Dismiss Plaintiffs' Master Complaint was electronically filed using the Court's CM/ECF System, which will send notification of such filing to all counsel of record.

*/s/ Loren H. Brown*
Loren H. Brown