```
                    IN THE UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF PENNSYLVANIA


         IN RE:

         GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS GLP-1 RAS

         PRODUCTS LIABILITY

         24-MD-3094
         _____

                                          NOVEMBER 15, 2024
                                          VIA TEAMS
                                          PHILADELPHIA, PA 19106


         _____

              BEFORE THE HONORABLE KAREN S. MARSTON, J.
         _____

                     WEEKLY TEAMS STATUS CONFERENCE

         APPEARANCES:

         ROBERTA D. LIEBENBERG, ESQUIRE
         FINE, KAPLAN AND BLACK, R.P.C.
         ONE SOUTH BROAD STREET, 23RD FLOOR
         PHILADELPHIA, PA 19107

         COUNSEL FOR THE PLAINTIFF


                         LYNN GLIGOR, RMR
                       OFFICIAL COURT REPORTER
                     ROOM 2609 U. S. COURTHOUSE
                         601 MARKET STREET
                       PHILADELPHIA, PA 19106
                          (856)649-4774


         PROCEEDINGS RECORDED BY STENOTYPE-COMPUTER,
         TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION
```

CONTINUED APPEARANCES:

JONATHAN D. ORENT, ESQUIRE
MOTLEY RICE LLC
40 WESTMINSTER STREET, 5TH FLOOR
PROVIDENCE, RI 02903

COUNSEL FOR THE PLAINTIFF


PARVIN K. AMINOLROAYA, ESQUIRE
MAX KELLY, ESQUIRE
SEEGER WEISS LLP
55 CHALLENGER ROAD
RIDGEFIELD PARK, NJ 07660

COUNSEL FOR THE PLAINTIFF


SARAH S. RUANE, ESQUIRE
WAGSTAFF & CARTMELL LLP
4740 GRAND AVENUE, SUITE 300
KANSAS CITY, MO 64112

COUNSEL FOR THE PLAINTIFF


PAUL PENNOCK, ESQUIRE
JONATHAN SEDGH, ESQUIRE
MORGAN & MORGAN
350 5TH AVE, SUITE 6705
NEW YORK, NY 10118

COUNSEL FOR THE PLAINTIFF


NINA C. SPIZER, ESQUIRE
DILWORTH PAXSON
1500 MARKET STREET
SUITE 3500E
PHILADELPHIA, PA 19102

COUNSEL FOR THE PLAINTIFF

```
 1    CONTINUED APPEARANCES:

 2    SAMUEL W. SILVER, ESQUIRE
      WELSH & RECKER
 3    306 WALNUT STREET
      PHILADELPHIA, PA 19106
 4
      COUNSEL FOR THE DEFENDANT
 5


 6    ILANA H. EISENSTEIN, ESQUIRE
      KATIE INSOGNA, ESQUIRE
 7    RAYMOND WILLIAMS, ESQUIRE
      DLA PIPER LLP
 8    1650 MARKET STREET, SUITE 5000
      PHILADELPHIA, PA 19103
 9
      COUNSEL FOR THE DEFENDANT
10


11    LOREN H. BROWN, ESQUIRE
      DLA PIPER LLP
12    1251 AVENUE OF THE AMERICAS, 27TH FLOOR
      NEW YORK, NY 10020
13
      COUNSEL FOR THE DEFENDANT
14


15    DIANA M. WATRAL, ESQUIRE
      RENEE SMITH, ESQUIRE
16    KIRKLAND & ELLIS LLP
      333 WEST WOLF POINT PLAZA
17    CHICAGO, IL 60654

18    COUNSEL FOR THE DEFENDANT

19
      JONATHAN M. REDGRAVE, ESQUIRE - VIA ZOOM
20    REDGRAVE LLP
      4800 WESTFIELDS BOULEVARD
21    SUITE 250
      CHANTILLY, VA 20151
22
      COUNSEL FOR THE DEFENDANT
23

24

25
```

1                   (CLERK OPENS COURT.)

