IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | MDL NO. 3094<br><br>JUDGE KAREN SPENCER MARSTON |
| APRIL HARRIS,<br>      Plaintiff,<br>v.<br>NOVO NORDISK INC. and<br>NOVO NORDISK A/S,<br>      Defendants. | 2:24-cv-05540-KSM |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

PLEASE TAKE NOTICE THAT pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), the Plaintiff APRIL HARRIS and their counsel hereby voluntarily dismiss the above-captioned action and Complaint *without prejudice*. The Defendants have not served an answer or a motion for summary judgment.

Dated: February 26, 2025

                                        /s/ D. Nicole Guntner
                                        D. Nicole Guntner (*Pro Hac Vice*)
                                        Aylstock, Witkin, Kreis & Overholtz, PLLC
                                        17 East Main St., Suite 200
                                        Pensacola, FL 32502
                                        Telephone (850) 202-1010
                                        Facsimile (850) 916-7449
                                        nguntner@awkolaw.com
                                        *Counsel for Plaintiff April Harris*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on <u>February 26, 2025</u>, a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filings System (CM/ECF). Notice of and access to this filing will be provided to all parties through CM/ECF.

                                                          */s/ D. Nicole Guntner*
                                                          D. Nicole Guntner