**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: GLUCAGON-LIKE | : | CIVIL ACTION |
| PEPTIDE-1 RECEPTOR AGONISTS | : | |
| (GLP-1 RAS) PRODUCTS | : | |
| LIABILITY LITIGATION | : | |
| ———————————————— | : | MDL No. 3094 |
| | : | 24-md-3094 |
| THIS DOCUMENT RELATES TO: | : | |
| | : | HON. KAREN SPENCER MARSTON |
| *ALL ACTIONS/ALL CASES* | : | |
| ———————————————— | | |

## CASE MANAGEMENT ORDER NO. 23

**Amended Scheduling Order for Cross Cutting Issues 2 and 3**

**AND NOW**, this 21st day of March, 2025, upon consideration of Plaintiffs and

Defendant Novo Nordisk's joint request to extend the case management deadlines as to Cross

Cutting Issues 2 and 3, and the opposition of Defendant Eli Lilly, it is **ORDERED** that for good

cause shown, the request is **GRANTED**, and the deadlines for Cross Cutting Issues 2 and 3 are

**AMENDED** as follows:

| | |
|---|---|
| October 24, 2025 | Deadline for fact discovery[1] |
| November 7, 2025 | Deadline for Plaintiffs to serve expert reports |
| December 5, 2025 | Deadline for Defendants to serve expert reports |
| December 15, 2025 | Deadline for Plaintiffs to serve rebuttal expert reports |
| January 30, 2026 | Deadline for all parties to complete expert depositions |
| February 17, 2026 | Deadline for the submission of motions to exclude expert opinions under Rule 702 and initial briefs |

---

[1] This deadline, which encompasses the deadline for fact depositions on Issues 2 and 3, does not preclude later depositions and non-duplicative questioning (unless the questioning is directed at foundation or context) at a later deposition on new topics of witnesses who are relevant to both Issues 2 or 3 and other issues, which have not been prioritized by the Court for early motion practice.

| February 19, 2026 | Deadline for the submission of summary judgment motions and initial briefs |
| March 25, 2026 | Deadline for the submission of briefs in opposition to Rule 702 motions |
| April 7, 2026 | Deadline for the submission of briefs in opposition to summary judgment motions |
| April 8, 2026 | Deadline for the submission of reply briefs in support of Rule 702 motions |
| May 8, 2026 | Deadline for the submission of reply briefs in support of summary judgment motions |

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

_____
**KAREN SPENCER MARSTON, J.**