UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GLUCAGON- LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>) | CIVIL ACTION |

IN RE: GLUCAGON- LIKE ) CIVIL ACTION
PEPTIDE-1 RECEPTOR AGONISTS )
(GLP-1 RAS) PRODUCTS )
LIABILITY LITIGATION ) MDL NO. 3094
  _____ ) 24-MD-3094
  )
THIS DOCUMENT RELATES TO: )
  ) HON. KAREN SPENCER MARSTON
*ALL ACTIONS/ALL CASES* )
  _____

**UNCONTESTED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Undersigned counsel hereby brings this Motion for Leave to Withdraw as Counsel under Local Rule 5.1 (b) and states as follows:

1. On January 16, 2025, the undersigned attorney, Michael J. Cowgill, entered a Notice of Appearance Pro Hac Vice in accordance with Local Rule 83.5 and Case Management Order 8. [#326]

2. Counsel entered his appearance on the Master Docket as he was counsel of record in the related case *Andrews-Simmons v. Novo Nordisk A/S et al. Case No. 2:2025-cv-00356.*

3. Subsequent to filing his Notice of Appearance on the Master Docket, Counsel determined that Plaintiff Simmons had filed a duplicate action in the related case *Andrews-Simmons v. Novo Nordisk et al.* Case No. 2:2025-cv-00356 KSM and was represented by the law firm Flint Cooper Cohn Thompson and Miracle.

4. On March 6, 2025, the Court entered an Order Granting a Joint Stipulation for Voluntary Dismissal in the related case *Andrews-Simmons v. Novo*

*Nordisk  et al*. Case No. 2:2025-cv-00356 KSM*,* a copy of which is attached as Exhibit

"A". That matter is proceeding under the duplicate action *Andrews v. Novo Nordisk,*

*Inc. et al,* Case No. 2:25-cv-00366-KSM ,which was filed on January 22, 2025.

   5.    Undersigned counsel no longer represents Plaintiff Simmons and is not

counsel of record for any other actions related to this matter (24-MD-3094).

   WHEREFORE, undersigned counsel respectfully requests that this Court

grant leave to withdraw his appearance from the Master Docket and further to be

removed from ECF/CM notifications regarding this matter.


Dated: March 26, 2025


                              Respectfully submitted,


                              */s/Michael J. Cowgill*
                              Michael J. Cowgill
                              **mctlaw**
                              1515 Ringling Blvd.
                              Suite 700
                              Sarasota, FL 34236
                              mcowgill@mctlaw.com
                              Phone: (888) 952-5242
                              Fax: (877) 952-5042

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2025, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

/s/ *Michael J. Cowgill*
Michael J. Cowgill