# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DARLENE ANDREWS-SIMMONS**, <br><br> Plaintiff, <br><br> v. <br><br> **NOVO NORDISK, A/S**, et al., <br><br> Defendants. | CIVIL ACTION <br><br> NO. 25-0356-KSM |

# ORDER

**AND NOW** this 5th day of March, 2025, the parties having stipulated that the above-captioned action should be voluntarily dismissed with each party bearing their own costs and attorneys' fees, it is hereby **ORDERED** that:

1. The parties' Joint Stipulation for Voluntary Dismissal, which is attached to this Order is **GRANTED**.

2. The above-caption action is **DISMISSED** with each party bearing their own costs and attorney's fees.

3. The matter will proceed under Case Number 2:25-cv-00366-KSM, *Andrews v. Novo Nordisk, Inc. et al*, which was filed on January 22, 2025.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**