UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GLUCAGON- LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | ) CIVIL ACTION ) ) ) MDL NO. 3094 ) 24-MD-3094 |
| THIS DOCUMENT RELATES TO: | ) HON. KAREN SPENCER MARSTON ) |
| *ALL ACTIONS/ALL CASES* | ) |

**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

**AND NOW**, this ____ day of _____ 2025, upon consideration of Michael J. Cowgill's Motion for Leave to Withdraw as Counsel, it is hereby **ORDERED** that Michael J. Cowgill's Motion is **GRANTED**.

**IT IS SO ORDERED.**

_____
**KAREN S. MARSTON
UNITED STATES DISTRICT JUDGE**