**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION** | : : : : | **CIVIL ACTION** |
| | : : | **MDL No. 3094** <br> **24-md-3094** |
| **THIS DOCUMENT RELATES TO:** | : : | |
| *ALL ACTIONS/ALL CASES* | : | **HON. KAREN SPENCER MARSTON** |

**ORDER**

   **AND NOW**, this 4th day of April, 2025, it is **ORDERED** that **ORAL ARGUMENT** on

Defendants' Motion to Dismiss Plaintiffs' Master Complaint (Doc. No 329) is scheduled for

**April 21, 2025 at 1:00 p.m. in Courtroom 16B.**

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
**KAREN SPENCER MARSTON, J.**