IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAs) PRODUCTS LIABILITY LITIGATION | : : : : | CIVIL ACTION<br><br>MDL No. 3094 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS / ALL CASES* | : : : : | 2:24-md-03094-KSM<br><br>Judge Karen Spencer Marston |

**MOTION FOR LEAVE TO FILE SINGLE REPLY BRIEF IN SUPPORT OF
DEFENDANTS' MOTIONS TO EXCLUDE EXPERT OPINIONS AND TESTIMONY**

Defendants respectfully move for leave to file a single, combined reply brief up to 15 pages, in support of Novo Nordisk's Motion to Exclude the Opinions and Testimony of Drs. Daniel Raines and Eliot Siegel (Doc. 360) and Lilly's Motion to Exclude Opinions that Gastroparesis Can Reliably Be Diagnosed Without Contemporaneous Objective Testing (Doc 361).

As Plaintiffs filed a single brief in opposition (Doc 378), Defendants believe that judicial economy and efficiency will be served by the filing of a combined reply brief of up to 15 pages, as compared to two, separate briefs of up to 10 pages each. Having conferred with counsel for Plaintiffs on the subject of this motion, the undersigned hereby certifies, pursuant to L.R. 7.1(b), that this motion is uncontested.

Defendants respectfully request that the Court grant this motion and enter the attached Proposed Order.

Dated: April 7, 2025                                  Respectfully submitted,

*/s/ Loren H. Brown*
Loren H. Brown (admitted *pro hac vice*)
Lucas P. Przymusinski (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, NY 10020-1104
Telephone: (212) 335-4846
Facsimile: (212) 335-4501
loren.brown@us.dlapiper.com
lucas.przymusinski@us.dlapiper.com

Ilana H. Eisenstein (PA Bar No. 94907)
Raymond M. Williams (PA Bar No. 90771)
**DLA PIPER LLP (US)**
1650 Market Street, Suite 5000
Philadelphia, PA 19103
Telephone: (215) 656-3300
Facsimile: (215) 606-3301
ilana.eisenstein@us.dlapiper.com
raymond.williams@us.dlapiper.com

Matthew A. Holian (admitted *pro hac vice*)
Katherine W. Insogna (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110
Telephone: (617) 406-6000
Facsimile: (617) 406-6100
matt.holian@us.dlapiper.com
katie.insogna@us.dlapiper.com

*Attorneys for Defendants*
*Novo Nordisk A/S and Novo Nordisk Inc.*

*/s/ Samuel W. Silver*
Samuel W. Silver (PA Bar No. 56596)
Catherine M. Recker (PA Bar No. 56813)
Bruce P. Merenstein (PA Bar No. 82609)
Abigail T. Burton (PA Bar No. 334450)
**WELSH & RECKER, P.C.**
306 Walnut Street
Philadelphia, PA 19106
(215) 972-6430
ssilver@welshrecker.com
cmrecker@welshrecker.com

bmerenstein@welshrecker.com
aburton@welshrecker.com

James F. Hurst, P.C. (admitted *pro hac vice*)
Renee D. Smith (admitted *pro hac vice*)
Diana M. Watral, P.C. (admitted *pro hac vice*)
Mark Premo-Hopkins (admitted *pro hac vice*)
**KIRKLAND & ELLIS**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
james.hurst@kirkland.com
renee.smith@kirkland.com
diana.watral@kirkland.com
mark.premohopkins@kirkland.com

Jonathan M. Redgrave (admitted *pro hac vice*)
Erica B. Zolner (admitted *pro hac vice*)
**REDGRAVE LLP**
4800 Westfields Blvd. | Suite 250
Chantilly, VA 20151
(703) 592-1155
jredgrave@redgravellp.com
ezolner@redgravellp.com

*Attorneys for Defendant Eli Lilly & Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2025, a true and correct copy of the foregoing Motion For Leave To File Single Reply Brief In Support Of Defendants' Motions To Exclude Expert Opinions And Testimony was electronically filed using the Court's CM/ECF System, which will send notification of such filing to all counsel of record.

                                                      */s/ Loren H. Brown*
                                                     Loren H. Brown