IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: GLUGAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION** | : : : : : : | **CIVIL ACTION** **MDL No. 3094** **24-md-3094** |
| **THIS DOCUMENT RELATES TO:** **ALL ACTIONS/ALL CASES** | : : : : | **HON. KAREN SPENCER MARSTON** |

**ORDER**

**AND NOW** this 8th day of April, 2025, upon consideration of Defendants' uncontested Motion for Leave to File Single Brief in Support of Defendants' Motions to Exclude Expert Opinions and Testimony (Doc. No. 383), it is **ORDERED** that the motion is **GRANTED.** Defendants may file a single, combined reply brief of up to 15 pages in support of Novo Nordisk's Motion to Exclude the Opinions and Testimony of Drs. Daniel Raines and Eliot Siegel (Doc. No. 360) and Eli Lilly's Motion to Exclude Opinions that Gastroparesis Can Reliably Be Diagnosed Without Contemporaneous Objective Testing (Doc. No. 361). **IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON