# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION** | : : : : : : : : : : | **CIVIL ACTION**<br><br>MDL No. 3094<br>24-md-3094<br><br>HON. KAREN SPENCER MARSTON |
| **THIS DOCUMENT RELATES TO:** | | |
| *ALL ACTIONS/ALL CASES* | | |

## AMENDED ORDER

### Rule 702 Hearing for Cross Cutting Issue No. 1

**AND NOW**, this 22nd day of April, 2025, it is **ORDERED** that the **EVIDENTIARY HEARING** previously scheduled for May 14, 2025 at 10:00 a.m. (*see* Doc. No. 316) is **RESCHEDULED** for **May 14, 2025 at 9:00 a.m. in Courtroom 16B.** Every expert whose opinions are the subject of a motion to exclude should be prepared to testify at the hearing on this date.

**IT IS SO ORDERED.**

>                         */s/ Karen Spencer Marston*
>                         **KAREN SPENCER MARSTON, J.**