IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | : : : : : : : | CIVIL ACTION<br><br>MDL No. 3094<br>24-md-3094 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS/ALL CASES* | : : : : | HON. KAREN SPENCER MARSTON |

# ORDER

**AND NOW**, this 22nd day of April, 2025, it is **ORDERED** that **ORAL ARGUMENT** on the parties' motions to exclude expert opinions and testimony (Doc. Nos. 359–61) is scheduled for **May 19, 2025 at 1:00 p.m. in Courtroom 16B.**[1]

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
**KAREN SPENCER MARSTON, J.**

---

[1] The status conference currently scheduled for May 19, 2025 at 2:00 p.m. (*see* Doc. No. 298) shall begin at the conclusion of argument.