IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION** | : : : : : : | **CIVIL ACTION** |
| **THIS DOCUMENT RELATES TO:** | : : | **MDL No. 3094** <br> **24-md-3094** |
| *ALL ACTIONS/ALL CASES* | : | |

## ORDER

**AND NOW**, this 25th day of April, 2025, upon consideration of Special Master Lawrence F. Stengel's Application for Counsel Fees and Costs for Tri-Monthly Billing Cycle Commencing on January 1, 2025 through March 31, 2025, and having received no objection to the application, it is **ORDERED** that the application is **APPROVED** in the amount of $30,182.50. Plaintiffs and Defendants shall each pay an equal half share of this amount directly to the Special Discovery Master.

BY THE COURT:

*/s/ Karen Spencer Marston*
**KAREN SPENCER MARSTON, J.**

Error! Unknown document property name.