# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION** | : : : : : : | **CIVIL ACTION**  **MDL No. 3094**  24-md-3094 |
| **THIS DOCUMENT RELATES TO:** | : : | **HON. KAREN SPENCER MARSTON** |
| *ALL ACTIONS/ALL CASES* | : | |

## ORDER

**AND NOW**, this 16th day of May, 2025, it is **ORDERED** that **ORAL ARGUMENT** on the parties' motions to exclude (Doc. Nos. 359–61) which was previously scheduled for May 19, 2025 at 1:00 p.m. is **RESCHEDULED** for **May 19, 2025 at 11:30 a.m.** in Courtroom 16B. The monthly status conference will begin immediately after argument.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
**KAREN SPENCER MARSTON, J.**