**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:  GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAs) PRODUCTS LIABILITY LITIGATION** | : : : : | **CIVIL ACTION** |
| | : : | |
| **THIS DOCUMENT RELATES TO:** | : : | **MDL No. 3094** |
| | : | **2:24-md-03094-KSM** |
| *ALL ACTIONS / ALL CASES* | : : | |
| | : | |

**NOVO NORDISK A/S AND NOVO NORDISK INC.'S**
**NOTICE OF FILING MOTION HEARING MATERIALS**

Defendants Novo Nordisk A/S and Novo Nordisk Inc. hereby file the following materials,

true and correct copies of which are attached hereto, presented to the Court during the hearing on

the parties' motions to exclude expert opinions and testimony on May 19, 2025:

**Exhibit A:** Novo's Issue 1 Closing Argument slides

**Exhibit B:** Novo's Issue 1 Closing Argument – Rebuttal slides

Dated:  May 30, 2025                        Respectfully submitted,


                                        */s/ Loren H. Brown*
                                        Loren H. Brown
                                        Lucas P. Przymusinski
                                        **DLA Piper LLP (US)**
                                        1251 Avenue of the Americas, 27th Floor
                                        New York, NY 10020
                                        Telephone: (212) 335-4846
                                        Facsimile: (212) 335-4501
                                        loren.brown@us.dlapiper.com
                                        lucas.przymusinski@us.dlapiper.com

Ilana H. Eisenstein (PA Bar No. 94907)
Raymond M. Williams (PA Bar No. 90771)
**DLA Piper LLP (US)**
1650 Market Street, Suite 5000
Philadelphia, PA 19103
Telephone: (215) 656-3300
Facsimile: (215) 606-3301
ilana.eisenstein@us.dlapiper.com
raymond.williams@us.dlapiper.com

Matthew A. Holian
Katherine W. Insogna
**DLA Piper LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110
Telephone: (617) 406-6000
Facsimile: (617) 406-6100
matt.holian@us.dlapiper.com
katie.insogna@us.dlapiper.com

*Attorneys for Defendants Novo Nordisk A/S and
Novo Nordisk Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2025, a true and correct copy of the foregoing Novo Nordisk A/S and Novo Nordisk Inc.'s Notice of Filing Motion Hearing Materials was electronically filed using the Court's CM/ECF System, which will send notification of such filing to all counsel of record.

*/s/ Loren H. Brown*
Loren H. Brown