IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | : : : : : : | CIVIL ACTION |
| THIS DOCUMENT RELATES TO: *ALL ACTIONS/ALL CASES* | : : : : | MDL No. 3094 2:24-md-3094-KSM |

**PLAINTIFFS' NOTICE OF FILING MOTION HEARING MATERIALS**

Plaintiffs hereby file the following materials, true and correct copies of which are attached hereto, presented to the Court during the hearing on the parties' motions to exclude expert opinions and testimony on May 19, 2025:

**Exhibit A:** Plaintiffs' Oral Argument slides.

**Exhibit B:** Plaintiffs' Issue 1 Oral Argument slides regarding Dr. Daniel Raines.

**Exhibit C:** Plaintiffs' Oral Argument slides regarding Dr. Eliot L. Siegel.

Dated: May 30, 2025

Respectfully submitted,

*/s/ Parvin K. Aminolroaya*
Parvin K. Aminolroaya
**SEEGER WEISS LLP**
55 Challenger Rd., 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
paminolroaya@seegerweiss.com

/s/ *Jonathan Orent*
Jonathan Orent
**MOTLEY RICE LLC**
40 Westminster Street, 5th Floor
Providence, RI 02903
Telephone: (401) 457-7700
jorent@motleyrice.com

/s/ *Sarah Ruane*
Sarah Ruane
**WAGSTAFF & CARTMELL**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: (813) 701-1123
sruane@wcllp.com

/s/ *Paul Pennock*
Paul Pennock
**MORGAN & MORGAN**
199 Water Street, Suite1500
New York, NY 10038
Telephone: (212) 738-6299
ppennock@forthepeople.com

*Co-Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 30, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, causing a notification of the filing to all counsel of record.

Dated: May 30, 2025

*/s/ Parvin K. Aminolroaya*
Parvin K. Aminolroaya
