**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAs) PRODUCTS LIABILITY LITIGATION  ) ) ) ) | CIVIL ACTION |
| THIS DOCUMENT RELATES TO: ) ) | MDL No. 3094 2:24-md-03094-KSM |
| *ALL ACTIONS / ALL CASES* ) ) ) ) |  |

**ELI LILLY AND COMPANY'S NOTICE OF**
**FILING MOTION HEARING MATERIALS**

Defendant Eli Lilly and Company hereby files the following materials, true and correct copies of which are attached hereto, presented to the Court during the hearing on the parties' motions to exclude expert opinions and testimony on May 19, 2025:

1. **Exhibit A**: Eli Lilly and Company's Issue 1 Closing Argument PowerPoint slides for the exclusion of Plaintiffs' expert Dr. Daniel L. Raines.

2. **Exhibit B**: Eli Lilly and Company's Issue 1 Closing Argument PowerPoint slides for the exclusion of Plaintiffs' expert Dr. Eliot L. Siegel.

| | |
|---|---|
| Dated: June 2, 2025 | Respectfully submitted, |

*/s/ Samuel W. Silver*

Samuel W. Silver (PA Bar No. 56596)
Catherine M. Recker (PA Bar No. 56813)
Bruce P. Merenstein (PA Bar No. 82609)
Abigail T. Burton (PA Bar No. 334450)
Welsh & Recker, P.C.
306 Walnut Street
Philadelphia, PA 19106
Telephone: (215) 972-6430
Facsimile: (985) 617-1021
ssilver@welshrecker.com
cmrecker@welshrecker.com
bmerenstein@welshrecker.com
aburton@welshrecker.com

James F. Hurst, P.C.
Renee D. Smith
Diana M. Watral, P.C.
Mark W. Premo-Hopkins, P.C.
Kirkland & Ellis LLP
333 W. Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
james.hurst@kirkland.com
renee.smith@kirkland.com
diana.watral@kirkland.com
mark.premohopkins@kirkland.com

Kasdin M. Mitchell, P.C.
Kirkland & Ellis LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
kasdin.mitchell@kirkland.com

*Attorneys for Defendant Eli Lilly and Company*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2025, a true and correct copy of the foregoing Eli Lilly and Company's Notice of Filing Motion Hearing Materials was electronically filed using the Court's CM/ECF System, which will send notification of such filing to all counsel of record.

*/s/ Samuel W. Silver*
Samuel W. Silver