# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAs) PRODUCTS LIABILITY LITIGATION | : : : : | CIVIL ACTION |
| THIS DOCUMENT RELATES TO: ALL ACTIONS/ALL CASES | : : : : : | MDL No. 3094 2:24-md-3094-KSM |

## PLAINTIFFS' CO-LEAD COUNSEL'S MOTION FOR SUBSTITUTION ON PLAINTIFFS' EXECUTIVE COMMITTEE

Plaintiffs' Co-Lead Counsel respectfully move the Court for an order amending Case Management Order No. 6 (Appointments of Co-Lead Counsel, Plaintiffs' Executive Committee, and Plaintiffs' Steering Committee), Doc. 121, to approve and appoint Hannah Pfeifler, Esq. of Aylstock Witkin Kries & Overholtz, PLLC to the Plaintiffs' Executive Committee and Co-Chair of Bellwether Selection, in substitution of D. Nicole Guntner, Esq., who has recently decided to leave Aylstock, Witkin, Kreis & Overholtz, PLLC to relocate and pursue other employment.

On May 8, 2024, the Court entered Case Management Order No. 6 (Doc. 121), appointing the undersigned as Co-Lead Counsel for Plaintiffs, as well as ten attorneys to the Plaintiffs' Executive Committee, and ten attorneys to the Plaintiffs' Steering Committee. One of the attorneys appointed to the Plaintiffs' Executive Committee was D. Nicole Guntner, Esq., of Aylstock, Witkin, Kreis & Overholtz, PLLC. Over the past year, Ms. Guntner and the Aylstock firm, including Ms. Pfeifler, have devoted significant time and energy and have made valuable contributions to advancing this case on behalf of Plaintiffs. In doing so, Ms. Pfeifler and others at Aylstock, Witkin, Kreis & Overholtz, PLLC have gained valuable knowledge and experience working on the

complex factual and legal issues presented. Also, Aylstock, Witkin, Kreis & Overholtz, PLLC has made timely financial contributions to the Plaintiff Steering Committee Operating Fund as requested, based on assessments corresponding to Ms. Guntner's membership on the Plaintiffs' Executive Committee, to assist in payment of Plaintiffs' litigation expenses. (See Doc.218, CMO No. 17, at p. 3-4.)

Under the current circumstances, both Ms. Guntner, the undersigned Co-Lead Counsel for Plaintiffs, and Aylstock, Witkin, Kreis & Overholtz, PLLC all agree that the best and most efficient transition to maintain continuity and momentum of the work of the Plaintiffs' Executive Committee and the Plaintiff Steering Committee is to seek the substitution and appointment of Hannah Pfeifler, Esq., to the Plaintiffs' Executive Committee and as Co-Chair of Bellwether Selection, fully replacing and assuming Ms. Guntner's duties going forward. This would best leverage and continue the considerable work and experience gained so far in the litigation by Ms. Pfeifler and others at Aylstock, Witkin, Kreis & Overholtz, PLLC.

Ms. Pfeifler has all of the qualifications necessary to have been appointed to this position at the outset. *See* CV, attached as Exhibit A. She has extensive experience in this type of litigation, having served as a member of the Plaintiffs' Steering Committee and as a member of other important, substantive committees in several other Multidistrict Litigations (MDLs) involving product liability claims arising from drugs or medical devices. *See id.* Just as importantly, Ms. Pfeifler has already demonstrated a willingness and availability to commit significant time, attention, and talent to this time-consuming litigation. In her supporting role to date, Ms. Pfeifler has worked closely and extensively with each of the Co-Leads, as well as other members of the Plaintiff Steering Committee, compiling data and preparing for Science Day, working with experts, compiling and digesting the extensive regulatory history of the products at issue, and helping to

develop the factual framework and themes of the case through assisting in general discovery. *See id.* at p. 3.

Plaintiffs respectfully request that the Court grant this motion and enter the Proposed Order submitted with this motion.

Dated: June 5, 2025                                     Respectfully submitted,


                                                        */s/ Paul J. Pennock*
                                                        Paul J. Pennock
                                                        MORGAN & MORGAN, P.A.
                                                        350 Fifth Ave., Suite 6705
                                                        New York, NY 10118
                                                        Phone: (212) 738-6839
                                                        ppennock@forthepeople.com

                                                        Parvin K. Aminolroaya
                                                        SEEGER WEISS LLP
                                                        55 Challenger Rd., 6th Floor
                                                        Ridgefield Park, NJ 07660
                                                        Phone: (973) 639-9100
                                                        paminolroaya@seegerweiss.com

                                                        Jonathan Orent
                                                        MOTLEY RICE LLC
                                                        40 Westminster St., 5th Floor
                                                        Providence, RI 02903
                                                        Phone: (401) 457-7700
                                                        jorent@motleyrice.com

                                                        Sarah Ruane
                                                        WAGSTAFF & CARTMELL
                                                        4740 Grand Avenue Suite 300
                                                        Kansas City, MO 64112
                                                        Phone (816) 701-1123
                                                        sruane@wcllp.com

                                                        *Plaintiffs' Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, causing a notification of the filing to all counsel of record.

Dated: June 5, 2025

/s/ Nina C. Spizer
Nina C. Spizer
**Dilworth Paxson LLP**
1650 Market Street, Suite 1200
Philadelphia, PA 19103
Telephone: (215) 575-7000
Email: nspizer@dilworthlaw.com

*Liaison Counsel*