**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: GLUCAGON-LIKE | : | CIVIL ACTION |
| PEPTIDE-1 RECEPTOR AGONISTS | : | |
| (GLP-1 RAS) PRODUCTS | : | |
| LIABILITY LITIGATION | : | |
| ——————————————— | : | MDL No. 3094 |
| | : | 24-md-3094 |
| THIS DOCUMENT RELATES TO: | : | |
| | : | HON. KAREN SPENCER MARSTON |
| *ALL ACTIONS/ALL CASES* | : | |
| ——————————————— | | |

**ORDER**

**AND NOW**, this 17th day of June, 2025, upon consideration of Plaintiffs' Co-Lead Counsel's Motion for Substitution on Plaintiffs' Executive Committee (Doc. No. 416), and there being no objection to the motion, it is **ORDERED** that the motion is **GRANTED** as follows:

1.    Hannah Pfeifler, Esq. of Aylstock Witkin Kries & Overholtz, PLLC is appointed to Plaintiffs' Executive Committee and as Co-Chair of Bellwether Selection.

2.    Case Management Order No. 6 (Doc. No. 121) is **AMENDED** to substitute Attorney Pfeifler for D. Nicole Guntner, Esq.

BY THE COURT:

*/s/ Karen Spencer Marston*
**KAREN SPENCER MARSTON, J.**