IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | : : : : : : | CIVIL ACTION<br><br>MDL No. 3094<br>24-md-3094 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS/ALL CASES* | : : : : | <br>HON. KAREN SPENCER MARSTON |

# ORDER

**AND NOW**, this 13th day of August, 2025, it is **ORDERED** that the parties shall appear in Courtroom 16B for a **STATUS CONFERENCE** before the Honorable Karen Spencer Marston on the following days:

- **September 30, 2025, at 1:00 p.m.**
- **November 18, 2025, at 1:00 p.m.**
- **December 16, 2025, at 1:00 p.m.**
- **January 13, 2026, at 1:00 p.m.**
- **February 10, 2026 at 1:00 p.m.**
- **March 9, 2026 at 1:00 p.m.**
- **April 14, 2026 at 1:00 p.m.**

Counsel are encouraged to meet and confer with each other in anticipation of these conferences. Any counsel may individually or on some joint basis submit no later than close-of-business on the day one week prior to the conference any suggestions(s) for the agenda. The Court will circulate the final agenda no later than three days before the conference. The Court also

encourages any counsel who will seek reimbursement for travel expenses from a common benefit fund to attend the conferences remotely.[1]

**IT IS SO ORDERED.**

/s/ Karen Spencer Marston
**KAREN SPENCER MARSTON, J.**

---

[1] The Court previously shared the remote access information for these conferences with all counsel. The access information is also listed on the Court's website for this MDL.