IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : | CIVIL ACTION<br><br>MDL No. 3094<br>24-md-3094<br><br>HON. KAREN SPENCER MARSTON |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS/ALL CASES* | | |

# ORDER

**AND NOW**, this 15th day of August, 2025, upon consideration of Defendants' Request for Judicial Notice (Doc. No. 328), Plaintiffs' brief in opposition to the request (Doc. No. 365), Defendants' Motion to Dismiss the Mater Complaint (Doc. No. 329), Plaintiffs' brief in opposition to the motion (Doc. No. 364), Defendants' reply brief (Doc. No. 392), the parties' Joint Motion for Entry of a Case Management Order Governing the Submission of Short Form Complaints (Doc. No. 387), and the arguments made by counsel on April 21, 2025, and for the reasons discussed in the accompanying Memorandum it is **ORDERED** as follows:

1. Defendants' Request for Judicial Notice (Doc. No. 328) is **DENIED.**

2. Defendants' Motion to Strike (Doc. No. 329-1 at 47–49) is **DENIED.**

3. Defendants' Motion to Dismiss (Doc. No. 329) is **DENIED IN PART AND GRANTED IN PART**:

    a. The motion is **DENIED** as to Counts III, IV, and XIV.

    b. The motion is **GRANTED WITH LEAVE TO AMEND** as to Counts VI, VII, XI, XII, XIII, Plaintiffs' PLA claims, and Plaintiffs' request for medical monitoring.

      c.      As to Count V, the motion is **DENIED** to the extent Plaintiffs allege fraudulent omission of information about the Alleged Injuries in the GLP-1 RAs' FDA-approved labels; it is **GRANTED WITH LEAVE TO AMEND** to the extent Plaintiffs allege Defendants failed to disclose information about the Alleged Injuries outside of the labels and failed to disclose the inadequacy of testing.

      d.      As to Counts VIII through X, the motion is **DENIED** to the extent Plaintiffs' claims are based on misrepresentations to consumers about the medications' weight loss benefits and misrepresentations in the drugs' labels about the risks associated with taking the medications; the motion is **GRANTED** to the extent these claims are based on unidentified communications to physicians, consumers, and the medical community about the drugs' weight loss benefits or the medications' safety (to the extent the communications were made outside of the labels).

4.      Plaintiffs may file an amended master complaint if they can in good faith cure the deficiencies identified in the accompanying Memorandum.  If Plaintiffs choose not to plead the statutory claims on a master basis, the amended master complaint shall be filed by **AUGUST 29, 2025.**  If Plaintiffs choose to plead the statutory claims on a master basis, the amended master complaint shall be filed by **SEPTEMBER 26, 2025.**

5.      The parties' Joint Motion for Entry of a Case management Order Governing Short Form Complaints (Doc. No. 387) is **DENIED WITH LEAVE TO AMEND.**  The parties shall

file an amended proposed short form complaint consistent with the accompanying memorandum no later than **ONE WEEK** after Plaintiffs file their amended master complaint.

**IT IS SO ORDERED.**

                                                                */s/ Karen Spencer Marston*
                                                                **KAREN SPENCER MARSTON, J.**