IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | : : : : : : | CIVIL ACTION  MDL No. 3094  24-md-3094 |
| THIS DOCUMENT RELATES TO: *ALL ACTIONS/ALL CASES* | : : : | HON. KAREN SPENCER MARSTON |

# ORDER

**AND NOW**, this 15th day of August, 2025, upon consideration of Defendant Novo Nordisk's Motion to Exclude the Opinion and Testimony of Drs. Daniel Raines and Eliot Siegel (Doc. No. 360), Defendant Eli Lilly and Company's Motion to Exclude Opinions that Gastroparesis Can Reliably Be Diagnosed Without Contemporaneous Objective Testing (Doc. No. 361), Plaintiffs' opposition brief (Doc. No. 379), Defendants' joint reply brief (Doc. No. 385), Plaintiffs' Motion to Exclude Opinions of Linda A. Nguyen, MD Under Rule 702 (Doc. No. 359), Defendants' joint opposition brief (Doc. No. 377), Plaintiffs' reply brief (Doc. No. 386), the testimony taken during an evidentiary hearing on May 14, 2025, the argument of counsel at a hearing on May 19, 2025, Plaintiffs' Motion for Leave to File Supplement to the Record on Cross Cutting Issue No. 1 (Doc. No. 447), Defendants' briefs in opposition (Doc. Nos. 451–52), Plaintiffs' reply brief (Doc. No. 453), and the arguments made by counsel at a status hearing on July 29, 2025, it is **ORDERED** as follows:

1. Plaintiffs' Motion for Leave to File Supplement to the Record on Cross Cutting Issue No. 1 (Doc. No. 447) is **GRANTED.**

2. Defendants' motions to exclude the opinions of Drs. Raines and Siegel made in connection with Cross Cutting Issue No. 1 (Doc. Nos. 360–61) are **GRANTED.**

      3.      Plaintiffs' motion to exclude the opinion of Dr. Nguyen (Doc. No. 359) is **DENIED.**

      4.      Any Plaintiff claiming to suffer (or have suffered) from gastroparesis, must show that their diagnosis is based on a properly performed gastric emptying study (scintigraphy, breath test, or WMC).

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
**KAREN SPENCER MARSTON, J.**