IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | : CIVIL ACTION : : : : |
| THIS DOCUMENT RELATES TO: | : MDL No. 3094 : 24-md-3094-KSM : |
| *ALL ACTIONS/ALL CASES* | : NOTICE OF WITHDRAWAL : |

**NOTICE OF WITHDRAWAL OF COUNSEL PURSUANT TO LOCAL RULE 5.1(b)**

PLEASE TAKE NOTICE that Thomas Cruz of Morgan & Morgan hereby withdraws as attorney of record for Plaintiffs in the above-referenced matter. As required by Local Rule 5.1(b), Jonathan M. Sedgh of Morgan & Morgan has entered his appearance for Plaintiffs in this matter and, thus, the withdrawal will leave Plaintiffs with counsel of record who will continue in the case.

Dated: August 25, 2025                    RESPECTFULLY SUBMITTED,

*/s/ Thomas Cruz*
Thomas Cruz
Morgan & Morgan
950 W Bannock St,
Boise, ID 83702
Phone: (407) 563-3229
Fax: (407) 563-9985
*tcruz@forthepeople.com*

*Counsel for Plaintiff*