### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GLUCAGON-LIKE | : | CIVIL ACTION |
| PEPTIDE-1 RECEPTOR AGONISTS | : | |
| (GLP-1 RAS) PRODUCTS | : | |
| LIABILITY LITIGATION | : | MDL No. 3094 |
| _____ | : | 24-md-3094 |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| | : | HON. KAREN SPENCER MARSTON |
| *ALL ACTIONS/ALL CASES* | : | |
| _____ | | |

## AMENDED ORDER

**AND NOW**, this 27th day of August, 2025, it is **ORDERED** that the Court's Orders scheduling status conferences (Doc. Nos. 298, 463) are **AMENDED.** The parties shall appear in Courtroom 16B for a **STATUS CONFERENCE** before the Honorable Karen Spencer Marston on the following days:

- **September 3, 2025 at 1:00 p.m.**

- **September 30, 2025, at 1:00 p.m.**

- **October 21, 2025 at 1:00 p.m.**

- **November 18, 2025, at 1:00 p.m.**

- **December 16, 2025, at 1:00 p.m.**

- **January 13, 2026, at 1:00 p.m.**

- **February 10, 2026 at 1:00 p.m.**

- **March 9, 2026 at 1:00 p.m.**

- **April 14, 2026 at 1:00 p.m.**

Counsel are encouraged to meet and confer with each other in anticipation of these conferences. Any counsel may individually or on some joint basis submit no later than close-of-

business on the day one week prior to the conference any suggestions(s) for the agenda. The Court will circulate the final agenda no later than three days before the conference. The Court also encourages any counsel who will seek reimbursement for travel expenses from a common benefit fund to attend the conferences remotely.[1]

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
**KAREN SPENCER MARSTON, J.**

---

[1] The Court previously shared the remote access information for these conferences with leadership counsel.  The access information is also listed on the Court's website for this MDL.