IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | : : : : : : : | CIVIL ACTION<br><br>MDL No. 3094<br>24-md-3094 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS/ALL CASES* | : : : : | HON. KAREN SPENCER MARSTON |

## ORDER

**AND NOW**, this 12th day of September, 2025, upon consideration of the letter briefs submitted to Chambers on September 5 and 8, 2025 and the arguments made by counsel at conferences on September 3 and 12, 2025, it is **ORDERED** that Plaintiffs' request for the custodial files and depositions of Anders Per Sorenson and Matyas Lakatos is **DENIED WITHOUT PREJUDICE**. Plaintiffs are already set to depose other members of Defendant Novo Nordisk's American and global divisions for regulatory affairs, including Stephanie DeChiaro, Milos Marinkovic, Trine Kruse and Afsaneh Abbariki.[1] Should those depositions reveal that either Per Sorenson or Lakatos has non-duplicative information relevant to Cross Cutting Issue No. 2, then Plaintiffs may renew their request.[2]

BY THE COURT:

*/s/ Karen Spencer Marston*
**KAREN SPENCER MARSTON, J.**

---

[1] The Court notes that Marinkovic, Kruse, and Abbariki have roles on regulatory affairs and were also members of the same safety committee as Per Sorenson and Lakatos.

[2] Even then, however, the Court will likely limit any discovery of these individuals to their roles on safety committees and in regulatory decision making.