# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | : : : : : | CIVIL ACTION |
| THIS DOCUMENT RELATES TO: ALL ACTIONS/ALL CASES | : : : : : | MDL No. 3094 24-md-3094 |

## JOINT MOTION FOR THE ENTRY OF
## PROPOSED CASE MANAGEMENT ORDER

All Defendants and Plaintiffs (together, the "Parties"), respectfully, and by counsel, hereby jointly move for the entry of the attached Proposed Case Management Order governing the Amended Master Complaint (ECF 481), and any amendments thereto, and Short Form Complaints.

Respectfully submitted,

Dated: September 17, 2025

*/s/ Parvin K. Aminolroaya*
Parvin K. Aminolroaya
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
paminolroaya@seegerweiss.com

*/s/ Jonathan Orent*
Jonathan Orent
**MOTLEY RICE LLC**
40 Westminster Street, 5th Floor
Providence, RI 02903
Telephone: (401) 457-7700
jorent@motleyrice.com

|  |  |
|---|---|
|  | */s/ Sarah Ruane*<br>Sarah Ruane<br>**WAGSTAFF & CARTMELL**<br>4740 Grand Avenue, Suite 300<br>Kansas City, MO 64112<br>Telephone: (813) 701-1123<br>sruane@wcllp.com |
|  | */s/ Paul Pennock*<br>Paul Pennock<br>**MORGAN & MORGAN**<br>199 Water Street, Suite 1500<br>New York, NY 10038<br>Telephone: (212) 738-6299<br>ppennock@forthepeople.com |
|  | *Co-Lead Counsel for Plaintiffs* |
| Dated: September 17, 2025 | */s/ Loren H. Brown*<br>Loren H. Brown (admitted *pro hac vice*)<br>Lucas P. Przymusinski (admitted *pro hac vice*)<br>**DLA PIPER LLP (US)**<br>1251 Avenue of the Americas<br>27th Floor<br>New York, NY 10020-1104<br>Telephone: (212) 335-4846<br>Facsimile: (212) 335-4501<br>loren.brown@us.dlapiper.com<br>lucas.przymusinski@us.dlapiper.com |
|  | Ilana H. Eisenstein (PA Bar No. 94907)<br>Raymond M. Williams (PA Bar No. 90771)<br>**DLA PIPER LLP (US)**<br>1650 Market Street, Suite 5000<br>Philadelphia, PA 19103<br>Telephone: (215) 656-3300<br>Facsimile: (215) 606-3301<br>ilana.eisenstein@us.dlapiper.com<br>raymond.williams@us.dlapiper.com |
|  | Matthew A. Holian (admitted *pro hac vice*)<br>Katherine W. Insogna (admitted *pro hac vice*)<br>**DLA PIPER LLP (US)**<br>33 Arch Street, 26th Floor<br>Boston, MA 02110 |

Telephone: (617) 406-6000
Facsimile: (617) 406-6100
matt.holian@us.dlapiper.com
katie.insogna@us.dlapiper.com

*Attorneys for Defendants Novo Nordisk A/S and Novo Nordisk Inc.*

Dated: September 17, 2025

*/s/ Samuel W. Silver*
Samuel W. Silver (PA Bar No. 56596)
Catherine M. Recker (PA Bar No. 56813)
Bruce P. Merenstein (PA Bar No. 82609)
Abigail T. Burton (PA Bar No. 334450)
**WELSH & RECKER, P.C.**
306 Walnut Street
Philadelphia, PA 19106
(215) 972-6430
ssilver@welshrecker.com
cmrecker@welshrecker.com
bmerenstein@welshrecker.com
aburton@welshrecker.com

James F. Hurst, P.C. (admitted *pro hac vice*)
Renee D. Smith (admitted *pro hac vice*)
Diana M. Watral, P.C. (admitted *pro hac vice*)
Mark Premo-Hopkins (admitted *pro hac vice*)
**KIRKLAND & ELLIS**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
james.hurst@kirkland.com
renee.smith@kirkland.com
diana.watral@kirkland.com
mark.premohopkins@kirkland.com

*Attorneys for Defendant Eli Lilly & Company*

## **CERTIFICATE OF SERVICE**

     I hereby certify that, on September 17, 2025, a true and correct copy of the foregoing Joint Motion for the Entry of Proposed Case Management Order was electronically filed using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

                                        */s/ Jonathan Orent*
                                        Jonathan Orent