IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | : : : : : : | CIVIL ACTION<br><br>MDL No. 3094<br>24-md-3094 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS/ALL CASES* | : : : : | HON. KAREN SPENCER MARSTON |

CASE MANAGEMENT ORDER NO. 27

Short Form Complaint Enabling Order

In furtherance of the case management of this complex litigation, this CMO will govern the effect of and procedures for Plaintiffs' Amended Master Long Form Complaint and Demand for Jury Trial (Doc. No. 481) ("Master Complaint"), and any amendment thereto, and the Short Form Complaints.

1. This Order applies to cases directly filed in this MDL and those transferred, removed, or otherwise assigned to this proceeding.

2. For each action in this MDL, the Master Complaint together with the Short Form Complaint shall be deemed the Plaintiff's operative Complaint.

3. Counsel are expected to familiarize themselves with the Court's Opinion with respect to Defendants' Motion to Dismiss the original Master Complaint (ECF 465).

I.  **The Master Complaint**

4. The Master Complaint is not intended to exhaustively include all claims asserted in all of the transferred actions to this Court. Case specific facts, claims adopted from the Master Complaint, and additional claims of individual Plaintiffs will be set forth in a Short Form Complaint filed by the respective Plaintiffs or their counsel.

1

5. The Master Complaint is not intended to consolidate or merge Plaintiffs' claims.

6. The Master Complaint does not constitute a waiver or dismissal of any actions or claims asserted in those individual actions, nor does any Plaintiff relinquish the right to move to amend their individual claims to assert any additional facts or seek any additional claims as discovery proceeds and facts and other circumstances may warrant. Defendants preserve all rights to object to any such amendments or discovery.

7. Defendants shall file a responsive pleading to the Master Complaint within 60 days of this Order. If Defendants file a Motion to Dismiss the Master Complaint, a responsive pleading will be due within 60 days of the Court's order on this Motion to Dismiss the Master Complaint or, if any further amendment occurs after such Court order, after Plaintiffs' filing of a second amended Master Complaint. Defendants preserve all rights to move to dismiss any further amended Master Complaint, which filing shall extend the time for Defendants to file a responsive pleading.

8. Defendants preserve all defenses, including jurisdiction and venue challenges, to any claims brought in this MDL pursuant to this Order and as indicated in the Direct Filing Order, Case Management Order No. 14, ECF 190, ¶ B (July 14, 2024) ("CMO 14").

## II. The Short Form Complaint

9. The Short Form Complaint attached hereto as Exhibit 1 shall be completed and filed by all Plaintiffs in all cases in this MDL filed after the date of this Order. All cases in this MDL filed before the date of this Order shall have 60 days from the date of this Order to file an amended complaint in the form of a Short Form Complaint. However, any firm with more than 500 pending cases shall have 90 days from the date of this Order to file an amended complaint in the form of a Short Form Complaint. No reasonable request for an extension will be denied.

10. All claims pleaded in a Short Form Complaint will supersede and replace all claims

pleaded in any complaint that was pending in or transferred to this MDL.

11. For purposes of statutes of limitation and statutes of repose, a Plaintiff shall be deemed to have initiated his or her case as of the date of the filing of his or her original complaint or his or her Short Form Complaint, whichever was filed first.

12. Short Form Complaints shall not be filed on the master MDL Docket. Instead, Short Form Complaints shall be filed on the docket of a Plaintiff's individual member case and each individual member case must have a complaint on file.

13. Defendants shall assert any defense of claims of inadequate service of process, where such a defense is asserted, within 30 days after service is due under Section III of CMO 14. As provided in CMO 14, ¶ III.E, Plaintiffs will have 30 days after notice of claimed inadequacy of service of process to cure any deficiencies in such service before Defendants may file a motion to dismiss on that basis. To eliminate potential delays and to promote judicial efficiency with respect to the administration of this MDL proceeding, all Short Form Complaints filed in this MDL proceeding are deemed answered and denied; and except with regard to effective service of process as described above, without waiver of any defense or right to move to dismiss, and with full preservation of all arguments and defenses that may be raised in any responsive pleading or motion to dismiss.

14. Motions to dismiss as to individual member cases; and any amendments to the Master Complaint, any Short Form Complaint, and any responsive pleadings; will be filed only upon subsequent order of this Court.

**IT IS SO ORDERED** this 3rd day of October, 2025.

/s/*Karen Spencer Marston*

**KAREN SPENCER MARSTON, J.**