IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | : : : : : : | CIVIL ACTION<br><br>MDL No. 3094<br>24-md-3094 |
| THIS DOCUMENT RELATES TO: | : : | HON. KAREN SPENCER MARSTON |
| *ALL ACTIONS/ALL CASES* | : | |

## CASE MANAGEMENT ORDER NO. 28

### Second Amended Scheduling Order for Cross Cutting Issues 2 and 3

**AND NOW,** this 20th day of October, 2025, upon consideration of Plaintiffs' and Defendant Novo Nordisk's joint request to extend the case management deadlines as to Cross Cutting Issues 2 and 3, and with Defendant Eli Lilly's agreement, it is **ORDERED** that for good cause shown, the request is **GRANTED**, and the deadlines for Cross Cutting Issues 2 and 3 are **AMENDED** as follows:

| | |
|---|---|
| October 24, 2025 | Deadline for fact discovery as to Eli Lilly[1] |
| November 21, 2025 | Deadline for fact discovery as to Novo Nordisk |
| December 19, 2025 | Deadline for Plaintiffs to serve expert reports[2] |
| January 30, 2026 | Deadline for Defendants to serve expert reports |
| February 9, 2026 | Deadline for Plaintiffs to serve rebuttal expert reports |

---

[1] This deadline and the next, which encompass the deadlines for fact depositions on Issues 2 and 3, do not preclude later depositions and non-duplicative questioning (unless the questioning is directed at foundation or context) at a later deposition on new topics of witnesses who are relevant to both Issues 2 or 3 and other issues, which have not been prioritized by the Court for early motion practice.

[2] Plaintiffs agree to serve separate expert reports, even if the same expert, for Defendants Eli Lilly and Novo Nordisk, thus separating the factual and opinion discussions for each Defendant.

| | |
|---|---|
| March 27, 2026 | Deadline for all parties to complete expert depositions |
| April 14, 2026 | Deadline for the submission of motions to exclude expert opinions under Rule 702 and initial briefs |
| April 16, 2026 | Deadline for the submission of summary judgment motions and initial briefs[3] |
| May 20, 2026 | Deadline for the submission of briefs in opposition to Rule 702 motions |
| June 2, 2026 | Deadline for the submission of briefs in opposition to summary judgment motions |
| June 10, 2026 | Deadline for the submission of reply briefs in support of Rule 702 motions |
| July 10, 2026 | Deadline for the submission of reply briefs in support of summary judgment motions |

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

_____
**KAREN SPENCER MARSTON, J.**

---

[3] As discussed at the September 30, 2025 and October 3, 2025 hearings, Novo Nordisk reserves the right to defer filing motions related to preemption until such time as the record is closed in the ongoing activity related to the 483 investigation.