IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES,** et al., ex rel., **TIMOTHY SIRLS,**<br><br>　　Plaintiffs,<br><br>　　v.<br><br>**KINDRED HEALTHCARE, INC.,** et al.,<br><br>　　Defendants. | CIVIL ACTION<br><br><br>NO. 16-0683-KSM |

## ORDER

**AND NOW**, this 23rd day of October, 2025, upon consideration of Special Master Honorable (Ret.) Lawrence F. Stengel's September 8, 2025 Report and Recommendation (the "R&R") (Doc. No. 490), Plaintiffs' objections (Doc. Nos. 491, 492), Defendants' opposition brief (Doc. No. 497), and the arguments made by counsel at the monthly status conference on September 30, 2025, it is **ORDERED** as follows:

　　1.　　Plaintiffs' objections (Doc. Nos. 491, 492) are **OVERRULED**.

　　2.　　The R&R (Doc. No. 490) is **APPROVED AND ADOPTED**.  Plaintiffs' request for animal histopathology slides or digital scans of the animal histopathology slides is **DENIED.**

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　/s/*Karen Spencer Marston*
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**KAREN SPENCER MARSTON, J.**