**PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF MOTION TO STRIKE CONFIDENTIALITY DESIGNATIONS FROM CERTAIN DISCOVERY MATERIALS**

filed conditionally under seal