# EXHIBIT 45

filed conditionally under seal