**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: GLUCAGON-LIKE | : | CIVIL ACTION |
| PEPTIDE-1 RECEPTOR AGONISTS | : | |
| (GLP-1 RAS) PRODUCTS | : | |
| LIABILITY LITIGATION | : | |
| _____ | : | MDL No. 3094 |
| | : | 24-md-3094 |
| THIS DOCUMENT RELATES TO: | : | |
| | : | HON. KAREN SPENCER MARSTON |
| *Fentress v. Novo Nordisk, Inc.*, | : | |
| No. 25cv2309 | : | |
| _____ | | |

## ORDER

**AND NOW**, this 8th day of December, 2025, counsel having requested leave to withdraw as attorney for Plaintiff Butch Fentress (Doc. No. 514), it is **ORDERED** as follows:

1.      A **HEARING TO SHOW CAUSE** why Danae N. Benton, Esq., Larry Taylor, Esq., Melissa Payne, Esq., and Dimitri Dube, Esq., Kevin O'Brien, Esq., (collectively, the "Withdrawing Attorneys"), should **not** be permitted to withdraw as counsel for Mr. Fentress shall take place at the monthly status conference scheduled for this MDL on **December 16, 2025 at 1:00 p.m.** The Withdrawing Attorneys and Mr. Fentress shall attend the hearing either in person or remotely.[1]

_____

[1] The access information for the monthly conference can be found under the "Notices" tab on the Court's website for this MDL:  https://www.paed.uscourts.gov/mdl/mdl-3094-re-glucagon-peptide-1-receptor-agonists-glp-1-ras-products-liability-litigation

2.      The Withdrawing Attorneys shall serve a copy of this Order and the Motion to Withdraw as Counsel (Doc. No. 514) upon Mr. Fentress by **December 11, 2025** and shall forward Chambers a certificate of service prior to the hearing.

**IT IS SO ORDERED.**


/s/*Karen Spencer Marston*

_____

KAREN SPENCER MARSTON, J.