IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | : : : : : | CIVIL ACTION |
| | : : | MDL No. 3094 24-md-3094 |
| THIS DOCUMENT RELATES TO: | : : | HON. KAREN SPENCER MARSTON |
| *Cases Listed in Appendix A* | : | |

# ORDER

**AND NOW**, this 8th day of December, 2025, upon consideration of the motions/notices of voluntary dismissal filed in the cases listed in Appendix A to this Order, it is **ORDERED** that the Clerk of Court shall ensure all cases listed in Appendix A are marked **CLOSED.**

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ Karen Spencer Marston*
**KAREN SPENCER MARSTON, J.**

# APPENDIX A

*McMillan v. Novo Nordisk Inc.*, No. 24cv5512

*Dietz v. Novo Nordisk Inc.*, No. 25cv3385

*Worthey v. Novo Nordisk Inc.*, No. 25cv2578

*Murillo v. Novo Nordisk Inc.*, No. 25cv2572

*Graves v. Novo Nordisk A/S*, No. 25cv4570

*Major v. Novo Nordisk Inc.*, No. 25cv2534

*Layne v. Novo Nordisk Inc.*, No. 25cv2529

*Biggs v. Novo Nordisk Inc.*, No. 25cv2576

*Franco v. Novo Nordisk A/S*, No. 24cv3795

*Heath v. Novo Nordisk A/S*, No. 24cv3699

*Kuettner v. Eli Lilly and Company*, No. 24cv3507

*Meronoff v. Novo Nordisk A/S*, No. 24cv3781

*Lore v. Eli Lilly and Company*, No. 25cv2582

*Thornton v. Novo Nordisk Inc.*, No. 25cv2540

*Mills v. Novo Nordisk Inc.*, No. 25cv2539

*Hagopian v. Novo Nordisk Inc.*, No. 25cv2533

*Jones v. Novo Nordisk Inc.*, No. 25cv2579

*Amar v. Novo Nordisk A/S*, No. 25cv2991

*Murray v. Novo Nordisk Inc.*, No. 25cv2829

*Petree v. Novo Nordisk A/S*, No. 25cv5673

*Daswick v. Novo Nordisk A/S*, No. 25cv3461

*Petit v. Novo Nordisk A/S*, No. 25cv4343

*Smith v. Eli Lilly and Company*, No. 25cv4127

*McCall v. Eli Lilly and Company*, No. 25cv4089

*Mohr v. Eli Lilly and Company*, No. 25cv4113

*Swayze v. Novo Nordisk Inc.*, No. 25cv3626

*Marks v. Novo Nordisk Inc.*, No. 25cv3345

*Owens v. Novo Nordisk Inc.*, No. 25cv3282

*Garcia v. Novo Nordisk Inc.*, No. 25cv2225

*Torres v. Novo Nordisk Inc.*, No. 25cv4436

*Brandon v. Eli Lilly and Company*, No. 24cv4966

*Holdsworth v. Novo Nordisk A/S*, No. 24cv5892

*Badgley v. Novo Nordisk A/S*, No. 25cv3897

*Wiggins v. Novo Nordisk A/S*, No. 25cv4002

*Jones v. Novo Nordisk A/S*, No. 25cv3702

*Collins v. Novo Nordisk A/S*, No. 25cv2101

*Jackson v. Novo Nordisk A/S*, No. 25cv2746

*Shisler v. Novo Nordisk A/S*, No. 25cv2212

*Broussard v. Novo Nordisk A/S*, No. 25cv1981

*Allen v. Novo Nordisk A/S*, No. 24cv4148

*Crowley v. Novo Nordisk A/S*, No. 24cv3788

*Brustkern v. Novo Nordisk Inc.*, No. 24cv5103

*Hohmann v. Novo Nordisk A/S*, No. 24cv3866

*Wishtischin v. Novo Nordisk Inc.*, No. 25cv5672

*Bennett v. Novo Nordisk A/S*, No. 25cv4439

*Jefferson v. Novo Nordisk A/S*, 25cv3656