**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCT LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | Case No: 2:24-md-03094-KSM<br>MDL 3094<br><br>NOTICE OF VOLUNTARY DISMISSAL |

Pursuant to Federal Rules of Civil Procedure 41(a)(1) A)(i), Plaintiff, Madison Mitchell and its Counsel herby give notice that they voluntary dismiss without prejudice Defendants, WEIGHT WATCHERS CLINIC, a corporation and AMAZON ONE MEDICAL, a corporation.

DATED:  December 9, 2025

Respectfully submitted,

GOOD | GUSTAFSON | AUMAIS LLP

By:  */s/ Christopher T. Aumais*
GOOD GUSTAFSON AUMAIS LLP
Christopher T. Aumais, Esq. SBN: 249901
2330 Westwood Blvd, Suite 103
Los Angeles, CA 90064
cta@ggallp.com
Attorneys for Plaintiff, Madison Mitchell

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of December 2025, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access the filing through the Court's system.

*/s/ Christopher T. Aumais*
GOOD GUSTAFSON AUMAIS LLP
Christopher T. Aumais, Esq. SBN: 249901
2330 Westwood Blvd, Suite 103
Los Angeles, CA 90064
cta@ggallp.com
