IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | : : : : : : | CIVIL ACTION <br><br> MDL No. 3094 <br> 24-md-3094 |
| THIS DOCUMENT RELATES TO: <br><br> *ALL ACTIONS/ALL CASES* | : : : | HON. KAREN SPENCER MARSTON |

## CASE MANAGEMENT ORDER NO. 29

### Third Amended Scheduling Order for Cross Cutting Issues 2 and 3

**AND NOW,** this 16th day of December, 2025, upon consideration of the parties' joint request to extend the case management deadlines as to Cross Cutting Issues 2 and 3, it is **ORDERED** that for good cause shown, the request is **GRANTED**, and the deadlines for Cross Cutting Issues 2 and 3 are **AMENDED** as follows:

| | |
|---|---|
| January 2, 2026 | Deadline for Plaintiffs to serve expert reports[1] |
| February 13, 2026 | Deadline for Defendants to serve expert reports |
| February 23, 2026 | Deadline for Plaintiffs to serve rebuttal expert reports |
| April 10, 2026 | Deadline for all parties to complete expert depositions |
| April 28, 2026 | Deadline for the submission of motions to exclude expert opinions under Rule 702 and initial briefs |
| April 30, 2026 | Deadline for the submission of summary judgment motions and initial briefs[2] |

---

[1] Plaintiffs agree to serve separate expert reports, even if the same expert, for Defendants Eli Lilly and Novo Nordisk, thus separating the factual and opinion discussions for each Defendant.

[2] As discussed at the September 30, 2025 and October 3, 2025 hearings, Novo Nordisk reserves the right to defer filing motions related to preemption until such time as the record is closed in the ongoing activity related to the 483 investigation.

| June 3, 2026 | Deadline for the submission of briefs in opposition to Rule 702 motions |
| --- | --- |
| June 16, 2026 | Deadline for the submission of briefs in opposition to summary judgment motions |
| June 24, 2026 | Deadline for the submission of reply briefs in support of Rule 702 motions |
| July 24, 2026 | Deadline for the submission of reply briefs in support of summary judgment motions |

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

_____
**KAREN SPENCER MARSTON, J.**