IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION** | : : : : : : : | **CIVIL ACTION** <br><br> **MDL No. 3094** <br> **24-md-3094** |
| **THIS DOCUMENT RELATES TO:** <br><br> *Fentress v. Novo Nordisk, Inc.*, <br> No. 25cv2309 | : : : : | **HON. KAREN SPENCER MARSTON** |

# ORDER

**AND NOW**, this 16th day of December, 2025, upon consideration of counsel's motion for leave to withdraw as attorney for Plaintiff Butch Fentress (Doc. No. 514) and for the reasons discussed during the status conference on December 16, 2025,[1] it is **ORDERED** that the motion is **GRANTED** as follows:

1. Danae N. Benton, Esq., Larry Taylor, Esq., Melissa Payne, Esq., Dimitri Dube, Esq., and Kevin O'Brien, Esq., are permitted to withdraw as counsel for Mr. Fentress.

2. The Clerk of Court shall mark Mr. Fentress as proceeding pro se in his individual action (No. 25cv2309) and send a copy of this Order to his last known address:

> Butch Fentress
> 34130 Ickler Ave. N.
> Lillian, AL 36549

3. Mr. Fentress shall inform the Court whether he intends to proceed pro se in this matter by **December 23, 2025.** If Mr. Fentress has found new counsel to represent him in this matter, counsel shall enter their appearance by this date.

---

[1] Despite being ordered to virtually appear for the status conference (*see* Doc. No. 550), Mr. Fentress did not attend.

      4.      Regardless of whether Mr. Fentress is proceeding pro se or with new counsel, he shall submit a Plaintiff Fact Sheet by **January 2, 2026.** (*See* Doc. No. 188, CMO 12.)[2]  If he fails to do so, Defendants may move to dismiss his individual action. (*Id.* at 4.)

**IT IS SO ORDERED.**

      /s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.

---

[2] If Plaintiff chooses to proceed pro se in this action, he should also reach out to Plaintiffs' Liaison Counsel, Roberta Liebenberg, Esq., of Fine, Kaplan, and Black, R.P.C. and Nina Spizer, Esq., of Dilworth Paxon LLP.