IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : | CIVIL ACTION<br><br>MDL No. 3094<br>24-md-3094<br>01-md-3094<br><br>HON. KAREN SPENCER MARSTON |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS/ALL CASES* | | |

# CASE MANAGEMENT ORDER NO. 30

### Streamlined Docket

**AND NOW**, this 14th, day of January, 2026, the Court having reviewed the docket and found the establishment of a secondary, streamlined docket will bring clarity and efficiency in the administration of this MDL No. 3094, it is **ORDERED** as followed:

1. The Clerk of Court shall establish a second, related docket for this MDL No. 3094, which shall be titled "In re Glucagon-Like Peptide-1 Receptor Agonists GLP-1 RAs Products Liability Litigation (Streamlined Docket)" and shall be numbered "01md3094".

2. The Streamlined Docket will contain *only* the following:

   - the JPML's initial Transfer Order,
   - the JPML's order reassigning this MDL to the undersigned,
   - master pleadings,
   - Case Management Orders,
   - briefing and rulings on contested discovery motions,
   - briefing and rulings on dispositive motions, and
   - briefing and rulings on Rule 702 motions.

3. Of the current entries for MDL No. 3094, the Clerk of Court shall include copies of the following on the Streamlined Docket: Doc. Nos. 1, 2, 4, 112, 113, 115, 121, 133, 137, 138, 146, 159, 174, 175, 186, 187, 188, 189, 190, 192, 212, 213, 218, 235, 245, 254, 256, 276, 277, 269, 282, 291, 294, 300, 328, 329, 359, 360, 361, 364, 365, 368, 369, 370, 377, 379, 385, 386, 392, 393, 408, 409, 447, 451, 452, 453, 465, 466, 467, 468, 481, 490, 491, 492, 497, 503, 507, 508, 511, 512, 531, 566, and 567.

4. The Clerk of Court shall include this Case Management Order on both the main docket and the Streamlined Docket.

5. To the extent a party files any document that meets any of the categories listed in Paragraph 1 of this Order, the document shall be filed on **both** the main docket and the Streamlined Docket.[1] For such filings, both docket numbers may be listed in the caption as follows:

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION** : : : : : : : : **THIS DOCUMENT RELATES TO:** : : *ALL ACTIONS/ALL CASES* : | **CIVIL ACTION** **MDL No. 3094** **24-md-3094** **01-md-3094** **HON. KAREN SPENCER MARSTON** |

---

[1] In other words, although the Clerk of Court is going to copy certain **previously filed** motions and orders to the Streamlined Docket pursuant to Paragraph 3 of this Order, moving forward, the **filing party** is responsible for ensuring that filings are made on the correct docket(s). If a document is only to be filed on the main docket (e.g., a notice of appearance, a joint request for entry of a case management order), then the filing party shall file it only on the main docket. If, by contrast, the document is to be filed on the main docket and the Streamlined Docket (e.g., a motion for summary judgment, objections to an R&R, a master complaint), then the filing party shall file it first on the main docket and then again on the Streamlined Docket. The Clerk of Court will not automatically do so.

6.	For all *future* notices of appearance entered on the main docket, any counsel who wishes to also receive notice of any filing on the Streamlined Docket shall indicate as much when auto-prompted during the filing process. The notice of appearance shall also state, "Please also enter my appearance in 01md3094. **Counsel should not file a notice of appearance directly on the Streamlined Docket.**[2]

                                                          **BY THE COURT:**

                                                          */s/ Karen Spencer Marston*
                                                          **KAREN SPENCER MARSTON, J.**

---

[2] This direction applies **only** to attorneys who enter their notice of appearance on the main docket **after the date of this Case Management Order.** All counsel who entered their appearance on behalf of a named party **before** the date of this Order will be automatically signed up to receive notice of filings on the Streamlined Docket. Likewise, any attorney who files motion papers on the Streamlined Docket pursuant to Paragraph 5 of this Order will be automatically signed up to receive notice of filings on the Streamlined Docket.