# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION** | : : : : : : | **CIVIL ACTION** |
| | : : | **MDL No. 3094** <br> **24-md-3094** |
| **THIS DOCUMENT RELATES TO:** | : : | |
| *ALL ACTIONS/ALL CASES* | : | **HON. KAREN SPENCER MARSTON** |

### PROPOSED CASE MANAGEMENT ORDER NO. __

### Fourth Amended Scheduling Order for Cross Cutting Issues 2 and 3

**NOW,** this ___ day of _____, 2026, upon consideration of the parties' request to extend certain deadlines as to Cross Cutting Issues 2 and 3, it is **ORDERED** that for good cause shown, the request is **GRANTED**, and the deadlines for Cross Cutting Issues 2 and 3 are **AMENDED** as follows:

| | |
|---|---|
| April 24, 2026 | Deadline for all parties to complete expert depositions |
| May 12, 2026 | Deadline for the submission of motions to exclude expert opinions under Rule 702 and initial briefs |
| May 14, 2026 | Deadline for the submission of summary judgment motions and initial briefs[1] |
| June 17, 2026 | Deadline for the submission of briefs in opposition to Rule 702 motions |
| June 30, 2026 | Deadline for the submission of briefs in opposition to summary judgment motions |
| July 15, 2026 | Deadline for the submission of reply briefs in support of Rule 702 motions |
| August 7, 2026 | Deadline for the submission of reply briefs in support of summary judgment motions |

---

[1] As discussed at the September 30, 2025 and October 3, 2025 hearings, Novo Nordisk reserves the right to defer filing motions related to preemption until such time as the record is closed in the ongoing activity related to the 483 investigation.

**IT IS SO ORDERED.**

                                                    **KAREN SPENCER MARSTON, J.**