**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | : : : : | CIVIL ACTION |
| _____ | : : | MDL No. 3094 24-md-3094 |
| THIS DOCUMENT RELATES TO: | : : | |
| *ALL ACTIONS/ALL CASES* | : | HON. KAREN SPENCER MARSTON |
| _____ | : | |

**CASE MANAGEMENT ORDER NO. 31**

**Fourth Amended Scheduling Order for Cross Cutting Issues 2 and 3**

**AND NOW,** this 23rd day of February, 2026, upon consideration of the parties' joint

request to extend the case management deadlines as to Cross Cutting Issues 2 and 3, it is

**ORDERED** that for good cause shown, the request is **GRANTED**, and the deadlines for Cross

Cutting Issues 2 and 3 are **AMENDED** as follows:

| | |
|---|---|
| April 24, 2026 | Deadline for all parties to complete expert depositions |
| May 12, 2026 | Deadline for the submission of motions to exclude expert opinions under Rule 702 and initial briefs |
| May 14, 2026 | Deadline for the submission of summary judgment motions and initial briefs |
| June 17, 2026 | Deadline for the submission of briefs in opposition to Rule 702 motions |
| June 30, 2026 | Deadline for the submission of briefs in opposition to summary judgment motions |
| July 15, 2026 | Deadline for the submission of reply briefs in support of Rule 702 motions |

| August 7, 2026 | Deadline for the submission of reply briefs in support of summary judgment motions |
|---|---|

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

**KAREN SPENCER MARSTON, J.**

2