### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: GLUCAGON-LIKE** | : | **CIVIL ACTION** |
| **PEPTIDE-1 RECEPTOR AGONISTS** | : | |
| **(GLP-1 RAS) PRODUCTS** | : | |
| **LIABILITY LITIGATION** | : | **MDL No. 3094** |
| | : | **24-md-3094** |
| | : | **01-md-3094** |
| **THIS DOCUMENT RELATES TO:** | : | |
| | : | **HON. KAREN SPENCER MARSTON** |
| *ALL ACTIONS/ALL CASES* | : | |

### CASE MANAGEMENT ORDER NO. 32

**Fifth Amended Scheduling Order for Cross Cutting Issues 2 and 3**

**AND NOW,** this 30th day of April, 2026, upon consideration of the Novo Defendants'

unopposed request to extend the case management deadlines as to Cross Cutting Issues 2 and 3,

it is **ORDERED** that for good cause shown, the request is **GRANTED**, and the deadlines for

Cross Cutting Issues 2 and 3 are **AMENDED** as follows:

| | |
|---|---|
| May 19, 2026 | Deadline for the submission of motions to exclude expert opinions under Rule 702 and initial briefs |
| May 19, 2026 | Deadline for the submission of summary judgment motions and initial briefs |
| June 17, 2026 | Deadline for the submission of briefs in opposition to Rule 702 motions |
| June 30, 2026 | Deadline for the submission of briefs in opposition to summary judgment motions |
| July 15, 2026 | Deadline for the submission of reply briefs in support of Rule 702 motions |

| August 7, 2026 | Deadline for the submission of reply briefs in support of summary judgment motions |
| **September 10-18, 2026** | **Hearing on Rule 702 Motions in Courtroom 16B. Each day, the Court will begin at 9:00 a.m.** |

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

**KAREN SPENCER MARSTON, J.**