## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GLUCAGON-LIKE | : | CIVIL ACTION |
| PEPTIDE-1 RECEPTOR AGONISTS | : | |
| (GLP-1 RAS) PRODUCTS | : | |
| LIABILITY LITIGATION | : | MDL No. 3094 |
| | : | 24-md-3094 |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| | : | HON. KAREN SPENCER MARSTON |
| *ALL ACTIONS/ALL CASES* | : | |

## ORDER

**AND NOW** this 18th day of May, 2026, upon consideration of the Lilly Defendants' Motion to Enforce Case Management Order No. 29 (Doc. Nos. 652, 654), and Plaintiffs' opposition brief (Doc. No. 655), it is **ORDERED** that the motion is **DENIED.**

**IT IS FURTHER ORDERED** that Plaintiffs and the Lilly Defendants shall meet and confer about the logistics of any additional deposition testimony that the Lilly Defendants wish to take from Dr. Kessler, including the effect any such testimony would have on the forthcoming motions and whether amended or supplemental briefing may be necessary.[1]

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

_____
**KAREN SPENCER MARSTON, J.**

---

[1] During the April 22, 2026 status conference with the parties, the Court directed counsel for the Lilly Defendants to complete Dr. Kessler's deposition as she had prepared for it, with the understanding that if the Court ruled in favor of Plaintiffs, she would be given additional time to depose Dr. Kessler as to the actual scope of his opinions. (*See* Apr. 22, 2026 Hr'g. Tr. at 6:10–19.)