**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | **:** | |
| **IN RE: GLUCAGON-LIKE PEPTIDE-1** | **:** | **CIVIL ACTION** |
| **RECEPTOR AGONISTS (GLP-1 RAs)** | **:** | |
| **PRODUCTS LIABILITY LITIGATION** | **:** | **MDL No. 3094** |
| | **:** | **2:24-md-03094-KSM** |
| | **:** | |
| **THIS DOCUMENT RELATES TO:** | **:** | **HON. KAREN SPENCER MARSTON** |
| | **:** | |
| *ALL ACTIONS / ALL CASES* | **:** | |
| | **:** | |

**NOVO NORDISK'S MOTION FOR SUMMARY
JUDGMENT AS TO GENERAL CAUSATION AND ADEQUACY OF LABELING**

For the reasons set forth in the accompanying memorandum of law, Novo Nordisk hereby moves the Court for an order for Motion For Summary Judgment as to General Causation and Adequacy of Labeling.

1

Dated: May 19, 2026        By:      */s/ Loren H. Brown*
Loren H. Brown (admitted *pro hac vice*)
Lucas P. Przymusinski (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, NY 10020-1104
Telephone: (212) 335-4846
loren.brown@us.dlapiper.com
lucas.przymusinski@us.dlapiper.com

Ilana H. Eisenstein (PA Bar No. 94907)
Raymond M. Williams (PA Bar No. 90771)
**DLA PIPER LLP (US)**
1650 Market Street, Suite 5000
Philadelphia, PA 19103
Telephone: (215) 656-3300
ilana.eisenstein@us.dlapiper.com
raymond.williams@us.dlapiper.com

Katherine W. Insogna (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110
Telephone: (617) 406-6000
katie.insogna@us.dlapiper.com

*Attorneys for Novo Nordisk A/S and*
*Novo Nordisk Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2026, a true copy of the foregoing Novo Nordisk's Motion for Summary Judgment as to General Causation and Adequacy of Labeling was electronically filed using the Court's CM/ECF System, which will send notification of such filing to all counsel of record.

*/s/ Loren H. Brown*
Loren H. Brown

3