**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| | : | |
| **IN RE: GLUCAGON-LIKE PEPTIDE-1** | : | **CIVIL ACTION** |
| **RECEPTOR AGONISTS (GLP-1 RAs)** | : | |
| **PRODUCTS LIABILITY LITIGATION** | : | **MDL No. 3094** |
| | : | **2:24-md-03094-KSM** |
| | : | |
| **THIS DOCUMENT RELATES TO:** | : | **HON. KAREN SPENCER MARSTON** |
| | : | |
| *ALL ACTIONS / ALL CASES* | : | |
| | : | |

**NOVO NORDISK'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT AS TO GENERAL CAUSATION AND
ADEQUACY OF LABELING**

1.      Gastrointestinal adverse events are well known side effects of the GLP-1 RA class of drugs. (Dkt. 481, Am. Compl. at ¶ 43.).

2.      There is widespread understanding in the prescribing medical community that side effects of gastrointestinal adverse events from GLP-1 RA medications can be severe. (February 13, 2026, Expert Report of Suneil Koliwad, MD, PhD ("Koliwad Rep.")(L.P. Ex. 23D) at 30, 32, 42-43; Transcript of the April 24, 2026, Deposition of Suneil Koliwad, MD, PhD ("Koliwad Tr.")(L.P. Ex. 41D). Tr. at 26:5-19; 68:13-69:22; 72:3-11; 72:17-23; 74:10-18; 81:2-19; 132:19-24.).

3.      Dr. David Kessler has no expert opinion regarding what the prescribing medical community understands about the side effects of GLP-1 RA medications or regarding what the prescribing medical community understands about the FDA-approved labeling for GLP-1 RA medications. (Transcript of the March 31, 2026, Deposition of David A. Kessler ("Kessler Dep. I Tr.")(L.P. Ex. 26D) at 110:11-111:6; Transcript of the April 27, 2026, Deposition of David A. Kessler ("Kessler Dep. III Tr.")(L.P. Ex. 28D) at 555:12-19; 579:12-16).

4.      The initial FDA-approved labeling for Novo's GLP-1 RA medications referenced delayed gastric emptying, nausea, vomiting, constipation, diarrhea, abdominal pain, and pancreatitis. (Novo_GLP_MDL_003858960 ("Jan. 2010 Victoza Label")(L.P. Ex. 167D) at 971, 974-76, 979-81, 983, 992, 995-97, & 9010; Novo_GLP_MDL_001247737 ("Dec. 2014 Saxenda Label")(L.P. Ex. 147D) at 747, 752-56, 758, 760, 769, 772-76, 804, & 810; Novo_GLP_MDL_003521535 ("Dec. 2017 Ozempic Label")(L.P. Ex. 134D) at 542, 546, 548, 550, 552-54, 556, & 564-66; Novo_GLP_MDL_RYB_NDA_000034151 ("Sep. 2019 Rybelsus Label")(L.P. Ex. 140D) at 158, 161-65, 168-70, 179, & 182; Novo_GLP_MDL_006195623 ("June 2021 Wegovy Label")(L.P. Ex. 175D) at 631, 636, 638, 640-41, 643, 645, & 657-58; *see also* Appendix A to the Memorandum Of Law in Support Of Novo Nordisk Inc. and Novo Nordisk

1

A/S's Motion For Summary Judgment as to General Causation and Adequacy Of Labeling ("Mot.")).

5.      The initial FDA-approved labeling for Ozempic, Rybelsus, and Wegovy referenced "severe adverse gastrointestinal reactions" under the header "Warnings and Precautions" in the "Highlights of Prescribing Information" section and under the header "Acute Kidney Injury" in the "Warnings and Precautions" section. (L.P. Ex. 134D, Dec. 2017 Ozempic Label at 542 & 545; L.P. Ex. 140D, Sep. 2019 Rybelsus Label at 158 & 162; L.P. Ex. 175D, June 2021 Wegovy Label at 631 & 636; *see also* Appendix A to Mot.).

