# APPENDIX A

# Initial FDA-Approved Victoza January 2010 (L.P. Ex. 167D)

| Condition | Section of Label | Disclosure |
|---|---|---|
| Pancreatitis | Highlights of Prescribing Information | Pancreatitis: In clinical trials, there were more cases of pancreatitis among Victoza-treated patients than among comparator-treated patients. If pancreatitis is suspected, Victoza and other potentially suspect drugs should be discontinued. Victoza should not be restarted if pancreatitis is confirmed. Use with caution in patients with a history of pancreatitis (5.2). |
| Gastrointestinal Adverse Reactions | Highlights of Prescribing Information | The most common adverse reactions, reported in ≥5% of patients treated with Victoza and more commonly than in patients treated with placebo, are: headache, nausea, diarrhea and anti-liraglutide antibody formation (6). |
| Delayed Gastric Emptying | Highlights of Prescribing Information | Victoza delays gastric emptying. May impact absorption of concomitantly administered oral medications. Use caution (7). |
| Pancreatitis | Section 1 Indications and Usage, Section 1.1 Important Limitations of Use | In clinical trials of Victoza, there were more cases of pancreatitis with Victoza than with comparators. Victoza has not been studied sufficiently in patients with a history of pancreatitis to determine whether these patients are at increased risk for pancreatitis while using Victoza. Use with caution in patients with a history of pancreatitis. |
| Gastrointestinal Adverse Reactions | Section 2 Dosage and Administration | For all patients, Victoza should be initiated with a dose of 0.6 mg per day for one week. The 0.6 mg dose is a starting dose intended to reduce gastrointestinal symptoms during initial titration, and is not effective for glycemic control. After one week at 0.6 mg per day, the dose should be increased to 1.2 mg. If the 1.2 mg dose does not result in acceptable glycemic control, the dose can be increased to 1.8 mg. |
| Pancreatitis | Section 5 Warnings and Precautions, Section 5.2 Pancreatitis | In clinical trials of Victoza, there were 7 cases of pancreatitis among Victoza-treated patients and 1 case among comparator-treated patients (2.2 vs. 0.6 cases per 1000 patient-years). Five cases with Victoza were reported as acute pancreatitis and two cases with Victoza were reported as chronic pancreatitis. In one case in a Victoza-treated patient, pancreatitis, with necrosis, was observed and led to death; however clinical causality could not be established. One additional case of pancreatitis has subsequently been reported in a Victoza-treated patient. Some patients had other risk factors for pancreatitis, such as a |

1

| Condition | Section of Label | Disclosure |
|---|---|---|
| | | history of cholelithiasis or alcohol abuse. There are no conclusive data establishing a risk of pancreatitis with Victoza treatment. After initiation of Victoza, and after dose increases, observe patients carefully for signs and symptoms of pancreatitis (including persistent severe abdominal pain, sometimes radiating to the back and which may or may not be accompanied by vomiting). If pancreatitis is suspected, Victoza and other potentially suspect medications should be discontinued promptly, confirmatory tests should be performed and appropriate management should be initiated. If pancreatitis is confirmed, Victoza should not be restarted. Use with caution in patients with a history of pancreatitis. |
| Gastrointestinal Adverse Reactions | Section 6 Adverse Reactions, Section 6.1 Clinical Trials | *Withdrawals:* The incidence of withdrawal due to adverse events was 7.8% for Victoza-treated patients and 3.4% for comparator-treated patients in the five controlled trials of 26 weeks duration or longer. This difference was driven by withdrawals due to gastrointestinal adverse reactions, which occurred in 5.0% of Victoza-treated patients and 0.5% of comparator-treated patients. The most common adverse reactions leading to withdrawal for Victoza-treated patients were nausea (2.8% versus 0% for comparator) and vomiting (1.5% versus 0.1% for comparator). Withdrawal due to gastrointestinal adverse events mainly occurred during the first 2-3 months of the trials. |
| Gastrointestinal Adverse Reactions | Section 6 Adverse Reactions, Section 6.1 Clinical Trials | **Table 1 Adverse events reported in ≥ 5% of Victoza-treated patients or ≥5% of glimepiride-treated patients: 52-week monotherapy trial** <table><thead><tr><th>Adverse Event Term</th><th>All Victoza<br>N = 497<br>(%)</th><th>Glimepiride<br>N = 248<br>(%)</th></tr></thead><tbody><tr><td>Nausea</td><td>28.4</td><td>8.5</td></tr><tr><td>Diarrhea</td><td>17.1</td><td>8.9</td></tr><tr><td>Vomiting</td><td>10.9</td><td>3.6</td></tr><tr><td>Constipation</td><td>9.9</td><td>4.8</td></tr><tr><td>Upper Respiratory Tract Infection</td><td>9.5</td><td>5.6</td></tr><tr><td>Headache</td><td>9.1</td><td>9.3</td></tr><tr><td>Influenza</td><td>7.4</td><td>3.6</td></tr><tr><td>Urinary Tract Infection</td><td>6.0</td><td>4.0</td></tr><tr><td>Dizziness</td><td>5.8</td><td>5.2</td></tr><tr><td>Sinusitis</td><td>5.6</td><td>6.0</td></tr><tr><td>Nasopharyngitis</td><td>5.2</td><td>5.2</td></tr><tr><td>Back Pain</td><td>5.0</td><td>4.4</td></tr><tr><td>Hypertension</td><td>3.0</td><td>6.0</td></tr></tbody></table> |

| Condition | Section of Label | Disclosure |
|---|---|---|
| Gastrointestinal Adverse Reactions | Section 6 Adverse Reactions, Section 6.1 Clinical Trials | **Table 2 Adverse events reported in ≥ 5% of Victoza-treated patients and occurring more frequently with Victoza compared to placebo: 26-week combination therapy trials** |

**Add-on to Metformin Trial**

| Adverse Event Term | All Victoza + Metformin N = 724 (%) | Placebo + Metformin N = 121 (%) | Glimepiride + Metformin N = 242 (%) |
|---|---|---|---|
| Nausea | 15.2 | 4.1 | 3.3 |
| Diarrhea | 10.9 | 4.1 | 3.7 |
| Headache | 9.0 | 6.6 | 9.5 |
| Vomiting | 6.5 | 0.8 | 0.4 |

**Add-on to Glimepiride Trial**

| Adverse Event Term | All Victoza + Glimepiride N=695 (%) | Placebo + Glimepiride N=114 (%) | Rosiglitazone + Glimepiride N=231 (%) |
|---|---|---|---|
| Nausea | 7.5 | 1.8 | 2.6 |
| Diarrhea | 7.2 | 1.8 | 2.2 |
| Constipation | 5.3 | 0.9 | 1.7 |
| Dyspepsia | 5.2 | 0.9 | 2.6 |

