## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAs) PRODUCTS LIABILITY LITIGATION** | **:** **:** **:** **:** | **CIVIL ACTION** **MDL No. 3094** **2:24-md-03094-KSM** |
| | **:** | |
| **THIS DOCUMENT RELATES TO:** | **:** | **HON. KAREN SPENCER MARSTON** |
| | **:** | |
| *ALL ACTIONS / ALL CASES* | **:** **:** | |

### [PROPOSED] ORDER

AND NOW, this \_\_\_\_ day of \_\_\_\_, 2026, upon consideration of Novo Nordisk's Motion for Summary Judgment as to General Causation and Adequacy of Labeling, briefing in support thereof, and any response in opposition and reply brief, it is hereby **ORDERED** that Novo Nordisk's Motion is **GRANTED**.

**IT IS SO ORDERED.**

_____

**KAREN SPENCER MARSTON, J.**