**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAs) PRODUCTS LIABILITY LITIGATION** | : | **CIVIL ACTION**<br><br>**MDL No. 3094**<br>**2:24-md-03094-KSM** |
| **THIS DOCUMENT RELATES TO:**<br><br>***ALL ACTIONS / ALL CASES*** | : | **HON. KAREN SPENCER MARSTON** |

**NOVO NORDISK'S MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF DAVID METZ, M.D. THAT GLP-1 RA USE CAN CAUSE GASTROPARESIS FOLLOWING DISCONTINUATION AND WASHOUT OF THE MEDICATION**

For the reasons set forth in the accompanying memorandum of law, Novo Nordisk hereby moves the Court for an order excluding the opinions and testimony of David Metz that GLP-1 RA use can cause gastroparesis following discontinuation and washout of the medication.

Dated: May 19, 2026

Respectfully submitted,

*/s/ Loren H. Brown*

Loren H. Brown (admitted *pro hac vice*)
Lucas P. Przymusinski (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, NY 10020-1104
Telephone: (212) 335-4846
Facsimile: (212) 335-4501
loren.brown@us.dlapiper.com
lucas.przymusinski@us.dlapiper.com

Ilana H. Eisenstein (PA Bar No. 94907)
Raymond M. Williams (PA 90771)
**DLA PIPER LLP (US)**
1650 Market Street, Suite 5000
Philadelphia, PA 19103
Telephone: (215) 656-3300
Facsimile: (215) 606-3301
ilana@eisenstein@us.dlapiper.com
raymond.williams@us.dlapiper.com

Katherine W. Insogna (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110
Telephone: (617) 406-6000
Facsimile: (617) 406-6100
katie.insogna@us.dlapiper.com

*Attorneys for Novo Nordisk A/S and*
*Novo Nordisk Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2026, a true and correct copy of the foregoing Motion to Exclude the Opinions and Testimony of David Metz, M.D. that GLP-1 RA Use Can Cause Gastroparesis Following Discontinuation And Washout Of The Medication was electronically filed using the Court's CM/ECF System, which will send notification of such filing to all counsel of record.

*/s/ Loren H. Brown*
Loren H. Brown