**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAs) PRODUCTS LIABILITY LITIGATION** | **CIVIL ACTION**<br><br>**MDL No. 3094**<br>**2:24-md-03094-KSM** |
| **THIS DOCUMENT RELATES TO:**<br><br>***ALL ACTIONS / ALL CASES*** | **HON. KAREN SPENCER MARSTON** |

**[PROPOSED] ORDER**

AND NOW, this ____ day of ____, 2026, upon consideration of Novo Nordisk's Motion to Exclude the Opinions and Testimony of David Metz, M.D. that GLP-1 RA Use Can Cause Gastroparesis Following Discontinuation and Washout of the Medication, briefing in support thereof, and any response in opposition and reply brief, it is hereby **ORDERED** that Novo Nordisk's Motion is **GRANTED**.

**IT IS SO ORDERED.**

______________________________
**KAREN SPENCER MARSTON, J.**