**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAs) PRODUCTS LIABILITY LITIGATION | : : : : | CIVIL ACTION<br><br>MDL No. 3094<br>2:24-md-03094-KSM |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS / ALL CASES* | : : : : : | HON. KAREN SPENCER MARSTON |

**DECLARATION OF LUCAS P. PRZYMUSINSKI, M.D., J.D.**

I, Lucas P. Przymusinski, M.D., J.D., pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am a Partner at the law firm DLA Piper LLP (US), counsel of record for Novo Nordisk Inc. and Novo Nordisk A/S (collectively, "Novo Nordisk") in the above-captioned matter. I am licensed to practice law in the states of Georgia, New York, and North Carolina, and have been admitted *pro hac vice* in this matter. I make this declaration based on my own personal knowledge and, if called as a witness, could and would testify competently to the matters set forth below.

2.      I submit this declaration on behalf of Defendants Eli Lilly and Company and Lilly USA, LLC (collectively, "Eli Lilly") and Novo (collectively, "Defendants") in support of the following:

   a. Novo Nordisk's Motion for Summary Judgment as to General Causation and Adequacy of Labeling ("Novo-MSJ");

   b. Novo Nordisk's Statement of Undisputed Facts in Support of Its Motion for Summary Judgment as to General Causation and Adequacy of Labeling ("Novo-SUF");

c. Novo Nordisk's Motion to Exclude the Opinions and Testimony of Binu John, M.D. and Nilesh Lodhia, M.D. ("Novo-Ileus & IO 702");

d. Novo Nordisk's Motion to Exclude the Opinion of David Metz, M.D. that GLP-1RA Use Can Cause Gastroparesis Following Discontinuation and Washout of the Medication ("Novo-Metz 702");

e. Defendants' Joint Motion to Exclude the Opinions and Testimony of Gabriel Lang, M.D. ("Novo-Lang 702");

f. Defendants' Joint Motion to Exclude the Opinions and Testimony of Jeffry Lansman, Ph.D. ("Joint-Lansman 702");

g. Defendants' Joint Motion to Exclude the Opinions and Testimony of Kevin O'Brien, V.M.D. ("Joint-O'Brien 702");

h. Eli Lilly's Motion to Exclude Gastroparesis General Causation Opinions and Testimony (David Metz, M.D., Ma Somsouk, M.D., and Joseph Pisegna, M.D.) ("Lilly-GP 702");

i. Eli Lilly's Motion to Exclude Warning Adequacy and/or Preemption Opinions and Testimony (David Metz, M.D. and David Ross, M.D.) ("Lilly-Issue 2 702");

j. Eli Lilly's Motion to Exclude Warning Adequacy and/or Preemption Opinions and Testimony (David Kessler, M.D.) ("Lilly-Issue 2 702");

k. Eli Lilly's Motion to Exclude Ileus and Obstruction General Causation Opinions and Testimony (Binu John, M.D. and Nilesh Lodhia, M.D.) ("Lilly-Ileus 702");

l. Eli Lilly's Motion for Summary Judgment on Ileus and Obstruction Claims ("Lilly- Ileus MSJ");

m. Eli Lilly's Motion for Summary Judgment on Gallbladder Claims ("Lilly-Gallbladder MSJ");

n. Eli Lilly's Motion for Summary Judgment on Non-Gastroparesis Gastrointestinal and Miscellaneous Claims ("Lilly-GI & Misc. MSJ");

o. Eli Lilly's Motion for Summary Judgment on Gastroparesis Claims ("Lilly-GP MSJ");

p. Eli Lilly's Statement of Undisputed Facts in Support of Its Motion for Summary Judgment on Gastroparesis Claims ("Lilly-GP SUF");

q. Eli Lilly's Statement of Undisputed Facts in Support of Its Motion for Summary Judgment on Ileus and Obstruction Claims ("Lilly-Ileus SUF");

r. Eli Lilly's Statement of Undisputed Facts in Support of Its Motion for Summary Judgment on Gallbladder Claims ("Lilly-Gallbladder SUF"); and

s. Eli Lilly's Statement of Undisputed Facts in Support of Its Motion for Summary Judgment on Non-Gastroparesis Gastrointestinal and Miscellaneous Claims ("Lilly-GI & Misc. SUF").

3. Novo Nordisk has produced more than 346,500 pages from more than 3,000 non-clinical study report documents, including from Novo's regulatory file and non-regulatory repository of final study reports.

4. Eli Lilly has produced more than 175,000 pages from more than 900 animal pathology and toxicology study report documents, including from Lilly's regulatory file and non-regulatory file repository of final study reports.

5. Attached are true and correct copies of the following exhibits, in support of the above-listed motions. Exhibits designated below as "[REDACTED]" are filed conditionally under seal pursuant to order re: filing documents under seal [ECF 187-2].

| Ex. No. | Exhibit | Relevant Motions (MSJ/ Expert) |
|---------|---------|-------------------------------|
|  | **Plaintiffs' Expert Reports and CVs Provided with Reports (alphabetical by last name)** | |
| 1D | Expert Report of Dr. Binu John to Lilly, dated January 2, 2026 ("John Lilly Rep.") | Lilly-Ileus SUF<br>Lilly-Ileus 702<br>Novo-Ileus & IO 702 |
| 2D | Expert Report of Dr. Binu John to Novo, dated January 2, 2026 ("John Novo Rep.") | Novo-Ileus & IO 702<br>Novo SUF |
| 3D | Expert Rebuttal Report of Dr. Binu John to Novo & Lilly, dated February 23, 2026 ("John Reb. Rep.") | Lilly-Ileus 702<br>Novo-Ileus & IO 702 |
| 4D | Expert Report of Dr. David Kessler to Lilly, dated January 2, 2026 ("Kessler Lilly Rep.") [REDACTED] | Lilly-Ileus SUF<br>Lilly-GP MSJ<br>Lilly-Issue 2 702<br>Lilly-Misc. SUF |
| 5D | Expert Report of Dr. Gabriel Lang to Novo & Lilly, dated January 2, 2026 ("Lang Rep.") | Lilly-Issue 2 702<br>Lilly-Gallbladder SUF<br>Joint-Lang 702<br>Novo-Ileus & IO 702<br>Novo-SUF |
| 6D | Expert Report of Dr. Jeffry Lansman to Novo & Lilly, dated January 2, 2026 ("Lansman Rep.") | Lilly-Issue 2 702<br>Lilly-Gallbladder SUF<br>Joint-Lansman 702 |
| 7D | Expert Rebuttal Report of Dr. Jeffry Lansman to Novo & Lilly, dated February 23, 2026 ("Lansman Reb. Rep.") | Joint-Lansman 702 |
| 8D | Intentionally Left Blank | |
| 9D | Expert Report of Dr. Nilesh Lodhia to Lilly, dated January 2, 2026 ("Lodhia Lilly Rep.") | Lilly-Ileus SUF<br>Lilly-Ileus 702<br>Novo-Ileus & IO 702 |
| 10D | Expert Report of Dr. Nilesh Lodhia to Novo, dated January 2, 2026 ("Lodhia Novo Rep.") | Novo-Ileus & IO 702<br>Novo-SUF |
| 11D | Expert Rebuttal Report of Dr. Nilesh Lodhia to Novo & Lilly, dated February 23, 2026 ("Lodhia Reb. Rep.") | Lilly-Ileus 702<br>Novo-Ileus & IO 702 |
| 12D | Expert Report of Dr. David Metz to Lilly, dated January 2, 2026 ("Metz Lilly Rep.") | Joint-Lansman 702<br>Lilly-GP 702<br>Lilly-GP MSJ<br>Lilly-Issue 2 702<br>Lilly-Misc. SUF |
| 13D | Expert Report of Dr. David Metz to Novo, dated January 2, 2026 ("Metz Novo Rep.") | Joint-O'Brien 702<br>Novo-Metz 702<br>Novo-MSJ<br>Novo-SUF |
| 14D | Materials Considered List of Dr. David Metz to Lilly, dated January 2, 2026 ("Metz MCL") | Lilly-GP 702 |
| 15D | Expert Report of Kevin O'Brien to Lilly, dated January 2, 2026 ("O'Brien Lilly Rep.") | Joint-O'Brien 702 |
| 16D | Expert Report of Kevin O'Brien to Novo, dated January 2, 2026 ("O'Brien Novo Rep.") | Joint-O'Brien 702 |
| 17D | Expert Report of Dr. Joseph R. Pisgena to Lilly, dated January 2, 2026 ("Pisgena Lilly Rep.") | Lilly-Ileus SUF<br>Lilly-GP 702 |

