# EXHIBIT 1D

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAs) PRODUCTS LIABILITY LITIGATION | CIVIL ACTION MDL No. 3094<br><br>Case No. 2:24-md-03094-KSM |

### RULE 26 EXPERT WITNESS DISCLOSURE

Pursuant to CMO 29 and Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, Plaintiffs hereby disclose the following individual, Binu John, M.D., who will provide expert testimony in the above-captioned case.

1. Pursuant to the requirements of Fed. R. Civ. Proc. 26(a)(2)(B)(iv), attached as Appendix B to Dr. John's Report, please find a curriculum vitae outlining his qualifications.

2. Pursuant to the requirements of Fed. R. Civ. Proc. 26(a)(2)(B)(v), Dr. John has not provided testimony as an expert witness during the previous four (4) years.

3. Pursuant to the requirements of Fed. R. Civ. Proc. 26(a)(2)(B)(vi), attached as Appendix C to Dr. John's Report, please find Dr. John's fee schedule.

4. Pursuant to CMO 29, as of this disclosure, Dr. John is available for deposition on either March 4, 2026, March 12, 2026, or March 13, 2026.

1



EXHIBIT
B. John
3/12/26 MA

DATED: January 2, 2026

Respectfully submitted,

BY: /s/ *Paul Pennock*
Paul Pennock
MORGAN & MORGAN
199 Water Street, Suite 1500
New York, NY 10038
Telephone: (212) 738-6292
Email: ppennock@forthepeople.com

/s/ *Jonathan D. Orent*
Jonathan D. Orent
MOTLEY RICE LLC
40 Westminster Street., 5th Floor
Providence, RI 02903
Telephone: (401) 457-7700
Email: jorent@motleyrice.com

/s/ *Parvin K. Aminolroaya*
Parvin K. Aminolroaya
SEEGER WEISS LLP
55 Challenger Rd., 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Email: paminolroaya@seegerweiss.com

/s/ *Sarah Ruane*
Sarah Ruane
WAGSTAFF & CARTMELL
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: (816) 701-1123
Email: sruane@wcllp.com

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: GLUCAGON-LIKE | : | CIVIL ACTION |
| PEPTIDE-1 RECEPTOR AGONISTS | : | |
| (GLP-1 RAS) PRODUCTS | : | |
| LIABILITY LITIGATION | : | MDL No. 3094 |
| | : | 24-md-3094 |
| | : | |
| THIS DOCUMENT RELATES TO | : | |
| | : | HON. KAREN SPENCER MARSTON |
| *ALL ACTIONS/ALL CASES* | : | |

## RULE 26 EXPERT REPORT OF BINU JOHN, MD, MPH
## REGARDING DEFENDANT ELI LILLY

This report is being served pursuant to the Federal Rules of Civil Procedure. In accordance with Federal Rule 26, I provide the following:

- The materials I considered in forming the opinions in this report are those cited herein and provided in Appendix A;
- I have attached my curriculum vitae as Appendix B which provides full details of my qualifications in addition to those provided below;
- I have not testified as an expert at trial or in deposition in the last four years; and
- My fee schedule is attached as Appendix C.

# I. Introduction

I have been retained to examine whether there is a causal relationship between the use of GLP-1 receptor agonists (GLP-1RAs) and the development of ileus or bowel obstruction.[1]

My opinions in this report are based on my experience and a review of the scientific literature and guided by the well-recognized Bradford Hill factors for the analysis of causal relationships. All of my opinions in this report are held to a reasonable degree of scientific and medical certainty.

The complication associated with GLP-1RA medications in the intestinal tract is primarily ileus, also known as functional or non-obstructive bowel obstruction, which is often inter-changeably used in the literature with the term "bowel obstruction". While there are numerous observational studies examining the association between GLP-1RAs and bowel obstruction, the quality of literature is not uniform. I have assessed every relevant study I encountered in my search, applying the same set of criteria for each.

---

[1] I also received a question from Dr. David Kessler. *See* Appendix D.

1

Based on the sum of my analysis, it is my opinion that a robust association exists between the use of GLP-1 receptor agonists and ileus and bowel obstruction. Moreover, it is my opinion, after conducting a Bradford Hill analysis, that GLP- RAs, including Trulicity (dulaglutide), Mounjaro (tirzepatide), and Zepbound (tirzepatide), cause ileus and bowel obstruction.

## II. Qualifications

I am an Associate Professor of Medicine at the University of Miami within the digestive health and liver disease division, Associate Chief of Medicine and the Chief of Gastroenterology at the Miami VA Health System, and a board-certified gastroenterologist and transplant hepatologist with a strong background in clinical and translational research.

I received my medical degree from the Christian Medical College where I graduated summa cum laude with six gold medals for outstanding achievement. I obtained my Master of Public Health in Epidemiology from the University of Minnesota School of Public Health. I then completed my residency in Internal Medicine at the Cleveland Clinic in Ohio in 2007, followed by specialist fellowship training in Gastroenterology and Transplant Hepatology. At the time of my training, the Cleveland Clinic was the #2 ranked program in the nation in Gastroenterology, attracting patients from all fifty states and nearly 100 countries worldwide. Following the completion of my Gastroenterology and Hepatology training, I accepted a teaching faculty position at the Cleveland Clinic, and as an assistant professor at the Cleveland Clinic Lerner College of Medicine of the Case Western Reserve University. Here, I saw patients, performed endoscopic procedures, and taught medical students, residents, and fellows. In 2015, I moved to Virginia as a teaching faculty at the Virginia Commonwealth University where I rose to the rank of associate professor, and as the medical director of liver transplantation at the Richmond VA Medical Center. Since 2019, I have served in my current role at the University of Miami and the Miami VA.

In addition to my decade-long career as a medical doctor, researcher and educator, I am currently the Chief of Gastroenterology and Hepatology at the Miami VA Health System in Miami, Florida, as well as the gastroenterology lead for VA Sunshine Health Care, the system of VA hospital and clinics located across Florida and Puerto Rico. I also serve on the Field Advisory Board for the VA national board for liver cancer and have previously served as the director of the Miami Cooperative Studies Program Network of Dedicated Enrollment Sites funded by the VA Office of Research and Development.

As a researcher, I focus primarily on chronic liver diseases such as hepatocellular carcinoma, cirrhosis, and primary biliary cholangitis. I am a federally funded principal investigator and have received numerous grants, totaling over $4,000,000, from federal funding agencies including the VA office of research and development and the national cancer institute, as well as national GI societies and industry. I have published nearly 150 abstracts and over 100 peer-reviewed journal articles. My publications, for many of which I am the principal author, have appeared in the world's most prestigious journals including Nature, JAMA Internal Medicine, Gastroenterology, Clinical Gastroenterology and Hepatology, Gut, Hepatology, American Journal of Gastroenterology, and the Journal of Hepatology, and have been cited over 5000 times. Specifically, I have fifty publications related to the epidemiology and outcomes of GI and liver

2

diseases, of which I am the first or senior author in twenty-eight. Many of them explicitly use similar methods as what I discuss in the literature review, including propensity score matching using the greedy nearest-neighbor algorithm, adjustment for confounders, identification of conditions and outcomes using ICD 9/10 codes and the use of event rates, and Cox proportional hazard models. I serve on the editorial board for one of the world's leading liver disease journals, Hepatology, and Digestive Diseases and Sciences. I have served as an associate editor for Digestive Diseases and Sciences and for Clinics in Liver Diseases. I serve as a reviewer for over two dozen medical journals and have reviewed several hundred manuscripts for the leading medical journals in the world, including the Annals of Internal Medicine, British Medical Journal, the American Journal of Gastroenterology, Clinical Gastroenterology and Hepatology and Gastroenterology. In my roles as a journal editor and reviewer, I am tasked to carefully review the quality of research manuscripts and make recommendations whether these manuscripts should be accepted for publication.

I have been nominated to serve on multiple prestigious committees for national Gastroenterology societies and currently serve on the clinical practice update committee and the research awards panel for the American Gastroenterological Association (AGA). On the AGA awards panel, I review grants related to Gastroenterology from leading researchers from all over the United States and make recommendations on the most meritorious grants to fund. I also currently serve on the annual education committee for the American Association for the Study of Liver Diseases and have previously served on the clinical research committee for the American College of Gastroenterology. I have taught several hundred medical students, internal medicine residents, and gastroenterology fellows throughout my career, across four different medical schools, including bedside rounds on the management of patients with ileus and bowel obstruction. Additionally, I have given hundreds of lectures at international and national meetings. I was the founder and course director for the Cleveland Clinic gastroenterology board review, where I taught physicians on how to prepare for the gastroenterology board exams. I have personally served as the principal research mentor for over fifty trainees. I have been elected as a fellow of the American College of Gastroenterology and as a fellow of the American Association for the Study of Liver Diseases. Additionally, I have been invited to serve on several national and international guidelines panels that produce guideline recommendations to help my peers practice in the most evidence-based manner.

I am very familiar with the methodology of epidemiological studies that I have reviewed for this report. In fact, most recently, I published research on the association of GLP-1RAs with liver-related outcomes and mortality among individuals with harmful alcohol use in the American Journal of Gastroenterology.

In summary, as someone with training in epidemiology, I have a deep understanding of the strengths and limitations of the published literature. As an accomplished author who has published in the world's leading medical journals, I understand the strengths and limitations of the study methodologies used. And finally, as a board-certified practicing gastroenterologist and hepatologist who prescribes these medications but also sees patients with serious gastrointestinal side effects related to these medications, I have an understanding of the clinical management of these patients in practice.

3

## III.  Methodology

I searched PubMed to identify studies published from inception. I repeated the search on November 27, 2025, to try to obtain the most up to date literature. The search terms and strategy were as follows:

Search terms:

("GLP-1", OR "GLP1-RA" OR "glucagon like peptide 1 receptor agonists", OR "glucagon-like peptide-1 receptor agonists", OR semaglutide OR exenatide OR liraglutide OR lixisenatide OR dulaglutide OR tirzepatide) AND ("paralytic ileus" OR "intestine obstruction," OR "small intestine obstruction," OR "small bowel obstruction," OR ileus OR "intestinal obstruction," OR "small intestinal obstruction," OR "bowel obstruction")

I conducted an initial screening for eligible studies by evaluating the titles, and if suitable, reviewing the abstracts, looking for literature that discussed GLP-1RA medications and ileus or bowel obstruction outcomes. Additionally, once suitable articles were identified the references in those articles were checked to see if any publications were missed. I included any additional publications found through this reference checking in my review if they qualified for inclusion. I also reviewed abstracts presented at national gastroenterology conferences in the last two years (2024 and 2025) to identify high-quality studies that are related to the topic but had not yet been published. The rationale for this approach is that most high-quality abstracts that were presented more than two years ago are likely to have already been published and would appear in my PubMed search. However, recent studies are typically first presented at national conferences, before full publication in a peer-reviewed journal.

To identify studies on mechanism of bowel obstruction caused by GLP-1RA, search terms used were "bowel motility and glp-1 receptor agonists".

Studies were also identified from references of review articles on the topic.

Once I gathered the relevant literature, to determine whether there is a causal relationship with use of GLP-1RAs and ileus or bowel obstruction, I conducted a Bradford Hill analysis. In examining the literature as part of this analysis, I applied a systematic set of methodological criteria to each study, which I describe below. These criteria are derived from established principles of epidemiological study quality assessment and are applied consistently across all studies reviewed, regardless of whether the study's findings supported or contradicted an association.

Study Quality Criteria Applied:

I evaluated each study according to the following criteria, which are standard considerations in epidemiological research:

(1) Outcome Specificity: Studies that examined paralytic ileus (ICD-10 K56.0), ileus unspecified (K56.7), fecal impaction (K56.41), severe constipation (K59.0x), or drug-

4

induced constipation (K59.03) as discrete outcomes were given greater weight than studies that combined these outcomes with unrelated conditions that cause mechanical obstruction, such as intussusception (K56.1), volvulus (K56.2), gallstone ileus (K56.3), or adhesive obstruction (K56.5). This criterion is grounded in the established mechanism of GLP-1 receptor agonists: these drugs slow gastrointestinal motility, which produces functional ileus, not mechanical obstruction from anatomical causes. Combining mechanically unrelated outcomes with drug-induced hypomotility outcomes creates non-differential misclassification that biases the results toward the null.

(2) Confounder Adjustment: Studies that adjusted for medications known to cause ileus including opioids, antihistamines, calcium channel blockers, tricyclic antidepressants, antipsychotics, and anticholinergics were given greater weight than studies that did not adjust for these confounders. This criterion reflects the well-established pharmacological reality that multiple drug classes affect gastrointestinal motility, and failure to control for them introduces confounding that can obscure or exaggerate true associations.

(3) Comparator Selection: Studies using active comparators with no known effect on gastrointestinal motility (such as SGLT-2 inhibitors) were given greater weight than studies using comparators that themselves affect motility (such as DPP-4 inhibitors, which modestly raise endogenous GLP-1 levels).

(4) Additionally, SGLT-2 inhibitors are considered an adequate active comparator since they are clinically used at a similar disease stage to GLP-1RAs, unlike comparators like insulin, which is typically prescribed to patients with longer-duration, and more severe diabetes. This criterion ensures that observed differences reflect the drug's effect rather than differences in underlying patient populations or confounding by the comparator drug's own effects.

(5) Exposure Verification: Studies that attempted to confirm ongoing exposure through continuous prescription fills or other measures of treatment duration were given greater weight than studies that used an intention-to-treat approach, in which patients were classified as exposed based solely on their initial prescription without accounting for subsequent discontinuation. This criterion addresses the epidemiological principle that exposure misclassification (i.e, counting non-adherent patients as exposed) biases results toward the null.

(6) Study Design: New-user, active-comparator designs were given greater weight than prevalent-user designs, consistent with established pharmacoepidemiological methodology. New-user designs follow patients from their first prescription, ensuring that early adverse events are captured rather than missed because affected patients stopped the drug before the study began.

(7) Population Generalizability: Studies examining the general population of GLP-1 receptor agonist users were given greater weight than studies restricted to specialized populations (such as patients with inflammatory bowel disease (IBD) or ICU patients) whose baseline risk profiles and confounding structures differ substantially from typical users.

5

(8) Statistical Power: Studies with adequate sample sizes and event counts to detect clinically meaningful differences were given greater weight than studies that were underpowered, as reflected by very participants and few events.

I applied these eight criteria consistently to every study I reviewed. In the individual study discussions that follow, I identify which criteria each study satisfied and which it did not, and I explain how these considerations affected my assessment of each study's contribution to the overall evidence base.

Additionally, and importantly, I considered in my analysis that many of the studies had a non-differential bias because the outcomes combined mechanical obstruction with ileus. This likely masks the true associations between GLP-1RA medications and ileus.

# IV. Background

## A. What is bowel obstruction?

### The Digestive System

Image from National Institute of Diabetes and Digestive and Kidney Diseases, Your Digestive System & How it Works, National Institute of Health (Dec. 2017), https://www.niddk.nih.gov/health-information/digestive-diseases/digestive-system-how-it-works

6

The picture above shows a representation of the digestive system. Food is ingested through the mouth and goes past the food pipe or esophagus, into the stomach, and then through the small intestine (small bowel) and the large intestine (or the colon). During this process, nutrients and water are absorbed by the body, and the final waste products are excreted as stool. Bowel obstruction refers to the interruption in the normal movement of contents inside the bowel (small or large intestine).

Bowel obstruction may be categorized by location: small bowel obstruction (approximately 80% of cases) or large bowel obstruction, also called colonic obstruction (approximately 20% of cases).

Bowel obstruction may also be categorized by mechanism: mechanical obstruction, where a physical narrowing blocks the flow of contents, or functional obstruction (ileus), where motility decreases in the absence of any physical blockage.

The most common causes of mechanical bowel obstruction include adhesions from prior surgeries (where bowel can "stick" to each other), hernias, cancers causing narrowing, twisting of the bowel (volvulus), inflammation of the bowel with diseases like Crohn's disease, and severe constipation leading to fecal retention.

About one in three individuals with mechanical bowel obstruction need surgical treatment to avoid serious complications. Serious complications of untreated bowel obstruction include bowel ischemia (decreased blood supply to the bowel) and perforation (rupture or leakage of bowel contents into the abdominal cavity), which can result in death.

Non-mechanical or functional obstruction, often referred to as ileus, involves reduced or absent peristalsis secondary to a disturbance of the neuromuscular transmission of the enteric nervous system in the wall of the intestine. Non-mechanical obstruction can be divided into paralytic ileus (affecting the small and large intestines) and colonic pseudo-obstruction which affects the colon. Paralytic (adynamic) ileus is characterized by a functional impairment of gastrointestinal motility resulting from neuromuscular dysfunction of the enteric nervous system, involving the myenteric (Auerbach's) and submucosal (Meissner's) plexuses. This dysfunction leads to failure of coordinated peristaltic activity, producing a functional intestinal obstruction. Consequently, fluid and gas accumulate within the bowel lumen, resulting in intestinal distension and clinical manifestations including nausea or vomiting, hypoactive or absent bowel sounds, and cessation of flatus and stool passage. Patients with severe ileus or severe constipation can retain large amounts of stool in the small bowel and/or colon, which usually resolves with non-operative management and treatment of the underlying cause. However, in some cases, retention of large amounts of stool due to ileus can lead to impaction (hardening of stool) which in turn can lead to mechanical bowel obstruction. However, this is not the most common cause of mechanical bowel obstruction, and other causes such as adhesions from prior surgery and hernias are more common.

## B. What are the risk factors of bowel obstruction and ileus?

7

Risk factors for mechanical bowel obstruction include, but are not limited to, previous abdominal operations, radiation to the abdomen, other abdominal diseases such as inflammatory bowel disease, and cancer.

Risk factors for ileus include recent abdominal surgery (called post-operative ileus), medications. electrolyte imbalance (such as low potassium in the blood), diabetes mellitus with diabetic ketoacidosis or with diabetic autonomic neuropathy, and neurological conditions such as Parkinson's.

The most common medications causing ileus include (a) narcotic pain medications (b) some antihistamines (c) certain anti-psychotic medications such as Clozapine (d) antidepressants such as amitriptyline (e) certain antihypertensive medications such as Nifedipine or Amlodipine and (f) medications in the GLP-1 receptor agonist drug class that are used to treat diabetes and obesity.

## C. What are the clinical signs and symptoms of bowel obstruction and ileus?

Symptoms of mechanical bowel obstruction and ileus are similar and often indistinguishable from each other.

The most common symptoms of both mechanical bowel obstruction and ileus are nausea and vomiting. These symptoms are most pronounced in patients with proximal bowel obstruction and less pronounced with colonic or distal bowel obstruction.

Patients can have severe abdominal pain, or cramping. They may have abdominal bloating or distension. They also have constipation and sometimes obstipation (the inability to pass gas or flatus).

On examination, the patients may be dehydrated due to vomiting and inability to take liquids by mouth and may have a fast heart rate and/or low blood pressure. On examination of the abdomen, it may be tender to touch and distended. On listening with a stethoscope, there may be abnormal "tinkling" of bowel sounds.

## D. How do we diagnose mechanical bowel obstruction and ileus?

Often the first test is a plain x-ray of the abdomen which should be taken both with the patient upright and lying down. The x-ray often shows dilated bowel loops and "air-fluid levels". This occurs because air rises and fluid settles, and the boundary between them creates a horizontal line. An x-ray can also detect complications such as bowel perforation (rupture). Mechanical small bowel obstruction is characterized by "dilated small bowel proximal to the site of obstruction with decompressed distal bowel."[2] Small bowel dilatation is defined as 2.5 cm or larger. In mechanical small bowel obstruction, small bowel dilation is disproportionately greater

---

[2] Paulson EK, Thompson WM. Review of small-bowel obstruction: the diagnosis and when to worry. Radiology. 2015 May;275(2):332-42).

than the colon. There is a sharp cutoff at the site of obstruction, called a transition point, which is a change in the diameter (caliber) of the bowel, which occurs because of the accumulation of intestinal contents and air proximal (upstream) to the obstruction, but none distal to it.

In contrast, there is generalized dilation of both small and large bowel loops with ileus. Air-fluid levels are seen within these dilated loops, but there is a lack of a transition point. In ileus, gas extends throughout the large bowel, including the rectum as observed in the x-ray below.



Image from Radiopaedia, Adynamic Ileus (Oct. 2024). https://doi.org/10.53347/rID-197237

A more definitive test is a CT scan of the abdomen done after administering IV contrast. A CT scan can detect a specific location of the obstruction, called a transition point, similar to that described with the plain x-ray of the abdomen, which is seen with mechanical bowel obstruction but not with ileus. The CT scan image below shows a patient with mechanical bowel obstruction, with the white arrow indicating the transition point. The small bowel proximal to the transition point is dilated while that distal to the transition point is collapsed. There is usually no air in the colon or rectum with mechanical obstruction.

Some patients with severe hypomotility of the small bowel can present with a bezoar. A bezoar is a mass of tightly packed, partially digested or undigested material and often occurs in patients with altered gastrointestinal anatomy or hypomotility and may be found in the small bowel. Although small intestinal bezoars occur secondarily to gut hypomotility, they can lead to mechanical small bowel obstruction. A fecolith (fecalith or fecaloma) is a hardened mass of stool that forms most commonly in the colon or appendix and develops when fecal material becomes dehydrated and hard. This occurs in the setting of severe hypomotility of the colon and is

9

associated with constipation, and like a bezoar in the small bowel, this too can cause mechanical obstruction, but in the large bowel.



Image from Sleisenger and Fordtran's Gastrointestinal and Liver Disease- Pathophysiology, Diagnosis, Management 11th Edition

A CT scan also indicates the severity of mechanical bowel obstruction or ileus, based on the degree of dilation of the bowel. A CT scan can also identify specific causes of mechanical bowel obstruction such as hernias, cancers, and inflammation. Additionally, it can detect complications such as perforation and, sometimes, changes of bowel ischemia.

### E. How do we differentiate mechanical bowel obstruction and ileus when a patient presents with clinical features of bowel obstruction?

When patients present with clinical features of bowel obstruction, clinicians may use a combination of risk factors, physical exam and imaging studies to differentiate between mechanical obstruction and ileus. However, there remains a third group of patients that have clinical features and imaging that could represent either mechanical obstruction or ileus, where a skilled clinician can often (but not always) make a diagnosis of one of the two by a combination of risk factors and clinical course. Patients who present without classical features of mechanical small bowel obstruction or ileus can result in misclassification of the diagnosis.

|  | Mechanical Bowel Obstruction | Partial bowel obstruction Vs. Ileus | Ileus |
|---|---|---|---|
| Risk Factors | Prior bowel surgery (adhesions), known hernia, inflammatory bowel disease | No clear risk factors | Recent surgery, medications (such as opioids) |
| History | Nausea, vomiting, abdominal pain, distension, constipation, obstipation | Nausea, vomiting, abdominal pain, distension, constipation, obstipation | Nausea, vomiting, abdominal pain, distension, constipation, obstipation |
| Physical Exam | High-pitched, "tinkling" sounds | Neither high pitch or absent bowel sounds | Uniformly reduced or absent bowel sounds |
| Imaging | Transition point on CT scan. Other clues include evidence of Crohn's disease, intussusception or hernia on CT | No radiological features classic for either mechanical bowel obstruction or ileus | Dilated small bowel and colon, with no transition point |

## F. How do we manage patients with bowel obstruction and ileus?

The management of bowel obstruction depends upon (1) type-mechanical vs. ileus (2) the cause, (3) severity, and (4) presence of complications.

The goals of management are to relieve abdominal pain and distension, treat dehydration, and operative treatment in up to a third of cases. Surgery is indicated in cases of bowel complications, like ischemia or perforation, and for treatment of conditions that require surgical correction (such as an obstructed or incarcerated hernia or obstruction due to malignancy). In the absence of surgical indications, patients are managed nonoperatively, with placement of an NG tube suction, nil by mouth, IV fluids, and treatment of bowel inflammation if present. Patients with severe constipation and stool impaction may require laxatives by mouth or as enemas.

## G. What is the prevalence and mortality associated with ileus?

In a study from the National inpatient sample from the United States, it was noted that the number of hospitalizations for the diagnosis of paralytic ileus increased from 362,561 in 2001 to 470,110 in 2011.[3] In-hospital, all-cause mortality decreased from 6.03% to 5.10% between the

---

[3] Solanki, Shantanu et al. "Paralytic ileus in the United States: A cross-sectional study from the national inpatient sample." *SAGE open medicine* vol. 8 (2020). doi.org/10.1177/20503121209626.

same years.[4]  The average cost of care per hospitalization, however, increased from $19,739 to $26,198, adjusted for inflation.[5]

## V.  The Causal Relationship Between GLP-1 Receptor Agonists and Ileus/Obstruction

### A. What is the mechanism underlying GI motility?

Gastrointestinal transit is driven by coordinated motor activity known as peristalsis. In the fasting state, a distinct pattern of peristaltic activity—the migrating motor complex (MMC)—emerges. The MMC consists of cyclic, rhythmic contractions occurring approximately every 90–120 minutes, originating in the stomach or proximal small intestine. These contractions serve a "housekeeping" function by propelling residual undigested material, sloughed epithelial cells, bacteria, and secretions distally toward the colon. During MMC activity, gastrointestinal sphincters remain relatively relaxed, facilitating the passage of even larger particulate matter through the gastrointestinal tract.

### B. What are GLP-1 and GIP?

Glucagon-like peptide-1 (GLP-1) is an incretin hormone secreted by intestinal L-cells in the small intestine. In addition to regulating blood sugar through stimulating insulin secretion and decreasing glucagon secretion, GLP-1 also plays a role in gastrointestinal motility by reducing gastric emptying and slowing intestinal transit. Glucose-dependent insulinotropic polypeptide (GIP) is produced by the small intestinal K cells and plays a role in increasing glucose-dependent stimulation of insulin secretion. However, GIP has no effect on reduction of gastric emptying or intestinal hypomotility.

### C. What are GLP-1 receptor agonists and why are they analyzed together?

GLP-1 receptor agonists (GLP-1RAs) are a class of drug[6] that include several different synthetic analogs: liraglutide, semaglutide, dulaglutide, and tirzepatide. GLP-1RAs or dual -acting GLP-1 and GIP receptor agonists reduce blood sugars through several mechanisms. They stimulate glucose-dependent insulin release, slow gastric emptying, regulate postprandial glucagon, and reduce food intake. Synthetic GLP-1 receptor agonists are more resistant to degradation by the enzyme dipeptidyl peptidase 4 (DPP-4) than natural GLP-1 receptors, resulting in a longer half-life that enables clinical use. Additionally, weight loss is common with GLP-1-based therapies

---

[4] *Id.*

[5] *Id.*

[6] The U.S. Department of Health and Human Services Food and Drug Administration define a Pharmacologic Class as a "group of drugs that share scientifically documented properties." (Guidance for Industry and Review Staff: Labeling for Human Prescription Drug and Biological Products — Determining Established Pharmacologic Class for Use in the Highlights of Prescribing Information, Section III.A.). These scientifically documented properties could be mechanism of action (MOA) at the receptor, membrane, or tissue level; physiologic effect (PE) at the organ, system, or whole-body level; or the chemical structure (CS) of the drugs. (*See id.* at III.A.1-3.).

and occurs due to both slowed gastric emptying and increased satiety. Therefore, these drugs are commonly used in the treatment of type 2 diabetes and obesity.

Three GLP-RAs are produced by Eli Lily:

Trulicity – A once weekly injectable containing dulaglutide; approved in the U.S. on September 18, 2014

Mounjaro – A once weekly injectable containing tirzepatide; approved in the U.S. on May 13, 2022

Zepbound – A once weekly injectable containing tirzepatide: approved in the U.S. on November 8, 2023

An additional five GLP-RAs are produced by Novo Nordisk:

Victoza – A once daily injectable containing liraglutide; approved in the U.S. on January 25, 2010

Saxenda – A once daily injectable containing liraglutide; approved in the U.S. on December 23, 2014

Ozempic – A once weekly injectable containing semaglutide; approved in the U.S. on December 5, 2017

Rybelsus – A once daily tablet containing semaglutide; approved in the U.S. on September 20, 2019

Wegovy – A once weekly injectable containing semaglutide; approved in the U.S. on June 4, 2021

While these drugs do not have the exact same formulations, they all act through the same mechanism: binding to and activating the body's GLP-1 receptors, mimicking the same metabolic and physiological effects of the GLP-1 hormone, in turn slowing gastric and intestinal motility. As described below in the mechanism section, activation of GLP-1 receptors, which are primarily found in the stomach and intestine, slows gastric emptying and small intestinal transit. GLP-1 receptor agonists slow gastrointestinal motility by disrupting the MMC, the cyclic pattern of contractions that clears the gut between meals. When this slowing becomes excessive, the result is ileus and, in severe cases, bowel obstruction.

Tirzepatide also acts as a gastric inhibitory polypeptide (GIP) analog. Like GLP-1, GIP is a hormone that stimulates insulin secretin. However, studies show the addition of the GIP analog does not remediate its GLP-1 receptor agonist effect. Urva et al compared gastric emptying times of dulaglutide (a GLP-1RA) and tirzepatide (GLP-1/GIP RA) and found that both caused similar delays in gastric emptying times.[7] In a 2004 paper by Meier et al[8], intravenous infusions of GIP in adult male patients did not reduce gastric emptying times compared to patients receiving a

---

[7] Urva, Shweta et al. "The novel dual glucose-dependent insulinotropic polypeptide and glucagon-like peptide-1 (GLP-1) receptor agonist tirzepatide transiently delays gastric emptying similarly to selective long-acting GLP-1 receptor agonists." *Diabetes, obesity & metabolism* vol. 22,10 (2020): 1886-1891. doi:10.1111/dom.14110.

[8] Meier, Juris J et al. "Gastric inhibitory polypeptide does not inhibit gastric emptying in humans." *American journal of physiology. Endocrinology and metabolism* vol. 286,4 (2004): E621-5. doi:10.1152/ajpendo.00499.2003.

13

placebo. Another study found that, although both GLP-1 and GIP receptors are present in the small bowel and both GLP-1 and GIP abolish the migratory myoelectric complexes (MMC) in the small bowel in rats, the effect of GLP-1 was 2.6 to 16.7 times more potent that GIP. This corroborates that the mechanism of hypomotility in the small bowel with combined GLP-1/GIP agonists is mediated primarily through GLP-1.[9]

These results suggest that tirzepatide affects gastrointestinal motility independently of GIP and through the same mechanism as other GLP-1 receptor agonists. Consistent with this, the labels for all GLP-1 receptor agonists produced by Eli Lilly and Novo Nordisk list delayed gastric emptying as a mechanism of action.

Because these drugs have the same mechanism of action that can result in intestinal dysmotility, I consider the literature regarding GLP-RAs together.[10] This decision is supported by studies that compared the effects of each on gastrointestinal adverse events, including bowel obstruction in some, and found similar rates.[11] For these reasons, I consider all GLP-1 receptor agonists together as a class in this report.

I am not relying on the FDA's decision making, but it should be noted that my decision aligns with the FDA's own treatment of GLP-1 receptor agonists as a class, and specifically with respect to ileus. In 2022, the FDA issued a class-wide recommendation that all GLP-1 receptor agonists add an ileus warning to their labels under the Adverse Reactions section.[12] Notwithstanding the fact that no instances of intestinal obstruction or ileus were reported at that time for tirzepatide in the case series on which the decision was in part made due to little available data, an ileus warning was still recommended for the medication. Since then, the label for each of the drugs listed above has added an ileus warning.[13]

---

[9]Edholm, T et al. "The incretin hormones GIP and GLP-1 in diabetic rats: effects on insulin secretion and small bowel motility." *Neurogastroenterology and motility* vol. 21,3 (2009): 313-21. doi:10.1111/j.1365-2982.2008.01229.x.

[10] Specifically, I reviewed studies that included all GLP-1RAs, not just those involved in this litigation, based on the shared mechanism of action.

[11] *See* Derington, Catherine G et al. "Liraglutide vs Semaglutide vs Dulaglutide in Veterans With Type 2 Diabetes." *JAMA network open* vol. 8,10 (2025):e2537297 doi:10.1001/jamanetworkopen.2025.37297 (showing similar rates of intestinal obstruction between liraglutide, dulaglutide, and semaglutide); Crisafulli, Salvatore et al. "Comparative Gastrointestinal Safety of Dulaglutide, Semaglutide, and Tirzepatide in Adults With Type 2 Diabetes." *Annals of internal medicine*, 10.7326/ANNALS-25-01724. 4 Nov. 2025, doi:10.7326/ANNALS-25-01724 (finding similar rates of gastrointestinal adverse events reported among dulaglutide, semaglutide, and tirzepatide in a 2025 population-based study).

[12] The decision to add the warning was based on an analysis of, among other things, studies of the drugs, the biologically plausible mechanism, and post-marketing data. *See* U.S. Food and Drug Administration, Center for Drug Evaluation and Research, Office of Surveillance and Epidemiology, Pharmacovigilance Review: Intestinal Obstruction with Glucagon-Like Peptide-1 Receptor Agonists (Nov. 1, 2022), Reference ID: 5070612 ("FDA 2022 Report"). In fact, after Eli Lilly challenged the FDA review and request to add ileus to the label, the FDA responded: "We believe there is sufficient evidence to support a causal association between the glucagon-like peptide- I receptor agonists (GLP- 1 RAs) *class of products*, including dulaglutide, and the adverse reaction ileus and are therefore again requesting that 'ileus' be added to section 6.2 of the prescribing information." Letter from FDA to Eli Lilly (Nov. 7, 2022), LLY-GLPMDL-08506750 (emphasis in original).

[13] Trulicity (dulaglutide) [prescribing information]. Indianapolis, IN: Eli Lilly and Company; 2022. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2022/125469s051lbl.pdf; Saxenda (liraglutide) [prescribing information]. Plainsboro, NJ: Novo Nordisk Inc.; 2023. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2023/206321s016lbl.pdf; Victoza (liraglutide) [prescribing

The composition of these medications, the manner in which they have been studied, their mechanism of action is the same and therefore, it is appropriate to analyze them as a group.

## D. What is the mechanism by which GLP-1 receptor agonists cause slowed motility?

GLP-1RAs suppress gastrointestinal motility through both central pathways (via the vagus nerve) and peripheral pathways (via the enteric nervous system).[14] The result of this neural signaling is disruption of the migrating motor complex, the cyclic pattern of contractions that clears the gut between meals.

The MMC is a cyclic pattern of coordinated contractions that occurs approximately every 90 to 120 minutes in the fasting state. Phase III of the MMC represents maximal contractile activity and serves a housekeeping function by propelling residual undigested material, bacteria, and secretions toward the colon. GLP-1RAs disrupt this clearance mechanism by prolonging the MMC cycle length and abolishing phase III activity. In a 2001 study by Tolessa et al, MMC cycle length in rats increased from approximately 15 minutes at baseline to over 60 minutes with GLP-1 infusion, with complete abolition of phase III at higher doses.[15]

An earlier 1998 study by Tolessa et al demonstrated dose-dependent slowing of small intestinal transit in rats, with the small intestine proving more sensitive to GLP-1's inhibitory effects than the stomach.[16] Transit of contents in the small intestine was inhibited at the lower dosage of GLP-1 of 10 pmol/kg/min, which increases plasma concentrations of the peptide within a physiological range. In contrast, a higher dosage of GLP-1 was required to retard gastric emptying. The observation that GLP-1 targets the motor function of the small intestine rather than the stomach has important clinical implications, as small intestinal stasis may occur even when gastric emptying effects are modest.

---

information]. Plainsboro, NJ: Novo Nordisk Inc.; 2023. Available at:
https://www.accessdata.fda.gov/drugsatfda_docs/label/2023/022341s039lbl.pdf; Ozempic (semaglutide) [prescribing information]. Plainsboro, NJ: Novo Nordisk Inc.; 2023. Available at:
https://www.accessdata.fda.gov/drugsatfda_docs/label/2023/209637s020s021lbl.pdf; Rybelsus (semaglutide) [prescribing information]. Plainsboro, NJ: Novo Nordisk Inc.; 2023. Available at:
https://www.accessdata.fda.gov/drugsatfda_docs/label/2023/213051s012lbl.pdf; Wegovy (semaglutide) [prescribing information]. Plainsboro, NJ: Novo Nodisk Inc.; 2022. Available at:
https://www.accessdata.fda.gov/drugsatfda_docs/label/2022/215256s005lbl.pdf; Mounjaro (tirzepatide) [prescribing information]. Indianapolis, IN: Eli Lilly and Company; 2023. Available at:
https://www.accessdata.fda.gov/drugsatfda_docs/label/2023/215866s002s006lbl.pdf; Zepbound (tirzepatide) [prescribing information]. Indianapolis, IN: Eli Lilly and Company; 2023. Available at:
https://www.accessdata.fda.gov/drugsatfda_docs/label/2023/217806s000lbl.pdf.

