# EXHIBIT 3D

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: GLUCAGON-LIKE | : | CIVIL ACTION |
| PEPTIDE-1 RECEPTOR AGONISTS | : | |
| (GLP-1 RAS) PRODUCTS | : | |
| LIABILITY LITIGATION | : | MDL No. 3094 |
| | : | 24-md-3094 |
| | : | |
| THIS DOCUMENT RELATES TO | : | |
| | : | HON. KAREN SPENCER MARSTON |
| *ALL ACTIONS/ALL CASES* | : | |

## REBUTTAL EXPERT REPORT OF BINU JOHN, MD, MPH

This rebuttal report is submitted in response to some portions of the reports issued by Drs. Dore, Nguyen, Brumback, and Yeh, that, in my opinion, mischaracterized my opinions, took matters out of context, and misstated facts. This rebuttal report does not and is not intended to respond point for point on the defense reports.

**Dr. Dore**

1. *Dr. John failed to consider the totality of the evidence regarding the relationship between GLP-1RA use and ileus and/or intestinal obstruction, including failing to discuss and weigh the three meta-analyses of RCTs—Yin (2021), Wang (2022), and Wang (2024)—and two observational studies—Klonoff (2024) and Rashid (2025).*

Response: This assertion is factually incorrect.

Both Yin (2021) and Wang (2022) are included in the report as materials considered. The reason these were not explicitly discussed is because there is significant overlap with Chiang et al. Gastroenterology (2025) that is also a meta-analysis of RCTs and are discussed in detail in the report. The study by Chiang et al. includes many studies discussed by the other authors and includes several others that they do not.

For example, Wang et al. (2022) was highly limited in the studies it included. The authors include the following GLP-1RA studies in the analysis: ELIXA, EXSCEL, harmony outcomes, LEADER, PIONEER 6, REWIND, and SUSTAIN-6. Of these, Chiang et al. Gastroenterology (2025) includes ELIXA, EXSCEL, LEADER, PIONEER 6, REWIND, and SUSTAIN 6, while also including numerous other studies that were not included in Wang et al. (2022). Similarly, Yin et al. is also a meta-analysis of RCTs but included only the SUSTAIN and PIONEER trials.

Also, the meta-analysis of RCTs by Wang et al. (2024) examined numerous outcomes, including 83 different GI conditions and examining their association with GLP-1RAs and SGLT-2 inhibitors. The terms "bowel obstruction" and "ileus" are not even mentioned anywhere in the text of the

paper. These are found only in the supplementary materials among dozens of other GI outcomes and several other unrelated non-GI events, such as fractures at various sites. There is substantial overlap between the RCTs described in this paper and by Chiang et al. Gastroenterology (2025), which is described in detail in the report.

It should also be pointed out that Dr Dore cites five meta-analyses of RCTs as if each of them examine a different set of underlying RCT's, thus lending greater weight to their similar conclusions. But this is misleading. Meta-analyses combine data from RCTs and there is substantial overlap in the studies included in each of these papers. This substantial overlap contributes to the similar results. Additionally, patients selected for RCTs do not reflect the real-world use of these drugs. There are stringent inclusion and exclusion criteria where only the healthiest patients find themselves selected into a RCT. As Dr. Dore himself says in his report (and I agree) regarding limitations of RCTs and their meta-analyses: *"Other limitations relate to potential underreporting of outcomes, which may be an artifact of RCTs not prespecifying gastrointestinal outcomes as outcomes of interest. . ."*

Significantly, two studies not on my Materials Considered List (Klonoff 2024 and Rashid 2025) are perioperative studies that evaluate surgical cohorts within short perioperative windows—a distinct setting from chronic ambulatory use. I would not consider these for my report as these studies examine a different clinical question: complications in surgical patients rather than chronic drug effects in ambulatory populations. Klonoff (2024) studied patients undergoing surgical procedures requiring general endotracheal anesthesia, examining outcomes within 7 days post-procedure. Rashid (2025) examined perioperative complications in patients undergoing major surgical procedures. Again, these perioperative cohorts address a different clinical setting and time window than chronic ambulatory use. Despite similarities in the name, post-operative ileus has different pathophysiology that occurs from the handling of bowel during surgery, effect of anesthetics, and often driven by narcotics administered during surgery and is a completely different entity from the paralytic ileus caused by a GLP-1RA. Dr. Dore's comment indicates a complete lack of understanding of these gastroenterological conditions, as a non-physician.

