# EXHIBIT 4D

# EXPERT REPORT

## DAVID A. KESSLER, MD

I.    QUALIFICATIONS .................................................................................................... 6

PART I—OVERVIEW AND BACKGROUND ...................................................................... 7

II.   GLP-1 RA DRUGS AS CLASS ................................................................................ 7

III.  REGULATORY FRAMEWORK ............................................................................... 8

    A.    Food, Drug, & Cosmetic Act ............................................................................. 8

    B.    FDA's Guidance for Warnings and Adverse Reactions .................................. 13

    C.    The "Changes Being Effected" ("CBE") Rule ................................................ 18

    D.    The Drug Manufacturer has Primary Responsibility for a Drug's Safety Including the Content and Accuracy of the Warning Label ............................................................... 20

IV.   GLP-1-MEDIATED GASTROINTESTINAL MOTILITY SUPRESSION: MECHANISM AND CLINICAL CONSEQUENCES OF HYPOMOTILITY ............................................. 25

    A.    Mechanism ...................................................................................................... 25

    B.    Clinical Consequences of Gastrointestinal Hypomotility ............................... 79

PART II—NOVO NORDISK ................................................................................................ 81

V.    OVERVIEW AND BACKGROUND ..................................................................... 81

    A.    Overview .......................................................................................................... 82

    B.    Novo Nordisk's GLP-1 RA Drugs .................................................................. 87

        i.  Liraglutide ................................................................................................ 89

        ii. Semaglutide ............................................................................................. 90

        iii. Clinical trials .......................................................................................... 91

VI.   SEVERE GASTROINTESTINAL MOTILITY-RELATED ADVERSE EVENTS ............ 92

    1.    Novo's Statements Regarding Gastrointestinal Mechanism of Action ............................. 92

    2.    Biological and Clinical Manifestations of Delayed Gastric Emptying and Decreased Intestinal Motility .................................................................................................... 95

    3.    The Range of Severity of Gastrointestinal Motility-Related Adverse Events ................... 98

    4.    Evidence That Gastrointestinal Motility-Related Adverse Events Occur With GLP-1 RA Drugs ................................................................................................................ 102

        i.  Novo Statements Regarding the Occurrence of Gastrointestinal Motility-Related Adverse Events .................................................................................... 103

        ii. Novo's Statements About the Serious Risk of Gastrointestinal Harm ....................... 107

        iii. Foreign Regulatory Agency Statements Regarding the Occurrence of These Gastrointestinal Motility-Related Adverse Events ......................................... 111

        iv. Clinical Trial Evidence Regarding the Occurrence of These Gastrointestinal Motility-Related Adverse Events ............................................................................ 115

v. Postmarketing Evidence Regarding the Occurrence of These Gastrointestinal Motility-Related Adverse Events ........................................................................................................ 121

vi. Company Core Data Sheet ("CCDS") Regarding the Occurrence of These Gastrointestinal Motility-Related Adverse Events .................................................... 128

5. Novo's Statements Regarding Severity ............................................................................ 128

VII. NOVO'S GLP-1 RA GASTROINTESTINAL LABELING HISTORY ........................... 129

A. Novo and FDA Timeline Concerning Delayed Gastric Emptying and Severe Gastrointestinal Adverse Events ...................................................................................... 129

6. Novo's Gastrointestinal Labeling Prior to 2025 ............................................................ 133

i. Discussion of Gastrointestinal Adverse Events in Novo's GLP-1 RA Labels at Approval ........................................................................................................................ 133

ii. Addition of "Delayed Gastric Emptying" to Company Core Data Sheet ("CCDS"). 136

iii. Addition of Ileus to Novo's GLP-1 RA Labels ........................................................ 142

7. Addition of Section 5 "Severe Gastrointestinal Adverse Reactions" Warning in 2025 .. 144

8. Addition of "Intestinal Obstruction" and "Severe Constipation with Fecal Impaction" to Novo's GLP-1 RA Labels in October 2025 ..................................................................... 148

VIII. NOVO SHOULD HAVE WARNED OF THE RISKS OF SEVERE GASTROINTESTINAL MOTILITY-RELATED ADVERSE EVENTS ........................... 153

9. Analytical Framework for Assessing Whether Novo Should Have Warned Earlier ...... 153

10. Additional Comparative Industry Actions and Timely Analysis .................................... 187

11. When Novo Nordisk should have added a Section 5 Warning for Severe Gastrointestinal Motility-Related Adverse Reactions ................................................................................. 189

IX. PHARMACOVIGILANCE .................................................................................................. 192

A. Regulations and Processes Around Adverse Event Reporting ....................................... 192

B. Novo's Failure to Maintain Pharmacovigilance Standards Resulted in the FDA Not Being Fully Informed About the Risks of Severe Gastrointestinal Motility-Related Adverse Events .................................................................................................................................. 195

i. FDA's Observation 1(a) Identified More Than 300 15-Day Alert Reports Had Not Been Submitted to the FDA ....................................................................................... 197

ii. FDA's Observation 1(b) Identified That More Than 700 15-Day Alert Reports Submitted Late to FDA ............................................................................................... 201

iii. FDA Observation 1(c) Identified Misclassification of Serious and Unexpected Events as Periodic Reports ..................................................................................................... 203

iv. FDA Observation 2 Identified Failure to Promptly Investigate Reports of Serious and Unexpected Events ....................................................................................................... 203

v. FDA Observation 3 Identified Failure to Submit Individual Case Safety Reports for Serious and Listed Events .......................................................................................... 204

vi. FDA Observation 4 Identified Written Procedures That Inhibited Investigation and Evaluation of Adverse Events Subject to 15-Day Alert Reports .................................. 204

vii. Novo's Internal Documents Discuss Gaps in its Pharmacovigilance Process .......... 206

viii. Monthly Updates .................................................................................................. 206

C. Summary of Never Reported or Late Reported Cases Identified in the PADE Inspection: Hundreds of Serious Adverse Events Were Never Reported, Were Reported Late, or Were Misclassified ................................................................................................................ 207

D. Did Novo Deprive the FDA of Information Necessary to Adequately Assess the Need for a Warning and the Causal Association Between Novo's GLP-1 RA Drugs and Severe Gastrointestinal Motility-Related Adverse Events .......................................................... 210

X.  NOVO'S FAILURE TO REPORT SEVERE GASTROINTESTINAL MOTILITY-RELATED ADVERSE EVENTS IN A TIMELY FASHION IMPEDED FDA'S AND NOVO'S ABILITY TO SEE THE FULL RANGE OF SEVERE GASTROINTESTINAL MOTILITY-RELATED ADVERSE EVENTS ................................................................. 211

A. Novo's Failure to Conduct Appropriate Pharmacovigilance Practices Compromised its Ability to Accurately Assess the Frequency and Severity of Adverse Events and Provide Appropriate Warnings ................................................................................................... 211

B. Novo's Failure to Conduct Appropriate Pharmacovigilance Practices Deprived FDA of Information Concerning Intestinal Obstruction Cases That Resulted in Surgery When it Conducted its 2022 Pharmacovigilance Review ............................................................. 212

C. Novo's Failure to Conduct Appropriate Pharmacovigilance Practices Deprived FDA of Information Concerning Intestinal Obstruction Cases That Resulted in Surgery Prior to FDA's Email Concerning the Labeling of Intestinal Obstruction in February 2025 ....... 221

D. Whether Novo Submitted All the Information/literature Relevant to Assessing Reasonable Evidence of a Causal Association and the Need for a Section 5 Warning ... 222

XI. NOVO COULD HAVE ADDED A WARNING FOR SEVERE GASTROINTESTINAL MOTILITY-RELATED ADVERSE EVENTS BEFORE OCTOBER 2025 ........................ 223

A. FDA's Specific Statements Concerning the Insufficiency of Evidence Regarding Intestinal Obstruction or the Link Between Constipation and Obstruction .................... 225

i. FDA's November 1, 2022 Pharmacovigilance Review ............................................. 225

ii. Novo's October 2025 Label Change Adding Severe Gastrointestinal Adverse Reactions, Including Reference to Specific Motility-Related Adverse Events Including Intestinal Obstruction, Could Have Been Done Earlier .......................................... 228

B. Summary of Opinions ................................................................................................... 229

PART III—ELI LILLY .......................................................................................................... 230

XII. OVERVIEW AND BACKGROUND ............................................................................. 230

A. Overview ........................................................................................................................ 230

i. GLP-1 RA Gastrointestinal Motility Effects' ............................................................ 231

ii. Biological and Clinical Consequences of Impaired Gastric and Intestinal Motility .. 231

iii. Evidence that Gastrointestinal Motility-Related Adverse Events Occur With GLP-1 RA Drugs ................................................................................................................................. 232

B. Eli Lilly's GLP-1 RA Drug, Dulaglutide ...................................................................... 236

C. Clinical Trials ............................................................................................................... 237

XIII. ELI LILLY'S LABELING HISTORY OF DULAGLUTIDE ....................................... 237

A. History of Lilly's Gastrointestinal Safety-Related Changes in the Trulicity (dulaglutide) Label .............................................................................................................................. 241

XIV. SHOULD ELI LILLY HAVE INCLUDED WARNINGS OF GASTROINTESTINAL HYPOMOTILITY THAT INCLUDE ILEUS, SEVERE CONSTIPATION LEADING TO FECAL IMPACTION AND INTESTINAL OBSTRUCTION IN THE ADVERSE REACTIONS SECTION (SECTION 6) OF THE LABEL FOR DULAGLUTIDE? ....... 243

A. Analytical Framework for Assessing Whether Lilly Should Have Warned .................... 243

B. Application of FDA Factors to Assess the need for a Section 6 Adverse Reactions Warning ........................................................................................................................... 245

XV. COULD LILLY HAVE ADDED ILEUS (NON-MECHANICAL) OBSTRUCTION, AND SEVERE CONSTIPATION INCLUDING FECAL IMPACTION LEADING TO INTESTINAL OBSTRUCTION IN THE ADVERSE REACTIONS SECTION (SECTION 6) OF THE LABEL FOR DULAGLUTIDE? ................................................................... 259

A. Summary of Opinions ................................................................................................... 261

## I.    QUALIFICATIONS

1.    My name is David A. Kessler, M.D. I received my M.D. degree from Harvard Medical School in 1979 and my J.D. degree from the University of Chicago Law School in 1978.

2.    I did my pediatrics training at Johns Hopkins Hospital.

3.    I was appointed in 1990 by President George H. W. Bush as Commissioner of the United States Food and Drug Administration ("FDA") and was confirmed by the United States Senate.  I also served in that position under President William Jefferson Clinton until February 1997.

4.    I am currently a Professor of Pediatrics and Epidemiology and Biostatistics at the University of California, San Francisco. I am board certified in both pediatrics and obesity medicine. I am a Fellow of the American Academy of Pediatrics, and I am a diplomate of the American Board of Obesity Medicine.

5.    I have taught food and drug law at Columbia University Law School, and I have testified many times before the United States Congress on food, drug, and consumer protection issues under federal and state law.

6.    Over the last thirty years, I have published numerous articles in legal, medical, and scientific journals on the federal regulation of food, drugs, and medical devices. I have had special training in pharmacoepidemiology at Johns Hopkins Hospital.

7.    My resume, including a list of my published books and articles, is included in Appendix A.  A list of cases in which I have appeared as a witness and documentation of my expert witness fee, is attached as Appendix B.

8.    As Commissioner, I had ultimate responsibility for implementing and enforcing the United States Food, Drug, and Cosmetic Act.  I was responsible for overseeing five Centers within the FDA.  They included, among others, the Center for Drug Evaluation and Research, the Center for Devices and Radiological Health and the Center for Biologics Evaluation and Research.  In addition to those duties, I placed high priority on getting promising therapies for serious and life-threatening diseases to patients as quickly as possible.  During my tenure as Commissioner, the FDA announced a number of new programs including: the regulation of the marketing and sale of tobacco products to children; nutrition labeling for food; user fees for drugs and biologics; preventive controls to improve food safety; measures to strengthen the nation's blood supply; and the MEDWatch program for reporting adverse events and product problems involving both drugs

6

and devices. I created an Office of Criminal Investigation within the Agency to investigate suspected criminal violations of the Food, Drug, and Cosmetic Act, FDA regulations, and other related laws. I worked closely with and was ultimately responsible for the FDA's Division of Drug Marketing, Advertising and Communications. I have published articles on drug promotion and marketing practices.

9.    From January 20, 2021 to January 19, 2023, I served as Chief Science Officer of the United States Covid-19 Response and co-led what was known as Operation Warp Speed, which was responsible for all vaccines and drugs during the pandemic.

10.    I am a senior advisor to TPG Capital, a leading global private equity firm. I have served on the boards of several pharmaceutical and medical device companies. In these advisory and fiduciary capacities, I have advised companies on the standards and duties of care. I have also chaired company compliance and quality committees, which involve ensuring compliance with FDA laws and requirements.

11.    The materials I considered in forming my opinions in this report were obtained from the following sources: documents produced by the Defendants and which were provided to me by counsel at my request and online databases or websites, including FDA's website, PubMed, and other online publication repositories. A list of the documents I reviewed and relied upon are listed in Appendix C of this report.

12.    It is my understanding that this litigation generally includes common law and state law claims for failure to warn, breaches of warranties, misrepresentation and fraud by omission, violations of state consumer protection and fair-trade practice statutes, and negligence-based claims.

## PART I—OVERVIEW AND BACKGROUND

### II.    GLP-1 RA DRUGS AS CLASS

13.    The FDA considers the following drugs to be a part of the GLP-1 RA class: exenatide, liraglutide, dulaglutide, lixisenatide, semaglutide, and tirzepatide.[1]

---

[1] *See* U.S. FOOD & DRUG ADMIN., UPDATE ON FDA'S ONGOING EVALUATION OF REPORTS OF SUICIDAL THOUGHTS OR ACTIONS IN PATIENTS TAKING A CERTAIN TYPE OF MEDICINES APPROVED FOR TYPE 2 DIABETES AND OBESITY (Jan. 11, 2024) (Table 1), *available at* https://www.fda.gov/drugs/drug-safety-and-availability/update-fdas-ongoing-evaluation-reports-suicidal-thoughts-or-actions-patients-taking-certain-type. The FDA notes below this table that tirzepatide is "a dual gastric inhibitory polypeptide (GIP) receptor and GLP-1 RA." *Id.*

14.    The evidence discussed throughout this report shows that the FDA has evaluated safety issues related to GLP-1 RA drugs on a class basis.[2]

15.    Based on my experience, with drug classes, the FDA relies, in significant part, on the totality of evidence with drugs in the class to evaluate safety. In that respect, the safety information of each company's drug is relevant to the other drugs in the class.

## III.    REGULATORY FRAMEWORK

### A.  Food, Drug, & Cosmetic Act

16.    FDA's authority to regulate pharmaceutical drugs flows from the Federal Food Drug and Cosmetic Act.[3]

17.    Under Section 355 of the Food, Drug, and Cosmetic Act ("FDCA"), a drug may not be introduced into interstate commerce unless its sponsor has shown that the drug is safe and effective for the intended conditions of use.[4]

18.    The law requires that "adequate and well-controlled investigations" be used to demonstrate a drug's safety and effectiveness.[5]

19.    The FDA approves a drug if there are "adequate and well-controlled" clinical trials that demonstrate a drug's safety and effectiveness for its intended conditions of use.[6]

20.    In 1979, FDA, as part of a final rule titled "Labeling and Prescription Drug Advertising: Content and Format for Labeling for Human Prescription Drugs,"[7] issued 21 CFR § 201.57 (e) and (g) which stated, respectively:[8]

(e) Warnings: Under this section heading, the labeling shall describe

---

[2] *See, e.g.*, Novo_GLP_MDL_001068879 (Notification of NISS and Information Request related to delayed gastric emptying and Ozempic); Novo_GLP_MDL_001068884 (Notification of NISS and Information Request related to delayed gastric emptying and Rybelsus); Novo_GLP_MDL_004495164 (Notification of NISS and Information Request related to delayed gastric emptying and Wegovy); Novo_GLP_MDL_OZM_NDA_000015203 (Notification of NISS and Information Request related to delayed gastric emptying and Victoza & Saxenda); LLY-GLPMDL-11545496 (Notification of NISS and Information Request related to delayed gastric emptying and Trulicity); LLY-GLPMDL-07722978 (Notification of NISS and Information Request related to delayed gastric emptying and Mounjaro).
The FDA also stated that it included a Section 5 Warning for Severe Gastrointestinal Adverse Reactions to the GLP-1 RA labels "to harmonize labeling for this risk across the GLP-1 RA class." *See, e.g.*, Novo_GLP_MDL_008974681.
[3] 21 U.S.C. § 301 *et seq*.
[4] *See* 21 U.S.C. § 355.
[5] *Id.* § 355(d)(7).
[6] *Id.* § 355(d)(7).
[7] 44 Fed. Reg. 37434 (June 26, 1979).
[8] *Id.* at 37465.

serious adverse reactions and potential safety hazards, limitations in use imposed by them and steps that should be taken if they occur. The labeling shall be revised to include a warning as soon as there is reasonable evidence of an association of a serious hazard with a drug; a causal relationship need not have been proved.[9]

(g) Adverse Reactions: An adverse reaction is an undesirable effect reasonably associated with the use of the drug that may occur as part of the pharmacological action of the drug or may be unpredictable in its occurrence.[10]

21.    As discussed in the Federal Register, "a serious hazard must be included in the 'Warnings' section of the labeling of a drug when evidence exists on the basis of which experts qualified by scientific training and experience can reasonably conclude that the hazard is associated with the use of the drug. A causal relationship need not be proved. . . . the act requires labeling to include warnings about both potential and verified hazards."[11]

22.    The FDA also stated, "these labeling regulations do not prohibit a manufacturer, packer, relabeler, or distributor from warning health care professionals whenever possibly harmful adverse effects associated with the use of the drug are discovered. The addition to labeling and advertising of additional warnings, as well as contraindications, adverse reactions, and precautions regarding the drug, or the issuance of letters directed to health care professionals (e.g., 'Dear Doctor' letters containing such information) is not prohibited by these regulations. As stated above, the act and FDA regulations require a warning in drug labeling as soon as a hazard is associated with the use of a drug . . . [The regulations] permit[] the addition to the drug's labeling or advertising of information about a hazard without advance approval of the supplemental application by FDA."[12]

23.    The 1979 regulation "Labeling and Prescription Drug Advertising: Content and Format for Labeling for Human Prescription Drugs" operated unchanged for more than 25 years until FDA adopted slightly modified regulations in 2006.

24.    In 2006, FDA adopted final rules for 21 CFR § 201.57 (c)(6) and (7) which stated:

(c)(6) *5 Warnings and precautions*. (i) General. This section must

---

[9] 21 C.F.R. § 201.80(e) (emphasis added). In 2006, 21 C.F.R. § 201.57 was redesignated as § 201.80. *See* 71 Fed. Reg. 3922-01.

[10] *Id.* § 201.80(g) (emphasis added).

[11] 44 Fed. Reg. 37434 at 37447 (June 26, 1979).

[12] *Id.*

9

describe clinically significant adverse reactions . . . the labeling must be revised to include a warning about a clinically significant hazard as soon as there is reasonable evidence of a causal association with a drug; a causal relationship need not have been definitely established . . . .

(c)(7) 6 *Adverse reactions*. This section must describe the overall adverse reaction profile of the drug based on the entire safety database. For purposes of prescription drug labeling, an adverse reaction is an undesirable effect, reasonably associated with use of a drug, that may occur as part of the pharmacological action of the drug or may be unpredictable in its occurrence. This definition does not include all adverse events observed during use of a drug, only those adverse events for which there is some basis to believe there is a causal relationship between the drug and the occurrence of the adverse event.[13]

25.    Also under 21 C.F.R. § 201.57(c)(6), the Warnings and Precautions section of prescription drug labels must "describe clinically significant adverse reactions (including any that are potentially fatal, are serious even if infrequent, or can be prevented or mitigated through appropriate use of the drug), other potential safety hazards (including those that are expected for the pharmacological class or those resulting from drug/drug interactions), limitations in use imposed by them (e.g., avoiding certain concomitant therapy), and steps that should be taken if they occur (e.g., dosage modification). The frequency of all clinically significant adverse reactions and the approximate mortality and morbidity rates for patients experiencing the reaction, if known and necessary for the safe and effective use of the drug, must be expressed . . ."[14]

26.    In 2006, FDA issued its Guidance for Industry: Adverse Reactions Section of Labeling for Human Prescription Drug and Biological Products – Content and Format ("FDA Adverse Reactions Guidance").[15]

27.    This guidance is intended to help applicants "in drafting the ADVERSE REACTIONS section of prescription drug labeling as required by 21 CFR 201.57(c)(7)."[16]

28.    The FDA Adverse Reactions Guidance states, "[t]he ADVERSE REACTIONS

---

[13] Requirements on Content and Format of Labeling for Human Prescription Drug and Biological Products, 71 Fed. Reg. 3922, 3990 (Jan. 24, 2006) (to be codified at 21 CFR pts. 201, 314, and 601) (emphasis added).
[14] 21 C.F.R. § 201.57(c)(6) (emphasis added).
[15] U.S. DEPT HEALTH & HUM. SERVS., GUIDANCE FOR INDUSTRY: ADVERSE REACTIONS SECTION OF LABELING FOR HUMAN PRESCRIPTION DRUG AND BIOLOGICAL PRODUCTS—CONTENT AND FORMAT (Jan. 2006), *available at* https://www.fda.gov/media/72139/download.
[16] *Id.* at p. 1.

section is required to list the adverse reactions that occur with the drug and with drugs in the same pharmacologically active and chemically related class, if applicable (201.57(c)(7)(i))."[17]

29.     The FDA Adverse Reactions Guidance states that for presentation of less common adverse reactions, "[t]he ADVERSE REACTIONS section next should present those adverse reactions that occurred below the specified rate for inclusion in the common adverse reactions table or listing, but for which there is some basis to believe that there is a causal relationship between the drug and the event…"[18]

30.     The FDA Adverse Reactions Guidance further states, "Serious low-frequency adverse events generally will be listed when there is reason to suspect that the drug may have caused the event.  Typical reasons to suspect causality for an event include: (1) timing of onset or termination with respect to drug use, (2) plausibility in light of the drug's known pharmacology, (3) occurrence at a frequency above that expected in the treated population, and (4) occurrence of an event typical of drug-induced adverse reactions…For serious events that are typical of drug-induced adverse reactions, the occurrence of even a single event could be a basis for inclusion in the list."[19]

31.     "For adverse reactions with significant clinical implications (e.g. those that are most commonly occurring, that result in discontinuation or dose modification, or that require monitoring), the listing of … less common adverse reactions must be supplemented with additional details about the nature, frequency, severity, dose-response, and demographic characteristics of the adverse reaction, to the extent data are available and important (201.57(c)(7)(ii)(A))."[20]

32.     "To the extent information is available and important and bears on the nature, frequency, and severity of clinically important adverse reactions, the commentary must discuss applicable factors (201.57(c)(7)(ii)(A)).  Examples include…Steps that can diminish the likelihood or severity of, or prevent, adverse reactions.[21]

33.     "The ADVERSE REACTIONS section must list adverse reactions identified from domestic and foreign spontaneous reports (201.57(c)(ii)(B))."[22]

34.     "Decisions about whether to include an adverse event from spontaneous reports in

---

[17] *Id.* at p. 2.
[18] *Id.* at p. 5.
[19] *Id.* (emphasis added).
[20] *Id.* at p. 6.
[21] *Id.* at p. 6.
[22] *Id.* at p. 7.

labeling are typically based on one or more of the following factors:

> (1) seriousness of the event,
> (2) number of reports, or
> (3) strength of causal relationship to the drug."[23]

35.     For rare, serious reactions, the FDA Adverse Reactions Guidance states, "serious adverse events that are unusual in the absence of drug therapy … there is a basis to believe there is a causal relationship between event and the drug at a very low rate of occurrence.  Therefore, these events are generally listed in the adverse reactions section even if there are only one or two reported events, unless it is clear that a causal relationship can be excluded."[24]

36.     "Adverse reactions should be classified using meaningful and specific terms that best communicate the nature and significance of the reaction."[25]



38.     The Food, Drug, and Cosmetic Act requires drug manufacturers to provide adequate warnings about a drug:

> A drug or device shall be deemed to be misbranded—
> (a) If its labeling is false or misleading in any particular . . . .
>
> (f) Unless its labeling bears (1) adequate directions for use; and (2) such adequate warnings against use in those pathological conditions or by children where its use may be dangerous to health, or against unsafe dosage or methods or duration of administration or application, in such manner and form, as are necessary for the protection of users . . . . [and]
>
> (j) If it is dangerous to health when used in the dosage or manner, or with the frequency or duration prescribed, recommended, or suggested in the labeling thereof.[27]

---

[23] *Id.*

[24] *Id.*

[25] *Id.* at p. 9.

[26] ███████████████████████████████████████

[27] 21 U.S.C. § 352(a), (f), (j).

39.     If a drug manufacturer states on the label that a drug has risks that are similar to other drugs in its class, but in fact there are scientific data that indicate that the drug has increased risk compared to other drugs in the class, that label would be false or misleading under the Food, Drug, and Cosmetic Act.

40.     FDA regulations also require periodic and annual reports providing "[a] brief summary of significant new information from the previous year that might affect the safety, effectiveness, or labeling of the drug product. The report[s are] also required to contain a brief description of the actions the applicant has taken or intends to take as a result of this new information, for example, submit a labeling supplement, add a warning to the labeling, or initiate a new study."[28]

### B. FDA's Guidance for Warnings and Adverse Reactions

41.     FDA's 2011 "Guidance for Industry on Warnings and Precautions, Contraindications, and Boxed Warning Sections of Labeling for Human Prescription Drug and Biological Products—Content and Format," provides guidance to drug manufacturers on "how to decide which adverse reactions or other potential safety hazards are significant enough to warrant inclusion in the WARNINGS AND PRECAUTIONS section."[29]

42.     The Guidance notes, in keeping with the FDA regulations set forth above, that "[t]he WARNINGS AND PRECAUTIONS section is intended to identify and describe a discrete set of adverse reactions and other potential safety hazards that are serious or are otherwise clinically significant because they have implications for prescribing decisions or for patient management. To include an adverse event in the section, there should be reasonable evidence of a causal association between the drug and the adverse event, but a causal relationship need not have been definitively established."[30]

43.     The FDA Guidance provides that some factors to be considered in assessing whether there is reasonable evidence of a causal relationship include: the frequency of reporting; whether the adverse event rate in the drug treatment group exceeds the rate in the placebo and active control group in controlled trials; evidence of a dose-response relationship; the extent to

---

[28] 21 C.F.R. § 314.81(b)(2)(i).
[29] FDA GUIDANCE FOR INDUSTRY: WARNINGS AND PRECAUTIONS, CONTRAINDICATIONS, AND BOXED WARNING SECTIONS OF LABELING FOR HUMAN PRESCRIPTION DRUG AND BIOLOGICAL PRODUCTS (Oct. 2011) at p. 3, *available at* https://www.fda.gov/downloads/drugs/guidances/ucm075096.pdf.
[30] *Id.*

which the adverse event is consistent with the pharmacology of the drug; the temporal association between drug administration and the event; existence of dechallenge and rechallenge experience; and whether the adverse event is known to be caused by related drugs.[31]

44.     In 2006, the FDA's Guidance for Industry on "Adverse Reactions Section for Labeling for Human Prescription Drug and Biological Products" stated that adverse events should be listed in the adverse reactions section of a drug label where there is "some basis to believe there is a causal relationship between occurrence of an adverse event and the use of a drug," citing to 21 C.F.R. § 201.57(c)(7).[32] FDA noted that "decisions on whether there is some basis to believe there is a causal relationship are a matter of judgment and are based on such factors as" the following, which are the same as those in the 2011 Labeling Guidance:

> (1) the frequency of reporting, (2) whether the adverse event rate for the drug exceeds the placebo rate, (3) the extent of dose response, (4) the extent to which the adverse event is consistent with the pharmacology of the drug, (5) the timing of the event relative to the time of drug exposure, (6) existence of challenge and dechallenge experience, and (7) whether the adverse event is known to be caused by related drugs.[33]

45.     FDA's 2005 FDA Guidance for Industry: Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment provided the following factors "that may suggest a causal relationship between the use of a product and the adverse event": (1) occurrence of the adverse event in the expected time (e.g., type 1 allergic reactions occurring within days of therapy, cancers developing after years of therapy); (2) absence of symptoms related to the event prior to exposure; (3) evidence of positive dechallenge or positive rechallenge; (4) consistency of the event with the established pharmacological/toxicological effects of the product . . .; (5) consistency of the event with the known effects of other products in the class; (6) existence of other supporting evidence from preclinical studies, clinical trials, and/or pharmacoepidemiologic studies; and (7) absence of alternative explanations for the event (e.g., no concomitant medications that could contribute to

---

[31] *Id.*

[32] FDA GUIDANCE FOR INDUSTRY: ADVERSE REACTIONS SECTION FOR LABELING FOR HUMAN PRESCRIPTION DRUG AND BIOLOGICAL PRODUCTS – CONTENT AND FORMAT (Jan. 2006) at p. 8, *available at* https://www.fda.gov/media/72139/download.

[33] *Id.*

the event; no co- or pre-morbid medical conditions).[34]

46.    FDA's 2005 Guidance for Industry: Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment also identifies that "[w]hen evaluation of a safety signal suggests that it may represent a potential safety risk, FDA recommends that a sponsor submit a synthesis of all available safety information and analyses performed, ranging from preclinical findings to current observations."[35] The analysis should include: "1. Spontaneously reported and published case reports, with denominator or exposure information to aid interpretation; 2. Background rate for the event in general and specific patient populations, if available; 3. Relative risks, odds ratios, or other measures of association derived from pharmacoepidemiologic studies; 4. Biologic effects observed in preclinical studies and pharmacokinetic or pharmacodynamic effects; 5. Safety findings from controlled clinical trials; and 6. General marketing experience with similar products in the class."[36]

47.    FDA also sets forth factors bearing on the assessment of a safety risk to include: "1. Strength of the association (e.g., relative risk of the adverse event associated with the product); 2. Temporal relationship of product use and the event; 3. Consistency of findings across available data sources; 4. Evidence of a dose-response for the effect; 5. Biologic plausibility; 6. Seriousness of the event relative to the disease being treated; 7. Potential to mitigate the risk in the population; 8. Feasibility of further study using observational or controlled clinical study designs; and 9. Degree of benefit the product provides, including availability of other therapies."[37]

48.    In 2000, the FDA Draft Guidance for Industry on the "Content and Format of the Adverse Events Section of Labeling for Human Prescription Drugs and Biologics" directed reviewers and sponsors to consider the following factors in selecting events for inclusion in the adverse reactions section: "frequency of reporting, whether the adverse reaction rate for drug exceeds the placebo rate, extent of dose-response, extent to which the adverse reaction is consistent with the pharmacology of the drug, timing of the reaction relative to time of drug exposure, and

---

[34] FDA GUIDANCE FOR INDUSTRY: GOOD PHARMACOVIGILANCE PRACTICES AND PHARMACOEPIDEMIOLOGIC ASSESSMENT (Mar. 2005) at pp. 6-7, 17-18, *available at* https://www.fda.gov/media/71546/download (guidance for identifying and describing safety signals and, specifically, assessing case reports).
[35] *Id.* at p. 20.
[36] *Id.*
[37] *Id.* at p. 21.

whether the adverse reaction is known to be caused by related drugs."[38]

49.    As early as 1992, FDA defined "causality assessment" in its "Guideline for Postmarketing Reporting of Adverse Event Experiences" as the "[d]etermination of whether there is a reasonable possibility that the product is etiologically related to the adverse experience. Causality assessment includes, for example, assessment of temporal relationships, dechallenge/rechallenge information, association with (or lack of association with) underlying disease, presence (or absence) of a more likely cause, plausibility, etc."[39] These same factors were restated in the definition of "causality assessment" in FDA's 2001 Draft Guidance for Industry for the Postmarketing Safety Reporting for Human Drug & Biological Products Including Vaccines.[40]



---

[38] FDA DRAFT GUIDANCE FOR INDUSTRY: CONTENT AND FORMAT OF THE ADVERSE REACTIONS SECTION OF LABELING FOR HUMAN PRESCRIPTION DRUGS AND BIOLOGICS (2000), *available at* https://www.fda.gov/OHRMS/DOCKETS/98fr/001306gl.pdf.

[39] FDA GUIDANCE FOR INDUSTRY: POSTMARKETING SAFETY REPORTING FOR HUMAN DRUG & BIOLOGICAL PRODUCTS INCLUDING VACCINES, at p. 18 (1992) (directing adverse events to be reported if there a "reasonable possibility" that the event is causally related to the drug exposure).

[40] FDA DRAFT GUIDANCE FOR INDUSTRY FOR THE POSTMARKETING SAFETY REPORTING FOR HUMAN DRUG & BIOLOGICAL PRODUCTS INCLUDING VACCINES (Mar. 2001) at p. 35, *available at* https://www.fda.gov/media/73593/download.

[41] Novo_GLP_MDL_483_000328084 (Q176393, "Guideline on Causality Assessment and Company Comments"); Novo_GLP_MDL_483_000011684 (Q024405, "Safety Surveillance").

[42] *See* Novo_GLP_MDL_000721713 at p. 34 (SOP Q142159, "Signal Management") (dated Nov. 2, 2023) ("Information arising from one or multiple sources, including observations and experiments, which suggests a new potentially causal association, or a new aspect of a known association between an intervention and an event or set of related events, either adverse or beneficial, that is judged to be of sufficient likelihood to justify verificatory action. New aspects of a known association may include changes in the frequency, distribution (e.g. gender, age and country), duration, severity or outcome of the adverse reaction.").

16

██████████████████████████████████████████

██████████████████████████████████

███████████████████████████

51.     Lilly's Procedure for Conducting Safety Surveillance for Marketed Products use many of these factors to internally identify safety signals, evaluate risk and analyze safety profile of its products. The company's procedure directed Lilly employees to review data including, spontaneous adverse event reports, medical reviews, data mining, post-marketing study adverse event reports, clinical trial serious adverse event reports and published literature.(1) Lilly's evaluation process is "a continuous activity that requires monitoring of all potential sources of signals . . . ."[44]

52.     As with any set of factors, FDA's factors have certain limitations. For example, FDA does not explicitly define all the terms it uses in the factors, but there is a generally accepted basis for the terminology in regulatory science and pharmacovigilance, and I draw upon my expertise in same in understanding and applying the factors.

53.     In addition, there are certain factors that may be relevant under certain circumstances but not others. For example, if there is a low-frequency serious adverse event, certain factors such as imbalance in clinical trials will not be applicable.[45]

54.     There is recognition on the part of FDA and the scientific and epidemiological community that not all of these factors must be present in order for there to be reasonable evidence of a causal association such that a Warning is warranted. In fact, FDA's language in the Guidance says that these are "some factors to consider. . . ."[46]

55.     Moreover, as the Guidance notes,[47] the FDA Warning Standard states that "a causal relationship need not have been definitively established."[48] The question to be addressed is thus

---

[43] ██████████████████████████████████████

[44] LLY-GLPMDL-08450149 at p. 53.

[45] *See* FDA GUIDANCE FOR INDUSTRY: ADVERSE REACTIONS SECTION OF LABELING FOR HUMAN PRESCRIPTION DRUG AND BIOLOGICAL PRODUCTS—CONTENT AND FORMAT (Jan. 2006) at pp. 5-6, *available at* https://www.fda.gov/media/72139/download.

[46] FDA GUIDANCE FOR INDUSTRY: WARNINGS AND PRECAUTIONS, CONTRAINDICATIONS, AND BOXED WARNING SECTIONS OF LABELING FOR HUMAN PRESCRIPTION DRUG AND BIOLOGICAL PRODUCTS (Oct. 2011) at p. 3, *available at* https://www.fda.gov/downloads/drugs/guidances/ucm075096.pdf.

[47] FDA GUIDANCE FOR INDUSTRY: WARNINGS AND PRECAUTIONS, CONTRAINDICATIONS, AND BOXED WARNING SECTIONS OF LABELING FOR HUMAN PRESCRIPTION DRUG AND BIOLOGICAL PRODUCTS (Oct. 2011) at p. 3, *available at* https://www.fda.gov/downloads/drugs/guidances/ucm075096.pdf.

[48] 71 Fed. Reg. 3922-3997 (Jan. 24, 2006) at 3990.

whether based on the totality of the evidence, with these and other factors in mind, there is reasonable evidence of a causal association.

### C.  The "Changes Being Effected" ("CBE") Rule

56.     Federal regulations provide that certain labeling changes related to an approved drug may be implemented upon receipt by the agency of a supplemental new drug application (sNDA) that includes the change: "Changes in the labeling to reflect newly acquired information, except for changes to the information required in § 201.57(a) of this chapter (which must be made under paragraph (b)(2)(v)(C) of this section), to accomplish any of the following: (A) To add or strengthen a contraindication, warning, precaution, or adverse reaction for which the evidence of a causal association satisfies the standard for inclusion in the labeling under § 201.57(c) of this chapter; (B) To add or strengthen a statement about drug abuse, dependence, psychological effect, or overdosage; (C) To add or strengthen an instruction about dosage and administration that is intended to increase the safe use of the drug product; (D) To delete false, misleading, or unsupported indications for use or claims for effectiveness; or (E) Any labeling change normally requiring a supplement submission and approval prior to distribution of the drug product that FDA specifically requests be submitted under this provision."[49]

57.     FDA has stated that nothing in FDA's regulations prohibit a manufacturer from warning doctors and patients whenever possible. As FDA stated in 1979: "The Commissioner also advises that these labeling regulations do not prohibit a manufacturer, packer, relabeler, or distributor from warning health care professionals whenever possibly harmful adverse effects associated with the use of the drug are discovered. The addition to labeling and advertising of additional warnings, as well as contraindications, adverse reactions, and precautions regarding the drug, or the issuance of letters directed to health care professionals (e.g., "Dear Doctor" letters containing such information) is not prohibited by these regulations."[50]

58.     This FDA regulation, known as the "changes being effected" or "CBE" rule, permits drug manufacturers to change a label without first receiving FDA approval of labeling supplement.[51]

59.     Until 2008, the written details of this procedure were that a manufacturer could

---

[49] 21 CFR § 314.70(c)(6)(iii).
[50] 44 F.R. 37434 at 37447, June 26, 1979.
[51] *See id.* § 314.70(c)(6).

