# EXHIBIT 5D

**Gabriel D. Lang, M.D.**
**Associate Professor of Medicine, Washington University School of Medicine**
**Department of Internal Medicine**
**Gastroenterology Division**



RE:  Rule 26(a) Expert Report

To Whom it may concern:

Thank you for giving me the opportunity to provide my professional opinion and assessment as to whether a causal association exists between the use of glucagon-like peptide-1 receptor agonists (GLP-1 RAs) and gallbladder disorders/diseases, and to assess the possible biological mechanism of a causal association between GLP-1 RAs and gallbladder etiology. As part of my opinion in this case, I will address, based on my expertise and experience, background information regarding gallbladder disorders/diseases. My opinions in this report are given to a reasonable degree of medical and scientific certainty and are based upon my education, my experience, and my review and knowledge of medical literature. I reserve the right to supplement and/or amend my opinions as new and/or different information becomes available and as additional issues are raised in other expert reports.

**Executive Summary of Expert Opinions**

It is my opinion, to a reasonable degree of scientific and medical certainty, that a causal association exists between GLP-1 RAs and gallbladder disorders and diseases. I reached this opinion based upon the vast weight of the evidence, including scientific and medical literature, and the Defendants' own acknowledgment and admission of the risk of gallbladder injury in the Warnings and Precautions sections of the GLP-1 RA labeling. Unfortunately, these warnings were insufficient for many patients who had been using GLP-1 RAs for many years and experienced severe injuries secondary to their gallbladder etiology.

Gallbladder-related injuries cannot be underestimated. While cholecystectomy or clinical treatment may resolve gallbladder disease, there is a cascading health effect to an already at-risk patient population that leads to gallbladder etiology being severely detrimental to a patient's health and well-being. Medications or other treatments that are known to increase the risk of gallbladder etiology should be minimized and – at a minimum – practitioners and patients must be warned about those potential adverse side effects. From my review of the history of GLP-1 RA warnings, Novo Nordisk and Eli Lilly clearly failed to warn prescribers and patients of the risk of biliary disorders secondary to the use of their drugs.

**Expert Background and Qualifications**

In conducting my review, I relied on my clinical and research expertise in the areas of gastroenterology, interventional endoscopy, and gallbladder disease. As my Curriculum Vitae notes, I am an Associate Professor of Medicine, Washington University School of Medicine, and Medical Director for the Division of Gastroenterology at Missouri Baptist Hospital. I was previously the program director for the Advanced Endoscopy Fellowship within the Washington University Department of Medicine. My practice focuses on advanced therapeutic endoscopy, endoscopic retrograde cholangiopancreatography (ERCP), endoscopic ultrasound, diagnosis and treatment of biliary and pancreatic disorders, enteral stenting, endoscopic mucosal resection, and small bowel enteroscopy.

A significant portion of my clinical practice focuses on the diagnosis and treatment of biliary disorders. I regularly see patients that require treatment for gallbladder and biliary disease,[1] diagnosing the causes of – and contributions to – these diseases. On average, I probably treat close to 250 patients per year that have been diagnosed with biliary related etiology. I perform greater than 500 ERCP and 500 endoscopic ultrasounds (EUS) annually. I also lead the quality and safety committee for our Interventional Endoscopy Section at Barnes Jewish Hospital and for the entire Gastroenterology section at Missouri Baptist. In my clinical practice, I have experienced an increased risk of biliary disorders secondary to GLP-1 RA use. While obesity and diabetes are known to increase the incidence of gallbladder related disorders, it is evident that patients who are on GLP-1 RAs experience a higher rate of gallbladder related etiology than patients who are on other forms of weight loss drugs.

In addition to my administrative roles and an active gastroenterology clinical practice, I have participated in the investigation, research, and publication of peer-reviewed journal articles, clinical trials, studies, and papers regarding biliary disorders, including choledocholithiasis. I also teach Washington University School of Medicine medical students, as well as residents and fellows, and have authored or co-authored more than 50 articles on gastroenterology topics. I have incorporated into my clinical teaching and education general information on the use of GLP-1 RAs and evidence of their causal association to biliary disorders. I have actively participated in the investigation, research, and publication of peer-reviewed journal articles, clinical trials, studies, and papers regarding bile duct disorders, including choledocholithiasis.

A list of materials considered by me in connection with this report is attached as **Appendix A.** My additional roles, appointments, and professional responsibilities are described in more detail in my curriculum vitae, which is attached to this report as **Appendix B**. My testimonial history during the last four years is attached to this report.

**Methodological Approach**

---

[1] Biliary disease typically encompasses diseases affecting the bile ducts, gallbladder and other structures involved in the production and transportation of bile. Typical diseases of the gallbladder include gallstones, inflammation, blockage, and infection of the gallbladder.

All opinions rendered throughout this report are offered to a reasonable degree of medical certainty. My opinions, based on the weight of the evidence, are founded on my familiarity with and systematic review of the literature connecting GLP-1 RAs and biliary/gallbladder disease and a literature search as detailed below. My opinions are also based upon my clinical training and expertise in gastroenterology and interventional endoscopy, as well as my contributions to the field on the topics of gastroenterology and treatment of biliary disorders as outlined in my CV. My opinions incorporate evidence-based medicine and an integrated and comprehensive assessment of the data.

As a foundation for reaching my conclusions, I employed a weight of the evidence analysis to determine whether the use of GLP-1 RAs causes and/or significantly contributes to the development of gallbladder disorders and diseases. My weight of the evidence analysis involved reviewing all the medical literature obtained via PubMed searches, combined with my own clinical knowledge and training in biliary disorders. My conclusion is that the weight of the evidence infers that GLP1-RAs cause and/or significantly contribute to the development of gallbladder disorders and diseases.

For my review of the literature, I conducted a comprehensive PubMed Search using the terms Glucagon-Like Peptide-1 Receptor Agonists (GLP-1 RAs), gallbladder disease and biliary disorders for all published articles. I reviewed the abstracts of the studies and case reports that were identified using these terms, and subsequently identified all relevant studies, which I reviewed in further detail. My review of the relevant studies included identifying the size and scope of the study, then reading in detail the authors' findings and conclusions. The literature, case reports, and articles that I reviewed also cited to other relevant resources, which expanded my initial search, and I added these resources to my library of materials. In reviewing and assessing the literature, case reports, and articles cited below, I critically assessed the quality, relevance, and magnitude of the study data. This included a review of the study's design, patient population, intervention, comparisons, and outcomes. I also reviewed the study authors, journal type, impact factor of the journal, and any potential biases.

As any researcher and practicing clinician knows, the highest quality of biomedical evidence and data is gathered using randomized clinical trials (RCTs) and meta-analyses of RCTs, followed by observational studies and real-world case reports. The important considerations when reviewing the quality of observational studies include the design, patient population, power, and sample size of the study. These are all important areas of evaluation when making a causal assessment for any drug-induced side effect. Finally, it is also important to consider the potential influence of a study sponsor and potential bias and transparency of a study.

## **Background and Etiology of Gallbladder Disease**

"Gallbladder disease" refers to a variety of diseases of the biliary tract. The gallbladder is a small organ beneath the liver that stores bile, a fluid made by the liver that helps digest fat and absorb nutrients. Gallbladder-related complications include, but are not limited to, cholelithiasis, cholecystitis, and choledocholithiasis.

**Cholelithiasis**

4

Cholelithiasis, commonly referred to as gallstones, involves the formation of solid particles within the gallbladder due to the crystallization of bile. Gallstones consisting of cholesterol are the most common type. Pigment stones, made of excess bilirubin in the bile, can also occur. Poor emptying of the gallbladder can cause bile to become concentrated, promoting the formation of stones.

Various risk factors contribute to the formation of cholelithiasis, including obesity; female sex; pregnancy; rapid weight loss; diabetes mellitus; diet high in fat and cholesterol; family history; certain medications; and underlying diseases such as cirrhosis and Crohn's disease.

The following illustration[2] depicts the formation of gallstones and the relevant anatomy:



Most people presenting with cholelithiasis will be asymptomatic. When symptoms appear, they can include sudden, intense pain, nausea, vomiting, and bloating. This constellation of symptoms is referred to as biliary colic. Often, no treatment for cholelithiasis is required until symptoms appear. When symptoms appear, surgery is the most common definitive treatment, often by laparoscopic cholecystectomy or open cholecystectomy. If surgery is contraindicated for someone, there are medications that can be helpful in dissolving stones, but these medications are not effective on all types of gallstones.

**Cholecystitis**

Cholecystitis, the inflammation of the gallbladder, typically arises from obstruction of the cystic duct. Obstruction is typically caused by stones, however, it can also be caused by sludge or tumors. The obstruction causes bile buildup, which leads to inflammation and infection.

This condition can present as acute or chronic. It can lead to debilitating abdominal pain, fever, infection, and other complications. Symptoms can include severe right upper quadrant pain, nausea, elevated white blood cell counts, vomiting, fever, and jaundice.

Without appropriate treatment, cholecystitis can lead to potentially life-threatening complications, including sepsis, gangrene, death of the gallbladder tissue, perforation of the gallbladder, and infection of the peritoneal cavity (which can cause sepsis). Treatment can include intravenous fluids, antibiotics, and pain control. Definitive treatment usually requires removal of the gallbladder (called a cholecystectomy).

**Choledocholithiasis**

---

[2] https://www.mayoclinic.org/diseases-conditions/gallstones/symptoms-causes/syc-20354214

Choledocholithiasis is the presence of gallstones in the bile duct, which can lead to pain, nausea, vomiting, and jaundice. In severe cases, choledocholithiasis can lead to an infection of the bile duct, pancreatitis, and bile duct fibrosis, all of which may require a procedural intervention—typically, endoscopy, but also by surgery or percutaneous drains. If left untreated, these complications can lead to sepsis.

**Overview of GLP-1 RAs**

Glucagon-Like Peptide-1 Receptor Agonists ("GLP-1 RAs") are medications originally developed for managing type 2 diabetes. GLP-1 is a naturally occurring hormone made by the small intestine. This hormone assists in regulating glucose levels in the body, supporting food digestion and controlling appetite. GLP-1 is known as an incretin hormone, helping to trigger the release of insulin from the pancreas when glucose levels in the blood increase. GLP-1 causes cell glucose uptake for energy and decreases blood sugar.

GLP-1 RA medications function by mimicking the GLP-1 hormone. These medications bind to GLP receptors to cause the same actions as the naturally occurring hormone. In patients with type 2 diabetes, GLP-1 RAs assist in managing the patient's blood glucose levels by causing the pancreas to release more insulin. In addition, blood sugar spikes are decreased due to slowed digestion. For patients utilizing GLP-1 RA medications for obesity, the effect of these medications on the satiety and hunger areas of the brain causes a reduction in appetite, hunger, and food intake, resulting in weight loss.[3]

Liraglutide, semaglutide, dulaglutide, and tirzepatide have been approved by the FDA for management of type 2 diabetes and/or chronic weight issues.[4] These drugs mimic the action of the natural hormone glucagon-like peptide 1, which helps to regulate blood sugar levels and appetite. GLP-1 RAs are typically injectable medications, wherein a shot is given in the fatty tissue just under the skin (subcutaneous injection).

According to research, use of GLP-1 RAs increased from 0.1% to 0.4% between 2018 to 2021, among U.S. adults without diabetes. In addition, the use of GLP-1 RAs in patients with type 2 diabetes rose from 5.2% to 9.9% between 2018 to 2022.[5] Given the increasing use of these drugs for both obesity and type 2 diabetes, potential safety concerns deserve attention. Specifically, concerns related to the biliary system, as multiple emerging studies and meta-analyses referenced in the literature below have shown an association between treatment with GLP-1 RAs and biliary/gallbladder disease.

*Ozempic*

---

[3] https://my.clevelandclinic.org/health/treatments/13901-glp-1-agonists.
[4] https://www.fda.gov/news-events/press-announcements/fda-approves-new-medication-chronic-weight-management.
[5] https://www.drugs.com/news/2018-2022-saw-increase-glp-1-receptor-agonist-adults-without-diabetes-124480.html.

6

Ozempic, developed by Novo Nordisk, is a prescription GLP-1 RA with the active ingredient of semaglutide. It is a once weekly, single-patient-use injection pen that comes in 0.5 mg, 1 mg, and 2 mg doses.[6]

In December 2017, the FDA approved Ozempic for the treatment of type 2 diabetes. Approval was granted after results from the SUSTAIN clinical trial program demonstrated reductions in hemoglobin A1C compared to placebo. On January 28, 2025, the FDA approved Ozempic as the only GLP-1 RA to reduce the risk of worsening kidney disease and cardiovascular death in adults with type 2 diabetes and chronic kidney disease.[78]

Ozempic is used for adults diagnosed with type 2 diabetes to lower blood sugar levels (A1C), in conjunction with diet and exercise. It is also used to lower the risk of stroke or heart attack in some patients with type 2 diabetes and heart disease, and to reduce the risk of kidney function decline in diabetics with chronic kidney disease.[9]

Ozempic's mechanism of action involves binding to GLP-1 receptors and prompting insulin release from the pancreas, when needed. It assists in the reduction in the amount of sugar released by the liver. In addition, it slows food leaving the stomach, helping to reduce appetite and prevent sugar spikes.[10]

*Wegovy*

Wegovy, developed by Novo Nordisk, is a prescription GLP-1 RA  with the active ingredient semaglutide. It is a single-patient-use injection pen that comes in 0.25 mg, 0.5 mg, 1 mg, 1.7 mg, and 2.4 mg strengths.[11] Wegovy is used in conjunction with a reduced calorie diet and exercise, to help control blood sugar. In addition, it is used to assist with weight loss and help maintain weight loss in patients who are overweight and have weight-related medical problems, as well as in patients with obesity.[12]

On June 4, 2021, Wegovy (semaglutide) received FDA approval, based on the results of the STEP (Semaglutide Treatment Effect in People with Obesity) clinical trial program, which included four phase 3 clinical trials involving approximately 4,500 patients. The trials demonstrated that patients taking Wegovy with a reduced calorie meal plan and increased physical activity achieved a significant reduction in body weight compared with placebo (reduced calorie meal plan and increased physical activity only). Wegovy is FDA approved to reduce excess body weight and maintain weight reduction long term in:

1. Adults who are overweight and have a weight-related medical condition including: blood pressure, type 2 diabetes or high cholesterol; or

---

[6] https://www.ozempic.com/why-ozempic/what-is-ozempic.html
[7] https://www.kidney.org/news-stories/fda-approves-ozempic-type-2-diabetes-and-chronic-kidney-disease
[8] https://www.drugs.com/history/ozempic.html
[9] https://www.drugs.com/ozempic.html Ozempic is also used off label for weight management.
[10] https://www.drugs.com/medical-answers/ozempic-work-3542787/
[11] https://www.wegovy.com/taking-wegovy/how-to-use-the-wegovy-pen.html.
[12] https://www.drugs.com/newdrugs/fda-approves-wegovy-semaglutide-adults-obesity-5551.html

2.  Adults and patients over 12 years old with obesity.

Wegovy is also approved to reduce the risk of major adverse cardiovascular events such as non-fatal stroke, non-fatal myocardial infarction or cardiovascular death in adults with established cardiovascular disease and who are either overweight or obese. Finally, Wegovy is approved for the treatment of noncirrhotic metabolic dysfunction-associated steatohepatitis (MASH), formerly known as nonalcoholic steatohepatitis (NASH) in patients with moderate to advanced liver fibrosis, consistent with stages F2 to F3 fibrosis in adults. (Accelerated approval based on improvement of MASH and fibrosis and continuation is dependent upon confirmation of clinical benefit in a clinical trial).[13]

Wegovy, like Ozempic, is a manufactured version of GLP-1 that acts on the areas of the brain that regulate food intake. It lowers appetite and slows the rate at which the stomach empties, thus causing a patient to feel fuller longer, to eat less, and leads to weight loss.

*Rybelsus*

Rybelsus, developed by Novo Nordisk, is a once-daily oral tablet for adults with type 2 diabetes. Rybelsus received FDA approval in September 2019 based on results from 10 PIONEER clinical trials. These clinical trials demonstrated reduced hemoglobin A1C and, as secondary endpoint, reduced body weight. Rybelsus is also indicated for the treatment of cardiovascular risk reduction in adults with type 2 diabetes who are high risk.[14] Approved dosages are 3 mg, 7 mg, and 14 mg.[15]

Like Ozempic and Wegovy, the active ingredient Rybelsus is semaglutide, and is a GLP-1 receptor agonist. Rybelsus is not FDA approved for weight loss, although studies are in process for this use in higher doses.[16]

*Victoza*

Victoza, developed by Novo Nordisk, is a prescription, once daily injection. Victoza first received FDA approval in January 2010. In 2019, the FDA approved Victoza for treatment of type 2 diabetes in adults and children 10 years of age and older to be used in conjunction with diet and exercise. It is also used to help decrease the risk of serious heart-related events in adults with known heart disease and type 2 diabetes. Approved dosages included 0.6 mg, 1.2 mg and 1.8 mg.[17] As a secondary effect, people using Victoza for type 2 diabetes may also see a reduction in weight during treatment.[18]

---

[13] https://www.drugs.com/wegovy.html
[14] https://www.drugs.com/history/rybelsus.html
[15] https://www.drugs.com/rybelsus.html
[16] https://bariatricjournal.com/glp-1s/semaglutide/rybelsus-for-weight-loss/
[17] https://www.accessdata.fda.gov/drugsatfda_docs/nda/2010/022341s000sumr.pdf
[18] https://www.drugs.com/medical-answers/liraglutide-semaglutide-how-compare-3579997/

8

Victoza is a GLP-1 receptor agonist. It has the active ingredient of liraglutide, which differs from semaglutide in dose frequency and effectiveness. Liraglutide is a once daily dose versus semaglutide, which is a once weekly dose.[19]

*Saxenda*

Saxenda, developed by Novo Nordisk, is a prescription, once daily injection which received FDA approval in December 2014. It was approved for the treatment of obesity.[20] Approval was based on results from the SCALE (Satiety and Clinical Adiposity-Liraglutide Evidence) clinical trial. Saxenda can be used in children aged 12 to 17 with obesity, whose body weight is above 132 pounds (60 kg). To reduce the likelihood of gastrointestinal symptoms, it is recommended that dose escalation be followed by starting with 0.6 mg and increasing the dose by 0.6 every week until 3 mg is reached in adults.[21]

Saxenda is a GLP-1 receptor agonist with the active ingredient liraglutide. Like the previously discussed drugs, Saxenda slows gastric emptying, making one feel fuller for longer. This helps to decrease caloric intake, thus causing weight loss.[22] Medications containing semaglutide and those containing liraglutide work in similar ways. They are manufactured versions of the body's GLP-1 and mimic the natural GLP-1 (incretin) hormone in the body.[23]

*Trulicity*

Trulicity, a GLP-1 receptor agonist developed by Eli-Lilly, is a once-weekly injectable dulaglutide medication for the treatment of type 2 diabetes in adults and children 10 years and older. This drug is also used to reduce the risk of serious heart problems, such as stroke or heart attack, in adults who have multiple cardiac risk factors or established heart disease. The medication comes in a single use, injectable pen. It is available in multiple dosage options, including: 0.75 mg/0.5 ml, 1.5 mg/0.5 ml, 3 mg/0.5 ml, and 4.5 mg/0.5 ml.

