# EXHIBIT 6D

**GLP-1 Agonist Drugs:**
**Common Structural and Cellular Mechanisms of Action**

Jeffry Lansman, PhD
Professor Emeritus of Cellular & Molecular Pharmacology
School of Medicine
University of California, San Francisco

**Introduction**

The glucagon-like peptide-1 receptor (GLP-1R) is a member of a class of G protein-coupled receptor that integrates nutrient and hormonal signals to increase glucose-dependent insulin secretion, suppress glucagon, and slow gastric emptying (1,2). The family of glucagon-like peptide-1 (GLP-1) class of drugs mimics native GLP-1 by binding with high selectivity to the GLP-1 receptor. These drugs are effective in treating type 2 diabetes and obesity (3-5). In this monograph, I review the mechanism of action of GLP-1 agonists at the molecular, structural, and cellular levels. All GLP-1 peptide drugs share common amino acid sequences and structural determinants for binding to a conserved binding pocket formed by the extracellular domain (ECD) of the GLP-1 receptor (6-9). Like native GLP-1, GLP-1 agonists bind to a pocket formed by highly conserved amino acids arranged in an a-helical scaffold within the ECD (6,7,10). At the cellular level, native GLP-1 and GLP-1 agonists stimulate adenylyl cyclase which generates the second messenger cyclic AMP inside the cell (11-13). Parallel recruitment of the protein b-arrestin on the inner cell membrane causes the GLP-1 receptor to be transiently internalized within the cell by endocytosis (14,15). Because these signaling events arise from highly conserved drug-receptor interactions, GLP-1 agonists have the same fundamental mechanism of action and overlapping pharmacologic profiles (5,9,16)

Large cohort studies consistently show adverse effect patterns of different GLP-1 agonists arise exclusively from activation of GLP-1 receptors in multiple tissues, particularly gastrointestinal and hepatobiliary systems, reflecting the widespread distribution of GLP-1 receptors in the body (17-20). The differences between GLP-1 agonists arise mainly from conservative amino acid substitutions and other groups that prolong their duration of action in the blood stream by preventing proteolytic degradation or slowing elimination by the kidneys, rather than altering recepto-binding specificity or cellular signaling systems (6, 21-23).

The general conclusion is all GLP-1 agonists preserve the primary structure and function of native GLP-1 with substitutions and additions that prolong their lifetime in the blood stream by preventing breakdown and reducing elimination (9,11,13).

**Qualifications**

I am a Professor Emeritus of Cellular and Molecular Pharmacology in the School of Medicine at the University of California, San Francisco. I received my M.S. in Biology from Tufts University and a Ph.D. in Physiology/Biophysics from UCLA School of Medicine. I completed postdoctoral fellowships at the Yale School of Medicine and the Physiological Laboratory at Cambridge University. I was a NATO-National Science Foundation Fellow at Cambridge University and received the Syntex Scholars Award for Excellence in Cardiovascular Research, Basil O'Connor Scholars Award from the March of Dimes, and was honored as the Dunaway-Burnham Visiting Professor of Physiology at Dartmouth Medical School. My research focuses on mechanisms of receptor and ion channel signaling in nerve, muscle and secretory cells and I have published more than 50 peer-reviewed scientific articles. I am a member of the Neuroscience Graduate Program, Weill Institute of Neurosciences and the Cardiovascular Research Institute at the University of California, San Francisco. I have taught medical pharmacology to medical students and doctoral pharmacy for which I have received numerous

high-level awards for teaching excellence in the Schools of Medicine and Pharmacy at UCSF. My full *curriculum vitae* outlining my qualifications is attached to this report as *Exhibit A.*

## Methodology

I conducted a comprehensive literature search using PubMed and MEDLINE databases using targeted keywords to identify relevant original research on the structure, function, mechanisms of action and adverse effects of GLP-1 agonists. Relevant search terms included "glucagon-like peptide-1", "GLP-1", GLP-1 receptor agonist", "GLP-1RA", "GLP-1 receptor", "semaglutide", "liraglutide", "dulaglutide"," tirzepatide", "pleiotropic effects", "comparative effectiveness", "adverse effects", "mechanism of action", atomic resolution structure", "structural determinants of agonist binding", and "cryo-electron microscopy'. The search covered 2005-2025 with a focus on more recent structural and mechanistic studies.

I approached the review of the literature in the same manner as I would in writing a scientific article. I conducted a literature review and selected articles in tightly peer-reviewed journals with a high impact factor. I reviewed articles to evaluate the quality of experimental design, thoroughness, and reliability of the experimental results. Structural studies from cryo-EM and crystallographic experiments on the GLP-1 receptor provided atomic level resolution of drug-receptor binding configurations for each of the drugs. This allowed me to test the hypothesis that all the agonist drugs bind to same site and form complexes via conserved amino acids in the GLP-1 receptor ECD. Finally, I examined the signaling events that are downstream from receptor binding to sort out similarities and differences in the intracellular signaling pathways of the different agonists and compared this with native GLP-1. I focused on primary signaling pathways involved in insulin release in pancreatic beta cells and whether these pathways are the same or different in different tissues (they are the same). From this analysis it was possible to deduce common biophysical and physiological features of agonist action on GLP-1 receptors expressed in different tissues, particularly in the gastrointestinal tract and hepatobiliary system.

## Summary of Opinions

1. All GLP-1 agonists show a conserved amino acid sequence virtually identical to the native human GLP-1 hormone. Specific amino acid substitutions and attachment of bulky groups to the native GLP-1 structure prevent degradation in the blood stream and elimination by the kidney without altering the fundamental processes of high-affinity binding to the GLP-1 receptor.

2. GLP-1 agonists attach to the extracellular domain (ECD) of the GLP-1 receptor. The ECD contains a conserved binding pocket formed from several alpha helical domains of the receptor. All GLP-1 agonists bind in the ECD pocket formed by adjacent extracellular alpha helices of the GLP-1 receptor.

3. Modifications of the endogenous GLP-1 amino acid sequence are conservative and prolong the duration of action by preventing breakdown by dipeptidyl peptidase 4 (DPP-4) in the blood

stream or by slowing the rate of elimination. The modifications preserve binding to the alpha helices of the ECD.

4. Atomic resolution structural studies show small differences in the rotation and tilt of the ECD alpha helices with different bound GLP-1 agonists. These modifications do not change binding specificity or coupling to intracellular signaling pathways. Modifications to native GLP-1 does influence the tightness of binding to the conserved GLP-1 receptor binding pocket and, therefore drug potency, the concentration of drug that produces a half-maximal physiological response. Small differences in binding configuration within the receptor ECD in the presence of different agonists influences coupling to G proteins, b-arrestin recruitment, and cyclic AMP formation.

5. The GLP-1 receptor is coupled to heterotrimeric GTP binding proteins located at the inner cell membrane. Binding of either native GLP-1 or any of the GLP-1 agonists to its receptor engages GTP binding proteins to activate the intracellular signaling enzyme, adenylyl cyclase which forms the intracellular messenger cyclic AMP. The cyclic AMP signaling pathway is the primary pathway directly linking GLP-1 receptor activation to insulin release in pancreatic beta cells.

6. Structural studies show the ECD has a dual role: 1) providing the primary binding interface for GLP-1 agonists and 2) positioning the peptide in optimal geometry for TMD engagement and receptor activation. Because agonists differ in their amino acid sequences, secondary structures, and pharmacokinetics, they should induce different ligand-specific ECD conformations that account for differences in affinity (potency), efficacy and signaling bias (see below). However, measures of agonist-induced ECD a-helix tilt angles, rotational disc placements, and other structural parameters have not been systematically reported across the major GLP-1 agonist types. Nonetheless, there exists a canonical binding mode in which the agonist C-terminal domain positions within the ECD binding pocket and the N terminus lies within the receptor's upright transmembrane domain (TMD).

7. All GLP-1 agonists act directly on pancreas to stimulate insulin release which reduces blood glucose levels and contributes to the antidiabetic and anti-obesity actions. Slowing of gastric emptying by GLP-1 agonists explains the frequent association of GLP-1 agonists and gastrointestinal disorders, including nausea, vomiting and less frequently gastroparesis and intestinal obstruction. GLP-1 agonists also slow biliary peristalsis, a series of wave-like muscle contractions, which can cause gall bladder disease, gallstones (cholelithiasis) and gallbladder inflammation (cholecystitis).

8. Consistent with their common mechanism of action, stimulation of GLP-1 receptors in other tissues and organs expressing GLP-1 receptors involves activation of GTP binding proteins and the formation of cyclic AMP.

9. Large unbiased cohort studies looking at patients receiving different GLP-agonists show adverse events cluster into distinct groups common among all GLP-1 agonists reflecting the activation of the GLP-1 receptor in gastrointestinal and hepatic and biliary tissues.

4

10. Based on the observation that all GLP-1 agonists conserve native GLP-1 geometry when binding to the highly conserved GLP-1 receptor docking site and engage the same signaling pathways, the binding of agonist drugs in different tissues, such as the gastrointestinal tract, will produce the same adverse effect profile, I find no evidence of off-target actions of any of the GLP-1 agonist drug. Adverse effects reflect only binding to the GLP-1 receptor in other tissues and drug dose with higher doses producing greater adverse actions.

### Background: Approval and Indications

GLP-1 receptor agonists were first approved in 2005 for the treatment of type 2 diabetes. In recent years, indications for GLP-1 agonists have broadened to include chronic weight management and the reduction of major adverse cardiovascular events in individuals with type 2 diabetes who have established cardiovascular disease or other risk factors. The FDA has approved several GLP-1 agonists. These approvals are based on evidence of efficacy from clinical trials demonstrating both glycemic and cardiovascular benefits.

| Drug Name | Brand Names | FDA Approval Year | Initial Indications |
|---|---|---|---|
| Exenatide | Byetta | 2005 | Type 2 Diabetes |
| | Bydureon | 2012 | |
| Liraglutide | Victoza | 2010 | Type 2 Diabetes |
| | Saxenda | 2014 | Weight Management |
| Dulaglutide | Trulicity | 2014 | Type 2 Diabetes |
| Semaglutide | Ozempic | 2017 | Type 2 Diabetes |
| | Wegovy | 2021 | Weight Management |
| | Rybelsus (oral) | 2019 | Type 2 Diabetes |
| Tirzepatide | Mounjaro | 2022 | Type 2 Diabetes |
| | Zepbound | 2023 | Weight Management |

5



Figure I Molecular weights and amino acid sequences of human GLP-I (**A**), exendin-4 (**B**), exenatide (**C**), liraglutide (**D**), dulaglutide (**E**), semaglutide (**F**), human GIP (**G**), and tirzepatide (**H**), with substituted amino acids marked in different colors. Created in BioRender. Min, J. (2025) https://BioRender.com/o27r742.
**Abbreviations**: hGLP-I, human glucagon-like peptide-I; DPP-4, dipeptidyl peptidase-4; IgG4-Fc, immunoglobulin G4 fragment crystallizable; Aib, α-aminoisobutyric acid; OEG, oligoethylene glycol; hGIP, human glucose-dependent insulinotropic polypeptide.

Summary of the peptide composition and additions to native GLP-1
(from Min et al, *Drug Des Devel Ther.19:3509-3537)*

The figure (above) shows the amino acid sequences and key modifications of human GLP-1, extendin-4, exenatide, liraglutide, dulaglutide, semaglutide, tirzepatide, and human GIP (glucose-dependent insulinotropic polypeptide). Each circle is an amino acid. Circles with same color in different peptides indicate amino acids that are conserved or that occur in the same

6

spot in the linear sequence. Circles with different colors show non-conserved substitutions within that region. In panels A-C, light circles show native GLP-1 amino acids. In exendin-4 and exenatide, the dark colored circles highlight sequence differences from native GLP-1 along the N-terminal (receptor-binding) and C-terminal regions. Note, the N-terminal amino acid Ala8 in native GLP-1 and GIP is the DPP-4 (dipeptidyl peptidase-4) cleavage site which renders the peptide inactive in the bloodstream. Replacing N-terminal Ala8 with another amino acid that prevents degradation by DPP-4 is represented as a different color circle.

