# EXHIBIT 7D

Jeffry Lansman, PhD
Professor Emeritus of Cellular & Molecular Pharmacology
School of Medicine
University of California, San Francisco

I provide this report to call out those areas where I believe my positions have been misstated and mischaracterized by the experts for Eli Lilly and Novo Nordisk.  The following is not intended to respond or provide a retort to every aspect of the reports or their opinions.

## Dr. Koliwad's Report

- "Dr. Jeffry Lansman's mechanism of action opinions do not support the conclusion that GLP-1RAs can cause permanent injury to the GI tract or persistent impairments in GI motility. While Dr. Lansman recognizes that the adverse effects of GLP-1RA are tied to the binding and activation of GLP-1 receptors, his further proposition that such binding 'precipitate[s] gastroparesis or bowel obstruction' as persistent pathologies is not supported by the literature and conflate expected, on-target, reversible pharmacologic effects with irreversible tissue damage. The established pharmacology of GLP-1RAs demonstrate that GLP-1RA effects on GI motility are on-target, dose-dependent, and reversible upon discontinuation, not permanent. Mechanistic engagement of GLP-1 receptors in the gut and brain can slow motility while the drug is present, yet this does not equate to nerve or smooth muscle damage, and the weight of clinical and physiologic data shows return to baseline after cessation."

I believe my report clearly sets forth that on-target GLP-1 receptor activation reduces GI and hepatobiliary motility and thereby "precipitate[s] gastroparesis or bowel obstruction" and biliary obstruction.

Moreover, I did not offer an opinion that injuries are 'permanent' or 'irreversible'; that characterization by Dr. Koliwad is simply without basis.

## Dr. Campbell's Report

- Dr. Campbell asserts that I state that the primary difference between GLP-1R agonists and dual agonists is half-life, and that this is incorrect because differences in how each agonist engages the receptor and drives signaling are important and affect biological outcomes. Dr. Campbell further claims that I state that half-life-extending modifications "mostly just affect the dosing interval," whereas, in Dr. Campbell's view, such modifications materially affect

1

efficacy and pharmacology. Dr. Campbell uses this to argue that each GLP-1RA is a unique agonist that should be analyzed separately, not as a coherent class.

I did not reduce the differences between GLP-1R agonists and dual agonists to half-life alone. I expressly described tirzepatide as "a 39-amino acid synthetic peptide that is based on human GIP," noting that "most backbone residues" follow GIP rather than GLP-1 and that it shares "only a limited set of amino acids" with GLP-1. I further explained that tirzepatide carries "a long C20 fatty diacid moiety linked to Lys20 via a spacer, which allows albumin binding and markedly extends its half life." By the Goodman and Gilman standard of shared primary mechanism of action, similar pharmacologic effects, shared therapeutic uses, and overlapping toxicity, tirzepatide is most accurately classified as a member of the GLP-1 receptor agonist class.

Moreover, for GLP-1-derived long-acting peptides, I stated that "none of the modifications of the native GLP-1 structure to produce longer acting GLP-1-like drugs affect their ability to activate the GLP-1 receptor in pancreas or gastrointestinal tract or any other tissue or organ that expresses the GLP-1 receptor." In other words, the sequence changes extend duration without disrupting GLP-1 receptor activation in relevant tissues, which supports my view that GLP-1 agonists share a conserved mechanism and can be evaluated as a mechanistic class.

Also, I expressly recognized that different GLP-1 agonists are not identical. I explained that, "because agonists differ in their amino acid sequences, secondary structures, and pharmacokinetics, they should induce different ligand-specific ECD conformations that account for differences in affinity (potency), efficacy and signaling bias." I also stated that, despite substitutions and additions, "all agonists maintain the conserved C-terminal helical docking motif essential for specific receptor binding," and that there is a "canonical binding mode in which the agonist C-terminal domain positions within the ECD binding pocket and the N terminus lies within the receptor's upright transmembrane domain (TMD)." On this basis, as I concluded: "these signaling events arise from highly conserved drug receptor interactions" and that "GLP-1 agonists have the same fundamental mechanism of action and overlapping pharmacologic profiles." Thus, I agree with Dr. Campbell that there are molecule-specific differences, but these operate within a shared receptor-binding and signaling architecture.

Also, because GLP-1 agonists share a conserved GLP-1 receptor binding pocket, a canonical binding mode, and highly conserved downstream signaling, the class-wide data are informative for safety and causation. I stated that "[w]hile individual drugs vary in their precise side effect rates, adverse event reports and observational studies for the entire class are relevant evidence when estimating the risk profile of any single GLP-1 drug." Far from ignoring molecule-specific pharmacology, I have acknowledged it and

2

explained why, given the conserved receptor interactions and overlapping pharmacologic profiles, a class-based approach is scientifically appropriate for assessing GI safety and causation.

- Dr. Campbell claims that I wrongly attributed the common GI symptoms of GLP-1 receptor agonists and dual agonists to delayed gastric emptying and "disregards" central (brain) effects. Dr. Campbell argues that preclinical data show much of the nausea and aversive effects actually arise from GLP-1R activation in the brain, and that human studies do not find a correlation between delayed GI motility and GI symptoms. He concludes that, taken together, preclinical and clinical data indicate GLP-1 agonist adverse effects arise not just partly, but primarily, from GLP-1R activation in the brain.

This is a false dichotomy: "delayed gastric emptying" vs "brain GLP-1R". I expressly recognize that:

- GLP-1 receptors are widely expressed in both the gastrointestinal tract and the central nervous system.
- GLP-1 agonists cause slowed gastric emptying and reduced intestinal motility via gut and vagal pathways, which involve neural components along the brain-gut axis.
- GLP-1 receptor agonists produce adverse effects through activation of receptors in multiple tissues, including gastrointestinal and hepatobiliary systems, consistent with class-wide pharmacology.

- Dr. Campbell criticizes my opinion that "GLP 1R agonists and dual agonists have a direct effect on the gallbladder because the GLP 1R is expressed in the gallbladder" as "there is not strong evidence for GLP 1R expression in the gallbladder." He goes on to explain that "Studies that directly measure the expression of GLP 1R in the gallbladder report levels that are at background signal, and exogenous GLP 1R agonists do not affect gallbladder volume."

I stated that "GLP-1 receptors are widely expressed throughout the gastrointestinal tract, pancreas, gall bladder, central nervous system, cardiovascular system, kidney, and lungs", and rely on this to support a direct effect of GLP-1 agonists on the hepatobiliary system. I further explained that GLP-1 receptor agonists "slow biliary peristalsis, a series of wave-like muscle contractions, which can cause gall bladder disease, gallstones (cholelithiasis) and gallbladder inflammation (cholecystitis)", and that reduced motility in the hepatobiliary system can progress to biliary obstruction. I thus indicated that GLP-1 agonists impair biliary motility and increase gallbladder-related events as a drug class, supported by evidence of GLP-1 receptor expression in gallbladder tissue and epidemiologic data on gallbladder outcomes, not

3

that every individual study must show high-level receptor signal or a measurable change in gallbladder volume with every agent.

Finally, Dr. Campbell focuses on the fact that certain expression studies show only low or "background" levels of signal in the gallbladder. That goes to how much receptor is detected and how sensitive the test is, rather than disproving the presence of the receptor altogether. Furthermore, "background" receptor expression is clinically significant when downstream consequences include increased risk of gallbladder disease, cholecystitis, gallstones, etc.

February 23, 2026