# EXHIBIT 8D

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAs) PRODUCTS LIABILITY LITIGATION** | **CIVIL ACTION MDL No. 3094**<br><br>**Case No. 2:24-md-03094-KSM** |

**RULE 26 EXPERT WITNESS DISCLOSURE**

Pursuant to CMO 29 and Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure**,** Plaintiffs hereby disclose the following individual**, <u>Jeffry B. Lansman, Ph.D.,</u>** who will provide expert testimony in the above-captioned case.

1. Pursuant to the requirements of Fed. R. Civ. Proc. 26(a)(2)(B)(iv), attached as Exhibit A, please find a curriculum vitae outlining Dr. Lansman's qualifications.

2. Pursuant to the requirements of Fed. R. Civ. Proc. 26(a)(2)(B)(v), attached as Exhibit B, please find a list of all other cases where Dr. Lansman has provided testimony as an expert witness during the previous four (4) years.

3. Pursuant to the requirements of Fed. R. Civ. Proc. 26(a)(2)(B)(vi), Dr. Lansman's hourly rate is $1000/hour.

4. Pursuant to CMO 29, as of this disclosure, Dr. Lansman is available for deposition on either February 24 or February 26, 2026.

DATED: January 2, 2026

Respectfully submitted,


BY: */s/ Paul Pennock*
Paul Pennock
MORGAN & MORGAN
199 Water Street, Suite 1500
New York, NY 10038
Telephone:  (212) 738-6292
Email:  ppennock@forthepeople.com

*/s/ Parvin K. Aminolroaya*
Parvin K. Aminolroaya
SEEGER WEISS LLP
55 Challenger Rd., 6th Floor
Ridgefield Park, NJ 07660
Telephone:  (973) 6399100
Email:  paminolroaya@seegerweiss.com

*/s/ Jonathan D. Orent*
Jonathan D. Orent
MOTLEY RICE LLC
40 Westminster Street., 5th Floor
Providence, RI 02903
Telephone:  (401) 457-7700
Email:  jorent@motleyrice.com

*/s/ Sarah Ruane*
Sarah Ruane
WAGSTAFF & CARTMELL
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone:  (816) 701-1123
Email:  sruane@wcllp.com

2

# EXHIBIT A

November 12, 2024

**Jeffry B. Lansman, Ph.D**.
Professor Emeritus
University of California, San Francisco

**EDUCATION**

| | | | |
|---|---|---|---|
| 1971 - 1973 | Purchase College | B.A. | Biology |
| 1976 - 1978 | Tufts University | M.S. | Biology |
| 1978 - 1982 | University of California, Los Angeles | Ph.D. | Physiology/Biophysics |

**PRINCIPAL POSITIONS HELD**

| | | |
|---|---|---|
| 1982 - 1983 | Department of Physiology<br>University of California, Los Angeles | NIMH Postdoctoral Fellow |
| 1983 - 1984 | Department of Physiology<br>Yale School of Medicine | NIH Postdoctoral Fellow |
| 1985 - 1986 | Physiological Laboratory<br>University of Cambridge | National Science Foundation<br>Postdoctoral Fellow |
| 1987 - 1992 | Department of Pharmacology<br>University of California, San Francisco | Assistant Professor |
| 1992 - 2012 | Department of Cellular & Molecular Pharmacology<br>University of California, San Francisco | Associate Professor |
| 2012 - 2017 | Department of Cellular & Molecular<br>Pharmacology | Professor |
| 2017 - present | Department of Cellular & Molecular<br>Pharmacology | Professor Emeritus |
| 2017 - present | Turex Marine BioPharma<br>Drug discovery | Founder and CSO |
| 2023 - 2024 | Cardio AI | Senior Scientific Advisor and<br>Executive Vice-President R&D |

**AFFILIATED ACADEMIC PROGRAMS**

Neuroscience Graduate Program

Weill Institute of Neurosciences

Cardiovascular Research Institute

**CERTIFICATE COURSES**

| 1975 | Course in Neurobiology | Marine Biological Laboratory, Woods Hole |
|------|------------------------|------------------------------------------|
| 1976 | Course in Invertebrate Physiology | Marine Biological Laboratory, Woods Hole |
| 1977 | Course in Synaptic Structure and Function | Cold Spring Harbor Laboratory |
| 1979 | Invertebrate Embryology | Hopkins Marine Station, Stanford University |
| 1980 | Course in Invertebrate Ecology | Bermuda Biological Station for Research |
| 1988 | Course in Biological Imaging | Marine Biological Laboratory, Woods Hole |
| 2021 | Entrepreneurship | Wharton School, University of Pennsylvania |

**HONORS AND AWARDS**

1980    Sigma Xi, Tufts University

1985    NATO Postdoctoral Fellow, Cambridge University
National Science Foundation

1986    Syntex Scholars Achievement in Cardiovascular Research
Syntex Corporation

1987    Basil O'Connor Scholar Award
March of Dimes Foundation

1991    Dunaway-Burnam Visiting Professor of Physiology
Dartmouth Medical School

2002    Long Prize "Teacher of the Year"
UCSF School of Pharmacy

2004    Joseph M. Long Foundation Prize for Excellence in Teaching,
UCSF School of Pharmacy (Awarded by the Class of 2004)

