# EXHIBIT 10D

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: GLUCAGON-LIKE | : | CIVIL ACTION |
| PEPTIDE-1 RECEPTOR AGONISTS | : | |
| (GLP-1 RAS) PRODUCTS | : | |
| LIABILITY LITIGATION | : | MDL No. 3094 |
| _____ | : | 24-md-3094 |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| | : | HON. KAREN SPENCER MARSTON |
| *ALL ACTIONS/ALL CASES* | : | |
| _____ | | |

### RULE 26 EXPERT REPORT OF NILESH LODHIA, M.D. AS TO DEFENDANT NOVO NORDISK

This report is provided pursuant to Federal Rule of Civil Procedure 26. I have summarized my qualifications below, which are further detailed in my *curriculum vitae*, attached here as **Exhibit A.** Exhibit A also includes a list of all publications I have authored in the last 10 years. My fee schedule is attached as **Exhibit B**, and the materials I considered in forming the opinions provided in this report are identified below as well as in **Exhibit C**. The cases in which I provided expert opinion testimony in deposition or at trial in the last four years are listed in **Exhibit D**. I hold all opinions expressed below to a reasonable degree of scientific and medical certainty.

### I.    Qualifications

I am an Associate Professor of Medicine at Atrium Health/Wake Forest University in Charlotte, North Carolina. I am also a practicing clinician and IBD director in the Gastroenterology Department at Wake Forest University Medical School.  The Gastroenterology Department at Atrium Health/Wake Forest University is a referral center for other gastroenterologists both regionally and nationally, so I often have patients from South Carolina, Florida, Washington, D.C., and Texas, as well as many other parts of the country. I also participate in numerous Phase 2 and Phase 3 international clinical trials through the Gastroenterology Department at Wake Forest.

I graduated from Tulane University with a degree in Cell and Molecular Biology in December 2000 and obtained my medical degree from Wake Forest University in 2005. I then completed a residency in Internal Medicine at Northwestern University in 2008, and I completed a fellowship in Gastroenterology at the University of Tennessee in 2012. I

1

completed additional training in Inflammatory Bowel Disease (IBD) at the University of Chicago in 2011.

After my medical training, I accepted a faculty position as Assistant Professor at the Medical University of South Carolina, where I was IBD director and participated in many clinical trials.  I have been board-certified in Gastroenterology since 2012. Throughout my medical career, I have mentored hundreds of medical students, residents, and fellows in the fields of Internal Medicine and Gastroenterology. I have lectured on various topics in Gastroenterology, including the diagnosis and management of ileus and small bowel obstruction. Throughout my academic career, I have helped develop and analyze data for prospective studies. I have also conducted retrospective analyses assessing risk factors for the development of certain medical conditions (contrast-induced nephropathy and small intestinal bacterial overgrowth). I have also published numerous case reports and case series, as well as multiple review articles in the field of Gastroenterology.

I am also a principal investigator and have received grants from various pharmaceutical companies including AbbVie, Bristol Myers Squibb, AstraZeneca, and Johnson & Johnson for numerous Phase 2, Phase 3, and later clinical trials for IBD medications.  In my role as principal investigator, I must decide whether to enroll a patient in a clinical trial, which requires considerations of the likelihood of the patient getting placebo as well as the potential efficacy of a drug based upon its mechanism (with incomplete clinical information). Once a patient is enrolled in a study, I evaluate the potential efficacy of the drug as well as assess the potential causal relationship between various adverse events and the study drug.

I have published over a dozen peer-reviewed papers in high-impact journals including American Journal of Gastroenterology, Clinical Gastroenterology and Hepatology, and the British Medical Journal. In addition, I have served as a peer-reviewer (meaning I critically review articles submitted to journals for publication consideration) for the World Journal of Gastroenterology, American Journal of Medical Sciences, and Journal of Clinical Gastroenterology. In addition to my publication work, I serve on Advisory Boards of pharmaceutical companies, including Pfizer, Medtronic, AbbVie, and Bristol-Myers Squibb. In this capacity, I advise on drug-related and patient-care matters. I also regularly present at professional society meetings, including for the American College of Gastroenterology and Digestive Disease Week. I have also given invited lectures on Gastroenterology throughout the United States and Canada.

Given the widespread use of GLP-1 receptor agonists, I commonly see patients in the inpatient and outpatient setting with gastrointestinal side-effects following their use of GLP-1 receptor agonists. In the inpatient setting, I have also seen patients on GLP-1

2

receptor agonists who present with an ileus, a condition which can ultimately lead to small bowel obstruction.

## II.        Summary of Opinions

One of the major effects of GLP-1 receptor agonists, including Ozempic (semaglutide), Rybelsus (semaglutide), Wegovy (semaglutide), Victoza (liraglutide), and Saxenda (liraglutide), is decreased intestinal motility. This effect can become excessive, causing an ileus, a condition in which intestinal motility slows or stops without a physical blockage. As a consequence of the dysmotility, a physical blockage of the intestines can occur, through the formation of a fecalith or enterolith.

Epidemiological studies show an association between GLP-1 receptor agonists and an excessive decreased intestinal motility resulting in ileus.  This association is supported by mechanistic and other scientific literature, including evidence supporting a dose-response relationship, as greater receptor activation produces greater motility inhibition.

As set forth below, based on my experience, education, and training, and after weighing the available evidence through the lens of these qualifications, this association satisfies the Bradford Hill viewpoints for causation.  It is well-accepted in the medical community, and it is my opinion, held to a reasonable degree of medical and scientific certainty, that GLP-1 receptor agonists cause ileus and bowel obstruction.

## III.       Assignment

I was asked to review and evaluate published medical and scientific literature and other relevant sources and make a determination as to whether GLP-1 receptor agonists, including Ozempic (semaglutide), Rybelsus (semaglutide), Wegovy (semaglutide), Victoza (liraglutide), and Saxenda (liraglutide), cause ileus and small bowel obstructions.

## IV.       Methodology

To determine whether exposure to GLP-1 receptor agonists can cause ileus and bowel obstruction, I reviewed epidemiological literature and other studies and documents and weighed this evidence based on my experience, education and training in light of the Bradford Hill viewpoints. Establishing causation between an exposure and an outcome is a complex and nuanced process that does not impose rigid rules but instead requires

considerations of a collection of principles by which medical professionals can weigh the available data to determine any relationship between an exposure and outcome.[1]

Perhaps most notably in this regard, in 1965 Sir Austin Bradford Hill published his article, "*The Environment and Disease: Association or Causation?*" that set forth his nine "viewpoints" intended to guide (but not dictate) causal inference.[2]

Many have since mischaracterized Sir Bradford Hill's viewpoints as *criteria*, which is inconsistent with his intent and plain words: "Here then are nine different viewpoints from all of which we should study association before we cry causation. What I do not believe— and this has been suggested—is that we can usefully lay down some hard-and-fast rules of evidence that must be observed before we accept cause and effect. None of my nine viewpoints can bring indisputable evidence for or against the cause and-effect hypothesis...."[3]

Instead, the fundamental role of the Bradford-Hill viewpoints is *not* to serve as a checklist or a set of strict rules, but rather to provide different angles from which to examine the likelihood of a cause-and-effect relationship.[4]  With that in mind, the nine viewpoints that Hill set forth are:

1. **Strength**: The magnitude of the association between exposure and outcome.

2. **Consistency**: Replication of findings across different studies and populations.

3. **Specificity**: The association is limited to specific groups, exposures, or outcomes.

4. **Temporality**: The exposure precedes the outcome in time.

5. **Biological Gradient**: A dose-response relationship is observed.

6. **Plausibility**: The association is biologically reasonable.

7. **Coherence**: The association does not conflict with existing knowledge.

8. **Experiment**: Evidence from interventions or experiments supports the association.

9. **Analogy**: Similar associations have been observed with analogous exposures and outcomes.[5]

---

[1] *See generally* Kenneth J. Rothman et al., *Modern Epidemiology* 25-31 (Philadelphia: Wolters Kluwer Health/Lippincott Williams & Wilkins, 3d ed. 2008).
[2]  Hill, Austin Bradford. "The Environment and Disease: Association or Causation?." Proceedings of the Royal Society of Medicine vol. 58,5 (1965): 295-300. doi:10.1177/003591576505800503.
[3] *Id.*
[4] Rothman, *supra* at 26-27, 30.
[5] Hill (1965).

The Bradford Hill viewpoints guide assessment of causality, but the process is inherently flexible.[6] Not all viewpoints need to be met for a causal relationship to be considered plausible.[7]

For example, a strong association (strength) can be compelling, but Hill noted that causation can exist even if the association is weak: "In thus putting emphasis upon the strength of an association we must, nevertheless, look at the obverse of the coin. We must not be too ready to dismiss a cause-and-effect hypothesis merely on the grounds that the observed association appears to be slight. There are many occasions in medicine when this is in truth so."[8]

Some modern epidemiologists agree: "These examples remind us that a strong association is neither necessary nor sufficient for causality, and that weakness is neither necessary nor sufficient for absence of causality. A strong association bears only on hypotheses that the association is entirely or partially due to unmeasured confounders or other source of modest bias."[9]

Additionally, the viewpoint of "specificity" is rarely found in complex exposures and outcomes, as many diseases are multifactorial and many exposures can lead to various outcomes.[10] As Hill wrote: "one-to-one relationships are not frequent."[11] Indeed, he further advised: "In short, if specificity exists we may be able to draw conclusions without hesitation; if it is not apparent, we are not thereby necessarily left sitting irresolutely on the fence."[12]

However, temporality is essential—a cause must precede its effect.[13] Biological plausibility and coherence are often considered strong points, as they integrate epidemiological findings with established biological and scientific knowledge: "One of the associations we would take into account would be epidemiologic associations, if they are available. Often they are not, but causal inference must be done nevertheless, with inputs from toxicology, pharmacology, basic biology, and other sciences."[14] Hill advised regarding coherence: "[T]he cause-and-effect interpretation of our data should not seriously conflict with the generally known facts of the natural history and biology of the disease...."[15] When

---

[6] Rothman, *supra* at 26-27.

[7] *Id*.

[8] Hill (1965).

[9] Rothman, *supra* at 26-27

[10] *See, e.g.*, Hill (1965); Rothman, *supra* at 26-27.

[11] Hill (1965).

[12] *Id*.

[13] Rothman, *supra* at 28.

[14] *Id*.

[15] Hill (1965).

an analysis is robust in these areas, causation can be easier to support, even if other viewpoints—such as strength or specificity—are weak or absent.

In practice, it is uncommon to find all nine viewpoints satisfied. Instead, in weighing the evidence, one recognizes that some viewpoints may be more informative than others depending on the context. The absence of specificity or a strong association does not negate causality if other viewpoints—especially temporality, plausibility, and coherence—are strongly supported.

In sum, the Bradford Hill viewpoints remain a cornerstone of causal inference. They are not rigid rules but rather guiding principles that help researchers assess the strength and validity of observed associations.  While a strong association, specificity, and consistency are desirable, the minimum requirement for causality is temporality, with biological plausibility, coherence, and analogy often providing the strongest support. This analysis is strengthened when these key viewpoints are substantiated, enabling researchers to make informed judgments about causation even in the absence of complete evidence.

I use and analyze these same viewpoints in my research and my published literature, and these factors and concepts are also integrated into my education, training, and practice in evaluating and treating my patients.

To gather the relevant literature, I conducted searches on PubMed using the following search terms: glp-1 receptor agonists ileus, glp-1 receptor agonists intestinal obstruction, and glp-1 receptor agonists bowel obstruction (each search phrase was considered separately to maximize the number of potential studies available for review). I included the full available date range. I screened these studies for inclusion or exclusion based on a review of the titles and abstracts for relevance, focusing on studies that analyzed GLP-1 receptor agonists and the potential outcomes of concern here. In selecting studies, I considered both ileus and bowel obstruction as relevant outcomes. Both can arise from the same underlying drug effect: slowing of intestinal motility. Drug-induced hypomotility can manifest as ileus and can progress to or contribute to small bowel mechanical obstruction. For this reason, studies examining bowel obstruction are relevant to this analysis even when they do not separately report ileus as an outcome.

Many published reports group ileus and mechanical obstruction together. For example, some use ICD codes or outcome definitions that encompass both, or refer more generally to "intestinal obstruction" without specifying whether it is functional or mechanical. Because of this, and because ileus and obstruction can be viewed as points along a continuum of drug-induced gastrointestinal injury with GLP-1 receptor agonists, I

included studies of ileus, intestinal obstruction, and bowel obstruction in this review. When a study's outcome definition or ICD code selection influenced how I interpreted its findings, I described that explicitly in my discussion of the individual study.

In addition to the studies that populated from my search, I reviewed the references for the included studies to ensure that my report encompassed the full scope of relevant literature to the best of my ability. This is a similar process that I use in conducting a review of the literature in my clinical practice and research.

Once the literature was narrowed to that which was relevant to the question here through my screening process, I evaluated each study with several considerations in mind: study design, including the methodology employed, whether retrospective or prospective, cohort versus disproportionality analysis, for what confounders the authors accounted, study population, and comparator drug(s), if applicable; sample size; the date range of the study period; and the journal in which the study was published. This is not an exhaustive list, but these considerations and any others I describe in the study summaries below are the same as those I would evaluate in my review of literature as part of my clinical practice keeping abreast of research related to my patient population and in my research.

As I explain below, the literature establishes an association between use of GLP-1 receptor agonists and ileus and intestinal obstruction. Accordingly, I conducted a Bradford Hill analysis to evaluate whether a causal association exists based on my review of the literature and other considerations through the lens of my professional qualifications, as described below.

My opinions expressed in this report are all provided to a reasonable degree of medical and scientific certainty and are based on my education, training, experience, and my review of the literature and other relevant documents. I reserve the right to review any studies or documents that are published or become available following the finalization of this report for submission and to supplement my opinions.

## V.    Background

Normal gastrointestinal function depends on coordinated motility in the stomach, small intestine, and colon to move luminal contents forward, which allows adequate mixing with digestive secretions, and permits nutrient and water absorption. When this motility is impaired, intestinal contents can move abnormally slowly or stop moving altogether, leading to distention, pain, nausea, vomiting, and, in more severe cases, ileus or bowel obstruction. Glucagon-like peptide-1 (GLP-1) is a hormone secreted by cells in the small intestine that, among other functions, slows intestinal motility. GLP-1 receptor agonists are a class of drugs that, by their very definition, bind to and activate GLP-1

7

receptors, mimicking and amplifying these effects. This drug-induced slowing of motility can cause ileus, a functional bowel obstruction.  In some cases, it can progress to mechanical bowel obstruction where hardened stool or fecal impaction actually blocks the intestines. In other words, these drugs slow the intestinal tract; in some individuals, that effect can become so pronounced that it results in severe constipation and/or ileus.

Novo Nordisk manufactures several GLP-1 receptor agonist drugs. The chart below includes a description of each, along with those manufactured by Eli Lilly:

| Brand Name | Drug Compound | Manufacturer | Oral/Injectable | Frequency | US Approval Date |
|---|---|---|---|---|---|
| Victoza | Liraglutide | Novo Nordisk | Injectable | Once daily | 1/25/2010 |
| Trulicity | Dulaglutide | Eli Lilly | Injectable | Once weekly | 9/18/2014 |
| Saxenda | Liraglutide | Novo Nordisk | Injectable | Once daily | 12/23/2014 |
| Ozempic | Semaglutide | Novo Nordisk | Injectable | Once weekly | 12/5/2017 |
| Rybelsus | Semaglutide | Novo Nordisk | Tablet (oral) | Once daily | 9/20/2019 |
| Wegovy | Semaglutide | Novo Nordisk | Injectable | Once weekly | 6/4/2021 |
| Mounjaro | Tirzepatide | Eli Lilly | Injectable | Once weekly | 5/13/2022 |
| Zepbound | Tirzepatide | Eli Lilly | Injectable | Once weekly | 11/8/2023 |

These are all GLP-1 receptor agonists and the mechanism of action is the same across the drug class. According to their labels, each activates the body's GLP-1 receptors and results in a delay in gastric emptying.[16] Additionally, the relationship between GLP-1 and GI motility

---

[16] U.S. Food & Drug Admin., Victoza (liraglutide) Highlights of Prescribing Information, Oct. 2025, https://www.accessdata.fda.gov/drugsatfda_docs/label/2025/022341s046lbl.pdf; U.S. Food & Drug Admin., Saxenda (liraglutide) Highlights of Prescribing Information, Oct. 2025, https://www.accessdata.fda.gov/drugsatfda_docs/label/2025/206321s022lbl.pdf; U.S. Food & Drug Admin., Ozempic (semaglutide) Highlights of Prescribing Information, Oct. 2025, https://www.accessdata.fda.gov/drugsatfda_docs/label/2025/209637s035,209637s037lbl.pdf; U.S. Food & Drug Admin., Rybelsus (semaglutide) Highlights of Prescribing Information, Oct. 2025, https://www.accessdata.fda.gov/drugsatfda_docs/label/2025/213051s024,s028s029lbl.pdf; U.S. Food & Drug Admin., Wegovy (semaglutide) Highlights of Prescribing Information, Oct. 2025, https://www.accessdata.fda.gov/drugsatfda_docs/label/2025/215256s026lbl.pdf; U.S. Food & Drug Admin., Trulicity (dulaglutide) Highlights of Prescribing Information, May 2025, https://www.accessdata.fda.gov/drugsatfda_docs/label/2025/125469s063lbl.pdf; U.S. Food & Drug Admin., Mounjaro (tirzepatide) Highlights of Prescribing Information, Dec. 2025,

has been well-established by medical literature, suggesting that a common mechanism of action exists among GLP-1 receptor agonists. A 1998 study has shown a dose-dependent inhibition of GLP-1 on gastric emptying and slowing small intestine transit in rats.[17] The same research group used small-bowel electromyography in rats to show a further dose-dependent disruption of GLP-1 on the migrating motor complex (MMC), a set of contractions along the digestive tract.[18] The inhibitory effects of GLP-1 on GI motility and MMC have also been shown in healthy adults.[19]

Tirzepatide is a dual agonist for both GLP-1 and glucose-dependent insulinotropic polypeptide (GIP); GIP does not affect GI motility.[20] Because of the shared GLP-1 receptor agonist mechanism, tirzepatide should be classified with other GLP-1 receptor agonists for the purposes of this analysis. A recent, active-comparator cohort study for dulaglutide, semaglutide, and tirzepatide has shown that the drugs carry an increased risk of gastrointestinal motility-related events, further supporting a shared mechanism of action among them.[21] For these reasons, it is appropriate to consider GLP-1 receptor agonists together as a class when determining their causal relationship to ileus and bowel obstruction.

Although I am not relying on the FDA and its standards are different, the consideration of GLP-1 receptor agonists as a class as it relates to ileus is aligned with the FDA's treatment. A 2022 FDA pharmacovigilance and epidemiologic review recommended that an adverse reaction warning for ileus be added to the label for the entire class of GLP-1 receptor agonists, including those containing tirzepatide for which there were no identified

---

https://www.accessdata.fda.gov/drugsatfda_docs/label/2025/215866s039lbl.pdf; U.S. Food & Drug Admin., Zepbound (tirzepatide) Highlights of Prescribing Information, Sept. 2025, https://www.accessdata.fda.gov/drugsatfda_docs/label/2025/217806s031lbl.pdf.

[17] Tolessa T, Gutniak M, Holst JJ, Efendic S, Hellström PM. Glucagon-like peptide-1 retards gastric emptying and small bowel transit in the rat: effect mediated through central or enteric nervous mechanisms. Dig Dis Sci. 1998 Oct;43(10):2284-90. doi: 10.1023/a:1026678925120. PMID: 9790467.

[18] Tolessa, Tesfaye, et al. "Glucagon-like peptide-1 retards gastric emptying and small bowel transit in the rat (effect mediated through central or enteric nervous mechanisms)." *Digestive diseases and sciences* 43.10 (1998): 2284-2290.

[19] Hellström PM, Näslund E, Edholm T, Schmidt PT, Kristensen J, Theodorsson E, Holst JJ, Efendic S. GLP-1 suppresses gastrointestinal motility and inhibits the migrating motor complex in healthy subjects and patients with irritable bowel syndrome. Neurogastroenterol Motil. 2008 Jun;20(6):649-59. doi: 10.1111/j.1365-2982.2007.01079.x. Epub 2008 Feb 19. PMID: 18298441.

[20] *See* Edholm, T et al. "The incretin hormones GIP and GLP-1 in diabetic rats: effects on insulin secretion and small bowel motility." *Neurogastroenterology and motility* vol. 21,3 (2009): 313-21. doi:10.1111/j.1365-2982.2008.01229.x

[21] Crisafulli, Salvatore et al. "Comparative Gastrointestinal Safety of Dulaglutide, Semaglutide, and Tirzepatide in Adults With Type 2 Diabetes." *Annals of internal medicine*, 10.7326/ANNALS-25-01724. 4 Nov. 2025, doi:10.7326/ANNALS-25-01724; *see also* Derington, Catherine G et al. "Liraglutide vs Semaglutide vs Dulaglutide in Veterans With Type 2 Diabetes." *JAMA network open* vol. 8,10 e2537297. 1 Oct. 2025, doi:10.1001/jamanetworkopen.2025.37297.

cases of ileus.[22] Over the following year, the warning labels were updated to reflect this recommendation.[23]

To provide the physiological and pharmacological foundation for this causal relationship analysis, the following sections review:

**Section A:** Small and Large Intestinal Anatomy

**Section B:** Function of the Large and Small Intestine

**Section C:** The Effect of GLP-1 and GLP-1 RAs on Motility

**Section D:** Small Intestinal Ileus

**Section E:** Small Bowel Mechanical Obstruction (SBO)

## A.      Small and Large Intestinal Anatomy

The small intestine consists of three segments: the duodenum, the jejunum, and the ileum. The duodenum commences at the gastroduodenal junction, and the ileum ends at the ileocecal valve (which leads to the colon). The term "small intestine" is derived from the fact that its lumen (the inner space through which partially digested food travels) is smaller than that of the large intestine. However, the small intestine is the primary component of the digestive system for the absorption of key nutrients.

