# EXHIBIT 11D

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: GLUCAGON-LIKE | : | CIVIL ACTION |
| PEPTIDE-1 RECEPTOR AGONISTS | : | |
| (GLP-1 RAS) PRODUCTS | : | |
| LIABILITY LITIGATION | : | MDL No. 3094 |
| _____ | : | 24-md-3094 |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| | : | HON. KAREN SPENCER MARSTON |
| *ALL ACTIONS/ALL CASES* | : | |
| _____ | | |

## REBUTTAL EXPERT REPORT OF NILESH LODHIA, M.D.

Certain meta-analyses or observational studies were identified as being either excluded from or not fully considered in my initial expert report. To note, I read and considered Wang (2022) and Yin (2021) during my review, and they were included in my Materials Considered List. Additionally, Chen (2026) was published after my report was submitted on January 2, 2026. With respect to all but Chen (2026)—given that it was published after my expert report was submitted—I did not find that any of these studies affected my analysis. Below is a discussion of each, but is in no way intended to be a response to each point of disagreement with Defendants' experts.

None of these publications affect my opinion that GLP-1 RA drugs can cause ileus and intestinal obstruction.

### 1. Meta-Analyses of Randomized Controlled Trials

#### a. Yin et al. (2021)

Yin et al. (2021) is a meta-analysis evaluating the PIONEER and SUSTAIN clinical trial programs (21 total trials between each program), which focused on studying the efficacy of semaglutide in type 2 diabetic patients. The authors "sought to assess the risk of semaglutide in leading to various serious adverse events . . . in patients with type 2 diabetes." With respect to intestinal obstruction as a serious adverse event, the results of this study reported a risk ratio of 4.23, 95% CI, 0.85 – 20.94, which suggests a trend towards an increased risk of intestinal obstruction—though it was not statistically significant. Notwithstanding, the authors noted that "semaglutide . . . showed the increased trend in the risk of dehydration and intestinal obstruction." The limitations in Yin (2021) arise from the fact that it analyzed multiple randomized controlled trials and therefore lacks the large sample sizes and duration of follow-up necessary for evaluation of less common side-

effects. However, these limitations would bias towards the null hypothesis. Furthermore, the fact that only diabetic patients were included in these studies may also bias towards the null hypothesis as diabetic neuropathy can decrease gut motility but attenuate the decrease in gut motility induced by GLP-1 agonists. Given these considerations, the trend towards an increased risk of intestinal obstruction may be considered clinically relevant.

### b. Wang et al. (2022)

Wang et al. (2022) is another meta-analysis assessing 21 RCTs—including seven (7) GLP-1 RA trials: ELIXA, SUSTAIN-6, LEADER, EXSCEL, REWIND, Harmony Outcomes, and PIONEER 6—which analyzed gastrointestinal adverse events in patients taking either SGLT-2 inhibitors, GLP-1 RAs, and DPP-4 inhibitors. Although this study suggested an association of GLP-1 agonists with other gastrointestinal events, it did not show an association with bowel obstruction or ileus. However, a meta-analysis is always limited by the strength of the included studies; all of the studies included in this analysis had cardiorenal events as primary endpoints. The results of Wang (2022) do not affect my opinion that GLP-1 RA drugs can cause ileus and intestinal obstruction. Randomized controlled studies are the gold standard at conducting efficacy analyses and can also evaluate common side-effects. However, randomized controlled studies lack the long duration of follow-up and sample size to evaluate the incidence of less common side-effects. Furthermore, the heterogeneity in the terms used to describe ileus and intestinal obstruction, as well as the lack of rigorous diagnostic testing for these conditions limit their ability to detect the adverse effects in question. The inclusion of diabetic patients in these studies may also bias towards the null hypothesis. Additionally, this meta-analysis is limited by the individual trials, as well as the heterogeneity involved with pooling of the statistical data. As I have stated before, large observational cohort studies are the gold standard in evaluation for less common side-effects given the large sample sizes and the longer duration of follow-up.

