# EXHIBIT 12D

**EXPERT REPORT OF DAVID C. METZ, M.D.**

# **Table of Contents**

QUALIFICATIONS ................................................................................................ 1

    I.     Gastric Anatomy and Histology ................................................................ 5

    II.    Functions of the Stomach ......................................................................... 6

    III.   Gastric Motility ........................................................................................ 7

    IV.   Measurements of Gastric Emptying ......................................................... 8

    V.     Dyspepsia ................................................................................................. 9

    VI.   Gastroparesis Symptoms ........................................................................ 11

    VII.  The GLP-1 RA Drug Class .................................................................... 11

    VIII. Inquiries ................................................................................................. 17

    IX.   Methodology .......................................................................................... 18

             Method for Evaluating Published Observational Studies ................................. 25

    X. Bradford Hill Analysis of the Evidence ................................................... 26

QUESTION 1. Do GLP-1 inhibitors cause drug induced gastroparesis in some patients? ........ 26

    Temporality ................................................................................................ 26

    Strength of Association .............................................................................. 27

             CONCLUSIONS ............................................................................. 52

    Experiment ................................................................................................. 55

             Lilly Clinical Trial Evidence – Dulaglutide .......................................... 63

                  Phase 1, 2 and 3 Dulaglutide Clinical Studies: ........................................ 65

             Lilly Clinical Trial Evidence – Tirzepatide .......................................... 82

                  Phase 2 and 3 Clinical Studies ................................................................ 83

             Novo Clinical Trial Evidence ............................................................... 102

                  Phase 2 and 3 Novo Clinical Studies: ................................................... 102

             Meta-Analyses ..................................................................................... 114

             EXPERIMENT CONCLUSION .......................................................... 120

    Biological Gradient (Dose Response) ....................................................... 120

    Biologic Plausibility ................................................................................ 133

    Consistency .............................................................................................. 134

    Coherence ................................................................................................ 135

    Specificity ................................................................................................ 136

Analogy................................................................................................... 136

QUESTION 2: Do GLP-1 inhibitors cause prolonged symptoms of gastroparesis in some
    patients after the drug has been withdrawn and if so, what is the mechanism for
    that effect?............................................................................................... 137

Methodology ........................................................................................... 137

Evaluation of Study Applicability .......................................................... 137

Definition of Prolonged .......................................................................... 137

Temporality............................................................................................. 138

Strength of Association........................................................................... 139

Experiment.............................................................................................. 139

Biological Gradient................................................................................. 140

Biologic Plausibility............................................................................... 140

Consistency ............................................................................................ 140

Coherence ............................................................................................... 141

Specificity .............................................................................................. 141

Analogy................................................................................................... 141

Conclusion .............................................................................................. 141

QUESTION 3: At what if any time did the available evidence establish reasonable
    evidence of a causal association between the use of GLP-1 agonists and drug
    induced gastroparesis? ............................................................................ 141

Method .................................................................................................... 141

Dulaglutide.............................................................................................. 142

        Opinion ...................................................................................... 168

Tirzepatide .............................................................................................. 172

        Opinion ...................................................................................... 184

## QUALIFICATIONS

I served as Professor of Medicine in the Department of Medicine at the University of Pennsylvania, in Philadelphia, Pennsylvania with 27 years of service (18 years at the rank of Professor) through March of 2021. My roles during this tenure included Associate Chief for Clinical Affairs in the Division of Gastroenterology, Director of the Acid Peptic Disorders Program, Co-Director of the Gastrointestinal (GI) Physiology Lab, Co-Director of the Penn Program for Swallowing Disorders, and Co-Director of the Penn Neuroendocrine Tumor Program. I also held a secondary appointment in the Department of Otorhinolaryngology: Head and Neck Surgery, participated in the University Institutional Review Board and was a member of the Cancer Therapeutics Program at the Abramson Cancer Center. Through my emeritus status at the University of Pennsylvania, I have access to, receive, and review journals related to gastroenterology to stay up-to-date on current literature and advancements in the field, including guidelines as they are published.

I practiced medicine in the field of gastroenterology for almost 30 years with a special emphasis on upper gastrointestinal (GI) tract disease states and neuroendocrine tumors. I am currently licensed in California (my license is in retired status) and I was licensed, but chose not to renew, in Pennsylvania, the District of Columbia, Maryland, United Kingdom, and South Africa. I am board certified in internal medicine, and I was board certified in gastroenterology (including twice recertified) until 2021 when I elected not to recertify for the third time. I was listed frequently in Best Doctors in America (Northeast Region) and in the Top Doctors List in Philadelphia magazine. The majority of my clinical activity involved treating patients with upper GI conditions including motility disorders. Over the course of my medical career, I have treated thousands of patients including patients suffering from gastroparesis. In addition to my medical

1

practice, I also dedicated time to clinical research both designing and conducting various clinical trials, publishing in the medical literature and was actively involved in teaching medical students, residents, fellows and colleagues. Since retiring from medical practice, I remain active with the North American Neuroendocrine Tumor Society (a physician organization) where I served on the Board of Directors, I serve as Medical Director of the Healing NET foundation (an advocacy organization), and I continue to work as a consultant to various pharmaceutical companies.      I received a Bachelor of Medicine and Bachelor of Surgery from the University of the Witwatersrand Medical School, in Johannesburg, South Africa, in 1982. A Bachelor of Medicine and Bachelor of Surgery is the South African equivalent of a Doctor of Medicine degree in the United States. In 1983, I interned at the Johannesburg General Hospital in General Medicine and General Surgery. From 1984 to 1985, I was in private practice, first in South Africa, and later in London, England.

From 1986 to 1989, I did an internship and residency in internal medicine at the Albert Einstein Medical Center, Philadelphia, Pennsylvania. From 1989 to 1991, I completed a fellowship in gastroenterology in a combined program with Georgetown University, the Washington Veteran's Affairs Medical Center, and the National Institutes of Health. From 1991 to 1993, I was a senior staff fellow in the Digestive Diseases Branch of the National Institutes of Health, Bethesda, Maryland, where I studied Zollinger-Ellison Syndrome. In 1993, I became an Assistant Professor of Medicine in the Department of Medicine at the University of Pennsylvania, Philadelphia, Pennsylvania. In 1998, I was promoted to Associate Professor of Medicine. In 2003, I became Professor of Medicine.

In addition to the hospital and administrative appointments noted above, I also was Lead Physician for the GI division at the Hospital of the University of Pennsylvania, and had clinical privileges in the Division of Gastroenterology, at Penn Medicine Main Campus, Philadelphia, Pennsylvania, Penn Medicine at Radnor, Radnor, Pennsylvania, and Presbyterian Hospital, Philadelphia, Pennsylvania.

From 2001 to 2005, I served on the FDA advisory board for gastroenterology, where my duties included participating in advisory meetings that are open to the public for matters pertaining to FDA approval of new drugs. I have also been on the Institutional Review Board at both NIDDK and the University of Pennsylvania.

I have held numerous professional society memberships. These included the American Gastroenterological Association (AGA), in which I have held many leadership positions; the American College of Gastroenterology; and the North American Neuroendocrine Tumor Society (NANETS), in which I was a member of the Board of Directors and served as president. I have retained emeritus membership in NANETS. I previously represented the AGA on the American Board of Internal Medicine Liaison Committee on Recertification.

I have held several editorial positions for peer-reviewed medical journals, including Gastroenterology and the American Journal of Gastroenterology. I also served as a reviewer for several high-impact medical journals, including the New England Journal of Medicine, Gastroenterology, Digestive Diseases and Sciences, and the American Journal of Gastroenterology, among others. I have lectured by invitation over 500 times and have published over 150 scientific articles in peer-reviewed journals, and over 200 abstracts. I have authored over 100 editorials, reviews, and chapters – including a chapter in *Yamada's Textbook of*

*Gastroenterology*, which is a leading textbook in the field, and a chapter on gastroparesis and other gastric motor abnormalities in *Requisites in Gastroenterology*. I lectured annually to the second-year students at the Perelman School of Medicine at the University of Pennsylvania on the pathophysiology of the stomach. I also lectured annually on the physiology and pathophysiology of gastroduodenal diseases and upper GI bleeding at the premier board review course for Gastroenterology in Washington, D.C.

I have received numerous honors and awards; including, but not limited to, American College of Clinical Pharmacology (ACCP) McKeen Cattell Memorial Award (2003) (awarded in honor of the co-founder of the ACCP to recognize an outstanding research paper), the University of Pennsylvania's Citizenship and Service Award from the Division of Gastroenterology (2010), the American Gastroenterological Association Distinguished Clinician Award (2017) (awarded to only two practitioners yearly who exhibit leadership and excellence in the field of gastroenterology), University of Pennsylvania's Louis Duhring's Outstanding Clinical Specialist Award (2020) (awarded to a Penn Medicine clinician in non-primary care who utilizes innovative, research-informed, and collaborative care with exceptional professionalism), and a Lifetime Achievement Award from the North American Neuroendocrine Tumor Society (NANETS) (2021) (awarded to an individual who throughout their career has advanced neuroendocrine disease management and shown exceptional leadership and dedication to the mission of NANETS).

A copy of my *curriculum vitae*, which lists my publications and describes my qualifications in detail has been provided.

I hold all of the opinions offered herein to a reasonable degree of medical and scientific certainty.

**My report is divided into the following sections:**

I.      **Gastric Anatomy and Histology**
II.     **Functions of the Stomach**
III.    **Gastric Motility**
IV.     **Measurements of Gastric Emptying**
V.      **Dyspepsia**
VI.     **Gastroparesis Symptoms**
VII.    **The GLP-1 Drug Class**
VIII.   **Inquiries**
IX.     **Methodology**
X.      **Bradford Hill Analysis of the Evidence**

## I.      <u>Gastric Anatomy and Histology</u>

The stomach consists of four anatomical regions: the cardia, fundus, body, and antrum/[pylorus]. The mucosa in each region contains gastric pits into which several types of mucosal glands empty: The Cardiac glands lined with mucous cells secrete mucus, and pepsinogen in small amounts. The Oxyntic glands in the fundus and stomach body include mucous cells but also contain a variety of cell types including parietal cells, endocrine cells, chief cells, and enterochromaffin cells.[1] Activation of glucagon-like peptide-1 (GLP-1) receptors, located on parietal and chief cells, inhibits acid secretion.[2] The gastric antrum contains pyloric glands composed of mucous cells and endocrine cells, including G cells which produce gastrin and D

---

[1] *See* McHugh et al. (updated 2/2024) Stomach Anatomy & Histology; available here:
https://www.pathologyoutlines.com/topic/stomachnormalhistology.html. (Last accessed 12/2/2025).
[2] Wettergren (1998) Glucagon-like peptide-1 inhibits gastropancreatic function by inhibiting central parasympathetic outflow, available here:
https://journals.physiology.org/doi/full/10.1152/ajpgi.1998.275.5.G984?rfr_dat=cr_pub++0pubmed&url_ver=Z39.8 8-2003&rfr_id=ori%3Arid%3Acrossref.org (Last accessed 12/2/2025).

cells which produce somatostatin. In the gastric antrum, activation of GLP-1 receptors stimulates the release of mucous and bicarbonate from mucous cells and somatostatin from D cells.[3]

The stomach receives a generous blood supply from branches of the celiac artery, including the right and left gastric, the gastroepiploic, and the gastroduodenal arteries which explains why vascular insufficiency syndromes of the stomach are uncommon.[4] Innervation of the stomach is primarily via branches of the vagus nerve, which plays important roles in gastric acid secretion, peptide release, and gastric motility including several important reflex mechanisms.[5] GLP-1 receptors are also located on vagal afferent and efferent nerves. GLP-1 receptor stimulation of parasympathetic vagal nerves inhibits gastric contractility leading to satiety.[6] The intrinsic enteric nervous system also innervates the stomach with cell bodies from Meissner's (submucosal) and Auerbach's (myenteric) plexuses. GLP-1 receptor stimulation on myenteric nerves directly inhibits gastrointestinal motility.[7]

## II.    Functions of the Stomach

The stomach has two major functions: secretion and motility. Each of these functions consists of two primary anatomic components. As such, the proximal stomach (essentially the fundus and body) secretes gastric acid whereas the distal stomach (the antrum) acts as an endocrine organ producing feedback control of acid production by releasing peptide mediators such as gastrin or somatostatin. Similarly, the proximal stomach acts as a reservoir for ingested

---

[3] See McHugh et al. (updated 2/2024) Stomach Anatomy & Histology; available here: https://www.pathologyoutlines.com/topic/stomachnormalhistology.html. (Last accessed 12/2/2025).
[4] *See* Chaudhry (2025) Anatomy, Abdomen and Pelvis: Stomach, available here: https://www.ncbi.nlm.nih.gov/books/NBK482334/. (Last accessed 12/2/2025)
[5] *See id.*
[6] *See* Krieger (2015) Knockdown of GLP-1 Receptors in Vagal Afferents Affects Normal Food Intake and Glycemia; available here: https://pubmed.ncbi.nlm.nih.gov/26470787/ . (Last accessed 12/2/2025).
[7] *See* Wachsmuth (2022) Role of the gut–brain axis in energy and glucose metabolism, available here: https://www.nature.com/articles/s12276-021-00677-w. (Last accessed 12/2/2025).

6

food, whereas the distal stomach functions as a grinder to render ingested food small enough for passage into the small bowel through the pylorus. Additional functions of the stomach include facilitation of vitamin B12 absorption in the distal small intestine (via intrinsic factor secretion), initiation of protein digestion (via pepsinogen secretion and pH-dependent peptic activity) and an antimicrobial function protecting against ingested pathogens (production of acidic gastric juice).[8]

### III.  Gastric Motility

The stomach serves as a reservoir to store, mix, and then expel food into the duodenum in a controlled fashion. The fundus accommodates ingested food by increasing gastric volume in a process termed receptive relaxation. This process amounts to a vagally-mediated inhibition of fundic tone in order to permit storage of food without increasing intragastric pressure.[9] Liquids are quickly distributed throughout the stomach and emptied by a tonic pressure gradient from the proximal to distal stomach, and thereafter into the duodenum. For solids, there is an initial storage period in the proximal stomach, which varies due to the volume and nature of the material, after which solids spill over into the antrum. Therein, segmental contractions originate in the mid-body of the greater curvature (an area also known as the gastric "pacemaker" associated with interstitial cells of Cajal) occurring approximately three times per minute to mix the food and expose it to gastric juice. The vagus nerve also influences this process.[10] In a process called trituration, antral grinding breaks down digestible solids that move from the fundus and body into the antrum into a homogenous material (chyme) with particle sizes of

---

[8] *See* McHugh et al. (updated 2/2024) Stomach Anatomy & Histology; available here: https://www.pathologyoutlines.com/topic/stomachnormalhistology.html. (Last accessed 12/2/2025).
[9] Anatomy.co.uk (updated May 9, 2025) Fundus of the stomach; available here: https://anatomy.co.uk/fundus-of-the-stomach. (Last accessed 12/2/2025)
[10] *See* Petring et al. (1993) Gastric Emptying in Adults: An Overview Related to Anaesthesia; available here: https://journals.sagepub.com/doi/epdf/10.1177/0310057X9302100605. (Last accessed 12/2/2025).

<1mm to be emptied into the duodenum through the pylorus for additional digestion and absorption.[11] Non-digestible solids empty in the fasting state through inter-digestive migrating motor complexes (MMCs): This contraction pattern occurs every 90 minutes - 2 hours during inter-prandial periods. It consists of a propulsive contraction beginning in the stomach and moving larger particles through a widely opened pylorus before progressing down into the small bowel. This periodic sweeping by the MMC is referred as the intestinal "housekeeper".[12]

Once gastric contents enter the duodenum and upper small intestine, they stimulate receptors responsive to physiological factors like low pH, high osmolality, caloric density, and fatty acids. When activated, these receptors trigger enterogastric reflexes in order to slow gastric emptying and induce satiety. In addition to the hormones such as secretin, CCK, GIP, ghrelin, and leptin which contribute to these reflexes, GLP-1 released from enteric L cells also plays a significant role.[13] Overall, these inhibitory mechanisms prevent the small intestine from being overwhelmed by the entry of nutrients from the stomach too quickly which could result in the dumping syndrome.[14]

## IV.    **Measurements of Gastric Emptying**

Upper endoscopy is useful in suggesting the presence of a gastric emptying abnormality if there is a significant amount of retained contents. Radiopaque (Sitz) markers provide an inexpensive test to assess gastric emptying of indigestible solids. Ten markers are ingested with a

---

[11] *See* Camilleri (2019) (Author Manuscript) Gastrointestinal Hormones and Regulation of Gastric Emptying; available here: https://pmc.ncbi.nlm.nih.gov/articles/PMC6615897/pdf/nihms-1514523.pdf. (Last accessed 12/3/2025).

[12] See Petring et al. (1993) Gastric Emptying in Adults: An Overview Related to Anaesthesia; available here: https://journals.sagepub.com/doi/epdf/10.1177/0310057X9302100605. (Last accessed 12/2/2025).

[13] *See* Camilleri (2019) (Author Manuscript) Gastrointestinal Hormones and Regulation of Gastric Emptying; available here: https://pmc.ncbi.nlm.nih.gov/articles/PMC6615897/pdf/nihms-1514523.pdf. (Last accessed 12/3/2025).

[14] Mayo Clinic Staff (2025) Dumping Syndrome; available here: *https://www.mayoclinic.org/diseases-conditions/dumping-syndrome/symptoms-causes/syc-20371915?p=1. (Last accessed 12/3/2025).*

high osmolar meal. After six hours, all of the markers should have left the stomach, as determined by plain films of the abdomen. This test has been used primarily in patients with diabetic gastroparesis, where the most marked defect in emptying is with indigestible solids. However, a radiolabeled solid scintigraphy study after ingestion of a standardized meal is the gold standard test of gastric emptying. The scintigraphy test results in little radiation exposure and may quantitate gastric emptying time in addition to providing patterns of gastric emptying. Typically emptying of a solid meal exhibits two phases: an initial lag phase followed by a linear phase. Although two-hour gastric emptying studies are commonly performed, a four-hour test is more accurate given inherent variability of the lag phase. A gastric residual of > 10% after 4 hours is abnormal and increasing residual amounts are labelled as mild, moderate or severe gastroparesis.[15] Other methods of measuring gastric emptying include the octanoic acid breath test and the Pillcam test. Tests of gastric function such as gastroduodenal manometry, electrogastrography, other measures of gastric accommodation, the water load test, MRI, and ultrasound are still mainly of research interest but may be available for interpretation.

## V.    **Dyspepsia**

Dyspepsia (derived from the Greek referring to 'dys = abnormal' and 'pepsia = digestion'), in layman's terms "indigestion", refers to discomfort or pain in the upper abdomen often but not always occurring during or after meals. It is a common digestive disorder that can be caused by a variety of factors, such as eating spicy or fatty foods, consuming excessive caffeine, alcohol, or medications (such as aspirin and non-steroidal anti-inflammatory agents),

---

[15] *See* Camilleri et al. (2016) Measurement of Gastrointestinal and Colonic Motor Functions in Humans and Animals; available here: https://pubmed.ncbi.nlm.nih.gov/27648466/. (Last accessed 12/3/2025; *see also* Association of Gastrointestinal Motility Disorders, Inc. (2018) Common Tests to Diagnose Motility Disorders (internal citations omitted); available here: https://www.agmdhope.org/wp-content/uploads/2018/08/common_tests.pdf. (Last accessed 12/3/2025)

stress, or underlying medical conditions such as gastroparesis or peptic ulcer disease. The term is generally reserved for chronic pain or discomfort centered in the upper abdomen that may or may not relate to meals excluding symptoms of gastroesophageal reflux (i.e., retrosternal burning, heartburn).[16]

Non-ulcer dyspepsia is a descriptive term for patients with typical ulcer-like pain in whom no ulcers can be found. Some non-ulcer dyspepsia patients respond to treatment with antisecretory agents but, in contrast to ulcer dyspepsia, this syndrome is unlikely to be truly acid-peptic in nature. Many patients with non-ulcer dyspepsia also have *H. pylori* gastritis but eradication of the organism with antibiotics generally fails to alleviate symptoms. Recent work has implicated poor visceral compliance/accommodation or visceral hypersensitivity as important factors in the development of non-ulcer dyspepsia. Gastric dysrhythmias or neuromuscular disease has also been implicated. Like irritable bowel syndrome, the prototypical functional disorder of the lower gastrointestinal tract, non-ulcer dyspepsia is also a diagnosis of exclusion (i.e. other causes must be ruled out first). Uninvestigated (undifferentiated) dyspepsia refers to patients who have not undergone formal evaluation for their symptoms. Functional dyspepsia refers to individuals who have undergone gastrointestinal evaluation without an organic cause having been identified.[17] Its importance lies in the fact that it clinically mimics acid-peptic disease (but without mucosal disease).

---

[16] Harmon et al. (2010) Evaluation and Management of Dyspepsia; available here: https://pmc.ncbi.nlm.nih.gov/articles/PMC3002574/. (Last accessed 12/3/2025).
[17] *See* id.; *see also* Mayo Clinic (2025) Functional Dyspepsia; available here: https://www.mayoclinic.org/diseases-conditions/functional-dyspepsia/symptoms-causes/syc-20375709. (Last accessed 12/3/2025).

## VI.    Gastroparesis Symptoms

Gastroparesis is a condition in which gastric motility is disordered leading to a delay in emptying of ingested food into the duodenum. Symptoms of delayed gastric emptying closely mimic dyspepsia and include early satiety, abdominal pain, epigastric fullness, bloating, nausea and vomiting, regurgitation and heartburn. Gastroparesis symptoms may be mild or severe and disabling leading to bezoar formation, malnutrition and disordered blood glucose control.

There are many known causes of delayed gastric emptying, only some of which can be specifically treated. These include post-surgical states, infections, endocrine disorders (e.g., diabetes or hypothyroidism), muscular disorders, systemic sclerosis, and drugs (including opiates, antidepressants and GLP-1 inhibitors). Idiopathic (unknown) cases are also described.[18]

## VII.    The GLP-1 RA Drug Class

1). Pharmacology & Dosage

    a)  Eli Lilly

       i)      Trulicity:

        (1) "TRULICITY contains dulaglutide, which is a human GLP-1 receptor agonist with 90% amino acid sequence homology to endogenous human GLP-1 (7-37). Dulaglutide activates the GLP-1 receptor, a membrane-bound cell-surface receptor coupled to adenylyl cyclase in pancreatic beta cells. Dulaglutide increases

---

[18] *See* Camilleri et al. (2022) ACG Clinical Guideline: Gastroparesis; available here: https://journals.lww.com/ajg/Fulltext/2022/08000/ACG_Clinical_Guideline__Gastroparesis.15.aspx. (Last accessed 12/3/2025).

intracellular cyclic AMP (cAMP) in beta cells leading to glucose-dependent insulin release. Dulaglutide also decreases glucagon secretion and slows gastric emptying."[19]

(2) Trulicity dosage: 0.75mg or 1.5mg

ii)    Mounjaro:

(1) "Tirzepatide is a GIP receptor and GLP-1 receptor agonist. It is a 39-amino-acid modified peptide with a C20 fatty diacid moiety that enables albumin binding and prolongs the half-life. Tirzepatide selectively binds to and activates both the GIP and GLP-1 receptors, the targets for native GIP and GLP-1. Tirzepatide enhances first- and second-phase insulin secretion, and reduces glucagon levels, both in a glucose-dependent manner."[20]

(2) Mounjaro dosage: 2.5mg, 5mg, 7.5mg, 10mg, 12.5mg, or 15mg

iii)    Zepbound:

(1) "Tirzepatide is a GIP receptor and GLP-1 receptor agonist. It is an amino acid sequence including a C20 fatty diacid moiety that enables albumin binding and prolongs the half-life. Tirzepatide selectively binds to and activates both the GIP and GLP-1 receptors, the targets for native GIP and GLP-1. GLP-1 is a physiological regulator of appetite and caloric intake. Nonclinical studies suggest the addition of GIP may further contribute to the regulation of food intake."[21]

(2) Zepbound dosage: 2.5mg, 5mg, 7.5mg, 10mg, 12.5mg, or 15mg

b)  Novo Nordisk

i)    Victoza:

---

[19] Trulicity Approval Label (09/2014), 12 CLINICAL PHARMACOLOGY 12.1 Mechanism of Action
[20] Mounjaro Approval Label (05/2022), 12 CLINICAL PHARMACOLOGY 12.1 Mechanism of Action
[21] Zepbound Approval Label (11/2023), 12 CLINICAL PHARMACOLOGY 12.1 Mechanism of Action

(1) "Liraglutide is an acylated human Glucagon-Like Peptide-1 (GLP-1) receptor agonist with 97% amino acid sequence homology to endogenous human GLP-1(7-37). GLP-1(7-37) represents <20% of total circulating endogenous GLP-1. Like GLP-1(7-37), liraglutide activates the GLP-1 receptor, a membrane-bound cell-surface receptor coupled to adenylyl cyclase by the stimulatory G-protein, Gs, in pancreatic beta cells. Liraglutide increases intracellular cyclic AMP (cAMP) leading to insulin release in the presence of elevated glucose concentrations. This insulin secretion subsides as blood glucose concentrations decrease and approach euglycemia. Liraglutide also decreases glucagon secretion in a glucose-dependent manner. The mechanism of blood glucose lowering also involves a delay in gastric emptying. GLP-1(7-37) has a half-life of 1.5-2 minutes due to degradation by the ubiquitous endogenous enzymes, dipeptidyl peptidase IV (DPP-IV) and neutral endopeptidases (NEP). Unlike native GLP-1, liraglutide is stable against metabolic degradation by both peptidases and has a plasma half-life of 13 hours after subcutaneous administration. The pharmacokinetic profile of liraglutide, which makes it suitable for once daily administration, is a result of self-association that delays absorption, plasma protein binding and stability against metabolic degradation by DPP-IV and NEP."[22]

(2) Victoza dosage: 0.6 mg, 1.2 mg, or 1.8 mg

ii)    Saxenda:

(1) "Liraglutide is an acylated human glucagon-like peptide-1 (GLP-1) receptor agonist with 97% amino acid sequence homology to endogenous human

---

[22] Victoza Approval Label (01/2010), 12 CLINICAL PHARMACOLOGY 12.1 Mechanism of Action

GLP-1(7-37). Like endogenous GLP-1, liraglutide binds to and activates the GLP-1 receptor, a cell-surface receptor coupled to adenylyl cyclase activation through the stimulatory G-protein, Gs. Endogenous GLP-1 has a half-life of 1.5-2 minutes due to degradation by the ubiquitous endogenous enzymes, dipeptidyl peptidase 4 (DPP-4) and neutral endopeptidases (NEP). Unlike native GLP-1, liraglutide is stable against metabolic degradation by both peptidases and has a plasma half-life of 13 hours after subcutaneous administration. The pharmacokinetic profile of liraglutide, which makes it suitable for once-daily administration, is a result of self-association that delays absorption, plasma protein binding, and stability against metabolic degradation by DPP-4 and NEP. GLP-1 is a physiological regulator of appetite and calorie intake, and the GLP-1 receptor is present in several areas of the brain involved in appetite regulation. In animal studies, peripheral administration of liraglutide resulted in the presence of liraglutide in specific brain regions regulating appetite, including the hypothalamus. Although liraglutide activated neurons in brain regions known to regulate appetite, specific brain regions mediating the effects of liraglutide on appetite were not identified in rats."[23]

(2) Saxenda dosage: 0.6 mg, 1.2 mg, 1.8 mg, 2.4 mg or 3 mg

iii)    Ozempic:

(1) "Semaglutide is a GLP-1 analogue with 94% sequence homology to human GLP-1. Semaglutide acts as a GLP-1 receptor agonist that selectively binds to and activates the GLP-1 receptor, the target for native GLP-1. GLP-1 is a physiological hormone that has multiple actions on glucose, mediated by the GLP-1

---

[23] Saxenda Approval Label (12/2014), 12 CLINICAL PHARMACOLOGY 12.1 Mechanism of Action

14

Docusign Envelope ID: 192FA079-FDE6-4C1D-AB3E-A6E832193D1B

receptors. The principal mechanism of protraction resulting in the long half-life of semaglutide is albumin binding, which results in decreased renal clearance and protection from metabolic degradation. Furthermore, semaglutide is stabilized against degradation by the DPP-4 enzyme. Semaglutide reduces blood glucose through a mechanism where it stimulates insulin secretion and lowers glucagon secretion, both in a glucose-dependent manner. Thus, when blood glucose is high, insulin secretion is stimulated and glucagon secretion is inhibited. The mechanism of blood glucose lowering also involves a minor delay in gastric emptying in the early postprandial phase."[24]

(2) Ozempic dosage: 0.25mg, 0.5mg, 1mg

iv)     Rybelsus:

(1) "Semaglutide is a GLP-1 analogue with 94% sequence homology to human GLP-1. Semaglutide acts as a GLP-1 receptor agonist that selectively binds to and activates the GLP-1 receptor, the target for native GLP-1. GLP-1 is a physiological hormone that has multiple actions on glucose, mediated by the GLP-1 receptors. The principal mechanism of protraction resulting in the long half-life of semaglutide is albumin binding, which results in decreased renal clearance and protection from metabolic degradation. Furthermore, semaglutide is stabilized against degradation by the DPP-4 enzyme. Semaglutide reduces blood glucose through a mechanism where it stimulates insulin secretion and lowers glucagon secretion, both in a glucose-dependent manner. Thus, when blood glucose is high, insulin secretion is stimulated, and glucagon secretion is inhibited. The mechanism of blood glucose

---

[24] Ozempic Approval Label (12/2017), 12 CLINICAL PHARMACOLOGY 12.1 Mechanism of Action

lowering also involves a minor delay in gastric emptying in the early postprandial phase."[25]

      (2) Rybelsus dosage: 3 mg, 7 mg and 14 mg

    v)      Wegovy:

      (1) "Semaglutide is a GLP-1 analogue with 94% sequence homology to human GLP-1. Semaglutide acts as a GLP-1 receptor agonist that selectively binds to and activates the GLP-1 receptor, the target for native GLP-1. GLP-1 is a physiological regulator of appetite and caloric intake, and the GLP-1 receptor is present in several areas of the brain involved in appetite regulation. Animal studies show that semaglutide distributed to and activated neurons in brain regions involved in regulation of food intake."[26]

      (2) Wegovy dosage: 0.25 mg, 0.5 mg, 1 mg, 1.7 mg or 2.4 mg

2)      Indications and Usage

a)  Eli Lilly

    i)      2014: Trulicity (active ingredient: dulaglutide) was approved for use in adults with Type 2 diabetes

    ii)      2022: Mounjaro (active ingredient: tirzepatide) was approved for use in adults with Type 2 diabetes

    iii)      2023: Zepbound (active ingredient: tirzepatide) was approved for use for chronic weight management

b)  Novo Nordisk

---

[25] Rybelsus Approval Label (09/2019), 12 CLINICAL PHARMACOLOGY 12.1 Mechanism of Action
[26] Wegovy Approval Label (06/2021), 12 CLINICAL PHARMACOLOGY 12.1 Mechanism of Action

i)      2010: Victoza (active ingredient: liraglutide) was approved for use in adults with Type 2 diabetes

ii)     2014: Saxenda (active ingredient: liraglutide) was approved for use in adults for chronic weight management in adults

iii)    2017: Ozempic (active ingredient: semaglutide) was approved for use in adults with Type 2 diabetes

iv)     2019: Rybelsus (active ingredient: semaglutide) was approved for use in adults with Type 2 diabetics, but in an oral formulation

v)      2021: Wegovy (active ingredient: semaglutide)[27] was approved for use in adults for chronic weight management

3)      Alternatives to GLP-1 RAs include, but are not limited to: Metformin, SGLT2 inhibitors, DPP-4 inhibitors, sulfonylureas, insulin, orlistat, phentermine and naltrexone-bupropion.

## VIII.  Inquiries

I have been asked to evaluate three questions concerning GLP-1 inhibitors and offer my opinions to a reasonable degree of medical certainty.

**Question 1:** Do GLP-1 inhibitors cause drug induced gastroparesis in some patients?

**Question 2:** Do GLP-1 inhibitors cause prolonged symptoms of gastroparesis in some patients after the drug has been withdrawn and if so, what is the mechanism for that effect?

**Question 3**: At what if any time did the available evidence on adverse events establish reasonable evidence of a causal association between the use of GLP-1 inhibitors and drug induced gastroparesis?

---

[27] On December 22, 2025, the FDA approved a tablet version of Wegovy.

17

## IX.    Methodology

### Question 1 and 2:

In approaching questions 1 and 2, I utilized the widely known and highly regarded Bradford Hill methodology. This methodology requires the application of nine considerations for determining a causal relationship between an exposure and an observed effect. These considerations are (1) temporality – the effect must occur after the exposure (2) strength of association – the greater the association the more likely there is causation (3) consistency – there is consistency of among the different lines of evidence (4) specificity – the effect is only seen with exposure to the toxin in issue; this is rarely met but if it is, causation is strongly favored (5) biological gradient - a dose-response relationship between the cause and effect supports the causation, (6) plausibility - a biologically plausible mechanism or mechanisms explaining how the cause produces the effect; the mechanism need not be proven but if it is then causation is established, (7) coherence with general medical and scientific knowledge (8) experiment – evidence that reflects an alteration of the exposure that changes the potential effect at issue (9) analogy – the same or similar effects have been seen with other types of similar exposures. It should be noted that the only requirement for causation is temporality; the remaining factors are, as explicitly stated in the methodology, not necessary to determine causation, although the evidence should be identified and reviewed with each consideration in mind and it should be ascertained whether or not the consideration is met.

**Question 3:** In assessing this question, my method was the same as I would have utilized while serving on the FDA advisory board for gastroenterology. Specifically, when charged with evaluating if there is reasonable evidence of a causal association[28] between use of medication

---

[28] At the time that I served on the advisory board evaluations were to be conducted in a manner to assess causal association, although the regulatory scheme at that time only stated "association" without the modifier "causal". The

18

and an observed adverse effect, the assessment does not require that causation be definitely established. This analysis can include a review of evidence in a manner that the Bradford Hill considerations indicate, but reasonable evidence of a causal association can be discerned from evidence that is less stringent than that required by Bradford Hill criteria to determine direct causation.

When assessing the strength of an individual post-marketing adverse event report for assessing whether there is reasonable evidence of a causal association between the use of a medication and an adverse event, temporality, biological plausibility/consistency with the known effects of the drug or related drugs, evidence of rechallenge and dechallenge, and whether there are other possible causative factors that could have caused or contributed to the event are all considered.[29] In addition, I also consider whether a reporting physician has opined as to the likelihood for causality as clinical judgment is another important consideration for causation assessment.

Post-marketing spontaneous adverse event reports are an important line of evidence, but this evidence also presents significant limitations. Often times, and particularly as it seemed to occur with Eli Lilly in regards to the matter at hand, adverse event reports were communicated from physicians to pharmaceutical sales representatives who would then pass the report to Eli Lilly second-hand. The amount of information collected and the failure for there to be any follow up also means that significant information concerning a specific patient's medical history would be missing and even where information is provided, there is no certainty as to whether it is accurate

---

later addition of the modifier "causal", however, was explicitly stated by FDA to have not made any substantive change to the evaluation process that had been occurring to that point, i.e.. reasonable evidence of a causal association was the standard under which these issues were examined.

[29] These cardinal features of causation assessment are contained within the Bradford Hill criteria for causation assessment and generally accepted principles within the medical community.

or complete. In addition, information related to the dose and duration of the medication at issue may be missing, as well as whether a patient discontinued use of the drug. Thus, these reports only provide a snapshot in time that does not follow the patient and there is very little if any follow up that is done with respect to whether the patient recovered or not. Due to the limited information provided in many post-marketing adverse event reports, drawing causation conclusions from adverse event reports alone can be challenging if not impossible. Nonetheless, as a body of evidence post-marketing events provide important information that can inform practitioners and regulators as to causation and are recognized by physicians and the FDA as an important part of pharmacovigilance.[30]

In this case I was asked to review post-marketing adverse event reports for both dulaglutide (Trulicity) and tirzepatide (Mounjaro and Zepbound). In accordance with the accepted methodology for assessing adverse event reports, I assessed the post-marketing adverse event reports for temporality, dechallenge and rechallenge, the presence of dose-dependent impacts, any evidence of alternative causes due to concomitant medications and disease, medical history and pre-existing diseases. I further took into consideration the reporting health care provider's assessment of causation and whether the assessment was also agreed to by Lilly and if Lilly did not agree the reason for Lilly's disagreement.

From 2001-2004, I served as a member of the Gastrointestinal Drugs Advisory Committee to the FDA. The Gastrointestinal Drugs Advisory Committee provides specific

---

[30] The AMA's Code of Medical Ethics has a long-standing provision for the reporting of adverse event reports that reflects the important role of reporting adverse events and the role that physicians take in this aspect of pharmacovigilance. AMA Code of Medical Ethics 8.8 Required Reporting of Adverse Events states, in part, "spontaneous reports of adverse events, especially rare or delayed effects or effects in vulnerable populations are irreplaceable as a source of information about the safety of drugs and devices. As the professionals who prescribe and monitor the use of drugs and medical devices, physicians are best positioned to observe and communicate about adverse events."

advice to FDA regarding safety and effectiveness of drugs used in the treatment of gastrointestinal diseases. Members of the committee are selected for their technical and medical specialization in the field of gastroenterology and other fields that may be relevant to the safety of drugs used in the treatment of gastrointestinal diseases and the Committee's analysis of the same.

Specifically, during my time on the Advisory Committee I was asked to evaluate, consider and provide opinions on matters related to various drugs on issues related to efficacy, indication, drug safety and labelling (including risk information regarding warnings and adverse reactions), appropriate design of pre-market studies, and drug approval.

The FDA convenes the Gastrointestinal Drugs Advisory Committee when it wants outside advice from specialists in the field of gastroenterology to weigh in on and vote on specific issues related to a drug or a class of drugs. To accomplish this, the FDA poses specific questions to the Committee and provides relevant data and information to the Committee for the members' consideration. Ultimately, the Committee members will vote on the questions posed by individually answering the FDA's question in an open forum.

In advance of Committee meetings, the Committee members are provided extensive materials containing data and relevant background from FDA, drug sponsors and outside experts. The information provided included, among others, regulatory background and history relevant to the issue or questions posed, clinical trial data, medical officer reviews, relevant studies from the published medical literature, FDA Guidance Documents, FDA Draft Guidance Documents, at times statistical reviews prepared by FDA or other reviews, briefing materials from drug sponsors summarizing their analysis of clinical trial programs and post-market safety data, adverse event reports and analyses of the same, and labelling and proposed labelling at issue.

The Committee is tasked with reviewing these materials prior to our meetings at which point the Committee would also hear presentations from the drug sponsors, FDA, and at times outside experts or other interested parties. Based on the review of the data available and the presentations, Committee members could and did ask questions of presenters and discuss issues relevant to the questions posed and then, as a Committee but individually, we would also vote on each question with each member declaring their opinion and typically, a brief reason for their decision as well. While the recommendations provided by the Advisory Committee are non-binding, it is my experience that these recommendations were an important part of the FDA's regulatory decision-making.

My experience serving on the Gastrointestinal Drugs Advisory Committee is particularly relevant to the methodology I have used examine whether there was reasonable evidence of a causal association between dulaglutide and tirzepatide and the risk of gastroparesis requiring medical care. While on the Advisory Committee, I was asked to consider drug labelling and whether a drug's labelling should be changed to include a new warning for a significant gastrointestinal adverse event. In this capacity, I also reviewed the available data and information to determine whether there was reasonable evidence of an association between the drug in question and the serious gastrointestinal adverse event. [31] We were explicitly instructed to take the pertinent regulations for labeling and the definition for "reasonable evidence of an association" and apply this to the available information when coming to our conclusion on whether a warning should be added to the label. Just as I have done here, in coming to my conclusion, I analyzed the available clinical trial data, published studies, adverse event reports,

---

[31] At the time I served on the Advisory Committee the regulatory standard for causation was reasonable evidence of an association, which was later changed in 2008 to reasonable evidence of a causal association. However, this change in the wording of the standard, had no impact on how the standard was interpreted or applied for regulatory causation analyses.

Docusign Envelope ID: 192FA079-FDE6-4C1D-AB3E-A6E832193D1B

biological mechanism data, and other available data necessary for considering whether the regulatory standard for reasonable evidence of an association had been met.

The regulatory standard "reasonable evidence of an association", or what is now called "reasonable evidence of a causal association", is a codified regulatory standard that ultimately balances the importance of patient safety against definitive causation. As such, it is important to remember that the regulatory standard for causal association does not require definitive causation.

**Evaluation of GLP-1 Study Applicability to all GLP-1 Medications**

Before reviewing the evidence concerning the GLP-1 drugs including the GIP/GLP-1 drug tirzepatide, it is necessary to evaluate what if any risk (or lack of risk) evidence concerning one medication is relevant to one or more of the other drugs. Certainly, these medications, including tirzepatide are considered by the medical community and the FDA to be members of the same pharmacotherapeutic class of drugs (incretins). While this is a meaningful fact, because it reflects a near-total view of scientists and regulatory agencies, this fact alone does not permit application of all evidence for each drug to apply to an evaluation of each other drug. However, there are other central facts common to these medications that do permit consideration of the risk and lack of risk evidence of all drugs when evaluating them. These medications are eponymously named GLP-1 agonists because they are all agonists of (i.e.. bind to and stimulate) the very same receptor, wherever it is found. Structural differences in a specific molecule can extend bioavailability, or modify absorption but the central mechanism is the same for all GLP1 agonists. Indeed, one of the key mechanisms of action of the drugs is to delay gastric emptying. This does not mean that all of the drugs will slow stomach emptying and reduce spikes in glucose after meals to the same degree, but they will all correspondingly cause the stomach to retain contents to some degree. Of course,

23

when in some patients this delay of gastric motility persists, then a drug-induced gastroparesis will exist potentially causing the serious medical events reported in the literature and seen in the adverse event reports possessed by both Eli Lilly and Novo Nordisk (discussed *infra).* The structure of the medications are also similar to permit receptor binding. The published literature and adverse event reporting reveals that the GLP1 drugs have been reported to have the same types of impairment of gastric emptying adverse events due to drug induced gastric emptying delay. The same potential risk has been reported for all of the drugs evaluated here. Finally, the Chiang metanalysis, peer reviewed and published in one of the prominent medical journals, Gastroenterology, did not distinguish between GLP-1 medications in their clinical trial search and selection, underscoring that appropriateness of looking at the evidence of all GLP-1 drugs together. It would perhaps be an issue if there were a GLP-1 agent under review that had no similar reported events. That would fairly call into question considering other class members risk studies, when evaluating that drug. But that is not so here. Chiang did conduct a sub-analysis comparing the GLP-1 and GIP-GLP-1 pharmacological classes but clearly looking at all of them together was acceptable and accepted.

Activation of GLP-1 receptors mediates dyspepsia and gastroparesis-like symptoms through various specific central and peripheral neural pathways, particularly involving afferent and efferent vagal nerve fibers. While GLP-1 receptors are found directly on gastric cells, as mentioned above, the effect of GLP-l inhibition on gastric motility is predominantly neurally mediated. A major stimulus for GLP-1-induced GI (side) effects in the GI tract is relayed to the brain through vagal afferents in the stomach and intestine. These stimuli are augmented by stimulation of brain stem nerves including the "vomiting center", efferent vagal nerve centers that directly inhibit gastric motility, myenteric plexus nerves that reduce smooth muscle

24

contractility and other areas higher in the central nervous system that mediate satiety, reduce appetite and alter feeding behavior.

In the stomach, GLP1 agonist- induced vagal nerve and/or intrinsic neural plexus dysfunction leads to disordered proximal stomach motility, inhibition of antral grinding, and elevated pyloric tone leading to early satiety and delayed emptying of gastric contents. Elevated fundal pressure leads to exaggerated transient lower esophageal pressure relaxations (TLESRs, the "burp" reflex) to offset discomfort related to delayed emptying or disordered accommodation. Excessive TLESR occurrences in association with impaired gastric accommodation and/or gastroesophageal junction anatomy (i.e., hiatal hernia) plus centrally mediated effects all conspire to predisposes to dyspepsia, bloating, nausea and vomiting, heartburn, regurgitation, gastroesophageal reflux disease, excessive weight loss and potentially pulmonary aspiration. While GI consensus guidelines indicate that GLP-1 inhibitors do not need to be held before elective endoscopic procedures, anesthesia guidelines indicate otherwise.

## **Method for evaluating published observational studies**

The peer review process is intended to confer reliability upon the design, methods, discussion, results and conclusions of published studies. Nevertheless, when evaluating and interpreting the results to determine what if any conclusions can be drawn from several studies examining the same or similar issues, each study should be reviewed methodologically. There are several aspects of such a methodological review that should be employed and I did so here:

1.      How did the study identify the individuals within the cohort?

   a. Selection bias?

   b. Information bias including recall bias?

   c. How were potential biases reduced?

25

2.      How were the subjects matched?

3.      What confounding factors were accounted for?

In addition, to the above the quality of the journal in which it is published is a

consideration.

### X.      Bradford Hill Analysis of the Evidence

**QUESTION 1. Do GLP-1 inhibitors cause drug induced gastroparesis in some patients?**

As indicated, I utilized the Bradford Hill criteria to assess the evidence and answer this

question.

> **a.      Temporality**
> **b.      Strength of association**
> **c.      Experiment**
> **d.      Biological gradient**
> **e.      Biologic Plausibility**
> **f.      Consistency**
> **g.      Coherence**
> **h.      Specificity**
> **i.      Analogy**

### Temporality

As noted, temporality is an absolute requirement to determine causality. The evidence

regarding these medications reveal numerous events of impaired gastric emptying developing

after commencement of the medication. Importantly, this has been observed not only in diabetic

patients but in non-diabetic patients as well and observational evidence supports this too. In other

words, there is a temporal relationship between initiating the use of these medications and

gastrointestinal adverse events which occur subsequently. Moreover, there are documented cases

of both dechallenge and rechallenge confirming the temporal association between drug exposure and gastroparesis. Furthermore, there are also well documented peer reviewed published case reports supporting this temporality requirement. These are set forth below.  It is also important that in its clinical trials Eli Lilly had exclusion criteria for preexisting impaired gastric emptying, thus minimizing the potential for the condition to occur prior to study drug initiation also further supporting that the temporality requirement is met here without confounding related to the potential for prior existence of significant gastroparesis. Finally, Eli Lilly clinical investigators and internal personnel recognized this temporality when, during clinical trials, numerous causality assessments that related the events to study drug were made. Due to the volume of patients suffering from gastrointestinal adverse events and the discontinuation of patients from ongoing study for these events, Eli Lilly instituted a set of guidelines in many clinical trials that permitted investigators to prescribe medications to alleviate gastric symptoms or to de-escalate drugs. Other evidence that I have reviewed additionally establishes temporality, including the percentages of gastrointestinal adverse events far exceeding the percentages for such events in the placebo arms of the trials. In sum, in my opinion, there is no question that cases of impairment of gastric emptying occur following use of GLP-1 and therefore temporality is met.

## **Strength of Association**

That there is an association between the use of GLP-1 medications and the subsequent development of impairment of gastric emptying and drug induced gastroparesis cannot be seriously disputed. In my opinion this association is also strong and confirmed by the body of observational studies set forth below.

Studies evaluating Temporality and Strength of Association are enumerated below. Further discussion regarding the other Bradford Hill Criteria pertaining to Question 1 is set out below this.

**Sodhi et al. Risk of Gastrointestinal Adverse Events Associated With Glucagon-Like Peptide-1 Receptor Agonists for Weight Loss, JAMA, (Oct. 5, 2023) (*Research Letter*)[32]**

Sodhi (2023) published the results of a retrospective cohort study undertaken to assess the risk of various gastrointestinal adverse events including biliary disease, pancreatitis, bowel obstruction, and gastroparesis in patients taking liraglutide and semaglutide for weight loss.

The investigators used a random sample of 16 million patients drawn from a large national database accounting for "93% of all outpatient prescription and physician diagnoses in the US". New-users of semaglutide (n=613) and liraglutide (n=4,144) were compared to users of bupropion-naltrexone (n=654). Obesity was required and was confirmed by ICD code within 90 days prior to or 30 days after cohort entry. Patients with a diagnosis of diabetes or using antidiabetic medication were excluded.

With respect to gastroparesis, patients were observed from their first prescription of a study drug to the "first mutually exclusive incidence (defined as first *ICD-9* or *ICD-10* code) of gastroparesis (defined as use of a code or  promotility agent)."

Hazard ratios from a Cox model were adjusted for age, sex, alcohol use, smoking hyperlipidemia, abdominal surgery in the last 30 days and geographic location; BMI was not available as part of the claims data.

In addition, two sensitivity analyses were conducted, one excluding hyperlipidemia (because more semaglutide users had hyperlipidemia), and a second to definitively exclude

---

[32] JAMA Research Letters are still subjected to the same rigorous peer review as other published studies in JAMA.

28

patients with diabetes by using a one-year look back to exclude exposure to anti-hyperglycemic agents in addition to the absence of an ICD code for diabetes. E-Value methods were used to examine how strong the influence of an unmeasured confounder (i.e., BMI) would need to be to negate the results.

"Use of GLP-1 agonists compared with bupropion naltrexone was associated with increased risk of pancreatitis (adjusted HR, 9.09 [95% CI, 1.25-66.00]), bowel obstruction (HR, 4.22 [95% CI, 1.02-17.40]), and gastroparesis (HR, 3.67 [95% CI, 1.15-11.90) but not biliary disease (HR, 1.50 [95% CI, 0.89-2.53])."

Sodhi concluded that the "use of GLP-1 agonists for weight loss compared with the use of bupropion-naltrexone was associated with an increased risk of … gastroparesis, ..," and further advised that "these adverse events, although rare, must be considered by patients who are contemplating using the drugs for weight loss because the risk-benefit calculus for this group might differ from that of those who use them for diabetes."

The authors noted that a limitation of their study was that it was uncertain whether all subjects used GLP-1 agonist for weight loss specifically but they all had documented obesity without diabetes.

**Suissa et al., Letter to Editor: GLP-1ReceptorAgonistsandGastrointestinal Adverse Events, Comment &Response; Sodhi Response**

Suissa et al., in a letter to the editor criticized Sodhi et al for the parameters used for excluding diabetics, conflicting data with Randomized Controlled Data re pancreatitis, and the study's wide confidence interval (CI) and limited power.

Specifically, with respect to diabetes, Suissa objected on the basis that an obesity code is not reliable for distinguishing GLP-1RA use for obesity vs. diabetes arguing that given the study period (2006–2020) and lack of active exclusion of diabetes history prior to 90 days, "most

29

patients using GLP-1 receptor agonists were receiving treatment for diabetes." Sodhi's response is informative and provides significant information regarding the study not in the published Research Letter: "We ensured that study participants had not received an antihyperglycemic drug or a diabetes code for at least 1 year prior to cohort entry (date of the first prescription of a study drug) before the obesity restriction was applied. This detail was not included in our article due to space limitations."[33] A one-year lookback for both diabetes diagnosis codes and antihyperglycemic medications is more rigorous than the 90-day window described in the original paper and mitigates the concern for confounding.

With respect to the wide CI and power, Sodhi responded that the relevant question was not whether the CI were wide, but whether they excluded the null, which they did for gastroparesis with an HR of 3.67 (95% CI 1.15–11.90) and that if anything the wide CI simply meant that a true effect could range from 1.15 to very large, but is unlikely to be null due to the statistical significance with a HR above 3 and the lower limit of the CI of 1.5. While the wide CI does limit the ability of this study to provide a precise estimate of the magnitude of the effect it does show that gastroparesis is a risk factor for therapy. This finding also comports with later studies such as Liu and Aneke Nash with larger sample and narrower CIs to further refine the estimate of risk. I also note that Sodhi's response discloses that one of the original authors, Etiminan, had been retained as an expert in ongoing GLP-1RA litigation since the publication of the original research letter. Sodhi uses an active comparator design (bupropion-naltrexone) rather than comparing to non-users, which controls for treatment-seeking behavior and the general decision to pursue weight-loss pharmacotherapy. The new-user design also captures early events and avoids prevalent-user bias. The exclusion of patients with diabetes removed the potential

---

[33] Rezaeianzadeh R, Sodhi M, Etminan M. GLP-1 Receptor Agonists and Gastrointestinal Adverse Events—Reply. *JAMA.* 2024;331(10):885–886. doi:10.1001/jama.2024.0049

Docusign Envelope ID: 192FA079-FDF6-4C1D-AB3E-A6F832193D1B

confounding effect of diabetes and the one-year look back for establishing exclusion criteria gives assurance that this population was indeed excluded. To control for additional confounders, the authors used causal diagram methodology for covariate selection, and a sensitivity analysis excluding hyperlipidemia. Due to the absence of BMI data, the authors used E-value to determine "how strong [an] unmeasured confounding would need to be to negate the observed results[34]. The calculated E-Value for gastroparesis was calculated as 6.8 indicating that an unmeasured confounder would need to be unusually strong to explain away the observed result.

The primary weaknesses are the study's small sample size (leading to wide CI as noted), lack of BMI data and a broad definition of gastroparesis that included promotility usage. The small sample size leads to wide confidence intervals but the results remain statistically significant and two sensitivity analysis also retained significance. The E-value addresses unmeasured confounders such as BMI. And the potential for outcome misclassification for gastroparesis is non-differential as there is no reason that GLP-1RA users would receive promotility agents for non-gastroparesis indications at higher rates than bupropion-naltrexone users unless GLP-1RAs actually cause more GI dysmotility. Non-differential misclassification biases toward the null, making the positive finding more notable, not less.

**Liu *Some Risks of Gastrointestinal Adverse Events Associated With Glucagon-Like PEPTIDE-1 Receptor Agonists Are Likely Explained by BMI*, Alimentary Pharmacology & Therapeutics (2025) *(Peer-reviewed Research Communication)***

Liu (2025) is a retrospective cohort study with propensity score matching, similar to Sodhi et al. (2023) but now designed specifically with initial BMI matching (a major stated limitation of Sodhi). It compared the gastrointestinal risks of first-time GLP-1 RAs users (Semaglutide and liraglutide) with first-time bupropion-naltrexone ("BN") users in obese US

---

[34] Sodhi et al. Risk of Gastrointestinal Adverse Events Associated With Glucagon-Like Peptide-1 Receptor Agonists for Weight Loss, JAMA, (Oct. 5, 2023) (*Research Letter*)

adults without T2DM. The exclusion criteria for diabetics was also more stringent than Sodhi, excluding patients that had ever been diagnosed with T2DM or had HbA1c ≥6.5%. Liu utilized the TriNetX US Network health database, which at the time of the study, had data from 58 participating healthcare organizations and 112,810,999 patients (2011–2023). The study population was comprised of US adults with obesity (BMI ≥30 or an obesity diagnosis code within 90 days before or 30 days after cohort entry) without diabetes. "After propensity score matching there were 8,792 patients in each cohort" (GLP-1RA vs. bupropion-naltrexone). Exposure was defined as first prescription of semaglutide or liraglutide or first prescription of bupropion-naltrexone at weight-loss dosage for the active comparator, and the cohorts were mutually exclusive. Outcomes, including gastroparesis, were defined by ICD code. There was a significantly elevated rate of gastroparesis at 1.915 per 1000 person- years in the GLP- 1 RA cohort compared to 0.742 in the BN cohort, corresponding to an adjusted HR of 2.30 (95% CI 1.19–4.46). The unadjusted HR was also statistically significant (HR 1.46 [1.04–2.03]) demonstrating robustness across analyses.

In sub-analyses, both semaglutide (aHR 2.07; 95% CI 1.06–4.07) and liraglutide (aHR 1.74; 95% CI 1.08–2.80) had significantly increased risks of gastroparesis compared to the BN cohort.

The study authors noted that imitations of this study still included the potential for unmeasured confounders, such as medication compliance, use of other over-the-counter medications and GLP-1 RA medication dosages; differences in follow- up duration meant that BN users could have inherently greater event detection rates, although the study time-to-event analyses strategy aimed to mitigate this effect.

The Liu study had certain strengths of note. It utilized a large geographically diverse database to ultimately obtain 8,792 propensity-matched pairs, matched for initial BMI (achieving balance at 37.0 vs. 37.2 kg/m²) along with demographics, comorbidities, and relevant risk factors. The study used a more stringent diabetes exclusion (never T2DM or HbA1c ≥6.5%) than Sodhi, thus further controlling for this possible confounder. The gastroparesis association was statistically significant even in the unadjusted analysis (HR 1.46 [1.04–2.03]) and strengthened after adjustment (aHR 2.30; 95% CI 1.19–4.46). Additionally, even when analyzed separately in comparison to the BN cohort, semaglutide and liraglutide still showed significantly increased gastroparesis risk separately on their own.

However, as recognized by Liu, the study has limitations with respect to follow-up imbalance and the inability to confirm medication adherence or case capture when relying on electronic claims data. The potential missing confounders is a limitation, but the propensity matching and sensitivity analysis gives control for the most likely confounders to have a differential impact. Moreover, with respect to the greater follow up time for BN users, the potential for medication non-adherence and potential underdiagnoses of GP due to using ICD codes, would likely have biased results towards the null and not towards false positive results.

**Aneke-Nash (2025) "Comparing the risk of gastroparesis following different modalities for treating obesity: semaglutide versus bupropion-naltrexone versus sleeve gastrectomy – a retrospective cohort study"** *BMJ Open Gastroenterology (Peer-reviewed)*

Aneke-Nash (2025) is a retrospective cohort study using claims data from a large dataset[35] to assess the risk of gastroparesis among individuals with obesity but not T2DM and

---

[35] The study used a large claims-based dataset (Merative Market-Scan Research Databases), which includes paid claims and encounter data for over 273 million unique patients representing insured employees and dependents (January 2018 to December 2022).

who were treated with one of the following: GLP-1 RA semaglutide, the weight loss drug bupropion-naltrexone (BN) or sleeve gastrectomy (SG).

The initial study population was comprised of 55,460 US adults aged 18-64 with BMI ≥30 without type 2 diabetes or baseline gastroparesis, who had at least 1 year of continuous enrollment before the intervention (drug or sleeve).

There were then three intervention cohorts: semaglutide: 36,990 (66.7%); bupropion-naltrexone: 7,369 (13.3%); sleeve gastrectomy: 11,101 (20.0%). The cohorts were designed to be mutually exclusive with patients excluded for utilizing more than one intervention.

Exposure was defined as at least one filled prescription for semaglutide (NDC codes for Wegovy, Ozempic, Rybelsus), bupropion-naltrexone (NDC code Contrave) or sleeve gastrectomy identified by CPT/ICD-10 procedure codes.

Outcomes were defined as gastroparesis diagnosed by ICD-10 code in outpatient or inpatient claims after the index date. The three treatment groups had varying follow-up durations, from 1 years, to 2.1 years, and 2 years for those on semaglutide, bupropion-naltrexone, and sleeve gastrectomy, respectively.

The study used standard cox proportional hazards regression with time-to-event analysis comparing risk of gastroparesis across the three intervention groups. Both unadjusted (crude) and adjusted models were performed. The covariates in adjusted models included age, sex, baseline BMI, and baseline comorbidities (hypertension, dyslipidemia, GERD, MAFLD, pre-diabetes)

Rates of gastroparesis were highest in patients treated with semaglutide 6.5 per 1,000 PY, followed by BN 2.1 per 1,000 PY and lowest for the SG 1.1 per 1,000 PY.

When comparing semaglutide users to those on bupropion-naltrexone, the adjusted hazards ratio was significantly higher in the semaglutide group (aHR 3.33, 95%CI 2.27, 4.98).

34

Docusign Envelope ID: 192FA079-FDE6-4C1D-AB3E-A6E832193D1B

Similarly, when comparing semaglutide users with those who underwent a sleeve gastrectomy, the adjusted hazards ratio was higher in the semaglutide group (aHR 6.14, 95%CI 3.94, 9.57). The rates of gastroparesis varied according to the specific semaglutide prescription filled (Ozempic, Wegovy, and Rybelsus). Ozempic users had the highest rates of gastroparesis, Rybelsus had the lowest.  The authors also did an "exploratory analysis" of the semaglutide treatment group to assess the potential relationship between baseline demographic/health characteristics and the risk of gastroparesis. This analysis revealed that the strongest predictors of gastroparesis was a baseline diagnosis of metabolic dysfunction-associated fatty liver disease, a BMI between 30 and 34 compared to a BMI of 40+, a baseline diagnosis of GERD, and female gender. Notably, prediabetes, hypertension and dyslipidemia were not significant predictors.

The authors also performed a sensitivity analysis imposing a more strict definition of gastroparesis, requiring both ICD Code diagnosis and prescription for a motility agent (metoclopramide or erythromycin using NDC codes), which demonstrated a significantly lower rate of gastroparesis, but still found the risk to be significantly higher than those who were treated with bupropion-naltrexone (Semaglutide vs. BN: aHR 2.46 [95% CI 1.32–4.55]) or sleeve gastrectomy (Semaglutide vs. SG: aHR 4.36 [95% CI 2.02–9.43]).

The authors noted several limitations for their study including the fact that the sample size was decreased to ensure that there was sufficient baseline data to assess comorbidities, which impacted the generalizability of the findings; the inability to confirm medication compliance once a prescription was filled, using ICD codes for the diagnosis of gastroparesis without a confirmatory gastric emptying study and the possibility that there may have been individuals that actually had gastroparesis but lacked a formal diagnosis, potentially missing undiagnosed cases (although the sensitivity analysis remained positive); there were differences in

follow-up and shorter duration of follow up in certain cohorts; the authors only looked at commercial insurance data; there may have been other unmeasured factors related to the risk of gastroparesis in non-Type 2 diabetics that were not captured; there may have been selective reporting bias; and the study was not able to determine whether the cases of gastroparesis were transient or permanent.

**Kalas (2023) Frequency of GLP-1 RA use in diabetic patients diagnosed with DGE and their demographic profile**

Kalas (2023) is a retrospective cross-sectional single-center chart review study of electronic medical records from Texas Tech University Health Science Center El Paso.

The study population comprised adult patients who underwent a GES over a two year period (January 2019 to January 2021) and were exposed to dulaglutide, liraglutide, or semaglutide on chart review.

The authors concluded that there was no statistically significant association between GLP-1 use and gastroparesis defined as >10% retention at 4 hours (RR 1.298, 95% CI 0.84–1.98, p=0.242).

A subgroup analysis in patients with diabetes for <10 years, was just statistically positive (RR 1.96, 95% CI 1.01–3.84, p=0.048). 24% of the diabetic patients with delayed GES were on a GLP-1RA. Kalas is notable for using gastric emptying scintigraphy to assess gastroparesis and employing standardized diagnostic criteria.,. The exclusion of opioid users removed a confounder. However, limitations stated by the investigators included the retrospective nature of the study and the limited number of patients taking GLP-1 agonists (51) that were evaluated. In addition, the study population was derived from GES records so that GLP-1 users who did not undergo scintigraphy but who may have had GP were not included. Moreover, there was no way of knowing whether patients were actually taking their medications at the time of study.

36

**Crisafulli et al. 2025, Comparative Gastrointestinal Safety of Dulaglutide, Semaglutide, and Tirzepatide in Adults With Type 2 Diabetes (Annals of Internal Medicine)**

This new-user, active-comparator cohort study drew upon a large national database to "compare the risk for severe gastrointestinal adverse events" in patients with type-2 diabetes initiating GLP-1RA dulaglutide, subcutaneous semaglutide, or tirzepatide between January 2019 and August 2024. The primary objective of the study was to conduct head-to-head comparisons between the three GLP-1RA drugs to compare gastrointestinal safety. In addition, however, the study included a sensitivity analysis comparing dulaglutide, subcutaneous semaglutide, and tirzepatide to SGLT-2 inhibitors to also further assess gastrointestinal safety.

The authors used 1:1 propensity score matching within each comparison using a multivariable logistic regression model. "The primary outcome was a composite of acute pancreatitis, biliary disease, bowel obstruction, gastroparesis, and severe constipation" requiring inpatient or emergency department care. Secondary outcomes included pancreaticobiliary events (acute pancreatitis, biliary disease) and GI motility-related events (bowel obstruction, gastroparesis, severe constipation). Gastroparesis was defined by ICD-10 code (K31.84) during inpatient admission, thus, limiting gastroparesis to severe cases where patients were hospitalized.

In the head-to head GLP-1 component of the study, there was no observed difference in risk for severe GI AEs. However, the comparison between GLP1 agonists and the SGLT-2i all showed significantly increased risk of GI adverse events (Semaglutide vs SGLT-2i: HR 1.22 [95% CI 1.09–1.37], Tirzepatide vs SGLT-2i: HR 1.53 [1.21–1.93], and Dulaglutide vs SGLT-2i: HR 1.36 [95% CI 1.21–1.53]). Corresponding GI motility-related outcomes specifically (which included gastroparesis defined as diagnosis during inpatient admission) were a HR of

1.32 (95% CI 1.16–1.49) for semaglutide, 1.73 (1.32–2.25) for tirzepatide, and 1.42 (1.25–1.62) for dulaglutide.

The SGLT-2 inhibitor sensitivity analysis compared GLP-1 therapy with a mechanistically distinct active comparator used for the same indication. The analysis also benefits from large sample sizes (particularly 84,822 matched pairs for semaglutide) providing adequate statistical power and reasonably precise effect estimates. The new-user design with 365-day washout eliminates prevalent user bias, and the rigorous exclusion of patients with prior gastroparesis, autonomic neuropathy, and prokinetic medication use reduces potential for misclassification of prevalent disease as incident events. The finding that all three GLP-1 receptor-activating agents show significantly increased risk of GI motility outcomes—with tirzepatide (the most potent GI effector) provides internal consistency and demonstrates class effect. One limitations of this analysis is that the full covariate balance tables for the SGLT-2i matched cohorts were not explicitly reported.

**Garg et al., All-cause mortality and GI AEs in Adults with T2D and GLP-1 RAs v. SGLT-2i, *to appear* Gastro Hep Advances** (2025) (Journal Pre-Proof)

Garg is a retrospective cohort study that compared all-cause mortality and GI AEs in T2D patients treated with GLP-1RAs or sodium-glucose cotransporter-2 inhibitors (SGLT-2i). The authors utilized the TriNetX Multi-Institutional Database from January 1, 2021 to December 30, 2022. GI AEs included gastroparesis, GERD, ileus, intestinal obstruction, acute pancreatitis, acute cholecystitis, cholelithiasis, and cholangitis. "Patients with a history of bariatric surgery, gastric surgery, fundoplication, inflammatory bowel disease, per oral endoscopic myotomy, and pyloroplasty were excluded from the study since these diagnoses can affect gastrointestinal motility and may mask or amplify the effects of GLP-1RA." The authors used 1:1 propensity

score matching to reduce confounding and adjusted odds ratios were calculated with 95% CIs for each outcome.

There were 3.2 million adults with T2D, and 104,947 that were prescribed a GLP-1 RA compared to the match cohort of SGLT-2i patients. Baseline characteristics were similar after matching. The mean age was $62 \pm 12$ years and the mean glycosylated hemoglobin was $8.0 \pm 2.0\%$.

At 24-month follow-up, patients prescribed a GLP-1RA had higher odds of being diagnosed with gastroparesis (GP) and gastroesophageal reflux disease (GERD) with aORs of 1.24 (95% CI, 1.11–1.38) for GP and 1.14 (1.11–1.18) for GERD. The odds ratio for all-cause mortality at 24 months was 0.83 (0.80-0.87) compared to SGLT-2i.

The paper strengths are that it was a large database with multiple US institutions, the authors analyzed multiple GLP1-RA analogues including Semaglutide and tirzepatide over a 2-year period at multiple time intervals, there was a diverse patient population, and propensity score matching was used to adjust for demographics and comorbidities. Among the study limitations reported by the authors were that the diagnosis of gastroparesis could not be confirmed with a GES, and "approximately 26% of patients on SGLT-2i were not matched with GLP- 1RA patients, which introduce[d] potential selection bias and limit[ed] the external validity of the study." Additionally, the authors could not determine "from the data alone whether patients actually filled the GLP-1RA prescriptions, treatment duration [or] dose, or medication discontinuation[—]all of which could impact interpretation of results.".

**Sarwal, A., et al,** ***Glycemic therapies and the risk of gastrointestinal adverse events in veterans with type2 diabetes.*** **Diabetes Obes Metab. (2025)27:5865–5877**

Sarwal was an active comparator, real world, new user design study to compare the risk of GI AEs in veterans with type 2 diabetes on metformin who initiated therapy with a GLP-1,

SGLT2i, or insulin glargine from January 1, 2018 to December 31, 2021. The authors used inverse probability weighted Cox regression models to assess the frequency of gastroparesis, intestinal obstruction, gallstones, acute cholecystitis, acute pancreatitis and all-cause death by querying the VA Informatics and Computing Infrastructure databases from 144 VA Medical Centers and 1221 outpatient clinics. The study excluded those with baseline history of the GI outcomes of interest. The cohort for the main analysis included 141,080 patients. 19,765 veterans started a GLP-1 RA, 75,058 an SGLT2i and 46,257 insulin glargine.

Compared with SGLT2i use, GLP-1RA use had a higher risk for gastroparesis (HR 1.65, 95% CI 1.33–2.05) but a similar mortality. Compared with insulin glargine, GLP-1RA had a higher risk for gastroparesis (1.24, 1.02-1.52), but a lower risk of all-cause death (0.62, 0.58-0.66). Insulin glargine had a higher hazard for gastroparesis, intestinal obstruction, and all cause death than SGLT-2i. Risks of gallstones, acute cholecystitis and pancreatitis were similar across the classes. Despite the large size and robust design, this study was limited by potential residual confounding, limited generalizability due to the predominantly male population, reliance on provider-generated ICD-10 codes without laboratory confirmation, and lack of analysis by specific drugs, doses, or duration of therapy.

**Xie, Y., et al., *Mapping the effectiveness and risks of GLP-1 receptor agonists*, Nature Med. (2024)**

Xie evaluated GLP-1 effectiveness and risks for 175 health outcomes comparing the use of GLP-1 RAs to the use of commonly used antihyperglycemics (sulfonylureas, DPP4 inhibitors, and SGLT2 inhibitors) using the US Department of Veterans Affairs healthcare databases. The authors considered patients treated between October 2017 and December 2023. 1,955,135 patients were monitored for 7,239,854 person-years (median of 3.68 years). and then "systematically map[ped] an atlas of the associations between GLP-1RA use and 175 outcomes."

The authors results demonstrated "broad pleiotropic effects" beyond current understanding at the time. Reduced risk was noted by the authors for "several substance use disorders, seizures, neurocognitive disorders (including Alzheimer's disease and dementia), coagulation and clotting disorders, cardiorenal and metabolic disorders, infectious illnesses, several respiratory conditions (e.g., COPD), hepatic failure and inflammatory bowel disease." The authors also, however, noted that there was an "increased risk of several gastrointestinal disorders, hypotension, syncope, arthritic disorders, nephrolithiasis, interstitial nephritis and drug-induced pancreatitis."

In Figure 5 of the paper, Forest plots demonstrate that for gastroparesis, there was a statistically significant increased risk with the use of a GLP-1 RAs compared with antihyperglycemics with a hazard ratio of 1.07 (95% CI 1.02−1.13). Other digestive system disorders included an increased risk of abdominal pain (1.12 [1.10,−1.13]), nausea and vomiting (1.30 [1.26−1.33]), GERD (1.14 [1.12−1.16]), gastritis (1.10 [1.06−1.14]), noninfectious gastroenteritis (1.12 [1.08−1.18]), and diverticulosis and diverticulitis (1.08 [1.06−1.11]). Several sensitivity analyses were employed including restriction of cohort enrollment to individuals who started GLP-1 RAs between October 1, 2027 and June 2, 2021 and "analyses to estimate the risk using cumulative incidence function and restricted mean survival time models." Importantly, the results remained consistent with the authors' main findings.

**<u>Additional Studies of Interest</u>**

**Desai, A. et al., *Use of glucagon- like peptide- 1 receptor agonists for type 2 diabetes mellitus and outcomes of inflammatory bowel disease* Aliment Pharmacol Ther. 2024;60:620−632**

I additionally reviewed this study by Desai et al. (2024) in patients with ulcerative colitis (UC) or Crohn's disease (CD) because the study conducted a secondary analysis for the outcome of gastroparesis in these patients when using GLP-1RA. Here, Desai, et al., conducted a retrospective cohort study using the TriNetX U.S. Collaborative Network database to evaluate

IBD-specific outcomes in patients with ulcerative colitis (UC) or Crohn's disease (CD) and concurrent type 2 diabetes mellitus who were prescribed GLP-1RA (liraglutide, dulaglutide, or semaglutide) compared to oral hypoglycemic agents (OHA), with 1:1 propensity score matching performed on demographics, comorbidities, BMI, HbA1c, and IBD medications. The study required a second GLP-1RA prescription one year after the index prescription to ensure minimum exposure duration, and outcomes were assessed beginning six months after treatment initiation over a three-year follow-up period. The primary findings demonstrated that GLP-1RA use was associated with significantly lower risk of IBD-related surgery in both UC (aHR 0.37, 95% CI 0.14–0.97) and CD (aHR 0.55, 95% CI 0.36–0.84) cohorts, with semaglutide showing the strongest effect in CD patients (aHR 0.27, 95% CI 0.13–0.57). For the secondary safety outcome of gastroparesis, the study found no statistically significant difference between GLP-1RA and OHA groups in either UC (aOR 1.50, 95% CI 0.67–3.37) or CD (aOR 1.30, 95% CI 0.78–2.17), though these analyses were substantially underpowered with wide confidence intervals that cannot exclude clinically meaningful harm. It is important to note that both Crohn's disease and ulcerative colitis are independently associated with gastric dysmotility and delayed gastric emptying through inflammatory mechanisms making it difficult to draw conclusions from this study. There is potential for under-ascertainment of cases for these patients taking GLP-1RA, because physicians may be less likely to attribute new-onset nausea or vomiting to a medication when these patients already have an underlying disease that commonly produces similar symptoms. In addition, the frequent use of steroids, immunomodulators, and biologics in this population introduces additional pharmacological confounders that affect gastrointestinal motility. Consequently, findings from this diabetic UC and CD-specific cohort cannot be generalized to the broader population of GLP-1RA users—particularly those taking these

42

medications for obesity without concurrent gastrointestinal disease—and in my opinion, the null gastroparesis finding in this study should not be interpreted as evidence of safety in the general population.

**Lovegrove, et al,** *U.S. Emergency Department Visits Attributed by Clinicians to Semaglutide Adverse Events, 2022–2023* **(2025) Annals of Internal Medicine**

Lovegrove et al. (2025) conducted a descriptive surveillance study using the CDC's NEISS-CADES system, a nationally representative active surveillance network of 82 U.S. emergency departments, to characterize ED visits that clinicians attributed to semaglutide adverse events during 2022–2023, the two years following its FDA approval for weight loss. Trained abstractors reviewed ED records to identify cases where treating clinicians documented semaglutide as contributing to the patient's presentation, with statistical weighting applied to generate national estimates. Based on 551 cases, the authors estimated 24,499 ED visits nationally were attributed to semaglutide adverse events, with 82.6% occurring in 2023; patients were predominantly female (73.2%) with a mean age of 50.9 years, and injectable formulations accounted for 94% of exposures. "Overall, ED visits most commonly involved gastrointestinal effects (69.3%), hypoglycemia (16.5%), and allergic reactions (5.5%) (Table 2). Of all ED visits, nausea/vomiting (57.6%), abdominal pain (25.1%), and diarrhea (12.2%) were the gastrointestinal symptoms most commonly reported." "Hospitalization was required in 37.6% (CI, 23.7% to 51.4%) of ED visits for hypoglycemia and 15.0% (CI, 9.4% to 20.6%) for gastrointestinal effects.' The authors contextualized these findings against approximately 5 million patients dispensed semaglutide in 2023, suggesting a rate of fewer than 4 ED visits per 1,000 patients dispensed. While this study does not directly address association with gastric dysmotility, the study does confirm the substantial real-world burden of acute gastrointestinal

adverse events from semaglutide, with 69.3% of ED visits involving GI manifestations and 15% of those requiring hospitalization.

**Cymbal (2025), Impact of GLP-1 Receptor Agonists on Whole-Gut Gastrointestinal Motility Using Wireless Motility Capsule: A Descriptive Single-Center Case Series, ACG Case Reports Journal / Volume 12**

This single-center, retrospective case series from Cleveland Clinic investigated the impact of GLP-1RAs on whole-gut gastrointestinal motility using wireless motility capsule (WMC) testing. The authors analyzed 10 patients on GLP-1RAs who underwent WMC for constipation or suspected gastroparesis, assessing gastric, small bowel, and colonic transit times.

Patients were identified via procedural codes and medication prescription history, with chart review to exclude those who stopped GLP-1RAs before testing, had prior bowel surgery, or were taking laxatives or motility medications. From an initial 74 patients, 10 met inclusion criteria.[36] Mean age was 54 years with average BMI of 33.8. Ninety percent had type 2 diabetes with well-controlled glycemic status (mean HbA1c 6.4%), though diabetes duration varied considerably—five patients were diagnosed less than five years prior and four diagnosed more than ten years prior. GLP-1RA distribution included semaglutide (n=5), dulaglutide (n=4), and exenatide (n=1), with no tirzepatide patients. Mean duration on therapy before testing was 782.6 days. Notably, eight patients were tested for suspected gastroparesis rather than as routine surveillance, and nine had prior abnormal gastric emptying scintigraphy while on GLP-1RAs.

The study found 80% of patients had delayed gastric emptying, with 60% meeting criteria for severe delay exceeding 12 hours. Delayed small bowel and colon transit were each observed

---

[36] I note that the published study contains an internal inconsistency regarding patient gender distribution. The Results section text states "7 male and 3 female," while Table 1 shows 2 males and 8 females. This data verification failure is an error, but I do not believe it affects the core transit time findings presented in Table 2 and the WMC data itself appears internally consistent, but I give the study's results less weight without independent corroboration from other sources.

in 33%, while 44% demonstrated delayed whole-gut transit. Drug-specific patterns emerged: semaglutide patients had longer transit times across all parameters compared to dulaglutide, and all three patients on semaglutide 1.0 mg exhibited severe gastric delay and delayed whole-gut transit while being the only patients with delayed small bowel transit. The single exenatide patient showed no motility delay.

All seven patients on higher doses (dulaglutide ≥1.5mg or semaglutide 1.0mg) had delayed gastric emptying or whole-gut transit and accounted for all severe gastric delay cases. The authors noted that 50% of patients had recently increased their dose before testing and 70% had been on GLP-1RAs for at least one year.

This study employed validated objective measurement via WMC to provide standardized transit data and reports a clinically significant finding that GLP-1RAs affect small bowel and colonic motility beyond gastric emptying. The study investigators assessed key confounders, and evidence that motility delay occurred despite well-controlled diabetes suggests a drug-related rather than diabetes-related etiology. The correlation between higher doses and longer durations with more severe transit delays provides suggestive dose-response evidence consistent with clinical trial data.

**Odah (2025)[37] Glucagon-like peptide-1 receptor agonists and capsule endoscopy in patients with diabetes: a matched cohort study.**

Odah sought to "investigate[] the impact of GLP-1 RA use on VCE [video capsule endoscopy] in patients with diabetes." This was a retrospective cohort study using a prospectively maintained electronic medical records dataset from a multicenter academic institution that looked at patients who had diabetes and were undergoing a VCE while on GLP-1 RAs. GLP-1 RAs included albiglutide, dulaglutide, exenatide, liraglutide, lixisenatide,

---

[37] Odah T, Vattikonda A, et al. GLP-1 RA and capsule endoscopy in patients with diabetes: a matched cohort study. 2025.

45

semaglutide, and tirzepatide. The cohorts were matched in a 1:1 ration against control subjects that were not on GLP-1 RAs based on demographics and stated "diabetes-related factors", listed as diabetes duration and diabetes-related end-organ damage. The primary outcome assessed was gastric transit time and the secondary outcomes were incomplete small-bowel evaluation and small-bowel transit time. There were 68 patients in each cohort and 5 of the 68 in the GLP-1 RA cohort "experienced failure to pass the video capsule through the stomach"; this did not occur in any of the control subjects. The p-value was 0.06. The study found a statistically significant result comparing gastric transit times, with GLP-1 RA users experiencing longer gastric transit times than the matched cohort (p-value < .001). "Multivariate analysis revealed GLP-1RA use was associated with an increased gastric transit time by 74.5 minutes (95% confidence interval, 33.8-115.2; P < .001) compared with control subjects, after adjusting for relevant factors." Additionally, "[s]ixteen GLP-1RA patients (23.5%) experienced incomplete passage of the video capsule through the small intestine, a significantly higher rate compared with 3 patients in the control group (4.4%, P < .01)." The authors concluded that "GLP-1RA use is associated with a prolonged gastric transit time and a higher rate of incomplete small-bowel evaluation during VCE. Future studies may be crucial for evaluating strategies to mitigate these effects." Limitations include those inherent with retrospective study designs, potential selection bias introduced via matching, potential limited availability of suitable cohort matches, exclusive focus on patients with diabetes may limit generalizability, and due to the study being "conducted at a multicenter academic institution, the patient population seen in this study may differ from that in nonreferral settings, thereby limiting the generalizability of our findings to general practice."

**STUDIES PRESENTED AS ABSTRACTS**

**Mesgun (2024) Increased Risk of De-Novo Gastroparesis in non-diabetic obese patients on GLP-1 RAs for Weight Loss A multinetwork study (*AGA Abstracts (DDW 2024 Conference Abstract)*[38]**

---

[38] Conference abstracts undergo a more limited form of peer review that s less rigorous than full manuscript peer review, but there is a review process committee that considers scientific merit, novelty and relevance to the conference, The AGA is a reputable organization and DDW is its major conference. However, the abstract study has not likely undergone a detailed methodological scrutiny typical of peer review, access to full methods and supplementary materials and data or verification of statistical analyses.

Mesgun (2024) is a retrospective cohort study with propensity score matching which sought to explore the risk of gastroparesis in obese, non-diabetic patients using GLP-1 drugs for weight loss. This was a retrospective cohort study reviewing data from the TriNetX Research Network, which includes over 113 million patients; the date of data access was November 13, 2023. The drugs reviewed were exenatide, semaglutide, and liraglutide. The authors sought to "investigate the incidence of gastroparesis… occurring at least 6 months after the index event." The index event for cases was the date medication was initiated, and for controls was the date of obesity diagnosis.

Patients were categorized based on those who were using exenatide, semaglutide, or liraglutide compared to those who were not, who were adults with a diagnosis of obesity and/or with a BMI greater than or equal to 30. Patients with pre-existing diabetes or a diagnosis of gastroparesis or pancreatitis occurring any time before or up to 6 months after the index event were excluded.

Gastroparesis occurring at least 6 months after the index event was identified by ICD code (ICD-10 K31.84). Propensity score matching ("PMS") was utilized to balance cohorts on age, race, ethnicity, comorbid conditions, traditional risk factors for gastroparesis, procedure history and opioid use. 143,214 patients met inclusion. The average age was 46 years, and a majority were female (81%) and Caucasian (64.5%). A high frequency of opioid use (47.3%) and hypothyroidism (16.3%) was observed. The authors identified a 'new diagnosis of gastroparesis in 81 patients (0.1%) in the GLP-1 group and 1696 patients (0.04%) in the non-GLP-1 group (OR 1.52; 95% CI 1.22-1.90; P < 0.001)." The authors concluded that "the use of GLP-1 for weight loss was associated with an increased risk of de-novo gastroparesis in obese, non-diabetic patients."

**Lupianez-Merly, C., et al.,** *Effects of GLP-1 Receptor or a Dual GLP-1/GIP Receptor Agonists on Gastrointestinal Symptoms and Gastric Emptying: Results from a Large Clinical Practice Database***, Gastroenterology (2024) (abstract Mo1637).**

Lupianez-Merly published an abstract utilizing the Mayo Clinic Platform, which included primary care and referral patients to determine the prevalence of delayed gastric emptying and gastrointestinal symptoms in patients taking GLP-1 RA drugs. Of 79,925 patients prescribed a GLP-1, 14,658 developed at least one symptom of gastroparesis, and 3,993 patients had at least two symptoms. Of 839 patients with relevant gastrointestinal symptoms 696 underwent a validated four-hour gastric emptying scintigraphy test revealing a delayed gastric emptying rate of 35%.

**Nathani, et al,** *Incidence of Gastrointestinal Side Effects in Patients Prescribed Glucagon-Like Peptide 1 (GLP-1) Analaogs: Real World Evidence,* **AGA Abstracts, (2024)**

This is a large database study that queried TriNetX using ICD-10 codes, National Library of Medicine (NLM) Codes, Current Procedural Terminology (CPT) codes, and Unified Medical Language System (UMLS) Codes "to assess the incidence of adverse gastrointestinal events and the [need for] endoscopic procedures in patients prescribed GLP-1 analogs in a real-world setting." The authors conducted a 1:1 propensity score matching comparison of patients with type 2 diabetics and obesity on GLP-1 drugs and those that were not. The analysis looked at 148,366 patients from each cohort. The authors found patients prescribed GLP-1 analogs "had a significantly higher incidence of nausea and vomiting (9.0% RR 1.25 95% CI 1.22-1.29), gastroparesis (0.53 %,1.66,1.48-1.86), GERD (7.5%,1.52,1.47- 1.58), esophagitis (2.6%,1.06, 1.01-1.11), PPI prescription (27.1%,1.27,1.25 – 1.29), need for EGD (4.2%,1.26,1.22-1.31), drug-induced pancreatitis (0.04%,4.79,2.62–8.67), cholecystitis (0.55%,1.28,1.12-1.43), and cholecystectomy (0.44%,1.5,1.32-1.70)." While the text of this abstract indicates a GP incidence

of 0.53% with a RR of 1.66 (1.48-1.86) it should be noted that table 1 lists an incidence of 0.5% with RR of 1.788 (1.590-2.010) compared with 0.3% and a RR of 0.002 (0.002-0.003) in the control population (p<0.001). The authors concluded that "the use of GLP-1 agonists in patients with DM [diabetes mellitus] and obesity is associated with GI side effects, including nausea, vomiting, gastroparesis, GERD, esophagitis, drug-induced pancreatitis, cholecystitis and need for upper-endoscopy."

**Alkabbani, W., et al., *Glucagon-Like Peptide 1 Receptor Agonists and the Risk of Motility-Related Gastrointestinal Adverse Events—A Cohort Study*, Diabetes (2024) (abstract 768-P).**

This study compared GLP-1 RAs with sodium-glucose cotransporter 2 inhibitors (SGLT-2i) to assess whether there was an "increased risk of motility-related gastrointestinal (GI) adverse events." The study interrogated two US commercial healthcare databases and "used 1-1 propensity score matching on >150 potential confounders to identify a cohort of adults with type 2 diabetes who initiated GLP-1 RA or SLGT-2i between Oct/2016-Aug/2024." The primary outcome for the study was a composite of motility-related GI events of severe constipation, gastroparesis, and bowel obstruction. There were 313,342 matched pairs with the mean age of 60 and 45% were female who were followed on treatment for a median of 6.5 months. The incidence rates of the composite outcome were 10.2 among GLP-1 RA versus 7.5 among SGLT-2i initiators per 100 person-years (HR 1.37 with CI of 1.30 to 1.45). One of the secondary outcomes was gastroparesis, which also showed a statistically significant result with a matched HR of 1.96 (1.76-2.18).

**Baydoun, H., et al., Assessment of Gastrointestinal Adverse Effects of Tirzepatide Versus Semaglutide: A Real-World Propensity-Matched Analysis of the U.S. Collaborative Network, Gastroenterology (2025) (abstract Su2072).**

Baydoun compared tirzepatide to Semaglutide in a real-world propensity-matched analysis to assess gastrointestinal adverse events with these medications. The authors used the

U.S. Collaborative Network on the TriNetX platform to obtain and analyze data from its inception through December 2, 2024. Eligible patients in the cohort "had used either Semaglutide or Tirzepatide, had not undergone prior bariatric surgery, and had no pre-existing diagnoses associated with adverse effects of either drug." "One-to-one propensity score matching (PSM) was [done] for demographics, medical comorbidities, concurrent medication use, BMI, cholesterol, and HbA1c levels between the cohorts.". The two primary GI-related adverse effects the authors assessed included acute pancreatitis and gastroparesis diagnosed within one year of treatment. 127,486 patients in each group were included after propensity score matching. While a difference noted with regards to nausea and vomiting (odds ratio in favor of tirzepatide of 0.80 (95% CI 0.76 – 0.84, p value <0.001), the odds ratio for dyspepsia was 0.92 (95% CI 0.84-1.01, p=not significant) and for gastroparesis was 1.22 (95% CI 0.98-1.51, p=not significant).  These data are difficult to interpret given the absence of a control population and could either indicate a similar incidence of GP for the two drugs (both are GLP-1 agonists) or they could reflect an underpowered study with inadequate sample sizes or relative differences between the two agents regarding degree of GLP1 inhibition.

SUMMARY TABLE

| STUDY | GLP-1RA REVIEWED | RELEVANT OUTCOME | OR/HR/RR(CI) |
|---|---|---|---|
| Sodhi (2023) | Semaglutide Liraglutide | Gastroparesis | 3.67 (1.15-11.90) |
| Kalas (2023) | GLP1-RAs (general) | Gastroparesis (using GES results) | 1.298 (0.84-1.98) |
| Mesgun (2024) | Exenatide Semaglutide Liraglutide | Gastroparesis | 1.52 (1.22-1.90) |
| Lupianez-Meryl (2024) | Dulaglutide Exenatide Liraglutide Lixisenatide | Gastroparesis | |

| | Semaglutide Tirzepatide | | |
|---|---|---|---|
| Nathani (2024) | GLP1-RAs (general) | Gastroparesis | 1.66 (1.48-1.86) |
| Desai (2024) | Dulaglutide Liraglutide Semaglutide | Gastroparesis[39] | Ulcerative Colitis: 1.50 (0.67–3.37) Crohn's Disease 1.30 (0.78–2.17) |
| Aneke-Nash (2025) | Semaglutide | Gastroparesis | 3.33 (2.27-4.98) Bupropion-Naltrexone 6.14 (3.94-9.57) Sleeve-Gastrectomy |
| Liu (2025) | Semaglutide Liraglutide | Gastroparesis | 2.30 (1.19–4.46) |
| Xie (2025) | GLP1-RAs (general) | Gastroparesis | 1.07 (1.02−1.13) |
| Alkabbani (2025) | GLP1-RAs (general) | Motility-related Gastrointestinal Events Gastroparesis | 1.37 (1.30-1.45) 1.96 (1.76-2.18) |
| Baydoun (2025) | Semaglutide vs. Tirzepatide | Gastroparesis | 1.22 (0.98-1.51) |
| Crisafulli (2025) | Dulaglutide Semaglutide Tirzepatide | Gastrointestinal Adverse Events Generally GI-Motility Related | Semaglutide vs SGLT-2i: HR 1.22 [95% CI 1.09–1.37], Tirzepatide vs SGLT-2i: HR 1.53 [95% CI 1.21–1.93] Dulaglutide vs SGLT-2i: HR 1.36 [95% CI 1.21–1.53]) Semaglutide vs SGLT-2i: HR 1.32 |

---

[39] Note that approximately 35% of patients with relevant symptoms who underwent testing had a positive GES.

| | | Outcomes (gastroparesis, bowel obstruction, severe constipation) | [95% CI 1.16–1.49]<br><br>Tirzepatide vs SGLT-2i: HR 1.73 [95% CI 1.32–2.25]<br><br>Dulaglutide vs SGLT-2i: HR 1.42 [95% CI 1.25–1.62] |
|---|---|---|---|
| Garg (2025) | GLP-1RA | Gastroparesis | 1.24 (1.11–1.38) |
| Sarwal (2025) | Semaglutide Dulaglutide Liraglutide | Gastroparesis | GLP-1RA vs SGLT2i 1.65, (1.33–2.05)<br><br>GLP-1RA vs insulin glargine 1.24, (1.02-1.52) |
| Lovegrove (2025) | Semaglutide | ER Visits for gastrointestinal effects (n/v, abdominal pain/discomfort, diarrhea, constipation) | 69.3% (63.2–75.4) |
| | | | |

## CONCLUSIONS

This is a considerable set of studies from different authors and centers that set out to assess the association between GLP-1 medications and gastroparesis, the majority of which found statistically significant associations, and none of which showed an inverse association. Moreover, I have found no evidence to refute the association which is biologically plausible and comports with the mechanism of action of these drugs. Also, the strength of the association demonstrated by this evidence is clinically relevant. The confidence intervals are tight, which

strengthens the association, and the broadest interval in *Sodhi* is not so large as to call into question its findings. All three studies comparing GLP1 agents with bupropion naltrexone as an active control (Sodhi, Liu and Aneke-Nesh) revealed consistent results. While the sleeve gastrectomy (SG) cohort in Aneke-Nesh is clearly confounded in terms of gastric emptying (because the surgery itself significantly alters gastric anatomy), its sensitivity analysis requiring both ICD code and promotility agent prescriptions for gastroparesis further confirmed the study findings with respect to semaglutide and BN (aHR 2.46) in a similar range to those found by Sodhi (HR 3.67) and Liu (aHR 2.30). While Anike-Nesh lacked propensity score matching as in Liu and other studies, it does have a strong design with appropriate consideration for confounders. As was raised by Suissa regarding Sodhi, Aneke-Nash may also suffer from a lack of robustness by excluding diabetes based of T2DM codes alone, data regarding pre-diabetics and gastroparesis in the exploratory analysis showed no association (HR 0.69, 0.38–1.28). Were undiagnosed or uncoded diabetics to have contaminated the semaglutide cohort, one would have expected that pre-diabetics who are medically closer to T2DM and more likely to have undiagnosed diabetes would have led to even higher gastroparesis rates. Moreover, Sodhi's responses to the points raised by Suissa are relevant for the latter study as well. It is important to emphasize the consistency of the findings between Aneke-Nash (aHR of 3.33 vs. bupropion-naltrexone), Sodhi (HR 3.67) and Liu (aHR 2.30), thus demonstrating replication across three independent studies utilizing different databases with slightly different methodologies, but all showing approximately 2-4 fold increased risk compared to the same active comparator. Three studies examined the association between GLP-1 use and scintigraphically confirmed gastroparesis using an appropriate 4 hour endpoint (Kalas, Mesgun and Lupianez-Merly). Whereas the single center Kalas study failed to find an association between GLP-1 exposure and

gastroparesis, largely because it studied symptomatic patients undergoing gastric emptying testing with unclear timing of GLP-1RA exposure in a very small sample size, Megsun, albeit an abstract, is a much larger study with a study design that addresses the timing of exposure and diagnosis in a way that permits assessment of causation. Megsun addressed the timing of exposure by using a new-user cohort design that followed patients from GLP-1RA initiation and captured gastroparesis diagnoses occurring at least 6 months later, and excluded patients with pre-existing gastroparesis. Megsun also provided important information by eliminating diabetic patients and the reported finding of a 52% increased risk in non-diabetic obese patients isolates the GLP-1RA effect from the potential confounding influence of diabetes. Megsun employed propensity score matching to multiple confounders including opioid use (47.3% in both groups), hypothyroidism, Parkinson's disease, scleroderma, and surgical history. Moreover, the multi-network design across 80 healthcare organizations provides broad US generalizability and the large sample size provided enough statistical power to detect an effect. However, Megsun also had certain limitations.

Most notable is the fact that the conference abstract was not peer-reviewed as a full manuscript. Other weaknesses are that the study lacked an active comparator, and there is potential for surveillance bias if the GLP-1RA users had more healthcare encounters leading to more gastroparesis diagnoses. Additional limitations include the inability to confirm medication adherence, and reliance on ICD codes for GP diagnosis. However, the ICD code–case definition likely underdiagnoses gastroparesis, biasing toward the null. The propensity matching on comorbidities at least addressed healthcare utilization differences to some extent. Lupianez-Merly, albeit an abstract, identified a roughly 35% rate of gastroparesis in patients with at least one compatible clinical symptom. Of the studies reported above, Xie presents the lowest hazard

Docusign Envelope ID: 192FA079-FDE6-4C1D-AB3E-A6F832193D1B

ratio for gastroparesis in GLP-1 users but there is no question that a statistical association was found in that study, and this association is underscored by the positive hazard ratio for vomiting and nausea (1.30, 1.26-1.33). Certainly, observational studies will frequently have variation in the risk ratio that is determined. There are many reasons for this and some examples include the study population variation or the level of treatment access and treatment quality that can effect obtaining a diagnosis. Noteworthy is that even if the Xie hazard ratio reflects the true percentage of increased risk, a 7% increased risk of gastroparesis could lead to an enormous number of affected patients when the population using the medication in the United States is in the tens of millions.

### iii.  Opinion

In my opinion, an association between use of GLP-1 medications and the development of impaired gastric emptying/drug induced gastroparesis cannot be seriously disputed. In my opinion this association is strong and is confirmed by the body of observational studies set forth above.

I will now return to the remaining Bradford Hill criteria as they pertain to Question 1.

## **Experiment**

The Hill criteria explicitly recognized that experimental evidence may be the strongest support for a positive causation analysis. Clinically, experimental evidence concerning a potential risk from a medication can be provided by several sources. A clinical trial result that found an imbalance in the risk being evaluated (in this case, gastroparesis) in patients exposed to the drug versus a comparator is one such source. Clinical trial results that found an imbalance in symptoms of the risk being evaluated are pertinent too. Individual de-challenge plus re-challenge cases are very strong evidence of causation in a drug exposure case and de-challenge without

Docusign Envelope ID: 192FA079-FDE6-4C1D-AB3E-A6E832193D1B

rechallenge cases are strong evidence as well. Several well documented dechallenge case reports have been published in the peer reviewed medical literature reporting the use of GLP-1 RAs and the subsequent development of gastroparesis in patients

### i.    *Challenge Events*

**Rai, Puja et al.,** *Liraglutide-induced Acute Gastroparesis***, Cureus (2018) 10(12):e3791**

This case report described a "52-year-old man with a past medical history of hypertension, hyperlipidemia, and well-controlled type II diabetes mellitus with no prior history of gastroparesis." He is noted in the report to have recently started liraglutide 1.2mg. The patient was not taking opiates prior to or during his hospital stay. He presented with "nausea, abdominal distension, and pain of one-week duration." The initially reported symptoms were early satiety and excessive bloating, which led to nausea and progressive abdominal distension. His symptoms progressed to "more acute, severe epigastric and left upper quadrant pain." The patient went to "the local emergency department, a nasogastric tube was placed and over 1 liter of fluids suctioned." An abdominal CT "revealed markedly distended stomach with food/debris and normal caliber duodenum without an obvious lesion." Esophagogastroduodenoscopy excluded a mechanical obstruction leading his physicians to conclude that based on the temporal relationship of the symptoms to the recent liraglutide initiation, that liraglutide was the likely etiology of the patient's acute presentation. The authors stated that they did not perform a gastric emptying scintigraphy test due to "his marked improvement with discontinuation of liraglutide and his lack of symptoms prior to the initiation of the drug."

**Almustanyir, Sami et al.,** *Gastroparesis With the Initiation of Liraglutide: A Case Report***, Cuerus (2020) 12(11):e11735:**

Almustanyir describes a report of an 18-year-old poorly controlled type II obese diabetic female on insulin presenting to the emergency department with complaints of vomiting and six days of upper abdominal discomfort soon after beginning treatment with liraglutide 3.0mg.

"On physical, examination she was found to be vitally stable" and her "lungs were clear to auscultation with normal heart sounds." An abdominal exam did show that she had a distended abdomen accompanied by epigastric tenderness. It is noted that her blood glucose level was 170 mg/dL (normal <100 mg/dL), with a hemoglobin A1C of 8.4% (< 6.5%). A CT of the abdomen revealed "isolated moderate-grade gastric distension, with [a] smooth thin wall and no evidence of distal gastric, pyloric, or proximal duodenal obstructing masses." Esophagogastroduodenoscopy was negative for an obstructing lesion. It is reported that "a diagnosis of liraglutide-induced gastroparesis was made." The patient was treated with NG suction, ondansetron and metoclopramide (a prokinetic antiemetic) and her liraglutide was stopped leading to complete resolution of her symptoms. The case report authors did not perform a GES because "the patient lacked symptoms before liraglutide initiation and also [because] her symptoms improved substantially after cessation of liraglutide." They acknowledged that diabetes mellitus may also have been a causative factor for her gastroparesis, but they felt the temporal relationship of her presentation to the acute institution of high dose liraglutide favored liraglutide as the most likely contributing cause, because "gastroparesis is a documented adverse event of liraglutide."

**Kalas, M Ammar et al.,** *Medication-Induced Gastroparesis: A Case Report*, **J. Investigative Med. High Impact Case Reps. (2021) 9(1-3)**

Kalas et al, describe two case reports of GLP-1 RA induced gastroparesis. The first case describes a 52-year-old female with a noted long-standing history of 10 years of Type II Diabetes Mellitus who was evaluated for a "7-month history of postprandial epigastric pain, accompanied by fullness, bloating, and nausea." Prior EGD was negative for obstruction and a CT scan and

laboratory tests were unremarkable, including a HbA1c of 5.7%, indicating that her diabetes was well-controlled. The authors noted that the patient had initiated weekly SQ semaglutide therapy, approximately 1 month prior to the onset of symptoms. A 4-hour scintigraphic gastric emptying study showed 24% isotope retention at 4 hours (normal <10%). Her symptoms resolved with withdrawal of semaglutide and a repeat GES performed 6 weeks later showed resolution of the gastric emptying delay.

The second case was a 57-year-old female with a 16 year history of Type II Diabetes Mellitus who presented with abdominal bloating, nausea, and vomiting for a year, 15 months after starting dulaglutide SQ by weekly injection. Her HbA1c level was 8.2%. Prior upper endoscopy had failed to reveal any abnormalities. A gastric emptying study revealed 35% retention of isotope at 4 hours, confirming a significant delay in emptying. Dulaglutide was discontinued for 4 weeks with gradual resolution of symptoms and a repeat gastric emptying study revealed normal emptying

In their discussion of these two cases, the authors stressed the variable presentation of gastroparesis ranging from mild nausea and abdominal fullness to recurrent vomiting and abdominal pain symptoms requiring identification of "causative drugs," as discontinuation can result in resolution of the symptoms. They noted that "in diabetics, it can be tricky owing to the fact that both diabetes and GLP-1 receptor agonists (an agent for diabetes management) can cause delayed [gastric emptying]; hence, the timeline of drug initiation and symptom onset becomes of the utmost importance."

**Weber, Marissa et al.,** *Clinically significant emesis in a patient taking a long-acting GLP-1 receptor agonist for weight loss***, British J. Anaesthesia (2023):e38-38**

Weber, et al. described a 59-year-old woman, recently started on tirzepatide for weight loss, who presented for hysteroscopy polypectomy. There was no medical history of Type 2 DM.

The patient was "appropriately fasted", but the report does not indicate how long the patient had been off therapy before the event occurred. It is noted that "[a] supraglottic airway was placed, but after several minutes gastric aspirate was noted in her oropharynx, and her trachea was intubated. After intubation, she had an episode of large volume emesis with undigested food. An orogastric tube was placed and 500 ml of additional thick gastric aspirate was removed. At the end of the case, her trachea was extubated to nasal cannula oxygen, and ~750 ml of undigested food and gastric contents were noted in the cannister. She was admitted overnight for monitoring and quickly weaned to room air. A subsequent chest radiograph showed no signs of pneumonia or pneumonitis. Per follow-up conversation, she has stopped taking tirzepatide."

The authors state that because GLP-1 receptor agonists have demonstrated that they can slow gastric emptying in healthy patients and studies have shown patients with T2DM will develop gastric delays following GLP-1RA therapy that did not have pre-existing gastric slowing, "all patients taking [GLP-1 receptor agonists] should be considered at high risk for gastric slowing with the potential for residual gastric contents". The authors state their case report demonstrates that "the risk of clinically significant gastric contents is real."

**Preda (2023) - Gastroparesis with bezoar formation in patients treated with GLP-1** (*Research Letter*)

Preda (2023) was a cross-sectional study in 100 bariatric patients designed to assess the "frequency of bezoar formation in patients taking GLP-1RA medications and the time to resolution of bezoars after ceasing these medications." Four of 23 patients on GLP-1RA had "moderately large" gastric bezoars which resolved after the GLP-1RA was removed.

"One patient had a nuclear medicine scan showing abnormal gastric emptying" while on liraglutide (76% food retention at 4 hours), which returned to normal two weeks after stopping liraglutide. Two other patients, both on semaglutide at the time of gastroscopy, had nuclear

59

medicine scans that demonstrated normal emptying after the GLP-1RA was stopped but lacked a pre-withdrawal scan.

**Chaudhry et al., Tendency of Semaglutide to Induce Gastroparesis: A Case Report, Cureus (2024) 16(1):e52564**

Chaudhry describes a 53-year-old female patient with a medical history of depression, Stage 2 obesity, and obstructive sleep apnea who went to the hospital as a result of nausea and abdominal pain that persisted for three weeks. The patient reported taking Semaglutide 0.5mg for the preceding four months for weight loss, as well as alprazolam, methocarbamol, desvenlafaxine, and bupropion. She had not escalated her dosage of Semaglutide and was reportedly satisfied with the initial dose.

Upon admission, her physical exam revealed only mild abdominal discomfort, her blood work was unrevealing including a normal TSH (0.876 uIU/mL, normal 0.4 to 4.0) and hemoglobin A1C (4.8, normal < 6.5). A CT abdomen was unrevealing. She was treated with IV ondansetron 4mg following which she was able to tolerate a semisolid diet. She then underwent an endoscopy which demonstrated semisolid food in the gastric fundus so that the endoscopy had to be aborted. As a result, she was placed on a clear liquid diet and told to stop drinking after midnight before undergoing a repeat EGD the following day. On repeat EGD, there was still a small volume of retained semisolid food material and there was liquid in the cardia and fundus of the stomach. Because there still was retained food material in her stomach more than 24 hours after the prior EGD, her presentation was considered to be highly consistent with gastroparesis. The report states that the gastroenterology service attributed this to Semaglutide and recommended its use be stopped. A GES was not performed as the report stated that there was "a high degree of certainty of the diagnosis given the symptoms and findings on EGD." At the patient's one-month follow-up

after cessation of Semaglutide, there was symptom improvement and complete resolution of her nausea.

In their discussion, the authors acknowledged the requirement for proof of delayed gastric emptying to definitively diagnose gastroparesis, but they noted that the decision to forego "a gastric emptying study for [this] patient was made due to financial concerns and clinical evidence observed during repeated endoscopy, which included the presence of food material in the stomach 24 hours apart and the absence of mechanical blockage."

**Iskander, Mina et al., *Acute Functional Gastric Outlet Obstruction Associated With Low-Dose Tirzepatide*, CUREUS (2025) 17(1)**

Iskander described a 57-year-old male patient with a history of type 2 diabetes and hypertension who presented to the emergency department due to severe abdominal pain and vomiting. This is reported to have started four weeks prior and had progressively worsened. The pain was described as "colicky, primarily located in the right lower quadrant, and radiated to the right flank, with a severity of eight out of 10." It was also reported that the patient had "multiple episodes of non-bloody vomiting that occurred more frequently after eating, which subsequently led to a decreased appetite." Further accompanying symptoms included altered bowel habits, and intermittent episodes of diarrhea. There was abdominal discomfort and nausea months prior but these symptoms were noted to have been mild and tolerable at the time. He previously presented to the emergency department 2 months prior for mild abdominal pain and was discharged to an outpatient clinic, because his labs and imaging results were normal. Medications included 2.5 mg tirzepatide, glipizide, losartan, and tadalafil. On examination, the patient looked dehydrated and had sunken eyes and "signs of pain". He demonstrated a "markedly distended abdomen that was diffusely tender, particularly on the right side, and bowel sounds were present." "Initial vitals showed blood pressure of 160/90 mmHg and heart rate of 92 bpm, with 97% saturation on room

air. Laboratory tests showed a white blood cell count of $11.8 \times 10^3$ cells/µL with 68% neutrophils, hemoglobin of 14.1 g/dL, hematocrit of 41.1%, and platelet count of $240 \times 10^3$ cells/µL. A complete metabolic panel revealed sodium at 139 mEq/L, potassium at 3.9 mEq/L, chloride at 102 mEq/L, bicarbonate at 26 mEq/L, and an anion gap of 11 mEq/L. The renal function tests indicated blood urea nitrogen (BUN) of 15 mg/dL and a creatinine level of 1.0 mg/dL. Additionally, the glucose level was 166 mg/dL, with hemoglobin A1c (HbA1c) of 6.2%. Liver function tests showed aspartate aminotransferase (AST) at 31 U/L and alanine aminotransferase (ALT) at 30 U/L, along with a total bilirubin level of 0.5mg/dL and a lipase level of 92 U/L."

In addition, "[a]n abdominal ultrasound was performed, which showed no significant abnormalities; however, a computed tomography scan of the abdomen and pelvis with intravenous contrast revealed a markedly distended stomach with air-fluid levels and food debris, suggesting gastric outlet obstruction." The patient was treated with NG suction.

Gastroenterology evaluated the patient the following day an there was a suspicion of an anatomical obstruction. EGD was performed on the third day of admission and there were no pathological findings or obstruction identified. Oral diet was gradually introduced as tolerated by the patient. It is stated that "[u]pon further discussion, the patient explained that his symptoms had started shortly after being switched from metformin to tirzepatide, and he was reluctant to stop the drug because it had helped him lose weight." However, on discharge, Tirzepatide was discontinued and there were no reported recurrences of symptoms during follow-up as described in the case report.

It was acknowledged by the authors that this may be the first case report of acute functional gastric outlet obstruction associated with tirzepatide to their knowledge. This was attributed to tirzepatide (vs. inducement by diabetes) because his diabetes had been well controlled, based on

his HbA1c of 6.2%, and onset occurred shortly after starting tirzepatide and resolution was achieved following discontinuation.

**Gomez (2025) I Miss Eating: Medication-Induced Gastroparesis from Semaglutide**

This case report describes a 73-year-old man that had a 9-year history of type 2 diabetes mellitus and was referred to GI clinic for evaluation following 6 months of nausea, vomiting, and abdominal pain. It was noted that his diabetes was well-controlled and his Hb1Ac was 5.2%. An upper endoscopy was done revealing evidence of retained food in the stomach without evidence of obstruction. A GES and showed "33% gastric retention at 4 hours consistent with moderate gastroparesis." Following detailed medication review, the patient was noted for having started Semaglutide approximately 1 month prior to onset of symptoms. His diabetes was also noted to have been uncontrolled before being on semaglutide and his HbA1c was 13%. The gastroparesis symptoms did not improve following dietary medication and pharmacological treatment. The decision was made to stop Semaglutide and there was complete symptom resolution within a month. Repeat GES no longer showed evidence of delayed gastric emptying. The authors conclude that "[t]his case illustrates the importance of not missing a diagnosis of medication induced gastroparesis which can be reversible."

**Lilly Clinical Trial Evidence – Dulaglutide**

**Trial Selection Methodology**

Eli Lilly's Regulatory Response, titled: "Regulatory Response: Information Request: Aspiration during General Anesthesia and Deep Sedation"[40] and Lilly's document entitled

---

[40] LLY-GLPMDL-08233965; In Lilly's Regulatory Response, in the "Introduction/Background" Section, it states that "[o]n 04 August, the FDA requested that Lilly perform a cumulative review of all cases of adverse reactions due to delayed gastric emptying (for example, regurgitation and pulmonary aspiration of gastric contents) during general

"Confidential to Regulatory Authorities Dulaglutide (LY2189265) Safety Topic Report: Gastroparesis" ("Dulaglutide Gastroparesis STR")[41] list the clinical trials that were evaluated in reviewing gastroparesis. These clinical trial study reports and the narratives, therefore, had already been determined by Eli Lilly to be the trials that should be reviewed regarding gastroparesis. Below is an assessment of what, if any, evidence existed as it relates to drug-induced gastroparesis or clinically significant gastrointestinal symptoms related to dulaglutide. Using the Dulaglutide Gastroparesis STR, I reviewed "all 27 completed controlled Phase 2, 3, and 4 studies".[42] I did not limit myself to the search strategy that is listed in either document, which focused only on fourteen preferred terms,[43] and additionally reviewed for Vomit, Gastrointestinal, Hospital, Bloat, Abdominal, Gastro, Dyspepsia, Satiety.

As set forth below, there is ample clinical trial evidence that contributes to the overall evidence regarding causation of a drug induced gastroparesis in patients exposed to dulaglutide. This evidence is from designed and controlled human clinical trials and is additional experimental evidence. First, there is dechallenge evidence and there were notable symptom and event imbalances between the treated and the untreated study groups. The dechallenges in these designed and controlled human trials further supply evidence under a Bradford Hill analysis that there is experimental evidence supporting causation.

---

anesthesia and deep sedation for Trulicity. An additional cumulative review was requested for all cases of severe/serious, prolonged, or worsening gastroparesis for Trulicity."

[41] LLY-GLPMDL-08258184; The Dulaglutide Gastroparesis STR has an "approved" date of December 20, 2023.
[42] LLY-GLPMDL-08258184 pg. 28 of 96. As noted in the Regulatory Response, Lilly stated there were three studies that assessed gastric emptying. I note that only one of these three studies evaluated gastric emptying using scintigraphy. I report on these clinical study reports, as well.
[43] These 14 terms were: bezoar, diabetic gastroparesis, diabetic gastropathy, endoscopy upper gastrointestinal tract, endoscopy upper gastrointestinal tract abnormal, gastric atony, gastric emptying study, gastric hypomotility, gastric residual increased, gastrointestinal hypomotility, gastrointestinal motility disorder, gastroparesis postoperative, impaired gastric emptying, and regurgitation.

Second, there were imbalances measured in certain symptom and adverse event occurrences between the study drug groups and the comparators. In addition to considering clinical trial assessment of gastroparesis (only one Phase 3 trial), symptoms that could relate to the onset of gastroparesis are appropriate to consider in assessing the clinical trial evidence. In fact, the one attempt to assess frank gastroparesis in the Eli Lilly clinical trials used symptoms, not diagnostic testing, as a surrogate for a gastroparesis diagnosis by using the Gastroparesis Cardinal Symptom Index. The nine assessed symptoms, in 3 groupings, are nausea, retching, vomiting, stomach fullness, inability to finish a meal, excessive fullness, loss of appetite, bloating, and abdominal distension. Although consideration of imbalances of these symptoms individually in clinical trials is not as significant a finding as findings using the index itself, imbalances in these symptoms is nevertheless experimental evidence that can and does inform the causation evaluation here.

Phase 1, 2 and 3 Dulaglutide Clinical Studies:

### Phase 1:

**GB*DM*[44]** Patient 1209[45] was a 30-year-old male that had type 2 diabetes and was part of Lilly's GBDM Trial, which was a Phase 1 trial to evaluate the effect of dulaglutide on gastric emptying using scintigraphy. According to the narrative provided with the Clinical Study Report, Patient 1209 had to be withdrawn from the study due to an adverse event of vomiting. Patient 1209 first treated with dulaglutide on January 23, 2011, and had an "episode of vomiting approximately 64 hours later". Following the second administration of dulaglutide, on January 30, 2011, the patient had "almost 14 hours of nausea (moderate severity)" and "36 hours after

---

[44] This Phase 1 trial is listed in Section 6 of the "Regulatory Response: Information Request: Aspiration during General Anesthesia and Deep Sedation" related to Dedicated Gastric Emptying Studies.
[45] H9X-EW-GBDM Clinical Pharmacology Study Report - LLY-GLPMDL-00026283, beginning on Page 71 and Study GBDM Amended Clinical Pharmacology Study Report - LLY-GLPMDL-07997465, beginning on Page 72

65

drug administration, with concomitant vomiting from 37 to 47 hours post dose." On February 1, 2011, the patient experienced frequent diarrhea where "onset was 44 hours post dose for a duration of 81 hours." Nausea decreased in severity from moderate to mild. "Later that day, the patient also experienced intermittent vomiting, which commenced approximately 58 hours post dose and resolved after 1 hour." The patient also noted "feelings of weakness for approximately 9.5 hours initiating approximately 67.5 hours post dose and again experienced intermittent vomiting with relative onset at approximately 83.5 hours for a period of 1.75 hours." It is stated in the narrative that as a result of the patient's vomiting and diarrhea, "a portion of radiolabeled scrambled egg was incompletely consumed and subsequently regurgitated, the patient was also too asthenic to undergo scheduled scintigraphic imaging. It was the opinion of the study team that these AEs were treatment-emergent and it was decided that this patient should be withdrawn from the study." *The patient did not receive any further doses and recovered from these events without intervention, which would be indicative of a positive dechallenge.*

The study also reports that "Statistically significant delays in GE rate were observed following all 4 doses of 1.5 mg dulaglutide compared to baseline (Day 3), as indicated by increases in the scintigraphy parameters AUC (residual activity), t10, t50, and t90. *Such delays in GE were not seen in the placebo group.*" [Emphasis supplied.][46]

**Phase 2:**
- In Lilly Phase 2 Study titled GB*CZ*, *a statistically significant difference was seen in the incidence of nausea, and there was a statistically significant dose response for the incidence of nausea and constipation.*[47]

---

[46] LLY-GLPMDL-08233965 at pg. 70 and 71.
[47] LLY-GLPMDL-07993439 at pg. 134

- In Lilly Phase 2 Study titled GB*GJ*, which was a double-blind, placebo-controlled, 18-week trial of dulaglutide vs. placebo in type 2 diabetic patients on metformin monotherapy, there were selected gastrointestinal tolerability adverse events of nausea, vomiting, and diarrhea, which were the most frequently reported treatment emergent adverse events.[48] "The incidences of nausea, dyspepsia, abdominal pain, eructation, gastroesophageal reflux disease (GERD), and decreased appetite were generally greater in the 3 dulaglutide groups than in the placebo group *(overall pvalues <0.05, all).*" [Emphasis supplied][49] Majority of the patients who discontinued study treatment were due to an adverse event in the gastrointestinal disorders system organ class ("SOC"), with nausea, diarrhea, and vomiting seen as the most frequent events that necessitated discontinuation from the study.[50]

- Lilly Phase 2 study titled GB*DN* found that gastrointestinal disorders were the most commonly reported treatment emergent adverse events.[51] *Statistically significant results were seen for both nausea and decreased appetite.* **[Emphasis supplied]**[52] Nausea and vomiting were two of the three most frequent treatment emergent adverse events leading to discontinuation from the study.[53]

- Study GB*CJ*. The most frequently reported treatment emergent adverse events, reported by greater than or equal to 5% of patients, overall, were nausea, diarrhea, abdominal distension, constipation, abdominal pain, nasopharyngitis, and vomiting.[54] These events were "arithmetically more frequent in the LY2189265 [dulaglutide]-treated patients."[55] *For the*

---

[48] LLY-GLPMDL-00896877 at pg. 44 and 200
[49] LLY-GLPMDL-00896877 at pg. 200
[50] LLY-GLPMDL-00896877 at pg. 217
[51] LLY-GLPMDL-00154196 at pg. 211
[52] LLY-GLPMDL-00154196 at pg. 212
[53] LLY-GLPMDL-00154196 at pg. 217
[54] LLY-GLPMDL-00202635 at pg. 128
[55] LLY-GLPMDL-00202635 at pg. 128

67

*Gastroparesis Cardinal Symptom Index, "[s]tatistically significant changes were observed in all LY2189265 [dulaglutide] treatment groups for postprandial fullness and nausea and vomiting, and in the LY2189265 [dulaglutide] 1.0/1.0 and 1.0/2.0 mg treatment groups for bloating.* Changes in the placebo group were only statistically significant for bloating and fullness."[56] Of the 12 patients who discontinued due to an adverse event, 5 were due to a gastrointestinal event (nausea, upper abdominal pain, or abdominal pain).[57]

These Phase 2 studies demonstrated clear signs that gastrointestinal adverse events were occurring more frequently than the control arms with statistically significant results. In all but one of the above studies, gastrointestinal adverse events were the leading cause of study discontinuation. In assessing causation under the Bradford Hill considerations, clinical trials are experiments – human experiments. These experiments certainly revealed evidence of gastrointestinal events generally and, more specifically, there was some evidence that these events were drug induced gastroparesis in nature.

### Phase 3:

- GB*CF* (AWARD-5) was a Phase 2/3 Lilly placebo-controlled clinical trial that assessed efficacy and safety of once-weekly dulaglutide compared to sitagliptin (an oral dipeptidyl peptidase-4 (DPP-4) inhibitor not felt to delay gastric emptying) in patients with type 2 diabetes on metformin.[58] Treatment emergent gastrointestinal events were among the most commonly reported events in the study in the intent to treat population.[59]

---

[56] LLY-GLPMDL-00202635 at pg. 117
[57] LLY-GLPMDL-00202635 at pg. 139
[58] LLY-GLPMDL-00451205 (CSR) and LLY-GLPMDL-00173320 (Amended CSR)
[59] LLY-GLPMDL-00451205 (CSR) at pg. 362 and LLY-GLPMDL-00173320 (Amended CSR) at pg. 363



**Figure GBCF.12.11.** Incidence of nausea, vomiting, and diarrhea – by visit, postbaseline to 24 months – intent-to-treatment patients assigned to primary treatment arms during Stage 1 or Stage 2 randomization.

---

[60] LLY-GLPMDL-00451205 (CSR) at 364 and LLY-GLPMDL-00173320 (Amended CSR) at pg. 365

In the "Summary of Gastrointestinal Safety" Section it is stated, "[o]verall, the results presented in this section indicate that dulaglutide 1.5 mg and 0.75 mg treatments are associated with significantly increased incidence of GI tolerability adverse events, including nausea, vomiting, and diarrhea compared to placebo/sitagliptin and sitagliptin treatment groups. The incidence is highest early in the course of the trial (first 1 to 2 months), followed by a decrease in frequency thereafter. These events are mostly mild to moderate in intensity, longer in duration to GI tolerability events reported in the sitagliptin arm and may cause discontinuation of treatment in a small proportion of patients."[61]

*GBCF Rechallenge Case* (Patient GB*CF*-14-752)**[62]**

As discussed, a case where a patient is taken off a drug and has symptoms subside is strong evidence of causation by the drug. However, a case where a patient is taken off the drug with symptom resolution and then restarted on the drug and the symptoms return is very strong causation evidence and may allow doctors to conclude that the events were causal. Rechallenges are infrequent in clinical medicine because if the problems resolve upon dechallenge, then the doctor and/or the patient are reluctant to re-start the drug. In the clinical trial that is graphed above, however, there was a rechallenge patient that is further evidence that the drug had a profound gastrointestinal effect on the patient. In this instance, there is additional reason to suspect that the effect was due to an impairment of emptying because the patient was also taking hydrocodone and, therefore, the dulaglutide use was in addition to medication use which could already have been causing motility

---

[61] LLY-GLPMDL-00451205 (CSR) at 365 and LLY-GLPMDL-00173320 (Amended CSR) at pg. 366
[62] LLY-GLPMDL-00451205 (CSR) at 3946 and LLY-GLPMDL-00173320 (Amended CSR) at pg. 3947

impairment – thus inducing the fairly immediate symptoms. In my opinion, this clinical trial case is not strong rechallenge case under the current inquiry, but it is nevertheless additional evidence of a clear effect by the drug on the stomach. And the known mechanism of the drug combined with the co-administration of hydrocodone provides some support to the conclusion that this was a rechallenge event caused by an impairment of gastric emptying and thus the onset of a drug induced gastroparesis.

- **GB*DA* (AWARD-1)** was a randomized, placebo-controlled trial comparing the effects of two doses of dulaglutide or exenatide, which is a different GLP-1 RA, on glycemic control in type 2 diabetic patients on stable doses of metformin and pioglitazone. Gastrointestinal disorders were the most commonly reported treatment emergent adverse events at 26 and 52 weeks.[63]

GB*DA*-104-5241[64] describes a 72-year-old Hispanic female who was randomized to dulaglutide 1.5mg. Medical history is noted to be "negative for gastritis risk factors (alcohol use, pain relievers, and helicobacter pylori infection)." Concomitant medications included metformin, pioglitazone, enalapril, and simvastatin. The patient first received dulaglutide for treatment of type 2 diabetes on March 16, 2011. On June 24, 2011, two days after the last study dose on June 22, 2011, "the patient started vomiting several times for which she went to the emergency room (ER)." The patient was "hospitalized with dehydration, uncontrollable vomiting, acute gastritis, and [a presumed diagnosis of] rule out gastroparesis." Dulaglutide was held. The patient was treated with fluids and metoclopramide. Although it is not stated in the narrative, I will note that

---

[63] LLY-GLPMDL-00059123 at pg. 204
[64] LLY-GLPMDL-00059123 at pg. 3492

71

Metoclopramide is the only FDA-approved drug to treat gastroparesis. The narrative states that "[o]n 27-Jun-2011, an endoscopy revealed mild edematous gastritis." The patient recovered from the "acute gastritis and was discharged." Following discharge, the patient is noted to have been evaluated by a gastroenterologist and small bowel series was normal. "Per the investigator, no upper gastrointestinal (UGI) series was done." On July 13, 2011, dulaglutide was resumed. "In the opinion of the investigator, the acute gastritis was related to the blinded study drug and not related to study device or protocol procedures. **The investigator explained that the symptoms were compatible with GLP 1 effect in the gastrointestinal system and that gastroparesis was even considered before knowledge of patient receiving study drug." [Emphasis supplied]**

- **GB*DB* (AWARD-2)** was a randomized, open label, parallel-arm, noninferiority comparison study assessing the effects of two doses of dulaglutide compared to insulin glargine on glycemic control for patients with type 2 diabetes that were on stable doses of metformin and glimepiride.  It is stated in this clinical study report that "[g]astrointestinal disorders are a known side effect of GLP-1 receptor agonists."[65] Indeed, gastrointestinal disorders were the second most frequent system organ class through Week 78, and was the most frequently reported system organ class through Week 26.[66]

---

[65] LLY-GLPMDL-17151452 (CSR) at 194 and LLY-GLPMDL-00257278 (Amended CSR) at pg. 195
[66] LLY-GLPMDL-17151452 (CSR) at 194 and LLY-GLPMDL-00257278 (Amended CSR) at pg. 195

**Table GBDB.12.6.**    **Incidence of Patients with Gastrointestinal Treatment-Emergent Adverse Events By Preferred Term, Baseline to Week 26, Week 52, and Week 78; Intent-To-Treat Population**

| | | % of Patients | | |
| --- | --- | --- | --- | --- |
| | | Week 26 | Week 52 | Week 78 |
| At least one GI | Total | 22.7 | 27.1 | 29.6 |
| | Dula 1.5 | 35.9 | 38.5 | 41.0 |
| | Dula 0.75 | 22.4 | 26.5 | 29.8 |
| | Glargine | 9.2 | 16.0 | 17.6 |
| | Overall p-value | <.001 | <.001 | <.001 |
| Nausea | Total | 7.4 | 7.6 | 8.3 |
| | Dula 1.5 | 14.3 | 14.3 | 15.4 |
| | Dula 0.75 | 6.3 | 6.6 | 7.7 |
| | Glargine | 1.5 | 1.5 | 1.5 |
| | Overall p-value | <.001 | <.001 | <.001 |
| Vomiting | Total | 3.1 | 3.6 | 3.8 |
| | Dula 1.5 | 5.1 | 6.2 | 6.6 |
| | Dula 0.75 | 2.9 | 3.3 | 3.7 |
| | Glargine | 1.1 | 1.1 | 1.1 |
| | Overall p-value | .029 | .007 | .005 |
| Diarrhea | Total | 6.6 | 7.7 | 8.6 |
| | Dula 1.5 | 9.2 | 10.6 | 10.6 |
| | Dula 0.75 | 7.4 | 8.5 | 9.2 |
| | Glargine | 3.1 | 3.8 | 5.7 |
| | Overall p-value | .014 | .011 | .116 |
| Dyspepsia | Total | 3.5 | 4.1 | 4.2 |
| | Dula 1.5 | 5.5 | 6.6 | 7.0 |
| | Dula 0.75 | 3.3 | 3.3 | 3.3 |
| | Glargine | 1.5 | 2.3 | 2.3 |
| | Overall p-value | .043 | .031 | .018 |

Abbreviations: Dula = dulaglutide; GI = gastrointestinal.
[67]

The four most frequently reported gastrointestinal treatment emergent adverse events through 78 weeks were diarrhea, nausea, dyspepsia, and vomiting.[68] Thirty patients discontinued study drug due to an adverse event and 21 were gastrointestinal related.[69] By week 78, 41% of the dulaglutide 1.5mg dosing had experienced at least one

---

[67] LLY-GLPMDL-17151452 (CSR) at 195 and LLY-GLPMDL-00257278 (Amended CSR) at pg. 196
[68] LLY-GLPMDL-17151452 (CSR) at 282 and LLY-GLPMDL-00257278 (Amended CSR) at pg. 283
[69] LLY-GLPMDL-17151452 (CSR) at 207 and LLY-GLPMDL-00257278 (Amended CSR) at pg. 208

GI adverse event, compared with 17.6% of Glargine patients, and 6.6% had experienced vomiting as compared to 1.1%.[70]

- **GB*DC* (AWARD-3)** assessed the impact of dulaglutide versus Metformin on glycemic control in patients with early type 2 diabetes. This study used the Gastroparesis Cardinal Symptom Index, which consisted of 3 subscales "selected to measure important symptoms related to gastroparesis." These included: nausea/vomiting, postprandial fullness/early satiety, and bloating. The nausea/vomiting subscale was comprised of nausea, retching, and vomiting. The postprandial fullness/early satiety subscale was comprised of stomach fullness, inability to finish a normal-sized meal, feeling excessively full after meals, and loss of appetite. The bloating subscale comprised of bloating and stomach or belly visibly larger.

  o For example, here is a listing of individual Gastroparesis Cardinal Symptom Index for **Patient GBDC-820-7702**. For each subscale and for the overall score, 0 represents "none" and 5 indicates "very severe".[71]

| | Nausea | Retching | Vomiting | Stomach Fullness | Unable to Finish Meal | Excessively Full After Meals | Loss of Appetite | Bloating | Stomach Visibly Larger |
|---|---|---|---|---|---|---|---|---|---|
| Baseline | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Visit 3 | 4 | 4 | 2 | 4 | 3 | 4 | 5 | 4 | 5 |
| Visit 4 | 4 | 4 | 1 | 4 | 4 | 4 | 4 | 4 | 4 |
| Visit 5 | 5 | 5 | 5 | 5 | 4 | 4 | 5 | 5 | 5 |

---

[70] See Table GBDB.12.6. above.
[71] LLY-GLPMDL-08105352 and LLY-GLPMDL-00086176, pg. 9336 and 9337; also see pg. 252.

**Patient GBDC-820-7702**, mentioned above, is stated to have discontinued from the study "due to AE Nausea Visit 3 2010-11-10."[72] Only events of Nausea and Abdominal Distension (abdominal bloating) are listed as adverse events for this patient. Both are listed being study drug related. Pre-existing conditions included asthma, back pain, hemorrhoids, osteoporosis, pollakiuria, and vertigo.

**Patient GBDC-130-3027**[73] was a 41-year-old Caucasian male patient whose medical history included GERD since 1997 and no reported change in severity was noted prior to what the narrative calls an "esophageal episode." The patient was a smoker since 1982 and there was a past history of smoking marijuana three times per week from 1982 to 1993. Concomitant medications included omeprazole. The patient was randomized to dulaglutide 1.5mg. Subcutaneous blinded study drug dulaglutide was last received on September 13, 2010 prior to the adverse event, and metformin was last received on September 14, 2010. On September 14, 2010, the patient presented to the emergency room and was admitted "for feelings of nausea right upper quadrant pain and some vomiting." The patient was discharged same day. "The patient reported being unable to consume food or beverages without regurgitation." The narrative notes that a CT scan "showed some prominence of the thoracic esophagus, possibly related to esophagitis and ileus versus partial small bowel obstruction; strongly suspect ileus." "An endoscopy was performed and the condition was diagnosed as an esophageal spasm. Additional final diagnoses included abdominal pain and possible esophagitis." This event was not considered related to the study drugs. **Patient GBDC-130-3027's** GCSI score indicated

---

[72] LLY-GLPMDL-08105352 and LLY-GLPMDL-00086176 at pg. 9948
[73] LLY-GLPMDL-08105352 and LLY-GLPMDL-00086176 at pg. 9685

the following, which demonstrate an increase in all gastroparesis symptoms, some being 5 which means "very severe":[74]

| | Nausea | Retching | Vomiting | Stomach Fullness | Unable to Finish Meal | Excessively Full After Meals | Loss of Appetite | Bloating | Stomach Visibly Larger |
|---|---|---|---|---|---|---|---|---|---|
| Baseline | 2 | 0 | 0 | 1 | 0 | 2 | 1 | 2 | 0 |
| Visit 3 | 4 | 4 | 3 | 2 | 3 | 4 | 4 | 3 | 2 |
| Visit 4 | 4 | 2 | 1 | 4 | 5 | 5 | 3 | 0 | 0 |
| Visit 5 | 3 | 3 | 2 | 0 | 3 | 2 | 3 | 0 | 0 |
| Visit 6 | 2 | 2 | 1 | 4 | 4 | 4 | 4 | 1 | 0 |
| Visit 7 | 2 | 0 | 0 | 3 | 3 | 2 | 4 | 0 | 0 |
| Visit 8 | 3 | 1 | 0 | 4 | 4 | 4 | 1 | 0 | 0 |

A review of the results of each questionnaire shows that the number of dulaglutide patients who reported 4 & 5 level symptoms far exceed those on Metformin. The patient numbers in each group reveal disparity reality and thus the report of mean comparisons does not reflect the important symptom severity differences. The review indicates some dulaglutide patients and far fewer control group patients experienced symptoms that suggested they were experiencing drug induced gastroparesis. Because the number of patients was not large compared to the overall exposed groups, the mean was not noticeably affected; this simply reflects that dulaglutide drug induced severe symptoms suspicious of gastroparesis did not occur in a large number of patients, but the evidence in the trial is that it does occur in some and there was an imbalance between the dulaglutide group and the comparator group. By way of example, the below illustrates the "severe" and "very severe" vomiting gastroparesis cardinal symptoms index values.

---

[74] LLY-GLPMDL-08105352 and LLY-GLPMDL-00086176 at pg. 9152 and 9153

All of the following patients had at GCSI Assessments of Vomiting Score = 5 ("Very Severe") at the indicated visits.

Summary:

- For Vomiting Incidents/Entries Assessed as 5 = "Very Severe":

  - 13 Total: 8 Dulaglutide and 5 Metformin

  - however, note that 3 out of the 5 Metformin "5" Very Severe

assessments were from the same patient at different visits.

| Entry No. | Inv Pat | Treatment | Visit | Page |
|---|---|---|---|---|
| 1 | 101 104 | Dula_1.5 | 4 | 9044 |
| 2 | 101 109 | Dula_0.75 | 6 | 9046 |
| 3 | 104 410 | Dula_1.5 | 7 | 9054 |
| 4 | 121 2113 | Dula_0.75 | 7 | 9122 |
| 5 (same pat.) | 302 5050 (same pat.) | Metformin (same pat.) | 4 | 9228 |
| 6 (same pat.) | 302 5050 (same pat.) | Metformin (same pat.) | 5 | 9228 |
| 7 (same pat.) | 302 5050 (same pat.) | Metformin (same pat.) | 7 | 9228 |
| 8 | 404 6076 | Metformin | 5 | 9262 |
| 9 | 404 6090 | Dula_1.5 | 5 | 9268 |
| 10 | 404 6205 | Metformin | 4 | 9274 |
| 11 | 820 7702 | Dula_1.5 | 5 | 9336 |
| 12 | 834 8113 | Dula_1.5 | 5 | 9370 |
| 13 | 910 9805 | Dula_1.5 | 3 | 9424 |

GCSI Assessments of Vomiting Score = 4 ("Severe")

Summary:

- For Vomiting Incidents/Entries Assessed as 4 = "Severe":

  - 19 Total: 13 Dulaglutide and 6* Metformin

77

- *However, note 1 out of the 6 Metformin occurred at baseline and may be disregarded (see below at Entry No. 1.).

- Therefore, you could assess this as 13 Dulaglutide and 5 Metformin entries.

| Entry No. | Inv Pat | Treatment | Visit | Page |
|---|---|---|---|---|
| 1 | 117 1729 | Metformin | Baseline | 9106 |
| 2 | 118 1800 | Metformin | 5 | 9108 |
| **3** | **118 1818** | **Dula_1.5** | **5** | **9112** |
| **4** | **129 2922** | **Dula_1.5** | **5** | **9146** |
| **5** | **129 2923** | **Dula_1.5** | **5** | **9146** |
| **6** | **129 2925** | **Dula_0.75** | **3** | **9146** |
| 7 | 132 3214 | Metformin | 6 | 9166 |
| **8** | **136 3609** | **Dula_1.5** | **3** | **9176** |
| **9** | **301 5004** | **Dula_1.5** | **3** | **9220** |
| **10** | **801 7401** | **Dula_0.75** | **6** | **9332** |
| **11 (same pat.)** | **834 8107 (same pat.)** | **Dula_1.5 (same pat.)** | **5** | **9366** |
| **12 (same pat.)** | **834 8107 (same pat.)** | **Dula_1.5 (same pat.)** | **7** | **9366** |
| 13 | 834 8122 | Metformin | 8 | 9372 |
| 14 | 841 8326 | Metformin | 3 | 9374 |
| **15** | **900 9601** | **Dula_0.75** | **6** | **9416** |
| 16 | 910 9812 | Metformin | 4 | 9426 |
| **17 (same pat.)** | **913 3700 (same pat.)** | **Dula_0.75 (same pat.)** | **6** | **9432** |
| **18 (same pat.)** | **913 3700 (same pat.)** | **Dula_0.75 (same pat.)** | **7** | **9432** |
| **19** | **940 4803** | **Dula_1.5** | **7** | **9456** |

Source: H9X-MC-GBDC ["GBDC"] Clinical Study Report, Table GBDC.14.205. "Listing of Individual Gastroparesis Cardinal Symptom Index, All Randomized Subjects". At Pages 9044-9457.

- **GB*DD* (AWARD-4)** assessed "efficacy and safety of 2 once-weekly doses of dulaglutide (1.5 mg and 0.75 mg) in comparison to daily basal insulin glargine, both in combination with prandial insulin lispro (with or without metformin) in patients with T2DM."[75] Statistically significant findings for treatment emergent adverse events by maximum severity were seen for abdominal pain upper, diarrhoea, dyspepsia, nausea, and vomiting. Early satiety was only seen in the dulaglutide arm (.75mg).[76]

**Table GBDD.12.4.** Summary of TEAEs (by Maximum Severity) with Significant Differences among Treatment Groups By SOC and Preferred Term From Baseline to 52 Weeks Intent-to-Treat Populations

| SOC Preferred Term | | Dulaglutide 1.5 mg N=295 n (%) | Dulaglutide 0.75 mg N=293 n (%) | Glargine N=296 n (%) | Total N=884 | Overall[a] p-Value | Pairwise[a] p-Value vs. Glargine | |
|---|---|---|---|---|---|---|---|---|
| **Patients with ≥1 TEAE** | Total | 217 (73.6) | 230 (78.5) | 206 (69.6) | 653 (73.9) | .048 | Dula_0.75 | .014 |
| | - | - | - | - | - | - | Dula_1.5 | .285 |
| | Mild | 59 (20.0) | 88 (30.0) | 61 (20.6) | 208 (23.5) | - | - | - |
| | Moderate | 119 (40.3) | 89 (30.4) | 94 (31.8) | 302 (34.2) | - | - | - |
| | Severe | 39 (13.2) | 53 (18.1) | 51 (17.2) | 143 (16.2) | - | - | - |
| **Endocrine disorders** | Total | 8 (2.7) | 3 (1.0) | 0 (0.0) | 11 (1.2) | .006 | Dula_0.75 | |
| | - | - | - | - | - | - | Dula_1.5 | - |
| | Mild | 5 (1.7) | 3 (1.0) | 0 | 8 (0.9) | - | - | - |
| | Moderate | 3 (1.0) | 0 | 0 | 3 (0.3) | - | - | - |
| | Severe | 0 | 0 | 0 | 0 (0.0) | - | - | - |
| **Gastrointestinal disorders** | Total | 140 (47.5) | 111 (37.9) | 52 (17.6) | 303 (34.3) | <.001 | Dula_0.75 | <.001 |
| | - | - | - | - | - | - | Dula_1.5 | <.001 |
| | Mild | 63 (21.4) | 59 (20.1) | 31 (10.5) | 153 (17.3) | - | - | - |
| | Moderate | 63 (21.4) | 43 (14.7) | 20 (6.8) | 126 (14.3) | - | - | - |
| | Severe | 14 (4.7) | 9 (3.1) | 1 (0.3) | 24 (2.7) | - | - | - |
| Abdominal pain upper | Total | 13 (4.4) | 13 (4.4) | 1 (0.3) | 27 (3.1) | .004 | Dula_0.75 | .001 |
| | - | - | - | - | - | - | Dula_1.5 | .001 |
| | Mild | 1 (0.3) | 9 (3.1) | 0 (0.0) | 10 (1.1) | - | - | - |
| | Moderate | 11 (3.7) | 4 (1.4) | 1 (0.3) | 16 (1.8) | - | - | - |
| | Severe | 1 (0.3) | 0 (0.0) | 0 (0.0) | 1 (0.1) | - | - | - |

---

[75] LLY-GLPMDL-20456433 and LLY-GLPMDL-09760428 at pg. 54
[76] LLY-GLPMDL-20456433 and LLY-GLPMDL-09760428 starting at pg. 266, Table GBDD.12.4.

**Summary of TEAEs (by Maximum Severity) with Significant Differences among Treatment Groups**
**By SOC and Preferred Term**
**From Baseline to 52 Weeks**
**ITT Populations**

| SOC Preferred Term | | Dulaglutide 1.5 mg N=295 n (%) | Dulaglutide 0.75 mg N=293 n (%) | Glargine N=296 n (%) | Total N=884 | Overall[a] p-Value | Pairwise[a] p-Value vs. Glargine | |
|---|---|---|---|---|---|---|---|---|
| (Gastrointestinal disorders cont). | Total | 49 (16.6) | 46 (15.7) | 18 (6.1) | 113 (12.8) | <.001 | Dula_0.75 | <.001 |
| Diarrhoea | - | - | - | - | - | - | Dula_1.5 | <.001 |
| | Mild | 23 (7.8) | 25 (8.5) | 11 (3.7) | 59 (6.7) | - | - | - |
| | Moderate | 26 (8.8) | 16 (5.5) | 7 (2.4) | 49 (5.5) | - | - | - |
| | Severe | 0 | 5 (1.7) | 0 | 5 (0.6) | - | - | - |
| Dyspepsia | Total | 27 (9.2) | 10 (3.4) | 1 (0.3) | 38 (4.3) | <.001 | Dula_1.5 | <.001 |
| | Mild | 15 (5.1) | 5 (1.7) | 0 | 20 (2.3) | - | - | - |
| | Moderate | 11 (3.7) | 4 (1.4) | 1 (0.3) | 16 (1.8) | - | - | - |
| | Severe | 1 (0.3) | 1 (0.3) | 0 | 2 (0.2) | - | - | - |
| Flatulence | Total | 5 (1.7) | 7 (2.4) | 0 | 12 (1.4) | .018 | Dula_0.75 | |
| | - | - | - | - | - | - | Dula_1.5 | - |
| | Mild | 4 (1.4) | 4 (1.4) | 0 | 8 (0.9) | - | - | - |
| | Moderate | 1 (0.3) | 3 (1.0) | 0 | 4 (0.5) | - | - | - |
| | Severe | 0 (0.0) | 0 (0.0) | 0 | 0 (0.0) | - | - | - |
| Nausea | Total | 76 (25.8) | 52 (17.7) | 10 (3.4) | 138 (15.6) | <.001 | Dula_0.75 | <.001 |
| | - | - | - | - | - | - | Dula_1.5 | <.001 |
| | Mild | 44 (14.9) | 31 (10.6) | 5 (1.7) | 80 (9.0) | - | - | - |
| | Moderate | 25 (8.5) | 17 (5.8) | 5 (1.7) | 47 (5.3) | - | - | - |
| | Severe | 7 (2.4) | 4 (1.4) | 0 (0.0) | 11 (1.2) | - | - | - |
| Vomiting | Total | 36 (12.2) | 31 (10.6) | 5 (1.7) | 72 (8.1) | <.001 | Dula_0.75 | <.001 |
| | - | - | - | - | - | - | Dula_1.5 | <.001 |
| | Mild | 19 (6.4) | 12 (4.1) | 4 (1.4) | 35 (4.0) | - | - | - |
| | Moderate | 12 (4.1) | 16 (5.5) | 1 (0.3) | 29 (3.3) | - | - | - |
| | Severe | 5 (1.7) | 3 (1.0) | 0 (0.0) | 8 (0.9) | - | - | - |

**Summary of TEAEs (by Maximum Severity) with Significant Differences among Treatment Groups**
**By SOC and Preferred Term**
**From Baseline to 52 Weeks**
**ITT Populations**

| SOC Preferred Term | | Dulaglutide 1.5 mg N=295 n (%) | Dulaglutide 0.75 mg N=293 n (%) | Glargine N=296 n (%) | Total N=884 | Overall[a] p-Value | Pairwise[a] p-Value vs. Glargine | |
|---|---|---|---|---|---|---|---|---|
| General disorders and administration site conditions | Total | 35 (11.9) | 57 (19.5) | 38 (12.8) | 130 (14.7) | .018 | Dula_0.75 | .029 |
| | - | - | - | - | - | - | Dula_1.5 | .719 |
| | Mild | 18 (6.1) | 36 (12.3) | 23 (7.8) | 77 (8.7) | - | - | - |
| | Moderate | 15 (5.1) | 15 (5.1) | 11 (3.7) | 41 (4.6) | - | - | - |
| | Severe | 2 (0.7) | 6 (2.0) | 4 (1.4) | 12 (1.4) | - | - | - |
| Early satiety | Total | 0 (0.0) | 4 (1.4) | 0 (0.0) | 4 (0.5) | .012 | Dula_0.75 | - |
| | - | - | - | - | - | - | Dula_1.5 | - |
| | Mild | 0 (0.0) | 2 (0.7) | 0 (0.0) | 2 (0.2) | - | - | - |
| | Moderate | 0 (0.0) | 2 (0.7) | 0 (0.0) | 2 (0.2) | - | - | - |
| | Severe | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | - | - | - |
| Pyrexia | Total | 0 (0.0) | 4 (1.4) | 6 (2.0) | 10 (1.1) | .035 | Dula_0.75 | .752 |
| | - | - | - | - | - | - | Dula_1.5 | - |
| | Mild | 0 (0.0) | 3 (1.0) | 6 (2.0) | 9 (1.0) | - | - | - |
| | Moderate | 0 (0.0) | 1 (0.3) | 0 (0.0) | 1 (0.1) | - | - | - |
| | Severe | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | - | - | - |
| Infections and infestations | Total | 90 (30.5) | 116 (39.6) | 119 (40.2) | 325 (36.8) | .024 | Dula_0.75 | .879 |
| | - | - | - | - | - | - | Dula_1.5 | .014 |
| | Mild | 51 (17.3) | 64 (21.8) | 56 (18.9) | 171 (19.3) | - | - | - |
| | Moderate | 34 (11.5) | 42 (14.3) | 55 (18.6) | 131 (14.8) | - | - | - |
| | Severe | 5 (1.7) | 10 (3.4) | 8 (2.7) | 23 (2.6) | - | - | - |
| Laryngitis | Total | 0 (0.0) | 4 (1.4) | 0 (0.0) | 4 (0.5) | .012 | Dula_0.75 | - |
| | - | - | - | - | - | - | Dula_1.5 | - |
| | Mild | 0 (0.0) | 3 (1.0) | 0 (0.0) | 3 (0.3) | - | - | - |
| | Moderate | 0 (0.0) | 1 (0.3) | 0 (0.0) | 1 (0.1) | - | - | - |
| | Severe | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | - | - | - |

80

**Table GBDD.12.5.**    **Treatment-Related TEAEs That Were Significantly Different Among Groups**

| TEAE | Glargine N=296 | Dula 0.75 mg N=293 | Dula 1.5 mg N=295 | Total N=884 | Overall p-value[a] |
|---|---|---|---|---|---|
| Nausea | 1 (0.3) | 44 (15.0) | 68 (23.1) | 113 (12.8) | <.001 |
| Vomiting | 1 (0.3) | 27 (9.2) | 29 (9.8) | 57 (6.4) | <.001 |
| Diarrhoea | 2 (0.7) | 28 (9.6) | 31 (10.5) | 61 (6.9) | <.001 |
| Dyspepsia | 0 (0.0) | 5 (1.7) | 17 (5.8) | 22 (2.5) | <.001 |
| Abdominal pain upper | 0 (0.0) | 6 (2.0) | 10 (3.4) | 16 (1.8) | .008 |
| Flatulence | 0 (0.0) | 7 (2.4) | 4 (1.4) | 11 (1.2) | .011 |
| Constipation | 0 (0.0) | 4 (1.4) | 6 (2.0) | 10 (1.1) | .032 |
| GERD | 0 (0.0) | 3 (1.0) | 0 (0.0) | 3 (0.3) | .036 |
| Decreased appetite | 0 (0.0) | 15 (5.1) | 24 (8.1) | 39 (4.4) | <.001 |
| Fatigue | 0 (0.0) | 5 (1.7) | 5 (1.7) | 10 (1.1) | .047 |
| Oedema | 4 (1.4) | 0 (0.0) | 0 (0.0) | 4 (0.5) | .037 |
| Early satiety | 0 (0.0) | 4 (1.4) | 0 (0.0) | 4 (0.5) | .012 |
| Amylase increased | 0 (0.0) | 3 (1.0) | 0 (0.0) | 3 (0.3) | .036 |

Abbreviations: Dula=dulaglutide; GERD=gastroesophageal reflux disease.

[a] Overall p-values are from chi-squared test if at least 80% of cells have an expected value >=5, otherwise Fisher's exact test was used. Pairwise p-values are only reported when overall p-value <=0.05 and both cells are non-zero. [77]

- **GB*DJ* (REWIND)**

This trial was utilized in the Regulatory Response and the Safety Topic report referenced above. It was Phase 3, multicenter, international, randomized, double-blind, placebo controlled, parallel group cardiovascular trial. Only one dose of dulaglutide was assessed in this trial, 1.5mg. Patients were excluded from the trial if they had a known clinically significant gastric emptying abnormality (like severe diabetic gastroparesis or gastric outlet obstruction) or had undergone gastric bypass surgery. Comparatively to the other trials in the dulaglutide program, this was a large trial with 9,867 patients completing the study and the median follow-up was 5.4 years. A total of 9901 patients were randomized to either placebo or dulaglutide. A total of 9892 (99.9%) received at least 1 dose of study drug (dulaglutide: 4943 [99.9%]; placebo: 4949 [99.9%]). In the Intent To Treat Population, there were 4,952 Placebo and 4,949 Dulaglutide patients according to the CSR.

---

[77] LLY-GLPMDL-20456433 and LLY-GLPMDL-09760428 at pg. 271

The REWIND clinical trial provides evidence that dulaglutide is capable of causing acute onset of gastroparesis in some patients. In this large placebo controlled large trial, there were nearly 3 times impaired gastric emptying events in the dulaglutide group as in the placebo group. This was a statistically significant result (p-value of 0.022). This finding affirms the other clinical trial results discussed below and is experiment clinical trial evidence that demonstrates an effect producing gastric impairment. An excerpt of the relevant table from REWIND is placed below:

```
Treatment-Emergent Adverse Events by System Organ Class and Preferred Term        Page 24 of 144
Intent-to-Treat Population                                                        02:37 12NOV2018
H9X-MC-GBDJ, REWIND                                                                         PDPM
-------------------------------------------------------------------------------------------------
                                                   Placebo           Dulaglutide
System Organ Class                                 (N=4952)          (N=4949)
  Preferred Term*a                                 n   (%)           n   (%)         p-value*b
-------------------------------------------------------------------------------------------------
  Umbilical hernia                                 25  (0.50)        23  (0.46)
  Abdominal hernia                                 17  (0.34)        20  (0.40)
  Oesophagitis                                     17  (0.34)        19  (0.38)
  Dysphagia                                        23  (0.46)        18  (0.36)
  Pancreatitis acute                               11  (0.22)        17  (0.34)
  Impaired gastric emptying                         6  (0.12)        17  (0.34)         0.022
```

As diabetics, the patients carried a risk factor for gastroparesis of course, but the disparity with the placebo is still striking. Even though it appears that many of these patients had an underlying gastroparesis unmasked, the placebo controlled data nevertheless supports causation of drug induced gastroparesis by dulaglutide.

**Lilly Clinical Trial Evidence – Tirzepatide**

Lilly's Regulatory Response, titled: "Regulatory Response: Information Request: Aspiration during General Anesthesia and Deep Sedation LY3298176 (tirzepatide)"[78] and Lilly's document entitled "Confidential to Regulatory Authorities Tirzepatide (LY3298176)

---

[78] LLY-GLPMDL-08194940; In Lilly's Regulatory Response, in the "Introduction/Background" Section, it states that "[a]n information request regarding delayed gastric emptying for Mounjaro, dated 04 August 2023, was also received" and that "Lilly conducted a review of… all cases of severe/serious, prolonged, or worsening gastroparesis". From my review of FDA publicly available labeling, I understand that Lilly's other Tirzepatide drug, Zepbound, was not approved until November 2023.

Abbreviated Safety Topic Report: Gastroparesis" ("Tirzepatide Gastroparesis STR") inform

what clinical trials to look at for tirzepatide and the risk of drug-induced gastroparesis.[79] Under

the Methodology section of the tirzepatide STR, there is a table that lists the Phase 2, 3, and 4

Completed and Ongoing Clinical Trials Included for Analysis. [80] Examples from these trials are

discussed below.[81]

Phase 2 and 3 Clinical Studies

### Phase 2:

The following Phase 2 clinical studies indicate the following[82]:

- In Lilly Phase 2 Study GP*GB*, Lilly compared once-weekly tirzepatide with

placebo and dulaglutide in type 2 patients. There was a highly statistically significant result for

gastrointestinal disorders "in which the most patients had TEAEs considered treatment-related

by the investigators: placebo 3.9%, LY3298176 1 mg 13.5%, LY3298176 5 mg 25.5%,

LY3298176 10 mg 37.3%, LY3298176 15 mg 60.4%, and dulaglutide 1.5 mg 33.3%; overall

p<0.001." Of the 31 patients who discontinued study treatment due to an adverse event, 17 were

due to gastrointestinal disorders. Nausea and diarrhea were the most frequent events that resulted

in study treatment discontinuation.

- Lilly Phase 2 Study GP*GF* was a three-month study that was designed to evaluate

the efficacy, safety, and tolerability of tirzepatide compared to placebo in patients with type 2

diabetes that exhibited inadequate glycemic control with diet and exercise alone or with a stable

---

[79] LLY-GLPMDL-10117072; The Tirzepatide Gastroparesis STR has an "approved" date of November 21, 2023.
[80] LLY-GLPMDL-10117072 at pg. 12
[81] As noted in the Regulatory Response, Lilly stated "[i]n the tirzepatide clinical pharmacology program, no dedicated gastroparesis study was performed."
[82] GPIG was referenced in the Safety Topic Report, but upon review of ClinicalTrials.gov, this is an active trial and therefore the final clinical study report could not be located.

dose of metformin. This was a small study with only 111 patients: placebo (26), tirzepatide 12mg (29), tirzepatide 15mg-1 (28), and tirzepatide 15mg-2 (28). This study used three different titration schemes from what was used in GP*GB*, mentioned above. The clinical study report notes that "[n]o statistical tests were performed to compare AE rates between treatment groups." However, treatment-emergent adverse events in the gastrointestinal disorders system organ class occurred more frequently in tirzepatide patients than in the placebo group with a p-value of <0.001.

### Phase 3

In the Clinical Reviews for tirzepatide, the following represent the clinical trials that were deemed pivotal for approval:

- GP*GH* (SURPASS-3)[83]: This was an open-label, parallel-group trial to compare tirzepatide to insulin degludec on glycemic control in patients with type 2 diabetes who had inadequate glycemic control on metformin (stable doses) with or without a SGLT-2i.[84] The study included 1,437 patients who received at least one dose of tirzepatide or insulin degludec and were in the modified intent to treat population.[85] **480 patients experienced a gastrointestinal related treatment emergent event during the study, and only 32 came from the insulin arm** – 448 patients in the tirzepatide treated arms at fairly similar rates in the 5mg, 10mg, and 15mg arms (33.8%, 42.8%, and 48.2%, respectively).[86] The most frequent gastrointestinal treatment emergent adverse events were nausea, diarrhea, vomiting, dyspepsia, and abdominal pain.[87] All severe gastrointestinal adverse events were treated with tirzepatide and there were 29 of these

---

[83] Listed in the Mounjaro Clinical Review in Table 5 "Listing of Phase2/3 Clinical Trials Relevant to the Proposed Indication".
[84] LLY-GLPMDL-00565123
[85] LLY-GLPMDL-00565123 at pg. 3
[86] 86 LLY-GLPMDL-00565123 at pg. 15
[87] 87 LLY-GLPMDL-00565123 at pg. 15

events.[88] **Of the 106 patients who permanently discontinued study drug due to an adverse event, 52 were in the system organ class for gastrointestinal disorders and all except for one were treated with tirzepatide.[89]** The most common adverse events that led to study drug discontinuation were nausea, vomiting, diarrhea, weight decreased, and decreased appetite.[90] It is also noteworthy that despite the aforementioned results, there was a section within the clinical study report detailing management for patients with gastrointestinal adverse events with guidance for patients who developed "intolerable GI AEs during the escalation period".[91] This included guidance on meal size adjustment, use of antiemetics or antidiarrheal medication, and temporary interruption of tirzepatide. If these "intolerable" gastrointestinal symptoms persisted despite these measures, the patients were able to de-escalate dose. In this study, 104 patients de-escalated their dose of tirzepatide in the first 24 weeks and 35.6% of these patients used an antiemetic medication, with 11.5% using an antidiarrheal medication over the study course.[92]

- GP*GI*[93] was a randomized double-blind trial that compared tirzepatide to placebo in patients with type 2 diabetes that were inadequately controlled on insulin glargine with or without metformin.[94] There were 475 patients that were randomly assigned treatment and received at least one dose of study drug.[95] Review of the most common gastrointestinal adverse events reported in this trial indicates that there were more patients who experienced a gastrointestinal related treatment emergent adverse event than the placebo.[96] The most common

---

[88] 88 LLY-GLPMDL-00565123 at pg. 15
[89] 89 LLY-GLPMDL-00565123 at pg. 15
[90] LLY-GLPMDL-00565123 at pg. 225 and 226
[91] LLY-GLPMDL-00565123 at pg. 46
[92] LLY-GLPMDL-00565123 at pg. 223-224
[93] Listed in the Mounjaro Clinical Review in Table 5 "Listing of Phase2/3 Clinical Trials Relevant to the Proposed Indication".
[94] LLY-GLPMDL-10368065
[95] LLY-GLPMDL-10368065 at pg. 2-3
[96] LLY-GLPMDL-10368065 at pg. 286

gastrointestinal treatment-emergent events were diarrhea, nausea, vomiting, dyspepsia, constipation, eructation, and flatulence.[97]

**Table GPGI.5.50.** Summary of Most Commonly Reported Treatment-Emergent AEs (≥2% in Any Group) in the GI System Organ Class by Preferred Term
mITT Population – Safety Analysis Set

| Event Category or Term | n (%) | | | | |
| | TZP 5 mg (N=116) | TZP 10 mg (N=119) | TZP 15 mg (N=120) | Placebo (N=120) | Overall P-Value |
| --- | --- | --- | --- | --- | --- |
| Patients with ≥1 TEAE in the GI disorders SOC | 42 (36.2) | 45 (37.8) | 55 (45.8) | 26 (21.7) | <.001 |
| Diarrhoea | 14 (12.1) | 15 (12.6) | 25 (20.8) | 12 (10.0) | 0.094 |
| Nausea | 15 (12.9) | 21 (17.6) | 22 (18.3) | 3 (2.5) | <.0.001 |
| Vomiting | 8 (6.9) | 9 (7.6) | 15 (12.5) | 3 (2.5) | 0.028 |
| Dyspepsia | 8 (6.9) | 10 (8.4) | 6 (5.0) | 2 (1.7) | 0.088 |
| Constipation | 7 (6.0) | 8 (6.7) | 8 (6.7) | 2 (1.7) | 0.184 |
| Eructation | 6 (5.2) | 4 (3.4) | 7 (5.8) | 1 (0.8) | 0.147 |
| Flatulence | 3 (2.6) | 6 (5.0) | 7 (5.8) | 0 | 0.025 |
| Abdominal pain upper | 5 (4.3) | 3 (2.5) | 3 (2.5) | 3 (2.5) | 0.850 |
| Abdominal discomfort | 2 (1.7) | 4 (3.4) | 1 (0.8) | 3 (2.5) | 0.587 |
| Abdominal pain | 3 (2.6) | 2 (1.7) | 2 (1.7) | 1 (0.8) | 0.698 |
| Abdominal distension | 1 (0.9) | 5 (4.2) | 1 (0.8) | 0 | 0.056 |
| Gastroesophageal reflux disease | 2 (1.7) | 2 (1.7) | 3 (2.5) | 0 | 0.427 |

There were 33 patients that discontinued treatment permanently due to an adverse event, and 19 patients discontinued due to gastrointestinal disorders. All of these patients were in the tirzepatide group, and four were considered severe. These were due to diarrhea (2), nausea, and GERD.[98] GPGI also had protocols for management of patient with gastrointestinal adverse events. This was to "minimize the development of intolerable GI symptoms." This included guidance on meal size adjustment, use of antiemetics or antidiarrheal medication, and temporary interruption of tirzepatide. If these "intolerable" gastrointestinal symptoms persisted despite these measures, the patients were able to discontinue from the study drug, but de-escalation was not permitted.[99]

---

[97] LLY-GLPMDL-10368065 at pg. 286
[98] LLY-GLPMDL-10368065 at pg. 286
[99] LLY-GLPMDL-10368065 at pg. 42

86

- GP*GK*[100] was a randomized, double-blind, placebo-controlled trial that compared 3 tirzepatide doses vs placebo to assess efficacy and safety in patients who had type 2 diabetes that was inadequately controlled with diet and exercise alone.[101] There were 478 patients that were randomized into the study and received at least one dose of study drug and included in the intent to treat of population.[102] Gastrointestinal-related treatment emergent adverse events were the most common events in the trial and included nausea, diarrhea, dyspepsia, constipation, and vomiting.[103] Severe treatment emergent adverse events were reported for two patients; one of which had severe vomiting, severe nausea, and severe dyspepsia and the other patient who reported severe ischemic colitis.[104] Of patients who permanently discontinued from the study drug (there were 18) the most common adverse events for tirzepatide groups were gastrointestinal related and included gastrointestinal disorder, nausea, diarrhea, abdominal discomfort, dyspepsia, and ischemic colitis.[105] The study protocol provided for management of patients with gastrointestinal adverse events. For patients who developed "intolerable" gastrointestinal adverse events during escalation the protocol advised eating smaller meals, prescribing antiemetic or anti diarrheal medications, temporarily interrupting study drug, or discontinuing the study drug if the intolerable gastrointestinal symptoms persisted despite the above measures. It is noted that de-escalation of study drug dose was not permitted in this study.[106]

---

[100] Listed in the Mounjaro Clinical Review in Table 5 "Listing of Phase2/3 Clinical Trials Relevant to the Proposed Indication".
[101] LLY-GLPMDL-10370963
[102] LLY-GLPMDL-10370963 at pg. 2-3
[103] LLY-GLPMDL-10370963 at pg. 212
[104] LLY-GLPMDL-10370963 at pg. 213
[105] LLY-GLPMDL-10370963 at pg. 213-214
[106] LLY-GLPMDL-10370963 at pg. 38

- GP*GL* (SURPASS-2)[107] was a randomized, open-label trial that compared tirzepatide to semaglutide for safety and efficacy as add-on therapy to metformin with type 2 diabetes patients.[108] The trial had 1,878 patients that were randomized to the study that received at least 1 dose of study drug and were in the modified intent to treat population.[109] **There were 808 patients that experienced a gastrointestinal-related treatment emergent adverse event.[110] The results were similar across tirzepatide and semaglutide "(tirzepatide 5 mg: 188 patients; tirzepatide 10 mg: 216 patients; tirzepatide 15 mg: 211 patients; semaglutide 1 mg: 193 patients)."[111] Twenty-five patients reported severe gastrointestinal treatment emergent adverse events "(tirzepatide 5 mg: 9 patients; tirzepatide 10 mg: 9 patients; tirzepatide 15 mg: 4 patients; semaglutide 1 mg: 3 patients.)" [112][Emphasis supplied].**

| Preferred Term | n (%) | | | |
| --- | --- | --- | --- | --- |
| | TZP 5 mg (N=470) | TZP 10 mg (N=469) | TZP 15 mg (N=470) | SEMA 1 mg (N=469) |
| Patients with ≥1 TEAE | 299 (63.6) | 322 (68.7) | 324 (68.9) | 301 (64.2) |
| Nausea | 82 (17.4) | 90 (19.2) | 104 (22.1) | 84 (17.9) |
| Diarrhoea | 62 (13.2) | 77 (16.4) | 65 (13.8) | 54 (11.5) |
| Vomiting | 27 (5.7) | 40 (8.5) | 46 (9.8) | 39 (8.3) |
| Dyspepsia | 34 (7.2) | 29 (6.2) | 43 (9.1) | 31 (6.6) |
| Decreased appetite | 35 (7.4) | 34 (7.2) | 42 (8.9) | 25 (5.3) |
| Constipation | 32 (6.8) | 21 (4.5) | 21 (4.5) | 27 (5.8) |
| Abdominal pain | 14 (3.0) | 21 (4.5) | 24 (5.1) | 24 (5.1) |

[113]

---

[107] Listed in the Mounjaro Clinical Review in Table 5 "Listing of Phase2/3 Clinical Trials Relevant to the Proposed Indication".
[108] LLY-GLPMDL-00579453
[109] LLY-GLPMDL-00579453 at pg. 3
[110] LLY-GLPMDL-00579453 at pg. 348
[111] LLY-GLPMDL-00579453 at pg. 24
[112] LLY-GLPMDL-00579453 at pg. 24
[113] LLY-GLPMDL-00579453 at pg. 20

**Table GPGL.5.57.**     **Summary of TEAEs in the GI SOC Reported as the Primary Reason for Study Treatment Discontinuation, by Preferred Term mITT – Safety Analysis Set**

| SOC Preferred Term | n (%) | | | |
|---|---|---|---|---|
| | TZP 5 mg (N=470) | TZP 10 mg (N=469) | TZP 15 mg (N=470) | SEMA 1 mg (N=469) |
| Patients discontinuing due to GI AE | 13 (2.8) | 20 (4.3) | 20 (3.4) | 15 (3.2) |
| Nausea | 6 (1.3) | 7 (1.5) | 4 (0.9) | 4 (0.9) |
| Vomiting | 1 (0.2) | 4 (0.9) | 4 (0.9) | 3 (0.6) |
| Diarrhoea | 1 (0.2) | 3 (0.6) | 6 (1.3) | 1 (0.2) |
| Abdominal pain | 2 (0.4) | 1 (0.2) | 2 (0.4) | 4 (0.9) |
| Dyspepsia | 2 (0.4) | 1 (0.2) | 2 (0.4) | 0 |
| Constipation | 0 | 2 (0.4) | 0 | 1 (0.2) |
| Abdominal pain upper | 1 (0.2) | 0 | 1 (0.2) | 0 |
| Abdominal discomfort | 0 | 1 (0.2) | 0 | 0 |
| Gastric disorder | 0 | 0 | 0 | 1 (0.2) |
| Gastrooesophageal reflux disease | 0 | 0 | 1 (0.2) | 0 |

Abbreviations: GI = gastrointestinal; mITT = modified intent-to-treat; N = number of patients in the analysis population; n = number of patients with events meeting specified category; SEMA = semaglutide; SOC = system organ class, TEAE – treatment-emergent adverse event; TZP – tirzepatide

Source: Table GPGL.5.28                                                                                    [114]

Protocols were in place for the trial for management of gastrointestinal adverse events. These were similar to other trials mentioned (smaller meals, antiemetic or antidiarrheal medications, temporary discontinuation), but there were procedures related to how often interruption of study drug could occur (1 dose omitted per 4 weeks, up to 6 doses during escalation period). De-escalation was not allowed in the study.[115]

- GP*GM* (SURPASS-4)[116] was an efficacy and safety trial of tirzepatide vs insulin glargine in type 2 diabetic patients with increased cardiovascular risk and had inadequate glycemic control on stable doses of at least 1, but no more than 3 oral antihyperglycemic drugs.[117] The study looked at 5, 10, and 15mg doses for tirzepatide. There were 2,002 patients randomized, and 1,995 patients received at least one dose of tirzepatide or insulin glargine and

---

[114] LLY-GLPMDL-00579453 at pg. 350
[115] LLY-GLPMDL-00579453 at pg. 55-56
[116] Listed in the Mounjaro Clinical Review in Table 5 "Listing of Phase2/3 Clinical Trials Relevant to the Proposed Indication".
[117] LLY-GLPMDL-07937963 and LLY-GLPMDL-08886464

included in the modified intent-to-treat population.[118] Of treatment emergent adverse events that occurred greater than 5%, the most common came from the gastrointestinal system organ class.[119] This included diarrhea, nausea, vomiting, dyspepsia, constipation and others. There was an imbalance across GI disorders SOC with 31.6% (5mg), 41.5% (10mg), and 50.6% (15mg) of patients reporting at least 1 TEAE compared to 11.6% in the insulin glargine group.[120] The treatment emergent events that occurred "in more than 5% of patients in any dose group were diarrhea, nausea, vomiting, and dyspepsia."[121]

**Table GPGM.5.78.**    **Summary of Treatment-Emergent AEs in the GI Disorders System Organ Class, Occurring in ≥2% of Patients in Any Treatment Group, by Preferred Term**
**mITT Population – Safety Analysis Set**

| Event Category or Term | n (%) | | | | |
|---|---|---|---|---|---|
| | TZP 5 mg (N=329) | TZP 10 mg (N=328) | TZP 15 mg (N=338) | Insulin Glargine (N=1000) | Overall p-Value |
| Patients with ≥1 TEAE in the GI disorders SOC | 108 (32.8) | 138 (42.1) | 180 (53.3) | 146 (14.6) | <0.001 |
| Diarrhea | 41 (12.5) | 65 (19.8) | 74 (21.9) | 44 (4.4) | <0.001 |
| Nausea | 39 (11.9) | 53 (16.2) | 76 (22.5) | 23 (2.3) | <0.001 |
| Vomiting | 16 (4.9) | 27 (8.2) | 29 (8.6) | 16 (1.6) | <0.001 |
| Dyspepsia | 18 (5.5) | 27 (8.2) | 26 (7.7) | 13 (1.3) | <0.001 |
| Abdominal pain | 14 (4.3) | 12 (3.7) | 14 (4.1) | 12 (1.2) | <0.001 |
| Constipation | 17 (5.2) | 14 (4.3) | 14 (4.1) | 5 (0.5) | <0.001 |
| Flatulence | 12 (3.6) | 13 (4.0) | 9 (2.7) | 5 (0.5) | <0.001 |
| Abdominal pain upper | 9 (2.7) | 6 (1.8) | 13 (3.8) | 7 (0.7) | <0.001 |
| Eructation | 7 (2.1) | 11 (3.4) | 16 (4.7) | 0 | <0.001 |
| Abdominal distension | 9 (2.7) | 6 (1.8) | 14 (4.1) | 4 (0.4) | <0.001 |
| Gastritis | 6 (1.8) | 7 (2.1) | 7 (2.1) | 7 (0.7) | 0.055 |

Abbreviations: AE = adverse event; GI = gastrointestinal; mITT = modified intent-to-treat; n = number of patients in the specified category; N = number of patients who were randomized and received at least 1 dose of study drug; SOC = system organ class; TEAE = treatment-emergent adverse event; TZP = tirzepatide.

Note: Patients may be counted in more than 1 event category. The p-values for overall treatment effect were computed using Fisher's Exact test.

Source: Table GPGM.8.117

[122]

---

[118] LLY-GLPMDL-07937963 and LLY-GLPMDL-08886464 at pg. 2-3
[119] LLY-GLPMDL-07937963 and LLY-GLPMDL-08886464 at pg. 10
[120] LLY-GLPMDL-07937963 and LLY-GLPMDL-08886464 at pg. 246
[121] LLY-GLPMDL-07937963 and LLY-GLPMDL-08886464 at pg. 246
[122] LLY-GLPMDL-07937963 and LLY-GLPMDL-08886464 at pg. 352

Of the patients that permanently discontinued from the study drug (155 patients), 45 were due to an AE in the GI disorders system organ class.[123]

**Table GPGM.5.80.**    **Summary of Gastrointestinal TEAEs Leading to Permanent Discontinuation of the Study Drug mITT Population – Safety Analysis Set**

| Treatment Group | | | |
|---|---|---|---|
| **TZP 5 mg** | **TZP 10 mg** | **TZP 15 mg** | **Insulin Glargine** |
| Nausea (5) | Vomiting (4) | Diarrhea (8) | None |
| Diarrhea (2) | Nausea (2) | Vomiting (4) | |
| Vomiting (1) | Dyspepsia (2) | Abdominal pain (2) | |
| Dyspepsia (1) | Diarrhea (1) | Nausea (1) | |
| Abdominal pain (1) | Constipation (1) | Dyspepsia (1) | |
| Flatulence (1) | Flatulence (1) | Constipation (1) | |
| Abdominal distension (1) | Pancreatitis (1) | Pancreatitis (1) | |
| Obstructive pancreatitis (1) | Pancreatitis acute (1) | Eructation (1) | |

Abbreviations: mITT = modified intent-to-treat; TEAE = treatment-emergent adverse event; TZP = tirzepatide.
Note: The number in parentheses denotes the number of patients who experienced the event.
Source: Table GPGM.8.134

Table GPGM.5.81 provides details of permanent discontinuation from study drug due to nausea, vomiting, or diarrhea (N/V/D).[124]

Protocols were in place for the trial for management of gastrointestinal adverse events. These were similar to other trials mentioned (smaller meals, antiemetic or antidiarrheal medications, temporary interruption of study drug), and if "intolerable" GI symptoms persisted despite other measure to manage and minimize, then patients could de-escalate study drug.[125]

- GP*GO* (SUPRASS J-mono)[126] was a multicenter, randomized, double-blind, parallel, active-controlled study that lasted 52 weeks and was designed to assess safety and efficacy for 5mg, 10mg, and 15mg doses of tirzepatide compared to dulaglutide.[127] Patients in the trial had type 2 diabetes and had discontinued oral antihyperglycemic medication

---

[123] LLY-GLPMDL-07937963 and LLY-GLPMDL-08886464 at pg. 354
[124] LLY-GLPMDL-07937963 and LLY-GLPMDL-08886464 at pg. 355
[125] LLY-GLPMDL-07937963 and LLY-GLPMDL-08886464 at pg. 52-53
[126] Listed in the Mounjaro Clinical Review in Table 5 "Listing of Phase2/3 Clinical Trials Relevant to the Proposed Indication".
[127] LLY-GLPMDL-11093721

monotherapy, or were oral antihyperglycemic medication naïve. There were 636 patients that were randomized to treatment, and 560 that completed study drug.[128] There were 293 patients, amounting to 46.1% that experienced a GI-related treatment emergent adverse event.[129] **"The most common GI-related TEAEs were nausea, constipation, diarrhea, vomiting, abdominal discomfort, and dyspepsia, and the TEAEs were reported for more patients treated with tirzepatide than patients treated with dulaglutide 0.75 mg."[130]** Majority of the GI-related events are noted to be mild, but 6 were reported as serious adverse events.[131] Twenty-two patients randomized to tirzepatide and one patient randomized to dulaglutide permanently discontinued from the study due to gastrointestinal related adverse events.[132]

- GP*GP* (SURPASS J-combo)[133] was a long-term safety study of tirzepatide in combination with monotherapy of oral antihyperglycemic medications in type 2 diabetic patients.[134] This was a 52-week, add-on treatment study. The tirzepatide treatment arms were 5, 10, or 15mg. There were 484 patients screened and 443 patients that were randomly assigned to treatment, receiving at least one dose of the study drug.[135] The study provided that there were "dosing algorithms" that started at a low dose, 2.5 mg, and were "accompanied by **dose escalation of 2.5-mg increments every 4 weeks were designed to permit time for development of tolerance to GI events and were predicted to minimize GI tolerability**

---

[128] LLY-GLPMDL-11093721 at pg. 3-5
[129] LLY-GLPMDL-11093721 at pg. 13
[130] LLY-GLPMDL-11093721 at pg. 13
[131] LLY-GLPMDL-11093721 at pg. 13
[132] LLY-GLPMDL-11093721 at pg. 13
[133] Listed in the Mounjaro Clinical Review in Table 5 "Listing of Phase2/3 Clinical Trials Relevant to the Proposed Indication".
[134] LLY-GLPMDL-14925258 (CSR) and LLY-GLPMDL-13860249 (Amended CSR)
[135] LLY-GLPMDL-14925258 (CSR) at pg. 11 and LLY-GLPMDL-13860249 (Amended CSR) at pg. 12

concerns." [Emphasis supplied]. [136] Under Section 5.2.1.52, Dose Modifications, "[t]here were 34 patients (44 incidences) who had dose reductions due to AEs, mostly intolerable GI AEs. Half of these were in the tirzepatide 15-mg arm and half in the tirzepatide 10-mg arm. The majority of the AEs were of mild severity."[137] Various treatment medications for gastrointestinal symptoms were given to patients, such as: domperidone to patients suffering from nausea or abdominal distension or metoclopramide.

- GP*HK* (SURMOUNT-1)[138] was a multicenter, randomized, placebo-controlled, double blind study of safety and efficacy with tirzepatide 5, 10, and 15mg for weight management.[139] There was no exclusion criteria in this trial for pre-existing gastrointestinal impairment. As with other tirzepatide clinical trials, management protocols were in place for patients that experienced "intolerable" gastrointestinal symptoms.[140] This included advise to eat smaller meals, prescribing medications such as antiemetics and antidiarrheal medications, and temporary interruption of study drug (omitting 1 does if the participant had taken the last 3 weekly doses). **Patients were also able to de-escalate study drug if "intolerable" gastrointestinal symptoms persisted despite these measures, and, if symptoms further continued, patients could discontinue from study drug.**[141] The study report states that

---

[136] Contrast to Eli Lilly's Phase 2 Study titled GB*CZ*, where a statistically significant difference was seen in the incidence of nausea, and there was a statistically significant dose response for the incidence of nausea and constipation.
[137] LLY-GLPMDL-14925258 (CSR) at pg. 126 and LLY-GLPMDL-13860249 (Amended CSR) at pg. 127
[138] Listed in the Zepbound Clinical Review in Table 2 "Listing of Clinical Trials Relevant to the Proposed Indication (Chronic Weight Management)".
[139] LLY-GLPMDL-07745792
[140] LLY-GLPMDL-07745792 at pg. 36
[141] LLY-GLPMDL-07745792 at pg. 37

"[g]enerally, more participants treated with tirzepatide than with placebo took antidiarrheal or antiemetic medications during the postbaseline period." [142]

There was an imbalance of patients that discontinued from the clinical trial due to gastrointestinal disorders than in the placebo.

| Table GPHK.5.45. | Summary of GI TEAEs Leading to Permanent Discontinuation of the Study Drug mITT Population – Safety Analysis Set | | | |
|---|---|---|---|---|
| | n (%) | | | |
| Event Category or Term | Placebo (N = 643) | TZP 5 mg (N = 630) | TZP 10 mg (N = 636) | TZP 15 mg (N = 630) |
| GI disorders | 3 (0.5) | 12 (1.9) | 28 (4.4) | 26 (4.1) |
| Nausea | 2 (0.3) | 6 (1.0) | 7 (1.1) | 12 (1.9) |
| Diarrhoea | 0 | 2 (0.3) | 5 (0.8) | 3 (0.5) |
| Abdominal pain | 0 | 0 | 2 (0.3) | 3 (0.5) |
| Gastrooesophageal reflux disease | 0 | 1 (0.2) | 2 (0.3) | 2 (0.3) |
| Vomiting | 0 | 0 | 4 (0.6) | 0 |
| Constipation | 0 | 1 (0.2) | 2 (0.3) | 0 |
| Dyspepsia | 0 | 1 (0.2) | 1 (0.2) | 1 (0.2) |
| Gastrointestinal disorder | 0 | 0 | 2 (0.3) | 1 (0.2) |
| Abdominal distension | 0 | 0 | 2 (0.3) | 0 |
| Flatulence | 0 | 0 | 0 | 2 (0.3) |
| Abdominal pain upper | 0 | 0 | 1 (0.2) | 0 |
| Colitis | 0 | 0 | 0 | 1 (0.2) |
| Obstructive pancreatitis | 1 (0.2) | 0 | 0 | 0 |
| Oesophagitis ulcerative | 0 | 0 | 0 | 1 (0.2) |
| Pancreatitis acute | 0 | 1 (0.2) | 0 | 0 |

Abbreviations: GI = gastrointestinal; mITT = modified intent-to-treat; N = number of participants who were randomly assigned and received at least 1 dose of study drug; n = number of participants in the specified category; TEAE = treatment-emergent adverse event; TZP = tirzepatide.
Note: The pancreatitis acute case is a principal investigator-reported event. Section 5.2.1.5.3.1 contains further details on investigator-reported and CEC-adjudicated pancreatitis events.
Source: Table GPHK.5.41

[143]

Dose Response: "As GI AEs could occur during dose escalation, Table GPHK.5.46 provides details on the highest dose of tirzepatide prior to permanent discontinuation of study drug due to GI AEs. The majority of study drug discontinuations due to GI AEs occurred prior to achieving the maintenance dose."[144]

---

[142] LLY-GLPMDL-07745792 at pg. 73
[143] LLY-GLPMDL-07745792 at pg. 249
[144] LLY-GLPMDL-07745792 at pg. 249 and 250

**Table GPHK.5.46.** **Highest Dose of Tirzepatide prior to Permanent Discontinuation of the Study Drug due to GI Aes mITT Population**

| Treatment Group | Highest TZP Dose prior to Discontinuation of Study Drug due to GI AE (mg) | | | | | | Participants Discontinued Study Drug due to GI AE | Participants Discontinued Study Drug due to GI AE prior to Receiving the Maintenance Dose |
| | 2.5 | 5.0 | 7.5 | 10.0 | 12.5 | 15.0 | | |
| TZP 5 mg (N = 630) | 7 (1.1) | 5 (0.8) | N/A | N/A | N/A | N/A | 12 (1.9) | 8ª (1.3) |
| TZP 10 mg (N = 636) | 4 (0.6) | 11 (1.7) | 7 (1.1) | 6 (0.9) | N/A | N/A | 28 (4.4) | 22 (3.5) |
| TZP 15 mg (N = 630) | 7 (1.1) | 3 (0.5) | 6 (1.0) | 2 (0.3) | 1 (0.2) | 7 (1.1) | 26 (4.1) | 19 (3.0) |

Abbreviations: AE = adverse event; GI = gastrointestinal; mITT = modified intent-to-treat; N = number of participants who were randomly assigned and received at least 1 dose of study drug; n = number of participants in the specified category; N/A = not applicable; TZP = tirzepatide.

A   One participant (112-1409, tirzepatide 5 mg) had a GI AE start date that was the same date as the first dose of tirzepatide 5 mg. Since the AE start time is unknown, this participant was considered as discontinued study treatment due to GI AE prior to receiving assigned dose but was also counted in the tirzepatide 5-mg category as the highest dose prior to study treatment discontinuation.

Source: Table GPHK.8.93

Examples of other events in the clinical trials include but are not limited to:

GPHL[145] **Patient GPHL-76175-20089[146]** was a 64-year-old Caucasian female who was randomized to the tirzepatide 15mg treatment arm. On Study Day, 2, the patient reported mild nausea. No action is noted to have been taken with the study drug. The patient did not recover until Study Day 67. This event was deemed related by the investigator's assessment. On Study Day 27 (while the patient still had mild nausea) the patient reported mild eructation, moderate abdominal distension, and moderate vomiting. No action is noted to have been taken with the study drug. The patient recovered on Study Day 28 for vomiting. The patient recovered for

---

[145] Listed in the Zepbound Clinical Review in Table 2 "Listing of Clinical Trials Relevant to the Proposed Indication (Chronic Weight Management)".

[146] LLY-GLPMDL-08194940 starting at pg. 319. This event was located in the Tirzepatide Regulatory Response an event of impaired gastric emptying, but was not located in the narrative appendices for this trial, likely due to the fact the events were not coded serious.

eructation on Study Day 67. The patient did not recover from abdominal distension until Study Day 169. The investigator related all of these events to study drug. On Study Day 53, vomiting was again reported – this time for moderate severity. The patient is noted to have recovered from this event on Study Day 52 and the investigator related this event to study drug. Additional reports that occurred were decreased appetite food cravings. On Study Day 211, mild eructation was reported again, recovered on Study Day 212. This was also deemed related by the Investigator. On Study Day 256, eructation, this time moderate, returns – along with moderate flatulence, moderate abdominal distension, and moderate decreased appetite. Study drug dosage decreased. On Study Day 282, the events are reported to have recovered. On Study Day 302, the patient received their most recent dose prior to an impaired gastric emptying event. The following day, Study Day 303, mild impaired gastric emptying was reported. The narrative notes the patient had not recovered from the event. This event was assessed as related to the study drug. While dates are not listed in the narrative portion of the report, it is stated that treatment started on May 5, 2021 so that 303 days from this date is March 4, 2023. The report states that the treatment stop date was September 8, 2022.

Events like this show the ebb and flow of these gastrointestinal events, where symptoms can "recover" for small periods of time while on treatment, but continuously reemerge. This patient did not permanently discontinue from the study based on the report, and still had impaired gastric emptying at the treatment stop date, so it is unknown based on this narrative whether symptoms resolved following discontinuation.

96

**I8F-MC-GPHN-83971-40511**[147] **– severe impaired GE report – "**The patient's relevant medical history included Barrett's esophagus since 1995, esophagogastric fundoplasty in 2001 and 2016, and gastroesophageal reflux disease since 2020. On Study Day 8, the patient experienced an adverse event (AE) of constipation (mild). On Study Day 100, the study participant recovered from the event. On Study Day 111, the study drug was permanently discontinued due to the event of constipation, and the last study drug (tirzepatide 10 mg) administration was on Study Day 90. The Investigator's assessment was as follows: not related to the study drug. On Study Day 72, the patient experienced AEs of diarrhoea (severe), impaired gastric emptying (severe), and nausea (severe). The patient received the most recent dose of study drug (tirzepatide: 7.5 mg) prior to the events on the Study Day 70. No action was taken with the study drug for all these events. On Study Day 76, the study participant recovered from the event of diarrhoea and impaired gastric emptying, and on Study Day 96, the study participant recovered from the event of nausea. The Investigator's assessment for all these events were as follows: related to the study drug."

**SK202104013213 / I8F-MCGPHD-454-02154 (GPHD) (unblinded)**[148]**:** This patient was reported in the Regulatory Response and Safety Topic Report as on drug dose tirzepatide 2.5mg and having experienced serious, severe, diabetic gastropathy (in addition to other events as described further). Medical history included a prior cholecystectomy in 1991 and concurrent conditions included hypertension, T2DM, hyperlipidemia, coronary artery disease, non-alcoholic fat liver disease, osteopenia, and diabetic neuropathy. It is stated that the "[p]atient did not have any prior history or risk factors for vomiting or dyspepsia." Concomitant medications included

---

[147] LLY-GLPMDL-08194940 starting at pg. 308
[148] LLY-GLPMDL-08194940 starting at pg. 21, 85, and 157

97

atorvastatin, omeprazole, ursodeoxycholic acid, betaxolol, ramipril, amlodipine, and indapamide. The patient received the "loading dose of tirzepatide, 2.5 mg weekly" on April 13, 2021. The patient received the last dose before the SAE on April 20, 2021. On April 24, 2021, "12 days after beginning tirzepatide and five days since the last dose, the patient was hospitalized due to dyspepsia." The presenting symptom is listed as vomiting. Endoscopy showed slowed gastric emptying. "The cause of dyspepsia was slowed gastric emptying due to diabetic gastropathy (SAE term)." Corrective treatment was given including itopridium chloride and infusion of saline with metoclopramide, famotidine, and butylscopolamine. While the patient recovered from the SAE and was discharged from the hospital on April 29, 2021 and the dose was not changed for tirzepatide, in the Narratives for this patient[149], it is stated that this was on Study Day 17, and by Study Day 57, the patient experience another SAE of severe acute kidney injury and was hospitalized again. "The cause of acute renal failure was dehydration." The patient was permanently discontinued from study drug, which was tirzepatide, on Study Day 57. The patient is stated to have recovered from the acute kidney injury on Study Day 60.

**GP*GN* (SURPASS-CVOT)** was a Phase 3 major adverse cardiovascular events trial that compared tirzepatide to dulaglutide. However, according to ClinicalTrials.gov[150], while this study has completed, results are not yet available. Based on ClinicalTrials.gov, the Study Start (Actual) date was May 29, 2020 and the Study Completion (Actual) date is June 12, 2025. Enrollment (Actual) is listed on ClinicalTrials.gov as 13,299. Exclusion criteria is listed on ClinicalTrials.gov to include: "Have a known clinically significant gastric emptying abnormality such as severe gastroparesis or gastric outlet obstruction or have undergone or currently planning

---

[149] LLY-GLPMDL-07948507 at pg. 539
[150] https://clinicaltrials.gov/study/NCT04255433?term=GPGN&rank=1

any gastric bypass (bariatric) surgery or restrictive bariatric surgery." Majority of the clinical trial events in the Tirzepatide Regulatory Response and Safety Topic Report came from this trial.

The Safety Topic Report provides a paragraph focusing on the eight serious cases that are referenced, seven of which come from GP*GN*. Lilly states that this study "enrolled a population with T2DM and high cardiovascular risk. As diabetes is a known etiology of gastroparesis, this reinforces the possibility that the development of gastroparesis is related to diabetes."[151] First, there is no need to reinforce a "possibility" that advanced T2DM can lead to gastroparesis; this is a known medical fact. The statement seems to be an attempt to deflect analysis of what was the information emerging from the study, and it seems that it fails to take into account that there were exclusions for gastroparesis risk prior to trial entry. Other exclusion criteria would suggest that the included T2DM patients did not have (other than CV sequalae possibly due to T2DM) other diabetes complications that would typically be seen in advanced diabetics who have developed gastroparesis (severe kidney disease, active retinopathy requiring treatment, severe liver disease).

Even though the final study report is not available and necessary information from the trial to know the actual treatment received for the following patients who were reported in the Regulatory Response and Safety Topic Report as "blinded", it is my opinion that because this clinical trial assessed either dulaglutide or tirzepatide as the study arms, these events are nonetheless relevant to my analysis and application of the evidence.

---

[151] LLY-GLPMDL-10117072 at pg. 24

**POSITIVE DECHALLENGE**

In reviewing the Regulatory Response prepared for Tirzepatide, there is a Table that contains events that met the Search Criteria. There are two Serious Adverse Events listed, the first is **DE202102011221** and the second is **DE202104009473**,[152] but they both occurred in the same patient – patient **I8F-MCGPGN-360-14320**. Medical history for this patient included "type 2 diabetes mellitus, back pain, intervertebral disc protrusion, gastroesophageal reflux disease, nerve compression, hypercholesterolemia, cholelithiasis, benign prostatic hyperplasia, pain, sleep disorder, hypertension, and coronary artery disease (with presence of a coronary vascular prosthesis). The patient did not have history of diabetic gastroparesis. Concomitant medications, clonidine hydrochloride, metoprolol, simvastatin, pantoprazole, amitriptyline hydrochloride, pregabalin, finasteride, hydromorphone hydrochloride, acetylsalicylic acid, prednicarbate, zolpidem, insulin glargine and methocarbamol." The first of two SAEs that this patient experienced is coded under the Adverse Event Report number **DE202102011221**. Study drug was started on November 30, 2020 (this event was reported as "blinded", based on ClinicalTrials.gov, we know that for this trial (GPGN) the active therapy was tirzepatide and the comparator was dulaglutide, so for purposes of this analysis, this event is still relevant). The narrative states that since August 2020, the patient noticed a loss of appetite and less exercise, but that the patient had never eaten much. It is noted that this "condition became progressively worse". In February 2021, the patient was hospitalized and diagnosed with diabetic gastroparesis. As the narrative states, there was no prior history of diabetic gastroparesis. Gastroscopy was performed, revealing a bezoar in the stomach. "Because there were signs of minor gastritis and conspicuously large corpus folds, bipsates (as reported) were taken. Histology results revealed

---

[152] LLY-GLPMDL-08194940 at pg. 21 and 20

100

gastritis without evidence of Helicobacter pylori, with no evidence of malignancy. It was reported as per the clinical report 'etiologically most likely with opiate consumption and diabetic gastroparesis'." There was no change with blinded study drug and the patient was discharged from the hospital on February 15, 2021 as recovered. However, the patient then experienced a second SAE, Adverse Event Report Number DE202104009473. The patient was hospitalized again two months later in April 2021. This was two days after receiving a dose of study drug, and the hospitalization was for severe diabetic gastroparesis. "[T]he patient self-presented to the emergency room after experiencing upper abdominal pain. The patient complained of weight loss, nausea and significantly decreased food consumption. Primary cause for the upper abdominal pain was reported to be diabetic gastroparesis." As a result, study drug was discontinued in April 2021. At this hospitalization, "gastroscopy revealed stomach filled with food particles." Within the Regulatory Response, Lilly deems this Adverse Event Report as a positive dechallenge because after the April 2021 discontinuation of study drug, the patient recovered from the diabetic gastroparesis and the diabetic gastroparesis did not recur. As noted above for the separate AER for this patient, **DE202102011221**, opiate consumption was listed as a cause of the patient's first hospitalization. However, here, two months later, the narrative states that the "concomitant opioid therapy with hydromorphone was ongoing". This can be interpreted to mean that the opioid therapy was not the cause of the patient's diabetic gastroparesis as previously concluded in February 2021. "In the opinion of the study investigator, the diabetic gastroparesis was related to blinded study drug but not related to study device or to protocol procedure. Explanation of relatedness assessment: related to GLP-1 agonist treatment combined with gastroparesis. The patient did not report any device problems. It was only related to study drug intake."

**Novo Clinical Trial Evidence**

Likewise, Experimental evidence is apparent in the Novo clinical trial program, as well.

**Trial Selection Methodology**

Novo Nordisk's Regulatory Response, titled: "Assessment of adverse drug reactions due to delayed gastric emptying and of gastroparesis associated with Glucagon-like peptide-1 receptor agonists" for Victoza, Saxenda, Xultophy, Ozempic, Rybelsus, and Wegovy, list the clinical trials that were in scope (Appendix 1A) in reviewing gastroparesis. Like Lilly, these clinical trial study reports and the narratives, where available, had already been determined by Novo to be the trials that should be reviewed regarding gastroparesis. As Novo grouped all their products in one response, I similarly am describing examples of, though not limited to, the evidence that existed as it relates to drug-induced gastroparesis or clinically significant gastrointestinal symptoms related to Novo Nordisk's products in its Phase 2 and 3 clinical program.

Phase 2 and 3 Novo Clinical Studies:

**Examples of Phase 2 Evidence:**

- **Ozempic NN9535-1821** evaluated gastric emptying, appetite, and nausea. Meal tests were performed at Visits 2 and 8 "in order to evaluate postprandial glucose excursions and insulin secretion"[153] and "the effect of semaglutide and liraglutide on gastric emptying was evaluated by assessment of paracetamol absorption and sensations of appetite, nausea, thirst and well-being assessed using a visual analogue scale (VAS)."[154] GI adverse events are characterized as predominantly mild to moderate but with a

---

[153] Novo_GLP_MDL_000047836 at 56 of 1152.
[154] Novo_GLP_MDL_000047836  at 57 of 1152.

significant subset being severe, especially at higher semaglutide doses. "The most commonly reported severe TEAEs were gastrointestinal disorders with up to 12.8% of subjects reporting TEAEs in the 1.6 mg semaglutide group . . . . The most frequent severe TEAEs . . . were nausea (8 events in total), vomiting (6 events in total) and diarrhoea (2 events in total) . . . . The most commonly reported moderate TEAEs were gastrointestinal disorders with a dose-dependent increase to 51.1% reported in the semaglutide treatment groups . . . . Nausea was the most common moderate TEAE with a dose-dependent increase to 31.9% . . . . Vomiting was a common moderate TEAE in the semaglutide 0.8 − 1.6 mg T treatment groups (14.9 − 23.8%)."[155]

- **Victoza NN2211-1571** was a Phase 2, double-blind, randomised, parallel-group, multicenter, international trial evaluating the effect on glycaemic control of three doses of liraglutide in monotherapy versus placebo in subjects with type 2 diabetes. The trial found that "[t]he most frequent adverse events were related to the gastrointestinal and the nervous system (headaches in particular), see EOT Table 7.1.2. A detailed tabulation of adverse events related to GI disorders is presented in Table 10-2. The most common events were diarrhoea, constipation and nausea. The frequency of all GI related events was highest in the initial part of the treatment, and the number of recorded events was the same in the 10-week maintenance period as it was in the 0-2 week period (titration phase)."[156] The trial opines that "[t]he relatively high number of GI related events might be related to the mode of action of liraglutide. GLP-1, the natural incretin, is known to reduce gastric emptying and reduces appetite and weight in normal subjects probably both due to direct

---

[155] Novo_GLP_MDL_000047836 at 206 of 1152.
[156] Novo_GLP_MDL_000856406 at 84-5 of 99.

103

effects on the gastrointestinal tracts and the central nervous system, and the gastrointestinal effects of liraglutide may be caused by the same mechanisms."[157]

- **Rybelsus (NN9924-3790)** was a Phase 2, 26-week, randomised, partially blinded, dose-range, dose-escalation, multicenter trial. The trial states that "[t]he majority of severe AEs were reported within the SOCs 'gastrointestinal disorders' (31 events reported by 20 subjects)…" and further that "[w]ithin the SOC 'gastrointestinal disorders, severe AEs were only reported with semaglutide (oral and s.c.); nausea and vomiting being the most frequently reported preferred terms…"[158] Relative to dose escalation the trial states that "[t]he rate of occurrence of gastrointestinal events was greater during the dose escalation period in all treatment arms. Some decline in this rate was seen, indicating that subjects gradually developed a tolerance towards the product, but events continued to accumulate throughout the trial."[159]

- **Saxenda (NN8022-1807)** was a Phase 2, 20-week, randomized, double-blind, placebo-controlled, parallel-group, multicenter trial. The trial investigated liraglutide at four doses (1.2 mg, 1.8 mg, 2.4 mg, and 3.0 mg daily) versus placebo and open-label orlistat in obese subjects without type 2 diabetes. The study reported that "[n]ine moderate/severe events of nausea possibly/probably related to treatment led to temporary discontinuation of liraglutide."[160] Furthermore, "[a]ll except 1 of these events occurred within 1 week of dosing and (nausea) lasted between 1 and 48 days. The event of intermittent nausea lasted for 67 days. Outcome was recovered for all subjects."[161]

---

[157] Novo_GLP_MDL_000856406 at 95 of 99.
[158] Novo_GLP_MDL_003874894 at 256 of 4060.
[159] Novo_GLP_MDL_003874894 at 356 of 4060.
[160] Novo_GLP_MDL_003748633 at 109 of 644.
[161] Novo_GLP_MDL_003748633 at 109 of 644.

- **Wegovy (NN9536-4153)** was a Phase 2, 52-week, randomised, double-blind, placebo-controlled, 16-arm, parallel-group, multicenter, multinational trial investigating the safety and efficacy of once-daily semaglutide in obese subjects without diabetes mellitus. The trial found that "[t]he proportion of subjects reporting AEs and the rate of AEs in the SOC 'GI disorders' (i.e. GI AEs) increased with increasing doses in the semaglutide arms (range: 62.1%–82.4%, 1526–3325 events per 1000 PYO) and was higher at all dose levels compared to pooled placebo (38.2%, 811.4 events per 1000 PYO)."[162] Relative to treatment discontinuations due to GI adverse events the trial states that "[t]he proportion of subjects discontinuing trial product prematurely due to AEs was generally low but appeared to increase with increasing doses of semaglutide (range 3.9–14.7%) and was higher compared with pooled placebo (2.9%)."[163]

**Examples of Phase 3 Events Reported in the Clinical Trials**

Summarized below are several, non-exhaustive examples of Phase 3 Novo Nordisk clinical trial reports that are further evidence of drug-induced gastroparesis or clinically significant gastrointestinal symptoms related to Novo Nordisk's drugs:

- **Ozempic NN9535-3744 (SUSTAIN 6) Patient Subject# 688007, Case Number 409076** [164] was a 52-year-old female that had a medical history of type 2 diabetes mellitus, gastroesophageal reflux disease, depression, low back pain, hypothyroidism, menopause, stroke, supraclinoid internal carotid artery aneurysm, bipolar disorder, ST-segment elevation myocardial infarction, hypertension,

---

[162] Novo_GLP_MDL_006057354 at 377 of 9324
[163] Novo_GLP_MDL_006057354 at 385 of 9324.
[164] Novo_GLP_MDL_OZM_NDA_003265606 at 2518 of 5979.

hyperlipidemia, coronary artery disease, percutaneous coronary intervention, hemorrhagic stroke, NYHA Class II heart failure, among others, and the patient was a former tobacco smoker. On August 29, 2013, the patient experienced intermittent nausea and intermittent vomiting. She presented to the emergency room on April 30, 2014 and complained of abdominal pain, nausea, vomiting, and diarrhea and was admitted to the hospital. The patient was treated with fluids, antiemetics, and analgesic medication. Semaglutide was temporarily discontinued. Stool test was negative for Clostridium difficile and Shiga, toxins, and salmonella, shigella and campylobacter culture. CT of the abdomen was unremarkable. An indeterminate subpleural right lower lobe pulmonary nodule and several tiny pleural based nodules in the right posterior lower chest were seen. Lipase and amylase were within normal limits and pancreatitis was not suspected. The patient was discharged from the hospital and scheduled to see a gastroenterologist. There was no medication received at discharge. On July 1, 2014, patient underwent an UGI endoscopy and colonoscopy, both negative. No alternative etiology was found after gastroenterology evaluation on July 21, 2014 for the nausea, vomiting, or abdominal pain and all subsequent testing was negative. The drug was temporarily discontinued on April 30, 2014 due to these events. She had recovered from the abdominal pain and diarrhea on May 2, 2014, and the vomiting and nausea on May 7, 2014. Semaglutide was restarted at a decreased dose on August 4, 2014, and the patient began experiencing nausea, vomiting, and abdominal pain. She then permanently discontinued on August 14, 2014. She was recovered by August 19, 2014. The investigator related drug causation as probable. The Company Comment was: "The sponsor assessed the causality between the suspected trial drug and the reported events of abdominal pain, nausea and vomiting as

possible based on a close temporal relationship and the safety profile of the suspected trial drug. The patient started to experience nausea and vomiting one day after the first dose of Semaglutide and complained of abdominal pain and diarrhea after the second day. Medical history of gastroesophageal reflux disease may be considered a risk or contributory factor."

- **Ozempic NN9535-3744 (SUSTAIN 6) Patient Subject # 607004, Case Number 377924[165]** was a 65-year-old female with medical history of type 2 diabetes mellitus, hyperlipidemia, gastroesophageal reflux disease, heart failure NYHA class I, unstable angina, and peripheral vascular disease, treated with blinded semaglutide for type 2 diabetes mellitus. Beginning March 1, 2013, the patient received blinded semaglutide versus placebo through May 13, 2013, then restarted May 17, 2013. On April 29, 2013, 59 days after treatment initiation, the patient experienced abdominal pain. On May 10, 2013, a nuclear medicine gastric emptying study revealed severe delay of gastric emptying, confirming a diagnosis of gastroparesis. The patient temporarily discontinued the trial drug on May 13, 2013, and her symptoms abated. The patient restarted the trial drug at the same dose on May 17, 2013. The outcome of gastroparesis was reported as recovered on October 2, 2013. The investigator assessed causality as possible, while the sponsor assessed causality as unlikely, citing the patient's underlying diabetes mellitus and gastroesophageal reflux disease as alternative explanations. This case was classified as a serious adverse event (SAE).

---

[165]. Novo_GLP_MDL_OZM_NDA_003265606 at 5548-5549 of 5979

107

- **Victoza EX2211-3748 (LEADER) Patient Subject # 651035, Case Number 421795**[166] describes a 64-year-old male from Mexico treated with blinded liraglutide versus placebo who experienced an adverse event coded as impaired gastric emptying (gastroparesis). His medical history included type 2 diabetes mellitus since 1987, arterial hypertension, hypercholesterolemia, chronic ischemic heart disease, peptic acid disease, functional colon disorder, diabetic peripheral neuropathy, ST-segment elevation myocardial infarction, percutaneous coronary intervention, and coronary artery bypass graft with left ventricular systolic dysfunction, among others. He had a BMI of 28.1. The patient was treated with blinded liraglutide versus placebo from February 22, 2012 to March 27, 2014. On March 27, 2014, the patient experienced nausea, heartburn, and early satiety and was diagnosed with gastroparesis. This was a new condition with no prior history of this event. The patient did not receive any treatment for the event. The patient decided to stop trial drug on the same day, and despite the investigator's recommendation for a decreased dose and medical evaluation, the patient refused and did not attend the site. Therefore, the patient could not be returned to trial drug. On April 25, 2014, the outcome for gastroparesis was recorded as recovered. Trial drug was permanently discontinued. The investigator assessed causality as probable, while the sponsor assessed causality as possible. The sponsor noted that considering the positive dechallenge and event recovery without any treatment, the possible causal relationship between the event and trial drug cannot be ruled out.

---

[166] Novo_GLP_MDL_VIC_NDA_003562029 at 21303-4 of 27459.

- **Victoza EX2211-3748 (LEADER) <u>Patient Subject # 776005, Case Number 323631</u>**[167] was a 71-year-old male from Canada treated with blinded liraglutide versus placebo who experienced an adverse event coded as impaired gastric emptying (gastroparesis). His medical history included type 2 diabetes mellitus since 1997, arthritis, decreased vibration sensation to feet, recurring heartburn, chronic anemia, hyperlipidemia, hypertension, microalbuminuria, benign prostatic hypertrophy, renal calculi, depression, shortness of breath, peripheral neuropathy, chronic renal failure, primary hypoparathyroidism, right kidney cyst, and parathyroid adenoma, among others. He had mild nausea since a fall in 2010. The patient was treated with blinded liraglutide versus placebo from October 13, 2010 to February 13, 2011. On February 13, 2011, the patient began experiencing nausea and vomiting and was unable to tolerate oral intake except for a 7-Up drink, secondary to diabetic gastroparesis. The patient was hospitalized and improved on intravenous metoclopramide, then transitioned to oral metoclopramide. The patient had no hematemesis, abdominal discomfort, lower gastrointestinal symptoms, or diarrhea, but reported early satiety after eating with no changes in physical activity, diet, or unexpected diabetes control changes prior to hospitalization. On February 16, 2011, the patient recovered from gastroparesis and was discharged. Trial drug administration was discontinued due to the event. The investigator assessed causality as probable and the Sponsor causality was "unlikely". The Company Comment was: "This 71-year-old male patient experienced 'gastroparesis' while using the suspected drug. According to the CCDS, the mechanism of action involves minor delay in gastric emptying but it does not result in gastroparesis. Although there was a positive de-challenge, the patient has been using the

---

[167] Novo_GLP_MDL_VIC_NDA_003562029 at 10804-5 of 27459

109

product since Oct 2010 and developed this after 3 months of use. It was not reported if the mild nausea since autumn 2010 was considered related to the event. The patient's confounding medical history of type 2 diabetes (1) can provide a possible explanation as it is one of the most common cause. Based on this, the sponsor assesses the event as 'unlikely' related to the suspected drug."

- **Victoza EX2211-3748 (LEADER) Patient Subject # 913018, Case Number 399722**[168] was a 67-year-old male patient treated with blinded liraglutide versus placebo experienced an adverse event coded as impaired gastric emptying (severe gastroparesis). His medical history included type 2 diabetes mellitus, coronary artery disease, hypertension, dyslipidemia, obstructive sleep apnea, overweight, gastroesophageal reflux disease, hypothyroidism, male erectile disorder, dry eye syndromes, carotid artery stenosis, peripheral neuropathy, non-ST segment elevation myocardial infarction, with prior percutaneous coronary intervention and coronary artery bypass graft. Beginning January 24, 2012, the patient was treated with blinded liraglutide versus placebo for type 2 diabetes mellitus through January 15, 2014. On November 3, 2013, the patient experienced severe gastroparesis with increased bloating and occasional vomiting after eating, mostly in the evenings, consisting of undigested food. The event was new with no prior history of similar condition. The patient was trialed on a proton pump inhibitor which improved his symptoms. On December 30, 2013, the patient underwent a gastric emptying study using technetium-99m sulfur colloid-labeled scrambled eggs. Imaging revealed severely abnormal gastric emptying with a half-time for clearance from the stomach of 735 minutes (normal range: less than 60 to 90 minutes), demonstrating extremely delayed

---

[168] Novo_GLP_MDL_VIC_NDA_003562029 at 26245-6 of 27459.

transit from the fundus into the antrum, confirming severe gastroparesis. It was recommended that the patient stop the study drug. On March 3, 2014, the patient recovered. On April 16, 2014, the patient reported feeling 85% better off study drug, with complete resolution of nausea and improved gastrointestinal symptoms. The trial product was discontinued. The investigator assessed causality as possible, while the sponsor assessed causality as unlikely. De-/re-challenge were reported as negative. This case was not classified as serious.

- **Victoza EX2211-3748 (LEADER) Patient Subject # 851006, Case Number 355405**[169] was a 57-year-old female from the United States treated with blinded liraglutide versus placebo experienced an adverse event coded as impaired gastric emptying (delayed gastric emptying). Her medical history included type 2 diabetes mellitus since 1998, hypertension, coronary artery disease with coronary artery bypass x3 and coronary stent placements x2, gastroesophageal reflux disease, syncope (x3), degenerative disc disease, myocardial infarction, intermittent bronchitis, restless legs syndrome, embolism in legs, hypercholesterolemia, peripheral neuropathy, carotid artery stenosis, ischemic heart disease, and left ventricular systolic dysfunction , acute cholecystitis, cholecystectomy, among others. The patient was treated with blinded liraglutide versus placebo from April 13, 2011 to July 5, 2012. On June 1, 2012, the patient experienced delayed gastric emptying. The patient visited a gastroenterologist for GERD evaluation and testing revealed delayed gastric emptying. The patient was recommended to discontinue study drug due to side effects and current medical condition. The condition was not recorded at baseline. No treatment was received for the event. On August 1, 2012, the

---

[169] *Id* at 24319-20 of 27459.

111

patient recovered from delayed gastric emptying. The trial drug was discontinued on July 5, 2012 with a positive dechallenge. The investigator assessed causality as possible, while the sponsor assessed causality as unlikely.

- **Saxenda NN8022-1922 Patient Subject # 937008, Case Number 338881**[170] (Rechallenge Case) describes a 53-year-old female patient that was treated with trial drug Liraglutide experienced an adverse event coded as gastrointestinal pain. Her medical history included obesity since 1977, type 2 diabetes since 2006, situational depression, hypothyroidism, hysterectomy in 2000, anxiety, overactive bladder, hyperkalemia in 2011, skin abscess on her buttocks in 2011, heartburn, bilateral knee pain, and 2/6holosystolic ejection murmur. Beginning on August 5, 2011, the patient began to experience nausea. On October 15, 2011, she experienced abdominal pain listed as unspecified gastro intestinal pain, headache, diarrhea, and vomiting. The vomiting is reported to have resolved on October 17, 2011. However, on October 18, 2011, the patient presented to the emergency room due to concerns of pancreatitis – this however was ruled out at the ER. The patient was treated with Zofran and promethazine for the events. The patient temporarily stopped the trial drug (liraglutide) on October 21, 2011 due to these events. On October 31, 2011, the nausea and abdominal pain resolved and treatment with Zofran and promethazine was stopped. The investigator rechallenged the trial drug (liraglutide) on November 1, 2011. On November 2, 2011, one day after drug rechallenged, the patient experienced vomiting, nausea, and unspecified gastrointestinal pain. Resultingly, the patient permanently discontinued the trial drug. The Investigator deemed causality was probable and the Company assessed this as Possible.

---

[170] Novo_GLP_MDL_SAX_NDA_000263333 at 1964 of 11176.

- **Wegovy STEP 1 Patient Subject ID 250015, Case Number 622239**[171]:
"52 years old female patient complained of gastrointestinal events (vomiting and diarrhea) within 2 weeks after the initiation of the trial products. The patient has a BMI of 35, history of gallstone and cholecystectomy." The patient was hospitalized and also dehydrated. The investigator assessed as probably related and the sponsor evaluated the events as possibly related to trial products.

- **Wegovy STEP 1 Patient Subject ID 454034, Case Number 661131**[172]:
"Company comment: This case concerns a 24-year-old female patient with reported events of 'Lower Abdominal Pain' and 'Vomiting' approximately after 6 month of trial product treatment. No diet changes were reported prior to the onset of the events. The patient suffers from a medical history that includes polycystic ovary syndrome, dysmenorrhea and obesity. No final diagnosis was concluded during hospitalization. Gastrointestinal symptoms such as vomiting are well known side effects of treatment with semaglutide in early treatment or when up-escalating dose, however based on the information available sponsor cannot rule out a causal relationship between the events and trial product treatment."

- **Wegovy SELECT Subject ID 206907, Case Number 675319**[173] was an 80-year-old male treated with blinded semaglutide who experienced severe gastroparesis. His medical history included sleep apnea syndrome, coronary heart disease, hypertension, heart failure NYHA class I, and dyslipidemia, with prior myocardial infarction and percutaneous coronary intervention among others. BMI was 32.3. Beginning June 18,

---

[171] Novo_GLP_MDL_WEG_IND_000064559 at Pg. 853 of 6980
[172] Novo_GLP_MDL_WEG_IND_000064559 at Pg. 1068 of 6980
[173] Novo_GLP_MDL_000000001 at 6892-4 of 29600.

2019, the patient commenced blinded semaglutide for obesity. On July 16, 2019, the patient experienced abdominal pain and constipation. On July 19, 2019, he was hospitalized with upper abdominal and lower chest pain. Imaging revealed a distended stomach with abnormal thickening of the lower esophagus suggestive of gastric outlet obstruction and reflux esophagitis. Upper endoscopy revealed a large amount of material in the stomach despite fasting, with aspiration of gastric contents into the lungs. The patient was diagnosed with severe gastroparesis and aspiration pneumonia requiring intensive care unit ventilation. Treatment consisted of gastrointestinal rest and nasogastric feeds, progressing to a soft diet. The patient was discharged on August 5, 2019. On September 4, 2019, the outcome for severe gastroparesis was recorded as recovered with sequelae noted. A repeat endoscopy on September 16, 2019 revealed ulcerative esophagitis and gastritis with intestinal metaplasia, with no evidence of malignancy. The trial drug was permanently discontinued. The investigator deemed causality as probable, while the sponsor assessed causality as possible, given that semaglutide is known to cause gastrointestinal side effects due to the mode of action.

## Meta-Analyses

**Chiang, C., et al., "Glucagon-Like Peptide-1 Receptor Agonists and Gastrointestinal Adverse Events: A Systematic Review and Meta-Analysis,"** *Gastroenterology*, **Volume 169, Issue 6, 2025, Pages 1268-1281, https://doi.org/10.1053/j.gastro.2025.06.003**

Chiang, et al. sought "to evaluate the risk of gastrointestinal and biliary adverse events associated with GLP-1 RA use." The authors reportedly conducted a meta-analysis synthesizing "data from (placebo controlled) RCTs" in order to provide a "comprehensive assessment of the incidence and clinical significance of these adverse events." The stated methodology describes that three of the authors served as reviewers in extracting data independently from the National

Clinical Trials Network or the published articles and "[t]he outcomes included the following gastrointestinal or biliary conditions: cholecystitis, cholelithiasis, cholangitis, cholestasis, pancreatitis, gastroesophageal reflux disease, gastritis, esophagitis, gastrointestinal ischemia, gastrointestinal hemorrhage, intestinal obstruction, paralytic ileus, gastrointestinal ulceration, gastrointestinal perforation, **and gastroparesis**." (emphasis supplied)

Supplementary Table 3 describes the authors' search terms and related terms for these outcomes. For gastroparesis, the search terms were "gastroparesis, impaired gastric emptying, [and] diabetic gastroparesis". There is no other description in either the stated methodology or in the supplemental materials regarding or limiting "gastroparesis, impaired gastric emptying, [and] diabetic gastroparesis" that were assessed to only include CTCAE "serious" cases (i.e. SAEs). Therefore, per the methodology, all events that met these search terms would be and should have been included in the authors' analysis, irrespective of severity or seriousness (i.e. TEAEs). The stated methodology is restrictive because hospitalizations (let alone deaths) are unusual patient outcomes in clinical trials. The issue is that when one of the largest and most significant trials in the metanalysis is looked at, there were 17 impaired gastric emptying events that Chiang did not and could not count, because these 17 impaired gastric emptying events were not reported in the publication for REWIND that the Chiang authors relied upon and seemingly were not available from National Clinical Trials Network.

Ultimately, 55 trials were included in the analysis performed by Chiang, et al. Figure 2 describes that for gastroparesis, the authors identified ten studies that had events of gastroparesis, with 12 cases in the GLP-1 RA arm and 5 in the control arm. Based on the authors' weighted analysis, the authors reported there was a Risk Ratio of 1.52 with a confidence interval of 0.57 to 4.03.

Supplementary Figure 15 in the Chiang paper provides a Forest plot summarizing the association between GLP-1 RAs and gastroparesis. The names of the ten studies referred to in Figure 2 are listed in this figure, providing study-by-study "results" for events of gastroparesis. In Table 1 of Chaing, the REWIND trial is linked with the published Gerstein (2019) paper. The paper that is linked for REWIND in the Chiang study (Gerstein, 2019) only speaks to the much broader gastrointestinal disorders System Organ Class (SOC), *rather than the pre-specified events included in the Chiang methodology.*

A review of the full clinical study report (CSR) for the REWIND trial, as well as the narratives associated with this trial, the adverse event appendices from this trial and the publicly available Clinical Reviews from the FDA's website for dulaglutide[174] reveals the following:

There were far more reported events of *impaired gastric emptying* (which is the MedDRA preferred term for gastroparesis) than the number reported by Chiang.[175] In review of the CSR, while there was only one reported "serious adverse event" (SAE) for impaired gastric emptying[176], there were far more treatment-emergent adverse events by system organ class and preferred term than reported by Chiang. The results in the REWIND trial for impaired gastric emptying identified 17 events in the dulaglutide arm and 6 events in the placebo arm. An excerpt of the relevant table from REWIND is placed below:

---

[174] It is interesting that that none of the Lilly clinical trials that were deemed pivotal for approval for dulaglutide (or Tirzepatide) were included in Chiang's analysis for gastroparesis.

[175] Table GB*DJ*.14.58 Treatment-Emergent Adverse Events by System Organ Class and Preferred Term, ITT Population

[176] Table GB*DJ*.12.7. Adverse Events of Special Interest by Preferred Term: Serious Gastrointestinal Events ITT Population

```
Treatment-Emergent Adverse Events by System Organ Class and Preferred Term          Page 24 of 144
Intent-to-Treat Population                                                          02:37 12NOV2018
H9X-MC-GBDJ, REWIND                                                                            PDPM
------------------------------------------------------------------------------------------------
                                                 Placebo            Dulaglutide
                                                 (N=4952)           (N=4949)
System Organ Class
  Preferred Term*a                               n   (%)            n   (%)          p-value*b
------------------------------------------------------------------------------------------------
   Umbilical hernia                              25  (0.50)         23  (0.46)
   Abdominal hernia                              17  (0.34)         20  (0.40)
   Oesophagitis                                  17  (0.34)         19  (0.38)
   Dysphagia                                     23  (0.46)         18  (0.36)
   Pancreatitis acute                            11  (0.22)         17  (0.34)
   Impaired gastric emptying                      6  (0.12)         17  (0.34)         0.022
```

In conclusion, on the basis of and for the reasons stated above, Chaing does not refute the associations found in other studies nor does it counter the many significant results in the clinical trials supporting causation. Chiang only stands for the proposition that in the clinical trials there although there was a risk ratio of 1.52 for risk of "serious" impairment of gastric emptying, it was not statistically significant. This metanalysis, therefore, does not indicate that there is no risk of gastroparesis/delayed gastric emptying Chiang does not even stand for the proposition that there is no risk of "serious" gastroparesis; it simply could not detect a risk to a statistically significant degree.

The meta-analysis by Wang (2022)[177] examined new hypoglycemic agents (GLP-1RAs, SGLT2is, and DPP4is) and 91 specific digestive diseases, using data from 21 randomized, placebo-controlled cardiorenal outcome trials. While GLP-1RAs showed significant associations with gastric ulcer hemorrhage, pancreatitis, acute cholangitis, and acute cholecystitis, the authors reported a non-significant finding for gastroparesis (RR 3.00, 95% CI 0.47–19.04) based on 3 events across approximately 12,690 patients. This is a very wide confidence interval that would suggest statistical underpowering. The point estimate of RR 3.00 would suggest a tripled risk, but the analysis lacked events to achieve significance.

---

[177] Wang Y, Lin J, Yang C. Meta-analysis of the association between new hypoglycemic agents and digestive diseases. 2022.

117

The meta-analysis by Yin (2021)[178] examined 252 categories of serious adverse events in semaglutide users by pooling data from 21 PIONEER and SUSTAIN trials, but this study also cannot reliably exclude a gastroparesis association. The authors acknowledge that the underlying trials "are designed to assess efficacy endpoints" and "none of them has (the) sufficient statistical power to assess safety endpoints." The study's exclusive focus on serious adverse events would systematically exclude the many gastroparesis patients whose debilitating symptoms are managed on an outpatient basis without hospitalization. Furthermore, the short trial durations ("1 year or less" for most included studies) are insufficient to capture delayed-onset gastroparesis. The absence of a statistically significant gastroparesis finding in this underpowered, methodologically limited analysis cannot be interpreted as evidence of safety.

Two other meta-analyses are the Moiz (2025)[179] and Wen (2025)[180] papers. In Moiz, the authors sought to assess efficacy and safety of GLP-1 RAs and co-agonists for treatment of obesity in adults who were overweight and without diabetes. 26 RCTs met the authors search criteria. Of these 26 articles reviewed in this meta-analysis, a little less than half of the included publications (11) are for Beinaglutide, Efpeglenatide, Exenatide, Noiiglutide, Orforglipron, JNJ-64565111, Mazdutide, Survodutide, and Retatrutide. Apart from Exenatide, none of these are commercially available in the United States. Wen (2025) only looked at direct comparative studies between Semaglutide and tirzepatide and sought to analyze the differences between weight loss outcomes between study cohorts and respective safety profiles. Both papers only reviewed publications. Only four publications were reviewed in Wen. Various other restrictive

---

[178] Yin D, Ding L, et al. Comprehensive analysis of the safety of semaglutide in type 2 diabetes: a meta-analysis of the SUSTAIN and PIONEER trials. 2021.
[179] Moiz A, Filion K, et al. Efficacy and Safety of GLP-1 RA for weight loss among adults without Diabetes. 2025.
[180] Wen J, Syed B, et al. Tirzepatide versus Semaglutide on Weight Loss in Type 2 Diabetes Patients: A Systematic Review and Meta-Analysis of Direct Comparative Studies. 2025.

exclusion criteria are listed, limiting the available information reviewed. In Moiz, the authors state, "[a]cross all RCTs, the majority of GI disorders were transient, related to dose escalation, and mild to moderate in severity. No serious GI disorders, such as bowel obstruction or gastroparesis, were reported." Just because these events may not have been reported in the publications does not mean they did not occur in these trials or other trials completed by Novo and Lilly, and, importantly, gastroparesis was not a studied end-point in any of the trials reviewed that were included in this paper.[181]  In Wen (2025), of the 4 papers reviewed, gastroparesis was reported in one of the four studies – the study that compared hazards of gastrointestinal AEs as one of the main outcomes and measures (Rodriguez 2024). Gastroparesis was not reported in Frias (2021), Heise (2022), or Anson (2024). Frias (2021) and Heise (2022) are publications funded by Eli Lilly on SURPASS-2 and GPGT[182] trials, respectively. Anson (2024) was a retrospective cohort study – but the primary outcome was incidence of T2D and all-cause mortality, cerebral infarction, acute coronary syndrome, and heart failure. The secondary outcomes were change in HbA1c and body weight and incidence of micro- and macrovascular complications, suicidal ideation and/or attempt, and all-cause mortality. It would therefore be unexpected for Anson to report on gastroparesis occurring at all. In short, nothing to assess the occurrence of gastroparesis, and the one study that did assess gastroparesis (Rodriguez (2024) found comparable occurrences of gastroparesis between the two drugs (tirzepatide 3.61, compared to Semaglutide 4.81, HR 0.73 (0.38-1.42, rates per 1000 person-years).

---

[181] For example, one of the studies that Moiz reviewed was Wilding JPH, Batterham RL, Calanna S, et al; STEP 1 Study Group. Once-weekly semaglutide in adults with overweight or obesity. N Engl J Med. 2021;384:989-1002. [PMID: 33567185] doi:10.1056/NEJMoa2032183. In review of the STEP 1 clinical trial evidence that the Moiz authors seemingly did not have access to, there is a case of Impaired Gastric Emptying/Gastroparesis, Patient 917019, that led to permanent discontinuation of trial product on treatment listed in the Adverse events leading to permanent discontinuation of trial product - on-treatment - listing - safety analysis set. (Novo_GLP_MDL_WEG_IND_000064559 at Pg. 723 of 6980)

[182] Heise (2022) states that the Clinical trial reg. no. is NCT03951753 on clinicaltrials.gov. In review of this, the Clinical Trial ID listed is GPGT.

## EXPERIMENT CONCLUSION

In my opinion, there is ample evidence of an experimental nature that supports causation of drug-induced gastroparesis by GLP-1 medications and this Hill criterion is readily met.

### Biological gradient (Dose Response)

      i. **The Clinical Reviewers at the FDA have recognized that there is a dose response for gastrointestinal adverse events.**
      ii. **Eli Lilly has acknowledged there is a dose response.**
      iii. **The labels for Dulaglutide acknowledges dose response.**
      iv. **Dulaglutide**
      v. **Tirzepatide**
      vi. **Ozempic (semaglutide – injectable, diabetes)**
      vii. **Rybelsus (oral semaglutide, diabetes)**
      viii. **Wegovy (semaglutide injectable – weight management)**
      ix. **Saxenda (liraglutide – injectable, chronic weight management**
      x. **Opinion**

Biological gradient or dose-response is also a very important criterion under Bradford Hill and it has been met here.

      i.      **The Clinical Reviewers at the FDA have recognized that there is a dose response for gastrointestinal adverse events.**

In the FDA's Clinical Reviews for Dulaglutide, it was "recommend[ed] initiating therapy at the 0.75 mg dose and titrating based on tolerability and need for additional glycemic control based on… concerns around these dose dependent safety signals."[183] Furthermore, also in the Clinical Review for Dulaglutide, the FDA notes that "Dropouts and/or Discontinuations, discontinuations due to nausea and vomiting in dulaglutide treated patients were clearly dose dependent."[184] In the Reviewer's Assessment about discontinuations due to GI side effects, it is stated that:

---

[183] Dulaglutide Clinical Review, at pg. 239
[184] Dulaglutide Clinical Review, at pg. 224

120

"The major reason for dulaglutide discontinuation compared to placebo was gastrointestinal side effects. Discontinuations due to PTs in the GI disorders SOC were dose-dependent (placebo 1 [0.2%], dulaglutide 0.75 mg- 11 [1.3%], dulaglutide 1.5 mg- 29 [3.5%]). The majority of the events were due to nausea. This suggests that there is improved tolerability with the 0.75 mg dose and favors approval of the lower dose in addition to the 1.5 mg dose."[185]

The Reviewer's Overall Assessment of GI side effects was that, "Nausea and vomiting were clearly dose dependent: occurred about twice as frequently with dulaglutide 1.5 mg compared to dulaglutide 0.75 mg : 21.1% vs. 12.4%, 12.6% vs. 6% respectively."[186] Indeed, as the FDA Clinical Review acknowledges, "[a]dverse events secondary to delayed gastric emptying are the most commonly reported AEs in the GLP-1 class."'[187]

ii.      **Eli Lilly has acknowledged that there is a dose response.**

In the Lilly authored Safety Topic Reports on Gastroparesis for both dulaglutide and tirzepatide, it states, "[a]s would be predicted by the slowing of gastric emptying, exogenous GLP-1 relaxes the proximal stomach in a dose-dependent manner, reduces antral and duodenal motility, and increases pyloric tone in both the fasted and the fed states (Marathe et al. 2011)."[188]

In the Dulaglutide Summary of Clinical Safety, Lilly stated that "[a] dose relationship was observed, with a higher incidence of GI events and discontinuation due to GI events with dulaglutide 1.5 mg than 0.75 mg throughout the treatment period…".[189] Lilly also stated that

---

[185] Dulaglutide Clinical Review, at pg. 226
[186] Dulaglutide Clinical Review, at pg. 230
[187] Dulaglutide Clinical Review, at pg. 223
[188] LLY-GLPMDL-08258184 at pg. 7, and LLY-GLPMDL-10117072 at pg. 10.
[189] LLY-GLPMDL-09372966 at pg. 27

121

"Gastrointestinal (GI) disorders were the most frequently reported TEAEs. More dulaglutide-(36.3%) than placebo-treated (21.3%) patients reported GI events (up to 26 weeks exposure). GI disorders were dose dependent with more dulaglutide 1.5 mg- (43.9%) than dulaglutide 0.75 mg-treated (34.5%) patients reporting these events (up to 104 weeks exposure)."[190] In terms of discontinuation, "More patients who received dulaglutide 1.5 mg (10.4%) than 0.75 mg (7.7%) discontinued study drug or study due to an adverse event in studies with treatment duration 26 to 104 weeks. Gastrointestinal events were a significant reason for discontinuation more often with dulaglutide 1.5 mg (4.8%) than 0.75 mg (2.5%). Nausea was reported as a reason for discontinuation more frequently with dulaglutide 1.5 mg (1.9%) than 0.75 mg (1.0%)." [191]

### iii. Dulaglutide

A dose-response was observed repeatedly in the Eli Lilly clinical trials for dulaglutide as both the frequency and severity of gastrointestinal adverse events indicative of impaired gastric emptying increased with dose escalation.

In the dulaglutide pivotal clinical trials there were dose-dependent increases in the amount and severity of gastrointestinal adverse events that were observed.[192] GB*DJ*, which was a

---

[190] LLY-GLPMDL-09372966 at pg. 26
[191] LLY-GLPMDL-09372966 at pg. 27
[192] Study GB*DB* (AWARD-2): (LLY-GLPMDL-17151452 (CSR) and LLY-GLPMDL-00257278 (Amended CSR) Table.GBDB.12.7): imbalance with increasing number of patients with Moderate Vomiting in higher dose dulaglutide $(6 - 1.5mg, 3 - 0.75mg, 0 - Insulin)$; imbalance with increasing number of patients with Moderate Nausea in higher dose dulaglutide $(12 - 1.5mg, 6 - 0.75mg, 0 - Insulin)$; imbalance with number of patients with Moderate Abdominal Distension (Table GBDB.14.58) in dulaglutide $(1 - 1.5mg, 1 - 0.75, 0 - Insulin)$; the only event of Severe Nausea occurred in the=' Dulaglutide 1.5 treatment arm, the only events of Moderate Abdominal Distension occurred in the Dulaglutide treated arms. Study GB*DD* (AWARD-4) ) (LLY-GLPMDL-20456433 and LLY-GLPMDL-09760428) (Table GBDD.12.4): imbalance with increasing number of patients with Severe Vomiting in higher dose dulaglutide $(5 - 1.5mg, 3 - 0.75mg, 0 - Insulin)$; imbalance with increasing number of patients with Severe Nausea in higher dose dulaglutide $(7 - 1.5mg, 4 - 0.75mg, 0 - Insulin)$. Study GB*CF* (AWARD-5) ) (LLY-GLPMDL-00451205 (CSR) and LLY-GLPMDL-00173320 (Amended CSR) (GBCF Table.12.7): imbalance with increasing number of patients with Severe Vomiting in higher dose dulaglutide $(4 - 1.5mg, 3 - 0.75mg,$ comparator arms - 0); (Table GBCF.14.99) imbalance with increasing number of patients with Moderate Vomiting in higher dose dulaglutide $(19 - 1.5mg, 7 - 0.75mg,$ comparator arms - 5); (Table GBCF.14.100) imbalance with increasing number of patients with Severe Nausea in higher dose dulaglutide $(6 -$

single-dosing study at 1.5mg, showed a statistically significant imbalance in events of Impaired gastric emptying compared to the placebo arm with 17 events occurring in Dulaglutide treated arm and 6 events occurring in placebo for a p-value of 0.022. Adverse events with moderate and severe gastroparesis symptoms were occurring in the dulaglutide clinical trial program and, while not diagnosed as gastroparesis during the trial, either were related to the safety profile of the drug or were diagnosed as gastroparesis later.[193]

In dulaglutide Phase 2 Study GB*CZ*, a statistically significant difference was seen in the incidence of nausea, and there was a statistically significant dose response for the incidence of nausea and constipation.[194]

---

1.5mg, 2 – 0.75mg, comparator arms - 0); (Table GBCF.14.99) imbalance with increasing number of patients with Moderate Abdominal Distension in higher dose dulaglutide (3 – 1.5mg, 2 – 0.75mg, comparator arms - 1)

[193] Patient GB*DA*-104-5241 (investigator believed symptoms of vomiting that led to hospitalization "were compatible with GLP 1 effect in the gastrointestinal system and that gastroparesis was even considered before knowledge of patient receiving study drug.") (LLY-GLPMDL-00059123 at pg. 3492);; Patient GB*DD*-100-3060 ("The sub-investigator stated the event was related to dulaglutide because the patient experienced epigastralgia, nausea, and vomiting after receiving the medication.") (LLY-GLPMDL-20456433 and LLY-GLPMDL-09760428 at pg. 2034); Patient GB*DD*-200-3654 ("[t]he investigator stated that the symptoms nausea, diarrhea and vomiting were well known side effects of incretin mimetics, and that gastroenteritis was a general term for these symptoms") (H9X-MC-GBDD Clinical Study Report at pg. 2182); Patient GB*DJ*-251-10124 (discontinued from dulaglutide due to abdominal pain and then went on to suffer for four years after dulaglutide discontinuation with recurrent visits to the hospital for abdominal pain and vomiting with no identified cause until four years later, where it is then stated that "He reported that he had been diagnosed with gastroparesis by gastroenterologists when he had had these recurrent symptoms in the recent past." Symptoms were thereafter related to gastroparesis. . (LLY-GLPMDL-00926355: Discontinuation of Study Drug due to Treatment Emergent Adverse Event at pg. 128);; Patient GB*CG*-39-3907 (hospitalized for gastrointestinal symptoms and gastroscopy revealed gastric retention. In relating the event to the blinded study therapy, the investigator provided-rationale was that GLP-1 "main side effect was stomach discomfort and oral therapy did not have this kind of effect." The investigator provided several rationales explaining relatedness including: "the patient experienced upper abdomen discomfort after taking the blinded study drug"; "the patient did not change the concomitant medications when taking the blinded study drug"; "the event did not become worse after the patient took 654-2"; "the patient experienced upper abdomen discomfort on 25Dec2012 (two days after the starting of the blinded study drug)"; and "the event was not recovering after the patient took 654-2".) (LLY-GLPMDL-09043932 at pg. 565));; Patient GB*GL*-949-03396 (moderate vomiting and nausea and other gastrointestinal symptoms that led to hospitalization "In the opinion of the investigator, the event acute gastroenteritis was related to open label dulaglutide and blinded study drug but not related to study device or protocol procedure." The "rationale for relatedness to open label dulaglutide and blinded study drug: possible known side effects." ." (LLY-GLPMDL-00936603 at pg. 1226

[194] LLY-GLPMDL-07993439 at 134.

In the dulaglutide clinical trials there were dose dependent increases in the proportion of patients who discontinued from the trials due to gastrointestinal adverse events.[195]

### iv. Tirzepatide

In the pivotal trials for tirzepatide, management protocols were in place to minimize the development of intolerable gastrointestinal symptoms, which included antiemetic and antidiarrheal medications, temporary study drug interruption, discontinuation, and, in some trials, de-escalation protocols.[196] In the tirzepatide pivotal clinical trial program for Mounjaro and Zepbound, antiemetics were allowed per study to limit "intolerable" gastrointestinal symptoms and there was a dose-dependent relationship between the need for antiemetics and the tirzepatide dose.[197]

---

[195] For example, in **GB*CF*** it is stated that "[a]s expected, treatment with dulaglutide was associated with higher incidence of TEAEs in the GI system organ class (SOC), namely nausea, vomiting, and diarrhea. The incidence of vomiting was higher with dulaglutide 1.5 mg dose as compared to dulaglutide 0.75 mg." "Nausea led to discontinuation in 3% of dulaglutide 1.5 mg- and 1% of dulaglutide 0.75 mg treated patients and diarrhea led to discontinuation in 1% of dulaglutide 1.5 mg-treated patients compared with no discontinuations due to nausea or diarrhea in the sitagliptin or placebo/sitagliptin treatment arms". LLY-GLPMDL-00451205 (CSR) at pg. 394 and LLY-GLPMDL-00173320 (Amended CSR) at pg. 395.

[196] I8F-MC-GPGK (SURPASS-1) (LLY-GLPMDL-10370963 at pg. 38) *see* 3.4.1.1.4. Management of Patients with GI Adverse Events (de-escalation not permitted in GPGK); I8F-MC-GPGL (SURPASS-2) (LLY-GLPMDL-00579453 at pg. 55): *see* 3.4.1.1.3. Management of Patients with GI Adverse Events (de-escalation not permitted in GPGL); I8F-MC-GPGH (SURPASS-3) (LLY-GLPMDL-00565123 at pg. 46):: *see* 3.4.1.1.4. Management of Patients with GI Adverse Events (de-escalation was permitted); I8F-MC-GPGM (SURPASS-4) (LLY-GLPMDL-07937963 and LLY-GLPMDL-08886464 at pg. 52) *see* 3.4.1.1.4. Management of Patients with GI Adverse Events (de-escalation was permitted); I8F-MC-GPGI (SURPASS-5) (LLY-GLPMDL-10368065 at pg. 42) *see* 3.4.1.1.4. Management of Patients with GI Adverse Events (de-escalation not permitted in GPGI); I8F-JE-GPGO (SURPASS J-mono) (LLY-GLPMDL-11093721 at pg. 66) *see* 4.5.2.4. Antiemetic, Antidiarrheal, and Laxative Medications; I8F-JE-GPGP (SURPASS J-combo) "Dose modifications Gastrointestinal symptoms"; I8F-MC-GPHK (SURMOUNT-1) (LLY-GLPMDL-07745792 at pg. 36):: *see* 3.4.1.2.3. Management of Participants with Gastrointestinal Symptoms (de-escalation was permitted); I8F-MC-GPHL (SURMOUNT-2) (LLY-GLPMDL-07833864 at pg. 31): *see* 3.4.1.2.3. Management of Participants with Gastrointestinal Symptoms (de-escalation was permitted).

[197] The largest number of patients on an antiemetic medication were in the highest dose TZP 15mg group: GP*GH* (52 (14.5%) in 15mg, 36 (10.0%) in 10mg, 22 (6.1%) in TZP 5mg, compared to 1.9% in Insulin Degludec group(Table GPGH.4.8.);; GP*GP* (25 (16.9%) in 15mg, 23 (15.6%) in 10mg, 12 (8.1%) in TZP 5mg(Table GPGP.8.17.);; GP*GL*: (101 (21.5%) in 15mg, 71 (15.1%) in 10mg, 67 (14.3%) in TZP 5mg, compared to 70 (14.9%) in Sema 1mg group(Table GPGL.4.9);; GP*GM*: (63 (18.6%) in 15mg, 47 (14.3%) in 10mg, 33 (10.0%) in TZP 5mg, compared to 3.4% in Insulin Glargine group(Table GPGM.4.13);; GP*HK*: (114 (18.1%) in 15mg, 102 (16.0%) in 10mg, 89 (14.1%) in TZP 5mg, compared to 6.4% in placebo group(Table GPHK.4.10).  .  Two other trials, GP*GI* and GP*HL*, also had larger amounts of tirzepatide patients receiving an antiemetic medication than the placebo (Table GPGI.4.10 and GPHL.8.13).

In the tirzepatide pivotal clinical trials there were dose-dependent increases in the amount and severity of gastrointestinal adverse events that were observed.[198] For example, in GP*GH*, more patients discontinued study drug due to nausea, vomiting, and diarrhea in the highest dose tirzepatide (15mg) compared to 10mg and 5mg[199]. In GP*GI*, "more patients in each of the tirzepatide groups permanently discontinued study drugs due to AEs, compared with placebo" and "[t]his difference between the tirzepatide groups and placebo group incidence of AEs leading to study drug discontinuation overall was primarily due to the SOC [system organ class] of GI disorders."[200] In GP*GO*, which compared tirzepatide 5, 10, and 15mg doses compared to dulaglutide 0.75mg, "[t]he incidence of GI-related AEs leading to study drug discontinuation was higher among patients randomized to tirzepatide 15 mg (6.9%) compared with patients randomized to tirzepatide 5 mg (4.4%) and tirzepatide 10 mg (2.5%), which were higher than the incidence in dulaglutide 0.75 mg (0.6%)", demonstrating that the highest group of patients that discontinued due to gastrointestinal related adverse events were in the highest dose of the

---

[198] GP*GH*: ((Table GPGH.5.22 (numeric imbalance/dose response seen for Moderate Vomiting and Severe Vomiting, numeric imbalance/dose response seen for Moderate Nausea and there was a dose dependent increase in events of Moderate Abdominal Distension(Table GPGH.8.106).. GP*HK*: for Treatment-Emergent Severe or Serious GI Events in the Safety Analysis Set(Table GPHK.5.44),, there was a dose response and numeric imbalance in patients with nausea and vomiting (nausea: 8 patients in 15mg, 4 patients in 10mg, 4 patients in 5mg, and 1 patient in placebo; vomiting: 8 patients in 15mg, 5 patients in 10mg, 3 patients in 5mg, and no patients in placebo. GP*GL*: numeric imbalance in patients with Moderate Vomiting (20 in 15mg, 17 in 10mg, 14 in 5mg, and 19 in Sema comparator(Table GPGL.5.25)).
GP*GB* (Phase 2 study comparing three doses of tirzepatide, dulaglutide and placebo) ("Consistent with the GLP-1 RA class, gastrointestinal (GI) adverse events (AEs; nausea, vomiting, diarrhea, decreased appetite, abdominal distension) were the most commonly reported AEs by healthy subjects and patients with T2DM in Study GPGA. The GI AEs were dose-related." (LLY-GLPMDL-14500051 at pg. 36) "There was a dose-related increase in TEAEs in the LY3298176 groups due to increasing incidence of GI AEs across the dose range studied…The incidence of TEAEs was higher in the LY3298176 5-mg, 10-mg, and 15-mg groups compared with placebo. Compared to dulaglutide 1.5 mg, the incidence of TEAEs was similar in the LY3298176 5-mg group and was higher in the LY3298176 10-mg and 15-mg groups. The profile of TEAEs with LY3298176 was consistent with the safety profile of the incretin class.) (LLY-GLPMDL-14500051 at pg. 173).
[199] LLY-GLPMDL-00565123 (Table GPGH.5.55) at pg. 317
[200] LLY-GLPMDL-10368065 at pg. 219 More specifically, there was a dose increase in patients discontinuing due to nausea and vomiting with more patients at higher dose tirzepatide.

study[201]. This was also seen in GP*GK*, where more Moderate gastrointestinal adverse events led to permanent discontinuation in the 15mg group[202].

In GP*HK*, "investigators were permitted to reduce the dose of tirzepatide to a lower maintenance dose, in a blinded fashion, in participants who had persistent, intolerable GI symptoms, despite mitigation strategies."[203] There was a dose-response seen with dose reduction in the highest dose.[204]

> Dose reduction occurred in a total of 96 (5.1%) participants randomly assigned to tirzepatide. By group, dose reduction occurred in (Table GPHK.8.16)
>
> - 1 (0.2%) participant in the placebo group
> - 14 (2.2%) participants in the tirzepatide 5-mg group
> - 33 (5.2%) participants in the tirzepatide 10-mg group, and
> - 49 (7.8%) participants in the tirzepatide 15-mg group.

In the Tirzepatide Summary of Clinical Safety for Zepbound, Lilly stated "The most frequently reported TEAEs ($\geq$5%) that showed an incremental increase with higher dose groups were nausea, diarrhea, decreased appetite, vomiting, and dyspepsia. These dose-related effects are generally consistent with the dose effect analysis set in the original T2DM application",[205] which was referring to Mounjaro.

The Clinical Review for Mounjaro notes that "[s]imilarly, a dose-response relationship was observed across the phase 3 trials (AS2) for discontinuations due to AEs in the 'Gastrointestinal disorders' SOC for tirzepatide-treated subjects, with the most common PTs coded as 'Nausea', 'Diarrhoea', and 'Vomiting'…". Dose response was further observed by the FDA as "AEs of Nausea, vomiting, and diarrhea, and temporary and permanent discontinuations

---

[201] LLY-GLPMDL-11093721 at pg. 119
[202] LLY-GLPMDL-10370963 at pg. 214
[203] LLY-GLPMDL-07745792 at pg. 231
[204] LLY-GLPMDL-07745792 at pg. 231
[205] LLY-GLPMDL-09793344 at pg. 57

of IP due to GI AEs, with approximately 2.1% (108/5119) of tirzepatide-treated subjects experiencing at least one serious or severe GI AE (Table 46)."[206]

| Table 46: Tirzepatide-Treated Subjects with Gastrointestinal Disorder-Related AEs (AS2) | | | | |
|---|---|---|---|---|
| | TZP 5 mg (N=1701) | TZP 10 mg (N=1702) | TZP 15 mg (N=1716) | All TZP (N=5119) |
| Subjects completing the trial — no. (%) | 1602 (94.2) | 1592 (93.5) | 1600 (93.2) | 4794 (93.7) |
| Subjects completing the trial and treatment — no. (%)[a] | 1514 (89.0) | 1466 (86.1) | 1437 (83.7) | 4417 (86.3) |
| Subjects completing the trial on the planned dose (including subjects who discontinued IP) — no. (%)[b] | 1591 (93.5) | 1418 (83.3) | 1337 (77.9) | 4346 (84.9) |
| Subjects completing the trial on the planned dose (excluding subjects who discontinued IP) — no. (%)[c] | 1513 (88.9) | 1361 (80.0) | 1293 (75.3) | 4167 (81.4) |
| Subjects experiencing GI disorder AEs — no. (%) | 647 (38.0) | 746 (43.8) | 837 (48.8) | 2230 (43.6) |
| Subjects experiencing severe/serious GI disorder AEs — no. (%) | 40 (2.4) | 39 (2.3) | 29 (1.7) | 108 (2.1) |
| Subjects experiencing nausea, vomiting, or diarrhea — no. (%) | 377 (22.2) | 496 (29.1) | 571 (33.3) | 1444 (28.2) |
| Subjects not able to achieve the planned dose due to GI disorder AEs — no. (%)[d] | 7 (0.4) | 107 (6.3) | 181 (10.6) | 295 (5.8) |
| Subjects who permanently discontinue IP due to GI disorder AEs — no. (%) | 55 (3.2) | 74 (4.4) | 88 (5.1) | 217 (4.2) |
| Subjects who permanently discontinued IP due to GI disorder AEs prior to receiving planned dose — no. (%) | 6 (0.4) | 46 (2.7) | 59 (3.4) | 111 (2.2) |
| Subjects who permanently discontinued IP due to nausea, vomiting or diarrhea — no. (%) | 34 (2.0) | 50 (2.9) | 61 (3.6) | 145 (2.8) |
| Subjects who permanently discontinued IP due to nausea, vomiting or diarrhea prior to receiving planned dose — no. (%) | 2 (0.1) | 33 (1.9) | 42 (2.5) | 77 (1.5) |
| Subjects with dose interruptions due to GI disorder AEs — no. (%)[e] | 54 (3.2) | 77 (4.5) | 92 (5.4) | 223 (4.4) |
| Number of temporary dose interruptions due to GI disorder AEs — mean (SD)[f] | 1.4 (1.4) | 1.5 (1.9) | 1.2 (1.1) | 1.4 (1.5) |
| Number of temporary dose interruptions due to GI disorder AEs — median (IQR)[f] | 1.0 (1, 1) | 1.0 (1, 2) | 1.0 (1, 1) | 1.0 (1, 1) |
| Duration (weeks) of temporary dose interruptions for GI disorder AEs — mean (SD)[g] | 1.8 (1.4) | 2.3 (4.2) | 2.7 (6.2) | 2.3 (4.6) |
| Duration (weeks) of temporary dose interruptions for GI disorder AEs — median (IQR)[g] | 1.0 (1, 2) | 1.0 (1, 2) | 1.0 (1, 2) | 1.0 (1, 2) |
| Subjects unable to up-titrate IP as planned due to GI disorder AEs — no. (%)[h] | 11 (0.7) | 113 (6.6) | 190 (11.1) | 314 (6.1) |
| Subjects requiring dose de-escalations due to GI disorder AEs — no. (%) | 0 | 105 (12.6) | 131 (15.5) | 236 (9.4) |
| Subjects requiring concomitant medication for treatment-emergent nausea, vomiting or diarrhea | 146 (8.6) | 194 (11.4) | 249 (14.5) | 589 (11.5) |
| Subjects requiring concomitant medication(s) for treatment-emergent diarrhea — no. (%) | 79 (4.6) | 88 (5.2) | 92 (5.4) | 259 (5.1) |
| Subjects requiring concomitant medication(s) for treatment-emergent nausea/vomiting — no. (%) | 81 (4.8) | 117 (6.9) | 176 (10.3) | 374 (7.3) |

**v. Ozempic (semaglutide – injectable, diabetes)**

In Novo Nordisk Integrated Summary of Safety for Semaglutide (**Ozempic**), it states "[a] clear dose-response was evident within the following areas:

- AEs leading to premature treatment discontinuation, see Sections 2.2.2.5 (CVOT) and 2.2.3.5 (phase 3a trials excl. the CVOT)

---

[206] Tirzepatide (Mounjaro) Clinical Review at pg. 190

127

- GI AEs (primarily nausea and vomiting) including GI AEs leading to premature treatment discontinuation, see Section 2.4.6."[207]

Section 2.2.2.5 (CVOT): "The proportion of subjects who discontinued trial product prematurely due to AEs was higher with semaglutide 1.0 mg than with semaglutide 0.5 mg indicating a dose-response."[208]



Cross reference: modified from Trial 3744 (M 5.3.5.1), EOT Figure 15.3.1.107.

**Figure 2–8    Most frequent (≥0.25% of subjects) adverse events leading to premature treatment discontinuation – SAS on-treatment – CVOT**

Section 2.2.3.5 (phase 3a trials excl. the CVOT): "The proportions of subjects who discontinued treatment prematurely due to gastrointestinal disorders were higher with semaglutide (0.5 mg: 3.9%; 1.0 mg: 5.9%) than with comparators (0.9%)"[209]

---

[207] Ozempic ISS – Novo_GLP_MDL_002279383, pg. 494
[208] Ozempic ISS – Novo_GLP_MDL_002279383at pg. 125
[209] Ozempic ISS – Novo_GLP_MDL_002279383at pg. 146

128

## 7.3.97 Adverse events leading to premature discontinuation by system organ class and preferred term - summary - Ph 3a pool - on-treatment

| System organ class Preferred term | Sema 0.5 mg N | (%) | E | R | Sema 1.0 mg N | (%) | E | R | All sema N | (%) | E | R | Comparator N | (%) | E | R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N and PYE (year) | 1373 | 1165 | | | 1777 | 1548 | | | 3150 | 2712 | | | 1657 | 1467 | | |
| All events | 84 | ( 6.1) | 131 | 11.6 | 156 | ( 8.7) | 241 | 15.6 | 240 | ( 7.8) | 372 | 13.6 | 51 | ( 3.0) | 83 | 5.5 |
| Gastrointestinal disorders | 53 | ( 3.9) | 76 | 6.8 | 105 | ( 5.9) | 156 | 10.2 | 158 | ( 5.1) | 232 | 8.6 | 15 | ( 0.9) | 26 | 1.7 |
| Nausea | 21 | ( 1.5) | 21 | 1.9 | 45 | ( 2.5) | 48 | 3.1 | 66 | ( 2.1) | 69 | 2.5 | 9 | ( 0.5) | 9 | 0.6 |
| Vomiting | 7 | ( 0.5) | 7 | 0.6 | 28 | ( 1.6) | 28 | 1.9 | 35 | ( 1.2) | 35 | 1.3 | 2 | ( 0.1) | 2 | 0.1 |
| Diarrhoea | 14 | ( 1.1) | 14 | 1.3 | 27 | ( 1.5) | 29 | 1.9 | 41 | ( 1.3) | 43 | 1.6 | 1 | ( <0.1) | 1 | <0.1 |
| Dyspepsia | 3 | ( 0.2) | 3 | 0.3 | 10 | ( 0.5) | 10 | 0.6 | 13 | ( 0.4) | 13 | 0.4 | 0 | ( 0.0) | | |
| Abdominal pain | 4 | ( 0.3) | 4 | 0.4 | 8 | ( 0.5) | 8 | 0.5 | 12 | ( 0.3) | 12 | 0.4 | 3 | ( 0.2) | 3 | 0.2 |
| Abdominal discomfort | 4 | ( 0.3) | 4 | 0.3 | 6 | ( 0.4) | 7 | 0.5 | 10 | ( 0.3) | 11 | 0.4 | 0 | ( 0.0) | | |
| Abdominal distension | 3 | ( 0.2) | 3 | 0.3 | 5 | ( 0.3) | 5 | 0.3 | 8 | ( 0.2) | 8 | 0.3 | 0 | ( 0.0) | | |
| Constipation | 4 | ( 0.3) | 4 | 0.3 | 4 | ( 0.2) | 4 | 0.3 | 8 | ( 0.2) | 8 | 0.3 | 3 | ( 0.2) | 3 | 0.2 |
| Abdominal pain upper | 2 | ( 0.2) | 2 | 0.2 | 4 | ( 0.2) | 4 | 0.3 | 6 | ( 0.3) | 6 | 0.3 | 2 | ( 0.1) | 2 | 0.1 |
| Pancreatitis | 1 | ( <0.1) | 1 | <0.1 | 3 | ( 0.2) | 3 | 0.2 | 4 | ( 0.2) | 4 | 0.2 | 1 | ( <0.1) | 1 | <0.1 |
| Gastrointestinal disorder | 4 | ( 0.3) | 4 | 0.3 | 2 | ( 0.1) | 3 | 0.2 | 6 | ( 0.2) | 7 | 0.2 | 1 | ( <0.1) | 1 | <0.1 |
| Eructation | 3 | ( 0.2) | 3 | 0.3 | 2 | ( 0.1) | 2 | 0.1 | 5 | ( 0.2) | 5 | 0.2 | 0 | ( 0.0) | | |
| Flatulence | 1 | ( <0.1) | 1 | <0.1 | 1 | ( <0.1) | 1 | <0.1 | 2 | ( <0.1) | 2 | <0.1 | 0 | ( 0.0) | | |
| Gastrooesophageal reflux disease | 1 | ( <0.1) | 1 | <0.1 | 1 | ( <0.1) | 1 | <0.1 | 2 | ( <0.1) | 2 | <0.1 | 1 | ( <0.1) | 1 | <0.1 |
| Epigastric discomfort | 0 | ( 0.0) | | | 1 | ( <0.1) | 1 | <0.1 | 1 | ( <0.1) | 1 | <0.1 | 0 | ( 0.0) | | |
| Pancreatitis chronic | 0 | ( 0.0) | | | 1 | ( <0.1) | 1 | <0.1 | 1 | ( <0.1) | 1 | <0.1 | 1 | ( <0.1) | 1 | <0.1 |
| Regurgitation | 0 | ( 0.0) | | | 1 | ( <0.1) | 1 | <0.1 | 1 | ( <0.1) | 1 | <0.1 | 0 | ( 0.0) | | |
| Pancreatitis acute | 3 | ( 0.2) | 3 | 0.3 | 0 | ( 0.0) | | | 3 | ( <0.1) | 3 | 0.1 | 1 | ( <0.1) | 1 | <0.1 |
| Gastric ulcer | 1 | ( <0.1) | 1 | <0.1 | 0 | ( 0.0) | | | 1 | ( <0.1) | 1 | <0.1 | 0 | ( 0.0) | | |
| Faeces discoloured | 0 | ( 0.0) | | | 0 | ( 0.0) | | | 0 | ( 0.0) | | | 1 | ( <0.1) | 1 | <0.1 |

Section 2.4.6. Semaglutide dose-response evaluation – CVOT and phase 3a, non-GLP-1 RA Subset: "The proportion of subjects with GI AEs (including nausea, diarrhoea, vomiting, and dyspepsia) and particularly the rate of GI AEs were lower with the low dose of semaglutide (0.5 mg) than the high dose (1.0 mg) throughout the clinical development programme, with the exception of trial 3623 (semaglutide monotherapy vs placebo)".[210]

"The proportion of subjects with GI AEs leading to premature treatment discontinuation of semaglutide also appeared to be dose-related, with less subjects prematurely discontinuing treatment on semaglutide 0.5 mg than with semaglutide 1.0 mg".[211]

While it is stated that a dose-relationship may not have been seen for gastrointestinal SAEs or severe GI AEs (and similar statements seen for other products below), one would not

---

[210] Ozempic ISS – Novo_GLP_MDL_002279383at pg. 188
[211] Ozempic ISS – Novo_GLP_MDL_002279383at pg. 188

necessarily expect this with such dose-response evidence of patients discontinuing from these trials due to the above mentioned gastrointestinal symptoms.

### vi.  Rybelsus (oral semaglutide, diabetes)

In Novo's Integrated Summary of Safety for Semaglutide (**Rybelsus**), it states that "[i]n the phase 3a trials, a dose response with oral semaglutide was observed on:

- GI AEs (e.g. nausea, diarrhoea and vomiting);

- Other AEs directly related to semaglutide's mode of action (decreased appetite and weight decreased)."[212]

The Integrated Summary of Safety for Semaglutide (Rybelsus) additionally acknowledges that "GLP-1 RAs are known to have a dose-dependent increase in some gastrointestinal AEs (e.g. nausea, vomiting and diarrhoea) and on other AE types directly or indirectly related to the mechanism of action of semaglutide (e.g. decreased appetite)."[213] This was supported, as noted by Novo, "by exposure- response analyses for liraglutide 3.0 mg for weight management (Saxenda®) and semaglutide s.c. for T2D where a clear exposure-response in reporting of AEs of gastrointestinal disorders was seen (i.e. increasing occurrence of Nausea and Vomiting with increasing exposure)."

Also, there was a dose increase relationship observed for patients on higher dose that led to premature product discontinuation "oral semaglutide 3 mg (5.6% and 4.7%) and 7 mg (5.8% and 6.5%) compared to the 14 mg dose (11.6% and 10.4%), in the PIONEER 3 trial and the placebo dose pool respectively." Novo further stated that "Gastrointestinal AEs accounted for the majority of AEs leading to premature trial product discontinuation, driven by nausea, diarrhoea,

---

[212] Rybelsus ISS – Novo_GLP_MDL_RYB_NDA_001006091, pg. 87
[213] Novo_GLP_MDL_RYB_NDA_001006091 at pg. 85

and vomiting... Most of the AEs leading to treatment discontinuation occurred during the initial 9–18 weeks after initiation of treatment. Hence most of the AEs leading to premature trial product discontinuation occurred while subjects were escalating their oral semaglutide doses or soon thereafter…"[214]

### vii. Wegovy (semaglutide injectable – weight management)

In Novo's Integrated Summary of Safety for Semaglutide (**Wegovy**), "[b]ased on the phase 3a trial with two semaglutide dose levels (1.0 mg and 2.4 mg) and the phase 2 dose-finding trial, a dose-response effect of semaglutide was seen for:

- AEs of gastrointestinal disorders (e.g. Nausea, Diarrhoea, Vomiting, Constipation and Eructation),

- AEs of Decreased appetite (related to semaglutide's mode of action) and Fatigue."[215]

The Integrated Summary of Safety for Semaglutide (Wegovy) additionally acknowledges that "GLP-1 RAs are known to have a dose-dependent increase in some gastrointestinal AEs (e.g. Nausea, Vomiting and Diarrhoea) and on other AE types directly or indirectly related to the mechanism of action of semaglutide (e.g. Decreased appetite)."[216] This was supported, as noted by Novo, "by exposure- response analyses for liraglutide 3.0 mg for weight management (Saxenda®) and semaglutide s.c. for T2D where a clear exposure-response in reporting of AEs of gastrointestinal disorders was seen (i.e. increasing occurrence of Nausea and Vomiting with increasing exposure)."

---

[214] Novo_GLP_MDL_RYB_NDA_001006091. at 85-86
[215] Wegovy ISS – Novo_GLP_MDL_016161577, pg. 3
[216] Novo_GLP_MDL_016161577, at 93-94

Table 2-11    SOCs and PTs indicating dose-response – on-treatment – STEP 2

| | Sema 1.0 mg | | | | Sema 2.4 mg | | | | Placebo | | | |
| | N | (%) | E | R | N | (%) | E | R | N | (%) | E | R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of subjects | 402 | | | | 403 | | | | 402 | | | |
| Exposure time (years) | 529.8 | | | | 533.0 | | | | 528.3 | | | |
| Dose-dependent increase | | | | | | | | | | | | |
| Gastrointestinal disorders | 231 | (57.5) | 724 | 136.7 | 256 | (63.5) | 924 | 173.3 | 138 | (34.3) | 262 | 49.6 |
| Vomiting | 54 | (13.4) | 93 | 17.6 | 88 | (21.8) | 188 | 35.3 | 11 | (2.7) | 12 | 2.3 |
| Constipation | 51 | (12.7) | 70 | 13.2 | 70 | (17.4) | 82 | 15.4 | 22 | (5.5) | 26 | 4.9 |
| Eructation | 11 | (2.7) | 16 | 3.0 | 16 | (4.0) | 21 | 3.9 | 1 | (0.2) | 1 | 0.2 |
| General disorders and administration site conditions | 51 | (12.7) | 69 | 13.0 | 69 | (17.1) | 93 | 17.4 | 46 | (11.4) | 61 | 11.5 |
| Fatigue | 19 | (4.7) | 26 | 4.9 | 28 | (6.9) | 29 | 5.4 | 4 | (1.0) | 4 | 0.8 |
| Metabolism and nutrition disorders | 50 | (12.4) | 71 | 12.5 | 59 | (14.6) | 69 | 12.0 | 53 | (13.2) | 63 | 11.1 |
| Decreased appetite | 29 | (7.2) | 34 | 6.4 | 38 | (9.4) | 41 | 7.7 | 15 | (3.7) | 17 | 3.2 |

Number of events, R: Event rate per 100 years, PYE: The duration of the on-treatment period in years. Adverse events with onset date during on-treatment period. A time-point is considered as on-treatment if any dose of trial product has been administered within the prior 49 days. MedDRA version 22.1.

**viii.    Saxenda (liraglutide – injectable, chronic weight management)**

In Novo's Integrated Summary of Safety for Liraglutide (**Saxenda**), "[a] dose-response relationship was only noticeable among the GI AEs", this is characterized by Novo that for the clinical development program for liraglutide 3.0mg (weight management), the only suggestion for "clear dose-response relationship" was for GI AEs.[217]

### 2.1.19.2    Gastrointestinal disorders by liraglutide dose

The proportion of subjects reporting 'gastrointestinal disorders' (including nausea, vomiting, constipation, dyspepsia, and diarrhoea) increased with increasing doses of liraglutide (1.2 to 3.0 mg) in trials 1807 and 1922 (Table 2–121 and Table 2–122). A dose-related increase in proportion of subjects reporting 'gastrointestinal disorders' and in the rate of these events has also been consistently seen in the clinical development programme for liraglutide in T2DM.

---

[217] Saxenda ISS – Novo_GLP_MDL_004799356, pg. 390

### ix. Opinion

A dose response relationship between increased dosing of these medications and gastrointestinal adverse events including, importantly, symptoms that are typical of gastroparesis, is essentially not disputed. The sponsors themselves acknowledge it and the evidence is clear. As to the relevance of the symptoms, Eli Lilly for example accurately characterized the meaningfulness of certain symptoms in its Safety Topic Report.[218]

**Topic of Interest: Gastroparesis**

Gastroparesis refers to a collection of disorders of varied etiologies in which gastric emptying is impaired or delayed, without evidence of obstruction. Symptoms include early satiety, nausea, vomiting, bloating, upper abdominal discomfort, postprandial fullness, and weight loss. A typical pattern is for patients to exhibit late postprandial vomiting of undigested or only partially digested food.

Usually, there is a more profound effect on the emptying of solid meals and patients can tolerate liquid feeding quite well (Barrett 2014; Huppert and Dyster 2021).

These symptoms, of course, are seen throughout the clinical trials as pointed out in this section and above. Moreover, the increased instance of clinical trial discontinuances for gastrointestinal adverse events and the increased need for antiemetic therapy to permit patients to tolerate therapy suggests that the higher the dose the more severe the event.

Dose response is one of the criteria of a Bradford Hill analysis that, when present, strongly points to a causation conclusion and it is met here.

## Biologic Plausibility

Ascertaining the exact biologic causal mechanism by which the potential effect under evaluation is a Bradford Hill consideration that is explicitly *not* required. This is because the state of medical and scientific knowledge might not have sufficiently advanced to determine this

---

[218] Tirzepatide (LY3298176) Abbreviated Safety Topic Report: Gastroparesis, Reporting Period: Cumulative through 24 July 2023, Eli Lilly & Company (LLY-GLPMDL-10117072))

133

at the time causality is determined. With GLP-1 agonists, however, the biologic mechanism is in fact known because the effects of native GLP-1 are well known. It is not a supposition as to whether GLP-1 drugs can cause delay in gastric emptying. It is in fact a mechanism of the drugs' action. The precise mechanism underlying impairment of gastric emptying (i.e., gastroparesis) with native GLP-1 or pharmacologic GLP-1 agonists is due to the binding of the drugs (or native GLP) to GLP-1 receptors. As was mentioned previously, although gastric mucosal cells express GLP-1 receptors (that primarily mediate secretory effects) the predominant pathway by which GLP-1 agonists (or native GLP) impact gastric motility is neurally mediated. Gastric vagal nerve or intrinsic neural plexus dysfunction leads to disordered proximal stomach motility failure of antral grinding, and elevated pyloric tone leading to early satiety and delayed emptying of gastric contents and frank gastroparesis in some patients. As Eli Lilly concluded in a regulatory filing regarding dulaglutide: "Delayed GE is a known effect of GLP-1 RAs including dulaglutide. Consistent with the mechanism of action of dulaglutide, the CT data showed that events of potential gastroparesis were higher in the dulaglutide arm versus comparators, including placebo."[219] In my opinion, there is no doubt that there is not just a biologically *plausible* mechanism for a severe impairment of gastric emptying resulting in gastroparesis, but a *known* mechanism. Together with the evidence already discussed, the mechanistic knowledge carries the causal analysis forward toward a final causal conclusion.

## **Consistency**

In evaluating a causation question, it is important that there be more than one line of evidence available. In this matter, there are different lines of evidence that support causation and

---

[219] "Regulatory Response: Information Request: Aspiration during General Anesthesia and Deep Sedation LY2189265 (dulaglutide)" LLY-GLPMDL-08233965, at pg. 53

134

there is no line of evidence that refutes it or even calls it seriously into question. There is a large volume of evidence from clinical trials as discussed extensively above. These trials were quite heterogenous. They were in similar but of course different populations and in many different locations and countries, and conducted not only by different investigators but by two different pharmaceutical companies. The observational study findings and associations were, as noted, conducted by many different scientists at different centers, looking at different data sources and populations, with different methods and controls. It should be noted that GLP-1 agonists in these studies showed a consistent effect which differed from other drug classes also used for weight loss and/or diabetic control (i.e., bupropion naltrexone or SGLT-2 inhibitors). Though they provide lower level evidence *standing alone*, the peer reviewed case reports provide an additional line of evidence. And then, there were the dechallenge reports as well, which although also only described in case reports, also effectively provide another line of evidence. I know of no published animal evidence that supports or contradicts the gastroparesis effect of GLP-1 agonists, Finally, as discussed above, the metanalyses of clinical trials all had important limitations because of the manner in which they selected the trials under consideration. Most notable is the restricted analysis of only "serous" cases (mainly those causing hospitalization or death), underpowering for the specific study endpoints and restrictive enrollment. In any event, these metanalyses do not counter the body of other consistent evidence.

## **Coherence**

Consideration 7 states that the cause-and-effect interpretation of the data should not seriously conflict with the generally known facts of the natural history and biology of the disease under consideration. Coherence between epidemiological and other findings increases the likelihood of an effect. Here, the epidemiological evidence supporting the association between

135

GLP-1 agonist therapy and gastroparesis or gastroparesis-like symptoms is consistent with the biologic plausibility of the putative mechanism of action of the drugs as well as with direct experimentation utilizing validated testing of gastric emptying and differences between symptoms of gastroparesis in patients on drug versus placebo in pivotal trials. In other words the assertion that GLP-1 agonists have these effects is consistent and logical.

## Specificity

There is no clear specificity with GLP-1 agonist exposure and drug-induced gastroparesis, since other drugs and various disease states can also cause gastroparesis. In other words, we do not only see gastroparesis with the use of these medications. However, there is a specific association between GLP-1 agonism and gastroparesis in comparison with other weight loss or diabetic therapies that do not appear to cause the condition and if they do, it is clearly less common. That said, gastroparesis defined as a severe impairment of gastric emptying with clinical consequences occurring in some patients that resolves upon removal of the causative agent, GLP-1, is nearly unique from my review and in my experience. Opioid use can also cause this serious albeit relatively transient adverse event, but it is not an adverse event that is seen across a multitude of medications. Other established causes of gastroparesis such as connective tissue disorders, diabetes mellitus or post-surgical GP are generally not reversable conditions. Still, it cannot be said that GLP-1 agonists completely fulfill the specificity consideration. Yet, as is clear in this methodology, specificity is not only not required, it is to be rarely expected and if it truly does exist, it can potentially stand alone in proving causation.

## Analogy

Analogy is a somewhat confirmatory consideration in the analysis. In other words, do we see the same event or similar events with other exposures, thus informing us that the event being

136

caused by an exposure is not entirely novel. Gastroparesis with opioid use is certainly analogous. Although the biologic mechanism is different, opiates do bring about a drug induced gastroparesis that can be clinically relevant and cause symptoms such as vomiting that resolve over time following drug cessation. There are many other medications too that are also implicated in causing gastroparesis, such as certain anti-depressants, calcium channel blockers, anti-histamines and others. Therefore, it is not extraordinary that a medication can cause a gastroparesis while exposed, and this consideration is thus met.

**QUESTION 2: Do GLP-1 inhibitors cause prolonged symptoms of gastroparesis in some patients after the drug has been withdrawn and if so, what is the mechanism for that effect?**

As indicated above, I utilized the Bradford Hill criteria to assess the evidence and answer this question.

## Methodology

The application of the Bradford Hill Methodology is the same as discussed above for question one

## Evaluation of Study Applicability

The evaluation of study applicability stated above applies to a review of this question as well.

## Definition of Prolonged

In addressing this question, the term prolonged is defined as being continued Gastroparesis diagnosis or report of symptoms listed in the Gastroparesis Cardinal Symptoms

Index[220] for more than 6 months following cessation of GLP-1 treatment where an episode of acute and medically treated gastroparesis (Index Event) occurred post commencement of GLP-1 use. I chose six months on the basis that if the acute onset of gastroparesis is severe, then some continuing symptoms might be sensed or perceived by patients for some time after cessation but complete resolution of even perceived continued symptoms should, in my opinion, occur within 6 months at the outside. There is of course great patient variability but even those agents with the longest half lives should clear almost all drug within 6 weeks. Therefore, 6 months from cessation is somewhat longer than what would be expected for continued symptoms in most patients, but individual patient variability, sensitivity, symptom awareness and tolerance, and perhaps other facts not fully evaluated, must be considered and could, in my opinion, cause a patient to still have some symptoms months after cessation. Beyond 6 months, however, would be highly unlikely and certainly need complete review.

**Temporality**

There are no cases reported in the literature and therefore an analysis of temporality cannot proceed at this time. No records for patients who may claim symptoms beyond 6 months have been made available to me, and I have been advised that such an evaluation is not permitted at this time for the purposes of including it in this report.

---

[220] Revicki, D. A., Rentz, A. M., Dubois, D., Kahrilas, P., Stanghellini, V., Talley, N. J., & Tack, J. (2003). Development and validation of a patient-assessed gastroparesis symptom severity measure: the Gastroparesis Cardinal Symptom Index. *Alimentary pharmacology & therapeutics*, *18*(1), 141–150. https://doi.org/10.1046/j.1365-2036.2003.01612.x

There simply is no reported literature of any kind that has investigated the question of prolonged or permanent gastroparesis injury with these medications. Therefore, a starting point would be to evaluate the patients whose records report that this is happening, conduct an examination and testing to create a differential diagnosis on the presentation to determine if: (a) the Index Event was caused by the GLP-1 use; (b) there was no evidence of preexisting gastroparesis (or risk factor for it) to confound the determination; (c) whether there is any other potential cause for the prolonged injury through a full work up. Because, in my opinion, GLP-1 medications can cause gastroparesis, and I think this is generally accepted, a complete work up of a patient in this manner could potentially yield a conclusion, to a reasonable degree of medical certainty, that the prolonged injury was caused by a GLP-1 caused Index Event or not. For example, an isolated GES result cannot be construed as a positive or negative analysis. However, if there were another GES at say, 8 weeks, showing a continuing delay in emptying and then another at say, 6 months still showing a delay albeit less so, then, *in conjunction with a complete additional evaluation of the history and test results,* theoretically a conclusion could be drawn that the Index Event was still having an effect. To emphasize, however, this type of analysis must be done on an individual patient by patient basis.

## Strength of association

There are no observational or other studies that have directly examined the issue of prolonged gastroparesis following cessation of GLP-1 use and therefore there are no reported statistically significant associations.

## Experiment

There is no evidence in the clinical trials reviewed nor in the published literature directly reporting and addressing prolonged cases.

## Biological gradient

The dose response relationship evidence discussed above would apply to the onset of an Index Event but there has been no evaluation in the literature of whether or not higher doses are implicated in patients with prolonged injury.

## Biologic Plausibility

There is no literature that reports on a potential mechanism for prolonged injury. However, for example, in my opinion, research into whether the patients who seem to be suffering from prolonged injury are experiencing a continued disruption of their intestinal microbiome that is in turn signaling symptoms and/or gastric emptying to persist would be appropriate. I say this because native GLP is known to inhibit gastric acid production in the stomach which in turn leads to disruption of the normal gastric barrier to ingested microbes promoting bacterial overgrowth and dyspepsia as occurs naturally in patients with pernicious anemia, a condition associated with achlorhydria. One approach to researching this would be to treat one set of patients with antibiotics and compare them to another set of untreated patients with or without breath testing or even duodenal microbial aspirate testing before and after therapy. Beyond that, however, delayed gastric emptying through a mechanism of microbiome disruption itself remains theoretical.

## Consistency

There is no evidence to utilize this consideration.

## Coherence

Based upon the current state of the published literature, and absent an extensive evaluation of patients who are presenting with prolonged injury beyond the Index Event, coherence with existing medical knowledge cannot be evaluated.

## Specificity

There is no evidence that a prolonged effect would be specific to GLP-1 agents.

## Analogy

There are no medications that are reported to cause or potentially cause a prolonged gastroparesis injury after drug cessation.

## Conclusion

An application of the Bradford Hill methodology to this question compels the conclusion that, at this time, causality of prolonged symptoms of gastroparesis after cessation of a GLP-1 drug cannot be supported. In my opinion, however, a careful and detailed evaluation of individual patients might lead to a conclusion of causality of the prolonged symptoms based upon general medical and gastroenterological evaluation and a careful development of a differential diagnosis.

**QUESTION 3: At what if any time did the available evidence establish reasonable evidence of a causal association between the use of GLP-1 agonists and drug induced gastroparesis?**

**Method**

The method I utilized is set forth at the outset of this report.

## Dulaglutide

### i. Clinical Trials

The evidence fully set forth in this report regarding the Eli Lilly clinical trials is of course applicable to the consideration of whether at some point in time there was already reasonable evidence of a causal association between the use of Dulaglutide and impaired gastric emptying. A summary of some of that evidence is provided below for ease of reference but the entirety of the evidence outlined above is applicable here.

## <u>Lilly Clinical Trial Evidence – Dulaglutide</u>:

    a.  Phase 1 Evidence

        i.    Patient 1209 in a Phase 1 trial demonstrated a positive dechallenge, gastric emptying scintigraphy study – the only one – couldn't be completed because the patient was too asthenic to undergo testing and was unable to retain or complete ingestion of the test meal

    b.  Phase 2 Evidence

        i.    GB*CZ*, ***a statistically significant difference was seen in the incidence of nausea, and there was a statistically significant dose response for the incidence of nausea and constipation.***

        ii.    GB*GJ* "The incidences of nausea, dyspepsia, abdominal pain, eructation, gastroesophageal reflux disease (GERD), and decreased appetite were generally greater in the 3 dulaglutide groups than in the placebo group ***(overall pvalues <0.05, all).***"

            1.  Majority of the patients who discontinued study treatment were due to an adverse event in the gastrointestinal disorders system organ class ("SOC"), with nausea, diarrhea,

142

and vomiting seen as the most frequent events that necessitated discontinuation from the study.

    iii.    GB*DN Statistically significant results were seen for both nausea and decreased appetite.*

        1.  Nausea and vomiting were two of the three most frequent treatment emergent adverse events leading to discontinuation from the study.

    iv.    GB*CJ* The most frequently reported treatment emergent adverse events, reported by greater than or equal to 5% of patients, were nausea, diarrhea, abdominal distension, constipation, abdominal pain, nasopharyngitis, and vomiting. These events were "arithmetically more frequent in the LY2189265 [dulaglutide]-treated patients." *For the Gastroparesis Cardinal Symptom Index, "[s]tatistically significant changes were observed in all LY2189265 [dulaglutide] treatment groups for postprandial fullness and nausea and vomiting, and in the LY2189265 [dulaglutide] 1.0/1.0 and 1.0/2.0 mg treatment groups for bloating.* Changes in the placebo group were only statistically significant for bloating and fullness." Of the 12 patients who discontinued due to an adverse event, 5 were due to a gastrointestinal event (nausea, upper abdominal pain, or abdominal pain).

    c.  Phase 3 Evidence

Docusign Envelope ID: 192FA979-FDE6-4C1D-AB3E-A6E832193D1B

i.   *GBCF Rechallenge Case* (Patient GBCF-14-752) not strong rechallenge case under the current inquiry, but it is nevertheless some additional evidence of clear effect by the drug on the stomach.

ii.   GBDA-104-5241 (vomiting caused hospitalization + dehydration; **The investigator explained that the symptoms were compatible with GLP 1 effect in the gastrointestinal system and that gastroparesis was even considered before knowledge of patient receiving study drug.**)

iii.   **GBDB (AWARD-2)** "[g]astrointestinal disorders are a known side effect of GLP-1 receptor agonists."

1. Thirty patients discontinued study drug due to an adverse event and 21 were gastrointestinal related. By week 78, 41% of the dulaglutide 1.5mg dosing had experienced at least one GI adverse event, compared with 17.6% of Glargine patients, and 6.6% had experienced vomiting as compared to 1.1%.

iv.   **GBDC**

1. *As discussed above the Award 3 trial and it's collection of the Gastroparesis Cardinal Symptom Index is evidence of causation.*

v.   **GBDD** Statistically significant findings for treatment emergent adverse events by maximum severity were seen for

144

abdominal pain upper, diarrhoea, dyspepsia, nausea, and vomiting.

Early satiety was only seen in the dulaglutide arm (.75mg).

### vi. GB*CG* CN201212008374 / Patient GBCG-39-3907

(positive dechallenge)

### ii. Biological Gradient or Dose Response – Dulaglutide

I will not again recite the extensive evidence regarding dose response but it is applicable here as well.

### iii. Post Marketing Evidence Regarding Dulaglutide

Once dulaglutide was marketed, the existing volume of evidence was augmented by the post marketing adverse event reports. These real-world reports established that there was a causal association with dulaglutide and impairment of gastric emptying.

Spontaneous post-marketing adverse events are events that are reported to the company after a drug has come to market. These adverse event reports are typically collected by the drug manufacturer and then must be reported to the FDA. These reports may be made by health care professionals treating patients who have suffered from an adverse event that they believe could be related to the drug, pharmacists, and by patients themselves. These post-marketing reports can provide information as to whether a drug is causally associated with a particular adverse event and are particularly helpful if the adverse event was not identified in pre-market studies of the drug.

I am very familiar with post-marketing adverse event reports personally and in my role serving on the FDA's Advisory Committee for GI drugs. As part of my review here, I asked for and reviewed post-marketing adverse event reports for the Lilly's GIP drugs.

145

When assessing the strength of an individual post-marketing adverse event report for assessing causation, physicians and health care providers will generally consider temporality, biological plausibility/consistency with the known effects of the drug or related drugs, evidence of rechallenge and dechallenge, and whether there are other possible causative factors that could have caused or contributed to the event.[221] In addition, whether a reporting physician has opined as to the likelihood for causality as the role of clinical judgment is an important consideration for causal association assessment.

Post-marketing spontaneous adverse event reports are an important line of evidence, but this evidence also presents significant limitations. Often times, and particularly as seemed to occur with Eli Lilly, adverse event reports were communicated from physicians to pharmaceutical sales representatives who would then pass the report to Eli Lilly second-hand. The amount of information collected and the failure for there to be any follow-up also means that significant information concerning a patient's medical history would be missing and even when information was provided, there is no certainty as to whether it was accurate or complete. In addition, information related to the dose and duration of the medication at issue may be missing as well as whether a patient discontinued use of the drug. Such adverse event reporting is only a snapshot in time that does not follow the patient and generally there is very little if any follow-up that is done with respect to whether the patient recovered or not. Due to the limited information provided in many post-marketing adverse event reports, drawing *causation* conclusions from adverse event reports can be challenging if not impossible. Nonetheless, as a body of evidence post-marketing events provide important information that can inform the question of whether reasonable evidence

---

[221] These cardinal features of causation assessment are contained within the Bradford Hill criteria for causation assessment and generally accepted principles within the medical community. As stated, they should also be utilized for a causal association review, which can be reached without the statistically significant risk findings that are usually, but not always, required of a determining causation.

146

of causal association exits, and these reports are recognized as playing a key role in concluding if it exists or not.

In this case I asked to review post-marketing adverse event reports for both dulaglutide (Trulicity) and tirzepatide (Mounjaro and Zepbound). In accordance with the accepted methodology for assessing adverse event reports, I assessed the post-marketing adverse event reports for temporality, dechallenge and rechallenge, the presence of dose-dependent impacts, any evidence of alternative causes due to concomitant medications and disease, medical history and pre-existing diseases. I further took into consideration the reporting health care provider's assessment of causation and whether the assessment was also agreed to by Lilly and if Lilly did not agree the reason for Lilly's disagreement.

The dulaglutide adverse events reviewed spanned well over a decade. The reports below are not the sum of all reports reviewed but are those that considered to best demonstrate the above causality criterion.

The first adverse event report of some relevance appears in November 2014. [222] Here, Lilly received a spontaneous report by a 67-year-old male consumer[223] who reported gastrointestinal symptoms consistent with impaired gastric emptying shortly after starting dulaglutide. The patient's medical history was notable for a heart transplant, and concomitant medications are listed to include insulin and a medication (unspecified) related to the heart transplant. The patient began dulaglutide on November 20, 2014; the report does not state what dose. Shortly after beginning

---

[222] US201412000967

[223] In general, the adverse event reports that I have considered and included here are reported by physicians and health care reports. I have included this patient's case report because it occurs shortly after dulaglutide comes on the market, and at a time when physicians may not have been so aware of dulaglutide's capacity for causing extreme gastric adverse events. In my opinion, however, adverse event reports from treating health care providers often carry more weight necessarily because of the physician's medical expertise and familiarity with the patient's medical history and presentation.

147

dulaglutide, he experienced upper-abdominal pressure, belching, diarrhea, and flu-like symptoms, among other symptoms. It was reported to Lilly that the patient experienced "stomach issues" and a "very slow system that does not empty very fast" and that "his kidney numbers were not very good". The event was coded under the following non-serious preferred terms: renal impairment, heart rate irregular, gastrointestinal disorder, abdominal discomfort, malaise, eructation, diarrhoea, influenza, impaired gastric emptying, heart rate increased, blood glucose decreased. The report states it was "unknown what treatment, if any, was provided and the outcome of the events was not reported." The patient discontinued dulaglutide on approximately November 23, 2014, which was reported as "eight or nine days prior to 01Dec2014." The consumer-patient reporting his symptoms to Lilly was, unsurprisingly, unsure as to whether dulaglutide was the cause of his significant gastrointestinal issues. The case is illustrative of the gastric adverse events that were frequently seen in the clinical trials and while the consumer is presumably not a physician, the patient is reporting symptoms consistent with delayed gastric emptying that are so significant as to cause him to contact the drug company.

Shortly thereafter, in January 2015, a treating endocrinologist reported to a Lilly pharmaceutical representative that a 45-year-old female patient under their care had suffered significant nausea and vomiting requiring hospitalization. The patient had been treated with dulaglutide for Type 1 diabetes and the report states that the patient had a medical history of "symptoms consistent with gastroparesis prior to 1995." Nonetheless, when dulaglutide treatment was stopped and after the patient was released from the hospital, the report indicates that "the patient was doing better" indicative of a positive-dechallenge. Notably, the treating "endocrinologist related the events to dulaglutide."[224] This case is noteworthy because of the

---

[224] US201501003027 (LLY-GLPMDL-12643183, pg. 31)

patient's age and the severity of symptoms, but long-standing gastroparesis existing for ten years prior would be consistent with diabetic gastroparesis even with the relative youth of the patient.

In March 2015, Lilly received another report from a treating physician also reporting on a patient who suffered a serious adverse event while taking dulaglutide.[225] In this case, a female patient of unknown age and ethnicity started taking 0.75 mg for type 2 diabetes of an unknown duration. The patient's dose was increased to 1.5 mg on an unknown date at which point the patient experienced "extreme nausea and violent vomiting with this new dose and was hospitalized."  It was further reported, that "on an unknown date, following physician guidance, the patient restarted treatment with dulaglutide 0.75 mg. It was reported that patient had been hospitalized for 2 weeks and as of 04Mar2015, patient was still at hospital."

In March 2015, Lilly received another adverse event report from a physician assistant by way of a pharmaceutical representative for Lilly. [226] The adverse event involved a 65-year-old female treated with dulaglutide at an unknown dose and frequency. No medical history or concomitant medications were reported and the start date and indication for usage was also not reported. While on dulaglutide the patient reportedly "experienced nausea, no appetite, and gastroparesis." Corrective treatment is not stated in the report and details surrounding whether the patient recovered is unknown. "Dulaglutide therapy was discontinued." The reporting physician assistant "did not provide an opinion of relatedness." The event was coded under the preferred terms: impaired gastric emptying, nausea, and decreased appetite, all non-serious.

In April 2016, Lilly received a serious adverse event report from a treating doctor concerning a male patient born in 1972 without "pre-existing gastric disease like gastroparesis,

---

[225] US201502004172 (LLY-GLPMDL-14027363, pg. 257)
[226] US201503008454

nausea, vomiting, and diarrhea."[227] Medical history included hyperlipoproteinemia and concomitant medications included insulin glargine, metformin, and simvastatin. Baseline labs were reported: cholesterol 233 and blood glucose of 78 with Glycosylated hemoglobin (hbA1C) of 8.9. Concomitant medications included insulin glargine, metformin, and simvastatin. As reported by the patient's physician, after receiving the initial dulaglutide dose of 1.5mg, "the patient experienced nausea and persistent vomiting without diarrhea and was found to have intestinal atony further clarified as gastric atony, which caused dehydration for which the patient was hospitalized." The event was initially coded as paralytic ileus and then updated to gastric atony. Gastric atony is a medical synonym for gastroparesis although not as commonly used in the United States. The diagnosis is reported to have been made clinically rather than by the use of diagnostic testing such as GES. The event was coded under the preferred terms: gastric atony (serious), dehydration (serious), blood glucose increased (serious), and blood glucose decreased. The patient was treated with metoclopramide, calcium acetate, magnesium acetate, potassium acetate, sodium acetate, and sodium chloride (NaCl). The physician assessed causation for the patient's gastric atony, dehydration and hospitalization as related to the patient's use of dulaglutide. This report is notable for the sudden and severe gastric injury that occurred in a patient who had no pre-existing gastrointestinal disease. The physician reporting the serious adverse event specifically reported that patient had no such medical history. While certainly the patient had diabetes there is no evidence that the diabetes had progressed to such a stage as to cause diabetic gastroparesis. At the time of this report, the dulaglutide label warned physicians about use of the drug in patients with severe gastrointestinal disease and that the drug had not been tested in patients with pre-existing gastroparesis.

---

[227] DE201604009322

In July 2015, Lilly received a serious spontaneous adverse event report from a physician assistant concerning a 55-year-old Caucasian male patient who experienced "intractable nausea and vomiting" necessitating hospitalization.[228] The patient had a reported medical history of Burkitt's lymphoma (in remission) and cholecystectomy. Concomitant medications included glibenclamide, metformin, and atorvastatin. On June 9, 2015, the patient began dulaglutide (Trulicity) 0.75 mg weekly for his type 2 diabetes. At some point shortly thereafter, the patient developed "intractable nausea and vomiting" and after approximately three doses, the patient required hospitalization at which point he was "diagnosed with gastroparesis, described as diabetic gastroparesis." At the time of hospitalization, the patient had a glycosylated hemoglobin of 7.7. Diagnostic testing results were not provided with the report. Corrective treatment included discontinuing dulaglutide and hydration at which point the patient recovered (positive-dechallenge). The reporting physician reported that the event of gastroparesis was likely related to the patient's use of dulaglutide. While diabetes is a risk factor for gastroparesis, diabetic gastroparesis presents and develops over many years. A patient's pre-existing diabetes could make the patient more prone to the development of gastroparesis, but the onset of this patient's symptoms with the administration of dulaglutide **and the resolution of those symptoms** following its withdrawal support the causative role of dulaglutide in causing the gastroparesis. This conclusion is also consistent with the report's causality assessments where both the patient's physician and Lilly assessed the patient's gastric injuries and hospitalization to be causally related to the patient's use of dulaglutide.

In August 2015, Lilly received a spontaneous report by an endocrinologist who described a male patient who suffered from a bezoar after taking (Trulicity) 0.75 mg weekly for type 2

---

[228] US201507003131

151

diabetes.[229] No specific details regarding the patient's age, medical history, or concomitant medications were provided. The duration of treatment is not reported. The treating physician discontinued dulaglutide and initiated unspecified antibiotic therapy as corrective treatment. Following discontinuation of the drug, the patient recovered (positive-dechallenge). The physician related the event to dulaglutide use and the "Causality As Determined Result" was noted "Yes".[230] Bezoar formation can be a consequence of severe delayed gastric emptying and in this case was believed by the physician to have been due to the dulaglutide treatment. While in this particular report the bezoar is treated solely with antibiotics, in a recent published case report involving a patient with suspected gastroparesis secondary to tirzepatide, the patient suffered a persistent bezoar extending throughout the stomach requiring hospitalization and multiple attempts with medical intervention were required to remove the bezoar.[231]

In September 2015, Lilly was contacted by a German physician reporting a serious adverse event in an 85-year-old female patient who was prescribed dulaglutide 1.5 mg for her diabetes. The patient had a significant medical history which included type 2 diabetes mellitus, chronic renal failure, coronary heart disease, heart failure, polyarthritis, osteoporosis, hypothyroidism, and positive CCP antibody for rheumatoid arthritis.[232] Concomitant medications included insulin lispro, insulin human isophane, certoparin sodium, levothyroxine sodium, ramipril, hydrochlorothiazide, pantoprazole sodium, acetylsalicylic acid, sitagliptin phosphate, and digitoxin. The patient began dulaglutide (Trulicity) 1.5 mg subcutaneously via a prefilled pen for diabetes on September 1, 2015. After the first dose, she developed nausea and vomiting and was

---

[229] US201508008104
[230] US201508008104
[231] Fadel, Kristen, et al, A Challenging Case of Gastric Bezoar in a Patient on Tirzepatide, *The American Journal of Gastroenterology* 119(10S):p S3152-S3153, October 2024.
[232] DE201509002960

hospitalized for eleven days. Dulaglutide was discontinued on September 1, 2015 and eight days later on September 8, 2015, a gastroscopy revealed retained gastric contents indicative of gastroparesis. The patients received corrective treatment for gastroparesis, which included metoclopramide and erythromycin. The patient underwent a follow-up gastroscopy on September 11, 2015, which showed recovery. The report prepared by Lilly indicates that there was no dechallenge, yet the narrative portion from the physician clearly reveals a positive-dechallenge with the patient's symptoms abating after dulaglutide was discontinued and treatment for gastroparesis was provided. The report also indicates that both the treating physician and Lilly concluded that the serious adverse event was causally related to the patient's use of dulaglutide.

In September 2015, a physician contacted Lilly to report on a 70-year-old male patient who had suffered from small bowel obstruction in the setting of suspected delayed gastric emptying due to dulaglutide.[233] The physician reported that the patient initially received dulaglutide 0.75 mg weekly for the treatment of diabetes. After two weeks, the dose was increased to 1.5 mg. The report states that "on an unspecified date", the patient developed nausea and was hospitalized. The report indicates that the patient was then treated for a small bowel obstruction and further that "the patient was suspected to have experienced delayed motility, further described as delayed gastric emptying, from dulaglutide." The report states that "delayed gastric emptying event was considered serious for medical significance." Treatment received and event outcomes were not provided other than dulaglutide therapy was discontinued in the hospital. As transcribed by Lilly "The physician reporter was concerned that the events were related to dulaglutide", and further noted "that the delayed gastric emptying, which was related to dulaglutide, could be related to small bowel obstruction." This early case report is significant in that it document's the physician's well founded

---

[233] US201509003125

Docusign Envelope ID: 1925A079-FDF6-4C1D-AB3F-A6F832193D1B

belief that the dulaglutide was related to both the adverse events of serious delayed gastric emptying and the subsequent small bowel obstruction. A potential downstream consequence of dulaglutide-induced delayed gastric emptying is small bowel obstruction, which is precisely what the physician believed occurred in this patient.

In June 2016, a serious adverse event was reported to Lilly by a physician through a sales representative involving a 45-year-old male with a history of gastroparesis treated with dulaglutide for type 2 diabetes. [234]The patient began therapy at an unspecified dose, route, and frequency. In May 2016, the patient developed what was characterized as an "irritation of his gastroparesis" that was severe enough it required hospitalization. No details were provided regarding the specific symptoms, treatment course, or duration of hospitalization. Laboratory findings and discharge dates were not included in the report. Dulaglutide therapy was discontinued (dechallenge) during the hospital stay; however, it is unknown based on the report whether the patient's symptoms resolved. "The reporting healthcare provider related the event to dulaglutide therapy" and the "Causality As Determined Result" was "Yes". The event was coded under the preferred term: impaired gastric emptying (serious-hospitalized). Unfortunately, the case lacks information as to the severity and degree to which the patient had pre-existing gastroparesis and the patient is relatively young for having had already developed type 2 diabetes. It is possible that a patient with diabetic gastropareses could be more susceptible to having an acute event of severe gastropareses induced by the use of GLP-1. While the onset of the gastroparesis event coincides with the use of the drug, there is unfortunately no information on whether the patient recovered following removal of dulaglutide.

---

[234] US201606001749

In July 2016, Lilly received an adverse event report from a physician forwarded from a sales representative regarding a 68-year-old female patient treated with dulaglutide for an unspecified indication.[235] According to the physician, after dulaglutide initiation, the patient experienced gastroparesis. While no information was provided on dose frequency, route, or start date, it was reported by the physician that dulaglutide was discontinued and the patient subsequently recovered (positive-dechallenge.) The company coded the event as impaired gastric emptying and non-serious. The reporting physician apparently did not provide an assessment of relatedness or was not asked through further follow up.

In September 2016, Lilly received a physician-reported adverse event report involving a male patient who received dulaglutide (Trulicity) 1.5 mg.[236] Per the physician, during treatment, the patient developed symptoms consistent with gastroparesis and the dose was reduced to 0.75 mg. Despite the dosage reduction, the patient did not improve and dulaglutide was subsequently discontinued. It is unknown based on the report whether the discontinuation dechallenge resulted in recovery. The reporting physician considered the patient's gastroparesis to be related to dulaglutide therapy and the "Causality As Determined" is reported as "Yes". The event was coded under the preferred term impaired gastric emptying.

In October 2016, a physician submitted to Lilly an adverse-event report describing a 34-year-old Caucasian male taking dulaglutide0.75 mg for an unknown indication.[237] While the patient's medical history was not provided, it was reported that the patient was not taking any concomitant medications to suggest pre-existing concomitant diseases. On mg on April 1, 2016 treatment with dulaglutide was started, and two weeks later, the dose was increased to 1.5 mg on

---

[235] US201607008039
[236] US201609002801
[237] US201610008701

155

April 15, 2016. A month later, in May 2016, the patient developed gastrointestinal adverse effects, leading the physician to reduce the dose back to 0.75 mg. Even with the reduction in the dosage, the patient continued to suffer from what the physician characterized as gastrointestinal effects / gastroparesis" and on September 1, 2016, dulaglutide was discontinued. Information regarding laboratory exams, corrective treatment and event outcome was not provided other than the discontinuation of dulaglutide. The event was coded under the MedDRA preferred term: impaired gastric emptying. The reporting physician causality assessment for the event of gastroparesis was that it was related to the dulaglutide and Lilly's "Causality As Determined Result" was "Yes". [238]

In February 2017, a physician reported a serious spontaneous adverse event report concerning a 50-year-old male patient with unknown ethnicity.[239] "The medical history of the patient included hypertension for 12 years, type 2 diabetes mellitus diagnosed in 2012." A prior abdominal ultrasound from September 2015 revealed a cytoses [sic] mass, 10 cm diameter, which was described by CT as a mesenterial [sic] cyst. Concomitant medications were listed in the report to include metformin for diabetes and rabeprazole sodium ( a proton pump inhibitor). Dulaglutide was initiated on approximately December 26, 2016 at 1.5 mg weekly. From the start of treatment with dulaglutide, it was reported that "the patient experienced obstipation and had no defecation for one week." It was further reported that "[n]o nausea, no vomiting was observed." "The patient had experienced abdominal distention for four days and he was observed at surgery department for two days." The patient had an abdominal ultrasound at this time that "described meteoristic bowels." "Empty abdominal X-ray examination showed a 6 cm wide colon transversum and small intestine niveaus of 2 cm." "Surgery consultation proposed clysters and colonoscopy." "After clysters, hard faces were defecated, abdominal distention dissolved, and he felt better." But the

---

[238] US201610008701
[239] HU201702001461

156

patient immediately returned after drinking a coffee at home and having massive abdominal pain and felt gurgling bowel motion. The medical summary states that the patient then underwent gastroscopy, duodenoscopy, partial colonoscopy, abdominal ultrasound, abdominal and pelvic CT, gastro-enteric passage examination. "Organic reason behind symptoms of subileus, ileus had not been revealed, it was explained by motility disorder." The reporting physician related the events of abdominal complaints, abdominal distention, symptoms of subileus and ileus to dulaglutide, but did not provide a relatedness assessment on the other events and the "Causality As Determined Result" for abdominal complaints, abdominal distention, symptoms of subileus and symptoms of ileus is recorded as "Yes."

Also in February 2017, a physician reported to Lilly an adverse event involving an 80-year-old male patient who initiated dulaglutide (Trulicity) via pre-filled pen on August 23, 2016.[240] On the same date, the patient consulted a gastroenterologist for gastroparesis. On December 23, 2016, dulaglutide was discontinued due to "unspecified reasons" and the patient subsequently is reported to have recovered (positive dechallenge). The event was coded under the MedDRA preferred term: impaired gastric emptying. The physician considered the event related to dulaglutide therapy, and the Causality As Determined Result was "Yes".

In February 2017, a nurse reported to Lilly an adverse event report involving a female patient who received dulaglutide (Trulicity) 0.75 mg.[241] The patient "experienced stomach pain for a couple weeks after taking dulaglutide", was evaluated by a gastroenterologist, and diagnosed with "Gastro Enteroparesis". The event was coded under the preferred term: gastrointestinal hypomotility. Dulaglutide was discontinued and the event resolved (positive dechallenge). The health care provider assessed the event as related to dulaglutide administration and the "Causality

---

[240] US201702010134
[241] US201702010279

As Determined Result" was "Yes". This report has little information as to the patient and any pre-existing conditions or concomitant medications, but the report does report acute onset of gastroparesis and recovery with removal of dulaglutide.

In March 2017, a spontaneous adverse event was reported to Lilly by an internist concerning a patient of unknown gender or age receiving dulaglutide (Trulicity) 0.75 mg weekly for diabetes mellitus.[242] The report notes that the patient's "medical history and concomitant medications were not provided." The report notes that the "patient was concomitantly receiving gastric fistula" feeds. The report explains that on an unspecified date, an "unknown duration after starting dulaglutide, the patient experienced gastric hypomotility for which food did not go through the patients feeding tube." The report notes that "dulaglutide was discontinued" (dechallenge) and on an "unknown date, the patient recovered from the event" (positive-dechallenge). The report explains that "the reporting internist considered the event was related to dulaglutide." The event was coded under the preferred term gastric hypomotility. The report's "Causality As Reported Result" was marked as "Yes,"

In March 2017, Lilly received an adverse event report from a diabetes educator concerning a 50-year-old female patient of unknown origin receiving dulaglutide (Trulicity) 0.75 mg starting on December 29th, 2016.[243] The report explains that the patient's "medical history was not reported" and the report notes the patient's "concomitant medications included insulin glargine, metformin and glimiperide, all for unknown indication." The report states that the patient "since an unspecified date, until her last three injections in March, she experienced of significant itchiness at the injection site" and the report notes "she stopped dulaglutide treatment on 23-Mar-2017" (dechallenge). The report explains that the patient also "experienced nausea and gastroparesis."

---

[242] JP201703006502
[243] US201704000648

158

The report notes that "As of 30-Mar-2017, she had recovered from the events" (positive-dechallenge). The report notes that "it was unknown when or if dulaglutide treatment would continue." The report states that the "reporting diabetes educator assessed the events were related to dulaglutide treatment, and did not know if the events were related to the device." The event was coded under the preferred terms: impaired gastric emptying, nausea, and injection site pruritus. The report's "Causality As Reported Result" was marked as "Yes."

In April 2017, a physician reported to Lilly an adverse event involving a Caucasian patient who began dulaglutide (Trulicity) 1.5 mg subcutaneously via pre-filled pen for diabetes treatment starting around 2016.[244] The report notes that medical history was not provided, other than that dulaglutide was prescribed for treatment of diabetes, and "[c]oncomitant medication included insulin detemir". While on dulaglutide, "the patient experienced gastroparesis", leading to therapy discontinuation. The report does not state whether the event resolved and it is listed as unknown as to whether the patient would restart dulaglutide. This event was coded under the preferred term: impaired gastric emptying. The physician assessed causality as related to dulaglutide use. Lilly internally coded this impaired gastric emptying event as "listed" and "Causality As Determined Result" was "Yes".

In May 2017, a spontaneous adverse event was reported to Lilly by a nurse concerning a female patient of unspecified age and origin receiving dulaglutide (Trulicity) 0.75 mg on a "start date not reported."[245] The report states that the patient's "medical history was not reported" and the report notes the patient's "concomitant medications included metformin for type 2 diabetes." The report explains that "on an unknown date, after 7 unspecified months of therapy, she got gastroparesis and lost 30 lbs." The report notes that the patient's "internist stopped dulaglutide"

---

[244] US201704003923
[245] US201705005054

159

(dechallenge) and the report notes the patient was "currently on metformine and a unspecified sulf as corrective treatment." The event was coded under the preferred terms: impaired gastric emptying and weight decreased. The report notes that the patient's "outcome was recovered" (positive-dechallenge). The report notes that it "was unknown if dulaglutide would be restarted." The nurse who reported the adverse event, according to the report, "assessed the events as related with dulaglutide therapy." The "Causality As Reported Result" of the report is marked as "Yes."

In July 2017, a spontaneous adverse event was reported to Lilly by a physician concerning a 66-year-old female patient of unknown origin receiving dulaglutide (Trulicity) via pre-filled pen 0.75 mg, subcutaneously beginning on an unknown date.[246] The report notes that the patient's "Medical history and concomitant medications were not provided." The report states that "Frequency, indication for use and therapy start date were not provided." The report explains that the patient "On an unspecified date, at third week of therapy she experienced gastroparesis, so her physician advised her to stop taking dulaglutide and the gastroparesis resolved" (positive-dechallenge). The report explains that "Reportedly, dulaglutide worked well from a blood glucose lowering standpoint, but at week three, the gastroparesis was too much for the patient, her physician was not surprised that she did not tolerate dulaglutide since she was very difficult to treat with any agent over time." The report notes that "Information regarding corrective treatment was not provided. The outcome was recovered. It was unknown if dulaglutide therapy would be restarted." The report states that "The reporting physician did not provide an assessment of relatedness between the event of gastroparesis and dulaglutide therapy." The event was coded under the preferred term: impaired gastric emptying. The "Causality as Reported Result" was marked as "Yes."

---

[246] US201707010772

In August 2017, a spontaneous adverse event was reported to Lilly by a nurse concerning "a 60- to 65-year-old patient of unknown origin and gender" receiving dulaglutide (Trulicity) 0.75 mg starting on an unspecified date.[247] The report notes that the patient's "medical history included diabetes (type) II" and the report notes that the patient's "concomitant medications included Lisinopril for unspecified indications." On an unknown date, the report states that "after a couple of doses of dulaglutide, the patient was regurgitating undigested food." The report notes that on an unspecified date the patient's "dulaglutide treatment was discontinued" (dechallenge). The report explains that after the stopping of dulaglutide therapy, the patient's "regurgitation went away." The report notes "no treatment or intervention was reported." According to the report, it was "unknown if dulaglutide treatment would be restarted." The nurse who reported the event "related the event to dulaglutide treatment." The event was coded under the preferred term: regurgitation. The report states that the "Causality As Reported Result" was marked as "Yes."

In November 2017, a gastroenterologist reported to Lilly an adverse event concerning a female patient receiving dulaglutide (Trulicity) with metformin for type 2 diabetes mellitus.[248] The patient developed gastroparesis, which was coded under the preferred term: impaired gastric emptying. The reporting gastroenterologist assessed the event as related to dulaglutide treatment, and the "Causality As Determined Result" was "Yes."

In February 2018, an adverse event from a post-marketing study- "H9X-JE-B005, EudraCT# N/A, Safety and effectiveness of Dulaglutide (TRULICITY) long-term use in Japanese patients with type-2 diabetes mellitus"- was reported to Lilly by a study investigator concerning a 72-year-old Asian male patient receiving dulaglutide 0.75 mg for type 2 diabetes mellitus

---

[247] US201708009278
[248] SI201711010112

161

beginning on June 24, 2017.[249] The report states the patient's "Medical histories included cerebral infarction, hypertension, dyslipidaemia, carotid artery stenosis, gastroesophageal reflux disease, chronic gastritis, constipation, and hypertonic bladder." The report also notes the patient "was a current smoker and an alcohol consumer." The report states that the patient's concomitant medications included "acetylsalicylic acid, clopidogrel, carvedilol, Olmesartan medoxomil, rabeprazole sodium, irsogladine maleate, magnesium oxide, pantethine, mosapride citrate, and fesoterodine fumarate." Also, the report notes that "Patient had type 2 diabetes mellitus for 26 years." Additionally, the report notes that the "Patient was on a diet therapy prior to and after the study entry, and was receiving insulin human, 16 units daily, and insulin glargine 10 units daily, before and after the initiation of dulaglutide (Trulicity)." The report states that on June 28th, 2017, which was five days after the patient started the dulaglutide therapy, the "patient was hospitalized for pneumonia aspiration, and delayed gastric emptying was also considered serious as medically significant reasons." The report notes that on June 28th, 2018, "infusion solution and antibiotics were started" and the report notes the "dulaglutide (Trulicity) was discontinued the same day of 28-JUN-2018 due to the events" (dechallenge). The report goes on to explain that on July 09th, 2018, the "delayed gastric emptying and pneumonia aspiration were resolving" (positive-dechallenge). The investigator that submitted the report said the "delayed gastric emptying and pneumonia aspiration were related to dulaglutide (Trulicity) and primary disease." The investigator provided rationale that the "events were consistent with action mechanism of dulaglutide (Trulicity)." The company assessment states that there "is inadequate evidence to suggest that there is a reasonable possibility that the event of impaired gastric emptying is related

---

[249] JP201802006484

to dulaglutide." The event was coded under the preferred terms: pneumonia aspiration (serious-hospitalized) and impaired gastric emptying (serious-medically significant).

In April 2018, a physician reported to Lilly a serious spontaneous adverse event concerning a 55-year-old male patient of unknown origin receiving dulaglutide (Trulicity) 0.75 mg.[250] The report notes the "frequency, indication for use and dulaglutide start date were not provided" and the report notes that information regarding the date of the patient's impaired gastric emptying hospitalization "was not provided." The report states that the patient's "Medical history and concomitant medications were not provided." Then, on an unknown date, "he was hospitalized for gastroparesis." The report states that the "outcome of the event was not recovered." It is not known based on the report information regarding the patient's hospitalization or treatments provided while hospitalized, and dulaglutide treatment status was not provided. "The reporting physician didn't provide a relatedness assessment between the event and dulaglutide." The event was coded under the preferred term: impaired gastric emptying (serious- hospitalized).

In May 2018, a serious spontaneous adverse event was reported to Lilly by a healthcare professional concerning an Asian patient receiving dulaglutide (Trulicity) on an unknown start date.[251] The report notes the patient's "medical history or concomitant medications information provided." On April 3rd, 2018, the patient experienced delayed gastric emptying while on dulaglutide and "it was reported that, stomach and bowels not moving at all." The report states the patient was "hospitalized due to event." The report states "The outcome of the event was recovered" and the report notes that "information regarding corrective treatment, further hospitalization details and therapy status were not provided." The report states that "The initial reporting HCP related the event to dulaglutide therapy." The "Causality as Determined Result"

---

[250] US201804006577
[251] US201805001534

163

was "Yes." The event was coded under the preferred term: impaired gastric emptying (serious-hospitalized).

In April 2018, an adverse event report was submitted to Lilly by a health care professional concerning a 58-year-old female patient receiving dulaglutide 1.5 mg beginning on March 11, 2018.[252] The report notes that the patient's "medical history included type two diabetes, pancreatitis incident and hypercholesterolemia" and the report describes the patient's "concomitant medications included liraglutide, insulin lispro and unspecified fibrates used for the treatment of an unknown indication." The report states that on April 2018, "29 days after starting dulaglutide she presented with presented nausea, vomit and suggestive signs of gastroparesis." The event was coded under the preferred terms: impaired gastric emptying (non-serious), vomit (non-serious), and nausea (non-serious). The report states that on April 15th, 2015 "the events continued and the HCP discontinued the dulaglutide treatment due to these events" (dechallenge). The report goes on to explain that on April 17, 2018, "she recovered from the events" (positive-dechallenge). The report states that dulaglutide "would not be restarted again." The report notes that "the reporting HCP considered that the events were related to dulaglutide treatment." The Lilly Company Assessment of Relatedness appears to be written on May 14, 2018, stating the "the company assessment is that the event of impaired gastric emptying will not be considered reasonably possibly related to dulaglutide because the event is a complication of the treated disease state of diabetes mellitus."

In July 2018, a family nurse practitioner reported to Lilly an adverse event concerning a 55-year-old white female patient receiving dulaglutide 0.75 therapy beginning July 5th, 2018.[253] The report notes the patient's medical history included: diabetes mellitus (DM), hypertension

---

[252] MX201804011818
[253] US201807009421

164

(HTN), gastroesophageal reflux disease (GERD) and anxiety. The report notes that on July 07th, 2018 - three days after starting the dulaglutide therapy - the patient "experienced severe gastric bloating, diarrhea and vomiting and was diagnosed with gastric paresis." The report explains the patient "received esomeprazole magnesium as corrective treatment for the events." The report states that on June 17th, 2018, "she discontinued dulaglutide therapy" (dechallenge) and the report notes "She had recovered from the events on an unknown date" (positive-dechallenge). The event was coded under the preferred terms: impaired gastric emptying and diarrhoea (severe). The report states the family nurse practitioner "considered the event diarrhoea was related to dulaglutide therapy" however, the reporting nurse practitioner "did not provide the relatedness assessment between the remaining event and dulaglutide therapy."

In July 2018, an anesthesiologist reported an adverse event to Lilly concerning a male patient of unknown age from the United States receiving dulaglutide 0.75 mg weekly beginning on an unknown date.[254] The report notes the patient's concomitant medications included metformin. The report notes the patient "was diagnosed with gastroparesis" within the "first two weeks" of the dulaglutide therapy. The event was coded under the preferred term impaired gastric emptying. The report states that the dechallenge results were "unknown"; however, the narrative states that Dulaglutide was discontinued (dechallenge), and the patient recovered from the event (positive- dechallenge). The report notes no rechallenge was performed. The anesthesiologist who reported the adverse event "did not know the relatedness between the event and dulaglutide treatment."

In August 2018, a physician reported to Lilly an adverse event concerning a female patient of unknown age and ethnicity who received dulaglutide beginning on an unknown date in January

---

[254] US201807006592

165

2018.[255] The report notes the adverse event occurred on an "unknown date" while on dulaglutide therapy. The report explains the patient's "Medical history and concomitant medications were not provided with the report." While on dulaglutide, the patient developed gastroparesis and her healthcare provider discontinued dulaglutide (dechallenge). Following discontinuation, the patient recovered from the event (positive-dechallenge). Information regarding corrective treatment was not provided. The report states that it was unknown if dulaglutide would be restarted. The physician who reported the event did not know if the gastroparesis was related to dulaglutide therapy. "Case Causality" is listed as "Yes." The event was coded under the preferred term: impaired gastric emptying (non-serious).

In August 2018, a nurse reported to Lilly an adverse event concerning a female patient of unknown age who developed gastroparesis while receiving dulaglutide (Trulicity) via prefilled pen.[256] The report notes that the patient's "Dosage, frequency of administration, route of administration and indication for use were not provided." The report states that the patient, "on an unknown date after starting dulaglutide therapy, she experienced gastroparesis." Then, the report notes that on an unknown date, "dulaglutide therapy was discontinued" (dechallenge) and the "outcome for the event was recovered" (positive-dechallenge). The "reporting nurse related the event to dulaglutide therapy" and the "Causality as Determined Result" was "Yes."

In September 2018, a pharmacist reported to Lilly a serious adverse event report involving a 40-year-old male patient with diabetes mellitus and obesity who began dulaglutide (Trulicity) 1.5 mg on September 8, 2018.[257] The report states that on an unknown date after beginning dulaglutide- about three days after starting dulaglutide (evidenced by the date of the undigested

---

[255] US201808000704
[256] US201808007536
[257] BR201809004979

food vomit)- the patient experienced diarrhea, vomit, and was with slower gastric emptying because he vomited what he ate on 08Sep2018 only on11Sep2018." It is reported that the patient subsequently lost appetite and he lost about 10 kg within one week, accompanied by "dehydration caused by the diarrhea, and because of that, he experienced cramps." The event was recorded under the preferred terms of vomiting (serious), diarrhea (serious), loss of appetite (serious), dehydration, muscle spasms, decreased appetite, and impaired gastric emptying. The report notes that "due to the events, the use of dulaglutide was discontinued" (dechallenge), and the report notes that "the patient recovered from all of the events" by September 17, 2018, after hydration therapy (positive-dechallenge). The reporting pharmacist considered the events of diarrhea, vomiting, slower gastric emptying, and weight loss to be related to dulaglutide treatment and the "Causality as Determined Result" was "Yes."

In December 2018, a physician reported to Lilly an adverse event involving a 56-year-old male with type 2 diabetes who was receiving dulaglutide (Trulicity) 1.5 mg beginning September 7, 2018.[258] The report notes that the patient's "medical history was not provided." The report notes that the patient's concomitant medications "included the use of acetylsalicylic acid, celecoxib, rosuvastatin calcium, gabapentin, lisinopril, metformin, vortioxetine and insulin degludec." The report notes the patient, on October 24, 2018, developed "premature satiety and increased depressive symptoms that were diagnosed by the gastroenterologist as acute gastro paresis." The report notes that on December 04th, 2018 "therapy with dulaglutide was discontinued" (dechallenge) and the "outcome of the event was resolving" (positive-dechallenge). The physician who initially reported the event "related the event to the therapy with dulaglutide." The report notes that the "Causality As Determined Result" was "Yes."

---

[258] US201812008977

167

In December 2018, a serious adverse event was reported to Lilly by an internist concerning an 83-year-old male patient from Japan receiving dulaglutide (Trulicity) 0.75 mg starting on December 1st, 2018.[259] The report describes the adverse event as first occurring on an unknown date in December 2018 "several days after the first administration of dulaglutide" and reoccurring "several days later" after administering the dulaglutide again on "08-Dec-2018." The report describes the patient's medical history as: left-sided inguinal hernia, sleeplessness, pemphigoid, type II diabetes mellitus, hypertension, anaemia, dyslipidaemia, hyperucaemia, cataract, cervical spondylosis and esophageal hiatal hernia. The report notes "azilsartan" for the patient's concomitant medication. The report states that "several days after the first administration of dulaglutide, he experienced inappetence and after that, the inappetence recovered." The report goes on to explain that on December 12th, 2018, "12 days after starting dulaglutide, he experienced pyrexia of 37.8 decrees Celsius and a slight chills." The report states that the patient "visited a hospital where he had been hospitalized for the aspiration pneumonia." The CT clarified pneumonia in the upper lobe and the CT also "showed that stomach contents markedly remained." The event was coded under the preferred terms pneumonia aspiration (serious-hospitalized), impaired gastric emptying (gastric stasis) (non-serious), and decreased appetite (non-serious). Dulaglutide was discontinued (dechallenge), and symptoms resolved (positive-dechallenge). The report notes that no rechallenge was performed. The report notes that the reporter and investigator assessed aspiration pneumonia and gastric stasis as related to dulaglutide; and they also considered inappetence was related to dulaglutide therapy.

**Opinion**

---

[259] JP201812006514

168

As indicated, there are many other post marketing reports on this issue. The cumulative evidence that there was a causal association between use of dulaglutide and impaired gastric emptying culminated, in my opinion, with these cases in 2018. Therefore, by the end of 2018, combined with the extremely strong clinical trial evidence, there was demonstrated real world post marketing that there was reasonable evidence of a causal association by that time the development of impaired gastric emptying that could result in hospitalization and could be life threatening if left untreated.

I note that at this time, also in late December 2018, as discussed above, Rai, et al., reported on an unconfounded case of acute gastroparesis that showed "marked improvement with discontinuation of liraglutide". Although that case was liraglutide, it nevertheless noteworthy in this evaluation of the dulaglutide evidence of causal association.

When considering the steps to establish reasonable evidence of a causal association between the use of GLP-1 agonists and drug induced gastroparesis, I believe that the companies evaluating these agents should consider the totality of the evidence available from all agents in this pharmacological class. In other words, as evidence mounts for this association regarding an early member of the class, the consideration that a class effect could be present should put the a company examining a later product on notice and heighten awareness to consider such a possibility earlier on in the clinical program. Given the prior established knowledge that native GLP causes gastroparesis, once evidence of gastroparesis-like symptoms were noted in phase 1 or 2 trials of early drug iterations (first in diabetics and then in non-diabetics as well), such symptoms should have been considered AEs of special interest in subsequent trials and when clear disparity between study drug and controls of an increased incidence of such symptoms were noted in phase 3 trials, evidence of causation should begin to be considered and formal gastric emptying studies with

169

appropriate clinically relevant endpoints should have been instituted. The time at which reasonable evidence was clearly present ( 2018, as mentioned above) is thus generous in my opinion.

A review of the Dulaglutide label from September 2014 reveals a "Warning and Precaution" for "Severe Gastrointestinal Disease": The presentation of this within the full prescribing information portion of the label (and omitted completely from the highlight section) is as follows:

**"5.6 Severe Gastrointestinal Disease**

Use of TRULICITY may be associated with gastrointestinal adverse reactions, sometimes severe [see Adverse Reactions (6.1)]. TRULICITY has not been studied in patients with severe gastrointestinal disease, including severe gastroparesis, and is therefore not recommended in these patients."

In addition, whereas the full prescribing section describing Limitations of Use under section 1.1 (a subsection of 1. Indications and Usage) states that "TRULICITY has not been studied in patients with severe gastrointestinal disease, including severe gastroparesis" and "The use of TRULICITY is not recommended in patients with pre-existing severe gastrointestinal disease", the highlight section only states that Trulicity is "Not for patients with pre-existing severe gastrointestinal disease."

As a gastroenterologist, I note the following:

First, I do not interpret this language to convey a warning that there was any risk of drug-induced gastrointestinal disease, severe or not, including but not limited to impaired gastric emptying or drug induced gastroparesis. In my opinion, it is not reasonable for a practicing physician, including a gastroenterologist, to be expected to interpret the language in this manner. Rather, in my opinion, this language is a precaution to clinicians regarding the disparate incidence

170

of certain gastrointestinal Adverse Reactions (listed in section 6.1) in patients receiving Trulicity as compared with placebo in clinical trials The label simply advises clinicians that (unspecified) gastrointestinal adverse reactions occurred in clinical trials and that this should be considered by doctors when prescribing the medication to patients with existing severe gastrointestinal disease.

Second, I note that "Severe Gastrointestinal Disease" is not defined or described and is ambiguous. It is important to note that gastroparesis symptoms at any point in time can vary from mild to moderate to severe and that they do not necessarily correlate with the severity of the delay in emptying. Consequently, patients without preexisting gastroparesis who develop severe delays in emptying on GLP-1 therapy may well only notice mild clinical symptoms or vice versa. Moreover, the severity of symptoms also varies significantly with time, dependent on a number of possible factors including, but not limited to, meal size, meal contents, and other clinical or psychosocial factors. Furthermore, patients with milder symptoms may not present to a physician and, even if they do, the physician may not consider them severe enough to be addressed and evaluated even in the presence of significantly delayed emptying. More moderate symptoms may lead to medical intervention of some kind, including seeking care at an emergency room and perhaps observation, often with rapid resolution on drug withdrawal leading to no further workup. Severe symptoms that prevent a patient from carrying on daily activities would potentially lead to medical attention and even hospitalization with severe potentially life-threatening consequences if left untreated but unless these patients undergo further evaluation, there is no way to ascertain the severity of the gastroparesis the therapy may have caused. The potential for severe effect developing is why a risk like this information is important for doctors to clearly know.

Third, the Warnings and Precautions advises that the drug had not been studied in the clinical trials in patients with a history of severe gastrointestinal disease and that physicians should

171

keep this in mind when deciding whether or not to prescribe the drug to patients with severe gastrointestinal disease including severe gastroparesis. I do not think it is reasonable to interpret this as a warning to physicians of any potential that the medication may cause drug induced gastroparesis or impairment of gastric motility, nor was it even stating to physicians that it was associated with these events. These events are not mentioned much less discussed.

Finally, the first sentence of the "Warnings and Precautions" directs the clinician to the Adverse Reaction Section 6.1. As I mentioned above, review of that section, read in conjunction with the 5.6 Warnings and Precautions, recites the adverse reactions that were reported to have occurred in patients in the clinical trials, and advises that the clinical trial occurrence of (unspecified) gastrointestinal adverse events should be considered in prescribing the medication to patients referenced in the Warnings and Precautions - those with the aforementioned, inadequately defined "Severe Gastrointestinal Disease".

## Tirzepatide

In my opinion, the dulaglutide evidence is foundational for evaluating tirzepatide, as discussed above in this report under the **Evidence Applicability Question**. Of course, the tirzepatide clinical trial evidence discussed extensively above is also critical for ascertaining when there was reasonable evidence of a causal association. Nevertheless, the post marketing experience must be evaluated as well.

### Clinical Trial Evidence Tirzepatide

I will not recite the evidence previously discussed but I incorporate it here by reference.

### Post Marketing Adverse Events from 2018 through May 2022 (Mounjaro Launch)

From 2018 until the launch of Mounjaro in May 2022, Eli Lilly continued to receive multiple adverse event reports from treating physicians and other health care providers regarding

172

patients who presented with serious gastroparesis, almost always requiring hospitalization and believed by these physicians to be causally related to their patient's use of dulaglutide.[260] This was in addition to the numerous reports from physicians on behalf of patients who experienced gastroparesis, but who were discontinued from the drug before they required hospitalization and thus, were deemed non-serious cases,[261] and finally, countless reports from consumers themselves.[262]

With this background tirzepatide (Mounjaro) came on the market in May 2022. The tirzepatide post-marketing adverse events are necessarily more limited due to the recent approvals of Mounjaro (2021) and Zepbound (2023) compared to dulaglutide (Trulicity). Nonetheless, numerous serious adverse event reports have been reported by concerned health care providers on behalf of patients who have suffered serious events of gastroparesis, many of which required hospitalization. The reports below are not the sum of all reports I reviewed. but are those that I considered to best demonstrate the causal association analysis and, given the immense background of GLP-1information and the tirzepatide clinical trial evidence, in my

---

[260]US201805001534 (serious, delayed gastric emptying requiring hospitalization causally related to dulaglutide by treating physician); US201804006577: (serious gastroparesis with hospitalization); FR201910000940: (serious gastroparesis with positive dechallenge, causally related per treating physician); US201901008795 (serious-medically significant gastroparesis); GB201904010336 (serious medically-significant vomiting and impaired gastric emptying related to dulaglutide); DE202106000198 (patient hospitalized after increasing dulaglutide dosage, diagnosed with gastroparesis upon GES); US202107005474 (hospitalization for gastroparesis following increase in dosage is causally related by HCP, positive dechallenge after drug stopped).

[261] BR201809004979: (slow gastric emptying with serious vomiting and diarrhea deemed causally related); US201812008977: (acute gastroparesis causally related to dulaglutide by reporting physician); US201807009421 (severe gastric bloating, diarrhea and vomiting and was diagnosed with gastroparesis); MX201804011818: (gastroparesis causally related to dulaglutide by HCP, positive dechallenge); GB201907008570 (serious report of gastroparesis with outcome and HPC's causality assessment not reported); US201901003390 ((patient's gastroparesis causally related to dulaglutide); FR201902013956 (physician related gastroparesis to patient's use of dulaglutide which was discontinued and patient recovered); (CN202001003231: (physician associated patient's gastrointestinal symptoms of nausea, gastric motility and stomach pain to dulaglutide); US202007004232 (patient went to ER for severe vomiting, bloating and nausea, diagnosed with gastroparesis).

[262] Just as an example some of these included: US201906008845 (impaired gastric emptying); US202008005437 (gastroparesis and reported positive dechallenge); US202010004351 (hospitalization); (hospitalization, serious impaired gastric emptying).

opinion reasonable evidence of a causal association was soon met after Mounjaro was placed on the market. As before, the strength of information provided in an adverse event report: temporality, dechallenge and rechallenge, the presence of dose-dependent impacts, any evidence of alternative causes due to concomitant medications and disease, medical history and pre-existing diseases is assessed. As noted above, it is appropriate to take into consideration the reporting health care provider's assessment of causation and whether the assessment was also agreed to by Lilly and if Lilly did not agree the reason for Lilly's disagreement.

The first adverse event report of some relevance appears in August 2022.[263] Here, Lilly received a spontaneous report by a physician who reported gastrointestinal symptoms consistent with impaired gastric emptying while receiving tirzepatide (Mounjaro) 2.5 mg. No medical history or concomitant medications were reported and the start date and indication for usage was also not reported. While on tirzepatide treatment, the patient "experienced nausea and gastroparesis." "Tirzepatide was discontinued due to the events." "The patient improved from the events." The reporting physician and consumer patient "did not provide any assessment of relatedness." The event was coded under the preferred terms: impaired gastric emptying and nausea, all non-serious.

In August 2022, Lilly received a spontaneous adverse event report from a nurse concerning a patient of unknown gender, age, and origin who was "experiencing gastroparesis, i.e. pain in the upper abdomen" while receiving tirzepatide (Mounjaro).[264] No medical history or concomitant medications were reported and the start date and indication for usage was also not reported. The event was coded under the preferred term impaired gastric emptying, non-serious. The patient's

---

[263] US202208010803. It appears that the patient was also contacted and information may have been obtained from the patient as well, although the report remains sparse in terms of medical history and concomitant medications.
[264] US202208012532

symptoms "resolved after stopping tirzepatide" indicating a positive-dechallenge. It was unknown if tirzepatide was resumed at a later date. The reporting nurse considered the patient's gastroparesis to be related to tirzepatide therapy and the "Causality As Determined" is reported as "Yes."

In February 2023, a serious spontaneous adverse event was reported to Lilly by a 48-year-old female consumer patient who "experienced severe diarrhea and vomiting" and "was admitted by a gastrointestinal health care professional for gastroparesis" shortly after receiving tirzepatide (Mounjaro) 2.5 mg starting on October 1, 2022.[265] The patient's medical history was not provided and the patient's concomitant medications included: metformin for polycystic ovarian syndrome, unspecified hypertension medicines, thyroid medicines, and sleep medicines. After a month of the tirzepatide 2.5 mg the patient's dose was "increased to 5.0 mg." In November 2022, "within eight hours after administering the second 5.0 mg tirzepatide injection, she experienced severe diarrhea and vomiting." "Within the next two weeks, she went to the hospital four times." Ultimately, she "was admitted by a gastrointestinal health care professional for gastroparesis and was discharged after four days." The tirzepatide treatment was discontinued on November 15th, 2022 and the "outcome of the events was recovered" indicating a positive-dechallenge. Regarding the rechallenge, it was unknown if tirzepatide therapy would be restarted. The adverse event was coded under the preferred terms: Impaired gastric emptying (serious-hospitalized), Diarrhea (serious-hospitalized), and Off label use on the basis that the patient was not diabetic and the indication for the drug was not known. The report's "Causality As Determined Result" is marked as "Not Associated."

In February 2023, a serious spontaneous adverse event was reported to Lilly by a physician concerning a patient of an unknown age, gender and origin who "could not eat and was found to

---

[265] US202302008757

have gastroparesis" while receiving tirzepatide (Mounjaro).[266] The patient's medical history and concomitant medications were not provided. The patient was initially prescribed tirzepatide 2.5 mg and the dosage was increased to 5 mg treatment on an unspecified date. After starting the higher dose, the patient "could not eat and was found to have gastroparesis." The patient "went to urgent care and later was hospitalized on an unknown date." "Tirzepatide was discontinued" due to the event, the patient recovered on an unspecified date indicating a positive-dechallenge. The reporting physician related the event with tirzepatide therapy. Lilly's "Causality As Determined Result" was marked as "Yes."

In February 2023, a serious spontaneous adverse event was reported to Lilly by a physician concerning a male patient of an unknown age and origin who had "severe symptoms of gastroparesis, nausea, vomiting, and diarrhea" while taking tirzepatide (Mounjaro).[267] The patient received 2.5 mg and later, on an unknown date, the dose was increased to 5 mg. The physician considered that the patient's "gastroparesis, nausea, vomiting, and diarrhea" were "serious" "due to medically significant reasons." As reported, the patient underwent unspecified tests but the results were not provided. Information regarding the corrective treatment, outcome of the events and tirzepatide therapy status was not reported. The reporting physician considered the patient's gastric events "related" to the "tirzepatide therapy." The event was coded under the serious preferred terms: impaired gastric emptying (serious-medically significant), nausea (serious-medically significant), vomiting (serious-medically significant), and diarrhoea (serious-medically significant). The report's "Causality As Determined Result" is marked as "Yes."

In March 2023, Lilly was contacted by a physician concerning a white adult female patient of an unknown age who experienced a serious spontaneous adverse event described as "slow

---

[266] US202302011813
[267] AE202302012351

176

gastric emptying which caused intussusception intestine" shortly after restarting tirzepatide treatment of (Mounjaro) 5 mg. [268] The patient's medical history and concomitant medications were not provided. According to the report, the patient started tirzepatide therapy on August 1, 2022 and then stopped on February 26, 2023 due to an unknown reason. [269] However, on March 1, 2023, after restarting tirzepatide 5 mg the patient experienced "slow gastric emptying which caused intussusception intestine." The event was coded under the preferred terms: intussusception (serious-medically significant) and impaired gastric emptying (serious-medically significant). The outcome of the events was resolved, however "It was unknown whether tirzepatide therapy was restarted or not." The physician who reported the adverse event "related the events with tirzepatide drug." The report's "Causality As Determined Result" is marked as "Yes." This case report is notable in that it reports a case where a physician believes that Mounjaro has so delayed gastric emptying that it has caused the patient's intussusception of the intestines. Intussusception is a severe form of bowel obstruction and presents a medical emergency. Intussusception, which usually affects the small intestines, occurs when a segment of the intestine telescopes or folds inside another section causing a bowel obstruction that can be life threatening if not treated.

In March 2023, a serious spontaneous adverse event was reported to Lilly by a physician concerning a patient of an unknown age, gender and origin who "experienced gastroparesis due to which the patient was hospitalized" while receiving tirzepatide (Mounjaro) 7.5 mg for the treatment of type two diabetes mellitus. [270] The patient's medical history and concomitant medication details were not provided and it is now known when the patient started taking tirzepatide. The event was coded under the preferred term impaired gastric emptying (serious-

---

[268] US202303006411
[269] US202303006411
[270] US202303015243

Docusign Envelope ID: 192FA979-FDE6-4C1D-AB3E-A6F832193D1B

hospitalized). The report indicates that the "Outcome of the event was resolved," and it was stated that it was unknown what action with the tirzepatide was. The reporting physician's causality assessment was that the event of gastroparesis was related to the tirzepatide. The report's "Causality As Determined Result" is marked as "Yes."

In May 2023, a spontaneous adverse event report was submitted to Lilly by a health care professional (HCP) concerning a 39-year-old white female patient whose "gastroenterologist diagnosed her with drug induced gastroparesis linked to tirzepatide." The report indicates that the patient started receiving tirzepatide (Mounjaro) at an unknown dose on March 15, 2023.[271] The patient's medical history and concomitant medications were not provided. On March 16, 2023, while taking tirzepatide, the patient experienced "stomach pains which was severe enough that she ultimately visited the emergency room (ER) on 18-Mar-2023." The report goes on to explain that laboratory tests were run but not provided, and that a "gastroenterologist diagnosed her with drug-induced gastroparesis linked to tirzepatide." Outcome of event was not recovered. Information regarding the corrective treatment of event and therapy status of tirzepatide was not provided. The reporting health care professional assessed the patient's gastroparesis to be related to the tirzepatide treatment. The report's "Causality As Determined Result" is marked as "Yes." This report was considered non-serious by Lilly although the patient went to the emergency room for treatment.

In June 2023, a spontaneous adverse event was reported to Lilly by a physician concerning a female patient of unknown age who "experienced gastroparesis" shortly after starting tirzepatide (Mounjaro) treatment.[272] The patient's medical history and concomitant medications were not provided. Information regarding dosage regimen, route of administration, indication for use and

---

[271] US202305005636
[272] US202306005931

start date was not provided. Reportedly, "the tirzepatide treatment was discontinued immediately due to the event" (dechallenge). The patient went on to recover from the event of gastroparesis, indicating a positive-dechallenge. The report's "Causality As Determined Result" is marked as "Yes."

In August 2023, a spontaneous literature adverse event was reported to Lilly by an anesthesiologist concerning a 59-year-old female patient of unknown ethnicity receiving tirzepatide for weight loss starting on an unknown date.[273] The report states that the patient's "Medical history included diabetes mellitus absence" and the report notes that "information regarding concomitant medications was not provided." The report states that on an unknown date after starting tirzepatide, the "patient presented for hysteroscopy with polyp resection, and she was appropriately fasted." The report further describes that "supraglottic airway was placed, but after several minutes gastric aspirate was noted in her oropharynx, and her trachea was intubated." The report states that the patient's "trachea was extubated to nasal cannula oxygen, and 750 ml of undigested food and gastric contents were noted in the cannister." The report notes that "emesis and undigested food events occurred in the context of slow gastric emptying." The report states that the patient "was admitted overnight on unknown date for monitoring and quickly weaned to room air." The report goes on to explain that the patient "has stopped taking tirzepatide due to the emesis, undigested food, and slow gastric emptying." The report was coded under the preferred terms: vomiting (serious-hospitalized), dyspepsia (serious-hospitalized), impaired gastric emptying (serious-hospitalized), polyp, and off label use because the patient was not diabetic when taking Mounjaro. The report notes that it was "unknown if tirzepatide treatment would be restarted." The anesthesiologist who reported the adverse event "related

---

[273] US202308015746

179

emesis, undigested food, and slow gastric emptying to tirzepatide therapy." Additionally, the anesthesiologist "considered slow gastric emptying related to tirzepatide therapy since scintigraphy studies have demonstrated that all the long-acting GLP-1 receptor agonists slow gastric emptying in healthy patients." The report notes the specific literature citation as "Weber M., Siddarthan I., Mack P.F. Clinically significant emesis in a patient taking a long-acting GLP-1 receptor agonist for weight loss. British Journal of Anaesthesia. 2023, August;131(2): (ppe37-e39). 10.1016/j.bja.2023.05.005." The report's "Causality As Reported Result" is marked as "Yes."

In September 2023, a serious spontaneous adverse event was reported to Lilly by a physician assistant concerning a patient of unknown age, gender and ethnicity who "was unable to empty the contents in their stomach" after increasing her tirzepatide (Mounjaro) dose.[274] On September 15th, 2023, "around the time of dose escalation," the patient wasn't able to empty her stomach contents and was hospitalized due to the event. The event was coded under the preferred term impaired gastric emptying (serious-hospitalized). The reporting physician assistant was not sure if the event was related to tirzepatide therapy. The report's "Causality As Determined Result" is marked as "Unknown."

In September 2023, a spontaneous adverse event was reported to Lilly by a family/general practitioner concerning an adult female patient of an unknown age and origin who "experienced gastroparesis due to which she was hospitalized" while receiving tirzepatide (Mounjaro).[275] The patient's medical history included gastroparesis and the patient's concomitant medication included insulin. The gastroparesis event requiring hospitalization

---

[274] US202309013944
[275] US202309014925

occurred on September 1, 2023. The event was coded under the preferred term impaired gastric emptying (serious-hospitalized). Status of the tirzepatide was discontinued and the patient subsequently recovered from the gastroparesis indicative of a positive dechallenge. It was unknown when or if tirzepatide therapy would be restarted. The family/general practitioner who reported the event related the gastroparesis event with the tirzepatide therapy. The report's "Causality As Determined Result" is marked as "Yes."

In November 2023, a spontaneous adverse event was reported to Lilly by an internist concerning a male patient in his 70s of an unknown origin who "experienced gastroparesis and projectile vomiting due to which he was hospitalized" while receiving tirzepatide (Mounjaro) 2.5 mg for type II diabetes beginning on an unspecified date.[276] The patient's medical history and concomitant medications were not provided. Reportedly, after the projectile vomiting and gastroparesis event resulting in hospitalization, the patient discontinued tirzepatide therapy. Subsequently, the outcome of the event was recovered, indicating a positive-dechallenge. The event was coded under the preferred terms: vomiting projectile (serious-hospitalized) and impaired gastric emptying (serious-hospitalized). The status of tirzepatide therapy after discontinuation was not reported. The internist who reported the adverse event did not know if the events were related to tirzepatide drug therapy. The report's "Causality As Determined Result" is marked as "Unknown."

In December 2023, a spontaneous adverse event was reported to Lilly by a nurse practitioner concerning an adult male patient of an unknown age and origin who "developed gastroparesis due to which he was hospitalized" while receiving tirzepatide (Mounjaro) for the

---

[276] US202311008293

treatment of type II diabetes "at an unknown strength followed by 10 mg" starting on an unknown date.[277] The patient's medical history and concomitant medication were not provided. Reportedly, the patient's gastroparesis first "began with consistent nausea and occasional vomiting that progressed as he titrated up the dose." The event was coded under the preferred term impaired gastric emptying (serious-hospitalized). The patient's wife "believed that he had titrated up to the 10 mg." Information regarding the corrective treatment and further hospitalization details were not provided. The patient stopped the tirzepatide treatment (dechallenge) and the patient subsequently recovered from the gastroparesis indicating a positive-dechallenge. The nurse practitioner who reported the adverse event related the event with tirzepatide therapy. The report's "Causality As Determined Result" is marked as "Yes."

In January 2024, a spontaneous adverse event was reported to Lilly by a health care professional (HCP) concerning a 56-year-old female patient of an unknown origin who "experienced gastroparesis also due to which she died either on [redacted] 2023 or [redacted] 2023" while she was receiving tirzepatide (Mounjaro) 10 mg beginning on an unspecified date in 2023.[278] The patient's medical history was not provided and her concomitant medication was not provided. Reportedly, on an unknown date in 2023, the patient experienced "diarrhea, nausea, and vomiting" and then went on to experience the impaired gastric emptying event that resulted in her death. Reportedly, it was unknown if an autopsy was performed. The report states that the patient's corrective treatment and status of tirzepatide therapy was not reported. The reporting health care professional did not provide an assessment of relatedness. Lilly's "Causality As

---

[277] US202312007726
[278] US202401001433

182

Docusign Envelope ID: 192FA079-FDE6-4C1D-AB3E-A6F832193D1B

Determined Result" was "Unknown." The event was coded under the preferred term: impaired gastric emptying (serious-death), vomiting, and nausea.

In September 2024, a serious spontaneous event was submitted to Lilly by a physician concerning a 55-year-old adult white female patient who "ended up in emergency room with two day hospital stay due to gastroparesis" after increasing her tirzepatide (Zepbound) 12.5 mg dose to 15 mg on August 12, 2024.[279] The patient's medical history and concomitant medications were not provided. Reportedly, after the third dose at 15 mg, the patient experienced the gastroparesis event that required hospitalization. The event was coded under the preferred term: impaired gastric emptying (serious-hospitalization). She was released from the hospital on an unspecified date. The patient's dulaglutide was discontinued on an unknown date. Information regarding corrective treatment was not provided. The patient's gastroparesis event was marked as "recovered" indicating a positive-dechallenge. The therapy status of tirzepatide was unknown. The reporting physician "related the event with tirzepatide therapy." Lilly's "Causality As Determined Result" is "Yes."

In March 2025, a serious spontaneous adverse event was reported to Lilly by a family / general practitioner concerning a 38 year-old female patient of an unknown origin who "developed gastroparesis and was hospitalized eight days" after escalating her tirzepatide (Zepbound) dose to 7.5 mg from an unknown dose, for the treatment of chronic weight management, on an unspecified date.[280] The event is coded under the preferred term impaired gastric emptying. There is no information regarding discharge date, corrective treatment and

---

[279] US202409017337
[280] US202503007083, (LLY-GLPMDL-15992133: See tab 'Narrative' row 8369-8374; See tab 'Data (All)' row 12381)

laboratory tests done while the patient was hospitalized. Tirzepatide status was unknown. The patient's outcome of the gastroparesis event was resolved. The reporting family / general practitioner related the event with tirzepatide therapy. Lilly's "As Determined Causality" is "Yes."

In March 2025, a serious spontaneous adverse event was reported to Lilly by a nurse concerning a 38-year-old black female patient who "developed gastroparesis requiring an overnight hospital stay" while receiving tirzepatide (Zepbound) at an unknown dose, for the treatment of chronic weight management, on an unspecified date.[281] The patient's medical history and concomitant medications were not provided. The event was coded under the preferred term: impaired gastric emptying (serious). Information regarding discharge date, corrective treatment and laboratory tests done while the patient was hospitalized was not provided. The tirzepatide status was not provided. The patient's outcome of the gastroparesis event was resolved. The reporting nurse related the event with tirzepatide therapy. Lilly's "As Determined Causality" is "Yes."

**Opinion**

In my opinion, by March of 2023 the post marketing evidence combined with the vast foundational evidence including that in the tirzepatide clinical trials all demonstrated that there was reasonable evidence of a causal association between tirzepatide use and the development of impaired gastric emptying that could result in hospitalization and be life threatening if left untreated.

---

[281] US202503007101, (LLY-GLPMDL-15992133: See tab 'Narrative' row 8385-8390; See tab 'Data (All)' row 12390)

184

Docusign Envelope ID: 192FA979-FDF6-4C1D-AB3E-A6F832193D1B

In addition, as was mentioned above concerning dulaglutide, when considering the steps to establish reasonable evidence of a causal association between the use of tirzepatide and drug induced gastroparesis, I believe that the companies evaluating these agents should consider the totality of the evidence available from all agents in this pharmacological class. In other words, as evidence mounts for an association regarding an early member of the class (such as dulaglutide), the consideration that a class effect could be present should put the company examining a later product (such as tirzepatide) on notice and heighten awareness to consider such a possibility earlier on in the clinical program. AEs of special interest regrading gastroparesis and gastroparesis-like symptoms should have been considered in phase 3 trials, or even earlier with this agent so that the time at which reasonable evidence was clearly present (in 2023 as mentioned above) is thus generous in my opinion.

David Metz, M.D.

_____

David C. Metz, M.D.

January 2, 2026