2                   THE COURT:  GOOD MORNING, EVERYONE.

3                   SO, I GUESS THE ONE THING -- WELL, I SAW

4    A MASTER COMPLAINT GOT FILED.  IT IS UNDER SEAL.  I SEE

5    THE HIGHLIGHTS IN GREEN.

6                   I GUESS I WANT TO -- CAN WE JUST TALK

7    ABOUT WHETHER IT'S GOING TO STAY UNDER SEAL, WHAT THE

8    CONDITION IS?

9                   MS. INSOGNA:  GOOD MORNING, YOUR HONOR,

10   THIS IS KATIE INSOGNA FOR NOVO NORDISK.

11                  I THINK THE PROCESS UNDER THE CMO IS FOR

12   THE PARTIES TO MEET AND CONFER WITHIN SEVEN DAYS ABOUT

13   IT AND THEN --

14                  THE COURT:  RIGHT.

15                  MS. INSOGNA:  -- I THINK WITHIN 14 DAYS

16   THE PARTIES PURSUING THE CMO WILL FILE A MOTION.

17                  SO I THINK OUR PLAN IS TO MEET AND CONFER

18   WITH PLAINTIFFS EARLY NEXT WEEK ON THOSE REDACTIONS, AND

19   THEN WE CAN REPORT INTO THE COURT NEXT FRIDAY, IF THAT'S

20   OKAY WITH NEXT --

21                  THE COURT:  THAT'S FINE.  I KNEW THAT WAS

22   THE PROCESS, I WAS JUST THINKING MAYBE YOU LOOKED AND

23   JUST SAID, OH, NO, IT'S NOT GOING TO BE AN ISSUE.  BUT

24   IF YOU GUYS NEED TO MEET AND CONFER, THAT'S FINE.

25                  THAT DOES ACTUALLY SEGUE NICELY, THOUGH.

1   I WOULD LIKE TO MOVE NEXT FRIDAY'S CALL.  I CAN EITHER
2   DO IT ON THURSDAY OR I CAN DO IT THE FOLLOWING MONDAY.
3           DO YOU ALL HAVE A -- WOULD ONE DAY WORK
4   BETTER THAN THE OTHER?  9 O'CLOCK IS FINE ON BOTH DAYS.
5           HOW ABOUT WE DO IT MONDAY; DOES THAT MAKE
6   SENSE TO EVERYBODY?
7           MR. BROWN:  MONDAY, THE 25TH, YOUR HONOR?
8           THE COURT:  YES.
9           DOES THAT WORK FOR EVERYONE?
10          MS. WATRAL:  THAT WORKS FOR LILLY, YOUR
11  HONOR.
12          MR. BROWN:  THAT SHOULD BE FINE FOR NOVO,
13  YOUR HONOR.
14          THE COURT:  ANYONE ON BEHALF OF
15  PLAINTIFFS?
16          MR. PENNOCK:  YES, YOUR HONOR, THAT'S
17  FINE FOR THE PLAINTIFFS.
18          THE COURT:  AND THAT BRINGS ME TO ONE
19  OTHER LITTLE SCHEDULING ISSUE.  I HAVE A CRIMINAL TRIAL
20  THAT IS SMACK DAB IN THE MIDDLE OF OUR NEXT IN-PERSON
21  STATUS CONFERENCE.  SO THINKING THAT YOU ALL MAYBE
22  PREFER THE TUESDAYS, I WAS THINKING ABOUT DOING IT ON
23  DECEMBER 17TH INSTEAD.  I COULD DO IT ON THE 16TH, BUT I
24  DO NEED TO PUSH IT BACK A WEEK.
25          MR. BROWN:  YOUR HONOR, THIS IS LOREN

```
 1    BROWN FOR NOVO.
 2                    THAT DATE SHOULD BE FINE FOR US.
 3                    THE COURT:  WHICH DO YOU PREFER, THE 16TH
 4    OR THE 17TH?
 5                    MR. BROWN:  THE 17TH, PLEASE.
 6                    THE COURT:  OKAY.
 7                    MS. WATRAL:  YOUR HONOR, THIS IS DIANA
 8    WATRAL FOR LILLY.
 9                    WE CAN ALSO DO THE 17TH.  WE CAN'T DO THE
10    16TH, BUT THE 17TH WORKS.
11                    THE COURT:  OKAY.
12                    PLAINTIFFS?
13                    MR. PENNOCK:  YOUR HONOR, PAUL PENNOCK
14    FOR THE PLAINTIFFS.
15                    WE WILL MAKE THE 17TH WORK, SO THAT WON'T
16    BE A PROBLEM.
17                    THE COURT:  ALL RIGHT.  ARE YOU ALL RIGHT
18    IF I START IT AT 11 O'CLOCK IN THE MORNING?
19                    MR. PENNOCK:  YES, YOUR HONOR.
20                    MS. WATRAL:  YES, YOUR HONOR.
21                    THE COURT:  ALL RIGHT.  I THINK THAT'S A
22    "YES" ALL AROUND.
23                    MR. BROWN:  YES ALL AROUND, YOUR HONOR.
24                    THE COURT:  PERFECT.  WE WILL PLAN ON
25    MOVING IT.
```

1     THEN THE ONLY OTHER THING I NEED TO LET
2  YOU KNOW IS MY COURTROOM IS GOING TO BE UNDER
3  RENOVATIONS, HOPEFULLY TO MAKE IT MORE ACCESSIBLE AND
4  TECHNOLOGY FRIENDLY FOR EVERYBODY.  SO I WILL LET YOU
5  KNOW WHAT COURTROOM WE WILL BE IN ON THAT DAY.
6     BUT DECEMBER 17TH AT 11 O'CLOCK.  AND
7  THEN I AM STILL WORKING ON THE TUESDAY PROPOSED DATES,
8  AND I WILL DEAL WITH THOSE FOR THE NEW YEAR.  HOPEFULLY
9  WITHIN THE NEXT WEEK.
10    THAT'S ALL ON MY END.  SO LET ME START, I
11 GUESS WE WILL WORK BACKWARDS HERE.
12    LILLY, WOULD YOU LIKE TO REPORT IN?
13    MS. WATRAL:  YOUR HONOR, THIS IS DIANA
14 WATRAL FOR LILLY.
15    WE HAVE NOTHING FOR TODAY.
16    THE COURT:  OKAY.
17    HOW ABOUT FOR NOVO?
18    MS. INSOGNA:  GOOD MORNING, YOUR HONOR,
19 KATIE INSOGNA, AGAIN, FOR NOVO.
20    I THINK THE ONLY UPDATE IS JUST TO REPEAT
21 FROM LAST WEEK, WHICH IS THAT WE ARE MEETING AND
22 CONFERRING WITH PLAINTIFFS ON A MOTION TO DISMISS
23 SCHEDULE AND SHORT FORM COMPLAINT SCHEDULE FOR THE
24 MASTER COMPLAINT.
25    THE COURT:  ARE WE GETTING CLOSE?