6.      The initial FDA-approved labeling for Saxenda and May 2011 FDA-approved labeling for Victoza warned in Section 5 "Warnings and Precautions" of the risk of renal impairment associated with nausea, vomiting, diarrhea, or dehydration, sometimes requiring dialysis, under Section 6 "Adverse Reactions" of nausea, vomiting, and diarrhea sometimes resulting in dehydration, and under "Patient Counseling Information" advised patients of the risk of dehydration due to gastrointestinal adverse reactions. (Novo_GLP_MDL_000202583 ("May 2011 Victoza Label")(L.P. Ex. 168D) at 588, 593, 598, & 612; L.P. Ex. 147D, Dec. 2014 Saxenda Label at 505, 517, & 532-33).

7.      The initial FDA-approved labeling for Novo's GLP-1 RA medications referenced "severe abdominal pain" under the header "Pancreatitis" or "Acute Pancreatitis" in the "Warnings and Precautions" section and under the header "Pancreatitis" or "Acute Pancreatitis" in the "Patient Counseling Information" section. (L.P. Ex. 167D, Jan. 2010 Victoza Label at 974 & 992; L.P. Ex. 147D, Dec. 2014 Saxenda Label at 752 & 769; L.P. Ex. 134D, Dec. 2017 Ozempic Label at 546 & 563; L.P. Ex. 140D, Sep. 2019 Rybelsus Label at 161 & 179; L.P. Ex. 175D, June 2021 Wegovy Label at 636 & 654; *see also* Appendix A to Mot.).

8.      The initial FDA-approved labeling for Novo's GLP-1 RA medications included tables identifying gastrointestinal adverse reactions as common adverse reactions. (L.P. Ex. 167D, Jan. 2010 Victoza Label at 975; L.P. Ex. 147D, Dec. 2014 Saxenda Label at 754; L.P. Ex. 134D, Dec. 2017 Ozempic Label at 548; L.P. Ex. 140D, Sep. 2019 Rybelsus Label at 163; L.P. Ex. 175D, June 2021 Wegovy Label at 638; *see also* Appendix A to Mot.).

9.      The initial FDA-approved labeling for Novo's GLP-1 RA medications informed that more patients receiving the drugs discontinued or withdrew from treatment due to gastrointestinal adverse reactions than patients receiving placebo or comparator treatment. (L.P. Ex. 167D, Jan. 2010 Victoza Label at 975; L.P. Ex. 147D, Dec. 2014 Saxenda Label at 755; L.P. Ex. 134D, Dec. 2017 Ozempic Label at 548; L.P. Ex. 140D, Sep. 2019 Rybelsus Label at 163-64; L.P. Ex. 175D, June 2021 Wegovy Label at 640; *see also* Appendix A to Mot.).

10.     The FDA-approved labeling for Novo's GLP-1 RA medications was updated to include "Severe Gastrointestinal Adverse Reactions" in Section 5 "Warnings and Precautions" in November 2024 for Wegovy, December 2024 for Rybelsus, January 2025 for Ozempic, and May 2025 for Victoza and Saxenda. (Novo_GLP_MDL_WEG_NDA_001187825 ("Nov. 27, 2024 Wegovy Label")(L.P. Ex. 180D) at 834; Novo_GLP_MDL_RYB_NDA_001247571 ("Dec. 2024 Rybelsus Label")(L.P. Ex. 144D) at 581; Novo_GLP_MDL_OZM_NDA_004056658 ("Jan. 2025 Ozempic Label")(L.P. Ex. 138D) at 667; Novo_GLP_MDL_VIC_NDA_007216000 ("May 2025 Victoza Label")(L.P. Ex. 173D) at 008;  Novo_GLP_MDL_SAX_NDA_001337842 ("May 2025 Saxenda Label")(L.P. Ex. 150D) at 851; *see also* Appendix A to Mot.).