**Add-on to Metformin + Glimepiride**

| Adverse Event Term | Victoza 1.8+ Metformin + Glimepiride N = 230 (%) | Placebo + Metformin + Glimepiride N = 114 (%) | Glargine + Metformin + Glimepiride N = 232 (%) |
|---|---|---|---|
| Nausea | 13.9 | 3.5 | 1.3 |
| Diarrhea | 10.0 | 5.3 | 1.3 |
| Headache | 9.6 | 7.9 | 5.6 |
| Dyspepsia | 6.5 | 0.9 | 1.7 |
| Vomiting | 6.5 | 3.5 | 0.4 |

**Add-on to Metformin + Rosiglitazone**

| Adverse Event Term | All Victoza + Metformin + Rosiglitazone N = 355 (%) | Placebo + Metformin + Rosiglitazone N = 175 (%) |
|---|---|---|
| Nausea | 34.6 | 8.6 |
| Diarrhea | 14.1 | 6.3 |
| Vomiting | 12.4 | 2.9 |
| Decreased Appetite | 9.3 | 1.1 |
| Anorexia | 9.0 | 0.0 |
| Headache | 8.2 | 4.6 |
| Constipation | 5.1 | 1.1 |
| Fatigue | 5.1 | 1.7 |

| Condition | Section of Label | Disclosure |
|---|---|---|
| Gastrointestinal Adverse Reactions | Section 6 Adverse Reactions, Section 6.1 Clinical Trials | *Gastrointestinal adverse events*: In the five clinical trials of 26 weeks duration or longer, gastrointestinal adverse events were reported in 41% of Victoza-treated patients and were dose-related. Gastrointestinal adverse events occurred in 17% of comparator-treated patients. Events that occurred more commonly among Victoza-treated patients included nausea, vomiting, diarrhea, dyspepsia and constipation. In clinical trials of 26 weeks |

| Condition | Section of Label | Disclosure |
|---|---|---|
| | | duration or longer, the percentage of patients who reported nausea declined over time. Approximately 13% of Victoza-treated patients and 2% of comparator-treated patients reported nausea during the first 2 weeks of treatment. |
| Delays Gastric Emptying | Section 7 Drug Interactions, Section 7.1 Oral Medications | Victoza causes a delay of gastric emptying, and thereby has the potential to impact the absorption of concomitantly administered oral medications. In clinical pharmacology trials, Victoza did not affect the absorption of the tested orally administered medications to any clinically relevant degree. Nonetheless, caution should be exercised when oral medications are concomitantly administered with Victoza. |
| Delays Gastric Emptying | Section 8 Use In Specific Populations, Section 8.8 Gastroparesis | Victoza slows gastric emptying. Victoza has not been studied in patients with pre-existing gastroparesis. |
| Gastrointestinal Adverse Reactions | Section 10 Overdosage | In a clinical trial, one patient with type 2 diabetes experienced a single overdose of Victoza 17.4 mg subcutaneous (10 times the maximum recommended dose). Effects of the overdose included severe nausea and vomiting requiring hospitalization. No hypoglycemia was reported. The patient recovered without complications. In the event of overdosage, appropriate supportive treatment should be initiated according to the patient's clinical signs and symptoms. |
| Delays Gastric Emptying | Section 12 Clinical Pharmacology, Section 12.1 Mechanism of Action | The mechanism of blood glucose lowering also involves a delay in gastric emptying. |
| Delays Gastric Emptying | Section 12 Clinical Pharmacology, Section 12.2 Pharmacodynamics | *Gastric emptying*: Victoza causes a delay of gastric emptying, thereby reducing the rate at which postprandial glucose appears in the circulation. |
| Gastrointestinal Adverse Reactions | Section 14 Clinical Studies | All Victoza-treated patients started at 0.6 mg/day. The dose was increased in weekly intervals by 0.6 mg to reach 1.2 mg or 1.8 mg for patients randomized to these higher doses. Victoza 0.6 mg is not effective for glycemic control and is intended only as a starting dose to reduce gastrointestinal intolerance *[see Dosage and Administration (2)]*. |

| Condition | Section of Label | Disclosure |
|---|---|---|
| Pancreatitis; Gastrointestinal Adverse Reactions | Section 17 Patient Counseling Information, Section 17.2 Pancreatitis | Patients should be informed that persistent severe abdominal pain, that may radiate to the back and which may (or may not) be accompanied by vomiting, is the hallmark symptom of acute pancreatitis. Patients should be instructed to discontinue Victoza promptly, and to contact their physician, if persistent severe abdominal pain occurs *[see Warnings and Precautions (5.2)]*. |
| Gastrointestinal Adverse Reactions | Section 17 Patient Counseling Information, Section 17.4 Instructions | Patients should be advised that the most common side effects of Victoza are headache, nausea and diarrhea. Nausea is most common when first starting Victoza, but decreases over time in the majority of patients and does not typically require discontinuation of Victoza. |
| Pancreatitis | Medication Guide | What is the most important information I should know about Victoza? Serious side effects may happen in people who take Victoza, including: Inflammation of the pancreas (pancreatitis), which may be severe and lead to death. Before taking Victoza, tell your healthcare provider if you have had: • pancreatitis • stones in your gallbladder (gallstones) • a history of alcoholism • high blood triglyceride levels These medical conditions can make you more likely to get pancreatitis in general. It is not known if having these conditions will lead to a higher chance of getting pancreatitis while taking Victoza. |
| Gastrointestinal Adverse Reactions; Pancreatitis | Medication Guide | While taking Victoza: Stop taking Victoza and call your healthcare provider right away if you have pain in your stomach area (abdomen) that is severe and will not go away. The pain may happen with or without vomiting. The pain may be felt going from your abdomen through to your back. This type of pain may be a symptom of pancreatitis. |
| Gastrointestinal Adverse Reactions; Delayed Gastric Emptying | Medication Guide | What should I tell my healthcare provider before using Victoza? have severe problems with your stomach, such as slowed emptying of your stomach (gastroparesis) or problems with digesting food. |
| Gastrointestinal Adverse Reactions | Medication Guide | What are the possible side effects of Victoza? Common side effects of Victoza include: • headache • nausea • diarrhea |

| Condition | Section of Label | Disclosure |
|---|---|---|
|  |  | Nausea is most common when first starting Victoza, but decreases over time in most people as their body gets used to the medicine. Tell your healthcare provider if you have any side effect that bothers you or that does not go away. |