| Ex. No. | Exhibit | Relevant Motions (MSJ/ Expert) |
|---|---|---|
| | | Lilly-Ileus 702 |
| 18D | Expert Report of Dr. David Ross to Lilly, dated January 9, 2026 ("Ross Lilly Rep.") | Lilly-GP 702<br>Lilly-Ileus SUF<br>Lilly-Ileus 702<br>Lilly-Gallbladder SUF<br>Lilly-Issue 2 702 |
| 19D | Expert Report of Dr. Ma Somsouk to Novo & Lilly, dated January 2, 2026 ("Somsouk Rep.") | Lilly-GP 702<br>Novo-Metz 702 |
| **Lilly's Expert Reports and CVs Provided with Reports** | | |
| 20D | Expert Report of Dr. Jon Campbell, dated February 12, 2026 ("Campbell Rep.") | Joint-Lansman 702<br>Lilly-GP 702 |
| 21D | Expert Report of Dr. Dante Yeh, dated February 12, 2026 ("Yeh Rep.") | Lilly-Ileus 702 |
| **Novo's Expert Reports and CVs Provided with Reports** | | |
| 22D | Expert Report of Dr. Linda Nguyen, dated February 13, 2026 ("Nguyen Rep.") | Novo-Metz 702<br>Novo-MSJ<br>Novo-SUF |
| 23D | Expert Report of Dr. Suneil Koliwad, dated February 13, 2026 ("Koliwad Rep.") | Novo-MSJ<br>Novo-SUF |
| **Plaintiffs' Expert Transcripts** | | |
| 24D | Deposition Transcript of Plaintiffs' Expert, Binu John, M.D., dated March 12, 2026 ("John Dep. I Tr.") | Lilly-Ileus SUF<br>Lilly-Ileus 702<br>Novo-Ileus & IO 702 |
| 25D | Deposition Transcript of Plaintiffs' Expert, Binu John, M.D., dated March 13, 2026 ("John Dep. II Tr.") | Lilly-Ileus SUF<br>Lilly-Ileus 702<br>Novo-Ileus & IO 702 |
| 26D | Deposition Transcript of Plaintiffs' Expert, David A. Kessler, M.D., Vol. I, dated March 31, 2026 ("Kessler Dep. I Tr.") [REDACTED] | Lilly-Issue 2 702<br>Lilly-Ileus SUF<br>Novo-MSJ<br>Novo-SUF |
| 27D | Deposition Transcript of Plaintiffs' Expert, David A. Kessler, M.D., Vol. II, dated April 22, 2026 ("Kessler Dep. II Tr.") | Lilly-Issue 2 702<br>Novo-MSJ |
| 28D | Deposition Transcript of Plaintiffs' Expert, David A. Kessler, M.D., Vol. III, dated April 27, 2026 ("Kessler Dep. III Tr.") | Lilly-Issue 2 702<br>Lilly-Ileus SUF<br>Lilly-Ileus 702<br>Lilly-Misc. SUF<br>Novo-MSJ<br>Novo-SUF |
| 29D | Deposition Transcript of Plaintiffs' Expert, Gabriel Lang, M.D., dated April 7, 2026 ("Lang Tr.") | Joint-Lang 702<br>Joint-Lansman 702<br>Lilly-Gallbladder SUF |
| 30D | Deposition Transcript of Plaintiffs' Expert, Jeffry Lansman, Ph.D., dated April 2, 2026 ("Lansman Tr.") | Joint-Lansman 702 |
| 31D | Deposition Transcript of Plaintiffs' Expert, Nilesh Lodhia, M.D., dated April 7, 2026 ("Lodhia Tr.") | Lilly-Ileus SUF<br>Lilly-Ileus 702<br>Lilly-Issue 2 702 |

| Ex. No. | Exhibit | Relevant Motions (MSJ/ Expert) |
|---|---|---|
| | | Novo-Ileus & IO 702 |
| 32D | Deposition Transcript of Plaintiffs' Expert, David Madigan Vol. I, dated April 8, 2026 ("Madigan Tr. Vol. I") | Joint-Lansman 702 |
| 33D | Deposition Transcript of Plaintiffs' Expert, David Metz, M.D., dated March 24, 2026 ("Metz Tr.") [REDACTED] | Joint-Lansman 702 Lilly-Misc. SUF Lilly-GP MSJ Lilly-Issue 2 702 Lilly-GP 702 Novo-Metz 702 Novo-MSJ Novo-SUF Novo-Ileus & IO 702 |
| 34D | Deposition Transcript of Plaintiffs' Expert, Kevin O'Brien, VMD, dated March 31, 2026 ("O'Brien Tr.") [REDACTED] | Joint-Lansman 702 Joint-O'Brien 702 |
| 35D | Deposition Transcript of Plaintiffs' Expert, Joseph R. Pisegna, M.D., dated March 31, 2026 ("Pisegna Tr.") | Joint-Lansman 702 Lilly-Ileus SUF Lilly-GP 702 Lilly-Ileus 702 |
| 36D | Deposition Transcript of Plaintiffs' Expert, Daniel Raines, M.D., dated January 29, 2025 ("Raines Tr.") | Lilly-GP SUF Lilly-GP MSJ |
| 37D | Deposition Transcript of Plaintiffs' Expert, David B. Ross, M.D., dated March 9, 2026 ("Ross Tr.") [REDACTED] | Joint-Lang 702 Lilly-Issue 2 702 Lilly-Misc. SUF Novo-MSJ Novo-SUF |
| 38D | Deposition Transcript of Plaintiffs' Expert, Eliot Siegel, M.D., dated January 31, 2025 ("Siegel Tr.") | Lilly-GP SUF Lilly-GP MSJ |
| 39D | Deposition Transcript of Plaintiffs' Expert, Ma Somsouk, M.D., dated March 12, 2026 ("Somsouk Tr.") | Joint-Lansman 702 Lilly-GP 702 Joint-O'Brien 702 Novo-Ileus & IO 702 Novo-Metz 702 Novo-MSJ Novo-SUF |
| **Lilly's and Novo's Expert Transcripts** | | |
| 40D | Deposition Transcript of Lilly's Expert, Jonathan Campbell, Ph.D., dated April 8, 2026 ("Campbell Tr.") [REDACTED] | Joint-Lansman 702 |
| 41D | Deposition Transcript of Defendants' Expert, Suneil Koliwad, M.D., Ph.D., dated April 24, 2026 ("Koliwad Tr.") | Novo-MSJ Novo-SUF |
| 42D | Deposition Transcript of Defendants' Expert, Linda Nguyen, M.D., dated April 9, 2026 ("Nguyen Tr.") | Novo-Ileus & IO 702 |
| **Scientific Literature** | | |
| 43D | Alfehaid et al., *Evaluating bowel obstruction and ileus events in patients on GLP-1 receptor agonists: a systematic review and meta-analysis*, Taylor & Francis Online, dated 2025 ("Alfehaid 2025") | Joint-Lansman 702 Lilly-Ileus MSJ Lilly-GP 702 Lilly-Ileus 702 |