[14] Tolessa, T et al. "Glucagon-like peptide-1 retards gastric emptying and small bowel transit in the rat: effect mediated through central or enteric nervous mechanisms." *Digestive Diseases and Sciences* vol. 43,10 (1998): 2284-90. doi:10.1023/a:1026678925120.

[15] Tolessa, T et al. "The inhibitory mechanism of GLP-1, but not glucagon, on fasted gut motility is dependent on the L-arginine/nitric oxide pathway." *Regulatory Peptides* vol. 98,1-2 (2001): 33-40. doi:10.1016/s0167-0115(00)00220-2.

[16] Tolessa (1998).

15

Human data confirm these animal findings. In a 2016 randomized controlled trial, Thazhath et al evaluated the effects of intravenous exenatide on small intestinal motility in both healthy subjects (10 participants) and patients with Type 2 Diabetes Mellitus (10 participants) using combined manometry-impedance catheters and scintigraphy.[17] The investigators administered intraduodenal glucose while measuring duodenal motility, flow events, and small intestinal transit.

Exenatide "markedly suppressed duodenal motility and flow in both groups: duodenal pressure waves and motility indices were significantly reduced (P < 0.05) and antegrade flow events" (the movements of intestinal contents in the forward direction) were substantially fewer compared to control.[18] Small intestinal transit was so slowed that in every subject receiving exenatide, whether healthy or diabetic, the radiolabeled test meal failed to reach the cecum within four hours, whereas control subjects completed transit in approximately two hours. This represents at minimum a doubling of small intestinal transit time. The suppression of motility occurred independently of nausea, establishing it as a direct pharmacologic action rather than a secondary autonomic response. 3-O-methylglucose absorption (a marker of intestinal glucose uptake) was also significantly reduced with exenatide in both healthy subjects and diabetic patients (P < 0.001 and P < 0.001, respectively), demonstrating that the inhibition of motility has functional consequences for nutrient absorption.

Further clinical evidence comes from a 2017 study by Nakatani et al, which used capsule endoscopy to directly visualize the effects of liraglutide on gastrointestinal transit and residue accumulation in 14 patients with Type 2 Diabetes Mellitus.[19] Before and after liraglutide administration, the investigators measured gastric transit time, duodenal and small intestinal transit time, and gastrointestinal residue rates using the Boston Bowel Preparation Scale. In patients without diabetic neuropathy (7 participants), gastric transit time increased significantly from 1:01:30 (hours:minutes:seconds) to 2:33:29 hours after liraglutide administration (P = 0.03), more than doubling. Duodenal and small intestinal transit time in the same group increased significantly from 3:51:03 to 6:45:31 hours (P = 0.03), nearly doubling transit time through the small bowel. Gastrointestinal residue rates increased dramatically in all patients: from 32.1% to 90.0% in patients with DN (P < 0.001), and from 32.1% to 78.3% in patients without DN (P < 0.001). This near-tripling of intestinal residue demonstrates that when gut clearance mechanisms are suppressed, material accumulates substantially.

The Nakatani study also revealed an important finding relevant to interpreting the epidemiological literature. The magnitude of GLP-1RA effects on motility varies with baseline autonomic function. In patients with diabetic neuropathy (DN, 7 participants), liraglutide did not significantly prolong gastric transit time (from 1:12:36 to 0:48:40 hours, P = 0.19), and the effect on small intestinal transit was attenuated compared to patients without diabetic neuropathy. This finding has a biological explanation: neuropathy damages the vagal pathways through which GLP-1 exerts its motor effects, producing a floor effect where the drug cannot further slow a gut

---

[17]Thazhath, SS et al. "The glucagon-like peptide 1 receptor agonist exenatide inhibits small intestinal motility, flow, transit, and absorption of glucose in healthy subjects and patients with type 2 diabetes: a randomized controlled trial." *Diabetes* vol. 65,1 (2016): 269-75. doi:10.2337/db15-0893.

[18]*Id.*

[19]Nakatani, Y et al. "Effect of GLP-1 receptor agonist on gastrointestinal tract motility and residue rates as evaluated by capsule endoscopy." *Diabetes & Metabolism* vol. 43,5 (2017): 430-437. doi:10.1016/j.diabet.2017.05.009.

already impaired by nerve damage. The investigators concluded that these GI movement-inhibiting effects may be decreased or absent in patients with DN-associated dysautonomia.[20]

This observation carries direct implications for interpreting the epidemiological studies discussed in this report. Studies conducted exclusively in diabetic populations may underestimate the true association between GLP-1RAs and ileus, because patients with diabetic autonomic neuropathy may have a diminished motility response to these drugs. GLP-1RA users without diabetes, such as those using these medications for weight loss, may experience more pronounced slowing of gastrointestinal motility and thus be at higher risk for ileus and bowel obstruction.

Clinical data confirm that suppressed motility translates to retained intestinal contents. GLP-1RA users have significantly higher rates of inadequate bowel preparation for colonoscopy.[21] As demonstrated by the Nakatani capsule endoscopy study, small bowel residue rates increase dramatically regardless of neuropathy status. When the gut's clearance mechanisms are suppressed, material accumulates. Prolonged accumulation leads to inspissation (hardening and thickening of intestinal contents), which can progress from functional ileus to fecal impaction and, in severe cases, mechanical obstruction.

As reviewed by Smits et al, in the fasting state, GLP-1 increases the cycling length of the MMC, disrupting the predictable "recurring motor pattern that facilitates propulsion of indigestible substances toward the colon."[22] After meals, GLP-1 reduces electrical spiking activity, which reduces contractility and thus mucosal exposure to chyme. These effects establish that GLP-1RAs affect multiple aspects of intestinal physiology involved in the normal propulsion of contents through the gastrointestinal tract.

In summary, the mechanism by which GLP-1RAs cause gastrointestinal hypomotility is supported by animal electromyography, human manometry, human scintigraphy, and human capsule endoscopy. GLP-1RAs abolish the housekeeping function of the MMC, dramatically slow small intestinal transit, and cause substantial accumulation of gastrointestinal residue. These pharmacological effects are the intended mechanism of action for weight loss (patients feel full because their gut contents move slowly), but when this intended slowing becomes excessive, ileus and bowel obstruction result.

### E. What does the epidemiological evidence show?

Epidemiology often relies on the observation of associations between exposures and outcomes to identify potential risk factors for disease.[23] Just as a statistical association does not, by itself, prove a causal relationship,[24] the absence of a statistically significant association in a specific

---

[20] *Id.*
[21] Cole, JL and Stark, JE. "Impact of Glucagon-like Peptide-1 Receptor Agonists on Bowel Preparation for Colonoscopy: A Large, Matched Regional Cohort." *Annals of Pharmacotherapy* (2025): 1-8. doi:10.1177/10600280251349583.
[22] Smits, MM et al. "Gastrointestinal actions of glucagon-like peptide-1-based therapies: glycaemic control beyond the pancreas." *Diabetes, Obesity and Metabolism* vol. 18,3 (2016): 224-35. doi:10.1111/dom.12593.
[23] Rothman K.J., Greenland S., & Lash T.L. *Modern Epidemiology* (Philadelphia: Wolters Kluwer Health/Lippincott Williams & Wilkins, 3d ed. 2008), 25-31.
[24] Hill, Austin Bradford. "The Environment and Disease: Association or Causation?." Proceedings of the Royal Society of Medicine vol. 58,5 (1965): 295-300. doi:10.1177/003591576505800503.

study does not definitively rule out a causal link.[25] So the question of causation often persists even when epidemiological studies fail to find a strong association, as these results can be masked by several factors.[26] For instance, a study may be underpowered, "meaning the sample size is too small to detect the true effect, leading to a "false negative or Type II error."[27] Furthermore, if the induction period—the time from exposure to the biological onset of disease—is long, short-term epidemiological studies may fail to capture the association entirely.[28] In such cases, researchers often look toward biological plausibility and mechanistic evidence to bridge the gap left by observational data. Confounding, by way of another example, occurs when an external variable is associated with both the exposure and the outcome, potentially creating a distorted picture of the relationship.[29] Likewise, biases, such as non-differential bias which I explain in more detail below, can further systematically pull the results away from the true value.[30]

Despite these hurdles, a causal inference can still be reached through a rigorous weight-of-the-evidence approach.[31] By accounting for known biases, epidemiologists can conclude that an association is likely causal when the alternative explanations—bias, chance, and confounding—become less credible than the causal hypothesis itself.[32] And in many instances, the magnitude of the statistical association may be slight, yet a causal link develops due to the consistency of evidence and biological mechanisms.[33] For example, while the relative risk for lung cancer among non-smokers exposed to second-hand smoke is often cited as a modest 1.2 to 1.3, the causal link is considered definitive.[34] This acceptance stems from the known presence of carcinogens in tobacco smoke and the observed dose-response relationship in biomarkers.[35] Likewise, studies on the risk of leukemia or solid tumors from low-dose medical imaging often yield small risk estimates that are difficult to distinguish from background noise.[36] Nevertheless,

---

[25] Greenland, S., Senn, S. J., Rothman, K. J., Carlin, J. B., Poole, C., Goodman, S. N., & Altman, D. G. Statistical tests, P values, confidence intervals, and power: a guide to misinterpretations. *European Journal of Epidemiology* vol. 31, 4 (2016): 337–350. doi: 10.1007/s10654-016-0149-3.

[26] Kundi, M. Causality and the interpretation of epidemiologic evidence. *Environmental Health Perspectives* vol. 114, 7 (2016): 969–974. doi: 10.1289/ehp.8297.

[27] Biau, D. J., Kerneis, S., & Porcher, R. Statistics in brief: The importance of sample size in the planning and interpretation of medical research. *Clinical Orthopaedics and Related Research* vol. 466, 9 (2008): 2282–2288. doi: 10.1007/s11999-008-0346-9.

[28] Hicks B., Kaye J., et al. (2023). The application of lag times in cancer pharmacoepidemiology: a narrative review. *Annals of Epidemiology* 84: 25-32. DOI: 10.1016/j.annepidem.2023.05.004.

[29] Song, J. W., & Chung, K. C. Observational studies: cohort and case-control studies. *Plast Reconstr Surg.* vol.126, 6 (2010): 2234-2242. doi: 10.1097/PRS.0b013e3181f44abc.

[30] Wacholder S., Hartge P., Lubin J.H., Dosemeci M. Non-differential misclassification and bias towards the null: a clarification. *Occup Environ Med* vol. 52, 8 (1995):557-8. doi:10.1136/oem.52.8.557.

[31] *See generally* Kundi (2006).

[32] *Id.*

[33] Hill (1965).

[34] U.S. Department of Health and Human Services, *The Health Consequences of Involuntary Exposure to Tobacco Smoke, Chapter 7. Cancer Among Adults from Exposure to Secondhand Smoke*(Centers for Disease Control and Prevention 2006), available at https://www.ncbi.nlm.nih.gov/books/NBK44330/.

[35] U.S. Department of Health and Human Services, *The Health Consequences of Involuntary Exposure to Tobacco Smoke, Chapter 3. Assessment of Exposure to Secondhand Smoke* (Centers for Disease Control and Prevention 2006), available at https://www.ncbi.nlm.nih.gov/books/NBK44330/.

[36] National Research Council, *Health Risks from Exposure to Low Levels of Ionizing Radiation: BEIR VII Phase 2* (2006), available at https://nap.nationalacademies.org/resource/11340/beir_vii_final.pdf

based on models and molecular evidence, these associations are widely accepted as causal in regulatory and clinical environments.[37]

With this background in mind, I recognized that there are some studies finding an association between GLP-1 receptor agonists and ileus or bowel obstruction and others not. After reviewing the studies, it became evident that many are affected by non-differential bias as a result of the overinclusion of certain codes and loose use of the term "bowel obstruction". In this section, I explain a critical methodological issue known as non-differential bias that affects the interpretation of many studies in this field. Understanding this bias is essential because it explains why studies that combine ileus with mechanical obstruction which is unrelated to GLP-1RAs systematically underestimate the true association. Additionally, many studies were limited by sample size and therefore, a lack of adequate power to examine an uncommon outcome such as bowel obstruction. This was more pronounced when researchers performed subgroup analyses, that examined individual medications, or a small number of ICD 9/10 codes as the outcome. This is the likely explanation why even among studies that show an association between GLP-1RA medications and bowel obstruction, examination of each individual drug often failed to find a statistically significant association. This absence of association when the number of outcomes are low represents a well-known observation called a "type II error", which is the inability to detect an association when a relationship truly exists, because of inadequate sample size.

### 1. Use of ICD 9 and ICD 10 Codes in the Studies

International Classification of Diseases (ICD) codes are a standardized system for classifying diseases, illnesses, or injuries. They are used for research purposes and in various healthcare encounters to report diagnoses for billing and documentation. There have been various revisions of the codes, including the Ninth Revision (ICD9) and Tenth Revision (ICD10), with the latter being a newer and more expanded version that provides more detailed information regarding the diagnosis.[38]

Studies that use ICD 9/10 codes have several strengths. These include wide availability, and large sample sizes, that are particularly useful to study uncommon outcomes. Since ICD codes are uniformly recorded in electronic health records large, population-level studies can be performed. For some diagnoses, ICD codes demonstrate high specificity, meaning that when a code is present, the condition is likely truly present. The use of ICD 9/10 codes is especially valuable in epidemiological and health services research, where chart review at scale is impractical.

These studies also have limitations. Studies that have compared ICD 9/10 codes with chart validation have shown that ICD-9 and ICD-10 codes often have low sensitivity, meaning many true cases are not captured due to under-coding. Additionally, ICD codes are designed primarily for billing and administrative purposes, not for clinical precision, and may lack detail.

---

[37] *Id.*

[38] All of Us Research, What are ICD codes?, National Institute of Health, https://www.researchallofus.org/faq/what-are-icd-codes/.

The various ICD codes that are used for studies examining bowel obstruction are shown below:

K56.3-gallstone ileus (intestinal obstruction)
K56.4X-other impaction of intestine, fecal impaction
K56.6X-unspecified and other intestinal obstruction
K59.3x-megacolon
K31.5-obstruction of duodenum
K56.1-intussusception
K56.2-volvulus
K56.5x-intestinal adhesions with obstruction
K56.7-ileus
K59.2-neurogenic bowel
K56.0-paralytic ileus
K 59.0-constipation
K 59.00-constipation, unspecified
K 59.01-slow transit constipation
K 59.02-outlet dysfunction constipation
K 59.03-drug induced constipation
K 59.04-chronic idiopathic constipation
K 59.09-other constipation
K 56.4-other impaction of intestine
K 56.41-fecal impaction
K 56.49-other impaction or intestine

Of these, some codes specifically refer to mechanical bowel obstruction, while others are specific to ileus. For example, the ICD 10 code of K56.3 for gallstone ileus is a misnomer because it is mechanical obstruction caused by a gall stone and does not cause ileus. The codes K31.5 for obstruction of duodenum, K56.1 for intussusception, K56.2 for volvulus and K56.5 for intestinal adhesion with obstruction, are all causes of mechanical obstruction, and are unrelated to ileus. On the other hand, the codes K56.0 and K56.7 are specific for ileus. The codes K59.2 for neurogenic bowel and K59.3x for megacolon are not specific and may be associated with underlying neurological conditions or may sometimes be used in patients with ileus. The codes K59.03 for drug induced constipation and K56.41 for fecal impaction could potentially be used to describe GLP-1RA associated hypomotility. An understanding of these ICD codes is important because many of the studies I have reviewed are based on a retrospective review of ICD -9 and 10 codes to identify outcomes. If appropriate codes are used, the studies are more reliable with respect to outcomes. The inclusion of inappropriate ICD 9/10 codes can lead to errors in study interpretation. Appropriate codes to study GLP-1RA-associated ileus include K56.0 (Paralytic ileus), K56.7 (ileus unspecified), K56.4x (other impaction of intestine), K56.41 (fecal impaction), K56.49 (other impaction of intestine), and K59.03 (drug induced constipation). Although including inappropriate ICD codes or under-coding can both lead to errors, the existence of a true association can be predicted by accounting for these in the analysis. For example, if a condition is under-coded, the number of outcomes associated with both the exposure and the control groups may be similarly affected. This could lead to an absence of a significant association in the analysis when in reality, a true relationship exists. This is referred to as an underpowered study. If an association is observed despite a reduced power due to low

20

number of outcomes, a true association is established. If on the other hand, no significant association is established due to low numbers of outcomes, then the study is referred to as being under-powered for the outcome, which is also referred to as a type 2 error.

In contrast, the use of inappropriate ICD codes that are unrelated to the actual outcome of interest may lead to what is referred to as a non-differential bias, as described below.

### 2. What is non-differential bias?

Before I describe individual studies, including a discussion of the strengths and limitations of each, I first need to explain a general principle that affects many of them. This is related to the ICD discussion above.

Multiple studies look at bowel problems by grouping mechanical bowel obstruction and ileus together. They do this by including ICD codes for disorders that involve each. However, because of the mechanism of these drugs, GLP-1RA medicines primarily cause ileus, not mechanical obstruction. Sometimes, severe constipation and ileus due to these medications can result in fecal impaction, which can then cause a mechanical bowel obstruction. However, this is a relatively uncommon cause of mechanical bowel obstruction, and the most common causes of mechanical bowel obstruction, including adhesions, hernia, bowel inflammation or tumors occur in equal numbers among patients taking GLP-1 medicines and those who do not. Therefore, combining mechanical obstruction with ileus tends to weaken any real difference between the patients taking GLP-1RAs and comparator medications. This pushes the results toward the null (showing "no effect") even if a real effect exists.

For example, imagine we study 100,000 patients on GLP-1RA (which has a mechanism of action that could cause ileus) and 100,000 patients on SGLT-2 inhibitors (a class of drugs that has no effect on bowel motility). Now, let's say that 110/100,000 in GLP-1RAs and 101/100,000 in SGLT-2 inhibitors get either mechanical bowel obstruction or ileus. This suggests that GLP-1RAs have a 1.1-fold increase in risk of causing either mechanical bowel obstruction or ileus, which is not a high risk.

Now, let's separate out mechanical bowel obstruction and ileus. The rates of mechanical obstruction should be similar among patients taking GLP-1RAs and SGLT-2 inhibitors (although sometimes ileus can be misdiagnosed as partial bowel obstruction and coded as such, and some patients with severe ileus can develop fecal retention that leads to mechanical obstruction). Now, let's say those rates of mechanical bowel obstruction are 101/100,000 in GLP-1RA and 100/100,000 in the SGLT-2 inhibitor groups.

Since the combined rate of mechanical obstruction and ileus was 110/100,000 in the GLP-1RA group, we can estimate that the rate of ileus is (110-101) or 9/100,000 in GLP-1RA. Similarly, the rate of ileus is (101-100) or 1/100,000 in the SGLT-2 inhibitor group. This suggests that GLP-1RA is associated with a nine-fold higher rate of ileus than SGLT-2 inhibitor drug. But because the outcomes of mechanical obstruction and ileus were combined, the risk identified in the study when examining the combined outcome of mechanical obstruction and ileus was much smaller (1.1X) than the real association (x9 fold higher risk of ileus). This is what is referred to

21

as non-differential bias. In other words, non-differential misclassification occurs if there is equal misclassification of the health outcome between exposed and unexposed subjects, which obscures the true relationship between the exposure and outcome.

So, if a study still finds a link between GLP-1RA use and bowel obstruction despite this type of bias, the true connection is probably stronger than what the study shows. It is my opinion that this non-differential bias permeates much of the literature on GLP-1 receptor agonists and ileus and bowel obstruction, as I describe further below. [39]

### 3. What did each study find?

The most relevant studies reviewed are listed below in alphabetical order.

**(1) Alfehaid et al. Evaluating Bowel Obstruction and Ileus Events in Patients on GLP-1 Receptor Agonists: A Systematic Review and Meta-Analysis. Expert Opin Drug Saf. 2025. (Journal impact factor 2024: 3.1).**

**Background:** This study evaluated the risk of bowel obstruction and ileus in patients receiving GLP-1 receptor agonists.

**Study Design and Methods:** This was a systematic review and meta-analysis of studies published through July 31, 2024. A systematic review identifies and synthesizes all relevant studies on a topic using a predefined search strategy. A meta-analysis combines the results of multiple studies statistically to produce a pooled estimate of effect.

Six studies met inclusion criteria for the meta-analysis: four observational cohort studies and two randomized controlled trials (RCTs), with a combined total of 550,426 participants. A randomized controlled trial randomly assigns participants to receive either the treatment or placebo and is considered the gold standard for evaluating interventions.

The researchers used a random-effects model to calculate pooled odds ratios (OR) and 95% confidence intervals. An odds ratio compares the odds of an outcome occurring in an exposed group versus a control group; an OR greater than 1.0 suggests increased risk with exposure. A random-effects model accounts for variability both within and between studies, making it appropriate when studies may differ in their populations or methods.

Heterogeneity, which measures how much the results vary across studies, was assessed using the $I^2$ statistic. $I^2$ values of 25%, 50%, and 75% are considered indicative of low, moderate, and

---

[39] My opinion on the presence of non-differential bias in this literature is consistent with the FDA's own assessment. In its 2022 pharmacovigilance review, the FDA similarly identified non-differential bias as affecting the results of studies examining the risk of ileus with GLP-1 receptor agonist use. U.S. Food and Drug Administration, Center for Drug Evaluation and Research, Office of Surveillance and Epidemiology, Pharmacovigilance Review: Intestinal Obstruction with Glucagon-Like Peptide-1 Receptor Agonists (Nov. 1, 2022), Reference ID: 5070612 ("FDA 2022 Report").

substantial heterogeneity, respectively. High heterogeneity suggests the studies may be measuring different things or that the pooled result should be interpreted cautiously.

**Results:** The overall pooled analysis showed no statistically significant increased risk of bowel obstruction and ileus with GLP-1 receptor agonist use compared to control (OR 1.95, 95% CI: 0.43-8.79), though heterogeneity was substantial ($I^2 = 94\%$).

Sub-analysis by comparator type (meaning if the comparison group was DPP-4 inhibitors, SGLT-2 inhibitors, bupropion-naltrexone, or placebo) showed no significant difference between GLP-1 receptor agonists and other active medications (OR 0.64, 95% CI: 0.33-1.23) with low heterogeneity ($I^2 = 15\%$).

Sub-analysis by indication showed no statistically significant increased risk for either diabetes (OR 1.89, 95% CI: 0.24-15.22) or obesity (OR 2.81, 95% CI: 0.67-11.84).

Sub-analysis by specific drug showed divergent results. Liraglutide was associated with a statistically significant increased risk of bowel obstruction compared to control (OR 3.0, 95% CI: 2.03-4.45). Semaglutide showed no increased risk (OR 0.50, 95% CI: 0.06-4.03).

**Discussion:** This meta-analysis provided a synthesis of existing evidence as of the date of the study, examining risk by drug type, indication (whether the drug was prescribed for diabetes or obesity), and comparator.

Though the overall pooled analysis did not show a statistically significant association between GLP-1 receptor agonists and bowel obstruction, the substantial heterogeneity ($I^2 = 94.4\%$) indicates the included studies varied considerably in their methods, populations, or findings, and the pooled result should be interpreted cautiously. The wide confidence intervals in several analyses reflect limited statistical power. On the other hand, the lack of heterogeneity observed when studies with different comparator groups were analyzed is also surprising since DPP-4 inhibitors by themselves cause bowel hypomotility and would be expected to show different results than when the comparator group was a placebo or an SGLT-2 inhibitor. The primary analysis of this meta-analysis should also be considered in light of the various individual study's non-differential bias (that is, the authors considered bowel obstruction and ileus together). As discussed earlier in my report, this bias has the effect of pushing the results towards the null or showing no effect. The authors, though, did conduct a subgroup analysis of ileus. The ileus-specific subgroup analysis was driven largely by underpowered RCTs (Gudbergsen included 156 participants, and Lundgren included 195 participants) with minimal events, and wide variation in ileus event rates across studies (ranging from 0.1 to 32 per 1000 person-years) suggests inconsistent outcome definitions or coding practices. Most included studies predate widespread semaglutide use, limiting conclusions about that newer agent. The statistically significant finding for liraglutide (OR 3.0) is notable and consistent with excessive slowing of gastrointestinal motility; the absence of a signal for semaglutide may also reflect insufficient follow-up time in the underlying studies rather than absence of risk. Finally, the quality of a meta-analysis is dependent on the quality of studies that are included, and we discuss major limitations of these included observational studies below, which in turn significantly limits the quality of this meta-analysis.

**(2) Alkabbani et al. (Conference abstract) Glucagon-Like Peptide 1 Receptor Agonists and the Risk of Motility-Related Gastrointestinal Adverse Events—A Cohort Study. Diabetes. 20 June 2025. (Journal impact factor: N/A).**

**Background:** This study compared the risk of serious gastrointestinal events between GLP-1 receptor agonist and SGLT-2 inhibitor patients who newly started the medication (initiators). SGLT-2 inhibitors (sodium-glucose cotransporter-2 inhibitors) are another class of diabetes medication that works by a different mechanism than GLP-1 receptor agonists.

**Study Design and Methods:** This was a cohort study of patients with type 2 diabetes using data from the Optum Clinformatics database and MarketScan with data extending from October 2016 through August 2024. The study included 313,342 GLP-1 receptor agonist initiators and 313,342 SGLT-2 inhibitor initiators. Patients were followed for a median of 6.5 months.

Propensity score matching was used to adjust for more than 150 potential confounders. Propensity score matching is a statistical technique that pairs patients in the treatment group with similar patients in the comparison group based on characteristics that might influence outcomes, helping to isolate the effect of the drug itself. Hazard ratios (HR) with 95% confidence intervals were calculated. A hazard ratio compares the rate at which events occur in one group versus another; an HR greater than 1.0 indicates higher risk in the exposed group, while an HR less than 1.0 indicates lower risk.

The primary outcome was a composite of severe constipation, gastroparesis, and bowel obstruction. Each outcome was also analyzed individually.

**Results:** Incidence rates of the composite outcome were 10.2 per 100 person-years among GLP-1 receptor agonist initiators versus 7.5 per 100 person-years among SGLT-2 inhibitor initiators. Person-years is a measure that accounts for both the number of patients and how long each was followed; for example, 100 person-years could represent 100 patients followed for one year each, or 50 patients followed for two years each. The composite outcome was significantly higher among GLP-1 receptor agonist users (HR 1.37, 95% CI: 1.30-1.45).

For bowel obstruction specifically, there were 542 events in the GLP-1 receptor agonist group versus 454 in the SGLT-2 inhibitor group (HR 1.17, 95% CI: 1.03-1.32). Additionally, for severe constipation, there were 1431 events in the GLP-1 receptor agonist group versus 1155 in the SGLT-2 inhibitor group (HR 1.21, 95% CI: 1.12-1.31).

**Discussion:** This large study with data extending through August 2024 likely captures more semaglutide use than earlier studies and found statistically significant increased risk for both the composite gastrointestinal outcome and bowel obstruction specifically. The adjustment for more than 150 confounders strengthens the analysis. This is also one of the few studies to include severe constipation in the outcome definition, which may better capture the spectrum of GLP-1-induced hypomotility. However, as a conference abstract, full methodological details are not yet available. The specific confounders adjusted for are unclear and there is a risk of confounding by diabetic neuropathy since this study was performed on patients with type 2 diabetes. Additionally, the ICD codes used to define bowel obstruction are not disclosed, whether and how the authors confirmed drug exposure and duration is not provided, and there is no analysis by

24

individual GLP-1 receptor agonist drug. The study did not distinguish between ileus and mechanical bowel obstruction, which, if anything, would be expected to dilute any true association; the statistically significant finding despite this limitation suggests the true effect may be larger. Additionally, the median duration of treatment was only 6.5 months, and with the highest risk occurring at 1.6 years of use, the duration may have reduced the strength of the association shown. Non-differential bias should also be considered in evaluating the results of this study, as the authors do not appear to have separately evaluated bowel obstruction and ileus. This limitation biases the results towards the null (i.e. showing no effect). The finding of a significantly higher rate of both bowel obstruction and severe constipation in the GLP-1RA exposed patients despite the misclassification bias, and short duration of treatment, indicates that the true association is even stronger, and aligns with excessive slowing of gastrointestinal motility, the intended mechanism of GLP-1 receptor agonists.

**(3) Bennett et al. Association Between Therapy with Dipeptidyl Peptidase-4 (DPP-4) Inhibitors and Risk of Ileus: A Cohort Study. Diabetol Int. 2016.(Journal impact factor 2024: 1.2).**

**Background:** This study compared the risk of ileus among patients with type 2 diabetes initiating different classes of glucose-lowering medications.

**Study Design and Methods:** This was a retrospective cohort study using the Medical Data Vision (MDV) database in Japan, a large commercial electronic health records database containing inpatient and outpatient data from 153 hospitals on over 8 million patients. The study included new users of diabetes medications between April 1, 2010 and April 30, 2014.

The date of first prescription of a study drug constituted patients' cohort entry date and patients were followed until diagnosis of ileus, end of the study period on September 30, 2014, or the end of their qualifying drug treatment either due to discontinuation monitored by ending date of the supply of their last prescription or the day before starting a new study drug.

Patients were grouped by medication exposure: GLP-1 receptor agonists (exenatide, lixisenatide, exenatide-LAR, or liraglutide); alogliptin (a type of DDP-4 inhibitor); other DPP-4 inhibitors (sitagliptin, vildagliptin, saxagliptin, linagliptin, teneligliptin, or anagliptin); or voglibose. DPP-4 inhibitors are another class of incretin-based diabetes medication that work by preventing the breakdown of naturally occurring GLP-1 in the body. Voglibose is an alpha-glucosidase inhibitor that slows carbohydrate absorption, and is also associated with bowel hypomotility.

The primary outcome was an incident diagnosis of ileus, specifically identified by ICD-10 codes K56.0 (paralytic ileus) and K56.7 (ileus, unspecified).

"Kaplan-Meier survival curves were used to estimate ileus events over time. Adjusted Poisson regression models were used to estimate incidence rate ratios (IRR) and 95% confidence intervals." An incidence rate ratio, like a hazard ratio, compares event rates between groups; an IRR greater than 1.0 indicates higher risk in the comparison group relative to the reference group.

25

The analysis adjusted for an extensive list of confounders including chronic kidney disease, cardiovascular disease, diabetic complications, abdominal surgery, intra-abdominal infections, colorectal cancer, bowel disorders, and importantly, medications known to cause ileus including calcium channel blockers, antihistamines, psychotropics, tricyclic antidepressants, and opiates.

**Results:** The crude incidence of ileus (which was analyzed in a subgroup) was highest among GLP-1 receptor agonist users (32.16 per 1000 person-years) compared to alogliptin (9.05), other DPP-4 inhibitors (10.26), and voglibose (12.24). In unadjusted analysis (without controlling for confounders), alogliptin users had a significantly lower risk (IRR 0.34, 95% CI: 0.13-0.89) compared to GLP-1 receptor agonist users, meaning GLP-1 receptor agonists had approximately 3.0 times higher ileus rates, which was statistically significant. However, in adjusted analysis comparing alogliptin to GLP-1 receptor agonists, alogliptin users had numerically lower risk (IRR 0.42, 95% CI: 0.14-1.20), meaning GLP-1 receptor agonist users had approximately 2.4 times higher ileus rates, though the confidence interval crossing 1.0 means this difference was not statistically significant. Of note, the adjustment in this analysis was only for age, insulin therapy, and psychotropic medications. Although DPP-4 inhibitors had higher rates of concomitant use of drugs associated with ileus and constipation, including opioids, and calcium channel blockers, these were not adjusted for in the analysis. There was no significant difference comparing alogliptin to other DPP-4 inhibitors (IRR 1.15, 95% CI: 0.75-1.75). Risk of ileus was significantly lower among alogliptin users compared to voglibose users (IRR 0.55, 95% CI: 0.35-0.88).

**Discussion:** This study has the strength of specifically examining paralytic ileus using ICD-10 codes K56.0 and K56.7, the outcome most directly related to drug-induced slowing of the gastrointestinal tract. Although there is extensive identification of medications known to cause ileus, including opiates, psychotropics, and calcium channel blockers, exposure to opiates and calcium channel blockers were not adjusted for in the analysis comparing DPP-4 inhibitors to GLP-1 receptor agonists, even though several of these risk factors were more common in the DPP-4 inhibitor group. Despite several risk factors being more common in the DPP-4 inhibitor group, the risk of ileus tended to be higher in the GLP-1RA group. Further, as discussed above, focusing on diabetic patients can lead to residual confounding by diabetic neuropathy. Additionally, the number of GLP-1 receptor agonist users was small (1,904 patients with only 6 ileus events), which is understandable given the study period, resulting in wide confidence intervals. The fact that GLP-1RA medications had higher unadjusted risk and likely higher adjusted risk (if the correct adjustment of confounders were performed) over DPP4 inhibitors, which itself increases risk of ileus, suggests that the true risk associated with GLP-1RAs is even greater than indicated by this data.

**(4) Chiang et al. Glucagon-Like Peptide-1 Receptor Agonists and Gastrointestinal Adverse Events: A Systematic Review and Meta-Analysis. Gastroenterology. 2025. (Journal impact factor 2024: 25).**

**Background:** This systematic review and meta-analysis evaluated the risk of gastrointestinal and biliary adverse events associated with GLP-1 receptor agonist use by synthesizing data from RCTs.

26

**Study Design and Methods:** This was a systematic review and meta-analysis of placebo-controlled RCTs assessing GLP-1 receptor agonists in patients with type 2 diabetes mellitus, overweight/obesity, or metabolic dysfunction-associated steatohepatitis (MASH). The authors searched five databases for trials reporting gastrointestinal and biliary adverse events including intestinal obstruction and paralytic ileus. Fifty-five RCTs involving 106,395 participants were ultimately included.

**Results:** GLP-1 receptor agonists were associated with increased risk of cholelithiasis (RR 1.46, 95% CI 1.09-1.97) and GERD (RR 2.19, 95% CI 1.48-3.25) compared with placebo. GLP-1 receptor agonists were not associated with increased risk of paralytic ileus (RR 0.89, 95% CI 0.39-2.01; p=0.78). Only 8 of 55 trials reported this outcome, with 18 cases among 34,100 GLP-1 receptor agonist users versus 20 cases among 32,884 controls. GLP-1 receptor agonists were not associated with increased risk of intestinal obstruction (RR 0.82, 95% CI 0.51-1.33; p=0.43). Only 19 of 55 trials reported this outcome, with 80 cases among 39,630 GLP-1 receptor agonist users versus 86 cases among 36,221 controls.

**Discussion:** This meta-analysis synthesizes data from 55 RCTs with placebo controls and prospective adverse event assessment, was published in a high-impact journal, and analyzed paralytic ileus and intestinal obstruction as separate outcomes.

Several limitations affect its applicability to detect GLP-1-induced ileus. RCTs are designed primarily for efficacy, not rare adverse event detection, and gastrointestinal adverse events were not primary endpoints in most trials. Not only do the authors acknowledge this, but they expressly caution these adverse events may have been underreported. The overall sample was not large enough to detect less common events such as bowel obstruction. Furthermore, most trials did not report on ileus or obstruction at all (only 8 of 55 mentioned paralytic ileus, only 19 mentioned intestinal obstruction), suggesting these outcomes were not systematically captured. Trial durations varied widely (24-277 weeks), and shorter trials may not capture delayed-onset events. The results of this study should also be considered in light of the authors' grouping of certain gastrointestinal events. The authors included gastric ileus with their ileus search and small intestinal obstruction, gastrointestinal obstruction, and mechanical ileus for their intestinal obstruction search. This results in what is known as "non-differential bias," which, as explained above, has the effect of biasing the results of the study towards showing no effect.