2. *"Dr. John inconsistently uses statistical significance as a decision tool. In some places, he concludes an effect from a small hazard ratio (e.g., 1.18) that is "significant," while elsewhere stating that larger hazard ratios (e.g., 1.77) that are not "significant" "[show] a positive trend toward increased occurrences of the specified outcome."*

Response: This comment is a mischaracterization.

The reference here is presumably to the paper by Hurwitz et al. The reason I considered the rate ratio of 1.18 as significant was due to the fact that in the type 2 diabetes cohort described in this paper, GLP-1RAs showed significantly higher rates of overall gastrointestinal hospitalizations than SGLT-2 inhibitors with a rate ratio of 1.18 and a 95% CI (1.11-1.25). This is significant because the confidence interval of the rate ratio does not cross 1.0 (*i.e.*, the lower bound and upper bound are above 1), indicating statistical significance. Additionally, in the chronic weight management cohort described in the same paper, the GLP-1RA use association was not statistically significant with bowel obstruction hospitalizations vs. phentermine/topiramate, with the rate ratio of 1.77, because the 95% CI of 0.45-6.99 crossed 1.0.

2

3. *"Dr. John does not discuss other forms of outcome misclassification, such as those that may result in surveillance bias. Surveillance bias occurs where, for example, ileus and intestinal obstruction (and related gastrointestinal adverse events) are systematically over-recorded because of the other known gastrointestinal effects of GLP-1RAs relative to SGLT-2 inhibitors. Increased surveillance for ileus and obstruction would result in differential misclassification of the outcome, and if independent of other measurement errors, would bias toward a higher effect with GLP-1RAs"*.

Response: This is inaccurate and reflects that Dr. Dore is not and never has been a licensed physician, nor attended medical school.

These studies included patients who presented to the hospital or emergency department with symptoms of severe GI side effects that may be clinically attributable to ileus or bowel obstruction. Patients who present with symptoms of ileus or bowel obstruction severe enough to be evaluated in an emergency room or admitted to a hospital will undergo diagnostic evaluation by virtue of the severity of the symptoms. In clinical practice, it is not standard practice for "surveillance" CT scans or x-rays to be performed on relatively asymptomatic patients because they are on a GLP-1RA.

In fact, the same argument that Dr. Dore cites may lead to fewer imaging studies in patients on GLP-1RAs because these side effects may be attributed to GLP-1RAs, and clinicians may be less likely to do imaging because the etiology of the symptoms is suspected clinically. In reality, there is no evidence in the literature that patients on GLP-1RA medication receive more or less frequent x-rays or CT scans for "surveillance" of ileus or bowel obstruction. This has also been my experience as a practicing gastroenterologist.

**Dr. Nguyen**

1. *In my clinical practice, I have never seen ileus caused by a GLP-1RA medicine.*

Response: Dr. Nguyen's experience with GLP-1RA use, for reasons that I cannot state, must be limited. I have seen multiple patients with GLP-1RA-associated ileus for whom I was consulted as a gastroenterologist either from the emergency room or in an inpatient setting. Fortunately, we were able to make the diagnosis in a timely fashion and conservatively manage with IV fluids, immediate cessation of the medication, and, in some cases, placement of a nasogastric tube, which were helpful to reverse this condition. However, with respect to GLP-1RA-associated mechanical bowel obstruction, my experience is similar to Dr. Nguyen in that I have not encountered any patient with this in my personal experience. I believe this is less common in clinical practice than GLP-1RA-associated ileus.