"add or strengthen a contraindication, warning, precaution, or adverse reaction" in advance of the FDA's review and approval of such change.[52]

60.     Under the current CBE regulation, a drug company may—without prior FDA approval—change its label to "add or strengthen a contraindication, warning, precaution, or adverse reaction" based on "newly acquired information" where that information constitutes "evidence of a causal association" between the drug and a risk of harm.[53]

61.     The FDA defines "newly acquired information" as "data, analyses, or other information not previously submitted to the Agency."[54]

62.     This "may include (but is not limited to) data derived from new clinical studies, reports of adverse events, or new analyses of previously submitted data (e.g., meta-analyses) if the studies, events, or analyses reveal risks of a different type or greater severity or frequency than previously included in submissions to FDA."[55]

63.     In the final rule implementing the 2008 amendment to the CBE process, published August 22, 2008, the FDA stated that the rule was "intended to  describe FDA's existing labeling standards and policies, but d[id] not amend the standards under which sponsors must provide warnings regarding risks," and the rule was not "intended to suggest that there is a mathematically precise distinction between whether there is, or is not, sufficient evidence of a causal relation between a drug and an adverse effect to support its inclusion in the labeling."[56] That "[i]f new safety information meets the requirements of § 201.57(c)(6), it is appropriate for inclusion in the labeling of a drug or biologic and a sponsor must update its labeling 'as soon as' such information becomes available."[57] And reiterated that "causation need not have been 'definitely established' for a warning to be required to appear in labeling, but rather that there need only be 'reasonable' evidence of a causal association with the drug, a standard that could be met by a wide range of evidence. A CBE submission may be made when the evidence meets the standard set forth in this rule, even if that evidence would not also support a higher evidentiary standard, such as a finding that there is a 'preponderance' of evidence that a product actually causes a particular kind of

---

[52] 21 C.F.R. § 314.70 (June 22, 2004 to June 29, 2006).
[53] *Id.* § 314.70(c)(6)(iii)(A).
[54] *Id.* § 314.3(b).
[55] *Id.*
[56] Supplemental Applications Proposing Labeling Changes for Approved Drugs, Biologics, and Medical Devices, 73 FR 49603, 49604 (proposed Jan. 16, 2008) (codified at 21 C.F.R. Parts 314, 601, and 814), *available at* https://www.federalregister.gov/d/E8-19572/p-14.
[57] *Id.*

adverse event."[58]

### D. The Drug Manufacturer has Primary Responsibility for a Drug's Safety Including the Content and Accuracy of the Warning Label

64. It is the purveyor of a drug that is responsible for the safety of its product.

65. The United States Food & Drug Administration ("FDA") is tasked with protecting the public health by ensuring the safety, efficacy, and security of pharmaceutical drugs.[59] The FDA achieves this task by enforcing, among other regulations, the Federal Food, Drug, and Cosmetic Act of 1938 ("FDCA"), which gave the FDA broad power(s) to ensure that prescription drugs are safe for use under the conditions prescribed in the drug's labeling.[60]

66. Relevant to pharmaceutical drugs, FDA regulations instruct manufacturers on how to craft the content, the format, and the order of the safety information on a drug label.[61]

67. As I have written and testified about before the United States Congress, the FDCA grants the FDA substantial authority over the approval, labeling, and promotion of pharmaceutical products. But, in my opinion, nothing in the FDCA, or in the FDA's implementing regulations, relieves a manufacturer of its duty to act according to the company's internal knowledge about a product and its potential risks.

68. It is the ultimate responsibility of the drug manufacturer to "demonstrate that its drug was safe for use under the conditions prescribed, recommended, or suggested in the proposed labeling before it could distribute the drug."[62] In fact, a drug company has the responsibility, independent of what FDA directs it to do, to alert physicians and patients to risks that were unknown to or poorly understood by the FDA, but were known to the company. This duty predates by decades the advent of federal regulation of drugs. (*See, e.g.*, *Thomas v. Winchester*, 6 N.Y. 397 (1852)).

69. FDA regulation of a drug cannot anticipate and protect against all safety risks to individual consumers. Even the most thorough regulation of a product may fail to identify potential problems presented by the product.

70. Although the FDCA gave broad power to the FDA to protect the public health and

---

[58] *Id.*

[59] *See* https://www.fda.gov/about-fda/what-we-do.

[60] *See In re Fosamax (Alendronate Sodium) Prods. Liab. Litig.*, 118 F.4th 322, 328 (3d Cir. 2024) (quoting *Merck Sharp & Dohme Corp. v. Albrecht*, 587 U.S. 299, 302, 139 S.Ct. 1668, 203 L.Ed.2d 822 (2019)).

[61] *See In re Fosamax*, 118 F.4th at 328 (quoting *Albrecht*, 587 U.S. at 304, 139 S.Ct. 1668 (citing § 201.57(c)).

[62] *See In re Fosamax*, 118 F.4th at 328 (quoting *Albrecht*, 587 U.S. at 303, 139 S.Ct. 1668).

regulate prescription drugs, it was my opinion while Commissioner of the FDA, and remains to this day, that both state consumer protection (including potential product liability) and federal food and drug regulation should and do operate in a complementary but independent manner. As acknowledged by the Supreme Court, notwithstanding the enactment of the FDCA, state law remains preserved. *See Wyeth v. Levine*, 555 U.S. 555, 567, 129 S.Ct. 1187, 173 L.Ed.2d 51 (2009) ("The 1962 amendments [to the FDCA] added a saving clause, indicating that a provision of state law would only be invalidated upon a direct and positive conflict with the FDCA.").

71.     Federal law may preempt state law when it is impossible for a manufacturer to comply with both state and federal requirements. The relevant question for impossibility preemption is whether (1) the manufacturers "fully informed the FDA of the justifications for the warning required by state law," and (2) the FDA informed them that it "would not approve changing the drug's label to include that warning."[63]

72.     A drug manufacturer has a duty to collect and submit to the FDA any data that may affect the agency's prior conclusions about the drug's safety or labeling.[64]

73.     The U.S. Supreme Court has repeatedly reaffirmed this responsibility: "[I]t has remained a central premise of federal drug regulation that the manufacturer bears responsibility for the content of its label at all times. It is charged both with crafting an adequate label and with ensuring that its warnings remain adequate as long as the drug is on the market."[65]

74.     As I have written in an article co-authored with Georgetown Law Professor and former Director of the Federal Trade Commission's Bureau of Consumer Protection David Vladek: "In fact, drug manufacturers have significant authority — and indeed a responsibility — to modify labeling when hazards emerge and may do so without securing the FDA's prior approval."[66]

75.     In many instances, safety issues arise after a drug is on the market. It is the responsibility of the manufacturer to identify, analyze, assess, evaluate, and inform physicians and

---

[63] *Albrecht*, 587 U.S. at 314, 139 S. Ct. 1668.

[64] *See* 21 U.S.C. § 355(e), (k).

[65] *Wyeth v. Levine*, 555 U.S. 555, 570-71 (2009) (citing 21 CFR § 201.56 (requiring manufacturer to provide labeling that contains a "summary of essential scientific information needed for the safe and effective use of the drug," and "be informative and accurate and neither promotional in tone nor false or misleading in any particular"); *id.* § 201.80(e) (requiring a manufacturer to revise its label "to include a warning as soon as there is reasonable evidence of an association of a serious hazard with a drug"); *id.* § 314.80(b) (placing responsibility for post-marketing surveillance on the manufacturer); 73 Fed. Reg. 49605 ('Manufacturers continue to have a responsibility under Federal law ... to maintain their labeling and update the labeling with new safety information').

[66] Kessler & Vladeck, David Kessler & David Vladeck, *A Critical Examination of the FDA's Efforts to Preempt Failure-to-Warn Claims*, 96 GEO. L.J. 461, at 464-65 (2008).

patients about such safety risks.[67]

76.    The sponsor of a drug has responsibility to ensure that its product meets both state consumer protection and FDA laws and regulations. It is the sponsor of a drug that is responsible for the safety of its product.

77.    FDA regulation of a drug cannot anticipate and protect against all safety risks to individual consumers. Even the most thorough regulation of a product may fail to identify potential problems presented by the product.

78.    It was my opinion while Commissioner of FDA, and remains to this day, that the two systems of state consumer protection and federal food and drug regulation operate in a complementary but independent manner.

79.    A drug company has a responsibility, independent of what FDA directs it to do, to alert physicians and patients to risks that were unknown to or poorly understood by the FDA but were known to the company.[68] This duty predates by decades the advent of federal regulation of drugs.[69]

80.    FDA's regulations make clear that a drug company has a duty to warn and modify labeling without delay when hazards emerge with one of its drugs. The regulations expressly authorize the company to make labeling changes and take other steps to inform physicians and patients of emerging risks, without advance approval from the Agency. Such responsibility complements, not undercuts, FDA's job of protecting consumers from dangerous drugs.

81.    Drug companies have an obligation to revise a label "to include a warning about a clinically significant hazard as soon as there is reasonable evidence of a causal association with a drug; a causal relationship need not have been definitely established."[70]

82.    Manufacturers have superior resources that are or should be committed to overseeing the safety of the drugs they market. As a result, manufacturers invariably get safety information before the FDA does and have access to information that is not available to the FDA.

---

[67] *See id.*

[68] *Mut. Pharm. Co., Inc. v. Bartlett*, 570 U.S. 472, 492 (2013) (internal citations omitted); *see also Hill v. Searle Lab'ys*, 884 F.2d 1064, 1068 (8th Cir. 1989) ("FDA regulations are generally minimal standards of conduct . . . ."); *Wells v. Ortho Pharm. Corp.*, 788 F.2d 741, 746 (11th Cir. 1986) ("An FDA determination that a warning is not necessary may be sufficient for federal regulatory purposes but still not be sufficient for state tort law purposes."); *Feldman v. Lederle Lab'y*, 125 N.J. 117, 121 (N.J. 1991).

[69] *See, e.g.*, *Thomas v. Winchester*, 6 N.Y. 397 (1852).

[70] 21 C.F.R. § 201.57(c)(6). *See also id.* § 314.70 (c)(6)(iii)(A)-(C). *See generally* David Kessler & David Vladeck, *A Critical Examination of the FDA's Efforts to Preempt Failure-to-Warn Claims*, 96 Geo. L.J. 461 (2008) (discussion of manufacturers' responsibility to change the label in the face of new safety information).

83.    Moreover, as the National Academy of Medicine (formerly known as the Institute of Medicine) and the Government Accountability Office have noted, FDA's ability to oversee drug safety has been constrained, especially during the post-approval portions of a drug's life.[71]

84.    In sum, what a drug company knows about its drug and what the FDA knows may be, and generally are, different.

85.    The duties of a pharmaceutical company are based not only on FDA laws and regulations, but also on the risks presented by a drug about which the company knew, should have known, or should have investigated. A drug company's responsibility for the safety of its product and the adequacy of its warnings exists regardless of what the FDA does or does not do.

86.    The drug manufacturers' responsibility to assure the safety of their drugs throughout the life of the drug is to assure the safety and efficacy of a drug prior to approval and after the drug is on the market.

87.    In its report titled "Drug Safety: Improvement Needed in FDA's Postmarket Decision-making and Oversight Process," the General Accounting Office stated, "Two organizationally distinct FDA offices, the Office of New Drugs (OND) and the Office of Drug Safety (ODS), are involved in postmarket drug safety activities. OND, which holds responsibility for approving drugs, is involved in safety activities throughout the life cycle of a drug, and it has the decision-making responsibility to take regulatory actions concerning the postmarket safety of drugs. OND works closely with ODS to help it make postmarket decisions. ODS, with a primary focus on postmarket safety, serves primarily as a consultant to OND and does not have independent decision-making responsibility. ODS has been reorganized several times over the years. There has been high turnover of ODS directors in the past 10 years, with eight (8) different directors of the office and its predecessors. In the four drug case studies GAO examined, GAO observed that the postmarket safety decision-making process was complex and iterative ... FDA lacks clear and effective processes for making decisions about, and providing management oversight of,

---

[71] *See* "Drug Safety: Improvement Needed in FDA's Postmarket Decision-making and Oversight Process," United States Government Accountability Office Report to Congressional Requesters (March 2006). Last accessed at https://www.gao.gov/assets/gao-06-402.pdf (December 18, 2025) ("FDA lacks clear and effective processes for making decisions about, and providing management oversight of, postmarket safety issues."); *See also* Institute of Medicine. (2006). *The Future of Drug Safety: Promoting and Protecting the Health of the Public*. National Academies Press (Last accessed at http://fda.gov/files/drugs/published/The-Future-of-Drug-Safety---Promoting-and-Protecting-the-Health-of-the-Public.pdf on December 10, 2025) (this report identifies major shortcomings in FDA's post-approval safety processes, noting that the agency's capabilities are limited, particularly during the post-market phase, by inadequacies in funding, regulatory authority, and expert oversight).

postmarket safety issues. The process has been limited by a lack of clarity about how decisions are made and about organizational roles, insufficient oversight by management, and data constraints. GAO observed that there is a lack of criteria for determining what safety actions to take and when to take them. Certain parts of ODS's role in the process are unclear, including ODS's participation in FDA's scientific advisory committee meetings organized by OND. Insufficient communication between ODS and OND has been an ongoing concern and has hindered the decision-making process. ODS does not track information about ongoing postmarket safety issues, including the recommendations that ODS staff make for safety actions. FDA faces data constraints in making postmarket safety decisions. There are weaknesses in the different types of data available to FDA, and FDA lacks authority to require certain studies and has resource limitations for obtaining data."[72]

88.     Risks that are rare, appear as common illnesses, have long latency periods, result from drug interactions, or have adverse impacts on subpopulations, may go undetected in clinical testing. However, if a drug company has reason to know that the risks of a drug may result in adverse events, it has a responsibility to investigate them and to inform physicians and healthcare providers.

89.     Generally, the FDA does not test drugs nor conduct clinical trials. It can approve a company's drug application or take steps to withdraw a drug that is on the market. Prior to 2007, once a drug was on the market, FDA had limited authority to require a company to conduct clinical trials or to change the drug's label. In these instances, the FDA was left to "negotiate" with the drug company.[73] As Dr. Sandra L. Kweder, Deputy Director of the Office of New Drugs for the FDA, testified on March 1, 2005 before the U.S. Congress Committee on Health, Education, Labor,

---

[72] Drug Safety: Improvement Needed in FDA's Postmarket Decision-making and Oversight Process, GAO-06-402, March 31, 2006, Introduction page, available at https://www.gao.gov/assets/gao-06-402.pdf.

[73] The FDCA was amended in 2007. "For the first time, it granted the FDA statutory authority to require a manufacturer to change its drug label based on safety information that becomes available after a drug's initial approval." *Wyeth v. Levine,* 555 U.S. 555, 567 (2009). Also, authority was granted allowing the FDA to require further studies and clinical trials. As summarized by the FDA, "Section 505(0)(3) of the Act authorizes FDA to require postmarketing studies or clinical trials at the time of approval or after approval if FDA becomes aware of new safety information. . . . In some cases, FDA may be concerned about a risk and believe that it is serious[] but may not know enough about the risk to determine how to address the risk in labeling and what information would be appropriate to include. In such a case, FDA can require a postmarketing study or clinical trial to obtain more information." U.S. DEP'T OF HEALTH AND HUMAN SERVS., FOOD AND DRUG ADMIN., *Guidance for Industry: Postmarketing Studies and Clinical Trials - Implementation of Section 505(0)(3) of the Federal Food, Drug, and Cosmetic Act,* at 3-4 (April 2011). The 2007 amendment complements, but does not replace, the manufacturer's primary duty to provide adequate warnings of safety hazards associated with its products.

and Pensions:

> "Q. On the clinical trial, the FDA cannot order a company to do a clinical trial, is that correct?"
> "A. That is correct."[74]

## IV. GLP-1-MEDIATED GASTROINTESTINAL MOTILITY SUPRESSION: MECHANISM AND CLINICAL CONSEQUENCES OF HYPOMOTILITY

### A. Mechanism

90.    Since the 1990s, scientists have studied the role of native GLP-1 and the drug-form of GLP-1, GLP-1 RAs, on the delay in gastric emptying as well as the small intestinal motor pattern and on small intestinal motility. These studies, as discussed below, demonstrate that both native GLP-1 and the drug-form, GLP-1 RA, can impair gastric emptying and intestinal motility in healthy, diabetic, and obese patients.[75]

### i. Native GLP-1 Delays Gastric Emptying

91.    Beginning in the 1990s, investigators have examined the effects of native glucagon-like peptide-1 (GLP-1) on gastric emptying and upper gastrointestinal motility. Across animal models and human studies, this work demonstrates that physiologic concentrations of GLP-1 reliably delay gastric emptying, with effects mediated primarily through neural mechanisms rather than direct smooth-muscle action. Native GLP-1 impairs gastric emptying and intestinal motility in healthy, diabetic, and obese patients.

### a. Animal Studies

---

[74] Hearing, March 1, 2005, FDA's Drug Approval Process: Up to the Challenge?, S.Hrg. 109-67, at 24.

[75] It is well described that GLP-1 RA drugs have effects on the central nervous and gastrointestinal systems. *See, e.g.*, Ling Bai, Nilla Sivakumar, Shenliang Yu, Sheyda Mesgarzadeh, Tom Ding, Truong Ly, Timothy V Corpuz, James CR Grove, Brooke C Jarvie, Zachary A Knight (2022) Enteroendocrine cell types that drive food reward and aversion eLife 11:e74964; Feng J, Jin T. Current understanding and controversy on brain access of GLP-1 and GLP-1 receptor agonists. *J Transl Int Med*. 2025 Jun 20;13(3):201-10. doi: 10.1515/jtim-2025-0026. PMID: 40896289; PMCID: PMC12392083; West, J., Li, M., Wong, S. *et al.* Are Glucagon-Like Peptide-1 (GLP-1) Receptor Agonists Central Nervous System (CNS) Penetrant: A Narrative Review, *Neurol Ther* 2025; 14, 1157-66, https://doi.org/10.1007/s40120-025-00724-y; Alhadeff, A.L., Rupprecht, L.E. and Hayes, M.R., GLP-1 Neurons in the Nucleus of the Solitary Tract Project Directly to the Ventral Tegmental Area and Nucleus Accumbens to Control for Food Intake, *Endocrinology* 2012; 153, 647-658. https://doi.org/10.1210/en.2011-1443; Huang, KP., Acosta, A.A., Ghidewon, M.Y. *et al.* Dissociable hindbrain GLP1R circuits for satiety and aversion. *Nature* 2024; 632, 585-93. https://doi.org/10.1038/s41586-024-07685-6; Sophie Buller & Clemence Blouet, Brain access of incretins and incretin receptor agonists to their central targets relevant for appetite suppression and weight loss, Am. J. Physiol-Endocrinol. & Metabol. 2024; 326(4):E472-E480.

92.     Early animal studies established that native GLP-1 slows gastric emptying through vagally mediated central mechanisms.

93.     In 1997, Imeryüz and colleagues demonstrated in rats that administration of native GLP-1 significantly delayed gastric emptying. Imeryüz reported that "Administration of GLP-1 at doses of 6 and 120 pmol/kg significantly delayed gastric emptying of saline…," while noting that "The GLP-1 receptor antagonist exendin per se did not have any effect on the gastric emptying rate of saline." To elucidate mechanism, intracerebroventricular administration showed that the "gastric inhibitory effect of intracerebroventricular GLP-1 was reversed by the central and peripheral administration of exendin." Based on these findings, the authors concluded that "endogenous GLP-1 and its receptors play a role in the glucose-induced inhibition of gastric emptying, and the action of GLP-1 is probably mediated by vagal afferents."

94.     Subsequent work in larger animal models confirmed these findings and clarified the specific motor processes involved. In 1998, Anvari and colleagues investigated the dose-dependent effects of intravenous GLP-1 on antropyloroduodenal motility and transpyloric flow in conscious dogs. They reported that "Intravenous GLP-1 significantly retarded gastric emptying in a dose-dependent fashion as compared to intravenous saline infusion." This delay was associated with "a significant ($P = 0.0014$) increase in the pyloric tone," particularly at higher doses, which "possibly contribut[ed] to the reductions in the number and volume of transpyloric flow pulses." The authors concluded that GLP-1 retards gastric emptying "by inhibiting antral pumping and stimulating pyloric braking mechanisms," emphasizing that pyloric tone is the major determinant of resistance to transpyloric flow and gastric emptying.[76]

95.     Parallel experiments by Tolessa and colleagues further expanded understanding of GLP-1's inhibitory actions on gastrointestinal motility. In rats, intravenous GLP-1 at physiologic doses disrupted the migrating motor complex and induced myoelectric quiescence. Tolessa reported that "intravenous infusions of GLP-1 at doses as low as 10 pmol/kg/min disrupted the MMC and induced myoelectric quiescence in a dose-dependent manner. Concomitantly, the transit of contents in the small intestine was inhibited in a similar fashion." These findings were consistent with prior human studies showing delayed gastric emptying and supported the conclusion that "GLP-1 retards gastric emptying and slows transit of contents through the small intestine, most

---

[76] Anvari M, Paterson CA, Daniel EE, et al. Effects of GLP-1 on gastric emptying, antropyloric motility, and transpyloric flow in response to a nonnutrient liquid. *Dig Dis Sci.* 1998;43(6):1133-40.

likely via central or enteric nervous system mechanisms." Importantly, Tolessa further reported that "GLP-1 (10−6 M) did not affect the basal tone of muscle strips from the gastric fundus, corpus or duodenum," arguing against a direct smooth-muscle mechanism. These findings led Tolessa to conclude, "GLP-1 retards gastric emptying and slows transit of contents through the small intestine, most likely via central or enteric nervous system mechanisms."

96.     Additional confirmation came from studies by Wettergren and colleagues in pigs. GLP-1 infusion produced "pronounced inhibition of motility,"[77] with marked suppression of cephalically induced antral motility and pancreatic exocrine secretion. The authors concluded that "the inhibitory effect of GLP-1 on upper gastric functions involves receptors located either in the central nervous system or associated with afferent pathways to the brain stem."

97.     Giralt and Vergara further demonstrated that GLP-1 inhibits spontaneous motor activity in the antrum, duodenum, and proximal jejunum. They showed that "Intraarterial infusion of GLP-1 … induced inhibition of the spontaneous motor activity in the antrum, duodenum and proximal jejunum,"[78] and that "intravenous infusion of GLP-1 receptor antagonist, Exendin (9-39) completely blocked inhibitory responses to GLP-1." The authors concluded that "GLP-1 inhibits spontaneous activity of the proximal gastrointestinal tract of the rat by acting on specific GLP-1 receptors," with involvement of sympathetic (adrenergic) pathways rather than nitric oxide or VIP signaling.

98.     In 2001, Hellström published a review examining how the gut helps regulate food intake, focusing on signals from the upper gastrointestinal tract. He described how these signals

---

[77] In 1998, Wettergren and colleagues in Denmark including Juul Holst, a pioneer in the discovery of GLP1 and the development of GLP-1RA drugs, sought to understand the mechanism by which native GLP-1 inhibits gastric emptying. They studied the effect of GLP-1 in twenty-three anesthetized pigs, which showed "pronounced inhibition of motility."[77] "Our results clearly show that GLP-1 not only <u>inhibits cephalically induced acid secretion</u> [gastric acid production triggered by the brain] <u>but also strongly inhibits cephalically induced antral motility</u> [brain induced contractions in the lower part of the stomach] and pancreatic exocrine secretion as well." Due to the experimental design and results, following disruption of the vagal circuits in pigs, Wettergren suggested "[t]aken together, our results suggest that the inhibitory effect of GLP-1 on upper gastric functions involves receptors located either in the central nervous system or associated with afferent pathways to the brain stem."

[78] In 1998, Giralt et al. set out to "to further investigate the effects and the mechanism of action of GLP-1 (7-37) (proglucagon 78-108) on gastrointestinal motility in rats." The results provided evidence that "Intraarterial infusion of GLP-1 at 3x10$^{-10}$ moles/kg or higher, induced inhibition of the spontaneous motor activity in the antrum, duodenum and proximal jejunum." In addition, "[i]ntravenous infusion of GLP-1 receptor antagonist, Exendin (9-39) completely blocked inhibitory responses to GLP-1." According to the authors, "<u>[t]his study demonstrates that GLP-1 inhibits spontaneous activity of the proximal gastrointestinal tract</u> of the rat by acting on specific GLP-1 receptors. In the mechanism of action, sympathetic pathways are involved." With respect to the mechanism, the authors reported "neither the blockade of NO synthesis nor the VIP antagonist infusion modified inhibitory response to GLP-1. On the contrary, the simultaneous infusion of phentolamine and propranolol completely blocked response to GLP-1, demonstrating an involvement of adrenergic pathways in GLP-1 actions."

are "mostly mediated via the vagus nerve" and interact with key satiety hormones, including cholecystokinin (CCK) from the upper gut and glucagon-like peptides GLP-1 and GLP-2 from the lower gut. Hellström emphasized that "GLP-1 slows gastric emptying of liquid as well as solid meals," which reduces the metabolic demands of eating and leads to lower food intake. He further noted that evidence shows GLP-1's effects on the stomach are mediated through the vagus nerve in both animals and humans, and that available data "defy any direct action of the peptide on denervated gastrointestinal musculature."[79]

99.     Building on this work, a Danish research group led by Jens Juul Holst conducted additional animal experiments to clarify how GLP-1 delays gastric emptying. As Nagell explained, the goal was to use a model with vagal deafferentation "to determine the role of the afferent vagus in mediating the inhibitory effect of GLP-1 on gastric motility."[80] The experiments showed that infusion of GLP-1 rapidly caused "a pronounced and significant inhibition of the antral contractile force," while contraction frequency remained unchanged. When a complete vagotomy was later performed, "the motor response ceased instantly and totally." Based on these findings, the authors concluded that GLP-1 does not act directly on the stomach muscle. Instead, they proposed that "the GLP-1 receptors involved in the regulation of feeding behaviour and gastric motility could be situated in the brain," noting that GLP-1 has no effect on isolated gastric muscle. They further concluded that GLP-1 likely exerts its effects through "activation of cerebral receptors accessible for GLP-1 via leaks in the blood–brain barrier."

100.    Shibata and colleagues studied the effects of GLP-1 and related peptides on gastric and duodenal contractions in dogs. Their goal was to "elucidate the effect of equal molar doses of

---

[79] Hellström PM, Näslund E. Interactions between gastric emptying and satiety, with special reference to glucagon-like peptide-1. *Physiol Behav.* 2001;74(4-5):735-41.

[80] Specifically, Nagell reported the aim of the experiment as follows: "We have now developed this model further to include vagal deafferentation to determine the role of the afferent vagus in mediating the inhibitory effect of GLP-1 on gastric motility. The results demonstrated "Infusion of GLP-1 within 1-2 min caused a pronounced and significant inhibition of the antral contractile force…but the frequency was unaltered." However, "[t]he subsequent total vagotomy (disruption of the remaining efferent branch) caused the motor response to cease instantly and totally." The authors reported "[t]his could indicate that the GLP-1 receptors involved in the regulation of feeding behaviour and gastric motility could be situated in the brain. A direct effect on efferent vagal activity or the stomach itself appears unlikely, considering that GLP-1 has no effect on the motility of isolated gastric muscle and that GLP-1 does not inhibit vagally induced antral motility in isolated perfused porcine antrum, a model that shows an identical motility pattern in response to vagus stimulation as that observed in the intact pig (e.g. in the present study). The present results suggest that, in pigs, GLP-1 inhibits vagally induced antral motility via interaction with receptors that are not associated with afferent vagal nerve fibres, since the inhibitory effect was unaffected by vagal deafferentation. Therefore, we conclude that GLP-1 is likely to cause its effect via activation of cerebral receptors accessible for GLP-1 via leaks in the bloodbrain barrier. The force of the antral contractions was slightly enhanced by the deafferentation, suggesting that an inhibitory factor had been removed."

glucagon, glicentin, GLP-1 and GLP-2"[81] and to determine whether the vagus nerve, nitric oxide, or sympathetic nerves were involved. They found that "GLP-1 dose dependently inhibited motilin-induced contractions" throughout the stomach and duodenum, with statistically significant effects at higher doses. Importantly, the authors reported that the inhibitory effects of GLP-1 were not altered by blocking nitric oxide synthesis or adrenergic signaling, concluding that these peptides inhibit gastroduodenal motility through a pathway "independent of both NO and adrenoceptors."

### b. Human Physiologic Studies

101.    Human studies corroborated these animal findings and established that native GLP-1 delays gastric emptying under physiologic conditions.

102.    Schirra and colleagues demonstrated early on that GLP-1 participates in the regulation of gastric emptying following glucose ingestion, examining "the interplay between gastric emptying, … release of GIP and GLP-1, insulin release, and the resulting glycemic response."

103.    Subsequent infusion studies by Flint and colleagues showed that physiologic elevations of GLP-1 reduced gastric emptying to a "rate of . . . approximately 68% of control levels," an effect comparable to prior infusion studies using similar physiologic doses.[82]

104.    Detailed motor studies further clarified the mechanism. In healthy volunteers, Schirra reported that GLP-1 "dose dependently relaxed the fundus, greatly reduced phasic volume

---

[81] Shibata and colleagues set out to "elucidate the effect of equal molar doses of glucagon, glicentin, GLP-1 and GLP-2 on interdigestive gastroduodenal contractions in dogs. [They] also examined the role of the vagus, nitric oxide and sympathetic nerves in the inhibitory effects of those peptides on gastroduodenal motility."[81] The results demonstrated that "GLP-1 dose dependently inhibited motilin-induced contractions at all transducer sites; the effect was statistically significant at the 0.1 and 1 nmol/kg doses in the gastric body and antrum, and at the 1 nmol/kg dose in the Heidenhain pouch and duodenum." The authors stated, "[t]he inhibitory effect of GLP-1 and glucagon on the neurally intact gastroduodenum was not affected by LNAME, a NO synthesis inhibitor, or by adrenergic inhibition via phentolamine and propranolol. These observations suggest that the two peptides inhibit gastroduodenal contractions in the innervated gut via a pathway independent of both NO and adrenoceptors." Shibata C, Naito H, Jin XL, et al. Effect of glucagon, glicentin, glucagon-like peptide-1 and -2 on interdigestive gastroduodenal motility in dogs with a vagally denervated gastric pouch. *Scand J Gastroenterol.* 2001;36(10):1049-55.

[82] In 2001, Flint et al. sought to investigate "to determine the effects of a lower dose of peripheral GLP-1 than previously used (resulting in a physiological elevation of the plasma concentration) infused during and after an energy-fixed breakfast on appetite, resting metabolic rate, substrate oxidation and metabolism, gastric emptying and subsequent energy and water intake in obese humans."[82] In humans, the results demonstrated that "[g]astric emptying was delayed during the GLP-1 infusion as reflected by a reduced absorption rate of paracetamol." Specifically, the authors reported "In the present study, using a GLP-1 infusion of 45 pmol/kg FFMxh (or approximately 30 pmol/kgxh), the rate of gastric emptying was approximately 68% of control levels. This reduction is comparable with the results of Nauck et al, who found the halftime of gastric emptying to be approximately 60% longer on a GLP-1 infusion of 24 pmol/kgxh compared with saline." Flint A, Raben A, Ersbøll AK, et al. The effect of physiological levels of glucagon-like peptide-1 on appetite, gastric emptying, energy and substrate metabolism in obesity. *Int J Obes Relat Metab Disord.* 2001;25(6):781-92.

events, increased gastric compliance, and allowed the stomach to afford larger volumes without an increase in sensation." Importantly, GLP-1 did not alter basal smooth-muscle tone in isolated preparations, leading the authors to conclude that "a direct effect on gastric smooth muscle mediated via GLP-1 receptors located on these effector cells is highly unlikely." Instead, they emphasized that "multiple findings support the notion that GLP-1 inhibits motor and secretory functions of the upper gastrointestinal tract by interfering with vagal neural input."[83]

105.    The role of endogenous GLP-1 was further confirmed using receptor antagonists. Schirra demonstrated that blockade of GLP-1 signaling accelerated gastric emptying and reversed inhibitory effects on antroduodenal motility, concluding that endogenous GLP-1 qualifies as an enterogastrone, inhibiting antral motility while stimulating pyloric activity during fasting and postprandial states.[84]

106.    In 2006, Little et al. examined the effects of low and high doses of GLP-1 on gastric emptying, blood glucose, insulin levels, and appetite after a mixed solid–liquid meal. They found that GLP-1 markedly slowed both solid and liquid gastric emptying. Importantly, "the magnitude of the slowing of solid and liquid GE by GLP-1 was sufficient to induce 'gastroparesis' in a substantial proportion of subjects," even at low doses, and led to increased retention of food in the distal stomach. The authors also showed that GLP-1's ability to suppress post-meal glucose and insulin responses could be predicted by how much it slowed carbohydrate gastric emptying. Little concluded that "the slowing of GE of a mixed solid/liquid meal by GLP-1 is a major determinant

---

[83] The results in this study revealed "GLP-1 distinctly increased intragastric bag volume reflecting relaxation of the gastric fundus", "GLP-1 clearly reduced the occurrence of these phasic volume events", and GLP-1 clearly reduced the volume wave index," and "[t]he amplitude of the volume waves was significantly reduced by GLP-1". From these results, Schirra noted: "The salient findings were as follows: (i) GLP-1 dose dependently relaxed the fundus; (ii) it greatly reduced phasic volume events; (iii) it increased gastric compliance; and (iv) across all isobaric distension steps it allowed the stomach to afford larger volumes without an increase in sensation" "of transpyloric propagated antral waves in particular, and (iii) simultaneous stimulation of localised phasic and tonic pyloric contractions." In discussing their results, Schirra also considered earlier findings, including "GLP-1 neither changed basal muscle tone in smooth muscle strips from the gastric fundus and corpus in rats nor did it affect the length of smooth muscle cells isolated from rabbit antrum. Thus, a direct effect on gastric smooth muscle mediated via GLP-1 receptors located on these effector cells is highly unlikely. On the other hand, multiple findings support the notion that GLP-1 inhibits motor and secretory functions of the upper gastrointestinal tract by interfering with vagal neural input."

[84] The Schirra group also published results providing evidence on the role of endogenous GLP-1 on gastric emptying using GLP-1 antagonists to block these effects. The group noted its rationale was to "shed more light onto this important issue, we used the GLP-1 antagonist to define the physiological actions of endogenously released GLP-1 on the pancreas and upper gastrointestinal motility in humans." Schirra stated the findings of the study to be: "(i) endogenous GLP-1 significantly enhanced postprandial insulin secretion, suggesting GLP-1 as a true incretin hormone in humans; (ii) fasting and postprandial GLP-1 suppressed glucagon release; (iii) GLP-1 mediated stimulation of pyloric motility induced by intestinal glucose; and (iv) GLP-1 inhibited antroduodenal motility during the fasting and postprandial states, qualifying GLP-1 as an enterogastrone."

of its effects on postprandial glycemia and insulinemia," and noted that these findings have implications for incretin-based drugs such as liraglutide and exenatide.

107.    In 2009, Schirra and colleagues further investigated the role of GLP-1 in gastrointestinal motility by studying the effects of the GLP-1 receptor antagonist exendin (9–39) in healthy volunteers. They found that GLP-1 "regulates postprandial fundic accommodation," increases gastric compliance, prolongs inhibition of gastroduodenal motility, and stimulates pyloric activity. Blocking GLP-1 signaling reversed these effects, and additional experiments showed that some of GLP-1's actions were mediated through cholinergic pathways, while others occurred independently of them.[85] Overall, the study confirmed that GLP-1 plays a central role in delaying gastric emptying and altering normal gastric motor function after meals.

108.    Neurophysiologic studies by Holmes and colleagues provided direct evidence of central mediation. They showed that GLP-1 activates gastric-projecting neurons in the dorsal motor nucleus of the vagus and that "activation of GLP-1 receptor induces a vagally mediated gastroinhibition," occurring through "activation of the postganglionic vagal NANC pathway."[86]

109.    In 2010, Deane et al. studied the role of naturally produced (endogenous) GLP-1 in

---

[85] The group evaluated the effects of exendin (a GLP-1 RA *antagonist*) on gastrointestinal motility in healthy volunteers. Exendin "significantly inhibited gastric volume accommodation", "increased the frequency and volume and pressure waves in the proximal stomach." With regard to delays in gastric emptying, Schirra reported "[t]he key findings of this study are summarized as follows: (i) GLP-1 regulates the postprandial fundic accommodation and increases the compliance of the proximal stomach. GLP-1 prolongs the postprandial inhibition of phasic gastroduodenal motility and stimulates pyloric motility; (ii) stimulation induced by the GLP-1 receptor antagonist exendin (9–39) was abolished by additional atropine, indicating that the inhibition of phasic gastric motility by GLP-1 during fasting as well as the increase of nutrient-induced fundic accommodation were mediated by inhibition of cholinergic pathways. In contrast, the inhibitory effects of GLP-1 on postprandial phasic gastric motility and the increase of gastric compliance occurred independently of cholinergic blockade and (iii) atropine did not alter GLP-1 secretion."