Trulicity was approved by the FDA in September of 2014 based on the AWARD (Assessment of Weekly Administration of LY2189265 [dulaglutide] in Diabetes) studies, which demonstrated a reduced mean hemoglobin A1C versus placebo. Trulicity was not approved as a weight loss medication by the FDA, but the drug can cause a secondary effect of weight loss.[24] Much like the previously discussed drugs, Trulicity's mechanism of action involves imitating the body's natural hormone GLP-1, made by the body after eating. In addition, dulaglutide triggers the membrane-bound cell–surface receptor in GLP-1 receptors.[25]

*Mounjaro*

---

[19] https://www.drugs.com/medical-answers/liraglutide-semaglutide-how-compare-3579997/
[20] https://www.drugs.com/history/saxenda.html
[21] https://www.drugs.com/saxenda.html#dosage.
[22] https://www.drugs.com/saxenda.html.
[23] https://www.drugs.com/medical-answers/liraglutide-semaglutide-how-compare-3579997/
[24] https://www.drugs.com/trulicity.html.
[25] Smith LL, Mosley JF 2nd, Parke C, Brown J, Barris LS, Phan LD. Dulaglutide (Trulicity): The Third Once-Weekly GLP-1 Agonist. P T. 2016 Jun;41(6):357-60. PMID: 27313432; PMCID: PMC4894510.

Mounjaro, a GLP-1 and GIP receptor agonist, developed by Eli-Lilly, was approved by the FDA on May 13, 2022. Mounjaro (tirzepatide), is a once-weekly, single dose injection pen for treatment of type 2 diabetes. FDA approval was based on results of the SURPASS clinical trials, which demonstrated a decrease in A1C. In clinical trials, Mounjaro has also been shown to assist in weight loss and the maintenance of weight loss in conjunction with diet and exercise.

Mounjaro has a dual mechanism of action, activating two gut hormone receptors, GLP-1 and GIP. This triggers the release of insulin when glucose is high, slows stomach emptying to control post prandial sugar spikes, reduces the production of glucagon by the liver, and increases fullness to reduce appetite and food intake. This dual mechanism of action has demonstrated a significant increase in effectiveness over semaglutide for weight loss.[26] The 2025 clinical trial known as SURMOUNT-5 showed that participants on tirzepatide who had obesity, but not diabetes, had a higher reduction in body weight and waist circumference at week 72 than those on semaglutide.[27]

*Zepbound*

Zepbound, also a GLP-1 and GIP receptor agonist developed by Eli-Lilly, was approved by the FDA in November of 2023. Zepbound is a once-weekly injectable for treatment of obesity in adults. FDA approval was based on results of the SURMOUNT clinical trials. Zepbound is also used to treat severe obstructive sleep apnea in individuals with obesity.[28] Zepbound (tirzepatide) is available in a single use pen in a variety of doses, including: 2.5mg/0.5 ml, 5 mg/0.5 ml, 7.5 mg/0.5 ml, 10 mg/0.5 ml, 12.5 mg/0.5 ml, and 15 mg/0.5 ml, as well as a single dose vial in 2.5 mg/0.5 ml and 5mg/0.5 ml doses.[29] The mechanism of action for Zepbound is similar to that of Mounjaro.[30]

**Mechanism of Action—GLP1-RA Induced Gallbladder Disease**

First, it is appropriate to opine on GLP1-RAs as a class of drugs because they all have the same mechanism of action, which can lead to biliary disorders. The discussion below will highlight the variety of proposed mechanisms in which these drugs cause biliary disease.

Patients using the GLP-1 RA drugs are at a higher risk of developing cholelithiasis (gallstones), which can cause significant pain and lead to further complications, such as cholecystitis, choledocholithiasis or cholangitis. This conclusion is supported by the significant evidence in the medical literature confirming the causal association between GLP-1 RA use and biliary/gallbladder disease.

---

[26] https://www.drugs.com/mounjaro.html.

[27] Aronne, L. J., Horn, D. B., le Roux, C. W., Ho, W., Falcon, B. L., Gomez Valderas, E., Das, S., Lee, C. J., Glass, L. C., Senyucel, C., & Dunn, J. P., for the SURMOUNT-5 Trial Investigators. (2025). Tirzepatide as compared with semaglutide for the treatment of obesity. *New England Journal of Medicine, 393*(1), 26-36.

[28] https://www.drugs.com/tirzepatide.html.

[29] https://www.drugs.com/zepbound.html.

[30] https://www.drugs.com/zepbound.html.

Although the biologic rationale for the association between GLP-1 RA and gallbladder disease is not entirely clear, the increased rate of gallbladder stones in patients taking GLP-1 RAs appears to involve altered bile acid production and secretion, decreased gallbladder emptying, weight loss, prolongation of gallbladder refilling or a combination of these factors.[31] My own clinical practice and the significant evidence in the medical literature confirms the causal association between GLP1-RA use and gallbladder disease.

GLP-1 RAs have been found to be agonists to biliary secretion.[32]  Use of GLP-1RAs can lead to impaired gallbladder contraction, resulting in the development of biliary sludge and gallstone formation and, consequently, an increased risk of cholelithiasis and cholecystitis. Nexoe-Larsen *et al.* found that liraglutide delayed the time to reach maximum gallbladder contraction.[33] GLP-1 RAs may inhibit gallbladder motility and delay gallbladder emptying by suppressing secretion of cholecystokinin, leading to sludging and stone formation. Moreover, GLP-1 RA induced rapid weight loss may lead to supersaturation of the bile with cholesterol and, hence, increase the incidence of gallstone formation.[34]

Multiple studies have observed a deleterious effect of GLP-1 RAs on gallbladder motility.[35] In a study by Rehfeld *et al*, GLP-1 in pharmacological doses was found to inhibit intestinal CCK-response to food.[36] The study showed that GLP-1 in pharmacological doses inhibits the intestinal CCK-response to food in both diabetic and non-diabetic patients.

---

[31] Nauck MA, Muus Ghorbani ML, Kreiner E, Saevereid HA, Buse JB; LEADER Publication Committee on behalf of the LEADER Trial Investigators. Effects of Liraglutide Compared With Placebo on Events of Acute Gallbladder or Biliary Disease in Patients With Type 2 Diabetes at High Risk for Cardiovascular Events in the LEADER Randomized Trial. Diabetes Care. 2019 Oct;42(10):1912-1920. doi: 10.2337/dc19-0415. Epub 2019 Aug 9. PMID: 31399438; PMCID: PMC7364668.

[32] Nexøe-Larsen CC, Sørensen PH, Hausner H, Agersnap M, Baekdal M, Brønden A, Gustafsson LN, Sonne DP, Vedtofte L, Vilsbøll T, Knop FK. Effects of liraglutide on gallbladder emptying: A randomized, placebo-controlled trial in adults with overweight or obesity. Diabetes Obes Metab. 2018 Nov;20(11):2557-2564. doi: 10.1111/dom.13420. Epub 2018 Jul 10. PMID: 29892986; PMCID: PMC6220792.

[33] Nexøe-Larsen CC, Sørensen PH, Hausner H, Agersnap M, Baekdal M, Brønden A, Gustafsson LN, Sonne DP, Vedtofte L, Vilsbøll T, Knop FK. Effects of liraglutide on gallbladder emptying: A randomized, placebo-controlled trial in adults with overweight or obesity. Diabetes Obes Metab. 2018 Nov;20(11):2557-2564. doi: 10.1111/dom.13420. Epub 2018 Jul 10. PMID: 29892986; PMCID: PMC6220792.

[34] Gameil MA, Yousef EAAM, Marzouk RE, Emara MH, Abdelkader AH, Salama RI. The relative risk of clinically relevant cholelithiasis among glucagon-like peptide-1 receptor agonists in patients with type 2 diabetes mellitus, real-world study. Diabetol Metab Syndr. 2024 Dec 4;16(1):293. doi: 10.1186/s13098-024-01526-2. PMID: 39633496; PMCID: PMC11616335.

[35] Nreu B, Dicembrini I, Tinti F, Mannucci E, Monami M. Cholelithiasis in patients treated with Glucagon-Like Peptide-1 Receptor: An updated meta-analysis of randomized controlled trials. Diabetes Res Clin Pract. 2020 Mar;161:108087. doi: 10.1016/j.diabres.2020.108087. Epub 2020 Feb 19. PMID: 32084455.  Keller J, Trautmann ME, Haber H, Tham LS, Hunt T, Mace K, Linnebjerg H. Effect of exenatide on cholecystokinin-induced gallbladder emptying in fasting healthy subjects. Regul Pept. 2012 Nov 10;179(1-3):77-83. doi: 10.1016/j.regpep.2012.08.005. Epub 2012 Sep 6. PMID: 22960288.

[36] Rehfeld JF, Knop FK, Asmar A, Madsbad S, Holst JJ, Asmar M. Cholecystokinin secretion is suppressed by glucagon-like peptide-1: clue to the mechanism of the adverse gallbladder events of GLP-

Impaired gallbladder contraction ultimately leads to sludge and gallstone formation. It is hypothesized that the use of GLP-1 RAs leads to the development of biliary stones and cholecystitis. Keller *et al* [37] evaluated the effect of a single dose of exenatide on cholecystokinin (CCK)-induced gallbladder emptying. The authors observed that the reduced gallbladder ejection fraction observed in their study with exenatide following CCK stimulation might reflect relaxation in smooth muscle tone in the gallbladder. They noted that "[t]he approximately 30%-reduction in CCK-induced gallbladder contractility observed with exenatide treatment mimicking supraphysiological GLP-1 plasma levels is less than that reported for exogenous somatostatin, a potent inhibitor of gallbladder motility, when somatostatin was infused at doses mimicking endogenous postprandial concentrations." Overall, this study shows that exenatide reduced CCK-induced gallbladder emptying compared with placebo in fasting healthy subjects. These findings are informative across all GLP-1 RAs because these drugs share the same pharmacologic class and mechanism of action.

Exenatide, along with other GLP-1 drugs such as lixisenatide, and albiglutide, have been shown to reduce cholecystokinin-induced gallbladder ejection fraction, compared with placebo, in healthy individuals.[38] Given these findings with exenatide, lixisenatide, and albiglutide, it is reasonable to conclude that similar results could be anticipated across the entire GLP1-RA class of drugs. Liraglutide appears to delay the time to maximum contraction of the gallbladder.[39] This suggests that GLP-1 RA can suppress the meal-induced release of cholecystokinin as well as reducing the cholecystokinin responsiveness to gallbladder monocytes.

GLP-1 RA drugs have been documented to diminish gallbladder emptying. It is well documented that impaired gallbladder contraction leads to stones/sludge.[40] This may ultimately lead to an increased risk of duct obstruction. A similar result of GLP-1 RAs related cholelithiasis to the

---

1-derived drugs. Scand J Gastroenterol. 2018 Dec;53(12):1429-1432. doi: 10.1080/00365521.2018.1530297. Epub 2018 Nov 19. PMID: 30449207.

[37] Keller J, Trautmann ME, Haber H, Tham LS, Hunt T, Mace K, Linnebjerg H. Effect of exenatide on cholecystokinin-induced gallbladder emptying in fasting healthy subjects. Regul Pept. 2012 Nov 10;179(1-3):77-83. doi: 10.1016/j.regpep.2012.08.005. Epub 2012 Sep 6. PMID: 22960288.

[38] Shaddinger BC, Young MA, Billiard J, Collins DA, Hussaini A, Nino A. Effect of Albiglutide on Cholecystokinin-Induced Gallbladder Emptying in Healthy Individuals: A Randomized Crossover Study. J Clin Pharmacol. 2017 Oct;57(10):1322-1329. doi: 10.1002/jcph.940. Epub 2017 May 19. PMID: 28543352.

[39] Nexøe-Larsen CC, Sørensen PH, Hausner H, Agersnap M, Baekdal M, Brønden A, Gustafsson LN, Sonne DP, Vedtofte L, Vilsbøll T, Knop FK. Effects of liraglutide on gallbladder emptying: A randomized, placebo-controlled trial in adults with overweight or obesity. Diabetes Obes Metab. 2018 Nov;20(11):2557-2564. doi: 10.1111/dom.13420. Epub 2018 Jul 10. PMID: 29892986; PMCID: PMC6220792.

[40] Marzioni M, Alpini G, Saccomanno S, Candelaresi C, Venter J, Rychlicki C, Fava G, Francis H, Trozzi L, Glaser S, Benedetti A. Glucagon-like peptide-1 and its receptor agonist exendin-4 modulate cholangiocyte adaptive response to cholestasis. Gastroenterology. 2007 Jul;133(1):244-55. doi: 10.1053/j.gastro.2007.04.007. PMID: 17631146.

reduced cholecystokinin mediated gallbladder emptying and prolonged gallbladder refilling was found by Gether *et al.*[41]

GLP-1 RAs have also been shown to enhance the proliferation and functional activity of cholangiocytes. Studies observe that cholangiocytes are susceptible to GLP-1 hormone and respond with increased proliferation and functional activity, which may increase the risk of biliary duct obstruction.[42] Animal studies have also shown that liraglutide decreases the abundance and diversity of intestinal microbiota, probably due to longer transit time of intestinal content.[43] This may therefore affect bile-acid pool composition and bile-acid metabolism.[44] The exact mechanism for the increased rate of gallbladder stones with GLP-1 RAs may also involve altered bile acid production and secretion, decreased gallbladder emptying, weight loss, prolongation of gallbladder refilling, or a combination of these factors.[45]

**Association**

---

[41] Gether IM, Nexøe-Larsen C, Knop FK. New Avenues in the Regulation of Gallbladder Motility-Implications for the Use of Glucagon-Like Peptide-Derived Drugs. J Clin Endocrinol Metab. 2019 Jul 1;104(7):2463-2472. doi: 10.1210/jc.2018-01008. PMID: 30137354.

[42] Marzioni M, Alpini G, Saccomanno S, Candelaresi C, Venter J, Rychlicki C, Fava G, Francis H, Trozzi L, Glaser S, Benedetti A. Glucagon-like peptide-1 and its receptor agonist exendin-4 modulate cholangiocyte adaptive response to cholestasis. Gastroenterology. 2007 Jul;133(1):244-55. doi: 10.1053/j.gastro.2007.04.007. PMID: 17631146. Marzioni M, Alpini G, Saccomanno S, Candelaresi C, Venter J, Rychlicki C, Fava G, Francis H, Trozzi L, Benedetti A. Exendin-4, a glucagon-like peptide 1 receptor agonist, protects cholangiocytes from apoptosis. Gut. 2009 Jul;58(7):990-7. doi: 10.1136/gut.2008.150870. Epub 2008 Oct 1. PMID: 18829977; PMCID: PMC2695839.

[43] Wang L, Li P, Tang Z, Yan X, Feng B. Structural modulation of the gut microbiota and the relationship with body weight: compared evaluation of liraglutide and saxagliptin treatment. Sci Rep. 2016 Sep 16;6:33251. doi: 10.1038/srep33251. PMID: 27633081; PMCID: PMC5025740. Zhao L, Chen Y, Xia F, Abudukerimu B, Zhang W, Guo Y, Wang N, Lu Y. A Glucagon-Like Peptide-1 Receptor Agonist Lowers Weight by Modulating the Structure of Gut Microbiota. Front Endocrinol (Lausanne). 2018 May 17;9:233. doi: 10.3389/fendo.2018.00233. PMID: 29867765; PMCID: PMC5966539.

[44] Grigor'eva IN, Romanova TI. Gallstone Disease and Microbiome. Microorganisms. 2020 Jun 2;8(6):835. doi: 10.3390/microorganisms8060835. PMID: 32498344; PMCID: PMC7356158. Wang Q, Jiao L, He C, Sun H, Cai Q, Han T, Hu H. Alteration of gut microbiota in association with cholesterol gallstone formation in mice. BMC Gastroenterol. 2017 Jun 9;17(1):74. doi: 10.1186/s12876-017-0629-2. PMID: 28599622; PMCID: PMC5466737.

[45] Smits MM, van Raalte DH, Tonneijck L, Muskiet MH, Kramer MH, Cahen DL. GLP-1 based therapies: clinical implications for gastroenterologists. Gut. 2016 Apr;65(4):702-11. doi: 10.1136/gutjnl-2015-310572. Epub 2016 Jan 19. PMID: 26786687. Monami M, Nreu B, Scatena A, Cresci B, Andreozzi F, Sesti G, Mannucci E. Safety issues with glucagon-like peptide-1 receptor agonists (pancreatitis, pancreatic cancer and cholelithiasis): Data from randomized controlled trials. Diabetes Obes Metab. 2017 Sep;19(9):1233-1241. doi: 10.1111/dom.12926. Epub 2017 Jun 20. PMID: 28244632. Nauck MA, Muus Ghorbani ML, Kreiner E, Saevereid HA, Buse JB; LEADER Publication Committee on behalf of the LEADER Trial Investigators. Effects of Liraglutide Compared With Placebo on Events of Acute Gallbladder or Biliary Disease in Patients With Type 2 Diabetes at High Risk for Cardiovascular Events in the LEADER Randomized Trial. Diabetes Care. 2019 Oct;42(10):1912-1920. doi: 10.2337/dc19-0415. Epub 2019 Aug 9. PMID: 31399438; PMCID: PMC7364668.

Patients with type 2 diabetes are at a two-fold higher risk of gallbladder disease than those without diabetes. Moreover, rapid and substantial weight loss can increase the risk for cholelithiasis by causing cholesterol supersaturation into bile.[46]  In patients with obesity, the prevalence of new gallstones exceeds 10% after 8 to 16 weeks of a low calorie diet, and exceeds 30% after gastric bypass surgery.[47] The effect underlying diabetes, as well as weight loss with the use of GLP-1 RAs, should therefore not be disregarded when considering findings of increased gallbladder-related adverse events (AEs). However, other mechanisms appear to be involved.

Several randomized clinical trials have shown a higher rate of gallbladder disorders in patients who were randomized to GLP-1 RAs versus a placebo.[48]  Initial studies could not determine if this was a class-effect of all GLP-1 medications, and further complicating the situation is that prescribing information did not issue a warning against increased risk of gallbladder issues.[49]

Based upon the available evidence, it is my opinion to a reasonable degree of medical certainty that there is indeed a class-effect of all GLP-1 medications. And, specifically as it relates to the development of biliary/gallstone disease, it is my opinion to a reasonable degree of medical certainty that these drugs all have a similar mechanism of action and impart the same biliary/gallbladder disease risks as those mentioned in the studies in this report.

As previously mentioned, RCTs and meta-analyses of RCTs provide the highest quality of biomedical evidence and data. The breadth of a meta-analysis by He *et al.*[50] evaluating the

---

[46] Erlinger S. Gallstones in obesity and weight loss. Eur J Gastroenterol Hepatol. 2000 Dec;12(12):1347-52. doi: 10.1097/00042737-200012120-00015. PMID: 11192327.

[47] Weinsier RL, Wilson LJ, Lee J. Medically safe rate of weight loss for the treatment of obesity: a guideline based on risk of gallstone formation. Am J Med. 1995 Feb;98(2):115-7. doi: 10.1016/S0002-9343(99)80394-5. PMID: 7847427.

[48] Wadden TA, Bailey TS, Billings LK, Davies M, Frias JP, Koroleva A, Lingvay I, O'Neil PM, Rubino DM, Skovgaard D, Wallenstein SOR, Garvey WT; STEP 3 Investigators. Effect of Subcutaneous Semaglutide vs Placebo as an Adjunct to Intensive Behavioral Therapy on Body Weight in Adults With Overweight or Obesity: The STEP 3 Randomized Clinical Trial. JAMA. 2021 Apr 13;325(14):1403-1413. doi: 10.1001/jama.2021.1831. PMID: 33625476; PMCID: PMC7905697.  Wilding JPH, Batterham RL, Calanna S, Davies M, Van Gaal LF, Lingvay I, McGowan BM, Rosenstock J, Tran MTD, Wadden TA, Wharton S, Yokote K, Zeuthen N, Kushner RF; STEP 1 Study Group. Once-Weekly Semaglutide in Adults with Overweight or Obesity. N Engl J Med. 2021 Mar 18;384(11):989-1002. doi: 10.1056/NEJMoa2032183. Epub 2021 Feb 10. PMID: 33567185.  Lundgren JR, Janus C, Jensen SBK, Juhl CR, Olsen LM, Christensen RM, Svane MS, Bandholm T, Bojsen-Møller KN, Blond MB, Jensen JB, Stallknecht BM, Holst JJ, Madsbad S, Torekov SS. Healthy Weight Loss Maintenance with Exercise, Liraglutide, or Both Combined. N Engl J Med. 2021 May 6;384(18):1719-1730. doi: 10.1056/NEJMoa2028198. PMID: 33951361.