Liraglutide and semaglutide (panels D&F) share the same basic native GLP-1 backbone and preserve key N-terminal residues for GLP-1 receptor activation. The wavy chain shown attached to liraglutide and semaglutide represents a fatty acid  C16 in liraglutide and a C18 diacid in semaglutide – and the small, boxed segment indicates the spacer introduced to connect the fatty acids to the peptides. In dulaglutide (panel E), light circles again represent the native GLP-1 based peptide with a linker segment joining each identical peptide to an IgG4 Fc domain shown as green bars. This modification forms a dimeric Fc-fusion molecule with reduced renal clearance.

Tirzepatide is a 39–amino acid synthetic peptide that is \based on human GIP (Glucose-dependent insulinotropic hormone),a crucial gut hormone that is released after eating and that works with GLP-1 to stimulate insulin release from the pancreas, lower blood sugar, and promote fat storage. Because most backbone residues follow GIP rather than GLP-1, only a limited set of amino acids are shared with GLP-1. Tirzepatide has a long C20 fatty-diacid moiety linked to Lys20 via a spacer, which allows albumin binding and markedly extends its half-life. *None of the modifications of the native GLP-1 structure to produce longer acting GLP-1-like drugs affect their ability to activate the GLP-1 receptor in pancreas or gastrointestinal tract or any other tissue or organ that expresses the GLP-1 receptor.*


### Structures of the GLP-1 agonists

Native GLP-1 is a 30–amino acid peptide hormone that adopts an a-helical structure when bound to the GLP-1 receptor ECD (6,7). All GLP-1 agonists preserve this a-helical motif which is essential for specific binding and receptor activation, as shown in atomic resolution cryo-EM and crystallographic studies (7,8,10,30). Commercially available GLP-1 receptor agonists vary in structural modifications that influence how long they last in the bloodstream and, therefore, their duration of action (hours and days versus minutes for native GLP). *Despite the substitutions and additions in the different GLP-1 drugs, all agonists maintain the conserved C-terminal helical docking motif essential for specific receptor binding* (6,21,31-33). Structural studies at atomic resolution confirm that GLP-1 receptor agonists adopt a similar binding configuration in the GLP-1 receptor ECD, with only minor differences in orientation among agonists (7,21,30,31). All GLP-1 agonists have an extended alpha-helical structure when bound to the extracellular domain (ECD). This helical conformation is essential for high-affinity binding and receptor activation.

| Drug | Sequence (Three-letter Code) |
|---|---|
| GLP-1(7–36) | His-Ala-Glu-Gly-Thr-Phe-Thr-Ser-Asp-Val-Ser-Ser-Tyr-Leu-Glu-Gln-Ala-Ala-Lys-Glu-Phe-Ile-Ala-Trp-Leu-Val-Lys-Gly-Arg |
| Exenatide | His-Gly-Glu-Gly-Thr-Phe-Thr-Ser-Asp-Leu-Ser-Lys-Gln-Met-Glu-Glu-Ala-Val-Arg-Leu-Phe-Ile-Glu-Trp-Leu-Lys-Asn-Gly-Gly-Pro-Ser-Ser-Gly-Ala-Pro-Pro-Ser-NH2 |
| Liraglutide | His-Ala-Glu-Gly-Thr-Phe-Thr-Ser-Asp-Val-Ser-Ser-Tyr-Leu-Glu-Gln-Ala-Ala-Lys-(Fatty acid)-Glu-Phe-Ile-Ala-Trp-Leu-Val-Lys-Gly-Arg |
| Semaglutide | His-Aib-Glu-Gly-Thr-Phe-Thr-Ser-Asp-Val-Ser-Ser-Tyr-Leu-Glu-Gln-Ala-Ala-Lys-(Fatty acid)-Glu-Phe-Ile-Ala-Trp-Leu-Val-Lys-Gly-Arg |
| Dulaglutide | GLP-1 sequence fused to human IgG4 Fc region |
| Albiglutide | GLP-1 dimer fused to human albumin |

The amino acid sequences of the different GLP-1 drugs (table, above) and predicted space filling structures showing the attached groups that increase stability and reduce metabolism and elimination (figure, below).



8

GLP-1 and GLP-1 agonists (red) bind selectively with an a-helical extracellular domain (ECD) of the GLP-1 receptor. Amino acid substitutions in the agonist drugs indicated with yellow circles.

Regions of the GLP-1 receptor agonists with substitutions of amino acids that prevent breakdown by the proteolytic enzyme DPP-4 (Aib8, Gly, Ala8) and C-terminal fatty acids and IgG4-Fc additions that prolong duration of action in the bloodstream by reducing elimination by the kidneys.

## Structural Modifications to Native GLP-1 Prolong the Duration of Action

### N-Terminal Modifications to Prevent Enzymatic Degradation

The primary challenge for GLP-1 analogues to be therapeutically active is rapid degradation by the proteolytic enzyme, DPP-4, which clips off the N-terminal dipeptide (His7-Ala8 in GLP-1) and inactivates the peptide (34,35). The solution to this problem is to replace alanine (Ala) at position 8 with a DPP-4-resistant amino acids (Gly or Aib), which prevents cleavage and dramatically increases the duration of circulating  agonist (36-38). Exenatide, derived from exendin-4, has a naturally occurring Gly2, which confers intrinsic DPP-4 resistance (39,40). In addition, exenatide is 39 amino acids long compared to GLP-1 which is 30-31 amino acids in length. This increases peptide rigidity and residence time in the binding pocket and reduces breakdown by other endopeptidases Lixisenatide, an exendin-4 derivative, contains a natural Gly2, inherited from the exendin sequence and also adds a C-terminal poly-lysine extension that reduces enzymatic breakdown (39).

Dulaglutide uses Gly2 which cannot fit within the DPP-4 pocket and so prevents removal of the N-terminal dipeptide. On the other hand, semaglutide uniquely incorporates 2-aminoisobutyric

9

acid (Aib, a non-natural amino acid) at that position which fully eliminates breakdown by DPP-4 (37,41). By blocking DPP-4 recognition, these analogues dramatically improve metabolic stability and extend active peptide life-time in the bloodstream. Notably, liraglutide is an exception in that it retains the native Ala8; however, other modifications compensate by reducing its exposure to DPP-4 (see below).

Tirzepatide is a 39–amino-acid peptide engineered on a GIP-like scaffold with GLP-1–like features to provide dual receptor activity. GIP is the glucose-dependent insulinotropic polypeptide which binds to the GIP receptor in pancreas, GI tract, adipose tissue and brain.. Two key positions (2 and 13) are occupied by the non-canonical amino acid α-aminoisobutyric acid (Aib), which stabilizes the helical structure and markedly increases resistance to enzymatic cleavage, especially by dipeptidyl peptidase-4 (DPP-4). This protease resistance reduces rapid degradation in the circulation, thereby prolonging systemic exposure and supporting sustained glucose-lowering and appetite-suppressing effects.

In addition to DPP-4, other proteases degrade GLP-1 analogues. Neutral endopeptidase 24.11 (NEP 24.11) degrades native GLP-1. Exendin-like peptides are more resistant from its extended C-terminal helices that stabilize peptide secondary structure (40,42). Thus, N-terminal substitutions and enhanced helical stability provide dual protection against proteolytic breakdown (36-38,42).

**Modifications to Extend Plasma Half-Life by Reducing Elimination**

GLP-1 analogues incorporate structural changes to reduce renal elimination and prolong systemic exposure (21,31,41). Increasing molecular size prevents rapid renal clearance, while chemical modifications that increase binding to albumin in the bloodstream slow elimination further (41,43).

**Fusion to Albumin or Fc:** Dulaglutide consists of two GLP-1 analogs fused to an IgG4 Fc fragment, which greatly increases its molecular size and enables FcRn recycling pathways that prevent degradation (31,44,45). The design of dulaglutide produced an agonist with a half-life of ~4-5 days and reduced receptor internalization via b-arrestin, maintaining prolonged surface expression and signal transduction (45). The FcRn recycling pathway captures IgG/Fc-fusion proteins in acidic endosomes, diverts them from the intracellular lysosomal degradation pathway, and returns them intact to the circulation. Efpeglenatide, a newer extended-release analogue still in development employs an exendin backbone linked to IgG4 Fc via a flexible linker. Its half-life (~6-7 days) is among the longest of any GLP-1 agonist and allows long intervals between doses (45,46).

Tirzepatide contains a large fatty-diacid side chain attached to a lysine in the central region of the peptide. Specifically, tirzepatide is covalently attached at Lys20 via a g-Glu-(AEEA)$_2$ linker to a C20 fatty diacid (eicosanedioic acid). This creates a highly lipophilic "anchor" that reversibly binds to human albumin in bloodstream. Albumin binding limits renal filtration and slows

proteolytic clearance, which is similar to other acylated incretin and insulin analogues, and is responsible for the ~5-day elimination half-life and once-weekly dosing.

Tirzepatide's strong association with albumin also promotes accumulation at the injection site. Accumulation at the injection site provides a "depot" effect where slow absorption into the bloodstream from the subcutaneous injection site contributes to its long half-life and sustained plasma concentration over the weekly dosing interval. This smooths out fluctuations in drug plasma levels between doses. This flatter pharmacokinetic profile produces more consistent receptor coverage over the full weekly dosing interval, which in turn supports continuous improvements in fasting and post-prandial glucose and body-weight control.

**Fatty Acid Acylation:** Another approach to extending half-life is through reversible albumin binding via fatty acid sidechains. Liraglutide contains a C16 palmitate attached at Lys26, enabling strong binding to albumin and delayed renal elimination (21,47). The fatty acid moiety causes liraglutide molecules to self-associate forming heptamers and to bind to serum albumin in the bloodstream. These effects slow the absorption from the subcutaneous injection site and reduce renal clearance. Liraglutide achieves a half-life of ~11–13 hours in humans.

Semaglutide contains a C18 diacid and the Aib8 substitution, producing >90% albumin binding and a ~7-day half-life (37,41,47). Lipidation stabilizes the peptide, slows diffusion from the injection site and shields the molecule from proteolysis (41,47) Both *semaglutide and liraglutide remain homologous to human GLP-1 at 94% and 97% respectively. It is important to point out that substitutions and additions to the core GLP-1 receptor structure which prolong half-life do not prevent binding to the GLP-1 receptor ECD.*

**C-Terminal Additions and Other Modifications:** Lixisenatide is an extendin-4-based GLP-1 agonist with six Lys residues added to exendin-4's C-terminus. The increased positive charge of the C-terminus makes this agonist more highly charged, water-soluble and less likely to bind albumin. The result is lixisenatide is rapidly filtered and eliminated by the kidney which produces a short plasma half-life (~2-4 hours) requiring daily dosing (39,42). Despite its short half-life, lixisenatide causes a significant delay in gastric emptying time, an important determinant of the once-daily dosing regimen (74).

Collectively, these strategies – DPP-4 blocking, albumin binding, and size augmentation extend half-life without altering GLP-1 receptor binding specificity (36,41,45). These are summarized below:

DPP-4 resistance: Substitution at position 2 (from Ala to Gly in exenatide/lixisenatide, or to Aib, (2-aminoisobutyric acid), a non-protein amino acid in semaglutide and tirzepatide) prevents enzymatic degradation.

Half-life extension by lipidation**:** Attachment of fatty acids (C-16 in liraglutide, C-18 in semaglutide) promotes reversible albumin binding, which slows renal clearance and provides a depot effect (prolonged release of the drug at the injection site).