2004    Long Prize "Teacher of the Year"
UCSF School of Pharmacy

2006    Joseph M. Long Foundation Prize for Excellence in Teaching,
UCSF School of Pharmacy (awarded by the graduating Class of 2006)

2006    Dean's Recognition for Excellence in Teaching
UCSF School of Pharmacy (Winter)

2006    Nominated Academic Senate Distinction in Teaching

2006    Long Prize "Teacher of the Year"
UCSF School of Pharmacy

2007 Dean's Recognition for Excellence in Teaching
UCSF School of Pharmacy (Fall)

2008 Dean's Recognition for Excellence in Teaching
UCSF School of Pharmacy (Winter)

2008 Dean's Recognition for Excellence in Teaching
UCSF School of Pharmacy (Spring)

2008 Long Prize "Teacher of the Year"
UCSF School of Pharmacy

2008 Dean's Recognition for Excellence in Teaching
UCSF School of Pharmacy (Fall)

2008 Nominated: Essential Core Teaching Award for Excellence in Small Group,
UCSF School of Medicine

2008 Nominated for Kaiser Award for Excellence Teaching
UCSF School of Medicine

2009 Joseph M. Long Foundation Prize for Excellence in Teaching
UCSF School of Pharmacy (awarded by the Graduating Class of 2009)

2009 AACP Teacher of the Year
American Association Colleges of Pharmacy

2009 Dean's Recognition for Excellence in Teaching
UCSF School of Pharmacy (Winter)

2009 Dean's Recognition for Excellence in Teaching
UCSF School of Pharmacy (Spring)

2010 Dean's Recognition for Excellence in Teaching
UCSF School of Pharmacy (Winter)

2010 Joseph M. Long Foundation Prize for Excellence in Teaching
UCSF School of Pharmacy (awarded by the Graduating Class of 2010)

2010 AACP Teacher of the Year
American Association Colleges of Pharmacy

2010 Dean's Recognition for Excellence in Teaching
UCSF School of Pharmacy (Spring)

2011 Long Prize "Teacher of the Year" UCSF School of Pharmacy

2012 Dean's Recognition for Excellence in Teaching
UCSF School of Pharmacy (Winter)

2013 Dean's Recognition for Excellence in Teaching
UCSF School of Pharmacy (Winter)

2013    Joseph M. Long Foundation Prize for Excellence in Teaching
UCSF School of Pharmacy (awarded by the Graduating Class of 2013)

2013    Dean's Recognition for Excellence in Teaching
UCSF School of Pharmacy (Fall)

2013    Dean's Recognition for Excellence in Teaching
UCSF School of Pharmacy (Winter)

2014    Dean's Recognition for Excellence in Teaching
School of Pharmacy (Winter)

2014    Dean's Recognition for Excellence in Teaching
UCSF School of Pharmacy (Spring)

2015    Dean's Recognition for Excellence in Teaching,
UCSF School of Pharmacy (Winter)

**AREAS OF INTEREST**

Calcium channels and signaling        Degenerative disease of nerve and muscle
Mechanosensitive ion channels        Drug Discovery

**SERVICE TO PROFESSIONAL PUBLICATIONS**

ACS Chemical Biology            Journal of Physiology

Biophysical Journal            Journal of Neurophysiology

FASEB Journal                Neuroscience

Journal Cell Biology            Plos One

Journal of General Physiology        Plos One Computational Biology

**SCIENTIFIC CONTRIBUTIONS**

- Discovery of $I_f$, a novel sodium channel subsequently shown to be the cardiac pacemaker (UCLA, 1982)

- Discovery of the calcium-activated sodium channel current which controls the duration of individual action potentials in many cells including nerve and sensory cells (UCLA, 1982)

- First identification of L- and T-type calcium channels in ventricular heart cells and elucidation of the mechanism of the action of dihydropyridine dugs and beta receptor agonists on the heart that stimulate the increase in heart rate and contractility by sympathetic nervous system activity (Yale, 1984)

Jeffry Lansman    4

- First direct measurement of the lifetime of a single calcium ion in the pore of a single calcium channel molecule which provided proof of a two binding site model to explain the high permeability of calcium channels to extracellular $Ca^{2+}$ ions over $Na^+$ ions (Yale, 1985)

- Discovery of mechanosensitive ion channels in vascular endothelial cells as the primary sensor for detecting blood pressor and blood flow in the vascular system (Cambridge, 1986)

- Discovery of mechanosensitive ion channels as a pathway for abnormal $Ca^{2+}$ entry in muscular dystrophy and the major pathway for pathophysiological $Ca^{2+}$ entry in degenerative disease. (UCSF, 1990)

- Discovery of functionally distinct L-type $Ca^{2+}$ channels in the brain that contribute to facilitation of $Ca^{2+}$ entry and signal processing.  First description of a new pathway for intracellular $Ca^{2+}$ store refilling in which intracellular $Ca^{2+}$ store depletion activates L-type channels in the cell membrane (UCSF, 2001).