The duodenum is connected to the stomach proximally and extends to the duodenojejunal flexure. It is the widest, shortest, and least mobile segment of the small intestine. The duodenum is a C-shaped tube, about 25cm in length, and is subdivided into the following parts: D1: the superior part; D2: the descending part; D3: the horizontal part;

---

[22] U.S. Food & Drug Admin., Ctr. for Drug Evaluation & Research, Pharmacovigilance Review of GLP-1 RAs, Subject: Intestinal Obstruction (Nov. 1, 2022), Reference ID: 5070612.

[23] U.S. Food & Drug Admin., Ozempic (semaglutide) Highlights of Prescribing Information, Sept. 2023, https://www.accessdata.fda.gov/drugsatfda_docs/label/2023/209637s020s021lbl.pdf; U.S. Food & Drug Admin., Rybelsus (semaglutide) Highlights of Prescribing Information, Jan. 2023, https://www.accessdata.fda.gov/drugsatfda_docs/label/2023/213051s012lbl.pdf, U.S. Food & Drug Admin., Saxenda (liraglutide) Highlights of Prescribing Information, April 2023, https://www.accessdata.fda.gov/drugsatfda_docs/label/2023/206321s016lbl.pdf; U.S. Food & Drug Admin., Victoza (liraglutide) Highlights of Prescribing Information, July 2023, https://www.accessdata.fda.gov/drugsatfda_docs/label/2023/022341s039lbl.pdf; U.S. Food & Drug Admin., Wegovy (semaglutide) Highlights of Prescribing Information, Dec. 2022, https://www.accessdata.fda.gov/drugsatfda_docs/label/2022/215256s005lbl.pdf; U.S. Food & Drug Admin., Trulicity (dulaglutide) Highlights of Prescribing Information, Nov. 2022, https://www.accessdata.fda.gov/drugsatfda_docs/label/2022/125469s051lbl.pdf; U.S. Food & Drug Admin., Mounjaro (tirzepatide) Highlights of Prescribing Information, July 2023, https://www.accessdata.fda.gov/drugsatfda_docs/label/2023/215866Orig1s002s006lbl.pdf; U.S. Food & Drug Admin., Zepbound (tirzepatide) Highlights of Prescribing Information, Nov. 2023 (original label), https://www.accessdata.fda.gov/drugsatfda_docs/label/2023/217806s000lbl.pdf.

and D4: the ascending part. The common bile duct and the main pancreatic duct drain into the D2 at the major duodenal papilla. In common clinical terminology, the duodenum is usually distinct from the remainder of the small intestine; the term small intestine is used to denote just the jejunum and the ileum.[24] **Figure 1**

Figure 1.



Reproduced from Drake R, Vogl W, Mitchell A, Tibbitts R, Richardson P. (2021). Gray's atlas of anatomy (3rd ed.). Philadelphia, PA: Elsevier, with permission.

---

[24] Bazira, Peter J. "Anatomy of the small intestine." Surgery (Oxford) 41.7 (2023): 389-396.

The jejunum and ileum together are 5-6m long. There are no anatomic landmarks that denote the boundary between the jejunum (2/5 of total length) and the ileum (3/5 of total length). "Their distinct anatomical features blend seamlessly at their junction"; these distinctions are most apparent at the proximal jejunum and the distal ileum.[25] "The jejunum has both a wider lumen and a thicker wall than the ileum"; the lumen is therefore widest at the proximal jejunum and narrowest at the ileocecal valve (just prior to the colon).[26] Therefore, the ileocecal junction is the most common small intestinal location for an impaction of luminal contents.[27] **Figure 2**

Figure 2.



Reproduced from Drake R, Vogl W, Mitchell A, Tibbitts R, Richardson P. (2021). Gray's atlas of anatomy (3rd ed.). Philadelphia, PA: Elsevier, with permission.

---

[25] *Id.*

[26] *Id.*

[27] *Id.*

The large intestine commences at the ileocecal valve, and includes the cecum, appendix, colon, and rectum. The cecum is a 5-7cm blind-ended pouch that connects with the ileum through the ileocecal valve. The appendix is a blind diverticulum that arises from the cecum, inferior to the ileocecal valve. Distal to the cecum, the colon is subdivided into the ascending, transverse, descending, and sigmoid colon (proximal to distal). The rectum and the anal canal are located distal to the sigmoid colon.[28] **Figure 3**

Figure 3.



Source: From "Superior and inferior mesenteric arteries", page 172 in Drake, R., Vogl, W., Mitchell, A., Tibbitts, R., & Richardson, P. (2021). Gray's atlas of anatomy (3rd ed.). Philadelphia, PA: Elsevier.

### B.    Function of the Small and Large Intestine

The primary function of the small intestine is to break down food (chemically and mechanically), absorb nutrients and water, and move food along the gastrointestinal tract.

---

[28]  Bazira, Peter J. "Anatomy of the caecum, appendix, and colon." Surgery (Oxford). 41.1 (2023): 1-6.

The duodenum receives food from the stomach and receives digestive enzymes from the liver, pancreas, and gallbladder through the major duodenal papilla. In the presence of food, hormones in the duodenal lining signal the release of these enzymes, thus aiding in chemical digestion. The intestinal walls of the jejunum contract, churn, and mix food with digestive enzymes. Within the ileum, contraction of the bowel walls slows down; food therefore spends most of its time in the ileum. Hormones and nerves signal the ileocecal valve to open and close to allow food to pass, while minimizing bacterial entry from the colon into the small intestine.[29]

The large intestine's primary functions are the absorption of water and electrolytes, the production and absorption of certain vitamins, and the formation and elimination of stool. "Most nutrients and up to 90% of the water [are] absorbed by the small intestine."[30] The ascending colon absorbs "the remaining water and other key nutrients from the indigestible material" and solidifies this material to form stool.[31] The descending colon stores these feces, and the sigmoid colon contracts to propel the stool into the rectum, where it is eliminated through defecation. Vitamin K and certain B vitamins are produced by bacterial fermentation of colonic bacteria.[32]

"The migrating motor complex (MMC) is a cyclic, recurring motility pattern that occurs in the stomach and small bowel during fasting."[33] It is a complex set of contractions that start in the stomach and migrate down the small intestine. The absence of an MMC has been associated with cases of small bowel ileus, and can lead to a build-up of gas, bacteria, and undigested food.[34] In the fed state, a process known as the ileal brake is responsible for decreasing gastric and small intestinal motility and increasing the secretion of satiety hormones in response to undigested nutrients in the ileum. The ileal brake works as a neurohormonal feedback mechanism that works to suppress appetite in response to food in the ileum.[35]

---

[29]  Elizabeth M. Fish et al., Physiology, Small Bowel (Treasure Island (FL): StatPearls Publishing, 2025).

[30] Azzouz, Laura L. and Sandeep Sharma. "Physiology, Large Intestine." *StatPearls*, StatPearls Publishing, 31 July 2023.

[31] *Id*.

[32] *Id*.

[33] Deloose, Eveline et al. "The migrating motor complex: control mechanisms and its role in health and disease." *Nature reviews. Gastroenterology & hepatology* vol. 9,5 271-85. 27 Mar. 2012, doi:10.1038/nrgastro.2012.57.

[34]  *Id*.

[35]  Shin, H S et al. "Lipids, CHOs, proteins: can all macronutrients put a 'brake' on eating?." *Physiology & behavior* vol. 120 (2013): 114-23. doi:10.1016/j.physbeh.2013.07.008; Van Citters, Gregg W, and Henry C Lin. "Ileal brake: neuropeptidergic control of intestinal transit." *Current gastroenterology reports* vol. 8,5 (2006): 367-73. doi:10.1007/s11894-006-0021-9; Maljaars, P W J et al. "Ileal brake: a sensible food target for appetite control. A review." *Physiology & behavior* vol. 95,3 (2008): 271-81. doi:10.1016/j.physbeh.2008.07.018; Van

### C.      The Effect of GLP-1 and GLP-1 RAs on Small Intestinal Motility

GLP-1 is secreted by enteroendocrine cells in the distal small intestine, and GLP-1 receptors are widely expressed throughout the gut. In the fasting state, GLP-1 prolongs the MMC, thereby slowing intestinal transit between meals.[36] In response to nutrient ingestion, GLP-1 is one of the hormones that contribute to the ileal brake, decreasing intestinal motility, and increasing the secretion of satiety hormones.[37]

GLP-1 receptor agonists activate these same receptors, but because they are administered as drugs rather than produced endogenously (i.e., within the body), they achieve sustained receptor activation at levels exceeding normal physiologic GLP-1 signaling. The magnitude of motility inhibition is proportional to the degree of receptor activation, which increases with dose. In clinical practice, these agents are used for type 2 diabetes and, at higher doses, for chronic weight management, and their therapeutic benefits are directly tied to their ability to slow gastrointestinal transit and enhance satiety. Consequently, the slowing of motility is a primary mechanism by which these drugs work. However, as with other classes of medication, this intended effect can become excessive in some patients. A blood pressure medication can lower blood pressure too far, causing hypotension. A medication that lowers blood glucose can cause hypoglycemia. An anticoagulant can cause bleeding. By the same principle, a drug whose purpose is to slow intestinal movement can slow the intestines to the point that severe constipation, ileus, or even bowel obstruction occurs.

Before ileus or bowel obstruction develops, patients typically experience prodromal symptoms of impaired motility such as worsening constipation, bloating, abdominal distension, nausea, or decreased bowel movements. When a clinician recognizes these symptoms as signals of progressive hypomotility, the appropriate response is to discontinue or reduce the dose of the GLP-1 receptor agonist, allowing intestinal function to recover before frank ileus or obstruction occurs. However, this appropriate clinical intervention has an important consequence for surveillance data: because the condition resolved before meeting diagnostic criteria for ileus or SBO, no corresponding ICD code is

---

Citters, Gregg W, and Henry C Lin. "The ileal brake: a fifteen-year progress report." *Current gastroenterology reports* vol. 1,5 (1999): 404-9. doi:10.1007/s11894-999-0022-6.

[36] Tolessa, T et al. "Inhibitory effect of glucagon-like peptide-1 on small bowel motility. Fasting but not fed motility inhibited via nitric oxide independently of insulin and somatostatin." *The Journal of clinical investigation* vol. 102,4 (1998): 764-74. doi:10.1172/JCI942; Smits, M M et al. "Gastrointestinal actions of glucagon-like peptide-1-based therapies: glycaemic control beyond the pancreas." *Diabetes, obesity & metabolism* vol. 18,3 (2016): 224-35. doi:10.1111/dom.12593; Schirra, J et al. "Endogenous glucagon-like peptide 1 controls endocrine pancreatic secretion and antro-pyloro-duodenal motility in humans." *Gut* vol. 55,2 (2006): 243-51. doi:10.1136/gut.2004.059741.

[37] Shin (2013); Van Citters (2006); Maljaars (2008); Van Citters (1999).

assigned. The event is never captured in claims databases or registries. Studies relying on coded diagnoses therefore likely undercount the true incidence of clinically significant GLP-1 receptor agonist-induced hypomotility, capturing only those cases where intervention came too late.

### D.    Small Intestinal Ileus

A small intestinal ileus refers to a functional obstruction of the small intestine leading to a decrease or cessation of the flow of intestinal contents without evidence of a mechanical bowel obstruction (physical blockage). The prevalence of ileus varies widely, depending on the population and clinical context and is typically deemed a rare event in the general population.[38] Post-operative ileus is a common complication after abdominal surgery, with reported incidence rates ranging from 10% – 30% depending on the type of surgery and patient population.[39] In patients with high-risk traumas, such as pelvic or acetabular fractures, or those with acute pancreatitis, the incidence of ileus can be as high as 40%.[40] Risk factors for a non-postoperative ileus include critical illness (especially those with sepsis, multiorgan failure, opioid-based sedation, and mechanical ventilation), diabetes mellitus, severe comorbidities (cardiac and respiratory), trauma (such as pelvic and acetabular fractures), acute pancreatitis, and metabolic disturbances with electrolyte abnormalities.[41] Diabetes mellitus can impair gastrointestinal motility through diabetic

---

[38] For example, in adults aged 65 and older, the risk of ileus is approximately 24 per 100,000 individuals. *See* Zhang, Tao et al. "Global, regional, and national burden of disease analysis on paralytic ileus and intestinal obstruction in adults aged 65 and over from 1990 to 2021, with projections for 2030: a Global Burden of Disease Study 2021 analysis." *BMC gastroenterology* vol. 25,1 299. 26 Apr. 2025, doi:10.1186/s12876-025-03904.

[39] Sommer, Nils P et al. "State-of-the-art colorectal disease: postoperative ileus." *International journal of colorectal disease* vol. 36,9 (2021): 2017-2025. doi:10.1007/s00384-021-03939-1; Teng, Cindy Y et al. "Targets for Intervention? Preoperative Predictors of Postoperative Ileus After Colorectal Surgery in an Enhanced Recovery Protocol." *Journal of gastrointestinal surgery : official journal of the Society for Surgery of the Alimentary Tract* vol. 25,8 (2021): 2065-2075. doi:10.1007/s11605-020-04876-0;Venara, A et al. "Incidence and Risk Factors for Severity of Postoperative Ileus After Colorectal Surgery: A Prospective Registry Data Analysis." *World journal of surgery* vol. 44,3 (2020): 957-966. doi:10.1007/s00268-019-05278-3;Murphy, Matt M et al. "Independent risk factors for prolonged postoperative ileus development." *The Journal of surgical research* vol. 201,2 (2016): 279-85. doi:10.1016/j.jss.2015.10.047;Wells, Cameron I et al. "Colonic Electromechanical Abnormalities Underlying Post-operative Ileus: A Systematic and Critical Review." *Journal of neurogastroenterology and motility* vol. 25,1 (2019): 36-47. doi:10.5056/jnm18030.

[40] Ward, A E et al. "Exposing the incidence of ileus in pelvic and acetabular fractures: a retrospective case analysis." *Injury* vol. 53,2 (2022): 546-550. doi:10.1016/j.injury.2021.09.040; Giri, Suprabhat et al. "Incidence, Predictors, Management, and Outcome of Paralytic Ileus in Acute Pancreatitis." *Pancreas*, 10.1097/MPA.0000000000002594. 5 Nov. 2025, doi:10.1097/MPA.0000000000002594.

[41] Ward (2022);Ariès, Philippe, and Olivier Huet. "Ileus in the critically ill: causes, treatment and prevention." *Minerva anestesiologica* vol. 86,9 (2020): 974-983. doi:10.23736/S0375-9393.20.14778-3; Bauer, Anthony J et

neuropathy of the enteric nervous system,[42] through inducing local neuroinflammation in the gut,[43] as well as through a direct effect of acute or chronic hyperglycemia.[44] Medications that are well-established risk factors for ileus include opioids, anti-cholinergics, certain anti-psychotics, tricyclic anti-depressants, some anti-nausea medications, and calcium channel blockers.[45]

Although obesity is a risk factor for ileus in the postoperative setting[46] and in acute pancreatitis[47], there is no evidence of an independent role of obesity predisposing to ileus outside of those settings.

Clinically, ileus patients present with abdominal distention, pain, nausea, vomiting, and the inability to pass flatus or stool. The role of radiographic imaging is to differentiate between an ileus and a mechanical bowel obstruction; an ileus will typically demonstrate diffuse bowel dilation without evidence of a focal obstructing lesion. Abdominal x-rays are usually obtained first, and if the diagnosis is uncertain, a computed tomography (CT) should be obtained. The key to diagnosis is differentiating ileus from a mechanical obstruction. Treatment of an ileus is supportive care focused on bowel rest, correction of underlying causes, and prevention of complications. Bowel rest involves withholding oral intake to reduce pressure in the gut and the risk of aspiration. Placement of a nasogastric tube can be considered if there is significant abdominal distention or vomiting. Intravenous fluid with aggressive electrolyte replacement is also extremely important, as dehydration is common with an ileus and metabolic derangements can contribute to slow gut function. Most importantly, the underlying causes should be addressed. Medications that can slow bowel motility should be stopped or minimized, electrolytes should be optimized, and

al. "Ileus in critical illness: mechanisms and management." *Current opinion in critical care* vol. 8,2 (2002): 152-7. doi:10.1097/00075198-200204000-00011.

[42] Chandrasekharan, B, and S Srinivasan. "Diabetes and the enteric nervous system." *Neurogastroenterology and motility* vol. 19,12 (2007): 951-60. doi:10.1111/j.1365-2982.2007.01023.x

[43] Al Doghmi, Afnan et al. "Gut Region-Specific Interleukin 1β Induction in Different Myenteric Neuronal Subpopulations of Type 1 Diabetic Rats." *International journal of molecular sciences* vol. 24,6 5804. 18 Mar. 2023, doi:10.3390/ijms24065804.

[44] Takahashi, Toku et al. "Inhibitory effects of hyperglycemia on neural activity of the vagus in rats." *Intensive care medicine* vol. 29,2 (2003): 309-11. doi:10.1007/s00134-002-1580-3; Ouyang, X et al. "Hyperglycemia-induced small intestinal dysrhythmias attributed to sympathovagal imbalance in normal and diabetic rats." *Neurogastroenterology and motility* vol. 27,3 (2015): 406-15. doi:10.1111/nmo.12506; Al Doghmi (2023).

[45] Ariès(2020); Nielsen, Jimmi, and Jonathan M Meyer. "Risk factors for ileus in patients with schizophrenia." *Schizophrenia bulletin* vol. 38,3 (2012): 592-8. doi:10.1093/schbul/sbq137; Cappell, Mitchell S. "Colonic toxicity of administered drugs and chemicals." *The American journal of gastroenterology* vol. 99,6 (2004): 1175-90. doi:10.1111/j.1572-0241.2004.30192.x .

[46] Morimoto, Yoshihiro et al. "Visceral obesity is a preoperative risk factor for postoperative ileus after surgery for colorectal cancer: Single-institution retrospective analysis." *Annals of gastroenterological surgery* vol. 3,6 657-666. 16 Oct. 2019, doi:10.1002/ags3.12291.

[47] Giri (2025).

infections should be treated.[48] Surgical intervention is reserved for patients who develop signs of peritonitis, bowel ischemia, or fail to improve with conservative management. However, surgery is uncommon in an ileus without evidence of obstruction.[49]

### E.    Small Bowel Mechanical Obstruction (SBO)

SBO occurs when the intestinal flow is obstructed by a mechanical blockage. The most common causes of SBO are intraperitoneal adhesions, which account for 60-75% of cases in industrialized countries. Although most of these adhesions are in the setting of previous abdominal or pelvic surgery, they can also occur due to congenital fibrosis or as a result of prior inflammation. Hernias are the next most common cause, responsible for about 10-30% of cases of SBO. Neoplasms (either primary or metastatic tumors) account for about 5-13% of cases. Crohn's disease, inflammation from previous radiation, and nonsteroidal anti-inflammatory drugs (NSAID) induced inflammation can also cause SBO via inflammation or strictures.[50] Additionally, the intestinal stasis from an ileus can allow fecal material and other intraluminal contents to harden, forming fecaliths or enteroliths often in the setting of anatomic risk factors. Once formed, these concretions can migrate and become impacted, leading to a mechanical bowel obstruction. Case reports and reviews describe fecaliths and enteroliths forming in areas of stasis and subsequently causing obstruction in patients with predisposing anatomic factors leading to the stasis of intestinal contents.[51]

---

[48] Ashley E. Aaron et al., Gastrointestinal Surgical Emergencies (Giuseppe Nigri & Georgios Tsoulfas eds., 2021).

[49] Vilz, Tim O et al. "Ileus in Adults." *Deutsches Arzteblatt international* vol. 114,29-30 (2017): 508-518. doi:10.3238/arztebl.2017.0508.

[50] Amara, Yousef et al. "Diagnosis and management of small bowel obstruction in virgin abdomen: a WSES position paper." World journal of emergency surgery : WJES vol. 16,1 36. 3 Jul. 2021, doi:10.1186/s13017-021-00379-8; Miller, G et al. "Etiology of small bowel obstruction." *American journal of surgery* vol. 180,1 (2000): 33-6. doi:10.1016/s0002-9610(00)00407-4; Rami Reddy, Srinivas R, and Mitchell S Cappell. "A Systematic Review of the Clinical Presentation, Diagnosis, and Treatment of Small Bowel Obstruction." *Current gastroenterology reports* vol. 19,6 (2017): 28. doi:10.1007/s11894-017-0566-9.