### c. Wang et al. (2024)

Wang et al. (2024) is a meta-analysis consisting of 27 RCTs—including 13 GLP-1 RA cardiovascular and renal outcomes trials—that looked at the association between SGLT-2 inhibitors and GLP-1 RAs and the risk of different outcomes, including vascular disease, digestive disease, and fractures. All of the studies reviewed were only designed to assess efficacy outcomes. Similar to Wang (2022), the results showed that GLP-1 RAs were associated with certain gastrointestinal adverse events, but ileus and intestinal obstruction were not among the adverse events included. Importantly, the evaluation of "digestive diseases" rather than ileus and intestinal obstruction as individual outcomes prevents meaningful assessment of these injury types. The results of Wang (2024) do not affect my opinion that GLP-1 RA drugs can cause ileus and intestinal obstruction. As stated above, a meta-analysis is always limited by the strength of the included studies; the studies included in this analysis had efficacy analyses as primary endpoints. And again, RCT meta-analyses are not able to provide the data necessary for establishing a causal relationship between a drug and an outcome, as these meta-analyses typically lack a large patient population

sample size and a long duration of follow-up that would allow for the observance of those rare side effects.

### d.  Chen et al. (2026)

Chen et al. (2026) is another meta-analysis of 50 RCTs, including trials from SURMOUNT, SUSTAIN, STEP, SCALE, REWIND, AWARD, HARMONY, and PIONEER, that compared either SGLT-2 inhibitors or GLP-1 RAs to placebo and assessed for the risk of intestinal obstruction with each drug class. The authors concluded that liraglutide was associated with a lower risk of intestinal obstruction (OR .44, 95% CI 0.24 – 0.81); however, "no other GLP-1 receptor agonist or SGLT2 inhibitor was linked to a statistically significant increase in obstruction events." But, as stated above, RCTs have important limitations— namely, that they cannot necessarily detect or account for the true occurrence of rare adverse events. The authors even note that "individual trials are often underpowered for rare events such as intestinal obstruction." Moreover, the same limitations for these types of meta-analyses stated above for Wang (2022) apply equally here. Chen (2026) also highlighted that "by focusing on RCTs, we may have excluded valuable information from large observational cohorts that capture longer exposure durations and broader patient populations."

### 2.  Observational Cohort Studies

### a.  Klonoff et al. (2024)

Klonoff et al. (2024) is an observational study that analyzed perioperative and postoperative complications in diabetic patients who were exposed to a GLP-1 RA in the preceding six (6) months prior to surgery compared to diabetic patients not exposed GLP-1 RAs those preceding six (6) months. The risk of ileus within seven (7) days after the procedure was similar in both groups.

I encountered this study prior to drafting my expert report, but I did not find it relevant to the specific question(s) asked of me and my overall opinions. First, this study was not designed or powered to assess long-term risks or outcomes of GLP-1 RA use; it was only designed to look at the risk of postoperative complications in patients with type 2 diabetes. Second, it is not possible to glean from the data how recently a patient took the GLP-1 RA or the frequency or consistency of that patient's use prior to the surgery. Additionally, nine (9) common surgical procedures were reviewed to assess the risk of GLP-1 RA use and peri- and post-operative complications, but the large number of procedures included hinders one's ability to accurately analyze the results given the heterogeneity of the population pool.  As such, the results do not offer any support for assessing the association the long-term risk ileus or small bowel obstruction in patients on GLP-1 agonists.

### b.  Rashid et al. (2025)

Rashid et al. (2025) is another observational study that sought to "define the impact of preoperative GLP-1 RA use on outcomes following major surgical procedures." This study focused on "[p]atients who underwent a major surgical procedure between 2013 and 2021" and who took a GLP-1 RA within one (1) year of undergoing the surgical procedure. The authors note that the "primary outcome of interest was the development of complications within 30 days following surgery," which included a review for "sepsis, surgical site infections (SSIs), aspiration, hypoglycemia, pneumonia, ileus, venous thromboembolism (VTE), and acute respiratory, heart, or renal failure." "After propensity score matching," the use of GLP-1 RAs did not increase the risk of postoperative complications within 30 days following surgery. The authors also noted that "[a]lthough there was a slight difference in the incidence of ileus (GLP-1RA: 5.3% vs. no GLP-1RA: 6.7%; p = 0.012) and aspiration (GLP-1RA: 0.3% vs. no GLP-1RA:0.6%; p = 0.039), the clinical significance of these small differences was likely minimal."