1    MS. INSOGNA: I THINK SO. OUR HOPE IS TO
2    HAVE DATES FOR YOU NEXT WEEK OR AT THE NEXT HEARING.
3                THE COURT: OKAY. ON MONDAY, THE 25TH, I
4    GUESS.
5                ALL RIGHT. IN TERMS OF THE MOTION TO
6    DISMISS, WE ARE STILL ON TRACK WHERE THERE IS NO
7    PERSONAL JURISDICTION AND LEARNED INTERMEDIARY, RIGHT,
8    ISN'T THAT WHAT WE SAID BACK IN THE DAY?
9                MS. EISENSTEIN: YOUR HONOR, THIS IS
10   ILANA EISENSTEIN FOR NOVO.
11               THAT IS CORRECT.
12               THE COURT: THANK YOU FOR CONFIRMING.
13               YES, PLEASE TRY TO GET THOSE DATES SO WE
14   CAN GET THAT ORDER OUT NEXT MONDAY, NOVEMBER 25TH.
15               HOW ABOUT FOR THE PLAINTIFFS?
16               MR. PENNOCK: YOUR HONOR, PAUL PENNOCK
17   FOR THE PLAINTIFFS.
18               WE DO NOT HAVE ANY ADDITIONAL ISSUES.
19   THANK YOU.
20               THE COURT: YOU ALL ARE STILL WORKING ON
21   THE STATE COURT COORDINATION?
22               MR. PENNOCK: YES, YOUR HONOR, WE ARE.
23               THE COURT: AND IN TERMS OF, THERE ARE NO
24   MORE ADDITIONAL CASES, OTHER THAN THE ONE IN GEORGIA AT
25   THIS POINT?

9

1      MR. PENNOCK:  NOT THAT I AM AWARE OF, NO.

2      THE COURT:  IS ANYONE ELSE AWARE OF

3  SOMETHING?

4      MS. WATRAL:  YOUR HONOR, THIS IS DIANA

5  WATRAL FOR LILLY.

6      WE ARE NOT AWARE OF ANY OTHERS AGAINST

7  LILLY.

8      THE COURT:  OKAY.

9      THERE WAS ONE OTHER THING I WAS THINKING

10 I NEEDED TO -- THAT MADE ME THINK OF, BUT I JUST LOST MY

11 THOUGHT.  OKAY.

12     WELL, THEN WE WILL GET AMENDED SCHEDULING

13 ORDERS OUT FOR THE CONFERENCE DATE.  OTHERWISE, WE WILL

14 TOUCH BASE THEN NEXT MONDAY, 9 A.M., NOVEMBER -- NOT

15 NEXT MONDAY, BUT A WEEK FROM MONDAY, NOVEMBER 25TH.

16     THANK YOU FOR ACCOMMODATING, AND I HOPE

17 EVERYONE HAS A GOOD WEEKEND.

18     ALL COUNSEL:  THANK YOU, YOUR HONOR.

19     (COURT ADJOURNED.)

20     I CERTIFY THAT THE FOREGOING IS A CORRECT

21 TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

22 ABOVE-ENTITLED MATTER.

23

     *Lynn Gligor*

24  12-13-24
    DATE                    OFFICIAL COURT REPORTER

25                          LYNN GLIGOR, RMR

# 0

**02903** [1] - 2:3
**07660** [1] - 2:8

# 1

**10020** [1] - 3:12
**10118** [1] - 2:16
**11** [2] - 6:18, 7:6
**1251** [1] - 3:12
**14** [1] - 4:15
**15** [1] - 1:8
**1500** [1] - 2:20
**1650** [1] - 3:8
**16TH** [3] - 5:23, 6:3, 6:10
**17TH** [7] - 5:23, 6:4, 6:5, 6:9, 6:10, 6:15, 7:6
**19102** [1] - 2:21
**19103** [1] - 3:8
**19106** [3] - 1:9, 1:20, 3:3
**19107** [1] - 1:16

# 2

**20151** [1] - 3:21
**2024** [1] - 1:8
**23RD** [1] - 1:15
**24-MD-3094** [1] - 1:6
**250** [1] - 3:21
**25TH** [4] - 5:7, 8:3, 8:14, 9:15
**2609** [1] - 1:19
**27TH** [1] - 3:12