11.     The FDA-approved labeling for Novo's GLP-1 RA medications was updated to include "Pulmonary Aspiration During General Anesthesia or Deep Sedation" in Section 5 "Warnings and Precautions" in November 2024. (Novo_GLP_MDL_009523278 ("Nov. 1, 2024 Wegovy Label")(L.P. Ex. 179D) at 289; Novo_GLP_MDL_009523200 ("Nov. 2024 Rybelsus

3

Label")(L.P. Ex. 143D) at 208-09; Novo_GLP_MDL_011300508 ("Nov. 2024 Ozempic Label")(L.P. Ex. 137D) at 517; Novo_GLP_MDL_009523231 ("Nov. 2024 Victoza Label")(L.P. Ex. 171D) at 240; Novo_GLP_MDL_011300566 ("Nov. 2024 Saxenda Label")(L.P. Ex. 149D) at 577; *see also* Appendix A to Mot.).

12. The FDA-approved labeling for Novo's GLP-1 RA medications was updated to include "Ileus" in Section 6 "Adverse Reactions" in January 2023 for Rybelsus, December 2023 for Wegovy, September 2023 for Ozempic, April 2023 for Saxenda, and July 2023 for Victoza. (Novo_GLP_MDL_002135359 ("Jan. 2023 Rybelsus Label")(L.P. Ex. 141D) at 370; Novo GLP MDL_WEG_NDA_000158590 ("Dec. 2023 Wegovy Label")(L.P. Ex. 176D) at 602; Novo_GLP_MDL_OZM_NDA_000016019 ("Sep. 2023 Ozempic Label")(L.P. Ex. 135D) at 031; Novo_GLP_MDL_004079502 ("Apr. 2023 Saxenda Label")(L.P. Ex. 148D) at 517; Novo_GLP_MDL_004072803 ("Jul. 2023 Victoza Label")(L.P. Ex. 170D) at 815; *see also* Appendix A to Mot.).

13. The FDA-approved labeling for Novo's GLP-1 RA medications was updated to include "Intestinal Obstruction" in Section 6 "Adverse Reactions" in October 2025. (Novo GLP MDL OZM NDA 005419185 ("Oct. 2025 Ozempic Label") (L.P. Ex. 139D) at 193-94; Novo_GLP_MDL_VIC_NDA_007217019 ("Oct. 2025 Victoza Label") (L.P. Ex. 174D) at 027; Oct. 2025 Wegovy Label ("Oct. 2025 Wegovy Label") (L.P. Ex. 182D) at Page 13, Section 6.2; Novo GLP MDL RYB NDA 001331669 ("Oct. 2025 Rybelsus Label") (L.P. Ex. 145D) at 678; Novo_GLP_MDL_ SAX NDA_001339372 ("Oct. 2025 Saxenda Label") (L.P. Ex. 151D) at 383; *see also* Appendix A to Mot.).

14. Dr. David Kessler has no expert opinion regarding the adequacy of the FDA-approved labeling for Novo's GLP-1 RA medications after October 2025. (L.P. Ex. 26D, Kessler Dep. I Tr. at 127:11–128:15; 129:13-14; 130:16-20).

4

15. Dr. David Ross is the only expert Plaintiffs have proffered to opine on the adequacy of FDA-approved labeling for Novo's GLP-1 RA medications as to gallbladder disease.

16. Dr. David Ross has no expert opinion regarding the adequacy of the FDA-approved labeling for Ozempic after March 2022 and Rybelsus after June 2022 as to gallbladder disease. (Transcript of the March 9, 2026, Deposition of David B. Ross ("Ross Tr.")(L.P. Ex. 37D) at 218:12-25; 251:9-15).

17. Dr. David Ross has no expert opinion regarding the FDA-approved labeling for Saxenda and Wegovy as to gallbladder disease. (*Id*. at 211:10-15).

18. Dr. David Ross is only opining that the FDA-approved labeling for Victoza was inadequate between 2014 and the labeling update in August 2017. (*Id*. at 259:20-260:6).

19. Dr. David Metz is the only expert Plaintiffs have proffered to opine that Novo's GLP-1 RA medications cause gastroparesis following washout. (January 2, 2026, Expert Report of David C. Metz, M.D. to Novo ("Metz Novo Rep.")(L.P. Ex. 13D) at 133-37).