# Initial FDA-Approved Saxenda December 2014 (L.P. Ex. 147D)

| Condition | Section of Label | Disclosure |
|---|---|---|
| Pancreatitis | Highlights of Prescribing Information | Acute Pancreatitis: Discontinue promptly if pancreatitis is suspected. Do not restart if pancreatitis is confirmed (5.2). |
| Gastrointestinal Adverse Reactions | Highlights of Prescribing Information | Renal Impairment: Has been reported postmarketing, usually in association with nausea, vomiting, diarrhea, or dehydration which may sometimes require hemodialysis. Use caution when initiating or escalating doses of Saxenda in patients with renal impairment (5.6) |
| Gastrointestinal Adverse Reactions | Highlights of Prescribing Information | Most common adverse reactions, reported in greater than or equal to 5% are: nausea, hypoglycemia, diarrhea, constipation, vomiting, headache, decreased appetite, dyspepsia, fatigue, dizziness, abdominal pain, and increased lipase (6.1). |
| Delayed Gastric Emptying | Highlights of Prescribing Information | Saxenda delays gastric emptying. May impact absorption of concomitantly administered oral medications. Use with caution (7). |
| Gastrointestinal Adverse Reactions | Section 2 Dosage and Administration | The recommended dosage of Saxenda is 3 mg daily. The dose escalation schedule in Table 1 should be used to reduce the likelihood of gastrointestinal symptoms. If patients do not tolerate an increased dose during dose escalation, consider delaying dose escalation for approximately one additional week. Saxenda should be discontinued, however, if a patient cannot tolerate the 3 mg dose, as efficacy has not been established at lower doses (0.6, 1.2, 1.8, and 2.4 mg). |
| Gastrointestinal Adverse Reactions | Section 2 Dosage and Administration | If a dose is missed, the once-daily regimen should be resumed as prescribed with the next scheduled dose. An extra dose or increase in dose should not be taken to make up for the missed dose. If more than 3 days have elapsed since the last Saxenda dose, patients should reinitiate Saxenda at 0.6 mg daily and follow the dose escalation schedule in Table 1, which may reduce the occurrence of gastrointestinal symptoms associated with reinitiation of treatment. |
| Pancreatitis | Section 5 Warnings and Precautions, Section 5.2 Pancreatitis | Based on spontaneous postmarketing reports, acute pancreatitis, including fatal and non-fatal hemorrhagic or necrotizing pancreatitis, has been observed in patients treated with liraglutide. After initiation of Saxenda, observe patients carefully for signs and symptoms |

| Condition | Section of Label | Disclosure |
|---|---|---|
| | | of pancreatitis (including persistent severe abdominal pain, sometimes radiating to the back and which may or may not be accompanied by vomiting). If pancreatitis is suspected, Saxenda should promptly be discontinued and appropriate management should be initiated. If pancreatitis is confirmed, Saxenda should not be restarted. In Saxenda clinical trials, acute pancreatitis was confirmed by adjudication in 9 (0.3%) of 3291 Saxenda-treated patients and 1 (0.1%) of 1843 placebo-treated patients. In addition, there were 2 cases of acute pancreatitis in Saxenda-treated patients who prematurely withdrew from these clinical trials, occurring 74 and 124 days after the last dose, and 1 additional case in a Saxenda-treated patient during an off-treatment follow-up period within 2 weeks of discontinuing Saxenda. It is unknown whether patients with a history of pancreatitis are at increased risk for pancreatitis while using Saxenda, since these patients were excluded from clinical trials. |
| Gastrointestinal Adverse Reactions | Section 5 Warnings and Precautions, Section 5.6 Renal Impairment | In patients treated with GLP-1 receptor agonists, including Saxenda, there have been reports of acute renal failure and worsening of chronic renal failure, sometimes requiring hemodialysis [see Adverse Reactions (6.2)]. Some of these events were reported in patients without known underlying renal disease. A majority of the reported events occurred in patients who had experienced nausea, vomiting, or diarrhea leading to volume depletion. Some of the reported events occurred in patients receiving one or more medications known to affect renal function or volume status. Altered renal function has been reversed in many of the reported cases with supportive treatment and discontinuation of potentially causative agents, including liraglutide. Use caution when initiating or escalating doses of Saxenda in patients with renal impairment [*see Use in Specific Populations (8.6)*]. |
| Gastrointestinal Adverse Reactions | Section 6 Adverse Reactions, Section 6.1 Clinical Trials | In clinical trials, 9.8% of patients treated with Saxenda and 4.3% of patients treated with placebo prematurely discontinued treatment as a result of adverse reactions. The most common adverse reactions leading to discontinuation were nausea (2.9% versus 0.2% for Saxenda and placebo, respectively), vomiting (1.7% versus less than 0.1%), and diarrhea (1.4% versus 0%). |

| Condition | Section of Label | Disclosure |
|---|---|---|
| Gastrointestinal Adverse Reactions | Section 6 Adverse Reactions, Section 6.1 Clinical Trials | **Table 3.** Adverse Reactions Reported in Greater Than or Equal to 2% of Saxenda-treated Patients and More Frequently than with Placebo |

**Table 3.** Adverse Reactions Reported in Greater Than or Equal to 2% of Saxenda-treated Patients and More Frequently than with Placebo

| | Placebo N = 1941 % | Saxenda N = 3384 % |
|---|---|---|
| **Gastrointestinal Disorders** | | |
| Nausea | 13.8 | 39.3 |
| Diarrhea | 9.9 | 20.9 |
| Constipation | 8.5 | 19.4 |
| Vomiting | 3.9 | 15.7 |
| Dyspepsia | 2.7 | 9.6 |
| Abdominal Pain | 3.1 | 5.4 |
| Upper Abdominal Pain | 2.7 | 5.1 |
| Gastroesophageal Reflux Disease | 1.7 | 4.7 |
| Abdominal Distension | 3.0 | 4.5 |
| Eructation | 0.2 | 4.5 |
| Flatulence | 2.5 | 4.0 |
| Dry Mouth | 1.0 | 2.3 |
| **Metabolism and Nutrition Disorders** | | |
| Hypoglycemia in T2DM[1] | 12.7 | 23.0 |
| Decreased Appetite | 2.3 | 10.0 |
| **Nervous System Disorders** | | |

| Condition | Section of Label | Disclosure |
|---|---|---|

| | | | |
|---|---|---|---|
| Headache | | 12.6 | 13.6 |
| Dizziness | | 5.0 | 6.9 |
| **General Disorders and Administration Site Conditions** | | | |
| Fatigue | | 4.6 | 7.5 |
| Injection site Erythema | | 0.2 | 2.5 |
| Injection Site Reaction | | 0.6 | 2.5 |
| Asthenia | | 0.8 | 2.1 |
| **Infections and Infestations** | | | |
| Gastroenteritis | | 3.2 | 4.7 |
| Urinary Tract Infection | | 3.1 | 4.3 |
| Viral Gastroenteritis | | 1.6 | 2.8 |
| **Investigations** | | | |
| Increased Lipase | | 2.2 | 5.3 |
| **Psychiatric Disorders** | | | |
| Insomnia | | 1.7 | 2.4 |
| Anxiety | | 1.6 | 2.0 |