6

| Ex. No. | Exhibit | Relevant Motions (MSJ/ Expert) |
|---|---|---|
| 44D | Alkabbani et al., *Glucagon-Like Peptide 1 Receptor Agonists and the Risk of Motility-Related Gastrointestinal Adverse Events—A Cohort Study*. Diabetes [Abstract], dated 2025 ("Alkabbani 2025") | Lilly-Ileus SUF<br>Lilly-GP 702<br>Lilly-Ileus 702<br>Novo-Ileus & IO 702 |
| 45D | Aneke-Nash et al., *Comparing the risk of gastroparesis*, dated 2025 ("Aneke-Nash 2025") | Lilly-Ileus SUF<br>Lilly-GP 702<br>Lilly-Ileus 702 |
| 46D | Baydoun et al., *Assessment of Gastrointestinal Adverse Effects of Tirzepatide versus Semaglutide: A Real-World Propensity-Matched Analysis of the U.S. Collaborative Network*, dated 2025 ("Baydoun 2025") | Lilly-GP 702 |
| 47D | Dimitri Bennett et al., *Association between therapy with dipeptidyl peptidase-4 (DPP-4) inhibitors and risk of ileus: a cohort study*, Diabetol Int., dated 2016 ("Bennett 2016") | Lilly-GP 702<br>Lilly-Ileus 702<br>Novo-Ileus & IO 702 |
| 48D | Austin Bradford Hill, *The Environment and Disease: Association or Causation?*, Section of Occupational Medicine, dated 1965 ("Bradford Hill 1965") | Joint-Lang 702 |
| 49D | Cai, et al., *Tirzepatide as a novel effective and safe strategy for treating obesity: a systematic review and meta-analysis of randomized controlled trials.*, Front Public Health, dated 2024 ("Cai 2024") | Joint-Lang 702 |
| 50D | Jiann-Jy Chen, et al., *Agent- and Dose-Specific Intestinal Obstruction Safety of GLP-1 Receptor Agonists and SGLT2 Inhibitors: A Network Meta-Analysis of Randomized Trials*, Int. J. Mol. Sci. 2026, 27, 608, dated 2026 ("Chen 2026") | Lilly-Ileus SUF<br>Lilly-Ileus 702<br>Joint-Lansman 702<br>Joint-Lang 702 |
| 51D | Cheng et al., *The potential adverse effects of hypodermic glucagon-like peptide -1 receptor agonist on patients with type 2 diabetes: A population-based study*, J Diabetes, dated 2024. ("Cheng 2024") | Lilly-Ileus 702<br>Novo-Ileus & IO 702 |
| 52D | Cho-Hung Chiang et al., *Glucagon-Like Peptide-1 Receptor Agonists and Gastrointestinal Adverse Events: A Systematic Review and Meta-Analysis*, Gastroenterology, dated November 2025 ("Chiang 2025 (Gastroenterology)") | Joint-Lang 702<br>Lilly-Ileus SUF<br>Lilly-GP 702<br>Lilly-Ileus 702<br>Novo-Ileus & IO 702 |
| 53D | Cho-Hung Chiang et al., *Glucagon-like Peptide-1 Agonists Reduce Cardiovascular Events in Cancer Patients on Immune Checkpoint Inhibitors*, European Journal of Cancer, dated December 2025 ("Chiang 2025 (Eur. J. Cancer)") | Lilly-Ileus 702 |
| 54D | Crisafulli (2025) *Comparative gastrointestinal safety of dulaglutide, semaglutide, and tirzepatide in adults with type 2 diabetes*, dated 2025 ("Crisafulli 2025") | Lilly-GP 702 |
| 55D | Michael Cymbal et al., *Impact of GLP-1 Receptor Agonists on Whole-Gut Gastrointestinal Motility Using Wireless Motility Capsule: A Descriptive Single-Center Case Series*, dated 2025 ("Cymbal 2025") | Lilly-GP 702 |
| 56D | Derington et al., *Liraglutide vs Semaglutide vs Dulaglutide in Veterans With Type 2 Diabetes*, JAMA Network Open, dated 2025 ("Derington 2025") | Joint-Lang 702<br>Lilly-Gallbladder SUF |

| Ex. No. | Exhibit | Relevant Motions (MSJ/ Expert) |
|---|---|---|
| 57D | Aakash Desai et al., *Use of glucagon-like peptide-1 receptor agonists for type 2 diabetes mellitus and outcomes of inflammatory bowel disease*, dated 2024 (Desai 2024") | Lilly-GP 702 |
| 58D | Ding et al., *GLP-1 Receptor Agonists and Risk of Paralytic Ileus: A drug-target Mendelian Randomization Study*, Medrxiv [Preprint], dated 2024 ("Ding 2024") | Lilly-Ileus SUF<br>Lilly-Ileus 702<br>Novo-Ileus & IO 702 |
| 59D | Dong, et al., *Association between glucagon-like peptide-1 receptor agonists and biliary-related diseases in patients with type 2 diabetes: A nationwide cohort study*, Pharmacotherapy, 42:483-494, dated 2022 ("Dong 2022") | Joint-Lang 702<br>Lilly-Gallbladder SUF |
| 60D | Jean-Luc Faillie, et al., *Association of bile duct and gallbladder diseases with the use of incretin-based drugs in patients with type 2 diabetes mellitus*, JAMA Intern. Med., 176(10):1474-1481, dated 2016 ("Faillie 2016") | Joint-Lang 702<br>Lilly-Issue 2 702<br>Lilly-Ileus 702<br>Lilly-Gallbladder SUF |
| 61D | Jean-Luc Faillie et al., *Incretin-Based Drugs and Risk of Intestinal Obstruction Among Patients With Type 2 Diabetes*, Clin Pharmacol Ther., dated 2022 ("Faillie 2022") | Lilly-Ileus SUF<br>Lilly-Ileus 702<br>Novo-Ileus & IO 702 |
| 62D | Mohammed Ali Gameil, et al., *The relative risk of clinically relevant cholelithiasis among glucagon-like peptide-1 receptor agonists in patients with type 2 diabetes mellitus, real-world study*, Diabetology & Metabolic Syndrome, 16:293, dated 2024 ("Gameil 2024") | Joint-Lang 702 |
| 63D | Zhenxiang Gao et al., *Association of GLP-1 receptor agonists with risk of intestinal obstruction in patients with type 2 diabetes mellitus: a retrospective cohort study*, Acta Diabetol, dated 2025 ("Gao 2025") | Lilly-Ileus SUF<br>Lilly-GP 702<br>Lilly-Ileus 702<br>Novo-Ileus & IO 702 |
| 64D | Samita Garg et al., *All-Cause Mortality and Gastrointestinal Adverse Effects in Adults With Type 2 Diabetes on Glucagon-Like Peptide-1 Receptor Agonists vs Sodium-Glucose Cotransporter-2 Inhibitors*, Gastro Hep Adv, dated 2025 ("Garg 2025") | Joint-Lang 702<br>Lilly-GP 702<br>Lilly-Ileus 702<br>Novo-Ileus & IO 702 |
| 65D | Gmehlin et al., *Impact of Glucagon-Like Peptide-1 Receptor Agonist Exposure on Gastrointestinal Outcomes Among ICU Patients: A Multicenter Matched Cohort Study*, Crit Care Explor., dated 2025 ("Gmehlin 2025") | Lilly-Ileus SUF<br>Lilly-Ileus 702<br>Novo-Ileus & IO 702 |
| 66D | *Goodman & Gilman's The Pharmacological Basis of Therapeutics 12th Ed. § 1, Quantitative Aspects of Drug Interactions with Receptors*, McGraw Hill, dated 2011 ("Goodman & Gilman 2011") | Joint-Lansman 702 |
| 67D | Gudin, B., et al., *Incretin-based drugs and intestinal obstruction: A pharmacovigilance study*, Elsevier Masson SAS, dated 2020 ("Gudin 2020") | Novo-Ileus & IO 702 |
| 68D | Gudbergsen H. et al., *Liraglutide after diet-induced weight loss for pain and weight control in knee osteoarthritis: a randomized controlled trial*, Am. J. Clin. Nutr., dated 2021 ("Gudbergsen 2021") | Lilly-Ileus 702 |
| 69D | Liyun He, et al., *Association of glucagon-like peptide-1 receptor agonist use with risk of gallbladder and biliary* | Joint-Lang 702<br>Lilly-Gallbladder SUF |