### (5) Ding, et al. GLP-1 Receptor Agonists and Risk of Paralytic Ileus: A Drug-Target Mendelian Randomization Study. medRxiv. 2024. (Preprint, not peer-reviewed).

**Background:** This study investigated the causal association between GLP-1 receptor agonists and paralytic ileus risk using Mendelian randomization.

**Study Design and Methods:** This was a two-sample Mendelian randomization (MR) study. MR uses genetic variants as proxies to study the causal effect of a drug target on a disease outcome, mimicking a drug's effect without a clinical trial. Because genetic variants are randomly inherited, they should not be related to confounding factors, providing stronger evidence for causality than conventional observational studies.

Genetic variants in the GLP-1R gene were identified as proxies for GLP-1 receptor agonist effects based on associations with glycated hemoglobin (344,182 participants) and type 2 diabetes (228,499 cases/1,178,783 controls). The outcome of paralytic ileus was obtained from FinnGen (517 cases/182,423 controls), defined specifically using ICD-10 code K56.0 ("Paralytic ileus").

**Results:** Three genetic variants were selected to proxy GLP-1 receptor agonist effects. MR analysis found that genetically proxied GLP-1 receptor agonists were associated with decreased risk of paralytic ileus (OR 0.21, 95% CI 0.06-0.69, p=0.01). When restricted to a single missense variant, the protective association strengthened (OR 0.07, 95% CI 0.006-0.77, p=0.03). Analysis using intron variants alone was not statistically significant (OR 0.29, 95% CI 0.07-1.17, p=0.08), possibly due to limited power. Genetically proxied non-GLP-1 receptor agonist diabetes medications showed no association with paralytic ileus (OR 1.05, 95% CI 0.97-1.12).

**Discussion:** This MR study found a protective association between GLP-1 receptor agonists and paralytic ileus (the subject of a subgroup analysis), which is the opposite direction from what observational studies and the known mechanism of delayed gastric motility would predict. However, significant limitations affect interpretation. First, this is a preprint that has not undergone peer review. Second, MR studies model lifetime genetic effects, which may not reflect the acute pharmacological effects of actual drug exposure. Third, and most critically, this study assumes the relationship between GLP-1 receptor agonists and paralytic ileus operates through glycemic control (i.e., the genetic variants were selected based on their effects on blood sugar). However, GLP-1 receptor agonists have direct effects on gastrointestinal motility that are independent of glucose lowering. The MR design captures what would happen if someone were born with genetic variants that improve glycemic control through the GLP-1 pathway. It does not capture the direct pharmacological slowing of gut motility that occurs when a patient takes an actual GLP-1 receptor agonist medication. This mismatch between what MR measures (genetic proxy for glycemic control) and the actual mechanism of concern (direct drug-induced slowing of GI motility) limits the study's applicability to the question of whether GLP-1 receptor agonists cause ileus. Finally, the number of paralytic ileus cases was small (517), limiting statistical power.

**(6) Faillie et al. Incretin- Based Drugs and Risk of Intestinal Obstruction Among Patients With Type 2 Diabetes. Clinical Pharmacology & Therapeutics. 2021. (Journal impact factor 2024: 5.5).**

**Background:** This study compared GLP-1RAs and DPP-4 inhibitors with SGLT-2 inhibitors to evaluate the risk of intestinal obstruction.

**Study Design and population:** This was a population-based retrospective active comparator cohort study using the United Kingdom Clinical Practice Research Datalink (CPRD) linked with the Hospital Episode Statistics (HES) repository and the Office for National Statistics (ONS) database. The CPRD is a primary care database of patients enrolled in general practices shown to be representative of the UK population and for which diagnoses have been validated. The HES repository contains inpatient records from National Health Services hospitals, and the ONS is a

28

database of electronic death certificates. Linkage between these data sources has also been validated.

There were two cohorts consisting of diabetic patients who were either new users of GLP-1RAs, including dulaglutide, exenatide, liraglutide (excluding the weight loss formulation), lixisenatide, and semaglutide, and SGLT-2 inhibitors, or new users of DPP-4 inhibitors, including alogliptin, linagliptin, saxagliptin, sitagliptin, and vildagliptin, and SGLT-2 inhibitors. Cohort entry was defined as the date of the first prescription of the incretin-based drug or an SGLT-2 inhibitor during the study period. Patients were enrolled from first prescription of the aforementioned drugs between January 1, 2013 to December 31, 2019 and were followed from cohort entry until the occurrence of intestinal obstruction, treatment discontinuation, crossover of study drug classes, death, end of registration with general practice, or March 31, 2020 which was the end of the study period.

Intestinal obstruction was defined as a hospitalization with a primary or secondary diagnosis of intestinal obstruction which included the following ICD-10 codes: K56.0 (paralytic ileus), K56.2 (volvulus), K56.4 (other impaction of intestine), K56.6 (other and unspecified intestinal obstruction), K56.7 (ileus unspecified), K31.5 (obstruction of the duodenum), K59.2 (neurogenic bowel, not otherwise classified), and K59.3 (megacolon, not elsewhere classified).

Patients were excluded if they were prescribed both a GLP-1RA or DPP-4 inhibitor and an SGLT-2 inhibitor at cohort entry, if they were prescribed a GLP-1RA or DPP-4 inhibitor before January 1, 2013, or if they were diagnosed with end-stage renal disease or undergoing dialysis before cohort entry.

The authors adjusted for 57 confounders, including diabetes severity, drugs associated with reduced motility/constipation, abdominal surgery before cohort entry, other surgeries within 30 days before entry, abdominal wall hernia, irritable bowel syndrome, ischemic colitis, intussusception, gall stone ileus, and prior intestinal obstruction. The authors used propensity score fine stratification to account for these confounders.

After propensity score trimming, 25,617 new GLP-1RA users and 67,261 new SGLT-2 inhibitor users were included in the first cohort and were followed for a median of 0.9 and 0.5 years, respectively. 131,927 new DPP-4 inhibitor users and 40,615 new SGLT-2 inhibitor users were included in the second cohort and were followed for a median of 1.1 and 0.8 years, respectively.

The authors also conducted secondary analyses to investigate whether the association varied according to duration of use; to evaluate the association with individual GLP-1RAs and DPP-4 inhibitors and SGLT-2 inhibitors; to limit the outcome to diagnoses the authors identified as more closely related to decreased motility, specifically ICD-10 codes K56.0, K56.7, and K59.2; and to evaluate any effect measure modification by age, sex, severity of diabetes, the use of drugs associated with decreased intestinal motility, history of abdominal surgery, and use of incretin-based drugs before cohort entry.

They also performed several sensitivity analyses.

29

**Results:** In comparison with SGLT-2 inhibitors, GLP-1RAs were associated with increased risk of intestinal obstruction with a hazard ratio of 1.69; 95% CI (1.04-2.74). DPP-4 inhibitors were also associated with an increased risk (2.7 vs. 1.0 per 1,000 person-years, with a hazard ratio of 2.59 (95% CI 1.52–4.42), with the highest risk observed after 1.8 years of use.

In the secondary analysis, each individual GLP-1RA drug had higher hazard ratios for intestinal obstruction with wide CIs, except for semaglutide that did not generate any events. When limiting the outcome to the codes most related to slowed intestinal motility, the GLP-1RAs were no longer associated with a statistically significant increased risk of intestinal obstruction, but there were fewer events.

**Discussion:** I consider this study, which is a new initiator active compactor study, to be one of the best designed studies in the field. It included a large sample size with large numbers of events and excellent propensity score matching for confounders. It showed positive associations with both GLP-1RAs and DPP-4 inhibitors compared to SGLT-2 inhibitors.

Though the authors used continued prescriptions rather than actual usage, potentially resulting in misclassification bias, this effect would be non-differential (affecting both GLP-1RA and comparator groups equally). Also, while it included ICD codes like volvulus and obstruction of duodenum, which could result in a non-differential bias, this would only bias the results toward the null. Accordingly, the fact that the study found a statistically significant increased risk of intestinal obstruction with use of GLP-1RAs compared to SGLT-2 inhibitors is persuasive evidence that there is a true association here and that the risk may be even greater than what the study found. The comparison with SGLT-2 inhibitors is appropriate since both GLP-1RA and SGLT-2 inhibitors are prescribed in patients with similar severity of diabetes. Additionally, the median duration of follow-up for GLP-1RAs was also only 0.9 years and with the highest risk occurring at 1.6 years of use, the duration may have affected the strength of association shown.

That the secondary analysis of semaglutide did not show an increased risk is not surprising since only 998 patients out of 25,617 patients on GLP-1RAs were on semaglutide, so the study was not powered to assess that drug's independent effects. Similarly, the number of events in the subgroup analysis examining outcomes more closely related to hypomotility is small and underpowered to show an effect. This subgroup analysis used ICD code K59.2 for neurogenic bowel, which is typically associated with chronic neurological diseases such as multiple sclerosis and Parkinson's disease.

Diabetes is an important confounder for all studies since it is associated with gastroparesis and dysmotility. However, the authors attempted to account for this in their propensity score matching.

This study also confirms that DPP-4 inhibitors, which raise GLP-1 concentrations modestly, are also associated with bowel obstruction.

30

Finally, I also considered these results in light of the authors' grouping of gastrointestinal events together, which biased the results of the study towards the null. This non-differential bias may have suppressed even stronger findings of an association.

**(7) Gao et al. Association of GLP-1 receptor agonists with risk of intestinal obstruction in patients with type 2 diabetes mellitus: a retrospective cohort study. Acta Diabetologica. 2025. (Journal impact factor 2024: 2.9).**

**Background:** This study assessed the association between GLP-1 receptor agonists and risk of intestinal obstruction compared to multiple classes of anti-diabetic medications.

**Study Design and Methods:** This was a retrospective cohort study using the TriNetX electronic health record database, which includes over 1.2 million patients with type 2 diabetes. The study included 181,795 patients prescribed GLP-1 receptor agonists, including lixisenatide, albiglutide, dulaglutide, semaglutide, liraglutide, and exenatide, between April 2013 and April 2019, compared to SGLT-2 inhibitors, metformin, sulfonylureas, thiazolidinediones, DPP-4 inhibitors, and insulins.

Patients were excluded if they had bowel obstruction or major intestinal surgery before cohort entry or conditions that could cause obstruction, such as inflammatory bowel disease, neoplasms, or hernias. Propensity score matching adjusted for demographics, diabetes severity, conditions associated with obstruction, and medications associated with decreased intestinal motility. The study used an intention-to-treat approach, comparing initial treatment assignment regardless of subsequent changes or discontinuation.

The outcome was identified using ICD-10 codes: K31.5 (duodenal obstruction), K56.0 (paralytic ileus), K56.7 (ileus), K56.4 (other impaction of intestine), and K56.6 (other intestinal obstruction). Hazard ratios were calculated at 1, 3, and 5 years.

**Results:** GLP-1 receptor agonists showed no significant increase in intestinal obstruction compared to SGLT-2 inhibitors or metformin at any time point. Compared to sulfonylureas and thiazolidinediones, GLP-1 receptor agonists showed lower risk at 1 and 3 years. Patients on GLP-1 receptor agonists had similar rates of bowel obstruction at both 1 and 3 years compared to those on DPP-4 inhibitors but had a slightly lower risk at 5 years.

Compared to insulin, GLP-1 receptor agonists showed significantly reduced risk at all time points. Sensitivity analyses for obesity status and obstruction subtypes were consistent.

**Discussion:** This study compares GLP-1 receptor agonists to multiple drug classes and includes subgroups based on ICD codes relevant to drug-induced hypomotility (K56.0 paralytic ileus, K56.7 ileus, K56.4 impaction). Several limitations affect interpretation. The combined analysis may reflect non-differential bias as it included ICD code K31.5 (duodenal obstruction) which is not related to intestinal motility. The TriNetX platform restricts external data access, limiting methodological transparency. The study's intention-to-treat approach did not account for drug discontinuation, and patients were presumed to have remained on the drug for up to five years without accounting for drug refills. Therefore, exposure to the drug may be shorter than what is

31

presumed by the study which also biases the association toward the null. Relatedly, the subgroup analysis for ICD codes relevant to drug-induced hypomotility only reported results at five years, at which point it is unclear how many patients were still on the medication. This could explain why patients on GLP-1RAs had a slightly lower risk of bowel obstruction than patients in the DPP-4 inhibitor cohort at five years.

Additionally, all patients had type 2 diabetes, so diabetic neuropathy may confound results. The authors acknowledge that "patients prescribed insulin may have a longer history of diabetes and more severe complications" which explains the apparent protective effect versus insulin as reflecting a sicker comparator population rather than true protection. The study period (2013-2019) also predates widespread semaglutide use.

**(8) Garg et al. All-Cause Mortality and Gastrointestinal Adverse Effects in Adults With Type 2 Diabetes on Glucagon-Like Peptide-1 Receptor Agonists vs Sodium-Glucose Cotransporter-2 Inhibitors. Gastro Hep Adv. 2025 Jul 5. (Journal impact factor 2024: 3.3).**

**Background:** This study investigated mortality and gastrointestinal adverse events, including ileus and intestinal obstruction, in patients with Type 2 diabetes using GLP-1RAs compared with those using SGLT-2 inhibitors.

**Study Design and Methods:** This was a retrospective cohort study using medical records from the TriNetX Research Network for patients with Type 2 diabetes prescribed a GLP-1RA, including dulaglutide, semaglutide, liraglutide, or tirzepatide, or SGLT-2 inhibitor with no concurrent prescription of the comparator drug between January 1, 2021, and December 30, 2022.

Patients were excluded if they had a history or diagnosis of the gastrointestinal adverse event outcomes that were the subject of the study at any time before the index date.

Propensity score matching was conducted for variables including neuropathy, HbA1c values, body Mass index (BMI) and medications such as insulin, aspirin, beta blockers, antilipemic agents, angiotensin converting enzyme inhibitors, angiotensin receptor blockers, proton pump inhibitors, laxatives, and opioids.

After propensity score matching using the TriNetX built in function, each cohort had 104,947 patients. Patients were evaluated for mortality and gastrointestinal events at 3, 6, 9, 12 and 24 months from date of prescription of study drug.

ICD codes used for ileus and intestinal obstruction included K56.0, K56.7, and K56.09.

**Results:** The risk of ileus was lower in the GLP-1RA cohort compared to that of the SGLT-2 inhibitors (aOR 0.80, 95% CI: 0.70–0.91) at all time points, and there was no significant difference in the risk of intestinal obstruction between the two.

**Discussion:** Though this study had a large sample size and included a subgroup analysis that specifically examined paralytic ileus, it did not include constipation related codes and there was

32

inadequate controlling of confounders, including medications like calcium channel blockers and tricyclics. Additionally, the authors note that it is not possible to know from the data alone whether patients actually filled the GLP-1RA prescriptions, the treatment duration, or if patients discontinued the medications. This study, also based on the TriNetX platform, shares similar limitations as the paper by Gao et al, with restricted external data access, limiting methodological transparency.

**(9) Gmehlin et al. Impact of Glucagon-Like Peptide-1 Receptor Agonist Exposure on Gastrointestinal Outcomes Among ICU Patients: A Multicenter Matched Cohort Study. Critical Care Explorations. 2025. (Journal impact factor 2024: 2.7).**

**Background:** This study examined whether GLP-1 receptor agonist exposure before ICU admission is associated with increased gastrointestinal complications in critically ill patients.

**Study Design and Methods:** This was a multicenter, retrospective cohort study of critically ill patients admitted to Mayo Clinic Health System ICUs from January 2018 to December 2023. GLP-1 receptor agonist exposure was defined as an active outpatient prescription of exenatide, liraglutide, dulaglutide, lixisenatide, semaglutide, albiglutide, or tirzepatide within 30 days of admission.

From 31,327 patients with diabetes or obesity, 631 were exposed to GLP-1 receptor agonists. Exposed patients were matched 1:1 with unexposed patients based on age, sex, BMI, diabetes, motility-altering medications, comorbidities associated with decreased motility, surgical history, and illness severity. The primary outcome was gastrointestinal complications, including nausea/vomiting, constipation, ileus, obstruction, impaction, and aspiration pneumonia, assessed via ICD-10 codes as separate outcomes.

**Results:** In the matched cohort (1,262 participants), there were no significant differences in ileus (OR 1.67, 95% CI 0.4-6.97), obstruction (OR 0.43, 95% CI 0.16-1.12), impaction (OR 1.6, 95% CI 0.52-4.89), constipation (OR 1.11, 95% CI 0.77-1.6), or other GI outcomes. In the unmatched analysis before controlling for motility-related factors, impaction was significantly associated with GLP-1 receptor agonist exposure (OR 2.34, 95% CI 1.19-4.58, p=0.014) but this association disappeared after matching.

**Discussion:** This study reports ileus, obstruction, impaction, and constipation as separate outcomes and includes key ICD-10 codes for drug-induced hypomotility: K56.0 (paralytic ileus), K56.41 (fecal impaction), and K59.03 (drug-induced constipation). The matching approach controls for motility-altering medications including opioids, anticholinergics, and calcium channel blockers.

However, the "ileus" category also includes K56.1 (intussusception) and K56.2 (volvulus)—mechanical causes unrelated to GLP-1 receptor agonist mechanism—which may dilute any true drug-induced signal. This non-differential bias has the effect of biasing the results towards showing no effect, which I considered in evaluating this study. The sample size is small (631 exposed) with very few ileus events (5 exposed vs. 3 unexposed), severely limiting statistical power as reflected in wide confidence intervals.

33

The authors acknowledge that an active prescription "does not necessarily confirm that the medication was dispensed, that the patient adhered to the prescribed regimen, or that use was maintained." It also does not identify patients' duration of use prior to cohort entry.

The ICU population is highly selective with numerous confounding factors (sedation, critical illness) that may obscure drug-specific signals. Therefore, this study is not generalizable to the general population.

**(10) Gudin et al. Incretin-based drugs and intestinal obstruction: A pharmacovigilance study. Therapies. 2020. (Journal impact factor 2024: 1.8).**

**Background:** This study investigated the risk of intestinal obstruction associated with GLP-1 receptor agonists and DPP-4 inhibitors using the World Health Organization's global pharmacovigilance database.

**Study Design and Methods:** This was a case/non-case disproportionality analysis using VigiBase, the WHO's adverse drug reaction database containing over 20 million reports from more than 130 countries. Cases were defined as reports of gastrointestinal stenosis and obstruction; non-cases were all other reactions recorded. The study period was January 2007 to January 2018. RORs were calculated comparing incretin-based drugs to other diabetes drugs.

**Results:** Of 501,244 adverse drug reactions reported with diabetes drugs, 452 involved intestinal obstruction with an incretin-based drug. Intestinal obstructions were 4.5 times more frequently reported with incretin-based drugs than other diabetes drugs (ROR 4.52, 95% CI 3.87-5.28). The signal was higher for DPP-4 inhibitors (ROR 8.66, 95% CI 7.27-10.32) than GLP-1 receptor agonists (ROR 3.05, 95% CI 2.54-3.66). When restricted to serious cases only, the signal strengthened (ROR 10.65, 95% CI 7.68-14.75 for incretin-based drugs overall). Among the 452 cases, 92.9% were considered serious and 11 resulted in death.

**Discussion:** This pharmacovigilance study identified a significant signal for intestinal obstruction with incretin-based drugs using the world's largest adverse drug reaction database. The authors provide mechanistic support, noting that exogenous GLP-1 decreases antro-duodeno-jejunal motility and inhibits intestinal contractions MMC in a dose-dependent manner.

Several limitations are inherent to pharmacovigilance studies. First, this design measures disproportionality in reporting rather than true risk—the reporting odds ratio compares adverse event reports, not disease incidence. Second, controls are not healthy individuals but patients with other reported adverse reactions. Third, under-reporting is substantial. Notification rates for serious effects are estimated at 5-10%, suggesting the true number of cases could be 4,500-9,000. Fourth, the lack of granular data precluded analysis of time to onset or adjustment for potential confounders. Additionally, reporting rates varied substantially by year. However, temporal analysis showed the signal for GLP-1 receptor agonists was present before the 2012 Japanese regulatory alert (pooled ROR 1.69, 95% CI 1.24-2.30) and did not substantially increase afterward, suggesting the association was not driven by increased reporting following regulatory warnings. Finally, this study is also limited by its non-differential bias in grouping

34

gastrointestinal events together; this has the effect of biasing the results towards the null (or towards showing no association).

**(11) Hurwitz et al. Comparative Safety of Glucagon-Like Peptide 1 Receptor Agonists (GLP-1-RAs) in Type 2 Diabetes and Chronic Weight Management: A Real-World Data Study. Pharmacoepidemiol Drug Saf. 2025. (Journal impact factor 2024: 2.4)**

**Background:** This study assessed serious clinical outcomes comparing GLP-1 receptor agonists to other medications in patients with type 2 diabetes and in patients using chronic weight management regimens.

**Study Design and Methods:** This was a new user, active comparator cohort study using the Healthcare Integrated Research Database (HIRD), a proprietary database containing health information for more than 90 million people enrolled in commercial, Medicare, and Medicaid health plans throughout the United States. The study used a target trial emulation framework.

The type 2 diabetes analysis included 330,684 GLP-1 receptor agonist users compared to 264,277 SGLT-2 inhibitor users. The chronic weight management analysis included 25,296 GLP-1 receptor agonist users compared to 5,019 naltrexone/bupropion users, and separately, 25,489 GLP-1 receptor agonist users compared to 3,841 phentermine/topiramate users (excluding patients with diabetes). Propensity score-based inverse probability treatment weighting adjusted for 82 clinical and demographic covariates. Outcomes included gastrointestinal hospitalizations, bowel obstruction hospitalizations, and nine other serious clinical events.

**Results:** In the type 2 diabetes cohort, GLP-1 receptor agonists showed significantly higher rates of overall gastrointestinal hospitalizations than SGLT-2 inhibitors (9.27 vs. 7.87 per 1,000 person-years; rate ratio 1.18, 95% CI 1.11-1.25). GLP-1RA users trended towards a higher likelihood of hospitalizations for bowel obstruction that did not reach statistical significance as indicated by a lower limit of 95% confidence interval just below 1.0 (rate ratio 1.09, 95% CI 0.98-1.21).

In the chronic weight management cohorts, GLP-1RA use was not associated with bowel obstruction vs. naltrexone/bupropion, with a rate ratio 1.88 (95% CI 0.63-5.60) with 29 vs. 4 events; vs. phentermine/topiramate, rate ratio 1.77 (95% CI 0.45-6.99) with 29 vs. 2 events. Neither reached statistical significance due to limited power.

**Discussion:** This large database study separated patients by indication and showed a statistically significant increase in overall gastrointestinal hospitalizations with GLP-1 receptor agonists in the diabetes cohort, with a positive trend toward increased bowel obstruction hospitalizations in patients with diabetes but no among patients with obesity.

The study did not distinguish between ileus and mechanical bowel obstruction. Because GLP-1 receptor agonists are primarily associated with ileus rather than mechanical obstruction, combining these outcomes dilutes any true drug-induced signal—mechanical obstructions occur at similar rates in both groups regardless of drug exposure. The specific ICD codes used are

35

referenced only in the pre-registered protocol. This non-differential bias pushes the results towards showing no association. While the study adjusted for 82 covariates, baseline medication use excluded opioids, antihistamines, calcium channel blockers, and other medications known to cause ileus. Despite these limitations, there is a trend towards hospitalizations due to bowel obstruction in diabetic patients on GLP-1RA medication, consistent with excessive slowing of gastrointestinal motility.

**(12) Khanna et al. (Conference abstract) Outcomes of Patients With Inflammatory Bowel Disease on GLP-1 Receptor Agonists: A Propensity Score-Matched Analysis. Am J Gastro Oct 2024. (Journal impact factor: N/A).**

**Background:** This study investigated GLP-1 receptor agonist therapy and "the rates of intestinal obstruction, incidence of cardiovascular and diabetes associated comorbidities as well as adverse events while on GLP-1RA," among patients with inflammatory bowel disease.

**Methods:** This was a retrospective cohort study using the TriNetX database to evaluate the risk of, among other outcomes, bowel obstruction. Patients qualified for inclusion if they were treated with GLP-1RAs; however, the specific GLP-1RA medications that were included are not mentioned in this conference abstract. IBD patients who had diabetes or BMI greater than 30 were included. They were divided into 2 cohorts: GLP-1RA cohort and controls consisting of patients not on GLP-1RAs. "One to 1 propensity score matching (PSM) was applied to control for 67 baseline characteristics including demographics, BMI, diagnoses, labs & medication."

After propensity matching, there were 7,599 patients in each cohort. The ICD codes used for intestinal obstruction are not mentioned in this conference abstract.

**Results:** There were 7,599 patients in each cohort. There was a decreased incidence of intestinal obstruction in GLP-1RA users compared to controls (1.1% vs 1.7%, P=0.003).

**Discussion:** This study involved a large sample size. However, it included only patients with inflammatory bowel disease. The study used the TriNetX platform which has known limitations, including restricted external data access limiting methodological transparency. The ICD codes used are unclear. The control group is not a new user active comparator, but patients who were not initiated on a GLP-1RA. There does not appear to be a Cox proportional hazard model used. Instead, only the absolute unadjusted event rate of GLP-1RA users and controls are described.

**(13) Liu et al. Some Risks of Gastrointestinal Adverse Events Associated With Glucagon-Like PEPTIDE-1 Receptor Agonists Are Likely Explained by BMI. Alimentary Pharmacology & Therapeutics. 2025. (Journal impact factor 2024: 6).**

**Background:** This study re-analyzed gastrointestinal risks of GLP-1RAs in non-diabetic obese patients as was done in Sodhi, et al taking into account patients' initial body mass index (BMI).

**Study Design and Methods:** This was a retrospective cohort study using the TriNetX database that aimed to evaluate the risk of obstruction in obese American adult patients without a type 2 diabetes diagnosis or HbA1c greater than or equal to 6.5% treated with semaglutide or liraglutide

36

compared with those treated with bupropion-naltrexone (BN). Obesity was measured by a BMI of ≥ 30 or an obesity diagnosis code 90 days before or up to 30 days after cohort entry. Cohort entry was defined as first use of the relevant drug.

Propensity score matching (1:1) was based on similar methods as in Sodhi, et al, including demographics and abdominal surgery. However, initial BMI was also matched between cohorts. After propensity score matching, there were 8792 patients included who were treated with semaglutide or liraglutide and 8792 treated with BN.

The ICD code used for the bowel obstruction outcome was K56.6 (other and unspecified intestinal obstruction).

The mean follow-up duration for the GLP-1RA cohort was 412 days and for the BN cohort was 1176 days.

**Results:** The incidence per 1000 person-years of bowel obstruction was 1.915 in the GLP-1RA cohort and 1.554 in the BN cohort, with an imprecise increase in risk (aHR 1.30; 95% CI 0.69–2.18); Kaplan–Meier log-rank p-value 0.483. The subgroup analysis for bowel obstruction showed semaglutide aHR 0.93 (0.52-1.66) and liraglutide aHR 1.32 (95% CI 0.90-1.94).

**Discussion:** Though this study excluded diabetes and A1C>6.5%, which helps reduce the potential for confounding, it only looked at ICD code K56.6 for "other and unspecified intestinal obstruction" which completely excludes ileus and other outcomes potentially related to bowel hypomotility. The potential for non-differential bias must also be considered here, which would bias the results towards showing no association. Additionally, as discussed in relation to other studies that use the TriNetX database for data collection, including restricted access to external data. Additionally, the authors note the possibility for a higher event detection rate in the BN cohort due to longer follow-up duration, though they attempted to lessen this with their time-to-event analyses strategy.

**(14) Nielsen et al. Glucagon-Like Peptide 1 Receptor Agonists Are Not Associated With an Increased Risk of Ileus or Intestinal Obstruction in Patients with Inflammatory Bowel Disease—A Danish Nationwide Cohort Study. Inflamm Bowel Dis. 2025. (Journal impact factor 2024: 4.3).**

**Background:** This study evaluated the "risk of ileus and intestinal obstruction in patients with IBD receiving GLP-1RAs."

**Study Design and Methods:** This was a nationwide population-based cohort study using Danish health registries. The study included 61,927 patients with IBD (41,191 with ulcerative colitis, 20,736 with Crohn's disease) alive and living in Denmark as of July 1, 2018. Of these, 4,430 redeemed a prescription for a GLP-1 receptor agonist during the study period. Total follow-up was 348,687 person-years (6,838 years exposed, 341,849 years unexposed).

Patients were considered exposed for 6 months after each redeemed prescription, with exposure continuing if a new prescription was redeemed within that window. Patients could move between exposed and unexposed status during the study but were not censored at drug discontinuation.

The outcome was a primary discharge diagnosis of ICD-10 code K56 (paralytic ileus and intestinal obstruction without hernia), which includes K56.0 (paralytic ileus), K56.1 (intussusception), K56.2 (volvulus), K56.3 (gallstone ileus), K56.4 (fecal impaction), K56.5 (intestinal adhesions with obstruction), K56.6 (other intestinal obstruction), and K56.7 (ileus, unspecified). Cox regression estimated hazard ratios adjusted for age at IBD diagnosis, sex, type of IBD, prior ileus or intestinal obstruction, diabetes status, steroid use, and small bowel or colon surgery.

**Results:** During the study period, 21 patients (0.5%) developed ileus or intestinal obstruction while exposed to GLP-1 receptor agonists, compared to 1,766 patients (3.1%) while unexposed. The adjusted HR was 0.57 (95% CI 0.36-0.88), suggesting a protective effect. Subgroup analyses showed similar patterns: no prior ileus/obstruction (aHR 0.58, 95% CI 0.34-0.97), diabetes (aHR 0.59, 95% CI 0.32-1.10), no diabetes (aHR 0.48, 95% CI 0.25-0.93), ulcerative colitis (aHR 0.42, 95% CI 0.21-0.86), Crohn's disease (aHR 0.74, 95% CI 0.42-1.30).

**Discussion:** This study benefits from Danish national registry data providing reliable capture of IBD diagnoses and outcomes. However, the study population was restricted to IBD patients, a small fraction of all GLP-1 receptor agonist users with different baseline risk profiles than the general population. The outcome definition used the broad K56 category, which includes conditions mechanistically unrelated to GLP-1 receptor agonist effects including intussusception, volvulus, gallstone ileus, and adhesive obstruction. The study did not separately analyze paralytic ileus (K56.0) or ileus unspecified (K56.7) and did not adjust for opioids or other medications known to cause ileus. Moreover, the authors expressly caution that the study should be reproduced with more outcomes and a lengthier exposure periods. I agree with these two limitations as the former effects its power and the latter tends to capture more adverse effects in well-designed studies that follow patients for 18 months.

The apparent protective effect likely reflects non-differential bias: combining paralytic ileus with mechanically unrelated conditions dilutes any true drug-induced signal. The IBD population's high baseline rates of mechanical obstruction from strictures, adhesions, and inflammation further obscure any drug-specific effect on functional ileus. Finally, the restriction to IBD patients limits generalizability to the general population.

**(15) Niu et al. Gastrointestinal and Hepatobiliary Safety of Glucagon-like Peptide-1 Receptor Agonists in Patients with Type 2 Diabetes. American Journal of Gastroenterology. 2025. (Published ahead of print) (Journal impact factor 2024: 7.5).**

**Background:** This study aimed to assess the long-term safety of GLP-1RAs compared with other anti-diabetic medications in patients with Type 2 diabetes.

**Study Design and Methods:** This was a retrospective cohort study using the TriNetX database to evaluate the risk of, among other outcomes, ileus and bowel obstruction. Patients qualified for

inclusion if they were treated with GLP-1RAs, specifically dulaglutide, exenatide, liraglutide, lixisenatide, or semaglutide, or non-GLP-1RA oral anti-diabetic drugs, including empagliflozin, linagliptin, vildagliptin, saxagliptin, metformin, sitagliptin, alogliptin, sotagliflozin, ertugliflozin, canagliflozin, dapagliflozin, between January 2010 and March 2020.

The authors performed one-to-one propensity score matching between the two groups using the greedy nearest-neighbor algorithm on the TriNetX platform. Potential confounders adjusted for included BMI, A1C, and PPI and opioid use. After propensity matching, there were 230,415 patients in each cohort.

The cohorts were followed for five years following the index event which was the first time a patient fulfilled the inclusion criteria.

The ICD codes used for ileus were K56.0 and K56.7 and for bowel obstruction was K56.6.

**Results:** The risk of bowel obstruction and ileus (which was analyzed as part of a subgroup) were lower in the GLP-1RA cohort than the comparator group (bowel obstruction HR 0.752 (95% CI 0.707-0.799); ileus 0.744 (0.697-0.793)). The hazard ratio for volvulus was 0.812 (0.685-0.963) versus the comparator group. The decreased risk in ileus and bowel obstruction was seen across all GLP-1RA subgroups, though the decrease did not reach significance for lixisenatide for both. Interestingly, there was an increase in the risk of intussusception, a form of mechanical obstruction.

**Discussion:** This study involved a large sample size and separated ileus, bowel obstruction, volvulus, and intussusception into individual outcomes. However, the risk of unmeasured confounding could have affected the results. Importantly, the authors disclose that they were "unable to assess the influence of treatment duration, adherence, or switching of dosage and formulation between GLP-1RAs." The results are also potentially attenuated due to the inclusion of DPP-4 inhibitors in the comparator group which have been shown to also increase the risk of ileus and bowel obstruction. Additionally, the propensity score matching in the TriNetX database is done within the software, so investigators do not have access to details of how it is done and access to external data is restricted. Interestingly, the study found a higher risk of intussusception, a form of mechanical bowel obstruction, in patients with GLP-1RA users, which has also been described in case reports. At the same time, there was a decrease in rates of another type of mechanical obstruction, volvulus, in patients with GLP-1RA users. Neither of these associations can be explained by the mechanism of action of GLP-1 receptor agonists, which slow gastrointestinal motility but do not have any known effect on the anatomical causes of intussusception or volvulus. These inconsistent findings across different types of mechanical obstruction are likely false observations driven by the methodological limitations described above, which limit our ability to draw firm conclusions on any of the associations observed in this study.

**(16) Sarwal et al. Glycemic therapies and the risk of gastrointestinal adverse events in veterans with type 2 diabetes. Diabetes, Obesity, and Metabolism. 2025. (Journal impact factor 2024: 8.5).**

**Background:** This study evaluated the risk of gastrointestinal adverse events, including intestinal obstruction, in a veteran population comparing new users of GLP-1RAs, SGLT-2 inhibitors, and insulin glargine.

**Study Design and Methods:** Using the U.S. Veterans Affairs (VA) databases, this was a national retrospective active comparator, new user design cohort study in veterans with type 2 diabetes already on metformin who first initiated either GLP-1RAs, insulin glargine, or SGLT-2 inhibitors between January 1, 2018 and December 31, 2021. GLP-1RAs were compared with insulin glargine using SGLT-2 inhibitors as a negative control.

The authors used "inverse probability weighted Cox regression models to relate the drug classes to outcomes," including intestinal obstruction and all-cause death.

Veterans whose first prescription was a combination of the study drugs, those who were initiated on exenatide, lixisenatide, or albiglutide (due to a low prescription rates), and veterans with a history of any of the gastrointestinal outcomes of interest at baseline, were excluded. Patients were followed from their index date to the earliest of an event of interest, their last follow-up, or March 31, 2023.

Outcomes included "gastroparesis, intestinal obstruction, gallstones, acute cholecystitis and acute pancreatitis events as identified by ICD-10 codes." The ICD-10 codes used for the intestinal obstruction outcome were K31.5, K56.0, K56.1, K56.2, K56.3, K56.4x, K56.5x, K56.6x, K56.7, K59.2 K59.3x.

Propensity score matching involved a list of variables, including duration of diabetes, diabetic neuropathy, history of paralytic ileus, history of intestinal obstruction, certain medication use included DPP-4 inhibitors, sulfonylureas, meglitinides, thiazolidinediones, alpha glucosidase inhibitors, other insulins, beta blockers, and hemoglobin A1c levels.

Baseline gastrointestinal comorbidities were included in the calculation of propensity scores for the sensitivity analysis. The risk of intestinal obstruction and all-cause death was lower in this analysis for GLP-1RA initiators compared with insulin glargine initiators.

Importantly, the authors followed an intention-to-treat approach. Thus, treatment comparisons evaluated the effect of initial treatment with the respective drugs, "irrespective of subsequent changes in treatment."