**Dr. Brumback**

1. *Dr. John's third assumption is that GLP-1RA use results in a 9-fold increased risk of intestinal ileus. The data do not support that assumption.*

Response: In my view, this is not a mere mischaracterization; this statement crosses the line into falsehood. I clearly stated in my report that, *"[f]or example, imagine we study 100,000 patients on GLP-1RA…. Now, let's say that 110/100,000 in GLP-1RAs and 101/100,000 in SGLT-2 inhibitors get either mechanical bowel obstruction or ileus."* (Emphasis added). This is clearly a hypothetical example with round numbers that were created to explain the concept of non-differential bias to a lay audience.

2. *Dr. John assumes that the incidence of intestinal ileus is nearly 10-fold lower than the incidence of bowel obstruction. These statistics are at odds with reported incidence rates of intestinal ileus and bowel obstruction. Paralytic ileus is reported to have resulted in 470,110 annual US hospitalizations (2011 data, Solanki et al. (2020)), which is equivalent to an incidence rate of 151/100,000 based upon 2011 US census data. Bowel obstructions (both large and small) are reported to have resulted in 300,000 annual hospitalizations (2008 data, Sioutas et al. (2021)), which is equivalent to an incidence rate of 99/100,000 based upon 2008 US census data. Based upon these statistics, intestinal ileus is about equally as common as bowel obstruction (at least on the same order of magnitude).*

Response: As mentioned above, this is a gross mischaracterization. I did not state that the incidence of intestinal ileus is nearly 10-fold lower than the incidence of bowel obstruction.

3. *Dr. John and Dr. Lodhia missed several key studies in their review, some of which included dulaglutide- and tirzepatide-specific data. Importantly, neither Dr. John nor Dr. Lodhia reviewed Chen at al. (2026) (it was published January 7, 2026, after their reports were dated), which is the first network meta-analysis of RCTs published about the use of GLP-1 RA medications and intestinal ileus and bowel obstruction (as a composite measure). Other studies that neither Dr. John nor Dr. Lodhia considered in their analyses include: Klonoff et al. (2024), Chiang et al. Eur. J. Cancer (2025), Cheng et al. (2024), and Rashid et al. (2025).*

Response: As explained above, as it relates to Chen et al. (2026), this study was not available at the time my report was submitted. Additionally, as explained above, patients selected for RCTs do not reflect the real-world use of these drugs. There are stringent inclusion and exclusion criteria where only the healthiest patients find themselves selected into a RCT. In summary, even after reviewing the expert report, I would not consider Chen et al. (2026) as significantly different from Chiang et al. Gastroenterology (2025), and it does not change my conclusions in any way. And again, the papers by Klonoff et al. and Rashid et al. examine post-operative ileus and post-operative outcomes. Despite similarities in the name, post-operative ileus has different pathophysiology and is a completely different entity from the paralytic ileus from a GLP-1RA.

As a gastroenterologist and hepatologist who has done multiple clinical trials on cancer using Immune Checkpoint Inhibitors, the mention of Chiang et al. Eur. J. Cancer (2025) as relevant to this literature search at best reflects a lack of understanding of the patient population included in that study. This is not a study I would consider for my report, and I may have come across it in my research and immediately discarded. This study examines GLP-1RAs and cardiovascular events in patients with cancer receiving a class of drugs called Immune Checkpoint Inhibitors. Patients with cancer have unique GI symptoms and presentations attributable both to the cancer (peritoneal metastases) and paraneoplastic gastrointestinal syndromes that can lead to gastrointestinal

4

dysmotility. Patients with cancer requiring Immune Checkpoint Inhibitors often have metastatic disease with limited life expectancy. Results of this study are not in any way applicable to the general population and cannot be generalized outside this very specific group of patients, with advanced cancer, on this very specific therapy. This criticism reflects Dr. Brumback's lack of expertise in clinical topics as a non-physician.