[86] Holmes reported results from a study whose aims "were to analyse: (1) the response of identified gastric-projecting neurones of the DMV to GLP-1 and its analogues; (2) the effects of brainstem application of GLP-1 on gastric tone; and (3) the vagal pathway utilized by GLP-1 to induce gastroinhibition."[86] According to Holmes, "In the present paper we have shown that (1) a subpopulation of identified gastric-projecting DMV neurones is depolarized by exogenously applied GLP-1; (2) these effects are mediated via interactions with selective GLP-1 receptors located, most likely, on preganglionic DMV neurones; (3) activation of GLP-1 receptor induces a vagally mediated gastroinhibition; and (4) the gastroinhibition occurs through activation of the postganglionic vagal NANC pathway." The authors noted a difference from prior evidence, stating "[t]hus, in contrast to previous reports suggesting that GLP-1 delays gastric emptying via an inhibition of vagal efferent activity (Imeryuz *et al.* 1997; Wettergren *et al.* 1998; Schirra *et al.* 2000), the results of the present study suggest that GLP-1 decreases gastric tone, at least in part, via an *activation* of vagal efferent inhibitory NANC activity." The authors conclude, "[i]n conclusion, the present experiments are the first to describe the actions of GLP-1 upon the activity of gastric-projecting DMV motoneurones as well as upon basal gastric tone. These observations are extended further to show that medullary GLP-1 induces a gastroinhibition via activation of vagal NANC pathways. These data suggest that, in addition to a possible paracrine mechanism of action, GLP-1 may be involved in a larger, more sustained integration of gastric reflex functions at the level of the brainstem vagal circuits." Holmes GM, Browning KN, Tong M, et al. Vagally mediated effects of glucagon-like peptide 1: in vitro and in vivo gastric actions. *J Physiol*. 2009;587(Pt 19):4749-59.

healthy humans using scintigraphy. When subjects were given a GLP-1 receptor antagonist, gastric emptying sped up. The authors concluded that "GLP-1 has a physiological role in regulating gastric emptying in humans," and that this effect influences glucose absorption and post-meal blood sugar levels.[87] They noted that faster gastric emptying after GLP-1 blockade was expected, given prior evidence that GLP-1 slows gastric motility and emptying in both animals and humans.

110.    To better understand the mechanism behind GLP-1–induced delays in gastric emptying, Plamboeck and colleagues studied subjects who had undergone vagotomy, which cuts the vagus nerve connecting the brain and stomach. In these individuals, gastric emptying was already accelerated and "was not affected by exogenous GLP-1," unlike in healthy controls, where GLP-1 slowed emptying. Holst explained that this finding is consistent with earlier animal studies and suggests that "GLP-1 inhibits gastric tone through a mechanism involving the vagus nerve."[88] Although pyloroplasty performed during vagotomy may have contributed to the loss of effect, the authors concluded that the absence of GLP-1's action after vagotomy supports the conclusion that its effect on gastric emptying is largely vagally mediated.

111.    In 2017, Halawi examined whether post-meal symptoms were more closely related to gastric emptying (GE) or gastric accommodation (GA). Contrary to some earlier reports, the

---

[87] The authors noted, "[t]his study indicates that GLP-1 has a physiological role in regulating gastric emptying in humans, which consequently impacts on glucose absorption and, thereby, influences postprandial glycemia. Despite previous data that reported no effect of endogenous GLP-1 on gastric emptying in humans, acceleration of gastric emptying by ex(9-39)NH$_2$ was anticipated given the known 1) dose-dependent inhibitory effects of exogenous GLP-1 on motility and gastric emptying in humans and animals, 2) effects of ex(9-39)NH$_2$ on gastroduodenal motility during small intestinal nutrient infusion, and the 3) acceleration of gastric emptying of a carbohydrate liquid induced by ex(9-39)NH2 in rodents." Deane AM, Nguyen NQ, Stevens JE, et al. Endogenous glucagon-like peptide-1 slows gastric emptying in healthy subjects, attenuating postprandial glycemia. *J Clin Endocrinol Metab*. 2010;95(1):215-21.

[88] In this study, "[g]astric emptying was accelerated in vagotomized subjects and was decreased by GLP-1 in controls but not in vagotomized subjects." Holst noted "Accelerated gastric emptying, particularly for liquids, is a known consequence of the pyloroplasty performed in connection with vagotomy and, as expected, gastric emptying, evaluated by use of acetaminophen, was faster in the vagotomized subjects than in the controls. Gastric emptying was not affected by exogenous GLP-1 in these subjects.[88] Finally, in summarizing the results of their evidence, they stated "[a]ccelerated gastric emptying, particularly for liquids, is a known consequence of the pyloroplasty performed in connection with vagotomy and, as expected, gastric emptying, evaluated by use of acetaminophen, was faster in the vagotomized subjects than in the controls. Gastric emptying was not affected by exogenous GLP-1 in these subjects. This would be consistent with a study by Imeryüz et al. in rats, in which capsaicin-induced block of vagal sensory afferents abolished the inhibitory effect of GLP-1 on gastric emptying and the lack of effect of GLP-1 on gastric volume in diabetic patients with vagal neuropathy, and suggests that GLP-1 inhibits gastric tone through a mechanism involving the vagus nerve. However, the lack of effect of GLP-1 on gastric emptying observed in the vagotomized subjects could also be a consequence of the pyloroplasty. The mechanism whereby GLP-1 inhibits gastric emptying may involve both reduced antral motility and closure of the pylorus. Although the reduction of antral motility probably involves inhibition of vagal outflow, the closure of the pylorus is likely to be impeded by the pyloroplasty, and it is therefore plausible that latter is responsible for part of the loss of the GLP-1 effect in our patients. The lack of effect after vagotomy is consistent with the concept that the effect of GLP-1 is vagally mediated."

study found that slower GE was significantly associated with symptoms such as nausea and pain, as well as greater post-meal fullness. As the authors stated, "GE of solids, rather than GA, was associated with postprandial symptoms," although they acknowledged that the strength of these correlations was modest.[89]

112.    In 2018, Halim and colleagues investigated whether GLP-1 at near-physiological levels could directly inhibit digestive motility and explored the underlying mechanisms. Infusion of GLP-1 "inhibited the fed motor activity in the antrum and reduced motility along the remaining intestinal segments," confirming earlier animal findings in humans.[90] The authors concluded that

---

[89] Houssam Halawi et al., Relationship between Gastric Emptying or Gastric Accommodation and Postprandial Symptoms Observed After Ingestion of a Maximum Volume of a Nutrient Drink in 285 Participants, *Gastroenterology* 2017; 152(5):S932-S933. The authors stated their "rationale for the present study is based on the controversy in the literature suggesting either a significant relationship between gastric motor functions and postprandial satiation or symptoms or, on the other hand, a poor relationship between the acceleration of the rate of GE and symptoms. Therefore, our study hypothesis is that GA, and not GE, is significantly associated with postprandial symptoms. Our aims were to evaluate the relationships between GA or GE with satiation (postprandial fullness), satiety (calorie intake), and postprandial symptoms in otherwise healthy volunteers across the spectrum of body mass index (BMI), as well as in discrete BMI groups." The results demonstrated, "GE $T$1/2 was significantly associated with symptoms of nausea ($R = 0.145$, $P = 0.023$, $n = 245$) and pain ($R = 0.149$, $P = 0.012$, $n = 285$), and with a higher aggregate symptom score ($R = 0.132$, $P = 0.026$, $n = 285$)". In addition, "no significant correlation was found between the rate of GE and GA ($rs = 0.048$, $P$ = ns, $n = 272$). No significant relationship was found between GA and any of the symptoms…" The results led the authors to state, "[i]n this study, we showed that GE of solids, rather than GA, was associated with postprandial symptoms as well as satiation measured at an Ensure liquid nutrient test and ad libitum buffet meal in healthy volunteers." Halawi concluded, "[t]here were conflicting prior studies on the relationship between the delay in GE and symptoms, with some reports suggesting that delayed GE might be an asymptomatic incidental condition and others suggesting an association with upper gastrointestinal symptoms. Our data show statistically significant correlation between GE and symptoms, although we acknowledge relatively low $R$ values."

[90] Halim MA, Degerblad M, Sundbom M, Karlbom U, Holst JJ, Webb DL, Hellström PM. Glucagon-Like Peptide-1 Inhibits Prandial Gastrointestinal Motility Through Myenteric Neuronal Mechanisms in Humans. J Clin Endocrinol Metab. 2018 Feb 1;103(2):575-85. doi: 10.1210/jc.2017-02006. Halim set up experiments with, "primary aim was to clarify whether GLP-1 at near physiological concentrations is able to inhibit digestive motility….[and] as secondary aim, because the exact mechanism by which GLP-1 inhibits motility is not fully characterized, the actions of GLP-1 and its dipeptidyl peptidase-4-resistant analog ROSE-010 were studied in organ baths employing exendin(9-39)amide as GLP-1R antagonist tetrodotoxin (TTX) to block neuronal voltage-gatedNa+ channels, 2′50-dideoxyadenosine (DDA) as adenylate cyclase inhibitor, and Lv-nitromonomethyl arginine (L-NMMA) as NO synthase inhibitor. In addition, the histological localization of GLP-1 and GLP-1R in the human stomach, small intestine, and colon were investigated. Because motility effects have also been ascribed to GLP-2 and this peptide is thought to coemerge in the circulation with GLP-1 during posttranslational processing of proglucagon, plasma concentrations of GLP-2 and localization of its receptor, GLP-2 receptor (GLP-2R), along the GI tract were also investigated. "This study with infusion of exogenous GLP-1 to only slightly more than physiological concentrations inhibited the fed motor activity in the antrum and reduced motility along the remaining intestinal segments. Based on the calculated MI, we can confirm in humans our previous animal findings where GLP-1 inhibited motility in the fasting as well as fed state." Halim concluded, "GLP-1 is able to reduce the digestive motility in the antroduodenojejunal region and slow gastric emptying in humans. The mechanism of this inhibitory response is likely exerted through the GLP-1R expressed in myenteric neurons as the primary functional target for GLP-1 and analogs, such as ROSE-010. Furthermore, both GLP-1 and ROSE-010 exercise receptor-mediated responses with NO and cAMP as second messengers, both of which are required for a regulatory action to take place. GLP-1 is suggested to primarily exert its effects on motility via direct local actions in the periphery, which may coexist with indirect actions mediated through the CNS, be it through vagal afferents originating in the GI tract or by binding to receptors within the CNS."

33

"GLP-1 is able to reduce digestive motility…and slow gastric emptying in humans," primarily through GLP-1 receptors on myenteric neurons, with nitric oxide and cAMP acting as key signaling mediators. They noted that GLP-1 likely acts both locally in the gut and indirectly through the central nervous system, including vagal pathways.

113.    In 2022, in the *British Journal of Pharmacology*, Drs. Jens Juul Holst, Daniel Bjørklund Andersen, and Kaare Villum Grunddal published a review titled "Actions of glucagon-like peptide-1 receptor ligands in the gut," which explores the gastrointestinal effects of GLP-1 receptor ligands, particularly their role in modulating GI motility and related functions. The authors concluded:

   i.    "Glucagon-like peptide-1 retards gastric emptying and small bowel transit in the rat: Effect mediated through central or enteric nervous mechanisms."[91] (p. 735).

   ii.    "GLP-1 has been shown to inhibit MMC and the associated motor activity in the GI tract, although physiologically there is little secretion of GLP-1 in the fasting state." (p. 735).

   iii.    "GLP-1 strongly inhibits gastric motor activity and emptying, but this effect seems to depend on inhibition of long vago-vagal reflexes and is lost after truncal vagotomy." (p. 735).

   iv.    "GLP-1 did not appear to inhibit contractions of isolated smooth muscle preparations derived from rat gastric fundus, corpus or duodenum, stimulated with either muscarinic agonists or electric field stimulation, suggesting that the effect of GLP-1 on GI motility is mediated via the vagus." (p. 735).

   v.    "GLP-1 reduced electrically induced, cholinergic contraction of circular, but not longitudinal, smooth muscle in both duodenum and colon in a concentration-dependent fashion, an effect that appeared to involve NO signalling." (p. 735).

   vi.    "As the ascending contractions of circular muscle are an important element of peristalsis, this has also been suggested to be the mode of action by which GLP-1 inhibits peristalsis." (p. 735).

   vii.    "The effects on gastric emptying show rapid tachyphylaxis, whereas the nausea may remain." (p. 736).

   viii.    "It is possible to create a total arrest of gastric emptying without any nausea." (p. 736).

   ix.    "The effects of GLP-1 on motility may be pronounced, producing extensive relaxation of the intestine, which would explain the tendency to diarrhoea, although there is no evidence that the diarrhoea has a secretory component." (p. 736).

   x.    "GLP-1 strongly inhibits gastric emptying and stimulated acid secretion as well as pancreatic exocrine secretion." (p. 734).

---

[91] Jens Juul Holst et al., Actions of glucagon-like peptide-1 receptor ligands in the gut, *Br. J. Pharmacol.* 2022; 179:727-42.

xi.   "In experiments in rats, recordings were made from afferent branches of the vagus nerve during brief infusions of GLP-1, and in these experiments, a dose-related increase in firing frequency was demonstrated." (p. 734).

xii.   "GLP-1 acts to inhibit gastric functions via activation of sensory vagal afferents relaying to vagal motor neurons in the brain stem or in the hypothalamus." (p. 734).

xiii.   "GLP-1 receptor agonists have been reported to produce extensive relaxation of the intestine, which would explain the tendency to diarrhoea." (p. 736).

xiv.   "The dense network of nerve fibres expressing GLP-1 receptors throughout the gut strongly supports that these fibres might be the targets for GLP-1, newly released from the L cells." (p. 734).

xv.   "The idea would be that GLP-1 diffusing from the L cells to the capillaries interacts with sensory nerve fibres before it is broken down and inactivated by DPP-4 in the capillaries." (p. 734).

xvi.   "The strongest antibody staining for GLP-1 receptors and the greatest accumulation of 125I-exendin grains were observed in and around myenteric plexuses located in the distal intestine, namely, in the distal ileum and in the proximal and distal large intestine." (p. 734).

xvii.   "Interestingly, the GLP-1 receptor antibody primarily appeared to stain nerve fibres around the somas of the myenteric and submucosal neurons, rather than the actual cell bodies of the enteric neurons." (p. 734).

xviii.   "Patch clamp studies on small intestinal primary cultures of GLP-1 receptor-fluorescent myenteric neurons derived from the mouse showed that they were electrically active and that administration of GLP-1 increased the frequency of their action potentials." (p. 735).

xix.   "GLP-1 reduced electrically induced, cholinergic contraction of circular, but not longitudinal, smooth muscle in both duodenum and colon in a concentration-dependent fashion, an effect that appeared to involve NO signaling." (p. 735).

114.   Taken together, these animal and human studies demonstrate that native GLP-1 physiologically delays gastric emptying by increasing pyloric tone, reducing antral contractility, and enhancing gastric accommodation. These effects occur at physiologic concentrations and are mediated primarily through central, vagal, and enteric neural pathways, with no meaningful direct action on gastrointestinal smooth muscle. Collectively, the evidence establishes native GLP-1 as a classic enterogastrone and a key mediator of the ileal brake, coordinating nutrient sensing with inhibition of upper gastrointestinal motility.

### ii.    GLP-1 Also Inhibits Small Intestinal Motility

115.   Beyond its effects on gastric emptying, a substantial body of evidence demonstrates that native GLP-1 also inhibits small intestinal motility, affecting the migrating motor complex ("MMC"), inducing myoelectric quiescence, and slowing intestinal transit. These effects have been

35

demonstrated consistently across animal models and human studies, occur at physiologic plasma concentrations, and are mediated primarily through enteric and neural mechanisms rather than direct smooth-muscle action. Native GLP-1 retards gastric emptying and slows transit of contents through the small intestine, reinforcing its role in coordinated regulation of gastrointestinal propulsion rather than isolated gastric effects.

116.    The inhibitory effects of GLP-1 on small intestinal motility were first clearly delineated in a series of experiments conducted in the late 1990s. Tolessa and colleagues demonstrated that intravenous GLP-1 disrupts the MMC and suppresses intestinal propulsion in rats. They reported that "infusion of GLP-1 at doses of 10 and 20 pmol/kg/min had an inhibitory effect on the migrating myoelectric complex," and that GLP-1 "disrupted the MMC and induced myoelectric quiescence in a dose-dependent manner. Concomitantly, the transit of contents in the small intestine was inhibited in a similar fashion."[92] These effects occurred at doses that increased plasma GLP-1 concentrations into the physiological range.

117.    Importantly, Tolessa observed that inhibition of intestinal transit occurred at lower doses than those required to retard gastric emptying. As the authors noted, "the observation that a higher dosage of GLP-1 was required to retard gastric emptying suggests that GLP-1 targets the motor function of the small intestine rather than that of the stomach." Based on these findings, they concluded that "at physiological plasma concentrations GLP-1 retards gastric emptying and slows transit of contents through the small intestine, most likely via central or enteric nervous mechanisms."

118.    That same year, in 1998, Tolessa reported "[i]nfusion of GLP-1 at doses of 10 and 20 pmol kg$^{-1}$min$^{-1}$ had an inhibitory effect on the [migrating myoelectric complex]."[93] Tolessa also reported, "GLP-1 at infusions of 10 and 20 pmol kg$^{-1}$min$^{-1}$ slowed the propulsion of contents

---

[92] Tolessa reported, "[t]ransit of contents in the small intestine was inhibited at the lower dosage of GLP-1, 10 pmol/kg/min, which increase s plasma concentrations of the peptide within a physiological range. Our results are in agreement with previous studies in man showing that GLP-1 retards gastric emptying, and preliminary reports in rats indicating that GLP-1 disrupts the [migrating myoelectric complex] and induces quiescence of the myoelectric activity of the small intestine." Tolessa further noted, "The observation that a higher dosage of GLP-1 was required to retard gastric emptying suggests that GLP-1 targets the motor function of the small intestine rather than that of the stomach." As a result, Tolessa concluded, "at physiological plasma concentrations GLP-1 retards gastric emptying and slows transit of contents through the small intestine, most likely via central or enteric nervous mechanisms." Tolessa T, Gutniak M, Holst JJ, et al. Inhibitory effect of glucagon-like peptide-1 on small bowel motility. Fasting but not fed motility inhibited via nitric oxide independently of insulin and somatostatin. *J Clin Invest.* 1998;102(4):764-74.

[93] Tolessa T, Gutniak M, Holst JJ, et al. Inhibitory effect of glucagon-like peptide-1 on small bowel motility. Fasting but not fed motility inhibited via nitric oxide independently of insulin and somatostatin. *J Clin Invest.* 1998;102(4):764-74.

through the small bowel in a dose-dependent manner." According to Tolessa, GLP-1 "disrupted the MMC and induced myoelectric quiescence in a dose-dependent manner. Concomitantly, the transit of contents in the small intestine was inhibited in a similar fashion. This effect is well in agreement with our earlier studies in the rat showing that replacing the MMC by myoelectric quiescence slows propulsion through the gut[] and should also be valid for the replacement of fed myoelectric by quiescence, as irregular spiking has been considered to promote a substantial propulsion through the gut, whereas quiescence does not. The effect of GLP-1 on MMC and transit was substantiated by calculation of the geometric center for the distribution of the intestinal marker, which provides a robust measure of the transit rate." Ultimately, Tolessa concluded "the inhibitory effect of GLP-1 on gastrointestinal motility seems neither to be mediated via insulin nor somatostatin, but instead through direct mechanisms acting directly in the enteric nervous system or on smooth muscle cells partly dependent on the L-arginine/NO pathway."

119. Tolessa et al conducted further experiments to determine if the effect on motility was through a direct effect on the intestine or mediated through another mechanism. In 2001, Tolessa found similar results in that "[a]t doses of 5–40 pmol kg$^{-1}$ min$^{-1}$ GLP-1 increased the MMC cycle length and inhibited the MMC during the whole infusion period at doses of 10 pmol kg$^{-1}$ min$^{-1}$ and above."[94] Tolessa stated, "[t]he present study shows that the inhibitory response of GLP-1 on MMC was possible to disinhibit by pretreatment with L-NNA acting as a NOS inhibitor at a dose presumed to block about 70% of the enzyme activity" and as a result "at comparatively low doses GLP-1 partly dependent on nitrergic transmission, causes inhibition of the MMC."

120. At the same time as the Tolessa and Hellstrom animal experiments, a group of Danish gastroenterologists were investigating GLP-1 impact on intestinal motility in animals and patients. The results revealed that "[t[he present study shows that the inhibitory effect on pentagastrin stimulated acid secretion in humans of GLP-1 (7-36 amide), infused in an amount that increases its plasma concentration to concentrations similar to those seen during meal ingestion, is lost after vagotomy." [95] This led Wettegren to conclude, "[w]e therefore conclude that, in humans, GLP- 1 (7-36 amide) is fully effective on neurally induced acid secretion, but

---

[94] Tolessa T, Naslund E, Hellstrom P M. The inhibitory mechanism of GLP-1, but not glucagon, on fasted gut motility is dependent on the L-arginine/nitric oxide pathway. Regul Pept. 2001;98(1-2):33-40. doi: 10.1016/s0167-0115(00)00220-2.

[95] Wettergren A, Maina P, Boesby S, et al. Glucagon-like peptide-1 7-36 amide and peptide YY have additive inhibitory effect on gastric acid secretion in man. *Scand J Gastroenterol.* 1997;32(6):552-5.

ineffective on purely hormonally stimulated secretion. This seems to indicate that GLP-1 (7-36 amide) does not act directly on the gastric mucosa, but interacts with vagal pathways."

121.    Following the study of patients that had undergone vagotomy, Wettegren published additional work on the study of GLP1 mechanistic effects in animals.  Wettegren reported, "[t]o investigate further the mechanism of GLP-1 inhibition of upper gastrointestinal (GI) functions, we developed an experimental model allowing studies of centrally (insulin hypoglycemia) induced stimulation of antral motility and gastric and pancreatic secretion in anesthetized pigs."  The results revealed, "[i]nfusion of GLP-1 caused a pronounced inhibition of motility, with frequency being reduced by $43 \pm 6\%$ of the increase (P =0.003) and the amplitude to almost basal values (P =0.0002). After termination of the GLP-1 infusion, the frequency and the amplitude "recovered" to preinfusion levels."  Wettegren stated, "[w]e conclude, therefore, that the GLP- 1 inhibitory mechanism, which may be similar in humans and pigs, involves the vagus nerves but neither peripheral transmission of vagal impulses to the ganglia of the stomach and the pancreas nor the function of their intrinsic excitatory neurons.

> Our results clearly show that GLP-1 not only inhibits cephalically induced acid secretion but also strongly inhibits cephalically induced antral motility and pancreatic exocrine secretion as well. These effects were observed at plasma concentrations around 125 pmol/l, values that are only slightly higher than those observed in response to ingestion of a meal in normal subjects and similar to those observed in patients with accelerated gastric emptying. Taken together, our results suggest that the inhibitory effect of GLP-1 on upper gastric functions involves receptors located either in the central nervous system or associated with afferent pathways to the brain stem.

122.    The following year, in 1999, Giralt published results from *in vivo* studies in rats to investigate "the hypothesis that the distal small intestine may participate in the regulation of gastrointestinal motility and that GLP-1 could be an intermediary factor."[96]   Therefore, the reported objectives were "to characterize gastrointestinal inhibition induced by peptones in the rat in vivo, determine the site of action of this nutrient, evaluate if GLP-1 could be implicated in peptone actions, and to study the nervous pathways implicated in the mechanism of action." The study results led the authors to conclude "[t]his effect is partly mediated by the release of endogenous GLP-1. The site of action is the ileum, suggesting an ileal brake mechanism."  Further,

---

[96] Magda Giralt & Patri Vergara, Glucagonlike Peptide-1 (GLP-1) Participation in Ileal Brake Induced by Intraluminal Peptones in Rat, *Dig. Dis. & Sci*. 1999; 44:322-29.

the authors reported "[i]n our study GLP-1 antagonist only significantly blocked the inhibition observed in the duodenum. In contrast, exogenous GLP-1 also inhibits the antrum and the jejunum of the rat. This result suggests that infusion of the peptone could release other gastrointestinal inhibitory peptides."

123.    In 2002, Bozkurt et al. reported additional results from the Holst and Hellestrom group.  "Small bowel motility was studied in rats at increasing (1–20 pmol/kg/min) intravenous doses of either glucagon-like peptide-1 (GLP-1) or glucagon-like peptide-2 (GLP-2) alone, or in combination in the fasted and fed state."[97] The results demonstrated, "[b]oth GLP-1 and the combination of GLP-1 and GLP-2 increased the MMC cycle length in a dose-dependent manner." Notably, "[w]hen given alone, GLP-1 inhibited the fed myoelectric activity, while GLP-2 by itself only seemed to promote fed motility by minimally increasing spiking activity. Co-administration of GLP-1 and GLP-2 virtually brought the spiking activity back to control level." The authors reported, "Our results with GLP-1 alone on fasted and fed motility are consistent with those previously reported; i.e., a dose dependent inhibition of the MMC cycle length and spiking activity during food intake in rodents and inhibition of gastric emptying in humans." The authors conclusion from the results is, "this study demonstrates an additive effect of the peripheral administration of GLP-1 and GLP-2 on fasted small bowel motility in rats. During fed motility, GLP-1 and GLP-2 seem to have counter-acting effects on small bowel motility."

124.    In 2006, Schirra assessed the effects of endogenous GLP-1 receptor antagonist exendin (9-39) in people.[98] Schirra's study was the first to address the effects of endogenous GLP-1 on release of insulin and pancreatic glucagon and on motility of the antro-pyloro-duodenal region in humans. The salient findings are as follows: "(i) endogenous GLP-1 significantly enhanced postprandial insulin secretion, suggesting GLP-1 as a true incretin hormone in humans; (ii) fasting and postprandial GLP-1 suppressed glucagon release; (iii) GLP-1 mediated stimulation of pyloric motility induced by intestinal glucose; and (iv) GLP-1 inhibited antroduodenal motility during the fasting and postprandial states, qualifying GLP-1 as an enterogastrone." Schirra concluded, "we have demonstrated that endogenous GLP-1 plays an important role in the fasting and postprandial regulation of endocrine pancreatic secretion and of antropyloro-duodenal motility in humans. . . as

---

[97] Ayhan Bozkurt et al., GLP-1 and GLP-2 act in concert to inhibit fasted, but not fed, small bowel motility in the rat, *Reg. Peptides* 2002; 107(1-3):129-35.
[98] Schirra J, Nicolaus M, Roggel R, et al. Endogenous glucagon-like peptide 1 controls endocrine pancreatic secretion and antro-pyloro-duodenal motility in humans. *Gut*. 2006;55(2):243-51.

enterogastrone, it inhibits antral and stimulates pyloric motility, both of which may contribute to inhibition of gastric emptying."

125.    In 2008, Hellstrom's group also noted "the gut peptide GLP-1 decreases motility in the antro-duodeno-jejunalregion and inhibits the MMC in healthy subjects and IBS patients.[99] This led the authors to conclude, "in studies of gastrointestinal motility, GLP-1 reduces motility in the antro-duodeno-jejunal region and inhibits the MMC in healthy subjects as well as in patients, suggesting that GLP-1 may be used to alleviate symptoms in IBS."

126.    The following year, in 2009, the Hellestrom group's noted that "data suggest that GLP-1 exerts profound inhibitory actions on GI motility in the rat with additive effects of GLP-2. As no direct effects of GLP-1 or GLP-2 on isolated GI smooth muscle can be discerned, we considered it of value to study if these two peptides can stimulate afferent nerve fibres from the GI tract and so in a neurocrine manner regulate signalling to the brain to inhibit GI motility. To investigate these possibilities, we used GLP-1 as agonist, and exendin(9-39)amide as a specific GLP-1 receptor (GLP-1r) antagonist to study afferent impulse activity in the gastric branches of the vagus nerve."[100] The results demonstrated, "GLP-1 produced a marked increase of mass activity in gastric vagal afferents. This response was abolished by administration of the GLP-1 antagonist exendin(9-39)amide. Our findings demonstrate that gastric vagal afferents mediate a specific GLP-1-mediated response of the vagus nerve."

127.    In 2009, Schirra reported additional data on intestinal motility in order to "assess the role of GLP-1 as a physiological enterogastrone, the present study evaluated the effects of exendin(9–39) on antropyloroduodenal and proximal gastric motility under fasting and postprandial conditions.[101] Schirra reported the key findings to be, "(i) GLP-1 regulates the postprandial fundic accommodation and increases the compliance of the proximal stomach. GLP-1 prolongs the postprandial inhibition of phasic gastroduodenal motility and stimulates pyloric motility; (ii) stimulation induced by the GLP-1 receptor antagonist exendin(9–39) was abolished by additional atropine, indicating that the inhibition of phasic gastric motility by GLP-1 during

---

[99] Hellström PM, Näslund E, Edholm T, et al. GLP-1 suppresses gastrointestinal motility and inhibits the migrating motor complex in healthy subjects and patients with irritable bowel syndrome. *Neurogastroenterol Motil.* 2008;20(6):649-59.

[100] Bucinskaite V, Tolessa T, Pedersen J, et al. Receptor-mediated activation of gastric vagal afferents by glucagon-like peptide-1 in the rat. *Neurogastroenterol Motil*. 2009;21(9):978-e78.

[101] Schirra J, Nicolaus M, Woerle HJ, et al. GLP-1 regulates gastroduodenal motility involving cholinergic pathways. *Neurogastroenterol Motil.* 2009;21(6):609-18.

fasting as well as the increase of nutrient-induced fundic accommodation were mediated by inhibition of cholinergic pathways. In contrast, the inhibitory effects of GLP-1 on postprandial phasic gastric motility and the increase of gastric compliance occurred independently of cholinergic blockade and (iii) atropine did not alter GLP-1 secretion." Schirra concluded, "endogenous GLP-1 acts as an incretin hormone significantly involved in postprandial glucose homeostasis. As an enterogastrone GLP-1 is a regulator of fasting and postprandial gastroduodenal motility. In the postprandial state, GLP-1 contributes to the accommodation of the proximal stomach, to the increase of pyloric tone, and to the inhibition of antral motility. Cholinergic pathways are involved in these GLP-1 actions."

128. Edholm et al., continued the work to investigate intestinal motility as it relates to GLP-1 receptors publishing data from a study where "the primary endpoint was to compare the effect of GIP and GLP-1 on insulin release in vitro and gut motility in vivo."[102] The authors reported, "In our study, GIP and GLP-1 dose-dependently inhibited gut motility in both diabetic and normal rats. No differences were observed between GK and Wistar rats as regards MMC phase III activity in the duodenum and jejunum." The authors further stated, "[i[n our hands, GLP-1 was almost 10-fold more potent than GIP in inhibiting small bowel motility, whereas the insulin responsiveness to both incretin peptides was almost equal. The different potency of the two incretins regarding small bowel motility tract finds support in observations in man . . . . Taken together, the high sensitivity of the small bowel to inhibition by GLP-1 would speak in favour of a slower absorption of nutrients and glucose with GLP-1 when compared to GIP. Thus, GLP-1 of the two peptides should be considered as the foremost incretin for metabolic homeostasis." [103]

129. Per Hellestrom published a review article in 2009.[104] In its abstract, Hellestrom summarized as follows: "Since the inhibitory effect of GLP-1 on gastric motility is very outspoken, we considered it of value to study its effects on gut motility. Animal experimentation in the rat clearly showed that not only gastric emptying, but also small bowel motility with the migrating myoelectric complex was profoundly inhibited by GLP-1 at low doses. Similar effects were seen

[102] Edholm T, Cejvan K, Abdel-Halim SM, et al. The incretin hormones GIP and GLP-1 in diabetic rats: effects on insulin secretion and small bowel motility. *Neurogastroenterol Motil.* 2009;21(3):313-21.

[103] Langmach Wegeberg 2020 Langmach Wegeberg AM, Hansen CS, Farmer AD, et al. Liraglutide accelerates colonic transit in people with type 1 diabetes and polyneuropathy: A randomised, double-blind, placebo-controlled trial. *United European Gastroenterol J.* 2020;8(6):695-704.

[104] Hellström PM. GLP-1: broadening the incretin concept to involve gut motility. Regul Pept. 2009 Aug 7;156(1-3):9-12. doi: 10.1016/j.regpep.2009.04.004. Epub 2009 Apr 9. PMID: 19362109.

with analogues of the peptide. Extending the studies to man supported our earliest data indicating that the migrating motor complex of the small intestine was affected, and even more noticeable, the summarized motility index inhibited. Further extension of our studies to patients with irritable bowel syndrome (IBS) displayed similar results." Within the paper, Hellstrom reported, "Animal studies show that GLP-1 has a profound inhibitory effect on small bowel motility recorded as migrating myoelectric complexes (MMCs) in the rat; considered to be a specific GLP-1 receptor-dependent mechanism mediated through vagal pathways. As synthetic GLP-1 analogues were being developed our research proved some of them to be effective on small bowel motility." He describes further studies in humans: "When studied in man, native GLP-1 was shown to be capable of inhibiting small bowel motility in healthy volunteers as well as in patients with irritable bowel syndrome (IBS). At the same time it was shown that the GLP-1 receptor was expressed in intestinal tissue, leaving a possibility for a mechanism of action of GLP-1 in IBS. However, the action of GLP-1 seems not to be at the smooth muscle itself and requires vagal pathways in order to bring about an effect. Further studies have recently shown that vagal afferents are selectively stimulated by GLP-1 speaking in favour of central nervous mechanisms to be involved in this effect."

130.    In 2010, Per Hellestrom authored a chapter textbook on gastrointestinal motility which detailed much of the research published by him and colleagues.[105] Hellestrom reported, "Early experiments on small bowel myoelectric activity in the rat showed a clear direct dose-related and partly nitric oxide-dependent inhibitory effect of GLP-1 on the migrating myoelectric complex (MMC).  Further studies with small bowel manometry using near-physiological doses in healthy volunteers and approaching pharmacological levels in patients with irritable bowel syndrome (IBS) resulted in limited effects on the MMC pattern in humans, most likely due to its binary sporadic occurrence at irregular intervals. However, when the total contractile activity of the small intestine was computed as a motility index, infusions of GLP-1 resulted in reduced motility during an infusion period of 4 h."

131.    Marathe et al published a review in 2011 that "summarizes current knowledge of the enterogastrone properties of GLP-1, focusing on its effects on gut motility at physiological and pharmacological concentrations, and the motor actions of incretin-based therapies.[106] Marathe

---

[105] Hellström PM. Glucagon-like peptide-1 gastrointestinal regulatory role in metabolism and motility. Vitam Horm. 2010;84:319-29. doi: 10.1016/B978-0-12-381517-0.00012-6. PMID: 21094906.

[106] Marathe CS, Rayner CK, Jones KL, et al. Effects of GLP-1 and incretin-based therapies on gastrointestinal motor function. *Exp Diabetes Res.* 2011;2011:279530.

noted the state of knowledge on intestinal motility as, "exogenous, intravenous GLP-1 has been shown to inhibit murine fasted and fed small bowel motility in a dose-dependent manner and appears to have an additive effect when combined with intravenous GLP-2 in the fasted state. Exendin (9-39) blocks the inhibition of murine small intestinal motility induced by intraduodenal infusion of peptone. Suppression of fasting small intestinal motility by exogenous GLP-1 is also evident in healthy humans and those with irritable bowel syndrome, manifested by a reduction in the frequency of MMCs in a dose-dependent manner."

132. Wegeberg, a Danish gastroenterologist, reported a study in which 48 diabetics that exhibited neuropathy, showed "[i]n comparison to placebo, 26 weeks of liraglutide treatment shortened large bowel transit time with 31.7% (95% CI -52.5; -1.7, p =0.04) but "[i]n comparison to placebo, 26 weeks of liraglutide treatment did not induce changes in small bowel transit time (1.96% decrease (95% CI -20.95; 21.59, p = 0.86)."[107] These results came from a study measuring motility via a wireless motility capsule after 26 weeks of liraglutide 1.8 mg/day. These results are consistent with the Nakatani results where patients without neuropathy exhibited a delay intestinal motility while those with pre-existing diabetic neuropathy did not.

133. In 2023, Lu authored a letter to the editor regarding intestinal obstructions associated with GLP-1 drugs.[108] "While their efficacies and safety profiles are widely accepted, long-term adverse events such as increased risk of intestinal obstruction have been reported in diabetic patients, which is 4.5 times higher than those receiving other glucose control medications." Lu also noted, "Dapiglutide was shown to dose-dependently increase the size (by >20%) of the bowel in mice7 and promoted the height of the small intestinal mucosa by 34%. Because GLP-1RAs could cause continuous increases in the intestinal length and villus height, the small intestine may become as inelastic and fibrotic as a loose spring (Fig. 1), leading to long-term upper intestinal obstruction, probably due to certain unexpected off-target effects associated with: (i) use of doses far beyond the physiological level of GLP-1; (ii) much longer half-lives of GLP-1RAs (6e24 h) than that of native GLP-1 (1e2 min); and (iii) GLP-1 and glucagon-like peptide-2 (GLP-2) are simultaneously secreted in equal amounts under normal conditions. Long-term

---

[107] Anne-Marie Langmach Wegeberg et al., Liraglutide accelerates colonic transit in people with type 1 diabetes and polyneuropathy: A randomised, double-blind, placebo-controlled trial, *United Euro. Gastroenterol*. 2020; 8(6):695-704.

[108] Lu J, Liu H, Zhou Q, Wang MW, Li Z. A potentially serious adverse effect of GLP-1 receptor agonists. Acta Pharm Sin B. 2023 May;13(5):2291-2293. doi: 10.1016/j.apsb.2023.02.020. Epub 2023 Mar 2. PMID: 37250165; PMCID: PMC10213739.

application of GLP-1RAs may also elevate the release of endogenous GLP-2, which is a cell-specific growth hormone regulating the growth of the small intestine, colonic villi and crypts, increasing the length and weight of the small intestine, and reducing antral motility." This led Lu to conclude, "Since intestinal obstruction is a fatal condition that requires surgery, clinicians should be aware that the emergence of chronic adverse events of GLP-1RAs may involve the small intestine. If the underlying cause of which remains unknown, erroneous inferences will likely to be drawn. This is of particular importance as the use of GLP-1RAs in treating multiple disorders is expanding tremendously."