[49] Nauck MA, Muus Ghorbani ML, Kreiner E, Saevereid HA, Buse JB; LEADER Publication Committee on behalf of the LEADER Trial Investigators. Effects of Liraglutide Compared With Placebo on Events of Acute Gallbladder or Gallbladder disease in Patients With Type 2 Diabetes at High Risk for Cardiovascular Events in the LEADER Randomized Trial. Diabetes Care. 2019 Oct;42(10):1912-1920. doi: 10.2337/dc19-0415. Epub 2019 Aug 9. PMID: 31399438; PMCID: PMC7364668.

[50] He L, Wang J, Ping F, Yang N, Huang J, Li Y, Xu L, Li W, Zhang H. Association of Glucagon-Like Peptide-1 Receptor Agonist Use With Risk of Gallbladder and Biliary Diseases: A Systematic Review and Meta-analysis of Randomized Clinical Trials. JAMA Intern Med. 2022 May 1;182(5):513-519. doi: 10.1001/jamainternmed.2022.0338. PMID: 35344001; PMCID: PMC8961394.

association of GLP-1 RA treatment with gallbladder and biliary diseases is therefore particularly compelling evidence in support of my opinions. These investigators conducted a meta-analysis encompassing 76 RCTs, which demonstrated that GLP-1 RA therapy considerably elevated the probability of gallbladder and biliary disorders (pooled relative risk, 1.37; 95% CI, 1.23 to 1.52). The authors of this study observe that their "findings showed that GLP-1 RA medications, including dulaglutide, exenatide, and subcutaneous semaglutide (≥1.0mg), increased the risk of gallbladder or biliary diseases." One strength of this study, as noted by the authors, is that it highlights "the increased risk associated with other GLP-1 RA medications in addition to liraglutide." The authors conclude that the findings of their "systematic review and meta-analysis indicate that physicians should be concerned about the increased risk of gallbladder or biliary disease associated with GLP-1 RA use, especially at the higher doses recommended for weight loss."

Wilding *et al*. reported on the results of the STEP 1 clinical trial (a randomized double-blind placebo-controlled trial in 16 countries). Although not an endpoint in the study, the investigators found that gallbladder-related disorders (mostly cholelithiasis) were reported in 2.6% of participants in the semaglutide group, and 1.2% of participants in the placebo group. The authors observed that this finding was "consistent with previous reports for GLP-1 receptor agonists . . .." The incidence of cholelithiasis with semaglutide was in line with that of liraglutide at a dose of 3.0 mg.[51]

Faille *et al*.[52] conducted a cohort study of over 71,000 users of antidiabetic drugs to determine whether DPP-4 inhibitors and GLP-1 analogues are associated with an increased risk of bile duct and gallbladder disease in patients with type 2 diabetes. The investigators found that 853 patients had an incident hospital admission for bile duct or gallbladder disease during follow-up, corresponding to an overall incidence rate per 1000 person-years of 3.7 (95% CI, 3.5-4.0). Diagnoses for these admissions included cholelithiasis (n = 563), cholecystitis (n = 368), cholangitis (n = 5) and other bile duct and gallbladder diseases (n = 151). Cholecystectomy was performed in 75 patients (8.8%). Importantly, the investigators found that current use of GLP-1 analogues was associated with a 79% increased risk of bile duct and gallbladder disease (6.1 vs 3.3 per 1000 person-years; adjusted HR, 1.79; 95% CI, 1.21-2.67) compared to the current use of 2 or more oral antidiabetic drugs. There was a finding of increased risk of bile duct and gallbladder disease with the use of GLP-1 analogues for less than 180 days as well.

In this same study, the current use of GLP-1 analogues (exenatide or liraglutide) was associated with an increased risk of undergoing a cholecystectomy (adjusted HR, 2.08; 95% CI, 1.08-4.02). This trial showed that liraglutide was associated with substantial weight loss, but also an increased

---

[51] Wilding JPH, Batterham RL, Calanna S, Davies M, Van Gaal LF, Lingvay I, McGowan BM, Rosenstock J, Tra n MTD, Wadden TA, Wharton S, Yokote K, Zeuthen N, Kushner RF; STEP 1 Study Group. Once-Weekly Semaglutide in Adults with Overweight or Obesity. N Engl J Med. 2021 Mar 18;384(11):989-1002. doi: 10.1056/NEJMoa2032183. Epub 2021 Feb 10. PMID: 33567185

[52] Faillie JL, Yu OH, Yin H, Hillaire-Buys D, Barkun A, Azoulay L. Association of Bile Duct and Gallbladder Diseases With the Use of Incretin-Based Drugs in Patients With Type 2 Diabetes Mellitus. JAMA Intern Med. 2016 Oct 1;176(10):1474-1481. doi: 10.1001/jamainternmed.2016.1531. PMID: 27478902.

risk of gallbladder-related events (*e.g.*, cholelithiasis and cholecystitis) versus placebo (61 of 2481 and 12 of 1242, respectively).

In liraglutide trials, the risk of gallbladder-related events was present across different weight-loss categories, suggesting an alternative mechanism for these biliary events beyond weight loss itself.[53] [54] Moreover, Nauck *et al.* found a heightened risk of biliary obstruction in patients who took liraglutide compared to placebo.[55] Further complicating this issue is that GLP-1 RAs are typically prescribed in higher doses for weight loss than for management of type 2 diabetes mellitus. A higher risk of biliary or gallbladder diseases was associated with higher doses of GLP-1 RAs in weight loss trials compared with lower doses in diabetes control trials. That trend continued with higher doses in the diabetes trials.

In a study by Gameil *et al.*,[56] a statistically significant association was found between GLP-1 RAs and cholelithiasis. Cholelithiasis was more frequent among GLP-1 RA users than non-users. This study yielded results like those observed by Dong *et al.*,[57] who evaluated the risk of biliary-related diseases in patients with type 2 diabetes using GLP-1 RAs versus sodium glucose co-transporters 2 inhibitors (SGLT2I). Dong *et al.* found an elevated risk of biliary related diseases among GLP-1 RAs users with a significant hazard ratio more than 1.2.

A study by He (Long) *et al.*[58] published in 2025 extracted adverse event data for GLP-1 RAs and DPP-4 inhibitors from FAERS between 2013 and 2024 to further expand on existing research and provide a safety assessment of these medications as they related to biliary diseases. As the authors note, the FAERS database "is a valuable resource for pharmacovigilance research, drawing date from a diverse range of sources . . .." The investigators found that "specific drugs such as semaglutide [ROR 4.06; 95% CI 3.76–4.39; EBGM05 = 3.95 (3.70)] and liraglutide [ROR 3.88; 95% CI 3.50–4.29; EBGM05) = 3.78 (3.47)] were significantly associated with an increased risk of biliary diseases based upon the FAERS data.

---

[53] Liraglutide 3.0 mg for weight management NDA 206-321 briefing document. Endocrinologic and Metabolic Drug Advisory Committee, Published September 11, 2014.

[54] https://web.archive.org/web/20161023221542/http://www.fda.gov/AdvisoryCommittees/CommitteesMeetingMaterials/Drugs/EndocrinologicandMetabolicDrugsAdvisoryCommittee/ucm413316.htm

[55] Nauck MA, Muus Ghorbani ML, Kreiner E, Saevereid HA, Buse JB; LEADER Publication Committee on behalf of the LEADER Trial Investigators. Effects of Liraglutide Compared With Placebo on Events of Acute Gallbladder or Gallbladder disease in Patients With Type 2 Diabetes at High Risk for Cardiovascular Events in the LEADER Randomized Trial. Diabetes Care. 2019 Oct;42(10):1912-1920. doi: 10.2337/dc19-0415. Epub 2019 Aug 9. PMID: 31399438; PMCID: PMC7364668.

[56] Gameil MA, Yousef EAAM, Marzouk RE, Emara MH, Abdelkader AH, Salama RI. The relative risk of clinically relevant cholelithiasis among glucagon-like peptide-1 receptor agonists in patients with type 2 diabetes mellitus, real-world study. Diabetol Metab Syndr. 2024 Dec 4;16(1):293. doi: 10.1186/s13098-024-01526-2. PMID: 39633496; PMCID: PMC11616335.

[57] Dong YH, Wu JH, Chang CH, Lin JW, Wu LC, Toh S. Association between glucagon-like peptide-1 receptor agonists and biliary-related diseases in patients with type 2 diabetes: A nationwide cohort study. Pharmacotherapy. 2022 Jun;42(6):483-494. doi: 10.1002/phar.2688. Epub 2022 May 17. PMID: 35508702.

[58] He L, Li J, Cheng X, Luo L, Huang Y. Association between GLP-1 RAs and DPP-4 inhibitors with biliary disorders: pharmacovigilance analysis. Front Pharmacol. 2025 Feb 17;16:1509561. doi: 10.3389/fphar.2025.1509561. PMID: 40041492; PMCID: PMC11878242.

In the LEADER trial, 9,340 patients were randomized to either liraglutide ($n = 4,668$) or placebo ($n = 4,672$) and followed for a median of 3.8 years. The proportion of patients with acute gallstone disease was higher with liraglutide than with placebo (in 145 [3.1%] and 90 [1.9%] patients, respectively; $P < 0.001$). This finding was driven by greater proportions of patients experiencing cholelithiasis (68 patients [1.5%] vs. 50 [1.1%]) and acute cholecystitis (36 patients [0.8%] vs. 21 [0.4%]) with liraglutide compared with placebo. A higher number of patients treated with liraglutide than placebo had uncomplicated gallbladder stones (*16 vs 5*), complicated gallbladder stones (52 vs 40), cholecystitis (51 vs 33), and biliary obstruction (25 vs 16). Cholecystectomy was also more common in patients treated with liraglutide versus placebo ($n = 81$ [1.74%] and $n = 52$ [1.11%], respectively; HR 1.56; 95% CI 1.10, 2.20; $P = 0.013$).[59]

In a SCALE weight-management trial for liraglutide 3.0 mg in individuals with overweight or obesity and without type 2 diabetes, more participants experienced gallbladder-related events with liraglutide than with placebo ($n = 61$ [2.5%] vs. $n = 12$ [1.0%], respectively).[60] However, while the majority of the weight loss was observed during the first ~40 of 56 weeks of treatment in one of four trials in the SCALE program, the incidence of gallbladder-related adverse events remained relatively constant over the full 160 weeks (or four trials) of the program.[61] This was despite the majority of the weight loss occurring during the earlier portion of the trial. This indicates that there must be some weight loss–independent effects of this medication.

Ultimately, *Nauc*k showed that more cases of cholelithiasis and cholecystitis occurred at relatively constant rates over 3 years in the liraglutide group. In Nauck's *post hoc* analysis of the LEADER trial, there was an increased risk of gallbladder- or biliary tract–related events with liraglutide versus placebo ($n = 141$ vs. $n = 88$ patients, respectively; hazard ratio [HR] 1.60; 95% CI 1.23, 2.09; $P < 0.001$)https://pmc.ncbi.nlm.nih.gov/articles/PMC7364668/. Baseline characteristics of the 229 patients with gallbladder or biliary tract–related events were similar between the treatment groups and comparable with the total study population. More patients treated with liraglutide than those treated with placebo had uncomplicated gallbladder stones ($n = 16$ and $n = 5$ for liraglutide and placebo), complicated gallbladder stones, cholecystitis, and biliary obstruction https://pmc.ncbi.nlm.nih.gov/articles/PMC7364668/https://pmc.ncbi.nlm.nih.gov/articles/PMC7364668/. Also, cholecystectomy was more common in patients treated with liraglutide versus

[59] Nauck MA, Muus Ghorbani ML, Kreiner E, Saevereid HA, Buse JB; LEADER Publication Committee on behalf of the LEADER Trial Investigators. Effects of Liraglutide Compared With Placebo on Events of Acute Gallbladder or Gallbladder disease in Patients With Type 2 Diabetes at High Risk for Cardiovascular Events in the LEADER Randomized Trial. Diabetes Care. 2019 Oct;42(10):1912-1920. doi: 10.2337/dc19-0415. Epub 2019 Aug 9. PMID: 31399438; PMCID: PMC7364668.

[60] Pi-Sunyer X, Astrup A, Fujioka K, Greenway F, Halpern A, Krempf M, Lau DC, le Roux CW, Violante Ortiz R, Jensen CB, Wilding JP; SCALE Obesity and Prediabetes NN8022-1839 Study Group. A Randomized, Controlled Trial of 3.0 mg of Liraglutide in Weight Management. N Engl J Med. 2015 Jul 2;373(1):11-22. doi: 10.1056/NEJMoa1411892. PMID: 26132939.

[61] le Roux CW, Astrup A, Fujioka K, Greenway F, Lau DCW, Van Gaal L, Ortiz RV, Wilding JPH, Skjøth TV, Manning LS, Pi-Sunyer X; SCALE Obesity Prediabetes NN8022-1839 Study Group. 3 years of liraglutide versus placebo for type 2 diabetes risk reduction and weight management in individuals with prediabetes: a randomised, double-blind trial. Lancet. 2017 Apr 8;389(10077):1399-1409. doi: 10.1016/S0140-6736(17)30069-7. Epub 2017 Feb 23. Erratum in: Lancet. 2017 Apr 8;389(10077):1398. doi: 10.1016/S0140-6736(17)30705-5. PMID: 28237263.

placebo. However, among patients who had a gallbladder or biliary tract–related event during the trial, the proportion undergoing cholecystectomy was similar with liraglutide versus placebo.

Furthermore, in the randomized clinical trial published in 2015 by Pi-Sunyer *et al.*,[62] high-dose liraglutide (a GLP-1 analogue) at weight loss dosing was associated with an increase in gallbladder-related events (*e.g.*, cholelithiasis, cholecystitis, and cholecystokinin) versus placebo. In this trial, liraglutide use was associated with substantial weight loss, but also an increased risk of gallbladder-related events (*e.g.*, cholelithiasis and cholecystitis) vs placebo, including more cases of cholelithiasis and cholecystitis in the liraglutide group. The number of cholecystectomies performed owing to cholelithiasis and cholecystitis was also imbalanced between the groups (liraglutide, 40 of 2481 versus placebo, 6 of 1242).[63]

Fallie *et al*. published the results of their study of 71,369 new users of antidiabetic drugs who were followed for 3.2 (2.0) years, for a total of 227,994 person-years.[64] Overall, 853 patients had an incident hospital admission for bile duct or gallbladder disease during follow-up, corresponding to an overall incidence rate per 1000 person-years of 3.7 (95% CI, 3.5-4.0). Diagnoses for these admissions included cholelithiasis (n = 563), cholecystitis (n = 368), cholangitis (n = 5), and other bile duct and gallbladder diseases (n = 151). Cholecystectomy was performed in 75 patients (8.8%). In this study, the use of GLP-1 analogues was associated with an increased risk of bile duct and gallbladder disease, with HRs ranging between 1.59 and 1.8. Compared with the use of two or more oral antidiabetic drugs, the current use of GLP-1 analogues was associated with an overall 79% increased risk of bile duct and gallbladder disease, which tended to be elevated in the first 180 days of use.

In the HARMONY trial, discussed by Hernandez *et al*., a secondary analysis showed an increased number of hepatobiliary disorders with albiglutide versus placebo (*n* = 51 patients [1%] for albiglutide and *n* = 41 patients [1%] for placebo; relative risk 1.24; 95% CI 0.83, 1.87).[65]

[62] Xavier Pi-Sunyer, Arne Astrup, Ken Fujioka, Frank Greenway, Alfredo Halpern, Michel Krempf, David C W Lau, Carel W le Roux, Rafael Violante Ortiz, Christine Bjørn Jensen, John P H Wilding, A Randomized, Controlled Trial of 3.0 mg of Liraglutide in Weight Management. N Engl J Med 2015;373:11-22, DOI: 10.1056/NEJMoa1411892/

[63] Xavier Pi-Sunyer, Arne Astrup, Ken Fujioka, Frank Greenway, Alfredo Halpern, Michel Krempf, David C W Lau, Carel W le Roux, Rafael Violante Ortiz, Christine Bjørn Jensen, John P H Wilding, A Randomized, Controlled Trial of 3.0 mg of Liraglutide in Weight Management. N Engl J Med 2015;373:11-22, DOI: 10.1056/NEJMoa1411892/

[64] Faillie J, Yu OH, Yin H, Hillaire-Buys D, Barkun A, Azoulay L. Association of Bile Duct and Gallbladder Diseases With the Use of Incretin-Based Drugs in Patients With Type 2 Diabetes Mellitus. *JAMA Intern Med.* 2016;176(10):1474–1481. doi:10.1001/jamainternmed.2016.1531.

[65] Hernandez AF, Green JB, Janmohamed S, D'Agostino RB Sr, Granger CB, Jones NP, Leiter LA, Rosenberg AE, Sigmon KN, Somerville MC, Thorpe KM, McMurray JJV, Del Prato S; Harmony Outcomes committees and investigators. Albiglutide and cardiovascular outcomes in patients with type 2 diabetes and cardiovascular disease (Harmony Outcomes): a double-blind, randomised placebo-controlled trial. Lancet. 2018 Oct 27;392(10157):1519-1529. doi: 10.1016/S0140-6736(18)32261-X. Epub 2018 Oct 2. PMID: 30291013

In a large study by Monami *et al.*,[66] which evaluated RTCs of patients on GLP-1 receptor agonists (exenatide, liraglutide, lixisenatide, albiglutide, dulaglutide or semaglutide) for type 2 diabetes and placebo or any other non-GLP-1 receptor agonist drug, found that treatment with GLP-1 RA was associated with a significant increase in incidence of cholelithiasis (MH-OR [95% CI] 1.30 [1.01-1.68], $P = .041$). In meta-regression analyses, the effect of GLP-1 RA on cholelithiasis was not significantly related to any of the moderators considered (age, duration of diabetes, baseline A1c, fasting glucose, BMI and variations of A1c and BMI during treatment).

Niu *et al.*[67] conducted a retrospective cohort study using the TriNetX network between 2010-2020. This study was an attempt to evaluate the long-term gastrointestinal and hepatobiliary safety of GLP-1 RAs in patients with type 2 diabetes, compared to other oral antidiabetic medications. These authors concluded that GLP-1 RA therapy was *not* associated with an increased risk of most serious GI or hepatobiliary outcomes compared to other oral diabetes medications. This finding is at odds with several other studies mentioned above, and may have been due to the significant limitations acknowledged by the authors: (1) exclusion of study analyses due to insufficient patient data; (2) biases given the retrospective design of the study; (3) inability to assess the influence of treatment duration, dosages, or formulation; (4) potential misclassification of data and inability to verify diagnoses; (5) insufficient temporality assessment; and (6) unadjusted p values. Observing that meta-analyses have established "a clear association" between GLP-1 RA and gallbladder diseases, the authors opine that a comprehensive analysis of GI and hepatobiliary adverse events across all GLP-1 RAs should be conducted to better understand and assess long-term safety.

**Dose Dependency**

The meta-analysis reported in 2022 by He *et al.*[68] demonstrating that GLP-1 RA therapy considerably elevated the probability of gallbladder and biliary disorders, found that the risk was pronounced in patients using GLP-1 RAs for *weight loss* interventions compared to diabetes management. This finding is due to the use of higher doses and extended treatment duration with weight management. The authors note that an increased risk of gallbladder and biliary disorders has been observed in multiple trials assessing GLP-1 RAs, particularly at higher doses, longer treatment durations (>26 weeks), and when used for weight management. However, the He meta-analysis still reported incidences of gallbladder and biliary disorders in patients on lower doses of GLP-1 RA.