11

<u>Increased molecular size</u>: Dulaglutide is a fusion protein linking two GLP-1 analogs to a human IgG4-Fc fragment, and albiglutide is dimerized and fused to albumin—both mechanisms slow renal clearance and extend duration of action in the bloodstream.

<u>Polymer encapsulation</u>: Extended-release microsphere formulations prolong active agonist release and delivery into circulation (exenatide ER).

<u>C-terminal modifications</u>**:** Some GLP-1 agonists have extra C-terminal modifications Lixisenatide has extra amino acids ($Lys_6$ tail) which increases positive charge on the C-terminus and increases renal filtration and reduces half-life in the bloodstream. The effect is to produce short-acting, mealtime GLP-1 receptor activation with minimal accumulation. In liraglutide, semaglutide and tirzepatide, the attachment of fatty acid groups allows reversible albumin binding, decreased renal clearance, reduced protease exposure and produces long-acting, constant exposure allowing weekly dosing. Finally, dulaglutide is covalently fused to a human IgG4 Fc domain. The Fc domain of dulaglutide binds the neonatal Fc receptor (FCRn) in acidic endosomes and is recycled back to the bloodstream instead of being degraded. This extends its half-life to ~5 days, allowing once-weekly dosing.

Despite these modifications, GLP-1 agonists show high sequence homology with native GLP-1 and preserve the fundamental helical structure necessary for strong receptor binding and agonist activity. *In other words, none of the modifications to the native GLP-1 sequence interfere with drug binding to the the GLP-1 ECD binding pocket. Further all GLP-1 agonists stimulate cyclic AMP formation and engage the b-arrestin pathway (see below). The substitutions primarily alter drug half-life in the bloodstream, although differences in agonist structure can also influence the tightness of binding to the ECD pocket (affinity) as well as the relative potencies of the drug by differences in coupling to GTP binding proteins and cyclic AMP formation (efficacy).The differences in half-life between the GLP-1 agonists determine the dosing intervals to maintain the concentration of drug needed to activate the GLP-1 receptor and stimulate cyclic AMP formation in all cell types expressing the GLP-1 receptor.*

**Cellular mechanisms of GLP-1 actions at the GLP-1 receptor**

Native GLP-1 and all GLP-1 agonists activate the GLP-1 receptor, a class B1 G-protein-coupled receptor. The GLP-1 receptor couples primarily to Gs to stimulate adenylyl cyclase and generate the intracellular messenger cyclic AMP (cAMP) (11,12,48-50). The downstream targets of cAMP include PKA (protein kinase A) and Epac2 (cAMP-regulated GEF), both essential for GLP-1–activated insulin secretion from pancreatic beta cells (49-52). PKA phosphorylates ion channels and the secretory machinery, while Epac2 regulates small GTPases controlling secretory vesicle trafficking (51,52).

*Cyclic AMP enhances glucose-induced depolarization of pancreatic beta cells by inhibiting ATP-sensitive potassium ($K^+$) channels through PKA and Epac-mediated pathways. Membrane depolarization(more positive membrane potential) causes activation of voltage-dependent calcium channels in the membrane. Opening of membrane calcium channels allows calcium influx from the extracellular space to the cell interior which triggers secretion of insulin*

12

*containing vesicles (48-50,53). These mechanisms are identical across all GLP-1 agonists because they arise from highly conserved receptor activation steps and signaling pathways (9,11,12).*

GLP-1 receptor activation also influences ERK1/2 and PI3K/Akt signaling pathways through cAMP-dependent mechanisms. These pathways enhance b-cell survival and reduce endoplasmic reticulum (ER) stress from accumulation of misfolded and unfolded proteins in the ER. Collectively, these transcriptional and survival pathways support maintenance of β-cell mass and function under metabolic stress (54-56).

### Receptor trafficking with native GLP-1

Like other G protein-coupled receptors, the GLP-1 receptor undergoes agonist-induced internalization via the β-arrestin pathway following receptor phosphorylation (14,15,57). Native GLP-1 produces rapid internalization and recycling of its receptor, producing transient, rather than sustained, signaling (15,57).

Structural differences between GLP-1 agonists can alter b-arrestin recruitment and receptor trafficking (internalization/recycling) producing "ligand bias". (58-60). Some biased agonists and tirzepatide acting at the GLP-1 receptor show reduced b-arrestin recruitment and reduced internalization. For example, Tirzepatide shows reduced b-arrestin recruitment compared with native GLP-1, which favors reduced receptor internalization relative to GLP-1 and exendin-4 which produce more sustained signaling. (59,61). *These differences are largely quantitative differences in effector engagement rather than entirely new signaling pathways. (58-61).*

Tirzepatide is an unusual GLP-1 receptor agonist. It is a full agonist at the GIP-R (glucose-dependent insulinotropic receptor), but only a partial agonist at the GLP-1 receptor and shows bias towards cyclic AMP over b-arrestin recruitment. . The result is a dual agonist with reduced b-arrestin recruitment and weaker GLP-1 receptor internalization, while acting more like native GIP at the GIP receptor (61b, 75).

13

| Feature | Native GLP-1 signaling | GLP-1 agonists in clinical use |
|---|---|---|
| Primary coupling | Transient $G^{\alpha_s}$ activation, short cAMP pulses in membrane microdomains. [1] [3] | Prolonged $G^{\alpha_s}$ activation with extended cAMP plateaus in multiple microdomains. [1] [11] |
| cAMP effectors | Rapid, balanced activation of PKA and Epac2, mainly at plasma membrane. [8] [2] | Sustained PKA/Epac2 activation; deeper engagement of ERK, Akt and transcriptional programs. [1] [9] [3] |
| Trafficking | Efficient internalization and recycling; limited duration of endosomal signaling. [4] [5] | Ligand-dependent biased internalization/recycling; some agonists favor surface signaling, others endosomal compartments. [5] [13] |
| Functional bias | Strong acute potentiation of glucose-stimulated insulin secretion with modest trophic impact. [14] [2] | Robust acute plus chronic effects: durable insulin secretion, β-cell survival, and broader extrapancreatic actions. [12] [10] [11] |

The common intracellular signaling pathways of native GLP-1 and GLP-1 agonists



14

**GLP-1 agonists activate a conserved G-protein-cyclic AMP signaling pathway**. This diagram shows native GLP-1 engaging the extracellular domain and transmembrane core of the GLP-1 receptor, stabilizing the active conformation of the seven transmembrane (7TM) helix bundle. GLP-1 or agonist binding promotes coupling of the heterotrimeric G protein, with $G_{\alpha}s$, $G_{\beta}1$, and $G_{\gamma}2$ positioned beneath the intracellular face of the receptor. In the $G_{\alpha}s$-dependent pathway, receptor activation stimulates adenylyl cyclase to increase cyclic AMP which activates protein kinase A (PKA) and downstream effector phosphorylation, accompanied by a cyclic AMP amplification loop that enhances signal gain. In parallel, GLP-1 receptor phosphorylation promotes $\beta$-arrestin recruitment to the receptor's intracellular tail, initiating receptor desensitization and internalization. These dual pathways highlight the integrates G protein- and $\beta$ arrestin-mediated signaling mechanisms of the GLP-1 receptor (above).



**The relation between GLP-1 agonist concentration and cyclic AMP production in cell cultures showing the different efficacy of different drugs**. The binding curves reflect the fit to data with a simple model for 1:1 binding where a single agonist molecule binds to a single GLP-1 receptor. Potency differences reflect how agonists differ in how tightly they bind the GLP-1 receptor, how efficiently they activate specific signaling pathways once bound, how chemical modifications alter stability and receptor exposure over time. The curves are drawn from experimental work in cultured cells and show the wide range of potency of these drugs. *Note that all the agonists can be considered high affinity in that the drug concentration that produces*

15

*half-maximal binding or cyclic AMP production ranges from $10^{-12}$ to ~5 x $10^{-100}$ M. The curves are approximate and meant to show the range of agonist potency. Potency is measured as the concentration of agonist which produces half-maximal activation as measured by cyclic AMP production.*

### Structural similarities of GLP-1 agonist binding at atomic resolution

Cryo-EM studies provide atomic level resolution of agonist binding to the GLP-1 receptor. These studies show that GLP-1 and all clinically used GLP-1 receptor agonists show a *common two-domain binding mode:*

1.  *The C-terminal a-helix docks into a highly conserved hydrophobic groove in the ECD*
2.  *The N-terminal region engages the extracellular loops and TM helices 1,2,3 and 7 (7,30, 62-64)*

Native GLP-1(7–36 amide) binds to the GLP-1 receptor ECD groove, via a network of hydrophobic contacts, polar interactions (including hydrogen bonds) as part of the conserved class B G-protein coupled receptor "two domain" binding mode. Cryo-EM of the full length GLP-1 receptor and ECD-focused structural/functional studies support this overall interaction picture(7,10,62).

Exenatide has a C-terminal extension that slightly alters ECD orientation (40,64). Exenatide binds the ECD with higher affinity and slower dissociation than native GLP-1. Its N-terminal a-helix sits deeply in the ECD groove, tightening the interaction between the ECD and transmembrane bundle. The ECD remains engaged longer which favors receptor states that efficiently recruit b-arrestin and internalization. Compared with GLP-1, the exenatide helix sits at a slightly different angle and engages a broader contact surface across ECD a-helices. This conformation alters how the receptor ECD 'loads" the peptide N-terminus into the transmembrane core, biasing coupling toward arrestin-recruiting conformations. In summary, exenatide induces the GLP-1 receptor ECD into a tighter, longer-lived clamp that transmits a different allosteric signal to the transmembrane core. This preferentially supports b-arrestin recruitment and receptor internalization.

Liraglutide and semaglutide preserve near native ECD binding geometry, as confirmed by high-resolution cryo-EM structures (37,41,63). The extra fatty acids in these agonists do not directly interact with the ECD but influence pharmacokinetics rather than receptor binding (37,41).

Dulaglutide is a GLP-1 analog IgG4-Fc fusion protein that greatly increases molecular size and prolongs exposure. Like other peptide GLP-1 agonists, its GLP-1-derived region is expected to use the conserved ECD docking mode, although detailed effects of the Fc group on ECD mobility and side chain packing in the ECD groove have not yet been studied at atomic resolution. (45,65).

The figure below shows the orientation of the indicated GLP-1 agonists in the alpha helical domains of the ECD The figure represents probable orientations of GLP-1 agonists in the ECD binding domain based on known structures. *Across all clinically useful GLP-1 receptor agonists,*

16

*side chain packing, hydrophobic cradle interactions, and overall docking geometry show differences based on agonist geometry but remain strikingly similar.*



GLP-1 agonists show similar peptide-binding modes
within the GLP-1 receptor transmembrane (TM) alpha helices (gray ribbons).

### GLP-1 Agonists: Unified Mechanism Reveals Common Adverse Effects Profile

GLP-1 receptors are widely expressed throughout the gastrointestinal tract, pancreas, gall bladder, central nervous system, cardiovascular system, kidney, and lungs (19,20,66). Gastrointestinal adverse effects (nausea, vomiting, diarrhea, constipation) arise from slowed gastric emptying and reduced intestinal mobility via GLP-1 receptor activation in gut and vagal pathways (17,18,67). Slowing of gastric emptying is a shared mechanism of GLP-1 agonists which reduces nutrient absorption and glucose uptake thereby regulating glucose levels in the bloodstream *The broad pattern of these effects is consistent across the class, with all GLP-1 agonists producing these actions.*

### GLP-1 Agonist Adverse Effects in Other Organs

GLP-1 receptor agonists cause adverse effects in the pancreas, gallbladder, liver, and GI tract through mechanisms tied to GLP-1 receptor activation. In the pancreas, GLP-1 receptor stimulation increases insulin secretion and may contribute to rare cases of pancreatitis through inflammatory stress pathways (19,68), In the biliary system, GLP-1 agonists reduce gallbladder motility and increase the risk of developing gallstones, particularly during rapid weight loss (20,69).