- Discovery of L-type and NMDA receptor upregulation in the pathogenesis of cerebellar neurodegenerative disease and ataxia (UCSF, 2012)

**SERVICE TO PROFESSIONAL ORGANIZATIONS**

| 2016 - 2017 | Annals of Pharmacology and Therapeutics | Editorial Board |
|---|---|---|
| 2016 - 2017 | Brain and Neuroscience | Editorial Board |

**INTERNATIONAL INVITED PRESENTATIONS**

| 1984 | Physiological Society, Oxford University | Invited Speaker |
|---|---|---|
| 1984 | Department of Physiology, Oxford University | Invited Seminar |
| 1986 | Physiological Laboratory, Cambridge University | Invited Speaker |
| 1990 | International Symposium on the Regulation of Coronary Circulation, Kobe, Japan | Invited Speaker |
| 1990 | International Symposium on Basic Neurophysiology, Okazaki, Japan | Invited Speaker |
| 1991 | International Symposium on Mechanoreceptors, Nagoya, Japan | Invited Speaker |
| 1991 | Third International Congress of Comparative Physiology, Tokyo | Invited Speaker |
| 1995 | Université Montpellier, France | Ph.D. Committee |
| 2004 | Australian Physiological Society Symposium "Stretch-activated ion Channels" | Invited Speaker |

**MEMBERSHIPS**

| 1986 - 2022 | Biophysical Society |
|---|---|
| 1986 - 2022 | Society of General Physiologists |

**UNIVERSITY OF CALIFORNIA SYSTEM-WIDE LEADERSHIP**

MEMBER, ACADEMIC SENATE BOARD ON ADMISSION & RELATIONS WITH SCHOOLS
(2003-2005) The Board on Admissions and Relations with Schools sets system-wide admissions policy for all nine undergraduate campuses of the University of California. I reviewed and amended admission requirements and policies regarding "Eligibility in a Local Context," admission metrics as correlated with future success at UC, principles and policies for undergraduate admissions testing, UC subject admission requirements, and inclusiveness indicators in admissions policy.

MEMBER, UNIVERSITY COMMITTEE ON PRIVILEGE AND TENURE (2012-2013) Privilege and Tenure is an Academic Senate Committee charged as a quasi-judicial body to hear faculty grievances and to provide due process adjudication of faculty disciplinary cases. At the system-wide level, I reviewed and revised policies and procedures that govern the Privilege and Tenure hearings on the ten UC campuses.

CHAIR, UNIVERSITY COMMITTEE ON PRIVILEGE AND TENURE (2013-2016) I reviewed and revised policy related to concerns from incidents of racial discrimination and sexual harassment on several campuses. Under my direction, the committee evaluated how divisional Privilege and Tenure Committees interact with their respective administrations and Title VII and IX Offices, particularly in relation to investigative procedures and evidentiary standards. I drafted guidelines for procedures for handling sexual harassment cases on all campuses, which coordinated Title IX Office investigations with University investigations.

http://senate.universityofcalifornia.edu/_files/committees/ucpt/UCPT2013-14AnnualReport.pdf
http://senate.universityofcalifornia.edu/_files/committees/ucpt/UCPT2013-14AnnualReport.pdf

MEMBER, PRESIDENT NAPOLITANO'S WORK GROUP ON DISCRIMINATION AND BIAS (2013-2014) University of California President Janet Napolitano formed an independent task force headed by former California State Supreme Court Justice Carlos Moreno to investigate university policies and procedures for addressing racial bias and discrimination. The report of the Moreno Task Force concluded campus procedures "…*failed to adequately record, investigate, or provide for disciplinary sanctions for incidents which, if substantiated, would constitute violations of university nondiscrimination policy*." Based on these conclusions the President formed a work group to propose new policies and procedures for both dealing effectively with acts of discrimination and ensuring a university climate of respect and recognition of all members of the campus community. The report can be found at:

http://www.ucop.edu/moreno-report/moreno-senate-admin-work-group-12-23-13.pdf

**UCSF CAMPUS LEADERSHIP**

MEMBER, ACADEMIC SENATE GRADUATE COUNCIL (2004-2006) The Graduate Council is charged with making reports and recommendations to the Academic Senate, periodic external quality reviews of existing graduate programs, setting policies and standards concerning graduate students' progress towards their degrees and the conduct of examinations for degrees, overseeing standards for part-time degree status, making recommendations for the awards of fellowships, and advising the administration on foundation and research institution issues related to graduate education.