[51] Gurvits, Grigoriy E, and Gloria Lan. "Enterolithiasis." *World journal of gastroenterology* vol. 20,47 (2014): 17819-29. doi:10.3748/wjg.v20.i47.17819; Perathoner, Alexander et al. "Enterolithiasis-associated ileus in Crohn's disease." *World journal of gastroenterology* vol. 18,42 (2012): 6160-3. doi:10.3748/wjg.v18.i42.6160; Chen, Ziwen et al. "Small bowel obstruction by a giant fecal bezoar in a blind loop of small intestine: a case report." *Frontiers in medicine* vol. 12 1644026. 10 Sep. 2025, doi:10.3389/fmed.2025.1644026; Sharma, S et al. "'Ball valve' small bowel obstruction caused by a large caecal faecolith." *Annals of the Royal College of Surgeons of England* vol. 103,2 (2021): e69-e71. doi:10.1308/rcsann.2020.7006; Wong, Laura et al. "Intraluminal causes of mechanical small bowel obstruction: CT findings and diagnostic approach." *European journal of radiology* vol. 187 (2025): 112115. doi:10.1016/j.ejrad.2025.112115; Zhang, Jing et al. "The role of computed tomography in enterolith causing small bowel obstruction: A case series." *Medicine*

Similarly to an ileus, patients typically present with abdominal pain, distention, nausea, vomiting, and constipation. However, imaging is essential for diagnosis. A CT scan of the abdomen is considered the gold standard in diagnosing SBO, and it can also evaluate for potential causes and physiological consequences.[52] In severe cases of bowel obstruction, distention of the bowel wall proximal to the site of obstruction can lead to ischemia (decreased blood flow) or necrosis (tissue death). SBO management is guided by clinical severity. Supportive management (e.g., bowel rest, aggressive hydration, nasogastric tube placement, correction of electrolyte imbalances, and antibiotics if indicated) is appropriate for initial management in patients without peritonitis, strangulation, or bowel ischemia. Most guidelines recommend a trial of nonoperative management for up to 72 hours, although recent evidence suggests a shorter trial may be more appropriate, as delayed surgery increased the risk of complications. Surgical management is indicated for patients with clinical deterioration, evidence of ischemia, or a failure to improve with nonoperative management.[53] Potential consequences of SBO include dehydration, kidney injury, malnutrition, aspiration, bowel ischemia / necrosis, perforation, sepsis, and death. For uncomplicated cases, mortality rates are 3-10% but rise to 25-30% with ischemia or perforation.[54]

---

vol. 102,36 (2023): e35041. doi:10.1097/MD.0000000000035041; Garnet, D J et al. "Enterolith ileus: liberated large jejunal diverticulum enterolith causing small bowel obstruction in the setting of jejunal diverticulitis." *The British journal of radiology* vol. 84,1004 (2011): e154-7. doi:10.1259/bjr/16007764; Monchal, Tristan et al. "Enterolith ileus due to jejunal diverticulosis." *American journal of surgery* vol. 199,4 (2010): e45-7. doi:10.1016/j.amjsurg.2009.05.042.

[52] Reddy (2017).

[53] Aaron et al. (2021); Maung, Adrian A et al. "Evaluation and management of small-bowel obstruction: an Eastern Association for the Surgery of Trauma practice management guideline." *The journal of trauma and acute care surgery* vol. 73,5 Suppl 4 (2012): S362-9. doi:10.1097/TA.0b013e31827019de; Maienza, E et al. "Management of adhesive small bowel obstruction: the results of a large retrospective study." *International journal of colorectal disease* vol. 38,1 224. 5 Sep. 2023, doi:10.1007/s00384-023-04512-8; Ten Broek, Richard P G et al. "Bologna guidelines for diagnosis and management of adhesive small bowel obstruction (ASBO): 2017 update of the evidence-based guidelines from the world society of emergency surgery ASBO working group." *World journal of emergency surgery : WJES* vol. 13 24. 19 Jun. 2018, doi:10.1186/s13017-018-0185-2; van Veen, Tara et al. "Predictive factors for operative intervention and ideal length of non-operative trial in adhesive small bowel obstruction." *Surgical endoscopy* vol. 37,11 (2023): 8628-8635. doi:10.1007/s00464-023-10282-9; Kanani, Fahim et al. "Optimal Timing of Surgical Intervention in Small Bowel Obstruction: A Systematic Review and Meta-Analysis of Clinical Outcomes and Risk Predictors." *The American surgeon*, 31348251385103. 8 Oct. 2025, doi:10.1177/00031348251385103.

[54] Reddy (2017); Broek et al. (2018).

**VI.    Summary of Evidence Establishing Risk of Intestinal Obstruction/Ileus with Use of GLP-1 Agonists**

The evidence linking GLP-1 receptor agonists to impaired intestinal motility and obstruction arises from multiple studies that converge on the same biologic effect. These studies demonstrate that GLP-1 suppresses gastric and small-bowel motor activity, thus in some instances causing ileus and potentially a resulting bowel obstruction.

### A.  Mechanism Studies

Across animal and human studies, GLP-1 receptor activation is shown to slow gastric emptying, inhibit small-bowel motor activity, and increase intestinal residue. These motility effects are predictable pharmacologic consequences of GLP-1 receptor stimulation and provide a biologically plausible pathway by which GLP-1 receptor agonists can contribute to ileus and bowel obstruction, helping to explain the clinical patterns observed in trials, pharmacovigilance data, case reports, and observational studies.

#### 1.  Tolessa (1998)

This study investigated the effects of GLP-1 on gastric emptying, small intestinal transit, and smooth muscle contractility in rats. An IV infusion of GLP-1 at a dose of 20 pmol/kg/min was required to inhibit gastric emptying; lower doses did not have this effect. GLP-1 at doses of 10 and 20 pmol/kg/min slowed small intestinal transit in a dose dependent manner. This study suggests that GLP-1 decreases motility in both the stomach and small intestine; the small intestine may be more sensitive to lower concentrations of GLP-1 than the stomach.

#### 2.  Giralt (1999)

This study infused ovalbumin hydrolysate (the main protein in chicken egg whites) into the duodenum and jejunum of anesthetized rats while evaluating muscle activity in the stomach, duodenum, and jejunum to evaluate the inhibition of gastrointestinal motor activity in response to ovalbumin. A GLP-1 antagonist was also subsequently infused to evaluate the potential contribution of GLP-1 to the inhibition of motor activity induced by ovalbumin. Both intraileal and intraduodenal infusion of ovalbumin inhibited spontaneous motor activity in the stomach, duodenum, and jejunum. The GLP-1 antagonist blunted the motor inhibition induced by ovalbumin in the ileum and jejunum, but the effect of GLP-1 antagonism was more immediate and significant with ileal versus duodenal infusion. Additionally, the beta-blocker blocked the inhibitory response induced by ovalbumin.

Taken together, these results suggest that the presence of food in the small intestine induces inhibition of gastric and small intestinal motor activity; the secretion of

GLP-1 in response to food in the ileum is a major contributor to this inhibition (a phenomenon known as the ileal brake). Furthermore, much of this inhibition is modulated through the sympathetic nervous system. This study contributes to the biological plausibility of GLP-1 agonists increasing the risk for ileus by demonstrating that GLP-1–mediated activation of the ileal brake can suppress proximal gastric and small intestinal motor activity. The authors describe this ileal brake mechanism as one that "may enhance absorption of a meal by prolonging the time of food remains in contact with the intestinal mucosa" and conclude that the inhibitory motor effects of intraluminal peptones are mediated, at least in part, through stimulation of adrenergic (sympathetic) pathways.

Key strengths of this study include the direct measurement of motor activity in multiple gastrointestinal segments combined with pharmacologic manipulation using a GLP-1 antagonist and adrenergic blockade, which allows the authors to dissect the relative roles of endogenous GLP-1 and the sympathetic nervous system in the ileal brake. Limitations include the use of an acute, anesthetized rat model, the absence of chronic GLP-1 receptor agonist exposure, and the lack of assessment of longer-term transit or clinical outcomes such as ileus or bowel obstruction; these factors limit extrapolation to real-world drug use but do not undermine the mechanistic conclusions. While beta-blocker use represents a potential unmeasured confounder, this does not alter the conclusion that GLP-1 activation inhibits gastrointestinal motor activity.

### 3. Tolessa (2001)

This animal study evaluated 54 fasted rats with small-bowel electromyography to assess the effects of GLP-1 and glucagon on the MMC. After an 18-hour fast, rats received intravenous infusions of varying doses of GLP-1 or glucagon. Low doses of GLP-1 (1–2 pmol/kg/min) had little effect on motility, but doses as low as 5 pmol/kg/min and above prolonged MMC cycle length and, at ≥10 pmol/kg/min, abolished phase III activity in a clear dose-dependent fashion. At lower GLP-1 doses, the inhibitory effect on the MMC was prevented by pretreatment with the nitric-oxide synthase inhibitor L-NNA and restored by L-arginine, indicating that physiologic-range GLP-1 suppresses fasting small-bowel motility through an NO-dependent neural pathway. At higher GLP-1 doses, inhibition of the MMC persisted despite NO blockade, suggesting that supraphysiologic levels can also act through additional, NO-independent mechanisms. By contrast, glucagon only disrupted the MMC at much higher, clearly pharmacologic doses, and its effect was not NO-dependent, supporting the authors' conclusion that glucagon has no obvious physiologic role in inhibiting gut motility.

This study explains the physiological effects of GLP-1 on gastrointestinal motility. GLP-1 primarily exerts its effects while feeding, and receptors are primarily located in the

stomach and small intestine. This characteristic explains the "ileal brake" phenomenon, in which undigested food (primarily fat) stimulates GLP-1 release, thereby decreasing gastric and jejunal motility. Along with the secretion of satiety hormones, this slowing of motility can lead to satiety and decrease appetite. Importantly, this study demonstrates that GLP-1 also inhibits motility during the fasting state. The abolition of phase III MMC activity is particularly significant because these "housekeeping" contractions normally clear gas, bacteria, and residual contents from the small intestine. Suppression of the MMC is a recognized contributor to small-bowel ileus and stasis and would be expected to promote accumulation of luminal contents in patients with anatomic or other motility risk factors, supporting the biologic plausibility of GLP-1 receptor agonists contributing to ileus or obstruction.

This is a well-designed study insofar as it used electromyography to directly measure myoelectric activity and demonstrates a clear dose-response inverse relationship between GLP-1 activation and gastric and jejunal motility. Additionally, the differential potency between GLP-1 and glucagon supports receptor specificity, ruling out non-specific effects. A potential limitation is that this is an animal model study using acute exposure rather than chronic administration. However, the fundamental mechanisms of GLP-1's effects on gut motility are conserved across species, and the supraphysiologic levels required to overcome NO-pathway blockade are consistent with the high and sustained GLP-1 receptor stimulation achieved with therapeutic GLP-1 Receptor Agonists.

### 4. Hellström (2008)

The aim of this study was to examine "the effects of GLP-1 on gastrointestinal motility" in 22 healthy patients and 16 patients with irritable bowel syndrome (IBS). The healthy patients were given saline (6), GLP-1 0.7 pmol/kg/min (8), and GLP-1 1.2 pmol/kg/min. IBS patients were given GLP-1 1.2 pmol/kg/min (8)[55], and GLP-1 2.5 pmol/kg/min (8). Motility was monitored in the antrum, duodenum, and jejunum. The motility index was calculated using the individual contraction amplitudes, their duration, and frequency. The motility index showed a dose-related inhibitory motility response from the GLP-1 in both normal subjects and patients with IBS. A similar inhibitory response was noted in the antrum, duodenum, and jejunum

### 5. Thazhath (2016)

This double-blind, randomized controlled crossover trial measured duodenal and lower small intestinal motility in 10 healthy subjects and 10 patients with type 2 diabetes in

---

[55] Two of these patients from this group were excluded due to inability to complete the recording.

response to intravenous exenatide. Exenatide markedly suppressed motility in the duodenum as well as the lower small intestine. In addition, exenatide also inhibited lower small intestinal motor function and flow.

The decrease in motility observed in response to exenatide can explain the decreased small intestinal motility that we see with GLP-1 agonists. It is also possible that a decrease in small intestinal motor function and small intestinal flow could potentially lead to a fecalith and in predisposed individuals lead to an obstruction. This study not only measured motility (via manometry), but also used impedance to measure small intestinal flow, shedding light on a possible etiology of SBO in patients on GLP-1 agonists. Importantly, "the suppression of small intestinal motility and flow was observed even in subjects with little or no nausea", indicating that the inhibitory effects are not secondary to nausea but represent a direct pharmacologic effect of the drug.

What makes this study particularly valuable is that it is a randomized, double-blind, crossover human trial using a marketed GLP-1 receptor agonist and directly measuring linked aspects of small intestinal function, including motility, flow, transit, and absorption. The crossover design helps control for between-subject variability, and the finding that motility and flow are suppressed even in subjects with minimal nausea supports a primary motor effect of exenatide. However, the sample size is limited to 20 subjects, exenatide was given intravenously rather than subcutaneously, and glucose was infused directly into the duodenum rather than administered orally, so the experimental conditions do not fully replicate typical clinical use. The study also evaluated only acute exposure and did not assess clinical outcomes such as ileus or bowel obstruction, nor did it report hazard ratios or confidence intervals for obstruction risk. These limitations primarily affect the ability to extrapolate the magnitude and frequency of clinical events, rather than the mechanistic conclusion that exenatide acutely suppresses small intestinal motility, flow, and transit under the conditions studied.

### 6. Nakatani (2017)

This study used capsule endoscopy (a swallowed camera capsule that takes images as it moves through the GI tract) to evaluate gastrointestinal motility in 14 inpatients with type 2 diabetes mellitus in Japan on increasing doses of liraglutide. Patients were stratified by the presence or absence of diabetic neuropathy. With administration of liraglutide, gastric transit time decreased in patients with diabetic neuropathy, although this difference was statistically insignificant. In patients without diabetic neuropathy, gastric transit time increased in a statistically significant manner with liraglutide. Similarly, although small intestinal transit time increased with liraglutide in patients with diabetic neuropathy, this difference was not statistically significant. In contrast, in patients without diabetic

neuropathy, there was a significant increase in small intestinal transit time following liraglutide administration. Total gastrointestinal transit time was not significantly increased in patients with diabetic neuropathy, but this difference was statistically significant in patients without diabetic neuropathy. In all patients, the small bowel residue rate (the proportion of capsule images showing retained luminal contents) was increased in patients with the administration of liraglutide, which supports the potential mechanism of a fecalith leading to SBO.

The most important finding from this study is the understanding that the impact of decreased motility from GLP-1 agonists can be attenuated by the presence of diabetic neuropathy. Thus, the studies that evaluate patients with diabetes are confounded by the possibility of diabetic neuropathy. As observational studies of diabetic populations do not typically measure hemoglobin A1C levels over time, duration of diabetes, or the presence of complications like neuropathy, they cannot fully control for these confounders. This mechanistic understanding supports the conclusion that studies excluding diabetic patients, such as the Sodhi study published in JAMA, provide cleaner, more reliable evidence of the association between GLP-1 receptor agonists and bowel obstruction. The significant increase in small bowel residue rates in all patients, regardless of diabetic neuropathy status, further supports the biologic plausibility of fecalith formation contributing to obstruction risk.

A notable strength of this study is the use of capsule endoscopy to visualize and quantify transit through multiple gastrointestinal segments, providing objective measurements of motility rather than relying on surrogate markers. The stratification by diabetic neuropathy status provides the mechanistic foundation for understanding why diabetes confounds population-based studies. Limitations include the sample size, the focus solely on hospitalized diabetic patients, and the short-term exposure to liraglutide at doses lower than those used for obesity treatment. The study did not assess clinical outcomes such as ileus or bowel obstruction. However, these limitations do not diminish the study's critical contribution; namely, providing mechanistic evidence that the decreased motility from GLP-1 RAs can be attenuated by diabetic neuropathy, thereby validating the emphasis on non-diabetic populations when evaluating the association between GLP-1 receptor agonists and bowel obstruction.

**B.    Epidemiological Literature**

Epidemiological studies evaluating GLP-1 receptor agonist use show an association with an increased risk of ileus and intestinal obstruction. The strength and consistency of this association varies depending on study design, comparator selection, follow-up duration, and whether the study population included diabetic patients. Studies that

24

appropriately control for these factors show a statistically significant association, while those with methodological limitations or confounding by diabetes tend to show attenuated or null results. On balance, and for the reasons discussed below, the epidemiological literature establishes an association between GLP-1 receptor agonist use and ileus and intestinal obstruction.

### 1. Bennett (2016)

This study used a medical database in Japan to compare incidence rates of ileus among diabetic patients on alogliptin with other DPP4 inhibitors, GLP-1 agonists, and voglibose between 2010 and 2014. Although there seemed to be an increased risk of ileus in patients on GLP-1 agonists compared to alogliptin, these associations did not persist when accounting for other variables.  In multivariate analysis, there was no difference between alogliptin and other DPP4-inhibitors or GLP-1 agonists; the risk of ileus was lower in patients with alogliptin compared to voglibose (an alpha-glucosidase inhibitor, use of which has a known potential for ileus).  This study drew from a large Japanese database, but the authors acknowledge the possibility of confounding variables. Additionally, when interpreting the study, it is essential to note that the presence of diabetic neuropathy can attenuate the decreased motility from GLP-1 RAs. By increasing the risk of ileus in the comparator group and decreasing the response to GLP-1 RAs, diabetic neuropathy can bias towards the null hypothesis. The authors also note that "the magnitude of the risk estimates for the GLP-1 receptor agonists should be interpreted with caution considering that the number of patients who received GLP-1 receptor agonists and then developed ileus during the study period were small and the CI for incidence estimates were wide."

### 2. Gudin (2020)

The objective of this study was to investigate the risk associated with intestinal obstruction with use of GLP-1 agonists and DPP-4 inhibitors with data obtained from a global database (VigiBase) managed by the World Health Organization (WHO). The authors extracted all reports of adverse events from patients exposed to at least 1 diabetes drug between 2007 and 2018. Of a total of 698 cases of intestinal obstruction, 452 cases involved either a GLP-1 agonist or a DPP-4 inhibitor. Intestinal obstructions were 4.5 times more frequently reported with a GLP-1 agonist or DPP-4 inhibitor. When assessing serious intestinal obstructions for incretin-based drugs (deemed life-threatening, requiring hospitalization, or resulting in death), the reporting odds ratio was 10.65 (95% CI, 7.68-14.75) and for GLP-1 agonists it was 7.40 (95% CI, 4.84-11.31).

The fact that these data were extracted from the world's largest database of adverse drug reactions is a notable strength of this study. Additionally, that GLP-1 agonists were examined with DPP-4 inhibitors and each showed an independent association with the risk

of intestinal obstruction speaks to the biologic plausibility of this association. A potential limitation is that the study was not designed to measure the real risk of adverse drug reactions; rather, it compared the risk of adverse events between GLP-1 agonists and DPP-4 inhibitors to other diabetes drugs. However, the fact that other drugs have not been shown to independently affect the risk of intestinal obstructions minimizes this limitation. Another potential limitation is that, like other databases, this database is subject to over-reporting as well as under-reporting of potential adverse outcomes; however, this should not preferentially impact the reporting of obstructions associated with GLP-1 agonists and DPP-4 inhibitors.

### 3. Gudbergsen (2021)

In this study, the authors analyzed the safety and efficacy of liraglutide at 3 mg/day for use in obese/overweight patients with symptomatic knee osteoarthritis through a randomized controlled trial. 156 patients were randomized to receive either liraglutide or placebo. Safety outcomes included the incidence of adverse events. Though only one patient from the liraglutide group suffered an ileus, this study was not designed to evaluate for bowel obstruction or ileus and was underpowered to detect that risk. Accordingly, though an RCT is considered a high level of evidence, the limitations of this study as they relate to the question I am evaluating significantly lower the study's relevance and weight.

### 4. Lundgren (2021)

This is a randomized, placebo-controlled trial that enrolled adults with obesity without diabetes into 1 of 4 categories: a) exercise + placebo (40 patients in the exercise group), b) liraglutide + usual activity (41 patients in the liraglutide group), c) exercise + liraglutide (45 patients in the combination group), and d) placebo + usual activity (40 patients in the placebo group). The primary end point was the change in body weight; the secondary end point was the change in body fat percentage. Prespecified metabolic end points were also assessed. Gastrointestinal adverse events were noted in all 4 groups, however many of these events were not fully characterized. There was 1 reported case of ileus in the exercise group, there were no reported cases of SBO. Although adverse events were reported, this was a trial designed to evaluate efficacy, not adverse events. There are multiple reasons why this study was inadequate to detect ileus and SBO. Most importantly, this study had a total of 166 participants; it was therefore not powered to find less common side effects due to the sample size. Secondly, this study only followed patients for one year. Thirdly, adverse event reporting is often less rigorous in efficacy trials. In efficacy trials, investigators may focus more on endpoints related to efficacy, and some symptoms may be underreported. Safety dedicated studies actively follow patients for side-effects and have structured symptom checklists.

26

### 5. Faillie (2022)

This population-based active comparator cohort study of patients from the UK looked at initiators of GLP-1 agonists and DPP-4 inhibitors compared to initiators of SGLT-2 inhibitors between 2013 and 2019. The use of GLP-1 agonists showed an increased risk of intestinal obstruction (HR 1.69; 95% CI, 1.04-2.74); the highest HR was observed after around 1.6 years of use (HR 3.48; 95% CI, 1.79-6.79). The use of DPP-4 inhibitors was also associated with an increased risk of intestinal obstruction (HR 2.59; 95% CI, 1.52-4.42); the highest HR was observed after around 1.8 years of use (HR 9.53; 95% CI, 4.47-20.30).

The strengths include the size of the study, including over 25,000 new GLP-1 agonist users and 67,261 new SGLT-2 inhibitor users, as well as the use of SGLT-2 inhibitors as an active comparator (typically used at a similar stage of diabetes). Additionally, the similar findings for GLP-1 agonists as well as DPP4 inhibitors which both involve similar biologic pathways, increases the biologic plausibility of these associations. Potential limitations include the possibility of confounding variables related to the diagnosis of diabetes and the observational nature of the study. However, it is important to note that the bias associated with diabetic neuropathy would typically bias towards the null hypothesis. Furthermore, the authors controlled for 57 potential confounders, including variables that could affect GI motility or the risk of obstruction and the use of an active comparator design helps reduce the potential for confounding.