As with Klonoff (2024), I encountered this study prior to drafting my expert report, but I did not find it relevant to the specific question(s) asked of me and my overall opinions. First, only 2.2% of the patients in this study (n = 2,944) had used a GLP-1 RA within one year of surgery. From this, it is difficult to determine how recently a patient took the GLP-1 RA, as well as the frequency or consistency of that patient's use prior to the surgery. The authors even state that "[t]he patterns of GLP-1 RA exposure . . . varied depending on the type of surgery." Furthermore, the patients in this study underwent a wide variety of surgical procedures and their baseline demographics were extremely heterogenous. Similar to Klonoff (2024), this study was also not designed or powered to assess long-term risks or outcomes of GLP-1 RA use; it was only designed to look at "the development of complications within 30 days following surgery." This analysis is not useful in assessing the long-term risk of ileus or small bowel obstruction in patients on GLP-1 agonists.

### c. Cheng et al. (2024)

Cheng et al. (2024) is a population-based retrospective cohort study evaluating multiple adverse outcomes associated with hypodermic GLP-1 RAs, stratified by duration of use and analyzed using a competing-risk approach. For intestinal obstruction versus insulin, the estimates are not statistically significant and are imprecise: 0.80 (0.33–1.91) for ≤12 months (7 events) and 1.68 (0.56–5.02) for >12 months (4 events). The small number of obstruction events, particularly in the >12-month group, limits the ability to draw firm conclusions about this rare endpoint. The paper also reports substantial missingness in key glycemic covariates: "The missing rates for the Fasting plasma glucose (FPG) and Hemoglobin A1c (HbA1c) were 33.22% and 91.27%, respectively." That level of missingness constrains how well diabetes severity and glycemic control can be accounted for in real-world comparisons. Importantly, the authors' discussion does not treat obstruction as a settled null: they state they observed "notably increased incidence risks" of intestinal obstruction with GLP-1 RA use "without PSM, particularly after 1 year of treatment," and they state that "[t]hese results aligned with the recent research by Faillie et al." They further cite Faillie's time-dependent effect (highest hazard ratio ("HR") 3.48 after 1.6 years) and cite

Sodhi reporting bowel obstruction (HR 4.22). Additionally, after bias pairing, the authors found a statistically significant increased risk of intestinal obstruction with liraglutide compared with metformin at more than 12 months of use (HR 3.33, 95% CI 1.04-10.64). Read as a whole, Cheng (2024) is consistent with a delayed/on-treatment obstruction signal discussed in Faillie (and Sodhi), while the propensity-matched obstruction estimates in Cheng (2024) remain underpowered and too imprecise to cleanly refute a rare-event association.

### d.  Chiang et al. (Eur. J. Cancer 2025)

Chiang et al. (2025) is a retrospective, propensity score–matched cohort study using the TriNetX database to evaluate cardiovascular and safety outcomes in cancer patients with type 2 diabetes receiving immune checkpoint inhibitors. In this analysis, GLP-1 RA use was not associated with a statistically significant increase in bowel obstruction (HR 1.21, 95% CI 0.51–2.88, p = 0.662), but the endpoint is extremely sparse (12 events in the GLP-1 RA group and nine (9) in the control group), producing a wide confidence interval that cannot resolve a rare gastrointestinal safety question. In addition, the paper notes that the safety results are from a univariate Cox regression model, and the cohort is a specialized oncology/ICI population whose comorbidities and physiology are not generalizable to routine ambulatory GLP-1 RA use for weight loss or standard diabetes management. Consequently, this study is not applicable to the general population.

### 3.  Abstract

Nathani et al. (2024) is a retrospective cohort analysis using the TriNetX global health research network to evaluate gastrointestinal adverse events in patients prescribed GLP-1 RAs. After propensity score matching (1:1), 148,366 patients from each cohort were analyzed (from 184,599 GLP-1 RA patients and 1,646,372 controls). While the abstract reports increased risks for several gastrointestinal endpoints, it did not show an increased risk of bowel obstruction. The study reports bowel obstruction at 0.8% in the GLP-1 RA cohort versus 1.1% in controls, with a RR 0.705 (0.653, 0.760). To note, this is a conference abstract with limited methodological detail, and the bowel obstruction endpoint is reported as a broad coded outcome that does not separate functional ileus from mechanically caused obstruction, which can contribute to misclassification bias. The outcomes were assessed at one (1) year from the index event, which limits inference about longer-term risks under chronic ambulatory use. Given these limitations, this abstract does not add new, outcome-specific evidence on functional ileus and/or intestinal obstruction beyond the studies already addressed.

I have reviewed each of the studies cited by the defense experts. Overall, none of the studies discussed above, including those that I previously reviewed, affected my analysis. None of these studies necessitate reconsideration of the opinions I rendered in my expert report and stand by today.

Dated: February 23, 2026

_____

Nilesh Lodhia, M.D.