# 3

**300** [1] - 2:11
**306** [1] - 3:3
**333** [1] - 3:16
**350** [1] - 2:16
**3500E** [1] - 2:20

# 4

**40** [1] - 2:3
**4740** [1] - 2:11
**4800** [1] - 3:20

# 5

**5000** [1] - 3:8
**55** [1] - 2:7
**5TH** [2] - 2:3, 2:16

# 6

**601** [1] - 1:20
**60654** [1] - 3:17
**64112** [1] - 2:12
**6705** [1] - 2:16

# 8

**856)649-4774** [1] - 1:21

# 9

**9** [2] - 5:4, 9:14

# A

**A.M** [1] - 9:14
**ABOUT** [6] - 4:7, 4:12, 5:5, 5:22, 7:17, 8:15
**ABOVE** [1] - 9:22
**ABOVE-ENTITLED** [1] - 9:22
**ACCESSIBLE** [1] - 7:3
**ACCOMMODATING** [1] - 9:16
**ACTUALLY** [1] - 4:25
**ADDITIONAL** [2] - 8:18, 8:24
**ADJOURNED** [1] - 9:19
**AGAIN** [1] - 7:19
**AGAINST** [1] - 9:6
**AGONISTS** [1] - 1:4
**AIDED** [1] - 1:23
**ALL** [11] - 5:3, 5:21, 6:17, 6:21, 6:22, 6:23, 7:10, 8:5, 8:20, 9:18
**ALSO** [1] - 6:9
**AM** [2] - 7:7, 9:1
**AMENDED** [1] - 9:12
**AMERICAS** [1] - 3:12
**AMINOLROAYA** [1] - 2:6
**AN** [1] - 4:23
**AND** [16] - 1:15, 4:12, 4:13, 4:17, 4:18, 4:22, 4:24, 5:18, 7:3, 7:6, 7:8, 7:21, 7:23, 8:7, 8:23, 9:16
**ANY** [2] - 8:18, 9:6
**ANYONE** [2] - 5:14, 9:2
**APPEARANCES** [3] - 1:13, 2:1, 3:1
**ARE** [8] - 6:17, 7:21, 7:25, 8:6, 8:20, 8:22, 8:23, 9:6
**AROUND** [2] - 6:22, 6:23
**AT** [4] - 6:18, 7:6, 8:2, 8:24
**AVE** [1] - 2:16
**AVENUE** [2] - 2:11, 3:12
**AWARE** [3] - 9:1, 9:2, 9:6

# B

**BACK** [2] - 5:24, 8:8
**BACKWARDS** [1] - 7:11
**BASE** [1] - 9:14
**BE** [6] - 4:23, 5:12, 6:2, 6:16, 7:2, 7:5
**BEFORE** [1] - 1:11
**BEHALF** [1] - 5:14
**BETTER** [1] - 5:4
**BLACK** [1] - 1:15
**BOTH** [1] - 5:4
**BOULEVARD** [1] - 3:20
**BRINGS** [1] - 5:18
**BROAD** [1] - 1:15
**BROWN** [7] - 3:11, 5:7, 5:12, 5:25, 6:1, 6:5, 6:23
**BUT** [6] - 4:23, 5:23, 6:10, 7:6, 9:10, 9:15
**BY** [2] - 1:22, 1:23

# C

**CALL** [1] - 5:1
**CAN** [6] - 4:6, 4:19, 5:1, 5:2, 6:9, 8:14
**CAN'T** [1] - 6:9
**CARTMELL** [1] - 2:11
**CASES** [1] - 8:24
**CERTIFY** [1] - 9:20
**CHALLENGER** [1] - 2:7
**CHANTILLY** [1] - 3:21
**CHICAGO** [1] - 3:17
**CITY** [1] - 2:12
**CLERK** [1] - 4:1
**CLOSE** [1] - 7:25
**CMO** [2] - 4:11, 4:16
**COMPLAINT** [3] - 4:4, 7:23, 7:24
**COMPUTER** [2] - 1:22, 1:23
**COMPUTER-AIDED** [1] - 1:23
**CONDITION** [1] - 4:8
**CONFER** [3] - 4:12, 4:17, 4:24
**CONFERENCE** [3] - 1:12, 5:21, 9:13
**CONFERRING** [1] - 7:22
**CONFIRMING** [1] - 8:12
**CONTINUED** [2] - 2:1, 3:1
**COORDINATION** [1] - 8:21
**CORRECT** [2] - 8:11, 9:20
**COULD** [1] - 5:23
**COUNSEL** [12] - 1:17, 2:4, 2:9, 2:13, 2:17, 2:22, 3:4, 3:9, 3:13, 3:18, 3:22, 9:18
**COURT** [27] - 1:1, 1:19, 4:1, 4:2, 4:14, 4:19, 4:21, 5:8, 5:14, 5:18, 6:3, 6:6, 6:11, 6:17, 6:21, 6:24, 7:16, 7:25, 8:3, 8:12, 8:20, 8:21, 8:23, 9:2, 9:8, 9:19, 9:24
**COURTHOUSE** [1] - 1:19
**COURTROOM** [2] - 7:2, 7:5
**CRIMINAL** [1] - 5:19