20. Dr. Binu John and Dr. Nilesh Lodhia are the only experts Plaintiffs have proffered to opine that Novo Nordisk's GLP-1 RA medications cause ileus and intestinal obstruction. (January 2, 2026, Expert Report Binu John, MD, MPH to Novo ("John Novo Rep.")(L.P. Ex. 2D) at 1-2; January 2, 2026, Expert Report Nilesh Lodhia, MD to Novo ("Lodhia Novo Rep.")(L.P. Ex. 10D) at 3).

21. Dr. Gabriel Lang is the only expert Plaintiffs have proffered to opine that Novo's GLP-1 RA medications cause gallbladder disease. (January 2, 2026, Expert Report Gabriel Lang, MD ("Lang Rep.")(L.P. Ex. 5D) at 19).

22. The Court held that "[a]ny plaintiff claiming to have had drug-induced gastroparesis must have had a gastric emptying study (scintigraphy, breath test, or WMC) properly

performed at the time of diagnosis, which confirmed delayed emptying." (Dkt. No. 467, Mem. Op. at 76-77).

23.    The following injuries are predicated on the presence of a delay or other abnormality in gastric emptying: delayed gastric emptying, gastric dysmotility, gastric emptying impairment, gastric hypomotility, gastrointestinal hypomotility, gastrointestinal hypomotility disorder, hypomotility, impaired gastric emptying, impaired gastric emptying with symptoms, impaired gastric emptying with sequelae, gastroparesis-like sequelae, impaired gastrointestinal motility, impairment of gastric emptying, impairment of gastric motility, severe impairment of gastric emptying, significantly impaired gastric emptying, or suspected gastroparesis. (February 13, 2026, Expert Report of Dr. Linda Nguyen ("Nguyen Rep.")(L.P. Ex. 22D) at 11; Transcript of the March 24, 2026, Deposition of David Metz ("Metz Tr.")(L.P. Ex. 33D) at 58:7–14; 88:13–24; Transcript of the March 12, 2026, Deposition of Ma Somsouk ("Somsouk Tr.")(L.P. Ex. 39D) at 15:19–22, 17:18–22; Deposition of David A. Kessler ("Kessler Dep. II Tr.")(L.P. Ex. 27D) at 388:6–11).

24.    Gastroparesis is a delay in gastric emptying with accompanying adverse gastrointestinal symptoms in the absence of mechanical obstruction. (January 2, 2026, Expert Report of David C. Metz, M.D. to Novo (L.P. Ex. 13D) at 11; Transcript of the March 24, 2026, Deposition of David Metz ("Metz Tr.")(L.P. Ex. 33D) at 15:9-15).

Dated: May 19, 2026                 By:        */s/ Loren H. Brown*
                                               Loren H. Brown (admitted *pro hac vice*)
                                               Lucas P. Przymusinski (admitted *pro hac vice*)
                                               **DLA PIPER LLP (US)**
                                               1251 Avenue of the Americas, 27th Floor
                                               New York, NY 10020-1104
                                               Telephone: (212) 335-4846
                                               loren.brown@us.dlapiper.com
                                               lucas.przymusinski@us.dlapiper.com

                                               Ilana H. Eisenstein (PA Bar No. 94907)
                                               Raymond M. Williams (PA Bar No. 90771)
                                               **DLA PIPER LLP (US)**
                                               1650 Market Street, Suite 5000
                                               Philadelphia, PA 19103
                                               Telephone: (215) 656-3300
                                               ilana.eisenstein@us.dlapiper.com
                                               raymond.williams@us.dlapiper.com

                                               Katherine W. Insogna (admitted *pro hac vice*)
                                               **DLA PIPER LLP (US)**
                                               33 Arch Street, 26th Floor
                                               Boston, MA 02110
                                               Telephone: (617) 406-6000
                                               katie.insogna@us.dlapiper.com

                                               *Attorneys for Defendants*
                                               *Novo Nordisk A/S and Novo Nordisk Inc.*

7

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2026, a true copy of the foregoing Novo Nordisk Inc. and Novo Nordisk A/S's Statement of Undisputed Facts in Support of Motion for Summary Judgment as to General Causation and Adequacy of Labeling was electronically filed using the Court's CM/ECF System, which will send notification of such filing to all counsel of record.

*/s/ Loren H. Brown*
Loren H. Brown

8