[1] Documented symptomatic (defined as documented symptoms of hypoglycemia in combination with a plasma glucose less than or equal to 70 mg/dL) in patients with type 2 diabetes (Study 2). See text below for further information regarding hypoglycemia in patients with and without type 2 diabetes. T2DM = type 2 diabetes mellitus

| Condition | Section of Label | Disclosure |
|---|---|---|
| Gastrointestinal Adverse Reactions | Section 6 Adverse Reactions, Section 6.1 Clinical Trials | Gastrointestinal Adverse Reactions: In the clinical trials, approximately 68% of Saxenda-treated patients and 39% of placebo-treated patients reported gastrointestinal disorders; the most frequently reported was nausea (39% and 14% of patients treated with Saxenda and placebo, respectively). The percentage of patients reporting nausea declined as treatment continued. Other common adverse reactions that occurred at a higher incidence among Saxenda-treated patients included diarrhea, constipation, vomiting, dyspepsia, abdominal pain, dry mouth, gastritis, gastroesophageal reflux disease, flatulence, eructation and abdominal distension. Most episodes of gastrointestinal events were mild or moderate and did not lead to discontinuation of therapy (6.2% with Saxenda versus 0.8% with placebo discontinued treatment as a result of gastrointestinal adverse reactions). There have been reports of gastrointestinal adverse reactions, such as nausea, vomiting, and diarrhea, associated with volume depletion and renal impairment *[see Warnings and Precautions (5.6)]*. |
| Pancreatitis | Section 6 Adverse Reactions, Section 6.2 Post-Marketing Experience | Gastrointestinal Disorders: Acute pancreatitis, hemorrhagic and necrotizing pancreatitis, sometimes resulting in death *[see Warnings and Precautions (5.2)]* |

| Condition | Section of Label | Disclosure |
|---|---|---|
| Delayed Gastric Emptying | Section 7 Drug Interactions, Oral Medications | Saxenda causes a delay of gastric emptying, and thereby has the potential to impact the absorption of concomitantly administered oral medications. In clinical pharmacology trials, liraglutide did not affect the absorption of the tested orally administered medications to any clinically relevant degree. Nonetheless, monitor for potential consequences of delayed absorption of oral medications concomitantly administered with Saxenda. |
| Delayed Gastric Emptying | Section 8 Use in Specific Populations, Section 8.8 Gastroparesis | Saxenda slows gastric emptying. Saxenda has not been studied in patients with pre-existing gastroparesis. |
| Delayed Gastric Emptying | Section 12 Clinical Pharmacology, Section 12.1 Mechanism of Action | The pharmacokinetic profile of liraglutide, which makes it suitable for once-daily administration, is a result of self-association that delays absorption, plasma protein binding, and stability against metabolic degradation by DPP-4 and NEP. |
| Pancreatitis | Section 17 Patient Counseling Information, Section 17.4 Acute Pancreatitis | Patients should be informed of the potential risk for acute pancreatitis. Explain that persistent severe abdominal pain that may radiate to the back and which may or may not be accompanied by vomiting, is the hallmark symptom of acute pancreatitis. Instruct patients to discontinue Saxenda promptly and contact their physician if persistent severe abdominal pain occurs. |
| Gastrointestinal Adverse Reactions | Section 17 Patient Counseling Information, Section 17.8 Dehydration and Renal Impairment | Patients treated with Saxenda should be advised of the potential risk of dehydration due to gastrointestinal adverse reactions and take precautions to avoid fluid depletion. Patients should be informed of the potential risk for worsening renal function, which in some cases may require dialysis. |
| Pancreatitis | Medication Guide | Inflammation of the pancreas (pancreatitis), which may be severe and lead to death. Before taking Saxenda, tell your healthcare provider if you have had:<br>• pancreatitis<br>• stones in your gallbladder (gallstones)<br>• a history of alcoholism<br>• high blood triglyceride levels |

| Condition | Section of Label | Disclosure |
|---|---|---|
| | | These medical conditions can make you more likely to get pancreatitis in general. It is not known if having these conditions will lead to a higher chance of getting pancreatitis while taking Saxenda. |
| Gastrointestinal Adverse Reactions | Medication Guide | While taking Saxenda: Stop taking Saxenda and call your healthcare provider right away if you have pain in your stomach area (abdomen) that is severe and will not go away. The pain may happen with or without vomiting. The pain may be felt going from your abdomen through to your back. This type of pain may be asymptom of pancreatitis. |
| Delayed Gastric Emptying | Medication Guide | What should I tell my healthcare provider before using Saxenda? • have severe problems with your stomach, such as slowed emptying of your stomach (gastroparesis) or problems with digesting food. |
| Delayed Gastric Emptying | Medication Guide | Saxenda slows stomach emptying and can affect medicines that need to pass through the stomach quickly. |
| Pancreatitis | Medication Guide | What are the possible side effects of Saxenda? Saxenda may cause serious side effects, including: • inflammation of the pancreas (pancreatitis). See "What is the most important information I should know about Saxenda?" |
| Gastrointestinal Adverse Reactions | Medication Guide | What are the possible side effects of Saxenda? Saxenda may cause serious side effects, including: • kidney problems (kidney failure). Saxenda may cause nausea, vomiting or diarrhea leading to loss of fluids (dehydration). Dehydration may cause kidney failure which can lead to the need for dialysis. This can happen in people who have never had kidney problems before. Drinking plenty of fluids may reduce your chance of dehydration. Call your healthcare provider right away if you have nausea, vomiting, or diarrhea that does not go away, or if you cannot drink liquids by mouth. |
| Gastrointestinal Adverse Reaction | Medication Guide | Common side effects of Saxenda include: • nausea • diarrhea • constipation • low blood sugar (hypoglycemia) • vomiting • headache • decreased appetite |

| Condition | Section of Label | Disclosure |
|---|---|---|
|  |  | • upset stomach<br>• tiredness<br>• dizziness<br>• stomach pain<br>• changes in enzyme (lipase) levels in your blood<br>Nausea is most common when first starting Saxenda, but decreases over time in most people as their body gets used to the medicine.<br>Tell your healthcare provider if you have any side effect that bothers you or that does not go away. |

# Initial FDA-Approved Ozempic December 2017 (L.P. Ex. 134D)

| Condition | Section of Label | Disclosure |
|---|---|---|
| Pancreatitis | Highlights of Prescribing Information | Pancreatitis: Has been reported in clinical trials. Discontinue promptly if pancreatitis is suspected. Do not restart if pancreatitis is confirmed (5.2). |
| Gastrointestinal Adverse Reactions | Highlights of Prescribing Information | Acute Kidney Injury: Monitor renal function in patients with renal impairment reporting severe adverse gastrointestinal reactions (5.6). |
| Gastrointestinal Adverse Reactions | Highlights of Prescribing Information | The most common adverse reactions, reported in ≥5% of patients treated with OZEMPIC are: nausea, vomiting, diarrhea, abdominal pain and constipation (6.1). |
| Delayed Gastric Emptying | Highlights of Prescribing Information | Oral Medications: OZEMPIC delays gastric emptying. May impact absorption of concomitantly administered oral medications (7.2). |
| Pancreatitis | Section 1 Indications and Usage | Limitations of Use: OZEMPIC has not been studied in patients with a history of pancreatitis. Consider other antidiabetic therapies in patients with a history of pancreatitis *[see Warnings and Precautions (5.2)]*. |
| Pancreatitis | Section 5 Warnings and Precautions, Section 5.2 Pancreatitis | In glycemic control trials, acute pancreatitis was confirmed by adjudication in 7 OZEMPIC-treated patients (0.3 cases per 100 patient years) versus 3 in comparator-treated patients (0.2 cases per 100 patient years). One case of chronic pancreatitis was confirmed in an OZEMPIC-treated patient. In a 2-year trial, acute pancreatitis was confirmed by adjudication in 8 OZEMPIC-treated patients (0.27 cases per 100 patient years) and 10 placebo treated patients (0.33 cases per 100 patient years), both on a background of standard of care. After initiation of OZEMPIC, observe patients carefully for signs and symptoms of pancreatitis (including persistent severe abdominal pain, sometimes radiating to the back and which may or may not be accompanied by vomiting). If pancreatitis is suspected, OZEMPIC should be discontinued and appropriate management initiated; if confirmed, OZEMPIC should not be restarted. |
| Gastrointestinal Adverse Reactions | Section 5 Warnings and Precautions, Section 5.6 Acute Kidney Injury | There have been postmarketing reports of acute kidney injury and worsening of chronic renal failure, which may sometimes require hemodialysis, in patients treated with GLP-1 receptor agonists. Some of these events have been reported in patients without known underlying renal disease. A majority of the reported events occurred in patients who had experienced nausea, vomiting, diarrhea, or dehydration. Monitor renal function when initiating or escalating doses of OZEMPIC in patients reporting severe adverse gastrointestinal reactions. |