| Ex. No. | Exhibit | Relevant Motions (MSJ/ Expert) |
|---|---|---|
| | *diseases: a systematic review and meta-analysis of randomized clinical trials*, JAMA Intern. Med., 182(5):513-519, dated 2022 ("He 2022") | |
| 70D | Long He, et al., *Association between GLP-1 RAs and DPP-4 inhibitors with biliary disorders: pharmacovigilance analysis*, Front. Pharmacol., 16:1509561, dated 2025 ("He 2025") | Joint-Lang 702 Lilly-Gallbladder SUF |
| 71D | Hellström et al., *GLP-1 suppresses gastrointestinal motility and inhibits the migrating motor complex in healthy subjects and patients with irritable bowel syndrome*, Neurogastroenterol Motil., dated 2008 ("Hellström 2008") | Lilly-Ileus 702 Novo-Ileus & IO 702 |
| 72D | Hurwitz et al., *Comparative Safety of Glucagon-Like Peptide 1 Receptor Agonists (GLP-1-RAs) in Type 2 Diabetes and Chronic Weight Management: A Real-World Data Study*, Pharmacoepidemiol Drug Saf., dated 2025 ("Hurwitz 2025") | Lilly-Ileus 702 Novo-Ileus & IO 702 |
| 73D | Fouad Jaber, et al., *Tirzepatide Shows Lower Risk Of Gastrointestinal Side Effects Compared To Other Glucagon-Like Peptide-1 (Glp-1) Receptor Agonists: A Real-World Analysis Of Over 1 Million Patients*, Gastroenterology, 169(1 Supplement), S-946, dated 2025 ("Jaber 2025") | Joint-Lansman 702 Lilly-GP 702 Lilly-Ileus 702 Lilly-Ileus SUF |
| 74D | Binu John et. al., *Association of Glucagon-Like Peptide-1 Receptor Agonists With Liver-Related Outcomes and All-Cause Mortality in Patients With Harmful Alcohol Use: A Target Trial Emulation Study*, Am J Gastroenterol., dated 2026 ("John 2026") | Novo-Ileus & IO 702 Lilly-Ileus 702 |
| 75D | Girish Joshi et al., *American Society of Anesthesiologists Consensus-Based Guidance on Preoperative Management of Patients (Adults and Children) on Glucagon-Like Peptide-1 (GLP-1) Receptor Agonists,* American Society of Anaesthesiologists, dated 2023 ("Joshi 2023") | Joint-Lang 702 |
| 76D | Khanna et al., *Outcomes of Patients With Inflammatory Bowel Disease on GLP-1 Receptor Agonists: A Propensity Score-Matched Analysis*, The American Journal of Gastroenterology [ABSTRACT], dated 2024 ("Khanna 2024, S1390") | Novo-Ileus & IO 702 Lilly-Ileus 702 |
| 77D | Kalas et al., *Frequency of GLP-1 receptor agonists use in diabetic patients diagnosed with delayed gastric emptying and their demographic profile*, dated 2023 ("Kalas 2023") | Lilly-GP 702 |
| 78D | Tushar Khanna et al., *Demographic And Clinical Predictors Of 30-Day Readmission Following Ileal Pouch-Anal Anastomosis in Inflammatory Bowel Disease: Analysis From the Nationwide Readmission Database*, The American Journal of Gastroenterology [ABSTRACT], dated 2024 ("Khanna 2024, S1389") | Novo-Ileus & IO 702 |
| 79D | Kazi MAI, et al., *Guts, Glucose, and Gallbladders: The Protective Role of GLP-1/GIP Receptor Agonists Against Biliary Complications in Patients with Type 2 Diabetes and* | Joint-Lang 702 |

| Ex. No. | Exhibit | Relevant Motions (MSJ/ Expert) |
|---|---|---|
| | *Inflammatory Bowel Disease.*, J Clin Med., dated 2025 ("Kazi 2025") | |
| 80D | David Klonoff et al., *Risks of peri- and postoperative complications with glucagon-like peptide-1 receptor agonists*, Diabetes Obes Metab., dated 2024 ("Klonoff 2024") | Lilly-Ileus 702 Novo-Ileus & IO 702 |
| 81D | Gabriel Lang, et al., *Chapter 24 Biliary Tract Disorders*, Gastroenterology Subspecialty Consult Fourth Edition, dated 2021 ("Lang 2021") | Joint-Lang 702 |
| 82D | Lincoff et al., *Semaglutide and Cardiovascular Outcomes in Obesity without Diabetes*, N Engl J Med, dated 2023 ("Lincoff 2023") | Novo-Ileus & IO 702 |
| 83D | Liu et al., *Association between different GLP-1 receptor agonists and gastrointestinal adverse reactions: A real-world disproportionality study based on FDA adverse event reporting system database, Frontiers in Endocrinology*, dated 2022 ("Liu 2022") | Lilly-Ileus 702 |
| 84D | Liu et al., *Some Risks of Gastrointestinal Adverse Events Associated With Glucagon-Like PEPTIDE-1 Receptor Agonists Are Likely Explained by BMI.* Aliment Pharmacol Ther., dated 2025 ("Liu 2025") | Lilly-GP 702 Lilly-Ileus 702 Novo-Ileus & IO 702 |
| 85D | Ludwig et al. *A comprehensive review of methodologies and application to use the real-world data and analytics platform TriNetX.* Front Pharmacol., dated 2025 ("Ludwig 2025") | Novo-Ileus & IO 702 |
| 86D | Lovegrove et al., *U.S. Emergency Department Visits Attributed by Clinicians to Semaglutide Adverse Events, Annals of Internal Medicine*, dated 2025 ("Lovegrove 2025") | Lilly-GP 702 |
| 87D | Lundgren et al., *Healthy Weight Loss Maintenance with Exercise, Liraglutide, or Both Combined,* The New England Journal of Medicine, dated 2021 ("Lundgren 2021") | Lilly-Ileus 702 |
| 88D | Lupianez-Merly et al., *Effects of GLP-1 Receptor Or a Dual GLP-1/GIP Receptor Agonists on Gastrointestinal Symptoms and Gastric Emptying: Results From a Large Clinical Practice Database*, Digestive Disease Weekly [ABSTRACT], dated 2024 ("Lupianez-Merly 2024") | Lilly-GP 702 |
| 89D | Marso, et al., *Liraglutide and cardiovascular outcomes in type 2 diabetes*, N. Engl. J. Med., 375(4):311-322, dated 2016 ("Marso 2016") | Joint-Lang 702 |
| 90D | Mesgun, et al., *Increased Risk of De-Novo Gastroparesis in Non-Diabetic Obese Patients on GLP-1 Receptor Agonists For Weight Loss*, dated 2024 ("Mesgun 2024") | Lilly-GP 702 |
| 91D | Moll, et al., *GLP-1 receptor agonists for weight reduction in people living with obesity but without diabetes: a living benefit-harm modelling study*, EClinicalMedicine., dated 2024 ("Moll 2024") | Joint-Lang 702 |
| 92D | Matteo Monami, et al., *Safety issues with glucagon-like peptide-1 receptor agonists (pancreatitis, pancreatic cancer* | Joint-Lang 702 Lilly-Issue 2 702 |