**Results:** 141,080 veterans were included in the main analysis, of which 19,765 initiated GLP-1RAs, including semaglutide, dulaglutide, and liraglutide, 75,058 initiated SGLT-2 inhibitors, and 46,257 initiated insulin glargine.

Patients who initiated treatment with GLP-1RAs had no difference in the risk of bowel obstruction compared with those who initiated treatment with insulin glargine (HR 0.91, 95% CI: 0.78-1.07). Patients who initiated treatment with GLP-1RAs also had no difference in the risk of intestinal obstruction than SGLT-2 inhibitors (HR 1.16, 95% CI: 0.99-1.36), but this tended towards significance, with the lower limit of the 95% CI just below 1.0.

Those initiating treatment with insulin glargine also had a significantly higher risk of all-cause death than the SGLT-2 inhibitor cohort as well (HR 1.58, 95% CI: 1.50-1.65). In a sensitivity analysis where participants with baseline GI history were included, the risk of intestinal

40

obstruction (HR 0.85, 95% CI 0.75, 0.99) was lower with GLP-1RA initiators compared to insulin glargine initiators.

**Discussion:** This large study, which provides investigators with granular data from the database used, compared GLP-1RAs, almost half of which were semaglutide initiators, with two comparator drugs: insulin glargine and SGLT-2 inhibitors. The authors also adjusted for prior intestinal obstruction in their sensitivity analysis, which is an important addition. However, the ICD codes included volvulus and other codes for diagnoses not associated with slowed motility. By so doing, the authors created non-differential bias, which has the effect of pushing the results towards the null. I considered this bias in evaluating the significance of the study. The study also failed to control for important confounders like narcotic use and other medications that cause ileus. The patient population was mainly male since it was focused on veterans. Drug history was based on refills of prescriptions and not actual usage. Despite these limitations and potential for non-differential bias due to use of non-ileus related ICD codes, GLP-1RA users tended to have higher rates of intestinal obstruction. The authors also did not adjust for the duration of diabetes prior to treatment entry. Since insulin is an older medication, it is possible that insulin users had longer duration of diabetes, and therefore, underlying diabetic autonomic neuropathy increasing the risk of ileus. This could explain the finding that insulin glargine is associated with a higher rate of intestinal obstruction and mortality compared to SGLT-2 inhibitors.

**(17) Scholten et al. (Conference Abstract) Double Trouble: The Effect of Opioid and GLP-1 Agonist Use on Peri- and Post-Operative Complications. The American Journal of Gastroenterology 120(10S2). October 2025. (Journal impact factor 2025: N/A).**

**Background:** This abstract presented data on perioperative and postoperative complications by comparing patients on GLP-1RAs alone, GLP-1RAs and opiates, and opiates alone with patients not on either.

**Study Design and Methods:** This study was performed at a single center on patients undergoing non-emergent procedures under anesthesia from January 2017 to October 2023. It is unclear from the abstract whether these included endoscopic and/or surgical procedures or if surgical, whether they included abdominal, cardiac, or other surgeries.

Patients taking GLP-1RA, GLP-1RA and opiates, or opiates alone were compared with patients not on opiates or GLP-1RAs.

The abstract does not describe whether the authors accounted for potential confounders.

**Results:** The study reported higher odds ratio of large bowel obstruction with GLP-1RA and opiates (OR 4.37), which was higher than opiates alone (OR 3.8). Similarly, the authors reported an increased odds of ileus for patients on opiates alone (OR 3.59) and combined users of opiates and GLP-RAs (OR 3.27). Constipation risk was highest with GLP-1RAs (OR 4.94) followed by GLP-1RAs and opiates (OR 4.72), which was higher than opiates alone (OR 2.21).

**Discussion:** This was a single center study, and the authors presumably had access to granular data. However, the abstract did not mention adjustment for confounders or a 95% confidence interval for the above odds ratios, which limits interpretability. Additionally, the types of procedures are not described and how large bowel obstruction or ileus were identified is not

clear. Since there is no mention for adjustment for confounders, it is unclear if the authors adjusted for prior bowel surgery or obstruction. Finally, a significant limitation of this study was that it has non-differential bias in that it appears to have grouped gastrointestinal events together. This bias skews the results towards the null, which I considered in evaluating the study.

**(18) Shu et al. Gastrointestinal adverse events associated with semaglutide: A pharmacovigilance study based on FDA adverse event reporting system. Frontiers in Public Health. 2022. (Journal impact factor 2024: 3.4)**

**Background:** This investigated the risk of gastrointestinal adverse events associated with the use of semaglutide.

**Study Design and Methods:** This was an observational, retrospective disproportionality study using the FDA pharmacovigilance database (FAERS) to investigate the association between semaglutide and gastrointestinal adverse events.

Reports included in the analysis covered the period from the first quarter of 2018 to the first quarter of 2022. The preferred terms included were those in the system organ class (SOC) of gastrointestinal disorders in the FAERS database. Time-to-onset was defined as the time between the start of semaglutide and onset of the adverse events.

**Results:** From 6,437,182 adverse event reports, 5,442 patients had 11,326 semaglutide-related gastrointestinal adverse events with serious gastrointestinal adverse event outcomes in 1,778.

Nausea, vomiting, diarrhea, and constipation were the most frequently reported gastrointestinal adverse events. The reporting odds ratio for semaglutide-related gastrointestinal disorders was 4.21 (4.06-4.37), which was significantly higher than that of non-semaglutide-related gastrointestinal disorders. There was also a statistically significant signal strength for the semaglutide-related gastrointestinal adverse events compared with those of non-semaglutide. The ROR for abdominal distention was 6.14 and for projectile vomiting was 13.29.

**Discussion:** This study involved large numbers of gastrointestinal side effects from 2018-2022 obtained from the FDA database.

As previously discussed with Gudin et al, pharmacovigilance studies have various inherent limitations. First, this design measures disproportionality in reporting rather than true risk, and the reporting odds ratio compares adverse event reports. Second, controls are not healthy individuals but patients with side effects reported from other drugs. Third, the lack of granular data precludes adjustment for potential confounders. Additionally, more than half of the adverse events were patient-reported, which are not as reliable as physician-reported events. Finally, the study does not report bowel obstruction, although projective vomiting and distension may be (imperfect) proxies.

**(19) Sodhi et al. Risk of Gastrointestinal Adverse Events Associated With Glucagon-Like Peptide-1 Receptor Agonists for Weight Loss. JAMA. 2023. (Journal impact factor 2024: 55).**

42

**Background:** This study examined gastrointestinal adverse events in patients using GLP-1 receptor agonists for weight loss rather than diabetes.

**Study Design and Methods:** This was a new user, active comparator cohort study using a random sample of 16 million patients (2006-2020) from the PharMetrics Plus for Academics database (IQVIA)," a large US health claims database. The study included 613 semaglutide users, 4,144 liraglutide users, and 654 bupropion-naltrexone users (a weight loss agent unrelated to GLP-1 receptor agonists). Median follow-up was 0.6 years for semaglutide and 1.7 years for liraglutide and bupropion-naltrexone.

To ensure patients were using these medications for weight loss rather than diabetes, all patients were required to have an obesity diagnosis code and anyone with a diabetes diagnosis or antidiabetic drug code was excluded. Hazard ratios were adjusted for "age, sex, alcohol use, smoking, hyperlipidemia, abdominal surgery in the previous 30 days, and geographic location."

**Results:** Incidence of bowel obstruction per 1,000 person-years was 0 for semaglutide, 8.1 for liraglutide, and 1.7 for bupropion-naltrexone. GLP-1 receptor agonist use was associated with significantly increased risk of bowel obstruction (HR 4.22, 95% CI 1.02-17.40) compared with bupropion-naltrexone users. Sensitivity analyses showed similar trends, which however did not meet statistical significance: excluding hyperlipidemia yielded bowel obstruction HR 3.63 (95% CI 0.87-15.10); using a less restrictive obesity definition yielded HR 2.44 (95% CI 1.00-5.95).

**Discussion:** By excluding patients with diabetes, this study addresses a key source of confounding present in other analyses and found a statistically significant 4-fold increased risk of bowel obstruction with GLP-1 receptor agonists. The findings were driven by liraglutide users, who had substantially longer follow-up (median 1.7 years) than semaglutide users (median 0.6 years). The zero bowel obstruction events among semaglutide users may reflect insufficient follow-up time rather than absence of risk.

The specific ICD codes used for bowel obstruction were not reported, and the study did not distinguish between ileus and mechanical bowel obstruction. Because GLP-1 receptor agonists are primarily associated with ileus rather than mechanical obstruction, combining these outcomes would be expected to dilute any true association, yet the study still found a statistically significant 4-fold increased risk, suggesting the true effect may be even larger (this is known as the non-differential bias). The sample sizes were small resulting in wide confidence intervals, and the study did not adjust for opioids, antihistamines, or other medications known to cause ileus. However, the E-value of 7.91 suggests the finding is robust. An E-value quantifies how strong an unmeasured confounder "would need to be to negate an observed result." The authors noted that E-values of 2 or higher indicate unmeasured confounders are unlikely to change results. Here, an unmeasured confounder would need to increase the risk of both GLP-1 receptor agonist use and bowel obstruction by nearly 8-fold to fully explain the observed association.

In response to Sodhi, Suissa et al published a letter to the editor in a March 2024 issue of JAMA questioning certain of Sodhi's methods, including that use of the obesity code was an insufficient proxy for assuming obesity was the indication for GLP-1RA treatment. Suissa et al posited that due to the study period of 2006-2020 and that Sodhi et al did not appear to limit patients to those

43

prescribed GLP-1RAs for weight loss, diabetes was a likely confounder in the GLP-1RA cohort. Suissa et al additionally suggest that the wide confidence intervals in Sodhi indicate the study had limited power and imprecise estimates. Sodhi et al replied in that same issue of JAMA explaining the authors "ensured that study participants had not received an anti-hyperglycemic drug or a diabetes code for at least 1 year prior to cohort entry" before applying the obesity restriction used in the study. They were unable to include that detail in the original publication due to space restrictions. Sodhi et al also disagree with Suissa's criticism regarding the wide confidence intervals, pointing out that statistical power was achieved given that the result reached significance with a 95% confidence interval. Finally, they defended their finding of an increased risk of intestinal obstruction stating it was "concordant with other studies" that have also found such an increased risk and specifically called out "the general mechanism of action of GLP-1 receptor agonists."

**(20) Ueda et al. Use of DPP4 Inhibitors and GLP-1 Receptor Agonists and Risk of Intestinal Obstruction: Scandinavian Cohort Study. Clinical Gastroenterology and Hepatology. 2024.(Journal impact factor 2024: 12.5).**

**Background:** This study evaluated the association between DPP4 inhibitors or GLP-1 receptor agonists compared with SGLT-2 inhibitors and the risk of intestinal obstruction.

**Study Design and Methods:** This was an active-comparator new-user designed retrospective cohort study to investigate as a primary outcome the risk of intestinal obstruction. The authors drew from nationwide administrative and health registers in Sweden, Denmark, and Norway containing data on all drug prescriptions filled in the countries, data on outpatient visits, emergency department visits, and inpatient treatment.

The study ran from April 1, 2013, in all 3 countries to December 31, 2018, October 31, 2021, or December 31, 2021, depending on the country. DPP4 inhibitors and GLP-1 receptor agonists were separated into different cohorts. The study included patients who filled their first prescription for one of the drugs during the study period (not including patients treated with liraglutide for an obesity indication). Patients were excluded if they had taken either class of drug prior to cohort entry, "end-stage illness, dialysis, or renal transplantation, severe pancreatic disorders" or had major surgery of the intestines prior to cohort entry, misused the drugs, or were hospitalized with an intestinal condition or abdominal surgery within 90 days of cohort entry.

The primary analysis grouped intestinal obstruction events together though the authors did conduct a subgroup analysis of ileus.

The authors "used propensity score weighting to control for confounding," which included matching for sociodemographic characteristics, comorbidities, and other medications.

**Results:** For intestinal obstruction, the adjusted hazard ratio for patients treated with DPP-4 inhibitors compared with SGLT-2 inhibitors was 1.13, 95% CI (0.96-1.34) and for GLP-1RAs compared with SGLT-2 inhibitors, the adjusted hazard ratio was 0.83, 95% CI (0.69-1.01). The median follow up time for GLP-1RA users was 0.9 years. For paralytic ileus, the adjust hazard ratio was 0.64, 95% CI (0.36-1.11) for GLP-1RAs compared with SGLT-2 inhibitors.

**Discussion:** Though this study used a robust data set from national health systems of Norway, Sweden, and Denmark, and adjusted for key medications including opiates and antihistamines, the ICD codes for intestinal obstruction were overinclusive. For example, with regard to the primary outcome of intestinal obstruction, the ICD-10 codes for intussusception, volvulus, gallstone ileus, and intestinal adhesions with obstruction were included. This likely diluted the ability to find an association. In Supplementary Table 5, the authors define the ICD codes for Paralytic Intestinal Obstruction. These codes equate to paralytic ileus, volvulus, neurogenic bowel, and megacolon. The diagnosis of neurogenic bowel is typically used in patients who experience a loss of normal bowel control and function due to nerve damage affecting the brain, spinal cord, or nerves that manage the colon, and is not used to indicate ileus. Therefore, the inclusion of this ICD code can result in a non-differential bias towards the null. Finally, the study population consisted entirely of patients with diabetes, and residual confounding from diabetic autonomic neuropathy cannot be excluded.

**(21) Weng et al. Glucagon-Like Peptide-1 Receptor Agonist Therapy Does Not Increase Gastrointestinal Adverse Events in Patients with Inflammatory Bowel Disease. Digestive Diseases and Sciences. 2025. (Journal impact factor 2024: 3.3).**

**Background:** This study investigated the use of GLP-1 receptor agonists and the risk of ileus or bowel obstruction in patients with IBD.

**Study Design and methods:** This was a retrospective cohort study that evaluated IBD patients on GLP-1RA therapy between 2010 and 2024 by comparing ileus or bowel obstruction events for the year prior to GLP-1RA exposure and the year following GLP-1RA exposure. The authors defined GLP-1RA exposure as at least two prescriptions in a 90-day window. Critically, the ICD-10 codes used for "ileus" and "bowel obstruction" events did not actually include any non-mechanical ileus or bowel obstruction codes. The only codes used were K51 ICD codes for diagnosis and CPT codes for surgical procedures.

**Results:** 80 patients completed 12 months of GLP-1RA therapy, while 168 completed 6 months. The study did not find a significant difference in bowel obstruction/ileus rates between pre- and post-treatment intervals after normalizing for exposure.

**Discussion:** While this single-center study is unique in analyzing pre- and post-GLP-1RA therapy comparisons of the same patients, the study involves a very small sample size. This is an important consideration when dealing with, as we are here, side effects with low incidences. Another limitation of this study is its restriction to IBD patients. The results are not generalizable to the general population. Further, most patients in the study had only 6 months of GLP-1RA therapy. Data suggests that the highest risk of intestinal obstruction occurs 1.6 years after use. The study also did not adjust for medications known to affect gastrointestinal motility and did not analyze individual GLP-1 receptor agonists separately. Most importantly, none of the ICD-10 codes used to capture ileus or bowel obstruction outcomes were appropriate given the circumstances—the Supplementary Materials reveal all outcome codes were K51 codes, which are ulcerative colitis complication codes, not paralytic ileus or drug-induced obstruction codes. It appears this study may also suffer from non-differential bias in that the authors did not

45

distinguish between gastrointestinal events (ileus and bowel obstruction). This would bias the results towards showing no association.

## VI. Bradford Hill

Developed by Sir Austin Bradford Hill, the Bradford Hill factors for causation were initially published in his 1965 article, "The Environment and Disease: Association or Causation?" Therein, Bradford Hill described nine "aspects of [an] association" to consider in determining whether observed association is causal.[40]

The nine Bradford Hill factors for consideration are: (1) strength (how strong is the association to the condition); (2) consistency (has the association "been repeatedly observed by different persons, in different places, circumstances and times"); (3) specificity (are there other causes of the condition); (4) temporality (did the condition follow exposure); (5) biological gradient (is there a dose-response relationship); (6) plausibility (is the association to the condition biologically plausible); (7) coherence (does the association to the condition "seriously conflict with the generally known facts of the natural history and biology of the disease"); (8) experiment (is the association to the condition effected by "preventative action"); and (9) analogy.[41]

Of critical note, all nine Hill considerations need not be strictly established to prove causation. In his article, Bradford Hill specifically stated:

> None of my nine viewpoints can bring indisputable evidence for or against the cause-and-effect hypothesis and none can be required as a sine qua non. What they can do, with greater or less strength, is to help us to make up our minds on the fundamental question ...[42]

Moreover, "[a]ll scientific work is incomplete – whether it be observational or experimental. All scientific work is liable to be upset or modified by advancing knowledge. That does not confer upon us a freedom to ignore the knowledge we already have, or to postpone the action that it appears to demand at a given time."[43]

A prerequisite to performing a Bradford Hill analysis is that there be an observed association between an exposure and outcome. The strongest evidence for an association comes from Faillie et al, Alkabbani et al, Sodhi et al, and Bennett et al. These studies share several methodological strengths: two of these studies (Faillie et al and Alkabbani et al) used new-user, active-comparator designs; three of the four (Faillie et al, Alkabbani et al and Bennett et al) included ICD codes specific to drug-induced hypomotility, such as paralytic ileus and ileus unspecified (and in some cases constipation); and two of the four (Faillie et al and Alkabbani et al) employed robust propensity score matching that accounted for medications known to affect gastrointestinal motility, including opioids, antihistamines, calcium channel blockers, and psychotropic medications.

---

[40] Hill (1965).
[41] Id.
[42] Id.
[43] Id.

46

Faillie et al found a statistically significant increased risk of intestinal obstruction or ileus when comparing GLP-1 receptor agonists to SGLT-2 inhibitors, a class of diabetes medication with no known effect on gastrointestinal motility. Alkabbani et al, a conference abstract from the same research group with full publication pending, presented related analyses using pooled data extending through August 2024, adjusted for more than 150 potential confounders, and found statistically significant increased risk for both bowel obstruction and severe constipation specifically.

Sodhi et al, by excluding patients with diabetes, addressed a key source of confounding present in other analyses and found a statistically significant increased risk of bowel obstruction. While Bennett et al did not find a statistically significant association in their adjusted analysis, the confounders that were adjusted for were suboptimal. Indeed, they found an increase in the crude incidence of ileus among GLP-1 receptor agonist users and compared GLP-1RA users to DPP-4 inhibitor users, a drug class that itself increases ileus risk, implying the true risk compared to drugs unrelated to ileus would be even greater.

Though several studies did not find an association their methodological limitations explain why. These studies often failed to adjust for important confounders—Garg et al, for example, did not adjust for calcium channel blockers or tricyclic antidepressants, both known to cause ileus. Niu et al included DPP-4 inhibitors in the comparator group, which itself increases ileus risk, thereby reducing the observed difference between groups.

Other null studies were limited by over-inclusive outcome definitions. Ueda et al, Sarwal et al, Nielsen et al, and Weng et al included ICD codes for conditions mechanistically unrelated to GLP-1 receptor agonist effects—such as intussusception, volvulus, gallstone ileus, and adhesive obstruction—which dilutes any true drug-induced signal by adding noise from outcomes that occur at similar rates in both groups regardless of drug exposure. Nielsen et al, as discussed below, was also restricted to IBD patients.

Several studies were limited by non-generalizable populations. Nielsen et al and Weng et al examined only patients with inflammatory bowel disease, a population with high baseline rates of mechanical obstruction from strictures, adhesions, and inflammation that further obscure any drug-specific effect on functional ileus. Gmehlin et al examined only ICU patients, where numerous confounding factors such as sedation and critical illness obscure drug-specific signals, and was severely underpowered with only 631 exposed patients and very few ileus events (5 vs. 3).

Finally, some studies were simply underpowered. The meta-analysis by Alfehaid et al was driven largely by underpowered RCTs—Gudbergsen included only 156 participants and Lundgren only 195—with minimal ileus events. In Chiang et al, only 8 of 55 included trials even reported on paralytic ileus, with just 18 cases among 34,100 GLP-1 receptor agonist users. The pharmacovigilance studies (Gudin et al, Shu et al) have well-recognized limitations including underreporting, reporting bias, lack of denominator data (unknown total number of exposed patients), and variable data quality depending on whether reports were submitted by patients or clinicians.

When studies show an association despite the presence of non-differential bias toward the null, as do Faillie et al, Alkabbani et al, and Sodhi et al, the true association is likely even greater than

47

what is observed. Notably, even these methodologically strong studies are subject to some degree of this bias. Faillie et al, for example, included a small number of ICD codes unrelated to hypomotility and did not include drug-induced constipation. That these studies found statistically significant associations despite these limitations suggests the true effect may be stronger than observed.

Additionally, when GLP-1 receptor agonists are compared to active comparators that themselves increase ileus risk—such as DPP-4 inhibitors—any observed increased risk with GLP-1 receptor agonists is particularly meaningful. Bennett et al found the highest crude incidence of ileus among GLP-1 receptor agonist users even when compared to DPP-4 inhibitors, and DPP-4 inhibitor users in that study had higher rates of concomitant opioid and calcium channel blocker use. If these confounders had been properly adjusted for, the GLP-1 receptor agonist signal would likely be even stronger.

Conversely, studies that fail to find an association in the presence of non-differential bias, over-inclusive outcome definitions, or inadequate confounder adjustment cannot be interpreted as evidence against causation. These studies appear to simply lack the methodological precision to detect a true signal.

Accordingly, I find that a statistically significant association between use of GLP-1RA medications and ileus and bowel obstructions is evident based on a review of the literature.

# VII. Bradford Hill Analysis

Given that an association exists, I conducted a Bradford Hill analysis. As Bradford Hill himself recognized, not all nine factors are equally applicable to every causal question, and "none can be required as a sine qua non." Accordingly, I explain below how I weighed the factors relative to one another and then provide my detailed analysis of each.

Weighting of Bradford Hill Factors: In assessing causation between GLP-1 receptor agonists and ileus/bowel obstruction, I considered how each Bradford Hill factor applies to the evidence in this case.

In this case, biological plausibility and coherence are particularly probative because the mechanism by which GLP-1 receptor agonists slow gastrointestinal motility is not disputed. It is one of the drugs' intended effects. Temporality, consistency across multiple studies and geographic regions, and analogy to other drug classes known to cause ileus through reduced motility also strongly support causation. Strength of association must be interpreted in context: the observed hazard ratios of 1.32 to 4.22 are likely underestimates because non-differential misclassification bias attenuates the true effect toward the null. The absence of specificity does not weigh against causation, as Bradford Hill noted, particularly for conditions like ileus that represent a final common pathway with multiple potential causes. The detailed analysis of each factor follows.

## A. Strength of Association

48

"*Strength*: This is defined by the size of the risk as measured by appropriate statistical estimates. The stronger, the more likely to be causal, although weak relationships may also be causal."[44]

Based on the weight of the evidence, the data supports a robust causal association between the use of GLP-1 receptor agonists and bowel obstruction. Faillie, et al examined outcomes primarily of ileus and a few ICD codes for mechanical bowel obstruction among patients receiving GLP-1 receptor agonists with those receiving DPP-4 inhibitors and SGLT-2 inhibitors. The study found that the use of GLP-1RAs was associated with a 1.69 fold higher risk of intestinal obstruction or ileus when compared with the use of SGLT-2 inhibitors, which was statistically significant. Importantly, the risk increased with duration of use with the hazard ratio highest at a 3.48 higher risk with approximately 1.6 years of use. In a research letter published in a high impact journal (JAMA), Sodhi, et al examined the risk of serious gastrointestinal events among patients with obesity, and without diabetes mellitus, comparing those who were newly started on GLP-1 receptor agonists (liraglutide or semaglutide) with those on bupropion-naltrexone, which are both drugs used to treat obesity. They observed an increased incidence of bowel obstruction among patients on liraglutide (8.1 per 1000 person-years), compared to those on bupropion-naltrexone (1.9 per 1000 person-years). After adjusting for confounders, GLP-1RA medications were associated with a 4.22-fold higher risk of bowel obstruction (95% CI, 1.02-17.40), which was statistically significant.

Although several studies examined do not show an association, in my opinion, this is because there exists a non-differential bias in the literature. Most studies on this topic examine outcomes that combine both mechanical bowel obstruction and ileus. However, GLP-1RAs are primarily associated with ileus, and not with mechanical bowel obstruction (although sometimes ileus can be misdiagnosed as partial bowel obstruction and coded as such, and some patients with severe ileus and fecal retention can suffer resulting mechanical obstruction, coded as such). However, this is a very uncommon cause of mechanical bowel obstruction and for all practical purposes will not significantly impact or change the rates of mechanical bowel obstruction between GLP-1RA users and comparator groups. Therefore, this misclassification that includes outcomes such as mechanical bowel obstruction, that happens somewhat equally in both comparison groups (GLP-1RA exposed and unexposed patients), dilutes any true association, making the groups look more similar than they really are. The same bias occurs when the duration of treatment is not captured, and patients who have taken the GLP-1RA medication for a short duration of time are considered to be exposed for the duration of the study. Both can result in a "bias toward the null"- meaning the observed effect is pushed toward showing no association, even when a true association exists. When studies show an association despite the presence of a non-differential bias towards the null, the true association may be even greater than what is observed.

In summary, the available evidence supports a significant association between GLP-1 receptor agonist use and an increased risk of ileus and bowel obstruction. In a large cohort study, GLP-1 receptor agonist use was linked to a 1.69-fold increased risk of intestinal obstruction compared with SGLT-2 inhibitors, with risk rising further with longer duration of therapy, while a population-based study of patients treated for obesity demonstrated a four-fold increased incidence of bowel obstruction among those receiving GLP-1 receptor agonists compared with

---

[44] Miquel Porta, *A Dictionary of Epidemiology* (Oxford University Press, 6th ed. 2014), 135.

bupropion–naltrexone. Together, these findings suggest a clinically meaningful association between GLP-1 receptor agonist exposure and ileus and bowel obstruction.

## B. Consistency

"*Consistency*: The association is consistent when results are replicated in studies in different settings using different methods. Replicability and survivability."[45]

The association between GLP-1 receptor agonists and ileus and bowel obstruction is observed across multiple studies conducted in different countries, using different databases, by independent research teams. Statistically significant associations were found in studies using U.S. claims data (Alkabbani et al and Sodhi et al), UK primary care data (Faillie et al), and Japanese hospital data (Bennett et al). These studies employed varying methodologies, including different active comparators (SGLT-2 inhibitors, DPP-4 inhibitors, bupropion-naltrexone) and different outcome definitions, yet consistently identified an increased risk of ileus or intestinal obstruction among GLP-1 receptor agonist users. In summary, multiple independent research teams, across multiple countries, working with different data sources and using different analytic approaches, arrived at the same conclusion, indicates that consistency is satisfied and supports causation.

## C. Specificity

"*Specificity*: Present when a putative cause produces a specific effect, as hypothesized or predicted by background theory (e.g., exogenous estrogen usage is expected to show a relation to hormone-sensitive conditions but not to seat-belt use). The particularity with which one variable predicts the occurrence of another."[46] As Bradford Hill noted in his 1965 article, more specific associations are more likely to be causal.[47] "However, as with a dose-response relationship, absence of specificity in no way negates a causal relationship."[48]

Bowel obstruction and ileus can occur from a myriad of conditions including other medications like opioids, antidepressants, antipsychotics, and several medical conditions causing autonomic neuropathy. Therefore, ileus and bowel obstruction are not specific for GLP-1RAs.

## D. Temporality

"*Temporality*: Exposure always precedes the outcome. This is the only necessary criterion of causality. Assessing the time order is not always straightforward (e.g., because of disease progression bias and other causes of reverse causation)."[49]

Several of the studies examined have studies used an "active comparator new user" study design where the outcomes are examined after new initiation of a GLP-1RA or an active comparator. In

---

[45] Porta, 135.

[46] *Id.*

[47] Hill (1965).

[48] David D. Celentano et al., Gordis Epidemiology (Elsevier, 7th ed. 2024), 278.

[49] Porta, 135.

Faillie et al, there is a clear trend where the cumulative incidence of bowel obstruction curves diverged after 8 months of use, and the risk gradually increased with duration of use with the highest hazard risk observed after around 1.6 years of use. Temporality is clearly established.

## E. Biological Gradient

"*Dose-response relationship*: Often, but not always, an increasing level of exposure (in amount and/or time) increases risk. More generally, the relation of exposure to risk follows the expected theoretical pattern (e.g. morbidity and mortality follow a U-shaped relation to some vitamins). Causal does-response relationships need not be linear, neither need they be monotonic."[50]

The epidemiological studies reviewed did not examine the association between the dose of GLP-1RA and bowel obstruction because researchers accessing most large epidemiological databases did not have access to the dose of the medication on individual patients. However, there is a clear dose response observed in animal studies performed by Tolessa et al (2001) where higher doses of GLP-1RAs were associated with greater reduction in gut motility in animal models. Additionally, we see similar trends in humans in studies performed by Hellstrom et al, where different doses of GLP-1RAs have varying effects on small bowel assessed by manometry, via different mechanisms. The existence of a dose response is an important finding supporting causation.

## F. Plausibility

"*Biological plausibility:* The association is coherent with firmly established knowledge on pathobiological processes.  Exceptional caution is needed in this consideration: when the understanding of biological mechanisms is incomplete, implausible and speculative biological explanations will seem plausible and ever coherent."[51] However, it is important to note that there is no requirement that definitive proof of pathogenesis be established to have biological plausibility.

There is clear plausibility with the mechanism of action of these drugs, which reduce motility in the small bowel, leading to ileus and bowel obstruction. According to Sleisenger and Fordtran's Gastrointestinal and Liver Disease:

> "Many drugs profoundly affect GI motility.  Although the colon is considered the principal target organ for drug-induced dysmotility, the small intestine often is similarly affected. Tricyclic antidepressants are noted for causing ileus and constipation. Phenothiazines and some antiparkinsonian drugs decrease small intestinal and colonic motility and can cause adynamic ileus as well as constipation and colonic pseudo-obstruction. The anticholinergic agents atropine and scopolamine and related belladonna alkaloids decrease intestinal tone along with the amplitude and frequency of peristaltic contractions. Opioid analgesics act on μ-opiate receptors throughout the intestinal tract to suppress motility; this

---

[50] *Id.*
[51] *Id.*

51

effect is most pronounced in the colon. Morphine enhances the amplitude of non-propulsive small intestinal contractions and markedly decreases propulsive contractions. The duodenum and jejunum are more prone to these effects than the ileum, and the overall effect is a delay in transit through the small intestine."

Evidence from both animal studies by Tolessa et al and human investigations by Hellström et al suggests that GLP-1 receptor agonists reduce gastrointestinal motility through effects on the migrating motor complex (MMC), providing mechanistic support and biological plausibility for their observed clinical effects.

## G. Coherence

"*Coherence:* The association is compatible with existing theory and knowledge. It may be theoretical and factual, biological, clinical, epidemiological, social, or statistical."[52]

Hill used the term "coherence" to mean that the causal relationship of exposure to the disease does not conflict with the current understanding of the disease process (Modern Epidemiology, Lash et al). The proposed causal relationship between GLP-1 receptor agonists and ileus is fully coherent with established medical knowledge.

It is well established in gastroenterology that reduced gastrointestinal motility leads to ileus and bowel obstruction. According to Sleisenger and Fordtran's Gastrointestinal and Liver Disease, numerous drug classes that decrease intestinal motility can cause adynamic ileus. This is not a novel or disputed concept.

It is equally undisputed that GLP-1 receptor agonists slow gastrointestinal motility. This effect is disclosed on the FDA-approved product labels, which warn of delayed gastric emptying. Animal studies by Tolessa et al demonstrate that GLP-1 inhibits the MMC in a dose-dependent manner. Human manometry studies by Hellstrom et al confirm that GLP-1 receptor agonists reduce small bowel motility in humans. In a randomized, double-blind, crossover trial, Thazhath et al demonstrated that the GLP-1RA exenatide, administered intravenously, significantly attenuated duodenal pressure waves and delayed small intestinal transit in both healthy volunteers and among patients with diabetes. Their findings demonstrated that inhibition of small intestinal motor activity is an important mechanism by which exenatide attenuates postprandial hyperglycemia.

The manufacturers do not dispute this pharmacological effect; indeed, it contributes to the drugs' efficacy for weight loss by promoting satiety.

The causal claim does not conflict with any established scientific knowledge; rather, it flows logically from the drugs' known mechanism of action.

To summarize, GLP-1 receptor agonists are well established to slow gastrointestinal motility, a property reflected in FDA labeling and supported by both animal and human studies

---

[52] Porta, 136.

demonstrating inhibition of the migrating motor complex. A clinical trial further showed that GLP-1 receptor agonists, including exenatide, reduce small intestinal motor activity and delay transit, providing a key mechanism for their ability to attenuate postprandial hyperglycemia. Coherence therefore supports causation.

## H. Experiment

"*Experiment:* An experiment shows that the caused condition can be altered (e.g., prevented) by changing exposure to the putative cause."[53]

There are case reports of patients who developed ileus on GLP-1RA and responded to dechallenge, meaning their symptoms resolved when the drug was discontinued. Some patients developed ileus again when rechallenged with GLP-1RAs, meaning they were re-started on the medication and the symptoms returned. These cases come from two sources: postmarketing adverse event reports submitted to the FDA Adverse Event Reporting System (FAERS) and published case reports in the medical literature.

The FAERS database documents multiple positive rechallenge cases. I reviewed these cases as reported in the 2022 FDA pharmacovigilance review of GLP-1 receptor agonists and intestinal obstruction, which I reviewed as a source for the underlying FAERS case data, not for its analysis or conclusions.[54]

In the exenatide case, a 62-year-old male patient with type 2 diabetes was initiated on exenatide therapy. Approximately 14 months after initiation, the patient presented to the emergency department with constipation, vomiting, and abdominal distention. A diagnosis of ileus was made based on CT scan findings. Exenatide was discontinued and the patient's symptoms improved to the point that he was able to ingest a meal. Shortly thereafter, exenatide was restarted. However, the patient again developed recurring constipation and ileus. Exenatide was discontinued a second time and the symptoms disappeared. The patient recovered.

In one of the dulaglutide cases,[55] a 65-year-old male patient was initiated on dulaglutide for diabetes. About two weeks after initiation, the patient developed bloating and abdominal pain necessitating hospitalization. The patient was diagnosed with ileus. Dulaglutide was discontinued and he received corrective treatment while in the hospital. Upon recovery, the patient was discharged. Dulaglutide therapy was then re-initiated. After the third dulaglutide injection, the patient again experienced bloating and abdominal discomfort. The patient was re-hospitalized for ileus.

In the published medical literature, Mcsweeney et al describes a case report of a 66-year-old woman with obesity who was initiated on semaglutide for weight loss and presented acutely with

---

[53] Porta, 136.

[54] U.S. Food and Drug Administration, Center for Drug Evaluation and Research, Office of Surveillance and Epidemiology, FDA 2022 Report, Reference ID: 5070612.

[55] Additional positive rechallenge cases involving dulaglutide are documented in the FAERS database (FAERS case numbers 12807161 and 12885303) but the discussion of these cases in the FDA 2022 Report are limited and therefore not detailed in this report.

53

symptoms of bowel obstruction.[56] The patient did not respond to conservative measures and required an exploratory laparotomy, which revealed congested bowel with early ischemic changes, and required a 10 cm bowel resection. The patient remained on semaglutide and presented one year later with abdominal pain. She had a second exploratory laparotomy requiring additional small bowel resection and lysis of adhesions. In the opinion of the treating surgeon, the episodes of recurrent small bowel obstruction were likely due to semaglutide, and the drug was eventually discontinued. Although this is a case report, and there are competing causes of bowel obstruction such as adhesions, semaglutide use is the suspected cause of the two episodes of bowel obstruction.

These cases demonstrating dechallenge followed by rechallenge are infrequent because most clinicians would be reluctant to re-introduce a GLP-1RA medication after a severe complication such as ileus, particularly if it requires hospitalization. Despite this limitation, the rechallenge cases that do exist uniformly demonstrate recurrence of symptoms upon re-exposure, providing strong support for causation. Therefore, this factor supports causation.