**Dr. Yeh**

1. *Both Dr. John and Dr. Lodhia generally discount results from studies looking at the effect of GLP-1RA medications on ileus and/or bowel obstruction outcomes in patients with diabetes (except for Faillie 2022, which was also a study including people with diabetes). Dr. John explains his rationale for discounting studies in diabetes populations, stating that "studies conducted exclusively in diabetic populations may underestimate the true association between GLP-1RAs and ileus, because patients with diabetic autonomic neuropathy may have a diminished motility response to these drugs." They then argue from this that studies in populations with diabetes generally (because of the potential for including* patients with diabetic neuropathy) *should be discounted because, in their view, those studies "bias toward the null." As an initial matter, this argument ignores the clinical reality that GLP-1RA medications, and particularly dulaglutide, are indicated and prescribed to treat diabetes. Real-world data in people with diabetes are exactly the data clinicians would use to understand the risks and benefits of prescribing GLP-1RA medications to people with diabetes. The real-world data also reflect the reality that some people with diabetes who take GLP-1RA medications will also have a history of diabetic neuropathy*."

Response: This is another mischaracterization of my report. I do not ignore the clinical reality that GLP-1RA medications are indicated and prescribed to treat diabetes.

My point here is that since diabetes and diabetic neuropathy are potential confounders, in order to estimate the true association of GLP-1RAs and bowel hypomotility, an ideal study population would be a cohort of patients without diabetes (for example, as chosen in Sodhi et al). This would be my recommendation if one were to design an ideal study while minimizing potential confounding. Therefore, I gave greater importance to studies among patients without diabetes than with diabetes.

2. *As a corollary to their methodological choice to disfavor studies involving patients with diabetes, Dr. Lodhia and Dr. John express favor for studies in obesity populations where diabetes populations are excluded. But Dr. Lodhia and Dr. John do not mention that the obesity-only studies suffer from a significant limitation not present in studies of patients with diabetes: confounding by contraindication. A significant limitation observed across obesity-only studies is that authors did not adequately adjust for confounding in studies that use the medication bupropion-naltrexone ("BN") as their active comparator—a weight loss medication contraindicated in patients taking opioid medications. This means that opioid use was largely excluded from the BN active comparator groups in the obesity studies but opioid use was not excluded from the GLP-1RA user cohorts. Both Dr. John and Dr. Lodhia identify opioid use as a cause of ileus11 but fail to acknowledge that the selection of BN as an active comparator biases the studies' ileus/obstruction endpoints*

*toward a positive association with the GLP-1RA user groups, because at least some portion of GLP-1RA users concurrently use opioids.*

Response: Dr. Yeh raises a possibility that patients on the medication bupropion-naltrexone ("BN") are less likely to be on opioids and, therefore, the increase in bowel obstruction seen in Sodhi et al. in the GLP-1RA group may be attributed to increased opioid use in that group. While opioids are a potential confounder, published study results contradict the assertion that the opioid confounder undermines the identified association between GLP-1RAs and bowel obstruction. For example, in the paper by Hurwitz et al., investigators compare GLP-1RA users with two comparison groups—one with BN and a second comparator group on phentermine/topiramate—where opioids are not contraindicated. The results show similar rate ratios. In the chronic weight management cohorts, the rate ratio for bowel obstruction hospitalizations with GLP-1RA use vs. naltrexone/bupropion was 1.88 (95% CI 0.63-5.60) with 29 events vs. 4 events, and vs. phentermine/topiramate was 1.77 (95% CI 0.45-6.99) with 29 vs. 2 events. Neither reached statistical significance.

Additionally, neither Dr. Yeh nor the other experts discuss Bennett et al., where patients in the DPP-4 inhibitor cohort had significantly higher opioid use. Despite this, opioids were not controlled for in the adjusted analysis, which would have increased the hazard ratio of ileus in the GLP-1RA arm.  This indicates that the experts are using the argument of concomitant opioids as a confounder when it supports their argument, but do not mention that as a factor when it does not.

Dated: February 23, 2026

_____

Binu John, MD, FACG, FAASLD

6