### iii.   GLP-1 Receptor Agonists Reproduce Native GLP-1 Effects

134.   A large and methodologically diverse body of evidence demonstrates that GLP-1 receptor agonists reproduce the physiologic effects of native GLP-1 on gastric emptying and gastrointestinal motility. Across agents, study designs, and patient populations, GLP-1 receptor agonists have been shown to delay gastric emptying, with variability in magnitude related to agent, dose, duration of exposure, baseline motility, and measurement method. Both native GLP-1 and GLP-1 receptor agonists impair gastric emptying and intestinal motility in healthy, diabetic, and obese patients.

135.   Studies demonstrate that all GLP-1RAs delay gastric emptying similar to native GLP-1.[109]

---

[109] Meier JJ, Rosenstock J, Hincelin -Méry A, et al. Contrasting effects of lixisenatide and liraglutide on postprandial glycemic control, gastric emptying, and safety parameters in patients with type 2 diabetes on optimized insulin glargine with or without metformin: a randomized, open-label trial. *Diabetes Care.* 2015;38(7):1263-73; Halawi H, Khemani D, Eckert D, et al. Effects of liraglutide on weight, satiation, and gastric functions in obesity: a randomised, placebo-controlled pilot trial. *Lancet Gastroenterol Hepatol.* 2017;2(12):890-899; Dejgaard TF, Frandsen CS, Hansen TS, et al. Efficacy and safety of liraglutide for overweight adult patients with type 1 diabetes and insufficient glycaemic control (Lira-1): a randomised, double-blind, placebo-controlled trial. *Lancet Diabetes Endocrinol.* 2016;4(3):221-232; Schirra et al. reported the results of a study where they "evaluated the effects of graded doses of synthetic GLP-1 on the motility of the antro-pyloro-duodenal region during the interdigestive and postprandial states in humans, the latter being elicited by duodenal perfusion."[109] The researchers "compared the effects of GLP-1 in relation to lipids which is the classic physiological stimulator of pyloric motility." The results revealed, "[i]n the interdigestive experiments with duodenal saline perfusion, both doses of GLP-1 significantly inhibited the number, amplitude, and motility indexes of contractions in the antrum and duodenum." Schirra further noted, "[a]gainst a background of duodenal lipid, exogenous GLP-1 dose dependently diminished the number, amplitude, and motility indexes of antral and duodenal contractions to a comparable residual level as in the interdigestive state." The experiments also provided evidence that, "Pyloric tone dose dependently increased with exogenous GLP-1 in the interdigestive state" and "IPPWs immediately and significantly increased with infusion of GLP-1." Schirra reported, "Our study is the first to address the effects of GLP-1 on the motility of the antro-pyloro-duodenal region in humans. Physiological plasma levels of GLP-1 were reached with low doses of synthetic GLP-1. They corresponded to peak levels found after oral

136.    By way of an overview, Jalleh *et al.* included the following summary in Table 1 of a recent review publication.[110]

**Table 1**    Effects of GLP-1 RAs on gastric emptying in humans

| GLP-1 RA | Dose and duration | Health condition | Method of gastric emptying measurement | Effect on gastric emptying |
|---|---|---|---|---|
| **Short-acting** | | | | |
| *Exenatide BD* | | | | |
| Drucker et al [42] | 5 µg sc BD for 14 weeks | T2D (n=50) | Paracetamol absorption | Exenatide vs placebo: + |
| Linnebjerg et al [34] | 5 or 10 µg sc BD for 5 days | T2D (n=7) | Scintigraphy | Exenatide vs placebo: +++ |
| *Lixisenatide* | | | | |
| Jones et al [35] | 10 µg sc daily (single dose) | T2D (n=15) Healthy individuals (n=15) | Scintigraphy | Baseline vs lixisenatide: +++ (in health and T2D) |
| Lorenz et al [38] | 5 µg sc daily initially, increased by 2.5 µg every 5 days up to 20 µg sc daily (total duration 28 days) | T2D (n=43) | Stable isotope breath test | Baseline vs day 28 lixisenatide: +++ |
| Rayner et al [36] | 5 µg sc daily initially, increased to 10 µg sc daily after 7 days and then 20 µg sc daily after 14 days (total duration 56 days) | T2D (n=30) | Scintigraphy | Baseline vs day 56 lixisenatide: +++ |
| **Long-acting** | | | | |
| *Dulaglutide* | | | | |
| Barrington et al [43] | 5 and 8 mg sc weekly for 5 weeks | T2D (n=15) | Paracetamol absorption | Dulaglutide vs placebo: ++ |
| *Exenatide QW* | | | | |
| Drucker et al [42] | 2 mg sc weekly for 14 weeks | T2D (n=24) | Paracetamol absorption | Exenatide vs placebo: − |
| Jones et al [44] | 2 mg sc weekly for 8 weeks | Obesity (n=32) | Scintigraphy | Exenatide vs placebo: + |
| *Liraglutide* | | | | |
| Halawi et al [46] | 3 mg sc daily for 16 weeks | Obesity (n=40) | Scintigraphy | Liraglutide vs placebo: ++ |
| Meier et al [37] | 0.6 mg sc daily initially, increasing by 0.6 mg sc each week to either 1.2 or 1.8 mg sc daily (total duration 8 weeks) | T2D (n=94) | Stable isotope breath test | Baseline vs week 8: liraglutide: ++ |
| *Semaglutide (subcutaneous)* | | | | |
| Hjerpsted et al [40] | 0.25 mg sc weekly for 4 weeks, then 0.5 mg for 4 weeks, then 1 mg sc weekly (total duration 12 weeks) | Obesity (n=30) | Paracetamol absorption | Semaglutide vs placebo: ++ |
| *Semaglutide (oral)* | | | | |
| Dahl et al [39] | 3 mg daily for 4 weeks, then 7 mg daily for 4 weeks, then 14 mg daily for 3 days | T2D (n=15) | Paracetamol absorption | Semaglutide vs placebo: ++ |
| *Tirzepatide (Dual GLP-1 and GIP receptor agonist)* | | | | |
| Urva et al [41] | Tirzepatide 0.5, 1.5, 4.5, 5, 10 or 15 mg sc weekly (total duration 4 weeks) | T2D (n=53) Healthy individuals (n=33) | Paracetamol absorption | Baseline vs week 4 tirzepatide: ++ |

Only the most relevant studies are included

sc subcutaneous; T2D, type 2 diabetes; −, no effect on GE; +, gastric emptying delayed by <25% compared with baseline/placebo; ++, gastric emptying delayed by 25–50% compared with baseline/placebo; +++, gastric emptying delayed by >50% compared with baseline/placebo

---

ingestion of a high caloric glucose meal. With the high dose of GLP-1, supraphysiological plasma levels were obtained. In the interdigestive state and with duodenal lipid perfusion, GLP-1 greatly inhibited antro-duodenal contractility by reduction of contraction frequencies and amplitudes. It abolished antral wave propagation in the interdigestive state. The tonic and phasic motility of the pylorus was stimulated by GLP-1 with and without duodenal lipid. GLP-1 dose dependently and reversibly inhibited pancreatic polypeptide release, indicating inhibition of efferent vagal-cholinergic activity. All effects were obtained at postprandial plasma levels of GLP-1." Schirra J, Houck P, Wank U, et al. Effects of glucagon-like peptide-1(7-36)amide on antro-pyloro-duodenal motility in the interdigestive state and with duodenal lipid perfusion in humans. *Gut.* 2000;46(5):622-31.

[110] Jalleh RJ, Jones KL, Rayner CK, et al. Normal and disordered gastric emptying in diabetes: recent insights into (patho)physiology, management and impact on glycaemic control. *Diabetologia*. 2022;65(12):1981-93.

**Exenatide**

137.    Amylin employees published a paper reporting on the pharmacokinetics and pharmacodynamics of exenatide in 2005.[111] Kolterman *et al.* reported results of gastric emptying using a liquid acetaminophen absorption test (among other parameters). "There was a dose-dependent slowing of gastric emptying in study B, assessed by decreased mean acetaminophen concentrations." The authors concluded the "data reported here and previously demonstrate a consistent, dose-dependent slowing of gastric emptying by s.c. exenatide administration."



112

138.    The effect of exenatide in gastric emptying in patients with type 2 diabetes, measured by scintigraphy, were also reported by Linnebjerg in 2008.[113] Seventeen patients were evaluated which demonstrated "1) exenatide slowed GE of both solids and liquids; the magnitude of this slowing was marked, particularly when the baseline GE was relatively more rapid;[114] 2) the

---

[111] Kolterman OG, Kim DD, Shen L, et al., Pharmacokinetics, pharmacodynamics, and safety of exenatide in patients with type 2 diabetes mellitus. *Am J Health Syst Pharm.* 2005;62(2):173-81.

[112] Taken from Kolterman OG, Kim DD, Shen L, et al. Pharmacokinetics, pharmacodynamics, and safety of exenatide in patients with type 2 diabetes mellitus. *Am J Health Syst Pharm.* 2005;62(2):173-81.

[113] Linnebjerg H, Park S, Kothare PA, et all. Effect of exenatide on gastric emptying and relationship to postprandial glycemia in type 2 diabetes. *Regul Pept.* 2008;151(1-3):123-9.

[114] A consistent finding across studies of native GLP-1 and GLP-1 receptor agonists is that the magnitude and clinical expression of delayed gastric emptying depend on baseline gastrointestinal motility. Baseline motility reflects the pre-treatment rate and pattern of gastric and intestinal movement and varies substantially across individuals and disease states. Gastric emptying exhibits substantial inter-individual variation in healthy people and is frequently disordered in those with type 2 diabetes, with both accelerated and delayed emptying observed across populations.

effect of exenatide on GE did not appear to be influenced by cardiac autonomic function; 3) the dose-dependent suppressive effect of exenatide on postprandial glycemia was related to slowing

---

Baseline gastrointestinal motility refers to the functional state of gastric and intestinal transit before exposure to GLP-1 or a GLP-1 receptor agonist. It is shaped by neural and structural factors including vagal tone, enteric nervous system integrity, autonomic neuropathy, prior gastrointestinal disease, and existing dysmotility such as gastroparesis. More rapid gastric emptying has been reported in some patients with diabetes, whereas others exhibit delayed emptying related to autonomic dysfunction, highlighting that baseline motility is not uniform across patients.

Direct clinical evidence that baseline motility modifies GLP-1–mediated effects comes from studies stratifying patients by pre-existing gastric emptying status. Beti and colleagues evaluated treatment with a GLP-1 receptor agonist in patients with type 2 diabetes with and without a prior diagnosis of gastroparesis. Gastric emptying was assessed using breath testing. Among patients without pre-existing gastroparesis, "21 patients presented with a significant delay of passage (+96.3 ± 57.0 min) whereas 9 presented with unchanged or enhanced emptying (–52.9 ± 50.9 min)." In contrast, "only 2 patients with pre-existing mild gastroparesis had worsening of gastric emptying." The authors concluded that the known effect on gastric emptying time was shown in non-gastroparetic patients, whereas no further worsening was detected in those with existing gastroparesis, and some patients experienced improvement in symptoms.

Gold-standard scintigraphic studies further clarify the relationship between baseline motility and treatment effect. Linnebjerg and colleagues assessed the effect of exenatide on gastric emptying of solids and liquids using scintigraphy in patients with type 2 diabetes. They reported that "exenatide slowed GE of both solids and liquids; the magnitude of this slowing was marked, particularly when the baseline GE was relatively more rapid." They further observed that "in those subjects who inherently had a slower GE during placebo treatment, the increase in T50 during exenatide treatment was less," establishing an inverse relationship between baseline emptying rate and pharmacologic effect. The authors noted that this pattern was not surprising given that the converse has been established, namely that the magnitude of acceleration of gastric emptying by prokinetic drugs tends to be greater when gastric emptying is slower.

Studies specifically enrolling patients with accelerated baseline motility further reinforce this principle. Acosta and colleagues studied exenatide in patients with obesity and accelerated gastric emptying, measuring solid gastric emptying by scintigraphy. They reported that "exenatide significantly delayed the gastric emptying of solids when compared to placebo," with marked prolongation of gastric emptying half-time. Even in this high-motility population, exenatide produced substantial slowing. The authors emphasized that this study represented the first demonstration of the persistence of marked slowing of gastric emptying at 30 days' treatment with exenatide, demonstrated by gold standard methods.

Baseline motility is also shaped by autonomic nervous system integrity. Nakatani and colleagues evaluated gastric and intestinal transit using capsule endoscopy in patients receiving liraglutide, stratified by the presence or absence of diabetic neuropathy. In patients without neuropathy, gastric and small-bowel transit times increased significantly after liraglutide administration. In contrast, in patients with diabetic neuropathy, gastric transit time often did not increase and sometimes decreased. The authors explained that in patients with diabetic neuropathy-associated dysautonomia, gastric emptying was already delayed before liraglutide administration, limiting the observable effect of additional GLP-1–mediated inhibition. Consistent findings were reported by Langmach Wegeberg and colleagues, who studied liraglutide in patients with type 1 diabetes and established polyneuropathy. They found that "26 weeks of liraglutide treatment did not induce changes in gastric emptying" or small-bowel transit time, further supporting the conclusion that pre-existing dysmotility constrains additional pharmacologic slowing.

Taken together, these studies demonstrate that baseline gastrointestinal motility fundamentally determines the magnitude and clinical expression of GLP-1–mediated gastric emptying delay. Variability in baseline motility therefore explains much of the heterogeneity observed across clinical trials and patient populations. Accordingly, the effects of GLP-1 and GLP-1 receptor agonists on gastric emptying are context dependent rather than uniform, reflecting interaction with underlying gastrointestinal physiology and neural integrity.

47

of gastric emptying; and 4) treatment with 5μg exenatide reduced prospective food consumption."

139.    Daniel Drucker, one of the pioneering scientists who was instrumental in the discovery and development of GLP-1s , published results of a clinical trial in 2008 using exenatide which included data on gastric emptying.[115] Gastric emptying was measured by paracetamol absorption tests in a subset of the 295 patients which revealed that "assessment of gastric emptying during the meal tolerance tests showed a significant slowing of paracetamol appearance in plasma for exenatide twice a day . . . whereas this effect was less pronounced with exenatide once a week." The authors concluded the "observations suggest repeated acute exposure to GLP-1R agonists might produce greater inhibition of gastric emptying than that seen with continuous GLP-1R activation."

140.    In 2008, a group of physicians from Houston published data on gastric emptying associated with exenatide in twelve subjects with type 2 diabetes.[116] Gastric emptying was measured using acetaminophen absorption studies. The results confirmed earlier studies, which Cervera summarized as follows "[o]n the basis of the plasma acetaminophen levels, which closely reflect the liquid component of the meal (1), 58% of the glucose retained in the splanchnic area could be accounted for by slowing of gastric emptying. This is not unexpected, since previous experiments with GLP-1 analogs and with exenatide have shown a close relationship between the plasma GLP-1 level and delayed gastric emptying."



Fig. 3. Mean plasma acetaminophen concentration during the 8-h period following mixed meal ingestion during CON (■) and EXE (▲) studies. There was a 58% decrease in mean plasma acetaminophen concentration during EXE (840 ± 135) vs. CON (1,995 ± 270) study. *$P < 0.001$. [117]

---

[115] Drucker DJ, Buse JB, Taylor K, et al. Exenatide once weekly versus twice daily for the treatment of type 2 diabetes: a randomised, open-label, non-inferiority study. *Lancet*. 2008;372(9645):1240-50.

[116] Cervera A, Wajcberg E, Sriwijitkamol A, Fernandez M, Zuo P, Triplitt C, Musi N, DeFronzo RA, Cersosimo E. Mechanism of action of exenatide to reduce postprandial hyperglycemia in type 2 diabetes. *Am J Physiol Endocrinol Metab*. 2008 May;294(5):E846-52. doi: 10.1152/ajpendo.00030.2008. Epub 2008 Mar 11. PMID: 18334612.

[117] Figure 3 taken from Cervera A, Wajcberg E, Sriwijitkamol A, Fernandez M, Zuo P, Triplitt C, Musi N, DeFronzo RA, Cersosimo E. Mechanism of action of exenatide to reduce postprandial hyperglycemia in type 2 diabetes. *Am J Physiol Endocrinol Metab*. 2008 May;294(5):E846-52. doi: 10.1152/ajpendo.00030.2008. Epub 2008 Mar 11. PMID: 18334612.

141.    In 2008, Ralph DeFronzo, a physician from Texas, published results of a clinical trial in conjunction with Eli Lilly and Amylin.[118] The results reported data from a "30-week, randomised, non-inferiority study compared a long-acting release formulation of exenatide 2 mg administered once weekly to 10 μg exenatide administered twice a day, in 295 patients with type 2 diabetes." The protocol also included that in "a subset of patients, rates of gastric emptying were assessed at baseline and at week 14 by determining plasma paracetamol concentrations over 5 h after a single oral dose (1000 mg; 2×500 mg tablets)." Results demonstrated that "exenatide slowed the rate of gastric emptying compared to sitagliptin treatment, which failed to demonstrate any effect on this parameter. Gastric emptying is more rapid in patients with type 2 diabetes. Hence, the slowing of gastric emptying with exenatide delays the absorption of glucose from the intestine into the circulation, contributing in part to lower postprandial glucose concentrations."



*Figure 5.  Postprandial plasma acetaminophen concentration (measure of gastric emptying) during the standard meal at baseline and after treatment with exenatide or sitagliptin*[119]

142.    Washington et al. reported the results of a series of experiments relating to the enteric nervous system of the GI tract in 2010. [120] The first experiment within this work evaluated

---

[118] DeFronzo RA, Okerson T, Viswanathan P, et al. Effects of exenatide versus sitagliptin on postprandial glucose, insulin and glucagon secretion, gastric emptying, and caloric intake: a randomized, cross-over study. *Curr Med Res Opin.* 2008;24(10):2943-52.

[119] Figure 5 taken from DeFronzo RA, Okerson T, Viswanathan P, et al. Effects of exenatide versus sitagliptin on postprandial glucose, insulin and glucagon secretion, gastric emptying, and caloric intake: a randomized, cross-over study. *Curr Med Res Opin.* 2008;24(10):2943-52.

[120] Washington MC, Raboin SJ, Thompson W, et al. Exenatide reduces food intake and activates the enteric nervous system of the gastrointestinal tract and the dorsal vagal complex of the hindbrain in the rat by a GLP-1 receptor. *Brain Res.* 2010;1344:124-33.

the effect of various intraperitoneal (i.p.) doses of exenatide on the intake of a 10% sucrose test diet in overnight food-deprived intact male Sprague Dawley rats. As Washington explained, "[s]ince, GLP-1 is a gut-brain peptide, we hypothesized that GLP-1, exendin-4 and exenatide may activate the enteric nervous system (ENS; myenteric and submucosal plexuses) of the gastrointestinal (GI) tract. This activation may stimulate the dorsal vagal complex (DVC) of the hindbrain by vagal and/or sympathetic afferents and evoke physiological functions of GLP-1 e.g., satiety. To determine this activation, the second and third experiments within this work will utilize immunohistochemical detection of Fos-like immunoreactivity (Fos-LI; a marker for neuronal activation) in the ENS and the DVC in response to exenatide." The authors interpreted the results as follows: "We found that 1) exenatide reduces the intake of a 10% sucrose test diet in genetically intact rats, 2) exenatide activates the enteric nervous system of the duodenum but not jejunum and ileum and 3) exenatide activates the areas of the dorsal vagal complex that regulate food intake."

143. In 2021, Kuwata et al. investigated "similarities and differences between the glucose-lowering mechanisms of ultralong- acting GLP-1RAs and short- and long-acting GLP-1RAs" in 18 Japanese patients.[121] The authors published results from "A single-arm, prospective, observational study was conducted to evaluate the effects of various GLP-1RAs on postprandial glucose excursion, secretions of insulin and glucagon as well as on the gastric emptying rate." The results revealed "[t]he GLP-1RA administration significantly delayed gastric emptying during [meal tolerance test]. The gastric emptying rate was delayed significantly by lixisenatide and by liraglutide at a much lesser degree but with statistical significance, while dulaglutide administration had little effect on gastric emptying during [meal tolerance test]. Kuwata concluded, "[t]here were significant differences in the effects of the three GLP-1RAs on insulin secretion and gastric emptying."

144. Inaishi continued evaluation of exenatide in Japanese patients in 2022.[122] Inaishi "evaluated the change in GV measured by CGM after switching from exenatide BID to exenatide QW, and its relation to gastric emptying and vascular endothelial function in Japanese patients with T2DM." Gastric emptying was measured by breath testing. Inaishi reported, "[t]he main

---

[121] Kuwata H, Yabe D, Murotani K, et al. Effects of glucagon-like peptide-1 receptor agonists on secretions of insulin and glucagon and gastric emptying in Japanese individuals with type 2 diabetes: a prospective, observational study. *J Diabetes Investig.* 2021;12(12):2162-71.

[122] Inaishi J, Saisho Y, Watanabe Y, et al. Changes in glycemic variability, gastric emptying and vascular endothelial function after switching from twice-daily to once-weekly exenatide in patients with type 2 diabetes: a subpopulation analysis of the twin-exenatide study. *BMC Endocr Disord.* 2022;22(1):20.

findings of this study were that (1) postprandial glucose levels measured by CGM increased after switching, which were correlated with accelerated gastric emptying, and (2) the increase in GV assessed by CGM was, however, modest and not statistically significant and there were no significant changes in vascular endothelial function as well as inflammation/oxidative stress markers after switching."  In short, "[i]n this study, gastric emptying was significantly accelerated after switching, in line with previous studies."

145.    In 2008, Helle Linnebjerg, in association with Eli Lilly, reported additional results in 17 patients with type 2 diabetes indicating baseline motility may also impact the effect of exenatide on gastric emptying delay.[123] Gastric emptying was measured using scintigraphy, the reason for which was described by the authors as follows: "Studies using the acetaminophen technique indicate that exenatide slows gastric emptying in both healthy subjects and subjects with type 2 diabetes. However, no studies have quantified the effect of exenatide (5 or 10 μg BID) on GE using scintigraphy, which is considered the "gold standard" technique and allows for concurrent measurement of GE of both solid and liquid meal components." The authors further considered that there "is a high prevalence of delayed GE and abnormal intragastric meal distribution in type 2 diabetes, particularly in those with autonomic neuropathy. More rapid GE has also been reported in patients with type 2 diabetes. It is not known whether the effects of exenatide on GE or intragastric meal distribution are dependent on autonomic nerve function or the baseline rate of GE." The results demonstrated "exenatide increased the lag time (T10) and slowed GE (T50) when compared with placebo for both the solid and liquid components." "In particular: 1) exenatide slowed GE of both solids and liquids; the magnitude of this slowing was marked, particularly when the baseline GE was relatively more rapid; 2) the effect of exenatide on GE did not appear to be influenced by cardiac autonomic function; 3) the dose-dependent suppressive effect of exenatide on postprandial glycemia was related to slowing of gastric emptying; and 4) treatment with 5μg exenatide reduced prospective food consumption." With respect to baseline motility and the conclusion that exenatide is likely to have a smaller effect on delay in patients with pre-existing delay, the authors note: "In those subjects who inherently had a slower GE during placebo treatment, the increase in $T_{50}$ during exenatide treatment was less, so that there was an inverse relationship between the magnitudes of change in GE after exenatide

---

[123] Linnebjerg H, Park S, Kothare PA, et all. Effect of exenatide on gastric emptying and relationship to postprandial glycemia in type 2 diabetes. *Regul Pept*. 2008;151(1-3):123-9.

treatment compared with the GE after placebo treatment. This is not surprising given that the converse has been established; i.e,. the magnitude of acceleration of GE by prokinetic drugs, such as cisapride, in diabetes tends to be greater when GE is slower."

146.    Baseline motility in patients was further evaluated by researchers at the Mayo Clinic who published data from an exenatide trial in 2015.[124] Twenty patients with accelerated gastric emptying were given exenatide twice daily vs placebo for 30 days. The protocol included measuring        gastric        emptying        of        solids        by        scintigraphy.



**Figure 2.** Effect of exenatide on gastric emptying in obese patients with previously documented accelerated gastric emptying ($P < 0.001$ for both [A] gastric emptying proportion at 1 h and [B] gastric emptying $T_{1/2}$). Data show median, IQR, and range. (C) Each individual's gastric emptying measurements at prior study on no treatment ("baseline") and on treatment in the current study are plotted. (D) The rate of gastric emptying per group. (E) An illustrative scintigraphic image of gastric emptying at 3 h in placebo versus exenatide, with stomach area demarcated in yellow.

[125]

147.    "Exenatide significantly delayed the gastric emptying of solids when compared to placebo ($P < 0.001$ for GE at 1 h and GE T1/2) (Fig. 2A, B). The proportion emptied from the stomach at 1 h was 12.4% (8–18.5) in the exenatide group versus 38.2% (26.6–42.1) in the placebo group, and the GE T1/2 was 187 min (141–240) in the exenatide group compared to 86 min (73–125) in the placebo group (Fig. 2C, D and Table 3). There was no significant difference in the placebo group compared to baseline."[126] Thus, even in patients with accelerated motility, exenatide led to a marked delay in emptying. The authors also evaluated persistence of effect and noted it

---

[124] Acosta A, Camilleri M, Burton D, et al. Exenatide in obesity with accelerated gastric emptying: a randomized, pharmacodynamics study. *Physiol Rep.* 2015;3(11):e12610.
[125] Figure 2 taken from Acosta A, Camilleri M, Burton D, et al. Exenatide in obesity with accelerated gastric emptying: a randomized, pharmacodynamics study. *Physiol Rep.* 2015;3(11):e12610.
[126] *Id.*

was the "first demonstration of the persistence of marked slowing of gastric emptying at 30 days' treatment with exenatide, demonstrated by gold standard methods, that is, radioscintigraphic emptying of a solid meal, in contrast to a prior study based on a paracetamol test (DeFronzo *et al.* 2008) that measures gastric emptying of liquids."

148.    In 2020, a group of Australian physicians, sponsored by AstraZeneca, published the results from a clinical trial involving 32 healthy patients after eight weeks of once weekly exenatide.[127]  Gastric emptying after ingesting solids and liquids was measured using scintigraphy. The rationale for the study was due to the recognized variability in baseline motility in diabetics, "gastric emptying, which exhibits a substantial inter-individual variation in healthy people and is frequently disordered in those with type 2 diabetes, is a major determinant of the glycaemic response to oral glucose, and carbohydrate-containing meals, in healthy people and those with type 2 diabetes, and that GLP-1 slows gastric emptying." The results of the experiment confirmed delay: "[t]he present study established that, after 8 weeks' administration, EXE once weekly slows gastric emptying of a solid/liquid meal substantially and that this is related to a delay in absorption of ingested glucose and a reduction in postprandial glycaemia in healthy people." The authors also noted the issue of baseline variability stating, "[w]e deliberately studied a cohort of healthy people to avoid the potential confounding effects of marked hyperglycaemia and autonomic neuropathy for a "proof-of-principle" study. The selection of participants aged >50 years was based on ethical restrictions relating to the use of scintigraphy in healthy participants; however, this also typically represents the age of people with type 2 diabetes usually studied in clinical trials and, therefore, does not represent a limitation. Our observations should, ideally, be confirmed in people with type 2 diabetes. Given that blood glucose concentrations will inevitably be higher and gastric emptying probably more variable in this group, the outcomes are likely to be stronger. It should also be appreciated that, in the present study, the lowering of glycaemia by EXE once weekly, albeit modest, may have led to an underestimate in the magnitude of the slowing of gastric emptying." Finally, with respect to tachyphylaxis, Jones observed "we and others have demonstrated that the slowing of gastric emptying by exogenous administration of GLP-1 is subject to "tachyphylaxis" with sustained exposure; for example in healthy people, the slowing of gastric emptying by GLP-1 after 8.5 h' and 24 h' administration, is diminished over time. These observations stimulated the

---

[127] Jones KL, Huynh LQ, Hatzinikolas S, et al. Exenatide once weekly slows gastric emptying of solids and liquids in healthy, overweight people at steady-state concentrations. *Diabetes Obes Metab.* 2020;22(5):788-97.

concept that short-acting GLP-1RAs lower postprandial blood glucose primarily by slowing gastric emptying and, hence, have a dominant postprandial effect, while long-acting GLP-1RAs may have minimal or no effect on gastric emptying with sustained administration as a result of tachyphylaxis, so that their glucose-lowering is preferentially preprandial, reflecting stimulation of insulin and suppression of glucagon." "We cannot exclude the possibility that the slowing of gastric emptying by EXE once weekly diminishes after 8 weeks, but this appears unlikely."[128]

---

[128] A recurring observation across studies of native GLP-1 and GLP-1 receptor agonists is that the magnitude of gastric emptying delay may diminish with continued or repeated receptor stimulation, a phenomenon commonly referred to as tachyphylaxis. In this context, tachyphylaxis refers to attenuation of the gastric emptying effect over time rather than complete loss of effect. The extent and clinical significance of this attenuation have been evaluated using acute infusion studies, short-term exposure studies, and longer-duration clinical trials, employing a range of gastric emptying measurement techniques.

Tachyphylaxis has been described as a reduction in the degree of gastric emptying delay during sustained exposure to GLP-1 or GLP-1 receptor agonists compared with the initial response. This concept has largely emerged from short-duration infusion studies and from studies using liquid-phase surrogate measures of gastric emptying. Differences in duration of exposure, pharmacokinetics, baseline motility, and assessment methodology are critical to interpreting findings related to tachyphylaxis.

Some of the earliest data cited in discussions of tachyphylaxis derive from acute GLP-1 infusion studies in healthy volunteers. Nauck and colleagues evaluated gastric emptying after two test meals administered during continuous GLP-1 infusion on a single day, using phenol red dye absorption. They reported that "GLP-1 significantly slowed gastric emptying after both test meals … but the degree by which gastric emptying was slowed was less prominent 120 min after meal ingestion with the second meal." Based on these findings, the authors concluded that "the delay in gastric emptying by GLP-1 is markedly attenuated during continued exposure to high GLP-1 concentrations," attributing this attenuation to tachyphylaxis at the level of vagal nervous activation.

Umapathysivam and colleagues extended this work by comparing acute, intermittent, and prolonged twenty-four-hour intravenous GLP-1 exposure, measuring gastric emptying by scintigraphy. They reported that all exposure paradigms delayed gastric emptying, but that the magnitude of delay was reduced during prolonged stimulation. Importantly, the authors stated that "with prolonged (~24 h) GLP-1 receptor stimulation, the slowing of gastric emptying compared with placebo was attenuated but not abolished." These studies establish that attenuation of effect can occur during continuous short-term exposure, particularly under experimental infusion conditions.

Tachyphylaxis has also been evaluated in studies of GLP-1 receptor agonists, which differ from native GLP-1 in half-life, receptor exposure pattern, and dosing frequency. Drucker and colleagues assessed gastric emptying in patients receiving exenatide twice daily versus once weekly, using paracetamol absorption testing. They observed that repeated acute exposure was associated with greater early gastric emptying delay, whereas continuous receptor activation with long-acting formulations showed reduced early-phase effects. The authors concluded that differences between short-acting and long-acting agents may reflect tachyphylaxis.

Jelsing et al., in conjunction with Novo Nordisk, studied the gastric emptying in rats after exposure to liraglutide and exenetide. Jelsing J, Vrang N, Hansen G, et al. Liraglutide: short-lived effect on gastric emptying -- long lasting effects on body weight. *Diabetes Obes Metab.* 2012;14(6):531-38. In rats, both liraglutide and exenatide inhibited gastric emptying rates. At 14 days, the gastric emptying delay with liraglutide was reduced, but still "dramatically reduced" for exenatide. "In the current study the effect of liraglutide and exenatide on GE were assessed only at study start and at termination 14 days later. Hence, we are not able to determine exactly when the effect wears off. However, as the effects of liraglutide on GE were markedly diminished following 14 days of dosing in the current study and also diminished in the acute study by Nauck *et al.*, it is possible that both mechanisms of tachyphylaxis and receptor

desensitization are involved in the process that leads to the marked reduction of the response in rats subjected to full 24-hGLP-1 receptor exposure."

Dejgaard *et al.* published the results of a randomized, placebo controlled liraglutide trial in 2016. Dejgaard TF, Frandsen CS, Hansen TS, et al. Efficacy and safety of liraglutide for overweight adult patients with type 1 diabetes and insufficient glycaemic control (Lira-1): a randomised, double-blind, placebo-controlled trial. *Lancet Diabetes Endocrinol.* 2016;4(3):221-232. The Danish physician received support from Novo Nordisk for the trial. Patients received 1.8 mg liraglutide for 24 weeks.  Gastric emptying was a secondary endpoint in the study which was assessed by a paracetamol absorption test following a liquid meal and weeks 0, 3 and 24.  The authors report "Gastric emptying of the meal (total AUC0–240min for plasma paracetamol) did not differ at baseline[] but was significantly affected by liraglutide treatment. Total AUC0–240min increased in patients who received liraglutide, and significant differences existed between groups after 3 weeks and 24 weeks of treatment. Time-to-peak of plasma paracetamol was initially shorter in patients who received placebo than in those who received liraglutide and, at 3 weeks of treatment, we noted that gastric emptying was significantly slower for patients treated with liraglutide than for those treated with placebo. Although emptying seemed to be faster with placebo, even at baseline, there was no significant difference between groups, except at 3 weeks of treatment (table 3)." "Gastric emptying was delayed after 3 weeks of treatment with liraglutide (19·9 min, 95% CI 0·8 to 39·0, p=0·0412), but we detected no difference after 24 weeks of treatment (–1·5 min, –20·5 to 17·6, p=0·8793)."

|  | Randomisation | | | Week 3 | | | Week 24 | | |
|---|---|---|---|---|---|---|---|---|---|
|  | Liraglutide | Placebo | Liraglutide vs placebo | Liraglutide | Placebo | Liraglutide vs placebo | Liraglutide | Placebo | Liraglutide vs placebo |
| Fasting plasma glucose (mmol/L) | 13·0 (10·5 to 15·5) | 14·4 (12·7 to 16·2) | –1·4 (–4·4 to 1·5) [0·3303] | 11·3 (9·2 to 13·3) | 12·4 (10·5 to 14·4) | –1·2 (–3·9 to 1·6) [0·3956] | 11·3 (9·2 to 13·3) | 12·4 (10·5 to 14·4) | –1·6 (–3·8 to 2·5) [0·6734] |
| Total AUC$_{0-240\,min}$ (mmol/L per 240 min) | | | | | | | | | |
| Postprandial plasma glucose | 4208 (3800 to 4616) | 4684 (4251 to 5117) | –476 (–1071 to 119) [0·1152] | 3987 (3579 to 4395) | 4311 (3878 to 4744) | –324 (–919 to 271) [0·2815] | 3668 (3259 to 4076) | 3942 (3509 to 4375) | –275 (–870 to 320) [0·3606] |
| Glucagon | 2382 (2017 to 2748) | 2583 (2195 to 2970) | –200 (–733 to 332) [0·4540] | 2031 (1665 to 2397) | 2310 (1922 to 2697) | –279 (–812 to 254) [0·2990] | 1872 (1507 to 2238) | 2280 (1892 to 2668) | –408 (–941 to 125) [0·1309] |
| GLP-1 | 3914 (3388 to 4441) | 3786 (3228 to 4344) | 129 (–639 to 896) [0·7387] | 3288 (2762 to 3814) | 3434 (2876 to 3992) | –146 (–913 to 621) [0·7050] | 3290 (2764 to 3817) | 3557 (2999 to 4115) | –266 (–1034 to 501) [0·4899] |
| Plasma paracetamol | 17·6 (15·9 to 19·2) | 15·9 (14·1 to 17·7) | 1·7 (–0·8 to 4·1) [0·1750] | 18·3 (16·7 to 20·0) | 15·7 (13·9 to 17·4) | 2·7 (0·2 to 5·1) [0·0332] | 18·5 (16·8 to 20·1) | 15·4 (13·6 to 17·2) | 3·1 (0·6 to 5·5) [0·0152] |
| Plasma paracetamol time to peak (min) | 95·0 (81·9 to 108·1) | 79·1 (65·2 to 92·9) | 15·9 (–3·1 to 35·0) [0·1002] | 103·3 (90·2 to 116·4) | 83·4 (69·6 to 97·3) | 19·9 (0·8 to 39·0) [0·0412] | 84·2 (71·1 to 97·3) | 85·6 (71·7 to 99·5) | –1·5 (–20·5 to 17·6) [0·8793] |

Data are mean (95% CI) or mean (95% CI) [p value] for between-group differences. AUC=area under the curve.

**Table 3:** Meal test results

Longer-duration clinical trials using gold-standard measurements of solid gastric emptying provide additional information regarding persistence of effect over weeks to months. Halawi and colleagues measured gastric emptying of solids by scintigraphy at five and sixteen weeks in patients receiving liraglutide. They reported that "there was still significant delay in gastric emptying of solids at 16 weeks of treatment," despite a reduction in magnitude compared with earlier measurements. Maselli and colleagues similarly assessed solid gastric emptying using scintigraphy over sixteen weeks of liraglutide treatment. They observed that although the effect on gastric emptying half-time was reduced at sixteen weeks compared with five weeks, "there was still significant delay in GES T1/2 at 16 weeks." A post-hoc analysis reported that liraglutide was associated with significant gastric emptying delay in a subset of patients early in treatment, with normalization in some patients over time, while delay persisted in others at sixteen weeks, highlighting inter-individual variability in the degree of attenuation.

The extent to which tachyphylaxis is observed varies substantially by measurement methodology. Studies using paracetamol absorption testing, which primarily reflects liquid gastric emptying and early-phase kinetics, frequently demonstrate attenuation or apparent absence of effect at later time points. In contrast, studies using radioscintigraphy

**Liraglutide**

149.    In 2011, Novo Nordisk published results of a short-term study in type 2 diabetic patients receiving liraglutide over three weeks.[129] Gastric emptying was measured using acetaminophen absorption testing. "Compared with placebo, estimates of paracetamol $AUC$0-1 h and $C$max were significantly lower (by 43% and 30% for $AUC$0-1 h, and 31% and 23% for $C$max) at the two higher liraglutide doses (1.2 and 1.8 mg, respectively), indicating a delay in gastric emptying with liraglutide during the early phase after the breakfast meal. There was no significant delay with liraglutide 0.6 mg."