---

[66] Monami M, Nreu B, Scatena A, Cresci B, Andreozzi F, Sesti G, Mannucci E. Safety issues with glucagon-like peptide-1 receptor agonists (pancreatitis, pancreatic cancer and cholelithiasis): Data from randomized controlled trials. Diabetes Obes Metab. 2017 Sep;19(9):1233-1241. doi: 10.1111/dom.12926. Epub 2017 Jun 20. PMID: 28244632.

[67] Niu C, Sun K, Zhang J, Elkhapery A, Zhu K, Malik S, Xue C, Okolo PI. Gastrointestinal and Hepatobiliary Safety of Glucagon-Like Peptide-1 Receptor Agonists in Patients With Type 2 Diabetes. Am J Gastroenterol. 2025 Sep 3. doi: 10.14309/ajg.0000000000003760. Epub ahead of print. PMID: 40900093.

[68] He L, Wang J, Ping F, Yang N, Huang J, Li Y, Xu L, Li W, Zhang H. Association of Glucagon-Like Peptide-1 Receptor Agonist Use With Risk of Gallbladder and Gallbladder diseases: A Systematic Review and Meta-analysis of Randomized Clinical Trials. JAMA Intern Med. 2022 May 1;182(5):513-519. doi: 10.1001/jamainternmed.2022.0338. PMID: 35344001; PMCID: PMC8961394.

Use of GLP-1 RAs was significantly associated with increased risks of gallbladder or biliary disease at higher doses (RR, 1.56; 95% CI, 1.36-1.78) but not at lower doses (RR, 0.99; 95% CI, 0.74-1.33; $P$ = .006 for interaction). Longer duration of treatment with GLP-1 RAs (>26 weeks) was associated with increased risk for gallbladder or gallbladder disease (RR, 1.40; 95% CI, 1.26-1.56), but shorter duration (≤26 weeks) of treatment was not (RR, 0.79; 95% CI, 0.48-1.31; $P$ = .03 for interaction).  The authors advise that "increased risks of gallbladder or biliary diseases should be considered when the doses are escalated."

The data obtained from this meta-analysis is important since increasing doses of GLP-1 RAs may be recommended for patients who do not achieve glycemic control goals with lower doses. Therefore, increased risks of gallbladder or gallbladder diseases should be considered when the doses are escalated. This was demonstrated in the review and meta-analysis by *He, et al* that stated GLP-1 RAs for weight loss showed stronger effects on the risk of gallbladder or biliary disease than the other indications (*i.e*, diabetes/other diseases; $P$ <.001 for interaction).[69]

**Clinical Use and Intervention of GLP-1 RAs**

The mechanism of GLP-1 RA-induced gallbladder disease is complex. Prior to the sponsors' updated labels and warnings, it would not have been known to most clinicians administering these drugs that they cause gallbladder disorders. In addition, the vast majority of clinicians who administer GLP-1 RAs to patients rarely encounter, diagnose, or manage gallbladder disorders and diseases directly in their day-to-day practice. Therefore, it was critical that the broad group of clinicians who prescribe GLP-1 RAs were adequately warned that GLP-1 RAs increase the risk of gallbladder disease and disorders prior to prescribing them to patients.

**Conclusion**

Based upon my evaluation of the available evidence, it is clear to a reasonable degree of medical certainty that a causal association exists between GLP-1 RAs and patients developing biliary disorders. This clear association is supported by the greater weight of randomized clinical trial data and real-world evidence cited above. According to the literature, the association occurs in both lower doses and higher doses of GLP-1 RAs, with a higher prevalence in higher doses.

Gallbladder disease can lead to cascading health effects, which if left untreated, are life-threatening in nature. Despite these safety issues and concerns, the sponsors of GLP-1 RAs failed to adequately convey the true risk of gallbladder disease and disorders secondary to their drugs.

I reserve the right to supplement the opinions contained in this report if further information becomes available to me.

---

[69] He L, Wang J, Ping F, Yang N, Huang J, Li Y, Xu L, Li W, Zhang H. Association of Glucagon-Like Peptide-1 Receptor Agonist Use With Risk of Gallbladder and Gallbladder diseases: A Systematic Review and Meta-analysis of Randomized Clinical Trials. JAMA Intern Med. 2022 May 1;182(5):513-519. doi: 10.1001/jamainternmed.2022.0338. PMID: 35344001; PMCID: PMC8961394.

DATED: 12/31/25

Gabriel D. Lang, M.D.

**Prior Testimony (Previous 4 Years)**

*Zoelzer v. SSM*, 22SL-CC02444 (Missouri) (2024)

*Hadley v. Roddenberry* (Florida) (2025)

*Ochana v. St. Alexius Medical Center* (Cook County, Il) (2024)

21

Commonly Used Acronyms

| | |
|---|---|
| Glucagon-Like Peptide-1 Receptor Agonist | GLP-1 RA |
| Type 2 Diabetes Mellitus | T2DM |
| Cholecystokynin | CCK |
| Adverse Event | AE |
| Randomized Clinical Trial | RCT |
| Hazard Ratio | HR |
| Confidence Interval | CI |
| Odds Ratio | OR |
| Endoscopic Retrograde Cholangiopancreatography | ERCP |
| Food and Drug Administration | FDA |
| Sodium-glucose cotransporter 2 inhibitor | SGLT2i |
| Body Mass Index | BMI |
| Milligram | MG |
| Milliliter | ML |
| Glycated hemoglobin | A1C |
| Semaglutide Unabated Sustainability in Treatment of Type 2 Diabetes | SUSTAIN |
| Noncirrhotic metabolic dysfunction-associated steatohepatitis | MASH |
| Nonalcoholic steatohepatitis | NASH |
| Peptide Innovation for Early Diabetes Treatment | PIONEER |
| Satiety and Clinical Adiposity-Liraglutide Evidence in On-Diabetic and Diabetic Adults | SCALE |
| Kilogram | KG |
| Assessment of Weekly Administration of LY2189265[dulaglutide] in Diabetes | AWARD |
| Glucose-dependent insulinotropic polypeptide | GIP |
| Not an acronym | SURPASS |
| Not an acronym | SURMOUNT |
| Dipeptidyl Peptidase-4 | DPP-4 |
| FDA Adverse Event Reporting System | FAERS |
| Liraglutide Effect and Action in Diabetes: Evaluation of Cardiac Outcomes | LEADER |

22

| Not an acronym | HARMONY |
| --- | --- |

23

**Glossary**

- **Glucagon-Like Peptide-1 Receptor Agonist:** a class of medications utilized to treat type 2 diabetes mellitus (T2DM) and obesity. As a class of medications, they are among several pharmacological options for these endocrine diseases. The function of GLP-1 agonists is to lower serum glucose levels and thereby manage metabolism in affected patients.
- **Type 2 Diabetes Mellitus:**  A common form of diabetes mellitus that develops especially in adults and most often in obese individuals and that is characterized by hyperglycemia resulting from impaired insulin utilization coupled with the body's inability to compensate with increased insulin production.
- **Gallbladder:** A membranous muscular sac in which bile from the liver is concentrated and stored before being passed to the intestinal duodenum.
- **Cholecystectomy:** The surgical excision of the gallbladder.
- **Gastroenterology:** A branch of medicine concerned with the structure, functions, diseases, and pathology of the stomach and intestines.
- **Gastrointestinal:** Of, relating to, affecting, or including both stomach and intestine.
- **Interventional Endoscopy:** A variety of endoscopic procedures used to diagnose and treat diseases that are typically beyond the scope of regular endoscopic techniques.
- **Therapeutic Endoscopy:** provides treatment that is carried out via the endoscope.
- **Endoscopic Retrograde Cholangiopancreatography:** A type of imaging test that allows healthcare providers to look inside your bile ducts and pancreatic ducts.
- **Endoscopic Ultrasound:** A procedure that combines endoscopy and ultrasound to create images of the digestive tract and nearby organs and tissues.
- **Enteroscopy:** A procedure to examine the small intestine (small bowel) and treat issues at the same time.
- **Biliary:** Of, relating to, or conveying bile.
- **Pancreas:** A large lobulated gland of vertebrates that secretes digestive enzymes and the hormones insulin and glucagon.
- **Enteral Stenting:** Enteral stents are devices used to maintain or restore bowel luminal patency.
- **Endoscopic Mucosal Resection:** a technique to remove irregular tissue from the digestive tract.
- **Bile Duct:** A duct by which bile passes from the liver or gallbladder to the duodenum.
- **Choledocholithiasis:** A gallstone in the common bile duct.
- **Randomized Clinical Trial:** A study in which the participants are divided by chance into separate groups that compare different treatments or other interventions. Using chance to divide people into groups means that the groups will be similar and that the effects of the treatments they receive can be compared more fairly. At the time of the trial, it is not known which treatment is best.
- **Meta-Analysis:** quantitative statistical analysis of several separate but similar experiments or studies in order to test the pooled data for statistical significance

24

- **Bile:** A yellow or greenish alkaline fluid that is secreted by the liver, stored and concentrated in the gallbladder, and passed into the intestinal duodenum where it aids especially in the breakdown and absorption of fats. Bile is composed primarily of water containing various organic and inorganic components (such as bile salts, cholesterol, bilirubin, and electrolytes).
- **Biliary Tract:** A system of branching bile ducts connected to organs. They make, store, use and distribute bile through your body. Bile plays an important role in your digestive system. It also carries waste products from your blood out of your body.
- **Liver:** A large very vascular glandular organ of vertebrates that secretes bile and causes important changes in many of the substances contained in the blood (as by converting sugars into glycogen which it stores up until required and by forming urea).
- **Cholelithiasis:** The production of gallstones.
- **Cholecystitis:** Inflammation of the gallbladder.
- **Gallstones**: A calculus (as of cholesterol) formed in the gallbladder or biliary passages.
- **Crystallization:** to cause to form crystals or assume crystalline form.
- **Cholesterol:** A waxy, fat-like substance $C_{27}H_{46}O$ that is found in the cells, tissues, and body fluids of humans and animals and that serves as a component of cell membranes and functions as a precursor of vitamin D and steroid hormones (such as cortisol and estrogen). Cholesterol is produced primarily in the liver and is also derived from dietary sources (such as meat, eggs, and dairy products). It is carried in the blood stream in the form of lipoproteins, and as a constituent of LDL it may contribute to arterial plaque formation leading to atherosclerosis.
- **Bilirubin:** A reddish-yellow water-insoluble pigment $C_{33}H_{36}N_4O_6$ that is formed by the breakdown of heme, is excreted in a water-soluble form by liver cells into bile and occurs in blood and urine especially in diseased states.
- **Cirrhosis:** Widespread disruption of normal liver structure by fibrosis and the formation of regenerative nodules that is caused by any of various chronic progressive conditions affecting the liver (such as long-term alcohol abuse or hepatitis).
- **Crohn's Disease:** Chronic inflammation that typically involves the lower portion of the ileum, often spreads to the colon, and is characterized by diarrhea, cramping, loss of appetite and weight, and the development of abscesses and scarring.
- **Common Bile Duct:** The duct formed by the union of the hepatic and cystic ducts and opening into the duodenum.
- **Duodenum:** The first part of the small intestine extending from the pylorus to the jejunum.
- **Hepatic Duct:** A duct conveying the bile away from the liver and in many vertebrates including humans uniting with the cystic duct to form the common bile duct.
- **Cystic Duct:** The duct from the gallbladder that unites with the hepatic duct to form the common bile duct.
- **Pancreatic Duct:** A duct leading from the pancreas and opening into the duodenum.
- **Bloating:**  a)  to make turgid or swollen.
                  b)  to cause abdominal distension in.

25

- **Jaundice:** Yellowish pigmentation of the skin, tissues, and body fluids caused by the deposition of bile pigments.
- **Gangrene:** Local death of soft tissues due to loss of blood supply.
- **Peritoneal Cavity:** A space formed when the parietal and visceral layers of the peritoneum spread apart.
- **Perforation:** A hole or pattern made by or as if by piercing or boring.
- **Sepsis:** A potentially life-threatening, systemic response of the immune system that results from the spread of pathogenic agents (such as bacteria or viruses) and their toxins to the bloodstream from a localized infection (as of the lungs), that involves both inflammatory and immunosuppressive activity, that is marked especially by fever, chills, rapid heart rate and breathing, fatigue, confusion, increased blood coagulation, hypotension, impaired microcirculation, and organ dysfunction, and that may progress to septic shock.
- **Hormone:** A product of living cells that circulates in body fluids (such as blood) or sap and produces a specific often stimulatory effect on the activity of cells usually remote from its point of origin.
- **Glucose:** A crystalline sugar $C_6H_{12}O_6$
- *specifically*: the sweet colorless, soluble dextrorotatory form that occurs widely in nature and is the usual form in which a carbohydrate is assimilated by animals.
- **Insulin:** A protein pancreatic hormone secreted by the beta cells of the islets of Langerhans that is essential especially for the metabolism of carbohydrates and the regulation of glucose levels in the blood and that when insufficiently produced results in diabetes mellitus.
- **Diabetes Mellitus:** A variable disorder of carbohydrate metabolism caused by a combination of hereditary and environmental factors and usually characterized by inadequate secretion or utilization of insulin, by excessive urine production, by excessive amounts of sugar in the blood and urine, and by thirst, hunger, and loss of weight.
- **Glucagon:** A protein hormone that is produced especially by the islets of Langerhans and that promotes an increase in the sugar content of the blood by increasing the rate of glycogen breakdown in the liver.
- **Satiety:** The quality or state of being fed or gratified to satisfaction: fullness.
- **Subcutaneous Injection:** Injecting the drug into the fatty tissue layer of the subcutaneous tissue, which is present under the dermis and epidermis.
- **Semaglutide:** A drug $C_{187}H_{291}N_{45}O_{59}$ that selectively binds to and activates cell receptors for glucagon-like peptide 1 acting to stimulate insulin secretion and decrease glucagon secretion and that is administered orally or by injection for the management of type 2 diabetes or for the promotion of weight loss in obese patients or in overweight patients with a comorbidity.
- **Liraglutide:** An antidiabetic drug $C_{172}H_{265}N_{43}O_{51}$ that is an analog of glucagon-like peptide-1 administered by injection in the treatment of type 2 diabetes and obesity.
- **Tirzepatide:** A drug $C_{225}H_{348}N_{48}O_{68}$ that selectively binds to and activates cell receptors for glucagon-like peptide-1 and gastric inhibitory polypeptide acting to stimulate insulin secretion, decrease glucagon secretion, and delay gastric emptying and that is administered by injection

for the management of type 2 diabetes or for the promotion of weight loss in obese patients or in over weight patients with a comorbidity.

· **Dulaglutide:** Is an injectable diabetes medicine that is used together with diet and exercise to improve blood sugar control in adults and children 10 years of age and older with type 2 diabetes mellitus.

· **Food and Drug Administration:** Responsible for protecting the public health by ensuring the safety, efficacy, and security of human and veterinary drugs, biological products, and medical devices; and by ensuring the safety of our nation's food supply, cosmetics, and products that emit radiation.

· **Kidney:** One of a pair of vertebrate organs situated in the body cavity near the spinal column that excrete waste products of metabolism, in humans are bean-shaped organs about 4½ inches (11½ centimeters) long lying behind the peritoneum in a mass of fatty tissue, and consist chiefly of nephrons by which urine is secreted, collected, and discharged into a main cavity from which it is conveyed by the ureter to the bladder.

· **Stroke:** Sudden impairment or loss of consciousness, sensation, and voluntary motion that is caused by rupture or obstruction (as by a clot) of a blood vessel supplying the brain and is accompanied by permanent damage of brain tissue.

· **Heart Attack:** An acute episode of coronary heart disease marked by the death or damage of heart muscle due to insufficient blood supply to the heart usually as a result of a coronary artery becoming blocked by a blood clot formed in response to a ruptured or torn fatty arterial deposit.

· **A1C:** This test measures the average amount of glucose (sugar) in the blood over the past three months.

· **SUSTAIN:** A series of clinical studies used to evaluate the safety and efficacy of semaglutide, a medication for type 2 diabetes.

· **Obesity:** A condition characterized by excessive accumulation and storage of fat in the body.

· **MASH:** Metabolic Dysfunction-Associated Steatohepatitis. Excess fat cells in the liver causing chronic inflammation that can lead to worsening liver damage.

· **NASH:** Non-Alcoholic Steatohepatitis. Now known as MASH.

· **Myocardial Infarction:** See Heart Attack.

· **PIONEER:** This is a randomized clinical trial studying the safety and efficacy of oral semaglutide monotherapy in comparison with placebo in patients with type 2 diabetes.

· **SCALE:** A randomized control of 3 mg of liraglutide in weight management.

· **AWARD:** A randomized controlled trial to determine the safety and efficacy of dulaglutide added to pioglitazone and metformin versus exanatide in type 2 diabetes.

· **Hemoglobin:** An iron-containing respiratory pigment of vertebrate red blood cells that consists of a globin composed of four subunits each of which is linked to a heme molecule, that functions in oxygen transport to the tissues after conversion to oxygenated form in the gills or lungs, and that assists in carbon dioxide transport back to the gills or lungs after surrender of its oxygen.

· **SURPASS:** Studies related to the use of tirzepatide in type 2 diabetes.

- **SURMOUNT:** Studies related to the use of tirzepatide in obesity.
- **GIP:** Glucose dependent insulinotropic polypeptide. Incretin hormone released from the intestine to stimulate insulin secretion from pancreatic cells upon ingestion of glucose or nutrients.
- **Post Prandial:** Occurring after a meal.
- **Cholangitis:** Inflammation of one or more bile ducts.
- **Hepatobiliary:** Of, relating to, situated in or near, produced in, or affecting the liver and bile, bile ducts, and gallbladder.
- **Biliary Sludge:** Particles in bile such as cholesterol and calcium, which build up when the gallbladder does not empty completely. These particles mix with mucus from the gallbladder, creating biliary or gallbladder sludge.
- **Gallbladder Motility:** Coordinated motor responses of gallbladder contraction and sphincter relaxation that facilitate the storage and regulated release of bile, particularly after meals, while also encompassing periods of partial emptying during fasting.
- **Supersaturated:** Containing an amount of a substance greater than that required for saturation as a result of having been cooled from a higher temperature to a temperature below that at which saturation occurs.
- **Cholecystokinin:** A hormone secreted especially by the duodenal mucosa that regulates the emptying of the gallbladder and secretion of enzymes by the pancreas and that has been found in the brain.
- **Exenatide:** A hormone found in the saliva of the Gila Monster with insulin secretagogue and antihyperglycemic activity. Exenatide is administered subcutaneously and mimics human glucagon-like peptide-1 (GLP-1).
- **Albiglutide:** Two copies of a gLP-1 analog which provide resistance to DPP-4.
- **Lixisenatide:** Treats type 2 diabetes by increasing insulin levels which decreases blood sugar.
- **Plasma:** The fluid part of blood, lymph, or milk as distinguished from suspended material.
- **Intestinal Microbiota:** The complex system of microorganisms, including bacteria, archaea, fungi, and viruses that inhabit the digestive tracts of animals.
- **Bile Acid:** Any of several steroid acids (such as cholic acid) that occur in bile, especially in the form of bile salts, are produced chiefly in the liver from cholesterol, and aid in the intestinal breakdown and absorption of fat.
- **Gastric Bypass Surgery:** A surgical bypass operation that typically involves reducing the size of the stomach and reconnecting the smaller stomach to bypass the first portion of the small intestine so as to restrict food intake and reduce caloric absorption in cases of severe obesity.
- **DPP-4 Inhibitors/Dipeptidyl Peptidase-4 Inhibitors:** Antihyperglycemic medications used to treat type 2 diabetes.
- **Placebo:** **a)** a usually pharmacologically inert preparation prescribed more for the mental relief of the patient than for its actual effect on a disorder.

  **b)** an inert or innocuous substance used especially in controlled experiments testing the efficacy of another substance (such as a drug).