GLP-1 receptor agonists also reduce gastrointestinal motility which can precipitate gastroparesis or bowel obstruction in some individuals (67,70). Reduced motility in the hepatobiliary system can cause hepatic dysfunction and biliary obstruction. These adverse effects reflect class wide GLP-1 receptor engagement rather than off-target effects (18-20) *GLP-1 is ancient in vertebrate evolution with fundamental receptor interactions preserved for ~ 450 million years* (71,72, 76). Exendin-4, expressed in the venom glands of the Gila monster (Heloderma suspectum), a reptile, shares 53% sequence homology with human GLP-1, but retains full agonist activity at the human GLP-1 receptor (39,72,73). When these ancient reptiles inject exendin-4 into small mammalian prey, exendin-4 seems to act as a potent, long duration GLP-1 agonist to enhance insulin secretion and suppress glucagon release. Sustained hypoglycemia appears to cause metabolic incapacitation, weakening prey without neurotoxins. Exendin-4 also acts on GLP-1 receptors in the brain of prey to cause lethargy and hypotension.

## Conclusion

The GLP-1 receptor agonists share a common mechanism of action involving a conserved ECD binding domain, conserved amino acid attachment sites, and coupling to adenylyl cyclase through GTP-binding proteins. While individual drugs vary in their precise side effect rates, adverse event reports and observational studies for the entire class are relevant evidence when estimating the risk profile of any single GLP-1 drug (77). Differences in occurrence of gastrointestinal, gall bladder, liver and pancreatic toxicity are a result of the prolonged duration of action of the specific GLP-1 variant in the bloodstream which prolong activation of GLP-1 receptors.  All of my opinions are held to a reasonable degree of medical and scientific certainty.

January 1, 2026

18

## References

1. Drucker, D. J. (2018). Mechanisms of action and therapeutic application of glucagon-like peptide-1. *Cell Metabolism*, 27(4), 740–756.

2. Nauck, M. A., & Meier, J. J. (2018). The incretin effect in healthy individuals and those with type 2 diabetes. *The Lancet Diabetes & Endocrinology* 6(6), 477–487.

3. Marso, S. P., et al. (2016). Semaglutide and cardiovascular outcomes in patients with type 2 diabetes. *New England Journal of Medicine*, 375, 1834–1844.

4. Holst, M. J. J., et al. (2024). GLP-1 physiology in obesity and development of incretin-based drugs for chronic weight management. *Nature Metabolism,* 6(10), 1866-1885

5. Holst, J. J. (2019). The physiology of glucagon-like peptide-1. *Physiological Reviews*, 99(2), 515–548.

6. Zhang, X., et al. (2021). Structure and dynamics of semaglutide- and taspoglutide-bound GLP-1R-Gs complexes. *Cell Reports*, 36, epub

7. Song, G., et al. (2017). Human GLP-1 receptor transmembrane domain structure in complex with allosteric modulators. *Nature 546, 312-313*

8. Jazayeri, A., et al. (2017). Crystal structure of the GLP-1 receptor bound to a peptide agonist. *Nature*, 546(7657), 254–258.

9. Zhou, Q., et al (2025) Structural pharmacology and mechanisms of GLP-1R signaling. *Trends in Pharmacological Sciences,* 46(5(, 422-436

10. Underwood, C. R., et al. (2010). Structural basis for ligand recognition of incretin receptors. *Vitamins and Hormones*, 84:251-278.

11. Lovshin, J. A., & Drucker, D. J. (2009). Incretin-based therapies for type 2 diabetes mellitus. *Nature Reviews Endocrinology*, 5(5), 262-269

12. Tengholm, A. (2012). Cyclic AMP dynamics in β-cells. *Ups J Med Sci*. 117(4):355-368

13. Seino, S., Shibasaki, T., & Minami, K. (2011). Dynamics of insulin secretion andthe clinical implications for obesity and diabetes. J Clin Invest. 2011;121(6):2118-2125.

14. Jones, B., (2022). The therapeutic potential of GLP-1 receptor biased agonism. *British Journal of Pharmacology* 179(4), 492-510

15. Jones, B., et al. (2018). Targeting GLP-1 receptor trafficking to improve agonist efficacy. *Nature Communications* 9(1):1602.

16. Tomas, A. et al (2020) New insights into Beta-Cell GLP-1 Receptor and cAMP signaling. *J Molecular Biology* 432(5)1347-1366.

17. Jalleh, R.J., et al. (2024). Gastrointestinal effects of GLP-1 receptor agonists: mechanisms, management, and future directions. *Lancet Gastroenterol Hepatol.* 9(10), 957-964

18. Ussher, J. R., & Drucker, D. J. (2023. Glucagon-like peptide 1 receptor agonists: cardiovascular benefits and mechanism of action. *Nature Reviews Cardiology* 20(7), 463-474.

19. Monami M. et al. Pancreatic safety (2017) Safety issues with glucagon-like peptide-1 receptor agonists: Data from randomized controlled studies. Diabetes Obes Metab. 19(9), 1233-1241

20. Jalleh R.J., et al. (2024). Physiology and Pharmacology of Effects of GLP-1-based Therapies on Gastric, Biliary and Intestinal Motility. 166(1), 1-14

21. Lau, J., et al. (2015). Discovery of the once-weekly GLP-1 analog Semaglutide. *Journal of Medicinal Chemistry*, 58(18), 7370–7380.

22. Knudsen, L. B. & Lau, J. (2019). The discovery and Development of Liraglutide and Semaglutide. *Frontiers of Endocrinology*, 10, 165

23. Drucker, D.J. (2025). GLP-1- based therapies for diabetes, obesity, and beyond. *Nature Rev Drug Discovery* 24(8), 631-650

24. Gudzune, K.A. & Kushner, R.F. (2024). Medications for obesity. *JAMA*, 332(7), 571-584.

25. Wilding, J. P. H., et al. (2021). Once-weekly semaglutide in adults with overweight or obesity. *New England Journal of Medicine*, 384, 989–1002.

26. Avoda, V.R. et al. (2019) Comparative efficacy, safety, and cardiovascular outcomes with once weekly subcutaneous semaglutide in the treatment of type 2 diabetes: insights from the SUSTAIN 1-7 trials. *Diabetes Metab*. 45(5):409-418

27. Marso, S. P., et al. (2016). Liraglutide and cardiovascular outcomes in type 2 diabetes. *New England Journal of Medicine*, 375, 311–322.

28. Holman, R. R., et al. (2018). Effects of once weekly exenatide on cardiovascular outcomes in type 2 diabetes (EXSCEL). *New England Journal of Medicine*, 377(13), 1228-1239.

29. Gerstein, H. C., et al. (2019). Dulaglutide and cardiovascular outcomes in type 2 diabetes (REWIND). *The Lancet*, 394, 121–130.

30. Zayed, M.F. et al. (2025). An insight into pharmaceutical design and pharmacokinetic characteristics of GLP-1 RAs. *Curr Pharm Des*. Online ahead of print

31. Lin, F. & Wang, R. (2009) Molecular modeling of the three-dimensional structure of GLP-1R and its interactions with several agonists. *J Mol Model* 15(1), 53-65.

32. Zhao, F et al. (2022). Structural insights into multiplexed pharmacological actions or tirzepatide and peptide 20 at the GIP, GLP-1 or glucagon receptors. *Nature Comm*. 13(1):1057

33. Kirkpatrick, A. et al. (2012). Predicted structure of agonist-bound glucagon-like peptide 1 receptor, a class B G protein-coupled receptor. Proc Natl Acad Sci. 109(49): 19988-19983

34. Peri, R., Anchan, H., Jonnalagadda, K., et al. (2025). Designing GLP-1 delivery: structural perspectives and formulation approaches for optimized therapy. *Nutr. Diabetes* 15, 53.

35. Deacon, C. F. (2019). Physiology and pharmacology of DPP-4 in glucose homeostasis and the treatment of type 2 diabetes. *Front Endocrinology* 10:80.

36. Alavi, S.E. et al. (2019). Glucagon-like peptide-1 receptor agonists and strategies to improve their efficacy. *Mol Pharmacology*16(6):2278-2295.

37. Min J.S. (2025). A Comprehensive Review on the Pharmacokinetics and Drug-Drug Interactions of Approved GLP-1 Receptor Agonists and a Dual GLP-1/GIP Receptor Agonist. *Drug Dis Devel Ther*. 19:3509-3537.

38. Cary, B.P. (2022). Structural and functional diversity among agonist-bound states of the GLP-1 receptor. *Nature Chem Biol.* 18(3):256-263

39. Liao, S. et al. (2015). In vitro metabolic stability of exendin-4: pharmacokinetics and identification of clevage products. *PloS One*. 10(2), e0116805

40. Runge, S., et al. (2007). Different structural properties of GLP-1 and exendin-4 determine their relative affinity for the GLP-1 receptor N-terminal extracellular domain. *Biochemistry*, 46(19),5830-5840.

41. Bech, E.M., et al. (2017). Peptide half-life extension: Divalent, small-molecule albumin interactions direct the systemic properties of glucagon-like peptide 1 (GLP-1) analogues. *J Med Chem.* 60(17), 7434-7446.

42. Hupe-Sodmann, K., et al. (1995). Characterization of the processing by human neutral endopeptidase 24.11 of GLP-1(7-36) amide and comparison of the substrate specificity for other glucagon-like peptides. *Regul Peptides* 58(3):149-156.

43. Lindgren, J. et al (2014). A GLP-1 receptor agonist conjugated to an albumin binding domain for extended half-life. *Biopolymers* 102(3):252-259.

44. Gong, F., et al. (2025). Multiple analysis based on dual mode anion-exchange chromatography strategy reveals significant impact of charge heterogeneity on structure-function of dulaglutide. *Int J Macromol*. 329(Pt 1), 1-12

45. Schneider, E.L. et al. (2025). Long-acting, longer-acting and ultralong-acting antiobesity peptides. *J Medicinal Chem.*, 68(3),2301-2306.

46. Narayan, N., et al. (2025). Efficacy and safety of Efpeglenatide in patients with type 2 diabetes and obesity: A systematic review. *Cureus* 17(1), e77089.

47. Ehsasatvatan, M., et al, (2023). Designing and computational analyzing of chimeric long-lasting GLP-1 receptor for type 2 diabetes. *Science Reports*, 13,17778.

48. Peercy, B.E., et al. (2015) Modeling of glucose-induced cAMP oscillations in pancreatic $\beta$ cells: cAMP rocks when metabolism rolls. *Biophys J*. 109(2), 439-449.

49. Tengholm, A., et al. (2017). cAMP signaling in insulin and glucagon secretion. *Diabetes Obes Metab.* Suppl 1:42-53

21

50. Kang G. et al. (2005). A cAMP and $Ca^{2+}$ coincidence detector in support of $Ca^{2+}$-induced $Ca^{2+}$ release in mouse pancreatic β-cells. *Journal of Physiology*, 566(Pt 1),173-188.

51. Shibasaki, T., et al. (2007). Essential role of Epac2/Rap1 signaling in insulin granule dynamics by cAMP. *Proceedings* of the National Academy of Sciences, 104(49),19333-19338

52. Ashcroft, F.M., et al. (2013). K(ATP) channels and islet hormone secretion: new insights and controversies. *Nature Rev Endocrinol.*, 9(11),660-669.

53. Rorsman, P., et al. (2014). β-cell electrical activity and insulin secretion. *Physiological Reviews*, 98(1), 117–214.

54. Yusta, B., et al. (2006). GLP-1 receptor activation improves beta cell function and survival following induction of endoplasmic reticulum stress. *Cell Metabolism*, 4(5), 391-406.