CHAIR, ACADEMIC SENATE GRADUATE COUNCIL (2007-2009) I directed external review of UCSF's doctoral programs in Neuroscience, Chemistry and Chemical Biology, Developmental Biology, Bioengineering, Medical Anthropology, and the Masters in Clinical Sciences. In addition, he evaluated program proposals, defined support and teaching staff needs, and determined cost and revenue structures for new Master's degree programs in Global Health, Science and Technology Studies in Medicine, and Dental Hygiene, and a Ph.D. program in Epidemiology and Translational Sciences.

http://senate.ucsf.edu/2006-2007/i-gradc-2006-07-annualreport.pdf
http://senate.ucsf.edu/2007-2008/i-gradc-2007-08-annualreport.pdf

CHAIR, ACADEMIC TASK FORCE ON THE UCSF INSTITUTE OF QUANTITATIVE BIOSCIENCES (2008) **T**he Institute of Quantitative Biology is a consortium of UC faculty whose goal is to advance quantitative biosciences using the methods of physics, chemistry, and computer science to solve fundamental problems in human biology. The Institute fosters transfer of basic science to commercial start-ups.

CHAIR, TASK FORCE TO REVIEW NEW DEPT. OF BIOENGINEERING AND THERAPEUTIC SCIENCE (2008)

MEMBER, CHANCELLOR'S EXECUTIVE BUDGET COMMITTEE (2009)

CHAIR, ACADEMIC SENATE COMMITTEE ON PRIVILEGE AND TENURE (2012-2014) I presided over evidentiary hearings involving faculty disciplinary and grievance cases and also negotiated settlements with administration counsel and grievant. I led in developing policies to extend Privilege and Tenure due process rights to faculty in the Adjunct Series.

MEMBER, ACADEMIC COMMITTEE ON COURSES OF INSTRUCTION (2014-2017) The Committee on Courses of Instruction reviews and approves all new courses at UCSF. Working with faculty throughout the university, I worked with program instructors to define specific skill sets, methods to evaluate student progress and skill and knowledge acquisition, and define course content within the context of existing courses and the specific program.


**PEER-REVIEWED PUBLICATIONS**

1. Lansman, J. and Haynes, D.H. (1975) Kinetics of a $Ca^{2+}$ triggered membrane aggregation reaction of phospholipid membranes. *Biochimica Biophysica Acta* 394:335-347.

2. Lansman, J.B. and Haynes, D.H. (1979) Charge asymmetry does not affect the rate of $Ca^{2+}$-induced aggregation of phospholipid vesicles. *Biophysical Journal* 26:335-337.

3. Haynes, D.H., Lansman, J.B., Cahill, A.L. and Morris, S.J. (1979) Kinetics of cation-induced aggregation of Torpedo electric organ synaptic vesicles. *Biochimica Biophysica Acta* 557:340-353.

4. Lansman, J.B. and Cochrane, D.E. (1979) Wheat germ agglutinin stimulates exocytotic histamine secretion from rat mast cells in the absence of extracellular calcium. *Biochemical Pharmacology* 29:455-458.

5. Cochrane, D.E., Distel, D.L., Lansman, J.B. and Paterson, B.M. (1982) Stimulus-secretion coupling in rat mast cells: Inactivation of calcium-dependent secretion. *Journal of Physiology* 323:423-435.

6. Carraway, R., Cochrane, D.E., Lansman, J.B., Leeman, S.E., Paterson, B.M. and Welch, H.J. (1982) Neurotensin stimulates histamine secretion from rat mast cells and elevates plasma histamine levels. *Journal of Physiology* 323:403-414.

7. Moody, W.J. and Lansman, J.B. (1983) Developmental regulation of $Ca^{2+}$ and $K^+$ currents during hormone-induced meiotic maturation of starfish oocytes. *Proceedings of the National Academy of Sciences USA* 80:3096-3100.

8. Lansman, J.B. (1983) Voltage clamp study of the conductance activated at fertilization in the egg of a starfish. *Journal of Physiology* 345:353-372.

9. Hess, P., Lansman, J.B. and Tsien, R.W. (1984) Different modes of calcium channel gating behavior favored by dihydropyridine agonists and antagonists. *Nature* 311:538-544.

10. Nilius, B., Hess, P., Lansman, J.B. and Tsien, R.W. (1985) A novel type of cardiac calcium channel in ventricular cells. *Nature* 316:443-446.

11. Hess, P., Lansman, J.B. and Tsien, R.W. (1986) Calcium channel selectivity for divalent and monovalent cations. Voltage and concentration dependence of single channel current in ventricular heart cells. *Journal of General Physiology* 88:293-319.

12. Lansman, J.B., Hess, P. and Tsien, R.W. (1986) Blockade of current through single calcium channels by Cd, Mg, and Ca. Voltage-and concentration-dependence of Ca entry into the pore. *Journal of General Physiology* 88:321-347.

13. Tsien, R.W., Bean, B.P., Hess, P., Lansman, J.B., Nilius, B. and Nowycky, M.C. (1986) Mechanisms of calcium channel modulation by beta-adrenergic agents and dihydropyridine agonists. *Journal of Molecular and Cellular Cardiology* 18:691-710.

14. Hess, P., Lansman, J.B., Nilius, B. and Tsien, R.W. (1987) Calcium channel types in cardiac myocytes: Modulation by dihydropyridines and beta-adrenergic stimulation. *Journal of Cardiovascular Pharmacology* 8 (suppl. 9):511-521.

15. Lansman, J.B. (1987) Calcium current and calcium-activated inward current in the oocyte of the starfish *Leptasterias hexactis*. *Journal of Physiology* 390:397-413.