### 6. Sodhi (2023)

This retrospective active-comparator cohort study, published in one of the top journals in medicine and science, evaluated a random sample of 16 million patients from 2006-2020 from the IQVIA database and included new users of semaglutide (613), liraglutide (4144) compared to bupropion-naltrexone (654) patients with an obesity code, excluding those with a diabetes code. The study found a statistically significant increased risk of bowel obstruction (HR 4.22; 95% CI, 1.02-17.40). The exclusion of diabetic patients from this analysis is a major strength of this study because the diagnosis of diabetes can lead to multiple other unmeasured and confounding variables for gastrointestinal side-effects. Additional strengths of this study include the number of patients, as well as the fact that the IQVIA database "captures 93% of all outpatient prescriptions and physician diagnoses." A potential limitation is that liraglutide was not approved for obesity until 2014, and semaglutide was not approved for obesity until 2021. However, the fact that all patients included in this study had a diagnosis of obesity without diabetes minimizes this limitation. Furthermore, a separate analysis on patients regardless of a history of obesity yielded similar results, suggesting that a history of obesity does not significantly alter the potential for bowel obstruction. Additionally, the observational nature of the study can be

subject to residual confounding. Since this is a limitation of any study and given the active-comparator design, this limitation did not weigh heavily against the accuracy of the results.

A letter to the editor by Karine Suissa, PhD and others questioned Sodhi's conclusions and methodology. Specifically, the letter questioned, relevant to this analysis, Sodhi's failure to exclude diabetics from the GLP-1 RA patients, suggesting an explanation for increased risk of gastrointestinal events versus bupropion-naltrexone patients. Sodhi, however, responded to this criticism with an additional letter explaining that the study excluded type 2 diabetes patients based on diabetes codes and medications. Sodhi further refuted concerns relating to the wide confidence interval and further explained that "given the general mechanism of action of GLP-1 receptor agonists" his results were in line with previous studies showing increased risk of, among other adverse events, bowel obstruction.

### 7. Ding (2024)

The Ding authors performed a Mendelian randomization study using genetic variants in the GLP-1 receptor gene to determine the risk of paralytic ileus (PI). The relevant genetic variants were determined based upon their impact on the hemoglobin A1C. The study showed GLP-1 agonists were associated with a decreased risk of PI. This protective association was thought to be related to lowering blood glucose levels, thereby decreasing mesenteric vascular damage (increasing blood flow to the ileum), as well as decreasing the risk of neuropathy. However, the major limitation of this study is that it focuses on the effect of GLP-1 agonists based upon its glycemic effects. GLP-1 agonists exert multiple effects beyond glycemic control and promote weight loss through multiple mechanisms. Other effects of GLP-1 agonists would need to be evaluated and considered in order to draw definitive conclusions about an association. Furthermore, it is important to note that this manuscript has not been accepted in a journal for publication and has not gone through peer review.

### 8. Khanna (2024)

This abstract was a retrospective cohort study using the TriNetX platform that evaluated patients with IBD and either diabetes or a BMI > 30 and compared those not on a GLP-1 agonist (80,541) to those on a GLP-1 agonist (8,484). This study found "decreased rates of TNF-alpha inhibitor initiation, IV steroid use & intestinal obstruction amongst patients with IBD on GLP-1 RA". Although this study "suggests a possible anti-inflammatory effect" of GLP-1 agonists on IBD, it has numerous limitations. This study was only published in the abstract form, precluding my ability to critically evaluate the data. We do not have data on how well these cohorts were matched, and it does not appear that Crohn's and UC were evaluated separately (nor do we have data on whether different

phenotypes were noted). Although they evaluated for TNF-alpha inhibitor initiation, they did not evaluate for the use of other biologic medications. It is notable that there was no significant difference between ESR, CRP, or calprotectin between the two groups. Finally, this study was limited to patients with IBD and cannot be generalized to a general cohort of patients using GLP-1 agonists for weight loss. If this abstract does become a fully published study, I will revisit my evaluation and weighting.

### 9. Nanah (2024)

This abstract was a retrospective cohort study using the TrinetX database to compare outcomes in obese IBD patients who received GLP-1 agonists (15,000) to bariatric surgery (1,240). After propensity score matching, the authors found a lower risk of intestinal obstruction (OR 0.32) in the GLP-1 agonist group. Importantly, this study did not separate ulcerative colitis from Crohn's disease, nor did it account for phenotypic differences in Crohn's disease (e.g., stricturing, fistulizing, or inflammatory). Without accounting for these important distinctions, the applicability to IBD patients is limited. This study is not helpful in answering my question as it only assesses IBD patients. Furthermore, the comparator group underwent bariatric surgery, which is a recognized risk factor for small bowel obstruction, with incidence rates up to 9.6% depending on the procedure type and other risk factors.[56] Additionally, this study was only evaluated in the abstract form, and I am unable to completely review the data and methodology. If this abstract does become a fully published study, I will revisit my evaluation and weighting.

### 10. Ueda (2024)

This cohort study looked at nationwide patient registries and prescription drug registries between 2013 - 2021 from Norway, Denmark, and Sweden to evaluate the risk of intestinal obstruction with the use of GLP-1 agonists and DPP-4 inhibitors compared to SGLT-2 inhibitors. There was no statistically significant association between DPP-4 inhibitors vs SGLT-2 inhibitors; nor was there a significant association between GLP-1 agonists vs SGLT-2 inhibitors. The strength of this study is primarily the large database from 3 different countries. However, the fact that this study evaluates a diabetic population can bias towards the null hypothesis. Although diabetic neuropathy can increase the risk of

---

[56] McLean, Cheynne et al. "Characterization of Early Small Bowel Obstructions Following Elective Bariatric Surgery." *Obesity surgery* vol. 34,4 (2024): 1131-1137. doi:10.1007/s11695-024-07079-7; Clapp, Benjamin et al. "Early Bowel Obstruction after Bariatric Surgery: An Analysis of the 2020-2021 MBSAQIP Database." *Surgical laparoscopy, endoscopy & percutaneous techniques* vol. 33,5 499-504. 1 Oct. 2023, doi:10.1097/SLE.0000000000001227 ; De Simone, Belinda et al. "Operative management of acute abdomen after bariatric surgery in the emergency setting: the OBA guidelines." *World journal of emergency surgery : WJES* vol. 17,1 51. 27 Sep. 2022, doi:10.1186/s13017-022-00452-w.

ileus, it attenuates the impact of GLP-1 agonists on gut motility. It should also be noted that the median follow-up time for patients on GLP-1 RAs was 0.9 years which may not capture the full risk given that Faillie et al. shows the peak risk at 1.6 years of use. This must be considered in interpreting the strength of these findings.

### 11. Alfehaid (2025)

The Alfehaid authors performed a systematic review and meta-analysis of 14 studies to evaluate the risk of bowel obstruction or ileus in patients prescribed GLP-1 agonists. Of the 14 studies included in the systematic review, 2 were randomized controlled trials or RCTs, 8 were observational studies, and 4 were case reports. 6 studies were included in a meta-analysis of which 2 were RCTs and 4 were observational studies. This study did not show a statistically significant increased risk of bowel obstruction or ileus in patients on GLP-1 agonists as a class. However, studies that evaluated liraglutide did show an increased risk of bowel obstruction compared to controls (OR 3.0; 95% CI, 2.03-4.45). The same was not found for semaglutide (OR 0.50; 95% CI, 0.06-4.03), but that could be due to the small number of patients on that drug.

The strength of systematic reviews and meta-analyses depend upon the underlying studies and data they include. The studies included here differ significantly in trial design and patient characteristics. Based upon this variability, the authors acknowledge that "the high heterogeneity observed in [their] results highlights the need for cautious interpretation and application to clinical practice..." I agree with the authors that the high heterogeneity makes meaningful interpretation of these results difficult.

This study must additionally be viewed with caution, as it includes both Gudbergsen and Lundgren in both the systematic review and meta-analysis, which as noted in the summaries of those studies above, increase the risk of false negatives given the low power to detect associations. Further, Gudbergsen and Lundgren were not designed to evaluate for obstruction or ileus; limiting the applicability of the results in this systematic review.

### 12. Alkabbani (2025)

This abstract compared GLP-1 receptor agonists and SGLT-2 inhibitors for patients with type 2 diabetes. The authors pulled from two U.S. commercial healthcare databases to identify diabetic patients who initiated GLP-1 RA or SGLT-2 inhibitors between October 2016 and August 2024. After 1-1 propensity score matching on over 150 potential confounders, the study included 313,342 matched pairs of GLP-1 RA and SGLT-2 inhibitor initiators. The patients were followed for a median of 6.5 months. GLP-1 receptor agonists had higher risk of bowel obstruction (HR 1.17; 95% CI: 1.03, 1.32). Although this is an abstract, the results show an association, and it is a peer-reviewed study. The inclusion of

diabetic patients increased confounding variables, which may also bias towards the null hypothesis as diabetic neuropathy can decrease gut motility, but attenuate the decrease in gut motility induced by GLP-1 agonists.

### 13. Chiang (2025)

This was a meta-analysis and systematic review that included 55 randomized controlled trials evaluating GLP-1 agonists in diabetic patients, overweight/obese patients, and patients with fatty liver disease. This study showed an increased risk of cholelithiasis and GERD compared to placebo but did not show an increased risk of intestinal obstruction or ileus. However, there was significant heterogeneity amongst the clinical trials, and gastrointestinal adverse events "were not prespecified as primary outcomes in the included RCTs." Additionally, a large proportion of these patients were diabetic, thus leading to the same concerns addressed above.

### 14. Gao (2025)

This observational study included over 1.2 million patients with type 2 diabetes and compared the incidence of intestinal obstruction between GLP-1 agonists and 6 other classes of anti-diabetic medications at 1, 3, and 5 years. This study showed no significant differences in intestinal obstruction between GLP-1 agonists and SGLT-2 inhibitors and metformin. Compared with sulfonylureas and thiazolidinediones, lower risks were observed with GLP-1 agonists at 1 and 3 years, but no associations were observed at 5 years of follow-up. GLP-1 agonists were associated with a decreased risk of intestinal obstruction at 5 years, but no associations were noted at 1 and 3 years of follow-up. Patients on GLP-1 agonists had a decreased hazard ratio for intestinal obstruction compared to insulin at 1, 3, and 5 years of follow-up. Although this study drew from a large sample size, it was an observational study that relied upon electronic health records and was therefore prone to inaccuracies and confounding variables. The fact that the analysis was only limited to patients with type 2 diabetes is another major limitation, as diabetes can lead to multiple effects on intestinal motility which can confound the results. As stated before, the presence of diabetic neuropathy can bias the results towards the null. For example, patients with insulin could have had an increased risk for intestinal obstruction compared to GLP-1 agonists due to the severity of the disease that warranted insulin.

### 15. Garg (2025)

This retrospective cohort study evaluated all-cause mortality and gastrointestinal adverse events in type 2 diabetes patients treated with GLP-1 RA compared to those treated with SGLT-2 inhibitors using electronic health records from the TriNetX Multi-Institutional Database between January 2021and December 2022. This study compared GI

adverse events and all-cause mortality in 104,947 patients on GLP-1 agonists to the same number of patients on SGLT-2 inhibitors over a 24-month period. This study found a decreased risk of ileus in the GLP-1 RA cohort, and a similar risk of intestinal obstruction. When evaluating this study, it is important to acknowledge that the presence of diabetic neuropathy can attenuate the effect of GLP-1 agents on small bowel motility. Although the incidence of polyneuropathies is listed at 9.3% in both cohorts, diabetic neuropathy is substantially underdiagnosed, as up to 50% of cases are asymptomatic and go unrecognized. When objective testing such as quantitative sensory testing and nerve conduction studies is used, approximately 50% of people with diabetes have neuropathy. Despite recommendations for annual screening at diagnosis for type 2 diabetes and 5 years after diagnosis for type I diabetes, many patients do not receive the appropriate assessments.[57] Thus, the inclusion of diabetes, as in other studies, bias towards the null hypothesis because of the high incidence of diabetic neuropathy and its attenuation of the effect of GLP-1 on gut motility. Furthermore, it is impossible to know whether these prescriptions were filled or continued throughout the evaluation period.

### 16. Gmehlin (2025)

This study looked at whether patients admitted to the ICU in different Mayo Clinic hospitals between 2018 and 2023 had an increased risk of gastrointestinal complications if they were exposed to a GLP-1 agonist prior to the ICU compared with those not exposed. There were no significant differences in the development of ileus (OR 1.67; 95% CI, 0.4-6.97) or obstruction (OR 0.43; 95% CI, 0.16-1.120) between the two groups. The study acknowledges the limitation that these diagnoses were based upon ICD-10 codes, which may not always have been entered by the treating clinician, and that residual confounders may have influenced the results. They also note that the methodology to assess GLP-1 exposure was a limitation, Specifically, a patient qualified as exposed to GLP-1 agonist if they had an active prescription for the drug within 30 days of admission. The authors concede they were unable to determine the total duration of GLP-1 agonist exposure. Given that patients could have been newly prescribed the drug, that could bias results towards the null. The authors also write: "As the majority of adverse events associated with GLP-1RA use occurs within the first month of therapy, we did perform an additional sensitivity analysis to mitigate this limitation, which did not show a difference in incidence of adverse outcomes." This is another limitation of the study, as Faillie indicated that the peak of

---

[57] American Diabetes Association Professional Practice Committee. "12. Retinopathy, Neuropathy, and Foot Care: Standards of Care in Diabetes-2025." *Diabetes care* vol. 48,1 Suppl 1 (2025): S252-S265. doi:10.2337/dc25-S012; Mauermann ML, Staff NP. Peripheral Neuropathy: A Review. JAMA. 2025 Nov 17. doi: 10.1001/jama.2025.19400. Epub ahead of print. PMID: 41247746.

intestinal obstruction was 1.6 years. Another limitation is that the study excluded patients admitted to the ICU for less than 24 hours. It is unclear what purpose that exclusion would serve. Additionally, those patients admitted to the surgical ICU were excluded. Bowel obstruction specifically can be a serious condition requiring surgery. The exclusion of such patients could explain the lower odds ratio of obstruction.  Further, this study does not acknowledge that many patients admitted to the hospital with an ileus or bowel obstruction may not be admitted to the ICU. Most importantly, patients admitted to the ICU with life-threatening diagnoses are not generalizable to the overall population.

### 17. Hurwitz (2025)

This retrospective cohort study drew patients from the Healthcare Integrated Research Database (HIDR) to evaluate the risk of multiple different adverse events on GLP-1 agonists in the first 6 months of use, including bowel obstruction hospitalizations. The study included liraglutide, semaglutide, dulaglutide, and tirzepatide, in addition to other GLP-1 agonists. In patients with diabetes, GLP-1 agonist patients were compared with those on SGLT-2 inhibitors; in patients on GLP-1 agonists for weight management, they were compared with patients on bupropion-naltrexone and patients on phentermine/topiramate. "The incidence of bowel obstruction hospitalizations was slightly higher" in the GLP-1 agonist arm compared to the other cohorts, but these results did not reach statistical significance (GLP- 1- RA vs. SGLT-2 inhibitors RR: 1.09; 95% CI (0.98–1.21); GLP- 1- RA vs. NalBup RR: 1.88; 95% CI (0.63–5.60); and GLP- 1- RA vs. PhenTop RR: 1.77; 95% CI (0.45–6.99)). There is a wide range of confidence intervals in the weight management cohort because of the low number of events. However, this study does show a trend towards statistical significance. It is possible that the low number of events is due to the short duration of follow-up (6 months). The Faillie paper shows that the highest risk was after around 1.6 years of use, lending support to the possibility that this result would have been statistically significant if the duration of follow-up was longer.

### 18. Liu (2025)

This is a retrospective cohort study evaluating the risk of acute pancreatitis, biliary disease, gastroparesis, or bowel obstruction in obese, non-diabetic patients on GLP-1 agonists compared to bupropion-naltrexone after accounting for initial BMI. After adjusting for BMI, this study did not show an increase in acute pancreatitis. For bowel obstruction, the association was not statistically significant (aHR 1.30; 95% CI, 0.69-2.17).  Although BMI is a risk factor for acute pancreatitis, the current evidence does not support an

independent association between BMI and SBO.[58] Limitations included unmeasured confounders, differences in follow-up duration between the cohorts, and risks inherent to interpreting data from large-scale electronic databases. Additionally, the exclusion of BMI in the evaluation of the risk of SBO decreases the power of the study and likely increases the potential for unmeasured confounders.

### 19. Moiz (2025)

This was a systematic review of 26 RCTs to assess the efficacy and safety of GLP-1 agonists and co-agonists for the treatment of obesity in patients without diabetes. The authors searched Medline, Embase, and the Cochrane Central Databases from inception until October 2024 to identify relevant RCT's. 12 agents were included in this analysis with a total of 15,491 participants; treatment periods ranged from 16 to 104 weeks (median of 43 weeks). The authors state that all 26 RCTs had some concerns related to the measurement of safety outcomes. Gastrointestinal adverse events were largely self-reported. Although no cases of ileus or bowel obstruction were reported in these studies, the fact that these outcomes were not specifically assessed in the studies limits our ability to analyze these data. Furthermore, symptoms of nausea, diarrhea, constipation, and vomiting were more frequent in the GLP-1 agonist groups than placebo; it is possible that these symptoms could have represented more significant conditions. Furthermore, the variable follow-up with a median of only 43 weeks also limits our assessment of potential side-effects that typically take a longer period of time to develop. It should also be noted that due to heterogeneity in the studies, the authors were unable to perform a meta-analysis.

### 20. Nielsen (2025)

This study used a Danish registry to evaluate the risk of ileus and intestinal obstruction in patients with IBD who receive GLP-1 agonists between 2018 and 2024. They found a total population of 61,927 IBD patients; 7.2% redeemed a prescription for a GLP-1 agonist during the study period. There was no increased risk of ileus or intestinal obstruction in patients taking GLP-1 RAs with IBD. The exposure definition could include patients on GLP-1 agonists for just seven months. This may not capture full risk of longer continuous use of GLP-1 agonists, as Faillie indicated that peak intestinal obstruction occurred at 1.6 years. Although this study did differentiate between UC and Crohn's, it did

---

[58] McLean (2024); STARSurg Collaborative. "Multicentre prospective cohort study of body mass index and postoperative complications following gastrointestinal surgery." *The British journal of surgery* vol. 103,9 (2016): 1157-72. doi:10.1002/bjs.10203

not differentiate between the phenotype of Crohn's disease (e.g., stricturing, fistulizing, or inflammatory), or the anatomic location of disease activity. This is especially important because the risk of obstruction in Crohn's disease is heavily based upon the phenotype of disease and anatomic location. The lack of inclusion of these analyses makes it difficult to interpret given the numerous phenotypic differences in Crohn's disease (stricturing Crohn's disease is a significant independent risk factor for SBO). It is important to note that GLP-1 agonists may exert anti-inflammatory and gut-barrier protective effects, which could be beneficial in IBD.[59] To further explore this anti-inflammatory effect in IBD, Eli Lilly is currently conducting a clinical trial evaluating the safety and efficacy of tirzepatide + mirikizumab (an approved Crohn's treatment) in patients with Crohn's disease. Therefore, this study cannot be extrapolated to the general population because it is only limited to IBD patients, and it is possible that an increased risk of ileus or bowel obstruction may be negated by a decrease in IBD-related inflammation.  The authors note "due to few outcome events, this study should be replicated in a study population with longer exposure time and more outcomes before any final conclusions can be made."

### 21. Niu (2025)

This was a retrospective cohort study from the TriNetX database between 2010 and 2020 that compared GI adverse events including ileus and SBO in diabetic patients on GLP-1 agonists (230,520) vs other oral diabetic medications (1,728,287). Both treatment groups were followed for a period of over 5 years. In this study, GLP-1 agonists were associated with a lower risk of bowel obstruction or ileus. The A1C for the GLP-1 group was 8.5 +/- 2.0; the A1c for the other oral anti-diabetic group was 7.7 +/- 1.9. However, it is important to keep in mind that the A1C is only a surrogate for the blood glucose for the preceding 3 months, and diabetic neuropathy is more dependent upon the severity of diabetes over a longer period of time. Numerous studies show that in the United States most patients initiate therapy with metformin first-line, and other oral agents are typically initiated prior to GLP-1 agonists, likely as a result of their injectable route and higher cost.[60] Given the likely

---

[59] Colwill M, Povlsen S, et al. Glucagon-like peptide-1 (GLP-1) receptor agonists in inflammatory bowel disease: mechanisms, clinical implications, and therapeutic potential. J Crohns Colitis. 2025 Sep 28;19(9):jjaf167. doi: 10.1093/ecco-jcc/jjaf167. PMID: 40972535; PMCID: PMC12558716; Migliorisi G, Gabbiadini R, et al. GLP-1 receptor agonists in IBD: exploring the crossroads of metabolism and inflammation. Front Immunol. 2025 Jul 15;16:1610368. doi: 10.3389/fimmu.2025.1610368. PMID: 40735319; PMCID: PMC12306662; Wang W, Zhang C, et al. The alleviating effect and mechanism of GLP-1 on ulcerative colitis. Aging (Albany NY). 2023 Aug 17;15(16):8044-8060. doi: 10.18632/aging.204953. Epub 2023 Aug 17. PMID: 37595257; PMCID: PMC10496996.