# D

**DAB** [1] - 5:20
**DATE** [3] - 6:2, 9:13, 9:24
**DATES** [3] - 7:7, 8:2, 8:13
**DAY** [3] - 5:3, 7:5, 8:8
**DAYS** [3] - 4:12, 4:15, 5:4
**DEAL** [1] - 7:8
**DECEMBER** [2] - 5:23, 7:6
**DEFENDANT** [5] - 3:4, 3:9, 3:13, 3:18, 3:22
**DIANA** [4] - 3:15, 6:7, 7:13, 9:4
**DILWORTH** [1] - 2:19
**DISMISS** [2] - 7:22, 8:6
**DISTRICT** [2] - 1:1, 1:2
**DLA** [2] - 3:7, 3:11
**DO** [10] - 5:2, 5:3, 5:5, 5:23, 5:24, 6:3, 6:9, 8:18
**DOES** [3] - 4:25, 5:5, 5:9
**DOING** [1] - 5:22

# E

**EARLY** [1] - 4:18
**EASTERN** [1] - 1:2
**EISENSTEIN** [3] - 3:6, 8:9, 8:10
**EITHER** [1] - 5:1
**ELLIS** [1] - 3:16
**ELSE** [1] - 9:2
**END** [1] - 7:10
**ENTITLED** [1] - 9:22
**ESQUIRE** [16] - 1:14, 2:2, 2:6, 2:6, 2:10, 2:14, 2:15, 2:19, 3:2, 3:6, 3:6, 3:7, 3:11, 3:15, 3:15, 3:19
**EVERYBODY** [2] - 5:6, 7:4
**EVERYONE** [3] - 4:2, 5:9, 9:17

# F

**FILE** [1] - 4:16
**FILED** [1] - 4:4
**FINE** [7] - 1:15, 4:21, 4:24, 5:4, 5:12, 5:17, 6:2
**FLOOR** [3] - 1:15, 2:3, 3:12
**FOLLOWING** [1] - 5:2
**FOR** [37] - 1:2, 1:17, 2:4, 2:9, 2:13, 2:17, 2:22, 3:4, 3:9, 3:13, 3:18, 3:22, 4:10, 4:11, 5:9, 5:10, 5:12, 5:17, 6:1, 6:2, 6:8, 6:14, 7:4, 7:8, 7:14, 7:15, 7:17, 7:19, 7:23, 8:2, 8:10, 8:12, 8:15, 8:17, 9:5, 9:13, 9:16
**FOREGOING** [1] - 9:20
**FORM** [1] - 7:23
**FRIDAY** [1] - 4:19
**FRIDAY'S** [1] - 5:1
**FRIENDLY** [1] - 7:4
**FROM** [3] - 7:21, 9:15, 9:21

# G

**GEORGIA** [1] - 8:24
**GET** [3] - 8:13, 8:14, 9:12
**GETTING** [1] - 7:25
**GLIGOR** [2] - 1:18, 9:25
**GLP-1** [1] - 1:4

**GLUCAGON** [1] - 1:4
**GLUCAGON-LIKE** [1] - 1:4
**GOING** [3] - 4:7, 4:23, 7:2
**GOOD** [4] - 4:2, 4:9, 7:18, 9:17
**GOT** [1] - 4:4
**GRAND** [1] - 2:11
**GREEN** [1] - 4:5
**GUESS** [4] - 4:3, 4:6, 7:11, 8:4
**GUYS** [1] - 4:24

**H**

**HAS** [1] - 9:17
**HAVE** [5] - 5:3, 5:19, 7:15, 8:2, 8:18
**HEARING** [1] - 8:2
**HERE** [1] - 7:11
**HIGHLIGHTS** [1] - 4:5
**HONOR** [18] - 4:9, 5:7, 5:11, 5:13, 5:16, 5:25, 6:7, 6:13, 6:19, 6:20, 6:23, 7:13, 7:18, 8:9, 8:16, 8:22, 9:4, 9:18
**HONORABLE** [1] - 1:11
**HOPE** [2] - 8:1, 9:16
**HOPEFULLY** [2] - 7:3, 7:8
**HOW** [3] - 5:5, 7:17, 8:15

**I**

**IF** [3] - 4:19, 4:24, 6:18
**IL** [1] - 3:17
**ILANA** [2] - 3:6, 8:10
**IN** [13] - 1:1, 1:3, 4:5, 5:20, 6:18, 7:5, 7:12, 8:5, 8:8, 8:23, 8:24, 9:21
**IN-PERSON** [1] - 5:20
**INSOGNA** [7] - 3:6, 4:9, 4:10, 4:15, 7:18, 7:19, 8:1
**INSTEAD** [1] - 5:23
**INTERMEDIARY** [1] - 8:7
**INTO** [1] - 4:19
**IS** [21] - 4:4, 4:8, 4:10, 4:11, 4:17, 5:4, 5:20, 5:25, 6:7, 7:2, 7:13, 7:20, 7:21, 8:1, 8:6, 8:9, 8:11, 9:2, 9:4, 9:20
**ISN'T** [1] - 8:8