14

| Condition | Section of Label | Disclosure |
|---|---|---|
| Gastrointestinal Adverse Reactions | Section 6 Adverse Reactions, Section 6.1 Clinical Trials | **Table 1. Adverse Reactions in Placebo-Controlled Trials Reported in ≥5% of OZEMPIC-Treated Patients with Type 2 Diabetes Mellitus**<br><br>| Adverse Reaction | Placebo (N=262) % | OZEMPIC 0.5 mg (N=260) % | OZEMPIC 1 mg (N=261) % |<br>|---|---|---|---|<br>| Nausea | 6.1 | 15.8 | 20.3 |<br>| Vomiting | 2.3 | 5.0 | 9.2 |<br>| Diarrhea | 1.9 | 8.5 | 8.8 |<br>| Abdominal pain | 4.6 | 7.3 | 5.7 |<br>| Constipation | 1.5 | 5.0 | 3.1 |<br><br>In the pool of placebo- and active-controlled trials and in the 2-year cardiovascular outcomes trial, the types and frequency of common adverse reactions, excluding hypoglycemia, were similar to those listed in Table 1. |
| Gastrointestinal Adverse Reactions | Section 6 Adverse Reactions, Section 6.1 Clinical Trials | Gastrointestinal Adverse Reactions: In the pool of placebo-controlled trials, gastrointestinal adverse reactions occurred more frequently among patients receiving OZEMPIC than placebo (placebo 15.3%, OZEMPIC 0.5 mg 32.7%, OZEMPIC 1 mg 36.4%). The majority of reports of nausea, vomiting, and/or diarrhea occurred during dose escalation. More patients receiving OZEMPIC 0.5 mg (3.1%) and OZEMPIC 1 mg (3.8%) discontinued treatment due to gastrointestinal adverse reactions than patients receiving placebo (0.4%).<br><br>In addition to the reactions in Table 1, the following gastrointestinal adverse reactions with a frequency of <5% were associated with OZEMPIC (frequencies listed, respectively, as: placebo; 0.5 mg; 1 mg): dyspepsia (1.9%, 3.5%, 2.7%), eructation (0%, 2.7%, 1.1%), flatulence (0.8%, 0.4%, 1.5%), gastroesophageal reflux disease (0%, 1.9%, 1.5%), and gastritis (0.8%, 0.8%, 0.4%). |
| Delayed Gastric Emptying | Section 7 Drug Interactions, Oral Medications | OZEMPIC causes a delay of gastric emptying, and thereby has the potential to impact the absorption of concomitantly administered oral medications. In clinical pharmacology trials, semaglutide did not affect the absorption of orally administered medications to any clinically relevant degree [see Clinical Pharmacology (12.3)]. Nonetheless, caution should be exercised when oral medications are concomitantly administered with OZEMPIC. |
| Delayed Gastric Emptying | Section 12 Clinical Pharmacology, Section 12.1 | The mechanism of blood glucose lowering also involves a minor delay in gastric emptying in the early postprandial phase. |

| Condition | Section of Label | Disclosure |
|---|---|---|
| | Mechanism of Action | |
| Delayed Gastric Emptying | Section 12 Clinical Pharmacology, Section 12.2 Pharma-codynamics | Gastric emptying: Semaglutide causes a delay of early postprandial gastric emptying, thereby reducing the rate at which glucose appears in the circulation postprandially. |
| Delayed Gastric Emptying | Section 12 Clinical Pharmacology, Section 12.3 Pharmacokinetics | The delay of gastric emptying with semaglutide may influence the absorption of concomitantly administered  oral medicinal products. The potential effect of semaglutide on the absorption of co-administered oral medications was studied in trials at semaglutide 1 mg steady-state exposure. |
| Pancreatitis | Section 17 Patient Counseling Information | Pancreatitis Inform patients of the potential risk for pancreatitis. Instruct patients to discontinue OZEMPIC promptly and contact their physician if pancreatitis is suspected (severe abdominal pain that may radiate to the back, and which may or may not be accompanied by vomiting) [see Warnings and Precautions (5.2)]. |
| Gastrointestinal Adverse Reactions | Section 17 Patient Counseling Information | Dehydration and Renal Failure Advise patients treated with OZEMPIC of the potential risk of dehydration due to gastrointestinal adverse reactions and take precautions to avoid fluid depletion. Inform patients of the potential risk for worsening renal function and explain the associated signs and symptoms of renal impairment, as well as the possibility of dialysis as a medical intervention if renal failure occurs [see Warnings and Precautions (5.6)]. |
| Gastrointestinal Adverse Reactions | Section 17 Patient Counseling Information | Advise patients that the most common side effects of OZEMPIC are nausea, vomiting, diarrhea, abdominal pain and constipation. Inform patients that nausea, vomiting and diarrhea are most common when first starting OZEMPIC, but decreases over time in the majority of patients. |
| Pancreatitis | Medication Guide | What are the possible side effects of OZEMPIC? OZEMPIC may cause serious side effects, including: • See "What is the most important information I should know about OZEMPIC?" • inflammation of your pancreas (pancreatitis). Stop using OZEMPIC and call your healthcare provider right away if you have severe pain in your stomach area (abdomen) that will not go away, with or without vomiting. You may feel the pain from your abdomen to your back. |

| Condition | Section of Label | Disclosure |
|---|---|---|
| Gastrointestinal Adverse Reactions | Medication Guide | What are the possible side effects of OZEMPIC? OZEMPIC may cause serious side effects, including: • kidney problems (kidney failure). In people who have kidney problems, diarrhea, nausea, and vomiting may cause a loss of fluids (dehydration) which may cause kidney problems to get worse. It is important for you to drink fluids to help reduce your chance of dehydration. |
| Gastrointestinal Adverse Reactions | Medication Guide | The most common side effects of OZEMPIC may include nausea, vomiting, diarrhea, stomach (abdominal) pain and constipation. Talk to your healthcare provider about any side effect that bothers you or does not go away. |