| Ex. No. | Exhibit | Relevant Motions (MSJ/ Expert) |
|---|---|---|
| | *and cholelithiasis): data from randomized controlled trials*, Diabetes Obes. Metab., 19:1233-1241, dated 2017 ("Monami 2017") | |
| 93D | Nanah et al., *GLP-1 Agonists are Associated With Lower Rates of IBD-Related Complications in Patients With Elevated BMI Compared to Bariatric Surgery: A Nationwide Cohort Analysis,* Am J Gastroenterol. [Abstract], dated 2024 ("Nanah 2024") | Lilly-Ileus 702 Novo-Ileus & IO 702 |
| 94D | Nathani et al., *Incidence of Gastrointestinal Side Effects in Patients Prescribed Glucagon-Like Peptide-1 (GLP-1) Analogs: Real-World Evidence*, dated 2024 ("Nathani 2024") | Lilly-GP 702 Lilly-Ileus 702 |
| 95D | Nauck et al., *Effects of Liraglutide Compared with Placebo on Events of Acute Gallbladder or Biliary Disease in Patients with Type 2 Diabetes at High Risk for Cardiovascular Events in the LEADER Randomized Trial*, dated 2019 ("Nauck 2019") | Lilly-Gallbladder SUF |
| 96D | Nielsen et al., *Glucagon-Like Peptide 1 Receptor Agonists Are Not Associated With an Increased Risk of Ileus or Intestinal Obstruction in Patients with Inflammatory Bowel Disease-A Danish Nationwide Cohort Study.* Inflamm Bowel Dis., dated 2025 ("Nielsen 2025") | Lilly-Ileus 702 Novo-Ileus & IO 702 |
| 97D | Niu, et al., *Gastrointestinal and hepatobiliary safety of GLP-1 receptor agonists in patients with type 2 diabetes*, Am. J. Gastroenterol., dated 2025 ("Niu 2025") | Joint-Lang 702 Lilly-Ileus SUF Lilly-Ileus 702 Lilly-Gallbladder SUF |
| 98D | Nreu, et al., *Cholelithiasis in patients treated with Glucagon-Like Peptide-1 Receptor: An updated meta-analysis of randomized controlled trials*, Diabetes Res. Clin. Pract., 161:108087, dated 2020 ("Nreu 2020") | Lilly-Gallbladder SUF Joint-Lang 702 |
| 99D | Odah et al., *Glucagon-like peptide-1 receptor agonists and capsule endoscopy in patients with diabetes: a matched cohort study*, Gastrointestinal Endoscopy, dated 2025 ("Odah 2025") | Lilly-GP 702 |
| 100D | Rashid et al., *Impact of Preoperative Glucagon-Like Peptide-1 Receptor Agonist on Outcomes Following Major Surgery.* World J Surg., dated 2025 ("Rashid 2025") | Lilly-Ileus 702 Novo-Ileus & IO 702 |
| 101D | Rosenstock, et al., *Effect of additional oral semaglutide vs sitagliptin on glycated hemoglobin in adults with type 2 diabetes uncontrolled with metformin alone or with sulfonylurea: The PIONEER 3 randomized clinical trial*, JAMA, 321(15):1466-1480, dated 2019 ("Rosenstock 2019") | Joint-Lang 702 |
| 102D | Sanders & Julie Machal-Fulks, *The Admissibility of Differential Diagnosis Testimony to Prove Causation in Toxic Tort Cases: The Interplay of Adjective and Substantive Law,* 64 Law and Contemporary Problems 107-138 (Fall 2001) | Novo-Metz 702 |

| Ex. No. | Exhibit | Relevant Motions (MSJ/ Expert) |
|---|---|---|
| 103D | Sarwal et al., *Glycemic therapies and the risk of gastrointestinal adverse events in veterans with type 2 diabetes*, Diabetes Obes Metab., dated 2025 ("Sarwal 2025") | Joint-Lang 702<br>Lilly-Ileus SUF<br>Lilly-GP 702<br>Lilly-Ileus 702<br>Novo-Ileus & IO 702 |
| 104D | Scholten et al., *Double Trouble: The Effect of Opioid and GLP-1 Agonist Use on Peri- and Post-Operative Complications*. Am J Gastroenterol. [Abstract], dated 2025 ("Scholten 2025") | Lilly-Ileus 702<br>Novo-Ileus & IO 702 |
| 105D | Shu et al., *Gastrointestinal adverse events associated with semaglutide: A pharmacovigilance study based on FAERS*, Frontiers in Public Health, dated 2022 ("Shu 2022") | Lilly-Ileus 702<br>Novo-Ileus & IO 702 |
| 106D | Smits et al., *GLP-1 based therapies: clinical implications for gastroenterologists*. Gut., dated 2016  ("Smits 2016") | Joint-Lang 702 |
| 107D | Sodhi et al., *Risk of Gastrointestinal Adverse Events Associated With Glucagon-Like Peptide-1 Receptor Agonists for Weight Loss*, JAMA, dated 2023 ("Sodhi 2023") | Lilly-Ileus SUF<br>Lilly-GP 702<br>Lilly-Ileus 702<br>Novo-Ileus & IO 702 |
| 108D | Tolessa et al., *Glucagon-like peptide-1 retards gastric emptying and small bowel transit in the rat: effect mediated through central or enteric nervous mechanisms*. Dig Dis Sci., dated 1998 ("Tolessa 1998") | Lilly-Ileus 702<br>Novo-Ileus & IO 702 |
| 109D | Tolessa et al., *The inhibitory mechanism of GLP-1, but not glucagon, on fasted gut motility is dependent on the L-arginine/nitric oxide pathway*. Regul Pept., dated 2001 ("Tolessa 2001") | Lilly-Ileus 702<br>Novo-Ileus & IO 702 |
| 110D | Ueda et al., *Use of DPP4 Inhibitors and GLP-1 Receptor Agonists and Risk of Intestinal Obstruction: Scandinavian Cohort Study*, Clin Gastroenterol Hepatol, dated 2024 ("Ueda 2024") | Lilly-Ileus 702<br>Novo-Ileus & IO 702 |
| 111D | Wang, et al., *Meta-analysis of the association between new hypoglycemic agents and digestive diseases*, Medicine, 101:34(e30072), dated 2022 ("Wang 2022") | Joint-Lang 702<br>Lilly-Ileus SUF<br>Lilly-GP 702<br>Lilly-Ileus 702<br>Novo-Ileus & IO 702 |
| 112D | Wang et al., *A comprehensive meta-analysis on the association of SGLT2is and GLP-1RAs with vascular diseases, digestive diseases and fractures*, Acta Diabetol., dated 2024 ("Wang 2024") | Lilly-Ileus 702<br>Lilly-Gallbladder SUF<br>Lilly-Gallbladder MSJ<br>Novo-Ileus & IO 702 |
| 113D | Weng et al., *Glucagon-Like Peptide-1 Receptor Agonist Therapy Does Not Increase Gastrointestinal Adverse Events in Patients with Inflammatory Bowel Disease*. Dig Dis Sci., dated 2025 ("Weng 2025") | Lilly-Ileus SUF<br>Lilly-Ileus 702<br>Novo-Ileus & IO 702 |
| 114D | Xie et al., *Mapping the effectiveness and risks of GLP-1 receptor agonists*, Nature Medicine, dated 2025 ("Xie 2025") | Lilly-GP 702 |
| 115D | Yang W, et al. *Weight reduction and the risk of gallbladder and biliary disease: A systematic review and meta-analysis* | Joint-Lang 702 |

| Ex. No. | Exhibit | Relevant Motions (MSJ/ Expert) |
|---|---|---|
| | *of randomized clinical trials*, Obes Rev., dated 2024 ("Yang 2024") | |
| 116D | Yin, et al., *Comprehensive analysis of the safety of semaglutide in type 2 diabetes: a meta-analysis of the SUSTAIN and PIONEER trials*, Endocrine J., 68(6):739-742, dated 2021 ("Yin 2021") | Joint-Lang 702 Lilly-Ileus 702 Novo-Ileus & IO 702 |
| | **Regulatory Agency Documents** | |
| 117D | U.S. Food & Drug Administration, Drugs@FDA: FDA-Approved Drugs, Wegovy (NDA 218316), approving tablet/oral formulation of Wegovy https://www.accessdata.fda.gov/drugsatfda_docs/label/2025/218316Orig1s000lbl.pdf | Joint-Lang 702 Lilly-GP SUF |
| 118D | Food & Drug Admin., FDA issues class-wide labeling changes for testosterone products (Feb. 28, 2025) | Novo-MSJ |
| 119D | Food & Drug Admin., FDA is requiring opioid pain medicine manufacturers to update prescribing information regarding long-term use (July 31, 2025) | Novo-MSJ |
| 120D | Food & Drug Admin., FDA requires expanded labeling about weight loss risk in patients younger than 6 years taking extended-release stimulants for ADHD (June 30, 2025) | Novo-MSJ |
| 121D | Food & Drug Admin., FDA Requests Removal of Suicidal Behavior and Ideation Warning from Glucagon-Like Peptide-1 Receptor Agonist (GLP-1 RA) Medications (Jan. 13, 2026) | Novo-MSJ |
| 122D | FDA's Division of Risk Management, Ozempic Risk Assessment and Risk Mitigation Review(s), Application Number 209637Orig1s000 (November 6, 2017) ("209637Orig1s000 Application") | Novo-MSJ |
| 123D | FDA's Division of Risk Management, Mounjaro Risk Assessment and Risk Mitigation Review(s), Application Number 215866Orig1s000 (May 15, 2022). | Novo-MSJ |
| 124D | FDA Guidance for Industry: Adverse Reactions Section for Labeling for Human Prescription Drug and Biological Products, (January 1, 2006) | Lilly-Issue 2 702 |
| 125D | FDA Clinical Review of Trulicity, November 2013 (11/5/2013) https://www.accessdata.fda.gov/drugsatfda_docs/nda/2014/125469Orig1s000MedRedt.pdf | Lilly-Ileus SUF |
| | **Medicine Labels (Alphabetical, Chronological)** | |
| 126D | Mounjaro Label Approval, May 2022 (5/13/2022) | Lilly-GP SUF Lilly-Gallbladder SUF Lilly-Misc. SUF Lilly-Issue 2 702 Lilly-Ileus SUF |
| 127D | Mounjaro Label Approval, July 2023 (7/28/2023) | Lilly Misc. SUF Lilly-Issue 2 702 Lilly-Ileus SUF |