### I. Analogy

"*Analogy:* Similar relations have previously been established."[57]

As described in the biological plausibility section, there are numerous medications that slow GI motility. A good analogy is to opioid medications that bind to Mu-opioid receptors in the GI tract and decrease peristalsis. The longer gastrointestinal transit time causes excessive water and electrolyte reabsorption from feces and harden the stool. This combination causes constipation in 60-90% of patients who take these for cancer pain. In some cases, the constipation is so severe, it requires manual maneuvers such as digital evacuation to have a bowel movement. The delayed motility can lead to ileus and functional bowel obstruction and opioid induced constipation, similar to what is observed with GLP-1 receptor agonists.[58] Other medications such as the anti-psychotic Clozapine can also cause similar presentations. Although opiates, Clozapine and GLP-1RAs work via different receptors in reducing peristalsis, the end result is the same-reduction in peristalsis, leading to ileus. Therefore, there are similar instances where medications have been known to slow the intestinal tract-albeit by a different mechanism, but the result is dysmotility and ileus. The Analogy factor is satisfied.

# VIII. Conclusion

Based on my systematic review of the epidemiological literature, application of the study quality criteria described in my methodology, and Bradford Hill analysis, it is my opinion, held to a reasonable degree of scientific and medical certainty, that GLP-1 receptor agonists, including

---

[56] McSweeney, et al. S6105 Small Bowel Obstruction Associated With Semaglutide Use. The American Journal of Gastroenterology 120(10S2):p S1302, October 2025.

[57] Porta, 136.

[58] de Boer, Hans Donald et al. "Opioid-related side effects: Postoperative ileus, urinary retention, nausea and vomiting, and shivering. A review of the literature." *Best practice & research. Clinical anaesthesiology* vol. 31,4 (2017): 499-504. doi:10.1016/j.bpa.2017.07.002.

Trulicity (dulaglutide), Mounjaro (tirzepatide), and Zepbound (tirzepatide), cause ileus and bowel obstruction.

As discussed, the methodologically strongest epidemiological studies consistently demonstrate a statistically significant association. The consistency of these findings across different countries, databases, and research teams reduces the likelihood that the association is an artifact of any single study's limitations. The studies that did not find statistically significant associations share common methodological limitations that explain their null findings, including over-inclusive outcome definitions, failure to verify medication adherence, inability to adjust for potential confounders, and restriction to non-generalizable populations. These limitations do not contradict the causal conclusion; they explain why some studies failed to detect the association that the stronger studies consistently identified.

Importantly, The Bradford Hill analysis strongly supports causation. Eight of nine factors weigh in favor of a causal relationship; only specificity is neutral, which Bradford Hill himself recognized does not negate causation for conditions with multiple potential causes. Just because ileus is not specific to GLP-1RA medications, and other medications can cause similar side effects, does not negate the fact that GLP-1RA medications cause ileus and bowel obstruction.

As shown, the mechanism is undisputed: GLP-1 receptor agonists slow gastrointestinal motility as their intended pharmacological effect. When this slowing becomes excessive, ileus and bowel obstruction result. This is not a novel or speculative theory; it is the same pathway by which opioids, anticholinergics, and antipsychotics have long been recognized to cause these conditions.

Dated: January 2, 2026

_____

Binu John, MD, FACG, FAASLD

55

# Appendix A

**Materials Considered – In Re: Glucagon-Like Peptide-1 Receptor Agonist (GLP-1 RAS) Products Liability Litigation, MDL 3094**

All materials referenced and/or discussed within my report are incorporated herein by reference.

## Literature

| |
|---|
| Alfehaid L., Alyami M., et al. (2024). Evaluating bowel obstruction and ileus events in patients on GLP-1 RA: a systematic review and meta-analysis. *Expert Opinion on Drug Safety*. DOI: 10.1080/14740338.2025.2465870. |
| Alkabbani W., Crisafulli S., et al. (2025). 768-P: Glucagon-like Peptide-1 Receptor Agonists and the Risk of Motility-Related Gastrointestinal Adverse Events- A Cohort Study. *Diabetes*. DOI: 10.2337/db25-768-P. |
| Amato A, Baldassano S., et al. (2014). Exogenous glucagon-like peptide 1 reduces contractions in human colon circular muscle. *Journal of Endocrinology 221*(1): 29-37DOI: 10.1530/JOE-13-0525. |
| Bennett D., Dave S., et al (2016). Association between therapy with dipeptidyl peptidase-4 (DPP-4) inhibitors and risk of ileus: a cohort study. *Diabetology International 7*(4): 375-383.DOI: 10.1007/s13340-016-0261-3. |
| Biau D. J., Kerneis S., & Porcher, R. (2008). Statistics in brief: The importance of sample size in the planning and interpretation of medical research. *Clinical Orthopaedics and Related Research*, 466(9), 2282–2288. DOI: 10.1007/s11999-008-0346-9. |
| Bhattacharyya M., Miller A., et al (2024). Mortality and serious AEs associated with GLP-1 RA's: A Pharmacovigilance Study using the FDA Adverse Event Reporting System. *Cureus 16*(8): e65989. DOI: 10.7759/cureus.65989. |
| Brenner, D.J. & Eric J. Hall (2007). Computed tomography--an increasing source of radiation exposure. *N Engl J Med* 357(22):2277-84. DOI: 10.1056/NEJMra072149. |
| Camilleri M., Vasquez-Roque M., et al (2012). Effect of a glucagon-like peptide 1 analog, ROSE-010, on GI motor functions in female patients with constipation-predominant irritable bowel syndrome. *American Journal of Physiology: Gastrointestinal & Liver Physiology 303*(1): G120-8. 2012/04/19. DOI: 10.1152/ajpgi.00076.2012 |
| Celentano D., Szklo M., & Farag Y. (2024). *Gordis Epidemiology*. Seventh Edition. Philadelphia: Elsevier. |
| Chiang C, Jaroenlapnopparat A, et al (2025). GLP-1 RA and Gastrointestinal Adverse Events: a systematic review and meta-analysis. *Gastroenterology 169*(6): 1268-1281. DOI: 10.1053/j.gastro.2025.06.003. |
| Cole J., Stark J. (2025). Impact of GLP-1 RA on Bowel Preparation for Colonoscopy: A Large, Matched Regional Cohort. *Ann Pharmacother*. DOI: 10.1177/10600280251349583 |
| Crisafulli S., Alkabbani W., et al (2025). Comparative Gastrointestinal Safety of Dulaglutide, Semaglutide, and Tirzepatide in Adults with Type 2 Diabetes. *Annals of Internal Medicine*. DOI: 10.7326/ANNALS-25-01724 |
| de Boer H.D., Detriche O., & Flrget P. (2017). Opioid-related side effects: Postoperative ileus, urinary retention, nausea and vomiting, and shivering. A review of the literature. *Best practice & research. Clinical anaesthesiology* 31,4: 499-504. DOI:10.1016/j.bpa.2017.07.002. |

Derington C., Sarwal A., et al (2025). Liraglutide vs Semaglutide vs Dulaglutide in Veterans with Type 2 Diabetes. *JAMA 8*(10): e2537297. DOI: 10.1001/jamanetworkopen.2025.37297

Ding P., Gao Z., et al (2024). GLP-1 Receptor Agonists and Risk of Paralytic Ileus: A drug-target Mendelian Randomization Study. DOI: 10.1101/2024.10.17.24315627.

Du Y., Zhang M., et al (2024). A real-world disproportionality analysis of semaglutide: Post-marketing pharmacovigilance data. 2024. *Journal of Diabetic Investigation 15*(10): 1422-1433. DOI: 10.1111/jdi.14229.

Edholm T., Cejvan K., et al. (2009). The incretin hormones GIP and GLP-1 in diabetic rats: effects on insulin secretion and small bowel motility. *Neurogastroenterol Motil* 21(3):312-21. DOI: 10.1111/j.1365-2982.2008.01229.x.

Faillie J., Yin H., et al. (2022) Incretin-Based Drugs and Risk of Intestinal Obstruction Among Patients With Type 2 Diabetes. *Clinical Pharmacology & Therapeutics 111*(1): 272-282. DOI: 10.1002/cpt.2430

Gao R., Li Y., Li A., et al. (2024). Risk factor screening and predication modeling of GI adverse reactions caused by GLP-1RA. *Frontiers in Endocrinology*. doi: 10.3389/fendo.2024.1502050.

Gao Z., Tabernaacki T., et al (2025). Association of GLP-1 RA with Risk of Intestinal Obstruction in Patients with T2DM: A Retrospective Cohort Study. *Acta Diabetology 62*(11):1941-1951. DOI: 10.1007/s00592-025-02525-z.

Garg S., Qapaja T., et al (2025). All-cause Mortality and GI AEs in Adults with T2D on GLP-1 RAs vs. SGLT-2 inhibitors. *Gastro Hep Advances 4*(10):100736. DOI: 10.1016/j.gastha.2025.100736.

Giralt M., Vergara P. (1999). Glucagonlike Peptide-1 (GLP-1) Participation in Ileal Brake Induced by Intraluminal Peptones in Rat. *Digestive Diseases and Sciences 44*(2): 322-9. DOI: 10.1023/a:1026654417697.

Glasziou P., Calmers I., et al (2017). When are randomised trials unnecessary? Picking signal from noise. *BMJ* 334,7589: 349-51. DOI:10.1136/bmj.39070.527986.68.

Gmehlin C., Nemet M., et al (2025). Impact of Glucagon-Like Peptide-1 Receptor Agonist Exposure on Gastrointestinal Outcomes Among ICU Patients: A Multicenter Matched Cohort Study. *Critical Care Explorations 7*(5): e1263. DOI: 10.1097/CCE.0000000000001263.

Goodman S.N., Berlin J.A. (1994). The use of predicted confidence intervals when planning experiments and the misuse of power when interpreting results. *Annals of Internal Medicine* 121(3):200–206. DOI: 10.7326/0003-4819-121-3-199408010-00008.

Gopalkrishnan K., Chang P., et al (2024). Delayed Gastric Emptying as a Consequence of Patients on New-Generation GLP1-RAS: An Analysis from the FAERS Database. *Gastroenterology 166*(5): S-597.

Gordon A, Dixit K, et al (2023). A Rare Case of A Large Bowel Obstruction Due to Tirzepatide. *Chest 164*(4). Doi: 10.1016/j.chest.2023.07.1569

Greenland S., Senn S. J., et al (2016). Statistical tests, P values, confidence intervals, and power: a guide to misinterpretations. *European Journal of Epidemiology*, 31(4), 337–350. DOI: 10.1007/s10654-016-0149-3.

Gudbergsen H., Overgaard A., et al. (2021). Liraglutide after diet-induced weight loss for pain and weight control in knee osteoarthritis: a randomized controlled trial. *The American Journal of Clinical Nutrition 113*(2):314-323. DOI: 10.1093/ajcn/nqaa328.

Gudin B., Ladhari C., et al (2020). Incretin-based drugs and intestinal obstruction: a pharmacovigilance study *Therapies 75*(6):641-647. Doi: 10.1016/j.therap.2020.02.024.

Hecht, S.S. (2002). Human urinary carcinogen metabolites: biomarkers for investigating tobacco and cancer. *Carcinogenesis* 23(6): 907-22. DOI: 10.1093/carcin/23.6.907.

Hellstrom P., Naslund E., et al. (2008). GLP-1 suppresses gastrointestinal motility and inhibits the migrating motor complex in healthy subjects and patients with irritable bowel syndrome. *Neurogastroenterology & Motility* 20(6):649-59. Doi: 10.1111/j.1365-2982.2007.01079.x.

Hernan, M.A. (2022). *Causal analysis of existing databases: no power calculations required.* Journal of Clinical Epidemiology. DOI: 10.1016/j.jclinepi.2021.08.028.

Hicks B., Kaye J., et al. (2023). The application of lag times in cancer pharmacoepidemiology: a narrative review. *Annals of Epidemiology* 84: 25-32. DOI: 10.1016/j.annepidem.2023.05.004.

Hill, Bradford (1965). The Environment and Disease: Association or Causation? *Proceedings of the Royal Society of Medicine, 58*(5), 295–300.

Hoenig J.M., Heisey D.M. (2001). The Abuse of Power: The Pervasive Fallacy of Power Calculations for Data Analysis. *The American Statistician* 55(1): 19-24. DOI: 10.1198/000313001300339897.

Holst J., Andersen D., et al (2022). Actions of glucagon-like peptide-1 receptor ligands in the gut. *Br J Pharmacol* 179(4): 727-742. DOI: 10.1111/bph.15611

Hurwitz S., Lanes S., et al. (2025). Comparative Safety of Glucagon-Like Peptide 1 Receptor Agonists (GLP-1-RAs) in Type 2 Diabetes and Chronic Weight Management: A Real-World Data Study. *Pharmacoepidemiology & Drug Safety* 34(9):e70214. DOI: 10.1002/pds.70214

Iturrino J., Camilleri M., et al (2016). Acute Effects of a Glucagon-Like Peptide 2 Analogue, Teduglutide, on Gastrointestinal Motor Function and Permeability in Adult Patients With Short Bowel Syndrome on Home Parenteral Nutrition. *JPEN J Parenter Enteral Nut* 40(8):1089-1095. DOI: 10.1177/0148607115597644.

Iwamuro M., Okada H., et al. (2015). Review of the diagnosis and management of gastrointestinal bezoars. *World J Gastrointest Endosc* 7(4): 336-345. DOI: 10.4253/wjge.v7.i4.336.

Jaber F., Obeidat K., et al (2025). Tirzepatide Shows Lower Risk of Gastrointestinal Side Effects Compared to Other Glucagon-like Peptide-1 (GLP-1) Receptor Agonists: A Real-world Analysis of over 1 Million Patients. Su2055.

Jalleh RJ, Marathe CS, Rayner CK, et al. Physiology and Pharmacology of Effects of GLP-1-based Therapies on Gastric, Biliary and Intestinal Motility. *Endocrinology.* 2024;166(1):bqae155. doi:10.1210/endocr/bqae155.

Jalleh R., Plummer M., Marathe C., et al (2024). Clinical Consequences of Delayed Gastric Emptying with GLP-1 RA and TZP. *Journal of Clinical Endocrinology & Metabolism 110*(1):1-15. DOI: 10.1210/clinem/dgae719.

Javed F., Shaat I., & Oyibo S. (2025). Semaglutide-Induced Small Bowel Pseudo Obstruction and Ileitis in a Patient With Type 2 Diabetes: A Case Report. *Cureus 17*(7): e88350. DOI: 10.7759/cureus.88350

Khanna T., Pan C., et al. (2024). Demographic And Clinical Predictors Of 30-Day Readmission Following Ileal Pouch-Anal Anastomosis in Inflammatory Bowel Disease: Analysis From the Nationwide Readmission Database. *The American Journal of Gastroenterology 119*(10S): S1389

Kundi, M. (20016). Causality and the interpretation of epidemiologic evidence. *Environmental Health Perspectives,* 114(7): 969–974. DOI: 10.1289/ehp.8297.

Langmach Wegeberg A., Hansen C., et al. (2020). Liraglutide accelerates colonic transit in people with type 1 diabetes and polyneuropathy: A randomised, double-blind, placebo-controlled trial. *United European Gastroenterol J* 8(6): 695-704. DOI: 10.1177/2050640620925968

Lipton, Peter. (2004) *Inference to the Best Explanation.* Second Edition. London: International Library of Philosophy.

Liu B., Veccia D., et al. (2022). Some Risks of Gastrointestinal Adverse Events Associated With Glucagon-like Peptide 1 Receptor Agonists are likely explained by BMI. *Alimentary Pharmacology & Therapeutics 62*(1):77-80. DOI: 10.1111/apt.70190

Liu L., Chen J., et al (2022). Association between different GLP-1 receptor agonists and gastrointestinal adverse reactions: A real-world disproportionality study based on FDA adverse event reporting system database. *Frontiers in Endocrinology.* DOI: 10.3389/fendo.2022.1043789

Lorenz N., Stauffer J., et al (2025). Nonmechanical Small Bowel Obstruction in a Patient on Zepbound Without a Surgical History: A Case Report. *Cureus 17*(8): e90657. DOI: 10.7759/cureus.90657

Lundgren J., Janus C., et al (2021). Healthy Weight Loss Maintenance with Exercise, Liraglutide, or Both Combined. *New England Journal of Medicine 384*(18):1719-1730. DOI: 10.1056/NEJMoa2028198.

Marathe C., Rayner C., et al (2011). Effects of GLP-1 and Incretin-Based Therapies on Gastrointestinal Motor Function. *Experimental Diabetes Research.* DOI: 10.1155/2011/279530

McSweeney J., Mandal A., et al (2025). Small Bowel Obstruction Associated With Semaglutide Use. *The American Journal of Gastroenterology.* S6106

Meier J., Gallwitz B., et al (2003). Gastric inhibitory polypeptide does not inhibit gastric emptying in humans. *American Journal of Physiology-Endocrinology and Metabolism 286*(4):E621-5. DOI: 10.1152/ajpendo.00499.2003

Miller G., Boman J., et al. (2000). Etiology of small bowel obstruction. *Am J* 180(1): 33-6. DOI: 10.1016/s0002-9610(00)00407-4.

Moiz A., Filion K., et al (2025). Efficacy and Safety of GLP-1 RA for weight loss among adults without Diabetes. *Annals of Internal Medicine 178*(2):199-217DOI: 10.7326/ANNALS-24-01590

Morris R.S., Murphy P., et al. (2022). Bowel Ischemia Score Predicts Early Operation in Patients With Adhesive Small Bowel Obstruction. *Am Surg* 88(2): 205-211. DOI: 10.1177/0003134820988820.

Nahar S., Maybee N., et al. (2025). Severe Small-Bowel Obstruction in a High-Risk Patient on Long-Term Tirzepatide Therapy: A Case Report. *Cureus 17*(12): e98935. DOI:10.7759/cureus.98935

Nakade Y., Tsukamoto K., et al. (2007). Glucagon like peptide-1 accelerates colonic transit via central CRF and peripheral vagal pathways in conscious rats. *Autonomic Neuroscience 131*(1-2):50-6. DOI: 10.1016/j.autneu.2006.06.007.

Nakamori H., Iida K., et al. (2021). Mechanisms underlying the prokinetic effects of endogenous glucagon-like peptide-1 in the rat proximal colon. *American Journal of Physiology-Gastrointestinal and Liver Physiology 321*(6):G617-G627. doi: 10.1152/ajpgi.00175.2021.

Nakatani Y., Maeda M., et al. (2017). Effect of GLP-1 receptor agonist on gastrointestinal tract motility and residue rates as evaluated by capsule endoscopy. *Diabetes & Metabolism 43*(5):430-437. DOI: 10.1016/j.diabet.2017.05.009.

Nanah M., Nanah R., et al. (2024). GLP-1 Agonists are Associated With Lower Rates of IBD-Related Complications in Patients With Elevated BMI Compared to Bariatric Surgery: A Nationwide Cohort Analysis. *The American Journal of Gastroenterology 119*(10S): S1464.

Nielsen J., Friedman S., et al (2025). Glucagon-Like Peptide 1 Receptor Agonists Are Not Associated With an Increased Risk of Ileus or Intestinal Obstruction in Patients with Inflammatory Bowel Disease-A Danish Nationwide Cohort Study. *Inflammatory Bowel Diseases 31*(7):1961-1965. DOI: 10.1093/ibd/izae276.

Niu C., Sun K., et al. (2025). Gastrointestinal and Hepatobiliary Safety of Glucagon-Like Peptide-1 Receptor Agonists in Patients With Type 2 Diabetes. *American Journal of Gastroenterology*. DOI: 10.14309/ajg.0000000000003760.

Paulson E.K. & Thompson W.M (2015). Review of small-bowel obstruction: the diagnosis and when to worry. Radiology 275(2):332-42. DOI: 10.1148/radiol.15131519.

Porta, Miquel (2016). A Dictionary of Epidemiology. Sixth Edition. Oxford: Oxford University Press.

Qayed E., & Shahnavaz N. (2022). *Sleisenger and Fordtran's Gastrointestinal and Liver Disease*. Eleventh Edition. Philadelphia: Elsevier.

Quan H., Li B., et al. (2008). Assessing validity of ICD-9-CM and ICD-10 administrative data in recording clinical conditions in a unique dually coded database. Health Serv Res. 43(4):1424-41. DOI: 10.1111/j.1475-6773.2007.00822.x

Rodriguez PJ, Goodwin Cartwright BM, Gratzl S, et al. Semaglutide vs Tirzepatide for Weight Loss in Adults With Overweight or Obesity. *JAMA Intern Med*. 2024;184(9):1056-1064. doi:10.1001/jamainternmed.2024.2525

Rothman K.J. (1981). Induction and latent periods. *Am J Epidemiol* 114(2): 253-9. DOI: 10.1093/oxfordjournals.aje.a113189.

Rothman K., Greenalnd S., & Lash T.M (2008). *Modern Epidemiology*. Philadelphia: Lippincott Williams & Wilkins.

Sarwal A., Singh R., Wei G., et al. (2025). Glycemic therapies and the risk of gastrointestinal adverse events in veterans with type 2 diabetes. *Diabetes Obesity and Metabolism 27*(10):5865-5877. DOI: 10.1111/dom.16642.

Schick M.A., Kashyap S., Collier S.A., et al. Small Bowel Obstruction. [Updated 2025 Jan 19]. In: StatPearls [Internet]. Treasure Island (FL): StatPearls Publishing; 2025 Jan. https://www.ncbi.nlm.nih.gov/books/NBK448079/.

Scholten K, Brittan K, Zuniga L, et al. (2025). Double Trouble: The Effect of Opioid and GLP-1 Agonist Use on Peri-and Post-Operative Complications. ACG 2025 Annual Meeting.

Serrano Falcón, B., Barceló López, M., et al. *2016)*. Fecal impaction: a systematic review of its medical complications. *BMC Geriatr* **16**, 4. DOI: 10.1186/s12877-015-0162-5.

Shu Y., He X., et al. (2022). Gastrointestinal adverse events associated with semaglutide: A pharmacovigilance study based on FDA adverse event reporting system. *Frontiers in Public Health 10*:996179. DOI: 10.3389/fpubh.2022.996179.

Smits M, Tonneijck L, et al. (2015). Gastrointestinal actions of glucagon-like peptide-1-based therapies: glycaemic control beyond the pancreas. *Diabetes Obesity and Metabolism 18*(3):224-35. doi: 10.1111/dom.12593. DOI: 10.1111/dom.12593

Sodhi M., Rezaeianzadeh R., et al. (2023). Risk of Gastrointestinal Adverse Events Associated With Glucagon-Like Peptide-1 Receptor Agonists for Weight Loss. *JAMA 330*(18):1795-1797. DOI: 10.1001/jama.2023.19574.

Solanki S., Chakinala R.C., et al (2020). Paralytic ileus in the United States: A cross-sectional study from the national inpatient sample. *Sage Open Medicine* 8:1-8. DOI:10.1177/2050312120962636.

Song J. W., & Chung K. C (2010). Observational studies: cohort and case-control studies. Plast Reconstr Surg 126(6): 2234-2242. DOI: 10.1097/PRS.0b013e3181f44abc.

Suissa K., Cromer S., & Patorno E. (2024). GLP-1 Receptor Agonists and Gastrointestinal Adverse Events. JAMA 331(10): 888-885.

Thazhath S., Marathe C., et al. (2016). The Glucagon-Like Peptide 1 Receptor Agonist Exenatide Inhibits Small Intestinal Motility, Flow, Transit, and Absorption of Glucose in Healthy Subjects and Patients With Type 2 Diabetes: A Randomized Controlled Trial. *Diabetes 65*(1):269-75. DOI: 10.2337/db15-0893

Tolessa T., Gutniak M., et al. (1998). Glucagon-like peptide-1 retards gastric emptying and small bowel transit in the rat: effect mediated through central or enteric nervous mechanisms. Digestive Diseases and Sciences. 43(10): 2284-90. DOI: 10.1023/a:1026678925120.

Tolessa T., Naslund E., & Hellstrom P. (2001). The inhibitory mechanism of GLP-1, but not glucagon, on fasted gut motility is dependent on the L-arginine/nitric oxide pathway. *Regulatory Peptides 98*(1-2):33-40. DOI: 10.1016/s0167-0115(00)00220-2.

Ueda P, Wintzell V, et al. (2024). Use of DPP4 Inhibitors and GLP-1 Receptor Agonists and Risk of Intestinal Obstruction: Scandinavian Cohort Study. *Clinical Gastroenterology Hepatology 22*(6):1226-1237.e14. DOI: 10.1016/j.cgh.2023.08.034.

Urva S, Cui X, et al. (2020). The novel dual glucose-dependent insulinotropic polypeptide and glucagon-like peptide-1 (GLP-1) receptor agonist tirzepatide transiently delays gastric emptying similarly to selective long-acting GLP-1 receptor agonists. *Diabetes Obes Metab* 22(10): 1886-1891. DOI: 10.1111/dom.14110

Vandenbroucke, J.P., Broadbent, A., & Pearce, N. (2016). Causality and causal inference in epidemiology: the need for a pluralistic approach, *International Journal of Epidemiology* 45 (6): 1776-1786, https://doi.org/10.1093/ije/dyv341.

Wacholder S., Hartge P., et al. (1995). Non-differential misclassification and bias towards the null: a clarification. *Occupational and Environmental Medicine*, 52(8), 557–558. DOI: 10.1136/oem.52.8.557.

Wang YW, Lin JH, Yang CS. Meta-analysis of the association between new hypoglycemic agents and digestive diseases. *Medicine (Baltimore)*. 2022;101(34):e30072. doi:10.1097/MD.0000000000030072

Weed, D.L. (2005). Weight of evidence: a review of concept and methods. *Risk Anal* 25(6):1545-57. DOI: 10.1111/j.1539-6924.2005.00699.x.

Weledji E.P. (2020). Perspectives on paralytic ileus. *Acute Med Surg* 7(1): e573. DOI: 10.1002/ams2.573.

Wen J, Syed B, Nadora D, et al. Tirzepatide Versus Semaglutide on Weight Loss in Type 2 Diabetes Patients: A Systematic Review and Meta-Analysis of Direct Comparative Studies. Endocrinol Diabetes Metab. 2025;8(3):e70045. doi:10.1002/edm2.70045

Weng J., Alizadeh M., & Friedman S. (2025). Glucagon-Like Peptide-1 Receptor Agonist Therapy Does Not Increase Gastrointestinal Adverse Events in Patients with Inflammatory Bowel Disease. *Digestive Diseases and Sciences 70*(10):3476-3484. DOI: 10.1007/s10620-025-09344-w.

Wettergren A, Wojdemann M, et al. (1998). Glucagon-like peptide-1 inhibits gastropancreatic function by inhibiting central parasympathetic outflow. *American Journal of Physiology-Gastrointestinal and Liver Physiology 275*(5):G984-92. DOI: 10.1152/ajpgi.1998.275.5.G984.

Wilding J.P.H., Rachel D.M., et al. (2021). Once-Weekly Semaglutide in Adults with Overweight or Obesity. *The New England Journal of Medicine* 384(11): 989-1002. DOI: 10.1056/NEJMoa2032183

Wu T, Zhang Y, et al. (2022). Safety of Glucagon-Like Peptide-1 Receptor Agonists: A Real-World Study Based on the US FDA Adverse Event Reporting System Database. *Clinical Drug Investigation 42*(11):965-975. DOI: 10.1007/s40261-022-01202-1.

Xie Y, Choi T, & Al-Aly Z. (2025). Mapping the effectiveness and risks of GLP-1 receptor agonists. Nature Medicine 31: 951-962. DOI: 10.1038/s41591-024-03412-w.

| |
|---|
| Yan L, Tang Q, et al. (2019). Effects of exendin-4 on colonic motility in rats and its underlying mechanism. *Neurogastroenterology & Motility 31*(2): e13482. DOI: 10.1111/nmo.13482. |
| Yin D, Ding L, et al. (2021). Comprehensive analysis of the safety of semaglutide in type 2 diabetes: a meta-analysis of the SUSTAIN and PIONEER trials. *Endocrine Journal 68*(6):739-742. DOI: 10.1507/endocrj.EJ21-0129. |

## Websites

| |
|---|
| Cleveland Clinic, Fecal Impaction [Last Reviewed: May 19, 2022]. Available at https://my.clevelandclinic.org/health/diseases/23085-fecal-impaction. |
| Cleveland Clinic. Paralytic Ileus [Last Reviewed: October 8, 2021]. Available at https://my.clevelandclinic.org/health/diseases/21853-paralytic-ileus. |
| National Institute of Diabetes and Digestive and Kidney Diseases. Your Digestive System & how it Works. [Last Reviewed Dec. 2017]. Available at: https://www.niddk.nih.gov/health-information/digestive-diseases/digestive-system-how-it-works. |
| National Research Council, Health Risks from Exposure to Low Levels of Ionizing Radiation: BEIR VIII Phase 2 (2006). Available at https://nap.nationalacademies.org/resource/11340/beir_vii_final.pdf. |
| U.S. Department of Health and Human Services. *The Health Consequences of Involuntary Exposure to Tobacco Smoke, Chapter 3. Assessment of Exposure to Secondhand Smoke* (Centers for Disease Control and Prevention 2006). Available at https://www.ncbi.nlm.nih.gov/books/NBK44330/. |
| U.S. Department of Health and Human Services. *The Health Consequences of Involuntary Exposure to Tobacco Smoke, Chapter 7. Cancer Among Adults from Exposure to Secondhand Smoke* (Centers for Disease Control and Prevention 2006). Available at https://www.ncbi.nlm.nih.gov/books/NBK44330/. |

## FDA Drug Labels

| |
|---|
| Mounjaro [prescribing information]. Indianapolis, IN: Eli Lilly and Company. May 2022. Available at https://www.accessdata.fda.gov/drugsatfda_docs/label/2022/215866s000lbl.pdf. |
| Mounjaro [prescribing information]. Indianapolis, IN: Eli Lilly and Company. July 2023. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2023/215866s002s006lbl.pdf. |
| Mounjaro [prescribing information]. Indianapolis, IN: Eli Lilly and Company. Nov. 2024. Available at https://www.accessdata.fda.gov/drugsatfda_docs/label/2024/215866s010s015s022lbl.pdf. |
| Mounjaro [prescribing information]. Indianapolis, IN: Eli Lilly and Company. May 2025. Available at https://www.accessdata.fda.gov/drugsatfda_docs/label/2025/215866s031lbl.pdf. |
| Mounjaro [prescribing information]. Indianapolis, IN: Eli Lilly and Company. Sept. 2025. Available at https://www.accessdata.fda.gov/drugsatfda_docs/label/2025/215866s034lbl.pdf. |
| Ozempic [prescribing information]. Plainsboro, NJ: Novo Nordisk Inc. Dec. 2017. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2017/209637lbl.pdf. |
| Ozempic [prescribing information]. Plainsboro, NJ: Novo Nordisk Inc. April 2019. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2019/209637s004lbl.pdf. |
| Ozempic [prescribing information]. Plainsboro, NJ: Novo Nordisk Inc. Jan. 2020. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2020/209637s003lbl.pdf. |
| Ozempic [prescribing information]. Plainsboro, NJ: Novo Nordisk Inc. April 2021. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2021/209637s008lbl.pdf. |

| |
|---|
| Ozempic [prescribing information]. Plainsboro, NJ: Novo Nordisk Inc. March 2022. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2022/209637s009lbl.pdf. |
| Ozempic [prescribing information]. Plainsboro, NJ: Novo Nordisk Inc. Oct. 2022. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2022/209637s012lbl.pdf. |
| Ozempic [prescribing information]. Plainsboro, NJ: Novo Nordisk Inc. Sept. 2023. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2023/209637s020s021lbl.pdf. |
| Ozempic [prescribing information]. Plainsboro, NJ: Novo Nordisk Inc. Nov. 2024. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2024/209637s032lbl.pdf. |
| Ozempic [prescribing information]. Plainsboro, NJ: Novo Nordisk Inc. Jan. 2025. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2025/209637s025lbl.pdf. |
| Ozempic [prescribing information]. Plainsboro, NJ: Novo Nordisk Inc. Oct. 2025. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2025/209637s035,209637s037lbl.pdf. |
| Rybelsus [prescribing information]. Plainsboro, NJ: Novo Nordisk Inc. Sept. 2019. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2019/213051s000lbl.pdf. |
| Rybelsus [prescribing information]. Plainsboro, NJ: Novo Nordisk Inc. Jan. 2020. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2020/213182s000,213051s001lbl.pdf. |
| Rybelsus [prescribing information]. Plainsboro, NJ: Novo Nordisk Inc. April 2021. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2021/213051s006lbl.pdf. |
| Rybelsus [prescribing information]. Plainsboro, NJ: Novo Nordisk Inc. June 2022. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2022/213051s011lbl.pdf. |
| Rybelsus [prescribing information]. Plainsboro, NJ: Novo Nordisk Inc. Jan. 2023. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2023/213051s012lbl.pdf. |
| Rybelsus [prescribing information]. Plainsboro, NJ: Novo Nordisk Inc. Jan. 2024. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2024/213051s018lbl.pdf. |
| Rybelsus [prescribing information]. Plainsboro, NJ: Novo Nordisk Inc. Nov. 2024. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2024/213051s023lbl.pdf. |
| Rybelsus [prescribing information]. Plainsboro, NJ: Novo Nordisk Inc. Dec. 2024. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2024/213051s020s021lbl.pdf. |
| Rybelsus [prescribing information]. Plainsboro, NJ: Novo Nordisk Inc. Oct. 2025. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2025/213051s024,s028s029lbl.pdf. |
| Saxenda [prescribing information]. Plainsboro, NJ: Novo Nordisk Inc. Dec. 2014. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2014/206321orig1s000lbl.pdf. |
| Saxenda [prescribing information]. Plainsboro, NJ: Novo Nordisk Inc. Jan. 2015. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2015/206321s001lbl.pdf. |
| Saxenda [prescribing information]. Plainsboro, NJ: Novo Nordisk Inc. Sept. 2016. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2016/206321s003lbl.pdf. |
| Saxenda [prescribing information]. Plainsboro, NJ: Novo Nordisk Inc. May 2017. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2017/206321s004s006lbl.pdf. |
| Saxenda [prescribing information]. Plainsboro, NJ: Novo Nordisk Inc. Oct. 2018. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2018/206321s007lbl.pdf. |
| Saxenda [prescribing information]. Plainsboro, NJ: Novo Nordisk Inc. March. 2020. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2020/206321s011lbl.pdf. |
| Saxenda [prescribing information]. Plainsboro, NJ: Novo Nordisk Inc. Dec. 2020. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2020/206321s012s013s014lbl.pdf. |
| Saxenda [prescribing information]. Plainsboro, NJ: Novo Nordisk Inc. June. 2022. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2022/206321s015lbl.pdf. |
| Saxenda [prescribing information]. Plainsboro, NJ: Novo Nordisk Inc. April 2023. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2023/206321s016lbl.pdf |
| Saxenda [prescribing information]. Plainsboro, NJ: Novo Nordisk Inc. May 2025. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2025/206321s020lbl.pdf. |