150.    In 2012, Michael Horowitz, in conjunction with Novo Nordisk, reported measurements of gastric emptying after liraglutide treatment in subjects with type 2 diabetes.[130] Gastric emptying was measured using the paracetamol absorption test.  The authors reported the "[a]nalysis of paracetamol profiles indicated slowing of gastric emptying with liraglutide vs both placebo and glimepiride, primarily during the first hour after the meal."  Horowitz concluded, "[i]n the present study, slowing of gastric emptying by liraglutide occurs despite a reduction in blood glucose, which would otherwise favour more rapid gastric emptying and an increase in hunger. GLP-1 also plays a physiological role in the regulation of gastric emptying.  Both liraglutide and exenatide have in short-term studies been shown to slow gastric emptying."

151.    In 2014, van Can *et al.* reported a study involving 49 patients evaluating liraglutide vs. placebo.[131] Gastric emptying was measured using a paracetamol absorption test.  "The primary aim of the present trial was to compare the effects of liraglutide 1.8 and 3.0 mg, the maximum approved dose in treatment of type 2 diabetes and the intended clinical dose in weight management, respectively, on gastric emptying in obese individuals without T2DM, with the focus on demonstrating equivalence between the two doses over a 5-h period, in order to support that no

---

or stable isotope breath testing to assess solid gastric emptying more often demonstrate persistent delay, albeit reduced in magnitude.

[129] Flint A, Kapitza C, Hindsberger C, Zdravkovic M. The once-daily human glucagon-like peptide-1 (GLP-1) analog liraglutide improves postprandial glucose levels in type 2 diabetes patients. *Adv Ther*. 2011 Mar;28(3):213-26. doi: 10.1007/s12325-010-0110-x. Epub 2011 Feb 17. PMID: 21340616.

[130] Horowitz M, Flint A, Jones KL, et al. Effect of the once-daily human GLP-1 analogue liraglutide on appetite, energy intake, energy expenditure and gastric emptying in type 2 diabetes. *Diabetes Res Clin Pract.* 2012;97(2):258-66.

[131] van Can J, Sloth B, Jensen CB, et al. Effects of the once-daily GLP-1 analog liraglutide on gastric emptying, glycemic parameters, appetite and energy metabolism in obese, non-diabetic adults. *Int J Obes (Lond).* 2014;38(6):784-93.

dose adjustment of concomitantly administered oral medications would be required during treatment with liraglutide 3.0 mg." "[T]his study confirmed equivalence between liraglutide 1.8 and 3.0mg with respect to gastric emptying over 5 h in obese individuals without T2DM. Although no treatment differences were observed over 5 h, both liraglutide doses delayed gastric emptying in the first hour of the meal, though only 3.0mg reached statistical significance."

152.    In 2014, Nagai et al reported results of a study to "clarify the range of effects of liraglutide on gastric emptying, as well as its influence on plasma glucose and insulin levels in Japanese patients with type 2 diabetes."[132]  Gastric emptying was measured using a breath test. According to Nagai, "Our preliminary data revealed that liraglutide treatment had no effect on gastric emptying in some patients (Two of four patients showed<3min of the increase in $T_{lag}$). We hypothesized that there may be two patterns of the change in gastric emptying due to liraglutide treatment, with emptying either being delayed (delayers) or not delayed (non-delayers)."  The results demonstrated, "According to the response of gastric emptying to liraglutide therapy, the 16 patients were divided into 7 delayers and 9 non-delayers."  This led the authors to speculate, "Nauck et al. reported that the extent of the delay in gastric emptying induced by liraglutide diminishes over time as a result of tachyphylaxis. Thus, the different response of delayers and non-delayers could represent a difference in the tachyphylaxis of gastric emptying to liraglutide treatment. Another possibility is that the non-delayers already had delayed gastric emptying at baseline, which may lead to variation in the gastric response to liraglutide, because the slowing of gastric emptying by GLP-1 and the GLP-1 agonist, exenatide and lixisenatide has been shown to be dependent on the baseline rate of emptying. However, it should be noted that the maximum dosage of liraglutide employed in Japan (0.9mg daily) is much lower than that used in western countries, so it would be interesting to examine whether the gastric emptying of non-delayers is altered by higher doses."

153.    In 2017, Houssam Halawi and a group of physicians from the Mayo Clinic published results of "a double-blind, placebo-controlled, parallel-group pilot study of once-daily, subcutaneous liraglutide or placebo for a total treatment period of 16 weeks." [133] Halawi described "the primary endpoint of this study was …. the effects of liraglutide treatment on gastric emptying.

---

[132] Nagai Y, Hashimoto E, Oikawa R, et al. Differing effects of liraglutide on gastric emptying in Japanese patients with type 2 diabetes. *Diabetes Obes Metab.* 2014;16(6):573-76.

[133] Halawi H, Khemani D, Eckert D, et al. Effects of liraglutide on weight, satiation, and gastric functions in obesity: a randomised, placebo-controlled pilot trial. *Lancet Gastroenterol Hepatol.* 2017;2(12):890-99.

Change in gastric emptying (delay relative to baseline) of solids T1/2 (time taken for half the radiolabelled meal to empty from the stomach) was the primary endpoint, measured at 5 weeks and 16 weeks." The results revealed "Liraglutide had a significant effect on change (delay relative to baseline) in gastric emptying T1/2 of solids at 5 weeks (median 70 min [IQR 32 to 151]) compared with placebo (4 min [–21 to 18]; $p<0\cdot0001$; figure 3). Similarly, at 16 weeks, median change (relative to baseline) in gastric emptying T1/2 of solids was $30\cdot5$ min ($-11\cdot0$ to $54\cdot0$) in the liraglutide group, which was significantly slower than placebo (–1 min [–19 to 7]; $p=0\cdot025$; figure 3)." Halawi states, "[t]his randomised, controlled pilot trial has shown that, in obesity, liraglutide ($3\cdot0$ mg daily) delays gastric emptying of solids, with persistent delay at 16 weeks of treatment." With respect to tachyphylaxis, Halawi noted "there was still significant delay in gastric emptying of solids at 16 weeks." The authors also note some of the limitations in earlier studies to acknowledge some of the inconsistencies in data as follows:

> Previous reports showed inconclusive evidence of the effect of liraglutide on gastric emptying, which may have reflected lower doses tested, shorter duration of treatment, heterogeneous patient groups (eg, type 1 or 2 diabetes, healthy controls, obese and non-diabetic groups), different sample sizes, insufficient statistical power to detect differences, and different methods used to assess the effect of liraglutide on gastric emptying. In fact, most previous studies relied on the acetaminophen method, which reflects predominantly the gastric emptying of liquids, since the drug dissolves in the stomach, empties with the liquid phase of the meal, and is completely absorbed in the small intestine within 5 h of ingestion. It is thus expected that the observed effect of liraglutide was evident only in the first hour after administration of the drug. Others found no effect of liraglutide on gastric emptying of solids using the 13C-octanoate breath test and a 969 kcal meal with 65% fat.26 This extremely high fat and calorie content may itself considerably delay gastric emptying. Another study in people with type 2 diabetes showed no effect of liraglutide ($0\cdot9$ mg/day) on gastric emptying of liquids measured by the 13C-acetate

154.    Following this analysis, Halawi concludes "12 weeks of daily administration of liraglutide, at 3.0 mg, after standard weekly dose escalation by 0.6 mg/week, combined with brief counselling led to significant weight loss, significant delay of gastric emptying of solids, and increased satiation compared with placebo. There was persistent slowing of gastric emptying of solids at 16 weeks of treatment, despite tachyphylaxis."

155.    In 2017, Nakatani and a group of Japanese colleagues evaluated intestinal motility in patients with exposure to a GLP-1 receptor agonist. In this experiment, "capsule endoscopy

was performed before and after liraglutide administration to investigate its influence on gastric emptying and motility of each gastrointestinal region.[134] Of note, "differences in the effects of liraglutide on gastrointestinal motility and residue rates due to [diabetic neuropathy] were also investigated."  The results demonstrated differences in the groups.  With respect to gastric transit time, "[f]or all our study patients (n = 14), the gastric transit time was 1:11:53 ± 1:03:17 h before liraglutide and 1:43:36 ± 1:40:46 h after administration; while this difference was not significant (P = 0.16), the time tended to increase. When this finding was investigated according to the presence or absence of DN, the DN group (n = 7) had a gastric transit time of 1:12:36 ± 1:04:30 h before liraglutide and 0:48:40 ± 0:32:52 h after liraglutide; while this difference was not significant (P = 0.19), gastric transit time tended to be decreased, as noted in four of the seven cases. In contrast, in the group without DN (n = 7), gastric transit time was 1:01:30 ± 0:52:59 h before liraglutide and 2:33:29 ± 1:37:24 h after its administration, exhibiting a significant time increase (P = 0.03), noted in six of the seven cases." The same was true for duodenal-intestinal transit time. "The duodenal–small bowel transit time for all patients (n = 14) was 4:22:09 ± 1:28:50 h before liraglutide and 6:55:53 ± 2:50:49 h after administration, demonstrating a significant increase (P = 0.01).When these results were investigated according to the presence or absence of DN, transit time in the DN group was 4:10:34 ± 0:25:54 h before liraglutide and 6:38:42 ± 3:52:42 h after liraglutide; although this showed an increased transit time, the difference was not significant (P = 0.09), and was noted in five of the seven cases. In contrast, the duodenal–small bowel transit time in the group without DN was 3:51:03 ± 0:53:47 h before liraglutide and 6:45:31 ± 2:41:36 h after administration, demonstrating a significant increase in duodenal–small bowel emptying time (P = 0.03), which was noted in six of the seven cases. Duodenal–intestinal transit times and changes from baseline are shown in Fig. 3" Gastrointestinal transit time also showed differences, "For all patients (n = 14), this was 5:17:32 ± 1:15:42 h before liraglutide and 8:18:14 ± 2:45:32 h after liraglutide, thus showing a significant increase (P = 0.04). When investigated according to the presence or absence of DN, gastrointestinal transit time in the DN group (n = 7) was 5:57:07 ± 1:23:25 h before liraglutide and 7:33:39 ± 3:04:26 h after liraglutide – a nonsignificant difference (P = 0.07), albeit with a tendency towards an increase, as noted in six of the seven cases. This transit time in the group without DN (n = 7) was 4:52:34 ± 0:36:00 h before liraglutide and 9:19:01

---

[134] Nakatani Y, Meda M, Matsumura M, et al. Effect of GLP-1 receptor agonist on gastrointestinal tract motility and residue rates as evaluated by capsule endoscopy. *Diabetes Metab*. 2017; 43(5):430437.

± 2:45:41 h after its administration, demonstrating a significant time extension (P = 0.004) that was noted in all seven cases. Gastrointestinal transit times and changes from baseline are shown in Fig. 4." In discussing these results, Nakatani reported "the present study demonstrated that liraglutide inhibited not only gastric emptying, but also emptying of the duodenum and small intestine, too".  In describing the results in a more detailed analysis as to the patients with diabetic neuropathy, Nakatani reported "after analysis of each region separately, no increase in gastric transit time by liraglutide was observed in patients with DN, a phenomenon that may be due to several reasons. In patients with DN-associated dysautonomia, gastric emptying was already delayed before liraglutide administration due to the effects of reduced gastric dilatation in the proximal gastric region, less promotion of gastric emptying in the distal gastric region and more pyloric motor activity in the pyloric region." The same held true in the intestine, "Our findings in the duodenum and small intestine were like those in the stomach: duodenal–small bowel transit time was extended regardless of the presence or absence of DN. In the group with DN, liraglutide increased transit time by 2:28:08 h, although the difference between before and after was not significant. In the group without DN, transit time was extended by 2:54:28 h, more than in the DN group, and the difference between before and after was significant. This may have been due to the liraglutide-induced promotion of sympathetic nervous system activity."  Nakatani concludes, "Liraglutide exhibited gastric-emptying delaying effects, as reported previously. However, the drug also inhibited duodenal and small bowel movements at the same time.  However, these gastrointestinal motility-inhibiting effects may be decreased or even absent in patients with DN-associated dysautonomia."

156.    In 2020, Quast et al, investigated "the effects of a short- and a long-acting GLP-1 RA (lixisenatide and liraglutide, respectively) on gastroesophageal reflux, esophageal motility, gastric emptying, and gastric acid secretion were compared over 10 weeks of treatment."[135]  The results demonstrated, "After 10 weeks of treatment, gastric emptying was significantly delayed with lixisenatide (P , 0.0001) and liraglutide (P , 0.0002). Gastric emptying half-time was delayed, with a mean ±SEM increaseby25 ±10min (P=0.025) in the liraglutide group and by 52 ± 17 min (P = 0.0065) in the lixisenatide group."

---

[135] Quast DR, Schenker N, Menge BA, et al. Effects of lixisenatide versus liraglutide (short- and long-acting GLP-1 receptor agonists) on esophageal and gastric function in patients with type 2 diabetes. *Diabetes Care.* 2020;43(9):2137-45.

157.    Hompesch et al. published results in 2021 of a "phase Ib clinical trial was to evaluate the effects of efpeglenatide QW and once-monthly (QM) doses on gastric emptying compared with those of liraglutide QD." [136] In evaluating the results, which showed, "Non-inferiority was not established for efpeglenatide 16 mg QM at peak/steady state, indicating less of an effect on gastric emptying compared with liraglutide", the authors also noted, "It has been suggested that the difference between short-acting and long-acting GLP-1 RAs on gastric emptying may be due to tachyphylaxis. As a long-acting GLP-1 RA, efpeglenatide might therefore be expected to have negligible effects on gastric emptying. However, in a study quantifying gastric emptying based on the time taken for half of a radiolabeled meal to leave the stomach, the long-acting GLP-1 RA, liraglutide, was associated with delays in gastric emptying of up to 70 min. This could indicate that the effects of long-acting and short-acting GLP-1 RA on gastric emptying may differ depending on whether the liquid or the solid phase contents of the stomach are assessed. Therefore, it may be of interest to further assess the impact of efpeglenatide on the gastric emptying of solids. The present study suggests that while efpeglenatide 6 mg QW was associated with a delay in gastric emptying versus placebo, it did not lead to an increased delay in gastric emptying versus liraglutide."

158.    In a 2022 study, Maselli et al. report the results of a study of a "double-blind, placebo-controlled, parallel-group trial of once daily, SQ liraglutide 3 mg or placebo (1:1) for a total treatment period of 16 weeks." [137] "Time to half gastric emptying of solids (GES T1/2) was the primary end point for analysis during the 5- and 16-week treatment periods." Gastric emptying was assessed using scintigraphy. "Our findings confirm that liraglutide slows gastric emptying, in contrast to prior studies that have used suboptimal measurements based on acetaminophen test or gastric emptying of liquids, which have notably different rates of emptying compared with solids in a stomach with an intact pylorus." In discussing prior reports of tachyphylaxis with the drugs, Maselli notes, "Although GES T1/2 correlated with concurrent weight loss at both 5 and 16 weeks, there was reduced effect on GES T1/2 with liraglutide at 16 weeks compared with 5 weeks. This is consistent with tachyphylaxis in the effect on GES as previously described with GLP-1. This

---

[136] Hompesch M, Kang J, Han O, et al. Effects of efpeglenatide versus liraglutide on gastric emptying, glucose metabolism and beta-cell function in people with type 2 diabetes: an exploratory, randomized phase Ib study. *BMJ Open Diabetes Res Care.* 2021;9(1):e002208.

[137] Maselli D, Atieh J, Clark MM, et al. Effects of liraglutide on gastrointestinal functions and weight in obesity: a randomized clinical and pharmacogenomic trial. *Obesity* (2022); 30: 1608-20.

phenomenon reflects continuous activation of the GLP-1 receptor by the long-acting GLP-1 receptor agonist, leading to tolerance.  Nevertheless, there was still significant delay in GES T1/2 at 16 weeks, and weight loss continued from 5 to 16 weeks, suggesting a durable treatment effect from liraglutide even with diminished perturbation in gastric motor functions related to appetite." This was the first evidence of long-term evaluation of a GLP-1 agonist by scintigraphy at 16 weeks and it demonstrated a continued effect on gastric emptying at the end time point.   Camilleri published a letter in 2024 that described "a post-hoc, follow-on analysis of the same GE data (1): Among 67 patients treated with liraglutide, we estimated the risk of delayed GE in the first 5 weeks and likelihood of improvement over the subsequent 11 weeks."[138]  Camilleri reported  "liraglutide is associated with significant GE delay in 57% (39/67) of patients with obesity, but tachyphylaxis restores normal GE in 19/39, so that GE delay is persistent in 30% at 16 weeks. The factors predisposing to such delay and for its spontaneous resolution remain unclear.

159.    Jhony Gusmao-Nascimento, a Brazilian researcher, recently reported the results of administration of liraglutide to rats which confirm some of the early work using native GLP-1.[139] Gusmao-Nascimento reported the "study aims to investigate the effects of Liraglutide on metabolism, gastrointestinal morpho-functional motility and inflammatory gut cytokines in a rat model of obesity."  The reported results "showed a significant increase in the gastric emptying time for Liraglutide-treated rats at 1200 μg/kg/day (Figure 2A), as well as a clear decrease in the amplitude of the gastric contractions (Figure 2B). Moreover, Liraglutide treatment changed the frequency of gastric contractions at the end of the experiments (Figure 2C)."  The authors noted "[o]ur data showed that slower gastric emptying time was accomplished by a decrease in the amplitude of gastric contractions for high-dose treatment.  As assessed in human studies, liraglutide has delayed gastric emptying and diminished small intestine motility, hence leading to increased transit time."

160.    A recent study by Coutinho *et al*., evaluates how liraglutide affects gastric electrical rhythms, showing that GLP-1 receptor activation can temporarily disrupt normal gastric slow-wave patterns. [140]  "A novel clinical test that measures gastric electrical function, called body

---

[138] Camilleri M, Carlson P, Dilmaghani S. Prevalence and variations in gastric emptying delay in response to GLP-1 receptor agonist liraglutide. *Obesity (Silver Spring)*. 2024;32(2):232-233.
[139]Gusmão-Nascimento JW, Cruz DMN, Gama LA, et al. Liraglutide modulates morpho-functional and inflammatory gastrointestinal responses in rats. *Eur J Clin Invest*. 2024;54(2):e14112.
[140] Coutinho, S., Varghese, C., Buenz, E., Calder, S., Gharibans, A., O'Grady, G., Daker, C., Andrews, C. N., & Alimetry Consortium (2025). Glucagon-like Peptide-1 Agonist Liraglutide Induces Temporary Impairment to Gastric

surface gastric mapping (BSGM), can subtype myoelectrical dysfunctions more specifically than gastric emptying scintigraphy." This test was used to assess "the impact of the GLP-1 agonist liraglutide on BSGM and gastric emptying breath testing (GEBT) to define the nature and reversibility of gastric dysfunction." The test results reported "[t]wenty participants (mean age, 36 ±10 years; 14 female [70%]) completed the trial. The mean BMI was 30.9 kg/m2 (standard deviation, 3.9 kg/m2) at baseline. All subjects had normal gastric amplitude (a measure of gastric slow wave voltage, corrected for BMI) at baseline. Amplitude decreased while on drug (median, 36 µV at baseline vs 30.8 µV on drug; $P$ =.024) compared with baseline (Figure 1)." The authors also reported "Liraglutide significantly delayed gastric emptying (mean T1/2: 82 vs 134.1 minutes; $P$ <.001), with 15 of 20 (75%) slowed beyond normal cutoff for the GEBT (Supplementary Figure 1*A*). Emptying did not correlate with symptoms (r =0.02; $P$ =.93) (Supplementary Figure 1*B*). The delay in gastric emptying was also independent of the effect on gastric amplitude (r =□0.07; $P$ =.8) (Supplementary Figure 1*C*). This was also confirmed by mixed-effects models (ß, □0.47; 95% confidence interval, □2.43 to 1.49; $P$ =.6) (Supplementary Figure 1*D*)." Further, the authors report the "study provides mechanistic insights into the effect of GLP-1 agonists on gastric physiology using noninvasive BSGM technology. Consistent with prior literature, liraglutide significantly delayed gastric emptying. However, the findings of altered gastric myoelectrical activity with decreased electrical amplitude in most participants, as well as a small proportion (15%) progressing to a neuromuscular dysfunction pattern, are novel." Finally, "[t]he observed dissociation suggests that GLP-1 agonists exert their effects not only by reducing gastric smooth muscle contractions but also by increasing pyloric tone, as previously shown using antroduodenal manometry."

### Semaglutide

161.    In 2017, Julie Hjerpsted from Novo Nordisk reported the results of a "randomized, double-blind, 2-period, placebo-controlled, crossover study (NCT02079870, EudraCT no. 2013-000012-24)."[141] Gastric emptying was measured using a paracetamol test. Hjerpsted reported, "As assessed by paracetamol concentrations, gastric emptying during the first hour, following the

---

Electrical Activity in Healthy Volunteers. *Clinical gastroenterology and hepatology : the official clinical practice journal of the American Gastroenterological Association*, S1542-3565(25)00641-X. Advance online publication. https://doi.org/10.1016/j.cgh.2025.07.027.

[141] Hjerpsted J B, Flint A, Brooks A, Axelsen M B, et al. Semaglutide improves postprandial glucose and lipid metabolism, and delays first-hour gastric emptying in subjects with obesity. Diabetes Obes Metab. 2018;20(3):610-619. doi: 10.1111/dom.13120.

standardized carbohydrate-rich breakfast, was 27% lower with semaglutide, compared with placebo (AUC$_{0-1h}$ ETR: 0.73 [95% CI: 0.61, 0.87]; P = .0012)." The results show evidence of delay that narrowed over time, which the authors recognized noting "[i]n our study, after 12 weeks of treatment, there was no statistically significant difference between semaglutide and placebo for the overall rate of postprandial gastric emptying." However, the authors note the limitation of using paracetamol absorption methods in the study as it is indirect, "We used the paracetamol absorption test to measure the rate of gastric emptying. Although it provides an indirect estimation of gastric emptying, this technique is reported to correlate generally well with scintigraphy."

162.    In 2021, Dahl and colleagues from Novo Nordisk reported the results of a "randomized, double-blind, single-centre, crossover trial, subjects with T2D received once-daily oral semaglutide (escalated to 14 mg) followed by placebo, or vice versa, over two consecutive 12-week periods"[142] The authors described the protocol where "[g]astric emptying was assessed on day 3 using the paracetamol absorption technique."  "After the standard lunch, absorption of paracetamol was 31% lower in the first hour after the meal with oral semaglutide versus placebo (ETR, 0.69; 95% CI, 0.54, 0.87; p = .0050) but was not significantly different over 5 h[ours]". The effect in this study was limited to one day and two time points. The authors conclude, "[w]e found that oral semaglutide delayed gastric emptying during the first hour compared with placebo, but total paracetamol absorption over 5 h after ingestion was unchanged; similar findings have been reported with s.c. semaglutide in subjects with obesity (referring to Hjerpsted 2017)."

163.    In 2022, Novo Nordisk published additional pharmacokinetic data on semaglutide.[143] The authors describe paracetamol absorption testing as follows: "paracetamol is poorly absorbed in the stomach[] but rapidly absorbed in the proximal intestine. Paracetamol per se does not affect gastric motility and it is well tolerated with limited side effects. Given the permeability properties and high solubility of paracetamol, GER becomes the rate limiting step for systemic absorption. These characteristics qualify paracetamol as a pharmacological marker for quantification of GER, also known as the paracetamol absorption tests." However, the authors also acknowledge prior testing on semaglutide in that "[b]ased on the paracetamol absorption test, it was concluded that gastric emptying during the first hour was 27% lower with semaglutide,

[142] Dahl K, Brooks A, Almazedi F, et al. Oral semaglutide improves postprandial glucose and lipid metabolism, and delays gastric emptying, in subjects with type 2 diabetes. *Diabetes Obes Metab.* 2021;23(7):1594-1603.
[143] Langeskov E, Kristensen K. Population pharmacokinetic of paracetamol and atorvastatin with co-administration of semaglutide. *Pharmacol Res Perspect.* 2022;10(4):e00962.

compared with placebo [AUC0-1h]. Furthermore, no significant alteration in the area under the concentration-time curve measured for 5 h [AUC0-5h] was observed between paracetamol administered alone or with semaglutide. Finally, there were no relevant clinical concerns when oral paracetamol was co-administered with semaglutide. However, no attempt was made to describe the effect of delayed gastric emptying on primary oral PK model parameters such as absorption rate constant (ka), and GER was not quantified." As a result, the authors used pharmacokinetic modeling to "to quantify the effects of delayed gastric emptying caused by semaglutide on absorption parameters of paracetamol and atorvastatin, and to quantify the gastric emptying rate." The authors report "a difference of five min absorption delay of T50 when comparing placebo vs. semaglutide co-administration, suggesting that effect from delayed GER by semaglutide on paracetamol absorption rate is not clinically relevant. These findings of only a five minutes absorption delay on paracetamol treatment vs placebo treatment at semaglutide steady state seem to comply with the suggested tachyphylaxis from other studies arising from GLP-1 analogues with a diminish effect on GER over time."

164.    There are two studies published in 2021 that evaluated semaglutide any long-term effects to the delay in gastric emptying using paracetamol absorption testing and determine the effect on delay wanes over time. Friedrichsen et al investigated "the effects of once-weekly subcutaneous (s.c.) semaglutide 2.4 mg on gastric emptying, appetite, and energy intake in adults with obesity."[144] In this study, patients gastric emptying was measured using paracetamol absorption following a standardized breakfast. The authors concluded, "[t]here was no evidence of delayed gastric emptying at week 20, assessed indirectly via paracetamol absorption." However, the results indicated "[t]he $AUC_{0-5h,para}$ was 8% higher in the s.c. semaglutide 2.4 mg group compared with the placebo group at week 20 (estimated treatment ratio [ETR] 1.08; P = 0.0054)." The authors then did a post hoc analysis and adjusted for body weight in order to conclude the difference in AUC was no longer statistically significant. In 2024, researchers from Novo also reported the results of a similar study using oral semaglutide. Gabe et al., reported results in a twenty-week study in patients where gastric emptying was a "supportive secondary

---

[144] Friedrichsen M, Breitschaft A, Tadayon S, Wizert A, Skovgaard D. The effect of semaglutide 2.4 mg once weekly on energy intake, appetite, control of eating, and gastric emptying in adults with obesity. Diabetes Obes Metab. 2021 Mar;23(3):754-762. doi: 10.1111/dom.14280. Epub 2021 Jan 3. PMID: 33269530; PMCID: PMC7898914.

endpoint".[145] "Gastric emptying was evaluated using the paracetamol absorption technique following a standardized breakfast at baseline and week 20." The authors reported "No statistically significant differences in the paracetamol absorption variables (i.e. Cmax, AUC0-1h,para and AUC0-5h,para) were observed between the oral semaglutide 50-mg and placebo groups in this study, suggesting there was no delay in gastric emptying following QD oral semaglutide 50-mg treatment at week."  Recognizing this was inconsistent with prior research, Gabe acknowledged it as follows: "Conversely, a 13-week study using scintigraphy to assess gastric emptying showed that s.c. semaglutide 1 mg resulted in gastric retention over a period of 4 hours in a cohort of women with obesity and polycystic ovary syndrome. It is unknown whether these differences reflect the different methodologies used to assess gastric emptying or if they are related to other differences in study design (e.g. the different dose-escalation procedure) or the enrolled participant population. Our results are consistent with another 20-week study, which showed no significant effect of QW s.c. semaglutide 2.4 mg on any paracetamol variables, indicating no effect on gastric emptying." (referencing Friedrichsen).

## Dulaglutide

165.    In 2011, Barrington *et al.*, a group of researchers from Eli Lilly, reported results of a "phase 1b, multi-center, placebo-controlled, subject and investigator-blind adaptive study performed in males and females between the ages of 30 and 65 with type 2 diabetes."[146]  "Gastric emptying was assessed by following the absorption of acetaminophen into plasma following a single dose (480 mg) of acetaminophen elixir given with test meals on day −1 and at maximum drug concentration on day 3."  Little data is reported on gastric emptying, as it was not a primary endpoint of the study.  The authors report "Comparison of acetaminophen PK given with the solid test meal on day −1 and 3 was used to assess the effect of LY on gastric emptying rate. Reductions in acetaminophen exposure [$C$max and AUC$(0–12)$] ranged from 10 to 60%. A statistically significant ($p < 0.01$) difference in the change from baseline in the least square mean ratio of pre- to post-dose acetaminophen PK parameters relative to placebo was detected at the 5 mg dose for

[145] Gabe MBN, Breitschaft A, Knop FK, Hansen MR, Kirkeby K, Rathor N, Adrian CL. Effect of oral semaglutide on energy intake, appetite, control of eating and gastric emptying in adults living with obesity: A randomized controlled trial. Diabetes Obes Metab. 2024 Oct;26(10):4480-4489. doi: 10.1111/dom.15802. Epub 2024 Jul 31. PMID: 39082206.

[146] Barrington P, Chien JY, Showalter HDH, et al. A 5-week study of the pharmacokinetics and pharmacodynamics of LY2189265, a novel, long-acting glucagon-like peptide-1 analogue, in patients with type 2 diabetes. *Diabetes Obes Metab.* 2011;13(5):426-33.

both $C$max (relative change of 0.41; 90% CI: 0.31, 0.53) and AUC$(0–12)$ (relative change of 0.52; 90% CI: 0.44, 0.62). The maximum average delay in acetaminophen $t$max was approximately 1.5 h, with a statistically significant difference observed in the change in the least squares mean ratio of pre- to post-dose measurements of $t$max relative to placebo for the 8 mg dose of LY (relative change of 2.31; 90% CI: 1.28, 4.18)."   Nevertheless, the authors noted "this study did not show a clear effect of LY on glucagon secretion or gastric emptying."

166.    In a 2014 poster presentation, Longhin *et al.* evaluated gastric emptying in patients with type 2 diabetes using a multiple-dose scintigraphy study.[147] The study was four weeks in duration.  Gastric emptying was delayed in patients receiving dulaglutide, with the reported results of "GE delay was approximately 2 hours, with a mean delay in t50 from 1.72 hours on Day 3 (after placebo administration) to 3.77 hours on Day 10 (after the first dulaglutide dose)." The authors further concluded "[a]lthough statistically significant delays in GE compared to baseline were observed in patients administered 4 once-weekly doses of dulaglutide 1.5 mg, the effect showed a trend to decrease with each subsequent dose, suggesting a potential tolerance to the effect." The results of the study are reproduced below.

**Table 2. Statistical Analysis of Derived Scintigraphy Parameters**

| Treatment | Day | Geo LS Mean (90% CI)\nAUC (%.h) | Ratio of Geo LS Means : Day 3 (90% CI)\nAUC (%.h) | Geo LS Mean (90% CI)\n$t_{50}$ (h) | Ratio of Geo LS Means : Day 3 (90% CI)\n$t_{50}$ (h) |
|---|---|---|---|---|---|
| Placebo (N=10) | 3 | 132 (112, 156) | | 1.44 (1.22, 1.69) | |
| | 10 | 131 (111, 155) | 0.992 (0.882, 1.12) | 1.41 (1.20, 1.66) | 0.98 (0.86, 1.13) |
| | 17 | 144 (121, 170)[a] | 1.09 (0.962, 1.23) | 1.60 (1.36, 1.89)[a] | 1.12 (0.97, 1.29) |
| | 24 | 131 (110, 155)[a] | 0.992 (0.878, 1.12) | 1.47 (1.25, 1.73)[a] | 1.02 (0.89, 1.18) |
| | 31 | 132 (112, 157) | 1.00 (0.892, 1.13) | 1.46 (1.24, 1.71) | 1.01 (0.88, 1.17) |
| Dulaglutide 1.5 mg (N=15) | 3 | 160 (135, 190) | | 1.72 (1.43, 2.06) | |
| | 10 | 380 (319, 451) | 2.37 (2.03, 2.76) | 3.77 (3.15, 4.51) | 2.19 (1.83, 2.62) |
| | 17 | 333 (279, 397)[b] | 2.08 (1.78, 2.43) | 3.32 (2.76, 4.00)[b] | 1.94 (1.61, 2.33) |
| | 24 | 322 (270, 384)[b] | 2.01 (1.72, 2.35) | 3.28 (2.72, 3.94)[b] | 1.91 (1.59, 2.29) |
| | 31 | 309 (258, 370)[c] | 1.93 (1.64, 2.27) | 3.15 (2.61, 3.81)[c] | 1.84 (1.52, 2.22) |

AUC = area under the concentration versus time curve (residual activity); CI = confidence interval; Geo = geometric; LS = least squares; N = number of patients; $t_{50}$ = time required for 50% of activity to empty from the stomach.
[a] N = 9; [b] N = 14; [c] N = 13

❖ GE delay was approximately 2 hours following dulaglutide 1.5 mg (see red circle).

❖ The increases in AUC for residual activity and $t_{50}$ following administration of dulaglutide 1.5 mg were statistically significant after all 4 doses.

❖ No statistically significant changes in scintigraphy parameters were observed following placebo administration.

[148]

167.    More recently, in 2025 Posada et al. published pharmacokinetic modeling calculations evaluating the effect of dulaglutide on various medications due to its recognized effect

---

[147] C. Loghin, X. Cui, and J. Chien, *Gastric Emptying Effects of Once Weekly Dulaglutide in Patients With Type 2 Diabetes Mellitus (Poster). in American Association of Clinical Endocrinologists, 23rd Annual Scientific and Clinical Congress* (Las Vegas, 2014).

[148] Table 2 from C. Loghin, X. Cui, and J. Chien, *Gastric Emptying Effects of Once Weekly Dulaglutide in Patients With Type 2 Diabetes Mellitus (Poster). in American Association of Clinical Endocrinologists, 23rd Annual Scientific and Clinical Congress* (Las Vegas, 2014).

of delayed gastric emptying.[149]  "Gastric emptying delay (GED) was assessed in two clinical studies: one with single dulaglutide dose levels of 1 and 3 mg administered to healthy subjects, and another with single dulaglutide doses ranging from 0.05 to 8 mg administered to participants with type 2 diabetes. Gastric Emptying (GE) was quantitated through the PK assessment of orally administered acetaminophen, a well-known marker of GE, as its absorption rate is limited by the rate at which it empties from the stomach."   The modeling parameters reported include estimates of substantial delay at various doses of dulaglutide, which are reproduced below.  While the gastric delay diminished over four weeks, the modelling projected that it remains statistically significant at the end of the study.

**TABLE 1** | Estimated gastric emptying time ratios ($R_{GT50}$) and gastric mean residence time values following single first doses of 1, 1.5, and 4.5 mg S.C. dulaglutide.

| Dulaglutide S.C. dose (mg) | Estimated gastric emptying time ratio ($R_{GT50}$)[a], median (90% CI) | Gastric mean residence (MRT) time (h) values used in Simcyp PBPK models (median and 90% CI) | |
| --- | --- | --- | --- |
| | | Fasted | Fed |
| 0 | 1 | 0.27[b] | 1.18[b] |
| 1.0[c] | 2.6 (2.4, 2.8) | 0.70 (0.65, 0.76)[d] | 3.07 (2.83, 3.30)[d] |
| 1.5 | 3.1 (2.9, 3.3) | 0.84 (0.78, 0.89)[d] | 3.66 (3.42, 3.89)[d] |
| 4.5 | 4.8 (4.6, 5.0) | 1.30 (1.24, 1.35)[d] | 5.66 (5.43, 5.90)[d] |

Abbreviations: CI, confidence interval; GE, gastric emptying; GT50, gastric emptying half-life; h, hours; MRT, mean residence time; $R_{GT50}$, gastric emptying ratio; S.C., subcutaneous administration.
[a]Estimated median and 90% CI values using the combined PopPK model for acetaminophen and dulaglutide. Ratios were calculated using Equation (1), as the quotient of gastric emptying half-life of acetaminophen with dulaglutide to gastric emptying of acetaminophen at baseline (without dulaglutide).
[b]These are the population baseline gastric mean residence time (MRT) values in the segregated transit time model in Simcyp.
[c]The fold change at 1 mg was calculated in addition to the approved doses of 1.5 and 4.5 mg because this lower dose was utilized in the acetaminophen studies.
[d]These values were obtained by multiplying the gastric MRT baseline value from Simcyp by the median gastric emptying time ratio ($R_{GT50}$).

[150]

**Tirzepatide**

168.    Urva and colleagues from Eli Lilly reported the effect of tirzepatide on gastric emptying in mice and human participants using an acetaminophen absorption testing.[151]   The data reported involves a phase 1 study in patients comparing tirzepatide to dulaglutide vs placebo. Gastric emptying was measured using acetaminophen absorption testing. At 4.5 mg of tirzepatide,

---

[149] Posada MM, Schneck KB, Morse BL, et al. A combined modeling approach to predict the effect of gastric emptying delay on the pharmacokinetics of small molecules. *CPT Pharmacometrics Syst Pharmacol.* 2025;10.1002/psp4.70101

[150] Table 1 reproduced from Posada MM, Schneck KB, Morse BL, et al. A combined modeling approach to predict the effect of gastric emptying delay on the pharmacokinetics of small molecules. *CPT Pharmacometrics Syst Pharmacol.* 2025;10.1002/psp4.70101.

[151] Urva S, Coskun T, Loghin C, et al. The novel dual glucose-dependent insulinotropic polypeptide and glucagon-like peptide-1 (GLP-1) receptor agonist tirzepatide transiently delays gastric emptying similarly to selective long-acting GLP-1 receptor agonists. *Diabetes Obes Metab.* 2020;22(10):1886-1891.

the delay was comparable to that caused by dulaglutide. "In our clinical studies, we found that tirzepatide's effect on GE was comparable to that of the selective GLP-1RA dulaglutide in healthy participants. In participants with T2DM, GE delay was observed following the first dose of tirzepatide 5 mg, but after 4 weeks of repeated dosing there was evidence of tachyphylaxis. However, after four weekly doses of 5/5/10/10 or 5/5/10/15 mg, GE delay, while diminished, was still apparent following the last dose."