28

- **Hazard Ratio:** The probability of an event in a treatment group relative to the control group probability over a unit of time.
- **Sodium Glucose Cotransporters 2 Inhibitors (SGLT2I):** Medications that treat type 2 diabetes.
- **Relative Risk:** A ratio of the probability of an event occurring in the exposed group versus the probability of the event occurring in the non-exposed group.
- **Glycemic Control:** The management of blood glucose levels to achieve optimal A1C targets, minimizing the risk of hypoglycemia and addressing variations in glucose levels.
- **LEADER:** This study investigated the cardiovascular effects of liraglutide in patients with type 2 diabetes.
- **HARMONY:** Studies focusing on safety and efficacy of albiglutide, a GLP-1 RA, in patients with type 2 diabetes.
- **Body Mass Index:** A measure of body fat that is the ratio of the weight of the body in kilograms to the square of its height in meters.
- **JAMA:** Journal of The American Medical Association.

**Additional Citations**

https://www.merriam-webster.com/dictionary
https://www.hopkinsmedicine.org/health/treatment-tests-and-therapies/enteroscopy
https://www.uclahealth.org/medical-services/gastro/ies/patient-resources/endoscopic-procedures
https://healthcare.utah.edu/gi/treatments/endoscopy/therapeutic
https://my.clevelandclinic.org/health/diagnostics/4951-ercp-endoscopic-retrograde-cholangiopancreatography
https://www.mayoclinic.org/tests-procedures/endoscopic-mucosal-resection/about/pac-20385213
https://my.clevelandclinic.org/health/diseases/24210-choledocholithiasis
https://www.ncbi.nlm.nih.gov/sites/books/NBK551568/?report=printable
https://www.mayoclinic.org/tests-procedures/endoscopic-ultrasound/about/pac-20385171
https://www.giejournal.org/article/S0016-5107(13)02131-7/fulltext
https://www.cancer.gov/publications/dictionaries/cancer-terms/def/randomized-clinical-trial
https://my.clevelandclinic.org/health/body/biliary-tract
https://www.sciencedirect.com/topics/medicine-and-dentistry/subcutaneous-injection
https://www.fda.gov/about-fda/what-we-do

# APPENDIX A

Expert Materials List of Dr. Gabriel Lang

| | A |
|---|---|
| 1 | **Title/Subject** |
| 2 | https://www.giejournal.org/article/S0016-5107(1302131-7/fulltext) |
| 3 | Pi-Sunyer et al., 2015 randomized clinical trial (high-dose liraglutide and gallbladder-related events). |
| 4 | Xavier Pi-Sunyer, Arne Astrup, Ken Fujioka, Frank Greenway, Alfredo Halpern, Michel Krempf, David C W Lau, Carel W le Roux, Rafael Violante Ortiz, Christine Bjørn Jensen, John P H Wilding, A Randomized, Controlled Trial of 3.0 mg of Liraglutide in Weight Management. N Engl J Med 2015;373:11-22, DOI: 10.1056/NEJMoa1411892/ |
| 5 | Faille et al., Cohort study of over 71,000 users of antidiabetic drugs and risk of bile duct/gallbladder disease. |
| 6 | Faillie J, Yu OH, Yin H, Hillaire-Buys D, Barkun A, Azoulay L. Association of Bile Duct and Gallbladder Diseases With the Use of Incretin-Based Drugs in Patients With Type 2 Diabetes Mellitus. JAMA Intern |
| 7 | Monami et al., Large study evaluating RCTs of GLP-1 receptor agonists for type 2 diabetes and incidence of |
| 8 | Hernandez et al., HARMONY trial (albiglutide vs. placebo for hepatobiliary disorders). |
| 9 | https://pmc.ncbi.nlm.nih.gov/articles/PMC7364668/ |
| 10 | Nauck et al., LEADER trial (liraglutide vs. placebo for gallbladder/biliary tract events). |
| 11 | https://www.ncbi.nlm.nih.gov/sites/books/NBK551568/?report=printable |
| 12 | Wilding et al., STEP 1 clinical trial (semaglutide vs. placebo for gallbladder-related disorders). |
| 13 | Dong et al., Evaluation of risk of biliary-related diseases in patients with type 2 diabetes using GLP-1 RAs vs. SGLT2 |
| 14 | He et al., Meta-analysis evaluating the association of GLP-1 RA treatment with gallbladder and biliary diseases (76 |
| 15 | https://www.sciencedirect.com/topics/medicine-and-dentistry/subcutaneous-injection |
| 16 | Gameil et al., Study on association between GLP-1 RAs and cholelithiasis. |
| 17 | https://healthcare.utah.edu/gi/treatments/endoscopy/therapeutic |
| 18 | https://my.clevelandclinic.org/health/body/biliary-tract |
| 19 | https://my.clevelandclinic.org/health/diagnostics/4951-ercp-endoscopic-retrograde-cholangiopancreatography |
| 20 | https://my.clevelandclinic.org/health/diseases/24210-choledocholithiasis |
| 21 | https://www.hopkinsmedicine.org/health/treatment-tests-and-therapies/enteroscopy |
| 22 | https://www.mayoclinic.org/tests-procedures/endoscopic-mucosal-resection/about/pac-20385213 |
| 23 | https://www.mayoclinic.org/tests-procedures/endoscopic-ultrasound/about/pac-20385171 |
| 24 | https://www.uclahealth.org/medical-services/gastro/ies/patient-resources/endoscopic-procedures |
| 25 | Aronne, L. J., Horn, D. B., le Roux, C. W., Ho, W., Falcon, B. L., Gomez Valderas, E., Das, S., Lee, C. J., Glass, L. C., Senyucel, C., & Dunn, J. P., for the SURMOUNT-5 Trial Investigators. (2025). Tirzepatide as compared with semaglutide for the treatment of obesity. New England Journal of Medicine, 393(1), 26-36. |
| 26 | He (Long) et al., 2025 study using FAERS data for GLP-1 RAs and DPP-4 inhibitors and biliary diseases. |
| 27 | https://www.cancer.gov/publications/dictionaries/cancer-terms/def/randomized-clinical-trial |
| 28 | https://www.fda.gov/about-fda/what-we-do |
| 29 | https://www.merriam-webster.com/dictionary |
| 30 | Niu et al., Retrospective cohort study using TriNetX network (long-term GI and hepatobiliary safety of GLP-1 RAs). |
| 31 | https://www.accessdata.fda.gov/drugsatfda_docs/nda/2010/022341s000sumr.pdf |
| 32 | Keller J, Trautmann ME, Haber H, Tham LS, Hunt T, Mace K, Linnebjerg H. Effect of exenatide on cholecystokinin-induced gallbladder emptying in fasting healthy subjects. Regul Pept. 2012 Nov 10;179(1-3):77-83. doi: |
| 33 | Keller J, Trautmann ME, Haber H, Tham LS, Hunt T, Mace K, Linnebjerg H. Effect of exenatide on cholecystokinin-induced gallbladder emptying in fasting healthy subjects. Regul Pept. 2012 Nov 10;179(1-3):77-83. doi: |
| 34 | https://web.archive.org/web/20161023221542/http://www.fda.gov/AdvisoryCommittees/CommitteesMeetingMaterials/Drugs/EndocrinologicandMetabolicDrugsAdvisoryCommittee/ucm413316.htm |
| 35 | Liraglutide 3.0 mg for weight management NDA 206-321 briefing document. Endocrinologic and Metabolic Drug Advisory Committee, Published September 11, 2014. |

Expert Materials List of Dr. Gabriel Lang

| | A |
|---|---|
| 1 | **Title/Subject** |
| 36 | Pi-Sunyer X, Astrup A, Fujioka K, Greenway F, Halpern A, Krempf M, Lau DC, le Roux CW, Violante Ortiz R, Jensen CB, Wilding JP; SCALE Obesity and Prediabetes NN8022-1839 Study Group. A Randomized, Controlled Trial of 3.0 mg of Liraglutide in Weight Management. N Engl J Med. 2015 Jul 2;373(1):11-22. doi: 10.1056/NEJMoa1411892. |
| 37 | Smits MM, van Raalte DH, Tonneijck L, Muskiet MH, Kramer MH, Cahen DL. GLP-1 based therapies: clinical implications for gastroenterologists. Gut. 2016 Apr;65(4):702-11. doi: 10.1136/gutjnl-2015-310572. Epub 2016 Jan |
| 38 | Wang L, Li P, Tang Z, Yan X, Feng B. Structural modulation of the gut microbiota and the relationship with body weight: compared evaluation of liraglutide and saxagliptin treatment. Sci Rep. 2016 Sep 16;6:33251. doi: |
| 39 | le Roux CW, Astrup A, Fujioka K, Greenway F, Lau DCW, Van Gaal L, Ortiz RV, Wilding JPH, Skjøth TV, Manning LS, Pi-Sunyer X; SCALE Obesity Prediabetes NN8022-1839 Study Group. 3 years of liraglutide versus placebo for type 2 diabetes risk reduction and weight management in individuals with prediabetes: a randomised, double-blind trial. Lancet. 2017 Apr 8;389(10077):1399-1409. doi: 10.1016/S0140-6736(17)30069-7. Epub 2017 Feb 23. Erratum in: |
| 40 | Monami M, Nreu B, Scatena A, Cresci B, Andreozzi F, Sesti G, Mannucci E. Safety issues with glucagon-like peptide-1 receptor agonists (pancreatitis, pancreatic cancer and cholelithiasis): Data from randomized controlled trials. Diabetes Obes Metab. 2017 Sep;19(9):1233-1241. doi: 10.1111/dom.12926. Epub 2017 Jun 20. PMID: 28244632. |
| 41 | Zhao L, Chen Y, Xia F, Abudukerimu B, Zhang W, Guo Y, Wang N, Lu Y. A Glucagon-Like Peptide-1 Receptor Agonist Lowers Weight by Modulating the Structure of Gut Microbiota. Front Endocrinol (Lausanne). 2018 May 17;9:233. doi: 10.3389/fendo.2018.00233. PMID: 29867765; PMCID: PMC5966539. |
| 42 | Hernandez AF, Green JB, Janmohamed S, D'Agostino RB Sr, Granger CB, Jones NP, Leiter LA, Rosenberg AE, Sigmon KN, Somerville MC, Thorpe KM, McMurray JJV, Del Prato S; Harmony Outcomes committees and investigators. Albiglutide and cardiovascular outcomes in patients with type 2 diabetes and cardiovascular disease (Harmony Outcomes): a double-blind, randomised placebo-controlled trial. Lancet. 2018 Oct 27;392(10157):1519-1529. doi: |
| 43 | Rehfeld JF, Knop FK, Asmar A, Madsbad S, Holst JJ, Asmar M. Cholecystokinin secretion is suppressed by glucagon-like peptide-1: clue to the mechanism of the adverse gallbladder events of GLP-1-derived drugs. Scand J Gastroenterol. 2018 Dec;53(12):1429-1432. doi: 10.1080/00365521.2018.1530297. Epub 2018 Nov 19. PMID: |
| 44 | Nreu B, Dicembrini I, Tinti F, Mannucci E, Monami M. Cholelithiasis in patients treated with Glucagon-Like Peptide-1 Receptor: An updated meta-analysis of randomized controlled trials. Diabetes Res Clin Pract. 2020 Mar;161:108087. doi: 10.1016/j.diabres.2020.108087. Epub 2020 Feb 19. PMID: 32084455. |
| 45 | Wilding JPH, Batterham RL, Calanna S, Davies M, Van Gaal LF, Lingvay I, McGowan BM, Rosenstock J, Tra n MTD, Wadden TA, Wharton S, Yokote K, Zeuthen N, Kushner RF; STEP 1 Study Group. Once-Weekly Semaglutide in Adults with Overweight or Obesity. N Engl J Med. 2021 Mar 18;384(11):989-1002. doi: 10.1056/NEJMoa2032183. |
| 46 | Wilding JPH, Batterham RL, Calanna S, Davies M, Van Gaal LF, Lingvay I, McGowan BM, Rosenstock J, Tran MTD, Wadden TA, Wharton S, Yokote K, Zeuthen N, Kushner RF; STEP 1 Study Group. Once-Weekly Semaglutide in Adults with Overweight or Obesity. N Engl J Med. 2021 Mar 18;384(11):989-1002. doi: 10.1056/NEJMoa2032183. |
| 47 | Wadden TA, Bailey TS, Billings LK, Davies M, Frias JP, Koroleva A, Lingvay I, O'Neil PM, Rubino DM, Skovgaard D, Wallenstein SOR, Garvey WT; STEP 3 Investigators. Effect of Subcutaneous Semaglutide vs Placebo as an Adjunct to Intensive Behavioral Therapy on Body Weight in Adults With Overweight or Obesity: The STEP 3 Randomized Clinical Trial. JAMA. 2021 Apr 13;325(14):1403-1413. doi: 10.1001/jama.2021.1831. PMID: 33625476; PMCID: |
| 48 | Lundgren JR, Janus C, Jensen SBK, Juhl CR, Olsen LM, Christensen RM, Svane MS, Bandholm T, Bojsen-Møller KN, Blond MB, Jensen JB, Stallknecht BM, Holst JJ, Madsbad S, Torekov SS. Healthy Weight Loss Maintenance with Exercise, Liraglutide, or Both Combined. N Engl J Med. 2021 May 6;384(18):1719-1730. doi: |
| 49 | https://www.drugs.com/newdrugs/fda-approves-wegovy-semaglutide-adults-obesity-5551.html |

|  | A |
| --- | --- |
| 1 | **Title/Subject** |
| 50 | He L, Wang J, Ping F, Yang N, Huang J, Li Y, Xu L, Li W, Zhang H. Association of Glucagon-Like Peptide-1 Receptor Agonist Use With Risk of Gallbladder and Biliary Diseases: A Systematic Review and Meta-analysis of Randomized Clinical Trials. JAMA Intern Med. 2022 May 1;182(5):513-519. doi: 10.1001/jamainternmed.2022.0338. PMID: |
| 51 | He L, Wang J, Ping F, Yang N, Huang J, Li Y, Xu L, Li W, Zhang H. Association of Glucagon-Like Peptide-1 Receptor Agonist Use With Risk of Gallbladder and Gallbladder diseases: A Systematic Review and Meta-analysis of Randomized Clinical Trials. JAMA Intern Med. 2022 May 1;182(5):513-519. doi: |
| 52 | https://my.clevelandclinic.org/health/treatments/13901-glp-1-agonists |
| 53 | https://www.fda.gov/news-events/press-announcements/fda-approves-new-medication-chronic-weight- |
| 54 | https://bariatricjournal.com/glp-1s/semaglutide/rybelsus-for-weight-loss/ |
| 55 | https://www.drugs.com/history/ozempic.html |
| 56 | https://www.drugs.com/medical-answers/ozempic-work-3542787/ |
| 57 | He L, Li J, Cheng X, Luo L, Huang Y. Association between GLP-1 RAs and DPP-4 inhibitors with biliary disorders: pharmacovigilance analysis. Front Pharmacol. 2025 Feb 17;16:1509561. doi: 10.3389/fphar.2025.1509561. PMID: |
| 58 | https://www.kidney.org/news-stories/fda-approves-ozempic-type-2-diabetes-and-chronic-kidney-disease |
| 59 | https://www.drugs.com/news/2018-2022-saw-increase-glp-1-receptor-agonist-adults-without-diabetes- |
| 60 | https://www.mayoclinic.org/diseases-conditions/gallstones/symptoms-causes/syc-20354214 |
| 61 | https://www.drugs.com/medical-answers/liraglutide-semaglutide-how-compare-3579997/ |
| 62 | Niu C, Sun K, Zhang J, Elkhapery A, Zhu K, Malik S, Xue C, Okolo PI. Gastrointestinal and Hepatobiliary Safety of Glucagon-Like Peptide-1 Receptor Agonists in Patients With Type 2 Diabetes. Am J Gastroenterol. 2025 Sep 3. doi: 10.14309/ajg.0000000000003760. Epub ahead of print. PMID: 40900093. |
| 63 | https://www.drugs.com/history/rybelsus.html |
| 64 | https://www.drugs.com/ozempic.html |
| 65 | https://www.drugs.com/wegovy.html |
| 66 | Faillie JL, Yu OH, Yin H, Hillaire-Buys D, Barkun A, Azoulay L. Association of Bile Duct and Gallbladder Diseases With the Use of Incretin-Based Drugs in Patients With Type 2 Diabetes Mellitus. JAMA Intern Med. 2016 Oct 1;176(10):1474-1481. doi: 10.1001/jamainternmed.2016.1531. PMID: 27478902. |
| 67 | Shaddinger BC, Young MA, Billiard J, Collins DA, Hussaini A, Nino A. Effect of Albiglutide on Cholecystokinin-Induced Gallbladder Emptying in Healthy Individuals: A Randomized Crossover Study. J Clin Pharmacol. 2017 Oct;57(10):1322-1329. doi: 10.1002/jcph.940. Epub 2017 May 19. PMID: 28543352. |
| 68 | Nauck MA, Muus Ghorbani ML, Kreiner E, Saevereid HA, Buse JB; LEADER Publication Committee on behalf of the LEADER Trial Investigators. Effects of Liraglutide Compared With Placebo on Events of Acute Gallbladder or Biliary Disease in Patients With Type 2 Diabetes at High Risk for Cardiovascular Events in the LEADER Randomized Trial. Diabetes Care. 2019 Oct;42(10):1912-1920. doi: 10.2337/dc19-0415. Epub 2019 Aug 9. PMID: 31399438; PMCID: |
| 69 | Nauck MA, Muus Ghorbani ML, Kreiner E, Saevereid HA, Buse JB; LEADER Publication Committee on behalf of the LEADER Trial Investigators. Effects of Liraglutide Compared With Placebo on Events of Acute Gallbladder or Biliary Disease in Patients With Type 2 Diabetes at High Risk for Cardiovascular Events in the LEADER Randomized Trial. Diabetes Care. 2019 Oct;42(10):1912-1920. doi: 10.2337/dc19-0415. Epub 2019 Aug 9. PMID: 31399438; PMCID: |
| 70 | Nauck MA, Muus Ghorbani ML, Kreiner E, Saevereid HA, Buse JB; LEADER Publication Committee on behalf of the LEADER Trial Investigators. Effects of Liraglutide Compared With Placebo on Events of Acute Gallbladder or Gallbladder disease in Patients With Type 2 Diabetes at High Risk for Cardiovascular Events in the LEADER Randomized Trial. Diabetes Care. 2019 Oct;42(10):1912-1920. doi: 10.2337/dc19-0415. Epub 2019 Aug 9. PMID: |