55. Buteau, J., (2008). GLP-1receptor signaling: effects on pancreatic beta-cell proliferation and survival. *J Diabetes Metab*, 34:S73-s77.

56. Rea, N. & Ramdass, V.A.K., (2025). GLP-1 receptor agonists and pancreatic beta cell apoptosis in diabetes mellitus: a systematic review and meta-analysis of pre-clinical studies. *Front Clin Diabetes Healthc,* 27:6, 1579961

57. Novikoff A., et al. (2021). Spatiotemporal GLP-1 and GIP receptor signaling and trafficking/recycling dynamics induced by selected receptor mono- and dual-agonists. *Mol Metab*, 49,101181.

58. Hinds, C.E., et al. (2024). Abolishing β-arrestin recruitment is necessary for the full metabolic benefits of G protein-biased glucagon-like peptide-1 receptor agonists. *Diabetes Obes Metab.*, 26(1),65-77.

59. Zhou, E., (2017).  Understanding the GPCR Biased signaling through G protein and arrestin complex structures. *Curr Opin Struct Biol*, 45, 150–159.

60. Gerada, S.B., et al. (2017). $G_{\alpha}s$ regulates glucagon-like peptide 1 receptor-mediated cyclic AMP generation Rab5 endosomal compartment. *Mol Metab,* 6(10):1173-1185.

61. Willard, F. S., et al. (2020). Tirzepatide is an imbalanced and biased dual GIP and GLP-1 receptor agonist. *Journal of Clinical Investigation Insight*, 130(6), 3412–3426.

62. Deganutti, G., et al. (2022). Dynamics of GLP-1R peptide agonist engagement are correlated with kinetics of G protein activation *Nature Commun,* 3(1), 92.

63. Underwood, C.R., et al. (2010). Crystal structure of glucagon-like peptide-1 in complex with the extracellular domain of the glucagon like peptide-1 receptor. *J Biol Chem*, 285(1), 723-730.

64. Runge, S., et al. (2008). Crystal structure of the ligand-bound glucagon-like peptide-1 receptor extracellular domain. *J Biol Chem,* 283(17), 11340-11347.  65. Li, B., H., et al (2023). Structure and molecular mechanism og signaling for the glucagon-like peptide-1 receptor bound to Gs protein and exendin-P5 biased agonist.  *J Am Chem Soc,* 145(37), 20422-20431.

66. Pyke, C., et al. (2014). GLP-1 receptor localization in monkey and human tissue: novel distribution revealed with extensively validated with extensively validated monoclonal antibody. *Endocrinology*, 155(4), 1280-1290.

67. Andersen, A. et al., (2018). Glucagon-like peptide 1 in health and disease. *BMJ Case Rep.*, 14(7), 390-403.

68. Mahajne, J., et al. (2025). GLP-1 agonists-induced autoimmune pancreatitis. *BMJ Case Reports* CP 2025:18:e267811.

69. Frazier, R.D & Hasler, W.L., (2025) Impact of GLP-1 receptor agonists on gastrointestinal function and symptoms. *Expert Rev Gastroenterol Hepatol*, 19(11), 1181–1195.

70. Sodhi, M.J., et. al. (2023). Risk of gastrointestinal adverse events associated with glucagon-like peptide-1 receptor agonists for weight loss. *JAMA*, 330(18),1795-1797.

71. Irwin, D. M. (2010). Evolution of genes for incretin hormones and their receptors. *Vitam Horm*, 84, 1-20.

72. Graham, G.V., et al. (2020). Role of exendin-4 in the Gila Monster: *Further lessons regarding human oral glucagon-like peptide-1 therapy? Diabetes Obes Metab*., 22(12), 2509-2511.

73. Yap, M.K.K. & Misuan, N. (2018). Exendin-4 from Heloderma suspectum venom: From discovery to its latest application as type II diabetes combatant. *Basic Clin Pharmacol Toxicol*, 124(5), 513-527.

74. Brown, DX, et. al. (2013) Lixisenatide as add-on therapy to basal insulin. *Drug Des Devel Ther.,* 13(8), 25-38.

75. Willard, F.S. et. al. (2020) Tirzepatide is an imbalanced and biased dual GIP and GLP-1 receptor agonist. *JCI Insight*, 5(17):e140532.

76. Irwin, D.M. (2014) Evolution of receptors for peptides similar to glucagon. *General & Comparative Endocrinology*, 209: 50-60.

77. Xie, Y. et. al. (2025) Mapping the effectiveness and risks of GLP-1 receptor agonists. *Nature Medicine* 31: 951-962.

**Appendix – highlighted section conclusions**

1. *None of the modifications of the native GLP-1 structure to produce longer acting GLP-1-like drugs affect their ability to activate the GLP-1 receptor in the pancreas, gastrointestinal tract or any tissue or organ that expresses the GLP-1 receptor.* In other words, the changes made to natural GLP-1 to create longer-lasting GLP-1 medicines do not change how these drugs work in the body. They still activate the same GLP-1 receptors in the pancreas, digestive system, and all other organs that normally respond to GLP-1.

2. *Despite the substitutions and additions in the different GLP-1 drugs, all agonists maintain the conserved C-terminal helical docking motif essential for specific receptor binding* (6,21,31-33). More simply stated, GLP-1 medicines may differ in their design, but they all preserve the critical part of the molecule that lets them recognize and bind to the GLP-1 receptor.

3. *Both semaglutide and liraglutide remain homologous to human GLP-1 at 94% and 97% respectively. It is important to point out that substitutions and additions to the core GLP-1 receptor structure which prolong half-life do not prevent binding to the GLP-1 receptor ECD.* Thus, despite small structural changes that extend their duration, semaglutide and liraglutide remain highly similar to human GLP-1 and retain normal GLP-1 receptor binding.

4. *None of the modifications to the native GLP-1 sequence interfere with drug binding to the GLP-1 ECD-binding pocket. Further binding of all GLP-1 agonists stimulates cyclic AMP formation and engages the b-arrestin pathway (see below). The substitutions primarily alter drug half-life in the bloodstream, although differences in agonist structure can also influence the tightness of binding to the ECD pocket (affinity) as well as the relative potencies of the drug from small differences in coupling to GTP binding proteins and cyclic AMP formation (efficacy).The differences in half-life between the GLP-1 agonists determine primarily the frequency of dosing necessary to maintain a desired plasma concentration. On the other hand, the dose of GLP-1 agonist needed to produce the desired therapeutic blood concentrations reflect primarily how tight each agonist binds to the GLP-1 receptor ECD and how well it engages the G protein-signaling pathways.* The basic concept is that the changes made to natural GLP-1 do not stop these drugs from attaching to the GLP-1 receptor. Once attached, all GLP-1 drugs trigger the same internal signals inside cells. Most of the differences between these drugs are about how long they stay in the bloodstream. Some structural modifications , however,  also affect how tightly the drug attaches to the receptor and how well it engages GTP binding protein activation of cyclic AMP formation. Importantly, differences in susceptibility to breakdown or renal elimination determine length of time in

the bloodstream and, therefore, frequency of dosing. On the other hand, higher doses produce greater therapeutic as well as adverse effects.

5. *Cyclic AMP enhances glucose-induced depolarization of pancreatic beta cells by inhibiting ATP-sensitive potassium ($K^+$) channels through PKA and Epac-mediated pathways. Membrane depolarization (more positive membrane potential)  causes activation of voltage-dependent calcium channels in the membrane. Opening of calcium channels allows calcium influx from the extracellular space to the cell interior which triggers secretion of insulin.(48-50,53). These mechanisms are identical across all GLP-1 agonists because they arise from highly conserved receptor activation steps (9,11,12).* So, inside insulin-producing pancreatic b-cells, GLP-1 signaling helps glucose trigger calcium-dependent insulin release. It does this by changing the cell's electrical voltage, which opens calcium channels in the cell membrane. Calcium then flows into the cell and rapidly triggers insulin secretion into the bloodstream. All GLP-1 drugs work this same way because they activate the GLP-1 receptor using the same basic molecular and cellular signaling process.

6. *Note that all the agonists can be considered high affinity in that the drug concentration that produces half-maximal binding or cyclic AMP production ranges from $10^{-12}$ to ~5 x $10^{-10}$ M. The curves are approximate and meant to show the range of agonist potency. Potency is measured as the concentration of agonist which produces half-maximal activation as measured by cyclic AMP production.* All of these drugs bind strongly to the GLP-1 receptor. Only very small amounts are needed to produce the desired therapeutic effect in cells. The graphs show an approximate range of how powerful these drugs are, not exact values. A drug's 'potency' simply means how much of it is needed to produce half of its maximum effect inside the cell.

7. *Across all clinically useful GLP 1 receptor agonists, side chain packing, hydrophobic cradle interactions, and overall docking geometry show differences based on agonist geometry, but the fundamental mechanisms of action are identical.* Although different GLP-1 drugs possess structural differences, they all fit into and attach to the GLP-1 receptor using the same molecular binding steps and engaging the same G-protein signaling system. This is true for all GLP-1 agonists in different cell types and tissues

# EXHIBIT A

November 12, 2024

**Jeffry B. Lansman, Ph.D**.
Professor Emeritus
University of California, San Francisco

## EDUCATION

| | | | |
|---|---|---|---|
| 1971 - 1973 | Purchase College | B.A. | Biology |
| 1976 - 1978 | Tufts University | M.S. | Biology |
| 1978 - 1982 | University of California, Los Angeles | Ph.D. | Physiology/Biophysics |

## PRINCIPAL POSITIONS HELD

| | | |
|---|---|---|
| 1982 - 1983 | Department of Physiology<br>University of California, Los Angeles | NIMH Postdoctoral Fellow |
| 1983 - 1984 | Department of Physiology<br>Yale School of Medicine | NIH Postdoctoral Fellow |
| 1985 - 1986 | Physiological Laboratory<br>University of Cambridge | National Science Foundation<br>Postdoctoral Fellow |
| 1987 - 1992 | Department of Pharmacology<br>University of California, San Francisco | Assistant Professor |
| 1992 - 2012 | Department of Cellular & Molecular Pharmacology<br>University of California, San Francisco | Associate Professor |
| 2012 - 2017 | Department of Cellular & Molecular Pharmacology | Professor |
| 2017 - present | Department of Cellular & Molecular Pharmacology | Professor Emeritus |
| 2017 - present | Turex Marine BioPharma<br>Drug discovery | Founder and CSO |
| 2023 - 2024 | Cardio AI | Senior Scientific Advisor and<br>Executive Vice-President R&D |

## AFFILIATED ACADEMIC PROGRAMS

Neuroscience Graduate Program

Weill Institute of Neurosciences

Cardiovascular Research Institute

**CERTIFICATE COURSES**

| 1975 | Course in Neurobiology | Marine Biological Laboratory, Woods Hole |
|------|------------------------|------------------------------------------|
| 1976 | Course in Invertebrate Physiology | Marine Biological Laboratory, Woods Hole |
| 1977 | Course in Synaptic Structure and Function | Cold Spring Harbor Laboratory |
| 1979 | Invertebrate Embryology | Hopkins Marine Station, Stanford University |
| 1980 | Course in Invertebrate Ecology | Bermuda Biological Station for Research |
| 1988 | Course in Biological Imaging | Marine Biological Laboratory, Woods Hole |
| 2021 | Entrepreneurship | Wharton School, University of Pennsylvania |

**HONORS AND AWARDS**

1980     Sigma Xi, Tufts University

1985     NATO Postdoctoral Fellow, Cambridge University
National Science Foundation

1986     Syntex Scholars Achievement in Cardiovascular Research
Syntex Corporation

1987     Basil O'Connor Scholar Award
March of Dimes Foundation

1991     Dunaway-Burnam Visiting Professor of Physiology
Dartmouth Medical School

2002     Long Prize "Teacher of the Year"
UCSF School of Pharmacy

2004     Joseph M. Long Foundation Prize for Excellence in Teaching,
UCSF School of Pharmacy (Awarded by the Class of 2004)