16. Lansman, J.B., Hallam, T.J. and Rink, T.J. (1987) Single stretch-activated ion channels in vascular endothelial cells as mechanotransducers? *Nature* 325:811-813.

17. Nilius, B., Hess, P., Lansman, J.B. and Tsien, R.W. (1987) Two kinds of calcium channels in isolated ventricular cells form guinea pig heart. *Fortschritte der Zoologie* 33:83-98.

18. Franco, A. and Lansman, J.B. (1990) Calcium entry through stretch-inactivated ion channels in mdx myotubes. *Nature* 344:670-673.

19. Franco, A. and Lansman, J.B. (1990) Stretch-sensitive channels in developing muscle cells from a mouse cell line. *Journal of Physiology* 427:361-380.

20. Lansman, J.B. (1990) Blockade of current through single calcium channels by trivalent lanthanide cations. Effect of ionic radius on the rates of ion entry and exit. *Journal of General Physiology* 95:679-696.

21. Winegar, B. and Lansman, J.B. (1990) Voltage-dependent block by zinc of single calcium channels in mouse myotubes. *Journal of Physiology* 425:563-578.

22. Forsayeth, J.R., Rossi, A.B., Franco, A., Lansman, J.B., and Hall, Z. (1990). Expression of functional mouse muscle acetylcholine receptors in Chinese Hamster Ovary cells. *Journal of Neuroscience* 10(8):2771-2779.

23. Gu, Y., Franco, A., Gardner, P.D., Lansman, J.B., Forsayeth, J.R., and Hall, Z.W. (1990). Properties of embryonic and adult muscle acetycholine receptors transiently expressed in COS cells. *Neuron* 5:147-157.

24. Winegar, B., Kelly, R., and Lansman, J.B. (1991) Block of current through single calcium channels by Fe, Co, Ni. Location of the transition metal binding site in the pore. *Journal of General Physiology* 97:351-367.

25. Slesinger, P.A. and Lansman, J.B. (1991a) Inactivation of calcium currents in granule cells cultured from mouse cerebellum. *Journal of Physiology* 435:101-121

26. Slesinger, P.A. and Lansman, J.B. (1991b) Inactivating and non-inactivating dihydropyridine-sensitive calcium channels in mouse cerebellar granule cells. *Journal of Physiology* 439:301-3

27. Franco, A., Winegar, B.D., and Lansman, J.B. (1991) Open channel block by gadolinium ion of the stretch-inactivated ion channel in mdx myotubes. *Biophysical Journal* 59:1-7.

28. Haws, C.M. and Lansman, J.B. (1991a) Calcium permeable ion channels open at negative membrane potentials in cerebellar neurons from mdx mice. *Proceedings of the Royal Society of London B* 244:185-189.

29. Haws, C.M. and Lansman J.B. (1991b) Developmental regulation of mechanosensitive Ca2+ channels in skeletal muscle from normal and mdx mice. *Proceedings of the Royal Society of London B* 245:173-177.

30. Slesinger, P.A. and Lansman, J.B. (1991c) Reopening of $Ca^{2+}$ channels in mouse cerebellar neurons at resting membrane potentials during recovery from inactivation. *Neuron* 7:755-762.

31. Haws, C.M., Slesinger, P.A., and Lansman, J.B. (1993) Dihydropyridine- and ω-conotoxin-sensitive $Ca^{2+}$ currents in cerebellar neurons. Persistent block of L-type channels by a pertussis toxin-sensitive G protein. *Journal of Neuroscience* 13:1148-1156

32. Elam, T.R. and Lansman, J.B. (1993) Mechanosensitive ion channels in vascular endothelial cells. In, NATO Advanced Studies Workshop: The Role of Ion Flux in Pulmonary Vascular Control. ed., E. Kenneth Weir, Plenum Press: New York

33. Franco-Obregón, A. and Lansman, J.B. (1994) Mechanosensitive ion channels in skeletal muscle from normal and dystrophic mice. *Journal of Physiology* 481(2):299-309

34. Elam, T.R. and Lansman, J.B. (1995) The role of $Mg^{2+}$ in the inactivation of inwardly rectifying $K^+$ channels in aortic endothelial cells. *Journal of General Physiology* 105:463-484.

35. Franco-Obrégon, A. and Lansman, J.B. (1995) Spontaneous and agonist-induced activity of acetylcholine receptor channels in developing muscle cells from normal and dystrophic mice. *Journal of Neuroscience Research* 42:452-458.

36. Chavis, P., Fagni, L., Bockaert, J., and Lansman, J.B. (1995) Modulation of calcium channels by metabotropic glutamate receptors in cerebellar granule cells. *Neuropharmacology* 34(8):929-937.

37. Slesinger, P.A. and Lansman, J.B. (1996) Reopening of single L-type $Ca^{2+}$ channels in mouse cerebellar granule cells: Voltage- and ion concentration-dependence. *Journal of Physiology* 491.2:335-345.