[60] Ahmad E, Lim S, et al. Type 2 diabetes. Lancet. 2022 Nov 19;400(10365):1803-1820. doi: 10.1016/S0140-6736(22)01655-5. Epub 2022 Nov 1. PMID: 36332637; Montvida O, Shaw J, et al Long-term Trends in Antidiabetes Drug Usage in the U.S.: Real-world Evidence in Patients Newly Diagnosed With Type 2 Diabetes. Diabetes Care. 2018 Jan;41(1):69-78. doi: 10.2337/dc17-1414. Epub 2017 Nov 6. PMID: 29109299; Nauck MA, Quast DR, et al. GLP-1 receptor agonists in the treatment of type 2 diabetes - state-of-the-art. Mol Metab.

high prevalence of diabetic neuropathy in the GLP-1 cohort, the fact that diabetic neuropathy can attenuate the effect of GLP-1 agents on small bowel motility would bias the results towards the null. Additionally, this study failed to control for potential confounding of prior abdominal surgery, prior bowel obstruction, and neurological conditions.

### 22. Sarwal (2025)

This study assessed the national VA database for patients with type 2 diabetes on GLP-1 agonists, insulin glargine, and SGLT-2 inhibitors for adverse events such as gastroparesis, intestinal obstruction, gallstones, cholecystitis, and pancreatitis between 2018 and 2021. Prior to inverse probability weighting, those patients on insulin glargine were more likely to have a higher HbA1C (9.9% compared to 8.8% in the GLP-1 group and 8.6% in the SGLT-2 group). There were no discernable differences between the risks of intestinal obstruction in the GLP-1 agonist group vs insulin group or the GLP-1 vs SGLT-2 inhibitor group. There was a higher rate of intestinal obstruction (HR 1.26, 95% CI 1.11, 1.43) in the insulin glargine vs SGLT-2 inhibitor group. The increased risk of intestinal obstruction in the insulin group is likely related to the increased severity of diabetes. The similar risk of intestinal obstruction in the insulin group compared to the GLP-1 agonist group raises the possibility that an increased risk of intestinal obstruction related to the severity of diabetes is outweighed by a potentially increased risk in patients with GLP-1 agonists. Additionally, the authors attempt to account for diabetic neuropathy in the inverse probability weighting. However, the presence of diabetic neuropathy can attenuate the decreased motility from GLP-1 agonists and can thus affect that group differentially.

### 23. Weng (2025)

This is a retrospective cohort study evaluating the incidence of ileus, bowel obstruction, bowel surgery, IBD-related hospitalization, and the need for escalation in IBD therapy amongst 271 adult IBD patients treated at Tufts university between 2010 and 2024 on GLP-1 agonists. They compared these adverse events occurring in the one-year period preceding and following GLP-1 agonist exposure and did not find any significant increase in the risk of gastrointestinal adverse events. This study was limited to patients with IBD and therefore cannot be extrapolated to other populations. As discussed above in regard to Nielsen et al., since this study was limited to patients with IBD, it cannot be generalized to the overall population.

In summary, the epidemiological literature establishes an association between GLP-1 receptor agonist use and ileus and intestinal obstruction. The studies that employ

---

2021 Apr;46:101102. doi: 10.1016/j.molmet.2020.101102. Epub 2020 Oct 14. PMID: 33068776; PMCID: PMC8085572.

rigorous methodology, including appropriate active comparators, adequate follow-up duration, and controls for confounding by diabetes, consistently demonstrate a statistically significant association. Sodhi et al. found a hazard ratio of 4.22 in a non-diabetic population. Faillie et al. found a hazard ratio of 3.48 after approximately 1.6 years of use. Gudin et al. found a reporting odds ratio of 7.40 for serious intestinal obstructions with GLP-1 receptor agonists.

Studies that did not find a statistically significant association are largely explained by methodological limitations. As demonstrated by Nakatani et al., diabetic neuropathy attenuates the motility-slowing effects of GLP-1 receptor agonists, which can mask the true association in diabetic populations and bias results towards the null. Other common limitations include short follow-up periods, underpowered sample sizes, study populations limited to IBD patients, and outcome definitions that were not designed to capture ileus or bowel obstruction. Weighing the strengths and limitations of the available studies, the epidemiological evidence supports an association between GLP-1 receptor agonist use and ileus and intestinal obstruction.

## VII.    Bradford Hill Analysis

As discussed above, there is a statistically significant association between GLP-1 receptor agonist use and ileus and bowel obstruction reflected in multiple epidemiological studies. Given that an association exists, I proceeded to conduct a Bradford Hill analysis. Bradford Hill himself cautioned against treating these viewpoints or guidelines as a checklist, noting that none should be required as an indispensable condition for finding causation, and that causation may be established without all viewpoints being satisfied. For the reasons discussed below, I assigned the greatest weight to the biological plausibility, coherence, and analogy factors. I also assigned greater weight to dose response, temporality, and experiment. Strength of association and consistency, while supportive, received less weight because the rarity of ileus and bowel obstruction limits the statistical power of epidemiological studies to detect large effect sizes, and because appropriate clinical intervention, such as discontinuing the drug when prodromal symptoms appear, may prevent progression to diagnosable ileus or obstruction, resulting in undercounting in claims-based databases.  Additionally, the specificity factor is rarely met for any drug-induced injury, and I do not weigh it highly as a result. Based on my Bradford Hill analysis, I find to a reasonable degree of medical and scientific certainty that GLP-1 receptor agonist use, including Ozempic (semaglutide), Rybelsus (semaglutide), Wegovy (semaglutide), Victoza (liraglutide), and Saxenda (liraglutide), causes or contributes to both ileus and any resulting bowel obstruction.

A.    **Strength of Association**

In the epidemiological studies that utilize appropriate methodologies—specifically those utilizing active comparators and controlling for the confounding effects of diabetes, among other issues—statistically significant associations are observed with hazard ratios ranging from 1.69 to 4.22. For instance, Sodhi et al. identified a hazard ratio of 4.22 in a non-diabetic population.

In studies that did not detect a statistically significant association, this appears largely attributable to methodological limitations, including small sample sizes, short follow-up periods, and, crucially, confounding by diabetic populations. As demonstrated by the Nakatani mechanism study, diabetic neuropathy slows baseline motility, which may mask the drug's effect and bias results towards the null. Even in Faillie et al., where an association was found, this attenuation is evident. Specifically, the overall hazard ratio of 1.69 may underestimate the true strength of association given that, when stratified by duration of use, the hazard ratio increased to 3.48 after approximately 1.6 years. This suggests that limited events in the early follow-up period may have attenuated the overall estimate. Additionally, as noted above, clinical intervention may interrupt the progression of the injury, further attenuating the observed association in administrative data. With these considerations in mind, and having weighed the various epidemiological studies that I came across in my literature search (as set forth above) I find that the strength of association factor is met. High-quality studies that account for knowable limitations show that there is a strong association; in fact, those studies may even underreport the incidence of intestinal obstructions given the limitations discussed above.

## B.    Consistency

Causation is supported when the association is observed repeatedly in different persons, places, circumstances, and times. There is consistency in the lines of evidence evaluating the effects of GLP-1 receptor agonist use. Animal studies such as Tolessa et al. and Giralt and Vergara show that GLP-1 affects intestinal motility in a dose-dependent manner. Given that the mechanism of action for GLP-1 receptor agonist drugs is to activate GLP-1 receptors, these animal studies are consistent with the mechanism of injury, i.e., that the drugs slow intestinal motility.

This effect is further confirmed to be present in humans by Hellström et al. and Thazhath, et al. As described elsewhere in this report, dysmotility leads to ileus and bowel obstruction.  This evidence considered with the studies that establish an association with GLP-1 receptor agonist use, which is shown across populations, including the United States and the United Kingdom and patients with type 2 diabetes and patients for weight loss, satisfies this factor. Although not all epidemiological studies demonstrate an association, the studies that employ rigorous methodology, including appropriate comparators and controls for confounding by diabetes, consistently show an association.

Considering the strengths and weaknesses of the available studies, there is sufficient consistency to support this factor

### C. Specificity

Specificity requires that a cause leads to a single effect, and that an effect has a single cause. As is common in modern medicine, ileus and bowel obstruction have many potential causes, so I do not find this factor met. However, Sir Bradford Hill cautioned against overemphasizing this factor, in part because diseases may have more than one cause and thus specificity may not be commonly found. Accordingly, the lack of specificity does not preclude a finding of causation.

### D. Temporality

Temporality is a necessary condition for causation and is clearly met here. In all studies and case reports where an association was found, the ileus or bowel obstruction occurred *following* the initiation of GLP-1 receptor agonists. Furthermore, Faillie et al. demonstrated a time-dependent relationship, where the risk increased significantly after 1.6 years of exposure, reinforcing the temporal link between cumulative exposure and the adverse event.  Temporality is easily met here. In all studies that found an association, the ileus or bowel obstruction occurred following initiation of GLP-1 receptor agonists.

### E. Dose-Response

A dose-response relationship supports causation when greater exposure to an agent produces a greater effect. Here, such a relationship exists between GLP-1 receptor agonist exposure and the risk of ileus and intestinal obstruction.

GLP-1 receptor agonists exert their effects on gastrointestinal motility through receptor activation. The mechanism studies confirm this relationship: Tolessa et al. (1998) demonstrated dose-dependent inhibition of both gastric emptying and small intestinal transit in rats, and Tolessa et al. (2001) showed that GLP-1 prolonged MMC cycle length and abolished phase III activity in a dose-dependent fashion. Hellström et al. (2008) observed a dose-related inhibitory motility response in healthy subjects and IBS patients, though the study was underpowered to establish statistical significance for a dose-response curve. Because gastric emptying and intestinal motility are governed by the same GLP-1 receptor pathway, the established dose-response relationship for gastric emptying supports a dose-response relationship for intestinal dysmotility and its downstream consequences of ileus and bowel obstruction.

### F. Plausibility

Biological plausibility asks whether the association makes sense given our current understanding of biology. The association between GLP-1 receptor agonists and ileus or bowel obstruction is biologically plausible. Native GLP-1 inhibits the MMC and slows intestinal transit as part of the "ileal brake" mechanism. GLP-1 receptor agonists bind to and activate the GLP-1 receptors, often with greater potency and duration than the native hormone. The mechanism studies discussed herein, including Tolessa (1998), Tolessa (2001), Thazhath (2016), and Hellström (2008), demonstrate this pathway in both animal and human models. Severe dysmotility is therefore a plausible, if not predictable, consequence of this pharmacologic action, which provides the biological substrate for stasis, fecalith formation, and subsequent ileus or bowel obstruction. This is not a side effect unrelated to the drug's therapeutic purpose. Rather, slowing gastrointestinal motility is how GLP-1 receptor agonists promote satiety and facilitate weight loss. Ileus and bowel obstruction occur when this effect becomes excessive.

### G.    Coherence

It is well-established in the medical and scientific community that intestinal dysmotility causes ileus; indeed, it is the very definition of the condition and here slowed motility is one of the drugs' effects.[61] GLP-1 receptor agonists are designed to act on GLP-1 receptors, which are found in the stomach and intestine. A known and intended effect of GLP-1 receptor agonists is delayed gastric emptying, as reflected on each of Novo Nordisk's drug labels.[62] That GLP-1 receptor agonists slow intestinal motility is coherent with the understanding that GLP-1 receptor agonists slow gastric emptying, given that they act on the same receptors, as demonstrated by Tolessa (1998), Thazhath (2016), and Hellström (2008).

### H.    Experiment

As explained above, the randomized controlled trials included in the epidemiological literature did not have ileus or bowel obstruction as their primary outcome. Such events are likely to be underreported as a result. When considering the rarity of these events generally and the potential underreporting of the events, it is not surprising that the clinical trials did not identify this association.

Additionally, another way to identify an association through experiment is by looking for cases of challenge, dechallenge, rechallenge. Though I would not expect to see many examples of challenge, dechallenge, rechallenge in GLP-1 RA patients given that physicians

---

[61] *See, e.g.*, U.S. Food & Drug Admin., Ozempic (semaglutide) Highlights of Prescribing Information, Oct. 2025, https://www.accessdata.fda.gov/drugsatfda_docs/label/2025/209637s035,209637s037lbl.pdf; U.S. Food & Drug Admin., Ctr. for Drug Evaluation and Research, Pharmacovigilance Review of GLP-1 RAs, Subject: Intestinal Obstruction (Nov. 1, 2022), Reference ID: 5070612.

[62] *See, e.g.*, U.S. Food & Drug Admin., Ozempic (semaglutide) Highlights of Prescribing Information, Oct. 2025, https://www.accessdata.fda.gov/drugsatfda_docs/label/2025/209637s035,209637s037lbl.pdf.

are unlikely to restart these drugs in a patient following ileus or SBO, I did note several examples were cited in the FDA 2022 report.

### I.     Analogy

Exposure to other drug classes known to slow intestinal motility can cause ileus and bowel obstruction. Pertinent analogies are opioids and Clozapine (Clozaril). The Clozaril Medication Guide explains that it can "cause serious side effects, including: . . . slow emptying of [a patient's] stomach and intestines (decreased gastric motility). Severe constipation and bowel problems can happen and can lead to hospitalization, surgery, and death."[63] The full prescribing information further elucidates the mechanism:

> Severe gastrointestinal adverse reactions have occurred with the use of CLOZARIL, primarily due to its potent anticholinergic effects and resulting gastrointestinal hypomotility.  In post marketing experience, reported effects range from constipation to paralytic ileus.  Increased frequency of constipation and delayed diagnosis and treatment increased the risk of severe complications of gastrointestinal hypomotility, which can result in fecal impaction, megacolon, and intestinal obstruction, ischemia, infarction, perforation, ulceration, or necrosis *[see Adverse Reaction (6.2)].*[64]

Similarly, GLP-1 receptor agonists cause gastrointestinal hypomotility through their own receptor-mediated pathway. By analogy, it is reasonable to conclude that this hypomotility can lead to the same severe complications—fecal impaction and obstruction—observed with other motility-slowing agents.

### VIII.   Conclusion

As set forth above, I conducted a literature review to examine the relationship between GLP-1 receptor agonists and ileus and intestinal obstruction and applied the Bradford Hill viewpoints to evaluate whether the association is causal. Based on my review of the evidence through the lens of my professional qualifications, I conclude to a reasonable degree of medical and scientific certainty:

1.  GLP-1 receptor agonists slow gastric emptying and intestinal motility through receptor activation. This is one of the mechanisms by which these drugs achieve their therapeutic effect of promoting satiety and weight loss. The mechanism studies, including Tolessa (1998, 2001), Thazhath (2016), and others, confirm that

---

[63] U.S. Food & Drug Admin., Clozaril (clozapine) Highlights of Prescribing Information, June 2025, https://www.accessdata.fda.gov/drugsatfda_docs/label/2025/019758s107lbl.pdf.
[64] *Id.*

GLP-1 receptor activation inhibits the MMC and slows intestinal transit in both animal and human models.

2.  The epidemiological studies that employ rigorous methodology, including appropriate comparators and controls for confounding by diabetes, consistently show a statistically significant association between GLP-1 receptor agonist use and ileus and intestinal obstruction. Notably, Sodhi et al. found a hazard ratio of 4.22 in a non-diabetic population, and Faillie et al. found a hazard ratio of 3.48 after approximately 1.6 years of use.

3.  Studies that did not find an association are largely explained by methodological limitations, including confounding by diabetic neuropathy, short follow-up periods, and underpowered sample sizes. As demonstrated by Nakatani et al., diabetic neuropathy attenuates the motility-slowing effects of GLP-1 receptor agonists, which can mask the true association and bias results towards the null in diabetic populations.

4.  Causation is supported most strongly by biological plausibility, coherence, and analogy. Ileus and bowel obstruction are predictable consequences of a drug that slows gastrointestinal motility. Slowing gastrointestinal motility is not a side effect unrelated to the drug's therapeutic purpose; it a primary mechanism through which GLP-1 receptor agonists promote satiety and facilitate weight loss. Ileus and bowel obstruction occur when this effect becomes excessive, similar to how blood pressure medications can cause hypotension or anticoagulants can cause bleeding.

5.  Causation is further supported by temporality, dose-response, consistency across multiple lines of evidence, and strength of association. The ileus or bowel obstruction occurs following initiation of GLP-1 receptor agonists. Dose-response is established through the mechanism studies demonstrating dose-dependent inhibition of gastric emptying and intestinal motility. Consistency is shown across animal studies, human mechanism studies, and epidemiological studies conducted in multiple populations across the United States and the United Kingdom. The association identified by Faillie et al. and Sodhi et al. is a strong association.

43

GLP-1 receptor agonist use, including Ozempic (semaglutide), Rybelsus (semaglutide), Wegovy (semaglutide), Victoza (liraglutide), and Saxenda (liraglutide), causes both ileus and any resulting bowel obstruction.

Dated: January 2, 2026

Nilesh Lodhia, M.D.

43

# Exhibit A

**ATRIUM HEALTH**
**Curriculum Vitae**

NAME                     Nilesh Lodhia, MD

ADDRESS

EDUCATION

| | |
|---|---|
| 2001 | Tulane University<br>New Orleans, LA<br>Bachelor of Science, Cell and Molecular Biology |
| 2005 | Wake Forest University<br>Winston-Salem, NC<br>MD |

POSTDOCTORAL TRAINING

| | |
|---|---|
| 2005 - 2006 | Intern, Internal Medicine<br>McGaw Medical Center of Northwestern University<br>Chicago, IL |
| 2006 - 2008 | Resident, Internal Medicine<br>McGaw Medical Center of Northwestern University<br>Chicago, IL |
| 2009 - 2012 | Fellow, Gastroenterology<br>The University of Tennessee<br>Memphis, TN |
| 2011 | Fellow, Inflammatory Bowel Diseases<br>The University of Chicago<br>Chicago, IL |

PROFESSIONAL LICENSURE

| | |
|---|---|
| 2008 - 2009 | State of New York Medical License (inactive) |
| 2009 – 2012 | State of Tennessee Medical License (inactive) |
| 2012 – 2019 | State of South Carolina Medical License (inactive) |
| 2018 - Present | North Carolina Medical License, 2018-00325 |

SPECIALTY CERTIFICATION

| | |
|---|---|
| 2008 - 2018 | Diplomate, American Board of Internal Medicine |
| 2012 - present | Diplomate, American Board Internal Medicine with added qualification in Gastroenterology |

EMPLOYMENT
### Academic Appointments

| | |
|---|---|
| 2008 – 2009 | Clinical Instructor, University of Rochester |
| 2012 - 2018 | Assistant Professor of Medicine, Medical University of South Carolina |
| 2018 - 2021 | Associate Professor of Medicine, Atrium Health / University of North Carolina Charlotte |
| 2022 – Present | Associate Professor of Medicine, Atrium Health / Wake Forest University |

### Professional Experience

| | |
|---|---|
| 2001 – 2005 | MCAT Instructor, Kaplan Test Preparation |
| 2008 - 2009 | Hepatology Hospitalist, University of Rochester |
| 2012 - 2018 | Gastroenterologist, Medical University of South Carolina<br>-   Subspecialty in Inflammatory Bowel Diseases |
| 2018 – Present | Gastroenterologist, Atrium Health<br>-   Subspecialty in Inflammatory Bowel Diseases |

ADMINISTRATIVE SERVICE

### Departmental Service

| | |
|---|---|
| 2013 - 2018 | Director of Inflammatory Bowel Diseases<br>Division of Gastroenterology, Department of Medicine<br>Medical University of South Carolina |
| 2015 – 2018 | Physician Communication Council<br>Medical University of South Carolina |
| 2016 – 2018 | Ambulatory Steering Committee<br>Medical University of South Carolina |
| 2017 – 2018 | Pharmacy & Therapeutics Committee<br>Medical University of South Carolina |
| 2018 – 2021 | Co-Director of Inflammatory Bowel Diseases<br>Division of Gastroenterology, Department of Medicine<br>Atrium Health |
| 2022 – Present | Director of Inflammatory Bowel Diseases<br>Division of Gastroenterology, Department of Medicine<br>Atrium Health |

EXTRAMURAL APPOINTMENTS AND SERVICE

<u>Journal Reviewer</u>

| | |
|---|---|
| 2014 - Present | World Journal of Gastroenterology |
| 2015 - Present | American Journal of Medical Sciences |
| 2016 - Present | Postgraduate Medical Journal |
| 2018 - Present | Journal of Clinical Gastroenterology |

<u>Abstract Reviewer</u>

| | |
|---|---|
| 2015 | American College of Gastroenterology Clinical Vignettes |

<u>Advisory Boards</u>

Pfizer, July 2017, Chicago IL
- Participated in an advisory board with other IBD specialists related to future approval of Xeljanz for the treatment of ulcerative colitis

Medtronic, September 2017, New Orleans, LA
- Participated in an advisory board with other IBD specialists related to development of the PillCam Crohn's capsule endoscopy

Abbvie, September 2020, Virtual
- Participated in an advisory board with other IBD specialists to discuss current approaches to biologic therapy

Bristol-Myers Squibb, February 2021, Virtual
- Participated in an advisory board with other IBD specialists to discuss perceptions of clinical data for Ozanimod in ulcerative colitis

Pfizer, June 2021, Virtual
- Participated in a multi-specialty advisory board with other gastroenterologists, rheumatologists, and dermatologists exploring the evolution of patient care related to the pandemic

Abbvie, September 2023, Virtual
- Participated in an advisory board with other IBD specialists about access in the expanding immunology market place (particularly related to biosimilar medications)

Celltrion, December 2025, Virtual
- Participated in an advisory board with other IBD specialists about the use of subcutaneous infliximab