**ISSUE** [2] - 4:23, 5:19
**ISSUES** [1] - 8:18
**IT** [11] - 4:4, 4:13, 5:2, 5:5, 5:22, 5:23, 5:24, 6:18, 6:25, 7:3
**IT'S** [2] - 4:7, 4:23

**J**

**JONATHAN** [3] - 2:2, 2:15, 3:19
**JURISDICTION** [1] - 8:7
**JUST** [5] - 4:6, 4:22, 4:23, 7:20, 9:10

**K**

**KANSAS** [1] - 2:12
**KAPLAN** [1] - 1:15
**KAREN** [1] - 1:11
**KATIE** [3] - 3:6, 4:10, 7:19
**KELLY** [1] - 2:6
**KIRKLAND** [1] - 3:16
**KNEW** [1] - 4:21
**KNOW** [2] - 7:2, 7:5

**L**

**LAST** [1] - 7:21
**LEARNED** [1] - 8:7
**LET** [3] - 7:1, 7:4, 7:10
**LIABILITY** [1] - 1:5
**LIEBENBERG** [1] - 1:14
**LIKE** [3] - 1:4, 5:1, 7:12
**LILLY** [6] - 5:10, 6:8, 7:12, 7:14, 9:5, 9:7
**LITTLE** [1] - 5:19
**LLC** [1] - 2:2
**LLP** [6] - 2:7, 2:11, 3:7, 3:11, 3:16, 3:20
**LOOKED** [1] - 4:22
**LOREN** [2] - 3:11, 5:25
**LOST** [1] - 9:10
**LYNN** [2] - 1:18, 9:25

**M**

**MADE** [1] - 9:10
**MAKE** [3] - 5:5, 6:15, 7:3
**MARKET** [3] - 1:20, 2:20, 3:8
**MARSTON** [1] - 1:11
**MASTER** [2] - 4:4, 7:24

**MATTER** [1] - 9:22
**MAX** [1] - 2:6
**MAYBE** [2] - 4:22, 5:21
**ME** [3] - 5:18, 7:10, 9:10
**MEET** [3] - 4:12, 4:17, 4:24
**MEETING** [1] - 7:21
**MIDDLE** [1] - 5:20
**MO** [1] - 2:12
**MONDAY** [8] - 5:2, 5:5, 5:7, 8:3, 8:14, 9:14, 9:15
**MORE** [2] - 7:3, 8:24
**MORGAN** [2] - 2:15
**MORNING** [4] - 4:2, 4:9, 6:18, 7:18
**MOTION** [3] - 4:16, 7:22, 8:5
**MOTLEY** [1] - 2:2
**MOVE** [1] - 5:1
**MOVING** [1] - 6:25
**MR** [11] - 5:7, 5:12, 5:16, 5:25, 6:5, 6:13, 6:19, 6:23, 8:16, 8:22, 9:1
**MS** [10] - 4:9, 4:15, 5:10, 6:7, 6:20, 7:13, 7:18, 8:1, 8:9, 9:4
**MY** [3] - 7:2, 7:10, 9:10

**N**

**NEED** [3] - 4:24, 5:24, 7:1
**NEEDED** [1] - 9:10
**NEW** [3] - 2:16, 3:12, 7:8
**NEXT** [11] - 4:18, 4:19, 4:20, 5:1, 5:20, 7:9, 8:2, 8:14, 9:14, 9:15
**NICELY** [1] - 4:25
**NINA** [1] - 2:19
**NJ** [1] - 2:8
**NO** [4] - 4:23, 8:6, 8:23, 9:1
**NORDISK** [1] - 4:10
**NOT** [5] - 4:23, 8:18, 9:1, 9:6, 9:14
**NOTHING** [1] - 7:15
**NOVEMBER** [4] - 1:8, 8:14, 9:14, 9:15
**NOVO** [6] - 4:10, 5:12, 6:1, 7:17, 7:19, 8:10
**NY** [2] - 2:16, 3:12

**O**

**O'CLOCK** [3] - 5:4,

6:18, 7:6
**OF** [11] - 1:2, 3:12, 5:14, 5:20, 8:5, 8:23, 9:1, 9:2, 9:6, 9:10, 9:21
**OFFICIAL** [2] - 1:19, 9:24
**OH** [1] - 4:23
**OKAY** [7] - 4:20, 6:6, 6:11, 7:16, 8:3, 9:8, 9:11
**ON** [14] - 4:18, 5:2, 5:4, 5:14, 5:22, 5:23, 6:24, 7:5, 7:7, 7:10, 7:22, 8:3, 8:6, 8:20
**ONE** [6] - 1:15, 4:3, 5:3, 5:18, 8:24, 9:9
**ONLY** [2] - 7:1, 7:20
**OPENS** [1] - 4:1
**OR** [3] - 5:2, 6:4, 8:2
**ORDER** [1] - 8:14
**ORDERS** [1] - 9:13
**ORENT** [1] - 2:2
**OTHER** [5] - 5:4, 5:19, 7:1, 8:24, 9:9
**OTHERS** [1] - 9:6
**OTHERWISE** [1] - 9:13
**OUR** [3] - 4:17, 5:20, 8:1
**OUT** [2] - 8:14, 9:13