# Initial FDA-Approved Rybelsus September 2019 (L.P. Ex. 140D)

| Condition | Section of Label | Disclosure |
|---|---|---|
| Pancreatitis | Highlights of Prescribing Information | Pancreatitis: Has been reported in clinical trials. Discontinue promptly if pancreatitis is suspected. Do not restart if pancreatitis is confirmed (5.2). |
| Gastrointestinal Adverse Reactions | Highlights of Prescribing Information | Acute Kidney Injury: Monitor renal function in patients with renal impairment reporting severe adverse gastrointestinal reactions (5.5). |
| Gastrointestinal Adverse Reactions | Highlights of Prescribing Information | The most common adverse reactions, reported in $\geq$5% of patients treated with RYBELSUS are: nausea, abdominal pain, diarrhea, decreased appetite, vomiting and constipation (6.1). |
| Delayed Gastric Emptying | Highlights of Prescribing Information | Oral Medications: RYBELSUS delays gastric emptying. When coadministering oral medications instruct patients to closely follow RYBELSUS administration instructions. Consider increased clinical or laboratory monitoring for medications that have a narrow therapeutic index or that require clinical monitoring (7.2) |
| Pancreatitis | Section 1 Indications and Usage | Limitations of Use: RYBELSUS has not been studied in patients with a history of pancreatitis. Consider other antidiabetic therapies in patients with a history of pancreatitis *[see Warnings and Precautions (5.2)]*. |
| Pancreatitis | Section 5 Warnings and Precautions, Section 5.2 Pancreatitis | In glycemic control trials, pancreatitis was reported as a serious adverse event in 6 RYBELSUS-treated patients (0.1 events per 100 patient years) versus 1 in comparator-treated patients (<0.1 events per 100 patient years). After initiation of RYBELSUS, observe patients carefully for signs and symptoms of pancreatitis (including persistent severe abdominal pain, sometimes radiating to the back and which may or may not be accompanied by vomiting). If pancreatitis is suspected, RYBELSUS should be discontinued and appropriate management initiated; if confirmed, RYBELSUS should not be restarted |
| Gastrointestinal Adverse Reactions | Section 5 Warnings and Precautions, Section 5.5 Acute Kidney Injury | There have been postmarketing reports of acute kidney injury and worsening of chronic renal failure, which may sometimes require hemodialysis, in patients treated with GLP-1 receptor agonists, including semaglutide. Some of these events have been reported in patients without known underlying renal disease. A majority of the reported events occurred in patients who had experienced nausea, vomiting, diarrhea, or dehydration. Monitor renal function when initiating or escalating doses of RYBELSUS in patients reporting severe adverse gastrointestinal reactions. |

| Condition | Section of Label | Disclosure |
|---|---|---|
| Gastrointestinal Adverse Reactions | Section 6 Adverse Reactions, Section 6.1 Clinical Trials | **Table 1. Adverse Reactions in Placebo-Controlled Trials Reported in ≥5% of RYBELSUS-Treated Patients with Type 2 Diabetes Mellitus**<br><br>| Adverse Reaction | Placebo (N=362) % | RYBELSUS 7 mg (N=356) % | RYBELSUS 14 mg (N=356) % |<br>|---|---|---|---|<br>| Nausea | 6 | 11 | 20 |<br>| Abdominal Pain | 4 | 10 | 11 |<br>| Diarrhea | 4 | 9 | 10 |<br>| Decreased appetite | 1 | 6 | 9 |<br>| Vomiting | 3 | 6 | 8 |<br>| Constipation | 2 | 6 | 5 |<br><br>In the pool of placebo- and active-controlled trials, the types and frequency of common adverse reactions, excluding hypoglycemia, were similar to those listed in Table 1. |
| Gastrointestinal Adverse Reactions | Section 6 Adverse Reactions, Section 6.1 Clinical Trials | Gastrointestinal Adverse Reactions: In the pool of placebo-controlled trials, gastrointestinal adverse reactions occurred more frequently among patients receiving RYBELSUS than placebo (placebo 21%, RYBELSUS 7 mg 32%, RYBELSUS 14 mg 41%). The majority of reports of nausea, vomiting, and/or diarrhea occurred during dose escalation. More patients receiving RYBELSUS 7 mg (4%) and RYBELSUS 14 mg (8%) discontinued treatment due to gastrointestinal adverse reactions than patients receiving placebo (1%).<br><br>In addition to the reactions in Table 1, the following gastrointestinal adverse reactions with a frequency of <5% were associated with RYBELSUS (frequencies listed, respectively, as placebo; 7 mg; 14 mg): abdominal distension (1%, 2%, 3%), dyspepsia (0.6%, 3%, 0.6%), eructation (0%, 0.6%, 2%), flatulence (0%, 2%, 1%), gastroesophageal reflux disease (0.3%, 2%, 2%), and gastritis (0.8%, 2%, 2%). |
| Delayed Gastric Emptying | Section 7 Drug Interactions, Section 7.2 Oral Medications | RYBELSUS causes a delay of gastric emptying, and thereby has the potential to impact the absorption of other oral medications. Levothyroxine exposure was increased 33% (90% CI: 125-142) when administered with RYBELSUS in a drug interaction study. When coadministering oral medications instruct patients to closely follow RYBELSUS administration instructions. Consider increased clinical or laboratory monitoring for medications that have a narrow therapeutic index or that require clinical monitoring *[see Dosage and Administration (2)]*. |

| Condition | Section of Label | Disclosure |
|---|---|---|
| Delayed Gastric Emptying | Section 12 Clinical Pharmacology, Section 12.1 Mechanism of Action | The mechanism of blood glucose lowering also involves a minor delay in gastric emptying in the early postprandial phase. |
| Delayed Gastric Emptying | Section 12 Clinical Pharmacology, Section 12.2 Pharmaco-dynamics | Gastric emptying. Semaglutide causes a delay of early postprandial gastric emptying, thereby reducing the rate at which glucose appears in the circulation postprandially. |
| Delayed Gastric Emptying | Section 12 Clinical Pharmacology, Section 12.3 Pharmacokinetics | Drug Interaction Studies: In vitro studies have shown very low potential for semaglutide to inhibit or induce CYP enzymes, and to inhibit drug transporters. The delay of gastric emptying with semaglutide may influence the absorption of concomitantly administered oral medicinal products. Trials were conducted to study the potential effect of semaglutide on the absorption of oral medications taken with semaglutide administered orally at steady-state exposure. |
| Pancreatitis | Section 17 Patient Counseling Information | Pancreatitis: Inform patients of the potential risk for pancreatitis. Instruct patients to discontinue RYBELSUS promptly and contact their physician if pancreatitis is suspected (severe abdominal pain that may radiate to the back, and which may or may not be accompanied by vomiting) *[see Warnings and Precautions (5.2)]*. |
| Gastrointestinal Adverse Reactions | Section 17 Patient Counseling Information | Dehydration and Renal Failure: Advise patients treated with RYBELSUS of the potential risk of dehydration due to gastrointestinal adverse reactions and take precautions to avoid fluid depletion. Inform patients of the potential risk for worsening renal function and explain the associated signs and symptoms of renal impairment, as well as the possibility of dialysis as a medical intervention if renal failure occurs *[see Warnings and Precautions (5.5)]* |
| Pancreatitis | Medication Guide | What are the possible side effects of RYBELSUS? RYBELSUS may cause serious side effects, including: • inflammation of your pancreas (pancreatitis). Stop using RYBELSUS and call your healthcare provider right away if you have severe pain in your stomach area (abdomen) that will not go away, with or without vomiting. You may feel the pain from your abdomen to your back. |