| Ex. No. | Exhibit | Relevant Motions (MSJ/ Expert) |
|---|---|---|
| 128D | Mounjaro Label Approval, November 2024 (11/1/2024) | Lilly-Ileus SUF<br>Lilly-Misc. SUF |
| 129D | Mounjaro Label Approval, May 2025 (5/28/2025) | Lilly-GP SUF<br>Lilly-Misc. SUF<br>Lilly-Ileus SUF |
| 130D | Mounjaro Label Approval, September 2025 (9/25/2025) | Lilly-Misc. SUF<br>Lilly-Ileus SUF |
| 131D | Mounjaro Label Approval, December 2025 (12/19/2025) | Lilly-Issue 2 702<br>Lilly-Ileus SUF<br>Lilly-Misc. SUF |
| 132D | Mounjaro Label Approval, January 2026 (1/7/2026) | Lilly-Misc. SUF |
| 133D | Mounjaro Label Approval, January 2026 (1/20/2026) | Lilly-Ileus SUF<br>Lilly-Gallbladder SUF<br>Lilly-GP SUF<br>Lilly-Misc. SUF |
| 134D | Ozempic Label Approval, December 2017 (12/5/2017); Novo_GLP_MDL_003521535 ("Dec. 2017 Ozempic Label") | Lilly-Gallbladder SUF<br>Novo-MSJ<br>Novo-SUF |
| 135D | Ozempic Label Approval, September 2023 (9/22/2023); Novo_GLP_MDL_OZM_NDA_000016019 ("Sep. 2023 Ozempic Label") | Lilly-Ileus SUF<br>Novo-SUF |
| 136D | DOCUMENT INTENTIONALLY LEFT BLANK | Lilly-Ileus SUF |
| 137D | Ozempic Label Approval, November 2024 (11/1/2024); Novo_GLP_MDL_011300508 ("Nov. 2024 Ozempic Label") | Lilly-Ileus SUF<br>Lilly-GP SUF<br>Novo-MSJ<br>Novo-SUF |
| 138D | Ozempic Label Approval, January 2025 (1/28/2025); Novo_GLP_MDL_OZM_NDA_004056658 ("Jan. 2025 Ozempic Label") | Lilly-Ileus SUF<br>Novo-SUF |
| 139D | Ozempic Label Approval, October 2025 (10/14/2025); Novo GLP MDL OZM NDA 005419185 ("Oct. 2025 Ozempic Label") | Lilly-GP SUF<br>Lilly-Ileus<br>Novo-SUF |
| 140D | Rybelsus Label Approval, September 2019 (9/20/2019); Novo_GLP_MDL_RYB_NDA_000034151 ("Sep. 2019 Rybelsus Label") | Lilly-Gallbladder SUF<br>Novo-MSJ<br>Novo-SUF |
| 141D | Rybelsus Label Approval, January 2023 (1/12/2023); Novo_GLP_MDL_002135359 ("Jan. 2023 Rybelsus Label") | Lilly-Ileus MSJ<br>Lilly-Ileus SUF<br>Novo-SUF |
| 142D | Rybelsus Label Approval, January 2024 (1/24/2024) | Lilly-Ileus SUF |
| 143D | Rybelsus Label Approval, November 2024 (11/1/2024); Novo_GLP_MDL_009523200 ("Nov. 2024 Rybelsus Label") | Lilly-GP SUF<br>Novo-SUF |
| 144D | Rybelsus Label Approval, December 2024 (12/9/2024); Novo_GLP_MDL_RYB_NDA_001247571 ("Dec. 2024 Rybelsus Label") | Lilly-GP SUF<br>Lilly-Ileus SUF<br>Novo-SUF |

| Ex. No. | Exhibit | Relevant Motions (MSJ/ Expert) |
|---|---|---|
| 145D | Rybelsus Label Approval, October 2025 (10/17/2025); Novo GLP MDL RYB NDA 001331669 ("Oct. 2025 Rybelsus Label") | Lilly-GP SUF<br>Lilly-Ileus SUF<br>Novo-SUF |
| 146D | Rybelsus Label Approval, January 2026 (1/30/2026) | Lilly-GP SUF |
| 147D | Saxenda Label Approval, December 2014 (12/23/2014); Novo_GLP_MDL_001247737 ("Dec. 2014 Saxenda Label") | Lilly-Issue 2 702<br>Novo-MSJ<br>Novo-SUF |
| 148D | Saxenda Label Approval, April 2023 (4/20/2023); Novo_GLP_MDL_004079502 ("Apr. 2023 Saxenda Label") | Lilly-Ileus MSJ<br>Lilly-Ileus SUF<br>Novo-SUF |
| 149D | Saxenda Label Approval, November 2024 (11/1/2024); Novo_GLP_MDL_011300566 ("Nov. 2024 Saxenda Label"); | Lilly-GP SUF<br>Lilly-Ileus SUF<br>Novo-SUF |
| 150D | Saxenda Label Approval, May 2025 (5/28/2025); Novo_GLP_MDL_SAX_NDA_001337842 ("May 2025 Saxenda Label") | Lilly-GP SUF<br>Lilly-Ileus SUF<br>Novo-SUF |
| 151D | Saxenda Label Approval, October 2025 (10/14/2025); Novo_GLP_MDL_ SAX NDA_001339372 ("Oct. 2025 Saxenda Label") | Lilly-Misc. SUF<br>Lilly-GP SUF |
| 152D | Saxenda Label Approval, February 2026 (2/25/2026) | Lilly-GP SUF |
| 153D | Trulicity Label Approval, September 2014 (9/18/2014) | Lilly GP SUF<br>Lilly-Gallbladder SUF<br>Lilly-Misc. SUF<br>Lilly-Issue 2 702<br>Lilly-Ileus SUF |
| 154D | Trulicity Label Approval, January 2017 (1/27/20217) | Lilly-Misc. SUF |
| 155D | Trulicity Label Approval, August 2017 (8/1/2017) | Lilly-Misc. SUF |
| 156D | Trulicity Label Approval, June 2018 (6/29/2018) | Lilly-Misc. SUF |
| 157D | Trulicity Label Approval, September 2018 (9/21/2018) | Lilly-GP SUF<br>Lilly-Misc. SUF |
| 158D | Trulicity Label Approval, January 2019 (1/15/2019) | Lilly-Misc. SUF |
| 159D | Trulicity Label Approval, September 2020 (9/3/2020) | Lilly-Misc. SUF |
| 160D | Trulicity Label Approval, February 2020 (2/21/2020) | Lilly-GP SUF<br>Lilly-Issue 2 702<br>Lilly-Misc. SUF |
| 161D | Trulicity Label Approval, September 2021 (9/30/2021) | Lilly-Misc. SUF |
| 162D | Trulicity Label Approval, June 2022 (6/10/2022) | Lilly-Issue 2 702<br>Lilly-Gallbladder SUF<br>Lilly-Misc. SUF |
| 163D | Trulicity Label Approval, November 2022 (11/17/2022) | Lilly-Ileus SUF<br>Lilly-Misc. SUF |
| 164D | Trulicity Label Approval, November 2024 (11/1/2024) | Lilly-Ileus SUF<br>Lilly-Misc. SUF |
| 165D | Trulicity Label Approval, May 2025 (5/28/2025) | Lilly-Misc. SUF<br>Lilly-Ileus SUF |
| 166D | Trulicity Label Approval, March 2026 (3/12/2026) | Lilly-Ileus SUF |