| |
|---|
| Saxenda [prescribing information]. Plainsboro, NJ: Novo Nordisk Inc. Oct. 2025. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2025/206321s022lbl.pdf. |
| Trulicity [prescribing information]. Indianapolis, IN: Eli Lilly and Company. Sept. 2014. Available at https://www.accessdata.fda.gov/drugsatfda_docs/nda/2014/125469orig1s000lbl.pdf. |
| Trulicity [prescribing information]. Indianapolis, IN: Eli Lilly and Company. Jan. 2017. Available at https://www.accessdata.fda.gov/drugsatfda_docs/label/2017/125469s007s008lbl.pdf. |
| Trulicity [prescribing information]. Indianapolis, IN: Eli Lilly and Company. Aug. 2017. Available at https://www.accessdata.fda.gov/drugsatfda_docs/label/2017/125469s011s013lbl.pdf. |
| Trulicity [prescribing information]. Indianapolis, IN: Eli Lilly and Company. June 2018. Available at https://www.accessdata.fda.gov/drugsatfda_docs/label/2018/125469s017lbl.pdf. |
| Trulicity [prescribing information]. Indianapolis, IN: Eli Lilly and Company. Jan. 2019. Available at https://www.accessdata.fda.gov/drugsatfda_docs/label/2019/125469s023lbl.pdf. |
| Trulicity [prescribing information]. Indianapolis, IN: Eli Lilly and Company. Feb. 2020. Available at https://www.accessdata.fda.gov/drugsatfda_docs/label/2020/125469s033lbl.pdf. |
| Trulicity [prescribing information]. Indianapolis, IN: Eli Lilly and Company. Sept. 2020. Available at https://www.accessdata.fda.gov/drugsatfda_docs/label/2020/125469s036lbl.pdf. |
| Trulicity [prescribing information]. Indianapolis, IN: Eli Lilly and Company. Sept. 2021. Available at https://www.accessdata.fda.gov/drugsatfda_docs/label/2021/125469s044lbl.pdf. |
| Trulicity [prescribing information]. Indianapolis, IN: Eli Lilly and Company. June. 2022. Available at https://www.accessdata.fda.gov/drugsatfda_docs/label/2022/125469s046s052lbl.pdf. |
| Trulicity [prescribing information]. Indianapolis, IN: Eli Lilly and Company. Nov. 2022. Available at https://www.accessdata.fda.gov/drugsatfda_docs/label/2022/125469s051lbl.pdf. |
| Trulicity [prescribing information]. Indianapolis, IN: Eli Lilly and Company. Nov. 2024. Available at https://www.accessdata.fda.gov/drugsatfda_docs/label/2024/125469s061s062lbl.pdf. |
| Trulicity [prescribing information]. Indianapolis, IN: Eli Lilly and Company. May 2025. Available at https://www.accessdata.fda.gov/drugsatfda_docs/label/2025/125469s063lbl.pdf. |
| Victoza [prescribing information]. Plainsboro, NJ: Novo Nordisk Inc. Jan. 2010. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2010/022341lbl.pdf. |
| Victoza [prescribing information]. Plainsboro, NJ: Novo Nordisk Inc. May 2011. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2011/022341s004lbl.pdf. |
| Victoza [prescribing information]. Plainsboro, NJ: Novo Nordisk Inc. April 2012. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2012/022341s007s009s013lbl.pdf. |
| Victoza [prescribing information]. Plainsboro, NJ: Novo Nordisk Inc. Dec. 2012. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2012/022341s017lbl.pdf. |
| Victoza [prescribing information]. Plainsboro, NJ: Novo Nordisk Inc. April 2013. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2013/022341s020lbl.pdf. |
| Victoza [prescribing information]. Plainsboro, NJ: Novo Nordisk Inc. Feb. 2015. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2015/022341s022lbl.pdf. |
| Victoza [prescribing information]. Plainsboro, NJ: Novo Nordisk Inc. March 2015. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2015/022341s023lbl.pdf. |
| Victoza [prescribing information]. Plainsboro, NJ: Novo Nordisk Inc. April 2016. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2016/022341s025lbl.pdf. |
| Victoza [prescribing information]. Plainsboro, NJ: Novo Nordisk Inc. Aug. 2017. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2017/022341s027lbl.pdf. |
| Victoza [prescribing information]. Plainsboro, NJ: Novo Nordisk Inc. June 2019. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2019/022341s031lbl.pdf. |
| Victoza [prescribing information]. Plainsboro, NJ: Novo Nordisk Inc. Aug. 2020. Available at https://www.accessdata.fda.gov/drugsatfda_docs/label/2020/022341s035lbl.pdf. |
| Victoza [prescribing information]. Plainsboro, NJ: Novo Nordisk Inc. Nov. 2020. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2020/022341s036lbl.pdf. |

| |
|---|
| Victoza [prescribing information]. Plainsboro, NJ: Novo Nordisk Inc. June 2022. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2022/022341s037s038lbl.pdf. |
| Victoza [prescribing information]. Plainsboro, NJ: Novo Nordisk Inc. July 2023. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2023/022341s039lbl.pdf. |
| Victoza [prescribing information]. Plainsboro, NJ: Novo Nordisk Inc. Nov. 2024. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2024/022341Orig1s043lbl.pdf. |
| Victoza [prescribing information]. Plainsboro, NJ: Novo Nordisk Inc. May 2025. Available at https://www.accessdata.fda.gov/drugsatfda_docs/label/2025/022341s044lbl.pdf. |
| Victoza [prescribing information]. Plainsboro, NJ: Novo Nordisk Inc. Oct. 2025. Available at https://www.accessdata.fda.gov/drugsatfda_docs/label/2025/022341s046lbl.pdf. |
| Wegovy [prescribing information]. Plainsboro, NJ: Novo Nodisk Inc. June 2021. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2022/215256s003lbl.pdf. |
| Wegovy [prescribing information]. Plainsboro, NJ: Novo Nodisk Inc. Dec. 2022. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2022/215256s005lbl.pdf |
| Wegovy [prescribing information]. Plainsboro, NJ: Novo Nodisk Inc. July 2023. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2023/215256s007lbl.pdf. |
| Wegovy [prescribing information]. Plainsboro, NJ: Novo Nodisk Inc. March 2024. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2024/215256s011lbl.pdf. |
| Wegovy [prescribing information]. Plainsboro, NJ: Novo Nodisk Inc. Nov. 2024. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2024/215256s015lbl.pdf. |
| Wegovy [prescribing information]. Plainsboro, NJ: Novo Nodisk Inc. Aug. 2025. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2025/215256s024lbl.pdf. |
| Wegovy [prescribing information]. Plainsboro, NJ: Novo Nodisk Inc. Oct. 2025. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2025/215256s026lbl.pdf |
| Zepbound [prescribing information]. Indianapolis, IN: Eli Lilly and Company. Nov. 2023. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2023/217806s000lbl.pdf. |
| Zepbound [prescribing information]. Indianapolis, IN: Eli Lilly and Company. March 2024. Available at https://www.accessdata.fda.gov/drugsatfda_docs/label/2024/217806s003lbl.pdf. |
| Zepbound [prescribing information]. Indianapolis, IN: Eli Lilly and Company. Dec. 2024. Available at https://www.accessdata.fda.gov/drugsatfda_docs/label/2024/217806s013lbl.pdf. |
| Zepbound [prescribing information]. Indianapolis, IN: Eli Lilly and Company. Feb. 2025. Available at https://www.accessdata.fda.gov/drugsatfda_docs/label/2025/217806Orig1s020lbl.pdf. |
| Zepbound [prescribing information]. Indianapolis, IN: Eli Lilly and Company. Sept. 2025. Available at https://www.accessdata.fda.gov/drugsatfda_docs/label/2025/217806s031lbl.pdf. |

## Other FDA Documents:

| |
|---|
| NDA 215256 Clinical Reviews. June 2021. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/nda/2021/215256Orig1s000MedR.pdf. |
| NDA 022341 (Victoza) Approval. Jan. 2010. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/nda/2010/022341s000approv.pdf. |
| NDA 022341/S-043 (Victoza) Supplement Approval. Nov. 2024. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2024/022341Orig1s043ltr.pdf. |
| NDA 022341/S-046 (Victoza) Supplement Approval. Oct. 2025. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2025/022341Orig1s046ltr.pdf. |

**Produced Documents**

| | | |
|---|---|---|
| LLY-GLPMDL-08096505 | LLY-GLPMDL-07745770 | Novo_GLP_MDL_005496832 |
| LLY-GLPMDL-08096509 | LLY-GLPMDL-07745792 | Novo_GLP_MDL_005913417 |
| LLY-GLPMDL-08674472 | LLY-GLPMDL-07836943 | Novo_GLP_MDL_000979028 |
| LLY-GLPMDL-00006618 | LLY-GLPMDL-07837182 | Novo_GLP_MDL_000527520 |
| LLY-GLPMDL-14563332 | LLY-GLPMDL-07837533 | Novo_GLP_MDL_004557530 |
| LLY-GLPMDL-09760428 | LLY-GLPMDL-07837873 | Novo_GLP_MDL_004910976 |
| LLY-GLPMDL-07997465 | LLY-GLPMDL-07838168 | Novo_GLP_MDL_000275605 |
| LLY-GLPMDL-09756146 | LLY-GLPMDL-07833864 | Novo_GLP_MDL_004566595 |
| LLY-GLPMDL-00257278 | LLY-GLPMDL-08215473 | Novo_GLP_MDL_003695660 |
| LLY-GLPMDL-00086176 | LLY-GLPMDL-08215770 | Novo_GLP_MDL_003703667 |
| LLY-GLPMDL-00173320 | LLY-GLPMDL-08216099 | Novo_GLP_MDL_001709292 |
| LLY-GLPMDL-00703097 | LLY-GLPMDL-09546272 | Novo_GLP_MDL_001709276 |
| LLY-GLPMDL-10370963 | LLY-GLPMDL-08212774 | Novo_GLP_MDL_014499671 |
| LLY-GLPMDL-00553889 | LLY-GLPMDL-20138128 | Novo_GLP_MDL_001966917 |
| LLY-GLPMDL-00565123 | LLY-GLPMDL-00202635 | Novo_GLP_MDL_002184840 |
| LLY-GLPMDL-00579453 | LLY-GLPMDL-00008983 | Novo_GLP_MDL_006057354 |
| LLY-GLPMDL-00773960 | LLY-GLPMDL-07993439 | Novo_GLP_MDL_002071722 |
| LLY-GLPMDL-00773440 | LLY-GLPMDL-00154196 | Novo_GLP_MDL_002071723 |
| LLY-GLPMDL-13859850 | LLY-GLPMDL-14500051 | Novo_GLP_MDL_001975389 |
| LLY-GLPMDL-14535351 | LLY-GLPMDL-00528975 | Novo_GLP_MDL_001975433 |
| LLY-GLPMDL-07937963 | LLY-GLPMDL-00657941 | Novo_GLP_MDL_001975417 |
| LLY-GLPMDL-07933881 | NNI-1021239 | Novo_GLP_MDL_OZM_NDA_000138763 |
| LLY-GLPMDL-14920290 | NNI-1012363 | Novo_GLP_MDL_RYB_IND_000370076 |
| LLY-GLPMDL-13860249 | Novo_GLP_MDL_002147735 | Novo_GLP_MDL_RYB_IND_000239354 |
| LLY-GLPMDL-07734137 | Novo_GLP_MDL_000000001 | Novo_GLP_MDL_RYB_IND_000254961 |
| LLY-GLPMDL-07805368 | Novo_GLP_MDL_014651397 | Novo_GLP_MDL_RYB_IND_000192121 |
| LLY-GLPMDL-07804842 | Novo_GLP_MDL_000322570 | Novo_GLP_MDL_RYB_IND_000213876 |
| LLY-GLPMDL-07743866 | Novo_GLP_MDL_000745041 | Novo_GLP_MDL_VIC_NDA_003562030 |
| LLY-GLPMDL-07744086 | Novo_GLP_MDL_000745040 | Novo_GLP_MDL_VIC_NDA_000055394 |
| LLY-GLPMDL-07744348 | Novo_GLP_MDL_000294260 | Novo_GLP_MDL_VIC_IND_000243975 |
| LLY-GLPMDL-07744591 | Novo_GLP_MDL_003748633 | Novo_GLP_MDL_VIC_IND_000245507 |
| LLY-GLPMDL-07744829 | Novo_GLP_MDL_001619378 | Novo_GLP_MDL_WEG_IND_000064559 |
| LLY-GLPMDL-07745050 | Novo_GLP_MDL_000526306 | Novo_GLP_MDL_WEG_IND_000073485 |

| LLY-GLPMDL-07745305 | Novo_GLP_MDL_000267833 | Novo_GLP_MDL_WEG_IND_000091079 |
| LLY-GLPMDL-07745508 | Novo_GLP_MDL_000463841 | |

# Appendix B

**utCURRICULUM VITAE**

*Binu V. John MD, MPH, FACG, FAASLD*

## I. Personal



5.  *Current Academic Rank: Associate Professor*

6A. *Current Track of Appointment: Clinician Educator*

6.  *Primary Department: Division of Gastroenterology and Hepatology, Department of Medicine*

7.  *Secondary or Joint Appointment: None*



## II. Higher Education

10. *Institutional:*

- *Christian Medical College, Vellore, India; MBBS (MD) Summa Cum Laude-Top 5%; Date Conferred: 01/1998*
- *Christian Medical College, Vellore, India; MD (Residency in Medicine-Gold Medal); Date Conferred: March 2003*
- *University of Minnesota; MPH (Epidemiology): GPA 3.97/4.0. Date conferred: August 2004.*
- *Cleveland Clinic, Cleveland, OH; Residency in Internal Medicine; Dates: 07/2005 - 06/2007*

- *Cleveland Clinic, Cleveland, OH; Fellowship in Gastroenterology followed by Transplant Hepatology; Dates: 07/01/2007 - 06/30/2011*

*11. Non-Institutional: None*

*12. Certification and Licensure:*

- *Board Certification: American Board of Internal Medicine (ABIM) Transplant Hepatology; Years: 2022-2032*

- *Board Certification: American Board of Internal Medicine (ABIM) Gastroenterology; Year Attained: 2011-Current (Maintenance of Certification)*

- *Board Certification: American Board of Internal Medicine (ABIM) Internal Medicine; Year Attained: 2008-2018*

- *Florida State Medical Board; Date of Certificate: 03/11/2013 To Date*

- *ECFMG Certification: Date: 01/20/2005*

- *USMLE Step 2 CS; Pass. Date: 09/22/2004.*

- *USMLE Step 2 CK score: 267 (99); Date: 10/21/2003*

- *USMLE Step 1 score: 255 (99); Date: 02/26/2004*

## III. Experience

*13. Academic:*

- *University of Miami Miller School of Medicine, Associate Professor, April 2022 to current*

- *University of Miami Miller School of Medicine, Department of Medicine, Affiliate Associate Professor, December 2020 to April 2022*

- *Sylvester Cancer Center, University of Miami, Associate Member, March 2021 to current*

- *Virginia Commonwealth University, Department of Medicine, Division of Gastroenterology and Hepatology, Associate Professor, June 2018 to July 2019*

- *Massey Cancer Center, Virginia Commonwealth University, Associate Member, March 2019 to July 2019*

- *Virginia Commonwealth University, School of Medicine, Department of Internal Medicine, Assistant Professor, March 2016 to June 2018*

- *Case Western Reserve University School of Medicine, Department of Medicine, Assistant Professor, March 2013 to September 2015*

14. *Hospital Appointments:*

- *Miami VA Health System, Chief of Gastroenterology and Hepatology, May 2022 to current*

- *VISN 8 Specialty Care Community of Practice, Gastroenterology Lead for VA medical centers in Florida and San Juan, August 2021 to current*

- *VA National Liver Disease HCC, Field Advisory Board, July 2021 to current*

- *VA Cooperative Studies Program-Network of Dedicated Enrollment Sites Miami, Director, December 2021 to December 2024*

- *Miami VA Health System, Interim Chief of Hematology and Oncology, October 2020 to February 2021*

- *VISN 8, Hepatic Innovations Team Clinical Lead, June 2020 to December 2022*

- *Miami VA Health System, Chief of Hepatology, January 2020 to May 2022*

- *Miami VA Health System, Associate Chief of Medicine, July 21, 2019 to current*

- *McGuire VA Medical Center Richmond, Medical Director of Liver Transplantation, Director of Liver Cancer Program, September 2015 to July 2019*

- *Cleveland Clinic, Cleveland, OH Digestive Disease Institute, Attending Physician, July 2011 to September 2015*

- *University of Minnesota, Department of Epidemiology, Research Assistant, September 2004 to June 2005*

- *Christian Medical College, Department of Medicine, Attending Physician, June 2003 to August 2004*

15. *Non-Academic: None*

16. *Military: Not Applicable*

**IV. Publications**

17. *Books and Monographs Published:*

   *1.Hepatocellular Carcinoma Surveillance and Staging. Amit Singal, Neehar Parikh, Nicole Rich,*

   ***Binu John**, Anjana Pillai. Hepatocellular Carcinoma. In: Hoshida Y, editor. Hepatocellular*

   *Carcinoma: Translational Precision Medicine Approaches*

   *2.Primary Biliary Cholangitis. Clinics in Liver Disease. Binu V John (Editor).*

19. *Juried or Refereed Journal Articles or Exhibitions:*

   1. *Orman E, Fortune B, **John BV**, Asrani S. AGA Clinical Practice Update on the Management of Ascites, Volume Overload, and Hyponatremia in Cirrhosis: Expert Review. Gastroenterology 2025 (in press)*

   2. ***John BV**, Camardo M, Porter K, Elias PZ, Kielar-Grevstad E, Rego SP, Parikh ND, Roberts LR, Silva AC, Singal AG, Yang JD, Limburg PJ. Performance of the multi-target hepatocellular carcinoma blood test: Design and rationale of the ALTUS study. Hepatol Commun. 2025 Oct 7;9(11):e0800*

   3. ***John BV**, Bastaich DR, Deng Y, Singal AG, Dahman B; Veterans Analysis of Liver Disease (VALID) group of investigators. Use of liver stiffness measurement for HCC risk stratification in metabolic dysfunction-associated steatotic liver disease. Hepatology. 2025 Aug 14. doi: 10.1097/HEP.0000000000001498*

   4. ***John BV**, Bastaich D, Marchetti D, Perumalswami P, Mustafa MZ, Dahman B; Veterans Analysis of Liver Disease (VALID) Group of Investigators. Association of Glucagon-Like Peptide-1 Receptor Agonists With Liver-Related Outcomes and All-Cause Mortality in Patients With Harmful Alcohol Use: A Target Trial Emulation Study. Am J Gastroenterol. 2025 Jun 10:10.14309/ajg.0000000000003585. doi: 10.14309/ajg.0000000000003585*

5. Goldberg D, Blandon C, Delgado C, **John B**, Emanuel E, Kaplan D, Reese P. *Simulating the impact of survival benefit-based liver transplant organ allocation. Hepatology. 2025 Apr 4:10.1097/HEP.0000000000001338.*

6. **John BV**, Bastaich D, Mezzacappa C, Ferreira RD, Hentschel A, Samos A, Mahmud N, Taddei TH, Kaplan D, Serper M, Dahman B; *Veterans Analysis of Liver Disease (VALID) group of investigators. Identifying Metabolic Dysfunction-Associated Steatotic Liver Disease Using Natural Language Processing in a US National Cohort. Am J Gastroenterol. 2025 Jan 16:10.14309/ajg.0000000000003321*

7. Wong RJ, Yang Z, Jou JH, **John BV**, Lim JK, Cheung R. *Hepatitis Delta Virus Testing, Prevalence, and Liver-Related Outcomes Among US Veterans with Chronic Hepatitis B. Gastro Hep Adv. 2024 Oct 25;4(3):100575*

8. Njei B, Mezzacappa C, **John BV**, Serper M, Kaplan DE, Taddei TH, Mahmud N. *Mortality, Hepatic Decompensation, and Cardiovascular Outcomes in Lean vs. Non-lean MASLD Cirrhosis: A Veterans Affairs Cohort Study. Dig Dis Sci. 2025 Feb;70(2):802-813*

9. Mezzacappa C, Ochoa-Allemant P, Serper M, Taddei TH, **John BV**, Kaplan DE, Mahmud N. *Validation and Epidemiologic Definition of the Novel Steatotic Liver Disease Nomenclature in a National United States Cohort With Cirrhosis. Clin Gastroenterol Hepatol. 2025 Aug;23(9):1588-1599*

10. Loyola-Vélez AJ, **John BV**. *SGLT2 Inhibitors in Cirrhosis: A Promising Therapeutic Avenue with Potential Risks. Dig Dis Sci. 2025 Feb;70(2):456-458*

11. Goldberg D, Reese PP, Kaplan DA, Zarnegarnia Y, Gaddipati N, Gaddipati S, **John B**, Blandon C. *Predicting long-term survival among patients with HCC. Hepatol Commun. 2024 Nov 4;8(11):e0581*

12. **John BV**, Bastaich D, Dahman B; *Veterans Analysis of Liver Disease (VALID) Group of Investigators. Identifying Patients With Primary Biliary Cholangitis and Cirrhosis Using Administrative Data in a National Cohort. Pharmacoepidemiol Drug Saf. 2024 Oct;33(10):e70013*

13. Tong XY, Norenberg MD, Paidas MJ, Shamaladevi N, Salgueiro L, Jaszberenyi M, **John B**, Hussain H, El Hiba O, Abdeljalil EG, Bilal EM, Natarajan S, Romaguera R, Papayan S, Carden AK, Ramamoorthy R, Elumalai N, Schally AV, Nithura J, Patrizio R, Jayakumar AR. *Mechanism of Alzheimer type II astrocyte development in hepatic encephalopathy. Neurochem Int. 2024 Nov;180:105866*

14. **John BV**, Bastaich D, Amoli M, Wong RJ, Evon DM, Rogal SS, Ross DB, Morgan TR, Spector SA, Villada G, Chao HH, Dahman B. *Association of Hepatitis Delta Virus Infection*

*and Hepatocellular Carcinoma, Hepatic Decompensation, All-cause and Liver-Related Death in a National Cohort. Hepatology 2024 (in press).*

15. ***John BV**, Amoli MM, Evon DM, Wong R, Dahman B. Hepatitis delta testing trends in a US national cohort: An analysis of patient and provider-level predictive factors. Hepatol Commun. 2024 Apr 12;8(5):e0401*

16. ***John BV**, Dang Y, Kaplan DE, Jou JH, Taddei TH, Spector SA, Martin P, Bastaich DR, Chao HH, Dahman B. Liver Stiffness Measurement and Risk Prediction of Hepatocellular Carcinoma After HCV Eradication in Veterans With Cirrhosis. Clin Gastroenterol Hepatol. 2023 Dec 5:S1542-3565(23)00958-8*

17. *Mezzacappa C, Mahmud N, Serper M, **John BV**, Taddei TH, Kaplan DE. HCC is associated with diabetes and longitudinal blood glucose control in a national cohort with cirrhosis. Hepatol Commun. 2023 Dec 7;7(12):e0344*

18. *Lim J, Zaw C, Abramson S, Lichtenberger PN, **John BV**, Cuebas-Rosado L. Clostridium difficile Bacteremia as a Rare Presentation of Polymicrobial Pyogenic Liver Abscesses and Its Management Challenges. Case Rep Gastroenterol. 2023 Sep 6;17(1):264-268*

19. *Chin A, Bastaich DR, Dahman B, Kaplan DE, Taddei TH, **John BV**. Refractory hepatic hydrothorax is associated with increased mortality with death occurring at lower MELD-Na compared to cirrhosis and refractory ascites. Hepatology. 2023 Aug 25*

20. *Rogal SS, Taddei T, Monto A, Yakovchenko V, Patton H, Merante M, Spoutz P, Chia L, Yudkevich J, Aytaman A, Rabiee A, **John B**, Blechacz B, Cai CX, Gilles H, Shah AS, McCurdy H, Puri P, Jou J, Mazhar K, Dominitz J, Anwar J, Morgan TR, Ioannou GN. Hepatocellular carcinoma diagnosis and management in 2021: a national VA quality improvement project. Clin Gastroenterol Hepatol. 2023:1542-5*

21. *Trivella J, **John BV**, Levy C. Primary biliary cholangitis: Epidemiology, prognosis, and treatment. Hepatol Commun. 2023 Jun 2;7(6):e0179*

22. ***John BV**, Bastaich D, Webb G, Brevini T, Moon A, Ferreira RD et al. Ursodeoxycholic acid is associated with a reduction in SARS-CoV-2 infection and reduced severity of COVID-19 in patients with cirrhosis. J Intern Med. 2023 May;293(5):636-647. doi: 10.1111/joim.13630*

23. *Sandhu S, **John BV**. Spontaneous Bacterial Peritonitis: The Bug Matters. Dig Dis Sci. 2023 May;68(5):1667-1669. doi: 10.1007/s10620-023-07865.*

24. *Brevini T, Maes M, Webb GJ, **John BV**, Fuchs CD, Buescher G, et al. FXR inhibition may protect from SARS-CoV-2 infection by reducing ACE2. **Nature** 2023 Mar;615(7950):134-142. doi: 10.1038/s41586-022-05594-0.*

25. **John BV**, Bastaich DR, Ferreira RD, Doshi A, Taddei TH, Kaplan DE, Spector S, Deng Y, Dahman B. COVID-19 vaccine effectiveness and community prevalence of Alpha, Delta and Omicron variants in patients with cirrhosis. Gut. 2023 Sep;72(9):1800-1802 2023 Sep;72(9):1800-1802.

26. Yuen MF, Lim SG, Plesniak R et al. B-Clear Study Group. Efficacy and Safety of Bepirovirsen in Chronic Hepatitis B Infection. N Engl J Med. 2022 Nov 24;387(21):1957-1968

27. **John BV**. The Evolving Landscape of Primary Biliary Cholangitis. Clin Liver Dis. 2022 Nov;26(4):xiii-xv. doi: 10.1016/j.cld.2022.06.006

28. Sy AM, Ferreira RD, **John BV**. Hepatocellular Carcinoma in Primary Biliary Cholangitis. Clin Liver Dis. 2022 Nov;26(4):691-704. doi: 10.1016/j.cld.2022.06.011

29. Shaker M, Mansour N, **John BV**. Primary Biliary Cholangitis in Males: Pathogenesis, Clinical Presentation, and Prognosis. Clin Liver Dis. 2022 Nov;26(4):643-655. doi: 10.1016/j.cld.2022.06.008

30. **John BV**, Ferreira RD, Doshi A, Kaplan DE, Taddei TH, Spector SA, Paulus E, Deng Y, Bastaich D, Dahman B. Third dose of COVID-19 mRNA vaccine appears to overcome vaccine hyporesponsiveness in patients with cirrhosis. J Hepatol. 2022 Nov;77(5):1349-1358. doi: 10.1016/j.jhep.2022.07.036

31. Ferreira RD, **John BV**. Viral Vector Vaccines Are Victorious Against COVID-19 in Patients with Cirrhosis. Dig Dis Sci. 2022 Aug 10:1–3. doi: 10.1007/s10620-022-07644-z. Epub ahead of print. PMID: 35947303

32. Parikh ND, Mehta N, Hoteit MA, Yang JD, **John BV**, Moon AM, Salgia RJ, Pillai A, Kassab I, Saeed N, Thyssen E, Nathani P, McKinney J, Chan W, Durkin C, Connor M, Alsudaney M, Konjeti R, Durand B, Nissen NN, Kim HP, Paknikar R, Rich NE, Schipper MJ, Singal AG. Association between sustained virological response and clinical outcomes in patients with hepatitis C infection and hepatocellular carcinoma. Cancer. 2022 Jul 7. doi: 10.1002/cncr.34378.

33. **John BV**, Barritt AS 4th, Moon A, Taddei TH, Kaplan DE, Dahman B; Contributors as part of the VOCAL COVID-19 investigators, Doshi A, Deng Y, Mansour N, Ioannou G, Martin P, Chao HH. Effectiveness of COVID-19 Viral Vector Ad.26.COV2.S Vaccine and Comparison with mRNA Vaccines in Cirrhosis. Clin Gastroenterol Hepatol. 2022 Jun 15:S1542-3565(22)00566-3. doi: 10.1016/j.cgh.2022.05.038

34. *John BV, Doshi A, Ferreira RD, Taddei TH, Kaplan DE, Spector SA, Deng Y, Bastaich D, Dahman B. Comparison of infection-induced and vaccine-induced immunity against COVID-19 in patients with cirrhosis. Hepatology. 2022 Jun 16. doi: 10.1002/hep.32619*

35. *Scheinberg AR, **John BV**. MAFLD Versus NAFLD: Which Better Predicts the Risk of Atherosclerotic Cardiovascular Disease? Dig Dis Sci. 2022 May 17. doi: 10.1007/s10620-022-07512-w*

36. *Lee HM, Mcclish D, **John BV** et al. Liver cancer under staging in liver transplantation in the current era of radiologic imaging and newer generation locoregional therapies. Hepatoma Research April 2022, 8:20*

37. *Aitcheson G, Cezar C, John I, **John BV**. Update on the Evaluation and Management of Portal Hypertension. Gastroenterol Hepatol (N Y). 2021 Dec;17(12):569-578*

38. *Goldberg D, Mantero A, Kaplan D, Delgado C, **John B**, Nuchovich N, Emanuel E, Reese PP. Accurate long-term prediction of death for patients with cirrhosis. Hepatology. 2022 Mar 12*

39. ***John BV**, Deng Y, Schwartz KB, Taddei TH, Kaplan DE, Martin P, Chao HH, Dahman B. Postvaccination COVID-19 infection is associated with reduced mortality in patients with cirrhosis. Hepatology. 2022 Jan 12*

40. ***John BV**, Deng Y, Khakoo NS, Taddei TH, Kaplan DE, Dahman B. Coronavirus Disease 2019 Vaccination Is Associated With Reduced Severe Acute Respiratory Syndrome Coronavirus 2 Infection and Death in Liver Transplant Recipients. Gastroenterology. 2022 Feb;162(2):645-647.e2*

41. ***John BV**, Dahman B, Deng Y, Khakoo NS, Taddei TH, Kaplan DE, Levy C. Rates of Decompensation, Hepatocellular Carcinoma and Mortality in AMA-Negative Primary Biliary Cholangitis Cirrhosis. Liver Int. 2021 Oct 6.*

42. ***John BV**, Schwartz K, Levy C, Dahman B, Deng Y, Martin P, Taddei TH, Kaplan DE. Impact of Obeticholic acid Exposure on Decompensation and Mortality in Primary Biliary Cholangitis and Cirrhosis. Hepatol Commun. 2021 May 6;5(8):1426-1436*

43. ***John BV**, Deng Y, Scheinberg A, Mahmud N, Taddei TH, Kaplan D, Labrada M, Baracco G, Dahman B. Association of BNT162b2 mRNA and mRNA-1273 Vaccines With COVID-19 Infection and Hospitalization Among Patients With Cirrhosis. JAMA Intern Med. 2021 Jul 13*

44. *Saffo S, Kaplan DE, Mahmud N, Serper M, **John BV**, Ross JS, Taddei T. Impact of SGLT2 inhibitors in comparison with DPP4 inhibitors on ascites and death in veterans with cirrhosis on metformin. Diabetes Obes Metab. 2021 Oct;23(10):2402-2408*

45. *John BV, Khakoo NS, Schwartz KB, Aitchenson G, Levy C, Dahman B, Deng Y, Goldberg DS, Martin P, Kaplan DE, Taddei TH. Ursodeoxycholic Acid Response Is Associated With Reduced Mortality in Primary Biliary Cholangitis With Compensated Cirrhosis. Am J Gastroenterol. 2021 Sep 1;116(9):1913-1923*

46. *Aitcheson G, Mahipal A, John BV. Targeting FGFR in intrahepatic cholangiocarcinoma [iCCA]: leading the way for precision medicine in biliary tract cancer [BTC]? Expert Opin Investig Drugs. 2021; 11:1-15*

47. *John BV, Dahman B, Taddei TH, Levy C, Kaplan DE. Response to Lleo and Hirschfield. Hepatology. 2021 May 3.*

48. *John BV, Aitcheson G, Schwartz KB, Khakoo NS, Dahman B, Deng Y, Goldberg D, Martin P, Taddei TH, Levy C, Kaplan DE. Male Sex Is Associated With Higher Rates of Liver-Related Mortality in Primary Biliary Cholangitis and Cirrhosis. Hepatology. 2021 Aug;74(2):879-891*

49. *Aitcheson G, Pillai A, Dahman B, John BV. Recent Advances in Systemic Therapies for Advanced Hepatocellular Carcinoma. Curr Hepatol Rep. 2021 Feb 1:1-11.*

50. *John BV, Schwartz K, Scheinberg AR, Dahman B, Spector S, Deng Y, Goldberg D, Martin P, Taddei TH, Kaplan DE. Evaluation Within 30 Days of Referral for Liver Transplantation is Associated with Reduced Mortality: A Multicenter Analysis of Patients Referred Within the VA Health System. Transplantation. 2022 Jan 1;106(1):72-84*

51. *Goldberg D, Mantero A, Newcomb C, Delgado C, Forde K, Kaplan D, John B, Nuchovich N, Dominguez B, Emanuel E, Reese PP. Development and Validation of a Model to Predict Long-Term Survival After Liver Transplantation. Liver Transpl. 2021 Jun;27(6):797-807*

52. *Goldberg D, Mantero A, Newcomb C, Delgado C, Forde KA, Kaplan DE, John B, Nuchovich N, Dominguez B, Emanuel E, Reese PP. Predicting survival after liver transplantation in patients with hepatocellular carcinoma using the LiTES-HCC score. J Hepatol. 2021 Jan 13:S0168-8278*

53. *Kim NJ, Jacob DA, Ioannou GN, John BV, Rogal S, Rozenberg-Ben-Dror K. Rates and Predictors of Undergoing Different Hepatocellular Carcinoma Screening Tests in Patients With Cirrhosis. Am J Gastroenterol. 2020 Nov 26*

54. *Kaplan DE, Serper M, John BV, Tessiatore KM, Lerer R, Mehta R et al. Effects of Metformin Exposure on Survival in a Large National Cohort of Patients with Diabetes and Cirrhosis Clin Gastroenterol Hepatol. 2020; S1542-3565 (20)31135-6.*

55. *Nathani P, Gopal P, Rich N, Yopp A, Yokoo T, **John B**, Marrero J, Parikh N, Singal AG. Hepatocellular Carcinoma Tumor Volume Doubling Time: A Systemic Review and Meta-Analysis. Gut. 2020 May 12:*

56. *Siddiqui MS, Idowu MO, Stromberg K, Sima A, Lee E, Patel S, Ghaus S, Driscoll C, Sterling RK, **John B**, Bhati CS.Siddiqui MS, et al. Diagnostic Performance of Vibration-Controlled Transient Elastography in Liver Transplant Recipients. Clin Gastroenterol Hepatol. 2020 Apr 6:S1542-3565(20)30444-4.*

57. ***John BV.** No Association Between Direct-Acting Antivirals and Hepatocellular Carcinoma Progression on the Waiting List: Time to Put This Controversy to Rest? Liver Transpl. 2020; 26(5):621-623.*

58. ***John BV,** Aubuchon S, Dahman B, Konjeti VR, Heuman D, Hubert J, Thomas S, Deng Y, Solomon C, Sundaram LT, Love E, Singal AG, Tatum JL. Addition of [$^{18}$F]Fluorodeoxyglucose Positron Emission Tomography With Computed Tomography to Cross-Sectional Imaging Improves Staging and Alters Management in Hepatocellular Carcinoma Liver Transpl. 2020 Mar 3*

59. ***John BV,** Love E, Dahman B, Kurbanova N, Konjeti VR, Sundaram LT, Deng Y, Aubuchon S, Bajaj JS, Chang M, Qayyum R, Siddiqui MS. Use of telehealth Expedites Evaluation and Listing of Patients referred for Liver Transplantation. Clin Gastroenterol Hepatol. 2019 Dec 27*

60. *Rich NE, **John BV,** Parikh ND, Rowe I, Mehta N, Khatri G, Thomas SM, Anis M, Mendiratta-Lala M, Hernandez C, Odewole M, Sundaram LT, Konjeti VR, Shetty S, Shah T, Zhu H, Yopp AC, Hoshida Y, Yao FY, Marrero JA, Singal AG. Hepatocellular carcinoma demonstrates heterogeneous growth patterns in a multi-center cohort of patients with cirrhosis. Hepatology. 2020 Feb 4*

61. *Singal AG, Rich NE, Mehta N, Branch A, Pillai A, Hoteit M, Volk M, Odewole M, Scaglione S, Guy J, Said A, Feld JJ, **John BV,** Frenette C, Mantry P, Rangnekar AS, Oloruntoba O, Leise M, Jou JH, Bhamidimarri KR, Kulik L, Ioannou GN, Huang A, Tran T, Samant H, Dhanasekaran R, Duarte-Rojo A, Salgia R, Eswaran S, Jalal P, Flores A, Satapathy SK, Kagan S, Gopal P, Wong R, Parikh ND, Murphy CC. Direct-Acting Antiviral Therapy for HCV Infection is Associated with Increased Survival in Patients With a History of Hepatocellular Carcinoma Gastroenterology. 2019 Jul 3*