169.    Eli Lilly also reported results of a clinical trial that demonstrated delay associated with tirzepatide. "Therefore, as seen with tirzepatide, the decrease in AUC when administered with oral contraceptive indicates the drug spent less time in systemic circulation before being eliminated owing to delayed GE and delayed absorption"[152]

### iv.    Recent Data on Effect of Gastric Emptying

170.    In 2024, Camilleri published a review article "to summarize the mechanism of action of incretin receptor agonists, their effects in the gastrointestinal tract, and implications in clinical practice, particularly in the practice of gastroenterology, endoscopy, and surgery."[153] Camilleri noted, "Additionally, GLP-1 causes delay in gastric emptying, and increased gastric accommodation; the latter is associated with greater retention of food in the proximal stomach and overall delay in gastric emptying. Indeed, GLP-1 (1.2 pmol/kg/min) reduces the acceleration of gastric emptying induced by hypoglycemia (17), and there is evidence that slowing of gastric emptying by pharmacological doses of GLP-1 may even outweigh its insulinotropic effects (18). The slowing of gastric emptying has been demonstrated using radioscintigraphic emptying of a solid meal in response to treatment with the short-acting GLP-1 agonist, exenatide, 5μg SQ twice daily for 30 days (19). Liraglutide titrated up to 3mg/day administered over 16 weeks resulted in

---

[152] Skelley JW, Swearengin K, York AL, Glover LH. The impact of tirzepatide and glucagon-like peptide 1 receptor agonists on oral hormonal contraception. J Am Pharm Assoc (2003). 2024 Jan-Feb;64(1):204-211.e4. doi: 10.1016/j.japh.2023.10.037. Epub 2023 Nov 7. PMID: 37940101. In 2025, Bellavance published a review article that "summarizes the current understanding of the physiologic influence of GLP-1 RAs on gastro-intestinal motility, highlights key clinical implications of these effects, and defines areas for future investigation." [152]   According to Bellavance, "This widespread expression of GLP-1 receptors allows for a vast array of potential targets by which GLP-1 RAs may modulate GI motility, many of which are just beginning to be understood. We review here the current understanding of the physiologic effects of GLP-1 and GLP-1 RAs on GI motility at each level of the GI tract." Specifically, with respect to intestinal motility, Bellavance noted, "GLP-1 inhibits small bowel motility through reduction in migrating motor complex (MMC) frequency."  Bellavance also acknowledged, "Multiple human studies confirm GLP-1 mediated delay in small bowel transit."  Bellavance concluded the review noting, "GLP-1 RAs exert multiple clinically significant effects on gastrointestinal motility. These effects are essential to their therapeutic efficacy yet also contribute to a spectrum of potential adverse effects."

[153] Camilleri M, Lupianez-Merly C. Effects of GLP-1 and other gut hormone receptors on the gastrointestinal tract and implications in clinical practice. *Am J Gastroenterol.* 2024;119(6):1028-1037.

marked retardation of gastric emptying (20) (Figure 3). It is hypothesized that, with long-acting GLP-1 RAs, there is a decreasing effect on slowing gastric emptying over time, and this is suspected to be due to tachyphylaxis which has been documented with several agents including GLP-1 itself, liraglutide, semaglutide, and weekly exenatide formulation." Camilleri also acknowledged that, "[t]he most common reported adverse effects (AEs) with these incretin RAs are gastrointestinal symptoms that include nausea, vomiting, diarrhea, and constipation. To date, a comparison between all the available GLP-1 RAs regarding gastrointestinal AEs and gastric emptying as primary outcomes has not been performed." Camilleri proposed, "Future research should focus on objective assessment of all these agents and those already approved for gastric emptying of solids using well-validated methods such as scintigraphy or stable isotope breath test, both using a 320kcal, 30% fat meal, and including, if possible, comparison head-to-head of these diverse agents."

171.    Similarly, Camilleri authored another review article published in 2024 on this same topic.[154] Camilleri summarized the evidence on native GLP-1 as follows: "GLP-1 causes delay in GE; the latter may result from antral hypomotility as shown by infusion of GLP-1, which stimulates postprandial antral motility, or the GLP-1 antagonist, exendin, which inhibits antral contractility. Moreover, in pigs, GLP-1 significantly inhibited centrally induced antral motility, and this inhibition persisted after vagal deafferentation, consistent with the hypothesis that the inhibitory effect results from direct interaction of GLP-1 with receptors in the central nervous system, which in turn reduce vagal efferent output. The GLP-1 increase in gastric accommodation may also affect GE, because the magnitude of gastric accommodation in humans is associated with greater retention of food in the proximal stomach and overall delay in GE. Moreover, GLP-1 (1.2 pmol/kg/min) reduces the acceleration of GE induced by hypoglycaemia, and there is evidence that slowing of GE by pharmacological doses of GLP-1 may even outweigh its insulinotropic effects." Camilleri then summarized the state of evidence for the drugs as follows, "[i]n summary, slowing of GE of solids (using scintigraphy or stable isotope breath test) with GLP-1 agonists/analogues (specifically exenatide, lixisenatide, liraglutide) was associated with weight reduction. Moreover, semaglutide 1.0 mg administered subcutaneously (well below the FDA-recommended maintenance dose of 2.4 mg) for 12 weeks retarded GE of a 348 kcal (20.6% fat)

---

[154] Camilleri M. Incretin impact on gastric function in obesity: physiology, and pharmacological, surgical and endoscopic treatments. *J Physiol*. 2024;0(0):1-17.

pancake meal.  Several studies have shown that weight loss was, at least in part, associated with effects on GE and on reduced calorie intake. Indeed, our group was among the first to document the effects of exenatide and liraglutide to retard GE of solids and reduce calorie intake, and the degree of weight loss was, in part, related to the presence of adverse events."

172.    In 2025, Bellavance's review "summarizes the current understanding of the physiologic influence of GLP-1 RAs on gastrointestinal motility, highlights key clinical implications of these effects, and defines areas for future investigation."[155] Bellance comments, "[a] major effect of GLP-1 RAs is delayed gastric emptying of liquid, digestible, and indigestible foods, which in part is the basis of the glucose-lowering and appetite-suppressing effects of these medications. The physiology of normal gastric emptying involves a complex coordination of neural, hormonal, and muscular processes that ensures preparation of ingested food into chyme and its timely movement into the small intestine." Bellavance comments, "[h]owever, the central effects of GLP-1 RAs on slowing gastric emptying are independent of their emetic effects" without further analysis.  It is also noted that "[t[aken together, human and animal studies suggest that GLP-1 delays gastric emptying through a complex set of peripheral and central mechanisms, which in turn reduces glycemic excursion, and promotes satiety (Fig. 3). Studies are needed to further ascertain these mechanisms and any potential mechanistic differences between GLP-1 and GLP-1 RAs." Bellavance also notes the inhibition of small bowel motility, noting, "[a]dditionally, administration of the GLP-1 RA exenatide inhibited small bowel motility, flow, transit, and glucose absorption in healthy patients and patients with T2DM. Further supporting a role in inhibiting small bowel motility, there are case reports describing the use of GLP-1 RAs to aid in reducing bowel frequency in IBD patients with short gut syndrome. Inhibition of small bowel motility may be an additional mechanism by which GLP-1 RAs promote satiety and reduce post-prandial glucose surges."  The review also considers, "[s]everal motility-related side effects of GLP-1 RAs have been described. Low-risk side effects such as nausea, vomiting, bloating, and diarrhea are commonly observed, while more severe conditions such as cholelithiasis, cholecystitis, acute pancreatitis, and bowel obstruction are described more rarely."  Further, "[i]t is also important to assess if patients are taking other medications with motility-related side effects, such as opioids or anticholinergics, which could exacerbate symptoms."  Bellevance concludes that "GLP-1 RAs

---

[155] Bellavance D, Chua S, Mashimo H. Gastrointestinal motility effects of GLP-1 receptor agonists. *Curr Gastroenterol Rep.* 2025;27(1):49.

71

exert multiple clinically significant effects on gastrointestinal motility. These effects are essential to their therapeutic efficacy yet also contribute to a spectrum of potential adverse effects. These motility-related effects— most notably delayed gastric emptying and decreased LES tone—are particularly relevant in the context of periprocedural planning, where concerns have been raised regarding the risk of aspiration during endoscopy and other procedures under anesthesia."

### v.    Effects of GLP-1 on the Intestinal Tract

173.    In addition to delaying gastric emptying, a substantial body of evidence demonstrates that GLP-1 and GLP-1 receptor agonists exert effects across the entire gastrointestinal tract, including the duodenum, small intestine, and colon. These effects reflect alterations in coordinated whole-gut motility rather than isolated changes confined to the stomach.

174.    Whole-gut motility refers to the integrated movement of luminal contents through the stomach, small intestine, and colon, encompassing gastric emptying, small bowel transit, colonic propulsion, and the migrating motor complex. This coordinated activity is regulated by enteric neural circuits, autonomic pathways, and central nervous system inputs, such that disruption at one level may affect downstream segments and alter overall gastrointestinal transit.

175.    Human studies employing capsule endoscopy, intraluminal pressure measurements, intraduodenal nutrient infusion, and wireless motility capsule testing demonstrate that GLP-1 receptor activation affects multiple gastrointestinal regions. Nakatani and colleagues evaluated gastrointestinal motility using capsule endoscopy before and after liraglutide administration. They reported that "the present study demonstrated that liraglutide inhibited not only gastric emptying, but also emptying of the duodenum and small intestine, too."[156] Duodenal–small bowel transit time increased significantly following liraglutide exposure in patients without diabetic neuropathy, whereas in patients with diabetic neuropathy the increase was attenuated or absent, reflecting

---

[156] The authors described the experiment as follows, "[i]n the present study, the long-acting GLP-1RA liraglutide, which has a half-life in blood of 13 h, was administered to inpatients at the Dokkyo Medical University Nikko Medical Center (Tochigi, Japan). Capsule endoscopy was performed before and after liraglutide administration to investigate its influence on gastric emptying and motility of each gastrointestinal region. Also, the amount of gastrointestinal residue before and after liraglutide administration was compared, using the Boston Bowel Preparation Scale [9], a 10-point scale used in colonoscopy." The results of the study revealed "Theduodenal–smallbowel transit timefor allpatients (n = 14)was 4:22:09 ± 1:28:50 h before liraglutide and 6:55:53 ± 2:50:49 h after administration, demonstrating a significant increase (P = 0.01)." The authors stated, "the present study demonstrated that liraglutide inhibited not only gastric emptying, but also emptying of the duodenum and small intestine, too." The authors here found "However, these gastrointestinal motility-inhibiting effects may be decreased or even absent in patients with [diabetic neuropathy]-associated dysautonomia." Nakatani Y, Maeda M, Matsummura M, Shimizu R, et al. Effect of GLP-1 receptor agonist on gastrointestinal tract motility and residue rates as evaluated by capsule endoscopy. Diabetes Metab. 2017;43(5):430-437. doi: 10.1016/j.diabet.2017.05.009.

differences in baseline autonomic function.

176.    Further controlled human data come from studies of intraduodenal glucose infusion. Thazhath and colleagues demonstrated that GLP-1 receptor activation with exenatide markedly suppressed small intestinal motor activity. They reported "marked reductions in the frequency and motility index of duodenal pressure waves," and observed that "with exenatide, there was a marked slowing of transit, such that the radiolabel did not reach the cecum within 240 minutes" in both healthy subjects and patients with type 2 diabetes.[157]

177.    Additional whole-gut evidence comes from retrospective studies using wireless motility capsule testing. Cymbal and colleagues reported that "90% of patients exhibited significant delays in GI motility," with delayed gastric emptying observed most frequently, followed by delayed small bowel and colonic transit. Many patients had prolonged exposure to GLP-1 receptor agonists, and a substantial proportion had recently increased their dose.[158]

178.    Animal experiments have also demonstrated an effect on colonic segments.  For example, a study by Amato and colleagues demonstrated segments of mice colon showed inhibition in contractility when exposed to GLP-1, thought to be through the enteric nervous system given the reversal of effect in the present of a nitric oxide synthase inhibitor.[159]  In additional, GLP-1 receptors have been identified in colonic smooth muscle preparations.[160] Amato and colleagues investigated the effect of GLP-1 in human colonic muscle strips.  While GLP-1 reduced the amplitude of contractions, the inhibitory effect was reduced by the presence of exenedin, a GLP-1R antagonist.  It was also eliminated in the presence of tetrodotoxin, a nitric

---

[157] Thazhath S S, Marathe C S, Wu T, et al. The Glucagon-Like Peptide 1 Receptor Agonist Exenatide Inhibits Small Intestinal Motility, Flow, Transit, and Absorption of Glucose in Healthy Subjects and Patients With Type 2 Diabetes: A Randomized Controlled Trial. Diabetes. 2016;65(1):269-75. doi: 10.2337/db15-0893.

[158] Dr. Michael Cymbal, and others Cleveland Clinic, published a retrospective case series that "investigates the impact of GLP-1 receptor agonists (GLP-1RAs) on whole-gut gastrointestinal motility using wireless motility capsule testing." The authors reported, "[i]n this retrospective cohort, we found that 90% of patients using GLP-1RAs exhibited significant delays in GI motility on WMC testing. The most prevalent abnormality was delayed gastric emptying, affecting 80% of patients, followed by small bowel transit and colon transit delay in 33% of patients. Forty-four percent of patients demonstrated delayed WGTT."  The authors also noted, "[w]e found that 50% of the patients had recently increased their dose of GLP-1RA before the study, and 70% had been on GLP-1RAs for at least a year." Cymbal M, Naseem Z, Hoxha D, Garg S. Impact of GLP-1 Receptor Agonists on Whole-Gut Gastrointestinal Motility Using Wireless Motility Capsule: A Descriptive Single-Center Case Series. *ACG Case Rep J.* 2025;12(8). doi:10.14309/crj.0000000000001789.

[159] Amato A, Cinci L, Rotondo A, et al. Peripheral motor action of glucagon-like peptide-1 through enteric neuronal receptors. *Neurogastroenterol Motil.* 2010;22(6):664-e203.

[160] Alexander T. May et al., Identification of expression and function of the glucagon-like peptide-1 receptor in colonic smooth muscle, *Peptides* (2019); 112. The authors concluded that the mechanism of action is at least partially mediated by nitric oxide synthase through a neural effect.

oxide synthase inhibitor. The authors concluded GLP-1 mediates an inhibitory effect on large intestine motility through a nitric oxide synthast pathway.[161] Yan et al demonstrated that the GLP-1RA antagonist exendin-4 decreased the frequency and amplitude of contractions in smooth muscle strips isolated from rat colon.[162] In contrast, Nakamori et al demonstrated that exposure to GLP-1 increased peristaltic waves and thus may increase colonic motility.[163]

179.    James Cappola authored a case report of a "55-year-old woman with obesity, type 2 diabetes, and a history of small bowel obstruction developed severe abdominal pain and nausea after starting semaglutide."[164] Dr. Cappola summarized the mechanism of GLP1RAs as related to bowel obstruction in his report: "The pathophysiology of GLP-1RA induced bowel obstruction is multifactorial. GLP-1 receptors are present throughout the GI tract, including the stomach, small intestine, and colon. The activation reduces peristalsis, slows gastric emptying, and alters the migrating motor complex (MMC), which regulates gut motility during fasting periods. The delayed transit time through the stomach and small intestine increases the risk of conditions such as gastroparesis and bowel obstruction. While the delayed gastric emptying and altered MMC are primarily secondary consequences of GLP-1RA activation, they indirectly contribute to delayed small bowel transit. Additionally, GLP-1 receptors are expressed in the small intestine, where their direct activation can further inhibit motility. This dual mechanism (direct and secondary) likely contributes to the overall motility dysfunction observed with GLP-1 RA therapy, which can result in bowel obstruction, particularly in individuals with preexisting motility issues. GLP-1 RAs may also inhibit the sympathetic nervous system by activating the GLP-1 receptor on the greater and less splanchnic nerves, as well as the sympathetic nervous branchs on Auerbach's plexus. This results in an inhibitory effect that slows intestinal peristalsis, delays gastric emptying, and increases duodenal-small bowel emptying time, further impairing motility."

180.    Also in 2025, Thakkar reported a case of intussusception on semaglutide, which noted "[t]he exact mechanism by which GLP-1RAs might cause intussusception is not fully understood, but it is hypothesized that their antimotility effects could play a role. GLP-1RAs

---

[161] Amato A, Baldassano S, Liotta R, et al. Exogenous glucagon-like peptide 1 reduces contractions in human colon circular muscle. *J Endocrinol.* 2014;221(1):29-37.
[162] Yan L, Tang Q, Quan X, et al. Effects of exendin-4 on colonic motility in rats and its underlying mechanism. *Neurogastroenterol Motil.* 2019;31(2):e13482.
[163] Nakamori H, Iida K, Hashitani H. Mechanisms underlying the prokinetic effects of endogenous glucagon-like peptide-1 in the rat proximal colon. *Am J Physiol Gastrointest Liver Physiol.* 2021;321(6):G617-G627.
[164] Jones M, Cappola JJ. GLP-1 receptor agonists in diabetes and obesity: a case report and review of bowel obstruction risks and management. *Cureus.* 2025;17(4):e81891.

inhibit gastrointestinal motility by acting on myenteric neurons, which in turn modulate motility through nitrergic and cyclic adenosine monophosphate–dependent pathways. This inhibition can lead to delayed gastric emptying and altered intestinal transit times, potentially creating areas of stasis and abnormal peristalsis."[165]

181.    Also in 2025, Diraviam[166] reports that "Glucagon-like peptide-1 (GLP-1) receptor agonists are commonly associated with gastrointestinal adverse effects, primarily including nausea, vomiting, and diarrhea as a result of its effects throughout the gastrointestinal (GI) tract as well as on central nervous system. These medications have also been associated with gastroparesis and pancreatitis. There have been case reports showing more severe GI complications, which can include ileus or bowel obstruction."

### vi. Industry and FDA Statements Regarding Mechanistic Plausibility for GLP-1 Induced Motility-Related Adverse Events



---

[165] Thakkar B, Nguyen MTT, Hagen R, Parikh N. From Glycemic Control to Gut Telescoping: Intussusception in a Patient on a Glucagon-Like Peptide-1 Receptor Agonist. ACG Case Rep J. 2025 Apr 25;12(5):e01679. doi: 10.14309/crj.0000000000001679. PMID: 40291604; PMCID: PMC12026376.

[166] Sushmitha Diraviam MD & Christopher Tait Jr, MD, *Beyond Nausea: A Case of Colonic Bowel Obstruction Linked to GLP-1 Agonist Use (Abstract)*, AM. COLL. GASTROENTEROL. (2025) S4137.

[167] ▮▮▮▮▮▮▮▮▮▮▮▮



### b.  Lilly

188.    Lilly has stated in its Integrated Summary of Safety Information for dulaglutide that "the known action of GLP-1 [is] to delay gastric emptying and decrease GI motility" (Baggio and Drucker 2004)."[173]

189.    In addition, as described further below, in 2019, Lilly stated that gastrointestinal hypomotility is expected for dulaglutide or reasonably possibly related to dulaglutide: The events of impaired gastric emptying, diarrhea and gastrointestinal hypomotility will be considered reasonably possibly related to dulaglutide because the event is expected for the drug."[174]

190.    Lilly also stated in its September 28, 2023 Safety Topic Report for "Aspiration during General Anesthesia and Deep Sedation" that "Dulaglutide is a GLP-1 RA. GLP-1 is released from the L-cells in the gut in response to energy intake[] and facilitates a multitude of physiological actions, including a delay in [gastric emptying]. GLP-1 suppresses [gastric emptying] by inhibiting peristalsis of the stomach while increasing tonic contraction of the pyloric



[173] LLY-GLPMDL-00365749 at p. 258.
[174] LLY-GLPMDL-08460624 at p. 2/7.

region (Nakatani et al. 2017)."[175]

### c. FDA

191.    In its November 1, 2022 Pharmacovigilance Review, FDA discussed the biological

plausibility of GLP-1 and motility and described it as follows:

> The role of glucagon-like peptide-1 (GLP-1) is important in GI secretion and motility and its mechanism is not fully understood. However, it appears to involve GLP-1 suppression of intestinal contractions through a complex mechanism of ascending vagal cholinergic afferent connections to the central nervous system or through direct action on central GLP-1 receptors31and/or involves the enteric nervous system by inhibiting the neurotransmission through presynaptic GLP-1 receptors that modulate nitric oxide release.  Additionally, it is possible that the inhibition of GI motility by GLP-1 may be exacerbated in diabetic patients where GI motor function may already be affected by diabetic neuropathy. GLP-1 activity has been shown to increase the transit time in the colon of rats.  Increased GLP-1 action has also been demonstrated to inhibit small intestinal motility in both animal and human studies.  It has been demonstrated that exogenous GLP-1 decreases the antero-duodeno-jejunal motility and inhibits intestinal contractions (migrating motor complexes) in a dose-dependent manner in healthy individuals and in patients with irritable bowel syndrome. The reverse has also been demonstrated, whereby, a GLP-1 antagonist [exendin (9-39) amide], increases the antero-pyeloduodenal motility in humans.  Nakatani et al. (2017) evaluated the effects of liraglutide on residue levels and the GI transit time in T2DM patients using capsule endoscopy.  His results revealed that liraglutide increased the rate of GI residues in T2DM patients with diabetic neuropathy, but also increased the intestinal transit time in patients without diabetic neuropathy." (citations omitted).[176]

### d. PRAC

192.    The European Medicines Agency Pharmacovigilance Risk Assessment Committee

("PRAC") in its 2024 PSUR Assessment Report for liraglutide stated "GLP1 action has been

shown to inhibit small intestinal motility in both animal and human studies. GLP1 suppresses

intestinal contractions via a non-fully understood mechanism potentially involving the central

nervous system via cholinergic pathways or direct action on central GLP1 receptors and/or the

enteric nervous system by inhibiting neurotransmission through presynaptic receptors modulating

nitric oxide release."[177]

---

[175] LLY-GLPMDL-18893980 at p. 6.
[176] Novo_GLP_MDL_002147735 at p. 28.
[177] Novo_GLP_MDL_004929153 at 68-69.

### vii. Summary: Mechanistic Plausibility for Motility-Related Adverse Events

193.     The documented pharmacologic effects of GLP-1 and GLP-1 receptor agonists on gastric and intestinal motility provide a biologically coherent framework for understanding reported motility-related adverse events. This section describes whether the known effects on gastrointestinal motor function are consistent with, rather than definitive causes of, clinical events such as gastroparesis, ileus, and bowel obstruction.

194.     Across the studies reviewed in earlier sections, GLP-1 and GLP-1 receptor agonists increase pyloric tone, reduce antral pumping, replace organized migrating motor complexes with myoelectric quiescence, slow propulsion of luminal contents through the small intestine, and alter colonic motor patterns. These effects are mediated primarily through central, vagal, and enteric neural mechanisms rather than direct smooth-muscle paralysis. GLP-1 retards gastric emptying and slows transit of contents through the small intestine and has no effect on the motility of isolated gastric muscle, supporting a neurogenic mechanism of action.

195.     Case reports and retrospective series have described gastrointestinal adverse events temporally associated with GLP-1 receptor agonist use, including gastroparesis, ileus, and bowel obstruction. Capolla and colleagues reported a case of bowel obstruction following initiation of semaglutide and summarized the underlying physiology, noting that "GLP-1 receptors are present throughout the GI tract, including the stomach, small intestine, and colon." They further described that receptor activation "reduces peristalsis, slows gastric emptying, and alters the migrating motor complex (MMC), which regulates gut motility during fasting periods." According to the authors, "the delayed transit time through the stomach and small intestine increases the risk of conditions such as gastroparesis and bowel obstruction."[178]

196.     Retrospective analyses using wireless motility capsule testing further support the presence of multi-segment motility delay in patients receiving GLP-1 receptor agonists. In one cohort, "90% of patients exhibited significant delays in GI motility,"[179] with delayed gastric emptying most frequently observed, followed by delayed small-bowel and colonic transit. Many patients had prolonged exposure or recent dose escalation at the time of testing.

---

[178] Jones M, Cappola JJ. GLP-1 receptor agonists in diabetes and obesity: a case report and review of bowel obstruction risks and management. *Cureus.* 2025;17(4):e81891.
[179] Michael Cymbal DO et al., Impact of GLP-1 Receptor Agonists on Whole-Gut Gastrointestinal Motility Using Wireless Motility Capsule: A Descriptive Single-Center Case Series, *ACG Case Reports* 2025; 12.

197.    Taken together, the evidence demonstrates that GLP-1 receptor activation produces inhibition of gastrointestinal motor function across the stomach, and the small intestine. Accordingly, motility-related adverse events reported with GLP-1 receptor agonists are mechanistically plausible and biologically consistent with known effects on gastrointestinal motor function while remaining dependent on individual susceptibility and clinical context.

**B.    Clinical Consequences of Gastrointestinal Hypomotility**

198.    Delaying gastric emptying and decreasing intestinal motility have biological and clinical manifestations that can range from nausea, vomiting, diarrhea,[180] abdominal pain, and constipation to paralytic ileus/ileus, functional obstruction, intestinal obstruction,[181] intestinal perforation, bezoar, impaired gastric emptying, gastrointestinal hypomotility, gastrointestinal obstruction, and fecal impaction/faecaloma, among other manifestations.[182]

199.    The biological and clinical consequences of impaired gastric emptying and decreased intestinal motility can range from mild to moderate to severe in nature.

200.    In my opinion, in general, when gastrointestinal hypomotility results in ileus and/or severe constipation, in uncommon and severe cases, that constipation can obstruct the intestinal lumen, either partially or in its entirety. That obstruction of the intestine can cause symptoms and complications of intestinal obstruction. Some clinicians characterize that obstruction as non-mechanical obstruction; others consider it mechanical obstruction. In either case, the effects can have severe clinical complications. Cases of ileus and severe constipation leading to intestinal obstruction that lead to intestinal obstruction can be managed non-surgically. In other instances,

---

[180] Diarrhea can be due to both intestinal hypermotility and hypomotility. Given this, I included this term within this range of manifestations only to describe that, in some instances, diarrhea can be caused by hypomotility. ■■■■

[181] For intestinal obstruction, small intestinal obstruction, and intestinal pseudo-obstruction, a limitation exists in that these preferred terms include both mechanical obstructions—some that may be GLP-1 RA-induced, like severe constipation leading to fecal impaction/faecaloma, and some that may be unrelated to GLP-1 RA use, like tumors and hernias—and non-mechanical obstructions—like functional obstruction and ileus. In reviewing aggregated data on these preferred terms, as the FDA does in assessing safety signals, it is not possible to remove cases of mechanical obstruction that are not related to GLP-1 RA use, like tumors and hernias.

[182] For purposes of this report, when I use the term "Severe Gastrointestinal Motility-Related Adverse Events," I include within it the following range of conditions that can occur that can be recorded using multiple different MedDRA Preferred Terms: nausea, vomiting, abdominal pain, constipation, paralytic ileus, ileus, intestinal obstruction, small intestinal obstruction, intestinal pseudo-obstruction, intestinal perforation, bezoar, impaired gastric emptying, gastrointestinal hypomotility, gastrointestinal obstruction, faecaloma, and faecalith.

where the diagnosis is not absolutely clear, surgical exploration can occur.

201. Drugs that can cause gastrointestinal hypomotility can cause ileus and severe constipation and result in obstruction of the intestines. There is no precise delineation or definition of what constitutes a non-mechanical or mechanical obstruction. This can lead to indiscriminate use of these terms.

202. For example, FDA has stated that there are "[t]wo different broad categories of [intestinal obstruction] include[ing] mechanical (dynamic) and non-mechanical (adynamic) causes. With regards to mechanical obstruction, a physical obstruction of the intestinal lumen is associated with increased peristalsis to overcome the blockage. Several causes of mechanical obstruction"[183] include: "adhesions," "hernias," "neoplasms," and "Strictures/Inflammatory [bezoars, cholelithiasis, diverticular disease, infections, irritable bowel disease, fecal impaction, ischemia (colitis), intussusception, masses (extrinsic/foreign), parasites, peptic ulcer disease, post-radiation therapy, postoperative state, vasculitis"].[184] FDA further stated that "[n]on-mechanical obstruction can be divided into paralytic ileus (affecting the small and large intestines) and colonic pseudo-obstruction (or Ogilvie syndrome). . . . Several conditions that are strongly associated with the development of pseudo-obstruction include medically unstable patients with pulmonary infection, myocardial infarction, and/or renal failure. Other conditions strongly associated with pseudo-obstruction include metabolic disturbances (e.g., hypokalemia), Parkinson's disease, trauma, having undergone major orthopedic surgery (e.g., spinal, pelvic, and hip replacements), and certain medications (e.g., opiates, neuroleptics)."[185]



---

[183] Novo_GLP_MDL_002147735 at p. 4 (citing Griffiths S, Glancy DG. Intestinal obstruction. Surgery (Oxford). 2017 Mar 1;35(3):157-164).
[184] Novo_GLP_MDL_002147735 at p. 4 (emphasis added).
[185] Novo_GLP_MDL_002147735 at p. 4.
[186]

204.    Lilly has stated that intestinal obstruction can "either be a mechanical or non-mechanical/functional obstruction of the small or large intestines."[187] Lilly further stated that "[m]echanical obstructions can be partial or total and usually have a physical aetiology. Causes include adhesions, hernias, and tumours. Other general causes are diverticulitis, foreign bodies (including gallstones), volvulus (twisting of bowel on its mesentery), intussusception (telescoping of 1 segment of bowel into another), and faecal impaction (Ansari 2021). They are unlikely to be directly drug related."[188] For non-mechanical obstructions, Lilly stated: "The small and large intestine normally work in a coordinated system of movement (peristalsis). If something interrupts these coordinated contractions, it can cause a functional intestinal obstruction. If the interruption is temporary, it is referred to as an ileus (complete obstruction) or sub-ileus (incomplete obstruction). Colonic pseudo-obstruction is used to characterise the clinical condition in which there are signs, symptoms, and the radiologic appearance of a large bowel obstruction without a mechanical cause."[189]



---

[187] LLY-GLPMDL-08176451 at p. 21.
[188] LLY-GLPMDL-08176451 at pp. 21-22.
[189] LLY-GLPMDL-08176451 at p. 22.
[190] The efficacy of the GLP-1 RA drugs is beyond the scope of my report.



## PART III—ELI LILLY

### XII.    OVERVIEW AND BACKGROUND

644.    In this report, I use the term "Lilly" to refer to Defendants Eli Lilly & Co. and Eli Lilly USA.

645.    I have been asked to address the following questions[703]:

    i.    What is a pharmaceutical manufacturer's responsibility as it relates to a duty to warn?

    ii.    Should Eli Lilly have included warnings of gastrointestinal hypomotility that include ileus, severe constipation including fecal impaction and intestinal obstruction in the Adverse Reactions Section (Section 6) of the label for dulaglutide?

    iii.    Could Eli Lilly have included warnings of gastrointestinal hypomotility that include ileus, severe constipation including fecal impaction and intestinal obstruction in the Adverse Reactions Section (Section 6) of the label for dulaglutide?

---

[703] The efficacy of the GLP-1 RA drugs is beyond the scope of my report.

### A. Overview

646.    Below is an overview that is meant to provide a roadmap of the Lilly sections of the report. Each section contains the evidence that supports my opinions on Lilly's failure to warn and is expanded upon and discussed in detail in the body of the report.

647.    In my opinion, Lilly should have added a Section 6 Adverse Reactions Warning to the label for dulaglutide to include Ileus, Severe Constipation Leading to Fecal Impaction and Intestinal Obstruction no later than 2017.

### i.    GLP-1 RA Gastrointestinal Motility Effects[704,705]

648.    Lilly has stated in its Integrated Summary of Safety Information for dulaglutide that "the known action of GLP-1 [is] to delay gastric emptying and decrease GI motility" (Baggio and Drucker 2004)."[706]

649.    In addition, as described further below, in 2019, Lilly stated that gastrointestinal hypomotility is expected for dulaglutide or reasonably possibly related to dulaglutide: The events of impaired gastric emptying, diarrhea and gastrointestinal hypomotility will be considered reasonably possibly related to dulaglutide because the event is expected for the drug."[707]

650.    Lilly also stated in its September 28, 2023 Safety Topic Report for "Aspiration during General Anesthesia and Deep Sedation" that "Dulaglutide is a GLP-1 RA. GLP-1 is released from the L-cells in the gut in response to energy intake[] and facilitates a multitude of physiological actions, including a delay in [gastric emptying]. GLP-1 suppresses [gastric emptying] by inhibiting peristalsis of the stomach while increasing tonic contraction of the pyloric region (Nakatani et al. 2017)."[708]

### ii.    Biological and Clinical Consequences of Impaired Gastric and

---

[704] Lilly represented to the Pharmacovigilance Risk Assessment Committee, division of the European Medicines Agency, "the MOA [mechanism of action] of dulaglutide and all other GLP-1 RAs on glycaemic control is predicated on 3 effects of native GLP-1: the glucose-dependent insulin release, the glucose-dependent glucagon suppression, and slowing of gastric emptying…Native GLP-1 and thus GLP-1 RA, relax the proximal stomach and reduce antral and duodenal motility, which decrease the rate at which food enters the small intestine and reduces glucose uptake." LLY-GLPMDL-13752512 at p. 520.

[705] In a September 2017 email, Anne Kehely, Deputy Qualified Person for Pharmacovigilance at Lilly, stated, "We know that a delay in gastric emptying is part of the mechanism of action of dulaglutide… ." LLY-GLPMDL-08509327 at 28; see also Twum Dep. 109:25-110:5 where Twum, Clinical Research Scientist at Lilly agreed with the statement, "Dulaglutide also slows gastric emptying."

[706] LLY-GLPMDL-00365749 at p. 258.

[707] LLY-GLPMDL-08460624 at p. 2/7.

[708] LLY-GLPMDL-18893980 at p. 6.

**Intestinal Motility**[709]

651.    As I stated above, delaying gastric emptying and decreasing intestinal motility have biological and clinical manifestations that can range from nausea, vomiting, diarrhea, abdominal pain, and constipation to paralytic ileus/ileus, functional obstruction, intestinal obstruction, intestinal perforation, bezoar, impaired gastric emptying, gastrointestinal hypomotility, gastrointestinal obstruction, and fecal impaction/faecaloma, among other manifestations ("Severe Gastrointestinal Motility-Related Adverse Events").[710]

652.    The biological and clinical consequences of impaired gastric emptying and decreased intestinal motility can range from mild to moderate to severe in nature.

iii.    **Evidence that Gastrointestinal Motility-Related Adverse Events Occur With GLP-1 RA Drugs**

653.    Evidence in the dulaglutide clinical trial and post-marketing record demonstrates that the biological and clinical manifestations of delayed gastric emptying and decreased intestinal motility include, among others, nausea, vomiting, diarrhea, constipation, paralytic ileus, ileus and fecal impaction to intestinal (non-mechanical) obstruction, and that these conditions did occur with regard to dulaglutide.

654.    As I stated above, in my opinion, Novo Nordisk should have Warned about Severe Gastrointestinal Motility-Related Adverse Events with a Section 5 Warning about Severe Gastrointestinal Adverse Reactions, with a cross reference to Section 6 that included the range of gastrointestinal motility-related adverse events from nausea, vomiting, impaired gastric emptying, ileus, severe constipation leading to fecal impaction and intestinal obstruction.

655.    FDA has treated the labeling of the GLP-1 RA drugs as a class when it comes to gastrointestinal adverse event warnings.[711]

656.    Similarly, it is my opinion that the dulaglutide label, because there are similarities in the mechanism of action and for reasons set forth below, should have had the same labeling that Novo Nordisk should have had on their GLP-1 RA drugs and has as of October 2025.

---

[709] *See* Part I, Section VI.B.
[710] For purposes of this report, when I use the term "Severe Gastrointestinal Motility-Related Adverse Events," I include within it the following range of conditions that can occur that can be recorded using multiple different MedDRA Preferred Terms: nausea, vomiting, abdominal pain, constipation, paralytic ileus, ileus, intestinal obstruction, small intestinal obstruction, intestinal pseudo-obstruction, intestinal perforation, bezoar, impaired gastric emptying, gastrointestinal hypomotility, gastrointestinal obstruction, faecaloma, and faecalith.
[711] *See, e.g.*, LLP-GLPMDL-08655707 at p. 14.

657.    Beginning in 2014, Lilly included a Section 5 Warning & Precaution for Severe Gastrointestinal Disease with a cross-reference to Section 6.1 [Clinical Studies Experience] for nausea, diarrhea, vomiting, abdominal pain, decreased appetite, dyspepsia, fatigue, constipation, flatulence, abdominal distension, gastroesophageal reflux disease, and eructation.[712]

658.    To answer the question of whether Lilly should have warned of ileus, severe constipation leading to fecal impaction and intestinal obstruction in the Adverse Reactions Section (Section 6) of the label for dulaglutide, I applied the regulatory standard for an Adverse Reaction "[f]or purposes of prescription drug labeling, an adverse reaction is an undesirable effect, reasonably associated with use of a drug, that may occur as part of the pharmacological action of the drug or may be unpredictable in its occurrence. This definition does not include all adverse events observed during use of a drug, only those adverse events for which there is some basis to believe there is a causal relationship between the drug and the occurrence of the adverse event."[713]

659.    This standard is different than the standard for a Section 5 Warning and Precaution, as it only requires some basis to believe there is a causal relationship between the drug and the occurrence of the adverse event.

660.    To assess whether Lilly should have included ileus, severe constipation leading to fecal impaction and intestinal obstruction in the Adverse Reactions Section (Section 6) of the label for dulaglutide, I applied the FDA guidance factors on adverse reactions section of labeling for serious and low frequency events. These factors include: "1) timing of onset or termination with respect to drug use, 2) plausibility in light of the drug's known pharmacology, 3) occurrence at a frequency above that expected in the treated population, and 4) occurrence of an event typical of drug-induced adverse reactions."[714]

661.    In addition, I also assessed the following factors from FDA's 2011 "Guidance for Industry on Warnings and Precautions, Contraindications, and Boxed Warning Sections of Labeling for Human Prescription Drug and Biological Products —Content and Format": 5) the temporal association between drug administration and the event; 6) existence of dechallenge and rechallenge experience; and 7) whether the adverse event is known to be caused by related drugs.