Expert Materials List of Dr. Gabriel Lang

| | A |
|---|---|
| 1 | **Title/Subject** |
| 71 | Nexøe-Larsen CC, Sørensen PH, Hausner H, Agersnap M, Baekdal M, Brønden A, Gustafsson LN, Sonne DP, Vedtofte L, Vilsbøll T, Knop FK. Effects of liraglutide on gallbladder emptying: A randomized, placebo-controlled trial in adults with overweight or obesity. Diabetes Obes Metab. 2018 Nov;20(11):2557-2564. doi: |
| 72 | Nexøe-Larsen CC, Sørensen PH, Hausner H, Agersnap M, Baekdal M, Brønden A, Gustafsson LN, Sonne DP, Vedtofte L, Vilsbøll T, Knop FK. Effects of liraglutide on gallbladder emptying: A randomized, placebo-controlled trial in adults with overweight or obesity. Diabetes Obes Metab. 2018 Nov;20(11):2557-2564. doi: |
| 73 | Erlinger S. Gallstones in obesity and weight loss. Eur J Gastroenterol Hepatol. 2000 Dec;12(12):1347-52. doi: 10.1097/00042737-200012120-00015. PMID: 11192327. |
| 74 | Gameil MA, Yousef EAAM, Marzouk RE, Emara MH, Abdelkader AH, Salama RI. The relative risk of clinically relevant cholelithiasis among glucagon-like peptide-1 receptor agonists in patients with type 2 diabetes mellitus, real-world study. Diabetol Metab Syndr. 2024 Dec 4;16(1):293. doi: 10.1186/s13098-024-01526-2. PMID: |
| 75 | Weinsier RL, Wilson LJ, Lee J. Medically safe rate of weight loss for the treatment of obesity: a guideline based on risk of gallstone formation. Am J Med. 1995 Feb;98(2):115-7. doi: 10.1016/S0002-9343(99)80394-5. PMID: |
| 76 | Smith LL, Mosley JF 2nd, Parke C, Brown J, Barris LS, Phan LD. Dulaglutide (Trulicity): The Third Once-Weekly GLP-1 Agonist. P T. 2016 Jun;41(6):357-60. PMID: 27313432; PMCID: PMC4894510. |
| 77 | Grigor'eva IN, Romanova TI. Gallstone Disease and Microbiome. Microorganisms. 2020 Jun 2;8(6):835. doi: 10.3390/microorganisms8060835. PMID: 32498344; PMCID: PMC7356158.  Wang Q, Jiao L, He C, Sun H, Cai Q, Han T, Hu H. Alteration of gut microbiota in association with cholesterol gallstone formation in mice. BMC |
| 78 | Dong YH, Wu JH, Chang CH, Lin JW, Wu LC, Toh S. Association between glucagon-like peptide-1 receptor agonists and biliary-related diseases in patients with type 2 diabetes: A nationwide cohort study. Pharmacotherapy. 2022 Jun;42(6):483-494. doi: 10.1002/phar.2688. Epub 2022 May 17. PMID: 35508702. |
| 79 | Marzioni M, Alpini G, Saccomanno S, Candelaresi C, Venter J, Rychlicki C, Fava G, Francis H, Trozzi L, Glaser S, Benedetti A. Glucagon-like peptide-1 and its receptor agonist exendin-4 modulate cholangiocyte adaptive response to cholestasis. Gastroenterology. 2007 Jul;133(1):244-55. doi: 10.1053/j.gastro.2007.04.007. PMID: |
| 80 | Marzioni M, Alpini G, Saccomanno S, Candelaresi C, Venter J, Rychlicki C, Fava G, Francis H, Trozzi L, Glaser S, Benedetti A. Glucagon-like peptide-1 and its receptor agonist exendin-4 modulate cholangiocyte adaptive response to cholestasis. Gastroenterology. 2007 Jul;133(1):244-55. doi: 10.1053/j.gastro.2007.04.007. PMID: |
| 81 | Marzioni M, Alpini G, Saccomanno S, Candelaresi C, Venter J, Rychlicki C, Fava G, Francis H, Trozzi L, Benedetti A. Exendin-4, a glucagon-like peptide 1 receptor agonist, protects cholangiocytes from apoptosis. Gut. 2009 Jul;58(7):990-7. doi: 10.1136/gut.2008.150870. Epub 2008 Oct 1. PMID: 18829977; PMCID: PMC2695839. |
| 82 | Gether IM, Nexøe-Larsen C, Knop FK. New Avenues in the Regulation of Gallbladder Motility-Implications for the Use of Glucagon-Like Peptide-Derived Drugs. J Clin Endocrinol Metab. 2019 Jul 1;104(7):2463-2472. doi: |
| 83 | Monami M, Nreu B, Scatena A, Cresci B, Andreozzi F, Sesti G, Mannucci E. Safety issues with glucagon-like peptide-1 receptor agonists (pancreatitis, pancreatic cancer and cholelithiasis): Data from randomized controlled trials. Diabetes Obes Metab. 2017 Sep;19(9):1233-1241. doi: 10.1111/dom.12926. Epub 2017 Jun 20. PMID: 28244632. |
| 84 | AWARD studies (Trulicity). |
| 85 | drugs.com, various articles |
| 86 | HARMONY studies (albiglutide safety and efficacy). |
| 87 | LEADER trial (liraglutide cardiovascular effects). |
| 88 | PIONEER clinical trials (Rybelsus). |
| 89 | SCALE clinical trial (Saxenda). |
| 90 | STEP clinical trial program (Wegovy). |
| 91 | SURMOUNT clinical trials (Zepbound). |

Expert Materials List of Dr. Gabriel Lang

| | A |
|---|---|
| 1 | **Title/Subject** |
| 92 | SURPASS clinical trials (Mounjaro). |
| 93 | SUSTAIN clinical trial program (Ozempic). |
| 94 | https://www.ozempic.com/why-ozempic/what-is-ozempic.html |
| 95 | https://www.wegovy.com/taking-wegovy/how-to-use-the-wegovy-pen.html |
| 96 | Gartner HT, Simmons RE, Wan HZ, Sollee DR, Sheikh S. Clinical Outcomes of Glucagon-Like Peptide-1 Receptor Agonist (GLP-1 RA) and Glucagon-Like Peptide-1/Glucose-Dependent Insulinotropic Polypeptide Receptor Agonist (GLP-1/GIP RA) Exposures Presenting to the Emergency Department. Ann Pharmacother. 2025 Dec;59(12):1057- |
| 97 | Gao Z, Tabernacki T, Dorney I, Ding P, Kaelber DC, Xu R. Association of GLP-1 receptor agonists with risk of intestinal obstruction in patients with type 2 diabetes mellitus: a retrospective cohort study. Acta Diabetol. 2025 Nov;62(11):1941-1951. doi: 10.1007/s00592-025-02525-z. Epub 2025 Jun 5. PMID: 40471297; PMCID: |
| 98 | Mohamed Ali Elbashir R, Elbashir A, Urimuke Basake R, Zakaria Ahmed Mohieldin A, I A Elhaj N, Ebrahim Mohamed Ebrahim F, Gase Ahmed W, Abdelrahim Mohamed Mahgoub O. Glucagon-Like Peptide-1 (GLP-1) Receptor Agonists in Obese Patients Without Diabetes: A Systematic Review and Meta-Analysis. Cureus. 2025 Nov 2;17(11):e95938. |
| 99 | Garvey WT, Batterham RL, Bhatta M, Buscemi S, Christensen LN, Frias JP, Jódar E, Kandler K, Rigas G, Wadden TA, Wharton S; STEP 5 Study Group. Two-year effects of semaglutide in adults with overweight or obesity: the STEP 5 trial. Nat Med. 2022 Oct;28(10):2083-2091. doi: 10.1038/s41591-022-02026-4. Epub 2022 Oct 10. PMID: |
| 100 | Seo YG. Side Effects Associated with Liraglutide Treatment for Obesity as Well as Diabetes. J Obes Metab Syndr. 2021 Mar 30;30(1):12-19. doi: 10.7570/jomes20059. PMID: 33071241; PMCID: PMC8017323. |
| 101 | O'Neil PM, Birkenfeld AL, McGowan B, Mosenzon O, Pedersen SD, Wharton S, Carson CG, Jepsen CH, Kabisch M, Wilding JPH. Efficacy and safety of semaglutide compared with liraglutide and placebo for weight loss in patients with obesity: a randomised, double-blind, placebo and active controlled, dose-ranging, phase 2 trial. Lancet. 2018 Aug 25;392(10148):637-649. doi: 10.1016/S0140-6736(18)31773-2. Epub 2018 Aug 16. PMID: 30122305. |
| 102 | Gether IM, Andersen ES, Foghsgaard S, Ellegaard AM, Kelstrup L, Sonne DP, Brønden A, Gillum MP, Holst JJ, Hartmann B, Rehfeld JF, Vilsbøll T, Knop FK. Increased gallbladder emptying and reduced GLP-1 response in pregnancy with and without gestational diabetes mellitus. Diabetes Obes Metab. 2025 Feb;27(2):697-709. doi: |
| 103 | Yabe D, Nakamura J, Kaneto H, Deenadayalan S, Navarria A, Gislum M, Inagaki N; PIONEER 10 Investigators. Safety and efficacy of oral semaglutide versus dulaglutide in Japanese patients with type 2 diabetes (PIONEER 10): an open-label, randomised, active-controlled, phase 3a trial. Lancet Diabetes Endocrinol. 2020 May;8(5):392-406. doi: |
| 104 | Rohde U, Sonne DP, Christensen M, Hansen M, Brønden A, Toräng S, Rehfeld JF, Holst JJ, Vilsbøll T, Knop FK. Cholecystokinin-Induced Gallbladder Emptying and Metformin Elicit Additive Glucagon-Like Peptide-1 Responses. J Clin Endocrinol Metab. 2016 May;101(5):2076-83. doi: 10.1210/jc.2016-1133. Epub 2016 Mar 22. PMID: |
| 105 | Wharton S, Freitas P, Hjelmesæth J, Kabisch M, Kandler K, Lingvay I, Quiroga M, Rosenstock J, Garvey WT; STEP UP trial group. Once-weekly semaglutide 7·2 mg in adults with obesity (STEP UP): a randomised, controlled, phase 3b trial. Lancet Diabetes Endocrinol. 2025 Nov;13(11):949-963. doi: 10.1016/S2213-8587(25)00226-8. Epub 2025 Sep |
| 106 | Wu T, Zhang Y, Shi Y, Yu K, Zhao M, Liu S, Zhao Z. Safety of Glucagon-Like Peptide-1 Receptor Agonists: A Real-World Study Based on the US FDA Adverse Event Reporting System Database. Clin Drug Investig. 2022 Nov;42(11):965-975. doi: 10.1007/s40261-022-01202-1. Epub 2022 Sep 30. PMID: 36175609. |
| 107 | Kamrul-Hasan ABM, Dutta D, Nagendra L, Kuchay MS, Islam MS, Pappachan JM. Hepatobiliary effects and safety of tirzepatide: A systematic review and meta-analysis. Diabetes Obes Metab. 2024 Dec;26(12):6074-6079. doi: |
| 108 | Cai W, Zhang R, Yao Y, Wu Q, Zhang J. Tirzepatide as a novel effective and safe strategy for treating obesity: a systematic review and meta-analysis of randomized controlled trials. Front Public Health. 2024 Jan 31;12:1277113. doi: 10.3389/fpubh.2024.1277113. PMID: 38356942; PMCID: PMC10864442. |

| | A |
|---|---|
| 1 | **Title/Subject** |
| 109 | Hurwitz SR, Lanes S, Quimbo T, Papazian A, White J, Fisher V, Cziraky MJ, Crowley MJ, Willey VJ. Comparative Safety of Glucagon-Like Peptide 1 Receptor Agonists (GLP-1-RAs) in Type 2 Diabetes and Chronic Weight Management: A Real-World Data Study. Pharmacoepidemiol Drug Saf. 2025 Sep;34(9):e70214. doi: |
| 110 | Liu L, Chen J, Wang L, Chen C, Chen L. Association between different GLP-1 receptor agonists and gastrointestinal adverse reactions: A real-world disproportionality study based on FDA adverse event reporting system database. Front Endocrinol (Lausanne). 2022 Dec 7;13:1043789. doi: 10.3389/fendo.2022.1043789. PMID: 36568085; |
| 111 | Yu M, Yang Z, Chen C, Lv Y, Xiang L, Zhao S, Li R. Association of the gallbladder or biliary diseases with dipeptidyl peptidase 4 inhibitors in patients with type 2 diabetes: a meta-analysis of randomized controlled trials. Diabetol Metab Syndr. 2022 Oct 21;14(1):153. doi: 10.1186/s13098-022-00924-8. PMID: 36271423; PMCID: PMC9585736. |
| 112 | Hansen M, Scheltema MJ, Sonne DP, Hansen JS, Sperling M, Rehfeld JF, Holst JJ, Vilsbøll T, Knop FK. Effect of chenodeoxycholic acid and the bile acid sequestrant colesevelam on glucagon-like peptide-1 secretion. Diabetes Obes Metab. 2016 Jun;18(6):571-80. doi: 10.1111/dom.12648. Epub 2016 Mar 22. Erratum in: Diabetes Obes |
| 113 | Hansen NL, Brønden A, Nexøe-Larsen CC, Christensen AS, Sonne DP, Rehfeld JF, Wever Albretchsen NJ, Hartmann B, Vilsbøll T, Holst JJ, Knop FK. Glucagon-Like Peptide 2 Inhibits Postprandial Gallbladder Emptying in Man: A Randomized, Double-Blinded, Crossover Study. Clin Transl Gastroenterol. 2020 Dec;11(12):e00257. doi: |
| 114 | Zhang Z, Du Z, Liu Q, Wu T, Tang Q, Zhang J, Huang C, Huang Y, Li R, Li Y, Zhao Y, Zhang G, Zhou J, Huang H, Fang Z, He J. Glucagon-like peptide 1 analogue prevents cholesterol gallstone formation by modulating intestinal farnesoid X receptor activity. Metabolism. 2021 May;118:154728. doi: 10.1016/j.metabol.2021.154728. Epub 2021 Feb 11. |
| 115 | Wilding JPH, Batterham RL, Calanna S, Davies M, Van Gaal LF, Lingvay I, McGowan BM, Rosenstock J, Tran MTD, Wadden TA, Wharton S, Yokote K, Zeuthen N, Kushner RF; STEP 1 Study Group. Once-Weekly Semaglutide in Adults with Overweight or Obesity. N Engl J Med. 2021 Mar 18;384(11):989-1002. doi: 10.1056/NEJMoa2032183. |
| 116 | Chiang CH, Jaroenlapnopparat A, Colak SC, Yu CC, Xanthavanij N, Wang TH, See XY, Lo SW, Ko A, Chang YC, Song J, Hsia YP, Chiang CH. Glucagon-Like Peptide-1 Receptor Agonists and Gastrointestinal Adverse Events: A Systematic Review and Meta-Analysis. Gastroenterology. 2025 Nov;169(6):1268-1281. doi: 10.1053/j.gastro.2025.06.003. |
| 117 | Robles Cabanillas C, Hurtado Navarro I, García-Sempere A, Llopis-Cardona F, Sánchez-Sáez F, Rodríguez-Bernal C, Sanfélix-Gimeno G. Association of glucagon-like peptide-1 receptor agonists with acute pancreatitis and biliary disease in individuals with diabetes and obesity: a propensity-weighted, population-based cohort study. Gac Sanit. |
| 118 | Tao C, Zhang Y, Wan T, Zhao W, Chen J, Wang K, Yang L, Wang G, Ding Q, Shang J, Zhou M. Glucagon-like peptide-1 receptor agonist-induced cholecystitis and cholelithiasis: a real-world pharmacovigilance analysis using the FAERS database. Front Pharmacol. 2025 Jul 8;16:1557691. doi: 10.3389/fphar.2025.1557691. PMID: 40697657; PMCID: |
| 119 | Ruggiero R, Longo M, Mascolo A, Di Nuzzo M, Laino LV, Caruso P, D'Amato R, Rafaniello C, Maiorino MI, Esposito K, Capuano A. Real-world safety comparison of liraglutide and semaglutide in weight management: Insights from European pharmacovigilance data. Eur J Pharmacol. 2025 Oct 5;1004:178004. doi: 10.1016/j.ejphar.2025.178004. |
| 120 | Gong J, Gao F, Jiang K, Xie Q, Zhao X, Lei Z. Risk of biliary diseases in patients with type 2 diabetes or obesity treated with tirzepatide: A meta-analysis. J Diabetes Investig. 2025 Jan;16(1):83-92. doi: 10.1111/jdi.14340. Epub |
| 121 | Ji L, Gao L, Xue H, Tian J, Wang K, Jiang H, Huang C, Lian Q, Yuan M, Gao G, Lu Y, Han J, Fu W, Wang H, Zhang Y, Shi X, Wen B, Shi B, Hu W, Guo T, Xing Y, Li Y, Li Q, Zheng Q, Yang M, Ning J, Guo M, Li Y, Pan H. Efficacy and safety of a biased GLP-1 receptor agonist ecnoglutide in adults with overweight or obesity: a multicentre, randomised, double-blind, placebo-controlled, phase 3 trial. Lancet Diabetes Endocrinol. 2025 Sep;13(9):777-789. doi: 10.1016/S2213- |
| 122 | Liu BD, Veccia D, Sun Y, Song G. Some Risks of Gastrointestinal Adverse Events Associated With Glucagon-Like PEPTIDE-1 Receptor Agonists Are Likely Explained by BMI. Aliment Pharmacol Ther. 2025 Jul;62(1):77-80. doi: |

Expert Materials List of Dr. Gabriel Lang

| | A |
|---|---|
| 1 | **Title/Subject** |
| 123 | He L, Wang J, Ping F, Yang N, Huang J, Li W, Xu L, Zhang H, Li Y. Dipeptidyl peptidase-4 inhibitors and gallbladder or biliary disease in type 2 diabetes: systematic review and pairwise and network meta-analysis of randomised controlled trials. BMJ. 2022 Jun 28;377:e068882. doi: 10.1136/bmj-2021-068882. PMID: 35764326; PMCID: |
| 124 | Jalleh RJ, Marathe CS, Rayner CK, Jones KL, Umapathysivam MM, Wu T, Quast DR, Plummer MP, Nauck MA, Horowitz M. Physiology and Pharmacology of Effects of GLP-1-based Therapies on Gastric, Biliary and Intestinal Motility. Endocrinology. 2024 Nov 26;166(1):bqae155. doi: 10.1210/endocr/bqae155. PMID: 39568409; PMCID: |
| 125 | Crisafulli S, Alkabbani W, Paik JM, Bykov K, Tavakkoli A, Glynn RJ, Htoo PT, Yu EW, Trifirò G, Wexler DJ, Patorno E. Comparative Gastrointestinal Safety of Dulaglutide, Semaglutide, and Tirzepatide in Adults With Type 2 Diabetes. Ann Intern Med. 2025 Nov 4:10.7326/ANNALS-25-01724. doi: 10.7326/ANNALS-25-01724. Epub ahead of print. |
| 126 | Ghosal S, Ghosal A. Risk-Benefit Trade-offs of GLP-1RAs and SGLT-2is in Type 2 Diabetes Mellitus (T2D): Systematic Review, Meta-Analysis, and Net Benefit Modeling. Diabetes Ther. 2025 Nov 7. doi: 10.1007/s13300-025-01817-5. |
| 127 | Fang YE, Paik JM, Ortega-Montiel J, Tesfaye H, Wexler DJ, Patorno E. Risk of Acute Pancreatitis and Biliary Events After Initiation of Incretin-Based Medications in Patients With Type 2 Diabetes. Diabetes Care. 2025 Dec 1;48(12):2127-2137. doi: 10.2337/dc25-1840. PMID: 41144235; PMCID: PMC12718078. |
| 128 | Wang C, Hu HJ, Dong QQ, Huang R, Zhao W, Song YJ, Li ZY, Wang N, Zhang TC, Luo XG. Enhancing bile tolerance of Lactobacilli is involved in the hypolipidemic effects of liraglutide. Biosci Biotechnol Biochem. 2021 May |
| 129 | Sonne DP, Rehfeld JF, Holst JJ, Vilsbøll T, Knop FK. Postprandial gallbladder emptying in patients with type 2 diabetes: potential implications for bile-induced secretion of glucagon-like peptide 1. Eur J Endocrinol. 2014 Oct;171(4):407-19. doi: 10.1530/EJE-14-0309. Epub 2014 Jul 1. PMID: 24986531. |
| 130 | Bellavance D, Chua S, Mashimo H. Gastrointestinal Motility Effects of GLP-1 Receptor Agonists. Curr Gastroenterol Rep. 2025 Jul 7;27(1):49. doi: 10.1007/s11894-025-00995-3. PMID: 40622491. |
| 131 | Liang Y, Zhang Z, Zheng J, Wang Y, He J, Zhao J, Su L. Association of incretin-based therapies with hepatobiliary disorders among patients with type 2 diabetes: a case series from the FDA adverse event reporting system. Endocr Connect. 2024 Nov 25;13(12):e240404. doi: 10.1530/EC-24-0404. PMID: 39404734; PMCID: PMC11623261. |
| 132 | Ko HY, Bea S, Yoon D, Hong B, Bae JH, Cho YM, Shin JY. Incretin-based drugs and the risk of gallbladder or biliary tract diseases among patients with type 2 diabetes across categories of body mass index: a nationwide cohort study. Lancet Reg Health West Pac. 2025 Mar 10;56:101242. doi: 10.1016/j.lanwpc.2024.101242. PMID: |
| 133 | Ma J, Mathur K, Muldoon JL, Ghabril M, Chalasani N, Vuppalanchi R. Progressive Cholestasis and Biliary Cirrhosis After Initiating Oral Semaglutide: Report From the Drug-Induced Liver Injury Network. ACG Case Rep J. 2022 Dec 26;9(12):e00922. doi: 10.14309/crj.0000000000000922. PMID: 36600793; PMCID: PMC9794239. |
| 134 | Skelin M, Rahelić D, Skelin P, Lucijanic M. Comment on Nauck et al. Effects of Liraglutide Compared With Placebo on Events of Acute Gallbladder or Biliary Disease in Patients With Type 2 Diabetes at High Risk for Cardiovascular Events in the LEADER Randomized Trial. Diabetes Care 2019;42:1912-1920. Diabetes Care. 2020 Feb;43(2):e28- |
| 135 | Ellegaard AM, Kårhus ML, Krych L, Sonne DP, Forman JL, Hansen SH, Dragsted LO, Nielsen DS, Knop FK. Liraglutide and Colesevelam Change Serum and Fecal Bile Acid Levels in a Randomized Trial With Patients With Bile Acid Diarrhea. Clin Transl Gastroenterol. 2024 Nov 1;15(11):e00772. doi: 10.14309/ctg.0000000000000772. PMID: |
| 136 | Kårhus ML, Knudsen E, Knop FK. Different Effects of Once-weekly and Once-daily Administered GLP-1RA Semaglutide and Liraglutide on Bile Acid Diarrhea. JCEM Case Rep. 2022 Nov 29;1(1):luac004. doi: |
| 137 | Nerild HH, Brønden A, Gether IM, Hellmann PH, Baekdal M, Gillum MP, Svenningsen JS, Hartmann B, Rathor N, Kudiyanur Muniraju HA, Rehfeld JF, Holst JJ, Vilsbøll T, Sonne DP, Knop FK. Liraglutide changes postprandial responses of gut hormones involved in the regulation of gallbladder motility. Diabetes Obes Metab. 2023 |