2004     Long Prize "Teacher of the Year"
UCSF School of Pharmacy

2006     Joseph M. Long Foundation Prize for Excellence in Teaching,
UCSF School of Pharmacy (awarded by the graduating Class of 2006)

2006     Dean's Recognition for Excellence in Teaching
UCSF School of Pharmacy (Winter)

2006     Nominated Academic Senate Distinction in Teaching

2006     Long Prize "Teacher of the Year"
UCSF School of Pharmacy

| | | |
|---|---|---|
| 2007 | Dean's Recognition for Excellence in Teaching | |
| | UCSF School of Pharmacy (Fall) | |

2007    Dean's Recognition for Excellence in Teaching
UCSF School of Pharmacy (Fall)

2008    Dean's Recognition for Excellence in Teaching
UCSF School of Pharmacy (Winter)

2008    Dean's Recognition for Excellence in Teaching
UCSF School of Pharmacy (Spring)

2008    Long Prize "Teacher of the Year"
UCSF School of Pharmacy

2008    Dean's Recognition for Excellence in Teaching
UCSF School of Pharmacy (Fall)

2008    Nominated: Essential Core Teaching Award for Excellence in Small Group,
UCSF School of Medicine

2008    Nominated for Kaiser Award for Excellence Teaching
UCSF School of Medicine

2009    Joseph M. Long Foundation Prize for Excellence in Teaching
UCSF School of Pharmacy (awarded by the Graduating Class of 2009)

2009    AACP Teacher of the Year
American Association Colleges of Pharmacy

2009    Dean's Recognition for Excellence in Teaching
UCSF School of Pharmacy (Winter)

2009    Dean's Recognition for Excellence in Teaching
UCSF School of Pharmacy (Spring)

2010    Dean's Recognition for Excellence in Teaching
UCSF School of Pharmacy (Winter)

2010    Joseph M. Long Foundation Prize for Excellence in Teaching
UCSF School of Pharmacy (awarded by the Graduating Class of 2010)

2010    AACP Teacher of the Year
American Association Colleges of Pharmacy

2010    Dean's Recognition for Excellence in Teaching
UCSF School of Pharmacy (Spring)

2011    Long Prize "Teacher of the Year" UCSF School of Pharmacy

2012    Dean's Recognition for Excellence in Teaching
UCSF School of Pharmacy (Winter)

2013    Dean's Recognition for Excellence in Teaching
UCSF School of Pharmacy (Winter)

| 2013 | Joseph M. Long Foundation Prize for Excellence in Teaching |
|------|------------------------------------------------------------|
|      | UCSF School of Pharmacy (awarded by the Graduating Class of 2013) |

| 2013 | Dean's Recognition for Excellence in Teaching |
|------|-----------------------------------------------|
|      | UCSF School of Pharmacy (Fall) |

| 2013 | Dean's Recognition for Excellence in Teaching |
|------|-----------------------------------------------|
|      | UCSF School of Pharmacy (Winter) |

| 2014 | Dean's Recognition for Excellence in Teaching |
|------|-----------------------------------------------|
|      | School of Pharmacy (Winter) |

| 2014 | Dean's Recognition for Excellence in Teaching |
|------|-----------------------------------------------|
|      | UCSF School of Pharmacy (Spring) |

| 2015 | Dean's Recognition for Excellence in Teaching, |
|------|------------------------------------------------|
|      | UCSF School of Pharmacy (Winter) |

**AREAS OF INTEREST**

Calcium channels and signaling        Degenerative disease of nerve and muscle
Mechanosensitive ion channels        Drug Discovery

**SERVICE TO PROFESSIONAL PUBLICATIONS**

ACS Chemical Biology        Journal of Physiology

Biophysical Journal        Journal of Neurophysiology

FASEB Journal        Neuroscience

Journal Cell Biology        Plos One

Journal of General Physiology        Plos One Computational Biology

**SCIENTIFIC CONTRIBUTIONS**

- Discovery of $I_f$, a novel sodium channel subsequently shown to be the cardiac pacemaker (UCLA, 1982)

- Discovery of the calcium-activated sodium channel current which controls the duration of individual action potentials in many cells including nerve and sensory cells (UCLA, 1982)

- First identification of L- and T-type calcium channels in ventricular heart cells and elucidation of the mechanism of the action of dihydropyridine dugs and beta receptor agonists on the heart that stimulate the increase in heart rate and contractility by sympathetic nervous system activity (Yale, 1984)

- First direct measurement of the lifetime of a single calcium ion in the pore of a single calcium channel molecule which provided proof of a two binding site model to explain the high permeability of calcium channels to extracellular $Ca^{2+}$ ions over $Na^+$ ions (Yale, 1985)

- Discovery of mechanosensitive ion channels in vascular endothelial cells as the primary sensor for detecting blood pressor and blood flow in the vascular system (Cambridge, 1986)

- Discovery of mechanosensitive ion channels as a pathway for abnormal $Ca^{2+}$ entry in muscular dystrophy and the major pathway for pathophysiological $Ca^{2+}$ entry in degenerative disease. (UCSF, 1990)

- Discovery of functionally distinct L-type $Ca^{2+}$ channels in the brain that contribute to facilitation of $Ca^{2+}$ entry and signal processing.  First description of a new pathway for intracellular $Ca^{2+}$ store refilling in which intracellular $Ca^{2+}$ store depletion activates L-type channels in the cell membrane (UCSF, 2001).

- Discovery of L-type and NMDA receptor upregulation in the pathogenesis of cerebellar neurodegenerative disease and ataxia (UCSF, 2012)

**SERVICE TO PROFESSIONAL ORGANIZATIONS**

| 2016 - 2017 | Annals of Pharmacology and Therapeutics | Editorial Board |
|---|---|---|
| 2016 - 2017 | Brain and Neuroscience | Editorial Board |

**INTERNATIONAL INVITED PRESENTATIONS**

| 1984 | Physiological Society, Oxford University | Invited Speaker |
|---|---|---|
| 1984 | Department of Physiology, Oxford University | Invited Seminar |
| 1986 | Physiological Laboratory, Cambridge University | Invited Speaker |
| 1990 | International Symposium on the Regulation of Coronary Circulation, Kobe, Japan | Invited Speaker |
| 1990 | International Symposium on Basic Neurophysiology, Okazaki, Japan | Invited Speaker |
| 1991 | International Symposium on Mechanoreceptors, Nagoya, Japan | Invited Speaker |
| 1991 | Third International Congress of Comparative Physiology, Tokyo | Invited Speaker |
| 1995 | Université Montpellier, France | Ph.D. Committee |
| 2004 | Australian Physiological Society Symposium "Stretch-activated ion Channels" | Invited Speaker |

**MEMBERSHIPS**

| 1986 - 2022 | Biophysical Society |
|---|---|
| 1986 - 2022 | Society of General Physiologists |

Jeffry Lansman    5

**UNIVERSITY OF CALIFORNIA SYSTEM-WIDE LEADERSHIP**

MEMBER, ACADEMIC SENATE BOARD ON ADMISSION & RELATIONS WITH SCHOOLS
(2003-2005) The Board on Admissions and Relations with Schools sets system-wide admissions policy for all nine undergraduate campuses of the University of California. I reviewed and amended admission requirements and policies regarding "Eligibility in a Local Context," admission metrics as correlated with future success at UC, principles and policies for undergraduate admissions testing, UC subject admission requirements, and inclusiveness indicators in admissions policy.

MEMBER, UNIVERSITY COMMITTEE ON PRIVILEGE AND TENURE (2012-2013) Privilege and Tenure is an Academic Senate Committee charged as a quasi-judicial body to hear faculty grievances and to provide due process adjudication of faculty disciplinary cases. At the system-wide level, I reviewed and revised policies and procedures that govern the Privilege and Tenure hearings on the ten UC campuses.

CHAIR, UNIVERSITY COMMITTEE ON PRIVILEGE AND TENURE (2013-2016) I reviewed and revised policy related to concerns from incidents of racial discrimination and sexual harassment on several campuses. Under my direction, the committee evaluated how divisional Privilege and Tenure Committees interact with their respective administrations and Title VII and IX Offices, particularly in relation to investigative procedures and evidentiary standards. I drafted guidelines for procedures for handling sexual harassment cases on all campuses, which coordinated Title IX Office investigations with University investigations.

http://senate.universityofcalifornia.edu/_files/committees/ucpt/UCPT2013-14AnnualReport.pdf
http://senate.universityofcalifornia.edu/_files/committees/ucpt/UCPT2013-14AnnualReport.pdf

MEMBER, PRESIDENT NAPOLITANO'S WORK GROUP ON DISCRIMINATION AND BIAS (2013-2014) University of California President Janet Napolitano formed an independent task force headed by former California State Supreme Court Justice Carlos Moreno to investigate university policies and procedures for addressing racial bias and discrimination. The report of the Moreno Task Force concluded campus procedures "…*failed to adequately record, investigate, or provide for disciplinary sanctions for incidents which, if substantiated, would constitute violations of university nondiscrimination policy*." Based on these conclusions the President formed a work group to propose new policies and procedures for both dealing effectively with acts of discrimination and ensuring a university climate of respect and recognition of all members of the campus community. The report can be found at:

http://www.ucop.edu/moreno-report/moreno-senate-admin-work-group-12-23-13.pdf

**UCSF CAMPUS LEADERSHIP**

MEMBER, ACADEMIC SENATE GRADUATE COUNCIL (2004-2006) The Graduate Council is charged with making reports and recommendations to the Academic Senate, periodic external quality reviews of existing graduate programs, setting policies and standards concerning graduate students' progress towards their degrees and the conduct of examinations for degrees, overseeing standards for part-time degree status, making recommendations for the awards of fellowships, and advising the administration on foundation and research institution issues related to graduate education.

<u>CHAIR, ACADEMIC SENATE GRADUATE COUNCIL</u> (2007-2009) I directed external review of UCSF's doctoral programs in Neuroscience, Chemistry and Chemical Biology, Developmental Biology, Bioengineering, Medical Anthropology, and the Masters in Clinical Sciences. In addition, he evaluated program proposals, defined support and teaching staff needs, and determined cost and revenue structures for new Master's degree programs in Global Health, Science and Technology Studies in Medicine, and Dental Hygiene, and a Ph.D. program in Epidemiology and Translational Sciences.

http://senate.ucsf.edu/2006-2007/i-gradc-2006-07-annualreport.pdf
http://senate.ucsf.edu/2007-2008/i-gradc-2007-08-annualreport.pdf

<u>CHAIR, ACADEMIC TASK FORCE ON THE UCSF INSTITUTE OF QUANTITATIVE BIOSCIENCES</u> (2008) **T**he Institute of Quantitative Biology is a consortium of UC faculty whose goal is to advance quantitative biosciences using the methods of physics, chemistry, and computer science to solve fundamental problems in human biology. The Institute fosters transfer of basic science to commercial start-ups.

<u>CHAIR, TASK FORCE TO REVIEW NEW DEPT. OF BIOENGINEERING AND THERAPEUTIC SCIENCE (2008)</u>

<u>MEMBER, CHANCELLOR'S EXECUTIVE BUDGET COMMITTEE</u> (2009)

<u>CHAIR, ACADEMIC SENATE COMMITTEE ON PRIVILEGE AND TENURE</u> (2012-2014) I presided over evidentiary hearings involving faculty disciplinary and grievance cases and also negotiated settlements with administration counsel and grievant. I led in developing policies to extend Privilege and Tenure due process rights to faculty in the Adjunct Series.