38. Haws, C.M., Winegar, B., and Lansman, J.B. (1996) Block of L-type $Ca^{2+}$ channels in skeletal muscle fibers by aminoglycoside antibiotics. *Journal of General Physiology* 107:421-432

39. Winegar, B., Haws, C.M. and Lansman, J.B. (1996) Subconductance block of mechanosensitive ion channels in skeletal muscle fibers by aminoglycoside antibiotics. *Journal of General Physiology* 107:433-443

40. Parri, H.R. and Lansman, J.B (1996) Multiple components of $Ca^{2+}$ channel facilitation in cerebellar granule cells. Expression of facilitation during development in culture. *Journal of Neuroscience* 16:4890-4902.

41. Chavis, P., Fagni, L, Lansman, J.B, and Bockaert, J. (1996) Functional coupling between ryanodine receptors and L-type calcium channels in neurons. *Nature* 382:719-722

42. Franco-Obrégon, A. and Lansman, J.B. (2002) Changes in mechanosensitive channel gating following mechanical stimulation in skeletal muscle myotubes from the mdx mouse. *Journal of Physiology* 539.2:391-407

43. Lansman, J.B. and Franco-Obregon, A. (2006) Mechanosensitive ion channels in skeletal muscle: a link in the membrane pathology of muscular dystrophy. *Clinical and Experimental Physiology and Pharmacology* 33:649-656

44. Vasquez, I., Tan, N., Boonyasampant, M, , Koppitch, K., and Lansman, J.B. (2012) Partial opening and subconductance gating of mechanosensitive ion channels in dystrophic skeletal muscle. *Journal of Physiology* 590(Pt 23):6167-6185.

45. Ho, T.C., Horn, N.A., Huyhn, T., Kelava, L. and Lansman, J.B. (2012) Evidence TRPV4 contributes to mechanosensitive ion channels in mouse skeletal muscle fibers. *Channels* 6(4):246-254.

46. Tan, N. and Lansman, J.B. (2014) Utrophin regulates modal gating of mechanosensitive ion channels in dystrophic skeletal muscle. *Journal of Physiology* 592(Pt 15):3303-3323

47. Lansman, J.B. (2015) Utrophin suppresses low frequency oscillations and coupled gating of mechanosensitive ion channels in dystrophic skeletal muscle. *Channels* 9(3):145-160.

48. Lansman, J.B. (2024) Compensatory changes in L-type and NMDA channels in cerebellar granule cells from leaner mice. (in revision)

49. Lansman, J.B. (2024) Hidden Markov Model analysis of individual subunit gating during single activations of mechanosensitive ion channels in dystrophic skeletal muscle. (in preparation)

50. Lansman, J.B. (2024) Analysis of the subconductance blocking mechanism of ruthenium red on single mechanosensitive channels in skeletal muscle fibers. (in preparation)

51. Lansman, J. (2024) The sodium and potassium currents in skeletal muscle from *mdx* and *mdx/utrophin* double knock out mice (in preparation)

**REVIEW ARTICLES**

1. Lansman, J.B. (1983) Components of the starfish fertilization potential: Role of calcium and calcium-dependent inward current. In, Neurology and Neurobiology Vol. 5, The Physiology of Excitable Cells. Grinnell, A. and Moody, W.J., eds., New York: Alan Liss, Inc.

2. Hess, P., Lansman, J.B. and Tsien, R.W. (1984) Mechanism of calcium channel modulation by dihydropyridine agonists and antagonists. In, Control and Manipulation of Calcium Movement. Parrat, ed., New York: Raven Press.

3. Tsien, R.W., Hess, P. and Lansman, J.B. (1985) Current views of cardiac calcium channels and their response to calcium antagonists and agonists. In, Cardiac Electrophysiology and Arrhythmias. Zipes, D.F. and Jalife, J., eds., Orlando, Grune and Stratton.

4. Hess, P., Fox, A.P., Lansman, J.B., Nilius, B., Nowycky, M.C. and Tsien, R.W. (1986) Calcium channel types in cardiac, neuronal and smooth muscle derived cells. Differences in gating, permeation and pharmacology. In, Ionic Channels in Neural Membranes. Ritchie, J.M., and Keynes, R., eds., Alan R. Liss, Inc., New York

5. Fox, A.P., Hess, P., Lansman, J.B., Nilius, B., Nowycky, M.C., and Tsien, RW. (1986) Shifts between modes of calcium channel gating as a basis for pharmacological modulation of calcium in cardiac, neuronal and smooth muscle-derived cells. in: New Insights into Cell & Membrane Transport Process A. Poste & S.J. Cooke, eds., Plenum Press: New York

6. Lansman, J.B. (1988) Endothelial mechanosensors. *Nature* 325:811-813.

7. Lansman, J.B. and Franco, A. (1991) What does dystrophin do in normal muscle? *Journal of Muscle Research and Cell Motility* 12:409-411.