PROFESSIONAL MEMBERSHIPS AND SERVICE

| | |
|---|---|
| 2009 - present | American Society for Gastrointestinal Endoscopy |
| 2009 - present | American Gastroenterological Association |
| 2009 - present | American College of Gastroenterology |
| 2011 - present | Crohn's and Colitis Foundation of America |
| 2013 - present | Crohn's and Colitis Foundation of America Clinical Research Alliance |

HONORS AND AWARDS

2014-2015    American Gastroenterological Association Bridges to Excellence IBD Care
Recognition, IBD Recognized Clinician
  o   One of 15 gastroenterologists recognized nationally for clinical
      excellence in IBD care

2015    Medical University of South Carolina, Recognized Research Innovator
  o   Recognized for extramural research funding

2016    Medical University of South Carolina, Recognized Research Innovator
  o   Recognized for extramural research funding

2017    Medical University of South Carolina, Recognized Research Innovator
  o   Recognized for extramural research funding

GRANT FUNDING

Currently Active Grants:

RSH16025 06-14-04E; P11-282 (Nilesh Lodhia, Nilesh Lodhia)          7/2018 – Present
AbbVie REGISTRY PROTOCOL P11-282: A Long-Term Non-Interventional    Budget: $610,560.00
Post-marketing Study to Assess Safety and Effectiveness of HUMIRA
(Adalimumab) in Patients with Moderately to Severely Active Ulcerative Colitis

IM011023 Pro00025148 (Nilesh Lodhia, Nilesh Lodhia)                 7/2019 – Present
Bristol-Myers Squibb IM011023: A Phase 2 Randomized, Double-Blind,  Budget: $207,174.00
Placebo-Controlled Study of the Safety and Efficacy of BMS-986165 in
Subjects With Moderate to Severe Crohn's Disease

M14-430 Pro00024390 (Nilesh Lodhia, Nilesh Lodhia)                  7/2018 – Present
A Multicenter, Randomized, Double-Blind, Placebo-Controlled Maintenance   Budget: $886,167.00
and Long-Term Extension Study of the Efficacy and Safety of Upadacitinib
(ABT-494) in Subjects with Crohn's Disease Who Completed the Studies
M14-431 or M14-433

M16-066 Pro00025650 (Nilesh Lodhia, Nilesh Lodhia)                  1/2019 – Present
A Multicenter, Randomized, Double-Blind, Placebo Controlled 52-Week  Budget: $ 4,951,565.50
Maintenance and an Open-Label Extension Study of the Efficacy and Safety
of Risankizumab in Subjects with Ulcerative Colitis Who Responded to Induction
Treatment in M16-067 or M16-065

M16-067 Pro00025653 (Nilesh Lodhia, Nilesh Lodhia)                  12/2018 - Present
A Multicenter, Randomized, Double-Blind, Placebo Controlled Induction Study   Budget: $ 1,770,182.60
to Evaluate the Efficacy and Safety of Risankizumab in Subjects with Moderately
to Severely Active Ulcerative Colitis Who Have Failed Prior Biologic Therapy

RP1706 Pro00047829 (Nilesh Lodhia, Nilesh Lodhia)                   3/2021 – Present
VERDICT: In active Ulcerative Colitis, a Randomized Controlled Trial for  Budget: $162,431.00
Determination of the Optimal Treatment Target

RPC01-3201 Pro00030030 (Nilesh Lodhia, Nilesh Lodhia)
Induction Study #1, A Phase 3, Multi Center, Randomized, Double-Blind
Placebo-Controlled Study of Oral Ozanimod as Induction Therapy for
Moderately to Severely Active Crohn's Disease

12/2018 – Present
Budget: $191,794.60

RPC01-3203 Pro00030032 (Nilesh Lodhia, Nilesh Lodhia)
A Phase 3, Multi Center, Randomized, Double-Blind, Placebo-Controlled
Study of Oral Ozanimod as Maintenance Therapy for Moderately to Severely
Active Crohn's Disease

12/2018 – Present
Budget: $156,858.79

RPC01-3204 Pro00030034 (Nilesh Lodhia, Nilesh Lodhia)
A Phase 3, Multi Center, Open-Label Extension Study of Oral Ozanimod for
Moderately to Severely Active Crohn's Disease

12/2018 - Present
Budget: $207,732.03

RSH16021 M14-533 PRO00021402 (Nilesh Lodhia, Nilesh Lodhia)
A Phase 3 Multicenter, Open-Label Extension (OLE) Study to Evaluate the
Long-Term Safety and Efficacy of ABT-494 in Subjects with Ulcerative Colitis

7/2018 - Present
Budget: $302,142.00

TARGET-IBD, Target Pharma Solutions (Nilesh Lodhia, Nilesh Lodhia)
A 5-year Longitudinal Observational Study of Patients Undergoing
Therapy for Inflammatory Bowel Disease

7/2018 - Present
Budget: $38,100

TOUR University of North Carolina (Nilesh Lodhia, John Hanson)
TOUR: Tofacitinib Response in Ulcerative Colitis - a Real World
Prospective Multi-center Study

4/2019 – Present
Budget: $40,400

IRB00090997 M21-446; Pro00066552  (Nilesh Lodhia, Nilesh Lodhia)
A single-arm, open-label study to evaluate the efficacy and safety of
ABBV-668 in subjects with moderate to severe ulcerative colitis

6/2023 – Present
Budget: $405,538

IRB00101042 77242113UCO2001 (Nilesh Lodhia, Paris Charilaou)
A Phase 2b Multicenter, Randomized, Placebo- Controlled, Dose-Ranging
Study to Evaluate the Efficacy and Safety of JNJ-77242113 for the Treatment
of Moderately to Severely Active Ulcerative Colitis

2/2024 - Present
Budget: $305,420

IRB00110346 M23-703 (Nilesh Lodhia, Nilesh Lodhia)
A Multicenter, Randomized Study to Evaluate the Safety and Efficacy of
Lutikizumab for Induction and Maintenance Therapy in Subjects with
Moderately to Severely Active Ulcerative Colitis

2/2024 - Present
Budget: $902,256

Pending Industry Sponsored Grants

IRB00114218 D9690C00005 (Nilesh Lodhia, Nilesh Lodhia)
A Double-blind, Placebo-controlled Phase IIa Study to Evaluate the Efficacy
and Safety of AZD7798 in Patients with Moderate to Severe Crohn's
Disease (AMALTHEA)

5/2024

23345 1486-0006 (Nilesh Lodhia, Nilesh Lodhia)
Phase IIa, single-arm, open-label, multi-center clinical trial to evaluate the
efficacy, safety, and tolerability of intravenous induction and subcutaneous
maintenance treatment with BI 3032950 in patients with moderate to severe
ulcerative colitis

7/2024

Past Grant History:

| | |
|---|---|
| Pro00028354 (Nilesh Lodhia, Nilesh Lodhia)<br>Humira UC LEGACY Registry a Long-Term Non-Interventional Registry to Assess Safety and Effectiveness of HUMIRA® (Adalimumab) in patients with Moderately to Severely Active Ulcerative Colitis (UC) | 1/2013 – 5/2018<br>Budget: Unavailable |
| MERIT-UC University of North Carolina (Nilesh Lodhia, Nilesh Lodhia)<br>Randomized, double blind, prospective trial investigating the efficacy of Methotrexate in induction and maintenance of steroid free remission in ulcerative colitis (MEthotrexate Response in Treatment of UC - Merit-UC) | 2/2013 – 5/2018<br>Budget: Unavailable |
| GA29144 (Nilesh Lodhia, Nilesh Lodhia)<br>A Phase III, Randomized, Double-Blind, Placebo-Controlled, Multicenter Study To Evaluate the Efficacy and Safety of Etrolizumab as an Induction And Maintenance Treatment for Patients with Moderately to Severely Active Crohn's Disease | 3/2015 – 5/2018<br>Budget: Unavailable |
| GA28945 (Nilesh Lodhia, Nilesh Lodhia)<br>An Open-Label Extension and Safety Monitoring Study of Patients with Moderately To Severely Active Crohn's Disease Previously Enrolled in the Etrolizumab Phase III | 3/2015 – 5/2018<br>Budget: Unavailable |
| GA28950 (Nilesh Lodhia, Nilesh Lodhia)<br>Phase III, Double Blind, Placebo-Controlled, Multicenter Study of the Efficacy and Safety of Etrolizumab during Induction and Maintenance in Patients with Moderate to Severe Active Ulcerative Colitis who are Refractory to or Intolerant of TNF Inhibitors | 3/2015 – 5/2018<br>Budget: Unavailable |
| GA28951 (Nilesh Lodhia, Nilesh Lodhia)<br>An Open-Label Extension and Safety Monitoring Study of Moderate to Severe Ulcerative Colitis Patients Previously Enrolled in Etrolizumab Phase III Studies | 3/2015 – 5/2018<br>Budget: Unavailable |
| M14-115 (Nilesh Lodhia, Nilesh Lodhia)<br>A Multicenter, Randomized, Double-Blind Study to Evaluate the Efficacy and Safety of Two Adalimumab Induction Regimens in Subjects with Moderately to Severely Active Crohn's Disease and Evidence of Mucosal Ulceration | 6/2015 – 5/2018<br>Budget: Unavailable |
| M14-347 (Nilesh Lodhia, Nilesh Lodhia)<br>A Multicenter, Open-Label Study to Evaluate the Long-Term Efficacy, Safety, and Tolerability of Repeated Administration of Adalimumab in Subjects with Crohn's Disease | 6/2015 – 5/2018<br>Budget: Unavailable |
| MLN0002-3027 (Nilesh Lodhia, Nilesh Lodhia)<br>A Phase 3 Randomized, Double-Blind, Placebo-Controlled Study, with a Vedolizumab IV Reference Arm, to Evaluate the Efficacy and Safety of Vedolizumab Subcutaneous as Maintenance Therapy in Subjects with Moderately to Severely Active Ulcerative Colitis Who Achieved Clinical Response Following Open-Label Vedolizumab Intravenous Therapy | 1/2016 – 5/2018<br>Budget: Unavailable |
| MLN0002-3030 (Nilesh Lodhia, Nilesh Lodhia)<br>A Phase 3b Open label Study to Determine the Long-term Safety and Efficacy of Vedolizumab Subcutaneous in Subjects with Ulcerative Colitis and Crohn's Disease | 1/2016 – 5/2018<br>Budget: Unavailable |

MLN0002-3031 (Nilesh Lodhia, Nilesh Lodhia)                    1/2016 – 5/2018
A Phase 3 Randomized, Double-Blind, Placebo-Controlled Study to    Budget: Unavailable
Evaluate the Efficacy and Safety of Vedolizumab Subcutaneous as
Maintenance Therapy in Subjects with Moderately to Severely Active
Crohn's Disease Who Achieved Clinical Response Following Open-Label
Vedolizumab Intravenous Therapy

MLN0002-401 (Nilesh Lodhia, Nilesh Lodhia)                     1/2016 – 5/2018
Entyvio (vedolizumab) long-term safety study: An international observational    Budget: Unavailable
prospective cohort study comparing vedolizumab to other biologic agents in
patients with ulcerative colitis or Crohn's Disease.

MLN0002-3026 (Nilesh Lodhia, Nilesh Lodhia)                    1/2016 – 5/2018
A Randomized, Double-Blind, Double-Dummy, Multicenter, Active-Controlled    Budget: Unavailable
Study to Evaluate the Efficacy and Safety of Vedolizumab IV Compared to
Adalimumab SC in Subjects with Ulcerative Colitis.

AM13-740 (Nilesh Lodhia, Nilesh Lodhia)                       4/2016 – 5/2018
A Multicenter, Randomized, Double-Blind, Placebo-Controlled Study of ABT-494 for    Budget: Unavailable
the Induction of Symptomatic and Endoscopic Remission in Subjects with Moderately
to Severely Active Crohn's Disease who have Inadequately Responded to or are
Intolerant to Anti-TNF Therapy

M14-431 Pro00024391 (Nilesh Lodhia, John Hanson)              7/2018 – 3/2021
A Multicenter, Randomized, Double-Blind, Placebo-Controlled Induction Study    Budget: $886,167.00
of the Efficacy and Safety of Upadacitinib (ABT-494) in Subjects With
Moderately to Severely Active Crohn's Disease Who Have Inadequately
Responded to or Are Intolerant to Biologic Therapy

M14-433 Pro00024392 (Nilesh Lodhia, John Hanson)             7/2018 – 6/2021
AbbVie M14-433: A Multicenter, Randomized, Double-Blind, Placebo-Controlled    Budget: $891,167.00
Induction Study of the Efficacy and Safety of Upadacitinib (ABT-494) in Subjects
With Moderately to Severely Active Crohn's Disease Who Have Inadequately
Responded to or Are Intolerant to Conventional Therapies but Have Not Failed
Biologic Therapy

RSH16015 PR000020098; Vedolizumab4006 (Nilesh Lodhia, John Hanson)    7/2018 – 4/2020
An Open-Label, Phase 4 Study to Evaluate the Efficacy and Safety of Triple    Budget: $92,625.48
Combination Therapy with Vedolizumab IV, Adalimumab SC, and Oral
Methotrexate in Early Treatment of Subjects with Crohn's Disease Stratified
at Higher Risk for Developing Complications

RSH16020 M14-234; PRO00021351 (Nilesh Lodhia, John Hanson)     7/2018 – 2/2020
A Multicenter, Randomized, Double-Blind, Placebo-Controlled Study to    Budget: $325,366.15
Evaluate the Safety and Efficacy of ABT-494 for Induction and Maintenance
Therapy in Subjects with Moderately to Severely Active Ulcerative Colitis

CLINICAL INNOVATIONS AND INITIATIVES

Quality Improvement Initiatives

    2020 - present          IBD Care Gaps – Primary Role

Developed a team with Dr. Thomas Pacicco, Joe Tonucci, Sherry Barefoot, and D'Shawrna McLucas to identify IBD patients at high-risk for ER visits and hospitalization. Goal is to strengthen the ability for these patients to be managed by their outpatient gastroenterologist or the IBD clinic, thus decreasing the need for ER visits and hospitalizations.

9/8/2016    Optimizing Quality of Endoscopy in IBD
An ASGE sponsored event with IBD leaders throughout the United States discussing quality endoscopy in IBD

# BIBLIOGRAPHY

### Peer-Reviewed Publications

1. Ghosh SK, Kahrilas PJ, **Lodhia N**, Pandolfino JE. Utilizing Intraluminal Pressure Differences to Predict Esophageal Bolus Flow Dynamics. American Journal of Physiology: Gastrointestinal and Liver Physiology. 2007, Nov; 293(5):G1023 - G1028.

2. Pandolfino JE, Ghosh SK, **Lodhia N**, Kahrilas PJ. Utilizing Intraluminal Pressure Gradients to Predict Esophageal Clearance: A Validation Study. American Journal of Gastroenterology. 2008, Aug; 103(8):1898-1905.

3. **Lodhia N,** Kader M, Mayes T, Mantry P, Maliakkal B. The Risk of Contrast-Induced Nephropathy in Hospitalized Patients with Cirrhosis. World Journal of Gastroenterology. 2009 Mar 28;15(12):1459-64.

4. **Lodhia N**, Salem R, Levitsky J. Transjugular Intrahepatic Portosystemic Shunt with Thrombectomy for the Treatment of Portal Vein Thrombosis After Liver Transplantation. Digestive Diseases and Sciences. 2010 Feb;55(2):529-34.

5. **Lodhia N,** Ali A, Bessoff J. Hepatic portal venous gas due to cryptosporidiosis in a patient with acquired immunodeficiency syndrome. World Journal of Hepatology. 2010 Nov 27;2(11):406-9.

6. * Gray M, Brock A, **Lodhia, N.** Gastric Mucosal Calcinosis: A Rare Cause of Bleeding. Clinical Gastroenterology & Hepatology. 2014 Mar;12(3):A22.

7. **Lodhia N.** The Appropriate Use of Vaccines in Patients with Inflammatory Bowel Disease. J Clin Gastroenterol. 2014 May-Jun;48(5):395-401.

8. * Thomas A, **Lodhia N.** Advanced Therapy for Inflammatory Bowel Disease: A Guide for the Primary Care Physician. J Am Board Fam Med. 2014 May- Jun;27(3):411-20.

9. * Thomas A, **Lodhia, N.** Mucosal Healing and Deep Remission: A New Treatment Paradigm for Inflammatory Bowel Disease. The Journal of the South Carolina Medical Association. Jan 2015: 110(4) 134-135.

10. * Schatz RA, Zhang Q, **Lodhia N,** Shuster J, Toskes PP, Moshiree B. Predisposing factors for positive D-Xylose breath test for evaluation of small intestinal bacterial overgrowth: A retrospective study of 932 patients. World J Gastroenterol. 2015 Apr 21;21(15):4574-82.

11. * Grevenitis P, Thomas A, **Lodhia N.** Medical Therapy for Inflammatory Bowel disease. Surg Clin North Am. 2015 Dec;95(6):1159-82.

12. * Bosshardt C, Gnann J**, Lodhia N.** Histoplasma Meets Crohn's Disease: A Rare Case of New Onset Ascites. BMJ Case Rep. 2018 Apr 17;2018.

13. * Spiceland CM, **Lodhia N.** Endoscopy in inflammatory bowel disease: Role in diagnosis, management, and treatment. World J Gastroenterol. 2018 Sep 21;24(35):4014-4020.

14. * Rolfsen M, Wilhoit C, Seminerio-Diehl J, **Lodhia N**. An Elevated Body Mass Index is Associated with Lower Serum Adalimumab Levels without Clinical Significance. Adv Res Gastroentero Hepatol. 2018; 11(4): 555818.

15. * Rao, S, **Lodhia N.** Updates in Therapeutic Drug Monitoring in Inflammatory Bowel Disease. World J Gastroenterol. 2022 Jun 7;28(21):2282-2290.

- * Indicates a project with a student / resident / fellow under my supervision

PRESENTATIONS AT PROFESSIONAL MEETINGS

1. **Lodhia N,** Ghosh SK, Kahrilas PJ, Post J, Volckman E, Pandolfino JE. High Resolution Manometry in Determining Bolus Transit Through the Esophagogastric Junction: A Validation Study Using Flouroscopy. Digestive Disease Week Annual Meeting. Washington, D.C. May 2007.

2. **Lodhia N**, Ghosh SK, Kwiatek M, Kahrilas P, Pandolfino JE. Utilizing Intraluminal Pressure Gradients to Predict Esophageal Clearance: A Validation Study. Digestive Disease Week Annual Meeting, San Diego, CA. May 2008.

3. **Lodhia N**, Kulik L, Halgrimson W, Mulcahy M, Salem R, Abecassis M. Recurrence of Hepatocellular Carcinoma Post-Liver Transplant: Predictors of Survival. American Transplant Congress, Toronto, Canada. May, 2008

4. **Lodhia N**, Kovacic D, Johns C, Justice A, Lo V, Tombazzi C. The Incidence of Celiac Disease in Iron Deficiency Anemia in the Veterans Affairs Population. Southern Society of Clinical Investigators, New Orleans, LA. *Trainee Research Award Recipient. February 2012.

5. **Lodhia, N.** IBS and IBD: birds of the same feather? Medical University of South Carolina Internal Medicine Grand Rounds. October, 2013.

6. **Lodhia, N.** Crohn's and Colitis. Society of Gastroenterology Nurses and Associates. Annual Fall Conference, Myrtle Beach, SC. October 2013

7. **Lodhia, N.** The Use of Immunomodulators in Inflammatory Bowel Disease. Medical University of South Carolina. Gastroenterology Grand Rounds, November 2013.

8. **Lodhia, N.** Vaccinations in the IBD population: What the practitioner should know. Updates in Gastroenterology and Hepatology. Medical University of South Carolina. November, 2014.

9. Bosshardt C, Swingle J, **Lodhia N**. Histoplasma Meets Crohn's: A Rare Case of New Onset Ascites. American College of Gastroenterology. Honolulu, Hawaii. October, 2016.

10. **Lodhia, N.** The use and optimization of immunomodulators and biologics in the treatment of IBD:An overview for the Rheumatologist. Medical University of South Carolina. Rheumatology Grand Rounds, October 2015.

11. **Lodhia, N.** Updates in Treatments for inflammatory bowel disease. The Crohn's and Colitis Foundation of America – Carolina Chapter. April, 2016

12. Rolfsen M, **Lodhia N**. Atypical Presentation of Celiac Disease. American College of Gastroenterology. Las Vegas, Nevada. October, 2016.

13. **Lodhia N,** George, V. Endoscopic vs Surgical Management of Crohn's related Strictures. Medical University of South Carolina. Gastroenterology Grand Rounds, January 2017.

14. **Lodhia, N.** Inflammatory Bowel Disease Update 2017. Updates in General Internal Medicine for Primary Care 2017. Continuing Medical Education. Charleston, South Carolina, March 2017.

15. **Lodhia, N.** Medical Treatment of Inflammatory Bowel Disease. Medical University of South Carolina Internal Medicine Noon Conference. March 2017.

16. **Lodhia, N**. Updates in Treatments for inflammatory bowel disease. The Crohn's and Colitis Foundation of America – Carolina Chapter. September, 2018.

17. **Lodhia, N.** Medical treatment of inflammatory bowel disease. Atrium Health Internal Medicine Noon Conference. January, 2019.