**P**

**PA** [6] - 1:9, 1:16, 1:20, 2:21, 3:3, 3:8
**PARK** [1] - 2:8
**PARTIES** [2] - 4:12, 4:16
**PARVIN** [1] - 2:6
**PAUL** [3] - 2:14, 6:13, 8:16
**PAXSON** [1] - 2:19
**PENNOCK** [9] - 2:14, 5:16, 6:13, 6:19, 8:16, 8:22, 9:1
**PENNSYLVANIA** [1] - 1:2
**PEPTIDE-1** [1] - 1:4
**PERFECT** [1] - 6:24
**PERSON** [1] - 5:20
**PERSONAL** [1] - 8:7
**PHILADELPHIA** [6] - 1:9, 1:16, 1:20, 2:21, 3:3, 3:8
**PIPER** [2] - 3:7, 3:11
**PLAINTIFF** [6] - 1:17, 2:4, 2:9, 2:13, 2:17, 2:22
**PLAINTIFFS** [8] -

4:18, 5:15, 5:17, 6:12, 6:14, 7:22, 8:15, 8:17
**PLAN** [2] - 4:17, 6:24
**PLAZA** [1] - 3:16
**PLEASE** [2] - 6:5, 8:13
**POINT** [2] - 3:16, 8:25
**PREFER** [2] - 5:22, 6:3
**PROBLEM** [1] - 6:16
**PROCEEDINGS** [2] - 1:22, 9:21
**PROCESS** [2] - 4:11, 4:22
**PRODUCED** [1] - 1:23
**PRODUCTS** [1] - 1:5
**PROPOSED** [1] - 7:7
**PROVIDENCE** [1] - 2:3
**PURSUING** [1] - 4:16
**PUSH** [1] - 5:24

**R**

**R.P.C** [1] - 1:15
**RAS** [1] - 1:4
**RAYMOND** [1] - 3:7
**RE** [1] - 1:3
**RECEPTOR** [1] - 1:4
**RECKER** [1] - 3:2
**RECORD** [1] - 9:21
**RECORDED** [1] - 1:22
**REDACTIONS** [1] - 4:18
**REDGRAVE** [2] - 3:19, 3:20
**RENEE** [1] - 3:15
**RENOVATIONS** [1] - 7:3
**REPEAT** [1] - 7:20
**REPORT** [2] - 4:19, 7:12
**REPORTER** [2] - 1:19, 9:24
**RI** [1] - 2:3
**RICE** [1] - 2:2
**RIDGEFIELD** [1] - 2:8
**RIGHT** [6] - 4:14, 6:17, 6:21, 8:5, 8:7
**RMR** [2] - 1:18, 9:25
**ROAD** [1] - 2:7
**ROBERTA** [1] - 1:14
**ROOM** [1] - 1:19
**RUANE** [1] - 2:10

**S**

**SAID** [2] - 4:23, 8:8
**SAMUEL** [1] - 3:2
**SARAH** [1] - 2:10

**SAW** [1] - 4:3
**SCHEDULE** [2] - 7:23
**SCHEDULING** [2] - 5:19, 9:12
**SEAL** [2] - 4:4, 4:7
**SEDGH** [1] - 2:15
**SEE** [1] - 4:4
**SEEGER** [1] - 2:7
**SEGUE** [1] - 4:25
**SENSE** [1] - 5:6
**SEVEN** [1] - 4:12
**SHORT** [1] - 7:23
**SHOULD** [2] - 5:12, 6:2
**SILVER** [1] - 3:2
**SMACK** [1] - 5:20
**SMITH** [1] - 3:15
**SO** [8] - 4:3, 4:17, 5:21, 6:15, 7:4, 7:10, 8:1, 8:13
**SOMETHING** [1] - 9:3
**SOUTH** [1] - 1:15
**SPIZER** [1] - 2:19
**START** [2] - 6:18, 7:10
**STATE** [1] - 8:21
**STATES** [1] - 1:1
**STATUS** [2] - 1:12, 5:21
**STAY** [1] - 4:7
**STENOTYPE** [1] - 1:22
**STENOTYPE-COMPUTER** [1] - 1:22
**STILL** [3] - 7:7, 8:6, 8:20
**STREET** [6] - 1:15, 1:20, 2:3, 2:20, 3:3, 3:8
**SUITE** [5] - 2:11, 2:16, 2:20, 3:8, 3:21