| Condition | Section of Label | Disclosure |
|---|---|---|
| Gastrointestinal Adverse Reactions | Medication Guide | What are the possible side effects of RYBELSUS?<br>RYBELSUS may cause serious side effects, including:<br>• kidney problems (kidney failure). In people who have kidney problems, diarrhea, nausea, and vomiting may cause a loss of fluids (dehydration) which may cause kidney problems to get worse. It is important for you to drink fluids to help reduce your chance of dehydration. |
| Gastrointestinal Adverse Reactions | Medication Guide | What are the possible side effects of RYBELSUS?<br>RYBELSUS may cause serious side effects, including:<br>The most common side effects of RYBELSUS may include nausea, stomach (abdominal) pain, diarrhea, decreased appetite, vomiting and constipation. Nausea, vomiting and diarrhea are most common when you first start RYBELSUS. |

# Initial FDA-Approved Wegovy June 2021 (L.P. Ex. 175D)

| Condition | Section of Label | Disclosure |
|---|---|---|
| Pancreatitis | Highlights of Prescribing Information | Acute Pancreatitis: Has occurred in clinical trials. Discontinue promptly if pancreatitis is suspected. Do not restart if pancreatitis is confirmed (5.2). |
| Gastrointestinal Adverse Reactions | Highlights of Prescribing Information | Acute Kidney Injury: Has occurred. Monitor renal function when initiating or escalating doses of WEGOVY in patients reporting severe adverse gastrointestinal reactions or in those with renal impairment reporting severe adverse gastrointestinal reactions (5.5). |
| Gastrointestinal Adverse Reactions | Highlights of Prescribing Information | The most common adverse reactions, reported in greater than or equal to 5% of patients treated with WEGOVY are: nausea, diarrhea, vomiting, constipation, abdominal pain, headache, fatigue, dyspepsia, dizziness, abdominal distension, eructation, hypoglycemia in patients with type 2 diabetes, flatulence, gastroenteritis, and gastroesophageal reflux disease (6.1). |
| Delayed Gastric Emptying | Highlights of Prescribing Information | WEGOVY delays gastric emptying. May impact absorption of concomitantly administered oral medications. Use with caution (7.2). |
| Pancreatitis | Section 1 Indications and Usage | WEGOVY has not been studied in patients with a history of pancreatitis *[see Warnings and Precautions (5.2)]*. |
| Gastrointestinal Adverse Reactions | Section 2 Dosage and Administration, Section 2.2 Important Administration Instructions | If more than 2 consecutive doses are missed, resume dosing as scheduled or, if needed, reinitiate WEGOVY and follow the dose escalation schedule, which may reduce the occurrence of gastrointestinal symptoms associated with reinitiation of treatment. |
| Gastrointestinal Adverse Reactions | Section 2 Dosage and Administration, Section 2.3 Recommended Dosage | Initiate WEGOVY with a dose of 0.25 mg injected subcutaneously once-weekly and follow the dose escalation schedule in Table 2 to minimize gastrointestinal adverse reactions *[see Adverse Reactions (6.1)]*. |

| Condition | Section of Label | Disclosure |
|---|---|---|
| Pancreatitis | Section 5 Warnings and Precautions, Section 5.2 Acute Pancreatitis | Acute pancreatitis, including fatal and non-fatal hemorrhagic or necrotizing pancreatitis, has been observed in patients treated with GLP-1 receptor agonists, including semaglutide. Acute pancreatitis was observed in patients treated with WEGOVY in clinical trials [see Adverse Reactions (6)1 After initiation of WEGOVY, observe patients carefully for signs and symptoms of acute pancreatitis (including persistent severe abdominal pain, sometimes radiating to the back, and which may or may not be accompanied by vomiting). If acute pancreatitis is suspected, WEGOVY should promptly be discontinued and appropriate management should be initiated. If acute pancreatitis is confirmed, WEGOVY should not be restarted. WEGOVY has not been studied in patients with a history of pancreatitis. It is unknown if patients with a history of pancreatitis are at higher risk for development of pancreatitis on WEGOVY. |
| Gastrointestinal Adverse Reactions | Section 5 Warnings and Precautions, Section 5.5 Acute Kidney Injury | There have been postmarketing reports of acute kidney injury and worsening of chronic renal failure, which have in some cases required hemodialysis, in patients treated with semaglutide. Patients with renal impairment may be at greater risk of acute kidney injury, but some of these events have been reported in patients without known underlying renal disease. A majority of the reported events occurred in patients who had experienced nausea, vomiting, or diarrhea, leading to volume depletion [see Adverse Reactions (6)1 Monitor renal function when initiating or escalating doses of WEGOVY in patients reporting severe adverse gastrointestinal reactions. Monitor renal function in patients with renal impairment reporting any adverse reactions that could lead to volume depletion. |
| Gastrointestinal Adverse Reactions | Section 6 Adverse Reactions, Section 6.1 Clinical Trials | In clinical trials, 6.8% of patients treated with WEGOVY and 3.2% of patients treated with placebo permanently discontinued treatment as a result of adverse reactions. The most common adverse reactions leading to discontinuation were nausea (1.8% versus 0.2%), vomiting (1.2% versus 0%), and diarrhea (0.7% versus 0.1%) for WEGOVY and placebo, respectively. |