| Ex. No. | Exhibit | Relevant Motions (MSJ/ Expert) |
|---|---|---|
| | | Lilly-Gallbladder SUF Lilly-Issue 2 702 Lilly-Misc. SUF Lilly-GP SUF |
| 167D | Victoza Label Approval, January 2010 (1/25/2010); Novo_GLP_MDL_003858960 ("Jan. 2010 Victoza label") | Lilly-Gallbladder SUF Novo-MSJ Novo-SUF |
| 168D | Novo_GLP_MDL_000202583 ("May 2011 Victoza label") | Novo-MSJ Novo-SUF |
| 169D | Victoza Label Approval, March 2015 (3/9/2015) | Lilly-Issue 2 702 |
| 170D | Novo_GLP_MDL_004072803 ("Jul. 2023 Victoza Label") | Novo-SUF |
| 171D | Victoza Label Approval, November 2024 (11/1/2024); Novo_GLP_MDL_009523231 ("Nov. 2024 Victoza Label") | Lilly-GP SUF Novo-SUF |
| 172D | Victoza Label Approval, February 2025 (2/12/2025) | Lilly-Misc. SUF Lilly-GP SUF |
| 173D | Victoza Label Approval, May 2025 (5/28/2025); Novo_GLP_MDL_VIC_NDA_007216000 ("May 2025 Victoza Label") | Lilly-GP SUF Lilly-SUF Novo-SUF |
| 174D | Victoza Label Approval, October 2025 (10/14/2025); Novo_GLP_MDL_VIC_NDA_007217019 ("Oct. 2025 Victoza Label") | Lilly-GP SUF Novo-SUF |
| 175D | Wegovy Label Approval, June 2021 (6/4/2021); Novo_GLP_MDL_006195623 ("June 2021 Wegovy Label") | Lilly-Gallbladder SUF Novo-MSJ Novo-SUF |
| 176D | Wegovy Label Approval, December 2022 (12/23/2022); Novo GLP MDL WEG NDA 000158590 ("Dec. 2023 Wegovy Label") | Lilly-Ileus SUF Novo-SUF |
| 177D | Wegovy Label Approval, July 2023 (7/21/2023) | Lilly-Ileus SUF |
| 178D | Wegovy Label Approval, March 2024 (3/8/2024) | Lilly-Ileus SUF |
| 179D | Wegovy Label Approval, November 2024 (11/1/2024); Novo_GLP_MDL_009523278 ("Nov. 1, 2024 Wegovy Label") | Lilly-Ileus SUF Lilly-GP SUF Novo-SUF |
| 180D | Wegovy Label Approval, November 2024 (11/27/2024); Novo_GLP_MDL_WEG_NDA_001187825 ("Nov. 27, 2024 Wegovy Label") | Lilly-Ileus SUF Novo-SUF |
| 181D | Wegovy Label Approval, August 2025 (8/15/2025) | Lilly-Ileus SUF |
| 182D | Wegovy Label Approval, October 2025 (10/14/2025); Oct. 2025 Wegovy Label ("Oct. 2025 Wegovy Label") | Lilly-GP SUF Novo-SUF |
| 183D | Wegovy Label Approval, November 2025 (11/21/2025) | Lilly-Misc. SUF Lilly-GP SUF |
| 184D | Wegovy Label Approval, January 2026 (1/29/2026) | Lilly-GP SUF |
| 185D | Wegovy Tablet Label Approval, February 2026 (2/25/2026) | Lilly-GP SUF |
| 186D | Wegovy Tablet Label Approval, March 2026 (3/19/2026) | Lilly-GP SUF |
| 187D | Wegovy Tablet Label Approval, May 2026 (5/5/2026) | Lilly-GP SUF |
| 188D | Zepbound Label Approval, November 2023 (11/8/2023) | Lilly-GP SUF Lilly-Gallbladder SUF Lilly-Misc. SUF |

| Ex. No. | Exhibit | Relevant Motions (MSJ/ Expert) |
|---|---|---|
| | | Lilly-Issue 2 702<br>Lilly-Ileus SUF |
| 189D | Zepbound Label Approval, March 2024 (3/28/2024) | Lilly-Ileus SUF<br>Lilly-Misc. SUF |
| 190D | Zepbound Label Approval, October 2024 (10/18/2024) | Lilly-GP SUF<br>Lilly-Ileus SUF<br>Lilly-Misc. SUF |
| 191D | Zepbound Label Approval, December 2024 (12/20/2024) | Lilly-GP SUF<br>Lilly-Ileus SUF<br>Lilly-Misc. SUF |
| 192D | Zepbound Label Approval, February 2025 (2/7/2025) | Lilly-Misc. SUF<br>Lilly-Ileus SUF |
| 193D | Zepbound Label Approval, September 2025 (9/25/2025) | Lilly-GP SUF<br>Lilly-Misc. SUF<br>Lilly-Ileus SUF |
| 194D | Zepbound Label Approval, January 2026 (1/7/2026) | Lilly-Misc. SUF<br>Lilly – Ileus SUF |
| 195D | Zepbound Label Approval, January 2026 (1/20/2026) | Lilly-GP SUF<br>Lilly-Misc. SUF<br>Lilly-Ileus SUF |
| 196D | Zepbound Label Approval, February 2026, (2/25/2026) | Lilly-Ileus SUF<br>Lilly-Gallbladder SUF<br>Lilly-Issue 2 702<br>Lilly-GP SUF<br>Lilly-Misc. SUF |
| **Other Documents** | | |
| 197D | Novo_GLP_MDL_OZM_NDA_005135901 ("Labeling Discussion Comments") | Lilly-GP SUF<br>Lilly-Issue 2 702<br>Novo-MSJ |
| 198D | FDA Guidance for Industry: E19 A Selective Approach to Safety Data Collection in Specific Late-Stage Pre-Approval or Post-Approval Clinical Trials, December 2022 (12/1/2022) | Lilly-Gallbladder SUF |
| 199D | GLP-1 RAs Clinical Review, September 2025 (9/30/2025) https://www.accessdata.fda.gov/drugsatfda_docs/nda/2026/209637Orig1s035.pdf | Lilly-Ileus SUF |
| 200D | Potential Signals of Serious Risks/New Safety Information Identified by the FDA Adverse Event Reporting System (FAERS), April – June 2022, https://www.fda.gov/drugs/fdas-adverse-event-reporting-system-faers/april-june-2022-potential-signals-serious-risksnew-safety-information-identified-fda-adverse-event | Lilly-Ileus SUF<br>Lilly-Ileus 702 |
| 201D | FDA Drug Development and Review Definitions | Lilly-GP SUF |
| 202D | INTENTIONALLY LEFT BLANK | |
| 203D | LLY-GLPMDL-00998436 | Lilly-Gallbladder SUF |
| 204D | LLY-GLPMDL-01003997 [REDACTED] | Lilly-Gallbladder SUF |
| 205D | DOCUMENT INTENTIONALLY LEFT BLANK | |