62. *Mahmud N, **John B**, Taddei TH, Goldberg DS. Pre-transplant alpha-fetoprotein is associated with post-transplant hepatocellular carcinoma recurrence mortality. Clin Transplant. 2019 Jun 8*

63. *Rich NE, Yang JD, Perumalswami PV, Alkhouri N, Jackson W, Parikh ND, Mehta N, Salgia R, Duarte-Rojo A, Kulik L, Rakoski M, Said A, Oloruntoba O, Ioannou GN, Hoteit MA, Moon AM, Rangnekar AS, Eswaran SL, Zheng E, Jou JH, Hanje J, Pillai A, Hernaez R, Wong R, Scaglione S, Samant H, Kapuria D, Chandna S, Rosenblatt R, Ajmera V, Frenette C, Satapathy SK, Mantry P, Jalal P, **John BV**, Fix OK, Leise M, Lindenmeyer CC, Flores A, Patel N, Jiang ZG, Latt N, Dhanasekaran R, Odewole M, Kagan S, Marrero JA, Singal AG. Provider Attitudes and Practice Patterns for Direct-Acting Antiviral Therapy for Patients with Hepatocellular Carcinoma Clin Gastroenterol Hepatol. 2019 Jul 26.*

64. *Bajaj JS, Fagan A, Sikaroodi M, Kakiyama G, Takei H, Degefu Y, Pandak WM, Hylemon PB, Fuchs M, **John B**, Heuman DM, Gavis E, Nittono H, Patil R, Gillevet PM. Alterations in Skin Microbiomes of Patients With Cirrhosis. Clin Gastroenterol Hepatol. 2019 Mar 21.*

65. *Saraireh H, Sundaram LT, **John BV**. Biliary Strictures After Liver Transplantation with Grafts from Donors After Cardiac Death: Narrowing Down the Etiologies. Dig Dis Sci. 2019 Jul;64(7):1736-1737.*

66. *Patel SS, Lin FP, Rodriguez VA, Bhati C, **John BV**, Pence T, Siddiqui MB, Sima AP, Abbate A, Reichman T, Siddiqui MS. The Relationship between Coronary Artery Disease and Cardiovascular Events Early After Liver Transplantation. Liver Int. 2019 Mar 8.*

67. *Bajaj JS, Fagan A, White MB, Wade JB, Hylemon PB, Heuman DM, Fuchs M, **John BV**, Acharya C, Sikaroodi M, Gillevet PM. Specific Gut and Salivary Microbiota Patterns Are Linked With Different Cognitive Testing Strategies in Minimal Hepatic Encephalopathy. Am J Gastroenterol. 2019 Jan 28*

68. *Kaplan DE, Serper M, Mehta R, Fox R, **John B**, Aytaman A, Baytarian M, Hunt K, Albrecht J, Njei B, Taddei T. Effects of hypercholesterolemia and statin exposure on survival in a Large National Cohort of Patients with Cirrhosis. Gastroenterology 2019. Jan 17*

69. *Singal AG, Rich NE, Mehta N, Branch AE, Pillai A, Hoteit M, Volk M, Odewole M, Scaglione S, Guy J, Said A, Feld JJ, **John BV**, Frenette C, Mantry P, Rangnekar AS, Oloruntobo O, Louise M, Jhou JJ, Bhamidimari KR, Kulik L, Tran T, Samant H, Dhanasekharan R, Duarte Rojo A, Salgia R, Eswaran S, Jajal P, Flores A, Satpathy S, Wong R, Huang A, Misra S, Schwartz M, Mitrani R, Nakka S, Ho C, Konjeti VR, Dao A, Nelson K, Murphy CC, Parikh ND. Direct-Acting Antiviral Therapy not Associated with Recurrence of Hepatocellular Carcinoma in a Multicenter North American Cohort Study. Gastroenterology 2019. Jan 17*

70. *Siddiqui MS, Carbone S, Vincent R, Patel S, Driscoll C, Celi FS, Billingsley H, Rotelli B, **John B**, Potere N, Viscusi M, Adiletta V, Sanyal AJ, Luketic VA, Reichman T, Bhati C. Prevalence and Severity of Nonalcoholic Fatty Liver Disease (NAFLD) Among Caregivers of Patients with NAFLD Cirrhosis. Clin Gastroenterol Hepatol. 2018 Nov 15.*

71. *John BV, Aiken T, Garber A, Thomas D, Lopez R, Patil D, Konjeti VR, Fung JJ, McCollough AJ, Askar M. Recipient But Not Donor Adiponectin Polymorphisms Are Associated With Early Post-transplant Hepatic Steatosis in Patients Transplanted for Non-Nonalcoholic Fatty Liver Disease Indications. Exp Clin Transplant. 2018 Aug;16(4):439-445.*

72. *Konjeti VR, Heuman D, Bajaj J, Gilles H, Fuchs M, Tarkington P, John BV. Telehealth-based Evaluation Identifies Patients Who Are Not Candidates for Liver Transplantation. Clin Gastroenterol Hepatol 2018. April 30*

73. *Bajaj JS, Kakiyama G, Savidge T, Takei H, Kassam ZA, Fagan A, Gavis EA, Pandak WM, Nittono H, Hylemon PB, Boonma P, Haag A, Heuman DM, Fuchs M, John B, Sikaroodi M, Gillevet PM. Antibiotic-Associated Disruption of Microbiota Composition and Function in Cirrhosis is Restored by Fecal Transplant. Hepatology. 2018 Apr 17*

74. *Patel SS, Guzman L, Lin FP, Pence T, Reichman T, John B, Celi FS, Liptrap E, Bhati C, Siddiqui MS. Utilization of Aspirin and Statin in Management of Coronary Artery Disease in Patients with Cirrhosis Undergoing Liver Transplant Evaluation. Liver Transpl 2018 April 6.*

75. *Konjeti VR, John BV. Interaction between Hepatocellular Carcinoma and Hepatitis C eradication with Direct Acting Anti-viral Therapy. Current Treat options Gastroenterol 2018 June 16 (2): 203-214*

76. *Fontan-Associated Liver Disease: Proceedings from the American College of Cardiology Stakeholders meeting, October 1 to 2, 2015, Washington D.C. Daniels CJ, Braley EA, Landzberg MJ, Aboulhosn J, Beekman RH, Book W, Gurvitz M, John A, John B, Marelli A, Marino BS, Minich LL, Poterucha JJ, Rand EB, Veldtman GR. J Am Coll Cardiol. 2017. 70(25): 3173-3194.*

77. *Bajaj JS, Ellwood M, Ainger T, Burroughs T, Fagan A, Gavis TA, Heuman DM, Fuchs M, John B, Wade JB. Mindfulness-Based Stress Reduction Therapy Improves Patient and Caregiver-Reported Outcomes in Cirrhosis. Clin Trans Gastroenterol 2017: 897): e108*

78. *Bajaj JS, Kassam Z, Fagan A, Gavis EA, Liu E, Cox IJ, Kheradman R, Heuman D, Wang J, Gurry T, Williams R, Sikaroodi M, Fuchs M, Alm E, John B, Thacker LR, Riva A, Smith M, Taylor-Robinson SD, Gillevet PM. Fecal microbiota transplant from a rational stool donor improves hepatic encephalopathy: A randomized clinical trial. Hepatology. 2017 Dec;66(6):1727-1738*

79. *Bajaj JS, Kassam Z, Cox IJ, Gurry T, Williams R, Alm E, John B, Smith M, Taylor-Robinson SD, Gillevet PM. Reply. Hepatology. 2017 Oct;66(4):1355-1356.*

80. *Bajaj JS, Fagan A, Sikaroodi M, White MB, Sterling RK, Gilles H, Heuman D, Stravitz RT, Matherly SC, Siddiqui MS, Puri P, Sanyal AJ, Luketic V, John B, Fuchs M, Ahluwalia V,*

Gillevet PM. *Liver transplant modulates gut microbial dysbiosis and cognitive function in cirrhosis. Liver Transpl. 2017 Jul;23(7):907-914*

81. Aiken TJ, Garber A, Thomas D, Harmon N, Lopez R, Konjeti R, McCullough A, Zein N, Fung J, Askar M, **John BV**. *Donor IFNL4 Genotype Is Associated with Early Post-Transplant Fibrosis in Recipients with Hepatitis C. PLoS One 2016; 11:e0166998*

82. Bajaj JS, White MB, Unser AB, Ganapathy D, Fagan A, Gavis EA, Sterling RK, Heuman DM, Matherly S, Puri P, Sanyal AJ, Luketic V, Fuchs M, Siddiqui MS, Stravitz RT, **John B**, Thacker LR, Wade JB. *Cirrhotic patients have good insight into their daily functional impairment despite prior hepatic encephalopathy: comparison with PROMIS norms. Metab Brain Dis. 2016;31(5):1199-203*

83. Jackson WE, Hanouneh M, Apfel T, Alkhouri N, **John BV**, Zervos X, Zein NN, Hanouneh IA. *Sofosbuvir and simeprevir without ribavirin effectively treat hepatitis C virus genotype 1 infection after liver transplantation in a two-center experience. Clin Transplant 2016 Jun;30(6):709-13*

84. Allampati S, Duarte-Rojo A, Thacker LR, Patidar KR, White MB, Klair JS, **John B**, Heuman DM, Wade JB, Flud C, O'Shea R, Gavis EA, Unser AB, Bajaj JS. *Diagnosis of minimal hepatic encephalopathy using stroop EncephalApp. Multi-center US based Norm-based study. Am J Gastroenterol 2015 Dec 8.*

85. Parungao J, Hanouneh IA, **John BV,** Alkhouri N, Zein NN. *Genetics and Hepatitis C. Its good to be 'CC'. Cleveland clinic Journal of Medicine 2015; 82:97-104.*

86. Esfeh JM, Culver D, Plesec T, **John BV**. *Clinical presentation and protocol for management of hepatic sarcoidosis. Expert Review of Gastroenterology and Hepatology 2015; 9: 349-58*

87. Purysko AS, Primak AN, Baker ME, Obuchowski NA, Remer EM, **John B**, Herts BR. *Comparison of radiation dose and image quality from single-energy and dual-energy CT examinations in the same patients screened for hepatocellular carcinoma. Clin Radiol 2014. Oct 4.*

88. Jackson W, **John BV**. *Cholestatic hepatitis and weight loss in a Vietnamese immigrant. Gastroenterology 2014; 147(3):569-70*

89. Kohli R, Purysko AS, **John BV**. *Hematochezia from Metastasis of Hepatocellular Carcinoma to Colon in a Patient Who Underwent Liver Transplantation. Clin Gastroenterol Hepatol. 2014 Mar 19*

90. **John BV**, Konjeti R, Agarwal A, Lopez R, Atreja A, Miller C, Zein NN, Carey W. *Outcomes of Portal vein thrombosis in cirrhosis. Annals of Hepatology 2013 12(6):952-8*

91. *Hanouneh IA, Zein NN, Askar M, Lopez R, **John B**. Interleukin-28B polymorphisms are associated with fibrosing cholestatic hepatitis in recurrent hepatitis C after liver transplantation. Clin Transplant. 2012; 26 (4)*

92. *Rose DZ, **John BV**, Santacruz JF, Harte BJ. Extreme presentation of bony metastatic disease. J Hosp Med. 2007 Mar; 2(2):110-1*

93. ***John BV**, Chamilos G, Kontoyiannis DP. Hyperbaric oxygen as an adjunctive treatment for zygomycosis..Clin Microbiol Infect. 2005; 11(7):515-7*

94. ***John BV**, Jacob M, Abraham OC, Thomas S, Thankachan R, Shukla V. Aspergilloma in a hydatid cavity. Trop Doct. 2007; 37(2):112-4*

95. ***John BV**, Subramanian S, Mohan D, Rao A, Thomas K. A hint from the past. Lancet. 2004; 364(9443):1460*

96. ***John BV**, Subhash HS, Thomas K. Case of myelofibrosis with hypertrophic osteoarthropathy: The role of Platelet-derived growth factor in pathogenesis. New Zealand Med J 2004; 117: U853*

97. ***John BV**, Ganesh A, Aggarwal S, Clement E. Persistent hypotension and splenic rupture in a patient with Plasmodium vivax and falciparum co-infection. J Postgrad Med 2004; 50 (1):80-1*

- *Other Works, Publications and Abstracts:*

*Letter to Editor:*

1. ***John BV**, Bastaich D, Dahman B; Veterans Analysis of Liver Disease (VALID) group of investigators. Reply: Diabetes and fibrosis: Parallel risks or overlap? Hepatology. 2025 Sep 17*

2. ***John BV**, Bastaich D, Dahman B. Reply: Association of hepatitis delta virus infection and hepatocellular carcinoma, hepatic decompensation, all-cause and liver-related death in a national cohort. Hepatology. 2025 Jun 1;81(6):E168*

3. ***John BV**, Bastaich D, Dahman B. Reply: Association of hepatitis D virus infection with liver-related outcomes. Hepatology. 2025 May 1;81(5):E147-E148*

4. ***John BV**, Deng Y, Dahman B. Reply. COVID-19 Vaccination Is Associated with Reduced SARS CoV2 Infection and Death in Liver Transplant Recipients. Reply. Gastroenterology. 2022 Apr 8:S0016-5085(22)00358-4*

5. ***John BV**, Deng Y, Martin P, Levy C, Taddei TH, Kaplan DE, Dahman B. Reply. Hepatology. 2021 Oct;74(4):2322-2323*

6. **John BV**, Dahman B, Taddei TH, Levy C, Kaplan DE. Reply. Hepatology. 2021 Oct;74(4):2308

7. Reply. Bajaj JS, Kassam Z, Cox IJ, Gurry T, Williams R, Alm E, **John B**, Smith M, Taylor Robinson SD. Hepatology 2017; 66(4):1355-6.

8. **John BV**, Thomas SM. Physical examination in the care of medical inpatients. Lancet 2004; 13: 362(9400): 2023.

9. **John BV**, Thomas S. HAART in India. Lancet 2004; **363**:493.

10. **John BV**. Affordability of medical journal subscriptions in developing countries. Lancet 2004; **363**: 1325-26.

*Editorials:*

1. **John BV**. No Association Between Direct-Acting Antivirals and Hepatocellular Carcinoma Progression on the Waiting List: Time to Put This Controversy to Rest? Liver Transpl. 2020 May;26(5):621-623.

2. Saraireh H, Sundaram LT, **John BV**. Biliary Strictures After Liver Transplantation with Grafts from Donors After Cardiac Death: Narrowing Down the Etiologies. Dig Dis Sci. 2019 Mar 18.

3. **John BV**, Khalili K. Editorial: Not All Nodules Are Created Equal: A Personalized Approach to Indeterminate (<2 cm) Nodules Identified on HCC Surveillance. Am J Gastroenterol. 2017 Mar;112(3):471-472.

**Published Abstracts/Proceedings**

1. **John BV**, Camacho M, Elias P et al. Performance of a Multi-Target Blood Test Versus Ultrasound in Detecting Early Hepatocellular Carcinoma: Results from the ALTUS Prospective Study. Late breaking Oral presentation The Liver Meeting AASLD 2025

2. **John BV**, Soon S, Singal A, Schwartz K, Liangpunsakul S, Alkhouri N, Wong RJ, Perumalswami P, Njei B, Noureddin M, Dahman B. Clinical Features and Outcomes of Lean Metabolic Dysfunction Associated Steatotic Liver Disease with Increased Alcohol Intake (Lean MetALD). Oral presentation The Liver Meeting AASLD 2025

3. Verma M, Navarro V, Kosinksi A...**John BV** et al Comparative effectiveness of palliative care delivered by trained hepatologists versus palliative care specialists: a multi-center cluster randomized trial. Presidential plenary presentation The Liver Meeting AASLD 2025

4.  **John BV**, Bastaich D, Paulus E, Spector S, Dahman B. *Hepatocellular Carcinoma Risk in Metabolic Dysfunction Associated Steatotic Liver Disease with Increased Alcohol Intake (MetALD). Poster, The Liver Meeting AASLD 2025*

5.  **John BV**, Bastaich D, Samos A, Hentschel A, Sandhu S, Ferreira RD, Taddei T, Garnet B, Kaplan DE, Campos M, Dahman D. *Predictors of Testing and Test Positivity for Alpha-1 Antitrypsin Deficiency in Patients with Cirrhosis in a U.S. National Cohort. Poster, The Liver Meeting AASLD 2025*

6.  *Ioannou G, Yakovchenko V, Taddei T...* **John BV** *et al trends and factors associated with hepatocellular carcinoma diagnosis, stage, treatment and survival. Poster, The Liver Meeting AASLD 2025*

7.  **John BV**, Bastaich D, Marchetti D, Perumalswami P, Mustafa MZ, Dahman B; *Veterans Analysis of Liver Disease (VALID) Group of Investigators. Association of Glucagon-Like Peptide-1 Receptor Agonists With Liver-Related Outcomes and All-Cause Mortality in Patients With Harmful Alcohol Use, Oral presentation DDW 2025*

8.  **John BV**, Deng Y, Singal A, Dahman B. *Liver Stiffness Measurement and Hepatocellular Carcinoma Risk in Metabolic Dysfunction Associated Steatotic Liver Disease. Oral presentation. The Liver Meeting AASLD Nov 2024, San Diego, CA.*

9.  **John BV,** Bastaich D, Mezcappa C, Ferreira RD, Hentschel A, Samos A, Mahmud N, Taddei TH, Kaplan DE, Serper M, Dahman B. *Applying the Metabolic Dysfunction Associated Steatotic Liver Disease (MASLD) Nomenclature with Natural Language Processing in a National Cohort. Oral presentation. The Liver Meeting AASLD Nov 2024, San Diego, CA.*

10. **John BV,** Bastaich D, Amoli M, Wong RJ, Evon DM, Rogal SS, Ross DB, Morgan TR, Spector SA, Villada G, Chao HH, Dahman B. *Association of Hepatitis Delta Virus Infection and Hepatocellular Carcinoma, Hepatic Decompensation, All-cause and Liver-Related Death in a U.S National Cohort. Oral presentation. The Liver Meeting AASLD Nov 2024, San Diego, CA*

11. **John BV,** Bastaich D, Dahman B. *Comparing Rates of Decompensation, Hepatocellular carcinoma, Overall and Liver-related death between MASLD, MetALD and ALD in a National Cohort. Poster presentation, The Liver Meeting AASLD Nov 2024, San Diego, CA*

12. Bastaich D, Park S, Karki C, Hagiwara M, Nussbaum T, Ferreira RD, Hentschel A, Samos A, Kaplan DE, Dahman B, **John BV.** *Disease progression in adult patients with alpha-1 antitrypsin deficiency-associated liver cirrhosis: a retrospective cohort study of the US Veterans Affairs Health Database. Poster presentation, The Liver Meeting AASLD Nov 2024, San Diego, CA.*

13. *Wong RJ, Yang Z, Jou JH, **John BV**, Lim JK, Cheung R. Hepatitis Delta Virus Testing, Prevalence, and Liver-Related Outcomes Among US Veterans With Chronic Hepatitis B. Poster, The Liver Meeting AASLD Nov 2024, San Diego, CA.*

14. ***John BV**, Dang Y, Kaplan DE, Jou JH, Taddei TH, Spector SA, Martin P, Bastaich DR, Chao HH, Dahman B. Liver Stiffness Measurement and Risk Prediction of Hepatocellular Carcinoma After HCV Eradication in Veterans With Cirrhosis. Oral presentation. Asia Pacific Association of the Study of Liver, March 2024, Kyoto, Japan.*

15. ***John BV**, Amoli M, Evon D, Wong R, Dahman B. Hepatitis delta testing trends in the US Veterans affairs medical system (2000-2022): an analysis of patient and provider-level predictive factors. Hepatology 78(S1): S385-S386, October 2023. Poster of Distinction*

16. *Sandhu S, Bastaich B, Dahman B, Kaplan DE, Taddei T, **John BV**. Association of alpha 1 antitrypsin phenotypes and cirrhosis outcomes. Hepatology Nov 2023. Poster of Distinction.*

17. ***John BV**, Bastaich D, Reddy R, Singhal A, Dahman B. Risk of drug-induced liver injury with remdesivir, molnupiravir and ritonavir-boosted nirmatrelvir in patients with chronic liver disease. Hepatology Nov 2023.*

18. *Chin A, Bastaich D, Kaplan DE, Taddei TH, Dahman B, **John BV**. Refractory hepatic hydrothorax is associated with Increased mortality compared to cirrhosis and refractory ascites. Journal of Hepatology 2023 vol. 78(S1) | S100–S1212*

19. ***John BV**, Deng Y, Jou J, Taddei TH, Spector S. Labrada M, Martin P, et al. Liver stiffness measurement on transient elastography and risk of hepatocellular carcinoma after HCV eradication in patients with cirrhosis. Journal of Hepatology 2023 vol. 78(S1) | S100–S1212*

20. *Gadano A, Arbune M, Atsukawa M, Fujiyama S, Gankina NU, **John BV**, Komura T, Kurosaki M, Kweon Y, Lim SG, Mngqibisa R, Piratvisuth P, Sagalova O, Serfaty L, Stepanova T, Tsrancheva R, Xie Q, Yuen MF, Macfarlane C, Corson S, Dong J, Plein H, Quinn G, Elston R, Kendrick S, Paff M, Theodore D. Evidence of durable response to bepirovirsen in B-Clear responders: B-Sure first annual report. EASL 2023. Journal of Hepatology 2023 vol. 78(S1) | S100–S1212*

21. ***John BV**, Deng Y, Jou J, Labrada M, Dahman B. Liver stiffness measurement on transient elastography an risk of hepatocellular carcinoma in HCV cirrhosis. DDW 2023.*

22. ***John BV**, Bastaich D, Sandhu S, Dahman B. Concordance of ICD 9 and 10 codes and clinical diagnosis of primary biliary cholangitis and cirrhosis.*

23. ***John BV**, Deng Y, Jou J, Taddei TH, Spector S. Labrada M, Martin P, et al. Liver stiffness measurement on transient elastography and risk of hepatocellular carcinoma after HCV eradication in patients with cirrhosis. DDW 2023.*

24. Chin A, Bastaich D, Kaplan DE, Taddei TH, Dahman B, **John BV.** *Refractory hepatic hydrothorax is associated with increased mortality compared to patients with cirrhosis and refractory ascites. DDW 2023.*

25. **John BV**, *Deng Y, Ferreira R et al. Association of Three Vs. Two doses of mRNA COVID-19 Vaccines And SARS-COV-2 infection and severity among patients with cirrhosis. AASLD Presidential plenary 2022*

26. **John BV**, *Bastaich DR, Moon A, Webb G, Ferreira RD, Chin AM, et al. Ursodeoxycholic Acid Use And Outcomes Of Coronavirus 2019 In Patients With Liver Disease. AASLD 2022*

27. *John BV, Bastaich DR, Ferreira RD, Doshi A, Taddei TH, Kaplan DE, et al. Covid-19 Vaccine Effectiveness And Community Prevalence Of Alpha, Delta And Omicron Variants In Patients With Cirrhosis. AASLD 2022*

28. **John BV** *et al. Comparison of infection-induced and vaccine-induced immunity against coronavirus 2019 in patients with cirrhosis. DDW Oral Presentation 2022*

29. **John BV**, *Barritt AS 4th, Moon A, Taddei TH, Kaplan DE, Dahman B Effectiveness of COVID-19 viral vector vaccine Ad.26.COV2.S vaccine and comparison with mRNA vaccines in patients with cirrhosis. DDW 2022 Poster presentation*

30. **John BV**, *Barritt AS 4th, Moon A, Taddei TH, Kaplan DE, Dahman B et al Effectiveness of COVID-19 viral vector vaccine Ad.26.COV2.S vaccine and comparison with mRNA vaccines in patients with cirrhosis. EASL ILC 2022 Poster presentation*

31. **John B,** *Porter K, Dahman B, Parikh N, Silva AC, Yang JD et al. A prospective trial to evaluate the performance of the multitarget hepatocellular carcinoma blood test (mt-HBT) for screening at-risk patients: The Altus study. Journal of Clinical Oncology 40(4_suppl):TPS486-TPS486*

32. **John BV**, *Deng Y, Khakoo NS, Taddei TH, Kaplan DE, Hann-Hsiang C, Dahman B. COVID-19 vaccination is Associated with reduced SARS COV2 Infection and Death in Liver Transplant recipients. AASLD Oral Transplant Presidential Plenary 2021.*

33. **John BV**, *Deng Y, Schwartz KB, Taddei TH, Kaplan DE, Martin P, Chao HH, Dahman B. Outcomes of Post-vaccination COVID-19 after full or partial vaccination in patients with cirrhosis. AASLD Oral Presidential Plenary 2021.*

34. **John BV**, *Deng Y, Scheinberg AR, Mahmud N, Taddei TH, Kaplan DE, Labrada M, Dahman B. Association of BNT162b2 mRNA and mRNA-1273 Vaccines With COVID-19 Infection and Hospitalization Among Patients with Cirrhosis. AASLD Oral presentation 2021.*

35. *Predicting Longer-term Survival Of Patients With Cirrhosis Using The P-LITES Score. AASLD 2021 Poster presentation. David S Goldberg, Binu V John, David E Kaplan*

36. *David S Goldberg, Binu V John, David E Kaplan. Variability In And Factors Associated With Referrals To Multidisciplinary Tumor Board In The VA System For Patients With Hepatocellular Carcinoma. AASLD 2021 Poster presentation.*

37. *Schwartz K, Dahman B, Deng Y, Khakoo NS, Taddei TH, Kaplan DE, Levy C, **John BV**. Rates Of Decompensation, Hepatocellular Carcinoma And Mortality In AMA-Negative Primary Biliary Cholangitis Cirrhosis. AASLD 2021 Poster presentation.*

38. *Liver Transplant Evaluation By telemedicine is associated with expedited evaluation and listing. Oral presentation, DDW 2021. **Binu V John**, Yangyang Deng, David Kaplan, Tamar Taddei, Bassam Dahman.*

39. *Obeticholic acid Exposure is Associated with Hepatic Decompensation in Subjects with Primary Biliary Cholangitis and Cirrhosis. **John BV**, Schwartz K, Levy C, Dahman B, Yangyang D, Martin P, Taddei TH, Kaplan D. Oral presentation, DDW 2021.*

40. *The association of Sustained Virological Response on treatment outcomes in patients with Hepatocellular carcinoma with hepatitis C. DDW 2021, Oral presentation. Neehar D. Parikh, Neil Mehta, Maarouf Hoteit, Ju Dong Yang, Binu John, Andrew M. Moon, Reena Salgia, Anjana Pillai, Ihab Kassab, Naba Saeed, Emil Thyssen, Piyush Nathani, Jeffrey McKinney, Wesley Chan, Claire Durkin, Matthew Conor, Manaf Alsudaney, Brenda Durand, Nicholas Nissen, Hannah P. Kim, Raghavendra Paknikar, Nicole Rich, Matthew Schipper, Amit G Singal*

41. *Ursodeoxycholic acid response in primary biliary cholangitis is associated with a significant reduction in decompensation and mortality in compensated cirrhosis. Binu V John, Nidah Khakoo, Gabriella Aitcheson, Bassam Dahman, Cynthia Levy, David Goldberg, Kalyan Bhamidimarri, Yangyang Deng, Paul Martin, Tamar Taddei, David Kaplan. EASL Internal Liver Congress 2020.*

42. ***John BV**, Aitcheson G, Schwartz KB, Khakoo NS, Dahman B, Deng Y, Goldberg D, Martin P, Taddei TH, Levy C, Kaplan DE. Male gender is associated with a high rate of decompensation and mortality in primary biliary cholangitis with well compensated cirrhosis. Digestive Disease Week 2020.*

43. *Ursodeoxycholic acid response in primary biliary cholangitis is associated with a significant reduction in decompensation and mortality in compensated cirrhosis. Binu V John, Nidah Khakoo, Gabriella Aitcheson, Bassam Dahman, Cynthia Levy, David Goldberg, Kalyan Bhamidimarri, Yangyang Deng, Paul Martin, Tamar Taddei, David Kaplan. Digestive Disease Week 2020. Poster of Distinction*

44. ***John BV**, Aitcheson G, Schwartz KB, Khakoo NS, Dahman B, Deng Y, Goldberg D, Martin P, Taddei TH, Levy C, Kaplan DE. Male gender is associated with a high rate of decompensation*

*and mortality in primary biliary cholangitis with well compensated cirrhosis. EASL Internal Liver Congress 2020.*

45. **John BV**, *Schwartz K, Scheinberg AR, Dahman B, Spector S, Deng Y, Goldberg D, Martin P, Taddei TH, Kaplan DE. Evaluation within 30 days of referral is associated with reduced mortality. Oral presentation. AASLD The Digital Liver Meeting #TLDMX 2020 November 11th, 2020*

46. *Sy A, Steinberg J, **John BV**, Bhamidimarri K. Etiology and Outcomes of Drug-Induced Liver Injury in a Multi-Ethnic United States Population. Am J Gastroenterology October 2020.*

47. **John BV**, *Aubuchon S, Dahman B, Konjeti VR, Heuman D, Hubert J, Thomas S, Deng Y, Solomon C, Sundaram LT, Love E, Singal AG, Tatum JL. Addition of 18F-FDG PET/CT to Cross Sectional Imaging Helps Predict Extrahepatic Metastasis and Overall Survival in Hepatocellular Carcinoma. AASLD Boston 2019*

48. *Singal AG, Rich NE, Mehta N, Branch AD, Pillai A, Hoteit M, Volk M, Odewole M, Scaglione S, Guy J, Said A, Feld JJ, **John BV**, Frenette C, Mantry P, Rangnekar AS, Oloruntoba O, Leise M, Jou JH, Bhamidimarri KR, Kulik L, Ioannou GN, Huang A, Tran T, Samant H, Dhanasekaran R, Duarte-Rojo A, Salgia R, Eswaran S, Jalal P, Flores A, Satapathy SK, Kagan S, Gopal P, Wong R, Parikh ND, Murphy CC. Direct-Acting Antiviral Therapy for Hepatitis C Virus Infection Is Associated With Increased Survival in Patients With a History of Hepatocellular Carcinoma. AASLD 2019.*

49. *Rich NE, **John BV**, Parikh ND, Rowe I, Mehta N, Khatri G, et al. Growth Rates of Untreated Hepatocellular Carcinoma With Cirrhosis. A Multicenter Cohort Study. AASLD November 2019*

50. **John BV**, *Aubuchon S, Dahman B, Konjeti VR, Heuman D, Hubert J, Thomas S, Deng Y, Solomon C, Sundaram LT, Love E, Singal AG, Tatum JL. Addition of 18F-Flourodeoxyglucose (FDG) PET-CT to cross sectional imaging improves staging and alters management in patients with HCC-results from a North American prospective study. Digestive Diseases Week May 2019 Research forum presentation.*

51. *Redman J, Saraireh H, Mangray S, **John BV**, Gilles H, Solomon C, Fuchs M, Bajaj JS. Missed opportunities to detect alcohol use disorder in Hepatology clinics. Poster of distinction. Digestive Diseases Week May 2019.*

52. *Bajaj JS, Fagan A, Gilles H, Heuman D, Sikaroodi M, Wade J, **John BV**, Fuchs M, Gillevet PM. Gut Microbiota are Associated with Impaired Brain Recovery after Liver Transplant, Gastroenterology, Vol. 152, Issue 5, S1066*

53. *Chandrakumaran A, Siddiqui MB, Patel SS, Sterling RK, Sanyal AJ, Stravitz RT, Luketic VA, Matherly S, **John BV**, Siddiqui MS. Depression is Linked to Weight Gain After Liver Transplant*

*in Patients Transplanted for Nonalcoholic Steatohepatitis. Gastroenterology 2019 Vol. 156, Issue 6, S-1241*

54. *Acharya C, White MB, Fagan A, Sterling RK, Stravitz RT, Puri P, Fuchs M, Luketic VA, Sanyal AJ, John BV, Bajaj JS. Cognitive and Physical Frailty are Linked and Demonstrate Sustained Improvement After Liver Transplant. Gastroenterology 2019 Vol. 156, Issue 6, S-1241*

55. *Fecal Microbiota Capsular Transplant is Safe and Effective in Patients with Recurrent Hepatic Encephalopathy: A Randomized, Blinded, Placebo-Controlled Trial. Gastroenterology 2019 Vol. 156, Issue 6, S-1246*

56. *Mercade TM, Moreno V, **John B**, Morris JC, Sawyer MB, Yong WP et al. A phase I study of H3B-6527 in hepatocellular carcinoma (HCC) or intrahepatic cholangiocarcinoma (ICC) patients. Journal of Clinical Oncology 2019 37:15_suppl, 4095-4095*

57. ***John BV**, Love E, Kurbanova N, Dahman B, Sundaram L, Konjeti VR, Aubuchon S, et al. Evaluation within 30 days of referral using telehealth expedites listing and decreases mortality in patients referred for liver transplantation. Digestive Diseases Week May 2019 Plenary presentation*

58. ***John BV**, Aubuchon S, Dahman B, Konjeti VR, Heuman D, Hubert J, Thomas S, Deng Y, Solomon C, Sundaram LT, Love E, Singal AG, Tatum JL. Addition Of 18F-Fluorodeoxyglucose (FDG) PET-CT To Cross Sectional Imaging Improves Staging And Alters Management In Patients With HCC- Results From A North American Prospective Study. Oral presentation, International Liver Cancer Association, Chicago, IL, September 2019.*

59. ***John BV**, Dahman B, Deng Y, Konjeti VR, Serper M, Mehta R, Albrecht JH, Aytaman A, Baytarian ML, Fox RK, Hunt K, Kaplan DE, Taddei TH. Nonalcoholic Steatohepatitis is Associated With the Lowest Rate of Decompensation But the Highest Mortality Relative to Alcoholic Liver Disease and Chronic Hepatitis C Among Patients With Decompensated Cirrhosis. Oral ePoster and Presidential Poster of Distinction, AASLD Boston 2019.*

60. *Amit G. Singal, Neil Mehta, Nicole E. Rich, Caitlin Murphy, Andrea D. Branch, Anjana A. Pillai, Maarouf A. Hoteit, Michael Volk, Mobolaji Odewole, Steven J. Scaglione, Jennifer E. Guy, Adnan Said, Jordan J. Feld, **John BV**, Catherine T. Frenette, Parvez S. Mantry, Amol S. Rangnekar, Omobonike Oloruntoba, Michael D. Leise, Janice Jou, Kalyan Ram Bhamidimarri, Laura M. Kulik, Tram T. Tran, Hrishikesh V. Samant, Renumathy Dhanasekaran, Andres Duarte-Rojo, Reena J. Salgia, Sheila L. Eswaran, Apurva A. Modi, Avegail Flores, Sanjaya Kumar Satapathy, Robert J. Wong, Annsa Huang, Suresh Misra, Myron E. Schwartz, Robert Mitrani, Chanda K. Ho, Suraj Sharma, Venkata R. Konjeti, Alexander Dao, Kevin Nelson, Matthew Gulau, Kelly Delarosa, Usman Rahim, Meher Mavuram, Jesse J Xie and Neehar Dilip*

*Parikh. Direct-Acting Antiviral Therapy Significantly Reduces Early HCC Recurrence: A Multicenter U.S. Cohort Study. Hepatology 2018 October 58A-59A.*

61. *Jasmohan S. Bajaj, Andrew Fagan, Melanie White, Douglas M. Heuman, Michael Fuchs, Binu John, Chathur Acharya, Masoumeh Sikaroodi, Patrick M Gillevet. Specific Gut Microbiota Patterns Are Linked with Different Cognitive Testing Strategies in Covert Hepatic Encephalopathy. Hepatology 2018 October 144A.*

62. *Nicole E. Rich, Binu John, Neehar Dilip Parikh, Christopher Hernandez, Jorge A. Marrero, Mobolaji Odewole, Latha T. Sundaram, Venkata R. Konjeti, Shivangi Sharma Amit G. Singal. A High Proportion of Hepatocellular Carcinoma Have Indolent Growth Patterns. Hepatology 2018 October 530A-531A.*

63. *Siddiqui MB, Patel S, Faridnia M, Albhaisi S, Clinton J, Laurenzano J, **John BV**, Lee H, Patel VB, Sterling RK, Stravitz RT, Sanyal AJ, Matherly SC, Luketic VA, Siddiqui MS. Impact of Liver Disease on Weight Gain Trends after Liver Transplantation. Hepatology 2018 October 701A-702A.*