---

[712]    *See* September 2014 Approval label for Trulicity, *available at* https://www.accessdata.fda.gov/drugsatfda_docs/nda/2014/125469Orig1s000Lbl.pdf.
[713] 21 C.F.R. § 201.57(c)(7).
[714] FDA GUIDANCE FOR INDUSTRY: ADVERSE REACTIONS SECTION OF LABELING FOR HUMAN PRESCRIPTION DRUG AND BIOLOGICAL PRODUCTS—CONTENT AND FORMAT (Jan. 2006) at pp. 5-6, *available at* https://www.fda.gov/media/72139/download.

Although these factors relate to Section 5 Warnings and, therefore, are not necessary to a finding related to my opinions regarding Section 6 Adverse Reactions, they further support my opinions.

662.    In my opinion, an important consideration in determining whether such adverse events should be listed is the extent to which such adverse reactions are clinically significant because they "would be useful to healthcare practitioners making treatment decisions and monitoring and advising patients."[715] According to FDA's October 2006 Guidance, these clinically significant adverse events should be included in the Adverse Reactions section.[716] Warnings are especially important when knowledge about the risk allows physicians and patients to take concrete steps to mitigate harms, such as monitoring for early signs and symptoms, adjusting dose or duration or discontinuing therapy before serious complications occur.

663.    The importance of warning about GLP-1 induced gastrointestinal motility adverse events can be seen in how Lilly took special care to mitigate these events by informing their physician investigators to take special care with patients in clinical trial patients who experienced GI symptoms.  In its large Surpass CVOT trial there was a "retention guide"[717] that gave the following instructions:

> i.    In other GLP-1 studies, GI side effects were brief and subsided after a few weeks. Please consider restarting study drug if it is safe in the opinion of the investigator. Patients considered poorly adherent with study drug and/or study procedures should receive additional training and instructions per section 7.6. of the protocol. See Prevention of Study Drug Discontinuation Tool.
>
> ii.    Holding one or two doses during the initial escalation period may provide the patient with a decrease in GI symptoms. GI symptoms are usually reduced after restarting study drug.
>
> iii.    Encourage the patient to keep a food diary to identify possible trigger foods that may be causing GI side effects.

664.    The need to hold doses or identify food triggers, in my opinion demonstrates the importance of warning about the adverse events and mitigation options to patients who take the drug in the real world.

---

[715] FDA GUIDANCE FOR INDUSTRY: ADVERSE REACTIONS SECTION OF LABELING FOR HUMAN PRESCRIPTION DRUG AND BIOLOGICAL PRODUCTS—CONTENT AND FORMAT (Jan. 2006) at pp. 5-6, *available at* https://www.fda.gov/media/72139/download.
[716] *Id.* at pp. 1-2.
[717] LLY-GLPMDL-19930009 at p. 24/36.

665. Such information is essential to managing the use of Lilly's GLP1-RA drugs for obesity and diabetes.

666. To note, nausea, vomiting, and constipation are common adverse events with many drugs. A warning regarding the occurrence of these adverse events can reasonably convey the potential for discomfort but does not convey the risk of functional obstruction, ileus, non-mechanical obstruction or mechanical, risk of hospitalization, surgery, ischemic, septic, or perforation complications. The gap between a warning for nausea, vomiting and constipation and functional obstruction, ileus, non-mechanical obstruction or mechanical, risk of hospitalization, surgery, ischemic, septic, or perforation complications matters clinically because it does not inform physicians and prescribers of the nature of the risk.[718] While functional obstructions, ileus, mechanical obstruction, etc. may be a consequence of constipation in some instances, it may not be foreseeable to all healthcare practitioners and patients, particularly those healthcare practitioners who are not specialists in drug induced gastrointestinal hypomotility conditions. Disclosing the risk of constipation is not sufficient to disclose risks of functional obstruction, ileus, non-mechanical obstruction or mechanical, risk of hospitalization, surgery, ischemic, septic, or perforation complications any more than disclosing the risk of heartburn or dyspepsia with a drug would be sufficient to warn about risk of the serious conditions of gastric ulcers and gastric perforation.

667. Disclosure of adverse events for which there is some basis to believe there is a causal relationship is especially important when the mechanism and occurrence is foreseeable. FDA's Guidance for Industry states, the "ADVERSE REACTIONS section is required to list the adverse reactions that occur with the drug and with drugs in the same pharmacologically active and chemically related class, if applicable (§ 201.57(c)(7)(i))."[719]

668. In my opinion, based on the evidence below, Lilly should have warned of ileus, severe constipation leading to fecal impaction and intestinal obstruction in the Adverse Reactions Section (Section 6) of the label for dulaglutide.

669. In my opinion, it is important when listing constipation in the context of the GLP-

---

[718] *See* 21 C.F.R. § 201.57(C)(7) ("For adverse reactions with significant clinical implications, the listings must be supplemented with additional detail about the nature, frequency, and severity of the adverse reaction and the relationship of the adverse reaction to drug dose and demographic characteristics, if data are available and important.").
[719] *Id.* at p. 2.

1 RA drugs that physicians understand that fecal impaction and intestinal obstruction and the risk of hospitalization, and potentially surgery, can occur.

## B.  Eli Lilly's GLP-1 RA Drug, Dulaglutide

670.    Dulaglutide is a long-acting GLP-1 RA for once weekly administration.[720] Dulaglutide is approximately 93% homologous to native GLP-1,[721] and it has a plasma half-life of approximately 4.7 days.[722]

671.    Dulaglutide is a synthetic drug that mimics the effects of naturally occurring GLP-1 but has been modified to last longer.[723]

672.    Dulaglutide is approved under the brand name Trulicity. BLA (125469) was approved on September 18, 2014.  Dulaglutide is also referred to as LY2189265.[724]

673.    Trulicity is a once-weekly subcutaneous dulaglutide injection.  The FDA approved Trulicity for marketing on September 18, 2014.[725]

674.    Trulicity is "indicated as an adjunct to diet and exercise to improve glycemic control in adults with type 2 diabetes mellitus."[726]  As initially approved, the recommended dose for Trulicity was 1.5 mg per week.[727]

675.    On April 19, 2019, Lilly submitted supplemental BLA 125469/S-033, requesting approval to expand its marketing of Trulicity by adding an indication for reduction of major cardiovascular events in adults with type 2 diabetes. On February 21, 2020, the FDA approved the request.[728]

676.    On November 4, 2019, Lilly submitted BLA 125469/S-036, seeking approval for higher doses (3 mg per week and 4.5 mg per week) of Trulicity. On September 3, 2020, the FDA

---

[720] LLY-GLPMDL-08371599.
[721] LLY-GLPMDL-08536076 at LLY-GLPMDL-08536103.
[722] *Id.*
[723] *See* Deposition of Omolara Adetunji (Adetunji Depo.) at 34:3-12.
[724] LLY-GLPMDL-00044202 at p. 8.
[725] LLY-GLPMDL-08508957 at p. 60.
[726] LLY-GLPMDL-00044202 at p. 10.
[727]    FDA    Approval    Letter    for    BLA    125469/0    (Sept.    18,    2014),    *available    at* https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2014/125469Orig1s000ltr.pdf.
[728]    FDA    Approval    Letter    for    BLA    125469/S-033    (Feb.    21,    2020),    *available    at* https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2020/125469Orig1s033ltr.pdf.

approved that request.[729]

677.    On May 17, 2022, Lilly submitted BLA 125469/S-051, seeking to add an indication for a new patient population: "pediatric patients 10 years of age and older with type 2 diabetes mellitus."

678.    On November 17, 2022, the FDA approved the drug for pediatric use. The supplemental approval also added 'ileus' as a gastrointestinal adverse reaction reported during post-approval use of Trulicity in the prescribing information (PI) to Section 6.2 Postmarketing Experience.[730]

### C.  Clinical Trials

679.    Numerous clinical trials were performed assessing the safety and efficacy of dulaglutide prior to approval and after approval.[731]

680.    "The pivotal efficacy and safety data in support of dulaglutide use in subjects with T2DM are derived from five Phase 3 studies conducted in a general population of patients with T2DM" include:"[732] (1) H9X-MC-GBCF; (2) H9X-MC-GBDC; (3) H9X-MC-GBDA; (4) H9X-MC-GBDB; and (5) H9X-MC-GBDD.[733]

## XIII.  ELI LILLY'S LABELING HISTORY OF DULAGLUTIDE[734]

681.    The following is a brief regulatory timetable involving Lilly, FDA, and EMA concerning intestinal obstruction, ileus, and fecal impaction on the Trulicity (dulaglutide) label, along with information relating that Lilly had regarding these conditions:

  a.  2013: As demonstrated in Lilly's internal emails, in 2013, PRAC was evaluating exenatide and liraglutide for the safety signal of intestinal obstruction, and "[t]his may be a potential regulatory question during dulaglutide EU review."[735]

---

[729] *See News Release: FDA approves additional doses of Trulicity (dulaglutide) for the treatment of type 2 diabetes,* Eli Lilly (Sept. 3, 2020), *available at* https://investor.lilly.com/news-releases/news-release-details/fda-approves-additional-doses-trulicityr-dulaglutide-treatment.

[730]    *See*    November    2022    Trulicity    Label,    *available    at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2022/125469s051lbl.pdf.

[731] Clinical trial data on dulaglutide show that patients who experienced the greatest weight loss also reported higher rates of nausea. This pattern provides insight into the drugs' mechanism of action, suggesting that gastrointestinal adverse effects—particularly nausea—are closely associated with greater therapeutic effectiveness. *See* LLY-GLPMDL-00365749 at p. 250.

[732]    Clinical    Review    for    Trulicity    at    pp.    30-31,    *available    at* https://www.accessdata.fda.gov/drugsatfda_docs/nda/2014/125469Orig1s000MedRedt.pdf.

[733] *Id.* at pp. 36-37.

[734] See Schedule 1 for history of Eli Lilly's Trulicity label changes.

[735] LLY-GLPMDL-10038153.

b. September 18, 2014: Trulicity is approved and contains a Section 5 Warning and Precaution stating:

> "Use of TRULICITY may be associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6.1)]*. TRULICITY has not been studied in patients with severe gastrointestinal disease, including severe gastroparesis, and is therefore not recommended in these patients."[736,737]

> Section 6.1—Table 1 shows common adverse reactions and lists nausea, diarrhea,[738] vomiting,[739] abdominal pain,[740] decreased appetite, dyspepsia, and fatigue.[741]

c. December 13, 2017: In PRAC's Signal Assessment Report for Gastrointestinal stenosis and obstruction on Dulaglutide,[742] PRAC stated: "There are data indicating that GLP-1 analogues may affect not only gastric but also the intestinal motility (Kunkel et al, Neurogastroenterol Motil. 2011; Hellstrom PM, Regul Pept. 2009; Madsen KB, et al. Regul Pept. 2013; Nakatani Y, et al. Diabetes Metab. 2017). Thus there is a mechanistic rationale for an association between GLP-1 analogues and gastrointestinal obstruction."[743]

   i. PRAC also stated: "Intestinal obstruction is listed for other members of the GLP-1 class i.e. exenatide, liraglutide and albiglutide. For exenatide and liraglutide, the risk was included following a 2013 PRAC signal, with the assessment focusing on severe outcomes of the inhibition of gut motility such as hospitalizations, corrective treatments or surgery."[744]

   ii. One of the PRAC's Rapporteur's comment indicates: "Fourteen cases of positive-dechallenge and 3 cases of positive re-challenge are of note.

---

[736]    *See*    September    2014    Approval    label    for    Trulicity,    *available    at* www.accessdata.fda.gov/drugsatfda_docs/nda/2014/125469Orig1s000Lbl.pdf.

[737] According to Lilly employee, Jennie Walgren, this Warning resulted from exclusion criteria in Lilly's registration protocols for Trulicity and tirzepatide.  *See* LLY-GLPMDL-08649390.  Ms. Walgren indicates the exclusion in all registration protocols for Trulicity stating, "Have a known clinically significant gastric emptying abnormality (for example, severe diabetic gastroparesis or gastric outlet obstruction) … or chronically take drugs that directly affect GI motility" "is significant from a labeling perspective, as this has resulted with having a Warning and Precaution that is NOT in incretin therapy labels from other sponsors."

[738] The label notes this term "[i]ncludes diarrhea, fecal volume increased, frequent bowel movements."

[739] The label notes this term "[i]ncludes retching, vomiting, vomiting projectile."

[740] The label notes this term "[i]ncludes abdominal discomfort, abdominal pain, abdominal pain lower, abdominal pain upper, abdominal tenderness, gastrointestinal pain."

[741] The label notes this term "[i]ncludes fatigue, asthenia, malaise." "In addition to the reactions in Table 1, the following adverse reactions were reported more frequently in TRULICITY treated patients than placebo (frequencies listed, respectively, as: placebo; 0.75 mg; 1.5 mg): constipation (0.7%, 3.9%, 3.7%), flatulence (1.4%, 1.4%, 3.4%), abdominal distension (0.7%, 2.9%, 2.3%), gastroesophageal reflux disease (0.5%, 1.7%, 2.0%), and eructation (0.2%, 0.6%, 1.6%)."

[742] LLY-GLPMDL-11393640.

[743] *Id.* at p. 15/29.

[744] *Id.* at p. 4/29.

Further exclusion criteria adopted from the MAH on the remaining 29 cases retrieved at least 10 well informed cases, where no pre-existing or concurrent conditions and/or concomitant medications (alpha-glucosidase inhibitor) could have contributed to the development of GI stenosis and/or obstruction related events. Almost all the AEs (8 over 10) registered in the 8 serious cases selected by the MAH are specifically related to intestinal tract obstruction, rather than GI tract obstruction. Gastrointestinal side effects are known for dulaglutide and occur commonly. Section 4.8 of the current SmPC already includes the events "constipation" and "abdominal distension". From these data, there is sufficient information to conclude that a causal relationship between dulaglutide and intestinal obstruction is at least a reasonable possibility."[745,746]

iii. PRAC also stated: "Considering the totality of the available data, including the non-confounded cases, plausible TTO [time to onset], the number of cases with positive de-challenge and re-challenge, and taking into account that other gastrointestinal side effects are known to be associated with dulaglutide, there is sufficient information to conclude that dulaglutide can cause intestinal obstructions."[747]

d. November 2020: Lilly's internal emails state that PRAC was assessing the issue of adverse drug reactions for gastrointestinal stenosis and gastrointestinal obstruction related to dulaglutide. Moreover, PRAC stated that "[t]here is considered sufficient evidence to conclude on a causal relationship between impaired gastric emptying and dulaglutide."[748]

e. June 17, 2022: FDA issued a NISS for intestinal obstruction applicable to the GLP-1 RA class of drugs.[749]

f. August 2022: Lilly finalizes the Dulaglutide Safety Topic Report on Intestinal Obstruction, with a Report Period cumulative through May 31, 2022.[750] "In summary, based on the totality of the data, the evidence does not support a causal association between dulaglutide and intestinal obstruction."[751]

---

[745] *Id.* at p. 23/29.

[746] It is notable that only a 4-page executive summary of the 2017 Safety Topic Report for intestinal obstruction was submitted to the FDA in the relevant dulaglutide PSUR, therefore excluding the rechallenge analysis/table. LLY-GLPMDL-00998436 at 474-477. Further, Case #JP201610008150 (consideration for positive rechallenge) was not included as a rechallenge in the 2017 Safety Topic Report. *See* LLY-GLPMDL-08508957.

[747] *Id.* at p. 27/29.

[748] LLY-GLPMDL-09292402.

[749] LLY-GLPMDL-08096959 (Trulicity); LLY-GLPMDL-08659204 (email stating that Lily added "a signal for intestinal obstruction . . .to the signal log.").

[750] LLY-GLPMDL-10090389.

[751] *Id.* Lilly's analysis in the August 2022 Dulaglutide Safety Topic Report regarding a causal association between dulaglutide and intestinal obstruction reaches a flawed conclusion. The number of search terms used in the 2017 intestinal obstruction Safety Topic Report for dulaglutide and submitted to PRAC was more comprehensive than the search terms used in the August 2022 Intestinal Obstruction Safety Topic Report. LLY-GLP-MDL-08508957 at LLY-GLPMDL-08508973; LLY-GLPMDL-10090389 at LLY-GLPMDL-10090393. This resulted in significantly fewer

g.  October 7, 2022: Lilly finalizes Media/Investor Relations Standby Statement identifying the FDA's NISS for Intestinal Obstruction.[752]

h.  October 28, 2022: Lilly submits Regulatory Response to the FDA regarding the addition of ileus to the Trulicity label. Lilly stated: "In summary, the evidence does not support a causal association between dulaglutide and intestinal obstruction in general.  No updates to the label are warranted."[753]

i.  November 2022: FDA issues report on joint pharmacovigilance and epidemiologic review to provide an analysis of reports on the possible development of intestinal obstruction (IO) with the use glucagon-like …." FDA's conclusion, including DDLO surgical specialist, was that based on the information from the case series and plausible biological mechanism, ileus was the preferred term, and that the surgical cases were causally unrelated to GLP-1 RA. DPV-I and DEPI-I conclude that there is sufficient evidence, including four rechallenge cases, to support an association between ileus and the use of GLP-1 RAs."[754]

j.  November 2022: The FDA responds to Lilly's Regulatory Response for Dulaglutide and Ileus." FDA states:

"We disagree with your conclusion in your response document that based on the totality of the data, the evidence does not support a causal association between dulaglutide and intestinal obstruction.  We believe there is sufficient evidence to support a causal association between the glucagon-like peptide receptor agonists (GLP-1 RAs) *class of products*, including dulaglutide and the adverse reaction ileus and are therefore again requesting that "ileus" be added to section 6.2 of the prescribing information."[755]

k.  November 2022: Lilly updated the Trulicity label with addition of Gastrointestinal: ileus in Section 6.2 Postmarketing Experience.[756]

---

cases identified in 2022 versus 2017. Further, in discussing mechanistic plausibility in the August 2022 STR, Lilly only cited the Nakatani paper despite the fact that PRAC referenced three other publications discussing mechanism in 2017 (Kunkel, Hellstrom and Madsen). LLY-GLPMDL-10090389 at LLY-GLPMDL-1009395. Finally, in the 2017 intestinal obstruction Safety Topic Report, there were three identified cases of positive rechallenge; however in the August 22 Safety Topic Report, Lilly only identified one case of positive rechallenge. LLY-GLPMDL-08508957 at LLY-GLPMDL-08508980; LLY-GLPMDL-10090389 at LLY-GLPMDL-10090406.

[752] LLY-GLPMDL-08364677.

[753] LLY-GLPMDL-08176451.

[754] Novo_GLP_MDL_002147735.

[755] LLY-GLPMDL-14236309 at p. 1. In this Response, the FDA also stated that Lilly only identified one (1) "positive rechallenge case . . . [its] response. [FDA] identified two additional positive rechallenge cases. . . . We are including the 37 cases from our case series below with our assessment of the case strengfth and additional comments." LLY-GLPMDL-08096509 at p. 2.

[756] *See* November 2022 Trulicity Label, *available at* www.accessdata.fda.gov/drugsatfda_docs/label/2022/125469s051lbl.pdf

240

l.  July 21, 2023: FDA opens a NISS for "Potential Risk of Aspiration During General Anesthesia and Deep Sedation" for the class of GLP-1 RA products including dulaglutide.[757]

m.  October 2, 2023: Lilly submits its Regulatory Response to FDA's NISS for "Potential Risk of Aspiration During General Anesthesia and Deep Sedation."[758] In its response, Lilly states: "GLP-1s are secreted in the L-cells of the ileum and act in the stomach to suppress GE by inhibiting peristalsis while increasing tonic contraction of the pyloric region. As would be predicted by the slowing of GE, exogenous GLP-1 relaxes the proximal stomach in a dose-dependent manner, reduces antral and duodenal motility, and increases pyloric tone in both the fasted and the fed states (Marathe et al. 2011)."[759]

o.  April 28, 2025: FDA opens a NISS for "Intestinal Obstruction and Fecal Impaction."[760]

p.  June 11, 2025: Lilly Finalizes the Tirzepatide Abbreviated Safety Topic Report on Intestinal Objection and Fecal Impaction, with a Report Period cumulative through April 28, 2025 for the Israel Ministry of Health.[761]

q.  August 20, 2025: Lilly's Frequently Asked Questions on Intestinal Obstruction state:

> "Existing literature suggests an association between pharmacological agents which target the incretin pathways and delays in gastric motility. The delay in gastric motility may have implications in constipation with potential risk of intestinal obstruction."[762]

r.  October 14, 2025: FDA Requests Lilly to add the following to the USPI for dulaglutide:

   i.  In Section 5 Warnings and Precautions, under 'Severe Gastrointestinal Adverse Reactions' add the following statement: "Severe gastrointestinal adverse reactions have also been reported postmarketing with GLP-1 receptor agonists."

   ii. In Section 6 Adverse Reactions, under 'Postmarketing Experience', add "intestinal obstruction, severe constipation including fecal impaction."[763]

---

[757] LLY-GLPMDL-12627947.
[758] LLY-GLPMDL-08233965.
[759] LLY-GLPMDL-08233965 at p. 78.
[760] LLY-GLPMDL-20788795.
[761] LLY-GLPMDL-20085820.
[762] LLY-GLPMDL-18682006.
[763] LLY-GLPMDL-20921431.

A. **History of Lilly's Gastrointestinal Safety-Related Changes in the Trulicity (dulaglutide) Label**

682.    As noted above, beginning in 2014, Lilly included a Section 5 Warning & Precaution for Severe Gastrointestinal Disease with a cross-reference to Section 6.1 [Clinical Studies Experience] for nausea, diarrhea, vomiting, abdominal pain, decreased appetite, dyspepsia, fatigue, constipation, flatulence, abdominal distension, gastroesophageal reflux disease, and eructation.[764]

683.    At the time of launch in 2014, Trulicity's label did not mention ileus or severe constipation leading to fecal impaction and intestinal obstruction in any section of the label.

684.    In December 2017, the European Medicines Agency Pharmacovigilance Risk Assessment Committee ("PRAC") stated "[Lilly] should update section 4.8 of the SmPC reflecting" "the adverse reaction **Intestinal Obstruction** with a frequency not known."[765]

685.    In Europe, Lilly has warned of Trulicity's risk of non-mechanical intestinal obstruction since August 2019.[766]

686.    In Europe, Lilly has warned of delayed gastric emptying as a gastrointestinal disorder since August 2019.[767,768]

687.    On November 17, 2022, Section 6.2 Postmarketing Experience was changed in Trulicity's label was changed to add *"Gastrointestinal:* ileus".

688.    In November 2024, the Trulicity label was changed to add the following language in Section 5.6[769]:

> In the pool of placebo-controlled trials, severe gastrointestinal adverse reactions were reported more frequently among patients receiving TRULICITY (0.75 mg 2.2%, 1.5 mg 4.3%) than placebo (1.4%).

689.    In November 2024, the Trulicity label was changed to add the following pulmonary

---

[764]    *See* September 2014 Approval label for Trulicity, *available at* https://www.accessdata.fda.gov/drugsatfda_docs/nda/2014/125469Orig1s000Lbl.pdf.

[765] LLY-GLPMDL-11393635 at p. 33.

[766] Adetunji Depo. at 38:7-18; 41:21-42:6; LLY-GLPMDL-10629625.

[767] Adetunji Depo. at 38:19-8; 41:21-42:6; LLY-GLPMDL-10629625.

[768] In Saudi Arabia, Lilly's Trulicity label has disclosed the risk of bowel obstruction since July 2018. *See* Adetunji Dep. at 46:19-22; LLY-GLPMDL-18610625.

[769]    Trulicity Label (November 2024), available at www.accessdata.fda.gov/drugsatfda_docs/label/2024/125469s061s062lbl.pdf

aspiration during general anesthesia or deep sedation warning in Section 5.9[770]:

> TRULICITY delayed gastric emptying [*see Clinical Pharmacology (12.2)*].  There have been rare postmarketing reports of pulmonary aspiration in patients receiving GLP-1 receptor agonists undergoing elective surgeries or procedures requiring general anesthesia or deep sedation who had residual gastric contents despite reported adherence to preoperative fasting recommendations.
>
> Available data are insufficient to inform recommendations to mitigate the risk of pulmonary Aspiration During General anesthesia or deep sedation in patients taking TRULICITY, including whether modifying preoperative fasting recommendations or temporarily discontinuing TRULICITY could reduce the incidence of retained gastric contents.  Instruct patients to inform healthcare providers prior to any planned surgeries or procedures if they are taking TRULICITY.

690.    On October 14, 2025, FDA sent a supplement request to Lilly stating "[w]e request that you submit drafting labeling for your Prescribing Information (PI) proposing changes to the approved labeling in accordance with the requests below as a prior approval supplement (PAS) within 45 calendar days of the date of this letter.

> 1) In Section 5 Warnings and Precautions, under 'Severe Gastrointestinal Adverse Reactions' add the following statement: 'Severe gastrointestinal adverse reactions have also been reported postmarketing with GLP-1 receptor agonists.'
>
> 2) In Section 6 Adverse Reactions, under 'Postmarketing Experience', add 'intestinal obstruction, severe constipation including fecal impaction.'"[771]

691.    To my knowledge, Trulicity's label still does not mention intestinal obstruction or severe constipation[772] including fecal impaction in any section of the label.[773]

## XIV.  SHOULD ELI LILLY HAVE INCLUDED WARNINGS OF GASTROINTESTINAL HYPOMOTILITY THAT INCLUDE ILEUS, SEVERE CONSTIPATION LEADING TO FECAL IMPACTION AND INTESTINAL OBSTRUCTION IN THE ADVERSE REACTIONS SECTION (SECTION 6) OF THE LABEL FOR DULAGLUTIDE?

---

[770] *Id.*

[771] LLY-GLPMDL-20921431 at p. 1.

[772] The term "constipation" is included only once, as an adverse reaction "reported more frequently in TRULICITY-treated patients than placebo … constipation (0.7%, 3.9%, 3.7%)."

[773] *See* May 2025 Trulicity Label, *available at* www.accessdata.fda.gov/drugsatfda_docs/label/2025/125469s063lbl.pdf.  This is the most recent version of Trulicity's label available on the FDA's website. I have not seen an approved, current label for Trulicity containing these adverse event terms.

243

## A.  Analytical Framework for Assessing Whether Lilly Should Have Warned

692.     As mentioned above, in order to consider the question of whether Lilly should have included warnings of gastrointestinal hypomotility that include ileus, severe constipation leading to fecal impaction and intestinal obstruction in the Adverse Reactions section (Section 6) of the label for dulaglutide, I reviewed and considered FDA's Guidance for Industry: Adverse Reactions Section of Labeling for Human Prescription Drug and Biological Products – Content and Format ("FDA Adverse Reactions Guidance").[774]

693.     The FDA Adverse Reactions Guidance states, "[t]he ADVERSE REACTIONS section is required to list the adverse reactions that occur with the drug and with drugs in the same pharmacologically active and chemically related class, if applicable (201.57(c)(7)(i))."[775]

694.     The FDA Adverse Reactions Guidance states that for presentation of less common adverse reactions, the adverse reactions section "should present those adverse reactions that occurred below the specified rate for inclusion in the common adverse reactions table or listing, but for which there is some basis to believe that there is a causal relationship between the drug and the event . . . ."[776]

695.     The FDA Adverse Reactions Guidance further states: "Serious low-frequency adverse events generally will be listed when there is reason to suspect that the drug may have caused the event.  Typical reasons to suspect causality for an event include: (1) timing of onset or termination with respect to drug use, (2) plausibility in light of the drug's known pharmacology, (3) occurrence at a frequency above that expected in the treated population, and (4) occurrence of an event typical of drug-induced adverse reactions…For serious events that are typical of drug-induced adverse reactions, the occurrence of even a single event could be a basis for inclusion in the list."[777]

695.1 "For adverse reactions with significant clinical implications (e.g. those that are most commonly occurring, that result in discontinuation or dose modification, or that require monitoring), the listing of … less common adverse reactions must be

---

[774] U.S. Dept. Health & Hum. Servs., Guidance for Industry: Adverse Reactions Section of Labeling for Human Prescription Drug and Biological Products—Content and Format (Jan. 2006), *available at* https://www.fda.gov/media/72139/download.
[775] *Id.* at p. 2.
[776] *Id.* at p. 5.
[777] *Id.* (emphasis added).

supplemented with additional details about the nature, frequency, severity, dose-response, and demographic characteristics of the adverse reaction, to the extent data are available and important (201.57(c)(7)(ii)(A))."[778]

695.2 "To the extent information is available and important and bears on the nature, frequency, and severity of clinically important adverse reactions, the commentary must discuss applicable factors (201.57(c)(7)(ii)(A)). Examples include…Steps that can diminish the likelihood or severity of, or prevent, adverse reactions[779]

696.    In addition, the regulations state that "[d]ecisions about whether to include an adverse event from spontaneous reports in labeling are typically based on one or more of the following factors:

(1) seriousness of the event,
(2) number of reports, or
(3) strength of causal relationship to the drug."[780]

697.    For rare, serious reactions, the FDA Adverse Reactions Guidance states, "serious adverse events that are unusual in the absence of drug therapy … there is a basis to believe there is a causal relationship between event and the drug at a very low rate of occurrence.  Therefore, these events are generally listed in the adverse reactions section even if there are only one or two reported events, unless it is clear that a causal relationship can be excluded."[781]

698.    "Adverse reactions should be classified using meaningful and specific terms that best communicate the nature and significance of the reaction."[782]

## B. Application of FDA Factors to Assess the need for a Section 6 Adverse Reactions Warning

699.    I applied the FDA guidance factors on assessing whether there is reasonable association for serious low-frequency gastrointestinal motility-related adverse events.  These factors include: (1) timing of onset or termination with respect to drug use, (2) plausibility in light of the drug's known pharmacology, (3) occurrence at a frequency above that expected in the treated population, and (4) occurrence of an event typical of drug-induced adverse reactions…[783]

---

[778] *Id.* at p. 6.
[779] *Id.*
[780] *Id.*
[781] *Id.*
[782] *Id.* at p. 9
[783] *Id.* at p. 5

700.    In applying these factors, my analysis of "Severe Gastrointestinal Motility-Related Adverse Events" includes within it the following conditions that can occur: nausea, vomiting, abdominal pain, constipation, paralytic ileus, ileus, functional obstruction, intestinal obstruction, small intestinal obstruction, intestinal pseudo-obstruction, intestinal perforation, bezoar, impaired gastric emptying, gastrointestinal hypomotility, gastrointestinal obstruction, faecaloma, and faecalith.

### i.    Timing of Onset or Termination With Respect to Drug Use (i.e. Temporal Association Between Drug Administration and the Event)

701.    For this factor, I looked for adverse event reports received by Lilly about Severe Gastrointestinal Motility-Related Adverse Events, which showed that the adverse event occurred after the patient was exposed to dulaglutide.

702.    It is almost always the case that adverse event reports involve an adverse event that occurs after the patient is exposed to the suspect drug. Although in some cases a report may involve a worsening of a pre-existing condition or the reappearance of an event that also occurred earlier in the person's medical history, this would still satisfy the temporality criterion.

703.    As indicated in the discussions of the frequency of reporting (below) and controlled trials (above), Lilly received numerous adverse event reports of Severe Gastrointestinal Motility-Related Adverse Events involving GLP-1 RAs. These events occurred after the person was exposed to dulaglutide.

704.    In my opinion, these events demonstrate a temporal associated factor between use of Lilly's GLP-1 RA, dulaglutide, and the subsequent development of Severe Gastrointestinal Motility-Related Adverse Events, including ileus, severe constipation leading to fecal impaction and intestinal obstruction.

### ii.    Plausibility in Light of the Drug's Known Pharmacology

705.    For this factor, I reviewed the medical literature and Lilly's internal and FDA documents to assess whether and when there was evidence that gastrointestinal motility-related adverse events, specifically ileus, severe constipation leading to fecal impaction and intestinal obstruction, are consistent with the pharmacology of dulaglutide.

706.    Biological plausibility does not mean the pathogenesis must be definitively understood nor proven.

707.    Biologically implausible would mean that there is no credible explanation that

246

explains how an exposure, medical occurrence, etc. increased the risk of a disease or injury.

708.    See PART I, Section II, above, for a full discussion of the mechanism literature on GLP-1 RA drugs and their impact on gastrointestinal motility

709.    In my opinion, the literature regarding the mechanism of action for the class of GLP-1 RA drugs shows that gastrointestinal motility-related adverse events, specifically ileus, severe constipation leading to fecal impaction and intestinal obstruction, are consistent with the pharmacology of dulaglutide.

### iii.    Occurrence at a Frequency Above That Expected In the Treated Population

710.    For this factor I considered whether there was evidence that the adverse event rate for Serious and/or Severe Gastrointestinal Motility-Related Adverse Events exceeded the rate in comparator groups in controlled clinical trials.

711.    An important fact to consider when discussing clinical trial data is that "premarket clinical trials, by their nature, cannot identify all ADRs associated with a drug. . . . [And,] while the sample size of patients in clinical trials may allow detection of common [adverse events], it is generally insufficient for capturing [adverse events] with a rare or idiosyncratic presentation."[784]

712.    The FDA has stated that "for adverse reactions that occur infrequently or rarely we would not expect imbalances in clinical trial data. Adverse reactions with lower rates of occurrence are often only identified postmarketing and were not seen in the clinical development program."[785]

713.    Lilly reports "a disproportionality in the reporting of GI obstruction and stenosis with dulaglutide (0.23 AEs) versus placebo . . . ."[786] This is evidence of a frequency above that expected in the treated population.

714.    As of September 24, 2012, Lilly's Test Data – Test Mode for "Summary and Analysis of Medical Query: Any Specific GI Tolerability Term Observations Through 26 Weeks of the Planned Treatment Period Placebo-Controlled Studies with 0.75 mg and 1.5 Dulaglutide Groups Safety Population, Studies GBCF, GBDA, GBDN[787] indicates:

---

[784] Emeri Potter, *FDA Adverse Event Reporting System (FAERS) Essentials: A Guide to Understanding, Applying, and Interpreting Adverse Event Data Reported to FAERS*, CLIN. PHARMACOL. THER. (2025); 118(3):567-82.
[785] LLY-GLPMDL-08096509.
[786] LLY-GLPMDL-08508957 at p. 33.
[787] LLY-GLPMDL-08525542.

```
TEST DATA - TEST MODE                                                           13:29 Sep 24, 2012

Summary and Analysis of Medical Query: Any Specific GI Tolerability Term
Observations Through 26 Weeks of the Planned Treatment Period
Placebo-Controlled Studies With 0.75 mg and 1.5 mg Dulaglutide Groups
Safety Population, Studies GBCF, GBDA, GBDN
----------------------------------------------------------------------------------------------------
  Level 1
    Level 2
      Level 3                      Placebo      Dula_0.75     Dula_1.5      All_Dula
        Preferred Term             (N=568)       (N=836)      (N=834)       (N=1670)        CMH
                                  n    (%)      n    (%)     n    (%)      n    (%)       p-value*a
----------------------------------------------------------------------------------------------------
Any Specific GI Tolerability Term  81 ( 14.26)  216 ( 25.84) 286 ( 34.29) 502 ( 30.06)    <.001
  Nausea and Vomiting Symptoms     36 (  6.34)  117 ( 14.00) 199 ( 23.86) 316 ( 18.92)    <.001
    Nausea                         30 (  5.28)  101 ( 12.08) 163 ( 19.54) 264 ( 15.81)    <.001
    Vomiting                       13 (  2.29)   50 (  5.98) 102 ( 12.23) 152 (  9.10)    <.001
    Retching                        0 (  0.00)    1 (  0.12)   1 (  0.12)   2 (  0.12)     .461
    Vomiting projectile             0 (  0.00)    0 (  0.00)   1 (  0.12)   1 (  0.06)     .482
  Flatulence, Bloating, and Distension 11 ( 1.94) 32 ( 3.83)  41 (  4.92)  73 (  4.37)     .009
    Abdominal distension            4 (  0.70)   23 (  2.75)  18 (  2.16)  41 (  2.46)     .010
    Flatulence                      8 (  1.41)   12 (  1.44)  27 (  3.24)  39 (  2.34)     .180
  Diarrhea                         38 (  6.69)   72 (  8.61) 101 ( 12.11) 173 ( 10.36)     .008
    Diarrhoea                      38 (  6.69)   72 (  8.61) 101 ( 12.11) 173 ( 10.36)     .008
  Gastrointestinal Atonic and Hypomotility  7 ( 1.23) 43 ( 5.14) 47 ( 5.64) 90 ( 5.39)   <.001
    Constipation                    4 (  0.70)   29 (  3.47)  29 (  3.48)  58 (  3.47)    <.001
    Gastrooesophageal reflux disease 3 ( 0.53)   13 (  1.56)  17 (  2.04)  30 (  1.80)     .022
    Infrequent bowel movements      0 (  0.00)    3 (  0.36)   0 (  0.00)   3 (  0.18)     .266
    Impaired gastric emptying       0 (  0.00)    0 (  0.00)   1 (  0.12)   1 (  0.06)     .616
  Any Abdominal Pain Term          21 (  3.70)   39 (  4.67)  58 (  6.95)  97 (  5.81)     .049
    Abdominal pain upper            9 (  1.58)   19 (  2.27)  27 (  3.24)  46 (  2.75)     .116
    Abdominal pain                 11 (  1.94)   17 (  2.03)  25 (  3.00)  42 (  2.51)     .436
    Abdominal pain lower            1 (  0.18)    3 (  0.36)   6 (  0.72)   9 (  0.54)     .242
    Abdominal tenderness            1 (  0.18)    0 (  0.00)   2 (  0.24)   2 (  0.12)     .718
----------------------------------------------------------------------------------------------------

Abbreviations: N = total number of patients in specified treatment arm; n = number of patients with at least one adverse event

Note: Dula_0.75 refers to 0.75 milligrams dulaglutide once weekly and Dula_1.5 refers to 1.5 milligrams dulaglutide once weekly.
      All_Dula refers to Dula_0.75 and Dula_1.5 treatment groups combined.

*a - p-values are from Cochran-Mantel-Haenszel (CMH) test comparing All_Dula to Placebo stratified by study.

Program Location: home/lillyce/dev/ly2189265/integrations/submission/programs_stat/mqae
Output Location: home/lillyce/dev/ly2189265/integrations/submission/programs_stat/tfl_output/safety/mq_GITolerability_VIII_b_AS1.rt
Data Location: home/lillyce/qa/ly2189265/integrations/idb_dr1/data/ads/ADS_WAVE2
```

715.    Lilly's table above shows statistically significant rates for gastrointestinal atonic and hypomotility Level 1 constipation.