Expert Materials List of Dr. Gabriel Lang

| | A |
|---|---|
| 1 | **Title/Subject** |
| 138 | Nexøe-Larsen CC, Sørensen PH, Hausner H, Agersnap M, Baekdal M, Brønden A, Gustafsson LN, Sonne DP, Vedtofte L, Vilsbøll T, Knop FK. Effects of liraglutide on gallbladder emptying: A randomized, placebo-controlled trial in adults with overweight or obesity. Diabetes Obes Metab. 2018 Nov;20(11):2557-2564. doi: |
| 139 | Gameil MA, Yousef EAAM, Marzouk RE, Emara MH, Abdelkader AH, Salama RI. The relative risk of clinically relevant cholelithiasis among glucagon-like peptide-1 receptor agonists in patients with type 2 diabetes mellitus, real-world study. Diabetol Metab Syndr. 2024 Dec 4;16(1):293. doi: 10.1186/s13098-024-01526-2. PMID: |
| 140 | Websites consulted:  https://www.mayoclinic.org/diseases-conditions/gallstones/symptoms-causes/syc-20354214<br>https://my.clevelandclinic.org/health/treatments/13901-glp-1-agonists<br>https://www.fda.gov/news-events/press-announcements/fda-approves-new-medication-chronic-weight-management<br>https://www.drugs.com/news/2018-2022-saw-increase-glp-1-receptor-agonist-adults-without-diabetes-124480.html<br>https://www.ozempic.com/why-ozempic/what-is-ozempic.html<br>https://www.kidney.org/news-stories/fda-approves-ozempic-type-2-diabetes-and-chronic-kidney-disease<br>https://www.drugs.com/history/ozempic.html<br>https://www.drugs.com/ozempic.html<br>https://www.drugs.com/medical-answers/ozempic-work-3542787/<br><br>https://www.wegovy.com/taking-wegovy/how-to-use-the-wegovy-pen.html<br>https://www.drugs.com/newdrugs/fda-approves-wegovy-semaglutide-adults-obesity-5551.html<br>https://www.drugs.com/wegovy.html<br>https://www.drugs.com/history/rybelsus.html<br>https://www.drugs.com/rybelsus.html<br>https://bariatricjournal.com/glp-1s/semaglutide/rybelsus-for-weight-loss/<br>https://www.accessdata.fda.gov/drugsatfda_docs/nda/2010/022341s000sumr.pdf<br>https://www.drugs.com/medical-answers/liraglutide-semaglutide-how-compare-3579997/<br>https://www.drugs.com/medical-answers/liraglutide-semaglutide-how-compare-3579997/<br>https://www.drugs.com/history/saxenda.html<br>https://www.drugs.com/saxenda.html#dosage.<br>https://www.drugs.com/saxenda.html<br>https://www.drugs.com/medical-answers/liraglutide-semaglutide-how-compare-3579997/<br>https://www.drugs.com/trulicity.html<br>https://www.drugs.com/mounjaro.html.<br>https://www.drugs.com/tirzepatide.html. |

# APPENDIX B

# CURRICULUM VITAE
# GABRIEL DAVID LANG, MD



**DATE:** July 15, 2025

**PERSONAL INFORMATION:**

████████████████████

**CITIZENSHIP:** ██

**ADDRESS AND TELEPHONE NUMBERS**

Office:                WashU Medicine
                       Department of Internal Medicine


Home:

**PRESENT POSITION**

Associate Professor of Medicine, Washington University School of Medicine
Medical Director Gastroenterology, Missouri Baptist Hospital

**EDUCATION**

| | |
|---|---|
| 2000-2004 | B.A. - Bachelor of Arts, Psychology, Northwestern University, Evanston, Illinois |
| 2004-2009 | M.D. - Doctor of Medicine, The University of Illinois College of Medicine at Chicago, Chicago, Illinois |

**PROFESSIONAL TRAINING**

| | |
|---|---|
| 2009-2010 | Internship, Internal Medicine, University of Chicago Medical Center, Chicago, Illinois |
| 2010-2012 | Resident, Internal Medicine, University of Chicago Medical Center, Chicago, Illinois |
| 2012-2015 | Fellow, Gastroenterology, University of Chicago Medical Center, Chicago, Illinois |
| 2015-2016 | Fellow, Advanced Endoscopy/Clinical Instructor, Washington University, St. Louis, Missouri |
| 2023-2024 | Washington University Department of Medicine Leadership Program |
| 2024-2025 | ASGE GI Organizational Leadership Development (GOLD) Program |

**ACADEMIC RANK AND PROMOTION HISTORY**

| | |
|---|---|
| 2015-2016 | Instructor, Department of Medicine, Washington University in St. Louis |
| 2016-2021 | Assistant Professor, Department of Medicine, Washington University in St. Louis |
| 2021-Present | Associate Professor, Department of Medicine, Washington University in St. Louis |

Curriculum Vitae                                                                          July 9, 2025
Gabriel David Lang, MD                                                                          Page 3

## EMPLOYMENT HISTORY

| 2015-2016 | Instructor, Department of Medicine, Washington University in St. Louis |
| 2016-2021 | Assistant Professor, Department of Medicine, Washington University in St. Louis |
| 2021-Present | Associate Professor, Department of Medicine, Washington University in St. Louis |

## PRESENT CLINICAL TITLE AND RESPONSIBILITIES

Associate Professor, Department of Medicine, Washington University in St. Louis
Medical Director Gastroenterology, Missouri Baptist Hospital

## UNIVERSITY, SCHOOL OF MEDICINE AND HOSPITAL APPOINTMENTS AND COMMITTEES:

| 2015-Present | Barnes Jewish West County Hospital |
| 2015-Present | Barnes-Jewish Hospital |
| 2019-2024 | Program Director, Washington University Department of Medicine, Advanced Endoscopy Fellowship |
| 2023-Present | Medical Director Gastroenterology, Missouri Baptist Hospital |

## LEADERSHIP POSITIONS

| 2019-2024 | Program Director, Washington University Department of Medicine, Advanced Endoscopy Fellowship |
| 2023-Present | Medical Director Gastroenterology, Missouri Baptist Hospital |

## NARRATIVES (INTERESTS)

Advanced therapeutic endoscopy, endoscopic retrograde cholangiopancreatography (ERCP), endoscopic ultrasound (EUS), therapeutic EUS, Barrett's Esophagus, diagnosis and treatment of biliary and pancreatic disorders, enteral stenting, endoscopic mucosal resection (EMR), GI bleeding, small bowel enteroscopy.

## PROFESSIONAL LICENSURES

| 2015, 2024 | Medical License, Missouri, United States, 2015010235, Active |

## BOARD CERTIFICATIONS

| 2012-2022 | American Board of Internal Medicine, Internal Medicine |
| 2015,2024 | American Board of Internal Medicine, Internal Medicine, Gastroenterology |

## HONORS AND AWARDS

| 2008 | Scholar Award for Best Work in the Junior Investigator Category, American Federation for Medical Research |
| 2008 | Second Place, University of Illinois College of Medicine Research Day |
| 2008 | Trainee Travel Award, Central Society for Clinical and Translational Research |
| 2010 | Elected to Attend the Trainee and Young Gastroenterology Advocacy Day in Washington D.C. |
| 2012 | European Association for the Study of Liver Disease Travel Award |

Curriculum Vitae                                                                                          July 9, 2025
Gabriel David Lang, MD                                                                              Page 4


**EDITORIAL AND REVIEW RESPONSIBILITIES**

| | |
|---|---|
| 2015-2019 | Editorial Contributor, Practice Update Gastroenterology, Elsevier |
| 2016 | Contributor, ABIM Monograph |
| 2023-Present | Editor, Colorectal Section, ASGE GESAP |


**WASHINGTON UNIVERSITY SERVICE CONTRIBUTIONS**

| | |
|---|---|
| 2023-Present | Credentialing Committee Missouri Baptist |
| 2023-Present | Director GI Quality and Safety Committee Missouri Baptist |
| 2024-Present | Credentialing Committee Barnes Jewish West County |
| 2024-Present | Director Quality Improvement, Interventional Endoscopy Section |
| 2024-Present | Washington University GI Operations Oversight Committee |
| 2024-Present | GI Value Analysis Team |


**MEMBERSHIP IN PROFESSIONAL SOCIETIES AND ORGANIZATIONS:**

| | |
|---|---|
| 2009-Present | Member, American College of Physicians |
| 2012-Present | Member, American College of Gastroenterology |
| 2012-Present | Member, American Society of Gastrointestinal Endoscopy |


**EXTERNAL PANELS, COMMITTEES, AND BOARDS**

| | |
|---|---|
| 2014 | ASGE Delegate to AMA |
| 2014 | ASGE keynote speaker at Midwest Latino Medical Student Association Regional Meeting |
| 2018-2020 | Gastrointestinal Endoscopy Self-Assessment Program (GESAP) Contributor |
| 2018-2021 | Member, ASGE Educational Product Committee |
| 2018-Present | Contributor, Gastrointestinal Endoscopy Self Assessment Program |
| 2021 | Planning Committee, St. Louis Therapeutic Endoscopy Lecture Series |
| 2021-Present | Member, ASGE DDW Hands-On Committee |
| 2025-Present | ASGE Quality Assurance Committee |
| 2025-Present | Quality Assurance Committee Liaison to the ASGE Artificial Intelligence Institute |


**TEACHING**

| | |
|---|---|
| 2016 | Invited Moderator for Hands on Component of EUS Live.  The University of Chicago |
| 2016-Present | Co-Director of St. Louis Live Endoscopy Course |
| 2020 | Co-Director Midwest Virtual Therapeutic Endoscopy Course |
| 2020 | Endoscopic Therapy for Acute Pancreatitis: Stents, Drains and Everything in Between, Midwest Virtual Therapeutic Endoscopy Course |
| 2022 | Hands on Course Moderator, DDW 2022 |
| 2025 | ASGE First Year Fellows Course |


**GRANTS/RESEARCH SUPPORT**

**PAST**

Advanced Endoscopy Fellowship Grant, Funded by Boston Scientific Corporation (July 1, 2022- June 30, 2023) (**$234,148**), Completed on June 30, 2023, PI Gabriel Lang (0%)


Cook Medical Fellowship Grant, Funded by Cook Medical Inc (July 1, 2023 - June 30, 2024) (**$291,265.00**), Funded - In Progress, July 2023, PI Gabriel Lang (0%)

**TRAINEE MENTORSHIP AND SPONSORSHIP**
<u>**Past Trainees / Mentees**</u>

| | |
|---|---|
| 2016-2017 | Zachary Smith, Fellow, Clinical Mentor |
| 2017-2018 | Natalie Cosgrove, Fellow, Clinical Mentor |
| 2018-2019 | Jason Bill, Fellow, Clinical Mentor |
| 2019-2020 | Steven Hasak, Fellow, Clinical Mentor |
| 2020-2021 | Juan Reyes Genere, Fellow, Clinical Mentor |
| 2020-2021 | Michael Weaver, Fellow, Clinical Mentor |
| 2022-2023 | Matthew Peller, Fellow, Clinical Mentor |
| 2023-2024 | Neal Dharmadhikari, Fellow, Clinical Mentor |
| 2023-2024 | Kaveh Zivari, Fellow, Clinical Mentor |
| 2024-2025 | Michelle Baliss, Fellow, Clinical Mentor |

**PRESENTATIONS AND LECTURESHIPS**

1. Advancements in EUS Imaging, Tissue Acquisition and Therapy. April 2016. GI Division Rounds. Washington University.
2. EUS: Its More Than Lumps and Bumps. April 2016. Society of Gastroenterology Nurses and Associates, Heartland Regional Branch, Annual Meeting.
3. An Update in Therapeutic EUS. March 2016. Gastroenterology Core Clinical Conference. Washington University.
4. GI Nutrition. Gastroenterology Clinical Educational Conference. July 2016. Washington University
5. Cholangioscopy. September 2016. Gastroenterology Core Conference. Washington Univeresity.
6. Indeterminate Strictures and Cholangioscopy. October 2016. Society of Gastroenterology Nurses and Associates, Heartland Regional Branch, Annual Meeting.
7. PPI Therapy: Risky or Risk Free. October 2016. Galaxy of Gastroenterology, Washington University 2016.
8. My Approach to Pancreatic Lesions. October 2016. Galaxy of Gastroenterology, Washington University 2016.
9. Clinical Pathophysiology of Pancreatitis. November 2016. Clinical Pathophysiology Course for Second Year Medical Students. Washington University 2016.
10. Pancreatic Cysts: Diagnosis and Management. January 2017. Alton Memorial Medicine Grand Rounds, Alton IL.
11. Pancreatic Cysts: Diagnosis and Management. March 2017. Anderson Hospital Medicine Grand Rounds. Maryville IL.
12. Indeterminate Biliary Strictures. May 2018. Carbondale IL. GME
13. Interventional Endoscopy for the Pediatric Patient. January 2019. Washington University Pediatric Surgery Grand Rounds.
14. Therapeutic Endoscopy in Pancreatic Disease. Saint Louis Live Endoscopy Course. August 2019.
15. Biliary Endoscopy. September 2019. Washington University Medicine Residency Noon Lecture
16. Therapeutic Endoscopy in Pancreatic Disease. Saint Louis Live Endoscopy Course. August 2019.
17. Impact of COVID-19 on Endoscopy Practice. COVID-19 CME Resources for Learners. 2020.
18. Endoscopic Therapy for Acute Pancreatitis: Stents, Drains and Everything in Between. Midwest Virtual Therapeutic Endoscopy Course 2020.
19. GI Nutrition. Gastroenterology Clinical Educational Conference. July 2020. Washington University
20. Biliary Endoscopy. June 2021. Medicine Residency Core Curriculum. Washington University.
21. GI Nutrition. Gastroenterology Clinical Educational Conference. July 2021. Washington University

22. Endoscopic Therapy for Acute Pancreatitis: Stents, Drains and Everything in Between. Aug 2021. Washington University
23. The Nuts and Bolts of ERCP. Jan 2021. Nurses Education Seminar. Washington University.
24. The Role of Endoscopy in the Management of Gallbladder Disease. GI Core Conference. April 2021.
25. The Role of Endoscopy in the Management of Gallbladder Disease. Aug 2021. Washington University.
26. Introduction to ERCP. July 2022. GI Fellows Didactic. Washington University.
27. Enteral Nutrition. July 2022. GI Fellows Didactic. Washington University.
28. ERCP. July 2022. GI Nurses Education Rounds. Washington University in Saint Louis.
29. Chronic Pancreatitis. August 2022. Grand Rounds at Union Hospital.
30. Management of Necrotizing Pancreatitis. September 2022. Saint Louis Live Endoscopy Course Webinar.
31. The Role of Endoscopy in the Management of Gallbladder Disease.  Saint Louis Live Endoscopy Course. September 2022.
32. The ABCs of EMR and ESD. Galaxy of Gastroenterology Conference. October 2022.
33. GI Nutrition. Gastroenterology Clinical Educational Conference. July 2023. Washington University.
34. Introduction to ERCP. Gastroenterology Clinical Educational Conference. July 2023. Washington University.
35. Pancreaticobiliary Obstruction. May 2023. Washington University Internal Medicine Residency.
36. Biliary Stone Disease: From Lithotripsy to Gallbladder Drainage. Saint Louis Live Endoscopy Course. August 2023.
37. Pancreaticobiliary ERCP. April 2024. Washington University Saint Louis Internal Medicine Residency Noon Lecture.
38. GI Nutrition. Gastroenterology Clinical Educational Conference. July 2024. Washington University.
39. Malignant Biliary Strictures. August 2024. Passport Program for Interventional Endoscopy Fellows.
40. Updates in Diagnosis and Management of Pancreas Cancer.  January 2025.  Missouri Baptist Grand Rounds.
41. Biliary Obstruction.  May 2025. Washington University Saint Louis Internal Medicine Residency Noon Lecture.

**SCHOLARLY CONTRIBUTIONS**

*Journal Article*

1. Hong SB, Huang Y, Moreno-Vinasco L, Sammani S, Moitra S, Barnard JW, Ma SF, Mirzapoiazova T, Evenoski C, **Lang GD**, Reeves RR, Dudek SM, Jacobson JJ, Husain AN, Ye, SQ, Lussier YA, Garcia JGN. Essential Role of Pre-B-Cell Colony Enhancing Factor in Ventilator-Induced Lung Injury. *Am J Respir Crit Care Med*. 2008; 6:605-617. PMID 18658108.
2. Wang T, Moreno-Vinasco L, Huang Y, **Lang GD**, Linares J, Goonewardena S, Grabavoy A, Samet JM, Geyh A, Breysse P, Lussier YA, Natarajan V, Garcia JGN. Murine Lung Responses to Ambient Particulate matter: Genomic Analysis and Contribution to Airway Hyperresponsiveness. *Environ Health Perspect.* 2008; 11:1500-1508. PMID 19057703.
3. Wang T, Moreno Vinasco L, Chiang E, **Lang GD**, Pendyla S, Samet JM, Geyh AS, Breysse PN, Natarajan V, Garcia JGN. Particulate Matter Disrupts Human Lung Endothelial Barrier Integrity via ROS and p38 MAPK-Dependent Pathways. *Am J Respir Cell and Mol Biol*. 2009; 4:442-449. PMID 19520919.
4. **Lang G**, Gyawali CP, Kahrilas PJ. Esophageal motility disorders. In Mcdonald J, Burroughs AK, Fennerty M (eds) Evidence-Based Gastroenterology and Hepatology, 4th Edition, Blackwell Publishing Ltd, Hoboken NJ 2017.
5. Mathew B, Huang Y, Jacobson JR, Berdyshev E, Gerhold LM, Wang T, Moreno-Vinasco L, **Lang GD**, Zhao Y, Chen CT, Lariviere PJ, Mauceri H, Sammani S, Husain AN, Dudek SM Natarajan V, Lussier YA, Weichselbaum RR, Garcia JG. Simvastatin Attenuates Radiation-Induced Murine Lung Injury and Dysregulated Lung Gene Expression. *Am J Respir Cell and Mol Biol*. 2010; 3:415-422. PMID 20508068.
6. Wang T, **Lang GD**, Moreno-Vinasco L, Huang Y, Goonewardena S, Peng Y, Svensson E, Natarajan V, Lang R, Beshai J, Linares J, Breysse P, Geyh A, Lussier Y, Pranhakar NR, Garcia JGN. Particulate Matter Exacerbates

Cardiac Arrhythmias and Respiratory Dysynchrony in Mice with Heart Failure via Heightened Carotid Body Sensitivity. *Am J Respir Cell and Mol Biol*. 2012; 4:524-531. PMID 22108299.