<u>MEMBER, ACADEMIC COMMITTEE ON COURSES OF INSTRUCTION</u> (2014-2017) The Committee on Courses of Instruction reviews and approves all new courses at UCSF. Working with faculty throughout the university, I worked with program instructors to define specific skill sets, methods to evaluate student progress and skill and knowledge acquisition, and define course content within the context of existing courses and the specific program.

**PEER-REVIEWED PUBLICATIONS**

1. Lansman, J. and Haynes, D.H. (1975) Kinetics of a $Ca^{2+}$ triggered membrane aggregation reaction of phospholipid membranes. *Biochimica Biophysica Acta* 394:335-347.

2. Lansman, J.B. and Haynes, D.H. (1979) Charge asymmetry does not affect the rate of $Ca^{2+}$-induced aggregation of phospholipid vesicles. *Biophysical Journal* 26:335-337.

3. Haynes, D.H., Lansman, J.B., Cahill, A.L. and Morris, S.J. (1979) Kinetics of cation-induced aggregation of Torpedo electric organ synaptic vesicles. *Biochimica Biophysica Acta* 557:340-353.

4. Lansman, J.B. and Cochrane, D.E. (1979) Wheat germ agglutinin stimulates exocytotic histamine secretion from rat mast cells in the absence of extracellular calcium. *Biochemical Pharmacology* 29:455-458.

5. Cochrane, D.E., Distel, D.L., Lansman, J.B. and Paterson, B.M. (1982) Stimulus-secretion coupling in rat mast cells: Inactivation of calcium-dependent secretion. *Journal of Physiology* 323:423-435.

6.  Carraway, R., Cochrane, D.E., Lansman, J.B., Leeman, S.E., Paterson, B.M. and Welch, H.J. (1982) Neurotensin stimulates histamine secretion from rat mast cells and elevates plasma histamine levels. *Journal of Physiology* 323:403-414.

7.  Moody, W.J. and Lansman, J.B. (1983) Developmental regulation of $Ca^{2+}$ and $K^+$ currents during hormone-induced meiotic maturation of starfish oocytes. *Proceedings of the National Academy of Sciences USA* 80:3096-3100.

8.  Lansman, J.B. (1983) Voltage clamp study of the conductance activated at fertilization in the egg of a starfish. *Journal of Physiology* 345:353-372.

9.  Hess, P., Lansman, J.B. and Tsien, R.W. (1984) Different modes of calcium channel gating behavior favored by dihydropyridine agonists and antagonists. *Nature* 311:538-544.

10. Nilius, B., Hess, P., Lansman, J.B. and Tsien, R.W. (1985) A novel type of cardiac calcium channel in ventricular cells. *Nature* 316:443-446.

11. Hess, P., Lansman, J.B. and Tsien, R.W. (1986) Calcium channel selectivity for divalent and monovalent cations. Voltage and concentration dependence of single channel current in ventricular heart cells. *Journal of General Physiology* 88:293-319.

12. Lansman, J.B., Hess, P. and Tsien, R.W. (1986) Blockade of current through single calcium channels by Cd, Mg, and Ca. Voltage-and concentration-dependence of Ca entry into the pore. *Journal of General Physiology* 88:321-347.

13. Tsien, R.W., Bean, B.P., Hess, P., Lansman, J.B., Nilius, B. and Nowycky, M.C. (1986) Mechanisms of calcium channel modulation by beta-adrenergic agents and dihydropyridine agonists. *Journal of Molecular and Cellular Cardiology* 18:691-710.

14. Hess, P., Lansman, J.B., Nilius, B. and Tsien, R.W. (1987) Calcium channel types in cardiac myocytes: Modulation by dihydropyridines and beta-adrenergic stimulation. *Journal of Cardiovascular Pharmacology* 8 (suppl. 9):511-521.

15. Lansman, J.B. (1987) Calcium current and calcium-activated inward current in the oocyte of the starfish *Leptasterias hexactis*. *Journal of Physiology* 390:397-413.

16. Lansman, J.B., Hallam, T.J. and Rink, T.J. (1987) Single stretch-activated ion channels in vascular endothelial cells as mechanotransducers? *Nature* 325:811-813.

17. Nilius, B., Hess, P., Lansman, J.B. and Tsien, R.W. (1987) Two kinds of calcium channels in isolated ventricular cells form guinea pig heart. *Fortschritte der Zoologie* 33:83-98.

18. Franco, A. and Lansman, J.B. (1990) Calcium entry through stretch-inactivated ion channels in mdx myotubes. *Nature* 344:670-673.

19. Franco, A. and Lansman, J.B. (1990) Stretch-sensitive channels in developing muscle cells from a mouse cell line. *Journal of Physiology* 427:361-380.

20. Lansman, J.B. (1990) Blockade of current through single calcium channels by trivalent lanthanide cations. Effect of ionic radius on the rates of ion entry and exit. *Journal of General Physiology* 95:679-696.

21. Winegar, B. and Lansman, J.B. (1990) Voltage-dependent block by zinc of single calcium channels in mouse myotubes. *Journal of Physiology* 425:563-578.

22. Forsayeth, J.R., Rossi, A.B., Franco, A., Lansman, J.B., and Hall, Z. (1990). Expression of functional mouse muscle acetylcholine receptors in Chinese Hamster Ovary cells. *Journal of Neuroscience* 10(8):2771-2779.

23. Gu, Y., Franco, A., Gardner, P.D., Lansman, J.B., Forsayeth, J.R., and Hall, Z.W. (1990). Properties of embryronic and adult muscle acetycholine receptors transiently expressed in COS cells. *Neuron* 5:147-157.

24. Winegar, B., Kelly, R., and Lansman, J.B. (1991) Block of current through single calcium channels by Fe, Co, Ni. Location of the transition metal binding site in the pore. *Journal of General Physiology* 97:351-367.

25. Slesinger, P.A. and Lansman, J.B. (1991a) Inactivation of calcium currents in granule cells cultured from mouse cerebellum. *Journal of Physiology* 435:101-121

26. Slesinger, P.A. and Lansman, J.B. (1991b) Inactivating and non-inactivating dihydropyridine-sensitive calcium channels in mouse cerebellar granule cells. *Journal of Physiology* 439:301-3

27. Franco, A., Winegar, B.D., and Lansman, J.B. (1991) Open channel block by gadolinium ion of the stretch-inactivated ion channel in mdx myotubes. *Biophysical Journal* 59:1-7.

28. Haws, C.M. and Lansman, J.B. (1991a) Calcium permeable ion channels open at negative membrane potentials in cerebellar neurons from mdx mice. *Proceedings of the Royal Society of London B* 244:185-189.

29. Haws, C.M. and Lansman J.B. (1991b) Developmental regulation of mechanosensitive Ca2+ channels in skeletal muscle from normal and mdx mice. *Proceedings of the Royal Society of London B* 245:173-177.

30. Slesinger, P.A. and Lansman, J.B. (1991c) Reopening of $Ca^{2+}$ channels in mouse cerebellar neurons at resting membrane potentials during recovery from inactivation. *Neuron* 7:755-762.

31. Haws, C.M., Slesinger, P.A., and Lansman, J.B. (1993) Dihydropyridine- and ω-conotoxin-sensitive $Ca^{2+}$ currents in cerebellar neurons. Persistent block of L-type channels by a pertussis toxin-sensitive G protein. *Journal of Neuroscience* 13:1148-1156

32. Elam, T.R. and Lansman, J.B. (1993) Mechanosensitive ion channels in vascular endothelial cells. In, NATO Advanced Studies Workshop: The Role of Ion Flux in Pulmonary Vascular Control. ed., E. Kenneth Weir, Plenum Press: New York

33. Franco-Obregón, A. and Lansman, J.B. (1994) Mechanosensitive ion channels in skeletal muscle from normal and dystrophic mice. *Journal of Physiology* 481(2):299-309

34. Elam, T.R. and Lansman, J.B. (1995) The role of $Mg^{2+}$ in the inactivation of inwardly rectifying $K^+$ channels in aortic endothelial cells. *Journal of General Physiology* 105:463-484.

35. Franco-Obrégon, A. and Lansman, J.B. (1995) Spontaneous and agonist-induced activity of acetylcholine receptor channels in developing muscle cells from normal and dystrophic mice. *Journal of Neuroscience Research* 42:452-458.

36. Chavis, P., Fagni, L., Bockaert, J., and Lansman, J.B. (1995) Modulation of calcium channels by metabotropic glutamate receptors in cerebellar granule cells. *Neuropharmacology* 34(8):929-937.

37. Slesinger, P.A. and Lansman, J.B. (1996) Reopening of single L-type $Ca^{2+}$ channels in mouse cerebellar granule cells: Voltage- and ion concentration-dependence. *Journal of Physiology* 491.2:335-345.

38. Haws, C.M., Winegar, B., and Lansman, J.B. (1996) Block of L-type $Ca^{2+}$ channels in skeletal muscle fibers by aminoglycoside antibiotics. *Journal of General Physiology* 107:421-432

39. Winegar, B., Haws, C.M. and Lansman, J.B. (1996) Subconductance block of mechanosensitive ion channels in skeletal muscle fibers by aminoglycoside antibiotics. *Journal of General Physiology* 107:433-443

40. Parri, H.R. and Lansman, J.B (1996) Multiple components of $Ca^{2+}$ channel facilitation in cerebellar granule cells. Expression of facilitation during development in culture. *Journal of Neuroscience* 16:4890-4902.

41. Chavis, P., Fagni, L, Lansman, J.B, and Bockaert, J. (1996) Functional coupling between ryanodine receptors and L-type calcium channels in neurons. *Nature* 382:719-722

42. Franco-Obrégon, A. and Lansman, J.B. (2002) Changes in mechanosensitive channel gating following mechanical stimulation in skeletal muscle myotubes from the mdx mouse. *Journal of Physiology* 539.2:391-407

43. Lansman, J.B. and Franco-Obregon, A. (2006) Mechanosensitive ion channels in skeletal muscle: a link in the membrane pathology of muscular dystrophy. *Clinical and Experimental Physiology and Pharmacology* 33:649-656

44. Vasquez, I., Tan, N., Boonyasampant, M, , Koppitch, K., and Lansman, J.B. (2012) Partial opening and subconductance gating of mechanosensitive ion channels in dystrophic skeletal muscle. *Journal of Physiology* 590(Pt 23):6167-6185.

45. Ho, T.C., Horn, N.A., Huyhn, T., Kelava, L. and Lansman, J.B. (2012) Evidence TRPV4 contributes to mechanosensitive ion channels in mouse skeletal muscle fibers. *Channels* 6(4):246-254.

46. Tan, N. and Lansman, J.B. (2014) Utrophin regulates modal gating of mechanosensitive ion channels in dystrophic skeletal muscle. *Journal of Physiology* 592(Pt 15):3303-3323

47. Lansman, J.B. (2015) Utrophin suppresses low frequency oscillations and coupled gating of mechanosensitive ion channels in dystrophic skeletal muscle. *Channels* 9(3):145-160.

48. Lansman, J.B. (2024) Compensatory changes in L-type and NMDA channels in cerebellar granule cells from leaner mice. (in revision)

49. Lansman, J.B. (2024) Hidden Markov Model analysis of individual subunit gating during single activations of mechanosensitive ion channels in dystrophic skeletal muscle. (in preparation)

50. Lansman, J.B. (2024) Analysis of the subconductance blocking mechanism of ruthenium red on single mechanosensitive channels in skeletal muscle fibers. (in preparation)

51. Lansman, J. (2024) The sodium and potassium currents in skeletal muscle from *mdx* and *mdx/utrophin* double knock out mice (in preparation)

**REVIEW ARTICLES**

1. Lansman, J.B. (1983) Components of the starfish fertilization potential: Role of calcium and calcium-dependent inward current. In, Neurology and Neurobiology Vol. 5, The Physiology of Excitable Cells. Grinnell, A. and Moody, W.J., eds., New York: Alan Liss, Inc.