8. Chavis, P., Fagni, L., Conquet, F., Lansman, J. and Bockaert, J. (1998) Metabotropic glutamate mGluR1 receptors couple L-type $Ca^{2+}$ channels and ryanodine receptors in neurons. In "Metabotropic Glutamate Receptors and Brain Function" Edited by Moroni, F., Nicoletti, F., and Pelligrini-Giampietro, D.E. London: Portland Press

9. Lansman, J.B. and Franco-Obregon, A. (2005) Stretch-inactivated channels in skeletal muscle. In, "Mechanosensitivity of Cells and Tissues." Ed, Kamkin, A. Moscow: Academia Press

10. Lansman, J.B. (2007) Mechanosensitive ion channels in dystrophic muscle. pp 467-484. Current Topics in Membranes Volume 59. Ed., Hamill, O. San Diego: Elsevier Press

**Citations (total): 8800**
**h-index: 33**
**i10-index: 50**

Jeffry Lansman    11

**FORMAL TEACHING**

| | |
|---|---|
| Immuno- and Endocrine Pharmacology | Course Director, Lecturer |
| Basic Concepts of Cellular & Molecular Neuroscience | Course Director, Lecturer |
| Prologue, School of Medicine | Small Group Leader |
| Autonomic & Cardiovascular Pharmacology | Course Director, Lecturer |
| Neuropharmacology | Course Director, Lecture |

**PROFESSIONAL SCHOOL TEACHING**

I directed and taught the second-year course in pharmacology for doctoral pharmacy students and cardiovascular pharmacology to medical students. The course covered Immunopharmacology and Endocrine Drugs, Autonomic and Cardiovascular Pharmacology, and Neuropharmacology. I also directed small group sessions in the School of Medicine, and lectured in the Biomedical Sciences basic science curriculum.

**GRADUATE TEACHING AND CURRICULUM DEVELOPMENT**

I directed and taught in Basic Concepts in Cellular and Molecular Neuroscience, the core course for first year neuroscience graduate students. Lectures covered the biophysics of nerve excitation, including the thermodynamics of electro-diffusion, the Nernst-Planck flux equation, origin of the membrane potential, voltage clamp methods, the Hodgkin and Huxley model for the nerve action potential, selective ion transport, and ion channel functional diversity relevant to the integrative properties of neurons for understanding information processing in the brain.

**MENTORING AND TRAINING**

**PRE-DOCTORAL STUDENTS SUPERVISED/MENTORED**

| Date | Name | Program or School | Role | Current Position |
|---|---|---|---|---|
| 1987 - 1991 | Paul Slesinger | Neuroscience | PhD Advisor | Professor Dept. Neuroscience, Mt. Sinai School of Medicine |
| 1987 - 1993 | Alfredo Franco-Obregon | Neuroscience | PhD Advisor | Professor Dept. of Surgery National University of Singapore |
| 1988 - 1993 | Teryl Elam | Physiology | PhD Advisor | Private Practice, OB-GYN |
| 1995 - 1996 | Pascal Chavis | Visiting PHD Student | PhD Advisor | Institut de Neurobiologie de la Méditerranée, Marseille |

**POSTDOCTORAL FELLOWS/RESIDENTS SUPERVISED/MENTORED**

| Date | Name | Fellow | Role | Current Position |
|------|------|--------|------|------------------|
| 1989 - 1993 | Bruce Winegar, Ph.D. | Post-Doc | Research Supervision | Senior Scientist, Pherin Pharmaceuticals |
| 1987 - 1991 | Christine Haws Ph.D. | Post-Doc | Research Supervision | Not known |
| 1997 - 1998 | Ronan Kelly D.Phil. | Post-Doc | Research Supervision | University Laboratory of Physiology, Oxford |
| 1993 - 1993 | Munir Hussain Ph.D. | Burroughs-Wellcome Visiting Post-Doc | Research Supervision | University of Leeds, Leeds UK |
| 1993 - 1994 | Rajeswari Medicherla, Ph.D. | Post-Doc | Research Supervision | Stanford University |
| 1992 - 1995 | Rheinnalt Parri, Ph.D. | Post-Doc | Research Supervision | Senior Lecturer, Aston University, Birmingham, UK |
| 1996 - 1996 | Leonard Koh M.D. | Visiting Clinical Fellow | Research Supervision | Dept. of Endocrinology, Singapore General Hospital |
| 2000 - 2001 | Gang Lu, M.D. | Post-Doc | Research Supervision | Senior Associate Scientist, Hoffmann-La Roche |

I have also mentored and supervised the research of 16 undergraduate or post -baccalaureate students who have gone on to enroll in highly rated Medical School and Ph.D. Programs.

**RESEARCH AND CREATIVE ACTIVITIES**

**Biophysical basis of mechanical sensitivity and role in muscle disease**

My research seeks to understand how cells and tissues sense and respond to mechanical forces. Mechanical forces control many fundamental physiological functions including touch, hearing, proprioception, cardiovascular and pulmonary function. There is strong evidence mechanical forces play a role in cellular growth, development, and cancer. How mechanosensitive (MS) channels detect mechanical forces in cells remains a major unsolved problem in biology. It is virtually impossible to study single MS channels in sensory cells because they are localized to structures too small or too imbedded in other tissue to be accessible to electrophysiological recording methods. Examples are tiny mechanosensory nerve endings in skin or structures like Pacinian corpuscles in muscle. Understanding how mechanical forces activate ion fluxes through channels requires understanding the physical properties the membrane bilayer, as well as the organization of submembrane cytoskeletal, which provides mechanical support to the membrane. MS channels differ fundamentally from conventional voltage-gated ion channels in which the events that link stimulation to channel opening occur primarily within the channel protein itself.