18. Inflammatory Bowel Disease Panel. North Carolina Society of Gastroenterology Annual Conference. Pinehurst, NC. February, 2019.
19. **Lodhia, N**. Therapeutic drug monitoring in inflammatory bowel disease. 12th Annual GI/HPB Conference: Advances in Treatment Strategies. Atrium Health, Charlotte, NC. March, 2019.
20. **Lodhia N.** Vaccinations in the Inflammatory Bowel Disease Population. 13th Annual GI/HPB Conference. Atrium Health, Charlotte, NC. December, 2020.
21. **Lodhia, N.** What a PCP needs to know about their Patient with IBD. What's New in #2: GI Updates for Primary Care. Atrium Health, June 2021.
22. Rao, S, **Lodhia, N.** A case of traumatic gastric intussusception. American College of Gastroenterology. Las Vegas, Nevada. October, 2021.
23. **Lodhia, N.** Therapeutic drug monitoring in IBD An "investigational" science? 14th Annual GI/HPB Conference. Atrium Health, Charlotte, NC. March, 2022.
24. **Lodhia, N.** Overview of inflammatory bowel disease therapeutics. Atrium Health Gastroenterology Morning Conference. April, 2022.
25. **Lodhia, N.** Board review for inflammatory bowel disease. Atrium Health Gastroenterology Noon Conference. July, 2022.
26. **Lodhia, N.** Board review for inflammatory bowel disease. Atrium Health Gastroenterology Noon Conference. July, 2023.
27. **Lodhia, N.** Inflammatory bowel disease: It's not just the gut. North Carolina Society of Gastroenterology Annual Meeting, 2023. Pinehurst, NC. February 2023.
28. **Lodhia, N.** Overview of inflammatory bowel disease therapeutics. Atrium Health Gastroenterology Morning Conference. January, 2024.
29. **Lodhia, N.**. Extraintestinal manifestations of inflammatory bowel disease encountered in primary care. Atrium Health Internal Medicine Noon Conference. December, 2024.
30. **Lodhia, N**. Vaccinations and health maintenance in the IBD Population. Atrium Health Gastroenterology Morning Conference. September, 2025.
31. Moffett, R, Dvorak, J, **Lodhia N.** Vedolizumab for ulcerative colitis after treatment of isolated rectal Diffuse Large B-cell Lymphoma. American College of Gastroenterology. Phoenix, Arizona. October, 2025.


MENTORING RELATIONSHIPS:


<u>Students</u>

| | |
|---|---|
| 2018 – 2022 | University of North Carolina School of Medicine<br>Preceptor, MEDI 434 Gastroenterology Elective (6.0 hours) |
| 2022 – Present | Wake Forest School of Medicine, Medical School<br>Clinical Preceptor, 4MED25 Gastroenterology Clerkship (4.0hrs) |


<u>Resident and Fellows</u>

| | |
|---|---|
| 2012 – 2018 | Mentored 12 fellows per year while faculty at Medical University of South Carolina. I have mentored all of them clinically, and published papers with many residents and fellows, (Arul Thomas, Panayiotis Grevenitis Clayton Spiceland, Matthew Rolfsen, Cameron Wilhoit, Charles Bosshardt, Richard Schatz, Meagan Gray). Arul Thomas is currently an Assistant Professor at Georgetown University, Meagan Gray is currently an Assistant Professor at the University of Alabama, Birmingham. Akshay Shetty is currently an Assistant Professor at University of California, Los Angeles. |

|              |                                                                                                                                                                              |
| ------------ | ---------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
| 2018 – present | Currently mentor 6 fellows per year at Atrium Health clinically. I also worked on research projects with Shanti Rao and Jessica Sang. I published a paper with Shanti Rao. |

Faculty

|              |                                                                                                                                                                                                                      |
| ------------ | -------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
| 2014 – present | Jennifer Seminerio-Diehl, MD, Assistant Professor<br>Faculty mentor for Dr. Seminerio-Diehl while at Medical University of South Carolina; I continue to serve as a mentor while she is on faculty at University of South Florida |

PUBLIC OUTREACH

|             |                                                                                                                                                    |
| ----------- | -------------------------------------------------------------------------------------------------------------------------------------------------- |
| 2005        | Volunteered on the general medical service at Muhimbili University of Health and Allied Sciences in Dar es Salaam, Tanzania                           |
| 2012 - 2024 | Crohn's and Colitis Foundation of America<br>Participated in numerous patient education seminars for Crohn's disease and ulcerative colitis            |

# Exhibit B

Standard hourly rate: $700.00

Deposition testimony hourly rate: $800.00

Trial testimony hourly rate: $950.00

**Exhibit C: Materials Considered**

***Literature***

Hill, Bradford. The Environment and Disease: Association or Causation? 1965/05. DOI: 10.1177/003591576505800503.

Tolessa, T et al. Inhibitory effect of glucagon-like peptide-1 on small bowel motility. Fasting but not fed motility inhibited via nitric oxide independently of insulin and somatostatin. 1998/08/15. DOI: 10.1172/JCI942

Tolessa T, Gutniak M, et al. Glucagon-like Peptide-1 Retards Gastric Emptying and Small Bowel Transit in the Rat. 1998/10. DOI: 10.1023/a:1026678925120.

Giralt M, Vergara P. Glucagonlike Peptide-1 (GLP-1) Participation in Ileal Brake Induced by Intraluminal Peptones in Rat. 1999/02. DOI: 10.1023/a:1026654417697.

Van Citters, Gregg W, and Henry CL. The ileal brake: a fifteen-year progress report. 1999/10. DOI: 10.1007/s11894-999-0022-6.

Miller G, et al. Etiology of small bowel obstruction. 2000/07. DOI:10.1016/s0002-9610(00)00407-4.

Tolessa T, Naslund E, Hellstrom P. The inhibitory mechanism of GLP-1, but not glucagon, on fasted gut motility is dependent on the L-arginine/nitric oxide pathway. 2001/04. DOI: 10.1016/s0167-0115(00)00220-2.

Takahashi T, et al. Inhibitory effects of hyperglycemia on neural activity of the vagus in rats. 2002/12/11. DOI:10.1007/s00134-002-1580-3.

Meier J, Gallwitz B, et al. Gastric inhibitory polypeptide does not inhibit gastric emptying in humans. 2004/04 DOI: 10.1152/ajpendo.00499.2003.

Bauer AJ, et al. Ileus in critical illness: mechanisms and management. 2004/09/08. DOI:10.1097/00075198-200204000-00011.

Cappell, MS. Colonic toxicity of administered drugs and chemicals. 2004/06. DOI:10.1111/j.1572-0241.2004.30192.x.

Schirra J, et al. Endogenous glucagon-like peptide 1 controls endocrine pancreatic secretion and antro-pyloro-duodenal motility in humans. 2006/02. DOI: 10.1136/gut.2004.059741.

Van Citters, Gregg W, and Henry CL. Ileal brake: neuropeptidergic control of intestinal transit. 2006/10. DOI:10.1007/s11894-006-0021-9.

Nakade Y, Tsukamoto K,et al. Glucagon like peptide-1 accelerates colonic transit via central CRF and peripheral vagal pathways in conscious rats. 2007/01/30. DOI: 10.1016/j.autneu.2006.06.007.

Chandrasekharan B, and S Srinivasan. Diabetes and the enteric nervous system. 2007/12. DOI:10.1111/j.1365-2982.2007.01023.x.

Ashley E. Aaron, et al. Gastrointestinal Surgical Emergencies. Edited Giuseppe Nigri & Georgios Tsoulfas, Chicago: American College of Surgeons. 2008.

Rothman K, Greeland S, & Lash T. Modern Epidemiology. Philadelphia: Wolters Kluwer Health/Lippincott Williams & Wilkins. 2008.

Hellstrom P, Naslund E, et al. GLP-1 suppresses gastrointestinal motility and inhibits the migrating motor complex in healthy subjects and patients with irritable bowel syndrome. 2008/06. DOI:  10.1111/j.1365-2982.2007.01079.x

Maljaars PWJ, et al. Ileal brake: a sensible food target for appetite control. A review. 2008/07/21. DOI:10.1016/j.physbeh.2008.07.018

Edholm T, Cejvan K, et al. The incretin hormones GIP and GLP-1 in diabetic rats: effects on insulin secretion and small bowel motility. 2009/02/19. DOI: 10.1111/j.1365-2982.2008.01229.x.

Monchal T, et al. Enterolith ileus due to jejunal diverticulosis. 2010/04. DOI: 10.1016/j.amjsurg.2009.05.042.

Garnet DJ, et al. Enterolith ileus: liberated large jejunal diverticulum enterolith causing small bowel obstruction in the setting of jejunal diverticulitis. 2011/08/01. DOI: https://doi.org/10.1259/bjr/16007764.

Nielsen J, and Jonathan M Meyer. Risk factors for ileus in patients with schizophrenia. 2012/05. DOI:10.1093/schbul/sbq137.

Maung AA, et al. Evaluation and management of small-bowel obstruction: an Eastern Association for the Surgery of Trauma practice management guideline. 2012/11. DOI:10.1097/TA.0b013e31827019de

Deloose, Eveline et al. The migrating motor complex: control mechanisms and its role in health and disease. 2012/03/27. DOI:10.1038/nrgastro.2012.57.

Perathoner A, et al. Enterolithiasis-associated ileus in Crohn's disease. 2012/11/14. DOI:10.3748/wjg.v18.i42.6160.

Shin H.S., et al. Lipids, CHOs, proteins: can all macronutrients put a 'brake' on eating. 2013/08/15. DOI: 10.1016/j.physbeh.2013.07.008.

Amato A, Baldassano S, et al. Exogenous glucagon-like peptide 1 reduces contractions in human colon circular muscle. 2014/03/07. DOI: 10.1530/JOE-13-0525.

Gurvits GE, and Gloria Lan. Enterolithiasis. 2014/12/21. DOI:10.3748/wjg.v20.i47.17819.

Ouyang X, et al. Hyperglycemia-induced small intestinal dysrhythmias attributed to sympathovagal imbalance in normal and diabetic rats. 2015/03. DOI:10.1111/nmo.12506.

Smits MM. Gastrointestinal actions of glucagon-like peptide-1-based therapies: glycaemic control beyond the pancreas. 2015/10/24. DOI:10.1111/dom.12593.

Thazhath S, Marathe C, et al. The Glucagon-Like Peptide 1 Receptor Agonist Exenatide Inhibits Small Intestinal Motility, Flow, Transit, and Absorption of Glucose in Healthy Subjects and Patients With Type 2 Diabetes: A Randomized Controlled Trial. 2016/01/01. DOI: 10.2337/db15-0893.

Bennett D, Dave S, et al. Association between therapy with dipeptidyl peptidase-4 (DPP-4) inhibitors and risk of ileus: a cohort study. 2016/03/04. DOI: 10.1007/s13340-016-0261-3.

Murphy MM, et al. Independent risk factors for prolonged postoperative ileus development. 2016/04.  DOI:10.1016/j.jss.2015.10.047.

STARSurg Collaborative. Multicentre prospective cohort study of body mass index and postoperative complications following gastrointestinal surgery. 2016/08. DOI:10.1002/bjs.10203.

Reddy R, Srinivas R, and Mitchell SC. A Systematic Review of the Clinical Presentation, Diagnosis, and Treatment of Small Bowel. 2017/04/24. DOI:10.1007/s11894-017-0566-9.

Tough, IR, et al. Mucosal glucagon-like peptide 1 (GLP-1) responses are mediated by calcitonin gene-related peptide (CGRP) in the mouse colon and both peptide responses are area-specific. 2017/07/11. DOI:10.1111/nmo.13149.

Vilz TO, et al. Ileus in Adults. 2017/07/24. doi:10.3238/arztebl.2017.0508.

Nakatani Y, Maeda M, et al. Effect of GLP-1 receptor agonist on gastrointestinal tract motility and residue rates as evaluated by capsule endoscopy. 2017/10. DOI: 10.1016/j.diabet.2017.05.009.

Montvida O, Shaw J, et al. Long-term Trends in Antidiabetes Drug Usage in the U.S.: Real-world Evidence in Patients Newly Diagnosed With Type 2 Diabetes. 2017/11/6. DOI: 10.2337/dc17-1414.

Broek RT, Frielen P, et al. Bologna guidelines for diagnosis and management of adhesive small bowel obstruction (ASBO): 2017 update of the evidence-based guidelines from the world society of emergency surgery ASBO working group. 2018/06/19. DOI:10.1186/s13017-018-0185-2

Wells CI, et al. Colonic Electromechanical Abnormalities Underlying Post-operative Ileus: A Systematic and Critical Review. 2019/01/31. DOI:10.5056/jnm18030

May AT, et al. Identification of expression and function of the glucagon-like peptide-1 receptor in colonic smooth muscle. 2019/02. DOI:10.1016/j.peptides.2018.11.007.

Yan L, Tang Q, et al. Effects of exendin-4 on colonic motility in rats and its underlying mechanism. 2019/02. DOI: 10.1111/nmo.13482

Morimoto, Yoshihiro et al. Visceral obesity is a preoperative risk factor for postoperative ileus after surgery for colorectal cancer: Single-institution retrospective analysis. 2019/10/16. DOI:10.1002/ags3.12291.

Venara, A et al. Incidence and Risk Factors for Severity of Postoperative Ileus After Colorectal Surgery: A Prospective Registry Data Analysis. 2020/04. DOI:10.1007/s00268-019-05278-3.

Urva S, Cui X, et al. The novel dual glucose-dependent insulinotropic polypeptide and glucagon-like peptide-1 (GLP-1) receptor agonist tirzepatide transiently delays gastric emptying similarly to selective long-acting GLP-1 receptor agonists. 2020/06/10. DOI: 10.1111/dom.14110.

Ariès P and Olivier Huet. Ileus in the critically ill: causes, treatment and prevention. 2020/06/23. DOI:10.23736/S0375-9393.20.14778-3.

Langmach Wegeberg A, Hansen C, et al. Liraglutide accelerates colonic transit in people with type 1 diabetes and polyneuropathy: A randomised, double-blind, placebo-controlled trial. 2020/07. DOI: 10.1177/2050640620925968.

Nauck MA, Quast DR, et al. GLP-1 receptor agonists in the treatment of type 2 diabetes - state-of-the-art. 2020/10/14. OI: 10.1016/j.molmet.2020.101102.

Gudin B, Ladhari C, et al. Incretin-based drugs and intestinal obstruction: a pharmacovigilance study. 2020/11/22. DOI: 10.1016/j.therap.2020.02.024.

Gudbergsen H, Overgaard A, et al. Liraglutide after diet-induced weight loss for pain and weight control in knee osteoarthritis: a randomized controlled trial. 2021/01/21. DOI: 10.1093/ajcn/nqaa328.

Sharma S, et al. Ball valve' small bowel obstruction caused by a large caecal faecolith. 2021/02. DOI:10.1308/rcsann.2020.7006.

Lundgren J, Janus C, et al. Healthy Weight Loss Maintenance with Exercise, Liraglutide, or Both Combined. 2021/05/05. DOI: 10.1056/NEJMoa2028198.

Yin D, Ding L, et al. Comprehensive analysis of the safety of semaglutide in type 2 diabetes: a meta-analysis of the SUSTAIN and PIONEER trials. 2021/05/22. DOI: 10.1507/endocrj.EJ21-0129.

Amara Y, et al. Diagnosis and management of small bowel obstruction in virgin abdomen: a WSES position paper. 2021/07/03. DOI:10.1186/s13017-021-00379-8.

Faillie J, Yin H, et al. Incretin-Based Drugs and Risk of Intestinal Obstruction Among Patients With Type 2 Diabetes. 2021/01. DOI: 10.1002/cpt.2430.

Teng CY, et al. Targets for Intervention? Preoperative Predictors of Postoperative Ileus After Colorectal Surgery in an Enhanced Recovery Protocol. 2021/08. DOI: 10.1007/s11605-020-04876-0.

Nakamori H, Iida K, et al. Mechanisms underlying the prokinetic effects of endogenous glucagon-like peptide-1 in the rat proximal colon. 2021/10/13. DOI: 10.1152/ajpgi.00175.2021.

Ward AE, et al. Exposing the incidence of ileus in pelvic and acetabular fractures: a retrospective case analysis. 2022/02. DOI: 10.1016/j.injury.2021.09.040.

De Simone B, et al. Operative management of acute abdomen after bariatric surgery in the emergency setting: the OBA guidelines. 2022/09/27. DOI:10.1186/s13017-022-00452-w.

Ahmad E, Lim S, et al. Type 2 diabetes. 2022/11/19. DOI: 10.1016/S0140-6736(22)01655-5.

Al Doghmi A, et al. Gut Region-Specific Interleukin 1β Induction in Different Myenteric Neuronal Subpopulations of Type 1 Diabetic Rats. 2023/03/18. DOI:10.3390/ijms24065804.

Bazira, Peter J. Anatomy of the small intestine. 2023/07/03. DOI: 10.1016/j.mpsur.2023.02.031.

Azzouz, Laura L. and Sandeep Sharma. Physiology, Large Intestine. StatPearls, StatPearls Publishing. 2023/07/31.

Wang W, Zhang C, et al. The alleviating effect and mechanism of GLP-1 on ulcerative colitis. 2023/08/17. DOI: 10.18632/aging.204953

Maienza E, et al. Management of adhesive small bowel obstruction: the results of a large retrospective study. 2023/09/05. DOI:10.1007/s00384-023-04512-8.

Zhang J, et al. The role of computed tomography in enterolith causing small bowel obstruction: A Case Series. 2023/09/08. DOI:10.1097/MD.0000000000035041.

van Veen T, et al. Predictive factors for operative intervention and ideal length of non-operative trial in adhesive small bowel obstruction. 2023/10. DOI:10.1007/s00464-023-10282-9.

Clapp B, et al. Early Bowel Obstruction after Bariatric Surgery: An Analysis of the 2020-2021 MBSAQIP Database. 2023/10/01. DOI:10.1097/SLE.0000000000001227.

Sodhi M. Risk of Gastrointestinal Adverse Events Associated with Glucagon-like Peptide-1 Receptor Agonists for Weight Loss. 2023/10/05. DOI: 10.1001/jama.2023.19574.

Gordon A, Dixit K, et al. A Rare Case of A Large Bowel Obstruction Due to Tirzepatide. 2023/10/09. DOI: 10.1016/j.chest.2023.07.1569.

Fish E.M., et al. Physiology, Small Bowel. Treasure Island (FL): StatPearls Publishing. 2024/01/31.

Suissa K, Cromer S, Patorno E. GLP-1 Receptor Agonists and Gastrointestinal Adverse Events. 2024/03/12. DOI: 10.1001/jama.2024.0046.

McLean C, et al. Characterization of Early Small Bowel Obstructions Following Elective Bariatric Surgery. 2024/04. DOI: 10.1007/s11695-024-07079-7.

Ueda P, Wintzell V, et al. Use of DPP4 Inhibitors and GLP-1 Receptor Agonists and Risk of Intestinal Obstruction: Scandinavian Cohort Study. 2024/06. DOI: 10.1016/j.cgh.2023.08.034.

Nielsen J, Friedman S, et al. Glucagon-Like Peptide 1 Receptor Agonists Are Not Associated With an Increased Risk of Ileus or Intestinal Obstruction in Patients with Inflammatory Bowel Disease—A Danish Nationwide Cohort Study. 2024/07/07. DOI: 10.1093/ibd/izae276

Khanna T, Sehgal P, et al. Outcomes of Patients With Inflammatory Bowel Disease on GLP-1 Receptor Agonists: A Propensity Score-Matched Analysis. 2024/10. S1390. DOI: 10.14309/01.ajg.0001034928.98373.b3.

Nanah M, Nanah R, et al. GLP-1 Agonists are Associated With Lower Rates of IBD-Related Complications in Patients With Elevated BMI Compared to Bariatric Surgery: A Nationwide Cohort Analysis. 2024/10. S1464.

Ding P, Gao Z, et al. GLP-1 Receptor Agonists and Risk of Paralytic Ileus: A drug-target Mendelian Randomization Study. 2024/10/17. DOI: 10.1101/2024.10.17.24315627.

American Diabetes Association Professional Practice Committee. 12. Retinopathy, Neuropathy, and Foot Care: Standards of Care in Diabetes-2025. 2024/12/09. DOI:10.2337/dc25-S012

Xie Y, Choi T, Al-Aly Z. Mapping the effectiveness and risks of GLP-1 receptor agonists. 2025/01/20. DOI: 10.1038/s41591-024-03412-w.

Moiz A, Filion K, et al. Efficacy and Safety of GLP-1 RA for weight loss among adults without Diabetes. 2025/02. DOI: 10.7326/ANNALS-24-01590.

Alfehaid L, Alyami M, et al. Evaluating bowel obstruction and ileus events in patients on GLP-1 RA: a systematic review and meta-analysis. 2025/02/18. DOI: 10.1080/14740338.2025.2465870.

Zhang T, et al. Global, regional, and national burden of disease analysis on paralytic ileus and intestinal obstruction in adults aged 65 and over from 1990 to 2021, with projections for 2030: a Global Burden of Disease Study 2021 analysis. 2025/04/26. DOI: 10.1186/s12876-025-03904.

Jaber F, Obeidat K, et al. Tirzepatide Shows Lower Risk of Gastrointestinal Side Effects Compared to Other Glucagon-like Peptide-1 (GLP-1) Receptor Agonists: A Real-world Analysis of over 1 Million Patients. 2025/05. Su2055.

Sommer, NP et al. "State-of-the-art colorectal disease: postoperative ileus. 2025/05/11. DOI: 10.1007/s00384-021-03939-1

Gmehlin C, Nemet M, et al. Impact of Glucagon-Like Peptide-1 Receptor Agonist Exposure on Gastrointestinal Outcomes Among ICU Patients: A Multicenter Matched Cohort Study. 2025/05/14. DOI: 10.1097/CCE.0000000000001263.

Wong L, et al. Intraluminal causes of mechanical small bowel obstruction: CT findings and diagnostic approach. 2025/06. DOI: 10.1016/j.ejrad.2025.112115.