# T

**TALK** [1] - 4:6
**TEAMS** [2] - 1:8, 1:12
**TECHNOLOGY** [1] - 7:4
**TERMS** [2] - 8:5, 8:23
**THAN** [2] - 5:4, 8:24
**THANK** [4] - 8:12, 8:19, 9:16, 9:18
**THAT** [19] - 4:21, 4:25, 5:5, 5:9, 5:10, 5:12, 5:18, 5:20, 5:21, 6:2, 6:15, 7:5, 7:21, 8:8, 8:11, 8:14, 9:1, 9:10, 9:20
**THAT'S** [6] - 4:19, 4:21, 4:24, 5:16, 6:21, 7:10
**THE** [79] - 1:1, 1:2, 1:11, 1:17, 2:4, 2:9, 2:13, 2:17, 2:22, 3:4, 3:9, 3:12, 3:13, 3:18, 3:22, 4:2, 4:3, 4:5, 4:7, 4:11, 4:12, 4:14, 4:16, 4:19, 4:21, 4:22, 5:2, 5:4, 5:7, 5:8, 5:14, 5:17, 5:18, 5:20, 5:22, 5:23, 6:3, 6:4, 6:5, 6:6, 6:9, 6:10, 6:11, 6:14, 6:15, 6:17, 6:18, 6:21, 6:24, 7:1, 7:7, 7:8, 7:9, 7:16, 7:20, 7:23, 7:25, 8:2, 8:3, 8:5, 8:8, 8:12, 8:15, 8:17, 8:20, 8:21, 8:23, 8:24, 9:2, 9:8, 9:13, 9:20, 9:21
**THEN** [6] - 4:13, 4:19, 7:1, 7:7, 9:12, 9:14
**THERE** [3] - 8:6, 8:23, 9:9
**THING** [3] - 4:3, 7:1, 9:9
**THINK** [7] - 4:11, 4:15, 4:17, 6:21, 7:20, 8:1, 9:10
**THINKING** [4] - 4:22, 5:21, 5:22, 9:9
**THIS** [7] - 4:10, 5:25, 6:7, 7:13, 8:9, 8:25, 9:4
**THOSE** [3] - 4:18, 7:8, 8:13
**THOUGH** [1] - 4:25
**THOUGHT** [1] - 9:11
**THURSDAY** [1] - 5:2
**TO** [20] - 4:6, 4:7, 4:12, 4:17, 4:23, 4:24, 5:1, 5:6, 5:18, 5:24, 7:1, 7:2, 7:3, 7:12, 7:20, 7:22, 8:1, 8:5, 8:13, 9:10
**TODAY** [1] - 7:15
**TOUCH** [1] - 9:14
**TRACK** [1] - 8:6
**TRANSCRIPT** [2] - 1:23, 9:21
**TRANSCRIPTION** [1] - 1:23
**TRIAL** [1] - 5:19
**TRY** [1] - 8:13
**TUESDAY** [1] - 7:7
**TUESDAYS** [1] - 5:22

# U

**UNDER** [4] - 4:4, 4:7, 4:11, 7:2
**UNITED** [1] - 1:1
**UPDATE** [1] - 7:20
**US** [1] - 6:2

# V

**VA** [1] - 3:21
**VIA** [2] - 1:8, 3:19

# W

**WAGSTAFF** [1] - 2:11
**WALNUT** [1] - 3:3
**WANT** [1] - 4:6
**WAS** [5] - 4:21, 4:22, 5:22, 9:9
**WATRAL** [9] - 3:15, 5:10, 6:7, 6:8, 6:20, 7:13, 7:14, 9:4, 9:5
**WE** [20] - 4:6, 4:19, 5:5, 6:9, 6:15, 6:24, 7:5, 7:11, 7:15, 7:21, 7:25, 8:6, 8:8, 8:13, 8:18, 8:22, 9:6, 9:12, 9:13
**WEEK** [6] - 4:18, 5:24, 7:9, 7:21, 8:2, 9:15
**WEEKEND** [1] - 9:17
**WEEKLY** [1] - 1:12
**WEISS** [1] - 2:7
**WELL** [2] - 4:3, 9:12
**WELSH** [1] - 3:2
**WEST** [1] - 3:16
**WESTFIELDS** [1] - 3:20
**WESTMINSTER** [1] - 2:3
**WHAT** [3] - 4:7, 7:5, 8:8
**WHERE** [1] - 8:6
**WHETHER** [1] - 4:7
**WHICH** [2] - 6:3, 7:21
**WILL** [9] - 4:16, 6:15, 6:24, 7:4, 7:5, 7:8, 7:11, 9:12, 9:13
**WILLIAMS** [1] - 3:7
**WITH** [4] - 4:18, 4:20, 7:8, 7:22
**WITHIN** [3] - 4:12, 4:15, 7:9
**WOLF** [1] - 3:16
**WON'T** [1] - 6:15
**WORK** [4] - 5:3, 5:9, 6:15, 7:11
**WORKING** [2] - 7:7, 8:20
**WORKS** [2] - 5:10, 6:10
**WOULD** [3] - 5:1, 5:3, 7:12

# Y

**YEAR** [1] - 7:8
**YES** [8] - 5:8, 5:16, 6:19, 6:20, 6:22, 6:23, 8:13, 8:22
**YORK** [2] - 2:16, 3:12
**YOU** [15] - 4:22, 4:24, 5:3, 5:21, 6:3, 6:17, 7:2, 7:4, 7:12, 8:2, 8:12, 8:19, 8:20, 9:16, 9:18
**YOUR** [18] - 4:9, 5:7, 5:10, 5:13, 5:16, 5:25, 6:7, 6:13, 6:19, 6:20, 6:23, 7:13, 7:18, 8:9, 8:16, 8:22, 9:4, 9:18

# Z

**ZOOM** [1] - 3:19