| Condition | Section of Label | Disclosure |
|---|---|---|
| Gastrointestinal Adverse Reactions | Section 6 Adverse Reactions, Section 6.1 Clinical Trials | **Table 3.   Adverse Reactions Occurring in ≥ 2% of WEGOVY-treated Patients and More Frequently than with Placebo**<br><br><table><tr><td></td><td>Placebo<br>N = 1261<br>%</td><td>WEGOVY<br>N = 2116<br>%</td></tr><tr><td>Nausea</td><td>16</td><td>44</td></tr><tr><td>Diarrhea</td><td>16</td><td>30</td></tr><tr><td>Vomiting</td><td>6</td><td>24</td></tr><tr><td>Constipation</td><td>11</td><td>24</td></tr><tr><td>Abdominal Pain[a]</td><td>10</td><td>20</td></tr><tr><td>Headache</td><td>10</td><td>14</td></tr><tr><td>Fatigue[b]</td><td>5</td><td>11</td></tr><tr><td>Dyspepsia</td><td>3</td><td>9</td></tr><tr><td>Dizziness</td><td>4</td><td>8</td></tr><tr><td>Abdominal Distension</td><td>5</td><td>7</td></tr><tr><td>Eructation</td><td><1</td><td>7</td></tr><tr><td>Hypoglycemia in T2DM[c]</td><td>2</td><td>6</td></tr><tr><td>Flatulence</td><td>4</td><td>6</td></tr><tr><td>Gastroenteritis</td><td>4</td><td>6</td></tr><tr><td>Gastroesophageal Reflux Disease</td><td>3</td><td>5</td></tr><tr><td>Gastritis[d]</td><td>1</td><td>4</td></tr><tr><td>Gastroenteritis Viral</td><td>3</td><td>4</td></tr><tr><td>Hair Loss</td><td>1</td><td>3</td></tr></table>[a]Includes abdominal pain, abdominal pain upper, abdominal pain lower, gastrointestinal pain, abdominal tenderness, abdominal discomfort and epigastric discomfort<br>[b]Includes fatigue and asthenia<br>[c]Defined as blood glucose <54 mg/dL with or without symptoms of hypoglycemia or severe hypoglycemia (requiring the assistance of another person) in patients with type 2 diabetes not on concomitant insulin (Study 2, WEGOVY N=403, Placebo N=402). See text below for further information regarding hypoglycemia in patients with and without type 2 diabetes. T2DM = type 2 diabetes mellitus<br><br>[d]Includes chronic gastritis, gastritis, gastritis erosive, and reflux gastritis |
| Pancreatitis | Section 6 Adverse | Acute Pancreatitis: In WEGOVY clinical trials, acute pancreatitis was confirmed by adjudication in 4 WEGOVY-treated patients (0.2 cases per 100 patient years) versus 1 in placebo-treated patients (less |

| Condition | Section of Label | Disclosure |
|---|---|---|
| | Reactions, Section 6.1 Clinical Trials | than 0.1 cases per 100 patient years). One additional case of acute pancreatitis was confirmed in a patient treated with WEGOVY in another clinical trial. |
| Gastrointestinal Adverse Reactions | Section 6 Adverse Reactions, Section 6.1 Clinical Trials | Acute Kidney Injury: Acute kidney injury occurred in clinical trials in 7 patients (0.4 cases per 100 patient years) receiving WEGOVY versus 4 patients (0.2 cases per 100 patient years of exposure) receiving placebo. Some of these adverse reactions occurred in association with gastrointestinal adverse reactions or dehydration. In addition, 2 patients treated with WEGOVY had acute kidney injury with dehydration in other clinical trials. The risk of renal adverse reactions with WEGOVY was increased in patients with a history of renal impairment (trials included 65 patients with a history of moderate or severe renal impairment at baseline), and occurred more frequently during dose titration. |
| Gastrointestinal Adverse Reactions | Section 6 Adverse Reactions, Section 6.1 Clinical Trials | Gastrointestinal Adverse Reactions: In clinical trials, 73% of WEGOVY-treated patients and 47% of patients receiving placebo reported gastrointestinal disorders. The most frequently reported reactions were nausea (44% vs. 16%), vomiting (25% vs. 6%), and diarrhea (30% vs. 16%). Other common reactions that occurred at a higher incidence among WEGOVY-treated patients included dyspepsia, abdominal pain, abdominal distension, eructation, flatulence, gastroesophageal reflux disease, gastritis, and hemorrhoids. These reactions increased during dose escalation. Permanent discontinuation of treatment as a result of a gastrointestinal adverse reaction occurred in 4.3% of WEGOVY-treated patients versus 0.7% of placebo-treated patients. |
| Pancreatitis | Section 6 Adverse Reactions, Section 6.3 Postmarketing Experience | 6.3 Postmarketing Experience: The following adverse reactions have been reported during post-approval use of semaglutide, the active ingredient of WEGOVY. Because these reactions are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure. Gastrointestinal Disorders: acute pancreatitis and necrotizing pancreatitis, sometimes resulting in death. |
| Delayed Gastric Emptying | Section 7 Drug Interactions, Section 7.2 Oral Medications | WEGOVY causes a delay of gastric emptying and thereby has the potential to impact the absorption of concomitantly administered oral medications. In clinical pharmacology trials with semaglutide 1 mg, semaglutide did not affect the absorption of orally administered medications *[see Clinical Pharmacology (12.3)]*. Nonetheless, monitor the effects of oral medications concomitantly administered with WEGOVY |
| Delayed Gastric Emptying | Section 12 Clinical Pharmacology, | Drug Interactions: In vitro studies have shown very low potential for semaglutide to inhibit or induce CYP enzymes, or to inhibit drug transporters. The delay of gastric emptying with semaglutide may influence the absorption of concomitantly administered oral medications *[see Drug Interactions (7.2)]*. |

| Condition | Section of Label | Disclosure |
|---|---|---|
| | Section 12.3 Pharmacokinetics | The potential effect of semaglutide on the absorption of coadministered oral medications was studied in trials at semaglutide 1 mg steady-state exposure. No clinically relevant drug-drug interactions with semaglutide (Figure 3) were observed based on the evaluated medications. In a separate study, no apparent effect on the rate of gastric emptying was observed with semaglutide 2.4 mg. |
| Pancreatitis | Section 17 Patient Counseling Information | Acute Pancreatitis: Inform patients of the potential risk for acute pancreatitis. Instruct patients to discontinue WEGOVY promptly and contact their physician if pancreatitis is suspected (severe abdominal pain that may radiate to the back, and which may or may not be accompanied by vomiting) *[see Warnings and Precautions (5.2)]*. |
| Gastrointestinal Adverse Reactions | Section 17 Patient Counseling Information | Dehydration and Renal Impairment: Advise patients treated with WEGOVY of the potential risk of dehydration due to gastrointestinal adverse reactions and take precautions to avoid fluid depletion. Inform patients of the potential risk for worsening renal function and explain the associated signs and symptoms of renal impairment, as well as the possibility of dialysis as a medical intervention if renal failure occurs *[see Warnings and Precautions (5.5)]*. |
| Pancreatitis | Medication Guide | What are the possible side effects of WEGOVY? WEGOVY may cause serious side effects, including:<br>• inflammation of your pancreas (pancreatitis). Stop using WEGOVY and call your healthcare provider right away if you have severe pain in your stomach area (abdomen) that will not go away, with or without vomiting. You may feel the pain from your abdomen to your back. |
| Gastrointestinal Adverse Reactions | Medication Guide | What are the possible side effects of WEGOVY? WEGOVY may cause serious side effects, including:<br>• kidney problems (kidney failure). In people who have kidney problems, diarrhea, nausea, and vomiting may cause a loss of fluids (dehydration) which may cause kidney problems to get worse. It is important for you to drink fluids to help reduce your chance of dehydration. |
| Gastrointestinal Adverse Reactions | Medication Guide | The most common side effects of WEGOVY may include:<br>• nausea • stomach (abdomen) pain • dizziness • stomach flu<br>• diarrhea • headache • feeling bloated • heartburn<br>• vomiting • tiredness (fatigue) • belching<br>• constipation • upset stomach • gas |