| Ex. No. | Exhibit | Relevant Motions (MSJ/ Expert) |
|---|---|---|
| 206D | LLY-GLPMDL-08096334 | Lilly-Gallbladder SUF |
| 207D | LLY-GLPMDL-08096959 [REDACTED] | Lilly-Ileus SUF |
| 208D | LLY-GLPMDL-08097123 [REDACTED] | Lilly-Ileus SUF |
| 209D | LLY-GLPMDL-08175695 | Lilly-Gallbladder SUF |
| 210D | LLY-GLPMDL-08175765 [REDACTED] | Lilly-Gallbladder SUF |
| 211D | LLY-GLPMDL-08194485 [REDACTED] | Lilly-GP SUF |
| 212D | LLY-GLPMDL-08194890; LLY-GLPMDL-08194920 [REDACTED] | Lilly-Issue 2 702 Lilly-GP SUF Lilly-Misc. SUF |
| 213D | LLY-GLPMDL-08194940 | Lilly-GP SUF |
| 214D | LLY-GLPMDL-08224729; LLY-GLPMDL-08224760 [REDACTED] | Lilly-GP SUF Lilly-Misc. SUF |
| 215D | LLY-GLPMDL-08233432 [REDACTED] | Lilly-GP SUF |
| 216D | LLY-GLPMDL-08233965 | Lilly-GP SUF |
| 217D | LLY-GLPMDL-08258483; LLY-GLPMDL-08257704 [REDACTED] | Lilly-GP SUF Lilly-Issue 2 702 |
| 218D | LLY-GLPMDL-08450703 | Lilly-GP SUF |
| 219D | LLY-GLPMDL-08491238; LLY-GLPMDL-08491243 [REDACTED] | Lilly-GP SUF Lilly-Misc. SUF Lilly-Issue 2 702 |
| 220D | LLY-GLPMDL-08501814; LLY-GLPMDL-08501822 [REDACTED] | Lilly-Gallbladder SUF |
| 221D | LLY-GLPMDL-08506802 | Lilly-Ileus SUF |
| 222D | LLY-GLPMDL-09199572 | Lilly-GP SUF |
| 223D | LLY-GLPMDL-09203920 | Lilly-GP SUF |
| 224D | DOCUMENT INTENTIONALLY LEFT BLANK | |
| 225D | LLY-GLPMDL-09456832 | Lilly-Ileus SUF |
| 226D | LLY-GLPMDL-09494520 [REDACTED] | Lilly-Ileus SUF |
| 227D | DOCUMENT INTENTIONALLY LEFT BLANK | |
| 228D | LLY-GLPMDL-09599056 | Lilly-GP SUF |
| 229D | DOCUMENT INTENTIONALLY LEFT BLANK | |
| 230D | LLY-GLPMDL-09694204 | Lilly-Ileus SUF |
| 231D | LLY-GLPMDL-09704094 | Lilly-Gallbladder SUF |
| 232D | DOCUMENT INTENTIONALLY LEFT BLANK | |
| 233D | DOCUMENT INTENTIONALLY LEFT BLANK | |
| 234D | DOCUMENT INTENTIONALLY LEFT BLANK | |
| 235D | LLY-GLPMDL-10300119 | Lilly-Gallbladder SUF |
| 236D | LLY-GLPMDL-10683857 [REDACTED] | Lilly-Issue 2 702 |
| 237D | LLY-GLPMDL-11074728 | Lilly-GP SUF |
| 238D | LLY-GLPMDL-11156746 | Lilly-Misc. SUF |
| 239D | LLY-GLPMDL-11179886 | Lilly-GP SUF |
| 240D | LLY-GLPMDL-11517959 | Lilly-Ileus SUF |
| 241D | DOCUMENT INTENTIONALLY LEFT BLANK | |
| 242D | LLY-GLPMDL-11524621; LLY-GLPMDL-11524622 [REDACTED] | Lilly-Gallbladder SUF |
| 243D | LLY-GLPMDL-11809161; LLY-GLPMDL-11809166 [REDACTED] | Lilly-GP SUF Lilly-Misc. SUF |

| Ex. No. | Exhibit | Relevant Motions (MSJ/ Expert) |
|---|---|---|
| | | Lilly-Issue 2 702 |
| 244D | LLY-GLPMDL-11984127; LLY-GLPMDL-11984133 [REDACTED] | Lilly-GP SUF<br>Lilly-Issue 2 702 |
| 245D | LLY-GLPMDL-11985778 | Lilly-GP SUF |
| 246D | DOCUMENT INTENTIONALLY LEFT BLANK | |
| 247D | LLY-GLPMDL-13534941 | Lilly-GP SUF<br>Lilly-Issue 2 702 |
| 248D | DOCUMENT INTENTIONALLY LEFT BLANK | |
| 249D | Plaintiffs' 1st Requests for Production to Lilly | Lilly-Ileus SUF |
| 250D | LLY-GLPMDL-17072386 | Lilly-Ileus SUF |
| 251D | LLY-GLPMDL-17081745; LLY-GLPMDL-17081746 [REDACTED] | Lilly-Issue 2 702 |
| 252D | LLY-GLPMDL-17085976 | Lilly Issue 2 702<br>Gallbladder SUF |
| 253D | LLY-GLPMDL-17087798 | Lilly-Ileus SUF |
| 254D | LLY-GLPMDL-18103304 | Lilly-Ileus 702 |
| 255D | LLY-GLPMDL-18274886; LLY-GLPMDL-18274895 [REDACTED] | Lilly-Misc SUF |
| 256D | LLY-GLPMDL-19614774 | Lilly-GP SUF |
| 257D | LLY-GLPMDL-20921431 | Lilly-Ileus SUF |
| 258D | LLY-GLPMDL-21569023 | Lilly-Ileus SUF |
| 259D | LLY-GLPMDL-00344791 | Lilly-Issue 2 702 |
| 260D | LLY-GLPMDL-00422791[REDACTED] | Lilly-GP SUF<br>Lilly-Issue 2 702 |
| 261D | LLY-GLPMDL-00998413 [REDACTED] | Lilly-Gallbladder SUF |
| 262D | Lilly News Release, "Trulicity® (dulaglutide) is the first and only type 2 diabetes medicine approved to reduce cardiovascular events in adults with and without established cardiovascular disease" (2/21/2020) | Lilly-Gallbladder SUF |
| 263D | Novo_GLP_MDL_002147735 | Lilly-Ileus SUF<br>Lilly-Ileus 702 |
| 264D | Novo_GLP_MDL_004636775 | Lilly-Gallbladder SUF |
| 265D | Novo_GLP_MDL_015672728 | Lilly-Ileus SUF |
| 266D | Novo_GLP_MDL_017055498;<br>Novo_GLP_MDL_017055508;<br>Novo_GLP_MDL_017055541 | Lilly-GP SUF<br>Lilly-Issue 2 702 |
| 267D | Novo_GLP_MDL_017197788 | Lilly-Ileus SUF |
| 268D | Novo_GLP_MDL_RYB_NDA_001104562 | Lilly-GP SUF<br>Lilly-Issue 2 702 |
| 269D | Novo_GLP_MDL_WEG_NDA_001187633 | Lilly-GP SUF<br>Lilly-Issue 2 702 |
| 270D | Board Certification | Novo-MSJ |
| 271D | In Re: Glucagon-Like Peptide-1 Receptor Agonists (GLP-1 RAs) Products Liability Litigation, 2:24-md-03094-KSM, February 10, 2026 Status Conference Transcript | Lilly-GP MSJ |
| 272D | Moiz et al., *Efficacy and Safety of Glucagon-Like Peptide-1 Receptor Agonists for Weight Loss Among Adults Without* | Novo-Ileus & IO 702 |

| Ex. No. | Exhibit | Relevant Motions (MSJ/ Expert) |
|---|---|---|
| | *Diabetes*: *A Systematic Review of Randomized Control Trials*, Annals Internal Med., dated 2025 ("Moiz 2025"). | |
| 273D | Grubic, et al., *Breaking Down Bias: A Methodological Primer on Identifying, Evaluating, and Mitigating Bias in Cardiovascular Research*, Can. J. of Cardiol., dated 2025 ("Grubic 2025") | Novo-Ileus & IO 702 |
| 274D | Nakatani et al., *Effect of GLP-1 receptor agonist on gastrointestinal tract motility and residue rates as evaluated by capsule endoscopy.* DIABETES METAB., 2017 (Nakatani 2017) | Novo-Ileus & IO 702 |
| 275D | LLY-GLPMDL-20890402 [REDACTED] | Lilly-Ileus SUF |
| 276D | LLY-GLPMDL-21570722 [REDACTED] | Lilly-Ileus SUF |
| 277D | LLY-GLPMDL-09716912 [REDACTED] | Lilly-Gallbladder SUF |

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 19th day of May, 2026.

*/s/ Lucas P. Przymusinski, M.D., J.D.*

Lucas P. Przymusinski, M.D., J.D.