64. *Gilles H, Loria A, Bajaj JS, Puri P, **John BV**, Fuchs M. The Role of Telehealth to Overcome Geographic Disparities in Liver Transplantation within the Veteran Health Administration. Hepatology 2018 October 1073A-1074A.*

65. *Kaplan DE, Njei B, Serper M, Taddei TH, **John BV**, Mehta R, Aytaman A, Hunt KH, Albrecht JH, Fox RK. Effects of Hypercholesterolemia and Statin Exposure on Survival in a Large National Cohort of Patients with Cirrhosis. Hepatology 2018 October 1347A.*

66. *Bajaj JS, Fagan A, Gavis EA, White EM, Sikaroodi M, Heuman D, **John BV**, Fuchs M, Gillevet P. A novel combined Gut fungal and bacterial metric, Bacteroidetes/Ascomycota ratio, is independently associated with hospitalization risk in cirrhosis. Hepatology 2017: 66(1): 454A-455A*

67. *J.S Bajaj, M.Ellwood, T Burroughs, A.Fagan, EA Gavis, D. Heuman, M Fuchs, **Binu John**, James Wade. Mindfulness-Based Stress Reduction Therapy Improves Patient and Caregiver-Reported Outcomes in Cirrhosis. Hepatology 2017: 66(1): 268A-269A*

68. *Amit Singhal, Maroof A Hoteit, **Binu John**, Laura M Kulik, Sheila L Eswaran, Janice H Jou, Tram T Tran, Robert J Wong, Kalyan R Bhamidamarri, Nicole E Rich, Robert Mitrani, Venkata Rajesh Konjeti, Elie Ghoulam, Mobelaji Odewole, Neehar D Parikh. Direct Acting Antiviral Therapy is Associated with Shorter Time to HCC Recurrence but not Increased Risk of Recurrence. Hepatology 2017: 66(1): 729A-730A.*

69. *Amit Singhal, Maroof A Hoteit, **Binu John**, Laura M Kulik, Sheila L Eswaran, Janice H Jou, Tram T Tran, Robert J Wong, Kalyan R Bhamidamarri, Nicole E Rich, Robert Mitrani, Venkata*

Rajesh Konjeti, Elie Ghoulam, Mobelaji Odewole, Neehar D Parikh. *Direct Acting Antiviral Therapy is Associated with Shorter Time to HCC Recurrence but not Increased Risk of Recurrence. ILCA Seoul 2017. Oral presentation.*

70. Andrew Fagan, Edith Gavis, Zain Kassam, Douglas Heuman, Michael Fuchs, Binu John, Masoumeh Sikaroodi, Patrick M Gillevet, Jasmohan S Bajaj. *Sustained long-term and clinical cognitive improvement after fecal microbiota transplantation in cirrhosis. Digestive Diseases Week, Washington D.C*

71. Chathur Acharya, Leroy Thacker, Andrew Fagan, Melanie White, Richard Sterling, Richard Stravitz, Arun Sanyal, Puneet Puri, Douglas Heuman, Michael Fuchs, Binu John, Hannah Lee, Scott Matherly, Mohammad Siddiqui, Jasmohan Bajaj. *Beta-blockers use in cirrhosis is independently associated with minimal hepatic encephalopathy. Digestive Diseases Week, Washington D.C*

72. Andrew Fagan, Veda Forte, Michael Fuchs, Douglas Heuman, HoChong Gilles, Binu John, Jasmohan Bajaj. *Encephalal stroophas a high sensitivity to diagnose advanced liver disease in an unselected veteran population.*

73. Jasmohan Bajaj, Andrew Fagan, Edith Gavis, Douglas Heuman, Binu John, Michael Fuchs, Masoumeh Sikaroodi, Patrick Gillevet. *Proton pump inhibitor initiation and withdrawal can modulate gut microbiota in patients with decompensated cirrhosis.*

74. J.S Bajaj, Z.Kassam, A Fagan, EA Gavis, E Liu, J Cox, M Sikaroodi, M Fuchs, E Alm, **B John**, B Arrowsmith, A Riva, M Smith, SD Taylor-Robinson, P Gillevet. *Fecal microbiota transfer using a precision medicine approach is safe, Associated with lower hospitalization risk and improved cognitive function in recurrent hepatic encephalopathy. J Hepatology 2017:66;S49*

75. JS Bajaj, A Fagan, J Wade, A Fagan, EA Gavis, M White, D Ganapathy, D Heuman, M Sikaroodi, M Fuchs, **B John**, HC Gilles, P Gillevet. *Gut microbiota are associated with impaired brain recovery after liver transplant. J Hepatology 2017:66;S63*

76. R Konjeti, J Bajaj, D Heuman, H Gilles, M Fuchs, **B John**. *A telehealth based technology can effectively triage liver transplant evaluations and minimize futile invasive testing in an integrated health delivery system. J Hepatology 2017*

77. Jasmohan S. Bajaj, Andrew Fagan, HoChong Gilles, Douglas Heuman, Masoumeh Sikaroodi, James Wade, **Binu John**, Michael Fuchs. *Gut microbiota are associated with impaired brain recovery after liver transplant. Gastroenterology 2017: 152 (5) S1066*

78. VR Konjeti, J Bajaj, D Heuman, H Gilles, M Fuchs, **B John**. *A telehealth based technology can effectively triage liver transplant evaluations and minimize futile invasive testing in an integrated health delivery system. Gastroenterology 2017: 152(5): S1190*

79. *J.S Bajaj, Z.Kassam, A Fagan, EA Gavis, E Liu, J Cox, M Sikaroodi, M Fuchs, E Alm, **B John**, B Arrowsmith, A Riva, M Smith, SD Taylor-Robinson, P Gillevet. Fecal microbiota transfer using a precision medicine approach is safe, Associated with lower hospitalization risk and improved cognitive function in recurrent hepatic encephalopathy. Gastroenterology 2017: 152(5): S90*

80. *The STROOP app can predict the development of overt hepatic encephalopathy in a multi-center study. Jasmohan S. Bajaj, Sanath Allampati, Andres Duarte-Rojo, Kavish Patidar, Melanie White, Ariel Unser, Edith Gavis, James Hovermale, Douglas M. Heuman, David S. Barnes, **Binu John**, Jagpal S. Klair, Christopher Flud, Leroy Thacker. J Hepatology 2015: 62:S505*

81. *Sanath Allampati, Andres Duarte-Rojo, Leroy Thacker, Melanie White, Ariel Unser, Edith Gavis, James Hovermale, Douglas M. Heuman, **Binu John,** Jagpal S. Klair, Christopher Flud, Robert O'Shea, Jasmohan S. Bajaj. Two testing strategies for covert hepatic encephalopathy diagnosis stabilizes agreement between sites in a multi0center analysis. Validation of the EASL/AASLD HE guidelines. J Hepatology 2015: 62:S505*

82. *Jasmohan S. Bajaj, Zoin Kassam, Andrew Fagan, Edith A. Gavis, Binu John, Michael Fuchs, HoChong Gilles, Mark Smith, Thomas Gurry, Eric Aim, William M. Pandak, Douglas M. Heuman Fecal Microbiota Transplantation from a Rationally Selected Donor is Safe in Patients with Recurrent Hepatic Encephalopathy: Preliminary Data from a Randomized Trial. Hepatology October 2016.*

83. *Thomas Burroughs, Michael Ellwood, James Wade, Andrew Fagan, Michael Fuchs, Binu John, Douglas M. Heuman, Jasmohan S. Bajaj. Post-Traumatic Stress Disorder can Differentially Affect Covert Hepatic Encephalopathy Diagnosis in Cirrhotic Veterans. Hepatology October 2016.*

84. *Gursimran Kochhar, Paresh P Mehta, Brian Kirsh, Maged Kadry Rizk, Yinghong Wang, **Binu John,** Mazen Albeldawi, John J Vargo. Does Capnography Prevent Hypoxemia in ASA 1-2 Outpatients Undergoing Elective EGD Targeting Moderate Sedation? Results from a Prospective, Randomized, Single Blinded Study. Gastroenterology 2015: 148(4): S1196*

85. *The STROOP app can predict the development of overt hepatic encephalopathy in a multi-center study. Jasmohan S. Bajaj, Sanath Allampati, Andres Duarte-Rojo, Kavish Patidar, Melanie White, Ariel Unser, Edith Gavis, James Hovermale, Douglas M. Heuman, David S. Barnes, **Binu John**, Jagpal S. Klair, Christopher Flud, Leroy Thacker. Gastroenterology 148(4) S-972*

86. *Sanath Allampati, Andres Duarte-Rojo, Leroy Thacker, Melanie White, Ariel Unser, Edith Gavis, James Hovermale, Douglas M. Heuman, **Binu John,** Jagpal S. Klair, Christopher Flud, Robert O'Shea, Jasmohan S. Bajaj. Two testing strategies for covert hepatic encephalopathy*

*diagnosis stabilizes agreement between sites in a multi0center analysis. Validation of the EASL/AASLD HE guidelines. Gastroenterology 148(4) S-988*

87. *Whitney Jackson, Ibrahim Hanouneh, Naim Alkhouri, Rocio Lopez, Nizar N Zein,* **Binu John** *Safety and efficacy of Sofosbuvir and Simeprevir to treat hepatitis C Genotype 1 infection in decompensated cirrhosis. Gastroenterology 2015: 148; S-1093.*

88. **John BV***, Garber A, Aiken T, Thomas D, Konjeti VR, Lopez R, Fung JJ, Askar M. Recipient but not donor Adiponectin rs266729 Polymorphism is linked to post transplant steatosis in patients transplanted with chronic hepatitis C infection. J Hepatology 2015: 62:S505*

89. **John BV,** *Nagpal S, Plesec T, Jagadeesan R, Alkhouri N, Highland K, Culver D. Biopsy findings, ACE levels and APRI are similar in patients with hepatic sarcoidosis with and without portal hypertension. J Hepatology 2015: 62:S718-S719.*

90. *Waghray A, Sobotka A,* **John BV***, Romero Marrero CJ, Aucejo F, Menon KVN. Prognostic indicators in hilar cholangiocarcinoma. Gastroenterology 2015: 148: S967.*

91. *Jackson W, Apfel T, Alkhouri N,* **John BV***, Zervos X, Zein NN, Hanouneh IA. Sofosbuvir and Simeprevir effectively treat hepatitis C Genotype 1 infection after liver transplantation in a multi-center experience. Gastroenterology 2015: 148; S-978.*

92. **John BV***, Garber G, Aiken T, Thomas D, Konjeti VR, Lopez R, Fung JJ, Askar M. Recipient but not donor Adiponectin rs266729 Polymorphism is linked to post transplant steatosis in patients transplanted with chronic hepatitis C infection. Gastroenterology 2015: 148:S1036*

93. **John BV,** *Nagpal SJS, Plesec T, Jegadeesan R, Lopez R, Alkhouri N, Highland KB, Culver D. Evaluation of Portal Hypertension and Cirrhosis in Patients With Hepatic Sarcoidosis: A Prospective Single Center Study. Gastroenterology  148(4) S-1078–S-1079*

94. **John BV***, Garber A, Aiken T, Thomas D, Mistak S, Askar M. Recipient but not donor Adiponectin rs266729 Polymorphism is linked to post transplant steatosis in patients transplanted with chronic hepatitis C infection. AASLD 2014. Winner of the AASLD resident research award 2014-Ari Garber. Mentor: Binu John.*

95. *Aiken T, Askar M, Lopez R, Zein NN,* **John BV***. Donor and recipient genotype for the IFNL4 ss469415590 polymorphism predicts early post transplant fibrosis in patients transplanted for hepatitis C infection. Oral presentation, DDW 2014.*

96. *Kohli R, Lopez R,* **John BV***. Sorafenib but not loco regional therapy improves survival in patients with Hepatocellular Carcinoma recurrence after Orthotopic Liver Transplantation. Oral presentation, DDW 2014.*

97. *Alsabbagh M, Hanouneh IA, **John BV**, Guirguis J, Eghtesad B, Fung JJ, Zein NN, Alkhouri N. Safety and efficacy of all-oral sofosbuvir based regimens to treat HCV recurrence post liver transplantation. AASLD 2014.*

98. *Purysko AS, Baker ME, Primak A, Remer EM, Obuchowski NA, **John B**, Herts BR. Comparison of Dose From Single Energy and Dual Energy Multi-Detector Computed Tomography Examinations in the Same Patient Screened for Hepatocellular Carcinoma*

99. *Society of Computed Body Tomography & Magnetic Resonance. Tucson, AZ. October 2013.*

100. *Smorowski MJ, Lopez R, **John BV**. 25-OH Vitamin D deficiency is common but does not predict post-transplant fibrosis in patients transplanted for HCV cirrhosis. AASLD, Poster presentation, Washington DC, November 2013.*

101. ***John BV**, Hanouneh IA, Sun Y, Zhang A, Lopez R, Patil DT, Askar M, Zein NN. Donor IL28 receptor polymorphism rs8099917 T/T and pre-transplant peak hepatitis C RNA levels predict risk of fibrosing cholestatic hepatitis in patients transplanted for hepatitis C related cirrhosis Oral presentation, AASLD, Boston, November 2011.*

102. ***John BV**, Yerian LM, Lopez R, Konjeti VR, Romero-Marrero CJ, Aucejo F, Menon KVK. Patients with mixed hepatocellular and cholangiocarcinoma have indistinguishable imaging characteristics and poorer prognosis compared to hepatocellular carcinoma. AASLD Boston, November 2011.*

103. ***John BV**, Konjeti VR, Lopez R, Carey WD. Spontaneous spleno-renal shunt in patients with portal vein thrombosis is a predisposing factor for hepatic encephalopathy AASLD Boston November 2011.*

104. ***John BV**, Aggarwal A, Konjeti VR, Atreja A, Zein NN, Miller C, Carey W. Post Transplantation Outcomes of Cirrhotics with Portal Vein Thrombosis Who are Not Anticoagulated is Similar to Cirrhotics without Portal Vein Thrombosis. Oral presentation, AASLD, Boston November 2010.*

105. ***John BV**, Aggarwal A, Konjeti VR, Atreja A, Zein NN, Miller C, Carey W. The Impact of Portal Vein Thrombosis (PVT) on Cirrhotics Awaiting Liver Transplantation: Presidential Poster of Distinction. AASLD, Boston, November 2010.*

106. ***John BV**, Konjeti VR, Lopez R, Sanaka M. Colonoscopy Bowel preparations: In-patients versus out-patients and impact of nurse educator on quality of out-patient bowel preparations. ACG 2008.*

107. ***John BV**, Chandy M, Abraham OC. Febrile Neutropenia in patients with hematological malignancies and Aplastic Anemia. Asian American International Medical Conference, 2003.*

## V. Professional

*22. Funded Research Performed:*

1. *VA MERIT Award CSRD, Office of VA Research and Development: Addition of PSMA PET to cross-section imaging in Hepatocellular carcinoma. PI: Binu John. 0.375 FTE, Direct $1,088,000, no indirect (4/1/24-3/31/28). Sponsor: VA Office of Research and Development*

2. *VA MERIT Award HSRD, Office of VA Research and Development Integrating Veteran-Centered Care for Advanced Liver Disease (I-VCALD). Role: Local Site Investigator. PI: Fasiha Kanwal. (10/1/23-9/30/27). Sponsor: VA Office of Research and Development. Direct $30,000, no indirect (4/1/24-3/31/28)*

3. *Cooperative Studies Program (CSP) Network of Dedicated Enrollment Sites (NODES) by VA Office of Research and Development. Principal Investigator (Director): Binu John 0.25 FTE 12/2021-12/2024. Co-director: Leo Tamariz. Directs: Approximately $1,000,000, no indirects. Sponsor: VA Office of Research and Development*

4. *PCORI: Patient-Centered Outcomes Related Institute: Palliative care in liver disease (PAL-Liver study-sub-award). 0.1 FTE. Role: Local Site Investigator Binu John, PI: Navarro and Varma, 07/2020-06/2025. Directs: $150,000 Indirect: $40,000*

5. *Investigator Sponsored Research Grant: Number: 2021-8835. Sponsor: Gilead. Identifying Provider-specific Gaps and Systemic Barriers Related to Screening Patients for Hepatitis D Across the US Veteran Health Administration. PI Binu John. Directs: $110,000 Indirect: $40,000*

6. *ALTUS: ALTernative to Ultrasound (ALTUS): Prospective Study of CpGDNA methylation markers vs. Ultrasound for HCC surveillance. National Principal Investigator: Binu John 0.25 FTE. Direct: $1,000,000 Indirect: $300,000. Sponsor: Exact Sciences*

7. *CSP 2023: PREMIUM: Randomized Controlled Trial of abbreviated MRI (aMRI) versus ultrasonography for hepatocellular carcinoma (HCC) screening in high-risk patients with cirrhosis. VA Cooperative Studies Program. Role: Local Site Investigator 0.125 FTE*

   *Direct: $400,000, no indirect. Sponsor: VA Office of Research and Development, CSP*

8. *Examining the disease progression of AATD-LD, in patients enrolled in VA Health (US): Role: Principal Investigator 0.125 FTE*

   *Direct: $400,000, Indirect $140,000. Sponsor: Takeda*

*23. Editorial Responsibilities:*

1. *Editorial Board: Hepatology 2024-Current*

2. *Associate Editor: Digestive Disease and Sciences 2021-2025*

3. *Associate Editor: Clinics in Liver Disease-Guest Editor Issue on Primary Biliary Cholangitis 2023*

4. *Editorial Board: Digestive Disease and Sciences 2016-Current*

**Journal Reviewer**

1. *Alimentary Pharmacology and Therapeutics*

2. *American Journal of Gastroenterology*

3. *Annals of Internal Medicine*

4. *British Medical Journal (BMJ)*

5. *British Medical Journal (BMJ) Open*

6. *Cancer Biology and Therapeutics*

7. *Cancer Control*

8. *Cleveland Clinic Journal of Medicine*

9. *Clinical and Translational Gastroenterology*

10. *Clinical Gastroenterology and Hepatology*

11. *Clinical transplantation*

12. *Clinics and Research in Hepatology and Gastroenterology*

13. *Digestive and Liver Disease*

14. *Digestive Diseases and Sciences*

15. *Gastroenterology*

16. *Hepatology*

17. *Hepatology Communications*

18. *JAMA Internal Medicine*

19. *JHep Reports*

20. *Journal of Cancer Research and Clinical Oncology*

21. *Journal of Hepatocellular Carcinoma*

22. *Liver Transplantation*

23. *PLoS One*

24. *Supportive Care in Cancer*

**Abstract Reviewer**

1. *Digestive Diseases Week (DDW), 2024 Annual Meeting: Chair, AGA Abstract Review Committee for cholestatic and autoimmune liver disease*

2. *Digestive Diseases Week (DDW), 2024 Annual Meeting: Member, AGA Abstract Review Committee - Liver and Biliary Tract Carcinoma (Hepatobiliary Neoplasia)*

3. *Digestive Diseases Week (DDW), 2023 Annual Meeting: Chair, AGA Abstract Review Committee for cholestatic and autoimmune liver disease*

4. *Digestive Diseases Week (DDW), 2023 Annual Meeting: Member, AGA Abstract Review Committee - Liver and Biliary Tract Carcinoma (Hepatobiliary Neoplasia)*

5. *Digestive Diseases Week (DDW), 2022: AGA abstract review committee member- Liver and Biliary Tract Carcinoma (Hepatobiliary Neoplasia)*

6. *International Liver Cancer Association 2022 annual meeting: ILCA abstract review committee member*

7. *International Liver Cancer Association 2021 annual meeting: ILCA abstract review committee member*

8. *Digestive Diseases Week (DDW), 2021 Annual Meeting: AGA abstract review committee member- Liver and Biliary Tract Carcinoma (Hepatobiliary Neoplasia)*

9. *International Liver Cancer Association 2020 annual meeting: ILCA abstract review committee member*

10. *Digestive diseases Week, 2020 Annual Meeting: AGA abstract review committee member- Liver and Biliary Tract Carcinoma (Hepatobiliary Neoplasia)*

11. *International Liver Cancer Association 2019 annual meeting: ILCA abstract review committee member*

12. *AASLD Practice guidelines: Ascites and hepatorenal syndrome guidance 2019-2020: Primary Reviewer*

13. *American College of Gastroenterology/ World Gastroenterology Organization 2017 annual meeting Orlando, FL*

24. *Professional and Honorary Organizations: (member; officer; date) [inclusive dates]*

**National/ International Committees**

1. *Committee Name/Role:  American Association of Study of Liver Diseases Annual Education Meeting Committee: Dates of Service: January 1st 2025 to current*

2. *Committee Name/Role:  American Gastroenterological Association (AGA) Institute Research Awards Panel: Dates of Service: July 1, 2024 to current*

3. *Committee Name/Role:  American Gastroenterological Association (AGA) Institute Clinical Practice Updates Committee: Dates of Service: July 1, 2024 to current*

4. *Committee Name/Role:  International Liver Cancer Association Abstract Review Committee member. Dates of Service: May 2019 to current*

5. *Committee Name/Role:  American Liver Foundation Florida Regional Medical Advisory Council member. Dates of Service: January 2020 to Current*

6. *Committee Name/Role:  Veterans Health Administration National Hepatology HCC Field advisory board. Dates of Service: January 2022 to current*

7. *Committee Name/Role:  American Association of Study of Liver Diseases Hepatocellular Carcinoma Special Interest Group Membership and Mentorship Committee, Vice-President*

   *Dates of Service: September 2018-2020*

8. *Committee Name/Role:  American Association of Study of Liver Diseases Practice guidelines committee. Dates of Service: April 2018-December 2020*

9. *Committee Name/Role:  American College of Gastroenterology (ACG) Clinical Research committee. Dates of Service: January 2013-December 2020*

10. *Committee Name/Role:  American Heart Association. Single ventricle/ Fontan and liver disease. National consortium. 09/2015*

11. *Committee Name/Role:  American College of Gastroenterology (ACG) Publications committee Dates of Service: 2011-2014.*

12. *Committee Name/Role:  American Association of Study of Liver Diseases Journal Publication committee. Dates of Service: 01/2008 to 12/2008*

**Membership in Professional Societies**

1. *Fellow of American Association for the Study of Liver Diseases (FAASLD): November 2022*

2. *International Liver Cancer Association: Member 2019-Current*

3. *Fellow of American College of Gastroenterology (FACG): October 2017*

   4.  *European Association of the Study of Liver (EASL): Member 2014-Current*

   5.  *American Gastroenterological Association (AGA): Member July 2007-Current*

   6.  *American College of Gastroenterology: Member July 2007- Current*

   7.  *American Association for the Study of Liver Diseases (AASLD); Member July 2007-Current*

   8.  *Member of National Academy of Medical Science-New Delhi, India 2003-Current*

25. *Honors and Awards:*

***Special Awards and honors***

1.  *Andrew Schally award for the researcher of the year 2025. Miami VA Health System*

2.  *Mentor of Young Investigator of the year 2023, Miami VA: Raphaella Ferreira, MD Miami VA Health System May 2023*

3.  *Presidential Plenary: AASLD Liver meeting November 2022*

4.  *Best of Liver meeting: Abstract selected for "Best of Liver meeting 2022"*

5.  *Fellow of AASLD November 2022*

6.  *Best of DDW: Abstract selected for "Best of DDW 2022"*

7.  *Presidential Plenary: Liver Meeting November 2021*

8.  *Presidential Transplant Plenary: Liver Meeting November 2021*

9.  *Best of AASLD 2021: Three abstracts selected for "Best of AASLD": November 2021*

10. *Recognition for clinical excellence, 2018: Robert Wilkie, Secretary, Veterans Administration*

11. *Plenary: DDW May 2020*

12. *Mentor to AASLD Emerging Liver Scholar Award: Gabriella Aitcheson, MD (Jackson Memorial Hospital/ UM Resident) for AASLD November 2020.*

13. *Department of Veterans Affairs Certificate of Appreciation, December 2020: Richard Stone, Secretary, Veterans Health Administration*

14. *Mentor to AASLD resident research award winner: Ari Garber AASLD November 2014.*

15. *Fellowship2leadership travel grant in Gastroenterology 2010: Top 30 fellows in Gastroenterology nationwide selected by on academic credentials, research productivity and leadership October 2010*

16. *American College of Gastroenterology GI jeopardy 2010: National championship representing Cleveland Clinic (#1 among 110 Gastroenterology fellowship programs) San Antonio, TX October 2010*

17. *American College of Gastroenterology GI jeopardy 2009: Second nationwide representing Cleveland Clinic (#2 among 106 Gastroenterology fellowship programs) San Diego, October 2009*

18. *American College of Gastroenterology Clinical research award January 2008*

19. *James L. Craig Fellowship at the Division of Epidemiology, University of Minnesota: Awarded to outstanding incoming graduate student in Epidemiology September 2004*

20. *James P. Pfrommer scholarship at the Division of Epidemiology, University of*

*Minnesota Awarded to an outstanding incoming graduate student in Public Health September 2004*

21. *Best graduating internal medicine resident (Valedictorian), CMC Vellore: September 2003*

22. *Muthusethupathi Gold medal: Second, Tamilnadu state, India May 2002*

23. *Summa cum laude. Graduated in the top 5% of the class. Graduated with six gold medals/prizes for outstanding academic achievement 1997-98 February 1998*

24. *P. Kuttumbiah Prize in Clinical Medicine September 1996*

25. *Captain Jeysingh Jadav and Charolette and Manoharan prize in Pediatrics July 1996*

26. *Mary Israel prize in medicine 1996.*

27. *P. Koshy prize in Medicine, awarded to the best intern of the medical school 1996.*

28. *K.G Koshy Prize in Medicine 1996.*

29. *National science talent search examination Scholarship: Ranked second at the national level (Top 0.01% in India) 1992*

26. *Post-Doctoral Fellowships: None*

27. *Other Professional Activities: (e.g. papers presented; performances; conference proceedings; seminar or conference panel member; catalogue work; etc)*

1. *Moderator: AGA A Case-Based Approach to Insights, Approaches and Treatment of Patients With PSC and PBC. Clinical Symposium. Digestive Diseases Week, Chicago, IL, May 2023*

2. *Moderator: Endo-Hepatology: An Update on Current Status & Future Directions. Digestive Diseases Week, Chicago, IL, May 2023*

**Guidelines/ Proceedings:**

1. *American Gastroenterological Association (AGA) Institute Clinical Practice Update: AGA Clinical Practice Update on the Management of Ascites, Volume Overload, and Hyponatremia in Cirrhosis: Expert Review. Gastroenterology (In press).*

2. *VA Collaborative Consensus Statement and Guidelines on the Multidisciplinary Management of Hepatocellular Carcinoma. Ayse Aytaman, Jasmohan Bajaj, Alice Beal, Bala Chander, Michael Chang, Ramsey Cheung, Richelle Coraza, Tracey Ekstein, Paul Egener, Douglas Heuman, Richard Howard, **Binu John**, Sabia Kirtich, Frank Lancellotti, Maithao Le, Andrea Leaf, Christopher Lenza, Thomas Mahl, David Schwartz, Marina Serper, Tamar Taddei, Ayesha Zahiruddin.*

3. *Fontan-Associated Liver Disease: Proceedings from the American College of Cardiology Stakeholders meeting, October 1 to 2, 2015, Washington D.C. Daniels CJ, Braley EA, Landzberg MJ, Aboulhosn J, Beekman RH, Book W, Gurvitz M, John A, **John B**, Marelli A, Marino BS, Minich LL, Poterucha JJ, Rand EB, Veldtman GR.*

## VI. Teaching

*28. Teaching Awards Received: None*

*29. Teaching Specialization:*

3. *Intensive review of Gastroenterology and Hepatology, San Diego, CA. from 2012, 2013, 2014 and 2015. Course Founder and Director. Designed curriculum, chose speakers, reviewed speaker slides and material.*

4. *Board review questions: Prepared and vetted board review type questions for Gastroenterology boards for board review course 9/2012 to 09/2015.*

### Fellow/ resident/ medical student teaching rotation

1. *July 2019 to current: Attending Physician, In-patient Consult Service (1-2 fellows), 2 hours per day, 3 months per year. Endoscopy teaching (8 hours/week): Miami VA Health System, Miami, FL. Teaches FIU Medical students (10/year), GI Fellows (15/year)*

2. *September 2015 to July 2019, Attending Physician, In-patient Service (1 fellow, 1-2 residents), 2 hours per day, 3 months per year. McGuire VA Medical center, Richmond.*

3. *July 2011 to September 2015, Attending Physician, In-patient Service (1 fellow, 8 residents), 4 hours per day, 6 weeks per year, Endoscopy teaching to Gastroenterology fellows, Cleveland Clinic.*

*Teaching Activities (lectures)*

1.  *Updates in Liver disease 2025: Medicine Grand Rounds, University of Miami, September 2025*

2.  *Portal hypertension: Recent advances: University of Miami, March 2022*

3.  *Portal hypertension: Recent advances: University of Miami, March 2021*

4.  *Telemedicine in Liver disease and transplantation: University of Miami September 2020*

5.  *Post-transplant management: Lecture to Gastroenterology fellows, VCU. July 2018.*

6.  *Post-transplant management: Lecture to Gastroenterology fellows, VCU. August 2017.*

7.  *Post-transplant management: Lecture to Gastroenterology fellows, VCU. September 2016.*

8.  *Hepatocellular carcinoma. Lecture to Gastroenterology fellows, Cleveland Clinic. April 2015.*

9.  *Liver Transplantation: Lecture to Gastroenterology fellows, Cleveland clinic. September 2014.*

10. *Portal hypertension. Internal Medicine residency program, Cleveland Clinic. 11/2014*

11. *Tips and tricks for the GI boards. Cleveland Clinic GI department lecture. July 2014.*

12. *Portal hypertension. Internal Medicine residency program, Cleveland Clinic. 12/2013*

13. *Portal hypertension. Internal Medicine residency program, Cleveland Clinic. 10/2012*

14. *Portal hypertension. Internal Medicine residency program, Cleveland Clinic. 11/2011*

30. *Thesis and Dissertation Advising: Dustin Bastaich, MS, Virginia Commonwealth University*

    *Serves on dissertation committee.*

*Post-doctoral Student Supervision*

1.  *Samuel Soon, BS: PhD Candidate, Virginia Commonwealth University, Richmond, VA*

2.  *Alejandro Loyola-Velez, MD: Chief Resident, Florida International University and Miami VA Medical center, Miami FL*

3.  *Sunny Sandhu, MD: Gastroenterology fellow, University of Miami, Miami FL. Current Position: Assistant Professor, Stanford University, Palo Alto, CA*

4.  *Andres Samos, BS: Medical Student MS2, Herbert Wertheim college of Medicine, Florida International University, Miami FL*

5.  *Austen Hentschel, BS: Medical Student MS2, Herbert Wertheim college of Medicine, Florida International University, Miami FL*

6.  Allison Chin, BS, Medical Student MS3-4, Herbert Wertheim college of Medicine, Florida International University, Miami FL. Current Position: Internal medicine resident, Florida Atlantic University, FL

7.  Raphaella Ferreira, MD, Research Assistant, Miami VA Health System, Miami FL. Current position: Internal medicine resident Larkin Community hospital, Miami FL

8.  Akash Doshi, BS, Medical Student MS3-4, University of Miami Miller School of Medicine, Miami FL

9.  Carensa Cezar, MD, Medical Resident, University of Miami/ Jackson Memorial hospital, Miami, FL

10. Lauren Pascual, MD, Medical Resident, University of Miami/ Jackson Memorial hospital, Miami, FL.

11. Andrew Scheinberg, MD. Chief Resident, University of Miami/ Jackson Memorial hospital, Miami, FL. Current position: Gastroenterology fellow, University of Miami, Miami FL

12. Mathew Alexander, BS. Medical Student, Virginia Commonwealth University, Richmond, VA

13. Kaley Schwartz, BS. Research Fellow, Miami VA Medical center, Miami, FL. Current position: Resident, Florida International University and Miami VA Medical center, Miami FL

14. Nidah Khakoo, MD, Medical Resident, University of Miami/ Jackson Memorial hospital, Miami, FL. Current position: GI fellow, Emory University, Atlanta, GA

15. Gabriella Aitcheson, MD. Medical Resident, University of Miami/ Jackson Memorial hospital, Miami, FL. Current position: GI fellow, University of Southern California, Los Angeles, CA

16. Dustin Bastaich, BS: PhD Candidate, Virginia Commonwealth University, Richmond, VA

17. Mohammad Amoli, PhD: Virginia Commonwealth University, Richmond, VA

18. Sean Aubuchon. Medical student, Virginia Commonwealth University. Current position: Emergency Medicine, Weil Cornell Medical center

19. Eleanor Love, Medical Student, Virginia Commonwealth University. Current position: Radiology resident, Oregon Health Science University, Portland, OR

20. Latha Sundaram, MD: Research fellow, McGuire VA Medical center. Current position: Virginia Department of Health, Richmond, VA

21. Ram Prasad Jagadeesan, MD. Resident in internal Medicine, Cleveland clinic. Current position: Private practice, GI, IL

22. Sajan Jiv Singh Nagpal, MD. Gastroenterology fellow, Mayo clinic, Rochester, MN. Current position: Minnesota Gastroenterology, Minneapolis, MN

23. *Ari Garber, MD. Gastroenterology fellow, Cleveland Clinic. Current position: Staff Physician, Cleveland Clinic, Cleveland, OH*

24. *Whitney Jackson, MD: Chief fellow, Gastroenterology, Cleveland Clinic, Cleveland, OH. Current position: Associate Professor, Gastroenterology and Hepatology, University of Colorado*

25. *Ruhail Kohli, MD: Resident in internal Medicine, Cleveland clinic. Current position: Assistant Professor, Dept of Gastroenterology, Johns Hopkins University.*

26. *Matthew Skomorowski, MD. Resident in internal Medicine, Riverside Methodist hospital, Columbus, OH.*

27. *Taylor Aiken. Medical student, Cleveland clinic Lerner College of Medicine, Cleveland, OH. Current position: Division of Surgical Oncology, Memorial Sloan Kettering, New York, NY*

28. *Jamak Modaresi Esfeh, MD. GI Fellow, Cleveland Clinic. Current position: Attending in Gastroenterology and Hepatology and Medical director of liver transplantation, Cleveland Clinic.*

29. *Ashish Aggarwal, MD. Resident in internal Medicine, Cleveland Clinic 2011. Current position: Private practice in Gastroenterology, Indianapolis, IN.*

30. *Ibrahim Hanouneh, MD. Third year Gastroenterology fellow, Cleveland clinic, 2012. Current position: Attending physician, Minnesota Gastroenterology, Minneapolis, MN*

31. *Venkata Rajesh Konjeti, MD. Resident in internal Medicine, University of Connecticut. Chief medical resident, University of Connecticut. Current position: GI Fellow, University of Kentucky*

32. *Emily Carey, MD. Third year Gastroenterology fellow, Cleveland clinic, 2012. Current position: Attending physician, Cleveland clinic.*

## VII. Service

1. *Member, Chair of Surgery Search committee, University of Miami. July 2023 to January 2024.*

2. *CSP-NODES: December 2021-December 2024: Miami VA Health System*

3. *Vice-chair, Institutional Review Board, Miami VA Health System, Miami FL 2020-current.*

4. *Philip J. Hall Gastroenterology/Hepatology Curriculum Advisor to the Internal Medicine Residency Program, Cleveland clinic. Dates of Service: (start – end): 01/2012 to 06/2013*

# Appendix C

## Appendix C

Standard Hourly Rate: $400.00


Deposition Preparation/Deposition Testimony Hourly Rate: $600.00

**Appendix D**

**Question from Dr. Kessler:** What are the conditions that one might expect to see with a drug that causes gastrointestinal hypomotility?

**Answer:** We discussed that the clinical conditions that could result from a patient taking a drug that causes gastrointestinal hypomotility include nausea, vomiting, abdominal pain, constipation (including severe constipation), ileus/paralytic ileus, intestinal obstruction (including small intestinal obstruction, gastrointestinal obstruction, and intestinal pseudo-obstruction), intestinal perforation (which is rare but can occur if there is mechanical obstruction from fecal impaction), faecaloma/faecalith, bezoar, gastrointestinal hypomotility, and impaired gastric emptying.