### iv.    Occurrence of an Event Typical of Drug-Induced Adverse Reactions

716.    In Crisafulli[788] et al., the authors provided supplementary material that included a table (below) showing a sensitivity analysis of the incidence rate differences and hazard ratios for (A) subcutaneous semaglutide vs. SGLT-2 inhibitors, (B) tirzepatide vs. SGLT-2 inhibitors, and (C) dulaglutide vs. SGLT-2 inhibitors after 1:1 propensity score matching for GI motility-related outcomes – which they define as including bowel obstruction, gastroparesis and severe constipation:

---

[788] Crisafulli S, Alkabbani W, Paik JM, et al. Comparative gastrointestinal safety of dulaglutide, semaglutide, and tirzepatide in adults with type 2 diabetes. *Ann Intern Med*. 4 November 2025. [Epub ahead of print]. doi:10.7326/ANNALS-25-01724.

**Supplement Table 11.** Sensitivity analysis: Incidence rate differences and hazard ratios for (A) subcutaneous semaglutide vs. SGLT-2 inhibitors, (B) tirzepatide vs. SGLT-2 inhibitors, and (C) dulaglutide vs. SGLT-2 inhibitors after 1:1 propensity score matching.

| | Semaglutide vs. SGLT-2 inhibitors | | | | | Tirzepatide vs. SGLT-2 inhibitors | | | | | Dulaglutide vs. SGLT-2 inhibitors | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Semaglutide (N= 84,822) | | SGLT-2 inhibitors (N= 84,822) | | HR (95%CI) | Tirzepatide (N= 28,813) | | SGLT-2 inhibitors (N= 28,813) | | HR (95%CI) | Dulaglutide (N= 56,353) | | SGLT-2 inhibitors (N= 56,353) | | HR (95%CI) |
| | Total events | IR/100 PY | Total events | IR/100 PY | | Total events | IR/100 PY | Total events | IR/100 PY | | Total events | IR/100 PY | Total events | IR/100 PY | |
| **Primary outcome** | | | | | | | | | | | | | | | |
| GI adverse events | 681 | 1.15 | 574 | 0.94 | 1.22 (1.09 to 1.37) | 187 | 1.09 | 112 | 0.72 | 1.53 (1.21 to 1.93) | 655 | 1.32 | 486 | 0.97 | 1.36 (1.21 to 1.53 |
| **Secondary outcomes** | | | | | | | | | | | | | | | |
| Pancreaticobiliary outcomes | 112 | 0.19 | 134 | 0.22 | 0.87 (0.67 to 1.11) | 30 | 0.17 | 29 | 0.19 | 0.92 (0.55 to 1.54) | 116 | 0.23 | 110 | 0.22 | 1.06 (0.82 to 1.37 |
| GI motility-related outcomes | 581 | 0.98 | 455 | 0.74 | 1.32 (1.16 to 1.49) | 158 | 0.92 | 84 | 0.54 | 1.73 (1.32 to 2.25) | 550 | 1.11 | 389 | 0.78 | 1.42 (1.25 to 1.62 |

Abbreviations: CI, confidence interval; GI, gastrointestinal; IR, incidence rate; ITT, intention-to-treat; PY, person-years; SGLT-2, sodium-glucose cotransporter-2.

717. For "GI motility-related outcomes" for dulaglutide (bowel obstruction, gastroparesis and severe constipation) there were 550 events in the dulaglutide group compared to 389 in the SGLT-2 inhibitor group (1.42 HR, 95% CI 1.25-1.62).

### v.     Whether the Adverse Event is Known to be Caused by Related Drugs

718. Drugs related to Lilly's GLP-1 RA dulaglutide include long-acting GLP-1 RAs liraglutide, semaglutide and tirzepatide—a dual GLP-1 and GIP agonist.

719. In a Case Report published in the New England Journal of Medicine in 2008, Cure et al., *Exenatide and Rare Adverse Events*," the authors describe a 44-year-old woman "with a 31-year history of type 1 diabetes mellitus and long-term complications (retinopathy, neuropathy, and end-stage renal disease) underwent an allogeneic islet-after-kidney transplantation." The patient initiated "off-label use of exenatide . . . (≤10 μg, administered subcutaneously twice daily) . . . 19 months after the islet transplantation in order to improve glucose control." The authors note that "[e]leven months [after starting treatment with exenatide], sharp pain developed in the right upper quadrant, along with other symptoms thought possibly to be associated with exenatide treatment: loss of about 11% of body weight, early satiety, nausea, and vomiting."[789] The patient underwent a gastric emptying study which revealed "severe gastroparesis." "Esophagogastroduodenoscopy showed a 2 cm by 2 cm by 1 cm food-content bezoar, which was safely removed endoscopically. Exenatide treatment was withheld for 1 week after the procedure, and the patient's insulin regimen was adjusted accordingly." Then, "[a]fter assessment of the risks and benefits, exenatide was restarted at a lower dose (2.5 μg three times a day), with close surveillance. The patient's condition became clinically stable, and glucose control was optimal. Three months later, gastrointestinal symptoms recurred, and another gastric bezoar was diagnosed and removed by means of esophagogastroduodenoscopy.     Exenatide     was     then     discontinued.     A     follow-up

---

[789] Cure et al., Exenatide and Rare Adverse Events, *N. Eng. J. Med*. (2008) 358;18 1969-70.

esophagogastroduodenoscopy performed 5 months later showed retained food without the presence of a well-formed bezoar. Botulinum toxin was endoscopically injected into the pylorus, after which the patient's condition remained stable."

720.    In addition, in the FDA's November 2022 Pharmacovigilance Review, it identified a positive rechallenge case of intestinal obstruction with use of semaglutide (FAERS Case # 17534241).[790] The FDA Reviewer stated:

> This case involved a 71-year-old female patient who was hospitalized for [intestinal obstruction] one day after initiation of semaglutide for an "unknown indication." The patient's medications included atorvastatin, insulin, amlodipine, aspirin, levothyroxine, ramipril, metformin, furosemide, lansoprazole, and acetylsalicylic acid (ASA). One day after initiation of semaglutide therapy, the patient was admitted for [intestinal obstruction]. The semaglutide was discontinued and the patient recovered. No further information was available.[791]

721.    Also identified in the FDA's November 2022 Pharmacovigilance Review is a positive rechallenge case of bowel obstruction requiring surgery (FAERS Case # 10977959).[792] The FDA Reviewer stated:

> This case involved a 55-year-old female who was hospitalized with "bowel obstruction" while taking liraglutide. "The patient had part of her bowel removed." Liraglutide was discontinued. Past medical history included T2DM and "severe dental issues." The only concomitant medication reported was metformin.[793]

722.    While not in the GLP-1 RA class, another drug class, that has anticholinergic properties, also decrease gastrointestinal movement (via a different mechanism). Clozaril, a drug in this class, carries the following Gastrointestinal Warning beginning in April 2020[794]:

---

[790] Novo_GLP_MDL_002147735 at p. 14.

[791] *Id.* The Reviewer's Comment states: "The TTO [time to onset] and positive dechallenge after one day strengthen the relationship between the initiation of semaglutide and the development of IO requiring hospitalization. The patient's medication regimen included levothyroxine that most likely points to a history of hypothyroidism, (e.g., secondary to iodide deficiency or Hashimoto's thyroiditis, etc.) which can be a rare cause of intestinal pseudo-obstruction. However, no information regarding the patient's past medical history or current on-going issues (especially GI issues) were noted in the case narrative. We also note background therapy with amlodipine, which lists constipation in the UPSI and apparently, was previously well tolerated by this patient. Given the lack of any acute activity or events with the exception of the addition of the semaglutide, it is possible that the initiation of the GLP-1 RA therapy was the trigger for the IO. It is also likely that this IO was non-mechanical given that the patient recovered with conservative treatment." (citations omitted).

[792] Novo_GLP_MDL_002147735 at p. 14.

[793] *Id.* The Reviewer's Comment states: "Although time to onset is not reported, the time from initiation of liraglutide to report date is approximately one year. Although limited details are provided, this case is an example of IO requiring surgery coincident with liraglutide therapy."

[794]    *See*    February    2020    label    for    Clozaril,    *available    at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2020/019758s095lbl.pdf.

**5.8 Gastrointestinal Hypomotility with Severe Complications**

Severe gastrointestinal adverse reactions have occurred with the use of CLOZARIL, primarily due to its potent anticholinergic effects and resulting gastrointestinal hypomotility. In post marketing experience, reported effects range from constipation to paralytic ileus. Increased frequency of constipation and delayed diagnosis and treatment increased the risk of severe complications of gastrointestinal hypomotility, resulting in intestinal obstruction, fecal impaction, megacolon and intestinal ischemia or infarction [see Adverse Reaction (6.2)]. These reactions have resulted in hospitalization, surgery, and death. The risk of severe adverse reactions is further increased with anticholinergic medications (and other medications that decrease gastrointestinal peristalsis); therefore, concomitant use should be avoided when possible [see Warnings and Precautions (5.16), Drug Interactions (7.1)].

Prior to initiating CLOZARIL, screen for constipation and treat as necessary. Subjective symptoms of constipation may not accurately reflect the degree of gastrointestinal hypomotility in CLOZARIL treated patients. Therefore, reassess bowel function frequently with careful attention to any changes in the frequency or character of bowel movements, as well as signs and symptoms of complications of hypomotility (e.g., nausea, vomiting, abdominal distension, abdominal pain). If constipation or gastrointestinal hypomotility are identified, monitor closely and treat promptly with appropriate laxatives, as necessary, to prevent severe complications. Consider prophylactic laxatives in high risk patients.

723.    And another drug in a different class, Lotronex—a selective serotonin 5-HT3 antagonist—carries a Black Box Warning for Serious Gastrointestinal Adverse Reactions[795]:

> **LOTRONEX (alosetron hydrochloride) Tablets**
> **Initial U.S. Approval: 2000**
>
> **WARNING: SERIOUS GASTROINTESTINAL ADVERSE REACTIONS**
> *See full prescribing information for complete boxed warning.*
> Infrequent but serious gastrointestinal adverse reactions have been reported with the use of LOTRONEX. These events, including ischemic colitis and serious complications of constipation, have resulted in hospitalization and, rarely, blood transfusion, surgery, and death.
> - **LOTRONEX is indicated only for women with severe diarrhea-predominant irritable bowel syndrome (IBS) who have not responded adequately to conventional therapy. (1)**
> - **Discontinue LOTRONEX immediately in patients who develop constipation or symptoms of ischemic colitis. Do not resume LOTRONEX in patients who develop ischemic colitis. (2.1, 5.1, 5.2)**

---

[795]    *See* January 2016 label for Lotronex, *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2016/021107s027lbl.pdf.

###### vi.    Postmarketing    Surveillance    Evidence    and    Cases: Dechallenge/Rechallenge[796]

724.    For this factor, I considered whether there were reports of positive dechallenge and positive rechallenge cases related to gastrointestinal motility-related adverse reactions, including intestinal obstruction/ileus.

725.    "Dechallenge" refers to the dose reduction or discontinuation of a drug from a patient's treatment. A positive dechallenge denotes the disappearance or reduction in severity of the adverse event. "Rechallenge" refers to the reintroduction or increase in dose of a drug suspected of having caused an adverse experience following a positive dechallenge. A positive rechallenge is reoccurrence of the adverse event upon reintroduction or increase in dose of the drug.

726.    As reflected in detail below and in Lilly's internal documents, over the years that dulaglutide has been on the market, Lilly received adverse event reports of ileus, intestinal obstruction and fecal impaction from 2014 to the present. These included notable adverse events such as withdrawal of dulaglutide leading to reduction or complete resolution of the adverse event physician reporter implications of a causal relationship between ileus/intestinal obstruction and exposure to dulaglutide.

727.    Lilly received spontaneous postmarketing reports of positive rechallenge and positive dechallenge ileus and/or bowel obstruction events, with two reported as being related to the use of dulaglutide.[797]

    i.    **Case Number: US201609009105[798]** (positive rechallenge): "This spontaneous

---

[796] Lilly identifies 17 positive dechallenge cases within the High Level Group Term "Gastrointestinal Stenosis and Obstruction" and the Preferred Term "paralytic ileus" as of October 2017: JP201605011082; JP201607001090; JP20160007055 (discussed in the body of the report as a positive rechallenge but only identified as a positive dechallenge by Lilly); US201605010195; FR201607001583; JP201705006095; DE201706005898; JP201708009548; JP201512006545; JP201606004203; JP201610008150; JP201706012618; JP201707002175; US201512002169; US201708003664; US201705011148; JP201707002222. *See* LLY-GLPMDL-10313454.

[797] The FDA identified additional 21 positive dechallenge cases in its Response to Lilly's Regulatory Response: US201605010195; JP201607001090; US201808015273; CN202006002492; ES202104005928; JP201806006220; US202002003640; JP202104011528; JP202204003253; US201512002169; JP201809004829AA; DE201706005898; JP201706012618; FR201709002911; US201901011772; IT201906003554; JP201906013565; JP202104013735; ES202204011177; JP201605011082; IT202003010938. *See generally* LLY-GLPMDL-08096509.

[798] LLY-GLPMDL-08462425 (medical summary). The FDA assessed this case as a strength of 3. Case Strength of 3 is defined as "[f]ew to no confounding factors and/or presence of majority of relevant information (e.g. intervention, concomitant medications, time to onset, dechallenge/rechallenge instances) highly supportive of dulaglutide ileus adverse effect." *See* LLY-GLPMDL-08096509 at p. 2.

The FDA reviewer commented: "*The **TTO of 92 days** until hospitalization for small bowel obstruction with addition of no other medications with the exception of dulaglutide, raises the possibility of dulaglutide as the etiology for triggering the need for hospitalization.  The patient did have a past surgical history of hysterectomy and bilateral*

case, reported by a consumer who contacted the company to report an adverse event, with additional information received from a physician, concerns a 49 year old female of an undisclosed ethnicity. Medical history included as previous hysterectomy and bilateral tubal ligation (BTL). Concomitant medications included: metformin hydrochloride/sitagliptin phosphate monohydrate; indication for use was not provided.

On an unreported date in Oct2015, the patient began taking dulaglutide (Trulicity) 1.5mg via a prefilled device, once weekly for the treatment of Type 2 Diabetes; route was not provided. On an unreported date in Jan2016, approximately three months following the initiation of dulaglutide therapy, the patient was hospitalized for three days due to a blockage in her small intestines also reported as small bowel obstruction (SBO). In addition, on an unprovided date, time to event onset unknown, the patient experienced nausea. During the hospitalization, the patient was given unspecified medication and could not eat for three days. Dulaglutide therapy was discontinued on an unreported date in Jan2016. Reportedly, the patient was on dulaglutide therapy for an approximated three month duration. Again, on an unspecified date in Apr2016, approximately three months following discontinuation of dulaglutide therapy, she was hospitalized for three days due to the blockage (also reported as SBO) and experienced nausea. During the hospitalization, the patient was given unspecified medication and could not eat for three days. On an unspecified date, time to event onset was unknown, her gastroenterologist reported that her small intestines were messed up.

On an unknown date, time to onset unknown, it was believed that she may have cancer in her small intestines; it was noted that the patient had not been diagnosed upon the latest visit with physician on 05Sep2016. On an unknown date, patient was hospitalized again due to a SBO. It was reported that patient was discharged in 72 hours from hospital in each occasion and as corrective treatment for SBO, patient received intravenous (IV) hydration and nil per os (nothing by mouth) (NPO). Information on diagnostic testing performed and further corrective treatment received were not provided. It was not known if nausea and small intestine blockage resolved between hospitalizations, but at the time of this report both event outcomes of the nausea and intestinal blockage subsided (recovered); the event outcome for messed up small intestines and possible cancer of the small intestines were not provided. As of 28Nov2016,

---

*tubal ligation. However, the time in the past when the surgery had occurred was not listed and the timing of the small bowel obstruction close to the initiation of the dulaglutide treatment diminishes the possibility of adhesions as the reason for the small bowel obstruction. The issue of cancer in the small intestine was raised but this diagnosis was discarded given that it was not found in the patient's latest physician report. Discontinuation of dulaglutide and **conservative treatment** (IVFs, no oral intake) led to improvement (**positive dechallenge**). Additionally, a **positive rechallenge** was noted shortly after re-initiating dulaglutide treatment. No surgical intervention was initiated, and recovery was noted on both occasions with conservative treatment. Although the reporters use the term small bowel obstruction, we believe the resolution with conservative therapy on two occasions is consistent with the term ileus. Despite previous therapy with sitagliptin and metformin, no ileus related symptoms are reported on these medications prior to the initiation of dulaglutide."* LLY-GLPMDL-08096509 at pp. 2-3.

carcinoma has not been confirmed and did not have an official diagnosis of carcinoma.

The reporting consumer provided the opinion that the events were related to dulaglutide. The reporting physician did not provide a relatedness opinion."

ii. **Case Number: US201605006783**[799] (positive rechallenge): "This spontaneous case reported by a physician via sales representative, concerns a 65 year old male of unknown origin. Medical history and concomitant medications were not provided. The [p]atient received dulaglutide (Trulicity) 0.75mg weekly injection, route not specified, for the treatment of Diabetes with an unknown start date. On an unknown date, after two weeks from start of dulaglutide, the patient had abdominal pain, bloating and abdominal discomfort. He was diagnosed with an Ileus and hospitalized. Date of admission, diagnostic testing, corrective treatment received and event outcome were not provided. The physician discontinued the dulaglutide while the patient was hospitalized. On unknown date, later after initial hospital discharge, the physician had the patient resume the dulaglutide. On an unknown date, after the third dulaglutide injection, he again complained of abdominal pain, bloating and discomfort, and was rehospitalized due to ileus. (It was not clear if the initial ileus had ever resolved). Information regarding corrective treatment was not provided. On an unknown date the patient was again discharged from the hospital. As of 18May2016 the patient was recovering as he was doing fine. Updated status of the dulaglutide was not provided. The physician related the event to the dulaglutide after the second hospitalization."

iii. **Case Number: JP201610007055**[800] (positive rechallenge): This spontaneous case, reported by an internist via a company representative, concerns a 60 year old female patient. The patient received subcutaneous dulaglutide (Trulicity) 0.75 mg/week via a pre-filled pen for the treatment of diabetes mellitus

---

[799] LLY-GLPMDL-08462365 (medical summary). The FDA assessed this case as a strength of 3. The FDA reviewer commented the following: "*Both **the positive dechallenge and rechallenge**, coupled with the TTO for both occurrences of ileus after initiation of dulaglutide therapy, strongly support the causal association between dulaglutide therapy and the development of ileus. Although the patient's past medical history and drug regimen are not reported, the case is compelling.*

This rechallenge case was mentioned in the Applicant's Regulatory Response (page 29). We disagree with the Applicant's statement that "this case had insufficient information to fully evaluate and establish causality for dulaglutide and intestinal obstruction." Furthermore, this was reported in FAERS as a case of ileus and not intestinal obstruction. The case involved a 65-year-old male patient with a **positive rechallenge**. Dulaglutide therapy was initiated for diabetes. About **two weeks** after initiation of dulaglutide therapy, the patient developed bloating and abdominal pain necessitating hospitalization. The patient was diagnosed with ileus. Dulaglutide was discontinued and he received corrective treatment while in the hospital. Upon recovery, the patient was discharged from the hospital. Dulaglutide therapy was re-initiated. After the **third dulaglutide injection,** the patient again experienced bloating and abdominal discomfort. The patient was re-hospitalized for ileus. Corrective treatment was again initiated, and the patient started to recover, leading to his hospital discharge." LLY-GLPMDL-08096509 at p. 3.

[800] LLY-GLPMDL-08096509. This case was identified as positive dechallenge/rechallenge by FDA with Case Strength of 3. *See also* LLY-GLPMDL-08461538 (medical summary).

beginning on June 1, 2016. On June 6, 2016, she received endoscopic variceal ligation for the treatment of varices oesophageal. On September 26, 2016, approximately four months after starting dulaglutide, she experienced intestinal obstruction (at small intestine) and was hospitalized. She had abdominal pain and vomiting as symptoms of intestinal obstruction. Abdominal X-ray on September 26, 2016 showed intestinal obstruction. CRP on September 26, 2016 was 0.43. As corrective treatment, she was on fasting and was placed at rest for three days. On September 28, 2016, the result of CT was nothing particular. On September 29, 2016, the patient recovered from intestinal obstruction (at small intestine). Dulaglutide was continued. On September 30, 2016, her CRP was 0.14. The patient received the last dose of dulaglutide on November 3, 2016. On November 9, 2016, she developed recurrent intestinal obstruction (at small intestine) (reported as non-serious). She had abdominal pain as a symptom of intestinal obstruction. Tenderness at right hypochondrium and epigastric region was observed by physical examination on November 9, 2016, and CT on the same day showed slight enlargement from small intestine to stomach. Dulaglutide was discontinued on November 9, 2016. The recurrent intestinal obstruction recovered on November 9, 2016. Corrective treatment was not provided.

The reporting internist could not rule out the relatedness between intestinal obstruction (at small intestine) and dulaglutide, at the time of first intestinal obstruction. However, because the intestinal obstruction (at small intestine) reoccurred during dulaglutide administration, he considered the events were related to dulaglutide. He judged there was no relationship between the events and the patients past surgical history.

iv. **Case Number: US201605010195**[801] (positive dechallenge): "This spontaneous case, reported by an endocrinologist via a sales representative concerns a Caucasian 45 year old male. Medical history included type two diabetes mellitus, asthma, obstructive sleep apnea, knee surgery and tonsillectomy. Concomitant medications included insulin glargine by another manufacturer, metformin, glipizide, pravastatin and fluticasone propionate plus salmeterol xinafoate, all for unknown indication.

The patient received dulaglutide (Trulicity), via a prefilled device, 0.75mg, once a week, beginning on 10May2016; information route and indication for use was not provided. On 12May2016, noted to be three days of commencing dulaglutide therapy, the patient developed symptoms of severe abdominal pain,

---

[801] LLY-GLPMDL-08462373 (medical summary). The FDA assessed this case as a strength of 3. The FDA reviewer commented the following: "*The **time to onset (TTO) of 46 days** from initiation of dulaglutide to hospitalization for "ileus and dehydration" is consistent with dulaglutide as the etiology for ileus. The dulaglutide was discontinued and the patient received **conservative treatment** (hydration). **Positive dechallenge** was noted ("ileus and dehydration subsided"). The patient's concomitant medications included glimepiride, clopidogrel, levothyroxine, and rosuvastatin, which had been tolerating chronically prior to initiation of dulaglutide. The reporting cardiologist "considered that the ileus was probably related to dulaglutide.*" LLY-GLPMDL-08096509 at p. 4.

illness, cramping and bloating. Also on 12May2016, dulaglutide therapy was discontinued. On 15May2016, patient was admitted on emergency room and underwent an ultrasound of abdomen which revealed an unremarkable result (as reported). Patient then was diagnosed with a small bowel obstruction. On unknown date, patient also underwent computerized tomogram without oral contrast which revealed mildly dilated fluid-filled loops of his mid small bowel associated with change in caliber to dilated, at the same area. Patient had no pneumatosis or pneumoperitoneum, but had liquid through most of the small intestine as well as stool and gas throughout the entire colon (as reported). Already in the hospital, a nasogastric tube was placed on the patient and it was noted the bowel obstruction improved within one day after being treated in the hospital. On 16May2016, patient was discharged from the hospital without any surgical intervention and in good condition. As of 26May2016, the event outcome was resolved.

The endocrinologist related the event to dulaglutide stating that patient had never had a history of small bowel obstructions in the past, experiencing the first episode three to five days after the first injection of dulaglutide."

### vii.   Additional Evidence Relevant to My Opinions

728.   In 2019, in medical assessments for adverse event reports, Lilly stated that gastrointestinal hypomotility is expected for dulaglutide or reasonably possibly related to dulaglutide.  For example, Lilly's Medical Summary for Case Number CN20197003020 states:

This spontaneous case, reported by a consumer via a sales representative, who contacted the company to report adverse events, concerned a 50-year-old Asian male patient.   Medical history included type-2 diabetes.   The concomitant medications included atorvastatin, calcium pantothenate/nicotinamide/pyridoxine hydrochloride/riboflavin/thiamine hydrochloride and aspirit (as reported) all used for unknown indication.   Her historical medications included liraglutide which caused her mild gastrointestinal reactions.

The patient received dulaglutide (Trulicity), via a prefilled pen, 1.5 mg subcutaneously, once weekly for the treatment of type-2 diabetes, started on June 25, 2019.  On June 28, 2019, four days after starting dulaglutide therapy, in the evening he had diarrhea seven to eight times, had no appetite and gastric dyspepsia. He pricked his throat with his hand and there was no sign of digestion in the vomit. He had feaces like water, abdominal distension, was vomiting significantly and he felt uncomfortable at that time.  His attending physician gave him berberine and lactobacillus as a corrective treatment but his digestive function did not improve significantly. On July 2, 2019, he went to the hospital to have a digestive gastroscope and body composition examination.  The results of gastroscopy showed that he had gastric retention, gastroparesis and all the food eaten the night before had not been digested in the stomach as he had no digestive capacity at all.  The

256

results of body composition examination showed that muscle wasting was obvious. He ate no food and had diarrhea during the week, which led to lose the weight of 2.5kg. His weight was 76.5kg which reduced to 73.9kg. His doctor suspected that dulaglutide excessively inhibited gastrointestinal peristalsis, which might lead to gastric retention and gastroparesis. Due to severe gastrointestinal reactions, he did not receive dulaglutide injection on July 2, 2019…

He had a diagnosis of abdominal distension. Information regarding the corrective treatment for the remaining events was not provided. He had not recovered from the events. The therapy was dulaglutide was discontinued.

The reporting consumer did not know if the events were related to dulaglutide therapy . . . ."

Lilly Company Assessment of Relatedness (July 15, 2019): "The company assessment is that the events of weight decreased, muscle atrophy and discomfort will not be considered reasonably possibly related to dulaglutide based on current information, because the events are not uncommon in the general population, occurring independent of drug exposure, with multiple etiologies making an association difficult to support this individual case. The events of impaired gastric emptying, diarrhea and gastrointestinal hypomotility will be considered reasonably possibly related to dulaglutide because the event is expected for the drug."[802]

729.    In Lilly's Clinical Trial H0X-MD-GBDD, the Medical Summary for Case Number: AR201105004890[803] states:

"The last dose of the study drug LY2189265 prior to the serious event was received on May 12, 2011. On May 13, 2011 the patient started experiencing abdominal pain and vomiting; the intensity, which was initially high, ceased and turned slight after taking antispasmodic medication. During the evening of May 14, 2011 the symptoms exacerbated with intense epigastric pain, persistent constipation and vomiting…. The CAT scan on May 14, 2011 revealed dilated intestinal loops. An abdominal ultrasound revealed a slight increase of hepatic echogenicity (grade 1 steatosis), no gallbladder and moderate distension of intestinal loops. Pancreatitis was discarded and the paralytic ileus diagnosis was confirmed. On May 14, 2011, approximately one month and a half after the beginning of study drug (period two of study), the patient was hospitalized due to paralytic ileus….The patient recovered from the event on May 15, 2011 and was discharged from the hospital on May 17, 2011. He presented at the investigative site with the test results in order to determine which action to take regarding the treatment. The patient presented a good general state, normal intestinal transit and asymptomatic. He was indicated to continue with the insulin lispro treatment three times daily. The study drug was momentarily held on May 18, 2011. A control visit was schedule for May 23, 2011.

---

[802] LLY-GLPMDL-08460624 at p. 2/7.
[803] *See generally* LLY-GLPMDL-08570660.

257

According to investigators, patient did not present any of the following risk factors for paralytic ileus: recent abdominal/pelvic surgery, gastrointestinal infection, diabetic neuropathy or hypokalemia. According to the reporter, patient referred that he was passing by a stressful personal situation. As it was not the first time that this happened, the investigator suspected that the patient could have a non diagnosed functional bowel disorder (irritable bowel). The patient referred that it was not a frequent situation on him  It occurred less than one time every two months. The investigator clarified that the frequent situation which was commented in the last FU referred to the fact that the patient vaguely referred about experiencing stressful situations and the intestinal rhythm change (he confirmed that the patient had never experienced ileus before). However, the patient did not remember experiencing any of this rhythm change prior to starting receiving the study drug. He referred experiencing stress situations since starting the study drug. The suspicion started when the SAE happened; upon questioning the patient, the investigator became suspicious of this diagnosis (non-diagnosed functional bowel disorder) which was totally unknown for the patient. Lastly, the investigator confirmed that the patient had never experienced this clinical picture of this type and magnitude.

The investigator stated that the event paralytic ileus was related to study drug LY2189265 because constipation was described in the investigator brochure. The investigator also stated that the event was not related to insulin lispro…."

"Lilly Analysis Statement (May 20, 2011): the patient experienced the unexpected serious adverse event of paralytic ileus about one and a half month after starting and 2 days after last receiving the blinded study drug. The event was deemed related to the blinded study drug by the reporting investigator. As of May 19, 2011 review of the clinical trials safety database for the research code H9X for paralytic ileus reveals no other previous case of paralytic ileus and 1 previous case of unspecified abdominal distension (related). In light of the knowledge that the temporal association as well as positive dechallenge suggests a possible causality and that unspecified abdominal distension is expected according to the blinded study drug currently available safety information, the sponsor agrees with the investigator's opinion of causality, although there is not a significant number of previous similar events…"

### viii.    When Lilly Should Have Added a Section 6 (Adverse Reactions) Warning for Ileus and Severe Constipation Leading to Fecal Impaction and Intestinal obstruction

730.    In my opinion, there was statistically significant evidence of gastrointestinal hypomotility by 2012. Lilly's Test Data from September 24, 2012 indicates statistically significant rates for gastrointestinal atonic and hypomotility Level 1 constipation.[804]

---

[804] *See* Paragraph 692 (LLY-GLPMDL-08525542).

731. By October 2017, Lilly had identified 17 positive dechallenge cases (and one positive rechallenge case) within the High Level Group Term "Gastrointestinal Stenosis and Obstruction."[805]

732. In Lilly's November 3, 2017 Safety Topic Report related to Gastrointestinal Stenosis and Obstruction, Lilly stated that there "is a disproportionality in the reporting of GI obstruction and stenosis with dulaglutide (0.23 AEs) vs placebo."[806]

733. In PRAC's December 2017 Signal Assessment Report for Gastrointestinal stenosis and obstruction on Dulaglutide,[807] PRAC told Lilly that there is sufficient information to conclude that a causal relationship between dulaglutide and intestinal obstruction is at least a reasonable possibility."[808]

734. In PRAC's December 2017 Signal Assessment Report for Gastrointestinal Stenosis and Obstruction on Dulaglutide,[809] PRAC identified 3 cases of positive re-challenge.

735. In my opinion, based on the totality of evidence and taking into consideration every factor, Lilly should have included ileus, severe constipation leading to fecal impaction and intestinal obstruction within Section 6 (Adverse Reactions) by 2017.

### XV. COULD LILLY HAVE ADDED ILEUS (NON-MECHANICAL) OBSTRUCTION, AND SEVERE CONSTIPATION INCLUDING FECAL IMPACTION LEADING TO INTESTINAL OBSTRUCTION IN THE ADVERSE REACTIONS SECTION (SECTION 6) OF THE LABEL FOR DULAGLUTIDE?

736. At no point did FDA evaluate a PAS or CBE submitted by Lilly to add ileus, severe constipation leading to fecal impaction and intestinal obstruction to Section 6 (Adverse Reactions).

737. In October 2025, FDA requested that Lilly submit a PAS to change the label for Trulicity (dulaglutide) to the following additions to the label:

> 1) In Section 5 Warnings and Precautions, under 'Severe Gastrointestinal Adverse Reactions' add the following statement: 'Severe gastrointestinal adverse reactions have also been reported postmarketing with GLP-1 receptor agonists.'

---

[805] *See* Footnote 764 (LLY-GLPMDL-10313454).
[806] LLY-GLPMDL-08508957 at p. 33. Lilly's full statement was: "While there is a disproportionality in the reporting of GI obstruction and stenosis with dulaglutide (0.23 AEs) versus placebo, the small number of reported cases in the 17 completed trials and the few SAEs (n=3) did not reveal any remarkable findings." *Id.*
[807] LLY-GLPMDL-11393640.
[808] LLY-GLPMDL-11393640 at p. 662.
[809] LLY-GLPMDL-11393640 at p. 644; *see id.* at p. 622.

    2) In Section 6 Adverse Reactions, under 'Postmarketing Experience', add 'intestinal obstruction, severe constipation including fecal impaction.'"[810]

738.    In my opinion, FDA's request that Lilly add a Section 6 Adverse Reactions warning for "intestinal obstruction, severe constipation including fecal impaction" cross referenced to the Severe Gastrointestinal Adverse Reactions Warning in Section 5 demonstrates that Lilly could have added a warning to the label of Trulicity (dulaglutide).

739.    FDA never instructed Lilly not to include these motility-related adverse events in an agency action.[811]

740.    The addition of a Section 6 Adverse Reaction through either the PAS or CBE process would have been supported by the evidence, discussed above, including: (1) well-established biological plausibility demonstrating that both native GLP-1 and the drug-form, GLP-1RA, can impair intestinal motility in healthy, diabetic, and obese patients (2) evidence that gastrointestinal hypomotility occurred at a frequency that is higher than expected in the treatment group such as in Lilly's clinical trials and in post-marketing disproportionality rates and in the medical literature; (3) dechallenge and rechallenge reports of intestinal obstruction with related drugs, semaglutide and liraglutide, and dechallenge and rechallenge reports with dulaglutide; and (4) other supporting evidence such as statements by Lilly regarding dulaglutide's delay of gastrointestinal hypomotility.

741.    In addition, as discussed above, foreign regulatory action or communications regarding non-mechanical intestinal obstruction and ileus, as early as 2011 add to the above evidence.

742.    In assessing whether Lilly was able to include within a Section 6 Adverse Reaction warning for ileus, severe constipation leading to fecal impaction and intestinal obstruction, I

---

[810] LLY-GLPMDL-20921431 at p. 1.

[811] In response to Lilly's PAS, FDA stated: "Disagree with proposed addition. In your supporting documentation for the addition of gastroparesis you cite Sodhi et al, an observational study with multiple limitations including methodological and quality control issues, In addition, you concluded that the data in your review did not provide evidence of a casual association between tirzepatide and gastroparesis. The current PI contains information on GI adverse reactions and tolerability. The existing warning and precaution and section 6 describe GI adverse reactions with tirzepatide, including tolerability and discontinuation. Recommendations regarding dosage modifications due to adverse reactions are more appropriately communicated in Section 2.1. See edits above." However, FDA stated, "[w]e remind you that these edits **do not reflect the final regulatory decision for this application** and that portions of the label are still under review." LLY-GLPMDL-11809161 (emphasis added).

reviewed, among other evidence, FDA's statements to Lilly in September 2022. In my opinion, it was not impossible for Lilly to add a Section 6 Adverse Reaction warning about ileus, severe constipation leading to fecal impaction and intestinal obstruction.

743.    In my opinion, nothing prevented Lilly from submitting a Prior Approval Supplement or Changes Being Effected that requested a Section 6 Adverse Reactions warning for dulaglutide for ileus, severe constipation leading to fecal impaction and intestinal obstruction.

### A. Summary of Opinions

744.    Based on all the above evidence, it is my opinion that[812]:

i.    Lilly should have added a Section 6 Adverse Reactions Warning to the label for dulaglutide to include Ileus, Severe Constipation Leading to Fecal Impaction and Intestinal Obstruction no later than 2017.

ii.    Scientific evidence regarding the mechanism of action for the class of GLP-1 RA drugs shows that gastrointestinal motility-related adverse events, specifically ileus, severe constipation leading to fecal impaction and intestinal obstruction, are consistent with the pharmacology of dulaglutide.

iii.    There was statistically significant evidence of gastrointestinal hypomotility by 2012. Lilly's Test Data from September 24, 2012 indicates statistically significant rates for gastrointestinal atonic and hypomotility Level 1 constipation.

iv.    Based on the totality of evidence and taking into consideration every factor, Lilly should have included ileus, severe constipation leading to fecal impaction and intestinal obstruction within Section 6 (Adverse Reactions) by 2017.

v.    FDA's request that Lilly add a Section 6 Adverse Reactions warning for "intestinal obstruction, severe constipation including fecal impaction" cross referenced to the Severe Gastrointestinal Adverse Reactions Warning in Section 5 demonstrates that Lilly could have added a warning to the label of Trulicity (dulaglutide). It was not impossible for Lilly to add a Section 6 Adverse Reaction warning about ileus, severe constipation leading to fecal impaction and intestinal obstruction.

vi.    Nothing prevented Lilly from submitting a Prior Approval Supplement or Changes Being Effected that requested a Section 6 Adverse Reactions warning for dulaglutide for ileus, severe constipation leading to fecal impaction and intestinal obstruction.

---

[812] This list is not meant to be exclusive or exhaustive for all opinions regarding Lilly throughout this report.

Date: January 2, 2026                        David A. Kessler, MD

262