7. Wang T, Wang L, Moreno-Vinasco L, **Lang GD**, Siegler JH, Mathew B, Usatyuk PV, Samet JM, Geyh AS, Breysse PN, Natarajan V, Garcia JG. Particulate Matter Air Pollution Disrupts Endothelial Cell Barrier via Calpain-Mediated Tight Junction Protein Degradation. *Part Fibre Toxicol*. 2012; 9:35. PMID 22931549.

8. **Lang GD**, Konda VJ. Early Diagnosis and Management of Esophageal and Gastric Cancer. *Minerva Gastroenterol Dietol.* 2013; 59: 357-76. PMID 24212354.

9. **Lang GD**, Konda VJ, Siddiqui UD, Koons A, Waxman I. A Single Center Case Series of Endoscopic Submucosal Dissection Performed in a Western Setting. *Dig Dis Sci*. 2015; 60:531-6. PMID 25092035.

10. Hirsch A, Colman, RJ, **Lang GD**, Rubin DT. Successful Treatment of Ulcerative Colitis with Vedolizumab in a Patient With an Infliximab-Associated Psoriasiform Rash. *ACG Case Rep J.* 2015;2(4):236-238. PMID 26203450.

11. **Lang GD**, Mullady DK. Completely Obstructed Bile Duct? Let Cholangioscopy Guide the Way. *Gastrointest Endosc*. 2016. PMID 27327844.

12. **Lang GD**, Mullady D, Kushnir V. A Novel Through the Snare Technique for Percutaneous Endoscopic Gastro-Jejunosotmy Tube Placement. Video *GIE* 2017. In Press.

13. **Lang GD**, Fritz C, Bhat T, Das KK, Murad F, Early DS, Edmundowicz SA, Kushnir VM and Mullady DK. EUS-Guided Drainage of Peripancreatic Fluid Collections Using Lumen Apposing Metal Stents and Plastic Double Pigtail Stents: Comparison of Efficacy and Complication Rates. *Gastrointest Endosc*. 2017. In Press.

14. **Lang GD** and Mullady DK. Response: Safety of Lumen-Apposing Metal Stents for Pancreatic Fluid Drainage; Waiting for a Clear Answer. *Gastrointest Endosc*. 2018; 87(1):320. PMID 29241859

15. Al-Kawas F, Aslanian H, Baillie J, Banovac F, Buscaglia JM, Buxbaum J, Chak A, Chong B, Coté GA, Draganov PV, Dua K, Durkalski V, Elmunzer BJ, Foster LD, Gardner TB, Geller BS, Jamidar P, Jamil LH, Keswani RN, Khashab MA, **Lang GD**, Law R, Lichtenstein D, Lo SK, McCarthy S, Melo S, Mullady D, Nieto J, Bayne Selby J, Singh VK, Spitzer RL, Strife B, Tarnaksy P, Taylor JR, Tokar J, Wang AY, Williams A, Willingham F, Yachimski P. Percutaneous Transhepatic vs. Endoscopic Retrograde Biliary Drainage for Suspected Malignant Hilar Obstruction: Study Protocol for a Randomized Controlled Trial. *Trials*. 2018;19(1):108. PMID: 29444707.

16. **Lang GD**, Mullady DK, Early DS, Hollander T, Edmundowicz SA, Murad FM, Strasberg SM, Fields RC, Hawkins WG, Doyle MB, Chapman WC, Wang-Gillam A, Kushnir VM. Utility of Endoscopic Ultrasound in Evaluating Local Recurrence After Surgery for Pancreatic Cancer. *Clin Gastroenterol Hepatol.* 2018. In Press. PMID: 29505906.

17. Bill JG, Smith Z, Brancheck J, Elsner J, Hobbs P, **Lang GD**, Early DS, Das K, Hollander T, Doyle MBM, Fields RC, Hawkins WG, Strasberg SM, Hammill C, Chapman WC, Edmundowicz S, Mullady DK, Kushnir VM. The Importance of Early Recognition in Management of ERCP-Related Perforations. *Surg Endoscopy.* 2018; 32(12):4841-4849. PMID 29770887.

18. Wani S, Keswani RN, Han S, Aagaard EM, Hall M, Simon V, Abidi WM, Banerjee S, Baron TH, Bartel M, Bowman E, Brauer BC, Buscaglia JM, Carlin L, Chak A, Chatrath H, Choudhary A, Confer B, Coté GA, Das KK, DiMaio CJ, Dries AM, Edmundowicz SA, El Chafic AH, El Hajj I, Ellert S, Ferreira J, Gamboa A, Gan IS, Gangarosa LM, Gannavarapu B, Gordon SR, Guda NM, Hammad HT, Harris C, Jalaj S, Jowell PS, Kenshil S, Klapman J, Kochman ML, Komanduri S, **Lang G**, Lee LS, Loren DE, Lukens FJ, Mullady D, Muthusamy VR, Nett AS, Olyaee MS, Pakseresht K, Perera P, Pfau P, Piraka C, Poneros JM, Rastogi A, Razzak A, Riff B, Saligram S, Scheiman JM, Schuster I, Shah RJ, Sharma R, Spaete JP, Singh A, Sohail M, Sreenarasimhaiah J, Stevens T, Tabibian JH, Tzimas D, Uppal DS, Urayama S, Vitterbo D, Wang AY, Wassef W, Yachimski P, Zepeda-Gomez S, Zuchelli T, Early D. *Gastroenterology.* 2018; 155(5):1483-1494. PMID 30056094.

19. Kushnir VM, Mullady DK, Das K, **Lang G**, Hollander TG, Murad FM, Jackson SA, Toney NA, Finkelstein SD, Edmundowicz SA. The Diagnostic Yield of Malignancy Comparing Cytology, FISH, and Molecular Analysis of Cell Free Cytology Brush Supernatant in Patients With Biliary Strictures Undergoing Endoscopic

Retrograde Cholangiography (ERC): A Prospective Study. *J Clin Gastroenterol*. 2019; 53(9):686-692. PMID: 30106834.

20. Smith ZL, Gregory MH, Elsner J, Alajlan BA, Kodali D, Hollander T, Sayuk GS, **Lang GD**, Das KK, Mullady DK, Early DS, Kushnir VM. Health-related quality of life and long-term outcomes after endoscopic therapy for walled-off pancreatic necrosis. *Dig Endosc*. 2019 Jan;31(1):77-85. doi: 10.1111/den.13264. Epub 2018 Sep 30. PMID: 30152143.

21. Smith ZL, Mullady DK, **Lang GD**, Das KK, Hovis RM, Patel RS, Hollander TG, Elsner J, Ifune C, Kushnir VM. A randomized controlled trial evaluating general endotracheal anesthesia versus monitored anesthesia care and the incidence of sedation-related adverse events during ERCP in high-risk patients. *Gastrointest Endosc*. 2019; 89(4):855-862. PMID 30217726.

22. Wani S, Han S, Simon V, Hall M, Early D, Aagaard E, Abidi WM, Banerjee S, Baron TH, Bartel M, Bowman E, Brauer BC, Buscaglia JM, Carlin L, Chak A, Chatrath H, Choudhary A, Confer B, Coté GA, Das KK, DiMaio CJ, Dries AM, Edmundowicz SA, El Chafic AH, El Hajj I, Ellert S, Ferreira J, Gamboa A, Gan IS, Gangarosa L, Gannavarapu B, Gordon SR, Guda NM, Hammad HT, Harris C, Jalaj S, Jowell P, Kenshil S, Klapman J, Kochman ML, Komanduri S**, Lang G**, Lee LS, Loren DE, Lukens FJ, Mullady D, Muthusamy RV, Nett AS, Olyaee MS, Pakseresht K, Perera P, Pfau P, Piraka C, Poneros JM, Rastogi A, Razzak A, Riff B, Saligram S, Scheiman JM, Schuster I, Shah RJ, Sharma R, Spaete JP, Singh A, Sohail M, Sreenarasimhaiah J, Stevens T, Tabibian JH, Tzimas D, Uppal DS, Urayama S, Vitterbo D, Wang AY, Wassef W, Yachimski P, Zepeda-Gomez S, Zuchelli T, Keswani RN. Setting minimum standards for training in EUS and ERCP: results from a prospective multicenter study evaluating learning curves and competence among advanced endoscopy trainees. *Gastrointest Endosc*. 2019;89(6):1160-1168. PMID: 30738985.

23. Hasak S, **Lang G**, Early D, Mullady D, Das K, Chen C, Sayuk G, Kushnir V. Use of a Transparent Cap Increases the Diagnostic Yield in Antegrade Single-Balloon Enteroscopy for Obscure GI Bleed. *Dig Dis Sci*. 2019;64(8):2256-2264. PMID: 30796686

24. Omar M, Thaker AM, Wani S, Simon V, Ezekwe E, Boniface M, Edmundowicz S, Obuch J, Cinnor B, Brauer BC, Wood M, Early DS, **Lang GD**, Mullady D, Hollander T, Kushnir V, Komanduri S, Muthusamy VR. Anatomic location of Barrett's esophagus recurrence after endoscopic eradication therapy: development of a simplified surveillance biopsy strategy. *Gastrointest Endosc.* 2019;90(3):395-403. PMID: 31004598

25. Smith ZL, Park KH, Llano EM, Donboli K, Fayad L, Han S, Kang L, Simril RT 2nd, Patel R, Hollander T, Rogers MC, Elmunzer BJ, Siddiqui UD, Aadam AA, Mullady DK, **Lang GD**, Das KK, Jamil LH, Lo SK, Gaddam S, Chapman CG, Keswani RN, Wani S, Cote GA, Kumbhari V, Kushnir VM. Outcomes of endoscopic treatment of leaks and fistulae after sleeve gastrectomy: results from a large multicenter U.S. cohort. *Surg Obes Relat Dis*. 2019;15(6):850-855.PMID: 3112282

26. Parsa N, Nieto J, Powers P, Mitsuhashi S, Abdelqader A, Hadzinakos G, Anderlon A, Fugazza A, James T, Arlt A, Ellrichman M, Aparicio J, Trindade A, Stevens T, Chahal P, Shah S, Messallam A, **Lang GD**, Fejleh P, Benias P, Sejpal D, Jones J, Mir F, Meybodi M, Ichkhanian Y, Vodoughi K, Novikov A, Irani S, Pawa R, Ahmed A, Sedarat A, Hsueh W, Hampe J, Sharaiha R, Ngamruengphong S, Huggett M, Baron T, Repici A, Adler D, Nasr J, Kowalsi T, Kumbhari V, Singh V, Khasab M. Endoscopic Ultasound-Guided Drainage of Pancreatic Walled-Off Necrosis Using 200mm Versus 15-mm Lumen-Apposing Metal Stents: An International, Multienter, Case-Matched Study. *Endoscopy.* 2020.

27. Das KK, Hasak S, Elhanafi S, Visrodia KH, Ginsberg GG, Ahmad NA, Hollander T, **Lang G**, Kushnir VM, Mullady DK, Abu Dayyeh BK, Buttar NS, Wong Kee Song LM, Kochman ML, Chandrasekhara V. Performance and Predictors of Migration of Partially and Fully Covered Esophageal Self-Expanding Metal Stents for Malignant Dysphagia.Clin Gastroenterol Hepatol. 2020; (20)31238-6. PMID 32898705

28. Bill JG, Ryou M, Hathorn KE, Cortes P, Maple JT, Al-Shahrani A, **Lang G**, Mullady DK, Das K, Cosgrove N, Salameh H, Kumta NA, DiMaio CJ, Zia H, Orr J, Yachimski P, Kushnir VM.
Endoscopic ultrasound-guided biliary drainage in benign biliary pathology with normal foregut anatomy: a multicenter study. Surg Endosc. 2021. PMID: 33712939

Curriculum Vitae                                                                                    July 9, 2025
Gabriel David Lang, MD                                                                                      Page 9

29. Cosgrove N, Shetty A, Mclean R, Vitta S, Faisal MF, Mahmood S, Early D, Mullady D, Das K, **Lang G**, Thai T, Syed T, Maple J, Jonnalagadda S, Andresen K, Hollander T, Kushnir V. Radiologic Predictors of Increased Number of Necrosectomies During Endoscopic Management of Walled-off Pancreatic Necrosis. J Clin Gastroenterol. 2021. PMID: 33883512

30. Neumann H, Latorre M, Zimmerman T, **Lang G**, Samarasena J, Gross S, Brahmbhatt B, Pazwash H, Kushnir V. A multicenter, prospective, inpatient feasibility study to evaluate the use of an intra-colonoscopy cleansing device to optimize colon preparation in hospitalized patients: the REDUCE study. BMC Gastroenterol. 2021(1):232.PMID: 34022813

31. Weaver M, **Lang G**, Das K, Cosgrove N. Metal Biliary Stent Erosion Through the Common Bile Duct Leading to Obstructive Jaundice and Cholangitis. Am J Gastroenterol. 2021;116(7):1372. PMID: 34183572

32. Hasak S, McHenry S, Busebee B, Fatima S, Sloan I, Weaver M, Hansalia V,  Rengarajan A, Almuhaidb A,  Al-Shahrani A, Hollander T, Early D, **Lang GD**,  Das K,  Cosgrove N, Mullady D,  Ludwig D, Hammill C, Kushnir V. Validation of choledocholithiasis predictors from the "2019 ASGE Guideline for the role of endoscopy in the evaluation and management of choledocholithiasis." Surg Endoc. 2021. PMID 34654972

33. Raza Z, Altayar O, Mahmoud T, Abusaleh R, Ghazi R, Early D, Kushnir VM, **Lang G**, Sloan I, Hollander T, Rajan E, Storm AC, Abu Dayyeh BK, Chandrasekhara V, Das KK. Clinical predictors of significant findings on EUS for the evaluation of incidental common bile duct dilation. Gastrointest Endosc. 2024;S0016-5107(24):03161–03164. PMID: 38692515.

34. Storrs EP, Chati P, Usmani A, Sloan I, Krasnick BA, Babbra R, Harris PK, Sachs CM, Qaium F, Chatterjee D, Wetzel C, Goedegebuure SPP, Hollander T, Anthony H, Ponce J, Khaliq AM, Badiyan S, Kim H, Denardo DG, **Lang GD**, Cosgrove ND, Kushnir VM, Early DS, Masood A, Lim K-HH, Hawkins WG, Ding L, Fields RC, Das KK, Chaudhuri AA. High-dimensional deconstruction of pancreatic cancer identifies tumor microenvironmental and developmental stemness features that predict survival. NPJ Precis Oncol. 2023;7:105. PMID: 37857854.

35. Elmunzer J, Foster L, Serrano K, **Lang GD**, et al. Indomethacin with or without prophylactic pancreatic stent placement to prevent pancreatitis after ERCP: a randomised non-inferiority trial. Lancet. 2024: 403(10425):450-458. PMID 28271967.

36. Dbouk M, Davis BG, Peller M, Sloan E, Hollander T, Reyes-Genere JP, Bazarbashi A, Ismail MK, **Lang GD**, Kushnir VK, Early D, Ballentine S, Dai S, Kouanda A, Das K. EUS-Guided Fine-Needle Biopsy Sampling of Solid Pancreatic Masses with and without Rapid Onsite Evaluation for Commercial Next-Generation Genomic Profiling. Gatrointest Endosc. 2025 Mar 21:S0016-5107(25)01378-1. PMID40122217


*BOOK CHAPTERS:*

1.    Wolfson R, **Lang GD**, Jacobson J, Garcia JGN. Therapeutic Strategies to Limit Endothelial Cell Permeability. N. Voelkel and S. Rounds Editors. The Pulmonary Endothelium: Function in Health and Disease. Wiley Blackwell, New Jersey, First Edition. 2009 (337-355)

2.    **Lang GD,** Chiang E, Garcia JGN. Lung Vascular Dysfunction in Acute Lung Injury: Role of the Endothelial Cytoskeleton. A. Choi Editor. Acute Respiratory Distress Syndrome. Informa Health Care, New York, Second Edition. 2009 (262-286).

3.    Hassan C., **Lang GD**, Rubin DT. Epidemiology and Screening of Colon Cancer. A. Dachman, A. Laghi Editors. Atlas of Virtual Colonoscopy. Springer Science. New York. First Edition. 2011.

4.    Lang GD, Konda VJ. Optimal Therapy for Barrett's High Grade Dysplasia. M. Ferguson, Editor. Difficult Decisions in Thoracic Surgery – An Evidence Based Approach. Springer Science. New York. 3rd Edition. 2013. In press.

5.    **Lang GD,** Mullady DK. Acute Pancreatitis. Washington University Manual of Medicine. 2016.

6.   Fritz C, **Lang GD.** Dilemmas in ERCP: A Clinical Casebook. Cholangioscopy. Springer Science. First Edition. 2019.
7.   **Lang GD**, Alajlan B. Biliary Tract Disorders. The Washington Manual Gastroenterology Subspecialty Consult. 2020.
8.   **Lang GD**. Acute Pancreatitis. Washington University Manual of Medicine. 2024.
9.   Shah J**, Lang GD**. Biliary Tract Disorders. The Washington Manual Gastroenterology Subspecialty Consult. 2025.

*ORAL PRESENTATIONS:*
1.   **Lang GD**, Murad F. Large Surgical Dehiscence Successfully Closed with Endosuturing Device. Oral Presentation. Society of American Gastrointestinal and Endoscopic Surgeons 3/16.
2.   **Lang GD**, Mullady D. Completely Obstructed Bile Duct? Let Cholangioscopy Guide the Way. Digestive Disease Week May 2016.
3.   **Lang GD**, Fritz C, Bhat T, Murad F, Edmundowicz S, Early D, Kushnir V, Mullady D. Comparing the Efficacy and Complication Rates of EUS-Guided Drainage Of Peri-Pancreatic Fluid Collections Using Lumen-Apposing Covered Self-Expanding Metal Stents and Double Pigtail Stents. Digestive Disease Week May 2016.
4.   Siddiqui A, Loren D, Kowalski T, Sharaiha R, Uppal D, Mumtaz[T], Noor A, Iqbal U, Shah M, DeSimone M, Berzin T, Sawhney M, Diehl D, Wang L, Kushnir V, **Lang GD**, Hollander T, Draganov P, Yang D, Wang A, Strand D, Tarangelo N, Nieto J, Adler, D. Direct Endoscopic Necrosectomy at the Time of Transmural Stent Placement Results in Earlier Resolution of Complex Walled-Off Pancraetic Necrosis" Results from a Large Multicenter US Trial. Digestive Disease Week 2017.
5.   Smith Z, Elsner J, Gregory M, Kodali D, Hollander, T, Mullady D, **Lang GD**, Das K. Kushnir V. Long-Term Outcomes of Patients Undergoing Endoscopic Therapy for Walled-Off Pancreatic Necrosis. Digestive Disease Week 2017.
6.   **Lang GD**, Mullady D, Kushnir V. A Novel Through the Snare Technique for Percutaneous Endoscopic Gastro-Jejunosotmy Tube Placement. Digestive Disease Week May 2017.