2. Hess, P., Lansman, J.B. and Tsien, R.W. (1984) Mechanism of calcium channel modulation by dihydropyridine agonists and antagonists. In, Control and Manipulation of Calcium Movement. Parrat, ed., New York: Raven Press.

3. Tsien, R.W., Hess, P. and Lansman, J.B. (1985) Current views of cardiac calcium channels and their response to calcium antagonists and agonists. In, Cardiac Electrophysiology and Arrhythmias. Zipes, D.F. and Jalife, J., eds., Orlando, Grune and Stratton.

4. Hess, P., Fox, A.P., Lansman, J.B., Nilius, B., Nowycky, M.C. and Tsien, R.W. (1986) Calcium channel types in cardiac, neuronal and smooth muscle derived cells. Differences in gating, permeation and pharmacology. In, Ionic Channels in Neural Membranes. Ritchie, J.M., and Keynes, R., eds., Alan R. Liss, Inc., New York

5. Fox, A.P., Hess, P., Lansman, J.B., Nilius, B., Nowycky, M.C., and Tsien, RW. (1986) Shifts between modes of calcium channel gating as a basis for pharmacological modulation of calcium in cardiac, neuronal and smooth muscle-derived cells. in: New Insights into Cell & Membrane Transport Process A. Poste & S.J. Cooke, eds., Plenum Press: New York

6. Lansman, J.B. (1988) Endothelial mechanosensors. *Nature* 325:811-813.

7. Lansman, J.B. and Franco, A. (1991) What does dystrophin do in normal muscle? *Journal of Muscle Research and Cell Motility* 12:409-411.

8. Chavis, P., Fagni, L., Conquet, F., Lansman, J. and Bockaert, J. (1998) Metabotropic glutamate mGluR1 receptors couple L-type $Ca^{2+}$ channels and ryanodine receptors in neurons. In "Metabotropic Glutamate Receptors and Brain Function" Edited by Moroni, F., Nicoletti, F., and Pelligrini-Giampietro, D.E. London: Portland Press

9. Lansman, J.B. and Franco-Obregon, A. (2005) Stretch-inactivated channels in skeletal muscle. In, "Mechanosensitivity of Cells and Tissues." Ed, Kamkin, A. Moscow: Academia Press

10. Lansman, J.B. (2007) Mechanosensitive ion channels in dystrophic muscle. pp 467-484. Current Topics in Membranes Volume 59. Ed., Hamill, O. San Diego: Elsevier Press

**Citations (total): 8800**
**h-index: 33**
**i10-index:  50**

**FORMAL TEACHING**

| | |
|---|---|
| Immuno- and Endocrine Pharmacology | Course Director, Lecturer |
| Basic Concepts of Cellular & Molecular Neuroscience | Course Director, Lecturer |
| Prologue, School of Medicine | Small Group Leader |
| Autonomic & Cardiovascular Pharmacology | Course Director, Lecturer |
| Neuropharmacology | Course Director, Lecture |

**PROFESSIONAL SCHOOL TEACHING**

I directed and taught the second-year course in pharmacology for doctoral pharmacy students and cardiovascular pharmacology to medical students. The course covered Immunopharmacology and Endocrine Drugs, Autonomic and Cardiovascular Pharmacology, and Neuropharmacology. I also directed small group sessions in the School of Medicine, and lectured in the Biomedical Sciences basic science curriculum.

**GRADUATE TEACHING AND CURRICULUM DEVELOPMENT**

I directed and taught in Basic Concepts in Cellular and Molecular Neuroscience, the core course for first year neuroscience graduate students. Lectures covered the biophysics of nerve excitation, including the thermodynamics of electro-diffusion, the Nernst-Planck flux equation, origin of the membrane potential, voltage clamp methods, the Hodgkin and Huxley model for the nerve action potential, selective ion transport, and ion channel functional diversity relevant to the integrative properties of neurons for understanding information processing in the brain.

**MENTORING AND TRAINING**

**PRE-DOCTORAL STUDENTS SUPERVISED/MENTORED**

| Date | Name | Program or School | Role | Current Position |
|---|---|---|---|---|
| 1987 - 1991 | Paul Slesinger | Neuroscience | PhD Advisor | Professor Dept. Neuroscience, Mt. Sinai School of Medicine |
| 1987 - 1993 | Alfredo Franco-Obregon | Neuroscience | PhD Advisor | Professor Dept. of Surgery National University of Singapore |
| 1988 - 1993 | Teryl Elam | Physiology | PhD Advisor | Private Practice, OB-GYN |
| 1995 - 1996 | Pascal Chavis | Visiting PHD Student | PhD Advisor | Institut de Neurobiologie de la Méditerranée, Marseille |

**POSTDOCTORAL FELLOWS/RESIDENTS SUPERVISED/MENTORED**

| Date | Name | Fellow | Role | Current Position |
|---|---|---|---|---|
| 1989 - 1993 | Bruce Winegar, Ph.D. | Post-Doc | Research Supervision | Senior Scientist, Pherin Pharmaceuticals |
| 1987 - 1991 | Christine Haws Ph.D. | Post-Doc | Research Supervision | Not known |
| 1997 - 1998 | Ronan Kelly D.Phil. | Post-Doc | Research Supervision | University Laboratory of Physiology, Oxford |
| 1993 - 1993 | Munir Hussain Ph.D. | Burroughs-Wellcome Visiting Post-Doc | Research Supervision | University of Leeds, Leeds UK |
| 1993 - 1994 | Rajeswari Medicherla, Ph.D. | Post-Doc | Research Supervision | Stanford University |
| 1992 - 1995 | Rheinnalt Parri, Ph.D. | Post-Doc | Research Supervision | Senior Lecturer, Aston University, Birmingham, UK |
| 1996 - 1996 | Leonard Koh M.D. | Visiting Clinical Fellow | Research Supervision | Dept. of Endocrinology, Singapore General Hospital |
| 2000 - 2001 | Gang Lu, M.D. | Post-Doc | Research Supervision | Senior Associate Scientist, Hoffmann-La Roche |

I have also mentored and supervised the research of 16 undergraduate or post -baccalaureate students who have gone on to enroll in highly rated Medical School and Ph.D. Programs.


**RESEARCH AND CREATIVE ACTIVITIES**

**Biophysical basis of mechanical sensitivity and role in muscle disease**

My research seeks to understand how cells and tissues sense and respond to mechanical forces. Mechanical forces control many fundamental physiological functions including touch, hearing, proprioception, cardiovascular and pulmonary function. There is strong evidence mechanical forces play a role in cellular growth, development, and cancer. How mechanosensitive (MS) channels detect mechanical forces in cells remains a major unsolved problem in biology. It is virtually impossible to study single MS channels in sensory cells because they are localized to structures too small or too imbedded in other tissue to be accessible to electrophysiological recording methods. Examples are tiny mechanosensory nerve endings in skin or structures like Pacinian corpuscles in muscle. Understanding how mechanical forces activate ion fluxes through channels requires understanding the physical properties the membrane bilayer, as well as the organization of submembrane cytoskeletal, which provides mechanical support to the membrane. MS channels differ fundamentally from conventional voltage-gated ion channels in which the events that link stimulation to channel opening occur primarily within the channel protein itself.

We first showed that MS channels in muscle from mice with Duchenne dystrophy remained open for tens of seconds rather than milliseconds and this was responsible for the high levels of intracellular Ca2+ that cause muscle death (Franco & Lansman, *Nature* 340: 377, 1990b; Franco-Obregon and Lansman, *Journal of Physiology* 481:299, 1994; Franco-Obregon and Lansman, *Journal of Physiology* 539.2:391, 2002. Work from the lab using a combined pharmacological and genetic approach recently showed that MS channels in skeletal muscle contain TRPV4 proteins (Ho, Horn, Huynh, Koppitch & Lansman, Channels 6.4:1, 2012). Mutations in the TRPV4 gene produce a wide variety of neurologic and skeletal disorders, including the autosomal dominant skeletal dysplasias, congenital distal spinal

muscular atrophy, and hereditary and motor neuropathies. This work shows that cytoskeletal abnormalities produce gain of function changes in TRPV4 channels causing enhanced $Ca^{2+}$ entry. Current work is focused on discovery of novel compounds that block TRPV4 containing MS channels as a cure for degenerative disease of cardiac and skeletal muscle.

**Neuronal L-type, voltage-gated calcium channels**

While a postdoc at Yale with R.W. Tsien and Peter Hess, we were first to identify L- and T-type voltage - gated calcium channels in ventricular heart cells (Hess, Lansman, and Tsien, *Nature* 311:538; Nilius Hess, Lansman and Tsien, *Nature* 316: 1985). L-type $Ca^{2+}$ channels are sensitive to dihydropyridine agonists and antagonists and are responsible for contraction of cardiac and smooth muscle. Although receptors for dihydropyridine drugs had been found in brain tissue, the properties and physiological functions of L-type $Ca^{2+}$ channels in the brain were unknown.

At UCSF, I began studies aimed at understanding the diversity and function of L- type $Ca^{2+}$ channels in the brain. Studies focused on granule cells isolated from the cerebellum of mice because of the availability of a number of known spontaneous mutations that cause the selective loss of granule cells and produce a variety of neurologic disorders. Our initial work at UCSF characterized the whole-cell and single-channel $Ca^{2+}$ currents in granule cells, in which a large component is carried by L-type channels (Slesinger and Lansman, *J. Physiol*. 435:101, 1991; Slesinger and Lansman, *J. Physiol*. 439:301, 1991; Haws, Slesinger and Lansman, *J. Neurosci*. 13(3):1148). Subsequent studies revealed functionally distinct L-type channels: type 1 channels that re-opened at negative membrane potentials following a strong depolarization (Slesinger and Lansman, *Neuron* 7:755, 1991; Slesinger and Lansman, *J. Physiol*. 491.2:335; and type 2, facilitating channels, in which channel openings during a voltage step were prolonged by a strong pre-pulse to a positive voltage (Parri and Lansman, *J. Neurosci*.16(6):4890, 1996). The discovery of reopening and facilitating L-type channels expanded the physiological range over which L-type channels could control intracellular $Ca^{2+}$ levels.

L-type channels are often localized to postsynaptic sites. We asked whether synaptically released glutamate acting at metabotropic receptors regulates L- type channels in cerebellum (Chavis, Fagni, Bockaert, and Lansman, *Neuropharm* 34(8):929, 1996; Chavis, Fagni, Lansman and Bockaert, *Nature* 382:719, 1996). These studies revealed a novel form of oscillatory calcium signaling in which the depletion of intracellular $Ca^{2+}$ stores increased L-type channel current. This work suggested a direct physical interaction of membrane L-type $Ca^{2+}$ channel with intracellular $Ca^{2+}$ stores and suggested intracellular stores refill when depleted by $Ca^{2+}$ entry through L-type channels. More recently, we have shown that L-type channels are up-regulated in cerebellar granule cells from the *leaner* mutant mouse, which lacks presynaptic P-type $Ca^{2+}$ channels that normally control glutamate release. There is also a reduction of NMDA glutamate receptors. The changes in L- type and NMDA receptor channels represent physiological compensation for loss of presynaptic P-type $Ca^{2+}$ channels in the *leaner* mutant mouse. This compensatory process is important because $Ca^{2+}$ entry though NMDA receptor channels likely contributes to the selective degeneration of granule cells during early postnatal development of the cerebellum of *leaner* mice, which causes a profound ataxia and provides a useful model for elucidating the role of ion channels in neurodegenerative diseases.

# EXHIBIT B

**<u>Jeffry B. Lansman, Ph.D.</u>**

**<u>DISCLOSURE OF PRIOR EXPERT TESTIMONY</u>**

**Trial**

Melinda Barnes v. Seth Cool (Washington, 2024)

Scotto v. Lawnwood Hospital (Florida, 2024)