We first showed that MS channels in muscle from mice with Duchenne dystrophy remained open for tens of seconds rather than milliseconds and this was responsible for the high levels of intracellular Ca2+ that cause muscle death (Franco & Lansman, *Nature* 340: 377, 1990b; Franco-Obregon and Lansman, *Journal of Physiology* 481:299, 1994; Franco-Obregon and Lansman, *Journal of Physiology* 539.2:391, 2002. Work from the lab using a combined pharmacological and genetic approach recently showed that MS channels in skeletal muscle contain TRPV4 proteins (Ho, Horn, Huynh, Koppitch & Lansman, Channels 6.4:1, 2012). Mutations in the TRPV4 gene produce a wide variety of neurologic and skeletal disorders, including the autosomal dominant skeletal dysplasias, congenital distal spinal

muscular atrophy, and hereditary and motor neuropathies. This work shows that cytoskeletal abnormalities produce gain of function changes in TRPV4 channels causing enhanced $Ca^{2+}$ entry. Current work is focused on discovery of novel compounds that block TRPV4 containing MS channels as a cure for degenerative disease of cardiac and skeletal muscle.

**Neuronal L-type, voltage-gated calcium channels**

While a postdoc at Yale with R.W. Tsien and Peter Hess, we were first to identify L- and T-type voltage - gated calcium channels in ventricular heart cells (Hess, Lansman, and Tsien, *Nature* 311:538; Nilius Hess, Lansman and Tsien, *Nature* 316: 1985). L-type $Ca^{2+}$ channels are sensitive to dihydropyridine agonists and antagonists and are responsible for contraction of cardiac and smooth muscle. Although receptors for dihydropyridine drugs had been found in brain tissue, the properties and physiological functions of L-type $Ca^{2+}$ channels in the brain were unknown.

At UCSF, I began studies aimed at understanding the diversity and function of L- type $Ca^{2+}$ channels in the brain. Studies focused on granule cells isolated from the cerebellum of mice because of the availability of a number of known spontaneous mutations that cause the selective loss of granule cells and produce a variety of neurologic disorders. Our initial work at UCSF characterized the whole-cell and single-channel $Ca^{2+}$ currents in granule cells, in which a large component is carried by L-type channels (Slesinger and Lansman, *J. Physiol*. 435:101, 1991; Slesinger and Lansman, *J. Physiol*. 439:301, 1991; Haws, Slesinger and Lansman, *J. Neurosci*. 13(3):1148). Subsequent studies revealed functionally distinct L-type channels: type 1 channels that re-opened at negative membrane potentials following a strong depolarization (Slesinger and Lansman, *Neuron* 7:755, 1991; Slesinger and Lansman, *J. Physiol*. 491.2:335; and type 2, facilitating channels, in which channel openings during a voltage step were prolonged by a strong pre-pulse to a positive voltage (Parri and Lansman, *J. Neurosci*.16(6):4890, 1996). The discovery of reopening and facilitating L-type channels expanded the physiological range over which L-type channels could control intracellular $Ca^{2+}$ levels.

L-type channels are often localized to postsynaptic sites. We asked whether synaptically released glutamate acting at metabotropic receptors regulates L- type channels in cerebellum (Chavis, Fagni, Bockaert, and Lansman, *Neuropharm* 34(8):929, 1996; Chavis, Fagni, Lansman and Bockaert, *Nature* 382:719, 1996). These studies revealed a novel form of oscillatory calcium signaling in which the depletion of intracellular $Ca^{2+}$ stores increased L-type channel current. This work suggested a direct physical interaction of membrane L-type $Ca^{2+}$ channel with intracellular $Ca^{2+}$ stores and suggested intracellular stores refill when depleted by $Ca^{2+}$ entry through L-type channels. More recently, we have shown that L-type channels are up-regulated in cerebellar granule cells from the *leaner* mutant mouse, which lacks presynaptic P-type $Ca^{2+}$ channels that normally control glutamate release. There is also a reduction of NMDA glutamate receptors. The changes in L- type and NMDA receptor channels represent physiological compensation for loss of presynaptic P-type $Ca^{2+}$ channels in the *leaner* mutant mouse. This compensatory process is important because $Ca^{2+}$ entry though NMDA receptor channels likely contributes to the selective degeneration of granule cells during early postnatal development of the cerebellum of *leaner* mice, which causes a profound ataxia and provides a useful model for elucidating the role of ion channels in neurodegenerative diseases.

# EXHIBIT B

**<u>Jeffry B. Lansman, Ph.D.</u>**

**<u>DISCLOSURE OF PRIOR EXPERT TESTIMONY</u>**

**Trial**

Melinda Barnes v. Seth Cool (Washington, 2024)

Scotto v. Lawnwood Hospital (Florida, 2024)