Gao Z, Tabernaacki T, et al. Association of GLP-1 RA with Risk of Intestinal Obstruction in Patients with T2DM: A Retrospective Cohort Study. 2025/06/05. DOI: 10.1007/s00592-025-02525-z.

Alkabbani W, Crisafulli S, et al. 768-P: Glucagon-like Peptide-1 Receptor Agonists and the Risk of Motility-Related Gastrointestinal Adverse Events- A Cohort Study. 2025/06/20. DOI: 10.2337/db25-768-P.

Cole J, Stark J. Impact of GLP-1 RA on Bowel Preparation for Colonoscopy: A Large, Matched Regional Cohort. 2025/06/30. DOI: 10.1177/10600280251349583.

Huang M, Liu G, et al. A retrospective observational study on case reports of adverse drug reactions (ADRs) to tirzepatide. 2025/06/30. DOI: 10.3389/fphar.2025.1608657.

Liu B, Veccia D, et al. Some Risks of Gastrointestinal Adverse Events Associated With Glucagon-like Peptide 1 Receptor Agonists are likely explained by BMI. 2025/07. DOI: 10.1111/apt.70190.

Migliorisi G, Gabbiadini R, et al. GLP-1 receptor agonists in IBD: exploring the crossroads of metabolism and inflammation. 2025/07/15. DOI: 10.3389/fimmu.2025.1610368.

Javed F, Shaat I, Oyibo S. Semaglutide-Induced Small Bowel PseudoObstruction and Ileitis in a Patient With Type 2 Diabetes: A Case Report. 2025/07/20. DOI: 10.7759/cureus.88350.

Sarwal A, Singh R, Wei G, et al. Glycemic therapies and the risk of gastrointestinal adverse events in veterans with type 2 diabetes. 2025/07/30. DOI: 10.1111/dom.16642.

Weng J, Alizadeh M, Friedman S. Glucagon Like Peptide 1 Receptor Agonist Therapy Does Not Increase Gastrointestinal Adverse Events in Patients with Inflammatory Bowel Disease. 2025/08/19. DOI: 10.1007/s10620-025-09344-w.

Lorenz N, Stauffer J, et al. Nonmechanical Small Bowel Obstruction in a Patient on Zepbound Without a Surgical History: A Case Report. 2025/08/21. DOI: 10.7759/cureus.90657.

Garg S, Qapaja T, et al. All-cause Mortality and GI AEs in Adults with T2D on GLP-1 RAs vs. SGLT-2 inhibitors. 2025/08/30. DOI: 10.1016/j.gastha.2025.100736.

Niu C, Sun K, et al. Gastrointestinal and Hepatobiliary Safety of Glucagon-like Peptide-1 Receptor Agonists in Patients with Type 2 Diabetes. 2025/09/03. DOI: 10.14309/ajg.0000000000003760.

Chen Z, et al. Small bowel obstruction by a giant fecal bezoar in a blind loop of small intestine: a case report. 2025/09/10. DOI:10.3389/fmed.2025.1644026.

Hurwitz S, Lanes S, et al. Comparative Safety of Glucagon-Like Peptide 1 Receptor Agonists (GLP-1-RAs) in Type 2 Diabetes and Chronic Weight Management: A Real-World Data Study. 2025/09/14 DOI: 10.1002/pds.70214.

Colwill M, Povlsen S, et al. Glucagon-like peptide-1 (GLP-1) receptor agonists in inflammatory bowel disease: mechanisms, clinical implications, and therapeutic potential. 2025/09/28. DOI: 10.1093/ecco-jcc/jjaf167.

Kanani F, et al. Optimal Timing of Surgical Intervention in Small Bowel Obstruction: A Systematic Review and Meta-Analysis of Clinical Outcomes and Risk Predictors. 2025/10/08. DOI:10.1177/00031348251385103.

Derington C, Sarwal A, et al. Liraglutide vs Semaglutide vs Dulaglutide in Veterans with Type 2 Diabetes. 2025/10/13. DOI: 10.1001/jamanetworkopen.2025.37297.

Chiang C, Jaroenlapnopparat A, et al. GLP-1 RA and Gastrointestinal Adverse Events: a systematic review and meta-analysis. 2025/10/20. DOI: 10.1053/j.gastro.2025.06.003.

Scholten K, Brittan K, Zuniga L, et al. P0835- Double Trouble: The Effect of Opiod and GLP-1 Agonist Use on Peri-and Post-Operative Complications. 2025/10/26.

Crisafulli S, Alkabbani W, et al. Comparative Gastrointestinal Safety of Dulaglutide, Semaglutide, and Tirzepatide in Adults with Type 2 Diabetes. 2025/11/06. DOI: 10.7326/ANNALS-25-01724.

Giri S, et al. Incidence, Predictors, Management, and Outcome of Paralytic Ileus in Acute Pancreatitis. 2025/11/05. DOI:10.1097/MPA.0000000000002594

Mauermann ML, and Staff NP. Peripheral Neuropathy: A Review. 2025/11/17. DOI: 10.1001/jama.2025.19400.

Nahar S, Maybee N, et al. Severe Small-Bowel Obstruction in a High-Risk Patient on Long-Term Tirzepatide Therapy: A Case Report. 2025/12/10. DOI: 10.7759/cureus.98935.

## *FDA Documents & Drug Labels*

NDA 215256 Clinical Reviews. June 2021. https://www.accessdata.fda.gov/drugsatfda_docs/nda/2021/ 215256Orig1s000MedR.pdf.

Victoza Approval. Jan. 2010. https://www.accessdata.fda.gov/drugsatfda_docs/nda/2010/022341 s000approv.pdf.

Victoza Supplement Approval. Nov. 2024. https://www.accessdata.fda.gov/drugsatfda_docs/appletter/ 2024/ 022341Orig1s043ltr.pdf.

Victoza Supplement Approval. Oct. 2025. https://www.accessdata.fda.gov/drugsatfda_docs/appletter/ 2025/022341Orig1s046ltr.pdf.

Clozapine. June 2025. https://www.accessdata.fda.gov/drugsatfda_docs/label/2025/019758s107lbl.pdf.

Mounjaro. May 2022. https://www.accessdata.fda.gov/drugsatfda_docs/label/2022/215866s000lbl.pdf.

Mounjaro. July 2023. https://fda.gov/drugsatfda_docs/label/2023/215866s002s006lbl.pdf.

Mounjaro. Nov. 2024. https://www.accessdata.fda.gov/drugsatfda_docs/label/2024/215866s 010s015s022lbl.pdf.

Mounjaro. May 2025. https://www.accessdata.fda.gov/drugsatfda_docs/label/2025/215866s031lbl.pdf.

Mounjaro. Sept. 2025. https://www.accessdata.fda.gov/drugsatfda_docs/label/2025/215866s034lbl.pdf.

Ozempic. Dec. 2017. https://www.accessdata.fda.gov/drugsatfda_docs/label/2017/209637lbl.pdf.

Ozempic. April 2019. https://www.accessdata.fda.gov/drugsatfda_docs/label/2019/209637s004lbl.pdf.

Ozempic. Jan. 2020. https://www.accessdata.fda.gov/drugsatfda_docs/label/2020/209637s003lbl.pdf.

Ozempic. April 2021. https://www.accessdata.fda.gov/drugsatfda_docs/label/2021/209637s008lbl.pdf.

Ozempic. March 2022. https://www.accessdata.fda.gov/drugsatfda_docs/label/2022/209637s009lbl.pdf.

Ozempic. Oct. 2022. https://www.accessdata.fda.gov/drugsatfda_docs/label/2022/209637s012lbl.pdf.

Ozempic. Sept. 2023. https://www.accessdata.fda.gov/drugsatfda_docs/label/2023/209637s020s021lbl.pdf.

Ozempic. Nov. 2024. https://www.accessdata.fda.gov/drugsatfda_docs/label/2024/209637s032lbl.pdf.

Ozempic. Jan. 2025. https://www.accessdata.fda.gov/drugsatfda_docs/label/2025/209637s025lbl.pdf.

Ozempic. Oct. 2025. https://www.accessdata.fda.gov/drugsatfda_docs/label/2025/209637s035,209637s037lbl.pdf.

Rybelsus. Sept. 2019. https://www.accessdata.fda.gov/drugsatfda_docs/label/2019/213051s000lbl.pdf.

Rybelsus. Jan. 2020. https://www.accessdata.fda.gov/drugsatfda_docs/label/2020/213182s000,213051s001lbl.pdf.

Rybelsus. April 2021. https://www.accessdata.fda.gov/drugsatfda_docs/label/2021/213051s006lbl.pdf.

Rybelsus. June 2022. https://www.accessdata.fda.gov/drugsatfda_docs/label/2022/213051s011lbl.pdf.

Rybelsus. Jan. 2023. https://www.accessdata.fda.gov/drugsatfda_docs/label/2023/213051s012lbl.pdf.

Rybelsus. Jan. 2024. https://www.accessdata.fda.gov/drugsatfda_docs/label/2024/213051s018lbl.pdf.

Rybelsus. Nov. 2024. https://www.accessdata.fda.gov/drugsatfda_docs/label/2024/213051s023lbl.pdf.

Rybelsus. Dec. 2024. https://www.accessdata.fda.gov/drugsatfda_docs/label/2024/213051s020s021lbl.pdf.

Rybelsus. Oct. 2025. https://www.accessdata.fda.gov/drugsatfda_docs/label/2025/213051s024,s028s029lbl.pdf.

Saxenda. Dec. 2014. https://www.accessdata.fda.gov/drugsatfda_docs/label/2014/206321orig1s000lbl.pdf.

Saxenda. Jan. 2015. https://www.accessdata.fda.gov/drugsatfda_docs/label/2015/206321s001lbl.pdf.

Saxenda. Sept. 2016. https://www.accessdata.fda.gov/drugsatfda_docs/label/2016/206321s003lbl.pdf.

Saxenda. May 2017. https://www.accessdata.fda.gov/drugsatfda_docs/label/2017/206321s004s006lbl.pdf.

Saxenda. Oct. 2018. https://www.accessdata.fda.gov/drugsatfda_docs/label/2018/206321s007lbl.pdf.

Saxenda. March. 2020. https://www.accessdata.fda.gov/drugsatfda_docs/label/2020/206321s011lbl.pdf.

Saxenda. Dec. 2020. https://www.accessdata.fda.gov/drugsatfda_docs/label/2020/206321s012s013s014lbl.pdf.

Saxenda. June. 2022. https://www.accessdata.fda.gov/drugsatfda_docs/label/2022/206321s015lbl.pdf.

Saxenda. April 2023. https://www.accessdata.fda.gov/drugsatfda_docs/label/2023/206321s016lbl.pdf

Saxenda. May 2025. https://www.accessdata.fda.gov/drugsatfda_docs/label/2025/206321s020lbl.pdf.

Saxenda. Oct. 2025. https://www.accessdata.fda.gov/drugsatfda_docs/label/2025/206321s022lbl.pdf.

Trulicity. Sept. 2014. https://www.accessdata.fda.gov/drugsatfda_docs/nda/2014/125469orig1s000lbl.pdf.

Trulicity. Jan. 2017. https://www.accessdata.fda.gov/drugsatfda_docs/label/2017/125469s007s008lbl.pdf.

Trulicity. Aug. 2017. https://www.accessdata.fda.gov/drugsatfda_docs/label/2017/125469s011s013lbl.pdf.

Trulicity. June 2018. https://www.accessdata.fda.gov/drugsatfda_docs/label/2018/125469s017lbl.pdf.

Trulicity. Jan. 2019. https://www.accessdata.fda.gov/drugsatfda_docs/label/2019/125469s023lbl.pdf.

Trulicity. Feb. 2020. https://www.accessdata.fda.gov/drugsatfda_docs/label/2020/125469s033lbl.pdf.

Trulicity. Sept. 2020. https://www.accessdata.fda.gov/drugsatfda_docs/label/2020/125469s036lbl.pdf.

Trulicity. Sept. 2021. https://www.accessdata.fda.gov/drugsatfda_docs/label/2021/125469s044lbl.pdf.

Trulicity. June. 2022. https://www.accessdata.fda.gov/drugsatfda_docs/label/2022/125469s046s052lbl.pdf.

Trulicity. Nov. 2022. https://www.accessdata.fda.gov/drugsatfda_docs/label/2022/125469s051lbl.pdf.

Trulicity. Nov. 2024. https://www.accessdata.fda.gov/drugsatfda_docs/label/2024/125469s061s062lbl.pdf.

Trulicity. May 2025. https://www.accessdata.fda.gov/drugsatfda_docs/label/2025/125469s063lbl.pdf.

Victoza. Jan. 2010. https://www.accessdata.fda.gov/drugsatfda_docs/label/2010/022341lbl.pdf.

Victoza. May 2011. https://www.accessdata.fda.gov/drugsatfda_docs/label/2011/022341s004lbl.pdf.

Victoza. April 2012. https://www.accessdata.fda.gov/drugsatfda_docs/label/2012/022341s007s009s013lbl.pdf.

Victoza. Dec. 2012. https://www.accessdata.fda.gov/drugsatfda_docs/label/2012/022341s017lbl.pdf.

Victoza. April 2013. https://www.accessdata.fda.gov/drugsatfda_docs/label/2013/022341s020lbl.pdf.

Victoza. Feb. 2015. https://www.accessdata.fda.gov/drugsatfda_docs/label/2015/022341s022lbl.pdf.

Victoza. March 2015. https://www.accessdata.fda.gov/drugsatfda_docs/label/2015/022341s023lbl.pdf.

Victoza. April 2016. https://www.accessdata.fda.gov/drugsatfda_docs/label/2016/022341s025lbl.pdf.

Victoza. Aug. 2017. https://www.accessdata.fda.gov/drugsatfda_docs/label/2017/022341s027lbl.pdf.

Victoza. June 2019. https://www.accessdata.fda.gov/drugsatfda_docs/label/2019/022341s031lbl.pdf.

Victoza. Aug. 2020. https://www.accessdata.fda.gov/drugsatfda_docs/label/2020/022341s035lbl.pdf.

Victoza. Nov. 2020. https://www.accessdata.fda.gov/drugsatfda_docs/label/2020/022341s036lbl.pdf.

Victoza. June 2022. https://www.accessdata.fda.gov/drugsatfda_docs/label/2022/022341s037s038lbl.pdf.

Victoza. July 2023. https://www.accessdata.fda.gov/drugsatfda_docs/label/2023/022341s039lbl.pdf.

Victoza. Nov. 2024. https://www.accessdata.fda.gov/drugsatfda_docs/label/2024/022341Orig1s043lbl.pdf.

Victoza. May 2025. https://www.accessdata.fda.gov/drugsatfda_docs/label/2025/022341s044lbl.pdf.

Victoza. Oct. 2025. https://www.accessdata.fda.gov/drugsatfda_docs/label/2025/022341s046lbl.pdf.

Wegovy. June 2021. https://www.accessdata.fda.gov/drugsatfda_docs/label/2022/215256s003lbl.pdf.

Wegovy. Dec. 2022. https://www.accessdata.fda.gov/drugsatfda_docs/label/2022/215256s005lbl.pdf

Wegovy. July 2023. https://www.accessdata.fda.gov/drugsatfda_docs/label/2023/215256s007lbl.pdf.

Wegovy. March 2024. https://www.accessdata.fda.gov/drugsatfda_docs/label/2024/215256s011lbl.pdf.

Wegovy. Nov. 2024. https://www.accessdata.fda.gov/drugsatfda_docs/label/2024/215256s015lbl.pdf.

Wegovy. Aug. 2025. https://www.accessdata.fda.gov/drugsatfda_docs/label/2025/215256s024lbl.pdf.

Wegovy. Oct. 2025. https://www.accessdata.fda.gov/drugsatfda_docs/label/2025/215256s026lbl.pdf

Zepbound. Nov. 2023. https://www.accessdata.fda.gov/drugsatfda_docs/label/2023/217806s000lbl.pdf.

Zepbound. March 2024. https://www.accessdata.fda.gov/drugsatfda_docs/label/2024/217806s003lbl.pdf.

Zepbound. Dec. 2024. https://www.accessdata.fda.gov/drugsatfda_docs/label/2024/217806s013lbl.pdf.

Zepbound. Feb. 2025. https://www.accessdata.fda.gov/drugsatfda_docs/label/2025/217806Orig1s020lbl.pdf.

Zepbound. Sept. 2025. https://www.accessdata.fda.gov/drugsatfda_docs/label/2025/217806s031lbl.pdf.

### *Produced Documents*

| | | |
|---|---|---|
| LLY-GLPMDL-08096505 | LLY-GLPMDL-07837533 | Novo_GLP_MDL_003695660 |
| LLY-GLPMDL-08096509 | LLY-GLPMDL-07837873 | Novo_GLP_MDL_003703667 |
| LLY-GLPMDL-08674472 | LLY-GLPMDL-07838168 | Novo_GLP_MDL_001709292 |
| LLY-GLPMDL-00006618 | LLY-GLPMDL-07833864 | Novo_GLP_MDL_001709276 |
| LLY-GLPMDL-14563332 | LLY-GLPMDL-08215473 | Novo_GLP_MDL_014499671 |
| LLY-GLPMDL-09760428 | LLY-GLPMDL-08215770 | Novo_GLP_MDL_001966917 |
| LLY-GLPMDL-07997465 | LLY-GLPMDL-08216099 | Novo_GLP_MDL_002184840 |
| LLY-GLPMDL-09756146 | LLY-GLPMDL-09546272 | Novo_GLP_MDL_006057354 |
| LLY-GLPMDL-00257278 | LLY-GLPMDL-08212774 | Novo_GLP_MDL_002071722 |
| LLY-GLPMDL-00086176 | LLY-GLPMDL-20138128 | Novo_GLP_MDL_002071723 |
| LLY-GLPMDL-00173320 | LLY-GLPMDL-00202635 | Novo_GLP_MDL_001975389 |
| LLY-GLPMDL-00703097 | LLY-GLPMDL-00008983 | Novo_GLP_MDL_001975433 |
| LLY-GLPMDL-10370963 | LLY-GLPMDL-07993439 | Novo_GLP_MDL_001975417 |
| LLY-GLPMDL-00553889 | LLY-GLPMDL-00154196 | Novo_GLP_MDL_OZM_NDA_ |
| LLY-GLPMDL-00565123 | LLY-GLPMDL-14500051 | 000138763 |
| LLY-GLPMDL-00579453 | LLY-GLPMDL-00528975 | Novo_GLP_MDL_RYB_IND_0 |
| LLY-GLPMDL-00773960 | LLY-GLPMDL-00657941 | 00370076 |
| LLY-GLPMDL-00773440 | NNI-1021239 | Novo_GLP_MDL_RYB_IND_0 |
| LLY-GLPMDL-13859850 | NNI-1012363 | 00239354 |
| LLY-GLPMDL-14535351 | Novo_GLP_MDL_002147735 | Novo_GLP_MDL_RYB_IND_0 |
| LLY-GLPMDL-07937963 | Novo_GLP_MDL_000000001 | 00254961 |
| LLY-GLPMDL-07933881 | Novo_GLP_MDL_014651397 | Novo_GLP_MDL_RYB_IND_0 |
| LLY-GLPMDL-14920290 | Novo_GLP_MDL_000322570 | 00192121 |
| LLY-GLPMDL-13860249 | Novo_GLP_MDL_000745041 | Novo_GLP_MDL_RYB_IND_0 |
| LLY-GLPMDL-07734137 | Novo_GLP_MDL_000745040 | 00213876 |
| LLY-GLPMDL-07805368 | Novo_GLP_MDL_000294260 | Novo_GLP_MDL_VIC_NDA_0 |
| LLY-GLPMDL-07804842 | Novo_GLP_MDL_003748633 | 03562030 |
| LLY-GLPMDL-07743866 | Novo_GLP_MDL_001619378 | Novo_GLP_MDL_VIC_NDA_0 |
| LLY-GLPMDL-07744086 | Novo_GLP_MDL_000526306 | 00055394 |
| LLY-GLPMDL-07744348 | Novo_GLP_MDL_000267833 | Novo_GLP_MDL_VIC_IND_0 |
| LLY-GLPMDL-07744591 | Novo_GLP_MDL_000463841 | 00243975 |
| LLY-GLPMDL-07744829 | Novo_GLP_MDL_005496832 | Novo_GLP_MDL_VIC_IND_0 |
| LLY-GLPMDL-07745050 | Novo_GLP_MDL_005913417 | 00245507 |
| LLY-GLPMDL-07745305 | Novo_GLP_MDL_000979028 | Novo_GLP_MDL_WEG_IND_ |
| LLY-GLPMDL-07745508 | Novo_GLP_MDL_000527520 | 000064559 |
| LLY-GLPMDL-07745770 | Novo_GLP_MDL_004557530 | Novo_GLP_MDL_WEG_IND_ |
| LLY-GLPMDL-07745792 | Novo_GLP_MDL_004910976 | 000073485 |
| LLY-GLPMDL-07836943 | Novo_GLP_MDL_000275605 | Novo_GLP_MDL_WEG_IND_ |
| LLY-GLPMDL-07837182 | Novo_GLP_MDL_004566595 | 000091079 |

## Exhibit D

Prior expert testimony in the previous four (4) years:

| Case | Date |
| --- | --- |
| Kurt Peterson v. Jae Dong, MD | 7/17/2025 |
| Lindsay Brown v. Dr. Jeffery Zweig, MD | 8/24/2023 |
| Estate of Joanne Martin v. Robert Bierwirth, MD and Jennifer Geremia, PA-C | 1/5/2023 |