# EXHIBIT 13D

## EXPERT REPORT OF DAVID C. METZ, M.D.

## Table of Contents

QUALIFICATIONS .................................................................................................. 1

I. Gastric Anatomy and Histology............................................................. 5

II. Functions of the Stomach...................................................................... 6

III. Gastric Motility.................................................................................... 7

IV. Measurements of Gastric Emptying...................................................... 8

V. Dyspepsia............................................................................................. 9

VI. Gastroparesis Symptoms..................................................................... 11

VII. The GLP-1 RA Drug Class ................................................................. 11

VIII. Inquiries ............................................................................................. 17

IX. Methodology ....................................................................................... 17

Method for Evaluating Published Observational Studies .................................. 21

X. Bradford Hill Analysis of the Evidence ...................................................... 21

QUESTION 1. Do GLP-1 inhibitors cause drug induced gastroparesis in some patients?......... 21

Temporality.................................................................................................. 22

Strength of Association................................................................................. 23

CONCLUSIONS............................................................................... 48

Experiment .................................................................................................. 51

Lilly Clinical Trial Evidence – Dulaglutide............................................. 59

Phase 1, 2 and 3 Dulaglutide Clinical Studies: ...................................... 61

Lilly Clinical Trial Evidence – Tirzepatide ............................................ 78

Phase 2 and 3 Clinical Studies............................................................. 79

Novo Clinical Trial Evidence ............................................................... 98

Phase 2 and 3 Novo Clinical Studies: .................................................. 98

Meta-Analyses .................................................................................. 110

EXPERIMENT CONCLUSION ....................................................... 116

Biological Gradient (Dose Response)........................................................... 116

Biologic Plausibility................................................................................... 129

Consistency ............................................................................................... 130

Coherence ................................................................................................. 131

Specificity ................................................................................................. 132

Analogy ........................................................................................................... 132

QUESTION 2: Do GLP-1 inhibitors cause prolonged symptoms of gastroparesis in some patients after the drug has been withdrawn and if so, what is the mechanism for that effect? ...................................................................................................... 133

Methodology .................................................................................................. 133

Evaluation of Study Applicability ................................................................ 133

Definition of Prolonged ............................................................................... 133

Temporality ................................................................................................... 134

Strength of Association ................................................................................. 135

Experiment .................................................................................................... 135

Biological Gradient ...................................................................................... 136

Biologic Plausibility ..................................................................................... 136

Consistency ................................................................................................... 136

Coherence ..................................................................................................... 137

Specificity ..................................................................................................... 137

Analogy ......................................................................................................... 137

Conclusion .................................................................................................... 137

## QUALIFICATIONS

I served as Professor of Medicine in the Department of Medicine at the University of Pennsylvania, in Philadelphia, Pennsylvania with 27 years of service (18 years at the rank of Professor) through March of 2021. My roles during this tenure included Associate Chief for Clinical Affairs in the Division of Gastroenterology, Director of the Acid Peptic Disorders Program, Co-Director of the Gastrointestinal (GI) Physiology Lab, Co-Director of the Penn Program for Swallowing Disorders, and Co-Director of the Penn Neuroendocrine Tumor Program. I also held a secondary appointment in the Department of Otorhinolaryngology: Head and Neck Surgery, participated in the University Institutional Review Board and was a member of the Cancer Therapeutics Program at the Abramson Cancer Center. Through my emeritus status at the University of Pennsylvania, I have access to, receive, and review journals related to gastroenterology to stay up-to-date on current literature and advancements in the field, including guidelines as they are published.

I practiced medicine in the field of gastroenterology for almost 30 years with a special emphasis on upper gastrointestinal (GI) tract disease states and neuroendocrine tumors. I am currently licensed in California (my license is in retired status) and I was licensed, but chose not to renew, in Pennsylvania, the District of Columbia, Maryland, United Kingdom, and South Africa. I am board certified in internal medicine, and I was board certified in gastroenterology (including twice recertified) until 2021 when I elected not to recertify for the third time. I was listed frequently in Best Doctors in America (Northeast Region) and in the Top Doctors List in Philadelphia magazine. The majority of my clinical activity involved treating patients with upper GI conditions including motility disorders. Over the course of my medical career, I have treated thousands of patients including patients suffering from gastroparesis. In addition to my medical

1

practice, I also dedicated time to clinical research both designing and conducting various clinical trials, publishing in the medical literature and was actively involved in teaching medical students, residents, fellows and colleagues. Since retiring from medical practice, I remain active with the North American Neuroendocrine Tumor Society (a physician organization) where I served on the Board of Directors, I serve as Medical Director of the Healing NET foundation (an advocacy organization), and I continue to work as a consultant to various pharmaceutical companies.      I received a Bachelor of Medicine and Bachelor of Surgery from the University of the Witwatersrand Medical School, in Johannesburg, South Africa, in 1982. A Bachelor of Medicine and Bachelor of Surgery is the South African equivalent of a Doctor of Medicine degree in the United States. In 1983, I interned at the Johannesburg General Hospital in General Medicine and General Surgery. From 1984 to 1985, I was in private practice, first in South Africa, and later in London, England.

From 1986 to 1989, I did an internship and residency in internal medicine at the Albert Einstein Medical Center, Philadelphia, Pennsylvania. From 1989 to 1991, I completed a fellowship in gastroenterology in a combined program with Georgetown University, the Washington Veteran's Affairs Medical Center, and the National Institutes of Health. From 1991 to 1993, I was a senior staff fellow in the Digestive Diseases Branch of the National Institutes of Health, Bethesda, Maryland, where I studied Zollinger-Ellison Syndrome. In 1993, I became an Assistant Professor of Medicine in the Department of Medicine at the University of Pennsylvania, Philadelphia, Pennsylvania. In 1998, I was promoted to Associate Professor of Medicine. In 2003, I became Professor of Medicine.

In addition to the hospital and administrative appointments noted above, I also was Lead Physician for the GI division at the Hospital of the University of Pennsylvania, and had clinical privileges in the Division of Gastroenterology, at Penn Medicine Main Campus, Philadelphia, Pennsylvania, Penn Medicine at Radnor, Radnor, Pennsylvania, and Presbyterian Hospital, Philadelphia, Pennsylvania.

From 2001 to 2005, I served on the FDA advisory board for gastroenterology, where my duties included participating in advisory meetings that are open to the public for matters pertaining to FDA approval of new drugs. I have also been on the Institutional Review Board at both NIDDK and the University of Pennsylvania.

I have held numerous professional society memberships. These included the American Gastroenterological Association (AGA), in which I have held many leadership positions; the American College of Gastroenterology; and the North American Neuroendocrine Tumor Society (NANETS), in which I was a member of the Board of Directors and served as president. I have retained emeritus membership in NANETS. I previously represented the AGA on the American Board of Internal Medicine Liaison Committee on Recertification.

I have held several editorial positions for peer-reviewed medical journals, including Gastroenterology and the American Journal of Gastroenterology. I also served as a reviewer for several high-impact medical journals, including the New England Journal of Medicine, Gastroenterology, Digestive Diseases and Sciences, and the American Journal of Gastroenterology, among others. I have lectured by invitation over 500 times and have published over 150 scientific articles in peer-reviewed journals, and over 200 abstracts. I have authored over 100 editorials, reviews, and chapters – including a chapter in *Yamada's Textbook of*

*Gastroenterology*, which is a leading textbook in the field, and a chapter on gastroparesis and other gastric motor abnormalities in *Requisites in Gastroenterology*. I lectured annually to the second-year students at the Perelman School of Medicine at the University of Pennsylvania on the pathophysiology of the stomach. I also lectured annually on the physiology and pathophysiology of gastroduodenal diseases and upper GI bleeding at the premier board review course for Gastroenterology in Washington, D.C.

I have received numerous honors and awards; including, but not limited to, American College of Clinical Pharmacology (ACCP) McKeen Cattell Memorial Award (2003) (awarded in honor of the co-founder of the ACCP to recognize an outstanding research paper), the University of Pennsylvania's Citizenship and Service Award from the Division of Gastroenterology (2010), the American Gastroenterological Association Distinguished Clinician Award (2017) (awarded to only two practitioners yearly who exhibit leadership and excellence in the field of gastroenterology), University of Pennsylvania's Louis Duhring's Outstanding Clinical Specialist Award (2020) (awarded to a Penn Medicine clinician in non-primary care who utilizes innovative, research-informed, and collaborative care with exceptional professionalism), and a Lifetime Achievement Award from the North American Neuroendocrine Tumor Society (NANETS) (2021) (awarded to an individual who throughout their career has advanced neuroendocrine disease management and shown exceptional leadership and dedication to the mission of NANETS).

A copy of my *curriculum vitae*, which lists my publications and describes my qualifications in detail has been provided.

I hold all of the opinions offered herein to a reasonable degree of medical and scientific certainty.

**My report is divided into the following sections:**

| | |
|---|---|
| I. | **Gastric Anatomy and Histology** |
| II. | **Functions of the Stomach** |
| III. | **Gastric Motility** |
| IV. | **Measurements of Gastric Emptying** |
| V. | **Dyspepsia** |
| VI. | **Gastroparesis Symptoms** |
| VII. | **The GLP-1 Drug Class** |
| VIII. | **Inquiries** |
| IX. | **Methodology** |
| X. | **Bradford Hill Analysis of the Evidence** |

## I.    Gastric Anatomy and Histology

The stomach consists of four anatomical regions: the cardia, fundus, body, and antrum/[pylorus]. The mucosa in each region contains gastric pits into which several types of mucosal glands empty: The Cardiac glands lined with mucous cells secrete mucus, and pepsinogen in small amounts. The Oxyntic glands in the fundus and stomach body include mucous cells but also contain a variety of cell types including parietal cells, endocrine cells, chief cells, and enterochromaffin cells.[1] Activation of glucagon-like peptide-1 (GLP-1) receptors, located on parietal and chief cells, inhibits acid secretion.[2] The gastric antrum contains pyloric glands composed of mucous cells and endocrine cells, including G cells which produce gastrin and D

---

[1] *See* McHugh et al. (updated 2/2024) Stomach Anatomy & Histology; available here:
https://www.pathologyoutlines.com/topic/stomachnormalhistology.html. (Last accessed 12/2/2025).
[2] Wettergren (1998) Glucagon-like peptide-1 inhibits gastropancreatic function by inhibiting central parasympathetic outflow, available here:
https://journals.physiology.org/doi/full/10.1152/ajpgi.1998.275.5.G984?rfr_dat=cr_pub++0pubmed&url_ver=Z39.8 8-2003&rfr_id=ori%3Arid%3Acrossref.org (Last accessed 12/2/2025).

cells which produce somatostatin. In the gastric antrum, activation of GLP-1 receptors stimulates the release of mucous and bicarbonate from mucous cells and somatostatin from D cells.[3]

The stomach receives a generous blood supply from branches of the celiac artery, including the right and left gastric, the gastroepiploic, and the gastroduodenal arteries which explains why vascular insufficiency syndromes of the stomach are uncommon.[4] Innervation of the stomach is primarily via branches of the vagus nerve, which plays important roles in gastric acid secretion, peptide release, and gastric motility including several important reflex mechanisms.[5] GLP-1 receptors are also located on vagal afferent and efferent nerves. GLP-1 receptor stimulation of parasympathetic vagal nerves inhibits gastric contractility leading to satiety.[6] The intrinsic enteric nervous system also innervates the stomach with cell bodies from Meissner's (submucosal) and Auerbach's (myenteric) plexuses. GLP-1 receptor stimulation on myenteric nerves directly inhibits gastrointestinal motility.[7]

## II.    Functions of the Stomach

The stomach has two major functions: secretion and motility. Each of these functions consists of two primary anatomic components. As such, the proximal stomach (essentially the fundus and body) secretes gastric acid whereas the distal stomach (the antrum) acts as an endocrine organ producing feedback control of acid production by releasing peptide mediators such as gastrin or somatostatin. Similarly, the proximal stomach acts as a reservoir for ingested

---

[3] See McHugh et al. (updated 2/2024) Stomach Anatomy & Histology; available here: https://www.pathologyoutlines.com/topic/stomachnormalhistology.html. (Last accessed 12/2/2025).
[4] *See* Chaudhry (2025) Anatomy, Abdomen and Pelvis: Stomach, available here: https://www.ncbi.nlm.nih.gov/books/NBK482334/. (Last accessed 12/2/2025)
[5] *See id*.
[6] *See* Krieger (2015) Knockdown of GLP-1 Receptors in Vagal Afferents Affects Normal Food Intake and Glycemia; available here: https://pubmed.ncbi.nlm.nih.gov/26470787/ . (Last accessed 12/2/2025).
[7] *See* Wachsmuth (2022) Role of the gut–brain axis in energy and glucose metabolism, available here: https://www.nature.com/articles/s12276-021-00677-w. (Last accessed 12/2/2025).

food, whereas the distal stomach functions as a grinder to render ingested food small enough for passage into the small bowel through the pylorus. Additional functions of the stomach include facilitation of vitamin B12 absorption in the distal small intestine (via intrinsic factor secretion), initiation of protein digestion (via pepsinogen secretion and pH-dependent peptic activity) and an antimicrobial function protecting against ingested pathogens (production of acidic gastric juice).[8]

### III.    Gastric Motility

The stomach serves as a reservoir to store, mix, and then expel food into the duodenum in a controlled fashion. The fundus accommodates ingested food by increasing gastric volume in a process termed receptive relaxation. This process amounts to a vagally-mediated inhibition of fundic tone in order to permit storage of food without increasing intragastric pressure.[9] Liquids are quickly distributed throughout the stomach and emptied by a tonic pressure gradient from the proximal to distal stomach, and thereafter into the duodenum. For solids, there is an initial storage period in the proximal stomach, which varies due to the volume and nature of the material, after which solids spill over into the antrum. Therein, segmental contractions originate in the mid-body of the greater curvature (an area also known as the gastric "pacemaker" associated with interstitial cells of Cajal) occurring approximately three times per minute to mix the food and expose it to gastric juice. The vagus nerve also influences this process.[10] In a process called trituration, antral grinding breaks down digestible solids that move from the fundus and body into the antrum into a homogenous material (chyme) with particle sizes of

---

[8] *See* McHugh et al. (updated 2/2024) Stomach Anatomy & Histology; available here: https://www.pathologyoutlines.com/topic/stomachnormalhistology.html. (Last accessed 12/2/2025).
[9] Anatomy.co.uk (updated May 9, 2025) Fundus of the stomach; available here: https://anatomy.co.uk/fundus-of-the-stomach. (Last accessed 12/2/2025)
[10] *See* Petring et al. (1993) Gastric Emptying in Adults: An Overview Related to Anaesthesia; available here: https://journals.sagepub.com/doi/epdf/10.1177/0310057X9302100605. (Last accessed 12/2/2025).

<1mm to be emptied into the duodenum through the pylorus for additional digestion and absorption.[11] Non-digestible solids empty in the fasting state through inter-digestive migrating motor complexes (MMCs): This contraction pattern occurs every 90 minutes - 2 hours during inter-prandial periods. It consists of a propulsive contraction beginning in the stomach and moving larger particles through a widely opened pylorus before progressing down into the small bowel. This periodic sweeping by the MMC is referred as the intestinal "housekeeper".[12]

Once gastric contents enter the duodenum and upper small intestine, they stimulate receptors responsive to physiological factors like low pH, high osmolality, caloric density, and fatty acids. When activated, these receptors trigger enterogastric reflexes in order to slow gastric emptying and induce satiety. In addition to the hormones such as secretin, CCK, GIP, ghrelin, and leptin which contribute to these reflexes, GLP-1 released from enteric L cells also plays a significant role.[13] Overall, these inhibitory mechanisms prevent the small intestine from being overwhelmed by the entry of nutrients from the stomach too quickly which could result in the dumping syndrome.[14]

## IV.    Measurements of Gastric Emptying

Upper endoscopy is useful in suggesting the presence of a gastric emptying abnormality if there is a significant amount of retained contents. Radiopaque (Sitz) markers provide an inexpensive test to assess gastric emptying of indigestible solids. Ten markers are ingested with a

---

[11] *See* Camilleri (2019) (Author Manuscript) Gastrointestinal Hormones and Regulation of Gastric Emptying; available here: https://pmc.ncbi.nlm.nih.gov/articles/PMC6615897/pdf/nihms-1514523.pdf. (Last accessed 12/3/2025).

[12] See Petring et al. (1993) Gastric Emptying in Adults: An Overview Related to Anaesthesia; available here: https://journals.sagepub.com/doi/epdf/10.1177/0310057X9302100605. (Last accessed 12/2/2025).

[13] *See* Camilleri (2019) (Author Manuscript) Gastrointestinal Hormones and Regulation of Gastric Emptying; available here: https://pmc.ncbi.nlm.nih.gov/articles/PMC6615897/pdf/nihms-1514523.pdf. (Last accessed 12/3/2025).

[14] Mayo Clinic Staff (2025) Dumping Syndrome; available here: *https://www.mayoclinic.org/diseases-conditions/dumping-syndrome/symptoms-causes/syc-20371915?p=1. (Last accessed 12/3/2025).*

high osmolar meal. After six hours, all of the markers should have left the stomach, as determined by plain films of the abdomen. This test has been used primarily in patients with diabetic gastroparesis, where the most marked defect in emptying is with indigestible solids. However, a radiolabeled solid scintigraphy study after ingestion of a standardized meal is the gold standard test of gastric emptying. The scintigraphy test results in little radiation exposure and may quantitate gastric emptying time in addition to providing patterns of gastric emptying. Typically emptying of a solid meal exhibits two phases: an initial lag phase followed by a linear phase. Although two-hour gastric emptying studies are commonly performed, a four-hour test is more accurate given inherent variability of the lag phase. A gastric residual of > 10% after 4 hours is abnormal and increasing residual amounts are labelled as mild, moderate or severe gastroparesis.[15] Other methods of measuring gastric emptying include the octanoic acid breath test and the Pillcam test. Tests of gastric function such as gastroduodenal manometry, electrogastrography, other measures of gastric accommodation, the water load test, MRI, and ultrasound are still mainly of research interest but may be available for interpretation.

## V.    Dyspepsia

Dyspepsia (derived from the Greek referring to 'dys = abnormal' and 'pepsia = digestion'), in layman's terms "indigestion", refers to discomfort or pain in the upper abdomen often but not always occurring during or after meals. It is a common digestive disorder that can be caused by a variety of factors, such as eating spicy or fatty foods, consuming excessive caffeine, alcohol, or medications (such as aspirin and non-steroidal anti-inflammatory agents),

---

[15] *See* Camilleri et al. (2016) Measurement of Gastrointestinal and Colonic Motor Functions in Humans and Animals; available here: https://pubmed.ncbi.nlm.nih.gov/27648466/. (Last accessed 12/3/2025; *see also* Association of Gastrointestinal Motility Disorders, Inc. (2018) Common Tests to Diagnose Motility Disorders (internal citations omitted); available here: https://www.agmdhope.org/wp-content/uploads/2018/08/common_tests.pdf. (Last accessed 12/3/2025)

stress, or underlying medical conditions such as gastroparesis or peptic ulcer disease. The term is generally reserved for chronic pain or discomfort centered in the upper abdomen that may or may not relate to meals excluding symptoms of gastroesophageal reflux (i.e., retrosternal burning, heartburn).[16]

Non-ulcer dyspepsia is a descriptive term for patients with typical ulcer-like pain in whom no ulcers can be found. Some non-ulcer dyspepsia patients respond to treatment with antisecretory agents but, in contrast to ulcer dyspepsia, this syndrome is unlikely to be truly acid-peptic in nature. Many patients with non-ulcer dyspepsia also have *H. pylori* gastritis but eradication of the organism with antibiotics generally fails to alleviate symptoms. Recent work has implicated poor visceral compliance/accommodation or visceral hypersensitivity as important factors in the development of non-ulcer dyspepsia. Gastric dysrhythmias or neuromuscular disease has also been implicated. Like irritable bowel syndrome, the prototypical functional disorder of the lower gastrointestinal tract, non-ulcer dyspepsia is also a diagnosis of exclusion (i.e. other causes must be ruled out first). Uninvestigated (undifferentiated) dyspepsia refers to patients who have not undergone formal evaluation for their symptoms. Functional dyspepsia refers to individuals who have undergone gastrointestinal evaluation without an organic cause having been identified.[17] Its importance lies in the fact that it clinically mimics acid-peptic disease (but without mucosal disease).

---

[16] Harmon et al. (2010) Evaluation and Management of Dyspepsia; available here: https://pmc.ncbi.nlm.nih.gov/articles/PMC3002574/. (Last accessed 12/3/2025).

[17] *See* id.; *see also* Mayo Clinic (2025) Functional Dyspepsia; available here: https://www.mayoclinic.org/diseases-conditions/functional-dyspepsia/symptoms-causes/syc-20375709. (Last accessed 12/3/2025).

## VI.    Gastroparesis Symptoms

Gastroparesis is a condition in which gastric motility is disordered leading to a delay in emptying of ingested food into the duodenum. Symptoms of delayed gastric emptying closely mimic dyspepsia and include early satiety, abdominal pain, epigastric fullness, bloating, nausea and vomiting, regurgitation and heartburn. Gastroparesis symptoms may be mild or severe and disabling leading to bezoar formation, malnutrition and disordered blood glucose control.

There are many known causes of delayed gastric emptying, only some of which can be specifically treated. These include post-surgical states, infections, endocrine disorders (e.g., diabetes or hypothyroidism), muscular disorders, systemic sclerosis, and drugs (including opiates, antidepressants and GLP-1 inhibitors). Idiopathic (unknown) cases are also described.[18]

## VII.    The GLP-1 RA Drug Class

1). Pharmacology & Dosage

    a)  Eli Lilly

        i)      Trulicity:

            (1) "TRULICITY contains dulaglutide, which is a human GLP-1 receptor agonist with 90% amino acid sequence homology to endogenous human GLP-1 (7-37). Dulaglutide activates the GLP-1 receptor, a membrane-bound cell-surface receptor coupled to adenylyl cyclase in pancreatic beta cells. Dulaglutide increases

---

[18] *See* Camilleri et al. (2022) ACG Clinical Guideline: Gastroparesis; available here: https://journals.lww.com/ajg/Fulltext/2022/08000/ACG_Clinical_Guideline__Gastroparesis.15.aspx. (Last accessed 12/3/2025).

intracellular cyclic AMP (cAMP) in beta cells leading to glucose-dependent insulin release. Dulaglutide also decreases glucagon secretion and slows gastric emptying."[19]

> (2) Trulicity dosage: 0.75mg or 1.5mg

> ii) Mounjaro:

> (1) "Tirzepatide is a GIP receptor and GLP-1 receptor agonist. It is a 39-amino-acid modified peptide with a C20 fatty diacid moiety that enables albumin binding and prolongs the half-life. Tirzepatide selectively binds to and activates both the GIP and GLP-1 receptors, the targets for native GIP and GLP-1. Tirzepatide enhances first- and second-phase insulin secretion, and reduces glucagon levels, both in a glucose-dependent manner."[20]

> (2) Mounjaro dosage: 2.5mg, 5mg, 7.5mg, 10mg, 12.5mg, or 15mg

> iii) Zepbound:

> (1) "Tirzepatide is a GIP receptor and GLP-1 receptor agonist. It is an amino acid sequence including a C20 fatty diacid moiety that enables albumin binding and prolongs the half-life. Tirzepatide selectively binds to and activates both the GIP and GLP-1 receptors, the targets for native GIP and GLP-1. GLP-1 is a physiological regulator of appetite and caloric intake. Nonclinical studies suggest the addition of GIP may further contribute to the regulation of food intake."[21]

> (2) Zepbound dosage: 2.5mg, 5mg, 7.5mg, 10mg, 12.5mg, or 15mg

b) Novo Nordisk

> i) Victoza:

---

[19] Trulicity Approval Label (09/2014), 12 CLINICAL PHARMACOLOGY 12.1 Mechanism of Action
[20] Mounjaro Approval Label (05/2022), 12 CLINICAL PHARMACOLOGY 12.1 Mechanism of Action
[21] Zepbound Approval Label (11/2023), 12 CLINICAL PHARMACOLOGY 12.1 Mechanism of Action

(1) "Liraglutide is an acylated human Glucagon-Like Peptide-1 (GLP-1) receptor agonist with 97% amino acid sequence homology to endogenous human GLP-1(7-37). GLP-1(7-37) represents <20% of total circulating endogenous GLP-1. Like GLP-1(7-37), liraglutide activates the GLP-1 receptor, a membrane-bound cell-surface receptor coupled to adenylyl cyclase by the stimulatory G-protein, Gs, in pancreatic beta cells. Liraglutide increases intracellular cyclic AMP (cAMP) leading to insulin release in the presence of elevated glucose concentrations. This insulin secretion subsides as blood glucose concentrations decrease and approach euglycemia. Liraglutide also decreases glucagon secretion in a glucose-dependent manner. The mechanism of blood glucose lowering also involves a delay in gastric emptying. GLP-1(7-37) has a half-life of 1.5-2 minutes due to degradation by the ubiquitous endogenous enzymes, dipeptidyl peptidase IV (DPP-IV) and neutral endopeptidases (NEP). Unlike native GLP-1, liraglutide is stable against metabolic degradation by both peptidases and has a plasma half-life of 13 hours after subcutaneous administration. The pharmacokinetic profile of liraglutide, which makes it suitable for once daily administration, is a result of self-association that delays absorption, plasma protein binding and stability against metabolic degradation by DPP-IV and NEP."[22]

(2) Victoza dosage: 0.6 mg, 1.2 mg, or 1.8 mg

ii)    Saxenda:

(1) "Liraglutide is an acylated human glucagon-like peptide-1 (GLP-1) receptor agonist with 97% amino acid sequence homology to endogenous human

---

[22] Victoza Approval Label (01/2010), 12 CLINICAL PHARMACOLOGY 12.1 Mechanism of Action

GLP-1(7-37). Like endogenous GLP-1, liraglutide binds to and activates the GLP-1 receptor, a cell-surface receptor coupled to adenylyl cyclase activation through the stimulatory G-protein, Gs. Endogenous GLP-1 has a half-life of 1.5-2 minutes due to degradation by the ubiquitous endogenous enzymes, dipeptidyl peptidase 4 (DPP-4) and neutral endopeptidases (NEP). Unlike native GLP-1, liraglutide is stable against metabolic degradation by both peptidases and has a plasma half-life of 13 hours after subcutaneous administration. The pharmacokinetic profile of liraglutide, which makes it suitable for once-daily administration, is a result of self-association that delays absorption, plasma protein binding, and stability against metabolic degradation by DPP-4 and NEP. GLP-1 is a physiological regulator of appetite and calorie intake, and the GLP-1 receptor is present in several areas of the brain involved in appetite regulation. In animal studies, peripheral administration of liraglutide resulted in the presence of liraglutide in specific brain regions regulating appetite, including the hypothalamus. Although liraglutide activated neurons in brain regions known to regulate appetite, specific brain regions mediating the effects of liraglutide on appetite were not identified in rats."[23]

(2) Saxenda dosage: 0.6 mg, 1.2 mg, 1.8 mg, 2.4 mg or 3 mg

iii)    Ozempic:

(1) "Semaglutide is a GLP-1 analogue with 94% sequence homology to human GLP-1. Semaglutide acts as a GLP-1 receptor agonist that selectively binds to and activates the GLP-1 receptor, the target for native GLP-1. GLP-1 is a physiological hormone that has multiple actions on glucose, mediated by the GLP-1

---

[23] Saxenda Approval Label (12/2014), 12 CLINICAL PHARMACOLOGY 12.1 Mechanism of Action

14

receptors. The principal mechanism of protraction resulting in the long half-life of semaglutide is albumin binding, which results in decreased renal clearance and protection from metabolic degradation. Furthermore, semaglutide is stabilized against degradation by the DPP-4 enzyme. Semaglutide reduces blood glucose through a mechanism where it stimulates insulin secretion and lowers glucagon secretion, both in a glucose-dependent manner. Thus, when blood glucose is high, insulin secretion is stimulated and glucagon secretion is inhibited. The mechanism of blood glucose lowering also involves a minor delay in gastric emptying in the early postprandial phase."[24]

(2) Ozempic dosage: 0.25mg, 0.5mg, 1mg

iv)      Rybelsus:

(1) "Semaglutide is a GLP-1 analogue with 94% sequence homology to human GLP-1. Semaglutide acts as a GLP-1 receptor agonist that selectively binds to and activates the GLP-1 receptor, the target for native GLP-1. GLP-1 is a physiological hormone that has multiple actions on glucose, mediated by the GLP-1 receptors. The principal mechanism of protraction resulting in the long half-life of semaglutide is albumin binding, which results in decreased renal clearance and protection from metabolic degradation. Furthermore, semaglutide is stabilized against degradation by the DPP-4 enzyme. Semaglutide reduces blood glucose through a mechanism where it stimulates insulin secretion and lowers glucagon secretion, both in a glucose-dependent manner. Thus, when blood glucose is high, insulin secretion is stimulated, and glucagon secretion is inhibited. The mechanism of blood glucose

---

[24] Ozempic Approval Label (12/2017), 12 CLINICAL PHARMACOLOGY 12.1 Mechanism of Action

lowering also involves a minor delay in gastric emptying in the early postprandial phase."[25]

(2) Rybelsus dosage: 3 mg, 7 mg and 14 mg

v)    Wegovy:

(1) "Semaglutide is a GLP-1 analogue with 94% sequence homology to human GLP-1. Semaglutide acts as a GLP-1 receptor agonist that selectively binds to and activates the GLP-1 receptor, the target for native GLP-1. GLP-1 is a physiological regulator of appetite and caloric intake, and the GLP-1 receptor is present in several areas of the brain involved in appetite regulation. Animal studies show that semaglutide distributed to and activated neurons in brain regions involved in regulation of food intake."[26]

(2) Wegovy dosage: 0.25 mg, 0.5 mg, 1 mg, 1.7 mg or 2.4 mg

2)    Indications and Usage

a) Eli Lilly

i)    2014: Trulicity (active ingredient: dulaglutide) was approved for use in adults with Type 2 diabetes

ii)    2022: Mounjaro (active ingredient: tirzepatide) was approved for use in adults with Type 2 diabetes

iii)    2023: Zepbound (active ingredient: tirzepatide) was approved for use for chronic weight management

b) Novo Nordisk

---

[25] Rybelsus Approval Label (09/2019), 12 CLINICAL PHARMACOLOGY 12.1 Mechanism of Action
[26] Wegovy Approval Label (06/2021), 12 CLINICAL PHARMACOLOGY 12.1 Mechanism of Action

i)      2010: Victoza (active ingredient: liraglutide) was approved for use in adults with Type 2 diabetes

ii)     2014: Saxenda (active ingredient: liraglutide) was approved for use in adults for chronic weight management in adults

iii)    2017: Ozempic (active ingredient: semaglutide) was approved for use in adults with Type 2 diabetes

iv)     2019: Rybelsus (active ingredient: semaglutide) was approved for use in adults with Type 2 diabetics, but in an oral formulation

v)      2021: Wegovy (active ingredient: semaglutide)[27] was approved for use in adults for chronic weight management

3)      Alternatives to GLP-1 RAs include, but are not limited to: Metformin, SGLT2 inhibitors, DPP-4 inhibitors, sulfonylureas, insulin, orlistat, phentermine and naltrexone-bupropion.

## VIII.  Inquiries

I have been asked to evaluate two questions concerning GLP-1 inhibitors and offer my opinions to a reasonable degree of medical certainty.

**Question 1:** Do GLP-1 inhibitors cause drug induced gastroparesis in some patients?

**Question 2:** Do GLP-1 inhibitors cause prolonged symptoms of gastroparesis in some patients after the drug has been withdrawn and if so, what is the mechanism for that effect?

## IX.     Methodology

**Question 1 and 2:**

---

[27] On December 22, 2025, the FDA approved a tablet version of Wegovy.

In approaching questions 1 and 2, I utilized the widely known and highly regarded Bradford Hill methodology. This methodology requires the application of nine considerations for determining a causal relationship between an exposure and an observed effect. These considerations are (1) temporality – the effect must occur after the exposure (2) strength of association – the greater the association the more likely there is causation (3) consistency – there is consistency of among the different lines of evidence (4) specificity – the effect is only seen with exposure to the toxin in issue; this is rarely met but if it is, causation is strongly favored (5) biological gradient - a dose-response relationship between the cause and effect supports the causation, (6) plausibility - a biologically plausible mechanism or mechanisms explaining how the cause produces the effect; the mechanism need not be proven but if it is then causation is established, (7) coherence with general medical and scientific knowledge (8) experiment – evidence that reflects an alteration of the exposure that changes the potential effect at issue (9) analogy – the same or similar effects have been seen with other types of similar exposures. It should be noted that the only requirement for causation is temporality; the remaining factors are, as explicitly stated in the methodology, not necessary to determine causation, although the evidence should be identified and reviewed with each consideration in mind and it should be ascertained whether or not the consideration is met.

**Evaluation of GLP-1 Study Applicability to all GLP-1 Medications**

Before reviewing the evidence concerning the GLP-1 drugs including the GIP/GLP-1 drug tirzepatide, it is necessary to evaluate what if any risk (or lack of risk) evidence concerning one medication is relevant to one or more of the other drugs. Certainly, these medications, including tirzepatide are considered by the medical community and the FDA to be members of the same pharmacotherapeutic class of drugs (incretins). While this is a meaningful fact, because it reflects

a near-total view of scientists and regulatory agencies, this fact alone does not permit application of all evidence for each drug to apply to an evaluation of each other drug. However, there are other central facts common to these medications that do permit consideration of the risk and lack of risk evidence of all drugs when evaluating them. These medications are eponymously named GLP-1 agonists because they are all agonists of (i.e.. bind to and stimulate) the very same receptor, wherever it is found. Structural differences in a specific molecule can extend bioavailability, or modify absorption but the central mechanism is the same for all GLP1 agonists. Indeed, one of the key mechanisms of action of the drugs is to delay gastric emptying. This does not mean that all of the drugs will slow stomach emptying and reduce spikes in glucose after meals to the same degree, but they will all correspondingly cause the stomach to retain contents to some degree. Of course, when in some patients this delay of gastric motility persists, then a drug-induced gastroparesis will exist potentially causing the serious medical events reported in the literature and seen in the adverse event reports possessed by both Eli Lilly and Novo Nordisk (discussed *infra).* The structure of the medications are also similar to permit receptor binding. The published literature and adverse event reporting reveals that the GLP1 drugs have been reported to have the same types of impairment of gastric emptying adverse events due to drug induced gastric emptying delay. The same potential risk has been reported for all of the drugs evaluated here. Finally, the Chiang metanalysis, peer reviewed and published in one of the prominent medical journals, Gastroenterology, did not distinguish between GLP-1 medications in their clinical trial search and selection, underscoring that appropriateness of looking at the evidence of all GLP-1 drugs together. It would perhaps be an issue if there were a GLP-1 agent under review that had no similar reported events. That would fairly call into question considering other class members risk studies, when evaluating that drug. But that is not so here. Chiang did conduct a sub-analysis comparing the

19

GLP-1 and GIP-GLP-1 pharmacological classes but clearly looking at all of them together was acceptable and accepted.

Activation of GLP-1 receptors mediates dyspepsia and gastroparesis-like symptoms through various specific central and peripheral neural pathways, particularly involving afferent and efferent vagal nerve fibers. While GLP-1 receptors are found directly on gastric cells, as mentioned above, the effect of GLP-l inhibition on gastric motility is predominantly neurally mediated. A major stimulus for GLP-1-induced GI (side) effects in the GI tract is relayed to the brain through vagal afferents in the stomach and intestine. These stimuli are augmented by stimulation of brain stem nerves including the "vomiting center", efferent vagal nerve centers that directly inhibit gastric motility, myenteric plexus nerves that reduce smooth muscle contractility and other areas higher in the central nervous system that mediate satiety, reduce appetite and alter feeding behavior.

In the stomach, GLP1 agonist- induced vagal nerve and/or intrinsic neural plexus dysfunction leads to disordered proximal stomach motility, inhibition of antral grinding, and elevated pyloric tone leading to early satiety and delayed emptying of gastric contents. Elevated fundal pressure leads to exaggerated transient lower esophageal pressure relaxations (TLESRs, the "burp" reflex) to offset discomfort related to delayed emptying or disordered accommodation. Excessive TLESR occurrences in association with impaired gastric accommodation and/or gastroesophageal junction anatomy (i.e., hiatal hernia) plus centrally mediated effects all conspire to predisposes to dyspepsia, bloating, nausea and vomiting, heartburn, regurgitation, gastroesophageal reflux disease, excessive weight loss and potentially pulmonary aspiration. While GI consensus guidelines indicate that GLP-1 inhibitors do not need to be held before elective endoscopic procedures, anesthesia guidelines indicate otherwise.

## Method for evaluating published observational studies

The peer review process is intended to confer reliability upon the design, methods, discussion, results and conclusions of published studies. Nevertheless, when evaluating and interpreting the results to determine what if any conclusions can be drawn from several studies examining the same or similar issues, each study should be reviewed methodologically. There are several aspects of such a methodological review that should be employed and I did so here:

1.      How did the study identify the individuals within the cohort?

a. Selection bias?

b. Information bias including recall bias?

c. How were potential biases reduced?

2.      How were the subjects matched?

3.      What confounding factors were accounted for?

In addition, to the above the quality of the journal in which it is published is a consideration.

## X.      Bradford Hill Analysis of the Evidence

**QUESTION 1. Do GLP-1 inhibitors cause drug induced gastroparesis in some patients?**

As indicated, I utilized the Bradford Hill criteria to assess the evidence and answer this question.

a.      **Temporality**
b.      **Strength of association**
c.      **Experiment**
d.      **Biological gradient**
e.      **Biologic Plausibility**
f.      **Consistency**

21

g.    **Coherence**
h.    **Specificity**
i.    **Analogy**


## Temporality

As noted, temporality is an absolute requirement to determine causality. The evidence regarding these medications reveal numerous events of impaired gastric emptying developing after commencement of the medication. Importantly, this has been observed not only in diabetic patients but in non-diabetic patients as well and observational evidence supports this too. In other words, there is a temporal relationship between initiating the use of these medications and gastrointestinal adverse events which occur subsequently. Moreover, there are documented cases of both dechallenge and rechallenge confirming the temporal association between drug exposure and gastroparesis. Furthermore, there are also well documented peer reviewed published case reports supporting this temporality requirement. These are set forth below.  It is also important that in its clinical trials Eli Lilly had exclusion criteria for preexisting impaired gastric emptying, thus minimizing the potential for the condition to occur prior to study drug initiation also further supporting that the temporality requirement is met here without confounding related to the potential for prior existence of significant gastroparesis. Finally, Eli Lilly clinical investigators and internal personnel recognized this temporality when, during clinical trials, numerous causality assessments that related the events to study drug were made. Due to the volume of patients suffering from gastrointestinal adverse events and the discontinuation of patients from ongoing study for these events, Eli Lilly instituted a set of guidelines in many clinical trials that permitted investigators to prescribe medications to alleviate gastric symptoms or to de-escalate drugs. Other evidence that I have reviewed additionally establishes temporality, including the

22

percentages of gastrointestinal adverse events far exceeding the percentages for such events in the placebo arms of the trials. In sum, in my opinion, there is no question that cases of impairment of gastric emptying occur following use of GLP-1 and therefore temporality is met.

## Strength of Association

That there is an association between the use of GLP-1 medications and the subsequent development of impairment of gastric emptying and drug induced gastroparesis cannot be seriously disputed. In my opinion this association is also strong and confirmed by the body of observational studies set forth below.

Studies evaluating Temporality and Strength of Association are enumerated below. Further discussion regarding the other Bradford Hill Criteria pertaining to Question 1 is set out below this.

**Sodhi et al. Risk of Gastrointestinal Adverse Events Associated With Glucagon-Like Peptide-1 Receptor Agonists for Weight Loss, JAMA, (Oct. 5, 2023) (*Research Letter)*[28]**

Sodhi (2023) published the results of a retrospective cohort study undertaken to assess the risk of various gastrointestinal adverse events including biliary disease, pancreatitis, bowel obstruction, and gastroparesis in patients taking liraglutide and semaglutide for weight loss.

The investigators used a random sample of 16 million patients drawn from a large national database accounting for "93% of all outpatient prescription and physician diagnoses in the US". New-users of semaglutide (n=613) and liraglutide (n=4,144) were compared to users of bupropion-naltrexone (n=654). Obesity was required and was confirmed by ICD code within 90 days prior to or 30 days after cohort entry. Patients with a diagnosis of diabetes or using antidiabetic medication were excluded.

---

[28] JAMA Research Letters are still subjected to the same rigorous peer review as other published studies in JAMA.

With respect to gastroparesis, patients were observed from their first prescription of a study drug to the "first mutually exclusive incidence (defined as first *ICD-9* or *ICD-10* code) of gastroparesis (defined as use of a code or  promotility agent)."

Hazard ratios from a Cox model were adjusted for age, sex, alcohol use, smoking hyperlipidemia, abdominal surgery in the last 30 days and geographic location; BMI was not available as part of the claims data.

In addition, two sensitivity analyses were conducted, one excluding hyperlipidemia (because more semaglutide users had hyperlipidemia), and a second to definitively exclude patients with diabetes by using a one-year look back to exclude exposure to anti-hyperglycemic agents in addition to the absence of an ICD code for diabetes. E-Value methods were used to examine how strong the influence of an unmeasured confounder (i.e., BMI) would need to be to negate the results.

"Use of GLP-1 agonists compared with bupropion naltrexone was associated with increased risk of pancreatitis (adjusted HR, 9.09 [95% CI, 1.25-66.00]), bowel obstruction (HR, 4.22 [95% CI, 1.02-17.40]), and gastroparesis (HR, 3.67 [95% CI, 1.15-11.90) but not biliary disease (HR, 1.50 [95% CI, 0.89-2.53])."

Sodhi concluded that the "use of GLP-1 agonists for weight loss compared with the use of bupropion-naltrexone was associated with an increased risk of … gastroparesis, ..," and further advised that "these adverse events, although rare, must be considered by patients who are contemplating using the drugs for weight loss because the risk-benefit calculus for this group might differ from that of those who use them for diabetes."

The authors noted that a limitation of their study was that it was uncertain whether all subjects used GLP-1 agonist for weight loss specifically but they all had documented obesity without diabetes.

**Suissa et al., Letter to Editor: GLP-1ReceptorAgonistsandGastrointestinal Adverse Events, Comment &Response; Sodhi Response**

Suissa et al., in a letter to the editor criticized Sodhi et al for the parameters used for excluding diabetics, conflicting data with Randomized Controlled Data re pancreatitis, and the study's wide confidence interval (CI) and limited power.

Specifically, with respect to diabetes, Suissa objected on the basis that an obesity code is not reliable for distinguishing GLP-1RA use for obesity vs. diabetes arguing that given the study period (2006–2020) and lack of active exclusion of diabetes history prior to 90 days, "most patients using GLP-1 receptor agonists were receiving treatment for diabetes." Sodhi's response is informative and provides significant information regarding the study not in the published Research Letter: "We ensured that study participants had not received an antihyperglycemic drug or a diabetes code for at least 1 year prior to cohort entry (date of the first prescription of a study drug) before the obesity restriction was applied. This detail was not included in our article due to space limitations**.**"[29] A one-year lookback for both diabetes diagnosis codes and antihyperglycemic medications is more rigorous than the 90-day window described in the original paper and mitigates the concern for confounding.

With respect to the wide CI and power, Sodhi responded that the relevant question was not whether the CI were wide, but whether they excluded the null, which they did for gastroparesis with an HR of 3.67 (95% CI 1.15–11.90) and that if anything the wide CI simply

---

[29] Rezaeianzadeh R, Sodhi M, Etminan M. GLP-1 Receptor Agonists and Gastrointestinal Adverse Events—Reply. *JAMA.* 2024;331(10):885–886. doi:10.1001/jama.2024.0049

meant that a true effect could range from 1.15 to very large, but is unlikely to be null due to the statistical significance with a HR above 3 and the lower limit of the CI of 1.5. While the wide CI does limit the ability of this study to provide a precise estimate of the magnitude of the effect it does show that gastroparesis is a risk factor for therapy. This finding also comports with later studies such as Liu and Aneke Nash with larger sample and narrower CIs to further refine the estimate of risk. I also note that Sodhi's response discloses that one of the original authors, Etiminan, had been retained as an expert in ongoing GLP-1RA litigation since the publication of the original research letter. Sodhi uses an active comparator design (bupropion-naltrexone) rather than comparing to non-users, which controls for treatment-seeking behavior and the general decision to pursue weight-loss pharmacotherapy. The new-user design also captures early events and avoids prevalent-user bias. The exclusion of patients with diabetes removed the potential confounding effect of diabetes and the one-year look back for establishing exclusion criteria gives assurance that this population was indeed excluded. To control for additional confounders, the authors used causal diagram methodology for covariate selection, and a sensitivity analysis excluding hyperlipidemia. Due to the absence of BMI data, the authors used E-value to determine "how strong [an] unmeasured confounding would need to be to negate the observed results[30]. The calculated E-Value for gastroparesis was calculated as 6.8 indicating that an unmeasured confounder would need to be unusually strong to explain away the observed result.

The primary weaknesses are the study's small sample size (leading to wide CI as noted), lack of BMI data and a broad definition of gastroparesis that included promotility usage. The small sample size leads to wide confidence intervals but the results remain statistically significant and two sensitivity analysis also retained significance. The E-value addresses

---

[30] Sodhi et al. Risk of Gastrointestinal Adverse Events Associated With Glucagon-Like Peptide-1 Receptor Agonists for Weight Loss, JAMA, (Oct. 5, 2023) (*Research Letter*)

unmeasured confounders such as BMI. And the potential for outcome misclassification for gastroparesis is non-differential as there is no reason that GLP-1RA users would receive promotility agents for non-gastroparesis indications at higher rates than bupropion-naltrexone users unless GLP-1RAs actually cause more GI dysmotility. Non-differential misclassification biases toward the null, making the positive finding more notable, not less.

**Liu *Some Risks of Gastrointestinal Adverse Events Associated With Glucagon-Like PEPTIDE-1 Receptor Agonists Are Likely Explained by BMI*, Alimentary Pharmacology & Therapeutics (2025) *(Peer-reviewed Research Communication)***

Liu (2025) is a retrospective cohort study with propensity score matching, similar to Sodhi et al. (2023) but now designed specifically with initial BMI matching (a major stated limitation of Sodhi). It compared the gastrointestinal risks of first-time GLP-1 RAs users (Semaglutide and liraglutide) with first-time bupropion-naltrexone ("BN") users in obese US adults without T2DM. The exclusion criteria for diabetics was also more stringent than Sodhi, excluding patients that had ever been diagnosed with T2DM or had HbA1c ≥6.5%. Liu utilized the TriNetX US Network health database, which at the time of the study, had data from 58 participating healthcare organizations and 112,810,999 patients (2011–2023). The study population was comprised of US adults with obesity (BMI ≥30 or an obesity diagnosis code within 90 days before or 30 days after cohort entry) without diabetes. "After propensity score matching there were 8,792 patients in each cohort" (GLP-1RA vs. bupropion-naltrexone). Exposure was defined as first prescription of semaglutide or liraglutide or first prescription of bupropion-naltrexone at weight-loss dosage for the active comparator, and the cohorts were mutually exclusive. Outcomes, including gastroparesis, were defined by ICD code. There was a significantly elevated rate of gastroparesis at 1.915 per 1000 person- years in the GLP- 1 RA cohort compared to 0.742 in the BN cohort, corresponding to an adjusted HR of 2.30 (95% CI

27

1.19–4.46). The unadjusted HR was also statistically significant (HR 1.46 [1.04–2.03]) demonstrating robustness across analyses.

In sub-analyses, both semaglutide (aHR 2.07; 95% CI 1.06–4.07) and liraglutide (aHR 1.74; 95% CI 1.08–2.80) had significantly increased risks of gastroparesis compared to the BN cohort.

The study authors noted that imitations of this study still included the potential for unmeasured confounders, such as medication compliance, use of other over-the-counter medications and GLP-1 RA medication dosages; differences in follow- up duration meant that BN users could have inherently greater event detection rates, although the study time-to-event analyses strategy aimed to mitigate this effect.

The Liu study had certain strengths of note. It utilized a large geographically diverse database to ultimately obtain 8,792 propensity-matched pairs, matched for initial BMI (achieving balance at 37.0 vs. 37.2 kg/m²) along with demographics, comorbidities, and relevant risk factors. The study used a more stringent diabetes exclusion (never T2DM or HbA1c ≥6.5%) than Sodhi, thus further controlling for this possible confounder. The gastroparesis association was statistically significant even in the unadjusted analysis (HR 1.46 [1.04–2.03]) and strengthened after adjustment (aHR 2.30; 95% CI 1.19–4.46). Additionally, even when analyzed separately in comparison to the BN cohort, semaglutide and liraglutide still showed significantly increased gastroparesis risk separately on their own.

However, as recognized by Liu, the study has limitations with respect to follow-up imbalance and the inability to confirm medication adherence or case capture when relying on electronic claims data. The potential missing confounders is a limitation, but the propensity matching and sensitivity analysis gives control for the most likely confounders to have a

differential impact. Moreover, with respect to the greater follow up time for BN users, the potential for medication non-adherence and potential underdiagnoses of GP due to using ICD codes, would likely have biased results towards the null and not towards false positive results.

**Aneke-Nash (2025) "Comparing the risk of gastroparesis following different modalities for treating obesity: semaglutide versus bupropion-naltrexone versus sleeve gastrectomy – a retrospective cohort study"** *BMJ Open Gastroenterology (Peer-reviewed)*

Aneke-Nash (2025) is a retrospective cohort study using claims data from a large dataset[31] to assess the risk of gastroparesis among individuals with obesity but not T2DM and who were treated with one of the following: GLP-1 RA semaglutide, the weight loss drug bupropion-naltrexone (BN) or sleeve gastrectomy (SG).

The initial study population was comprised of 55,460 US adults aged 18-64 with BMI ≥30 without type 2 diabetes or baseline gastroparesis, who had at least 1 year of continuous enrollment before the intervention (drug or sleeve).

There were then three intervention cohorts: semaglutide: 36,990 (66.7%); bupropion-naltrexone: 7,369 (13.3%); sleeve gastrectomy: 11,101 (20.0%). The cohorts were designed to be mutually exclusive with patients excluded for utilizing more than one intervention.

Exposure was defined as at least one filled prescription for semaglutide (NDC codes for Wegovy, Ozempic, Rybelsus), bupropion-naltrexone (NDC code Contrave) or sleeve gastrectomy identified by CPT/ICD-10 procedure codes.

Outcomes were defined as gastroparesis diagnosed by ICD-10 code in outpatient or inpatient claims after the index date. The three treatment groups had varying follow-up

---

[31] The study used a large claims-based dataset (Merative Market-Scan Research Databases), which includes paid claims and encounter data for over 273 million unique patients representing insured employees and dependents (January 2018 to December 2022).

durations, from 1 years, to 2.1 years, and 2 years for those on semaglutide, bupropion-naltrexone, and sleeve gastrectomy, respectively.

The study used standard cox proportional hazards regression with time-to-event analysis comparing risk of gastroparesis across the three intervention groups. Both unadjusted (crude) and adjusted models were performed. The covariates in adjusted models included age, sex, baseline BMI, and baseline comorbidities (hypertension, dyslipidemia, GERD, MAFLD, pre-diabetes)

Rates of gastroparesis were highest in patients treated with semaglutide 6.5 per 1,000 PY, followed by BN 2.1 per 1,000 PY and lowest for the SG 1.1 per 1,000 PY.

When comparing semaglutide users to those on bupropion-naltrexone, the adjusted hazards ratio was significantly higher in the semaglutide group (aHR 3.33, 95%CI 2.27, 4.98). Similarly, when comparing semaglutide users with those who underwent a sleeve gastrectomy, the adjusted hazards ratio was higher in the semaglutide group (aHR 6.14, 95%CI 3.94, 9.57). The rates of gastroparesis varied according to the specific semaglutide prescription filled (Ozempic, Wegovy, and Rybelsus). Ozempic users had the highest rates of gastroparesis, Rybelsus had the lowest. The authors also did an "exploratory analysis" of the semaglutide treatment group to assess the potential relationship between baseline demographic/health characteristics and the risk of gastroparesis. This analysis revealed that the strongest predictors of gastroparesis was a baseline diagnosis of metabolic dysfunction-associated fatty liver disease, a BMI between 30 and 34 compared to a BMI of 40+, a baseline diagnosis of GERD, and female gender. Notably, prediabetes, hypertension and dyslipidemia were not significant predictors.

The authors also performed a sensitivity analysis imposing a more strict definition of gastroparesis, requiring both ICD Code diagnosis and prescription for a motility agent (metoclopramide or erythromycin using NDC codes), which demonstrated a significantly lower

rate of gastroparesis, but still found the risk to be significantly higher than those who were treated with bupropion-naltrexone (Semaglutide vs. BN: aHR 2.46 [95% CI 1.32–4.55]) or sleeve gastrectomy (Semaglutide vs. SG: aHR 4.36 [95% CI 2.02–9.43]).

The authors noted several limitations for their study including the fact that the sample size was decreased to ensure that there was sufficient baseline data to assess comorbidities, which impacted the generalizability of the findings; the inability to confirm medication compliance once a prescription was filled, using ICD codes for the diagnosis of gastroparesis without a confirmatory gastric emptying study and the possibility that there may have been individuals that actually had gastroparesis but lacked a formal diagnosis, potentially missing undiagnosed cases (although the sensitivity analysis remained positive); there were differences in follow-up and shorter duration of follow up in certain cohorts; the authors only looked at commercial insurance data; there may have been other unmeasured factors related to the risk of gastroparesis in non-Type 2 diabetics that were not captured; there may have been selective reporting bias; and the study was not able to determine whether the cases of gastroparesis were transient or permanent.

**Kalas (2023) Frequency of GLP-1 RA use in diabetic patients diagnosed with DGE and their demographic profile**

Kalas (2023) is a retrospective cross-sectional single-center chart review study of electronic medical records from Texas Tech University Health Science Center El Paso.

The study population comprised adult patients who underwent a GES over a two year period (January 2019 to January 2021) and were exposed to dulaglutide, liraglutide, or semaglutide on chart review.

31

The authors concluded that there was no statistically significant association between GLP-1 use and gastroparesis defined as >10% retention at 4 hours (RR 1.298, 95% CI 0.84–1.98, p=0.242).

A subgroup analysis in patients with diabetes for <10 years, was just statistically positive (RR 1.96, 95% CI 1.01–3.84, p=0.048). 24% of the diabetic patients with delayed GES were on a GLP-1RA. Kalas is notable for using gastric emptying scintigraphy to assess gastroparesis and employing standardized diagnostic criteria.,. The exclusion of opioid users removed a confounder. However, limitations stated by the investigators included the retrospective nature of the study and the limited number of patients taking GLP-1 agonists (51) that were evaluated. In addition, the study population was derived from GES records so that GLP-1 users who did not undergo scintigraphy but who may have had GP were not included. Moreover, there was no way of knowing whether patients were actually taking their medications at the time of study.

**Crisafulli et al. 2025, Comparative Gastrointestinal Safety of Dulaglutide, Semaglutide, and Tirzepatide in Adults With Type 2 Diabetes (Annals of Internal Medicine)**

This new-user, active-comparator cohort study drew upon a large national database to "compare the risk for severe gastrointestinal adverse events" in patients with type-2 diabetes initiating GLP-1RA dulaglutide, subcutaneous semaglutide, or tirzepatide between January 2019 and August 2024. The primary objective of the study was to conduct head-to-head comparisons between the three GLP-1RA drugs to compare gastrointestinal safety. In addition, however, the study included a sensitivity analysis comparing dulaglutide, subcutaneous semaglutide, and tirzepatide to SGLT-2 inhibitors to also further assess gastrointestinal safety.

The authors used 1:1 propensity score matching within each comparison using a multivariable logistic regression model. "The primary outcome was a composite of acute

pancreatitis, biliary disease, bowel obstruction, gastroparesis, and severe constipation" requiring inpatient or emergency department care. Secondary outcomes included pancreaticobiliary events (acute pancreatitis, biliary disease) and GI motility-related events (bowel obstruction, gastroparesis, severe constipation). Gastroparesis was defined by ICD-10 code (K31.84) during inpatient admission, thus, limiting gastroparesis to severe cases where patients were hospitalized.

In the head-to head GLP-1 component of the study, there was no observed difference in risk for severe GI AEs. However, the comparison between GLP1 agonists and the SGLT-2i all showed significantly increased risk of GI adverse events (Semaglutide vs SGLT-2i: HR 1.22 [95% CI 1.09–1.37], Tirzepatide vs SGLT-2i: HR 1.53 [1.21–1.93], and Dulaglutide vs SGLT-2i: HR 1.36 [95% CI 1.21–1.53]). Corresponding GI motility-related outcomes specifically (which included gastroparesis defined as diagnosis during inpatient admission) were a HR of 1.32 (95% CI 1.16–1.49) for semaglutide, 1.73 (1.32–2.25) for tirzepatide, and 1.42 (1.25–1.62) for dulaglutide.

The SGLT-2 inhibitor sensitivity analysis compared GLP-1 therapy with a mechanistically distinct active comparator used for the same indication. The analysis also benefits from large sample sizes (particularly 84,822 matched pairs for semaglutide) providing adequate statistical power and reasonably precise effect estimates. The new-user design with 365-day washout eliminates prevalent user bias, and the rigorous exclusion of patients with prior gastroparesis, autonomic neuropathy, and prokinetic medication use reduces potential for misclassification of prevalent disease as incident events. The finding that all three GLP-1 receptor-activating agents show significantly increased risk of GI motility outcomes—with tirzepatide (the most potent GI effector) provides internal consistency and demonstrates class

effect. One limitations of this analysis is that the full covariate balance tables for the SGLT-2i matched cohorts were not explicitly reported.

**Garg et al., All-cause mortality and GI AEs in Adults with T2D and GLP-1 RAs v. SGLT-2i,** *to appear* **Gastro Hep Advances** (2025) (Journal Pre-Proof)

Garg is a retrospective cohort study that compared all-cause mortality and GI AEs in T2D patients treated with GLP-1RAs or sodium-glucose cotransporter-2 inhibitors (SGLT-2i). The authors utilized the TriNetX Multi-Institutional Database from January 1, 2021 to December 30, 2022. GI AEs included gastroparesis, GERD, ileus, intestinal obstruction, acute pancreatitis, acute cholecystitis, cholelithiasis, and cholangitis. "Patients with a history of bariatric surgery, gastric surgery, fundoplication, inflammatory bowel disease, per oral endoscopic myotomy, and pyloroplasty were excluded from the study since these diagnoses can affect gastrointestinal motility and may mask or amplify the effects of GLP-1RA." The authors used 1:1 propensity score matching to reduce confounding and adjusted odds ratios were calculated with 95% CIs for each outcome.

There were 3.2 million adults with T2D, and 104,947 that were prescribed a GLP-1 RA compared to the match cohort of SGLT-2i patients. Baseline characteristics were similar after matching. The mean age was $62 \pm 12$ years and the mean glycosylated hemoglobin was $8.0 \pm 2.0\%$.

At 24-month follow-up, patients prescribed a GLP-1RA had higher odds of being diagnosed with gastroparesis (GP) and gastroesophageal reflux disease (GERD) with aORs of 1.24 (95% CI, 1.11–1.38) for GP and 1.14 (1.11–1.18) for GERD. The odds ratio for all-cause mortality at 24 months was 0.83 (0.80-0.87) compared to SGLT-2i.

The paper strengths are that it was a large database with multiple US institutions, the authors analyzed multiple GLP1-RA analogues including Semaglutide and tirzepatide over a 2-

34

Docusign Envelope ID: A614A46E-2CD0-43CF-B046-49582D4A62FC

year period at multiple time intervals, there was a diverse patient population, and propensity score matching was used to adjust for demographics and comorbidities. Among the study limitations reported by the authors were that the diagnosis of gastroparesis could not be confirmed with a GES, and "approximately 26% of patients on SGLT-2i were not matched with GLP- 1RA patients, which introduce[d] potential selection bias and limit[ed] the external validity of the study." Additionally, the authors could not determine "from the data alone whether patients actually filled the GLP-1RA prescriptions, treatment duration [or] dose, or medication discontinuation[—]all of which could impact interpretation of results.".

**Sarwal, A., et al,** *Glycemic therapies and the risk of gastrointestinal adverse events in veterans with type2 diabetes.* **Diabetes Obes Metab. (2025)27:5865–5877**

Sarwal was an active comparator, real world, new user design study to compare the risk of GI AEs in veterans with type 2 diabetes on metformin who initiated therapy with a GLP-1, SGLT2i, or insulin glargine from January 1, 2018 to December 31, 2021. The authors used inverse probability weighted Cox regression models to assess the frequency of gastroparesis, intestinal obstruction, gallstones, acute cholecystitis, acute pancreatitis and all-cause death by querying the VA Informatics and Computing Infrastructure databases from 144 VA Medical Centers and 1221 outpatient clinics. The study excluded those with baseline history of the GI outcomes of interest. The cohort for the main analysis included 141,080 patients. 19,765 veterans started a GLP-1 RA, 75,058 an SGLT2i and 46,257 insulin glargine.

Compared with SGLT2i use, GLP-1RA use had a higher risk for gastroparesis (HR 1.65, 95% CI 1.33–2.05) but a similar mortality. Compared with insulin glargine, GLP-1RA had a higher risk for gastroparesis (1.24, 1.02-1.52), but a lower risk of all-cause death (0.62, 0.58-0.66). Insulin glargine had a higher hazard for gastroparesis, intestinal obstruction, and all cause death than SGLT-2i.  Risks of gallstones, acute cholecystitis and pancreatitis were similar across

the classes. Despite the large size and robust design, this study was limited by potential residual confounding, limited generalizability due to the predominantly male population, reliance on provider-generated ICD-10 codes without laboratory confirmation, and lack of analysis by specific drugs, doses, or duration of therapy.

**Xie, Y., et al.,** *Mapping the effectiveness and risks of GLP-1 receptor agonists***, Nature Med. (2024)**

Xie evaluated GLP-1 effectiveness and risks for 175 health outcomes comparing the use of GLP-1 RAs to the use of commonly used antihyperglycemics (sulfonylureas, DPP4 inhibitors, and SGLT2 inhibitors) using the US Department of Veterans Affairs healthcare databases. The authors considered patients treated between October 2017 and December 2023. 1,955,135 patients were monitored for 7,239,854 person-years (median of 3.68 years). and then "systematically map[ped] an atlas of the associations between GLP-1RA use and 175 outcomes." The authors results demonstrated "broad pleiotropic effects" beyond current understanding at the time. Reduced risk was noted by the authors for "several substance use disorders, seizures, neurocognitive disorders (including Alzheimer's disease and dementia), coagulation and clotting disorders, cardiorenal and metabolic disorders, infectious illnesses, several respiratory conditions (e.g., COPD), hepatic failure and inflammatory bowel disease." The authors also, however, noted that there was an "increased risk of several gastrointestinal disorders, hypotension, syncope, arthritic disorders, nephrolithiasis, interstitial nephritis and drug-induced pancreatitis."

In Figure 5 of the paper, Forest plots demonstrate that for gastroparesis, there was a statistically significant increased risk with the use of a GLP-1 RAs compared with antihyperglycemics with a hazard ratio of 1.07 (95% CI 1.02−1.13). Other digestive system disorders included an increased risk of abdominal pain (1.12 [1.10,−1.13]), nausea and vomiting (1.30 [1.26−1.33]), GERD (1.14 [1.12−1.16]), gastritis (1.10 [1.06−1.14]), noninfectious

36

gastroenteritis (1.12 [1.08−1.18]), and diverticulosis and diverticulitis (1.08 [1.06−1.11]).

Several sensitivity analyses were employed including restriction of cohort enrollment to

individuals who started GLP-1 RAs between October 1, 2027 and June 2, 2021 and "analyses to

estimate the risk using cumulative incidence function and restricted mean survival time models."

Importantly, the results remained consistent with the authors' main findings.

## Additional Studies of Interest

**Desai, A. et al.,** *Use of glucagon- like peptide- 1 receptor agonists for type 2 diabetes mellitus and outcomes of inflammatory bowel disease* **Aliment Pharmacol Ther. 2024;60:620–632**

I additionally reviewed this study by Desai et al. (2024) in patients with ulcerative colitis

(UC) or Crohn's disease (CD) because the study conducted a secondary analysis for the outcome

of gastroparesis in these patients when using GLP-1RA. Here, Desai, et al., conducted a

retrospective cohort study using the TriNetX U.S. Collaborative Network database to evaluate

IBD-specific outcomes in patients with ulcerative colitis (UC) or Crohn's disease (CD) and

concurrent type 2 diabetes mellitus who were prescribed GLP-1RA (liraglutide, dulaglutide, or

semaglutide) compared to oral hypoglycemic agents (OHA), with 1:1 propensity score matching

performed on demographics, comorbidities, BMI, HbA1c, and IBD medications. The study

required a second GLP-1RA prescription one year after the index prescription to ensure

minimum exposure duration, and outcomes were assessed beginning six months after treatment

initiation over a three-year follow-up period. The primary findings demonstrated that GLP-1RA

use was associated with significantly lower risk of IBD-related surgery in both UC (aHR 0.37,

95% CI 0.14–0.97) and CD (aHR 0.55, 95% CI 0.36–0.84) cohorts, with semaglutide showing

the strongest effect in CD patients (aHR 0.27, 95% CI 0.13–0.57). For the secondary safety

outcome of gastroparesis, the study found no statistically significant difference between GLP-

1RA and OHA groups in either UC (aOR 1.50, 95% CI 0.67–3.37) or CD (aOR 1.30, 95% CI

0.78–2.17), though these analyses were substantially underpowered with wide confidence intervals that cannot exclude clinically meaningful harm. It is important to note that both Crohn's disease and ulcerative colitis are independently associated with gastric dysmotility and delayed gastric emptying through inflammatory mechanisms making it difficult to draw conclusions from this study. There is potential for under-ascertainment of cases for these patients taking GLP-1RA, because physicians may be less likely to attribute new-onset nausea or vomiting to a medication when these patients already have an underlying disease that commonly produces similar symptoms. In addition, the frequent use of steroids, immunomodulators, and biologics in this population introduces additional pharmacological confounders that affect gastrointestinal motility. Consequently, findings from this diabetic UC and CD-specific cohort cannot be generalized to the broader population of GLP-1RA users—particularly those taking these medications for obesity without concurrent gastrointestinal disease—and in my opinion, the null gastroparesis finding in this study should not be interpreted as evidence of safety in the general population.

**Lovegrove, et al,** *U.S. Emergency Department Visits Attributed by Clinicians to Semaglutide Adverse Events, 2022–2023* **(2025) Annals of Internal Medicine**

Lovegrove et al. (2025) conducted a descriptive surveillance study using the CDC's NEISS-CADES system, a nationally representative active surveillance network of 82 U.S. emergency departments, to characterize ED visits that clinicians attributed to semaglutide adverse events during 2022–2023, the two years following its FDA approval for weight loss. Trained abstractors reviewed ED records to identify cases where treating clinicians documented semaglutide as contributing to the patient's presentation, with statistical weighting applied to generate national estimates. Based on 551 cases, the authors estimated 24,499 ED visits nationally were attributed to semaglutide adverse events, with 82.6% occurring in 2023; patients

38

were predominantly female (73.2%) with a mean age of 50.9 years, and injectable formulations accounted for 94% of exposures. "Overall, ED visits most commonly involved gastrointestinal effects (69.3%), hypoglycemia (16.5%), and allergic reactions (5.5%) (Table 2). Of all ED visits, nausea/vomiting (57.6%), abdominal pain (25.1%), and diarrhea (12.2%) were the gastrointestinal symptoms most commonly reported." "Hospitalization was required in 37.6% (CI, 23.7% to 51.4%) of ED visits for hypoglycemia and 15.0% (CI, 9.4% to 20.6%) for gastrointestinal effects.' The authors contextualized these findings against approximately 5 million patients dispensed semaglutide in 2023, suggesting a rate of fewer than 4 ED visits per 1,000 patients dispensed. While this study does not directly address association with gastric dysmotility, the study does confirm the substantial real-world burden of acute gastrointestinal adverse events from semaglutide, with 69.3% of ED visits involving GI manifestations and 15% of those requiring hospitalization.

**Cymbal (2025), Impact of GLP-1 Receptor Agonists on Whole-Gut Gastrointestinal Motility Using Wireless Motility Capsule: A Descriptive Single-Center Case Series, ACG Case Reports Journal / Volume 12**

This single-center, retrospective case series from Cleveland Clinic investigated the impact of GLP-1RAs on whole-gut gastrointestinal motility using wireless motility capsule (WMC) testing. The authors analyzed 10 patients on GLP-1RAs who underwent WMC for constipation or suspected gastroparesis, assessing gastric, small bowel, and colonic transit times.

Patients were identified via procedural codes and medication prescription history, with chart review to exclude those who stopped GLP-1RAs before testing, had prior bowel surgery, or were taking laxatives or motility medications. From an initial 74 patients, 10 met inclusion criteria.[32] Mean age was 54 years with average BMI of 33.8. Ninety percent had type 2 diabetes

_____

[32] I note that the published study contains an internal inconsistency regarding patient gender distribution. The Results section text states "7 male and 3 female," while Table 1 shows 2 males and 8 females. This data verification

with well-controlled glycemic status (mean HbA1c 6.4%), though diabetes duration varied considerably—five patients were diagnosed less than five years prior and four diagnosed more than ten years prior. GLP-1RA distribution included semaglutide (n=5), dulaglutide (n=4), and exenatide (n=1), with no tirzepatide patients. Mean duration on therapy before testing was 782.6 days. Notably, eight patients were tested for suspected gastroparesis rather than as routine surveillance, and nine had prior abnormal gastric emptying scintigraphy while on GLP-1RAs.

The study found 80% of patients had delayed gastric emptying, with 60% meeting criteria for severe delay exceeding 12 hours. Delayed small bowel and colon transit were each observed in 33%, while 44% demonstrated delayed whole-gut transit. Drug-specific patterns emerged: semaglutide patients had longer transit times across all parameters compared to dulaglutide, and all three patients on semaglutide 1.0 mg exhibited severe gastric delay and delayed whole-gut transit while being the only patients with delayed small bowel transit. The single exenatide patient showed no motility delay.

All seven patients on higher doses (dulaglutide ≥1.5mg or semaglutide 1.0mg) had delayed gastric emptying or whole-gut transit and accounted for all severe gastric delay cases. The authors noted that 50% of patients had recently increased their dose before testing and 70% had been on GLP-1RAs for at least one year.

This study employed validated objective measurement via WMC to provide standardized transit data and reports a clinically significant finding that GLP-1RAs affect small bowel and colonic motility beyond gastric emptying. The study investigators assessed key confounders, and evidence that motility delay occurred despite well-controlled diabetes suggests a drug-related

---

failure is an error, but I do not believe it affects the core transit time findings presented in Table 2 and the WMC data itself appears internally consistent, but I give the study's results less weight without independent corroboration from other sources.

rather than diabetes-related etiology. The correlation between higher doses and longer durations with more severe transit delays provides suggestive dose-response evidence consistent with clinical trial data.

**Odah (2025)[33] Glucagon-like peptide-1 receptor agonists and capsule endoscopy in patients with diabetes: a matched cohort study.**

Odah sought to "investigate[] the impact of GLP-1 RA use on VCE [video capsule endoscopy] in patients with diabetes." This was a retrospective cohort study using a prospectively maintained electronic medical records dataset from a multicenter academic institution that looked at patients who had diabetes and were undergoing a VCE while on GLP-1 RAs. GLP-1 RAs included albiglutide, dulaglutide, exenatide, liraglutide, lixisenatide, semaglutide, and tirzepatide. The cohorts were matched in a 1:1 ration against control subjects that were not on GLP-1 RAs based on demographics and stated "diabetes-related factors", listed as diabetes duration and diabetes-related end-organ damage. The primary outcome assessed was gastric transit time and the secondary outcomes were incomplete small-bowel evaluation and small-bowel transit time. There were 68 patients in each cohort and 5 of the 68 in the GLP-1 RA cohort "experienced failure to pass the video capsule through the stomach"; this did not occur in any of the control subjects. The p-value was 0.06. The study found a statistically significant result comparing gastric transit times, with GLP-1 RA users experiencing longer gastric transit times than the matched cohort (p-value < .001). "Multivariate analysis revealed GLP-1RA use was associated with an increased gastric transit time by 74.5 minutes (95% confidence interval, 33.8-115.2; P < .001) compared with control subjects, after adjusting for relevant factors." Additionally, "[s]ixteen GLP-1RA patients (23.5%) experienced incomplete passage of the video capsule through the small intestine, a significantly higher rate compared with 3 patients in the control group (4.4%, P < .01)." The authors concluded that "GLP-1RA use is associated with a prolonged gastric transit time and a higher rate of incomplete small-bowel evaluation during VCE. Future studies may be crucial for evaluating strategies to mitigate these effects." Limitations include those inherent with retrospective study designs, potential selection bias

---

[33] Odah T, Vattikonda A, et al. GLP-1 RA and capsule endoscopy in patients with diabetes: a matched cohort study. 2025.

introduced via matching, potential limited availability of suitable cohort matches, exclusive focus on patients with diabetes may limit generalizability, and due to the study being "conducted at a multicenter academic institution, the patient population seen in this study may differ from that in nonreferral settings, thereby limiting the generalizability of our findings to general practice."

**STUDIES PRESENTED AS ABSTRACTS**

**Mesgun (2024) Increased Risk of De-Novo Gastroparesis in non-diabetic obese patients on GLP-1 RAs for Weight Loss A multinetwork study (*AGA Abstracts (DDW 2024 Conference Abstract)*[34]**

Mesgun (2024) is a retrospective cohort study with propensity score matching which sought to explore the risk of gastroparesis in obese, non-diabetic patients using GLP-1 drugs for weight loss. This was a retrospective cohort study reviewing data from the TriNetX Research Network, which includes over 113 million patients; the date of data access was November 13, 2023. The drugs reviewed were exenatide, semaglutide, and liraglutide. The authors sought to "investigate the incidence of gastroparesis… occurring at least 6 months after the index event." The index event for cases was the date medication was initiated, and for controls was the date of obesity diagnosis.

Patients were categorized based on those who were using exenatide, semaglutide, or liraglutide compared to those who were not, who were adults with a diagnosis of obesity and/or with a BMI greater than or equal to 30. Patients with pre-existing diabetes or a diagnosis of gastroparesis or pancreatitis occurring any time before or up to 6 months after the index event were excluded.

---

[34] Conference abstracts undergo a more limited form of peer review that s less rigorous than full manuscript peer review, but there is a review process committee that considers scientific merit, novelty and relevance to the conference, The AGA is a reputable organization and DDW is its major conference. However, the abstract study has not likely undergone a detailed methodological scrutiny typical of peer review, access to full methods and supplementary materials and data or verification of statistical analyses.

Gastroparesis occurring at least 6 months after the index event was identified by ICD code (ICD-10 K31.84). Propensity score matching ("PMS") was utilized to balance cohorts on age, race, ethnicity, comorbid conditions, traditional risk factors for gastroparesis, procedure history and opioid use. 143,214 patients met inclusion. The average age was 46 years, and a majority were female (81%) and Caucasian (64.5%). A high frequency of opioid use (47.3%) and hypothyroidism (16.3%) was observed. The authors identified a 'new diagnosis of gastroparesis in 81 patients (0.1%) in the GLP-1 group and 1696 patients (0.04%) in the non-GLP-1 group (OR 1.52; 95% CI 1.22-1.90; P < 0.001)." The authors concluded that "the use of GLP-1 for weight loss was associated with an increased risk of de-novo gastroparesis in obese, non-diabetic patients."

**Lupianez-Merly, C., et al.,** *Effects of GLP-1 Receptor or a Dual GLP-1/GIP Receptor Agonists on Gastrointestinal Symptoms and Gastric Emptying: Results from a Large Clinical Practice Database***, Gastroenterology (2024) (abstract Mo1637).**

Lupianez-Merly published an abstract utilizing the Mayo Clinic Platform, which included primary care and referral patients to determine the prevalence of delayed gastric emptying and gastrointestinal symptoms in patients taking GLP-1 RA drugs. Of 79,925 patients prescribed a GLP-1, 14,658 developed at least one symptom of gastroparesis, and 3,993 patients had at least two symptoms. Of 839 patients with relevant gastrointestinal symptoms 696 underwent a validated four-hour gastric emptying scintigraphy test revealing a delayed gastric emptying rate of 35%.

**Nathani, et al,** *Incidence of Gastrointestinal Side Effects in Patients Prescribed Glucagon-Like Peptide 1 (GLP-1) Analaogs: Real World Evidence,* **AGA Abstracts, (2024)**

This is a large database study that queried TriNetX using ICD-10 codes, National Library of Medicine (NLM) Codes, Current Procedural Terminology (CPT) codes, and Unified Medical

Language System (UMLS) Codes "to assess the incidence of adverse gastrointestinal events and the [need for] endoscopic procedures in patients prescribed GLP-1 analogs in a real-world setting." The authors conducted a 1:1 propensity score matching comparison of patients with type 2 diabetics and obesity on GLP-1 drugs and those that were not. The analysis looked at 148,366 patients from each cohort. The authors found patients prescribed GLP-1 analogs "had a significantly higher incidence of nausea and vomiting (9.0% RR 1.25 95% CI 1.22-1.29), gastroparesis (0.53 %,1.66,1.48-1.86), GERD (7.5%,1.52,1.47- 1.58), esophagitis (2.6%,1.06, 1.01-1.11), PPI prescription (27.1%,1.27,1.25 – 1.29), need for EGD (4.2%,1.26,1.22-1.31), drug-induced pancreatitis (0.04%,4.79,2.62–8.67), cholecystitis (0.55%,1.28,1.12-1.43), and cholecystectomy (0.44%,1.5,1.32-1.70)." While the text of this abstract indicates a GP incidence of 0.53% with a RR of 1.66 (1.48-1.86) it should be noted that table 1 lists an incidence of 0.5% with RR of 1.788 (1.590-2.010) compared with 0.3% and a RR of 0.002 (0.002-0.003) in the control population (p<0.001). The authors concluded that "the use of GLP-1 agonists in patients with DM [diabetes mellitus] and obesity is associated with GI side effects, including nausea, vomiting, gastroparesis, GERD, esophagitis, drug-induced pancreatitis, cholecystitis and need for upper-endoscopy."

**Alkabbani, W., et al.,** *Glucagon-Like Peptide 1 Receptor Agonists and the Risk of Motility-Related Gastrointestinal Adverse Events—A Cohort Study***, Diabetes (2024) (abstract 768-P).**

This study compared GLP-1 RAs with sodium-glucose cotransporter 2 inhibitors (SGLT-2i) to assess whether there was an "increased risk of motility-related gastrointestinal (GI) adverse events." The study interrogated two US commercial healthcare databases and "used 1-1 propensity score matching on >150 potential confounders to identify a cohort of adults with type 2 diabetes who initiated GLP-1 RA or SLGT-2i between Oct/2016-Aug/2024." The primary outcome for the study was a composite of motility-related GI events of severe constipation,

gastroparesis, and bowel obstruction. There were 313,342 matched pairs with the mean age of 60 and 45% were female who were followed on treatment for a median of 6.5 months. The incidence rates of the composite outcome were 10.2 among GLP-1 RA versus 7.5 among SGLT-2i initiators per 100 person-years (HR 1.37 with CI of 1.30 to 1.45). One of the secondary outcomes was gastroparesis, which also showed a statistically significant result with a matched HR of 1.96 (1.76-2.18).

**Baydoun, H., et al., Assessment of Gastrointestinal Adverse Effects of Tirzepatide Versus Semaglutide: A Real-World Propensity-Matched Analysis of the U.S. Collaborative Network, Gastroenterology (2025) (abstract Su2072).**

Baydoun compared tirzepatide to Semaglutide in a real-world propensity-matched analysis to assess gastrointestinal adverse events with these medications. The authors used the U.S. Collaborative Network on the TriNetX platform to obtain and analyze data from its inception through December 2, 2024. Eligible patients in the cohort "had used either Semaglutide or Tirzepatide, had not undergone prior bariatric surgery, and had no pre-existing diagnoses associated with adverse effects of either drug." "One-to-one propensity score matching (PSM) was [done] for demographics, medical comorbidities, concurrent medication use, BMI, cholesterol, and HbA1c levels between the cohorts.". The two primary GI-related adverse effects the authors assessed included acute pancreatitis and gastroparesis diagnosed within one year of treatment. 127,486 patients in each group were included after propensity score matching. While a difference noted with regards to nausea and vomiting (odds ratio in favor of tirzepatide of 0.80 (95% CI 0.76 – 0.84, p value <0.001), the odds ratio for dyspepsia was 0.92 (95% CI 0.84-1.01, p=not significant) and for gastroparesis was 1.22 (95% CI 0.98-1.51, p=not significant).  These data are difficult to interpret given the absence of a control population and could either indicate a similar incidence of GP for the two drugs (both are GLP-1 agonists) or they could reflect an

Docusign Envelope ID: A614A46E-2CD0-43CE-B046-49582D4A62FC

underpowered study with inadequate sample sizes or relative differences between the two agents regarding degree of GLP1 inhibition.

SUMMARY TABLE

| STUDY | GLP-1RA REVIEWED | RELEVANT OUTCOME | OR/HR/RR(CI) |
| --- | --- | --- | --- |
| Sodhi (2023) | Semaglutide Liraglutide | Gastroparesis | 3.67 (1.15-11.90) |
| Kalas (2023) | GLP1-RAs (general) | Gastroparesis (using GES results) | 1.298 (0.84-1.98) |
| Mesgun (2024) | Exenatide Semaglutide Liraglutide | Gastroparesis | 1.52 (1.22-1.90) |
| Lupianez-Meryl (2024) | Dulaglutide Exenatide Liraglutide Lixisenatide Semaglutide Tirzepatide | Gastroparesis | |
| Nathani (2024) | GLP1-RAs (general) | Gastroparesis | 1.66 (1.48-1.86) |
| Desai (2024) | Dulaglutide Liraglutide Semaglutide | Gastroparesis[35] | Ulcerative Colitis: 1.50 (0.67–3.37) Crohn's Disease 1.30 (0.78–2.17) |
| Aneke-Nash (2025) | Semaglutide | Gastroparesis | 3.33 (2.27-4.98) Bupropion-Naltrexone 6.14 (3.94-9.57) Sleeve-Gastrectomy |
| Liu (2025) | Semaglutide Liraglutide | Gastroparesis | 2.30 (1.19–4.46) |
| Xie (2025) | GLP1-RAs (general) | Gastroparesis | 1.07 (1.02−1.13) |
| Alkabbani (2025) | GLP1-RAs (general) | Motility-related Gastrointestinal Events | 1.37 (1.30-1.45) |

---

[35] Note that approximately 35% of patients with relevant symptoms who underwent testing had a positive GES.

|  |  | Gastroparesis | 1.96 (1.76-2.18) |
|---|---|---|---|
| Baydoun (2025) | Semaglutide vs. Tirzepatide | Gastroparesis | 1.22 (0.98-1.51) |
| Crisafulli (2025) | Dulaglutide Semaglutide Tirzepatide | Gastrointestinal Adverse Events Generally | Semaglutide vs SGLT-2i: HR 1.22 [95% CI 1.09–1.37],<br><br>Tirzepatide vs SGLT-2i: HR 1.53 [95% CI 1.21–1.93]<br><br>Dulaglutide vs SGLT-2i: HR 1.36 [95% CI 1.21–1.53]) |
|  |  | GI-Motility Related Outcomes (gastroparesis, bowel obstruction, severe constipation) | Semaglutide vs SGLT-2i: HR 1.32 [95% CI 1.16–1.49]<br><br>Tirzepatide vs SGLT-2i: HR 1.73 [95% CI 1.32–2.25]<br><br>Dulaglutide vs SGLT-2i: HR 1.42 [95% CI 1.25–1.62] |
| Garg (2025) | GLP-1RA | Gastroparesis | 1.24 (1.11–1.38) |
| Sarwal (2025) | Semaglutide Dulaglutide Liraglutide | Gastroparesis | GLP-1RA vs SGLT2i 1.65, (1.33–2.05)<br><br>GLP-1RA vs insulin glargine 1.24, (1.02-1.52) |
| Lovegrove (2025) | Semaglutide | ER Visits for gastrointestinal effects (n/v, abdominal pain/discomfort, | 69.3% (63.2–75.4) |

47

| | | diarrhea, constipation) | |
|---|---|---|---|
| | | | |

## CONCLUSIONS

This is a considerable set of studies from different authors and centers that set out to assess the association between GLP-1 medications and gastroparesis, the majority of which found statistically significant associations, and none of which showed an inverse association. Moreover, I have found no evidence to refute the association which is biologically plausible and comports with the mechanism of action of these drugs. Also, the strength of the association demonstrated by this evidence is clinically relevant. The confidence intervals are tight, which strengthens the association, and the broadest interval in *Sodhi* is not so large as to call into question its findings. All three studies comparing GLP1 agents with bupropion naltrexone as an active control (Sodhi, Liu and Aneke-Nesh) revealed consistent results. While the sleeve gastrectomy (SG) cohort in Aneke-Nesh is clearly confounded in terms of gastric emptying (because the surgery itself significantly alters gastric anatomy), its sensitivity analysis requiring both ICD code and promotility agent prescriptions for gastroparesis further confirmed the study findings with respect to semaglutide and BN (aHR 2.46) in a similar range to those found by Sodhi (HR 3.67) and Liu (aHR 2.30). While Anike-Nesh lacked propensity score matching as in Liu and other studies, it does have a strong design with appropriate consideration for confounders. As was raised by Suissa regarding Sodhi, Aneke-Nash may also suffer from a lack of robustness by excluding diabetes based of T2DM codes alone, data regarding pre-diabetics and gastroparesis in the exploratory analysis showed no association (HR 0.69, 0.38–1.28). Were undiagnosed or uncoded diabetics to have contaminated the semaglutide cohort, one would have

48

expected that pre-diabetics who are medically closer to T2DM and more likely to have undiagnosed diabetes would have led to even higher gastroparesis rates. Moreover, Sodhi's responses to the points raised by Suissa are relevant for the latter study as well. It is important to emphasize the consistency of the findings between Aneke-Nash (aHR of 3.33 vs. bupropion-naltrexone), Sodhi (HR 3.67) and Liu (aHR 2.30), thus demonstrating replication across three independent studies utilizing different databases with slightly different methodologies, but all showing approximately 2-4 fold increased risk compared to the same active comparator. Three studies examined the association between GLP-1 use and scintigraphically confirmed gastroparesis using an appropriate 4 hour endpoint (Kalas, Mesgun and Lupianez-Merly). Whereas the single center Kalas study failed to find an association between GLP-1 exposure and gastroparesis, largely because it studied symptomatic patients undergoing gastric emptying testing with unclear timing of GLP-1RA exposure in a very small sample size, Megsun, albeit an abstract, is a much larger study with a study design that addresses the timing of exposure and diagnosis in a way that permits assessment of causation. Megsun addressed the timing of exposure by using a new-user cohort design that followed patients from GLP-1RA initiation and captured gastroparesis diagnoses occurring at least 6 months later, and excluded patients with pre-existing gastroparesis. Megsun also provided important information by eliminating diabetic patients and the reported finding of a 52% increased risk in non-diabetic obese patients isolates the GLP-1RA effect from the potential confounding influence of diabetes. Megsun employed propensity score matching to multiple confounders including opioid use (47.3% in both groups), hypothyroidism, Parkinson's disease, scleroderma, and surgical history. Moreover, the multi-network design across 80 healthcare organizations provides broad US generalizability and the

49

large sample size provided enough statistical power to detect an effect. However, Megsun also had certain limitations.

Most notable is the fact that the conference abstract was not peer-reviewed as a full manuscript. Other weaknesses are that the study lacked an active comparator, and there is potential for surveillance bias if the GLP-1RA users had more healthcare encounters leading to more gastroparesis diagnoses. Additional limitations include the inability to confirm medication adherence, and reliance on ICD codes for GP diagnosis. However, the ICD code–case definition likely underdiagnoses gastroparesis, biasing toward the null. The propensity matching on comorbidities at least addressed healthcare utilization differences to some extent. Lupianez-Merly, albeit an abstract, identified a roughly 35% rate of gastroparesis in patients with at least one compatible clinical symptom. Of the studies reported above, Xie presents the lowest hazard ratio for gastroparesis in GLP-1 users but there is no question that a statistical association was found in that study, and this association is underscored by the positive hazard ratio for vomiting and nausea (1.30, 1.26-1.33). Certainly, observational studies will frequently have variation in the risk ratio that is determined. There are many reasons for this and some examples include the study population variation or the level of treatment access and treatment quality that can effect obtaining a diagnosis. Noteworthy is that even if the Xie hazard ratio reflects the true percentage of increased risk, a 7% increased risk of gastroparesis could lead to an enormous number of affected patients when the population using the medication in the United States is in the tens of millions.

### iii.  Opinion

In my opinion, an association between use of GLP-1 medications and the development of impaired gastric emptying/drug induced gastroparesis cannot be seriously disputed. In my

opinion this association is strong and is confirmed by the body of observational studies set forth above.

I will now return to the remaining Bradford Hill criteria as they pertain to Question 1.

## **Experiment**

The Hill criteria explicitly recognized that experimental evidence may be the strongest support for a positive causation analysis. Clinically, experimental evidence concerning a potential risk from a medication can be provided by several sources. A clinical trial result that found an imbalance in the risk being evaluated (in this case, gastroparesis) in patients exposed to the drug versus a comparator is one such source. Clinical trial results that found an imbalance in symptoms of the risk being evaluated are pertinent too. Individual de-challenge plus re-challenge cases are very strong evidence of causation in a drug exposure case and de-challenge without rechallenge cases are strong evidence as well. Several well documented dechallenge case reports have been published in the peer reviewed medical literature reporting the use of GLP-1 RAs and the subsequent development of gastroparesis in patients

### *i.    Challenge Events*

**Rai, Puja et al.,** ***Liraglutide-induced Acute Gastroparesis***, **Cureus (2018) 10(12):e3791**

This case report described a "52-year-old man with a past medical history of hypertension, hyperlipidemia, and well-controlled type II diabetes mellitus with no prior history of gastroparesis." He is noted in the report to have recently started liraglutide 1.2mg. The patient was not taking opiates prior to or during his hospital stay. He presented with "nausea, abdominal distension, and pain of one-week duration." The initially reported symptoms were early satiety and excessive bloating, which led to nausea and progressive abdominal distension. His symptoms

progressed to "more acute, severe epigastric and left upper quadrant pain." The patient went to "the local emergency department, a nasogastric tube was placed and over 1 liter of fluids suctioned." An abdominal CT "revealed markedly distended stomach with food/debris and normal caliber duodenum without an obvious lesion." Esophagogastroduodenoscopy excluded a mechanical obstruction leading his physicians to conclude that based on the temporal relationship of the symptoms to the recent liraglutide initiation, that liraglutide was the likely etiology of the patient's acute presentation. The authors stated that they did not perform a gastric emptying scintigraphy test due to "his marked improvement with discontinuation of liraglutide and his lack of symptoms prior to the initiation of the drug."

**Almustanyir, Sami et al., *Gastroparesis With the Initiation of Liraglutide: A Case Report*, Cuerus (2020) 12(11):e11735:**

Almustanyir describes a report of an 18-year-old poorly controlled type II obese diabetic female on insulin presenting to the emergency department with complaints of vomiting and six days of upper abdominal discomfort soon after beginning treatment with liraglutide 3.0mg.

"On physical, examination she was found to be vitally stable" and her "lungs were clear to auscultation with normal heart sounds." An abdominal exam did show that she had a distended abdomen accompanied by epigastric tenderness. It is noted that her blood glucose level was 170 mg/dL (normal <100 mg/dL), with a hemoglobin A1C of 8.4% (< 6.5%). A CT of the abdomen revealed "isolated moderate-grade gastric distension, with [a] smooth thin wall and no evidence of distal gastric, pyloric, or proximal duodenal obstructing masses." Esophagogastroduodenoscopy was negative for an obstructing lesion. It is reported that "a diagnosis of liraglutide-induced gastroparesis was made." The patient was treated with NG suction, ondansetron and metoclopramide (a prokinetic antiemetic) and her liraglutide was stopped leading to complete

resolution of her symptoms. The case report authors did not perform a GES because "the patient lacked symptoms before liraglutide initiation and also [because] her symptoms improved substantially after cessation of liraglutide." They acknowledged that diabetes mellitus may also have been a causative factor for her gastroparesis, but they felt the temporal relationship of her presentation to the acute institution of high dose liraglutide favored liraglutide as the most likely contributing cause, because "gastroparesis is a documented adverse event of liraglutide."

**Kalas, M Ammar et al.,** *Medication-Induced Gastroparesis: A Case Report***, J. Investigative Med. High Impact Case Reps. (2021) 9(1-3)**

Kalas et al, describe two case reports of GLP-1 RA induced gastroparesis. The first case describes a 52-year-old female with a noted long-standing history of 10 years of Type II Diabetes Mellitus who was evaluated for a "7-month history of postprandial epigastric pain, accompanied by fullness, bloating, and nausea." Prior EGD was negative for obstruction and a CT scan and laboratory tests were unremarkable, including a HbA1c of 5.7%, indicating that her diabetes was well-controlled. The authors noted that the patient had initiated weekly SQ semaglutide therapy, approximately 1 month prior to the onset of symptoms. A 4-hour scintigraphic gastric emptying study showed 24% isotope retention at 4 hours (normal <10%). Her symptoms resolved with withdrawal of semaglutide and a repeat GES performed 6 weeks later showed resolution of the gastric emptying delay.

The second case was a 57-year-old female with a 16 year history of Type II Diabetes Mellitus who presented with abdominal bloating, nausea, and vomiting for a year, 15 months after starting dulaglutide SQ by weekly injection. Her HbA1c level was 8.2%. Prior upper endoscopy had failed to reveal any abnormalities. A gastric emptying study revealed 35% retention of isotope at 4 hours, confirming a significant delay in emptying. Dulaglutide was discontinued for 4 weeks

with gradual resolution of symptoms and a repeat gastric emptying study revealed normal emptying

In their discussion of these two cases, the authors stressed the variable presentation of gastroparesis ranging from mild nausea and abdominal fullness to recurrent vomiting and abdominal pain symptoms requiring identification of "causative drugs," as discontinuation can result in resolution of the symptoms. They noted that "in diabetics, it can be tricky owing to the fact that both diabetes and GLP-1 receptor agonists (an agent for diabetes management) can cause delayed [gastric emptying]; hence, the timeline of drug initiation and symptom onset becomes of the utmost importance."

**Weber, Marissa et al.,** *Clinically significant emesis in a patient taking a long-acting GLP-1 receptor agonist for weight loss***, British J. Anaesthesia (2023):e38-38**

Weber, et al. described a 59-year-old woman, recently started on tirzepatide for weight loss, who presented for hysteroscopy polypectomy. There was no medical history of Type 2 DM. The patient was "appropriately fasted", but the report does not indicate how long the patient had been off therapy before the event occurred. It is noted that "[a] supraglottic airway was placed, but after several minutes gastric aspirate was noted in her oropharynx, and her trachea was intubated. After intubation, she had an episode of large volume emesis with undigested food. An orogastric tube was placed and 500 ml of additional thick gastric aspirate was removed. At the end of the case, her trachea was extubated to nasal cannula oxygen, and ~750 ml of undigested food and gastric contents were noted in the cannister. She was admitted overnight for monitoring and quickly weaned to room air. A subsequent chest radiograph showed no signs of pneumonia or pneumonitis. Per follow-up conversation, she has stopped taking tirzepatide."

The authors state that because GLP-1 receptor agonists have demonstrated that they can slow gastric emptying in healthy patients and studies have shown patients with T2DM will develop

gastric delays following GLP-1RA therapy that did not have pre-existing gastric slowing, "all patients taking [GLP-1 receptor agonists] should be considered at high risk for gastric slowing with the potential for residual gastric contents". The authors state their case report demonstrates that "the risk of clinically significant gastric contents is real."

**Preda (2023) - Gastroparesis with bezoar formation in patients treated with GLP-1** (*Research Letter*)

Preda (2023) was a cross-sectional study in 100 bariatric patients designed to assess the "frequency of bezoar formation in patients taking GLP-1RA medications and the time to resolution of bezoars after ceasing these medications." Four of 23 patients on GLP-1RA had "moderately large" gastric bezoars which resolved after the GLP-1RA was removed.

"One patient had a nuclear medicine scan showing abnormal gastric emptying" while on liraglutide (76% food retention at 4 hours), which returned to normal two weeks after stopping liraglutide. Two other patients, both on semaglutide at the time of gastroscopy, had nuclear medicine scans that demonstrated normal emptying after the GLP-1RA was stopped but lacked a pre-withdrawal scan.

**Chaudhry et al., Tendency of Semaglutide to Induce Gastroparesis: A Case Report, Cureus (2024) 16(1):e52564**

Chaudhry describes a 53-year-old female patient with a medical history of depression, Stage 2 obesity, and obstructive sleep apnea who went to the hospital as a result of nausea and abdominal pain that persisted for three weeks. The patient reported taking Semaglutide 0.5mg for the preceding four months for weight loss, as well as alprazolam, methocarbamol, desvenlafaxine, and bupropion. She had not escalated her dosage of Semaglutide and was reportedly satisfied with the initial dose.

Upon admission, her physical exam revealed only mild abdominal discomfort, her blood work was unrevealing including a normal TSH (0.876 uIU/mL, normal 0.4 to 4.0) and hemoglobin

A1C (4.8, normal < 6.5). A CT abdomen was unrevealing. She was treated with IV ondansetron 4mg following which she was able to tolerate a semisolid diet. She then underwent an endoscopy which demonstrated semisolid food in the gastric fundus so that the endoscopy had to be aborted. As a result, she was placed on a clear liquid diet and told to stop drinking after midnight before undergoing a repeat EGD the following day. On repeat EGD, there was still a small volume of retained semisolid food material and there was liquid in the cardia and fundus of the stomach. Because there still was retained food material in her stomach more than 24 hours after the prior EGD, her presentation was considered to be highly consistent with gastroparesis. The report states that the gastroenterology service attributed this to Semaglutide and recommended its use be stopped. A GES was not performed as the report stated that there was "a high degree of certainty of the diagnosis given the symptoms and findings on EGD." At the patient's one-month follow-up after cessation of Semaglutide, there was symptom improvement and complete resolution of her nausea.

In their discussion, the authors acknowledged the requirement for proof of delayed gastric emptying to definitively diagnose gastroparesis, but they noted that the decision to forego "a gastric emptying study for [this] patient was made due to financial concerns and clinical evidence observed during repeated endoscopy, which included the presence of food material in the stomach 24 hours apart and the absence of mechanical blockage."

**Iskander, Mina et al.,** *Acute Functional Gastric Outlet Obstruction Associated With Low-Dose Tirzepatide*, CUREUS (2025) 17(1)

Iskander described a 57-year-old male patient with a history of type 2 diabetes and hypertension who presented to the emergency department due to severe abdominal pain and vomiting. This is reported to have started four weeks prior and had progressively worsened. The pain was described as "colicky, primarily located in the right lower quadrant, and radiated to the

right flank, with a severity of eight out of 10." It was also reported that the patient had "multiple episodes of non-bloody vomiting that occurred more frequently after eating, which subsequently led to a decreased appetite." Further accompanying symptoms included altered bowel habits, and intermittent episodes of diarrhea. There was abdominal discomfort and nausea months prior but these symptoms were noted to have been mild and tolerable at the time. He previously presented to the emergency department 2 months prior for mild abdominal pain and was discharged to an outpatient clinic, because his labs and imaging results were normal. Medications included 2.5 mg tirzepatide, glipizide, losartan, and tadalafil. On examination, the patient looked dehydrated and had sunken eyes and "signs of pain". He demonstrated a "markedly distended abdomen that was diffusely tender, particularly on the right side, and bowel sounds were present." "Initial vitals showed blood pressure of 160/90 mmHg and heart rate of 92 bpm, with 97% saturation on room air. Laboratory tests showed a white blood cell count of 11.8 x $10^3$ cells/μL with 68% neutrophils, hemoglobin of 14.1 g/dL, hematocrit of 41.1%, and platelet count of 240 x $10^3$ cells/μL. A complete metabolic panel revealed sodium at 139 mEq/L, potassium at 3.9 mEq/L, chloride at 102 mEq/L, bicarbonate at 26 mEq/L, and an anion gap of 11 mEq/L. The renal function tests indicated blood urea nitrogen (BUN) of 15 mg/dL and a creatinine level of 1.0 mg/dL. Additionally, the glucose level was 166 mg/dL, with hemoglobin A1c (HbA1c) of 6.2%. Liver function tests showed aspartate aminotransferase (AST) at 31 U/L and alanine aminotransferase (ALT) at 30 U/L, along with a total bilirubin level of 0.5mg/dL and a lipase level of 92 U/L."

In addition, "[a]n abdominal ultrasound was performed, which showed no significant abnormalities; however, a computed tomography scan of the abdomen and pelvis with intravenous contrast revealed a markedly distended stomach with air-fluid levels and food debris, suggesting gastric outlet obstruction." The patient was treated with NG suction.

Gastroenterology evaluated the patient the following day an there was a suspicion of an anatomical obstruction. EGD was performed on the third day of admission and there were no pathological findings or obstruction identified. Oral diet was gradually introduced as tolerated by the patient. It is stated that "[u]pon further discussion, the patient explained that his symptoms had started shortly after being switched from metformin to tirzepatide, and he was reluctant to stop the drug because it had helped him lose weight." However, on discharge, Tirzepatide was discontinued and there were no reported recurrences of symptoms during follow-up as described in the case report.

It was acknowledged by the authors that this may be the first case report of acute functional gastric outlet obstruction associated with tirzepatide to their knowledge. This was attributed to tirzepatide (vs. inducement by diabetes) because his diabetes had been well controlled, based on his HbA1c of 6.2%, and onset occurred shortly after starting tirzepatide and resolution was achieved following discontinuation.

**Gomez (2025) I Miss Eating: Medication-Induced Gastroparesis from Semaglutide**

This case report describes a 73-year-old man that had a 9-year history of type 2 diabetes mellitus and was referred to GI clinic for evaluation following 6 months of nausea, vomiting, and abdominal pain. It was noted that his diabetes was well-controlled and his Hb1Ac was 5.2%. An upper endoscopy was done revealing evidence of retained food in the stomach without evidence of obstruction. A GES and showed "33% gastric retention at 4 hours consistent with moderate gastroparesis." Following detailed medication review, the patient was noted for having started Semaglutide approximately 1 month prior to onset of symptoms. His diabetes was also noted to have been uncontrolled before being on semaglutide and his HbA1c was 13%. The gastroparesis symptoms did not improve following dietary medication and pharmacological treatment. The

decision was made to stop Semaglutide and there was complete symptom resolution within a month. Repeat GES no longer showed evidence of delayed gastric emptying. The authors conclude that "[t]his case illustrates the importance of not missing a diagnosis of medication induced gastroparesis which can be reversible."

## Lilly Clinical Trial Evidence – Dulaglutide

### Trial Selection Methodology

Eli Lilly's Regulatory Response, titled: "Regulatory Response: Information Request: Aspiration during General Anesthesia and Deep Sedation"[36] and Lilly's document entitled "Confidential to Regulatory Authorities Dulaglutide (LY2189265) Safety Topic Report: Gastroparesis" ("Dulaglutide Gastroparesis STR")[37] list the clinical trials that were evaluated in reviewing gastroparesis. These clinical trial study reports and the narratives, therefore, had already been determined by Eli Lilly to be the trials that should be reviewed regarding gastroparesis. Below is an assessment of what, if any, evidence existed as it relates to drug-induced gastroparesis or clinically significant gastrointestinal symptoms related to dulaglutide. Using the Dulaglutide Gastroparesis STR, I reviewed "all 27 completed controlled Phase 2, 3, and 4 studies".[38] I did not limit myself to the search strategy that is listed in either document,

---

[36] LLY-GLPMDL-08233965; In Lilly's Regulatory Response, in the "Introduction/Background" Section, it states that "[o]n 04 August, the FDA requested that Lilly perform a cumulative review of all cases of adverse reactions due to delayed gastric emptying (for example, regurgitation and pulmonary aspiration of gastric contents) during general anesthesia and deep sedation for Trulicity. An additional cumulative review was requested for all cases of severe/serious, prolonged, or worsening gastroparesis for Trulicity."

[37] LLY-GLPMDL-08258184; The Dulaglutide Gastroparesis STR has an "approved" date of December 20, 2023.

[38] LLY-GLPMDL-08258184 pg. 28 of 96. As noted in the Regulatory Response, Lilly stated there were three studies that assessed gastric emptying. I note that only one of these three studies evaluated gastric emptying using scintigraphy. I report on these clinical study reports, as well.

which focused only on fourteen preferred terms,[39]and additionally reviewed for Vomit, Gastrointestinal, Hospital, Bloat, Abdominal, Gastro, Dyspepsia, Satiety.

As set forth below, there is ample clinical trial evidence that contributes to the overall evidence regarding causation of a drug induced gastroparesis in patients exposed to dulaglutide. This evidence is from designed and controlled human clinical trials and is additional experimental evidence. First, there is dechallenge evidence and there were notable symptom and event imbalances between the treated and the untreated study groups. The dechallenges in these designed and controlled human trials further supply evidence under a Bradford Hill analysis that there is experimental evidence supporting causation.

Second, there were imbalances measured in certain symptom and adverse event occurrences between the study drug groups and the comparators. In addition to considering clinical trial assessment of gastroparesis (only one Phase 3 trial), symptoms that could relate to the onset of gastroparesis are appropriate to consider in assessing the clinical trial evidence. In fact, the one attempt to assess frank gastroparesis in the Eli Lilly clinical trials used symptoms, not diagnostic testing, as a surrogate for a gastroparesis diagnosis by using the Gastroparesis Cardinal Symptom Index. The nine assessed symptoms, in 3 groupings, are nausea, retching, vomiting, stomach fullness, inability to finish a meal, excessive fullness, loss of appetite, bloating, and abdominal distension. Although consideration of imbalances of these symptoms individually in clinical trials is not as significant a finding as findings using the index itself, imbalances in these symptoms is nevertheless experimental evidence that can and does inform the causation evaluation here.

---

[39] These 14 terms were: bezoar, diabetic gastroparesis, diabetic gastropathy, endoscopy upper gastrointestinal tract, endoscopy upper gastrointestinal tract abnormal, gastric atony, gastric emptying study, gastric hypomotility, gastric residual increased, gastrointestinal hypomotility, gastrointestinal motility disorder, gastroparesis postoperative, impaired gastric emptying, and regurgitation.

Phase 1, 2 and 3 Dulaglutide Clinical Studies:

**Phase 1:**

**GB*DM*[40]** Patient 1209[41] was a 30-year-old male that had type 2 diabetes and was part of Lilly's GBDM Trial, which was a Phase 1 trial to evaluate the effect of dulaglutide on gastric emptying using scintigraphy. According to the narrative provided with the Clinical Study Report, Patient 1209 had to be withdrawn from the study due to an adverse event of vomiting. Patient 1209 first treated with dulaglutide on January 23, 2011, and had an "episode of vomiting approximately 64 hours later". Following the second administration of dulaglutide, on January 30, 2011, the patient had "almost 14 hours of nausea (moderate severity)" and "36 hours after drug administration, with concomitant vomiting from 37 to 47 hours post dose." On February 1, 2011, the patient experienced frequent diarrhea where "onset was 44 hours post dose for a duration of 81 hours." Nausea decreased in severity from moderate to mild. "Later that day, the patient also experienced intermittent vomiting, which commenced approximately 58 hours post dose and resolved after 1 hour." The patient also noted "feelings of weakness for approximately 9.5 hours initiating approximately 67.5 hours post dose and again experienced intermittent vomiting with relative onset at approximately 83.5 hours for a period of 1.75 hours." It is stated in the narrative that as a result of the patient's vomiting and diarrhea, "a portion of radiolabeled scrambled egg was incompletely consumed and subsequently regurgitated, the patient was also too asthenic to undergo scheduled scintigraphic imaging. It was the opinion of the study team that these AEs were treatment-emergent and it was decided that this patient should be withdrawn

---

[40] This Phase 1 trial is listed in Section 6 of the "Regulatory Response: Information Request: Aspiration during General Anesthesia and Deep Sedation" related to Dedicated Gastric Emptying Studies.
[41] H9X-EW-GBDM Clinical Pharmacology Study Report - LLY-GLPMDL-00026283, beginning on Page 71 and Study GBDM Amended Clinical Pharmacology Study Report - LLY-GLPMDL-07997465, beginning on Page 72

from the study." *The patient did not receive any further doses and recovered from these events without intervention, which would be indicative of a positive dechallenge.*

The study also reports that "Statistically significant delays in GE rate were observed following all 4 doses of 1.5 mg dulaglutide compared to baseline (Day 3), as indicated by increases in the scintigraphy parameters AUC (residual activity), t10, t50, and t90. *Such delays in GE were not seen in the placebo group.*" [Emphasis supplied.][42]

**Phase 2:**

ï        In Lilly Phase 2 Study titled GB*CZ*, *a statistically significant difference was seen in the incidence of nausea, and there was a statistically significant dose response for the incidence of nausea and constipation.*[43]

ï        In Lilly Phase 2 Study titled GB*GJ*, which was a double-blind, placebo-controlled, 18-week trial of dulaglutide vs. placebo in type 2 diabetic patients on metformin monotherapy, there were selected gastrointestinal tolerability adverse events of nausea, vomiting, and diarrhea, which were the most frequently reported treatment emergent adverse events.[44] "The incidences of nausea, dyspepsia, abdominal pain, eructation, gastroesophageal reflux disease (GERD), and decreased appetite were generally greater in the 3 dulaglutide groups than in the placebo group *(overall pvalues <0.05, all).*" [Emphasis supplied][45] Majority of the patients who discontinued study treatment were due to an adverse event in the gastrointestinal disorders system organ class ("SOC"), with nausea, diarrhea, and vomiting seen as the most frequent events that necessitated discontinuation from the study.[46]

---

[42] LLY-GLPMDL-08233965 at pg. 70 and 71.
[43] LLY-GLPMDL-07993439 at pg. 134
[44] LLY-GLPMDL-00896877 at pg. 44 and 200
[45] LLY-GLPMDL-00896877 at pg. 200
[46] LLY-GLPMDL-00896877 at pg. 217

ï        Lilly Phase 2 study titled GB*DN* found that gastrointestinal disorders were the most commonly reported treatment emergent adverse events.[47] ***Statistically significant results were seen for both nausea and decreased appetite.* [Emphasis supplied]**[48] Nausea and vomiting were two of the three most frequent treatment emergent adverse events leading to discontinuation from the study.[49]

ï        Study GB*CJ*. The most frequently reported treatment emergent adverse events, reported by greater than or equal to 5% of patients, overall, were nausea, diarrhea, abdominal distension, constipation, abdominal pain, nasopharyngitis, and vomiting.[50] These events were "arithmetically more frequent in the LY2189265 [dulaglutide]-treated patients."[51] ***For the Gastroparesis Cardinal Symptom Index, "[s]tatistically significant changes were observed in all LY2189265 [dulaglutide] treatment groups for postprandial fullness and nausea and vomiting, and in the LY2189265 [dulaglutide] 1.0/1.0 and 1.0/2.0 mg treatment groups for bloating.*** Changes in the placebo group were only statistically significant for bloating and fullness."[52] Of the 12 patients who discontinued due to an adverse event, 5 were due to a gastrointestinal event (nausea, upper abdominal pain, or abdominal pain).[53]

These Phase 2 studies demonstrated clear signs that gastrointestinal adverse events were occurring more frequently than the control arms with statistically significant results. In all but one of the above studies, gastrointestinal adverse events were the leading cause of study discontinuation. In assessing causation under the Bradford Hill considerations, clinical trials are

---

[47] LLY-GLPMDL-00154196 at pg. 211
[48] LLY-GLPMDL-00154196 at pg. 212
[49] LLY-GLPMDL-00154196 at pg. 217
[50] LLY-GLPMDL-00202635 at pg. 128
[51] LLY-GLPMDL-00202635 at pg. 128
[52] LLY-GLPMDL-00202635 at pg. 117
[53] LLY-GLPMDL-00202635 at pg. 139

63

Docusign Envelope ID: A614A46E-2CD0-43CF-B046-49582D4A62FC

experiments – human experiments. These experiments certainly revealed evidence of gastrointestinal events generally and, more specifically, there was some evidence that these events were drug induced gastroparesis in nature.

**Phase 3:**

ï   GB*CF* (AWARD-5) was a Phase 2/3 Lilly placebo-controlled clinical trial that assessed efficacy and safety of once-weekly dulaglutide compared to sitagliptin (an oral dipeptidyl peptidase-4 (DPP-4) inhibitor not felt to delay gastric emptying) in patients with type 2 diabetes on metformin.[54] Treatment emergent gastrointestinal events were among the most commonly reported events in the study in the intent to treat population.[55]

---

[54] LLY-GLPMDL-00451205 (CSR) and LLY-GLPMDL-00173320 (Amended CSR)
[55] LLY-GLPMDL-00451205 (CSR) at pg. 362 and LLY-GLPMDL-00173320 (Amended CSR) at pg. 363



**Figure GBCF.12.11.**    Incidence of nausea, vomiting, and diarrhea – by visit, postbaseline to 24 months – intent-to-treatment patients assigned to primary treatment arms during Stage 1 or Stage 2 randomization.

---

[56] LLY-GLPMDL-00451205 (CSR) at 364 and LLY-GLPMDL-00173320 (Amended CSR) at pg. 365

In the "Summary of Gastrointestinal Safety" Section it is stated, "[o]verall, the results presented in this section indicate that dulaglutide 1.5 mg and 0.75 mg treatments are associated with significantly increased incidence of GI tolerability adverse events, including nausea, vomiting, and diarrhea compared to placebo/sitagliptin and sitagliptin treatment groups. The incidence is highest early in the course of the trial (first 1 to 2 months), followed by a decrease in frequency thereafter. These events are mostly mild to moderate in intensity, longer in duration to GI tolerability events reported in the sitagliptin arm and may cause discontinuation of treatment in a small proportion of patients."[57]

*GBCF Rechallenge Case* (Patient GB*CF*-14-752)**[58]**

As discussed, a case where a patient is taken off a drug and has symptoms subside is strong evidence of causation by the drug. However, a case where a patient is taken off the drug with symptom resolution and then restarted on the drug and the symptoms return is very strong causation evidence and may allow doctors to conclude that the events were causal. Rechallenges are infrequent in clinical medicine because if the problems resolve upon dechallenge, then the doctor and/or the patient are reluctant to re-start the drug. In the clinical trial that is graphed above, however, there was a rechallenge patient that is further evidence that the drug had a profound gastrointestinal effect on the patient. In this instance, there is additional reason to suspect that the effect was due to an impairment of emptying because the patient was also taking hydrocodone and, therefore, the dulaglutide use was in addition to medication use which could already have been causing motility

---

[57] LLY-GLPMDL-00451205 (CSR) at 365 and LLY-GLPMDL-00173320 (Amended CSR) at pg. 366
[58] LLY-GLPMDL-00451205 (CSR) at 3946 and LLY-GLPMDL-00173320 (Amended CSR) at pg. 3947

impairment – thus inducing the fairly immediate symptoms. In my opinion, this clinical trial case is not strong rechallenge case under the current inquiry, but it is nevertheless additional evidence of a clear effect by the drug on the stomach. And the known mechanism of the drug combined with the co-administration of hydrocodone provides some support to the conclusion that this was a rechallenge event caused by an impairment of gastric emptying and thus the onset of a drug induced gastroparesis.

ï        **GB*DA* (AWARD-1)** was a randomized, placebo-controlled trial comparing the effects of two doses of dulaglutide or exenatide, which is a different GLP-1 RA, on glycemic control in type 2 diabetic patients on stable doses of metformin and pioglitazone. Gastrointestinal disorders were the most commonly reported treatment emergent adverse events at 26 and 52 weeks.[59]

GB*DA*-104-5241[60] describes a 72-year-old Hispanic female who was randomized to dulaglutide 1.5mg. Medical history is noted to be "negative for gastritis risk factors (alcohol use, pain relievers, and helicobacter pylori infection)." Concomitant medications included metformin, pioglitazone, enalapril, and simvastatin. The patient first received dulaglutide for treatment of type 2 diabetes on March 16, 2011. On June 24, 2011, two days after the last study dose on June 22, 2011, "the patient started vomiting several times for which she went to the emergency room (ER)." The patient was "hospitalized with dehydration, uncontrollable vomiting, acute gastritis, and [a presumed diagnosis of] rule out gastroparesis." Dulaglutide was held. The patient was treated with fluids and metoclopramide. Although it is not stated in the narrative, I will note that

---

[59] LLY-GLPMDL-00059123 at pg. 204
[60] LLY-GLPMDL-00059123 at pg. 3492

Metoclopramide is the only FDA-approved drug to treat gastroparesis. The narrative states that "[o]n 27-Jun-2011, an endoscopy revealed mild edematous gastritis." The patient recovered from the "acute gastritis and was discharged." Following discharge, the patient is noted to have been evaluated by a gastroenterologist and small bowel series was normal. "Per the investigator, no upper gastrointestinal (UGI) series was done." On July 13, 2011, dulaglutide was resumed. "In the opinion of the investigator, the acute gastritis was related to the blinded study drug and not related to study device or protocol procedures. **The investigator explained that the symptoms were compatible with GLP 1 effect in the gastrointestinal system and that gastroparesis was even considered before knowledge of patient receiving study drug." [Emphasis supplied]**

ï    **GB*DB* (AWARD-2)** was a randomized, open label, parallel-arm, noninferiority comparison study assessing the effects of two doses of dulaglutide compared to insulin glargine on glycemic control for patients with type 2 diabetes that were on stable doses of metformin and glimepiride.  It is stated in this clinical study report that "[g]astrointestinal disorders are a known side effect of GLP-1 receptor agonists."[61] Indeed, gastrointestinal disorders were the second most frequent system organ class through Week 78, and was the most frequently reported system organ class through Week 26.[62]

---

[61] LLY-GLPMDL-17151452 (CSR) at 194 and LLY-GLPMDL-00257278 (Amended CSR) at pg. 195
[62] LLY-GLPMDL-17151452 (CSR) at 194 and LLY-GLPMDL-00257278 (Amended CSR) at pg. 195

**Table GBDB.12.6.** **Incidence of Patients with Gastrointestinal Treatment-Emergent Adverse Events By Preferred Term, Baseline to Week 26, Week 52, and Week 78; Intent-To-Treat Population**

| | | % of Patients | | |
|---|---|---|---|---|
| | | Week 26 | Week 52 | Week 78 |
| At least one GI | Total | 22.7 | 27.1 | 29.6 |
| | Dula 1.5 | 35.9 | 38.5 | 41.0 |
| | Dula 0.75 | 22.4 | 26.5 | 29.8 |
| | Glargine | 9.2 | 16.0 | 17.6 |
| | Overall p-value | <.001 | <.001 | <.001 |
| Nausea | Total | 7.4 | 7.6 | 8.3 |
| | Dula 1.5 | 14.3 | 14.3 | 15.4 |
| | Dula 0.75 | 6.3 | 6.6 | 7.7 |
| | Glargine | 1.5 | 1.5 | 1.5 |
| | Overall p-value | <.001 | <.001 | <.001 |
| Vomiting | Total | 3.1 | 3.6 | 3.8 |
| | Dula 1.5 | 5.1 | 6.2 | 6.6 |
| | Dula 0.75 | 2.9 | 3.3 | 3.7 |
| | Glargine | 1.1 | 1.1 | 1.1 |
| | Overall p-value | .029 | .007 | .005 |
| Diarrhea | Total | 6.6 | 7.7 | 8.6 |
| | Dula 1.5 | 9.2 | 10.6 | 10.6 |
| | Dula 0.75 | 7.4 | 8.5 | 9.2 |
| | Glargine | 3.1 | 3.8 | 5.7 |
| | Overall p-value | .014 | .011 | .116 |
| Dyspepsia | Total | 3.5 | 4.1 | 4.2 |
| | Dula 1.5 | 5.5 | 6.6 | 7.0 |
| | Dula 0.75 | 3.3 | 3.3 | 3.3 |
| | Glargine | 1.5 | 2.3 | 2.3 |
| | Overall p-value | .043 | .031 | .018 |

Abbreviations: Dula = dulaglutide; GI = gastrointestinal.

[63]

The four most frequently reported gastrointestinal treatment emergent adverse events through 78 weeks were diarrhea, nausea, dyspepsia, and vomiting.[64] Thirty patients discontinued study drug due to an adverse event and 21 were gastrointestinal related.[65] By week 78, 41% of the dulaglutide 1.5mg dosing had experienced at least one

---

[63] LLY-GLPMDL-17151452 (CSR) at 195 and LLY-GLPMDL-00257278 (Amended CSR) at pg. 196
[64] LLY-GLPMDL-17151452 (CSR) at 282 and LLY-GLPMDL-00257278 (Amended CSR) at pg. 283
[65] LLY-GLPMDL-17151452 (CSR) at 207 and LLY-GLPMDL-00257278 (Amended CSR) at pg. 208

GI adverse event, compared with 17.6% of Glargine patients, and 6.6% had experienced vomiting as compared to 1.1%.[66]

ï       **GB*DC* (AWARD-3)** assessed the impact of dulaglutide versus Metformin on glycemic control in patients with early type 2 diabetes. This study used the Gastroparesis Cardinal Symptom Index, which consisted of 3 subscales "selected to measure important symptoms related to gastroparesis." These included: nausea/vomiting, postprandial fullness/early satiety, and bloating. The nausea/vomiting subscale was comprised of nausea, retching, and vomiting. The postprandial fullness/early satiety subscale was comprised of stomach fullness, inability to finish a normal-sized meal, feeling excessively full after meals, and loss of appetite. The bloating subscale comprised of bloating and stomach or belly visibly larger.

o For example, here is a listing of individual Gastroparesis Cardinal Symptom Index for **Patient GBDC-820-7702**. For each subscale and for the overall score, 0 represents "none" and 5 indicates "very severe".[67]

|  | Nausea | Retching | Vomiting | Stomach Fullness | Unable to Finish Meal | Excessively Full After Meals | Loss of Appetite | Bloating | Stomach Visibly Larger |
|---|---|---|---|---|---|---|---|---|---|
| Baseline | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Visit 3 | 4 | 4 | 2 | 4 | 3 | 4 | 5 | 4 | 5 |
| Visit 4 | 4 | 4 | 1 | 4 | 4 | 4 | 4 | 4 | 4 |
| Visit 5 | 5 | 5 | 5 | 5 | 4 | 4 | 5 | 5 | 5 |

---

[66] See Table GBDB.12.6. above.
[67] LLY-GLPMDL-08105352 and LLY-GLPMDL-00086176, pg. 9336 and 9337; also see pg. 252.

**Patient GB*DC*-820-7702**, mentioned above, is stated to have discontinued from the study "due to AE Nausea Visit 3 2010-11-10."[68] Only events of Nausea and Abdominal Distension (abdominal bloating) are listed as adverse events for this patient. Both are listed being study drug related. Pre-existing conditions included asthma, back pain, hemorrhoids, osteoporosis, pollakiuria, and vertigo.

**Patient GB*DC*-130-3027**[69] was a 41-year-old Caucasian male patient whose medical history included GERD since 1997 and no reported change in severity was noted prior to what the narrative calls an "esophageal episode." The patient was a smoker since 1982 and there was a past history of smoking marijuana three times per week from 1982 to 1993. Concomitant medications included omeprazole. The patient was randomized to dulaglutide 1.5mg. Subcutaneous blinded study drug dulaglutide was last received on September 13, 2010 prior to the adverse event, and metformin was last received on September 14, 2010. On September 14, 2010, the patient presented to the emergency room and was admitted "for feelings of nausea right upper quadrant pain and some vomiting." The patient was discharged same day. "The patient reported being unable to consume food or beverages without regurgitation." The narrative notes that a CT scan "showed some prominence of the thoracic esophagus, possibly related to esophagitis and ileus versus partial small bowel obstruction; strongly suspect ileus." "An endoscopy was performed and the condition was diagnosed as an esophageal spasm. Additional final diagnoses included abdominal pain and possible esophagitis." This event was not considered related to the study drugs. **Patient GBDC-130-3027's** GCSI score indicated

---

[68] LLY-GLPMDL-08105352 and LLY-GLPMDL-00086176 at pg. 9948
[69] LLY-GLPMDL-08105352 and LLY-GLPMDL-00086176 at pg. 9685

71

the following, which demonstrate an increase in all gastroparesis symptoms, some being 5 which means "very severe":[70]

| | Nausea | Retching | Vomiting | Stomach Fullness | Unable to Finish Meal | Excessively Full After Meals | Loss of Appetite | Bloating | Stomach Visibly Larger |
|---|---|---|---|---|---|---|---|---|---|
| Baseline | 2 | 0 | 0 | 1 | 0 | 2 | 1 | 2 | 0 |
| Visit 3 | 4 | 4 | 3 | 2 | 3 | 4 | 4 | 3 | 2 |
| Visit 4 | 4 | 2 | 1 | 4 | 5 | 5 | 3 | 0 | 0 |
| Visit 5 | 3 | 3 | 2 | 0 | 3 | 2 | 3 | 0 | 0 |
| Visit 6 | 2 | 2 | 1 | 4 | 4 | 4 | 4 | 1 | 0 |
| Visit 7 | 2 | 0 | 0 | 3 | 3 | 2 | 4 | 0 | 0 |
| Visit 8 | 3 | 1 | 0 | 4 | 4 | 4 | 1 | 0 | 0 |

A review of the results of each questionnaire shows that the number of dulaglutide patients who reported 4 & 5 level symptoms far exceed those on Metformin. The patient numbers in each group reveal disparity reality and thus the report of mean comparisons does not reflect the important symptom severity differences. The review indicates some dulaglutide patients and far fewer control group patients experienced symptoms that suggested they were experiencing drug induced gastroparesis. Because the number of patients was not large compared to the overall exposed groups, the mean was not noticeably affected; this simply reflects that dulaglutide drug induced severe symptoms suspicious of gastroparesis did not occur in a large number of patients, but the evidence in the trial is that it does occur in some and there was an imbalance between the dulaglutide group and the comparator group. By way of example, the below illustrates the "severe" and "very severe" vomiting gastroparesis cardinal symptoms index values.

---

[70] LLY-GLPMDL-08105352 and LLY-GLPMDL-00086176 at pg. 9152 and 9153

All of the following patients had at GCSI Assessments of Vomiting Score = 5 ("Very Severe") at the indicated visits.

Summary:

ï        For Vomiting Incidents/Entries Assessed as 5 = "Very Severe":

ï        13 Total: 8 Dulaglutide and 5 Metformin

ï        however, note that 3 out of the 5 Metformin "5" Very Severe

assessments were from the same patient at different visits.

| Entry No. | Inv Pat | Treatment | Visit | Page |
|---|---|---|---|---|
| **1** | **101 104** | **Dula_1.5** | **4** | **9044** |
| **2** | **101 109** | **Dula_0.75** | **6** | **9046** |
| **3** | **104 410** | **Dula_1.5** | **7** | **9054** |
| **4** | **121 2113** | **Dula_0.75** | **7** | **9122** |
| 5 (same pat.) | 302 5050 (same pat.) | Metformin (same pat.) | 4 | 9228 |
| 6 (same pat.) | 302 5050 (same pat.) | Metformin (same pat.) | 5 | 9228 |
| 7 (same pat.) | 302 5050 (same pat.) | Metformin (same pat.) | 7 | 9228 |
| 8 | 404 6076 | Metformin | 5 | 9262 |
| **9** | **404 6090** | **Dula_1.5** | **5** | **9268** |
| 10 | 404 6205 | Metformin | 4 | 9274 |
| **11** | **820 7702** | **Dula_1.5** | **5** | **9336** |
| **12** | **834 8113** | **Dula_1.5** | **5** | **9370** |
| **13** | **910 9805** | **Dula_1.5** | **3** | **9424** |

GCSI Assessments of Vomiting Score = 4 ("Severe")

Summary:

ï    For Vomiting Incidents/Entries Assessed as 4 = "Severe":

ï    19 Total: 13 Dulaglutide and 6* Metformin

ï    *However, note 1 out of the 6 Metformin occurred at baseline and may be disregarded (see below at Entry No. 1.).

ï    Therefore, you could assess this as 13 Dulaglutide and 5 Metformin entries.

| Entry No. | Inv Pat | Treatment | Visit | Page |
|---|---|---|---|---|
| 1 | 117 1729 | Metformin | Baseline | 9106 |
| 2 | 118 1800 | Metformin | 5 | 9108 |
| **3** | **118 1818** | **Dula_1.5** | **5** | **9112** |
| **4** | **129 2922** | **Dula_1.5** | **5** | **9146** |
| **5** | **129 2923** | **Dula_1.5** | **5** | **9146** |
| **6** | **129 2925** | **Dula_0.75** | **3** | **9146** |
| 7 | 132 3214 | Metformin | 6 | 9166 |
| **8** | **136 3609** | **Dula_1.5** | **3** | **9176** |
| **9** | **301 5004** | **Dula_1.5** | **3** | **9220** |
| **10** | **801 7401** | **Dula_0.75** | **6** | **9332** |
| **11 (same pat.)** | **834 8107 (same pat.)** | **Dula_1.5 (same pat.)** | **5** | **9366** |
| **12 (same pat.)** | **834 8107 (same pat.)** | **Dula_1.5 (same pat.)** | **7** | **9366** |
| 13 | 834 8122 | Metformin | 8 | 9372 |
| 14 | 841 8326 | Metformin | 3 | 9374 |
| **15** | **900 9601** | **Dula_0.75** | **6** | **9416** |
| 16 | 910 9812 | Metformin | 4 | 9426 |
| **17 (same pat.)** | **913 3700 (same pat.)** | **Dula_0.75 (same pat.)** | **6** | **9432** |
| **18 (same pat.)** | **913 3700 (same pat.)** | **Dula_0.75 (same pat.)** | **7** | **9432** |
| **19** | **940 4803** | **Dula_1.5** | **7** | **9456** |

Source: H9X-MC-GBDC ["GBDC"] Clinical Study Report, Table GBDC.14.205. "Listing of Individual Gastroparesis Cardinal Symptom Index, All Randomized Subjects". At Pages 9044-9457.

ï        **GB*DD* (AWARD-4)** assessed "efficacy and safety of 2 once-weekly doses of dulaglutide (1.5 mg and 0.75 mg) in comparison to daily basal insulin glargine, both in combination with prandial insulin lispro (with or without metformin) in patients with T2DM."[71] Statistically significant findings for treatment emergent adverse events by maximum severity were seen for abdominal pain upper, diarrhoea, dyspepsia, nausea, and vomiting. Early satiety was only seen in the dulaglutide arm (.75mg).[72]

**Table GBDD.12.4.    Summary of TEAEs (by Maximum Severity) with Significant Differences among Treatment Groups By SOC and Preferred Term From Baseline to 52 Weeks Intent-to-Treat Populations**

| SOC Preferred Term | | Dulaglutide 1.5 mg N=295 n (%) | Dulaglutide 0.75 mg N=293 n (%) | Glargine N=296 n (%) | Total N=884 | Overall[a] p-Value | Pairwise[a] p-Value vs. Glargine | |
|---|---|---|---|---|---|---|---|---|
| **Patients with ≥1 TEAE** | Total | 217 (73.6) | 230 (78.5) | 206 (69.6) | 653 (73.9) | .048 | Dula_0.75 | .014 |
| - | - | - | - | - | - | - | Dula_1.5 | .285 |
| | Mild | 59 (20.0) | 88 (30.0) | 61 (20.6) | 208 (23.5) | - | - | - |
| | Moderate | 119 (40.3) | 89 (30.4) | 94 (31.8) | 302 (34.2) | - | - | - |
| | Severe | 39 (13.2) | 53 (18.1) | 51 (17.2) | 143 (16.2) | - | - | - |
| **Endocrine disorders** | Total | 8 (2.7) | 3 (1.0) | 0 (0.0) | 11 (1.2) | .006 | Dula_0.75 | |
| - | - | - | - | - | - | - | Dula_1.5 | - |
| | Mild | 5 (1.7) | 3 (1.0) | 0 | 8 (0.9) | - | - | - |
| | Moderate | 3 (1.0) | 0 | 0 | 3 (0.3) | - | - | - |
| | Severe | 0 | 0 | 0 | 0 (0.0) | - | - | - |
| **Gastrointestinal disorders** | Total | 140 (47.5) | 111 (37.9) | 52 (17.6) | 303 (34.3) | <.001 | Dula_0.75 | <.001 |
| - | - | - | - | - | - | - | Dula_1.5 | <.001 |
| | Mild | 63 (21.4) | 59 (20.1) | 31 (10.5) | 153 (17.3) | - | - | - |
| | Moderate | 63 (21.4) | 43 (14.7) | 20 (6.8) | 126 (14.3) | - | - | - |
| | Severe | 14 (4.7) | 9 (3.1) | 1 (0.3) | 24 (2.7) | - | - | - |
| Abdominal pain upper | Total | 13 (4.4) | 13 (4.4) | 1 (0.3) | 27 (3.1) | .004 | Dula_0.75 | .001 |
| - | - | - | - | - | - | - | Dula_1.5 | .001 |
| | Mild | 1 (0.3) | 9 (3.1) | 0 (0.0) | 10 (1.1) | - | - | - |
| | Moderate | 11 (3.7) | 4 (1.4) | 1 (0.3) | 16 (1.8) | - | - | - |
| | Severe | 1 (0.3) | 0 (0.0) | 0 (0.0) | 1 (0.1) | - | - | - |

---

[71] LLY-GLPMDL-20456433 and LLY-GLPMDL-09760428 at pg. 54
[72] LLY-GLPMDL-20456433 and LLY-GLPMDL-09760428 starting at pg. 266, Table GBDD.12.4.

**Summary of TEAEs (by Maximum Severity) with Significant Differences among Treatment Groups**
**By SOC and Preferred Term**
**From Baseline to 52 Weeks**
**ITT Populations**

| SOC<br>Preferred Term | | Dulaglutide 1.5 mg N=295 n (%) | Dulaglutide 0.75 mg N=293 n (%) | Glargine N=296 n (%) | Total N=884 | Overall[a] p-Value | Pairwise[a] p-Value vs. Glargine | |
|---|---|---|---|---|---|---|---|---|
| (Gastrointestinal disorders cont). | Total | 49 (16.6) | 46 (15.7) | 18 (6.1) | 113 (12.8) | <.001 | Dula_0.75 | <.001 |
| Diarrhoea | - | - | - | - | - | - | Dula_1.5 | <.001 |
| | Mild | 23 (7.8) | 25 (8.5) | 11 (3.7) | 59 (6.7) | - | - | - |
| | Moderate | 26 (8.8) | 16 (5.5) | 7 (2.4) | 49 (5.5) | - | - | - |
| | Severe | 0 | 5 (1.7) | 0 | 5 (0.6) | - | - | - |
| Dyspepsia | Total | 27 (9.2) | 10 (3.4) | 1 (0.3) | 38 (4.3) | <.001 | Dula_1.5 | <.001 |
| | Mild | 15 (5.1) | 5 (1.7) | 0 | 20 (2.3) | - | - | - |
| | Moderate | 11 (3.7) | 4 (1.4) | 1 (0.3) | 16 (1.8) | - | - | - |
| | Severe | 1 (0.3) | 1 (0.3) | 0 | 2 (0.2) | - | - | - |
| Flatulence | Total | 5 (1.7) | 7 (2.4) | 0 | 12 (1.4) | .018 | Dula_0.75 | |
| | - | - | - | - | - | - | Dula_1.5 | - |
| | Mild | 4 (1.4) | 4 (1.4) | 0 | 8 (0.9) | - | - | - |
| | Moderate | 1 (0.3) | 3 (1.0) | 0 | 4 (0.5) | - | - | - |
| | Severe | 0 (0.0) | 0 (0.0) | 0 | 0 (0.0) | - | - | - |
| Nausea | Total | 76 (25.8) | 52 (17.7) | 10 (3.4) | 138 (15.6) | <.001 | Dula_0.75 | <.001 |
| | - | - | - | - | - | - | Dula_1.5 | <.001 |
| | Mild | 44 (14.9) | 31 (10.6) | 5 (1.7) | 80 (9.0) | - | - | - |
| | Moderate | 25 (8.5) | 17 (5.8) | 5 (1.7) | 47 (5.3) | - | - | - |
| | Severe | 7 (2.4) | 4 (1.4) | 0 (0.0) | 11 (1.2) | - | - | - |
| Vomiting | Total | 36 (12.2) | 31 (10.6) | 5 (1.7) | 72 (8.1) | <.001 | Dula_0.75 | <.001 |
| | - | - | - | - | - | - | Dula_1.5 | <.001 |
| | Mild | 19 (6.4) | 12 (4.1) | 4 (1.4) | 35 (4.0) | - | - | - |
| | Moderate | 12 (4.1) | 16 (5.5) | 1 (0.3) | 29 (3.3) | - | - | - |
| | Severe | 5 (1.7) | 3 (1.0) | 0 (0.0) | 8 (0.9) | - | - | - |

**Summary of TEAEs (by Maximum Severity) with Significant Differences among Treatment Groups**
**By SOC and Preferred Term**
**From Baseline to 52 Weeks**
**ITT Populations**

| SOC<br>Preferred Term | | Dulaglutide 1.5 mg N=295 n (%) | Dulaglutide 0.75 mg N=293 n (%) | Glargine N=296 n (%) | Total N=884 | Overall[a] p-Value | Pairwise[a] p-Value vs. Glargine | |
|---|---|---|---|---|---|---|---|---|
| General disorders and administration site conditions | Total | 35 (11.9) | 57 (19.5) | 38 (12.8) | 130 (14.7) | .018 | Dula_0.75 | .029 |
| | - | - | - | - | - | - | Dula_1.5 | .719 |
| | Mild | 18 (6.1) | 36 (12.3) | 23 (7.8) | 77 (8.7) | - | - | - |
| | Moderate | 15 (5.1) | 15 (5.1) | 11 (3.7) | 41 (4.6) | - | - | - |
| | Severe | 2 (0.7) | 6 (2.0) | 4 (1.4) | 12 (1.4) | - | - | - |
| Early satiety | Total | 0 (0.0) | 4 (1.4) | 0 (0.0) | 4 (0.5) | .012 | Dula_0.75 | - |
| | - | - | - | - | - | - | Dula_1.5 | - |
| | Mild | 0 (0.0) | 2 (0.7) | 0 (0.0) | 2 (0.2) | - | - | - |
| | Moderate | 0 (0.0) | 2 (0.7) | 0 (0.0) | 2 (0.2) | - | - | - |
| | Severe | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | - | - | - |
| Pyrexia | Total | 0 (0.0) | 4 (1.4) | 6 (2.0) | 10 (1.1) | .035 | Dula_0.75 | .752 |
| | - | - | - | - | - | - | Dula_1.5 | - |
| | Mild | 0 (0.0) | 3 (1.0) | 6 (2.0) | 9 (1.0) | - | - | - |
| | Moderate | 0 (0.0) | 1 (0.3) | 0 (0.0) | 1 (0.1) | - | - | - |
| | Severe | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | - | - | - |
| Infections and infestations | Total | 90 (30.5) | 116 (39.6) | 119 (40.2) | 325 (36.8) | .024 | Dula_0.75 | .879 |
| | - | - | - | - | - | - | Dula_1.5 | .014 |
| | Mild | 51 (17.3) | 64 (21.8) | 56 (18.9) | 171 (19.3) | - | - | - |
| | Moderate | 34 (11.5) | 42 (14.3) | 55 (18.6) | 131 (14.8) | - | - | - |
| | Severe | 5 (1.7) | 10 (3.4) | 8 (2.7) | 23 (2.6) | - | - | - |
| Laryngitis | Total | 0 (0.0) | 4 (1.4) | 0 (0.0) | 4 (0.5) | .012 | Dula_0.75 | - |
| | - | - | - | - | - | - | Dula_1.5 | - |
| | Mild | 0 (0.0) | 3 (1.0) | 0 (0.0) | 3 (0.3) | - | - | - |
| | Moderate | 0 (0.0) | 1 (0.3) | 0 (0.0) | 1 (0.1) | - | - | - |
| | Severe | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | - | - | - |

**Table GBDD.12.5.    Treatment-Related TEAEs That Were Significantly Different Among Groups**

| TEAE | Glargine N=296 | Dula 0.75 mg N=293 | Dula 1.5 mg N=295 | Total N=884 | Overall p-value[a] |
|---|---|---|---|---|---|
| Nausea | 1 (0.3) | 44 (15.0) | 68 (23.1) | 113 (12.8) | <.001 |
| Vomiting | 1 (0.3) | 27 (9.2) | 29 (9.8) | 57 (6.4) | <.001 |
| Diarrhoea | 2 (0.7) | 28 (9.6) | 31 (10.5) | 61 (6.9) | <.001 |
| Dyspepsia | 0 (0.0) | 5 (1.7) | 17 (5.8) | 22 (2.5) | <.001 |
| Abdominal pain upper | 0 (0.0) | 6 (2.0) | 10 (3.4) | 16 (1.8) | .008 |
| Flatulence | 0 (0.0) | 7 (2.4) | 4 (1.4) | 11 (1.2) | .011 |
| Constipation | 0 (0.0) | 4 (1.4) | 6 (2.0) | 10 (1.1) | .032 |
| GERD | 0 (0.0) | 3 (1.0) | 0 (0.0) | 3 (0.3) | .036 |
| Decreased appetite | 0 (0.0) | 15 (5.1) | 24 (8.1) | 39 (4.4) | <.001 |
| Fatigue | 0 (0.0) | 5 (1.7) | 5 (1.7) | 10 (1.1) | .047 |
| Oedema | 4 (1.4) | 0 (0.0) | 0 (0.0) | 4 (0.5) | .037 |
| Early satiety | 0 (0.0) | 4 (1.4) | 0 (0.0) | 4 (0.5) | .012 |
| Amylase increased | 0 (0.0) | 3 (1.0) | 0 (0.0) | 3 (0.3) | .036 |

Abbreviations: Dula=dulaglutide; GERD=gastroesophageal reflux disease.

[a] Overall p-values are from chi-squared test if at least 80% of cells have an expected value >=5, otherwise Fisher's exact test was used. Pairwise p-values are only reported when overall p-value <=0.05 and both cells are non-zero. [73]

### ï    GB*DJ* (REWIND)

This trial was utilized in the Regulatory Response and the Safety Topic

report referenced above. It was Phase 3, multicenter, international, randomized, double-

blind, placebo controlled, parallel group cardiovascular trial. Only one dose of dulaglutide was

assessed in this trial, 1.5mg. Patients were excluded from the trial if they had a known clinically

significant gastric emptying abnormality (like severe diabetic gastroparesis or gastric outlet

obstruction) or had undergone gastric bypass surgery. Comparatively to the other trials in the

dulaglutide program, this was a large trial with 9,867 patients completing the study and the

median follow-up was 5.4 years. A total of 9901 patients were randomized to either placebo or

dulaglutide. A total of 9892 (99.9%) received at least 1 dose of study drug (dulaglutide: 4943

[99.9%]; placebo: 4949 [99.9%]).  In the Intent To Treat Population, there were 4,952 Placebo

and 4,949 Dulaglutide patients according to the CSR.

---

[73] LLY-GLPMDL-20456433 and LLY-GLPMDL-09760428 at pg. 271

The REWIND clinical trial provides evidence that dulaglutide is capable of causing acute onset of gastroparesis in some patients. In this large placebo controlled large trial, there were nearly 3 times impaired gastric emptying events in the dulaglutide group as in the placebo group. This was a statistically significant result (p-value of 0.022). This finding affirms the other clinical trial results discussed below and is experiment clinical trial evidence that demonstrates an effect producing gastric impairment. An excerpt of the relevant table from REWIND is placed below:

```
Treatment-Emergent Adverse Events by System Organ Class and Preferred Term                    Page 24 of 144
Intent-to-Treat Population                                                                    02:37 12NOV2018
H9X-MC-GBDJ, REWIND                                                                                      PDPM
```

| System Organ Class Preferred Term*a | Placebo (N=4952) n  (%) | Dulaglutide (N=4949) n  (%) | p-value*b |
|---|---|---|---|
| Umbilical hernia | 25  (0.50) | 23  (0.46) | |
| Abdominal hernia | 17  (0.34) | 20  (0.40) | |
| Oesophagitis | 17  (0.34) | 19  (0.38) | |
| Dysphagia | 23  (0.46) | 18  (0.36) | |
| Pancreatitis acute | 11  (0.22) | 17  (0.34) | |
| Impaired gastric emptying | 6  (0.12) | 17  (0.34) | 0.022 |

As diabetics, the patients carried a risk factor for gastroparesis of course, but the disparity with the placebo is still striking. Even though it appears that many of these patients had an underlying gastroparesis unmasked, the placebo controlled data nevertheless supports causation of drug induced gastroparesis by dulaglutide.

**Lilly Clinical Trial Evidence – Tirzepatide**

Lilly's Regulatory Response, titled: "Regulatory Response: Information Request: Aspiration during General Anesthesia and Deep Sedation LY3298176 (tirzepatide)"[74] and Lilly's document entitled "Confidential to Regulatory Authorities Tirzepatide (LY3298176)

---

[74] LLY-GLPMDL-08194940; In Lilly's Regulatory Response, in the "Introduction/Background" Section, it states that "[a]n information request regarding delayed gastric emptying for Mounjaro, dated 04 August 2023, was also received" and that "Lilly conducted a review of… all cases of severe/serious, prolonged, or worsening gastroparesis". From my review of FDA publicly available labeling, I understand that Lilly's other Tirzepatide drug, Zepbound, was not approved until November 2023.

Abbreviated Safety Topic Report: Gastroparesis" ("Tirzepatide Gastroparesis STR") inform what clinical trials to look at for tirzepatide and the risk of drug-induced gastroparesis.[75] Under the Methodology section of the tirzepatide STR, there is a table that lists the Phase 2, 3, and 4 Completed and Ongoing Clinical Trials Included for Analysis. [76] Examples from these trials are discussed below.[77]

Phase 2 and 3 Clinical Studies

**Phase 2:**

The following Phase 2 clinical studies indicate the following[78]:

ï       In Lilly Phase 2 Study GP*GB*, Lilly compared once-weekly tirzepatide with placebo and dulaglutide in type 2 patients. There was a highly statistically significant result for gastrointestinal disorders "in which the most patients had TEAEs considered treatment-related by the investigators: placebo 3.9%, LY3298176 1 mg 13.5%, LY3298176 5 mg 25.5%, LY3298176 10 mg 37.3%, LY3298176 15 mg 60.4%, and dulaglutide 1.5 mg 33.3%; overall $p<0.001$." Of the 31 patients who discontinued study treatment due to an adverse event, 17 were due to gastrointestinal disorders. Nausea and diarrhea were the most frequent events that resulted in study treatment discontinuation.

ï       Lilly Phase 2 Study GP*GF* was a three-month study that was designed to evaluate the efficacy, safety, and tolerability of tirzepatide compared to placebo in patients with type 2 diabetes that exhibited inadequate glycemic control with diet and exercise alone or with a stable

---

[75] LLY-GLPMDL-10117072; The Tirzepatide Gastroparesis STR has an "approved" date of November 21, 2023.
[76] LLY-GLPMDL-10117072 at pg. 12
[77] As noted in the Regulatory Response, Lilly stated "[i]n the tirzepatide clinical pharmacology program, no dedicated gastroparesis study was performed."
[78] GPIG was referenced in the Safety Topic Report, but upon review of ClinicalTrials.gov, this is an active trial and therefore the final clinical study report could not be located.

dose of metformin. This was a small study with only 111 patients: placebo (26), tirzepatide 12mg (29), tirzepatide 15mg-1 (28), and tirzepatide 15mg-2 (28). This study used three different titration schemes from what was used in GP*GB*, mentioned above. The clinical study report notes that "[n]o statistical tests were performed to compare AE rates between treatment groups." However, treatment-emergent adverse events in the gastrointestinal disorders system organ class occurred more frequently in tirzepatide patients than in the placebo group with a p-value of <0.001.

### Phase 3

In the Clinical Reviews for tirzepatide, the following represent the clinical trials that were deemed pivotal for approval:

ï        GP*GH* (SURPASS-3)[79]: This was an open-label, parallel-group trial to compare tirzepatide to insulin degludec on glycemic control in patients with type 2 diabetes who had inadequate glycemic control on metformin (stable doses) with or without a SGLT-2i.[80] The study included 1,437 patients who received at least one dose of tirzepatide or insulin degludec and were in the modified intent to treat population.[81] **480 patients experienced a gastrointestinal related treatment emergent event during the study, and only 32 came from the insulin arm** – 448 patients in the tirzepatide treated arms at fairly similar rates in the 5mg, 10mg, and 15mg arms (33.8%, 42.8%, and 48.2%, respectively).[82] The most frequent gastrointestinal treatment emergent adverse events were nausea, diarrhea, vomiting, dyspepsia, and abdominal pain.[83] All severe gastrointestinal adverse events were treated with tirzepatide and there were 29 of these

---

[79] Listed in the Mounjaro Clinical Review in Table 5 "Listing of Phase2/3 Clinical Trials Relevant to the Proposed Indication".
[80] LLY-GLPMDL-00565123
[81] LLY-GLPMDL-00565123 at pg. 3
[82] [82] LLY-GLPMDL-00565123 at pg. 15
[83] [83] LLY-GLPMDL-00565123 at pg. 15

events.[84] **Of the 106 patients who permanently discontinued study drug due to an adverse event, 52 were in the system organ class for gastrointestinal disorders and all except for one were treated with tirzepatide.[85]** The most common adverse events that led to study drug discontinuation were nausea, vomiting, diarrhea, weight decreased, and decreased appetite.[86] It is also noteworthy that despite the aforementioned results, there was a section within the clinical study report detailing management for patients with gastrointestinal adverse events with guidance for patients who developed "intolerable GI AEs during the escalation period".[87] This included guidance on meal size adjustment, use of antiemetics or antidiarrheal medication, and temporary interruption of tirzepatide. If these "intolerable" gastrointestinal symptoms persisted despite these measures, the patients were able to de-escalate dose. In this study, 104 patients de-escalated their dose of tirzepatide in the first 24 weeks and 35.6% of these patients used an antiemetic medication, with 11.5% using an antidiarrheal medication over the study course.[88]

ï        GP*GI*[89] was a randomized double-blind trial that compared tirzepatide to placebo in patients with type 2 diabetes that were inadequately controlled on insulin glargine with or without metformin.[90] There were 475 patients that were randomly assigned treatment and received at least one dose of study drug.[91] Review of the most common gastrointestinal adverse events reported in this trial indicates that there were more patients who experienced a gastrointestinal related treatment emergent adverse event than the placebo.[92] The most common

---

[84] [84] LLY-GLPMDL-00565123 at pg. 15
[85] [85] LLY-GLPMDL-00565123 at pg. 15
[86] LLY-GLPMDL-00565123 at pg. 225 and 226
[87] LLY-GLPMDL-00565123 at pg. 46
[88] LLY-GLPMDL-00565123 at pg. 223-224
[89] Listed in the Mounjaro Clinical Review in Table 5 "Listing of Phase2/3 Clinical Trials Relevant to the Proposed Indication".
[90] LLY-GLPMDL-10368065
[91] LLY-GLPMDL-10368065 at pg. 2-3
[92] LLY-GLPMDL-10368065 at pg. 286

81

gastrointestinal treatment-emergent events were diarrhea, nausea, vomiting, dyspepsia,

constipation, eructation, and flatulence.[93]

**Table GPGI.5.50.**     **Summary of Most Commonly Reported Treatment-Emergent AEs (≥2% in Any Group) in the GI System Organ Class by Preferred Term**
**mITT Population – Safety Analysis Set**

| Event Category or Term | n (%) | | | | Overall P-Value |
| --- | --- | --- | --- | --- | --- |
| | TZP 5 mg (N=116) | TZP 10 mg (N=119) | TZP 15 mg (N=120) | Placebo (N=120) | |
| Patients with ≥1 TEAE in the GI disorders SOC | 42 (36.2) | 45 (37.8) | 55 (45.8) | 26 (21.7) | <.001 |
| Diarrhoea | 14 (12.1) | 15 (12.6) | 25 (20.8) | 12 (10.0) | 0.094 |
| Nausea | 15 (12.9) | 21 (17.6) | 22 (18.3) | 3 (2.5) | <.0.001 |
| Vomiting | 8 (6.9) | 9 (7.6) | 15 (12.5) | 3 (2.5) | 0.028 |
| Dyspepsia | 8 (6.9) | 10 (8.4) | 6 (5.0) | 2 (1.7) | 0.088 |
| Constipation | 7 (6.0) | 8 (6.7) | 8 (6.7) | 2 (1.7) | 0.184 |
| Eructation | 6 (5.2) | 4 (3.4) | 7 (5.8) | 1 (0.8) | 0.147 |
| Flatulence | 3 (2.6) | 6 (5.0) | 7 (5.8) | 0 | 0.025 |
| Abdominal pain upper | 5 (4.3) | 3 (2.5) | 3 (2.5) | 3 (2.5) | 0.850 |
| Abdominal discomfort | 2 (1.7) | 4 (3.4) | 1 (0.8) | 3 (2.5) | 0.587 |
| Abdominal pain | 3 (2.6) | 2 (1.7) | 2 (1.7) | 1 (0.8) | 0.698 |
| Abdominal distension | 1 (0.9) | 5 (4.2) | 1 (0.8) | 0 | 0.056 |
| Gastroesophageal reflux disease | 2 (1.7) | 2 (1.7) | 3 (2.5) | 0 | 0.427 |

There were 33 patients that discontinued treatment permanently due to an adverse

event, and 19 patients discontinued due to gastrointestinal disorders. All of these patients

were in the tirzepatide group, and four were considered severe. These were due to

diarrhea (2), nausea, and GERD.[94] GPGI also had protocols for management of patient

with gastrointestinal adverse events. This was to "minimize the development of

intolerable GI symptoms." This included guidance on meal size adjustment, use of

antiemetics or antidiarrheal medication, and temporary interruption of tirzepatide. If these

"intolerable" gastrointestinal symptoms persisted despite these measures, the patients

were able to discontinue from the study drug, but de-escalation was not permitted.[95]

---

[93] LLY-GLPMDL-10368065 at pg. 286
[94] LLY-GLPMDL-10368065 at pg. 286
[95] LLY-GLPMDL-10368065 at pg. 42

ï        GP*GK*[96] was a randomized, double-blind, placebo-controlled trial that compared 3 tirzepatide doses vs placebo to assess efficacy and safety in patients who had type 2 diabetes that was inadequately controlled with diet and exercise alone.[97] There were 478 patients that were randomized into the study and received at least one dose of study drug and included in the intent to treat of population.[98] Gastrointestinal-related treatment emergent adverse events were the most common events in the trial and included nausea, diarrhea, dyspepsia, constipation, and vomiting.[99] Severe treatment emergent adverse events were reported for two patients; one of which had severe vomiting, severe nausea, and severe dyspepsia and the other patient who reported severe ischemic colitis.[100] Of patients who permanently discontinued from the study drug (there were 18) the most common adverse events for tirzepatide groups were gastrointestinal related and included gastrointestinal disorder, nausea, diarrhea, abdominal discomfort, dyspepsia, and ischemic colitis.[101] The study protocol provided for management of patients with gastrointestinal adverse events. For patients who developed "intolerable" gastrointestinal adverse events during escalation the protocol advised eating smaller meals, prescribing antiemetic or anti diarrheal medications, temporarily interrupting study drug, or discontinuing the study drug if the intolerable gastrointestinal symptoms persisted despite the above measures. It is noted that de-escalation of study drug dose was not permitted in this study.[102]

---

[96] Listed in the Mounjaro Clinical Review in Table 5 "Listing of Phase2/3 Clinical Trials Relevant to the Proposed Indication".
[97] LLY-GLPMDL-10370963
[98] LLY-GLPMDL-10370963 at pg. 2-3
[99] LLY-GLPMDL-10370963 at pg. 212
[100] LLY-GLPMDL-10370963 at pg. 213
[101] LLY-GLPMDL-10370963 at pg. 213-214
[102] LLY-GLPMDL-10370963 at pg. 38

ï    GP*GL* (SURPASS-2)[103] was a randomized, open-label trial that compared tirzepatide to semaglutide for safety and efficacy as add-on therapy to metformin with type 2 diabetes patients.[104] The trial had 1,878 patients that were randomized to the study that received at least 1 dose of study drug and were in the modified intent to treat population.[105] **There were 808 patients that experienced a gastrointestinal-related treatment emergent adverse event.[106] The results were similar across tirzepatide and semaglutide "(tirzepatide 5 mg: 188 patients; tirzepatide 10 mg: 216 patients; tirzepatide 15 mg: 211 patients; semaglutide 1 mg: 193 patients)."[107] Twenty-five patients reported severe gastrointestinal treatment emergent adverse events "(tirzepatide 5 mg: 9 patients; tirzepatide 10 mg: 9 patients; tirzepatide 15 mg: 4 patients; semaglutide 1 mg: 3 patients.)" [108][Emphasis supplied].**

| Preferred Term | n (%) | | | |
| --- | --- | --- | --- | --- |
| | TZP 5 mg (N=470) | TZP 10 mg (N=469) | TZP 15 mg (N=470) | SEMA 1 mg (N=469) |
| Patients with ≥1 TEAE | 299 (63.6) | 322 (68.7) | 324 (68.9) | 301 (64.2) |
| Nausea | 82 (17.4) | 90 (19.2) | 104 (22.1) | 84 (17.9) |
| Diarrhoea | 62 (13.2) | 77 (16.4) | 65 (13.8) | 54 (11.5) |
| Vomiting | 27 (5.7) | 40 (8.5) | 46 (9.8) | 39 (8.3) |
| Dyspepsia | 34 (7.2) | 29 (6.2) | 43 (9.1) | 31 (6.6) |
| Decreased appetite | 35 (7.4) | 34 (7.2) | 42 (8.9) | 25 (5.3) |
| Constipation | 32 (6.8) | 21 (4.5) | 21 (4.5) | 27 (5.8) |
| Abdominal pain | 14 (3.0) | 21 (4.5) | 24 (5.1) | 24 (5.1) |

[109]

---

[103] Listed in the Mounjaro Clinical Review in Table 5 "Listing of Phase2/3 Clinical Trials Relevant to the Proposed Indication".
[104] LLY-GLPMDL-00579453
[105] LLY-GLPMDL-00579453 at pg. 3
[106] LLY-GLPMDL-00579453 at pg. 348
[107] LLY-GLPMDL-00579453 at pg. 24
[108] LLY-GLPMDL-00579453 at pg. 24
[109] LLY-GLPMDL-00579453 at pg. 20

**Table GPGL.5.57.**    **Summary of TEAEs in the GI SOC Reported as the Primary Reason for Study Treatment Discontinuation, by Preferred Term mITT – Safety Analysis Set**

| SOC Preferred Term | n (%) | | | |
|---|---|---|---|---|
| | TZP 5 mg (N=470) | TZP 10 mg (N=469) | TZP 15 mg (N=470) | SEMA 1 mg (N=469) |
| Patients discontinuing due to GI AE | 13 (2.8) | 20 (4.3) | 20 (3.4) | 15 (3.2) |
| Nausea | 6 (1.3) | 7 (1.5) | 4 (0.9) | 4 (0.9) |
| Vomiting | 1 (0.2) | 4 (0.9) | 4 (0.9) | 3 (0.6) |
| Diarrhoea | 1 (0.2) | 3 (0.6) | 6 (1.3) | 1 (0.2) |
| Abdominal pain | 2 (0.4) | 1 (0.2) | 2 (0.4) | 4 (0.9) |
| Dyspepsia | 2 (0.4) | 1 (0.2) | 2 (0.4) | 0 |
| Constipation | 0 | 2 (0.4) | 0 | 1 (0.2) |
| Abdominal pain upper | 1 (0.2) | 0 | 1 (0.2) | 0 |
| Abdominal discomfort | 0 | 1 (0.2) | 0 | 0 |
| Gastric disorder | 0 | 0 | 0 | 1 (0.2) |
| Gastrooesophageal reflux disease | 0 | 0 | 1 (0.2) | 0 |

Abbreviations: GI = gastrointestinal; mITT = modified intent-to-treat; N = number of patients in the analysis population; n = number of patients with events meeting specified category; SEMA = semaglutide; SOC = system organ class; TEAE = treatment-emergent adverse event; TZP = tirzepatide
Source: Table GPGL.5.28                                                                                    110

Protocols were in place for the trial for management of gastrointestinal adverse events. These were similar to other trials mentioned (smaller meals, antiemetic or antidiarrheal medications, temporary discontinuation), but there were procedures related to how often interruption of study drug could occur (1 dose omitted per 4 weeks, up to 6 doses during escalation period). De-escalation was not allowed in the study.[111]

ï        GP*GM* (SURPASS-4)[112] was an efficacy and safety trial of tirzepatide vs insulin glargine in type 2 diabetic patients with increased cardiovascular risk and had inadequate glycemic control on stable doses of at least 1, but no more than 3 oral antihyperglycemic drugs.[113] The study looked at 5, 10, and 15mg doses for tirzepatide. There were 2,002 patients randomized, and 1,995 patients received at least one dose of tirzepatide or insulin glargine and

---

[110] LLY-GLPMDL-00579453 at pg. 350
[111] LLY-GLPMDL-00579453 at pg. 55-56
[112] Listed in the Mounjaro Clinical Review in Table 5 "Listing of Phase2/3 Clinical Trials Relevant to the Proposed Indication".
[113] LLY-GLPMDL-07937963 and LLY-GLPMDL-08886464

included in the modified intent-to-treat population.[114] Of treatment emergent adverse events that occurred greater than 5%, the most common came from the gastrointestinal system organ class.[115] This included diarrhea, nausea, vomiting, dyspepsia, constipation and others. There was an imbalance across GI disorders SOC with 31.6% (5mg), 41.5% (10mg), and 50.6% (15mg) of patients reporting at least 1 TEAE compared to 11.6% in the insulin glargine group.[116] The treatment emergent events that occurred "in more than 5% of patients in any dose group were diarrhea, nausea, vomiting, and dyspepsia."[117]

**Table GPGM.5.78.**    **Summary of Treatment-Emergent AEs in the GI Disorders System Organ Class, Occurring in ≥2% of Patients in Any Treatment Group, by Preferred Term**
**mITT Population – Safety Analysis Set**

| Event Category or Term | n (%) | | | | |
|---|---|---|---|---|---|
| | TZP 5 mg (N=329) | TZP 10 mg (N=328) | TZP 15 mg (N=338) | Insulin Glargine (N=1000) | Overall p-Value |
| Patients with ≥1 TEAE in the GI disorders SOC | 108 (32.8) | 138 (42.1) | 180 (53.3) | 146 (14.6) | <0.001 |
| Diarrhea | 41 (12.5) | 65 (19.8) | 74 (21.9) | 44 (4.4) | <0.001 |
| Nausea | 39 (11.9) | 53 (16.2) | 76 (22.5) | 23 (2.3) | <0.001 |
| Vomiting | 16 (4.9) | 27 (8.2) | 29 (8.6) | 16 (1.6) | <0.001 |
| Dyspepsia | 18 (5.5) | 27 (8.2) | 26 (7.7) | 13 (1.3) | <0.001 |
| Abdominal pain | 14 (4.3) | 12 (3.7) | 14 (4.1) | 12 (1.2) | <0.001 |
| Constipation | 17 (5.2) | 14 (4.3) | 14 (4.1) | 5 (0.5) | <0.001 |
| Flatulence | 12 (3.6) | 13 (4.0) | 9 (2.7) | 5 (0.5) | <0.001 |
| Abdominal pain upper | 9 (2.7) | 6 (1.8) | 13 (3.8) | 7 (0.7) | <0.001 |
| Eructation | 7 (2.1) | 11 (3.4) | 16 (4.7) | 0 | <0.001 |
| Abdominal distension | 9 (2.7) | 6 (1.8) | 14 (4.1) | 4 (0.4) | <0.001 |
| Gastritis | 6 (1.8) | 7 (2.1) | 7 (2.1) | 7 (0.7) | 0.055 |

Abbreviations: AE = adverse event; GI = gastrointestinal; mITT = modified intent-to-treat; n = number of patients in the specified category; N = number of patients who were randomized and received at least 1 dose of study drug; SOC = system organ class; TEAE = treatment-emergent adverse event; TZP = tirzepatide.

Note: Patients may be counted in more than 1 event category. The p-values for overall treatment effect were computed using Fisher's Exact test.

Source: Table GPGM.8.117

[118]

---

[114] LLY-GLPMDL-07937963 and LLY-GLPMDL-08886464 at pg. 2-3
[115] LLY-GLPMDL-07937963 and LLY-GLPMDL-08886464 at pg. 10
[116] LLY-GLPMDL-07937963 and LLY-GLPMDL-08886464 at pg. 246
[117] LLY-GLPMDL-07937963 and LLY-GLPMDL-08886464 at pg. 246
[118] LLY-GLPMDL-07937963 and LLY-GLPMDL-08886464 at pg. 352

Of the patients that permanently discontinued from the study drug (155 patients), 45 were due to an AE in the GI disorders system organ class.[119]

**Table GPGM.5.80.    Summary of Gastrointestinal TEAEs Leading to Permanent Discontinuation of the Study Drug mITT Population – Safety Analysis Set**

| Treatment Group | | | |
|---|---|---|---|
| **TZP 5 mg** | **TZP 10 mg** | **TZP 15 mg** | **Insulin Glargine** |
| Nausea (5) | Vomiting (4) | Diarrhea (8) | None |
| Diarrhea (2) | Nausea (2) | Vomiting (4) | |
| Vomiting (1) | Dyspepsia (2) | Abdominal pain (2) | |
| Dyspepsia (1) | Diarrhea (1) | Nausea (1) | |
| Abdominal pain (1) | Constipation (1) | Dyspepsia (1) | |
| Flatulence (1) | Flatulence (1) | Constipation (1) | |
| Abdominal distension (1) | Pancreatitis (1) | Pancreatitis (1) | |
| Obstructive pancreatitis (1) | Pancreatitis acute (1) | Eructation (1) | |

Abbreviations: mITT = modified intent-to-treat; TEAE = treatment-emergent adverse event; TZP = tirzepatide.
Note: The number in parentheses denotes the number of patients who experienced the event.
Source: Table GPGM.8.134

Table GPGM.5.81 provides details of permanent discontinuation from study drug due to nausea, vomiting, or diarrhea (N/V/D).[120]

Protocols were in place for the trial for management of gastrointestinal adverse events. These were similar to other trials mentioned (smaller meals, antiemetic or antidiarrheal medications, temporary interruption of study drug), and if "intolerable" GI symptoms persisted despite other measure to manage and minimize, then patients could de-escalate study drug.[121]

ï    GP*GO* (SUPRASS J-mono)[122] was a multicenter, randomized, double-blind, parallel, active-controlled study that lasted 52 weeks and was designed to assess safety and efficacy for 5mg, 10mg, and 15mg doses of tirzepatide compared to dulaglutide.[123] Patients in the trial had type 2 diabetes and had discontinued oral antihyperglycemic medication

---

[119] LLY-GLPMDL-07937963 and LLY-GLPMDL-08886464 at pg. 354
[120] LLY-GLPMDL-07937963 and LLY-GLPMDL-08886464 at pg. 355
[121] LLY-GLPMDL-07937963 and LLY-GLPMDL-08886464 at pg. 52-53
[122] Listed in the Mounjaro Clinical Review in Table 5 "Listing of Phase2/3 Clinical Trials Relevant to the Proposed Indication".
[123] LLY-GLPMDL-11093721

87

monotherapy, or were oral antihyperglycemic medication naïve. There were 636 patients that were randomized to treatment, and 560 that completed study drug.[124] There were 293 patients, amounting to 46.1% that experienced a GI-related treatment emergent adverse event.[125] **"The most common GI-related TEAEs were nausea, constipation, diarrhea, vomiting, abdominal discomfort, and dyspepsia, and the TEAEs were reported for more patients treated with tirzepatide than patients treated with dulaglutide 0.75 mg."[126]** Majority of the GI-related events are noted to be mild, but 6 were reported as serious adverse events.[127] Twenty-two patients randomized to tirzepatide and one patient randomized to dulaglutide permanently discontinued from the study due to gastrointestinal related adverse events.[128]

ï        GP*GP* (SURPASS J-combo)[129] was a long-term safety study of tirzepatide in combination with monotherapy of oral antihyperglycemic medications in type 2 diabetic patients.[130] This was a 52-week, add-on treatment study. The tirzepatide treatment arms were 5, 10, or 15mg. There were 484 patients screened and 443 patients that were randomly assigned to treatment, receiving at least one dose of the study drug.[131] The study provided that there were "dosing algorithms" that started at a low dose, 2.5 mg, and were "accompanied by **dose escalation of 2.5-mg increments every 4 weeks were designed to permit time for development of tolerance to GI events and were predicted to minimize GI tolerability**

---

[124] LLY-GLPMDL-11093721 at pg. 3-5
[125] LLY-GLPMDL-11093721 at pg. 13
[126] LLY-GLPMDL-11093721 at pg. 13
[127] LLY-GLPMDL-11093721 at pg. 13
[128] LLY-GLPMDL-11093721 at pg. 13
[129] Listed in the Mounjaro Clinical Review in Table 5 "Listing of Phase2/3 Clinical Trials Relevant to the Proposed Indication".
[130] LLY-GLPMDL-14925258 (CSR) and LLY-GLPMDL-13860249 (Amended CSR)
[131] LLY-GLPMDL-14925258 (CSR) at pg. 11 and LLY-GLPMDL-13860249 (Amended CSR) at pg. 12

concerns." [Emphasis supplied]. [132] Under Section 5.2.1.52, Dose Modifications, "[t]here were 34 patients (44 incidences) who had dose reductions due to AEs, mostly intolerable GI AEs. Half of these were in the tirzepatide 15-mg arm and half in the tirzepatide 10-mg arm. The majority of the AEs were of mild severity."[133] Various treatment medications for gastrointestinal symptoms were given to patients, such as: domperidone to patients suffering from nausea or abdominal distension or metoclopramide.

ï        GP*HK* (SURMOUNT-1)[134] was a multicenter, randomized, placebo-controlled, double blind study of safety and efficacy with tirzepatide 5, 10, and 15mg for weight management.[135] There was no exclusion criteria in this trial for pre-existing gastrointestinal impairment. As with other tirzepatide clinical trials, management protocols were in place for patients that experienced "intolerable" gastrointestinal symptoms.[136] This included advise to eat smaller meals, prescribing medications such as antiemetics and antidiarrheal medications, and temporary interruption of study drug (omitting 1 does if the participant had taken the last 3 weekly doses). **Patients were also able to de-escalate study drug if "intolerable" gastrointestinal symptoms persisted despite these measures, and, if symptoms further continued, patients could discontinue from study drug.[137]** The study report states that

---

[132] Contrast to Eli Lilly's Phase 2 Study titled GB*CZ*, where a statistically significant difference was seen in the incidence of nausea, and there was a statistically significant dose response for the incidence of nausea and constipation.

[133] LLY-GLPMDL-14925258 (CSR) at pg. 126 and LLY-GLPMDL-13860249 (Amended CSR) at pg. 127

[134] Listed in the Zepbound Clinical Review in Table 2 "Listing of Clinical Trials Relevant to the Proposed Indication (Chronic Weight Management)".

[135] LLY-GLPMDL-07745792

[136] LLY-GLPMDL-07745792 at pg. 36

[137] LLY-GLPMDL-07745792 at pg. 37

Docusign Envelope ID: A614A46E-2CD0-43CF-B046-49582D4A62FC

"[g]enerally, more participants treated with tirzepatide than with placebo took antidiarrheal or antiemetic medications during the postbaseline period." [138]

There was an imbalance of patients that discontinued from the clinical trial due to gastrointestinal disorders than in the placebo.

| Table GPHK.5.45. | Summary of GI TEAEs Leading to Permanent Discontinuation of the Study Drug mITT Population – Safety Analysis Set | | | |
|---|---|---|---|---|
| **Event Category or Term** | n (%) | | | |
| | **Placebo (N = 643)** | **TZP 5 mg (N = 630)** | **TZP 10 mg (N = 636)** | **TZP 15 mg (N = 630)** |
| GI disorders | 3 (0.5) | 12 (1.9) | 28 (4.4) | 26 (4.1) |
| Nausea | 2 (0.3) | 6 (1.0) | 7 (1.1) | 12 (1.9) |
| Diarrhoea | 0 | 2 (0.3) | 5 (0.8) | 3 (0.5) |
| Abdominal pain | 0 | 0 | 2 (0.3) | 3 (0.5) |
| Gastrooesophageal reflux disease | 0 | 1 (0.2) | 2 (0.3) | 2 (0.3) |
| Vomiting | 0 | 0 | 4 (0.6) | 0 |
| Constipation | 0 | 1 (0.2) | 2 (0.3) | 0 |
| Dyspepsia | 0 | 1 (0.2) | 1 (0.2) | 1 (0.2) |
| Gastrointestinal disorder | 0 | 0 | 2 (0.3) | 1 (0.2) |
| Abdominal distension | 0 | 0 | 2 (0.3) | 0 |
| Flatulence | 0 | 0 | 0 | 2 (0.3) |
| Abdominal pain upper | 0 | 0 | 1 (0.2) | 0 |
| Colitis | 0 | 0 | 0 | 1 (0.2) |
| Obstructive pancreatitis | 1 (0.2) | 0 | 0 | 0 |
| Oesophagitis ulcerative | 0 | 0 | 0 | 1 (0.2) |
| Pancreatitis acute | 0 | 1 (0.2) | 0 | 0 |

Abbreviations: GI = gastrointestinal; mITT = modified intent-to-treat; N = number of participants who were randomly assigned and received at least 1 dose of study drug; n = number of participants in the specified category; TEAE = treatment-emergent adverse event; TZP = tirzepatide.
Note: The pancreatitis acute case is a principal investigator-reported event. Section 5.2.1.5.3.1 contains further details on investigator-reported and CEC-adjudicated pancreatitis events.
Source: Table GPHK.5.41

[139]

Dose Response: "As GI AEs could occur during dose escalation, Table GPHK.5.46 provides details on the highest dose of tirzepatide prior to permanent discontinuation of study drug due to GI AEs. The majority of study drug discontinuations due to GI AEs occurred prior to achieving the maintenance dose."[140]

---

[138] LLY-GLPMDL-07745792 at pg. 73
[139] LLY-GLPMDL-07745792 at pg. 249
[140] LLY-GLPMDL-07745792 at pg. 249 and 250

Table GPHK.5.46.    Highest Dose of Tirzepatide prior to Permanent Discontinuation of the Study Drug due to GI Aes mITT Population

| Treatment Group | Highest TZP Dose prior to Discontinuation of Study Drug due to GI AE (mg) | | | | | | Participants Discontinued Study Drug due to GI AE | Participants Discontinued Study Drug due to GI AE prior to Receiving the Maintenance Dose |
|---|---|---|---|---|---|---|---|---|
| | 2.5 | 5.0 | 7.5 | 10.0 | 12.5 | 15.0 | | |
| TZP 5 mg (N = 630) | 7 (1.1) | 5 (0.8) | N/A | N/A | N/A | N/A | 12 (1.9) | 8ᵃ (1.3) |
| TZP 10 mg (N = 636) | 4 (0.6) | 11 (1.7) | 7 (1.1) | 6 (0.9) | N/A | N/A | 28 (4.4) | 22 (3.5) |
| TZP 15 mg (N = 630) | 7 (1.1) | 3 (0.5) | 6 (1.0) | 2 (0.3) | 1 (0.2) | 7 (1.1) | 26 (4.1) | 19 (3.0) |

Abbreviations: AE = adverse event; GI = gastrointestinal; mITT = modified intent-to-treat; N = number of participants who were randomly assigned and received at least 1 dose of study drug; n = number of participants in the specified category; N/A = not applicable; TZP = tirzepatide.

A One participant (112-1409, tirzepatide 5 mg) had a GI AE start date that was the same date as the first dose of tirzepatide 5 mg. Since the AE start time is unknown, this participant was considered as discontinued study treatment due to GI AE prior to receiving assigned dose but was also counted in the tirzepatide 5-mg category as the highest dose prior to study treatment discontinuation.

Source: Table GPHK.8.93

Examples of other events in the clinical trials include but are not limited to:

GPHL[141] **Patient GPHL-76175-20089[142]** was a 64-year-old Caucasian female who was randomized to the tirzepatide 15mg treatment arm. On Study Day, 2, the patient reported mild nausea. No action is noted to have been taken with the study drug. The patient did not recover until Study Day 67. This event was deemed related by the investigator's assessment. On Study Day 27 (while the patient still had mild nausea) the patient reported mild eructation, moderate abdominal distension, and moderate vomiting. No action is noted to have been taken with the study drug. The patient recovered on Study Day 28 for vomiting. The patient recovered for

---

[141] Listed in the Zepbound Clinical Review in Table 2 "Listing of Clinical Trials Relevant to the Proposed Indication (Chronic Weight Management)".

[142] LLY-GLPMDL-08194940 starting at pg. 319. This event was located in the Tirzepatide Regulatory Response an event of impaired gastric emptying, but was not located in the narrative appendices for this trial, likely due to the fact the events were not coded serious.

eructation on Study Day 67. The patient did not recover from abdominal distension until Study Day 169. The investigator related all of these events to study drug. On Study Day 53, vomiting was again reported – this time for moderate severity. The patient is noted to have recovered from this event on Study Day 52 and the investigator related this event to study drug. Additional reports that occurred were decreased appetite food cravings. On Study Day 211, mild eructation was reported again, recovered on Study Day 212. This was also deemed related by the Investigator. On Study Day 256, eructation, this time moderate, returns – along with moderate flatulence, moderate abdominal distension, and moderate decreased appetite. Study drug dosage decreased. On Study Day 282, the events are reported to have recovered. On Study Day 302, the patient received their most recent dose prior to an impaired gastric emptying event. The following day, Study Day 303, mild impaired gastric emptying was reported. The narrative notes the patient had not recovered from the event. This event was assessed as related to the study drug. While dates are not listed in the narrative portion of the report, it is stated that treatment started on May 5, 2021 so that 303 days from this date is March 4, 2023. The report states that the treatment stop date was September 8, 2022.

Events like this show the ebb and flow of these gastrointestinal events, where symptoms can "recover" for small periods of time while on treatment, but continuously reemerge. This patient did not permanently discontinue from the study based on the report, and still had impaired gastric emptying at the treatment stop date, so it is unknown based on this narrative whether symptoms resolved following discontinuation.

**I8F-MC-GPHN-83971-40511**[143] **– severe impaired GE report – "**The patient's relevant medical history included Barrett's esophagus since 1995, esophagogastric fundoplasty in 2001 and 2016, and gastroesophageal reflux disease since 2020. On Study Day 8, the patient experienced an adverse event (AE) of constipation (mild). On Study Day 100, the study participant recovered from the event. On Study Day 111, the study drug was permanently discontinued due to the event of constipation, and the last study drug (tirzepatide 10 mg) administration was on Study Day 90. The Investigator's assessment was as follows: not related to the study drug. On Study Day 72, the patient experienced AEs of diarrhoea (severe), impaired gastric emptying (severe), and nausea (severe). The patient received the most recent dose of study drug (tirzepatide: 7.5 mg) prior to the events on the Study Day 70. No action was taken with the study drug for all these events. On Study Day 76, the study participant recovered from the event of diarrhoea and impaired gastric emptying, and on Study Day 96, the study participant recovered from the event of nausea. The Investigator's assessment for all these events were as follows: related to the study drug."

**SK202104013213 / I8F-MCGPHD-454-02154 (GPHD) (unblinded)**[144]**:** This patient was reported in the Regulatory Response and Safety Topic Report as on drug dose tirzepatide 2.5mg and having experienced serious, severe, diabetic gastropathy (in addition to other events as described further). Medical history included a prior cholecystectomy in 1991 and concurrent conditions included hypertension, T2DM, hyperlipidemia, coronary artery disease, non-alcoholic fat liver disease, osteopenia, and diabetic neuropathy. It is stated that the "[p]atient did not have any prior history or risk factors for vomiting or dyspepsia." Concomitant medications included

---

[143] LLY-GLPMDL-08194940 starting at pg. 308
[144] LLY-GLPMDL-08194940 starting at pg. 21, 85, and 157

atorvastatin, omeprazole, ursodeoxycholic acid, betaxolol, ramipril, amlodipine, and indapamide. The patient received the "loading dose of tirzepatide, 2.5 mg weekly" on April 13, 2021. The patient received the last dose before the SAE on April 20, 2021. On April 24, 2021, "12 days after beginning tirzepatide and five days since the last dose, the patient was hospitalized due to dyspepsia." The presenting symptom is listed as vomiting. Endoscopy showed slowed gastric emptying. "The cause of dyspepsia was slowed gastric emptying due to diabetic gastropathy (SAE term)." Corrective treatment was given including itopridium chloride and infusion of saline with metoclopramide, famotidine, and butylscopolamine. While the patient recovered from the SAE and was discharged from the hospital on April 29, 2021 and the dose was not changed for tirzepatide, in the Narratives for this patient[145], it is stated that this was on Study Day 17, and by Study Day 57, the patient experience another SAE of severe acute kidney injury and was hospitalized again. "The cause of acute renal failure was dehydration." The patient was permanently discontinued from study drug, which was tirzepatide, on Study Day 57. The patient is stated to have recovered from the acute kidney injury on Study Day 60.

GP*GN* (SURPASS-CVOT) was a Phase 3 major adverse cardiovascular events trial that compared tirzepatide to dulaglutide. However, according to ClinicalTrials.gov[146], while this study has completed, results are not yet available. Based on ClinicalTrials.gov, the Study Start (Actual) date was May 29, 2020 and the Study Completion (Actual) date is June 12, 2025. Enrollment (Actual) is listed on ClinicalTrials.gov as 13,299. Exclusion criteria is listed on ClinicalTrials.gov to include: "Have a known clinically significant gastric emptying abnormality such as severe gastroparesis or gastric outlet obstruction or have undergone or currently planning

---

[145] LLY-GLPMDL-07948507 at pg. 539
[146] https://clinicaltrials.gov/study/NCT04255433?term=GPGN&rank=1

any gastric bypass (bariatric) surgery or restrictive bariatric surgery." Majority of the clinical trial events in the Tirzepatide Regulatory Response and Safety Topic Report came from this trial.

The Safety Topic Report provides a paragraph focusing on the eight serious cases that are referenced, seven of which come from GP*GN*. Lilly states that this study "enrolled a population with T2DM and high cardiovascular risk. As diabetes is a known etiology of gastroparesis, this reinforces the possibility that the development of gastroparesis is related to diabetes."[147] First, there is no need to reinforce a "possibility" that advanced T2DM can lead to gastroparesis; this is a known medical fact. The statement seems to be an attempt to deflect analysis of what was the information emerging from the study, and it seems that it fails to take into account that there were exclusions for gastroparesis risk prior to trial entry. Other exclusion criteria would suggest that the included T2DM patients did not have (other than CV sequalae possibly due to T2DM) other diabetes complications that would typically be seen in advanced diabetics who have developed gastroparesis (severe kidney disease, active retinopathy requiring treatment, severe liver disease).

Even though the final study report is not available and necessary information from the trial to know the actual treatment received for the following patients who were reported in the Regulatory Response and Safety Topic Report as "blinded", it is my opinion that because this clinical trial assessed either dulaglutide or tirzepatide as the study arms, these events are nonetheless relevant to my analysis and application of the evidence.

---

[147] LLY-GLPMDL-10117072 at pg. 24

**POSITIVE DECHALLENGE**

In reviewing the Regulatory Response prepared for Tirzepatide, there is a Table that contains events that met the Search Criteria. There are two Serious Adverse Events listed, the first is **DE202102011221** and the second is **DE202104009473**,[148] but they both occurred in the same patient – patient **I8F-MCGPGN-360-14320**. Medical history for this patient included "type 2 diabetes mellitus, back pain, intervertebral disc protrusion, gastroesophageal reflux disease, nerve compression, hypercholesterolemia, cholelithiasis, benign prostatic hyperplasia, pain, sleep disorder, hypertension, and coronary artery disease (with presence of a coronary vascular prosthesis). The patient did not have history of diabetic gastroparesis. Concomitant medications, clonidine hydrochloride, metoprolol, simvastatin, pantoprazole, amitriptyline hydrochloride, pregabalin, finasteride, hydromorphone hydrochloride, acetylsalicylic acid, prednicarbate, zolpidem, insulin glargine and methocarbamol." The first of two SAEs that this patient experienced is coded under the Adverse Event Report number **DE202102011221**. Study drug was started on November 30, 2020 (this event was reported as "blinded", based on ClinicalTrials.gov, we know that for this trial (GPGN) the active therapy was tirzepatide and the comparator was dulaglutide, so for purposes of this analysis, this event is still relevant). The narrative states that since August 2020, the patient noticed a loss of appetite and less exercise, but that the patient had never eaten much. It is noted that this "condition became progressively worse". In February 2021, the patient was hospitalized and diagnosed with diabetic gastroparesis. As the narrative states, there was no prior history of diabetic gastroparesis. Gastroscopy was performed, revealing a bezoar in the stomach. "Because there were signs of minor gastritis and conspicuously large corpus folds, bipsates (as reported) were taken. Histology results revealed

---

[148] LLY-GLPMDL-08194940 at pg. 21 and 20

gastritis without evidence of Helicobacter pylori, with no evidence of malignancy. It was reported as per the clinical report 'etiologically most likely with opiate consumption and diabetic gastroparesis'." There was no change with blinded study drug and the patient was discharged from the hospital on February 15, 2021 as recovered. However, the patient then experienced a second SAE, Adverse Event Report Number DE202104009473. The patient was hospitalized again two months later in April 2021. This was two days after receiving a dose of study drug, and the hospitalization was for severe diabetic gastroparesis. "[T]he patient self-presented to the emergency room after experiencing upper abdominal pain. The patient complained of weight loss, nausea and significantly decreased food consumption. Primary cause for the upper abdominal pain was reported to be diabetic gastroparesis." As a result, study drug was discontinued in April 2021. At this hospitalization, "gastroscopy revealed stomach filled with food particles." Within the Regulatory Response, Lilly deems this Adverse Event Report as a positive dechallenge because after the April 2021 discontinuation of study drug, the patient recovered from the diabetic gastroparesis and the diabetic gastroparesis did not recur. As noted above for the separate AER for this patient, **DE202102011221**, opiate consumption was listed as a cause of the patient's first hospitalization. However, here, two months later, the narrative states that the "concomitant opioid therapy with hydromorphone was ongoing". This can be interpreted to mean that the opioid therapy was not the cause of the patient's diabetic gastroparesis as previously concluded in February 2021. "In the opinion of the study investigator, the diabetic gastroparesis was related to blinded study drug but not related to study device or to protocol procedure. Explanation of relatedness assessment: related to GLP-1 agonist treatment combined with gastroparesis. The patient did not report any device problems. It was only related to study drug intake."

97

### Novo Clinical Trial Evidence

Likewise, Experimental evidence is apparent in the Novo clinical trial program, as well.

**Trial Selection Methodology**

Novo Nordisk's Regulatory Response, titled: "Assessment of adverse drug reactions due to delayed gastric emptying and of gastroparesis associated with Glucagon-like peptide-1 receptor agonists" for Victoza, Saxenda, Xultophy, Ozempic, Rybelsus, and Wegovy, list the clinical trials that were in scope (Appendix 1A) in reviewing gastroparesis. Like Lilly, these clinical trial study reports and the narratives, where available, had already been determined by Novo to be the trials that should be reviewed regarding gastroparesis. As Novo grouped all their products in one response, I similarly am describing examples of, though not limited to, the evidence that existed as it relates to drug-induced gastroparesis or clinically significant gastrointestinal symptoms related to Novo Nordisk's products in its Phase 2 and 3 clinical program.

Phase 2 and 3 Novo Clinical Studies:

### Examples of Phase 2 Evidence:

- **Ozempic NN9535-1821** evaluated gastric emptying, appetite, and nausea. Meal tests were performed at Visits 2 and 8 "in order to evaluate postprandial glucose excursions and insulin secretion"[149] and "the effect of semaglutide and liraglutide on gastric emptying was evaluated by assessment of paracetamol absorption and sensations of appetite, nausea, thirst and well-being assessed using a visual analogue scale (VAS)."[150] GI adverse events are characterized as predominantly mild to moderate but with a

---

[149] Novo_GLP_MDL_000047836 at 56 of 1152.
[150] Novo_GLP_MDL_000047836 at 57 of 1152.

significant subset being severe, especially at higher semaglutide doses. "The most commonly reported severe TEAEs were gastrointestinal disorders with up to 12.8% of subjects reporting TEAEs in the 1.6 mg semaglutide group . . . . The most frequent severe TEAEs . . . were nausea (8 events in total), vomiting (6 events in total) and diarrhoea (2 events in total) . . . . The most commonly reported moderate TEAEs were gastrointestinal disorders with a dose-dependent increase to 51.1% reported in the semaglutide treatment groups . . . . Nausea was the most common moderate TEAE with a dose-dependent increase to 31.9% . . . . Vomiting was a common moderate TEAE in the semaglutide 0.8 – 1.6 mg T treatment groups (14.9 – 23.8%)."[151]

- **Victoza NN2211-1571** was a Phase 2, double-blind, randomised, parallel-group, multicenter, international trial evaluating the effect on glycaemic control of three doses of liraglutide in monotherapy versus placebo in subjects with type 2 diabetes. The trial found that "[t]he most frequent adverse events were related to the gastrointestinal and the nervous system (headaches in particular), see EOT Table 7.1.2. A detailed tabulation of adverse events related to GI disorders is presented in Table 10-2. The most common events were diarrhoea, constipation and nausea. The frequency of all GI related events was highest in the initial part of the treatment, and the number of recorded events was the same in the 10-week maintenance period as it was in the 0-2 week period (titration phase)."[152] The trial opines that "[t]he relatively high number of GI related events might be related to the mode of action of liraglutide. GLP-1, the natural incretin, is known to reduce gastric emptying and reduces appetite and weight in normal subjects probably both due to direct

---

[151] Novo_GLP_MDL_000047836 at 206 of 1152.
[152] Novo_GLP_MDL_000856406 at 84-5 of 99.

Docusign Envelope ID: A614A46E-2CD0-436E-B046-49582D4A62FC

effects on the gastrointestinal tracts and the central nervous system, and the gastrointestinal effects of liraglutide may be caused by the same mechanisms."[153]

- **Rybelsus (NN9924-3790)** was a Phase 2, 26-week, randomised, partially blinded, dose-range, dose-escalation, multicenter trial. The trial states that "[t]he majority of severe AEs were reported within the SOCs 'gastrointestinal disorders' (31 events reported by 20 subjects)…" and further that "[w]ithin the SOC 'gastrointestinal disorders, severe AEs were only reported with semaglutide (oral and s.c.); nausea and vomiting being the most frequently reported preferred terms…"[154] Relative to dose escalation the trial states that "[t]he rate of occurrence of gastrointestinal events was greater during the dose escalation period in all treatment arms. Some decline in this rate was seen, indicating that subjects gradually developed a tolerance towards the product, but events continued to accumulate throughout the trial."[155]

- **Saxenda (NN8022-1807)** was a Phase 2, 20-week, randomized, double-blind, placebo-controlled, parallel-group, multicenter trial. The trial investigated liraglutide at four doses (1.2 mg, 1.8 mg, 2.4 mg, and 3.0 mg daily) versus placebo and open-label orlistat in obese subjects without type 2 diabetes. The study reported that "[n]ine moderate/severe events of nausea possibly/probably related to treatment led to temporary discontinuation of liraglutide."[156] Furthermore, "[a]ll except 1 of these events occurred within 1 week of dosing and (nausea) lasted between 1 and 48 days. The event of intermittent nausea lasted for 67 days. Outcome was recovered for all subjects."[157]

---

[153] Novo_GLP_MDL_000856406at 95 of 99.
[154] Novo_GLP_MDL_003874894 at 256 of 4060.
[155] Novo_GLP_MDL_003874894 at 356 of 4060.
[156] Novo_GLP_MDL_003748633 at 109 of 644.
[157] Novo_GLP_MDL_003748633 at 109 of 644.

- **Wegovy (NN9536-4153)** was a Phase 2, 52-week, randomised, double-blind, placebo-controlled, 16-arm, parallel-group, multicenter, multinational trial investigating the safety and efficacy of once-daily semaglutide in obese subjects without diabetes mellitus. The trial found that "[t]he proportion of subjects reporting AEs and the rate of AEs in the SOC 'GI disorders' (i.e. GI AEs) increased with increasing doses in the semaglutide arms (range: 62.1%–82.4%, 1526–3325 events per 1000 PYO) and was higher at all dose levels compared to pooled placebo (38.2%, 811.4 events per 1000 PYO)."[158] Relative to treatment discontinuations due to GI adverse events the trial states that "[t]he proportion of subjects discontinuing trial product prematurely due to AEs was generally low but appeared to increase with increasing doses of semaglutide (range 3.9–14.7%) and was higher compared with pooled placebo (2.9%)."[159]

**Examples of Phase 3 Events Reported in the Clinical Trials**

Summarized below are several, non-exhaustive examples of Phase 3 Novo Nordisk clinical trial reports that are further evidence of drug-induced gastroparesis or clinically significant gastrointestinal symptoms related to Novo Nordisk's drugs:

- **Ozempic NN9535-3744 (SUSTAIN 6) Patient Subject# 688007, Case Number 409076** [160] was a 52-year-old female that had a medical history of type 2 diabetes mellitus, gastroesophageal reflux disease, depression, low back pain, hypothyroidism, menopause, stroke, supraclinoid internal carotid artery aneurysm, bipolar disorder, ST-segment elevation myocardial infarction, hypertension,

---

[158] Novo_GLP_MDL_006057354 at 377 of 9324
[159] Novo_GLP_MDL_006057354 at 385 of 9324.
[160] Novo_GLP_MDL_OZM_NDA_003265606 at 2518 of 5979.

hyperlipidemia, coronary artery disease, percutaneous coronary intervention, hemorrhagic stroke, NYHA Class II heart failure, among others, and the patient was a former tobacco smoker. On August 29, 2013, the patient experienced intermittent nausea and intermittent vomiting. She presented to the emergency room on April 30, 2014 and complained of abdominal pain, nausea, vomiting, and diarrhea and was admitted to the hospital. The patient was treated with fluids, antiemetics, and analgesic medication. Semaglutide was temporarily discontinued. Stool test was negative for Clostridium difficile and Shiga, toxins, and salmonella, shigella and campylobacter culture. CT of the abdomen was unremarkable. An indeterminate subpleural right lower lobe pulmonary nodule and several tiny pleural based nodules in the right posterior lower chest were seen. Lipase and amylase were within normal limits and pancreatitis was not suspected. The patient was discharged from the hospital and scheduled to see a gastroenterologist. There was no medication received at discharge. On July 1, 2014, patient underwent an UGI endoscopy and colonoscopy, both negative. No alternative etiology was found after gastroenterology evaluation on July 21, 2014 for the nausea, vomiting, or abdominal pain and all subsequent testing was negative. The drug was temporarily discontinued on April 30, 2014 due to these events. She had recovered from the abdominal pain and diarrhea on May 2, 2014, and the vomiting and nausea on May 7, 2014. Semaglutide was restarted at a decreased dose on August 4, 2014, and the patient began experiencing nausea, vomiting, and abdominal pain. She then permanently discontinued on August 14, 2014. She was recovered by August 19, 2014. The investigator related drug causation as probable. The Company Comment was: "The sponsor assessed the causality between the suspected trial drug and the reported events of abdominal pain, nausea and vomiting as

Docusign Envelope ID: A614A46E-2CD0-436E-B046-49582D4A62EC

possible based on a close temporal relationship and the safety profile of the suspected trial drug. The patient started to experience nausea and vomiting one day after the first dose of Semaglutide and complained of abdominal pain and diarrhea after the second day. Medical history of gastroesophageal reflux disease may be considered a risk or contributory factor."

- **Ozempic NN9535-3744 (SUSTAIN 6) Patient Subject # 607004, Case Number 377924[161]** was a 65-year-old female with medical history of type 2 diabetes mellitus, hyperlipidemia, gastroesophageal reflux disease, heart failure NYHA class I, unstable angina, and peripheral vascular disease, treated with blinded semaglutide for type 2 diabetes mellitus. Beginning March 1, 2013, the patient received blinded semaglutide versus placebo through May 13, 2013, then restarted May 17, 2013. On April 29, 2013, 59 days after treatment initiation, the patient experienced abdominal pain. On May 10, 2013, a nuclear medicine gastric emptying study revealed severe delay of gastric emptying, confirming a diagnosis of gastroparesis. The patient temporarily discontinued the trial drug on May 13, 2013, and her symptoms abated. The patient restarted the trial drug at the same dose on May 17, 2013. The outcome of gastroparesis was reported as recovered on October 2, 2013. The investigator assessed causality as possible, while the sponsor assessed causality as unlikely, citing the patient's underlying diabetes mellitus and gastroesophageal reflux disease as alternative explanations. This case was classified as a serious adverse event (SAE).

[161]. Novo_GLP_MDL_OZM_NDA_003265606 at 5548-5549 of 5979

- **Victoza EX2211-3748 (LEADER) Patient Subject # 651035, Case Number 421795**[162] describes a 64-year-old male from Mexico treated with blinded liraglutide versus placebo who experienced an adverse event coded as impaired gastric emptying (gastroparesis). His medical history included type 2 diabetes mellitus since 1987, arterial hypertension, hypercholesterolemia, chronic ischemic heart disease, peptic acid disease, functional colon disorder, diabetic peripheral neuropathy, ST-segment elevation myocardial infarction, percutaneous coronary intervention, and coronary artery bypass graft with left ventricular systolic dysfunction, among others. He had a BMI of 28.1. The patient was treated with blinded liraglutide versus placebo from February 22, 2012 to March 27, 2014. On March 27, 2014, the patient experienced nausea, heartburn, and early satiety and was diagnosed with gastroparesis. This was a new condition with no prior history of this event. The patient did not receive any treatment for the event. The patient decided to stop trial drug on the same day, and despite the investigator's recommendation for a decreased dose and medical evaluation, the patient refused and did not attend the site. Therefore, the patient could not be returned to trial drug. On April 25, 2014, the outcome for gastroparesis was recorded as recovered. Trial drug was permanently discontinued. The investigator assessed causality as probable, while the sponsor assessed causality as possible. The sponsor noted that considering the positive dechallenge and event recovery without any treatment, the possible causal relationship between the event and trial drug cannot be ruled out.

---

[162] Novo_GLP_MDL_VIC_NDA_003562029 at 21303-4 of 27459.

104

- **Victoza EX2211-3748 (LEADER) <u>Patient Subject # 776005, Case Number 323631</u>[163]** was a 71-year-old male from Canada treated with blinded liraglutide versus placebo who experienced an adverse event coded as impaired gastric emptying (gastroparesis). His medical history included type 2 diabetes mellitus since 1997, arthritis, decreased vibration sensation to feet, recurring heartburn, chronic anemia, hyperlipidemia, hypertension, microalbuminuria, benign prostatic hypertrophy, renal calculi, depression, shortness of breath, peripheral neuropathy, chronic renal failure, primary hypoparathyroidism, right kidney cyst, and parathyroid adenoma, among others. He had mild nausea since a fall in 2010. The patient was treated with blinded liraglutide versus placebo from October 13, 2010 to February 13, 2011. On February 13, 2011, the patient began experiencing nausea and vomiting and was unable to tolerate oral intake except for a 7-Up drink, secondary to diabetic gastroparesis. The patient was hospitalized and improved on intravenous metoclopramide, then transitioned to oral metoclopramide. The patient had no hematemesis, abdominal discomfort, lower gastrointestinal symptoms, or diarrhea, but reported early satiety after eating with no changes in physical activity, diet, or unexpected diabetes control changes prior to hospitalization. On February 16, 2011, the patient recovered from gastroparesis and was discharged. Trial drug administration was discontinued due to the event. The investigator assessed causality as probable and the Sponsor causality was "unlikely". The Company Comment was: "This 71-year-old male patient experienced 'gastroparesis' while using the suspected drug. According to the CCDS, the mechanism of action involves minor delay in gastric emptying but it does not result in gastroparesis. Although there was a positive de-challenge, the patient has been using the

---

[163] Novo_GLP_MDL_VIC_NDA_003562029 at 10804-5 of 27459

product since Oct 2010 and developed this after 3 months of use. It was not reported if the mild nausea since autumn 2010 was considered related to the event. The patient's confounding medical history of type 2 diabetes (1) can provide a possible explanation as it is one of the most common cause. Based on this, the sponsor assesses the event as 'unlikely' related to the suspected drug."

- **Victoza EX2211-3748 (LEADER) Patient Subject # 913018, Case Number 399722[164]** was a 67-year-old male patient treated with blinded liraglutide versus placebo experienced an adverse event coded as impaired gastric emptying (severe gastroparesis). His medical history included type 2 diabetes mellitus, coronary artery disease, hypertension, dyslipidemia, obstructive sleep apnea, overweight, gastroesophageal reflux disease, hypothyroidism, male erectile disorder, dry eye syndromes, carotid artery stenosis, peripheral neuropathy, non-ST segment elevation myocardial infarction, with prior percutaneous coronary intervention and coronary artery bypass graft. Beginning January 24, 2012, the patient was treated with blinded liraglutide versus placebo for type 2 diabetes mellitus through January 15, 2014. On November 3, 2013, the patient experienced severe gastroparesis with increased bloating and occasional vomiting after eating, mostly in the evenings, consisting of undigested food. The event was new with no prior history of similar condition. The patient was trialed on a proton pump inhibitor which improved his symptoms. On December 30, 2013, the patient underwent a gastric emptying study using technetium-99m sulfur colloid-labeled scrambled eggs. Imaging revealed severely abnormal gastric emptying with a half-time for clearance from the stomach of 735 minutes (normal range: less than 60 to 90 minutes), demonstrating extremely delayed

---

[164] Novo_GLP_MDL_VIC_NDA_003562029 at 26245-6 of 27459.

transit from the fundus into the antrum, confirming severe gastroparesis. It was recommended that the patient stop the study drug. On March 3, 2014, the patient recovered. On April 16, 2014, the patient reported feeling 85% better off study drug, with complete resolution of nausea and improved gastrointestinal symptoms. The trial product was discontinued. The investigator assessed causality as possible, while the sponsor assessed causality as unlikely. De-/re-challenge were reported as negative. This case was not classified as serious.

- **Victoza EX2211-3748 (LEADER) Patient Subject # 851006, Case Number 355405**[165] was a 57-year-old female from the United States treated with blinded liraglutide versus placebo experienced an adverse event coded as impaired gastric emptying (delayed gastric emptying). Her medical history included type 2 diabetes mellitus since 1998, hypertension, coronary artery disease with coronary artery bypass x3 and coronary stent placements x2, gastroesophageal reflux disease, syncope (x3), degenerative disc disease, myocardial infarction, intermittent bronchitis, restless legs syndrome, embolism in legs, hypercholesterolemia, peripheral neuropathy, carotid artery stenosis, ischemic heart disease, and left ventricular systolic dysfunction , acute cholecystitis, cholecystectomy, among others. The patient was treated with blinded liraglutide versus placebo from April 13, 2011 to July 5, 2012. On June 1, 2012, the patient experienced delayed gastric emptying. The patient visited a gastroenterologist for GERD evaluation and testing revealed delayed gastric emptying. The patient was recommended to discontinue study drug due to side effects and current medical condition. The condition was not recorded at baseline. No treatment was received for the event. On August 1, 2012, the

---

[165] *Id* at 24319-20 of 27459.

patient recovered from delayed gastric emptying. The trial drug was discontinued on July 5, 2012 with a positive dechallenge. The investigator assessed causality as possible, while the sponsor assessed causality as unlikely.

- **Saxenda NN8022-1922 Patient Subject # 937008, Case Number 338881[166]** (Rechallenge Case) describes a 53-year-old female patient that was treated with trial drug Liraglutide experienced an adverse event coded as gastrointestinal pain. Her medical history included obesity since 1977, type 2 diabetes since 2006, situational depression, hypothyroidism, hysterectomy in 2000, anxiety, overactive bladder, hyperkalemia in 2011, skin abscess on her buttocks in 2011, heartburn, bilateral knee pain, and 2/6holosystolic ejection murmur. Beginning on August 5, 2011, the patient began to experience nausea. On October 15, 2011, she experienced abdominal pain listed as unspecified gastro intestinal pain, headache, diarrhea, and vomiting. The vomiting is reported to have resolved on October 17, 2011. However, on October 18, 2011, the patient presented to the emergency room due to concerns of pancreatitis – this however was ruled out at the ER. The patient was treated with Zofran and promethazine for the events. The patient temporarily stopped the trial drug (liraglutide) on October 21, 2011 due to these events. On October 31, 2011, the nausea and abdominal pain resolved and treatment with Zofran and promethazine was stopped. The investigator rechallenged the trial drug (liraglutide) on November 1, 2011. On November 2, 2011, one day after drug rechallenged, the patient experienced vomiting, nausea, and unspecified gastrointestinal pain. Resultingly, the patient permanently discontinued the trial drug. The Investigator deemed causality was probable and the Company assessed this as Possible.

---

[166] Novo_GLP_MDL_SAX_NDA_000263333 at 1964 of 11176.

- **Wegovy STEP 1 Patient Subject ID 250015, Case Number 622239[167]:** "52 years old female patient complained of gastrointestinal events (vomiting and diarrhea) within 2 weeks after the initiation of the trial products. The patient has a BMI of 35, history of gallstone and cholecystectomy." The patient was hospitalized and also dehydrated. The investigator assessed as probably related and the sponsor evaluated the events as possibly related to trial products.

- **Wegovy STEP 1 Patient Subject ID 454034, Case Number 661131[168]:** "Company comment: This case concerns a 24-year-old female patient with reported events of 'Lower Abdominal Pain' and 'Vomiting' approximately after 6 month of trial product treatment. No diet changes were reported prior to the onset of the events. The patient suffers from a medical history that includes polycystic ovary syndrome, dysmenorrhea and obesity. No final diagnosis was concluded during hospitalization. Gastrointestinal symptoms such as vomiting are well known side effects of treatment with semaglutide in early treatment or when up-escalating dose, however based on the information available sponsor cannot rule out a causal relationship between the events and trial product treatment."

- **Wegovy SELECT Subject ID 206907, Case Number 675319[169]** was an 80-year-old male treated with blinded semaglutide who experienced severe gastroparesis. His medical history included sleep apnea syndrome, coronary heart disease, hypertension, heart failure NYHA class I, and dyslipidemia, with prior myocardial infarction and percutaneous coronary intervention among others. BMI was 32.3. Beginning June 18,

---

[167] Novo_GLP_MDL_WEG_IND_000064559 at Pg. 853 of 6980
[168] Novo_GLP_MDL_WEG_IND_000064559 at Pg. 1068 of 6980
[169] Novo_GLP_MDL_000000001 at 6892-4 of 29600.

2019, the patient commenced blinded semaglutide for obesity. On July 16, 2019, the patient experienced abdominal pain and constipation. On July 19, 2019, he was hospitalized with upper abdominal and lower chest pain. Imaging revealed a distended stomach with abnormal thickening of the lower esophagus suggestive of gastric outlet obstruction and reflux esophagitis. Upper endoscopy revealed a large amount of material in the stomach despite fasting, with aspiration of gastric contents into the lungs. The patient was diagnosed with severe gastroparesis and aspiration pneumonia requiring intensive care unit ventilation. Treatment consisted of gastrointestinal rest and nasogastric feeds, progressing to a soft diet. The patient was discharged on August 5, 2019. On September 4, 2019, the outcome for severe gastroparesis was recorded as recovered with sequelae noted. A repeat endoscopy on September 16, 2019 revealed ulcerative esophagitis and gastritis with intestinal metaplasia, with no evidence of malignancy. The trial drug was permanently discontinued. The investigator deemed causality as probable, while the sponsor assessed causality as possible, given that semaglutide is known to cause gastrointestinal side effects due to the mode of action.

## Meta-Analyses

**Chiang, C., et al., "Glucagon-Like Peptide-1 Receptor Agonists and Gastrointestinal Adverse Events: A Systematic Review and Meta-Analysis,"*Gastroenterology*, Volume 169, Issue 6, 2025, Pages 1268-1281, https://doi.org/10.1053/j.gastro.2025.06.003**

Chiang, et al. sought "to evaluate the risk of gastrointestinal and biliary adverse events associated with GLP-1 RA use." The authors reportedly conducted a meta-analysis synthesizing "data from (placebo controlled) RCTs" in order to provide a "comprehensive assessment of the incidence and clinical significance of these adverse events." The stated methodology describes that three of the authors served as reviewers in extracting data independently from the National

110

Clinical Trials Network or the published articles and "[t]he outcomes included the following gastrointestinal or biliary conditions: cholecystitis, cholelithiasis, cholangitis, cholestasis, pancreatitis, gastroesophageal reflux disease, gastritis, esophagitis, gastrointestinal ischemia, gastrointestinal hemorrhage, intestinal obstruction, paralytic ileus, gastrointestinal ulceration, gastrointestinal perforation, **and gastroparesis**." (emphasis supplied)

Supplementary Table 3 describes the authors' search terms and related terms for these outcomes. For gastroparesis, the search terms were "gastroparesis, impaired gastric emptying, [and] diabetic gastroparesis". There is no other description in either the stated methodology or in the supplemental materials regarding or limiting "gastroparesis, impaired gastric emptying, [and] diabetic gastroparesis" that were assessed to only include CTCAE "serious" cases (i.e. SAEs). Therefore, per the methodology, all events that met these search terms would be and should have been included in the authors' analysis, irrespective of severity or seriousness (i.e. TEAEs). The stated methodology is restrictive because hospitalizations (let alone deaths) are unusual patient outcomes in clinical trials. The issue is that when one of the largest and most significant trials in the metanalysis is looked at, there were 17 impaired gastric emptying events that Chiang did not and could not count, because these 17 impaired gastric emptying events were not reported in the publication for REWIND that the Chiang authors relied upon and seemingly were not available from National Clinical Trials Network.

Ultimately, 55 trials were included in the analysis performed by Chiang, et al. Figure 2 describes that for gastroparesis, the authors identified ten studies that had events of gastroparesis, with 12 cases in the GLP-1 RA arm and 5 in the control arm. Based on the authors' weighted analysis, the authors reported there was a Risk Ratio of 1.52 with a confidence interval of 0.57 to 4.03.

111

Supplementary Figure 15 in the Chiang paper provides a Forest plot summarizing the association between GLP-1 RAs and gastroparesis. The names of the ten studies referred to in Figure 2 are listed in this figure, providing study-by-study "results" for events of gastroparesis. In Table 1 of Chaing, the REWIND trial is linked with the published Gerstein (2019) paper. The paper that is linked for REWIND in the Chiang study (Gerstein, 2019) only speaks to the much broader gastrointestinal disorders System Organ Class (SOC), *rather than the pre-specified events included in the Chiang methodology*.

A review of the full clinical study report (CSR) for the REWIND trial, as well as the narratives associated with this trial, the adverse event appendices from this trial and the publicly available Clinical Reviews from the FDA's website for dulaglutide[170] reveals the following:

There were far more reported events of *impaired gastric emptying* (which is the MedDRA preferred term for gastroparesis) than the number reported by Chiang.[171] In review of the CSR, while there was only one reported "serious adverse event" (SAE) for impaired gastric emptying[172], there were far more treatment-emergent adverse events by system organ class and preferred term than reported by Chiang. The results in the REWIND trial for impaired gastric emptying identified 17 events in the dulaglutide arm and 6 events in the placebo arm. An excerpt of the relevant table from REWIND is placed below:

---

[170] It is interesting that that none of the Lilly clinical trials that were deemed pivotal for approval for dulaglutide (or Tirzepatide) were included in Chiang's analysis for gastroparesis.

[171] Table GB*DJ*.14.58 Treatment-Emergent Adverse Events by System Organ Class and Preferred Term, ITT Population

[172] Table GB*DJ*.12.7. Adverse Events of Special Interest by Preferred Term: Serious Gastrointestinal Events ITT Population

```
Treatment-Emergent Adverse Events by System Organ Class and Preferred Term         Page 24 of 144
Intent-to-Treat Population                                                        02:37 12NOV2018
H9X-MC-GBDJ, REWIND                                                                          PDPM

-----------------------------------------------------------------------------------------------
                                              Placebo           Dulaglutide
                                              (N=4952)          (N=4949)
System Organ Class
 Preferred Term*a                             n   (%)           n   (%)          p-value*b
-----------------------------------------------------------------------------------------------
   Umbilical hernia                          25  (0.50)        23  (0.46)
   Abdominal hernia                          17  (0.34)        20  (0.40)
   Oesophagitis                              17  (0.34)        19  (0.38)
   Dysphagia                                 23  (0.46)        18  (0.36)
   Pancreatitis acute                        11  (0.22)        17  (0.34)
   Impaired gastric emptying                  6  (0.12)        17  (0.34)            0.022
```

In conclusion, on the basis of and for the reasons stated above, Chaing does not refute the associations found in other studies nor does it counter the many significant results in the clinical trials supporting causation. Chiang only stands for the proposition that in the clinical trials there although there was a risk ratio of 1.52 for risk of "serious" impairment of gastric emptying, it was not statistically significant. This metanalysis, therefore, does not indicate that there is no risk of gastroparesis/delayed gastric emptying Chiang does not even stand for the proposition that there is no risk of "serious" gastroparesis; it simply could not detect a risk to a statistically significant degree.

The meta-analysis by Wang (2022)[173] examined new hypoglycemic agents (GLP-1RAs, SGLT2is, and DPP4is) and 91 specific digestive diseases, using data from 21 randomized, placebo-controlled cardiorenal outcome trials. While GLP-1RAs showed significant associations with gastric ulcer hemorrhage, pancreatitis, acute cholangitis, and acute cholecystitis, the authors reported a non-significant finding for gastroparesis (RR 3.00, 95% CI 0.47–19.04) based on 3 events across approximately 12,690 patients. This is a very wide confidence interval that would suggest statistical underpowering. The point estimate of RR 3.00 would suggest a tripled risk, but the analysis lacked events to achieve significance.

---

[173] Wang Y, Lin J, Yang C. Meta-analysis of the association between new hypoglycemic agents and digestive diseases. 2022.

Docusign Envelope ID: A614A46E-2CD0-436E-B046-48582D4A62FC

The meta-analysis by Yin (2021)[174] examined 252 categories of serious adverse events in semaglutide users by pooling data from 21 PIONEER and SUSTAIN trials, but this study also cannot reliably exclude a gastroparesis association. The authors acknowledge that the underlying trials "are designed to assess efficacy endpoints" and "none of them has (the) sufficient statistical power to assess safety endpoints." The study's exclusive focus on serious adverse events would systematically exclude the many gastroparesis patients whose debilitating symptoms are managed on an outpatient basis without hospitalization. Furthermore, the short trial durations ("1 year or less" for most included studies) are insufficient to capture delayed-onset gastroparesis. The absence of a statistically significant gastroparesis finding in this underpowered, methodologically limited analysis cannot be interpreted as evidence of safety.

Two other meta-analyses are the Moiz (2025)[175] and Wen (2025)[176] papers. In Moiz, the authors sought to assess efficacy and safety of GLP-1 RAs and co-agonists for treatment of obesity in adults who were overweight and without diabetes. 26 RCTs met the authors search criteria. Of these 26 articles reviewed in this meta-analysis, a little less than half of the included publications (11) are for Beinaglutide, Efpeglenatide, Exenatide, Noiiglutide, Orforglipron, JNJ-64565111, Mazdutide, Survodutide, and Retatrutide. Apart from Exenatide, none of these are commercially available in the United States. Wen (2025) only looked at direct comparative studies between Semaglutide and tirzepatide and sought to analyze the differences between weight loss outcomes between study cohorts and respective safety profiles. Both papers only reviewed publications. Only four publications were reviewed in Wen. Various other restrictive

---

[174] Yin D, Ding L, et al. Comprehensive analysis of the safety of semaglutide in type 2 diabetes: a meta-analysis of the SUSTAIN and PIONEER trials. 2021.
[175] Moiz A, Filion K, et al. Efficacy and Safety of GLP-1 RA for weight loss among adults without Diabetes. 2025.
[176] Wen J, Syed B, et al. Tirzepatide versus Semaglutide on Weight Loss in Type 2 Diabetes Patients: A Systematic Review and Meta-Analysis of Direct Comparative Studies. 2025.

exclusion criteria are listed, limiting the available information reviewed. In Moiz, the authors state, "[a]cross all RCTs, the majority of GI disorders were transient, related to dose escalation, and mild to moderate in severity. No serious GI disorders, such as bowel obstruction or gastroparesis, were reported." Just because these events may not have been reported in the publications does not mean they did not occur in these trials or other trials completed by Novo and Lilly, and, importantly, gastroparesis was not a studied end-point in any of the trials reviewed that were included in this paper.[177]  In Wen (2025), of the 4 papers reviewed, gastroparesis was reported in one of the four studies – the study that compared hazards of gastrointestinal AEs as one of the main outcomes and measures (Rodriguez 2024). Gastroparesis was not reported in Frias (2021), Heise (2022), or Anson (2024). Frias (2021) and Heise (2022) are publications funded by Eli Lilly on SURPASS-2 and GPGT[178] trials, respectively. Anson (2024) was a retrospective cohort study – but the primary outcome was incidence of T2D and all-cause mortality, cerebral infarction, acute coronary syndrome, and heart failure. The secondary outcomes were change in HbA1c and body weight and incidence of micro- and macrovascular complications, suicidal ideation and/or attempt, and all-cause mortality. It would therefore be unexpected for Anson to report on gastroparesis occurring at all. In short, nothing to assess the occurrence of gastroparesis, and the one study that did assess gastroparesis (Rodriguez (2024) found comparable occurrences of gastroparesis between the two drugs (tirzepatide 3.61, compared to Semaglutide 4.81, HR 0.73 (0.38-1.42, rates per 1000 person-years).

---

[177] For example, one of the studies that Moiz reviewed was Wilding JPH, Batterham RL, Calanna S, et al; STEP 1 Study Group. Once-weekly semaglutide in adults with overweight or obesity. N Engl J Med. 2021;384:989-1002. [PMID: 33567185] doi:10.1056/NEJMoa2032183. In review of the STEP 1 clinical trial evidence that the Moiz authors seemingly did not have access to, there is a case of Impaired Gastric Emptying/Gastroparesis, Patient 917019, that led to permanent discontinuation of trial product on treatment listed in the Adverse events leading to permanent discontinuation of trial product - on-treatment - listing - safety analysis set. (Novo_GLP_MDL_WEG_IND_000064559 at Pg. 723 of 6980)

[178] Heise (2022) states that the Clinical trial reg. no. is NCT03951753 on clinicaltrials.gov. In review of this, the Clinical Trial ID listed is GPGT.

## EXPERIMENT CONCLUSION

In my opinion, there is ample evidence of an experimental nature that supports causation of drug-induced gastroparesis by GLP-1 medications and this Hill criterion is readily met.

### Biological gradient (Dose Response)

      i. **The Clinical Reviewers at the FDA have recognized that there is a dose response for gastrointestinal adverse events.**
      ii. **Eli Lilly has acknowledged there is a dose response.**
      iii. **The labels for Dulaglutide acknowledges dose response.**
      iv. **Dulaglutide**
      v. **Tirzepatide**
      vi. **Ozempic (semaglutide – injectable, diabetes)**
      vii. **Rybelsus (oral semaglutide, diabetes)**
      viii. **Wegovy (semaglutide injectable – weight management)**
      ix. **Saxenda (liraglutide – injectable, chronic weight management**
      x. **Opinion**

Biological gradient or dose-response is also a very important criterion under Bradford Hill and it has been met here.

      i.     **The Clinical Reviewers at the FDA have recognized that there is a dose response for gastrointestinal adverse events.**

In the FDA's Clinical Reviews for Dulaglutide, it was "recommend[ed] initiating therapy at the 0.75 mg dose and titrating based on tolerability and need for additional glycemic control based on… concerns around these dose dependent safety signals."[179] Furthermore, also in the Clinical Review for Dulaglutide, the FDA notes that "Dropouts and/or Discontinuations, discontinuations due to nausea and vomiting in dulaglutide treated patients were clearly dose dependent."[180] In the Reviewer's Assessment about discontinuations due to GI side effects, it is stated that:

---

[179] Dulaglutide Clinical Review, at pg. 239
[180] Dulaglutide Clinical Review, at pg. 224

"The major reason for dulaglutide discontinuation compared to placebo was gastrointestinal side effects. Discontinuations due to PTs in the GI disorders SOC were dose-dependent (placebo 1 [0.2%], dulaglutide 0.75 mg- 11 [1.3%], dulaglutide 1.5 mg- 29 [3.5%]). The majority of the events were due to nausea. This suggests that there is improved tolerability with the 0.75 mg dose and favors approval of the lower dose in addition to the 1.5 mg dose."[181]

The Reviewer's Overall Assessment of GI side effects was that, "Nausea and vomiting were clearly dose dependent: occurred about twice as frequently with dulaglutide 1.5 mg compared to dulaglutide 0.75 mg : 21.1% vs. 12.4%, 12.6% vs. 6% respectively."[182] Indeed, as the FDA Clinical Review acknowledges, "[a]dverse events secondary to delayed gastric emptying are the most commonly reported AEs in the GLP-1 class."'[183]

ii.     **Eli Lilly has acknowledged that there is a dose response.**

In the Lilly authored Safety Topic Reports on Gastroparesis for both dulaglutide and tirzepatide, it states, "[a]s would be predicted by the slowing of gastric emptying, exogenous GLP-1 relaxes the proximal stomach in a dose-dependent manner, reduces antral and duodenal motility, and increases pyloric tone in both the fasted and the fed states (Marathe et al. 2011)."[184]

In the Dulaglutide Summary of Clinical Safety, Lilly stated that "[a] dose relationship was observed, with a higher incidence of GI events and discontinuation due to GI events with dulaglutide 1.5 mg than 0.75 mg throughout the treatment period…".[185] Lilly also stated that

---

[181] Dulaglutide Clinical Review, at pg. 226
[182] Dulaglutide Clinical Review, at pg. 230
[183] Dulaglutide Clinical Review, at pg. 223
[184] LLY-GLPMDL-08258184 at pg. 7, and LLY-GLPMDL-10117072 at pg. 10.
[185] LLY-GLPMDL-09372966 at pg. 27

"Gastrointestinal (GI) disorders were the most frequently reported TEAEs. More dulaglutide-(36.3%) than placebo-treated (21.3%) patients reported GI events (up to 26 weeks exposure). GI disorders were dose dependent with more dulaglutide 1.5 mg- (43.9%) than dulaglutide 0.75 mg-treated (34.5%) patients reporting these events (up to 104 weeks exposure)."[186] In terms of discontinuation, "More patients who received dulaglutide 1.5 mg (10.4%) than 0.75 mg (7.7%) discontinued study drug or study due to an adverse event in studies with treatment duration 26 to 104 weeks. Gastrointestinal events were a significant reason for discontinuation more often with dulaglutide 1.5 mg (4.8%) than 0.75 mg (2.5%). Nausea was reported as a reason for discontinuation more frequently with dulaglutide 1.5 mg (1.9%) than 0.75 mg (1.0%)." [187]

### iii. Dulaglutide

A dose-response was observed repeatedly in the Eli Lilly clinical trials for dulaglutide as both the frequency and severity of gastrointestinal adverse events indicative of impaired gastric emptying increased with dose escalation.

In the dulaglutide pivotal clinical trials there were dose-dependent increases in the amount and severity of gastrointestinal adverse events that were observed.[188] GB*DJ*, which was a

---

[186] LLY-GLPMDL-09372966 at pg. 26
[187] LLY-GLPMDL-09372966 at pg. 27
[188] Study GB*DB* (AWARD-2): (LLY-GLPMDL-17151452 (CSR) and LLY-GLPMDL-00257278 (Amended CSR) Table.GBDB.12.7): imbalance with increasing number of patients with Moderate Vomiting in higher dose dulaglutide (6 – 1.5mg, 3 – 0.75mg, 0 – Insulin); imbalance with increasing number of patients with Moderate Nausea in higher dose dulaglutide (12 – 1.5mg, 6 – 0.75mg, 0 – Insulin); imbalance with number of patients with Moderate Abdominal Distension (Table GBDB.14.58) in dulaglutide (1 – 1.5mg, 1 – 0.75, 0 – Insulin); the only event of Severe Nausea occurred in the=' Dulaglutide 1.5 treatment arm, the only events of Moderate Abdominal Distension occurred in the Dulaglutide treated arms. Study GB*DD* (AWARD-4) ) (LLY-GLPMDL-20456433 and LLY-GLPMDL-09760428) (Table GBDD.12.4): imbalance with increasing number of patients with Severe Vomiting in higher dose dulaglutide (5 – 1.5mg, 3 – 0.75mg, 0 – Insulin); imbalance with increasing number of patients with Severe Nausea in higher dose dulaglutide (7 – 1.5mg, 4 – 0.75mg, 0 – Insulin). Study GB*CF* (AWARD-5) ) (LLY-GLPMDL-00451205 (CSR) and LLY-GLPMDL-00173320 (Amended CSR) (GBCF Table.12.7): imbalance with increasing number of patients with Severe Vomiting in higher dose dulaglutide (4 – 1.5mg, 3 – 0.75mg, comparator arms - 0); (Table GBCF.14.99) imbalance with increasing number of patients with Moderate Vomiting in higher dose dulaglutide (19 – 1.5mg, 7 – 0.75mg, comparator arms - 5); (Table GBCF.14.100) imbalance with increasing number of patients with Severe Nausea in higher dose dulaglutide (6 –

single-dosing study at 1.5mg, showed a statistically significant imbalance in events of Impaired gastric emptying compared to the placebo arm with 17 events occurring in Dulaglutide treated arm and 6 events occurring in placebo for a p-value of 0.022. Adverse events with moderate and severe gastroparesis symptoms were occurring in the dulaglutide clinical trial program and, while not diagnosed as gastroparesis during the trial, either were related to the safety profile of the drug or were diagnosed as gastroparesis later.[189]

In dulaglutide Phase 2 Study GB*CZ*, a statistically significant difference was seen in the incidence of nausea, and there was a statistically significant dose response for the incidence of nausea and constipation.[190]

---

1.5mg, 2 – 0.75mg, comparator arms - 0); (Table GBCF.14.99) imbalance with increasing number of patients with Moderate Abdominal Distension in higher dose dulaglutide (3 – 1.5mg, 2 – 0.75mg, comparator arms - 1)

[189] Patient GB*DA*-104-5241 (investigator believed symptoms of vomiting that led to hospitalization "were compatible with GLP 1 effect in the gastrointestinal system and that gastroparesis was even considered before knowledge of patient receiving study drug.") (LLY-GLPMDL-00059123 at pg. 3492);; Patient GB*DD*-100-3060 ("The sub-investigator stated the event was related to dulaglutide because the patient experienced epigastralgia, nausea, and vomiting after receiving the medication.") (LLY-GLPMDL-20456433 and LLY-GLPMDL-09760428 at pg. 2034); Patient GB*DD*-200-3654 ("[t]he investigator stated that the symptoms nausea, diarrhea and vomiting were well known side effects of incretin mimetics, and that gastroenteritis was a general term for these symptoms") (H9X-MC-GBDD Clinical Study Report at pg. 2182); Patient GB*DJ*-251-10124 (discontinued from dulaglutide due to abdominal pain and then went on to suffer for four years after dulaglutide discontinuation with recurrent visits to the hospital for abdominal pain and vomiting with no identified cause until four years later, where it is then stated that "He reported that he had been diagnosed with gastroparesis by gastroenterologists when he had had these recurrent symptoms in the recent past." Symptoms were thereafter related to gastroparesis. . (LLY-GLPMDL-00926355: Discontinuation of Study Drug due to Treatment Emergent Adverse Event at pg. 128);; Patient GB*CG*-39-3907 (hospitalized for gastrointestinal symptoms and gastroscopy revealed gastric retention. In relating the event to the blinded study therapy, the investigator provided-rationale was that GLP-1 "main side effect was stomach discomfort and oral therapy did not have this kind of effect." The investigator provided several rationales explaining relatedness including: "the patient experienced upper abdomen discomfort after taking the blinded study drug"; "the patient did not change the concomitant medications when taking the blinded study drug"; "the event did not become worse after the patient took 654-2"; "the patient experienced upper abdomen discomfort on 25Dec2012 (two days after the starting of the blinded study drug)"; and "the event was not recovering after the patient took 654-2".) (LLY-GLPMDL-09043932 at pg. 565));; Patient GB*GL*-949-03396 (moderate vomiting and nausea and other gastrointestinal symptoms that led to hospitalization "In the opinion of the investigator, the event acute gastroenteritis was related to open label dulaglutide and blinded study drug but not related to study device or protocol procedure." The "rationale for relatedness to open label dulaglutide and blinded study drug: possible known side effects." ." (LLY-GLPMDL-00936603 at pg. 1226

[190] LLY-GLPMDL-07993439 at 134.

In the dulaglutide clinical trials there were dose dependent increases in the proportion of patients who discontinued from the trials due to gastrointestinal adverse events.[191]

### iv. Tirzepatide

In the pivotal trials for tirzepatide, management protocols were in place to minimize the development of intolerable gastrointestinal symptoms, which included antiemetic and antidiarrheal medications, temporary study drug interruption, discontinuation, and, in some trials, de-escalation protocols.[192] In the tirzepatide pivotal clinical trial program for Mounjaro and Zepbound, antiemetics were allowed per study to limit "intolerable" gastrointestinal symptoms and there was a dose-dependent relationship between the need for antiemetics and the tirzepatide dose.[193]

---

[191] For example, in **GB*CF*** it is stated that "[a]s expected, treatment with dulaglutide was associated with higher incidence of TEAEs in the GI system organ class (SOC), namely nausea, vomiting, and diarrhea. The incidence of vomiting was higher with dulaglutide 1.5 mg dose as compared to dulaglutide 0.75 mg." "Nausea led to discontinuation in 3% of dulaglutide 1.5 mg- and 1% of dulaglutide 0.75 mg treated patients and diarrhea led to discontinuation in 1% of dulaglutide 1.5 mg-treated patients compared with no discontinuations due to nausea or diarrhea in the sitagliptin or placebo/sitagliptin treatment arms". LLY-GLPMDL-00451205 (CSR) at pg. 394 and LLY-GLPMDL-00173320 (Amended CSR) at pg. 395.

[192] I8F-MC-GPGK (SURPASS-1) (LLY-GLPMDL-10370963 at pg. 38) *see* 3.4.1.1.4. Management of Patients with GI Adverse Events (de-escalation not permitted in GPGK); I8F-MC-GPGL (SURPASS-2) (LLY-GLPMDL-00579453 at pg. 55): *see* 3.4.1.1.3. Management of Patients with GI Adverse Events (de-escalation not permitted in GPGL); I8F-MC-GPGH (SURPASS-3) (LLY-GLPMDL-00565123 at pg. 46):: *see* 3.4.1.1.4. Management of Patients with GI Adverse Events (de-escalation was permitted); I8F-MC-GPGM (SURPASS-4) (LLY-GLPMDL-07937963 and LLY-GLPMDL-08886464 at pg. 52) *see* 3.4.1.1.4. Management of Patients with GI Adverse Events (de-escalation was permitted); I8F-MC-GPGI (SURPASS-5) (LLY-GLPMDL-10368065 at pg. 42) *see* 3.4.1.1.4. Management of Patients with GI Adverse Events (de-escalation not permitted in GPGI); I8F-JE-GPGO (SURPASS J-mono) (LLY-GLPMDL-11093721 at pg. 66) *see* 4.5.2.4. Antiemetic, Antidiarrheal, and Laxative Medications; I8F-JE-GPGP (SURPASS J-combo) "Dose modifications Gastrointestinal symptoms"; I8F-MC-GPHK (SURMOUNT-1) (LLY-GLPMDL-07745792 at pg. 36):: *see* 3.4.1.2.3. Management of Participants with Gastrointestinal Symptoms (de-escalation was permitted); I8F-MC-GPHL (SURMOUNT-2) (LLY-GLPMDL-07833864 at pg. 31): *see* 3.4.1.2.3. Management of Participants with Gastrointestinal Symptoms (de-escalation was permitted).

[193] The largest number of patients on an antiemetic medication were in the highest dose TZP 15mg group: GP*GH* (52 (14.5%) in 15mg, 36 (10.0%) in 10mg, 22 (6.1%) in TZP 5mg, compared to 1.9% in Insulin Degludec group(Table GPGH.4.8.);; GP*GP* (25 (16.9%) in 15mg, 23 (15.6%) in 10mg, 12 (8.1%) in TZP 5mg(Table GPGP.8.17.);; GP*GL*: (101 (21.5%) in 15mg, 71 (15.1%) in 10mg, 67 (14.3%) in TZP 5mg, compared to 70 (14.9%) in Sema 1mg group(Table GPGL.4.9);; GP*GM*: (63 (18.6%) in 15mg, 47 (14.3%) in 10mg, 33 (10.0%) in TZP 5mg, compared to 3.4% in Insulin Glargine group(Table GPGM.4.13);; GP*HK*: (114 (18.1%) in 15mg, 102 (16.0%) in 10mg, 89 (14.1%) in TZP 5mg, compared to 6.4% in placebo group(Table GPHK.4.10).  .  Two other trials, GP*GI* and GP*HL*, also had larger amounts of tirzepatide patients receiving an antiemetic medication than the placebo (Table GPGI.4.10 and GPHL.8.13).

In the tirzepatide pivotal clinical trials there were dose-dependent increases in the amount and severity of gastrointestinal adverse events that were observed.[194] For example, in GP*GH*, more patients discontinued study drug due to nausea, vomiting, and diarrhea in the highest dose tirzepatide (15mg) compared to 10mg and 5mg[195]. In GP*GI*, "more patients in each of the tirzepatide groups permanently discontinued study drugs due to AEs, compared with placebo" and "[t]his difference between the tirzepatide groups and placebo group incidence of AEs leading to study drug discontinuation overall was primarily due to the SOC [system organ class] of GI disorders."[196] In GP*GO*, which compared tirzepatide 5, 10, and 15mg doses compared to dulaglutide 0.75mg, "[t]he incidence of GI-related AEs leading to study drug discontinuation was higher among patients randomized to tirzepatide 15 mg (6.9%) compared with patients randomized to tirzepatide 5 mg (4.4%) and tirzepatide 10 mg (2.5%), which were higher than the incidence in dulaglutide 0.75 mg (0.6%)", demonstrating that the highest group of patients that discontinued due to gastrointestinal related adverse events were in the highest dose of the

---

[194] GP*GH*: ((Table GPGH.5.22 (numeric imbalance/dose response seen for Moderate Vomiting and Severe Vomiting, numeric imbalance/dose response seen for Moderate Nausea and there was a dose dependent increase in events of Moderate Abdominal Distension(Table GPGH.8.106).. GP*HK*: for Treatment-Emergent Severe or Serious GI Events in the Safety Analysis Set(Table GPHK.5.44),, there was a dose response and numeric imbalance in patients with nausea and vomiting (nausea: 8 patients in 15mg, 4 patients in 10mg, 4 patients in 5mg, and 1 patient in placebo; vomiting: 8 patients in 15mg, 5 patients in 10mg, 3 patients in 5mg, and no patients in placebo. GP*GL*: numeric imbalance in patients with Moderate Vomiting (20 in 15mg, 17 in 10mg, 14 in 5mg, and 19 in Sema comparator(Table GPGL.5.25)).

GP*GB* (Phase 2 study comparing three doses of tirzepatide, dulaglutide and placebo) ("Consistent with the GLP-1 RA class, gastrointestinal (GI) adverse events (AEs; nausea, vomiting, diarrhea, decreased appetite, abdominal distension) were the most commonly reported AEs by healthy subjects and patients with T2DM in Study GPGA. The GI AEs were dose-related." (LLY-GLPMDL-14500051 at pg. 36) "There was a dose-related increase in TEAEs in the LY3298176 groups due to increasing incidence of GI AEs across the dose range studied…The incidence of TEAEs was higher in the LY3298176 5-mg, 10-mg, and 15-mg groups compared with placebo. Compared to dulaglutide 1.5 mg, the incidence of TEAEs was similar in the LY3298176 5-mg group and was higher in the LY3298176 10-mg and 15-mg groups. The profile of TEAEs with LY3298176 was consistent with the safety profile of the incretin class.) (LLY-GLPMDL-14500051 at pg. 173).

[195] LLY-GLPMDL-00565123 (Table GPGH.5.55) at pg. 317

[196] LLY-GLPMDL-10368065 at pg. 219 More specifically, there was a dose increase in patients discontinuing due to nausea and vomiting with more patients at higher dose tirzepatide.

study[197]. This was also seen in GP*GK*, where more Moderate gastrointestinal adverse events led to permanent discontinuation in the 15mg group[198].

In GP*HK*, "investigators were permitted to reduce the dose of tirzepatide to a lower maintenance dose, in a blinded fashion, in participants who had persistent, intolerable GI symptoms, despite mitigation strategies."[199] There was a dose-response seen with dose reduction in the highest dose.[200]

> Dose reduction occurred in a total of 96 (5.1%) participants randomly assigned to tirzepatide. By group, dose reduction occurred in (Table GPHK.8.16)
>
> - 1 (0.2%) participant in the placebo group
> - 14 (2.2%) participants in the tirzepatide 5-mg group
> - 33 (5.2%) participants in the tirzepatide 10-mg group, and
> - 49 (7.8%) participants in the tirzepatide 15-mg group.

In the Tirzepatide Summary of Clinical Safety for Zepbound, Lilly stated "The most frequently reported TEAEs ($\geq$5%) that showed an incremental increase with higher dose groups were nausea, diarrhea, decreased appetite, vomiting, and dyspepsia. These dose-related effects are generally consistent with the dose effect analysis set in the original T2DM application",[201] which was referring to Mounjaro.

The Clinical Review for Mounjaro notes that "[s]imilarly, a dose-response relationship was observed across the phase 3 trials (AS2) for discontinuations due to AEs in the 'Gastrointestinal disorders' SOC for tirzepatide-treated subjects, with the most common PTs coded as 'Nausea', 'Diarrhoea', and 'Vomiting'…". Dose response was further observed by the FDA as "AEs of Nausea, vomiting, and diarrhea, and temporary and permanent discontinuations

---

[197] LLY-GLPMDL-11093721 at pg. 119
[198] LLY-GLPMDL-10370963 at pg. 214
[199] LLY-GLPMDL-07745792 at pg. 231
[200] LLY-GLPMDL-07745792 at pg. 231
[201] LLY-GLPMDL-09793344 at pg. 57

of IP due to GI AEs, with approximately 2.1% (108/5119) of tirzepatide-treated subjects experiencing at least one serious or severe GI AE (Table 46)."[202]

| Table 46: Tirzepatide-Treated Subjects with Gastrointestinal Disorder-Related AEs (AS2) | | | | |
|---|---|---|---|---|
| | TZP 5 mg (N=1701) | TZP 10 mg (N=1702) | TZP 15 mg (N=1716) | All TZP (N=5119) |
| Subjects completing the trial — no. (%) | 1602 (94.2) | 1592 (93.5) | 1600 (93.2) | 4794 (93.7) |
| Subjects completing the trial and treatment — no. (%)[a] | 1514 (89.0) | 1466 (86.1) | 1437 (83.7) | 4417 (86.3) |
| Subjects completing the trial on the planned dose (including subjects who discontinued IP) — no. (%)[b] | 1591 (93.5) | 1418 (83.3) | 1337 (77.9) | 4346 (84.9) |
| Subjects completing the trial on the planned dose (excluding subjects who discontinued IP) — no. (%)[c] | 1513 (88.9) | 1361 (80.0) | 1293 (75.3) | 4167 (81.4) |
| Subjects experiencing GI disorder AEs — no. (%) | 647 (38.0) | 746 (43.8) | 837 (48.8) | 2230 (43.6) |
| Subjects experiencing severe/serious GI disorder AEs — no. (%) | 40 (2.4) | 39 (2.3) | 29(1.7) | 108 (2.1) |
| Subjects experiencing nausea, vomiting, or diarrhea — no. (%) | 377 (22.2) | 496 (29.1) | 571 (33.3) | 1444 (28.2) |
| Subjects not able to achieve the planned dose due to GI disorder AEs — no. (%)[d] | 7 (0.4) | 107 (6.3) | 181 (10.6) | 295 (5.8) |
| Subjects who permanently discontinue IP due to GI disorder AEs — no. (%) | 55 (3.2) | 74 (4.4) | 88 (5.1) | 217 (4.2) |
| Subjects who permanently discontinued IP due to GI disorder AEs prior to receiving planned dose — no. (%) | 6 (0.4) | 46 (2.7) | 59 (3.4) | 111 (2.2) |
| Subjects who permanently discontinued IP due to nausea, vomiting or diarrhea — no. (%) | 34 (2.0) | 50 (2.9) | 61 (3.6) | 145 (2.8) |
| Subjects who permanently discontinued IP due to nausea, vomiting or diarrhea prior to receiving planned dose — no. (%) | 2 (0.1) | 33 (1.9) | 42 (2.5) | 77 (1.5) |
| Subjects with dose interruptions due to GI disorder AEs — no. (%)[e] | 54 (3.2) | 77 (4.5) | 92 (5.4) | 223 (4.4) |
| Number of temporary dose interruptions due to GI disorder AEs — mean (SD)[f] | 1.4 (1.4) | 1.5 (1.9) | 1.2 (1.1) | 1.4 (1.5) |
| Number of temporary dose interruptions due to GI disorder AEs — median (IQR)[f] | 1.0 (1, 1) | 1.0 (1, 2) | 1.0 (1, 1) | 1.0 (1, 1) |
| Duration (weeks) of temporary dose interruptions for GI disorder AEs — mean (SD)[g] | 1.8 (1.4) | 2.3 (4.2) | 2.7 (6.2) | 2.3 (4.6) |
| Duration (weeks) of temporary dose interruptions for GI disorder AEs — median (IQR)[g] | 1.0 (1, 2) | 1.0 (1, 2) | 1.0 (1, 2) | 1.0 (1, 2) |
| Subjects unable to up-titrate IP as planned due to GI disorder AEs — no. (%)[h] | 11 (0.7) | 113 (6.6) | 190 (11.1) | 314 (6.1) |
| Subjects requiring dose de-escalations due to GI disorder AEs — no. (%) | 0 | 105 (12.6) | 131 (15.5) | 236 (9.4) |
| Subjects requiring concomitant medication for treatment-emergent nausea, vomiting or diarrhea | 146 (8.6) | 194 (11.4) | 249 (14.5) | 589 (11.5) |
| Subjects requiring concomitant medication(s) for treatment-emergent diarrhea — no. (%) | 79 (4.6) | 88 (5.2) | 92 (5.4) | 259 (5.1) |
| Subjects requiring concomitant medication(s) for treatment-emergent nausea/vomiting — no. (%) | 81 (4.8) | 117 (6.9) | 176 (10.3) | 374 (7.3) |

**v. Ozempic (semaglutide – injectable, diabetes)**

In Novo Nordisk Integrated Summary of Safety for Semaglutide (**Ozempic**), it states "[a] clear dose-response was evident within the following areas:

ï        AEs leading to premature treatment discontinuation, see Sections 2.2.2.5 (CVOT) and 2.2.3.5 (phase 3a trials excl. the CVOT)

---

[202] Tirzepatide (Mounjaro) Clinical Review at pg. 190

ï      GI AEs (primarily nausea and vomiting) including GI AEs leading to premature treatment discontinuation, see Section 2.4.6."[203]

Section 2.2.2.5 (CVOT): "The proportion of subjects who discontinued trial product prematurely due to AEs was higher with semaglutide 1.0 mg than with semaglutide 0.5 mg indicating a dose-response."[204]



On-treatment summary of adverse events. Sorted in descending order by preferred term based on the percentage of subjects in the sema 1.0 mg treatment arm experiencing at least one event. The 0.25% is calculated based on the total number of subjects in the safety analysis set

Cross reference: modified from Trial 3744 (M 5.3.5.1), EOT Figure 15.3.1.107.

**Figure 2–8     Most frequent (≥0.25% of subjects) adverse events leading to premature treatment discontinuation – SAS on-treatment – CVOT**

Section 2.2.3.5 (phase 3a trials excl. the CVOT): "The proportions of subjects who discontinued treatment prematurely due to gastrointestinal disorders were higher with semaglutide (0.5 mg: 3.9%; 1.0 mg: 5.9%) than with comparators (0.9%)"[205]

---

[203] Ozempic ISS – Novo_GLP_MDL_002279383, pg. 494
[204] Ozempic ISS – Novo_GLP_MDL_002279383at pg. 125
[205] Ozempic ISS – Novo_GLP_MDL_002279383at pg. 146

124

**7.3.97 Adverse events leading to premature discontinuation by system organ class and preferred term - summary - Ph 3a pool - on-treatment**

| System organ class Preferred term | Sema 0.5 mg N | (%) | E | R | Sema 1.0 mg N | (%) | E | R | All sema N | (%) | E | R | Comparator N | (%) | E | R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N and PYE (year) | 1373 | 1165 | | | 1777 | 1548 | | | 3150 | 2712 | | | 1657 | 1467 | | |
| All events | 84 ( | 6.1) | 131 | 11.6 | 156 ( | 8.7) | 241 | 15.6 | 240 ( | 7.8) | 372 | 13.6 | 51 ( | 3.0) | 83 | 5.5 |
| Gastrointestinal disorders | 53 ( | 3.9) | 76 | 6.8 | 105 ( | 5.9) | 156 | 10.2 | 158 ( | 5.1) | 232 | 8.6 | 15 ( | 0.9) | 26 | 1.7 |
| Nausea | 21 ( | 1.5) | 21 | 1.9 | 45 ( | 2.5) | 48 | 3.1 | 66 ( | 2.1) | 69 | 2.5 | 9 ( | 0.5) | 9 | 0.6 |
| Vomiting | 7 ( | 0.5) | 7 | 0.6 | 28 ( | 1.6) | 28 | 1.9 | 35 ( | 1.2) | 35 | 1.3 | 2 ( | 0.1) | 2 | 0.1 |
| Diarrhoea | 14 ( | 1.1) | 14 | 1.3 | 27 ( | 1.5) | 29 | 1.9 | 41 ( | 1.3) | 43 | 1.6 | 1 ( | <0.1) | 1 | <0.1 |
| Dyspepsia | 3 ( | 0.2) | 3 | 0.3 | 10 ( | 0.5) | 10 | 0.6 | 13 ( | 0.4) | 13 | 0.4 | 0 ( | 0.0) | | |
| Abdominal pain | 4 ( | 0.3) | 4 | 0.4 | 8 ( | 0.5) | 8 | 0.5 | 12 ( | 0.3) | 12 | 0.4 | 3 ( | 0.2) | 3 | 0.2 |
| Abdominal discomfort | 4 ( | 0.3) | 4 | 0.3 | 6 ( | 0.4) | 7 | 0.5 | 10 ( | 0.3) | 11 | 0.4 | 0 ( | 0.0) | | |
| Abdominal distension | 3 ( | 0.2) | 3 | 0.3 | 5 ( | 0.3) | 5 | 0.3 | 8 ( | 0.2) | 8 | 0.3 | 0 ( | 0.0) | | |
| Constipation | 4 ( | 0.3) | 4 | 0.3 | 4 ( | 0.2) | 4 | 0.3 | 8 ( | 0.2) | 8 | 0.3 | 3 ( | 0.2) | 3 | 0.2 |
| Abdominal pain upper | 2 ( | 0.2) | 2 | 0.2 | 4 ( | 0.2) | 4 | 0.3 | 6 ( | 0.3) | 6 | 0.3 | 2 ( | 0.1) | 2 | 0.1 |
| Pancreatitis | 1 ( | <0.1) | 1 | <0.1 | 3 ( | 0.2) | 3 | 0.2 | 4 ( | 0.2) | 4 | 0.2 | 1 ( | <0.1) | 1 | <0.1 |
| Gastrointestinal disorder | 4 ( | 0.3) | 4 | 0.4 | 2 ( | 0.1) | 3 | 0.2 | 6 ( | 0.2) | 7 | 0.2 | 1 ( | <0.1) | 1 | <0.1 |
| Eructation | 3 ( | 0.2) | 3 | 0.3 | 2 ( | 0.1) | 2 | 0.1 | 5 ( | 0.2) | 5 | 0.2 | 0 ( | 0.0) | | |
| Flatulence | 1 ( | <0.1) | 1 | <0.1 | 1 ( | <0.1) | 1 | <0.1 | 2 ( | <0.1) | 2 | <0.1 | 0 ( | 0.0) | | |
| Gastrooesophageal reflux disease | 1 ( | <0.1) | 1 | <0.1 | 1 ( | <0.1) | 1 | <0.1 | 2 ( | <0.1) | 2 | <0.1 | 1 ( | <0.1) | 1 | <0.1 |
| Epigastric discomfort | 0 ( | 0.0) | | | 1 ( | <0.1) | 1 | <0.1 | 1 ( | <0.1) | 1 | <0.1 | 0 ( | 0.0) | | |
| Pancreatitis chronic | 0 ( | 0.0) | | | 1 ( | <0.1) | 1 | <0.1 | 1 ( | <0.1) | 1 | <0.1 | 1 ( | <0.1) | 1 | <0.1 |
| Regurgitation | 0 ( | 0.0) | | | 1 ( | <0.1) | 1 | <0.1 | 1 ( | <0.1) | 1 | <0.1 | 0 ( | 0.0) | | |
| Pancreatitis acute | 3 ( | 0.2) | 3 | 0.3 | 0 ( | 0.0) | | | 3 ( | <0.1) | 3 | 0.1 | 1 ( | <0.1) | 1 | <0.1 |
| Gastric ulcer | 1 ( | <0.1) | 1 | <0.1 | 0 ( | 0.0) | | | 1 ( | <0.1) | 1 | <0.1 | 0 ( | 0.0) | | |
| Faeces discoloured | 0 ( | 0.0) | | | 0 ( | 0.0) | | | 0 ( | 0.0) | | | 1 ( | <0.1) | 1 | <0.1 |

Section 2.4.6. Semaglutide dose-response evaluation – CVOT and phase 3a, non-GLP-1 RA Subset: "The proportion of subjects with GI AEs (including nausea, diarrhoea, vomiting, and dyspepsia) and particularly the rate of GI AEs were lower with the low dose of semaglutide (0.5 mg) than the high dose (1.0 mg) throughout the clinical development programme, with the exception of trial 3623 (semaglutide monotherapy vs placebo)".[206]

"The proportion of subjects with GI AEs leading to premature treatment discontinuation of semaglutide also appeared to be dose-related, with less subjects prematurely discontinuing treatment on semaglutide 0.5 mg than with semaglutide 1.0 mg".[207]

While it is stated that a dose-relationship may not have been seen for gastrointestinal SAEs or severe GI AEs (and similar statements seen for other products below), one would not

---

[206] Ozempic ISS – Novo_GLP_MDL_002279383at pg. 188
[207] Ozempic ISS – Novo_GLP_MDL_002279383at pg. 188

125

necessarily expect this with such dose-response evidence of patients discontinuing from these trials due to the above mentioned gastrointestinal symptoms.

vi. **Rybelsus (oral semaglutide, diabetes)**

In Novo's Integrated Summary of Safety for Semaglutide (**Rybelsus**), it states that "[i]n the phase 3a trials, a dose response with oral semaglutide was observed on:

ï    GI AEs (e.g. nausea, diarrhoea and vomiting);

ï    Other AEs directly related to semaglutide's mode of action (decreased appetite and weight decreased)."[208]

The Integrated Summary of Safety for Semaglutide (Rybelsus) additionally acknowledges that "GLP-1 RAs are known to have a dose-dependent increase in some gastrointestinal AEs (e.g. nausea, vomiting and diarrhoea) and on other AE types directly or indirectly related to the mechanism of action of semaglutide (e.g. decreased appetite)."[209] This was supported, as noted by Novo, "by exposure- response analyses for liraglutide 3.0 mg for weight management (Saxenda®) and semaglutide s.c. for T2D where a clear exposure-response in reporting of AEs of gastrointestinal disorders was seen (i.e. increasing occurrence of Nausea and Vomiting with increasing exposure)."

Also, there was a dose increase relationship observed for patients on higher dose that led to premature product discontinuation "oral semaglutide 3 mg (5.6% and 4.7%) and 7 mg (5.8% and 6.5%) compared to the 14 mg dose (11.6% and 10.4%), in the PIONEER 3 trial and the placebo dose pool respectively." Novo further stated that "Gastrointestinal AEs accounted for the majority of AEs leading to premature trial product discontinuation, driven by nausea, diarrhoea,

---

[208] Rybelsus ISS – Novo_GLP_MDL_RYB_NDA_001006091, pg. 87
[209] Novo_GLP_MDL_RYB_NDA_001006091 at pg. 85

and vomiting... Most of the AEs leading to treatment discontinuation occurred during the initial 9–18 weeks after initiation of treatment. Hence most of the AEs leading to premature trial product discontinuation occurred while subjects were escalating their oral semaglutide doses or soon thereafter…"[210]

### vii. Wegovy (semaglutide injectable – weight management)

In Novo's Integrated Summary of Safety for Semaglutide (**Wegovy**), "[b]ased on the phase 3a trial with two semaglutide dose levels (1.0 mg and 2.4 mg) and the phase 2 dose-finding trial, a dose-response effect of semaglutide was seen for:

> ï AEs of gastrointestinal disorders (e.g. Nausea, Diarrhoea, Vomiting, Constipation and Eructation),

> ï AEs of Decreased appetite (related to semaglutide's mode of action) and Fatigue."[211]

The Integrated Summary of Safety for Semaglutide (Wegovy) additionally acknowledges that "GLP-1 RAs are known to have a dose-dependent increase in some gastrointestinal AEs (e.g. Nausea, Vomiting and Diarrhoea) and on other AE types directly or indirectly related to the mechanism of action of semaglutide (e.g. Decreased appetite)."[212] This was supported, as noted by Novo, "by exposure- response analyses for liraglutide 3.0 mg for weight management (Saxenda®) and semaglutide s.c. for T2D where a clear exposure-response in reporting of AEs of gastrointestinal disorders was seen (i.e. increasing occurrence of Nausea and Vomiting with increasing exposure)."

---

[210] Novo_GLP_MDL_RYB_NDA_001006091. at 85-86
[211] Wegovy ISS – Novo_GLP_MDL_016161577, pg. 3
[212] Novo_GLP_MDL_016161577, at 93-94

**Table 2-11  SOCs and PTs indicating dose-response – on-treatment – STEP 2**

|  | Sema 1.0 mg | | | | Sema 2.4 mg | | | | Placebo | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | N | (%) | E | R | N | (%) | E | R | N | (%) | E | R |
| Number of subjects | 402 | | | | 403 | | | | 402 | | | |
| Exposure time (years) | 529.8 | | | | 533.0 | | | | 528.3 | | | |
| Dose-dependent increase | | | | | | | | | | | | |
| Gastrointestinal disorders | 231 | (57.5) | 724 | 136.7 | 256 | (63.5) | 924 | 173.3 | 138 | (34.3) | 262 | 49.6 |
| Vomiting | 54 | (13.4) | 93 | 17.6 | 88 | (21.8) | 188 | 35.3 | 11 | ( 2.7) | 12 | 2.3 |
| Constipation | 51 | (12.7) | 70 | 13.2 | 70 | (17.4) | 82 | 15.4 | 22 | ( 5.5) | 26 | 4.9 |
| Eructation | 11 | (2.7) | 16 | 3.0 | 16 | (4.0) | 21 | 3.9 | 1 | (0.2) | 1 | 0.2 |
| General disorders and administration site conditions | 51 | (12.7) | 69 | 13.0 | 69 | (17.1) | 93 | 17.4 | 46 | (11.4) | 61 | 11.5 |
| Fatigue | 19 | ( 4.7) | 26 | 4.9 | 28 | ( 6.9) | 29 | 5.4 | 4 | ( 1.0) | 4 | 0.8 |
| Metabolism and nutrition disorders | 50 | (12.4) | 71 | 12.5 | 59 | (14.6) | 69 | 12.0 | 53 | (13.2) | 63 | 11.1 |
| Decreased appetite | 29 | ( 7.2) | 34 | 6.4 | 38 | ( 9.4) | 41 | 7.7 | 15 | ( 3.7) | 17 | 3.2 |

Number of events, R: Event rate per 100 years, PYE: The duration of the on-treatment period in years. Adverse events with onset date during on-treatment period. A time-point is considered as on-treatment if any dose of trial product has been administered within the prior 49 days. MedDRA version 22.1.

### viii.    Saxenda (liraglutide – injectable, chronic weight management)

In Novo's Integrated Summary of Safety for Liraglutide (**Saxenda**), "[a] dose-response relationship was only noticeable among the GI AEs", this is characterized by Novo that for the clinical development program for liraglutide 3.0mg (weight management), the only suggestion for "clear dose-response relationship" was for GI AEs.[213]

### 2.1.19.2    Gastrointestinal disorders by liraglutide dose

The proportion of subjects reporting 'gastrointestinal disorders' (including nausea, vomiting, constipation, dyspepsia, and diarrhoea) increased with increasing doses of liraglutide (1.2 to 3.0 mg) in trials 1807 and 1922 (Table 2–121 and Table 2–122). A dose-related increase in proportion of subjects reporting 'gastrointestinal disorders' and in the rate of these events has also been consistently seen in the clinical development programme for liraglutide in T2DM.

---

[213] Saxenda ISS – Novo_GLP_MDL_004799356, pg. 390

128

### ix. Opinion

A dose response relationship between increased dosing of these medications and gastrointestinal adverse events including, importantly, symptoms that are typical of gastroparesis, is essentially not disputed. The sponsors themselves acknowledge it and the evidence is clear. As to the relevance of the symptoms, Eli Lilly for example accurately characterized the meaningfulness of certain symptoms in its Safety Topic Report.[214]

**Topic of Interest: Gastroparesis**

Gastroparesis refers to a collection of disorders of varied etiologies in which gastric emptying is impaired or delayed, without evidence of obstruction. Symptoms include early satiety, nausea, vomiting, bloating, upper abdominal discomfort, postprandial fullness, and weight loss. A typical pattern is for patients to exhibit late postprandial vomiting of undigested or only partially digested food.

Usually, there is a more profound effect on the emptying of solid meals and patients can tolerate liquid feeding quite well (Barrett 2014; Huppert and Dyster 2021).

These symptoms, of course, are seen throughout the clinical trials as pointed out in this section and above. Moreover, the increased instance of clinical trial discontinuances for gastrointestinal adverse events and the increased need for antiemetic therapy to permit patients to tolerate therapy suggests that the higher the dose the more severe the event.

Dose response is one of the criteria of a Bradford Hill analysis that, when present, strongly points to a causation conclusion and it is met here.

## Biologic Plausibility

Ascertaining the exact biologic causal mechanism by which the potential effect under evaluation is a Bradford Hill consideration that is explicitly *not* required. This is because the state of medical and scientific knowledge might not have sufficiently advanced to determine this

---

[214] Tirzepatide (LY3298176) Abbreviated Safety Topic Report: Gastroparesis, Reporting Period: Cumulative through 24 July 2023, Eli Lilly & Company (LLY-GLPMDL-10117072))

at the time causality is determined. With GLP-1 agonists, however, the biologic mechanism is in fact known because the effects of native GLP-1 are well known. It is not a supposition as to whether GLP-1 drugs can cause delay in gastric emptying. It is in fact a mechanism of the drugs' action. The precise mechanism underlying impairment of gastric emptying (i.e., gastroparesis) with native GLP-1 or pharmacologic GLP-1 agonists is due to the binding of the drugs (or native GLP) to GLP-1 receptors. As was mentioned previously, although gastric mucosal cells express GLP-1 receptors (that primarily mediate secretory effects) the predominant pathway by which GLP-1 agonists (or native GLP) impact gastric motility is neurally mediated. Gastric vagal nerve or intrinsic neural plexus dysfunction leads to disordered proximal stomach motility failure of antral grinding, and elevated pyloric tone leading to early satiety and delayed emptying of gastric contents and frank gastroparesis in some patients. As Eli Lilly concluded in a regulatory filing regarding dulaglutide: "Delayed GE is a known effect of GLP-1 RAs including dulaglutide. Consistent with the mechanism of action of dulaglutide, the CT data showed that events of potential gastroparesis were higher in the dulaglutide arm versus comparators, including placebo."[215] In my opinion, there is no doubt that there is not just a biologically *plausible* mechanism for a severe impairment of gastric emptying resulting in gastroparesis, but a *known* mechanism. Together with the evidence already discussed, the mechanistic knowledge carries the causal analysis forward toward a final causal conclusion.

## **Consistency**

In evaluating a causation question, it is important that there be more than one line of evidence available. In this matter, there are different lines of evidence that support causation and

---

[215] "Regulatory Response: Information Request: Aspiration during General Anesthesia and Deep Sedation LY2189265 (dulaglutide)" LLY-GLPMDL-08233965, at pg. 53

there is no line of evidence that refutes it or even calls it seriously into question. There is a large volume of evidence from clinical trials as discussed extensively above. These trials were quite heterogenous. They were in similar but of course different populations and in many different locations and countries, and conducted not only by different investigators but by two different pharmaceutical companies. The observational study findings and associations were, as noted, conducted by many different scientists at different centers, looking at different data sources and populations, with different methods and controls. It should be noted that GLP-1 agonists in these studies showed a consistent effect which differed from other drug classes also used for weight loss and/or diabetic control (i.e., bupropion naltrexone or SGLT-2 inhibitors). Though they provide lower level evidence *standing alone*, the peer reviewed case reports provide an additional line of evidence. And then, there were the dechallenge reports as well, which although also only described in case reports, also effectively provide another line of evidence. I know of no published animal evidence that supports or contradicts the gastroparesis effect of GLP-1 agonists, Finally, as discussed above, the metanalyses of clinical trials all had important limitations because of the manner in which they selected the trials under consideration. Most notable is the restricted analysis of only "serous" cases (mainly those causing hospitalization or death), underpowering for the specific study endpoints and restrictive enrollment. In any event, these metanalyses do not counter the body of other consistent evidence.

## Coherence

Consideration 7 states that the cause-and-effect interpretation of the data should not seriously conflict with the generally known facts of the natural history and biology of the disease under consideration. Coherence between epidemiological and other findings increases the likelihood of an effect. Here, the epidemiological evidence supporting the association between

131

GLP-1 agonist therapy and gastroparesis or gastroparesis-like symptoms is consistent with the biologic plausibility of the putative mechanism of action of the drugs as well as with direct experimentation utilizing validated testing of gastric emptying and differences between symptoms of gastroparesis in patients on drug versus placebo in pivotal trials. In other words the assertion that GLP-1 agonists have these effects is consistent and logical.

## Specificity

There is no clear specificity with GLP-1 agonist exposure and drug-induced gastroparesis, since other drugs and various disease states can also cause gastroparesis. In other words, we do not only see gastroparesis with the use of these medications. However, there is a specific association between GLP-1 agonism and gastroparesis in comparison with other weight loss or diabetic therapies that do not appear to cause the condition and if they do, it is clearly less common. That said, gastroparesis defined as a severe impairment of gastric emptying with clinical consequences occurring in some patients that resolves upon removal of the causative agent, GLP-1, is nearly unique from my review and in my experience. Opioid use can also cause this serious albeit relatively transient adverse event, but it is not an adverse event that is seen across a multitude of medications. Other established causes of gastroparesis such as connective tissue disorders, diabetes mellitus or post-surgical GP are generally not reversable conditions. Still, it cannot be said that GLP-1 agonists completely fulfill the specificity consideration. Yet, as is clear in this methodology, specificity is not only not required, it is to be rarely expected and if it truly does exist, it can potentially stand alone in proving causation.

## Analogy

Analogy is a somewhat confirmatory consideration in the analysis. In other words, do we see the same event or similar events with other exposures, thus informing us that the event being

132

caused by an exposure is not entirely novel. Gastroparesis with opioid use is certainly analogous. Although the biologic mechanism is different, opiates do bring about a drug induced gastroparesis that can be clinically relevant and cause symptoms such as vomiting that resolve over time following drug cessation. There are many other medications too that are also implicated in causing gastroparesis, such as certain anti-depressants, calcium channel blockers, anti-histamines and others. Therefore, it is not extraordinary that a medication can cause a gastroparesis while exposed, and this consideration is thus met.

**QUESTION 2: Do GLP-1 inhibitors cause prolonged symptoms of gastroparesis in some patients after the drug has been withdrawn and if so, what is the mechanism for that effect?**

As indicated above, I utilized the Bradford Hill criteria to assess the evidence and answer this question.

## Methodology

The application of the Bradford Hill Methodology is the same as discussed above for question one

## Evaluation of Study Applicability

The evaluation of study applicability stated above applies to a review of this question as well.

## Definition of Prolonged

In addressing this question, the term prolonged is defined as being continued Gastroparesis diagnosis or report of symptoms listed in the Gastroparesis Cardinal Symptoms

Index[216] for more than 6 months following cessation of GLP-1 treatment where an episode of acute and medically treated gastroparesis (Index Event) occurred post commencement of GLP-1 use. I chose six months on the basis that if the acute onset of gastroparesis is severe, then some continuing symptoms might be sensed or perceived by patients for some time after cessation but complete resolution of even perceived continued symptoms should, in my opinion, occur within 6 months at the outside. There is of course great patient variability but even those agents with the longest half lives should clear almost all drug within 6 weeks. Therefore, 6 months from cessation is somewhat longer than what would be expected for continued symptoms in most patients, but individual patient variability, sensitivity, symptom awareness and tolerance, and perhaps other facts not fully evaluated, must be considered and could, in my opinion, cause a patient to still have some symptoms months after cessation. Beyond 6 months, however, would be highly unlikely and certainly need complete review.

**Temporality**

There are no cases reported in the literature and therefore an analysis of temporality cannot proceed at this time. No records for patients who may claim symptoms beyond 6 months have been made available to me, and I have been advised that such an evaluation is not permitted at this time for the purposes of including it in this report.

---

[216] Revicki, D. A., Rentz, A. M., Dubois, D., Kahrilas, P., Stanghellini, V., Talley, N. J., & Tack, J. (2003). Development and validation of a patient-assessed gastroparesis symptom severity measure: the Gastroparesis Cardinal Symptom Index. *Alimentary pharmacology & therapeutics*, *18*(1), 141–150. https://doi.org/10.1046/j.1365-2036.2003.01612.x

There simply is no reported literature of any kind that has investigated the question of prolonged or permanent gastroparesis injury with these medications. Therefore, a starting point would be to evaluate the patients whose records report that this is happening, conduct an examination and testing to create a differential diagnosis on the presentation to determine if: (a) the Index Event was caused by the GLP-1 use; (b) there was no evidence of preexisting gastroparesis (or risk factor for it) to confound the determination; (c) whether there is any other potential cause for the prolonged injury through a full work up. Because, in my opinion, GLP-1 medications can cause gastroparesis, and I think this is generally accepted, a complete work up of a patient in this manner could potentially yield a conclusion, to a reasonable degree of medical certainty, that the prolonged injury was caused by a GLP-1 caused Index Event or not. For example, an isolated GES result cannot be construed as a positive or negative analysis. However, if there were another GES at say, 8 weeks, showing a continuing delay in emptying and then another at say, 6 months still showing a delay albeit less so, then, *in conjunction with a complete additional evaluation of the history and test results,* theoretically a conclusion could be drawn that the Index Event was still having an effect. To emphasize, however, this type of analysis must be done on an individual patient by patient basis.

## Strength of association

There are no observational or other studies that have directly examined the issue of prolonged gastroparesis following cessation of GLP-1 use and therefore there are no reported statistically significant associations.

## Experiment

135

Docusign Envelope ID: A614A46E-2CD0-436E-B046-49582D4A62FC

There is no evidence in the clinical trials reviewed nor in the published literature directly reporting and addressing prolonged cases.

## Biological gradient

The dose response relationship evidence discussed above would apply to the onset of an Index Event but there has been no evaluation in the literature of whether or not higher doses are implicated in patients with prolonged injury.

## Biologic Plausibility

There is no literature that reports on a potential mechanism for prolonged injury. However, for example, in my opinion, research into whether the patients who seem to be suffering from prolonged injury are experiencing a continued disruption of their intestinal microbiome that is in turn signaling symptoms and/or gastric emptying to persist would be appropriate. I say this because native GLP is known to inhibit gastric acid production in the stomach which in turn leads to disruption of the normal gastric barrier to ingested microbes promoting bacterial overgrowth and dyspepsia as occurs naturally in patients with pernicious anemia, a condition associated with achlorhydria. One approach to researching this would be to treat one set of patients with antibiotics and compare them to another set of untreated patients with or without breath testing or even duodenal microbial aspirate testing before and after therapy. Beyond that, however, delayed gastric emptying through a mechanism of microbiome disruption itself remains theoretical.

## Consistency

There is no evidence to utilize this consideration.

## Coherence

Based upon the current state of the published literature, and absent an extensive evaluation of patients who are presenting with prolonged injury beyond the Index Event, coherence with existing medical knowledge cannot be evaluated.

## Specificity

There is no evidence that a prolonged effect would be specific to GLP-1 agents.

## Analogy

There are no medications that are reported to cause or potentially cause a prolonged gastroparesis injury after drug cessation.

## Conclusion

An application of the Bradford Hill methodology to this question compels the conclusion that, at this time, causality of prolonged symptoms of gastroparesis after cessation of a GLP-1 drug cannot be supported. In my opinion, however, a careful and detailed evaluation of individual patients might lead to a conclusion of causality of the prolonged symptoms based upon general medical and gastroenterological evaluation and a careful development of a differential diagnosis.

*David Metz, M.D.*

David C. Metz, M.D.

January 2, 2026

# EXHIBIT A

UNIVERSITY OF PENNSYLVANIA - SCHOOL OF MEDICINE

CURRICULUM VITAE (HUP Format)

Date: October 25, 2025

**NAME**:                                **David Colin Metz, M.D.**

████████ █████              ███████████
                                            ████████████████
                                            ████████████
                                            ███████████████

██████████ ██████          ████████████████████████████
███████████              █████████████████████
                                            █████████
                                            ████████████
                                            ████████████
                                            ████████████
                                            ████████████████████

██████████████ █          ████████████

████████████              █████████████
                                            ███████████████

**EDUCATION**:

| | |
|---|---|
| 1970-1975 | King David High School, Johannesburg, South Africa. |
| 1976 | University of South Africa (UNISA), Pretoria, South Africa. (2 non-degree correspondence courses, mathematics and statistics) |
| 1977-1982 | University of the Witwatersrand Medical School, Johannesburg, South Africa.  Bachelor of Medicine and Bachelor of Surgery (MD equivalent) |

**POST-GRADUATE TRAINING AND FELLOWSHIP APPOINTMENTS**:

| | |
|---|---|
| 1983 | Johannesburg General Hospital, Witwatersrand University, Parktown, Johannesburg, South Africa – rotating internship in General Medicine and General Surgery |
| 1984 | General Practice - Locum Tenens: State Alluvial Diamond Mine Hospital, Alexander Bay, South Africa. Private practice in Athlone and Hannover Park, Cape Town, South Africa |
| 1985 | Internal Medicine - Locum Tenens: University College Hospital, London, England, general medicine and pulmonology. Private Practice, Harley Street, London, England; cardiac stress testing, radiology. Casualty Officer- Emergency Room, Johannesburg Hospital, Johannesburg, South Africa. Assistantship in General Practice, Johannesburg, South Africa. |
| 1986-1988 | Internship and residency in internal medicine: Albert Einstein Medical Center, Philadelphia, PA |
| Jun. 1989-Jun. 1991 | Fellowship in Gastroenterology: Georgetown-VAMC-NIH combined program, Washington, DC |

| | |
|---|---|
| Jun. 1991-Jun. 1993 | Senior Staff Fellow, Digestive Diseases Branch, NIDDK, National Institutes of Health, Bethesda, MD |

**MILITARY SERVICE**:

| | |
|---|---|
| 1976-1977 | South African Infantry Corps: Three months of basic training; Nine months as assistant to the adjutant, Witwatersrand Command Headquarters, Johannesburg, South Africa. Rank of Corporal |

**FACULTY APPOINTMENTS:**

| | |
|---|---|
| 1992-1993 | Senior Staff Fellow, Digestive Diseases Branch, NIDDK, NIH, Bethesda, MD, 20892. |
| 1993-1998 | Assistant Professor of Medicine, Department of Medicine, University of Pennsylvania, Philadelphia, PA, 19104 |
| 1998-2003 | Associate Professor of Medicine, Department of Medicine, University of Pennsylvania, Philadelphia, PA, 19104 |
| 2003-present | Professor of Medicine, Department of Medicine, University of Pennsylvania, Philadelphia, PA, 19104 |
| 2005 | Visiting Professor (four-month mini-sabbatical), Department of Medicine University of Cape Town, Cape Town, South Africa |
| 2006-2021 | Professor of Medicine, Department of Otorhinolaryngology: Head and Neck Surgery University of Pennsylvania, Philadelphia, PA, 19104 (Secondary appointment) |
| 2011-2012 | Associate Member, Abramson Cancer Center of the University of Pennsylvania |
| 2012-2021 | Full Clinical Member in the Cancer Therapeutics Program, Abramson Cancer Center |
| 2016-2019 | Member, Doctoral committee for Homfridur Halgadottir at University of Iceland School for Health Sciences.  Thesis entitled " Proton Pump Inhibitors: Acid rebound, development and predictors of gastrin elevation and dosage based in gender". |

**HOSPITAL AND ADMINISTRATIVE APPOINTMENTS;**

| | |
|---|---|
| 1992-1993 | Member, Institutional Review Board, NIDDK, NIH, Bethesda, MD, 20892. |
| 1993-2021 | Division of Gastroenterology, HUP, Philadelphia, PA, 19104. |
| 1993-2000 | Division of Gastroenterology, VAMC, Philadelphia, PA, 19104. |
| 1993-2018 | Co-director, GI Physiology laboratory, HUP, Philadelphia, PA, 19104. |
| 1996-2019 | Director, Acid Peptic Disorders Specialty Program, Digestive and Liver Center, HUP, Philadelphia, PA, 19104 |
| 1996-2000 | Division of Gastroenterology, Presbyterian Medical Center, Philadelphia, PA, 19104. |
| 2003-2020 | Division of Gastroenterology, Penn Medicine at Radnor, Radnor, PA, 19087. |
| 2000-2018 | Co-director, Penn Program for Swallowing Disorders |
| 2006-2018 | Lead Physician, GI division (HUP), Philadelphia, PA, 19104 |
| 2006-2018 | Associate Chief for Clinical Affairs, Division of Gastroenterology, UPHS, Philadelphia, PA. |
| 2011-2021 | Co-director, University of Pennsylvania Neuroendocrine Tumor Program |

**EXAMINATIONS**:

| | |
|---|---|
| 1982 | ECFMG - revalidated 1985, score 83. |
| 1983 | VQE |
| 1986 | FLEX Pennsylvania, score:        83 Component I |

84 Component II

| | |
|---|---|
| 1989 | American Board of Internal Medicine (valid indefinitely) |
| 1991 | Gastroenterology Subspecialty Board (recertified 11/2001 and 11/2011) |

**SPECIALTY CERTIFICATION:**

| | |
|---|---|
| Nov. 1991 | Board certified in Gastroenterology, Certificate # 123754 (recertified 2001 and 2011) |
| Jan. 1990 | Board certified in Internal Medicine, Certificate # 123754 |

**LICENSURE**:

| | |
|---|---|
| Aug. 1992 | District of Columbia.  License # 19628 (inactive) |
| Jun. 1990 | Maryland, USA.  Reg. #D40241  (inactive) |
| Jan. 1987 | Pennsylvania, USA.  License # MD-040405-L (inactive as of 1/1/23) |
| Jan. 1984 | United Kingdom. Reg. #2873936 (overseas list) |
| Jan. 1984 | South Africa.  Reg.# MP 26240 (inactive) |
| Aug. 2014 | California Board of Medicine License #132115 (retired, December 2022) |

**HONORS/AWARDS**:

| | |
|---|---|
| 1981 | South African Anesthetists Medal |
| 1995 | Sidney Cohen Faculty teaching award |
| 1996-2021 | Best Doctors in America (Northeast Region) |
| 1999-2021 | Top Doctors list (Philadelphia magazine) |
| 2000 | Donald Martin Teaching award |
| 2003 | McKeen Cattell Memorial Award (American College of Clinical Pharmacology) |
| 2010 | Citizenship and service award, Division of Gastroenterology, University of Pennsylvania |
| 2016 | Carnegie WITS Diaspora Fellow - visiting professor program at the University of Witwatersrand, Johannesburg, South Africa to promote collaboration with one's Alma Mater |
| 2016 | Solly Marks Visiting Professor (2 weeks), UCT, Groote Schuur Hospital, Cape Town, South Africa |
| 2017 | AGA Distinguished Clinician Award |
| 2020 | (UPenn) Louis Duhring Outstanding Clinical Specialist Award |
| 2021 | Lifetime Achievement Award, NANETS |

**PROFESSIONAL SOCIETY MEMBERSHIPS**:

American Gastroenterological Association (AGA) - retired 2023
    Member, Nominating Committee for the AGA Clinical Practice Section (2001)

Member, Nominating Committee for the AGA EGD section (2005)
Member, committee on Education (2002-2006)
> AGA Distinguished Educator Award Selection Committee
> Representative to the ABIM Continuous Professional Development Program (Recent advances Domain-Definition Meeting)
> Core curriculum task force on training in acid peptic disease
> Member, program evaluation subcommittee (2002-2009)

Representative to the ABIM Liaison committee on recertification (2003-2006)
Clinical practice section program planning committee
Associate chair, abstract review (Dyspepsia and Acid-peptic and other gastroduodenal disorders) EGD section (2005-2006), abstract review (GERD 2007).
Fellow of the AGA (inducted May 2007)
Member, AGAI Nominating Committee (2010)
Member of AGA Council; Vice-Chair, EGD section AGA (2011-12)
Member of AGA Council; Chair, EGD section AGA (2013-15)
Chair, abstract review (imaging of the stomach) IAT section (2015-2016)
EGD section councilor (2016-2020)
Chair, Nominating Committee for the AGA EGD section (2017)
Abstract Reviewer: GI Oncology section- Neuroendocrine Neoplasms (2016-2023)

American Society for Gastrointestinal Endoscopy  (ASGE) - retired 2023
> Member, Research Committee (2007-2010)

American College of Gastroenterology (ACG) - retired 2023
North American Neuroendocrine Tumor Society (NANETS) 2009-present
> Member, Board of Directors (2011-2020)
> Educational representative to Executive committee (2012-14)
> Vice Chair (2014-2016)
> Chair (2016-2018)
> Emeritus Chair and Nominating Committee Chair (2019-2020)
> Finance committee member (2019-2020)
> GI Interest group (2021)
> Mentoring Committee (2022-2023)

American Board of internal medicine, CPD question-writing committee
National Board of Medical Examiners, USMLE step 1 TMDC for physiology (2005)

**EDITORIAL POSITIONS**:

Section Editor    Gastroenterology (2006-2011)

Editorial Board    American Journal of Gastroenterology (resigned 2006)
Alimentary Pharmacology and Therapeutics (resigned 2015)
AGA Institute Press associate editor (2006-2008)
AGA Institute Press Advisory Board (2008-2011)

Clinical Evidence.    Co-produced by the British Medical Journal and the American College of Physicians. Initially associate editor for the Gastroenterology Section, subsequently Gastrointestinal section advisor (lapsed).

ePocrates    Member of the Clinical Board and reviewer for gastrointestinal drugs (lapsed)

Reviewer for;    The New England Journal of Medicine,
Gastroenterology,
Digestive Diseases and Sciences,
The American Journal of Gastroenterology,
Alimentary Pharmacology and Therapeutics,
Helicobacter,
Clinical Drug Investigation
Endoscopy
Drugs
Journal of General Internal Medicine
Head and Neck.

Scandinavian Journal of Gastroenterology
Pharmacoeconomics
Journal of applied physiology
The Medical Letter
Pharmacoepidemiology and Drug Safety
Gut
Medicine
Annals of internal medicine
Clinical Cancer research
Clinical Gastroenterology and Hepatology
Pancreas

Grant reviewer;    Albert Einstein Research Society 1996 and 1997
American federation for Aging Research 1996
Veteran Health Services Merit Award 1995
Int. Center for Diarrhoeal Disease Research, Bangladesh 1999
Swiss National Science Foundation, 2002
NIDDK Board of Scientific Counselors Review Meeting, Ad Hoc member, May 2006

FDA, CDER    Advisory board member (Gastroenterology section) 2001-2005
Consultant (Gastroenterology section) 2005-

Requisites in Gastroenterology;    Section editor for volume 1, 2002

**ACADEMIC COMMITTEES AT THE UNIVERSITY OF PENNSYLVANIA:**

1993-2005    Member, Endoscopy steering committee

1994, April-Oct.    Rotating Membership , Quality Assessment and improvement committee

1994-1998    Member, Medical Student Selection Committee

1994    Member, University of PA Health System Gastrointestinal task force

1994    Chairman, GI task force subcommittee on Acid-peptic disease and motility disorders.

1994-2000    Member, Council of Continuing Medical Education

1995    Member, Internship Selection Panel

1995-1998    Member, CME subcommittee on New Technologies

1995    Member, CME subcommittee on Fees

1996-1997    Member, Reengineering Challenge Team,

1997-1998    Member, Latex taskforce subcommittee of the Standards and Evaluation Committee

1997-1998    Member, CME Council Subcommittee on new technologies and enduring materials

1999    Member, Department of medicine taskforce on Medical Grand Rounds

1999    Member, Philadelphia GI alliance Health and Disease Management committee

2000-2003    Member, Institutional Review Board, University of Pennsylvania, Philadelphia, PA.

2000-2006    Member, Department of Medicine Clinical Effectiveness and Quality improvement team

2000     Member, Department of Medicine Patient-Oriented Research Subcommittee Taskforce on Research

2001-2004    Member, Doris Duke Clinical Research Fellowship Program committee

2002-2004    Member, Department of Medicine, resident selection committee

2005     Member, Infectious Diseases Review Committee

2006-     Member, Clinical Advisory Committee (Department of Medicine)

2006-     Member, Clinical excellence advisory group (CPUP)

2008     Member, Research Day abstract selection committee

2009-     Member, CPUP Clinical Operations Committee

**MAJOR TEACHING AND CLINICAL RESPONSIBILITIES FOR THE UNIVERSITY OF PENNSYLVANIA:**

1.  Director, Gastroenterology CME case conferences.
(approximately once weekly; 1995-1999)

2.  Director, Gastroenterology CME grand rounds.
(approximately once weekly ; 1995-1999, 2001-2004)

3.  Gastroenterology consult service.

4.  Medicine department service:
| | |
|---|---|
| 1994-1997 | 1 month of medicine ward service per year |
| 1995 | Preceptor for ME101C and ME101A |
| 1996-1998 | Preceptor for ME101C |
| 1998-2001 | Medicine teaching service 2 weeks per year |
| 1998-present | Ambulatory intern clinical rotations in GI |

5.  Gastroenterology Clinics.
(2 sessions per week 1994-2021)

6.  Gastroenterology Fellows Clinic.
(1994-1997 approximately 6 sessions/year)

7.  Endoscopy and physiology procedures.
(3 sessions per week; 1994-2018)

8.  Physiology Laboratory weekly teaching conference
(approximately every third week; 1994-1998, monthly since 1999)

9.  Intern bedside diagnosis
(two-six sessions per year; 1994-2001)

10.  Firm Chief rounds and medical management conferences at HUP and VAMC
(2 to 3 sessions yearly; 1994-2018)

11.  GI Fellows summer lecture series: 1 per year (1994-1997, 1999-2020)

12.  GI Pathophysiology course for 2nd year students: 1 per year (1994-2020).

13.  GI Pathophysiology course for 2nd year students: generation of syllabus for discussion groups (1997-2018).

14.  Differential Diagnosis for 2nd year students: 1 discussion group per year (1994-1999).

15. Endocrine Pathophysiology for 2nd year students: 1 lecture per year (1998 only)

16. Clinical Decision Making course for 2nd year students: I discussion group per year (2000-2017)

17. Instruction and preceptorship of Fellows, Residents and Students during performance of activities listed above.

18. Moderator and Emcee:  Annual Raffensperger Symposium, University of PA. April 2012-2020

**LECTURES BY INVITATION:**

1. Zollinger-Ellison syndrome - an update.  Gastroenterology Grand Rounds, Long Island Jewish Hospital, New York, NY. Jan. 13, 1992.

2. Use of thapsigargin to define the role of cytoplasmic calcium in mediating pancreatic acinar cell secretion. Gastroenterology Research Conference, Mayo Clinic, Rochester, MN.  June 22, 1992.

3. Zollinger-Ellison syndrome - recent advances at the NIH.  Monday Research Conference, Mayo Clinic, Rochester, MN. June 22, 1992.

4. Zollinger-Ellison syndrome - an update.  Gastroenterology Grand Rounds, Saint Louis University Hospital, St. Louis, MO.  Sept. 16, 1992.

5. Zollinger-Ellison syndrome.  GI Case Conference, Jefferson Medical College, Philadelphia, PA.  Nov. 11, 1992.

6. Recent NIH advances in Zollinger-Ellison syndrome.  GI Grand Rounds, University of Pennsylvania Medical Center, Philadelphia, PA.   Dec. 16, 1992.

7. Regulation and management of gastric acid secretion.  GI fellows fall lecture series, University of Pennsylvania, Philadelphia, PA.  September 11, 1993.

8. Zollinger-Ellison syndrome and Multiple Endocrine Neoplasia type 1.  Endocrine Grand Rounds, Hospital of the University of Pennsylvania, Philadelphia, PA. October 28, 1993.

9. Peptic ulcer disease and H. pylori infection.  GI Pathophysiology Course, University of Pennsylvania Medical School (second year), Philadelphia, PA. November 3, 1993.

10. Peptic ulceration is an infectious disease! Visiting professor, Salem Memorial County Hospital, Salem, NJ, November 4, 1993.

11. Diagnosis and Management of H. pylori infections in peptic ulcer disease.  Visiting professor, Mercer Medical Center, Trenton, NJ.  March 15, 1994.

12. Update on Helicobacter pylori.  Department of Medicine, Christiana Hospital, Newark DE.  Sponsored by the Medical Society of Delaware, Delaware Academy of Medicine, Wilmington, DE.  April 19, 1994.

13. Gastric acid secretion in peptic ulcer disease.  GI division Topic Review, Graduate Hospital, Philadelphia, PA, May 3, 1994.

14. Gastroesophageal Reflux Disease; Pathophysiology, Diagnosis and Treatment.  Regional meeting in Marlton, NJ., sponsored by Astra/Merck.  June 15, 1994.

15. Gastroesophageal Reflux Disease - Current management.  Guest lecture to the medical staff of Phoenixville hospital, Phoenixville, PA.  June 21, 1994.

16. Ulcer disease and $H_2$-blockers.  Medical housestaff management conference, University of Pennsylvania Medical Center, Philadelphia, PA.   Aug 5, 1994.

17. Physiology and pathophysiology of gastric acid secretion and peptic ulcer disease.  GI fellows summer lecture series, University of Pennsylvania, Philadelphia, PA.  September 24, 1994.

18. New Insights on Zollinger-Ellison syndrome. Pennsylvania Society of Gastroenterology, Annual Scientific Meeting, Philadelphia, PA, September 10, 1994

19. The treatment and management of gastroesophageal reflux disease. Combined meeting of The Camden County Osteopathic Society, The Camden County Medical Society, The Burlington County Osteopathic Society and The Burlington County Medical Society, Cherry Hill, NJ., sponsored by Astra/Merck. September 21, 1994.

20. Therapeutic considerations in the treatment of active duodenal ulcer. Regional meeting in Wilmington, DE., sponsored by Astra/Merck. October 20, 1994.

21. Clinical presentation and diagnosis of NSAID gastropathy. Half day symposium on NSAID therapy: Arthritis and Ulcers. The Graduate Hospital, Philadelphia, PA., October 28, 1994.

22. Peptic ulcer disease and H. pylori infection. GI Pathophysiology Course, University of Pennsylvania Medical School (second year), Philadelphia, PA. November 3, 1993.

23. $^{14}$C-Urea Breath Testing for the diagnosis of Helicobacter pylori gastritis. Half day symposium on Interventional Gastroenterology. Penn Tower Hotel, Hospital of the University of Pennsylvania, Philadelphia, PA., November 19, 1994.

24. Course director of half-day CME symposium entitled "State-of-the-art issues in Helicobacter pylori gastritis" sponsored by an educational grant from Abbott Laboratories. The program included a presentation entitled "Current recommendations for therapy of Helicobacter pylori gastritis: Whom to treat and how to treat them". Penn Tower Hotel, Hospital of the University of Pennsylvania, Philadelphia, PA. December 7, 1994.

25. Update on the management of gastroesophageal reflux disease. Regional meeting in Philadelphia, PA., sponsored by Astra/Merck. December 1, 1994.

26. Peptic Ulcer Disease - ZES, NSAIDs and HP. Medical Grand Rounds. Our Lady of Lourdes Medical Center, Camden, NJ. January 10, 1995.

27. Helicobacter pylori gastritis. Medical Grand Rounds. Temple University Hospital, Philadelphia, PA. January 18, 1995.

28. Helicobacter pylori gastritis. Regional meeting in Dover, DE., sponsored by Astra/Merck. February 8, 1995.

29. Update on peptic ulcer disease: H. pylori and Zollinger-Ellison syndrome. Medical Grand Rounds. Albert Einstein Medical Center, Philadelphia, PA. February 15, 1995.

30. Helicobacter pylori gastritis: Pathophysiology and treatment. Medical management conference. Philadelphia VA Medical Center, Philadelphia, PA. February 16, 1995.

31. Helicobacter pylori gastritis: lecture and panel discussion. Second annual clinical topics in gastroenterology CME conference, sponsored by the University of South Florida college of Medicine, Tampa, Fl. April 22, 1995.

32. Dyspepsia. Firm Chief Rounds. Philadelphia VA Medical Center, Philadelphia, PA. May 2, 1995

33. Dyspepsia. Firm Chief Rounds. HUP, Philadelphia, PA. May 4, 1995

34. Gastric hypersecretory states. Gastroenterology Rounds, Cooper Hospital University Medical Center, Camden, NJ. June 23, 1995

35. Helicobacter pylori. Medical Grand Rounds VA Medical Center, Philadelphia, PA. July 19, 1996.

36. Helicobacter pylori gastritis. Surgical Grand Rounds. HUP, University of Pennsylvania, Philadelphia, PA. August 12, 1995.

37. Hypersecretory states; H. pylori and Zollinger-Ellison syndrome. Medical Grand Rounds, Crozer Chester Medical Center, Chester, PA. September 8, 1995

38. Non-ulcer dyspepsia: lecture and panel discussion.  Half day symposium on Helicobacter pylori: A practical approach to diagnosis and management. Georgetown University Medical Center, Washington, DC., September 16, 1995.

39. Helicobacter pylori: pathophysiology, diagnosis and treatment.  Medical Grand Rounds, St. Mary Medical Center, Langhorne, PA.  September 19, 1995

40. Gastric acid hypersecretion and peptic ulcer disease.  GI fellows summer lecture series, University of Pennsylvania, Philadelphia, PA.  September 27, 1995.

41. H. pylori diagnosis: Current comparative data, lecture and discussion.  Evening CME symposium on diagnostic testing for H. pylori sponsored by The Graduate Hospital.  Marriott Hotel, Philadelphia, PA., September 28, 1995.

42. Acid-peptic disease and H. pylori infection.  GI Pathophysiology Course, University of Pennsylvania Medical School (second year), Philadelphia, PA. November 1, 1995.

43. Current trends in managing patients with peptic ulcer disease and gastroesophageal reflux disorder.  University of Pennsylvania sponsored CME conference consisting of 2 lectures entitled " Peptic ulcer disease and H. pylori gastritis" and "Gastroesophageal reflux disease: An overview of the problem". Given to Prudential Healthcare System, Dresher, PA, November 2, 1995.

44. Course director of half-day CME symposium entitled "Diagnosis and management of gastroesophageal reflux disease" sponsored by educational grants from Abbott Laboratories, Astra Merck, TAP Pharmaceuticals, Janssen Pharmaceuticals, Synectics Medical, and US Surgical. The program included a presentation entitled "Medical Mangement of GERD.  Penn Tower Hotel, Hospital of the University of Pennsylvania, Philadelphia, PA.  November 18, 1995.

45. Helicobacter pylori gastritis.  Medical grand rounds CME presentation, The Washington Hospital, Washington, PA. November 22, 1995

46. H. pylori and non-ulcer dyspepsia: lecture and panel discussion.  Half day CME symposium sponsored by Cooper Hospital/University Medical Center on Helicobacter pylori: Clinical update. Voorhees, NJ, December 8, 1995.

47. Helicobacter pylori.  Medical Grand Rounds, Abington Memorial Hospital, Abington, PA.  January 17, 1996.

48. Helicobacter pylori.  Medical Grand Rounds, Paoli Memorial Hospital, Paoli, PA.  January 24, 1996.

49. H. pylori.  Three day CME symposium entitled Primary Care 96 sponsored by the Lake Erie College of Osteopathic Medicine (LECOM), Peek 'n Peak, Clymer, New York.  March 2, 1996.

50. GERD.  Firm Chief Rounds. Philadelphia VA Medical Center, Philadelphia, PA.  March 12, 1996

51. GERD.  Firm Chief Rounds. HUP, Philadelphia, PA.  March 14, 1996.

52. Dyspepsia.  Weekly CME conference, Student health service, University of Pennsylvania, Philadelphia, PA.  April 9, 1996.

53. H. pylori gastritis and peptic ulcer disease.  Keystone Health Plan East (KHPE) "Quality Care College", Adams Mark Hotel, Philadelphia, PA.  April 30, 1996.

54. H. pylori gastritis: The academic perspective. Brief talk and panel discussion at the 15th annual symposium on Advances in Pharmacology: Protocol design and methodology: The US Regulatory process, sponsored by the American journal of Therapeutics, Four Seasons Hotel, Washington, DC., May 6-8, 1996.

55. Panelist for an evening symposium entitled "Issues and controversies in acid-related disease: A case-oriented discussion on the management of GERD and Helicobacter pylori" sponsored by an educational grant from Astra Merck, San Francisco Marriott Hotel, San Francisco, CA.  May 19, 1996.

56. Peptic Ulcer Disease.  Evening symposium on GI disorders, presented to the Clinical Care Associates of the University of Pennsylvania Health System, Adams Mark Hotel, Philadelphia, PA.  May 28, 1996.

57. Helicobacter pylori gastritis.  Medical grand rounds, Greater Baltimore Medical Center, Baltimore, MD.  May 30, 1996.

58. Gastroesophageal Reflux Disease.  Cardiothoracic Surgery lecture series.  HUP, University of Pennsylvania, Philadelphia, PA.  June 14, 1996.

59. Diagnosis and medical management of common acid peptic disorders.  Introduction to Gastroenterology lecture series.  HUP, University of Pennsylvania, Philadelphia, PA.  July 29, 1996.

60. Helicobacter pylori gastritis.  A half day preceptorship for Astra/Merck clinical specialists on diagnosis, therapy and controversies relating to H. pylori infection.  The program included an extended didactic session, four case studies, a video demonstration of upper endoscopy, and breath testing and antibody testing of 3 volunteers.  Penn Tower Hotel, University of Pennsylvania, Philadelphia, PA.  August 7, 1996.

61. Gastric Acid Secretion.  One of a 16 lecture series for Astra Merck employees developing a core curriculum on Gastroenterology topics.  Desmond Hotel, Chesterbrook, PA.  September 4, 1996

62. Helicobacter pylori gastritis and non-ulcer dyspepsia.  Visiting Professor, Easton Memorial Hospital, Easton, MD.  September 12, 1996.

63. Diagnosing Helicobacter pylori gastritis.  Visiting Professor, Easton Memorial Hospital, Easton, MD.  September 12, 1996.

64. Grand Rounds: The spectrum of Helicobacter pylori infection - Pathophysiology and treatment.  Visiting Professor, Easton Memorial Hospital, Easton, MD.  September 13, 1996.

65. Grand Rounds and Visiting Professor: Helicobacter pylori gastritis.  Episcopal Hospital, Philadelphia, PA.  September 19, 1996.

66. Helicobacter pylori gastritis.  Regional meeting in Norristown, PA. Sponsored by Astra/Merck.  September 25, 1996.

67. H. pylori: Current controversies in diagnosis and management.  Lecture and panel discussion, Philadelphia GI training group, Fall symposium.  Eagle Lodge Conference Center, Lafayette Hill, PA.  October 5, 1996.

68. Peptic ulcer disease and H. pylori gastritis.  University of Pennsylvania CME lecture for Mercy Health Plan Physicians.  Adams Mark Hotel, Philadelphia, PA.  October 9, 1996.

69. Duodenal ulcer disease: The role of H. pylori.  Regional meeting, James A. Michener Art Museum, Doylestown, PA.  Sponsored by Astra/Merck.  October 28, 1996.

70. Acid-peptic disease and H. pylori infection.  GI Pathophysiology Course, University of Pennsylvania Medical School (second year), Philadelphia, PA. November 4, 1996.

71. New advances in the treatment of H. pylori-associated ulcer disease.  Regional meeting in Dupont, PA. Sponsored by GlaxoWellcome.  November 14, 1996.

72. Regulation of acid secretion.  Basic science of gastroenterology lecture series, University of Pennsylvania GI education conference, Philadelphia, PA.  November 18, 1996.

73. H. pylori.  University of Pennsylvania CME lecture for the Chestnut Hill Hospital Summit Medical Group Monthly conference, Philadelphia , PA.  December 5, 1996.

74. Diagnostic Modalities: Which one and why.  Lecture and panel discussion.  Half day CME symposium on H. pylori: A practical approach to diagnosis and management. Georgetown University Medical Center, Washington, DC., December 14, 1996.

75. Lecture on "Helicobacter pylori; Who and how to treat", Astra Merck Regional Faculty Consultants Conference for Primary care Physicians, Philadelphia, PA.  December 15, 1996.

76. Helicobacter pylori gastritis.  Medical grand rounds, Presbyterian Medical Center, Philadelphia, PA.  Jan 10, 1997.

77.  Update on helicobacter pylori gastritis.  Medical grand rounds, Philadelphia VA Medical Center, Philadelphia, PA. February 5, 1997.

78.  Helicobacter pylori infection: Pathogenesis, Diagnosis and treatment.  Regional meeting for the Delaware Society of Hospital Pharmacists, sponsored by Astra Merck, Philadelphia, PA.  Feb 18, 1997.

79.  Helicobacter pylori gastritis: Realities of diagnosis.  Two day symposium on Helicobacter pylori gastritis. Yale University School of Medicine, New Haven, CT.  March 1-2, 1997.

80.  14C-Urea breath testing in the diagnosis of H. pylori gastritis: Comparison with existing alternative techniques.  Monthly Philadelphia Nuclear Medicine Conference, followed by a case discussion on the impact of In-111 labelled Octreotide imaging in the management of patients with neuroendocrine tumors.  HUP, Philadelphia, PA.  March 12, 1997.

81.  Course director of half-day CME symposium entitled "State-of-the-art issues in Helicobacter pylori gastritis" sponsored by an educational grant from Glaxo-Wellcome and Abbott Laboratories. The program included a presentation entitled "Diagnostic Testing".  Penn Tower Hotel, Hospital of the University of Pennsylvania, Philadelphia, PA.  March 19, 1997.

82.  Helicobacter pylori infection.  Medical Grand Rounds, University of Pennsylvania Medical Center, Philadelphia, PA. March 25, 1997.

83.  H. pylori gastritis: Who and How to Treat.  Lecture and panel discussion.  Fourth annual Topics in Gastroenterology CME conference, sponsored by the University of South Florida college of Medicine, Tampa, Fl.  April 5, 1997.

84.  Panelist and lecturer for an evening symposium entitled "Dyspepsia: Current controversies and new approaches to management" sponsored by the the office Continuing Medical Education of the University of South Dakota, Grand Hyatt, Washington, DC.  May 11, 1997.

85.  Peptic ulcer disease, new advanced treatment strategies.  Regional meeting in East Rutherford, NJ. Sponsored by TAP Pharmaceuticals.  June 12, 1997.

86.  Panelist and lecturer at the 61st annual University of Minnesota CME course in surgery entitled "Gastrointestinal and GI Laparoscopic surgery.  The program included two lectures entitled "Helicobacter pylori: methods for diagnosis and pathological significance" and Helicobacter pylori: various treatment regimens and their long-term outcome" as well as participation on two question and answer panels.  Wiley Hall, University of Minnesota, Minneapolis MN, June 18-19, 1997.

87.  Diagnosis and medical management of common acid peptic disorders.  Introduction to Clinical Gastroenterology lecture series.  HUP, University of Pennsylvania, Philadelphia, PA.  July 28, 1997.

88.  Helicobacter pylori gastritis; Pathophysiology, Diagnosis and Treatment, Puerto Rico Gastroenterology Conference sponsored by Astra Merck, El Conquistador, Puerto Rico.  August 22-24, 1997.

89.  Diagnosis of non-Zollinger-Ellison syndrome, non-carcinoid syndrome, enteropancreatic neuroendocrine tumors. Advances in digestive endocrine tumors: Rome Fall Meeting on Gastrointestinal Diseases.  Rome, Italy.  September 29-30, 1997.

90.  Peptic ulcer disease.  Update in internal medicine.  One day CME symposium sponsored by the University of Pennsylvania, State College, PA.  October 10, 1997.

91.  New approaches in the diagnosis and management of H. pylori gastritis.  Series of 4 CME lectures sponsored by the University of Pennsylvania for Prudential Healthcare employees, Joseph Ambler Inn, North Whales, PA, October 16, 1997; Ristorante La Buca, Philadelphia, PA, October 30, 1997; Toscana, Wimington, DE, November 20, 1997; Braddock's Tavern, Medford, NJ, December 4, 1997.

92.  H. pylori: Here today and gone tomorrow.  GI Updates and clinical issues for the 90's and beyond.  Half day CME symposium sponsored by The Uniontown Hospital, Nemacolin Woodlands Resort, Farmington, PA.  October 18, 1997.

93.  New approaches to Peptic Ulcer Disease.  Lecture to residents of Sacred Heart Family Residency Program, Sacred Heart Hospital, Allentown, PA.  October 23, 1997.

94. Acid-peptic disease and H. pylori infection. GI Pathophysiology Course, University of Pennsylvania Medical School (second year), Philadelphia, PA. November 3, 1997.

95. Helicobacter pylori gastritis, duodenal ulcers and gastric cancer. Department of Medicine Grand Rounds, Albert Einstein Medical Center, Philadelphia, PA. November 19, 1997.

96. Helicobacter pylori and gastric cancer. University of Pennsylvania grand rounds, HUP, Philadelphia, PA. December 17, 1997.

97. Helicobacter pylori: Pathophysiology, diagnosis and treatment. Medical Grand Rounds: Lyons VAMC, Lyons, NJ. December 18, 1997.

98. Helicobacter pylori: Pathophysiology, diagnosis and treatment. Surgical Grand Rounds: St Lukes Hospital, Bethlehem, PA. January 21, 1998.

99. Helicobacter pylori: A rational approach to testing methods. University of Pennsylvania outpatient GI lecture series. University of Pennsylvania, February 20, 1998.

100. Prescribing decisions in reflux gastroesophageal reflux disease. Dinner lecture, Lambertville, NJ, February 27, 1998.

101. H. pylori: testing and therapy. Philadelphia GI Training Group Spring Conference entitled "Common GI problems emphasizing management", City Line Holiday Inn, Philadelphia, PA., March 28, 1998.

102. Helicobacter pylori gastritis: Pathophysiology diagnosis and treatment. 11th annual Gastroenterology symposium, St Francis Hospital and Medical Center, Topeka, Kansas. April 2, 1998.

103. Gastroesophageal reflux disease. Outpatient Management Conference. HUP, Philadelphia, PA, April 16, 1998.

104. Intravenous Pantoprazole for Zollinger-Ellison syndrome. Wyeth-Ayerst investigators meeting, New Orleans, LA, May 17, 1998.

105. Zollinger-Ellison syndrome. Fellows reporter series lecture. New Orleans, LA, May 19, 1998.

106. H. pylori infection and peptic ulcer disease. Outpatient management conference. Presbyterian Hospital, Philadelphia, PA, June 3, 1998.

107. Acid-peptic disease and H. pylori infection. GI Pathophysiology Course, University of Pennsylvania Medical School (second year), Philadelphia, PA. June 5, 1998.

108. H. pylori from peptic ulcer disease to gastric cancer. Lecture and panel discussion. Fifth annual Topics in Gastroenterology CME conference, sponsored by the University of South Florida college of Medicine, Tampa, Fl. June 6, 1998.

109. Neuroendocrine tumors. Noon medicine conference, Episcopal Hospital, Philadelphia, PA. June 11, 1998.

110. ZollingerEllison syndrome. South Carolina Gut Club meeting, Charlotte, SC. July 15, 1998.

111. Current trends in Gastrosophageal Reflux Disease. Regional Dinner lecture sponsored by Astra Pharmaceuticals, Philadelphia, PA. August 20, 1998.

112. Moderator and discussant for "Trends in acid peptic disease and how to use the medicare E and M guidelines effectively". An evening Clinical symposium for primary care and family physicians sponsored by Astra Pharmaceuticals, presented by The Resource Group and CME accredited by The Cleveland Clinic. Four Seasons Hotel, Philadelphia, PA. September 22, 1998.

113. Enteropancreatic neuroendocrine tumors. Philadelphia GI training group, Fall symposium. Eagle Lodge Conference Center, Lafayette Hill, PA. September 26, 1998.

114. GERD: H2 antagonists versus proton pump inhibitors.  HIP lecture, Camden, NJ.  October 2, 1998.

115. Peptic Ulcer Disease. Lecture with CME accreditation by the University of Pennsylvania for the 76th 4 day annual education meeting of the Texas club of internists. Philadelphia, PA.  October 4, 1998.

116. Experience with the use of intravenous proton pump inhibitors. Lecture and panel discussion with CME accreditation by Baylor Medical College for an evening satellite symposium at the American College of Gastroenterology annual meeting entitled "New approaches to suppression of gastric acid in the acute care setting". Boston, MA.  October 10, 1998. Also published as a monograph for CME credits.

117. Pathogenesis and management of H. pylori gastritis. Atlantic City Medical Center grand rounds. Atlantic City Medical Center, NJ.  November 9, 1998.

118. Gastrointestinal peptide hormones and enteropancreatic neuroendocrine tumors.  Endocrinology Pathophysiology Course, University of Pennsylvania Medical School (second year), Philadelphia, PA. November 17, 1998.

119. Heartburn and Dyspepsia: Disease management for the primary care physician. Noon conference, Department of Family Practice. Unversity of Pennsylvania, Philadelphia, PA.  December 17, 1998.

120. Update on Proton Pump Inhibitors. Medical grand Rounds, Hospital of the University of Pennsylvania, Philadelphia, PA. January 5, 1999.

121. Zollinger-Ellison Syndrome.  Gastroenterology grand rounds and visiting professor. Vanderbilt University, Nashville TN, January 21, 1999.

122. Prevention of NSAID gastropathy. Atlantic City Medical Center grand rounds. Atlantic City Medical Center, NJ.  March 8, 1999.

123. Gastroesophageal reflux disease. Regional lunchtime lecture meeting for TAP pharmaceuticals. Philadelphia, PA, March 14, 1999.

124. Zollinger-Ellison Syndrome and enteropancreatic neuroendocrine tumors. Gastroenterology Grand Rounds, Hahnemann University Hospital, Philadelphia, PA, April 22, 1999.

125. Zollinger-Ellison syndrome.  Fellows reporter series lecture. Orlando, FL, May 16, 1999.

126. Oral and Intravenous Antisecretory therapy for acid-peptic disease. Lecture and panel discussion with CME accreditation by Duke University for an evening satellite symposium at Digestive Diseases Week entitled "Continuing the Proton Pump Inhibitor Revolution: What's the future?" Orlando, FL.  May 16, 1999. Also published as a monograph for CME credits.

127. Diagnosis and medical management of Supraesophageal GERD. Lecture and panel discussion at a Digestive Diseases Week Combined symposium entitled "Laryngeal and pulmonary complications of gastroesophageal reflux disease". Orlando, FL.  May 18, 1999.

128. H. pylori, gastritis and peptic ulcer disease. Seventh Annual University of Santo Tomas Medical Alumni Association meeting. Philadelphia, PA. May 27, 1999

129. Session moderator (Gastric diseases) and lecture entitled "H. pylori gastritis and peptic ulcer disease" at University of Pennsylvanaia CME course entitled "Gastroenterology and Hepatology Update", Park Hyatt, Philadelphia, June 17, 1999.

130. Session moderator (Pancreatic diseases) and lecture entitled "Neuroendocrine tumors" at University of Pennsylvanaia CME course entitled "Gastroenterology and Hepatology Update", Park Hyatt, Philadelphia, June 17, 1999.

131. Session moderator (Intestinal diseases) and lecture entitled "Malabsorption syndromes" at University of Pennsylvanaia CME course entitled "Gastroenterology and Hepatology Update", Park Hyatt, Philadelphia, June 18, 1999.

132. Neuroendocrine tumors. Atlantic City Medical Center grand rounds. Atlantic City Medical Center, NJ.  September13, 1999.

133.   Helicobacter pylori gastritis. The medical center at Princeton grand rounds. Princeton Medical Center, NJ.  September 14, 1999.

134.   NSAID gastropathy. Mid-Atlantic Podiatry Association Annual Conference, Morgantown, WV.  September 19, 1999.

135.   Zollinger-Ellison syndrome. Surgical Department Grand Rounds, Hospital of the University of Pennsylvania, Philadelphia, PA.  October 9, 1999.

136.   New Paradigms in antisecretory therapy: IV H2RAs versus IV PPIs. Lecture and panel discussion with CME accreditation by University of Michigan for an evening satellite symposium at the annual American College of Gastroenterology meeting entitled "Reengineering oral and IV therapy for acid peptic diseases" Phoenix, AZ, October 16, 1999. Also published as a monograph for CME credits.

137.   Acid-peptic disease and H. pylori infection.  GI Pathophysiology Course, University of Pennsylvania Medical School (second year), Philadelphia, PA. November 5, 1999.

138.   Zollinger-Ellsion syndrome and intravenous proton pump therapy. Georgetown University Gastroenterology division grand rounds, Washington, DC.  November 10, 1999.

139.   Clinical use of proton pump inhibitors in the hospital setting. Lecture and panel discussion with CE accreditation at one of six breakfast satellite symposia at the midyear American Society of Health-System Pharmacists clinical meeting. Orlando, FL. December 7, 1999.

140.   GERD. Otorhinolaryngology resident and lecture series 2000. Hospital of the University of Pennsylvania, Philadelphia, PA.  January 6, 2000.

141.   Topics in gastroenterology. Gastroenterology fellow's outpatient curriculum lecture. Hospital of the University of Pennsylvania, Philadelphia, PA.  January 7, 2000.

142.   GI research seminar: Issues with oral and intravenous proton pump inhibitors. Visiting Professor, UMDNJ, New Brunswick, NJ. January 14, 2000.

143.   GI Grand rounds: Neuroendocrine tumors of the gastrointestinal tract. Visiting Professor, UMDNJ, New Brunswick, NJ. January 14, 2000.

144.   Oral and intravenous proton pump inhibitors. Medical grand rounds. Rutland Regional Medical Center, Rutland VT. January 20, 2000.

145.   Use of proton pump inhibitors. Medical grand rounds. CVPH medical Center, Plattsburgh, NY. January 21, 2000.

146.   Update on oral and intravenous proton pump inhibitors. GI Grand Rounds. Long Island Jewish Medical Center, New Hyde Park, NY.  February 7, 2000.

147.   IV Management of acid output in ICU's, perioperative and postoperative settings. Lecture and panel discussion at a morning satellite symposium of the annual Society for Critical Care Medicine meeting entitled "Acid suppression in the critically ill: the role of PPI's".  Orlando, FL.  February 12, 2000.

148.   Esophageal and supraesophageal manifestations of GERD. Lecture and workshop at TAP University. Annual training meeting for representatives of TAP Pharmaceuticals. Orlando, FL. February 14, 2000.

149.   Supraesophageal reflux disease: Diagnosis and management. Medical residency outpatient management Conference. HUP, Philadelphia, PA, March 9, 2000.

150.   H. pylori infection. Student Health CME lecture series. HUP, Philadelphia, PA, March 14, 2000.

151.   H. pylori gastritis: issues for the new millenium. American College of Gastroenterology Postgraduate course for primary care physicians. Lecture and panel discussion. Bellevue Hotel, Philadelphia, PA, March 18, 2000.

152. Update on antisecretory therapy.  Combined surgical intensive care and gastroenterology lecture. University of Maryland Medical Center. Baltimore, MD.  April 19, 2000.

153. Oral and intravenous antisecretory therapy. Interdisciplinary conference lecture. Georgetown University Medical Center. Washington, DC. April 19, 2000.

154. Choice of antisecretory therapy: H2 blockers versus PPIs. Bryn Mawr Hospital Lunchtime conference. Bryn Mawr, PA. April 25, 2000.

155. An update on oral and IV proton pump inhibitors. Surgical grand Rounds. St Francis Hospital and Medical Center. Hartford, CT.  May 10, 2000

156. Suppression of gastric acid secretion: New approaches with intravenous agents. University of Connecticut Health Center. Farmington, CT. May 10, 2000.

157. Using the human model to understand proton pump and parietal cell function in patients receiving intravenous proton pump inhibitors. Lecture and panel discussion at an evening symposium at Digestive Disease Week with CME accreditation by Duke University entitled "From Oral to IV PPI's".  San Diego, CA  May 21, 2000. Also published as a monograph for CME credits.

158. Oral and intravenous antisecretory therapy. Digestive Disease Week Fellows Reporter series. May 23, 2000.

159. Session moderator (Gastric diseases and disorders) and lecture entitled "H. pylori, gastritis and peptic ulcer disease" at University of Pennsylvanaia CME course entitled "Gastroenterology and Hepatology Update", Westin Hotel, Philadelphia, June 8, 2000.

160. Session moderator (Pancreatic diseases and disorders) and lecture entitled "Neuroendocrine tumors" at University of Pennsylvania CME course entitled "Gastroenterology and Hepatology Update", Westin Hotel, Philadelphia, June 8, 2000.

161. Session moderator (Small and large intestinal diseases and disorders) and lecture entitled "Malabsorption syndromes" at University of Pennsylvanaia CME course entitled "Gastroenterology and Hepatology Update", Westin Hotel, Philadelphia, June 9, 2000.

162. Moderator for the "Clinical interface" session including a lecture entitled "H. pylori and upper GI tract cancer" for a one day symposium entitled "Upper Gastrointestinal Tract: Biology and Genetics" sponsored by the UPHS division of gastroenterology and the center for molecular studies in digestive and liver diseases. Penn Tower hotel, Philadelphia, June 16, 2000.

163. Using intravenous PPI therapy to understand parietal cell function in humans. Gastroenterology research talk. New England medical Center, Boston, MA, June 21, 2000.

164. Oral and intravenous antisecretory therapy: An update. Medical Grand Rounds, St Elizabeths Hospital, Brighton, MA, June 22, 2000.

165. New antisecretory therapies for GERD. Evening lecture to the Long Island Gastroenterology Association. Jericho, New York. June 26, 2000.

166. Oral and intravenous antisecretory therapy: An update. Division of Gastroenterology and Hepatology weekly Conference, Cornell University, New York Presbyterian Hospital, New York, NY.  June 27, 2000.

167. New Strategies in the management of gastroesophageal reflux disease. Two CME lecture sponsored by the St Barnabas Health Care System of New Jersey. Nonna's, Cherry Hill, NJ, June 27, 2000 and The Manor, West Orange, NJ, June 28, 2000.

168. Oral and intravenous proton pump inhibitor and histamine H2 receptor antagonist therapy: New concepts. Medical grand Rounds, Montgomery General Hospital, Olney, MD.  July 20, 2000.

169. Diagnosis and medical management of common Acid-Peptic disorders. GI Division summer lecture series.  HUP, University of Pennsylvania, Philadelphia, PA.  July 31, 2000.

170. Dysphagia, GERD and failure to thrive in the mentally challenged. Special education lecture at the Elwyn Institute. Philadelphia, PA. August 3, 2000.

171. An overview of antisecretory therapy. Medical Grand Rounds, Holy Redeemer Hospital, Philadelphia, PA.  September 7, 2000.

172. New approaches to antisecretory therapy in hospitalized patients. Concord Hospital CME conference, Concord, NH. September 13, 2000.

173. New approaches to antisecretory therapy in hospitalized patients. Androscoggin valley Hospital CME conference, Berlin, NH. September 13, 2000.

174. The great H. pylori debate: Good bug or bad bug?  Philadelphia GI training group, Fall symposium.  Eagle Lodge Conference Center, Lafayette Hill, PA.  September 16, 2000.

175. Peptic ulcer disease. University of Pennsylvania Medical management conference, Presbyterian Hospital, Philadelphia, PA.  September 15, 2000.

176. Peptic Ulcer disease. University of Pennsylvania Medical management conference, HUP, Philadelphia, PA.  September 21, 2000.

177. New Acid Suppressing therapies. Medical grand Rounds, Queens Hospital Center, Jamaica, NY.  September 27, 2000

178. New modalities in the treatment of GERD. Continuing Education lecture to the Long Island Society of Health-System pharmacists, Carle Place, NY. September 27, 2000.

179. Oral and Intravenous antisecretory therapy. American College of Gastroenterology annual meeting.  Fellows Reporter series. New York, NY, October 17, 2000.

180. Potential roles for intravenous proton pump inhibitors. Hahneman University, Division of Gastroenterology, grand Rounds. Philadelphia, PA, October 19, 2000.

181. Tachyphylaxis and rebound hypersecretion with antisecretory agents: Potential roles for IV PPI therapy. Northwestern University, Division of Gastroenterology Grand Rounds, Chicago, IL, October 26, 2000.

182. Nonsteroidal Gastropathy and its prevention. Lecture at an evening CME symposium entitled "Update on new rheumatologic medications" sponsored by Searle Pharamaceuticals and accredited by Pharmcon, Inc. CME coordinators, Philadelphia, PA, October 26, 2000.

183. New approaches to antisecretory therapy in the hospital setting.  Nassau County medical Center medical grand Rounds, Nassau, NY, November 2, 2000.

184. Acid-peptic disease and H. pylori infection.  GI Pathophysiology Course, University of Pennsylvania Medical School (second year), Philadelphia, PA. November 3, 2000.

185. Nonsteroidal gastropathy and its prevention. Medical Grand Rounds, St Agnes Hospital, Philadelphia, PA. November 8, 2000.

186. Oral and intravenous antisecretory therapy. Medical Grand Rounds, Shady Grove Adventist Hospital, Rockville, MD. November 16, 2000.

187. Oral and intravenous antisecretory therapy. Evening CME lecture accredited by Anne Arundel Medical Center, Annapolis, MD. November 16, 2000.

188. New treatment options for the management of GERD. Physician medical education dinner, Mercy Hospital of Philadelphia, Philadelphia, PA. November 27, 2000.

189. An update on Helicobacter pylori infection.  Medical Grand Rounds, Taylor hospital, Philadelphia, PA, 2000.

190. Suppression of gastric acid secretion: New approaches with intravenous agents. Saturday morning CME conference, Delaware County Memorial Hospital, Drexel Hill, PA. December 2, 2000.

191. Oral and intravenous antisecretory therapy. Medical grand rounds, University of Virginia, Charlottesville, VA. December 4, 2000.

192. Physiology of proton pumps. Gastroenterology research Conference, University of Virginia, Charlottesville, VA. December 5, 2000.

193. Gastroesophageal reflux disease. Department of medicine Grand Rounds, St Joseph medical center, Towson, MD. December 20, 2000.

194. Proton pump inhibitors.  Medical Grand Rounds, Holyoke Hospital, Holyoke MA. January 9, 2001.

195. Antisecretory therapy in the critically ill patient. Surgical grand Rounds, Newton Wellesley Hospital, Newton, MA. January 10, 2001

196. NSAID Gastropathy. Medical Grand Rounds. Mercy Fitzgerald Hospital, Upper Darby, PA. January 17, 2000.

197. Supraesophageal reflux disease. The Atlanta GUT club, Atlanta, GA. January 18, 2000.

198. Helicobacter pylori gastritis: Issues for the new millenium. Delaware County memorial Hospital medical grand rounds, Philadelphia, PA. January 20, 2000.

199. Acid suppression in the hospital setting. St Francis Hospital CME lecture, Trenton, NJ. January 26, 2001.

200. Oral and intravenous antisecretory proton pump inhibitor therapy. Riddle Memorial Hospital Medical Grand Rounds, Media, PA. February 2, 2001.

201. Acid suppression in the hospital setting. Medical grand Rounds, Holy Spirit Hospital, Camp Hill, PA.  February 15, 2000.

202. Physiology of gastric acid secretion and oral and intravenous antisecretory therapy. Gastroenterology Grand Rounds, Hershey Medical Center, Hershey, PA.  February 21, 2001.

203. Faculty member of an academic skills workshop entitled "Training and academic opportunities for junior faculty in gastroenterology" jointly sponsored by the AGA and GRG including panel discussions and a lecture entitled "Developing budgets", Singer Island, FL.  February 23-25, 2001.

204. Supraesophageal GERD. Lecture and workshop at TAP University. Annual training meeting for representatives of TAP Pharmaceuticals. Nashville, TN. February 26, 2001.

205. Intravenous proton pump inhibitors: potential indications. South Carolina GUT club, Columbia, South Carolina. February 28, 2001.

206. Oral and intravenous antisecretory therapy. Have H2 antagonists been replaced by PPI's for all indications. Department of medicine Grand rounds, University of South Carolina, Columbia, South Carolina. March 1, 2001.

207. Intravenous proton pump inhibitors: Use in reflux disease, stress ulcer prophylaxis and prevention of peptic ulcer rebleeding. Combined Medical and Surgical grand rounds, Saint Francis Hospital and Medical Center, Hartford, Connecticut. March 8, 2001.

208. Oral and intravenous PPI therapy.  Medical Grand Rounds, Lawrence Hospital, Bronxville, NY. March 13, 2001.

209. Practical management of gastroesophageal reflux disease. Lecture and panel discussion at a lunch-time symposium in conjunction with PriMed South, supported by TAP Pharmaceuticals and CME accredited by Harvard University. Ft Lauderlade, FL. March 23, 2001

210. Fire in the belly and beyond: Update on the management of GERD and dyspepsia. 1 hour CME lecture to the District of Columbia Academy of Family Physicians sponsored by the Thomas R. Beam, Jr., Memorial Institute for CME. Washington, DC.  April 3, 2001.

211. Oral and intravenous antisecretory therapy. Medical grand Rounds. St Peter's Hospital, New Brunswick, NJ.  April 10, 2001.

212. Oral and intravenous antisecretory therapy. Gastroenterology research conference and visiting professor. Oregon Health Sciences university, Portland, OR.  April 13, 2001

213. Otolaryngologic manifestations of GERD.  Penn ENT alliance annual meeting. Radnor, PA.  April 25, 2001.

214. Oral and intravenous acid suppression in the hospital setting.  GI lecture series, Allegheny General Hospital, Pittsburgh, PA.  April 26, 2001.

215. Oral and intravenous antisecretory therapy. Medical grand rounds, Advocate Lutheran General Hospital, Chicago, IL. May 30, 2001.

216. Physiology of proton pumps. Gastroenterology research Conference, Advocate Lutheran General Hospital, Chicago, IL. May 30, 2001.

217. Acid suppression in the critically ill patient. Surgical Grand Rounds, Mount Auburn Hospital, Cambridge, MA. June 5, 2001.

218. Intravenous antisecretory therapy in the hospitalized patient. Bryn Mawr Hospital Grand Rounds. Bryn Mawr, PA.  June 12, 2001.

219. Medical Management of duodenal ulcer disease. Lecture and Panel discussion at a CME course for surgeons entitled "Advances in Gastrointestinal and GI laparoscopic surgery" sponsored by the University of Minnesota. Minneapolis, MN.  June 14, 2001.

220. Diagnosis and management of Helicobacter pylori. Lecture and Panel discussion at a CME course for surgeons entitled "Advances in Gastrointestinal and GI laparoscopic surgery" sponsored by the University of Minnesota. Minneapolis, MN.  June 14, 2001.

221. Supraesophageal reflux disease. CME Lecture for the American Association of Physicians of Indian Origin Annual Meeting. Washington, DC.  June 30, 2001.

222. Intravenous antisecretory therapy in the hospitalized patient. Medical grand rounds. Easton Memorial Hospital, Easton, MD.  July 20, 2001.

223. Intravenous antisecretory therapy in the hospitalized patient. CME dinner meeting. St Mary's Hospital, Leonardtown, MD.  August 9, 2001.

224. Oral and intravenous antisecretory therapy. Medical Grand Rounds. LaGrange memorial Hospital, Adventist Health System – Midwest region, Chicago, IL. September 11. 2001.

225. Oral and intravenous antisecretory therapy. Medical Grand Rounds. Rush North Shore Hospital, Adventist Health System – Midwest region, Chicago, IL. September 12. 2001.

226. Oral and intravenous antisecretory therapy. Medical Grand Rounds. Hinsdale Hospital, Adventist Health System – Midwest region, Chicago, IL. September 13. 2001.

227. Intravenous antisecretory therapy in the hospital setting. Monthly CME conference for the Delaware Valley Chapter of the ASHP. Conshohocken, PA. September 18, 2001.

228. Session moderator (Gastric and small intestinal diseases and disorders) and lecture entitled "H. pylori and NSAIDs: Current practice recommendations" at University of Pennsylvania CME course entitled "Gastroenterology and Hepatology Update", Rittenhouse Hotel, Philadelphia, September 20, 2001.

229.    Neuroendocrine tumors: Diagnosis. University of Pennsylvania CME course entitled "Gastroenterology and Hepatology Update", Rittenhouse Hotel, Philadelphia, September 20, 2001.

230.    Intravenous antisecretory therapy in the hospital setting. One of 4 CME lectures for a one-day symposium on GI topics. North Shore University Hospital, Mannhasset, NY. September 29, 2001.

231.    A new option in the management of acid suppression: Intravenous proton pump inhibitors. Lecture and panel discussion at an evening symposium at the American College of Gastroenterology Annual Meeting with CME accreditation by Michigan University entitled "Reaching beyond traditional outcomes in acid related disorders".  Las Vegas, NV  October 20, 2001. Also published as a monograph for CME credits.

232.    Intravenous PPI therapy in hospitalized patients. Medical Grand Rounds, St Joseph's hospital Center, Baltimore, MD. October 24, 2001.

233.    Acid-peptic disease and H. pylori infection.  GI Pathophysiology Course, University of Pennsylvania Medical School (second year), Philadelphia, PA. November 5, 2001.

234.    Intravenous PPI therapy in hospitalized patients. Medical Grand Rounds, Christiana Hospital, Newark, DE.  November 15, 2001.

235.    Acute acid suppression therapy in the hospital setting. Lecture and panel discussion at a morning satellite symposium at the American Society of Hospital Pharmacists Annual midyear clinical meeting.  New Orleans, LA.  December 5, 2001.

236.    Intravenous antisecretory therapy in the hospitalized setting. Louisville GUT club, Louisville, KY. December 5, 2001.

237.    Peptic Ulcer Disease: Update on Pathogenesis and Therapy.  Medical Grand Rounds. Montefiore Medical Center, Bronx, NY.  December 20, 2001.

238.    Oral and IV antisecretory therapy. Gastroenterology Grand Rounds. Montefiore Medical Center, Bronx, NY. December 20, 2001.

239.    Supraesophageal reflux disease. ORL resident lecture series, UPHS, Philadelphia, PA.  January 3, 2002.

240.    Extra-esophageal reflux disease.  Medical Grand Rounds, Pennsylvania Hospital, Philadelphia, PA.  January 8, 2001.

241.    Gastrointestinal complications of NSAIDs. Medical Grand Rounds, Nazareth Hospital, Philadelphia, PA. January 30, 2002.

242.    Management of peptic ulcer disease in the modern era. Outpatient management lecture series to medical residents, UPHS, Philadelphia, PA.  February 1, 2002.

243.    Intravenous antisecretory therapy in the hospital setting. Medical Grand Rounds. Bronx Lebanon Hospital, New York, NY.  February 7, 2002.

244.    Update on the use of IV acid suppression in the hospital. Two CME lecture sponsored by the St Barnabas Health Care System of New Jersey. The Manor, West Orange, NJ, February 27, 2002 and Nonna's, Cherry Hill, NJ, February 28, 2002.

245.    GI, Renal and Cardiovascular Safety Profiles of COX-2 Inhibitors. Lecture and Panel discussion at an International and American associations of Dental Research (IADR) symposium entitled "COX-2 Inhibitors: Where Are We Now and Where Are We Going" at the annual IADR meeting. San Diego, CA. March 8, 2002.

246.    H. pylori gastritis and gastric cancer. Invited lecture at Byk Gulden, Pharmaceuticals, Konstanz, Germany. March 12, 2002.

247.    Management of peptic ulcer disease in the modern era. Outpatient management lecture series to medical residents, Presbyterian Hospital, Philadelphia, PA.  March 15, 2002.

248. Intravenous antisecretory therapy in the hospital setting. Medical Grand Rounds. Long Island Jewish Hospital, New Hyde Park, NY.  April 5, 2002.

249. H. pylori gastritis and gastric cancer. Gastroenterology Grand Rounds. Hospital of the University of Pennsylvania, Philadelphia, PA. April 10, 2002.

250. Intravenous antisecretory therapy in hospitalized patients.  Nassau County medical Center medical grand Rounds, Nassau, NY, May 2, 2002.

251. Fire in the belly and beyond: Update on the management of GERD and dyspepsia. 1 hour CME lecture to the New York Society of Osteopathic Medicine (Eastern Regional Conference) sponsored by the Thomas R. Beam, Jr., Memorial Institute for CME under an unrestricted grant from TAP Pharmaceuticals. New York, NY.  May 3, 2002.

252. Achieving effective acid suppression in the ICU: Are we providing the best care to our critically ill patients? Lecture and panel discussion at a sunrise satellite symposium to the American Association of Critical Care Nurses National Teaching Institute and Exposition entitled "GI Bleeding in the Critical Care Setting: Proper Patient Management and the Role of Pharmacotherapy". Atlanta, GA.  May 8, 2002.

253. Extra-esophageal GERD: Really important or really hyped? AGA 2002 Spring postgraduate course lunchtime breakout lecture. San Francisco, CA. May 18 and 19, 2002.

254. H. pylori gastritis and gastric cancer. AGA annual meeting.  Fellows Reporter series. San Francisco, CA, May 19, 2002.

255. Preventing gastrointestinal complications of hypoperfusion: An evidence-based approach. Symposium moderator, lecturer and panel discussion participant at a breakfast satellite symposium to the American Gastroenterology Association meeting entitled " The ICU consult: Managing gastrointestinal challenges in the critically ill patient". San Francisco, CA.  May 20, 2002.

256. Zollinger-Ellison syndrome: Diagnosis and management.  GI weekly conference, University of Nebraska, Omaha, NE. May 30, 2002.

257. Intravenous proton pump inhibitors in the hospital setting. Department of Surgery Rounds, Creighton University, Omaha, NE. May 31, 2002

258. Oral and intravenous proton pump inhibitor therapy.  Evening CME lecture sponsored by Sherman hospital, Chicago, IL. June 26, 2002.

259. New advances in GI therapies: From oral to IV PPIs. Medical Grand rounds. Saint Therese Medical Center, Waukegan, IL.  June 27, 2002.

260. Diagnosis and medical management of common Acid-Peptic disorders. GI Division summer lecture series.  HUP, University of Pennsylvania, Philadelphia, PA.  July 8,  2002.

261. Intravenous antisecretory therapy in the hospital setting. Medical Grand Rounds. Hamot Medical Center, Erie, PA. July 18, 2002.

262. Intravenous antisecretory therapy in the hospital setting. Medical Grand Rounds. Saint Vincent Medical Center, Erie, PA. July 19, 2002.

263. Intravenous proton pump inhibitors in the hospital setting. Division of Trauma Grand Rounds, Crozer-Chester Medical Center, Chester, PA.  July 30, 2002.

264. Zollinger-Ellison syndrome. Lankenau hospital medical grand rounds and visiting professor, Wynnewood, PA.  August 9, 2002.

265. Intravenous proton pump inhibitors in the hospital setting. Department of Medicine Grand Rounds, Cooper Medical Center, Camden, NJ.  August 29, 2002.

266. H. pylori: Where we are and where we are going? Tidewater GUT club, Norfolk, VA. September 10, 2002.

267. H. pylori: Where are we and where are we going? Eastern Virginia Medical School, Norfolk, VA.  September 11, 2002.

268. Managing acid-related disorders from pediatrics to geriatrics. Lecture on the adult GERD patient with persistent symptoms and panel discussion at a morning CME symposium in conjunction with the PriMed Women's Health Update meeting. Philadelphia, PA. September 12, 2002.

269. Intravenous proton pump inhibitors in the hospital setting. Department of Surgery Grand Rounds, St Lukes Hospital, Bethlehem, PA.  September 18, 2002.

270. Two lectures entitled "NSAID gastropathy" and "IV PPI therapy" and moderator of case presentations during the Upper GI session of the fourth annual University of Pennsylvania CME course entitled "Gastroenterology and Hepatology Update" (I also was a co-director of the course), Rittenhouse Hotel, Philadelphia, September 19, 2002.

271. Fire in the belly and beyond: Management update on GI disorders caused by NSAIDs. 1 hour CME lecture to the Pennsylvania Society of Physician Assistants sponsored by the Thomas R. Beam, Jr., Memorial Institute for CME under an unrestricted grant from TAP Pharmaceuticals. Pittsburgh, PA.  September 25, 2002.

272. Extra-esophageal GERD. Lecture and panel discussion at a morning symposium on transnasal upper endoscopy. Graduate hospital, Philadelphia, PA.  October 5, 2002.

273. Zollinger-Ellison syndrome. Department of Medicine Grand Rounds, Long Island Jewish Hospital, New Hyde Park, NY. October 7, 2002.

274. H. pylori: Where are we and where are we going? Medical Grand Rounds. New York Hospital of Queens, New York, NY. October 8, 2002.

275. H. pylori gastritis and gastric cancer. Gastroenterology Grand Rounds. New York Hospital of Queens, New York, NY. October 8, 2002.

276. Acid-peptic disease and H. pylori infection.  GI Pathophysiology Course, University of Pennsylvania Medical School (second year), Philadelphia, PA. November 4, 2002.

277. Zollinger-Ellison syndrome. Gastroenterology Grand Rounds and Visiting Professor. Duke University, Durham, NC. November 7, 2002.

278. Current status of IV PPI therapy for GERD.  Lecture and panel discussion at a two-day symposium entitled GERD: Then and Now. Yale University School of Medicine, New Haven, CT.  November 15-17, 2002.

279. Gastrointestinal Physiology Laboratory Studies.  GI Pathophysiology Course, University of Pennsylvania Medical School (second year), Philadelphia, PA. November 21, 2002.

280. Intravenous proton pump inhibitors in the hospital setting. Gastroenterology Grand Rounds, New York University Hospital, New York, NY.  November 26, 2002.

281. Intravenous proton pump inhibitors in the hospital setting. Gastroenterology Grand Rounds, Beth Israel Hospital, New York, NY.  November 27, 2002.

282. Intravenous proton pump inhibitors in the hospital setting. Combined Medical and Surgical Grand Rounds, Good Samaritan Hospital, Baltimore, MD.  December 18, 2002.

283. Intravenous proton pump inhibitors in the hospital setting. Medical Grand Rounds, Nazareth Hospital, Philadelphia, PA. January 15, 2003.

284. *H. pylori* gastritis and gastric cancer. Gastroenterology Grand Rounds, Hahnemann University Hospital, Philadelphia, PA. February 21, 2003.

285. Chemoprevention of Esophageal adenocarcinoma. Gastroenterology Grand Rounds, University of Pennsylvania Medical Center, Philadelphia, PA.  March 19,2003.

286. Update on *H. pylori*. 16th Annual Advances in Gastroenterology Symposium. St Francis Health Center, Topeka, KS. April 10, 2003.

287. Dyspepsia, Reflux and Helicobacter pylori: Where do we go from here? Lecture and Panel discussion at a CME symposium entitled "Meeting new challenges in Gastroenterology and Hepatology". University of Wisconsin Medical School, Madison, WI.  May 3, 2003.

288. Course co-director of half-day CME symposium entitled "Swallowing and esophageal disorders" sponsored by an educational grant from Wyeth and Novartis. The program included a presentation entitled "Extraesophageal manifestations of GERD".  Biomedical Research Building, University of Pennsylvania School of Medicine, Philadelphia, PA.  May 9, 2003.

289. Zollinger-Ellison syndrome: Diagnosis and Management. Lecture and panel discussion at the 19th annual Univeristy of Witwatersrand medical School Surgical course entitled Gastroenterology Update. Johannesburg, South Africa, June 2, 2003

290. H. pylori gastritis and gastric cancer. Lecture and panel discussion at the 19th annual University of Witwatersrand medical School Surgical course entitled Gastroenterology Update. Johannesburg, South Africa, June 3, 2003

291. Oral and intravenous antisecretory therapy in the hospital setting. Lecture and panel discussion at the 19th annual University of Witwatersrand medical School Surgical course entitled Gastroenterology Update. Johannesburg, South Africa, June 4, 2003.

292. Helicobacter pylori: Issues for the new Millenium. Special Lecture to the department of Surgery. University of the Witwatersrand Medical School, Johannesburg, South Africa. June 17, 2003.

293. Oral and intravenous antisecretory therapy in the hospital setting. Evening CME Lecture to GI staff. University of Nevada. Reno, NV, June 26, 2003.

294. Approach to common acid peptic disorders. Breakfast CME Lecture to Medical staff. University of Nevada. Reno, NV, June 27, 2003.

295. Intravenous antisecretory therapy in the hospital setting. Medical Grand Rounds. Highland Park Hospital. Highland Park, IL. July 15, 2003.

296. Oral and intravenous antisecretory therapy in the hospital setting. Special CME lecture. Provena Saint Therese Medical Center. Highland, IL. July 15, 2003.

297. Management of non-variceal upper GI bleeding. GI Division summer Lecture series, HUP, University of Pennsylvania, Philadelphia, PA.  August 20.2003.

298. A new look at Barrett's esophagus: Can we change the course of progression to cancer? CME symposium series sponsored by an unrestricted grant from AstraZeneca entitled "Symptoms and Outcomes: Managing acid related disorders". Medical Grand rounds, Mercy Health Systems (Miseracordia hospital), Philadelphia, PA.  August 25, 2003.

299. Many Faces of GERD:  Management of extraesophageal manifestations through differential diagnosis. CME symposium series sponsored by an unrestricted grant from AstraZeneca entitled "Symptoms and Outcomes: Managing acid related disorders". Medical grand Rounds, Deborah Heart and Lung Center, Browns Mills, NJ.  September 18, 2003.

300. Acid as a causative factor in GERD and other acid-secretory diseases. CME symposium series sponsored by an unrestricted grant from AstraZeneca entitled "Symptoms and Outcomes: Managing acid related disorders". Medical Grand rounds, Delaware County Memorial Hospital,  Philadelphia, PA.  September 20, 2003.

301. IV PPI's in the hospitalized patient.  GI Grand Rounds. Drexel University College of Medicine, Hahnemann Campus, Philadelphia, PA.  September 25, 2003.

302. IV PPI's in the hospitalized patient. Medical Grand Rounds. Georgetown University Hospital, Washington, DC. October 2, 2003.

303. Diagnosis and Management of H. pylori infection. Medical Grand Rounds. George Washington University, Washington, DC. October 2, 2003.

304. Intravenous antisecretory therapy in the hospitalized patient. Medical Grand Rounds, Newark Beth Israel Medical Center, Newark, NJ.  October 9, 2003.

305. A new look at Barrett's esophagus: Can we change the course of progression to cancer? CME symposium series sponsored by an unrestricted grant from AstraZeneca entitled "Symptoms and Outcomes: Managing acid related disorders". Medical Grand rounds, St Barnabas Health System, Toms River, NJ. October 9, 2003.

306. Pharmacology of Peptic ulcer disease. Lecture and generation of three cases for discussion. Pharmacology Course, University of Pennsylvania Medical School (third year), Philadelphia, PA. October 10, 2003.

307. Zollinger-Ellison Syndrome.  Gastroenterology Grand Rounds, Thomas Jefferson University Hospital, Philadelphia, PA. November 5, 2003.

308. Symptom Presentation and Approach to GERD Management. CME symposium series sponsored by an unrestricted grant from AstraZeneca entitled "Symptoms and Outcomes: Managing acid related disorders". Medical Grand rounds, University of Alabama Birmingham-Huntsville, Huntsville, AL. November 6, 2003.

309. H. pylori gastritis and its relationship to gastric adenocarcinoma. Medical Grand Rounds, Jeanes Hospital, Philadelphia, PA. November 12, 2003.

310. Supraesophageal GERD.  Resident educational series lecture, Department of Otorhinolaryngology, Hospital of the University of Pennsylvania. November 13, 2003.

311. A new look at Barrett's esophagus: Can we change the course of progression to cancer? CME symposium series sponsored by an unrestricted grant from AstraZeneca entitled "Symptoms and Outcomes: Managing acid related disorders". Medical Grand rounds, New Hanover Regional Medical Center, Wilmington, NC.  December 3, 2003.

312. Helicobacter pylori gastritis and gastric cancer: The real truth. New Jersey Gastroenterology and endoscopy society President's dinner lecture. West Orange, NJ.  December 3, 2003.

313. Management of non-variceal upper gastrointestinal bleeding. Lecture and panel discussion at the ASHP midyear clinical meeting symposium entitled "IV or PO: Appropriate acid suppression therapy for the individual patient". New Orleans, LA.  December 8, 2003.

314. Diagnosis and management of common acid peptic disorders. Resident management conference. University of Pennsylvania, Philadelphia, PA. December 11, 2003.

315. Zollinger-Ellison Syndrome.  Phoenix Society of Gastroenterology Meeting.  Phoenix, AR.  December 18, 2003

316. Intravenous antisecretory therapy in hospitalized patients. Lecture and case presentations.  Mayo Clinic Scottsdale, Scottsdale, AR.  December 19, 2003.

317. Extraesophageal manifestations of reflux disease. South Jersey Hospital CME lecture series, Elmer, NJ.  January 6, 2004.

318. Extraesophageal manifestations of reflux disease. Bridgeton Hospital CME lecture series, Bridgeton, NJ.  January 23, 2004.

319. NSAIDs and the GI tract.  Gastroenterology Grand Rounds, Atlantic City Medical Center, Atlantic City, NJ. February 9, 2004.

320. Intravenous antisecretory therapy in the hospital setting; evaluating the evidence.  City-wide GI grand rounds, University Hospitals Health System, Case Western Reserve, Cleveland, OH.  February 19, 2004.

321. Zollinger-Ellison syndrome. GI luncheon conference. University Hospitals of Cleveland, Cleveland, OH.  February 19, 2004.

322. Acid reduction for the critical care patient.  Riverview Medical Center Medical Grand Rounds, Red Bank, NJ.  February 25, 2004.

323. Sizing up PPIs and the use of acid suppression for acute UGI bleeding.  Two lectures and panel discussion for round three (Outside the ring of heartburn) of Gastroenterology/Hepatology Impact Conference 2004. CME symposium sponsored by Rush Presbyterian Hospital, Chicago, IL held in New York, NY. April 17, 2004

324. Helicobacter pylori and gastric cancer. Medical Grand Rounds. St Joseph's Regional Medical Center, Patterson, NJ. April 21, 2004

325. The many faces of GERD: Management of extraesophageal manifestations through differential diagnosis.  CME symposium series sponsored by an unrestricted grant from AstraZeneca entitled "Symptoms and Outcomes: Managing acid related disorders". Medical Grand rounds, Taylor Hospital, Ridley Park, PA. April 22, 2004.

326. Acid-peptic disease and H. pylori infection.  GI Pathophysiology Course, University of Pennsylvania Medical School (second year), Philadelphia, PA. May 28, 2004.

327. Management of non-variceal upper GI bleeding. GI Division summer Lecture series, HUP, University of Pennsylvania, Philadelphia, PA.  August 4, 2004.

328. Anatomy, histology and physiology of the stomach and duodenum. William Steinberg's Board Review in Gastroenterology. Wyndham Baltimore Inner Harbor Hotel, Baltimore, MD.  September 28, 2004.

329. Approach to gastroduodenal symptoms and management. William Steinberg's Board Review in Gastroenterology. Wyndham Baltimore Inner Harbor Hotel, Baltimore, MD.  September 28, 2004.

330. Non-variceal upper GI bleeding. William Steinberg's Board Review in Gastroenterology. Wyndham Baltimore Inner Harbor Hotel, Baltimore, MD.  September 28, 2004.

331. H. pylori and NSAIDs: Should we or shouldn't we test and treat? Louisville Gut Club. Louisville, KY.  September 29, 2004.

332. Upper GI Bleeding in the Hospitalized Patient: Stress related mucosal disease and prevention of re-bleeding after endoscopic hemostasis. Medical Grand Rounds, University of Louisville, Louisville, KY, September 30, 2004.

333. Zollinger Ellison Syndrome. Lecture for gastroenterology core physiology lecture series. VA Medical Center, Georgetown University, Washington DC, October 6, 2004.

334. Two lectures entitled "GERD: New Approaches" and "Management of non-ulcer Dyspepsia and H. pylori infection" each with panel discussion and Challenging Case Discussions for the sixth annual University of Pennsylvania CME course entitled "Gastroenterology and Hepatology Update" (I also was a co-director of the course), Park Hyatt at the Bellvue Hotel, Philadelphia, October 7, 2004.

335. The many faces of GERD: Management of extraesophageal manifestations through differential diagnosis.  CME symposium series sponsored by an unrestricted grant from AstraZeneca entitled "Symptoms and Outcomes: Managing acid related disorders". Medical Grand rounds, Memorial Hospital, York, PA. October 21, 2004.

336. Zollinger-Ellison syndrome. GI fellows seminar series. University of Virginia, Division of Gastroenterology and Hepatology, Charlottesville, Virginia, October 28, 2004.

337. NSAIDs: Weapons of Mass Destruction. Point Counterpoint nighttime satellite symposium on NSAIDs as part of the Annual University of Virginia CME update course, Charlottesville, Virginia, October 28, 2004.

338. Reality of IV PPI use. Lecture to AstraZeneca Medical Information Scientists at their Annual Science day, Orlando, Florida, October 31, 2004.

339. *Helicobacter pylori* gastritis and gastric cancer.  GI Grand Rounds, Medical University of South Carolina, Charleston, SC, November 29, 2004.

340. Principles of IV PPI therapy in hospitalized patients. Medical Grand Rounds, Medical University of South Carolina, Charleston, SC, November 30, 2004.

341. Principles of IV PPI therapy in hospitalized patients. Medical Grand Rounds, George Washington University, Washington, DC, December 9, 2004.

342. Pharmacology of antisecretory therapy. Lecture and panel discussion at a Daybreak Session on antisecretory therapy in the ICU at the 34th Critical Care Congress sponsored by the Society of Critical Care Medicine under an unrestricted grant from Santarus, Inc. Phoenix, AZ, January 16, 2005

343. Zollinger-Ellison syndrome and hypersecretory conditions. GI Fellows lecture series, Tufts New England Medical Center, Boston, MA. February 3, 2005

344. Principles of antisecretory therapy. Medical Grand Rounds, Caritas St. Elizabeth's hospital, Brighton, MA. February 3, 2005.

345. Case presentations and lecture on Zollinger-Ellison Syndrome. Visiting professorship at St James Hospital, Olympia Fields, IL.  February 25, 2005.

346. Acid suppression of the future.  Gastroenterology Grand Rounds, UPHS, Philadelphia, PA.  March 9, 2005.

347. Zollinger-Ellison syndrome. Gastroenterology Grand Rounds, Brown University and Rhode Island Hospital, Providence, RI. March 17, 2005.

348. Acid-peptic disease and H. pylori infection.  GI Pathophysiology Course, University of Pennsylvania Medical School (second year), Philadelphia, PA. May 27, 2005.

349. Management of acute GI disease: Prevention and Treatment.  Lecture and panel discussion at a CME conference entitled "Cardiothoracic Surgical Critical Care 2005" sponsored by the Washington Institute of Thoracic and Cardiovascular Surgery. Washington, DC. June 15, 2005

350. Update on H. pylori, peptic ulcer disease and Gastrointestinal reflux and Intravenous proton pump inhibitors for hospitalized patients. Two lectures and panel discussion at the 69th Annual Surgery CME Course entitled Advances in gastrointestinal and GI laparoscopic surgery sponsored by the University of Minnesota Medical School. Minneapolis, MN. June 16, 2005.

351. The role of acid reduction in treating acute UGI bleeding.  Lecture and panel discussion at a CME meeting entitled "update on GI bleeding" sponsored by the Delaware Society of Gastrointestinal Endoscopy and accredited by Fox Chase Cancer center. Philadelphia, PA. July 9, 2005.

352. Management of non-variceal upper GI bleeding. GI Division summer Lecture series, HUP, University of Pennsylvania, Philadelphia, PA.  August 3, 2005.

353. Pharmacology of Peptic ulcer disease. Lecture and generation of three cases for discussion. Pharmacology Course, University of Pennsylvania Medical School (third year), Philadelphia, PA. August 5, 2005.

354. Zollinger-Ellison syndrome: Diagnostic and therapeutic pitfalls.  Invited lecture at the 43rd annual congress of the South African Gastroenterology Society (SAGES), Durban, South Africa.  August 23, 2005.

355. Intravenous antisecretory therapy in hospitalized patients. Lecture and panel discussion for a lunch time symposium entitled "Intravenous Acid Suppression: Rationale and Application" at the 43rd annual congress of the South African Gastroenterology Society (SAGES), Durban, South Africa.  August 24, 2005.

356. Gastroesophageal reflux Disease: New Approaches. Surgical Grand Rounds, Groote Schuur Hospital, Cape Town, South Africa.  September 7, 2005.

357. Peptic Ulcer Bleeding. Surgical Grand Rounds, Groote Schuur Hospital, Cape Town, South Africa.  September 14, 2005.

358.    H. pylori and gastric cancer. Medical Grand Rounds, Groote Schuur Hospital, Cape Town, South Africa.  September 22, 2005.

359.    Obesity surgery and the endoscopic management of its complications. Surgical Grand Rounds, Groote Schuur Hospital, Cape Town, South Africa.  October 19, 2005.

360.    Intravenous antisecretory therapy in the hospital setting. Medical Grand Rounds, Groote Schuur Hospital, Cape Town, South Africa.  October 20, 2005.

361.    Gastrointestinal carcinoids. Surgical Grand Rounds, Groote Schuur Hospital, Cape Town, South Africa.  November 2, 2005.

362.    Gastrointestinal carcinoids. Special CPD lecture, Donny Gordon Wits Medical Center, Johannesburg, South Africa. November 3, 2005.

363.    H. pylori and gastric cancer. Special lecture to the Department of Medical Genetics, University of Cape Town, Cape Town, South Africa.  November 22, 2005.

364.    Obesity for the gastroenterologist and gastrointestinal surgeon.  GI Grand Rounds, Hahnemann University Hospital (Drexel), Philadelphia, PA.  April 6, 2006.

365.    Zollinger-Ellison syndrome:  Pitfalls in diagnosis and management. GI Grand Rounds, College of Physicians and Surgeons of Columbia University, New York, NY.  May 1, 2006.

366.    Neuroendocrine tumors: Risks of Disease progression. AGA Spring Postgraduate Course. DDW. Los Angeles, CA. May 21, 2006.

367.    ABIM Maintenance of Certification Made easy. DDW. Los Angeles, CA. May 23, 2006.

368.    Acid-peptic disease and H. pylori infection.  GI Pathophysiology Course, University of Pennsylvania Medical School (second year), Philadelphia, PA. May 26, 2006.

369.    Reflections on gastric acid secretion and why I do what I do. Visiting Professor and lecturer at GI fellow graduation, University of Illinois at Chicago, Chicago, IL. June 13, 2006.

370.    Pharmacology of Peptic ulcer disease. Lecture and generation of three cases for discussion. Pharmacology Course, University of Pennsylvania Medical School (third year), Philadelphia, PA. July 14, 2006.

371.    Peptic Ulcer Disease. Core topics in subspecialty medicine discussion series for UPHS Internal Medicine Residents, Philadelphia, PA.  August 3, 2006.

372.    Acid peptic diseases. GI Division summer Lecture series, HUP, University of Pennsylvania, Philadelphia, PA.  August 28, 2006.

373.    A 55 yr old man with liver metastases. CPC discussion at Medical Grand Rounds, HUP, University of Pennsylvania, Philadelphia, PA.  September 5, 2006.

374.    Anatomy, histology and physiology of the stomach and duodenum. William Steinberg's Board Review in Gastroenterology. Renaissance Hotel, Baltimore, MD.  September 16, 2006.

375.    Approach to gastroduodenal symptoms and management. William Steinberg's Board Review in Gastroenterology. Renaissance Hotel, Baltimore, MD.  September 16, 2006.

376.    Non-variceal upper GI bleeding. William Steinberg's Board Review in Gastroenterology. Wyndham Baltimore Inner Renaissance Hotel, Baltimore, MD.  September 16, 2006.

377.    Gastrointestinal carcinoid tumors. Riddle Memorial Hospital Medical Grand Rounds. Merdia, PA. January 5, 2007.

378.    Gastrintestinal carcinoid Tumors. Gastroenterology and Hepatology Linked to Endoscopy: Mayo Clinic's 5th Annual Winter Course in Scottsdale, AZ.  February 26, 2007.

379.    Management of patients with multiple endocrine neoplasia type 1 (MEN-1).  Lecture in concurrent session IV (Parathyroid) at the Penn general Surgery Update 2007. Hyatt Regency Philadelphia at Penn's Landing, Philadelphia, PA. May 11, 2007.

380.    Summary lecture: Epidemiological issues in upper gastrointestinal bleeding. AGA-I Topic Forum on non-variceal upper GI bleeding, DDW. Washington, DC. May 20, 2007.

381.    Is it OK to take a PPI and call me at 8 am? ASGE clinical symposium entitled the 2 am call: Management of GI emergencies, DDW. Washington, DC. May 22, 2007.

382.    Physiology of gastric acid secretion and acid-peptic disorders.  GI Pathophysiology Course, University of Pennsylvania Medical School (second year), Philadelphia, PA. May 25, 2007.

383.    Pharmacology of Peptic ulcer disease. Lecture and generation of three cases for discussion. Pharmacology Course, University of Pennsylvania Medical School (third year), Philadelphia, PA. July 13, 2007.

384.    Acid peptic diseases. GI Division summer Lecture series, HUP, University of Pennsylvania, Philadelphia, PA.  July 25, 2007.

385.    Putting the risk-benefit ratio of PPIs into perspective.  Visiting Scholar, TAP Pharmaceuticals, Deerfield, IL.  September 27, 2007.

386.    Hypergastrinemia, gastric carcinoids and PPI safety.  Visiting Scholar series, AstraZeneca LLC, Wilmington DE, November 1, 2007

387.    Approach to the diagnosis and management of GI carcinoids.  Oncology fellows lunchtime conference, University of Pennsylvania, Philadelphia, PA. November 8, 2007.

388.    Obesity for the gastroenterologist. Mt. Sinai School of Medicine GI Grand Rounds. Mt. Sinai, New York, NY. November 30, 2007.

389.    Celiac Disease for the immunologist. Allergy and Immunology Lecture series, University of Pennsylvania, Philadelphia, PA. February 1, 2008.

390.    Putting the risk-benefit ratio of PPIs into perspective.  New York gastroenterology association meeting, New York, NY. February 21, 2008.

391.    Visiting Professor for Grand Rounds (Putting the risk-benefit ratio of PPIs into perspective) and Clinical Case Presentations. Drexel University College of Medicine, Philadelphia, PA.  February 27, 2008.

392.    Putting the risk-benefit ratio of PPIs into perspective.  21st Annual GI Symposium in Topeka, St. Francis Health Center, Topeka, KS, April 10, 2008.

393.    Putting the risk-benefit ratio of PPIs into perspective.  GI Grand Rounds. New York-Presbyterian Hospital/Weill Cornell Medical College, New York, NY.  April 15, 2008.

394.    Endoscopy in the Bariatric patient. Invited lecture for CME course "Penn Live: GI Endoscopy 2008". HUP, University of Pennsylvania, Philadelphia, PA.  April 26, 2008.

395.    Visiting professor for the Neuroenteric Clinical Research Group and Lecture entitled "Intravenous proton pump inhibitor therapy: Principles of management".  University of Arizona, Tucson, AZ. April 29, 2008.

396.    Invited lecture: Optimal pH targets for peptic ulcer bleeding. AGAI research forum entitled non-variceal UGI bleeding: Pharmacological treatment and prognosis, DDW. San Diego, CA. May 18, 2008.

397.    Invited lecture: How much PPI is enough PPI? AGAI clinical symposium entitled the patient with refractory GERD: Is it always NERD? DDW. San Diego, CA. May 18, 2008.

398.  Pathophysiology of acid-peptic disorders and *H. pylori* gastritis.  GI Pathophysiology Course, University of Pennsylvania Medical School (second year), Philadelphia, PA. May 30, 2008.

399.  Putting the risk-benefit ratio of PPIs into perspective.  GI Grand Rounds. Beth Israel Hospital, New York, NY.  June 18, 2008.

400.  Pharmacology of Peptic ulcer disease. Lecture and three cases for discussion. Pharmacology Course, University of Pennsylvania Medical School (third year), Philadelphia, PA. July 18, 2008.

401.  Obesity for the gastroenterologist. GI grand rounds, Pennsylvania Hospital, Philadelphia, PA. September, 18, 2008

402.  Anatomy, histology and physiology of the stomach and duodenum. William Steinberg's Board Review in Gastroenterology. Renaissance Hotel, Baltimore, MD.  September 20, 2008.

403.  Approach to gastroduodenal symptoms and management. William Steinberg's Board Review in Gastroenterology. Renaissance Hotel, Baltimore, MD.  September 20, 2008.

404.  Non-variceal upper GI bleeding. William Steinberg's Board Review in Gastroenterology. Wyndham Baltimore Inner Renaissance Hotel, Baltimore, MD.  September 20, 2008.

405.  Acid Therapy – Today and Beyond. Lecture and visiting professorship, GI teaching day at UMA Gastroenterology, Binghamton NY. CME accredited by United health Services Hospitals. October 16, 2008.

406.  Acid Therapy today and beyond: Putting the risk-benefit ratio of PPIs into perspective. Medical Grand Rounds, Albert Einstein Medical Center, Philadelphia, PA.  November 12, 2008.

407.  Putting the risk-benefit ratio of PPIs into perspective. Medical Grand Rounds, Mercy Fitzgerald Medical Center, Darby, PA.  November 19, 2008

408.  GERD 2009: Acid, non-acid and functional heartburn.  Lecture and panel discussion. Gastroenterology and Hepatology Linked to Endoscopy: Mayo Clinic's 7th Annual Winter Course in Scottsdale, AZ.  February 26, 2009.

409.  Neuroendocrine tumors for the gastroenterologist.  Central Pennsylvania Society of Gastroenterology Semiannual meeting , Harrisburg, PA.  April 29, 2009.

410.  Physiology of gastric acid secretion and acid-peptic disorders. GI Pathophysiology Course, University of Pennsylvania Medical School (second year), Philadelphia, PA. May 27, 2009.

411.  'Intravenous Proton Pump Inhibitors: An update' and 'GERD 2009: Acid, Nonacid and Functional Heartburn'. Two lectures and a panel discussion at  the 73rd University of Minnesota CME surgery course entitled "Advances in Gastrointestinal and Laparoscopic Surgery". Hyatt Regency, Minneapolis, MN.  June 11, 2009.

412.  Clinical Therapeutics:  Peptic Ulcer Disease. Pharmacology Course, University of Pennsylvania Medical School (third year), Philadelphia, PA. June 18, 2009. Podcast of lecture and three case presentations.

413.  Carcinoid Tumors:  UPHS Oncology Fellows Lecture Series, Philadelphia, PA, June 18, 2009.

414.  Putting the risk-benefit ratio of PPIs into perspective. Lecture and Panel Discussion. 29th Annual Advances in Gastroenterology, CME Course sponsored by Thomas Jefferson Medical College, Sheraton Atlantic City Convention center Hotel, Atlantic City NJ. June 20, 2009.

415.  Acid peptic diseases. GI Division summer Lecture series, HUP, University of Pennsylvania, Philadelphia, PA.  July 22, 2009.

416.  The Risk-Benefit Ratio of Proton Pump Inhibitors (PPIs). Grand Rounds and Visiting Professor, Lankenau Hospital, Wynnewood, PA.  August 12, 2009.

417.  Approach to the diagnosis and treatment of GI carcinoid tumors. Invited lecture for the Neuroendocrine Tumor alliance at the Novartis annual meeting. Atlanta, GA January 12, 2010.

418. New Modalities in GI Physiology testing. Lecture at the Annual Penn Live CME Course, Philadelphia, PA March 5, 2010 (included a live demonstration of a bravo probe placement).

419. Writing good grants and how to succeed in academic GI.  Grant writing workshop at DDW 2010, sponsored by ASGE. New Orleans, LA Sunday May 2, 2010.

420. Managing the post-bariatric patient. Clinical Challenge Session (John Martin, MD co-presenter) at AGA Postgraduate course entitled "Managing digestive diseases in the next decade". New Orleans, LA, Saturday May 1 and Sunday May 2, 2010 (repeated).

421. Physiology of gastric acid secretion and acid-peptic disorders. GI Pathophysiology Course, University of Pennsylvania Medical School (second year), Philadelphia, PA. May 26, 2010.

422. Invited lecture entitled "Triage for Neuroendocrine Tumor Liver Metastases: When To Intervene?" for a Plenary session entitled "Neuroendocrine Tumors and Cholangiocarcinoma".   World Conference on Interventional Oncology. Philadelphia, PA. June 12, 2010.

423. Normal and abnormal acid secretion. Lecture at the Penn Gastroenterology and Hepatology Board review Course 2010, Marriott Courtyard Hotel, Philadelphia, PA June 24, 2010. Co-director of course which ran June 24-27, 2010.

424. Gastroduodenal acid-peptic disorders. Lecture at the Penn Gastroenterology and Hepatology Board review Course 2010, Marriott Courtyard Hotel, Philadelphia, PA June 24, 2010. Co-director of course which ran June 24-27, 2010.

425. Anatomy, histology and physiology of the stomach and duodenum. William Steinberg's Board Review in Gastroenterology. Crystal Gateway Marriott, Arlington, VA. September 14, 2010.

426. Approach to gastroduodenal symptoms and management. William Steinberg's Board Review in Gastroenterology. Crystal gateway Marriott, Arlington, VA. September 14, 2010.

427. Non-variceal upper GI bleeding. William Steinberg's Board Review in Gastroenterology. Crystal gateway Marriott, Arlington, VA. September 14, 2010.

428. Invited lecture: Long Term treatment With a PPI – Safe or Sorry?  Breakfast symposium entitled Controversies in GERD Treatment for the ACG annual meeting. San Antonio, Tx. October 19, 2010.

429. Eosinophilic Esophagitis.  GI Grand Rounds, multi-disciplinary conference. University of Pennsylvania, October 20, 2010.

430. Gastric carcinoids. Lecture and panel discussion for an educational session entitled "Management of small primary tumors: Biomarkers, treatment and follow up studies" at the NANETs annual meeting. Santa Fe, NM. October 29, 2010.

431. Neuroendocrine Tumors.  Lecture and panel discussion at a CME conference entitled "Recent Advances in Upper Gastrointestinal Cancers – Focus on Pancreatic and Esophagogastric Tumors" presented by the Abramson Cancer Center and Penn Medicine. Hyatt Regency at Penn's Landing, Philadelphia, PA.  December 10, 2010.

432. Update in the management of upper GI bleeding. Plenary lecture Philippine Society of Gastroenterology 2011 Philippine Digestive health Week. Edsa Shangri-La Hotel, Manila, Philippines.  March 8, 2011.

433. Potential Consequences of Achlorhydria or Hypochlorhydria. Invited lecture for an AGA Clinical Symposium entitled Risks of PPI therapy in clinical practice, DDW, Chicago, IL.  May 9, 2011.

434. Presentation, syndromes and Pathology: Implications for treatment. Invited lecture for a SSAT/AHPBA Joint Symposium entitled Pancreatic Neuroendocrine Tumors, DDW, Chicago, IL.  May 9, 2011.

435. Normal esophageal motility and GERD. GI Pathophysiology Course, University of Pennsylvania Medical School (second year), Philadelphia, PA. May 26, 2011.

436. Physiology of gastric acid secretion and acid-peptic disorders. GI Pathophysiology Course, University of Pennsylvania Medical School (second year), Philadelphia, PA. May 25, 2011.

437. Diagnosis of neuroendocrine tumors. Invited lecture at the "Neuroendocrine Tumor Regional CME Conference" sponsored by MD Anderson Cancer Center and NANETS (North American Neuroendocrine Tumor Society). Marriott Hotel, Nashville, TN.  July 22, 2011.

438. Management of hormonal syndromes from NETs. Invited lecture at the "Neuroendocrine Tumor Regional CME Conference" sponsored by MD Anderson Cancer Center and NANETS (North American Neuroendocrine Tumor Society). Marriott Hotel, Nashville, TN.  July 22, 2011.

439. Pathophysiology and treatment of acid peptic diseases. GI Division summer Lecture series, HUP, University of Pennsylvania, Philadelphia, PA.  July 25, 2011.

440. Gastroenteropancreatic NETs (clinical presentation and diagnosis). Penn Neuroendocrine Tumor CME Course, BRB Auditorium, University of Pennsylvania, Philadelphia, PA, September 9, 2011.

441. Somatostatin Analogs and the PROMID Trial. Penn Neuroendocrine Tumor CME Course, BRB Auditorium, University of Pennsylvania, Philadelphia, PA, September 9, 2011.

442. Neuroendocrine Tumors 101 (Overview of NETs). Focus on Neuroendocrine Tumors, Patient and Caregiver Conference, Hilton Hotel, Philadelphia, PA. September 16, 2011.

443. Anatomy, histology and physiology of the stomach and duodenum. William Steinberg's Board Review in Gastroenterology. Crystal Gateway Marriott, Arlington, VA..  September 19, 2011.

444. Approach to gastroduodenal symptoms and management. William Steinberg's Board Review in Gastroenterology. Crystal Gateway Marriott, Arlington, VA..  September 19, 2011.

445. Non-variceal upper GI bleeding. William Steinberg's Board Review in Gastroenterology. Crystal Gateway Marriott, Arlington, VA..  September 19, 2011.

446. Balancing the risks and benefits of proton pump inhibitors. Invited lecture at the 23rd symposium of the Association of Roberto Farini entitled "Evidence Based Medicine in Gastroenterology and Hepatology", University of Padua, Italy. January 28, 2012.

447. Managing Patients Pre- and Post- Bariatric Surgery.  Invited lecture (with Ed Livingston, MD) for a breakout session of the AGAI Spring Post-Graduate Course, San Diego, Ca. May 19, 2012.

448. Gastric Carcinoid Tumors. Invited lecture for a DDW clinical symposium on "Gastric Mass lesions" sponsored by the EGD section of the AGA. San Diego, Ca. May 20, 2012.

449. Neuroendocrine tumors: The GI perspective. Invited lecture to GI division.  University of California (Irvine), Santa Ana, Ca. May 24, 2012.

450. Physiology of gastric acid secretion and acid-peptic disorders. GI Pathophysiology Course, University of Pennsylvania Medical School (second year), Philadelphia, PA. May 25, 2012.

451. Neuroendocrine tumors. Abramson Cancer Center Grand  Rounds, University of PA. Philadelphia, PA. May 30, 2012.

452. State of the Art:  Nonvariceal upper GI bleeding. Lecture at the 43rd Annual Nordic Society of Gastroenterology meeting, Reykjavik, Iceland, June 12-15, 2012

453. Non-variceal UGI bleeding. GI Division summer Lecture series, HUP, University of Pennsylvania, Philadelphia, PA. July 16, 2011.

454. Non-variceal upper GI bleeding. William Steinberg's Board Review in Gastroenterology. Crystal Gateway Marriott, Arlington, VA..  September 10, 2012.

455. GI Hormones and Tumor Syndromes.  William Steinberg's Board Review in Gastroenterology. Crystal Gateway Marriott, Arlington, VA..  September 10, 2012.

456. Diagnosing NETs – Where can we improve? An Endoscopic perspective.  Lecture and Panel discussion, NANETs annual meeting entitled "Management Strategies, What's new and relevant", San Diego, Ca.  October 12, 2012

457. Controversies in Diagnosis.  Lecture and Panel discussion, NANETs annual meeting entitled "Management Strategies, What's new and relevant", San Diego, Ca.  October 12, 2012

458. Overview of gastroenteropancreatic neuroendocrine tumors (GEP-NETs). Focus on Neuroendocrine Tumors, Patient and Caregiver Conference, Hilton Hotel, Philadelphia, PA. November 2, 2012.

459. Neuroendocrine tumors: The GI perspective. Endocrinology Grand Rounds.  University of PA. Philadelphia, PA. November 28, 2012.

460. Gastric Intestinal Metaplasia and Carcinoids – What to do? Lecture at the ACG Western regional course, Los Angeles, CA.  January 25, 2013

461. Neuroendocrine tumors: The GI perspective. Department of Medicine Grand Rounds.  Crozer-Chester Medical Center, Chester, PA. February 22, 2013.

462. Acid-peptic disease and H. pylori infection.  GI Pathophysiology Course, University of Pennsylvania Medical School (second year), Philadelphia, PA. May 30, 2013.

463. Visiting Professor and GI Grand Rounds: Neuroendocrine tumors: The GI perspective. Mt Sinai Medical Center, New York, NY. June 7, 2013.

464. Visiting Professor and presentation entitled " Rebound gastric acid hypersecretion: fact or fiction". UCLA Wadsworth VA, Los Angeles, CA.  July 29, 2013.

465. Session Moderator for session V: Treatment of Barrett's Esophagus and lecture entitled "Role of non-acid suppressing therapies and lifestyle changes" for the 2013 James W. Freston Conference entitled "Consensus Approach to Barrett's Esophagus: Biology, Biomarkers and management". Chicago, IL. August 17&18, 2013.

466. Neuroendocrine tumors of the GI tract. Lecture and panel discussion at the ACG/VGS/ODSGNA regional postgraduate course. Williamsburg, VA.  September 7, 2013

467. GI aspects of Neuroendocrine Tumors. Lecture and panel discussion at the Pennsylvania Society of Gastroenterology 2013 Annual Scientific meeting. Hershey, PA.  September 28, 2013

468. Zollinger-Ellison Syndrome: Pitfalls of Secretin testing.  Lecture and panel discussion at the 2013 Annual NANET's meeting, Charleston, SC, October 4, 2013.

469. Complicated case presentations with ARS – Panel discussion for two patient cases (metastatic Glucagonoma and non-functional small PNETs) at the 2013 Annual NANET's meeting, Charleston, SC, October 5, 2013.

470. Non-variceal upper GI bleeding. William Steinberg's Board Review in Gastroenterology. Crystal Gateway Marriott, Arlington, VA..  October 10, 2013.

471. GI Hormones and Tumor Syndromes.  William Steinberg's Board Review in Gastroenterology. Crystal Gateway Marriott, Arlington, VA..  October 10, 2013.

472. Gastroenteropancreatic Neuroendocrine Tumors. Oncologic Imaging – From Head to Toe. Penn Radiology CME course. Philadelphia, PA, October 11, 2013.

473. Neuroendocrine tumors: The GI Perspective.  Gastroenterology Grand Rounds. University of Pennsylvania, Philadelphia, PA. October 23, 2013.

474. Rebound gastric Acid Hypersecretion: Fact or Fiction?  Lecture and panel discussion at A Day in the Gut XXI. Montefiore Medical Center, Bronx, NY.  November 1, 2013.

475. Gastric Intestinal Metaplasia and Neuroendocrine Proliferation: Insights and Management Strategies.  Lecture and panel discussion at A Day in the Gut XXI. Montefiore Medical Center, Bronx, NY.  November 1, 2013.

476. Gastroenteropancreatic Neuroendocrine Tumors (GEPNETs). Lecture and panel discussion for Recent Advances in the Management of Gastrointestinal Cancer: Focus on Precision Medicine. CME course. Philadelphia, PA. December 13, 2013.

477. Neuroendocrine Tumors: An Update.  GI grand rounds and visiting professor.  University of Colorado, Denver, CO. January 3, 2014

478. Gastrointestinal Carcinoid Tumors: Diagnosis and management: Lecture and panel discussion. ACG Board of Governors/ASGE Best Practice Course. Las Vegas, NV. January 25, 2014.

479. Management of hormonal syndromes from NETs: Functional and non-functional PNETs. Invited lecture and panel discussion at "Multidisciplinary Management of Neuroendocrine Cancers" sponsored by Wayne State University School of Medicine and NANETS (North American Neuroendocrine Tumor Society). Troy Marriott Hotel, Troy, MI.  May 17, 2014.

480. Peptide Receptor Radionuclide Therapy – Current status in the US, and other clinical trials. Invited lecture and panel discussion at "Multidisciplinary Management of Neuroendocrine Cancers" sponsored by Wayne State University School of Medicine and NANETS (North American Neuroendocrine Tumor Society). Troy Marriott Hotel, Troy, MI.  May 17, 2014.

481. Esophageal Pathophysiology.  GI Pathophysiology Course, University of Pennsylvania Medical School (second year), Philadelphia, PA. May 29, 2014.

482. Acid-peptic disease and H. pylori infection.  GI Pathophysiology Course, University of Pennsylvania Medical School (second year), Philadelphia, PA. May 29, 2014.

483. Diagnostic Testing: What I need to know and when to order. Lecture and panel discussion at the AGA Principles of Gastroenterology for the Nurse Practitioner and Physician assistant 2014. Intercontinental Hotel, Chicago, Il. Aug 15, 2014.

484. Neuroendocrine Tumors. Lecture and panel discussion at the AGA Principles of Gastroenterology for the Nurse Practitioner and Physician assistant 2014. Intercontinental Hotel, Chicago, Il. Aug 17, 2014.

485. Non-variceal upper GI bleeding. William Steinberg's Board Review in Gastroenterology. Crystal Gateway Marriott, Arlington, VA..  September 10, 2014.

486. GI Hormones and Tumor Syndromes.  William Steinberg's Board Review in Gastroenterology. Crystal Gateway Marriott, Arlington, VA.  September 10, 2014.

487. Panel Discussion and lecture entitled "The role of the gastroenterologist in the diagnosis and treatment of NETs". Carcinoid Cancer Awareness Network Annual Meeting, Charlotte Marriott Center City, Charlotte, NC. September 20, 2014.

488. Management of hormonal syndromes from NETs: Functional and non-functional PNETs and Hereditary syndromes associated with NETs. Invited lecture and panel discussion at "Multidisciplinary Management of Neuroendocrine Cancers" sponsored by Keck School of medicine of USC and NANETS (North American Neuroendocrine Tumor Society). MdR Hotel, Marina Del Rey, CA.  Nov 1, 2014.

489. Peptide Receptor Radionuclide Therapy – Current status in the US, and other clinical trials. Invited lecture and panel discussion at "Multidisciplinary Management of Neuroendocrine Cancers" sponsored by Keck School of medicine of USC and NANETS (North American Neuroendocrine Tumor Society). MdR Hotel, Marina Del Rey, CA.  Nov 1, 2014.

490. H. pylori testing and treatment. GI fellows core curriculum lecture. University of PA, Philadelphia, PA. Jan 26, 2015.

491. Peptic ulcers, mass lesions and gastritides (other than H. pylori). GI fellows core curriculum lecture. University of PA, Philadelphia, PA. Feb 2, 2015.

492. Difficulties in diagnosing and managing Zollinger-Ellison Syndrome. Endocrine Grand Rounds. University of PA, Philadelphia, PA. Feb 4, 2015.

493. Meet the Professor: Difficulties in diagnosing and managing Zollinger-Ellison Syndrome. 12th Annual ENETS Conference for the Diagnosis and Treatment of Neuroendocrine Tumor Disease. Barcelona, Spain.  March 12 and 13, 2015 (delivered twice)..

494. Dedication of Robert T. Jensen, MD., Lifetime Achievement Awardee, 12th Annual ENETS Conference for the Diagnosis and Treatment of Neuroendocrine Tumor Disease. Barcelona, Spain.  March 12, 2015.

495. GI procedures Related to NETs. Lecture and panel discussion at the regional NET Cancer patient Conference organized by The Neuroendocrine Cancer Awareness Network (NCAN), Long Island Marriott, Uniondale NY. March 28, 2015.

496. Acid-peptic disease and H. pylori infection. GI Pathophysiology Course, University of Pennsylvania Medical School (second year), Philadelphia, PA. May 27, 2015.

497. Peptic Ulcer Disease: How to Treat.  Lecture and panel discussion at the 2nd Annual Digestive Diseases: New Advances Conference, CME sponsored by Global Academy CME and Rutgers University. Philadelphia Sheraton Downtown, Philadelphia, PA.  June 12, 2015

498. Non-variceal upper GI bleeding. William Steinberg's Board Review in Gastroenterology. Crystal Gateway Marriott, Arlington, VA.  September 28, 2015.

499. GI Hormones and Tumor Syndromes.  William Steinberg's Board Review in Gastroenterology. Crystal Gateway Marriott, Arlington, VA.  September 28, 2015.

500. Gastroduodenal mucosal diseases. William Steinberg's Board Review in Gastroenterology. Crystal Gateway Marriott, Arlington, VA.  September 28, 2015.

501. Neuroendocrine Tumors: Work-up, Symptoms and palliative Options.  Oncologic Imaging: Optimizing Patient Care. CME sponsored by the Perelman School of Medicine at the University of Pennsylvania. Sofitel, Philadelphia, PA. October 7, 2015.

502. Biomarkers, endoscopic imaging and obstacles in diagnosis of NETs. Invited lecture and panel discussion at "Multidisciplinary Management of Neuroendocrine Cancers" sponsored by UT Southwestern Medical Center and NANETS (North American Neuroendocrine Tumor Society). Dallas Marriott Suites Medical Market Center, Dallas, TX. Nov 14, 2015.

503. Neuroendocrinology for the gastroenterologist. HUP Allergy and Immunology Conference. University of Pennsylvania, Philadelphia, PA.  December 4, 2015.

504. Gastric Intestinal Metaplasia: What to do. Keynote Lecture at the 39th Annual NYSGE course entitled "Endoscopy: Everyday, Extreme and Everything in Between" New York Marriott Marquis Hotel, New York, NY.  December 18, 1 2015.

505. Peptic Ulcer Disease: How to Treat.  Lecture and panel discussion at the 3rd Annual Digestive Diseases: New Advances Conference, CME sponsored by Global Academy CME and Rutgers University. Philadelphia Double Tree by Hilton Downtown, Philadelphia, PA.  April 1, 2016.

506. Acid-peptic disease and H. pylori infection. GI Pathophysiology Course, University of Pennsylvania Medical School (second year), Philadelphia, PA. May 26, 2016.

507. The best of DDW in acid-peptic disease and Neuroendocrine tumors. Evening Symposium at University of Pennsylvania entitled Best of EASL and DDW 2016. University of Pennsylvania, Philadelphia, PA.  May 26, 2016.

508. Neuroendocrine Tumors. Endocrinology Grand Rounds. University of PA, Philadelphia, PA. June 22, 2016.

509. How I stay current. Lecture at the 25th Wits Biennial Surgical Symposium entitled "Standards of care meets evidence-based medicine". University of the Witwatersrand School of Public Health, Parktown, Johannesburg. June 27, 2016.

510. Gastric polyps: Ignore, biopsy or resect? Lecture at the 25th Wits Biennial Surgical Symposium entitled "Standards of care meets evidence-based medicine". University of the Witwatersrand School of Public Health, Parktown, Johannesburg. June 27, 2016.

511. Neuroendocrine Tumors update. Keynote lecture at the 25th Wits Biennial Surgical Symposium entitled "Standards of care meets evidence-based medicine". University of the Witwatersrand School of Public Health, Parktown, Johannesburg. June 27, 2016.

512. Consequences of Gastric atrophy: intestinal metaplasia and gastric carcinoids. Lecture to the GI department at the Donald Gordon Academic Hospital, Parktown, JHB June 28, 2016.

513. Gastroduodenal mucosal diseases.  GI Fellowship Summer Lecture Series. University of Pennsylvania, Philadelphia, PA.  August 24, 2016

514. Non-variceal upper GI bleeding. William Steinberg's Board Review in Gastroenterology. Crystal Gateway Marriott, Arlington, VA.  September 11, 2016.

515. Gastro-duodenal mucosal disorders. William Steinberg's Board Review in Gastroenterology. Crystal Gateway Marriott, Arlington, VA.  September 11, 2016.

516. Gastric intestinal metaplasia and carcinoids: What to do.  Vassar Brothers Medical Center, 21st Annual GI Teaching Day. The Grandview, Poughkeepsie, NY.  September 21, 2016.

517. Panel Discussion and lecture entitled "The role of the gastroenterologist in diagnosing and treating NETs". 2016 National NET Cancer Patient Conference, Neuroendocrine Cancer Awareness Network Annual Meeting, Grand Hyatt, New Orleans, LA. September 23, 2016.

518. Calculating the Adenoma Detection Rate (ADR) Using a Novel Electronic Medical Record (EMR) Workflow. Gastroenterology and Colorectal Surgery Divisions Lecture. Groote Schuur Hospital, UCT, Cape Town, South Africa. October 19, 2016.

519. Neuroendocrine tumors. Department of Surgery Grand Rounds. Groote Schuur Hospital, UCT, Cape Town, South Africa. October 20, 2016.

520. Intestinal metaplasia and gastric carcinoids. Gastroenterology Division Lecture. Groote Schuur Hospital, UCT, Cape Town, South Africa. October 21, 2016.

521. Solly Marks Memorial Lecture: Current perspectives on the risk benefit ratio of PPI therapy. Medial Grand Rounds. Groote Schuur Hospital, UCT, Cape Town, South Africa. October 21, 2016.

522. PUD update. Gastroenterology Division Lecture. Groote Schuur Hospital, UCT, Cape Town, South Africa. October 22, 2016.

523. Secretin testing for Zollinger-Ellison Syndrome: Lecture and Panel Discussion. HPBASA 2016 Conference. Wallenberg Research Centre @ STIAS, Stellenbosch, South Africa. October 23, 2016.

524. Medical Management of Zollinger-Ellison Syndrome: Lecture and Panel Discussion. HPBASA 2016 Conference. Wallenberg Research Centre @ STIAS, Stellenbosch, South Africa. October 23, 2016.

525. Personalized medicine for NETs. Gastroenterology Division Lecture. Groote Schuur Hospital, UCT, Cape Town, South Africa. October 25, 2016.

526. Non-variceal UGI bleeding. Gastroenterology and Endoscopy Nurses Lecture. Groote Schuur Hospital, UCT, Cape Town, South Africa. October 26, 2016.

527. Pancreatic Neuroendocrine Tumors. Lecture and Panel Discussion. Hoag-USC Hepatobiliary symposium. Hoag Hospital, Irvine, CA. January 26, 2017.

528. Translating Disease Type, Progression Profiles, Biomarkers and the Safety-Efficacy Equation for Available Therapies into Optimal Clinical Management. Lecture and Panel Discussion. CME program entitled "Real World Decision-making for Gastrointestinal Neuroendocrine Tumors (NETs)" sponsored by the University of Massachusetts. Grand Hyatt, NYC, NY. March 4, 2017.

529. Gastroduodenal Ulcers: Still a Clinically Relevant Problem.  Lecture and panel discussion at the 4th Annual Digestive Diseases: New Advances Conference, CME sponsored by Global Academy CME and Rutgers University. Westin Philadelphia, Philadelphia, PA.  March 24, 2017.

530. Perspectives of the Risk-Benefit Ratio of PPI Therapy.  Lecture and panel discussion at the 4th Annual Digestive Diseases: New Advances Conference, CME sponsored by Global Academy CME and Rutgers University. Westin Philadelphia, Philadelphia, PA.  March 24, 2017.

531. Acid-peptic disease and H. pylori infection. GI Pathophysiology Course, University of Pennsylvania Medical School (second year), Philadelphia, PA. May 23, 2017.

532. Gastro-duodenal mucosal disorders. William Steinberg's Board Review in Gastroenterology. Crystal Gateway Marriott, Arlington, VA.  September 10, 2017.

533. Non-variceal upper GI bleeding. William Steinberg's Board Review in Gastroenterology. Crystal Gateway Marriott, Arlington, VA.  September 10, 2017.

534. PPI Use and changing approaches to care. Lecture, panel discussion and case presentations. Inaugural GI Symposium. Christiana Hospital, Christiana Care Health System, Newark, DE. October 7, 2017.

535. Establishing a multidisciplinary NET clinical practice. Lecture and Panel discussion for the In Training/Early Career program at the 10th Annual NANETS meeting 2017, Innovation in a rapidly changing landscape, Philadelphia, PA. October 19, 2017.

536. The evolving treatment landscape: Risk Benefit ratio of PPIs. Lecture and Panel discussion at a Takeda-sponsored symposium entitled "Optimizing the management of acid-related disorders- from diagnosis to treatment" during UEG Week 2017, Barcelona, Spain. October 31, 2017. https://www.ueg.eu/education/document/optimizing-the-management-of-acid-related-disorders-from-diagnosis-to-treatment-takeda-pharmaceuticals-international-ag/167285/

537. New agents in the treatment of NETs.  NANETS regional NET Education: The changing face of NETs. CME program at Eastern Virginia School of Medicine. February 17, 2018. Norfolk, VA.

538. The risks and benefits of proton pump inhibitors.  Lecture, panel discussion and moderator of "upper GI session II" at the 5th Annual Digestive Diseases: New Advances Conference, CME sponsored by Global Academy CME and Rutgers University. Westin Philadelphia, Philadelphia, PA.  March 16, 2017.

539. GI Luminal Carcinoids.  Lecture and moderator of Live case presentations at the 11th Annual Penn Live: GI Endoscopy and liver disease 2018 sponsored by the Perelman School of Medicine at the University of Pennsylvania, Philadelphia, PA.  April 20, 2018.

540. Challenges and Strategies in the diagnosis and localization of NETs. Lecture and panel discussion at a DDW 2018 Combined Clinical Symposium entitled "Multidisciplinary Management of Gastrointestinal and Pancreatic Neuroendocrine Tumors". Washington, DC. June 3, 2018.

541. *Background, Epidemiology, Symptoms and Biochemical Diagnosis. Lecture and panel discussion in the Overview of Neuroendocrine Tumors Section of the Los Angeles NANETS Regional NET Education Conference, Cedars Sinai Medical Center, Los Angeles, CA.  June 9, 2018.*

542. *Symptom Control in NETs. Lecture and panel discussion in the Hormonal Management of NETs Section of the Los Angeles NANETS Regional NET Education Conference, Cedars Sinai Medical Center, Los Angeles, CA.  June 9, 2018.*

543. Neuroendocrine tumors – DDW update 2018. Lecture at the Penn GI Post DDW 2018 Review Conference. City Line Hilton, Philadelphia, PA. June 16, 2018.

544. Patient Selection for Lutetium LU 177 Dotatate Therapy.  Lecture and panel discussion at a symposium entitled "CE04: Using Lutetium LU 177 Dotatate – Nuts and Bolts Experience" at the SNMMI Annual Meeting. Philadelphia Convention Center, Philadelphia, PA. June 23, 2018.

545. NETs, Diagnosis and Management. Lecture and panel discussion at the Patient Education Day Breakout Session on Neuroendocrine Tumors at the SNMMI Annual Meeting. Philadelphia Convention Center, Philadelphia, PA. June 24, 2018.

546. Thera(g)nostics and precision (personalized) medicine for NETS.  Oncology Grand Rounds, Hoag Hospital, Newport Beach, CA. June 28, 2018.

547. Gastro-duodenal mucosal disorders. William Steinberg's Board Review in Gastroenterology. Ritz Carlton, Pentagon City, Arlington, VA.  August 25 2018.

548. Non-variceal upper GI bleeding. William Steinberg's Board Review in Gastroenterology. Ritz Carlton, Pentagon City, Arlington, VA.  August 25 2018.

549. Thera(g)nostics and precision (personalized) medicine for NETS.  GI Grand Rounds, Temple University Hospital, Philadelphia, PA. October 24, 2018.

550. GERD physiology and the truth about PPIs. Lecture and live endoscopy presentation for the Penn/Medtronic Esophageal preceptorship. UPSOM, PCAM, Philadelphia, PA.  January 17, 2019

551. Thera(g)nostics and precision (personalized) medicine for NETS.  Medicine Grand Rounds, Albert Einstein Medical Center, Philadelphia, PA. March 6, 2019.

552. The risks and benefits of proton pump inhibitors.  Lecture, panel discussion and moderator of "upper GI session II" at the 6th Annual Digestive Diseases: New Advances Conference, CME sponsored by Global Academy CME and Rutgers University. Westin Philadelphia, Philadelphia, PA.  March 15, 2019.

553. Theranostics for NET.  GI Grand Rounds, RWJ School of medicine, Rutgers University, East Brunswick, NJ. May 10, 2019.

554. Gastric Carcinoid: Resect, snare it or forget it? AGA Postgraduate course, afternoon breakout session, with Michele Kim. American Gastroenterological Association Meeting, San Diego CA.  May 18, 2019.

555. Gastric and duodenal carcinoid tumors: When to worry and approaches. ASGE Postgraduate course, Lecture and panel discussion.   American Gastroenterological Association Meeting, San Diego CA.  May 20, 2019.

556. Neuroendocrine tumors – DDW update 2019. Lecture at the Penn GI Post DDW 2019 Review Conference. City Line Hilton, Philadelphia, PA. June 8, 2019.

557. The Neuroendocrinologist's Perspective. Lecture and moderator for a CME meeting entitled " Incorporating New Approaches for Diagnosis and Treatment of Neuroendocrine Tumor" sponsored by SNMMI. The Notary Hotel, November 13, 2019, Philadelphia, PA.

558. Acid peptic diseases. Fellows Didactic lecture with DDSEP questions. University of Pennsylvania, Division of GI, Fellows lecture series. November 20, 2019.

559. GERD physiology and the truth about PPIs. Lecture and live endoscopy presentation for the Penn/Medtronic Esophageal preceptorship. UPSOM, PCAM, Philadelphia, PA.  November 21, 2019

560. Lecture entitled "Symptom Management: Diarrhea" and panel discussion at the 2020 LACNETS Virtual NET Patient Education Conference Saturday, June 20th 2020.
zoom.us/j/89950622009?pwd=V0NKbVlPbk5DclZiaU9oSVFaL1VaZz09

561.    Suppressing gastric acid secretion: Beyond the proton pump.  Lecture and panel discussion at CME Postgraduate Institute of Medicine event entitled " Looking Beyond PPIs: Unmet Needs and Emerging Therapies in Acid-Related Disorders" broadcast by Medscape Live (with CW Howden, MD and L Laine, MD). October 29, 2020.

562.    Neuroendocrinology for the internist.  Endocrinology Division Grand Rounds, University of Pennsylvania. February 3, 2021.

563.    Suspecting Cancer: Patient visit and labs. Lecture and panel discussion at Ballad Health Innovations in Oncology symposium, Bristol Regional Medical Center, August 24, 2024.


**ORGANIZING ROLES IN SCIENTIFIC MEETINGS (see also professional society memberships):**

AGA abstract review committee member (1992-2021)
AGA Clinical practice symposium committee (2001-2006)
AGA Postgraduate course co-director (2006)
AGA Maintenance of Certification Made Easy course director (2006)
DDW 2012-13 AGA EGD section Vice Chair
DDW 2014-15 AGA EGD section Chair
NANETS education committee and Conference organizing Committee (2012-2017)
AGA Principles of Gastroenterology for the Nurse Practitioner and Physician Assistant course co-director (2014)


**BIBLIOGRAPHY**:

Research Publications, peer reviewed:

1.    DC Metz and SB Benjamin.  Islet cell carcinoma of the pancreas presenting as bleeding from isolated gastric varices - report of a case and review of the literature.  Dig Dis Sci 36(2):241-44, 1991.

2.    JR Pisegna, JA Norton, GG Slimak, DC Metz, PN Maton, JD Gardner, RT Jensen.  Effects of curative gastrinoma resection on gastric secretory function and antisecretory drug requirements in patients with Zollinger-Ellison syndrome. Gastroenterology 102(3):767-78, 1992.

3.    DL Miller, JL Doppman, DC Metz, PN Maton, JA Norton, RT Jensen.  Zollinger-Ellison syndrome:  Technique, results and complications of portal venous sampling.  Radiology 182:235-41, 1992.

4.    DC Metz, JR Pisegna, VA Fishbeyn, RV Benya, RT Jensen.  Currently used doses of omeprazole in Zollinger-Ellison syndrome are too high.  Gastroenterology 103(5):1498-1508, 1992.

5.    E Straus, J-P Raufman, S Samuel, JD Waye, DC Metz, JR Pisegna, RT Jensen.  Endoscopic cure of the Zollinger-Ellison syndrome:  Removal of duodenal gastrinoma from the proximal limb of gastrojejunostomy.  Gastrointestinal Endoscopy 38(6):709-711, 1992.

6.    DC Metz, RJ Patto, JE Mrozinski Jr., RT Jensen, RJ Turner, JD Gardner.  Thapsigargin defines the roles of cellular calcium in secretagogue-stimulated enzyme secretion from pancreatic acini.  J Biol Chem 267(29):20620-20629, 1992.

7.    DC Metz, JR Pisegna, GL Ringham, K Feigenbaum, PD Koviack, PN Maton, JD Gardner, RT Jensen.  Prospective study of the efficacy and safety of lansoprazole in Zollinger-Ellison syndrome.  Dig Dis Sci 38:245-256, 1993. (This manuscript was also abstracted for the Clinical Digest Series)

8.    RV Benya, DC Metz, YM Hijazi, VA Fishbeyn, JR Pisegna, RT Jensen.  Fine needle aspiration cytology of submucosal nodules in patients with Zollinger-Ellison syndrome.  Am J Gastroenterol 88(2):258-265, 1993.

9.    RT Jensen, DC Metz, PD Koviack, KM Feigenbaum.  Prospective study of the long-term efficacy and safety of lansoprazole in patients with Zollinger-Ellison syndrome.  Aliment Pharmacol Therap  7(Suppl. 1):41-50, 1993.

10. SL Sugg, JA Norton, DL Fraker, DC Metz, JR Pisegna, VA Fishbeyn, RV Benya, TH Shawker, JL Doppman, RT Jensen.  A prospective study of intraoperative methods to diagnose and resect duodenal gastrinomas.  Ann Surg 218:138-144, 1993.

11. JR Pisegna, JL Doppman, JA Norton, DC Metz, RT Jensen.  Prospective comparative study of ability of MR imaging to localize tumors in patients with Zollinger-Ellison syndrome.  Dig Dis Sci  38:1318-1328, 1993.

12. DC Metz, RV Benya, VA Fishbeyn, JR Pisegna, M Orbuch, DB Strader, JA Norton, RT Jensen.  Prospective study of the need for long-term antisecretory therapy in patients with Zollinger-Ellison syndrome following successful curative gastrinoma resection.  Aliment Pharmacol Therap  7:247-257, 1993.

13. VA Fishbeyn, JA Norton, RV Benya, JR Pisegna, DJ Venzon, DC Metz, RT Jensen.  Assessment and prediction of long-term cure in patients with Zollinger-Ellison syndrome:  a prospective study of the best approach.  Ann Intern Med 119:199-206, 1993.

14. DC Metz, M Kuchnio, G Jaffe, DL Fraker, DJ Venzon, RT Jensen, M Stetler-Stevenson.  Flow cytometry and Zollinger-Ellison syndrome. Relationship to clinical course.  Gastroenterology  105(3):799-813, 1993.

15. JR Pisegna, GG Slimak, JL Doppman, DB Strader, DC Metz, RV Benya, M Orbuch, VA Fishbeyn, DL Fraker, JA Norton, PN Maton, RT Jensen.  An evaluation of human recombinant alpha interferon in patients with metastatic gastrinoma.  Gastroenterology 105(4):1179-1183, 1993.

16. DC Metz, TK Pradhan, JE Mrozinski Jr., RT Jensen, RJ Turner, JD Gardner.  Effect of inhibition of microsomal $Ca^{2+}$-ATPase on cytoplasmic calcium and enzyme secretion in pancreatic acini.  Biochim. Biophys. Acta.  1220(2):199-208, 1994.

17. DC Metz, DB Strader, M Orbuch, PD Koviack, KM Feigenbaum, RT Jensen.  Use of omeprazole in Zollinger-Ellison syndrome: A prospective nine year study of efficacy and safety.  Aliment. Pharmacol. Therap. 7:597-610, 1993.

18. Y Kitsukawa, C Felley, DC Metz, RT Jensen.  Thapsigargin (TG) defines the roles of calcium in initial, sustained, and potentiated secretagogue-induced pepsinogen secretion from chief cells.  Am J Physiol 266(4):G 613-623, 1994.

19. RV Benya, DC Metz, DJ Venzon, VA Fishbeyn, DB Strader, M Orbuch, RT Jensen.  Zollinger-Ellison syndrome can be the initial endocrine manifestation in patients with multiple endocrine neoplasia-type I.  Am J Med  97:436-444, 1994.

20. VD Talkad, RJ Patto, DC Metz, RJ Turner, KP Fortune, ST Bhat, JD Gardner.  Characterization of the three different states of the cholecystokinin (CCK) receptor in pancreatic acini.  Biochim. Biophys. Acta.  1224(2):103-116, 1994.

21. DC Metz, HC Weber, M Orbuch, DB Strader, IA Lubensky, RT Jensen.  Helicobacter pylori infection: a reversible cause of hypergastrinemia and hyperchlorhydria which may mimic Zollinger-Ellison syndrome.  Dig. Dis. Sci. 40(1):153-159, 1995.

22. DC Metz, HD Getz.  Helicobacter pylori gastritis therapy with omeprazole and clarithromycin increases serum carbamazepine levels.  Dig. Dis. Sci.  40(4):912-915, 1995.

23. DO Faigel, DJ Vaughn, EE Furth, DC Metz.  Chronic lymphocytic leukemia: An unusual cause of upper gastrointestinal hemorrhage.  Am J Gastroenterol  90(4):635-637, 1995.

24. DO Faigel, DC Metz, ML Kochman.  Torsade de Pointes complicating the treatment of bleeding esophageal varices: Association with neuroleptics, vasopressin and electrolyte imbalance.  Am J Gastroenterol  90(5):822-824, 1995.

25. DB Strader, SB Benjamin, IA Lubensky, F Gibril, C Weber, VA Fishbeyn, RT Jensen, DC Metz.  Esophageal function and occurrence of Barrett's esophagus in Zollinger-Ellison syndrome.  Digestion.  56(5):347-356, 1995.

26. HC Weber, DJ Venzon, J-T Lin, VA Fishbein, M Orbuch, DB Strader, F Gibril, DC Metz, DL Fraker, JA Norton and RT Jensen.  Determinants of metastatic rate and survival in Zollinger-Ellison syndrome: a prospective long-term study. Gastroenterology  108(6):1637-1649, 1995.

27. DO Faigel, DC Metz.  Prevalence, etiology and prognostic significance of upper gastrointestinal hemorrhage in diabetic ketoacidosis.  Dig Dis Sci  41(1);1-8, 1996.

28.     DC Metz, ML Childs, C Ruiz, GS Weinstein.  A pilot study of the oral omeprazole test for reflux laryngitis.  Otolaryngology - Head and Neck Surgery.   116(1);41-46, 1997.

29.     DO Faigel, M Childs, EE Furth, A Alavi, DC Metz.  New non-invasive tests for Helicobacter pylori gastritis: comparison with a tissue-based gold standard.  Dig. Dis. Sci.  41(4);740-748, 1996.  (This manuscript was also abstracted for Gastroenterology Digest)

30.     DO Faigel, EE Furth, M Childs, J Goin, DC Metz.  Histological predictors of active Helicobacter pylori infection.  Dig. Dis. Sci.  41(5);937-943, 1996.

31.     BK Temeck, JE Liebmann, C Theodossiou, SM Steinberg, JA Cook, DC Metz, TH Shawker, CJ Allegra, A Russo, HI Pass.  Phase II trial of 5-fluorouracil, leukovorin, interferon-□-2a, and cisplatin as neoadjuvant chemotherapy for locally advanced esophageal carcinoma.  Cancer 77(12);2432-2439, 1996.

32.     RJ Hunter, DC Metz, JB Morris, RD Rothstein.  Gastroparesis: a potential pitfall of laparoscopic Nissen fundoplication.  Am J Gastro 91(12);2617-2618, 1996.

33.     CH Weber, DJ Venzon, RT Jensen, DC Metz.  Studies on the interrelation between Zollinger-Ellison syndrome, Helicobacter pylori gastritis and proton pump inhibitor therapy.  Gastroenterology 112(1);84-91, 1997.

34.     DO Faigel, BR Stotland, ML Kochman, T Hoops, T Judge, J Kroser, J Lewis, WB Long, DC Metz, C O'Brien, DB Smith, GG Ginsberg.  Device choice and experience level in endosocpic foreign object retrieval: An in vivo study.  Gastrointestinal Endoscopy  45(6);490-493, 1997.

35.     EA Koller, IA Lubensky, DC Metz.  The pre-Zollinger-Ellison state: Report of a novel lesion.  Endocrine Practice 3(6);353-356, 1997.

36.     JD Lewis, J Kroser, J Bevan, EE Furth, DC Metz.  Urease based tests for Helicobacter pylori gastritis: Accurate for diagnosis but poor correlation with disease severity.  Journal of Clinical Gastroenterology 25(2);415-420, 1997.

37.     PA Belair, DC Metz, DO Faigel, EE Furth.  Receiver Operator Characteristic analysis of endoscopy as a test for gastritis. Dig. Dis. Sci. 42(11);2227-2233, 1997

38.     JA Kroser, DO Faigel, EE Furth, DC Metz.  Comparison of rapid office-based serology with formal laboratory-based Elisa testing for the diagnosis of Helicobacter pylori gastritis.  Dig. Dis. Sci. 43(1);103-108, 1998.

39.     D Barret, DO Faigel, DC Metz, K Montone, Furth EE.  In-situ hybridization for Helicobacter pylori in gastric mucosal biopsy specimens: Quantitative evaluation of test performance in comparison with the CLOtest and Thiazine stain.  J Clin Lab Analysis  11;374-379, 1997.

40.     DA Lipson, JA Berlin, HI Palevsky, RM Kotloff, G Tino, J Bavaria, L Kaiser, WB Long, DC Metz, GR Lichtenstein.  Giant gastric ulcers and risk factors for gastroduodenal mucosal disease in orthotopic lung transplant patients.  Dig. Dis. Sci. 43(6);1177-1185, 1998

41.     JR Harrison, J Bevan, EE Furth, DC Metz.  Accustat whole blood fingerstick test for Helicobacter pylori infection: A reliable screening method.  J Clinical Gastroenterology. 27(1);50-53, 1998

42.     JD Lewis, EJ Shin, DC Metz.  Characterization of gastrointestinal bleeding in severely ill hospitalized patients. Crit. Care Med.  28;46-50, 2000.

43.     NA Ahmad, EE Furth, S Schwartz, D Vaughn, DC Metz.  Sporadic Zollinger-Ellison syndrome with ectopic production of corticotropin: Surgical management.  Endocrine Practice 5(5);261-265, 1999.

44.     DA Katzka, MS Levine, GG Ginsberg, R Hammod, PO Katz, E Raffensperger, DC Metz.  Congenital esophageal stenosis in adults. American J Gastroenterol 95(1);32-35, 2000.

45.     DC Metz and JA Starr.  A retrospective analysis of the usefulness of acid secretory testing.  Alimentary Pharmacology and therapeutics 14;103-111, 2000

46.    DC Metz, V Pratha, P Martin, J Paul, PN Maton, E Lew, JR Pisegna.  Oral and intravenous dosage forms of Pantoprazole are equivalent in their ability to suppress gastric acid secretion in patients with gastroesophageal reflux disease.  American J Gastroenterology 95;626-633, 2000.

47.    EA Lew, JR Pisegna, JA Starr, EF Soffer, C Forsmark, IM Modlin, JH Walsh, M Beg, W Bochenek, DC Metz. Intravenous pantoprazole rapidly controls gastric acid hypersecretion in patients with Zollinger-Ellison syndrome. Gastroenterology 118(4);696-704, 2000.

48.    VK Sharma, DM Bailey, J-P Raufman, K Elraie, DC Metz, MF Go, PS Schoenfeld, DT Smoot and CW Howden.  A survey of internal medicine residents' knowledge about Helicobacter pylori infection. American J Gastroenterol 95;1914-1919, 2000.

49.    WD Chey, DC Metz, S Shaw, D Kearney, J Montague, U Murthy.  Appropriate timing of the 14C-Urea Breath Test to establish eradication of Helicobacter pylori infection. American J Gastroenterol. 95(5);1171-1174, 2000.

50.    JE Richter, W Bochenek, and the Pantoprazole US GERD Study Group.  Oral Pantoprazole for erosive esophagitis: A placebo-controlled, randomized clinical trial. American J Gastroenterol  95;3071-3080, 2000.

51.    DC Metz, M Buchanan, E Purich, S Fein.  A randomized controlled crossover study comparing synthetic porcine and human secretins with biologically derived porcine secretin to diagnose Zollinger-Ellison syndrome. Aliment Pharmacol Therap 15;669-676, 2001.

52.    VK Sharma, S Komanduri, S Nayyar, A Headley, P Modlinger, DC Metz, VJ Verghese, A Wanahita, MF Go and CW Howden.  An audit of the utility of routine in-patient fecal occult blood testing. American Journal of Gastroenterol 96;1256-1260, 2001.

53.    IA Scotiniotis, MR Lucey, C Brensinger, DC Metz.  Helicobacter pylori infection is not associated with subclinical hepatic encephalopathy in stable cirrhotic patients.  Dig. Dis. Sci. 46;2744-2751, 2001.

54.    AG Coppola, VK Sharma, CW Howden, PC Karakousis, DC Metz, MF Go, M Mhokashi, J-P Raufman. Hepatitis C knowledge among Primary Care Residents: Is Our Teaching Adequate for the Times?  American J Gastroenterol 99;1720-1725, 2004.

55.    DC Metz, CE Forsmark, EA Lew, JA Starr, EF Soffer, W Bochenek and JR Pisegna.  Replacement of oral proton pump inhibitors with intravenous pantoprazole effectively maintains control of gastric acid hypersecretion in patients with Zollinger-Ellison syndrome (ZES).  American J Gastroenterol  96;3274-3280, 2001.

56.    DC Metz, GM Ferron, J Paul, MB Turner, E Soffer, JR Pisegna, WJ Bochenek.  Proton pump activation in stimulated parietal cells is regulated by gastric acid secretory capacity: A human study. Journal of Clinical Pharmacology 42;512-9:2002.

57.    S Dheer, MS Levine, RO Redfern, DC Metz, SE Rubesin, I Laufer.  Radiographically diagnosed antral gastritis: Findings in patients with and without *Helicobacter pylori* infection.  Br J Radiology 75;805-811:2002.

58.    ME Blam, W Delfyett, MS Levin, DC metz, DA Katzka.  Achalasia: A disease of varied and subtle symptoms that do not correlate with radiographic findings. American J Gastroenterol  97;1916-1923, 2002.

59.    E Vinjirayer, B Gonzalez, C Brensinger, N Bracy, R Obelmejias, DA Katzka and DC Metz.  Ineffective motility is not a marker for gastroesophageal reflux disease.  American J Gastroenterol 98;771-776:2003.

60.    DC Metz, Bochenek WJ and the Pantoprazole US study group.  Pantoprazole maintenance therapy prevents relapse of erosive esophagitis.  Aliment Pharmacol Therap 17;155-164, 2003.

61.    AM Krasinskas, SC Abraham, DC Metz, EE Furth. Oxyntic mucosa pseudoploYps: A presentation of atrophic autoimmune gastritis.  Am J Surg Path.  27;236-241, 2003.

62.    DC Metz, E Soffer, CE Forsmark, B Cryer, W Chey, W Bochenek, JR Pisegna.  Maintenance oral pantoprazole therapy is effective for patients with Zollinger-Ellison syndrome and Idiopathic Hypersecretion.  Am J Gastroenterol 98;301-307, 2003.

63. GL Shih, C Brensinger, DA Katzka, DC Metz. Influence of age and gender on gastric acid secretion as estimated by integrated acidity in patients referred for 24-hour ambulatory pH monitoring. Am J Gastroenterol 98;1713-1718, 2003

64. DA Peura, TOG Kovacs, DC Metz, N Siepman, BL Pilmer, NJ Talley. Lansoprazole in the treatment of functional dyspepsia: Two double blind, randomized, placebo-controlled trials. Am J Med 116;740-748, 2004.

65. WM Duck, J Sobel, JM Pruckler, Q Song, D Swerdlow, C Friedman, A Sulka, B Swaminathan, T Taylor, M Hoestra, P Griffin, D Smoot, R Peek, DC Metz, PB Bloom, S Goldschmidt, D Dunne, J Parsonnet, G Triadafilopoulos, GI Perez-Perez, A Cutler, N Vikil, P Ernst, S Czinn, Gold BD. Antimicrobial resistance rates and risk factors for antimicrobial resistance in Helicobacter pylori infection in a prospective multi-center study in the US. Emerging Infectious Diseases 10;1088-94, 2004

66. CT Lau, WB Gefter, DC Metz. Radiographic appearance of a catheter-free wireless esophageal pH probe. Am J Roentgenol 184 (3 Suppl); S40-42, 2005.

67. TOG Kovacs, CQ Lee, Y-L Chiu, BL Pilmer, DC Metz. Intravenous and Oral Lansoprazole are equivalent in suppressing stimulated acid output in patient volunteers with erosive esophagitis. Aliment Pharmacol Therap 20;883-890, 2004

68. WJ Bochenek, ME Mack, PD Fraga, DC Metz. Pantoprazole provides rapid and sustained symptomatic relief in patients treated for erosive esophagitis. Aliment Pharmacol Therap 20;1105-1114, 2004.

69. GL Shih, C Brensinger, DA Katzka, DC Metz. Postprandial esophageal integrated acidity is a reliable predictor of GERD. Aliment Pharmacol Therap 21;1475-82, 2005.

70. JD Lewis, SE Kimmel, AR Localio, DC Metz, JT Farrar, L Nessel, C Brensinger, K McGibney, BL Strom. Risk of serious upper gastrointestinal toxicity with over-the-counter nonaspirin nonsteroidal anti-inflammatory drugs. Gastroenterology. 129;1865-74, 2005.

71. JD Lewis, BL Strom, SE Kimmel, J Farrar, DC Metz, C Brensinger, L Nessel, AR Localio. Predictors of recall of over-the-counter and prescription non-steroidal anti-inflammatory drug exposure. Pharmacoepidemiol Drug Saf. 15;39-45, 2006.

72. DC Metz, PB Miner, DM Heuman, Y Chen, M Sostek. Comparison of the effects of intravenously and orally administered esomeprazole on acid output in patients with symptoms of gastro-esophageal reflux disease. Aliment Pharmacol Therap 2005;22:813-821.

73. WC Blonski, GL Shih, CM Brensinger, DA Katzka, DC Metz. Analysis of the acidity index and integrated intragastric acidity in 645 patients presenting with gastroesophageal reflux disease symptoms. Sc J Gastroenterol 41;382-389, 2006.

74. Metz DC, Comer GM, Soffer E, Forsmark CE, Cryer B, Chey W, Pisegna JR. Three year oral pantoprazole administration is effective for patients with Zollinger-Ellison syndrome and other hypersecretory conditions. Aliment Pharmacol Therap 23;437-444, 2006.

75. Howden C, Metz DC, Hunt B, Majid V, Kukulka M, Amer F, Samra N. Dose-Response Evaluation of the Antisecretory Effect of Continuous Infusion Intravenous Lansoprazole Regimens over 48 Hours. Aliment Pharmacol Therap 23;975-984, 2006.

76. Metz DC, Amer F, Hunt B, Majid V, Kukulka M. Lansoprazole Regimens That Sustain Intragastric pH >6: An Evaluation of Intermittent Oral and Continuous IV Infusion Dosages.

77. Pratha V, Hogan DL, Lynn RB, Field B and Metz, DC. Intravenous Pantoprazole as Initial Treatment in Patients With Gastroesophageal Reflux Disease and a History of Erosive Esophagitis: A Randomized Clinical Trial. Dig Dis Sci 51;1595-1601, 2006.

78. Yang Y-X, Lewis JD, Epstein S, Metz DC. Long-term proton pump inhibitor therapy and risk of hip fracture. JAMA 296;2947-2953, 2006.

79.    Compher C, Rubesin S, Kinosian B, Madaras J, Metz D.  Noninvasive measurement of transit time in short bowel syndrome.  J Parenter Enteral Nutr  31;240-5, 2007

80.    Levin DA, Watermeyer G, Mohamed N, Epstein DP, Hlatshwayo SJ, Metz DC.  A quality assurance evaluation of a locally produced rapid urease test (RUT) for the diagnosis of Helicobacter pylori infection in Cape Town.  S. AFr Med J 97;1281-4, 2007

81.    Levine MS, Spencer G, Alavi A, Metz DC.  Competitive Speed eating: Truth and Consequences (Invited Commentary). Am J Roentgenol  189;681-6, 2007

82.    Metz DC, Sostek MB, Ruszniewski P, Forsmark CE, Monyak J, Pisegna JR.  Effects of esomeprazole on acid output in patients with Zollinger-Ellison syndrome or idiopathic gastric acid hypersecretion. Am J Gastroenterol 102:2648-2654, 2007.

83.    DeVault KR, Morgenstern DM, Lynn RB, Metz DC.  Effect of pantoprazole in older patients with erosive esophagitis. Dis Esoph 20; 411-415, 2007

84.    JD Lewis, BL Strom, AR Localio, DC Metz,  JT Farrar, RM Weinrieb, L Nessel, C Brensinger, SE Kimmel. Moderate and high affinity serotonin reuptake inhibitors increase the risk of upper gastrointestinal toxicity. Pharmacoepidemiol Drug Saf. 17;328-35, 2008. (Recipient of one of the best papers of the year award for 2008)

85.    DC Metz, JW Devlin, M Vakily, S Atkinson, S Lloyd.  Greater immediate gastric acid suppression with lansoprazole 30 mg administered as a 2-minute intravenous bolus injection versus a 30-minute infusion.  Pharmacotherapy 28:301-307, 2008.

86.    JE Mandel, JW Tanner, GR Lichtestein, DC Metz, DA Katzka, GG Ginsberg, ML Kochman. A randomized controlled double-blind trial of patient-controlled sedation with propofol/remifentanil versus midazolam/fentanyl for colonoscopy. Ambulatory anesthesiology. 106; 434-439, 2008.

87.    CW Compher, BP Kinosian, SE Rubesin, SJ Ratcliffe, DC Metz.  Energy absorption is reduced with oleic acid supplements in human short bowel syndrome.  J Parent Ent Nutr  33; 102-108, 2009.

88.    CW Compher, BP Kinosian, DC Metz.  Ghrelin Does Not Predict Adaptive Hyperphagia in Patients with Short Bowel Syndrome.  JPEN J Parent Ent Nutr  33; 428-32, 2009

89.    DC Metz, CW Howden, MC Perez, L Larsen, J O'Neil, SN Atkinson.  Clinical trial: dexlansoprazole MR, a proton pump inhibitor with dual delayed-release technology, effectively controls symptoms and prevents relapse in patients with healed erosive esophagitis.  Aliment Pharmacol Therap 29;742-754, 2009.

90.    DC Metz, M Vakily, T Dixit, D Mulford.  Dual delayed release formulation of Dexlansoprazole MR, a novel approach to overcome the limitations of conventional single release proton pump inhibitor therapy.  Aliment Pharmacol Therap 29;928-37, 2009.

91.    DA Peura, DC Metz, AH Dabholkar, MM Paris, P Yu, SN Atkinson.  Safety profile of dexlansoprazole MR, a proton pump inhibitor with a novel dual delayed release formulation: global clinical trial experience.  Aliment Pharmacol Therap 30:1010-1021, 2009.

92.    JM Shaw, PC Bornman, MD Callanan, IJ Beckingham, DC Metz.  Long-term outcome of laparoscopic Nissen and laparoscopic Toupet fundoplication for gastroesophageal reflux disease: a prospective randomized trial.  Surg Endosc. 24:924-932, 2009

93.    NA Merriman, ME Putt, DC Metz, Y-X Yang.  Hip fracture risk in patients with a diagnosis of pernicious anemia. Gastroenterology 138:1330-1337, 2010.

94.    DC Metz, GJ Fulda, KM Olsen, JT Monyak, SG Simonson and MB Sostek. Intravenous Esomeprazole Pharmacodynamics in Critically Ill Patients. Current Medical Research and Opinion 26:1141-1148, 2010

95.    JE Mandell, GR Lichtenstein, DC Metz, GG Ginsberg, ML Kochman.  A prospective, randomized, comparative trial evaluating respiratory depression during patient-controlled versus anaesthesiologist-administered propofol-remifentanil for elective colonoscopy.  Gastrointestinal  Endoscopy 72:112-117, 2010.

96.    DC Metz, BL Pilmer, C Han, MC Perez.  Withdrawing PPI Therapy After Healing Esophagitis Does Not Worsen Symptoms or Cause Persistent Hypergastrinemia: Analysis of Dexlansoprazole MR Clinical Trial Data. Am J Gastroenterol.  106:1953-60, 2011.

97.    J Atkins, JE Mandel, DC Metz.  Sudden Tracheal Collapse during EGD and Subsequent Anesthetic Management with Dexmedetomidine-Ketamine in a Patient with Achalasia. Case Reports in Anesthesiology 2011;2011:281679

98.    DA Levin, GA Watermeyer, E Deetlefs, DC Metz, SR Thomson.  The efficacy of endoscopic therapy in bleeding peptic ulcer patients.  S Afr Med J 102:290-3, 2012.

99.    LY Korman, LJ Brandt, DC Metz, NG Haddad, SS Benjamin, SK Lazerow, HL Miller, DA Greenwald, S Desale, M Patel, A Sarvazyan.  Segmental Increases in Force Application during Colonoscope Insertion: Quantitative Analysis Using Force Monitoring Technology.  Gastrointest. Endoscopy 76:867-72, 2012

100.   MH Singh, DL Fraker, DC Metz.  Importance of Surveillance for Multiple Endocrine Neoplasia-1 and Surgery in Patients with Sporadic Zollinger-Ellison Syndrome.  Clin Gastro and Hepatol 10:1262-69, 2012.

101.   P Shah, MH Singh, Y-X Yang, DC Metz.  Hypochlorhydria and achlorhydria are associated with false-positive secretin stimulation testing for Zollinger-Ellison syndrome.  Pancreas 42:932-6, 2013

102.   Y-X Yang, G Spencer, S Schutte-Rodin, C Brensinger, DC Metz.  Gastroesophageal reflux and sleep events in obstructive sleep apnea. Eur J Gastroenterol Hepatol  25:1017-23, 2013

103.   Helgadottir H, Metz DC, Rhim AD, Yang Y-X, Bjornsson E.  The effects of long-term therapy with proton pump inhibitors on meal stimulated gastrin. Digestive and Liver Disease 46:125-130, 2014

104.   LY Korman, NG Haddad, DC Metz, LJ Brandt, SS Benjamin, SK Lazeromw, HL Miller, M Mete, M Patel, V Ergorov. Effect of Propofol Anesthesia on Force Applications During Colonoscopy.  Gastrointest. Endoscopy  79:657-62, 2014.

105.   A. Menezes, A. Tierney, Y-X. Yang, K. A. Forde, M. Bewtra, D. Metz, G. G. Ginsberg and G. W. Falk. Adherence to the 2011 American Gastroenterological Association medical position statement for the diagnosis and management of Barrett's esophagus. Diseases of the esophagus 28;538-46, 2015.

106.   GD Wu, C Compher, EZ Chen, SA Smith, RD Shah, K Bittinger, C Chehoud, LG Albenberg, L Nessel, E Gilroy, J Star, AM Weljie, HJ Flint, DC Metz, MJ Bennett, H Li, FD. Bushman, and JD. Lewis. Comparative Metabolomics in Vegans and Omnivores Reveal Constraints on Diet-Dependent Gut Microbiota Metabolite Production.  Gut 65:63-72, 2016

107.   B Gurung, X Hua, M Runske, B Bennett, V LiVolsi, R Roses, DA Fraker, DC Metz. PTCH 1 Staining of Pancreatic Neuroendocrine Tumor (PNET) samples from patients with and without Multiple Endocrine Neoplasia (MEN-1) Syndrome Reveals a Potential Therapeutic Target. Cancer Biology & Therapy  16:219-24, 2015.

108.   Riff B, Katona BW, Wilkerson M, Nathanson KL, Metz, DC. HNPCC-Associated Pheochromocytoma: Expanding the Tumor Spectrum. Pancreas 2015;44:676-8.

109.   BP Riff, CB Aarons, DC Metz.  Vascular injury following pyloric dilation: Unusual case of Ischemic colitis.  ACG Case Rep J.  1:178-80, 2014

110.   BP Riff, DA Leiman, B Bennett, DL Fraker, DC Metz.  Weight gain in Zollinger-Ellison syndrome after acid suppression. Pancreas. Pancreas 45:193-7, 2016

111.   CV Almario, DC Metz, KHaynes, YX Yang.  Risk of Community-Acquired Pneumonia in Patients with a Diagnosis of Pernicious Anemia: A Population-Based Retrospective Cohort Study.  Eur J Gastroenterol Hepatol. 2015;27:1259-64.

112.   RK Amaravadi, KE Hamilton, X Ma, S Piao, A Del Portillo, KL Nathanson, MS Carlino, GV Long, I Puzanov, X Xu, JD Morrissette, KY Tsai, KT Flaherty, J Sosman, GR Goodman, GA McArthur, AK Rustgi, DC Metz, LM Schuchter, PB Chapman, AR Sepulveda.  Multiple gastrointestinal polyps in patients treated with BRAF inhibitors.  Clin Cancer Res. 21;5215-21, 2015.

113.   BP Riff, Y-X Yang, MC Soulen, DA Pryma, B Bennett, D Wild, G Nicolas, UR Teitelbaum, DC Metz.  Peptide receptor radionuclide therapy-induced hepatotoxicity in patients with metastatic neuroendocrine tumors.  Clin Nucl Med.;40:845-50, 2015.

114. AR Ende, A Sedarat, P Shah, N Jhala, DL Fraker, JA Drebin, DC Metz and ML Kochman.  Risk Factors for Aggressive Nonfunctional Pancreatic Neuroendocrine Tumors and the Role of EUS-FNA.  Endoscopic Ultrasound 5:49-54, 2016.

115. H Helgadottir, DC Metz, SH Lund, S Gizurarson, EI Jacobsen, GA Asgeirsdottir, ES Bjornsson.  Study of Gender Differences in Proton Pump Inhibitors Dose Requirements for GERD: a Double-blind Randomuized Trial.  J. Clin. Gastroenterol.  51:486-493, 2017

116. DA Leiman, DC Metz, GG Ginsberg, JT Howell, SJ Mehta,  NA Ahmad.  A Novel Electronic Medical Record-Based Workflow to Measure and Report Colonoscopy Quality measures.  Clin. Gastroenterol. Hepatol. 14:333-7, 2016.

117. JL Levy, MS Levine, SE Rubesin, GW Falk, DC Metz, DT Dempsey and GG Ginsberg. Findings on esophagography in 25 patients after peroral endoscopic myotomy for achalasia.  AJR 207:1185-1193, 2016.

118. DA Leiman, BP Riff, S Morgan, DC Metz, GW Falk, B French, CA Umscheid, JD Lewis. Alginate therapy is effective treatment for GERD symptoms: A systematic review and meta-analysis. Dis. of the Esoph.  30;1-9, 2017

119. AM Rauschecker, MS Levine, MJ Whitson, R Tondon, SE Rubesin, EE Furth, DC Metz.  Esophageal Lichen Planus: Clinical and radiographic Findings in Eight Patients.  AMJ  208;101-6, 2017.

120. JX Chen, S Rose, SBWhite, G El-Haddad, N Fidelman, H Yarmohammadi, W Hwang, DY Sze, N Kothary, K Stashek, EP Wileyto, R Salem, DC Metz and MC Soulen. Embolotherapy for Neuroendocrine Tumor Liver Metastases: Prognostic Factors for Hepatic Progression-Free Survival and Overall Survival. CardioVascular and Interventional Radiology 40;69-80, 2017.

121. Z Feng, L Wang, Y Sun, Z Jiang, J Domsic, C An, B Xing, J Tian, X Liu, DC Metz, X Yang, R Marmorstein, X Ma, X Hua.  Menin and Daxx Interact to Block Neuroendocrine Tumors through Epigenetic Control of the Membrane Metallo-Endopeptidase. Cancer Research 77;401-11, 2017.

122. KL Lynch, Y-X Yang, DC Metz, GW Falk.  Clinical Presentation and Disease Course of Patients with Esophagogastric Junction Outflow Obstruction.  Dis Esoph 30;1-6, 2017.

123. B Cai, MS Broder, E Chang, T-J Yan, DC Metz. Factors associated with carcinoid syndrome in patients with gastrointestinal neuroendocrine tumors.  World  J. Gastroenterol . 23;7283-91, 2017.

124. BW Katona, GA Roccaro, MC Soulen, Y-X Yang, BJ Bennett, BP Riff, RA Glynn, D Wild, GP Nicolas, DA Pryma, UR Teitelbaum, DC Metz. Efficacy of Peptide Receptor Radionuclide Therapy in a United States-Based Cohort of Metastatic Neuroendocrine Tumor Patients: Single-Institution Retrospective Analysis. Pancreas. 2017;46:1121-1126.

125. L Anthony, C Ervin, P Lapuerta, MH Kulke, P Kunz, E Bergsland, D Hörsch, DC Metz, J Pasieka, N Pavlakis, M Pavel, M Caplin, K Öberg, J Ramage, E Evans, QM Yang, S Jackson, K Arnold, L Law, DB DiBenedetti . Understanding the Patient Experience with Carcinoid Syndrome: Exit Interviews from a Randomized, Placebo-Controlled Study of Telotristat Ethyl. Clin Ther. 2017;39:2158-2168.

126. MJ Alvarez, PS Subramaniam, A Grunn, G Rieckhof, EV Komissarova, EA Hagan, L Bodei, PA Clemons, FS Dela Cruz, D Dhall, D Diolaiti, DA Fraker, A Ghavami, D Kaemmerer, M Kidd, KM Kim, HC Kim, LP Kunju, Ü Langel, Z Li, J Lee, V LiVolsi, AR Rainey, H Ramotti, J Regberg, R Roses, A Rustgi, AR Sepulveda, S Serra, C Shi, X Yuan, M Barberis, R Bergamaschi, AM Chinnaiyan, T Detre, S Ezzat, A Frilling, M Hommann, D Jaeger, MK Kim, BS Knudsen, AL Kung, E Leahy, DC Metz, JW Milsom, YS Park, D Reidy-Lagunes, S Schreiber7, LH Tang, K Washington, B Wiedenmann, R Pfragner, I Modlin, A Califano.  A precision Oncology Approach to the Pharmacological Targeting of Mechanistic Dependencies in Neuroendocrine Tumors. Nature Genetics 2018;50:979-989.

127. MJ Whitson, KL Lynch, YX Yang, DC Metz, GW Falk.  Lack of proton pump inhibitor trial prior to commencing therapy for eosinophilic esophagitis is common in the community. Dis Esophagus 2018;31:1-5

128. MK Dougherty, PP Santoiemma, AT Weber, DC Metz, YX Yang.  Low yield for non-targeted biopsies of the stomach and esophagus during elective esophagogastroduodenoscopy.  Endosc Int Open.  2017;5:1268-77

129. MC Soulen, D van Houten, UR Teitelbaum, N Damjanov, KA Cengel, Metz DC.  Safety and Feasibility of Integrating Yttrium-90 Radioembolization with Capecitabine-Temozolomide for Grade 2 Liver-dominant Metastatic neuroendocrine Tumors.  Pancreas  2018;47:980-84.

130.   DL Chan, L Moody, E Segelov, DC Metz, JR Strosberg, N Pavlakis, S Singh.  Follow up for resected Gastroenteropancreatic neuroendocrine Tumors: A practice Survey of the Commonwealth Neuroendocrine Tumor Collaboration (CommNETS) and the North American Neuroendocrine Tumor Society (NANETS).  Neuroendocrinology 2018;107:32-41.

131.   C Newberry, A Saha, S Siddique, DC Metz, C Domenico, K Choi, E Gitelman, S Mehta,.  A Novel Clinical Decision Support System for Gastrointestinal Bleeding Risk Stratification in the Critically Ill. The Joint Commission Journal on Quality and Patient Safety.   2019;45:440-445.

132.   KE Hansen, JW Nieves, S Nudurupati, DC Metz, MC Perez.  Dexlansoprazole and Esomeprazole do not affect Bone Homeostasis in Healthy Postmenopausal Women.  Gastroenterology.  2019;156:926-934.

133.   N Mahmud, Y Tomizawa, K Stashek, BW Katona, GG Ginsberg, DC Metz.  Endoscopic resection of Duodenal Carcinoid Tumors: A Single-Center Comparison Between Simple Polypectomy and Endoscopic Mucosal Resection.  Pancreas. 2019:48;60-65.

134.   N Mahmud, K Stashek, BW Katona, R Tondon, SG Shroff, R Roses, EE Furth, DC Metz.  The incidence of neoplasia in patients with autoimmune metaplastic atrophic gastritis: A renewed call for surveillance.  Ann Gastroenterol. 2019:32:67-72.

135.   C Newberry, A Saha, SM Siddique, DC Metz, C Domenico, K Choi, E Gitelman, S Mehta.  A novel clinical decision support system for gastrointestinal bleeding risk stratification in the critically ill. Jt Comm J Qual Patient Saf. 2019;45:440-445.

136.   H Helgadottir, SH Lund, S Gizurarson, DC Metz, ES Bjornsson.  Predictors of Gastrin elevation following proton pump inhibitor therapy.  J Clin Gastroenterol.  2020;54:227-234.

137.   SJ Concors, AJ Sinnamon, BJ Ecker, DC Metz, CM Vollmer, DL Fraker, RE Roses. The impact of surgery for metastatic pancreatic neuroendocrine tumor: a contemporary evaluation matching for chromogranin a level. HPB (Oxford). 2019 Jun 22. pii: S1365-182X(19)30561-1. doi: 10.1016/j.hpb.2019.05.011

138.   S Kumar, DC Metz, S Ellenberg, DE Kaplan, DS Goldberg.  Risk Factors and Incidence of Gastric Cancer After Detection of Helicobacter pylori Infection: A large Cohort Study.  Gastroenterology 2020 (in press)

139.   S Leyden, T Kolarova, C Bouvier, M Caplin, S Conroy, P Davies, S Dureja, M Falconi, P Ferolla, G Fisher, G Goldstein, RJ Hicks, B Lawrence, Y Majima, DC Metz, D O'Toole, P Ruszniewski, B Wiedenmann, R Hollander, International Neuroendocrine Cancer Alliance (INCA). Unmet needs in the international neuroendocrine tumor (NET) community: Assessment of major gaps from the perspective of patients, patient advocates and NET health care professionals. Int J Cancer. 2020;146:1316-13423

140.   CA Beveridge, GW Falk, NK Ahuja, YX Yang, DC Metz, KL Lynch KL. Low Yield of Cross-Sectional Imaging in Patients with Esophagogastric Junction Outflow Obstruction. Clin Gastroenterol Hepatol.  2020;128:1643-1644.

141.   S Kumar, DC Metz, DE Kaplan, DS Goldberg. Seroprevalence of H. pylori Infection in a National Cohort of Veterans with Non-Cardia Gastric Adenocarcinoma. Clin Gastroenterol Hepatol. 2020;18:1235-1237

142.   RE Rosenblum, CK Harris, KJ Baeg, JA Starr, LKL Brais, KM Styasdhek, SC Ward, BW Katona, TE Clancy, JP Wisnivesky, MH Kulke, DC Metz, MK Kim, JA Chan. Predictors of Recurrence and Survival in Patients with Surgically Resected Pancreatic Neuroendocrine Tumors. Pancreas 2020;49:249-254.

143.   IW Folkert, AJ Sinnamon, SJ Concurs, BJ Bennett, DL Fraker, NN Mahmoud, DC Metz, KM Stashek, RE Roses. Grade is a Dominant Risk Factor for Metastasis in Patients with Rectal Neuroendocrine Tumors. Ann Surg Oncol. 2020;27:855-863.

144.   S Kumar, N Mahmud, RE Roses, BW Katona, GG Ginsberg, DC Metz. Resection Trends for Duodenal Carcinoid Tumors: A Single-Center Experience. Pancreas (in press)

145.   Strosberg J, Kunz PL, Hendifar A, Yao J, Bushnell D, Kulke MH, Baum RP, Caplin M, Ruszniewski P, Delpassand E, Hobday T, Verslype C, Benson A, Srirajaskanthan R, Pavel M, Mora J, Berlin J, Grande E, Reed N, Seregni E, Paganelli G, Severi S, Morse M, Metz DC, Ansquer C, Courbon F, Al-Nahhas A, Baudin E, Giammarile F, Taïeb D,

Mittra E, Wolin E, O'Dorisio TM, Lebtahi R, Deroose CM, Grana CM, Bodei L, Öberg K, Polack BD, He B, Mariani MF, Gericke G, Santoro P, Erion JL, Ravasi L, Krenning E; NETTER-1 study group. Impact of liver. tumour burden, alkaline phosphatase elevation, and target lesion size on treatment outcomes with [177]Lu-Dotatate: an analysis of the NETTER-1 study. Eur J Nucl Med Mol Imaging. 2020 Mar 2. doi: 10.1007/s00259-020-04709-x. Epub ahead of print. PMID: 32123969

146.  Kumar S, Sangitha R, Nachamkin I, Metz DC. Resistance patterns of refractory *H. pylori* infection in a referral center in the Delaware Valley. GastroHep. 2020;2:6-12.

147.  Kumar S, Metz DC, Kaplan DE, Goldberg DS. Treatment of Helicobacter pylori Is Not Associated With Future Clostridium difficile Infection. Am J Gastroenterol. 2020 May;115(5):716-722. doi: 10.14309/ajg.0000000000000626. PMID: 32356953; PMCID: PMC7202442.

148.  Kumar S, Metz DC, Kaplan DE, Goldberg DS. Low Rates of Retesting for Eradication of Helicobacter pylori Infection After Treatment in the Veterans Health Administration. Clin Gastroenterol Hepatol. 2020 Apr 6:S1542-3565(20)30436-5. doi: 10.1016/j.cgh.2020.03.059. Epub ahead of print. PMID: 32272245.

149.  Heckert JM, Kipnis ST, Kumar S, Botterbusch S, Alderson A, Bennett B, Creamer C, Eads JR, Soulen MC, Pryma DA, Mankoff DA, Metz DC, Katona BW. Abnormal Pretreatment Liver Function Tests Are Associated with Discontinuation of Peptide Receptor Radionuclide Therapy in a U.S.-Based Neuroendocrine Tumor Cohort. Oncologist. 2020 Mar 6. doi: 10.1634/theoncologist.2019-0743. Epub ahead of print. PMID: 32141667.  2020 Jul; 25(7): 572–578

150.  Kumar S, Metz DC, Ginsberg GG, Kaplan DE, Goldberg DS. Oesophageal and proximal gastric adenocarcinomas are rare after detection of Helicobacter pylori infection. Aliment Pharmacol Ther. 2020 Apr;51(8):781-788. doi: 10.1111/apt.15677. Epub 2020 Mar 4. PMID: 32133681.

151.  Kumar  S, Metz DC, Kaplan DE, Goldberg DS.  The association of  *Helicobacter pylori* with pancreatic cancer.  Gastro Hep 2020 Jul; 2(4): 157–164.

152.  MA Morse, E Liu, VN Joish, L Huynh, M Cheng, MS Duh, K Seth, P Lapuerta, DC Metz.  Antiproliferative Effects of Telotristat Ethyl in Patients with Neuroendocrine Tumors: The TELEACE Real-World Chart Review Study. Cancer Manag Res. 2020 Jul 30;12:6607-6614.

153.  M Serper, F Nunes, N Ahmad, D Roberts, DC Metz, SJ Mehta.  Positive Early Patient and Clinician Experience with Telemedicine in an Academic Gastroenterology Practice during the COVID-19 Pandemic.  Gastroenterology. 2020 Jun 18;S0016-5085(20)34834-4.

154.  ST Kipnis, M Hung, S Kumar, JM Heckert, B Bennett, JR Eads, MC Soulen, DA Pryma, DA Mankoff, DC Metz, BW. Katona.  Laboratory, clinical and survival outcomes associated with peptide receptor radionuclide therapy in patients with gastroenteropancreatic neuroendocrine tumors.  JAMA Network Open 2021 Mar; 4(3): e212274

155.  DC Metz, E Liu, VN Joish, L Huynh, TI Totev, MS Duh, K Seth, S Giacalone, P Lapuerta, MAMorse.  Survival and Clinical Outcomes with Telotristat Ethyl in Patients with Carcinoid Syndrome. Cancer Manag Res. 2020 Oct 7;12:9713-9719.

156.  Aaron T. Scott, Jonathon B. Tessmann, Terry Braun, Bartley Brown, Patrick J. Breheny, Benjamin W. Darbro, Andrew M. Bellizzi, Joseph S. Dillon, Thomas M. O'Dorisio, Alice Alderson, Bonita Bennett, John A. Bernat, David C. Metz, James R. Howe. Presacral neuroendocrine tumors associated with the Currarino syndrome. American J. of Medical Genetics. First published: 01 March 2021. https://doi.org/10.1002/ajmg.a.62145 .

157.  A Hanna, C. Kim-Kiselak, D. Metz, Z. Yang, R. DeMatteo, D. Fraker, R. Roses, Gastric Neuroendocrine Tumors: Reappraisal of Type in Predicting Outcome.  Annals of Surgical Oncology 2021;28(13):8838-8846.

158.  Palchaudhuri S, Attalla S, Mehta SJ, Parsikia A, White RT, Ahmad NA, Ginsberg GG, Weiss MS, Demopoulos C, Keogh J, Metz DC, Kochman ML, Siddique SM. A Multimodal Interdisciplinary QI Intervention Is Associated with Reduction in After Hours Inpatient Endoscopy Cases. Tech Innov Gastrointest Endosc. 2021;23(3):226-233. doi: 10.1016/j.tige.2021.05.002. Epub 2021 May 14. PMID: 34458878; PMCID: PMC8386508.

159.  CJ Rush, E Hoosein, N de Villiers, C Clay, DC Metz, M Setshedi, SR Thomson, DA Levin. Helicobacter pylori virulence factors and host genetic polymorphisms in a low gastric cancer and high Helicobacter Pylori prevalence country.  GastroHep (in press)

160.  K Rico, S Duan, R Pandey, Y Chen, J Charabarti, J Starr, Y Zavros, T Else, BW Katona, DC Metz, JL Merchant. Genome Analysis Identifies Differences in the Transcriptional Targets of Duodenal versus Pancreatic Neuroendocrine Tumors.  BMJ Open Gastroenterol. 2021 Nov;8(1):e000765. doi: 10.1136/bmjgast-2021-000765. PMID: 34750164; PMCID: PMC8576490

161.  NR Perkons, DC Metz, ES Siegelman, Z Yang, R Collingwood, D Fortuna, DA Pryma, P Abt, MA Hoteit.  Where LI-RADS falls short: Two cases of image-diagnosed HCC, found to be NET on explant.  Transplantation. Transplantation. 2022 Jul 1;106(7):e350-e351.

162.  Z Feng, X He, X Zhang, Y Wu, B Xing, A Knowles, Q Shan, S Miller, T Hojnacki, J Ma, BW Katona, TPF Gade, J Schrader, DC Metz, CH June, X Hua. Potent suppression of neuroendocrine tumors and gastrointestinal cancers by CDH17CAR T cells without toxicity to normal tissues. Nat Cancer. 2022;3:581-594.

163.  MP Walker, V Shenoy, DC Metz, CA Stanley, D Fraker, V Chandrasekhara, A Amaro. Case presentation of 8-year follow up of recurrent malignant duodenal Insulinoma and lymph node metastases and literature review of malignant Insulinoma management. BMC Endocr Disord. 2022;22:310. doi: 10.1186/s12902-022-01219-9.

164.  Soulen MC, Teitelbaum UR, Mick R, Eads J, Mondschein JI, Dagli M, van Houten D, Damjanov N, Schneider C, Cengel K, Metz DC. Integrated Capecitabine-Temozolomide with Radioembolization for Liver-Dominant G2 NETs: Long-Term Outcomes of a Single-Institution Retrospective Study. Cardiovasc Intervent Radiol. 2024 Jan;47(1):60-68

Contributions to peer-reviewed clinical research publications, participation cited but not authorship:

1.  LS Simon, AL Weaver, et al.  Anti-inflammatory and upper gastrointestinal effects of celecoxib in Rheumatoid arthritis. JAMA  282;1921-1928, 1999.

2.  C Hawkey, L Laine, Simon T, et al.  Comparison of the effect of rofecoxib (a cyclooxygenase 2 inhibitor), ibuprofen, and placebo on the gastroduodenal mucosa of patients with osteoarthritis: a randomized, double-blind, placebo-controlled trial.  The rofecoxib osteoarthritis endoscopy multinational study group.  Arthritis Rheum  43;370-377, 2000.

3.  DM Jensen, SC Pace, E Soffer, GM Comer, and members of the 315 Study group.  Continuous infusion of Pantoprazole versus ranitidine for prevention of ulcer rebleeding: A US multicenter randomized double-blind study.  Am J Gastroenterol 101;1991-1999, 2006.

4.  Barkun AN, Bardou Marc, Kuipers EJ, Sung J, Hunt RH, Martel M, Sinclair P, for the International Consensus Upper Gastrointestinal Bleeding Conference group.  International consensus recommendations on the management of patients with nonvariceal upper gastrointestinal bleeding.  Ann Intern Med  152; 2010: 101-113.

5.  Kulke MH, Siu LL. Tepper JE, et al.  Future directions in the treatment of Neuroendocrine Tumors: Consensus report of the National Cancer Institute Neuroendocrine Tumor Clinical Trials Planning meeting.  J Clin Oncol 29;934-43, 2011.

6.  Jones DJ, Barkun AN, Y Lu, R Enns, P Sinclair, M Martel, I Gralnek, M Bardou, EJ Kuipers, J Sung.  Conflicts of Interest Ethics: Silencing Expertise in the Development of International Clinical practice Guidelines.  Ann Int Med 156;809-816, 2012.

7.  J Strosberg, G El-Haddad, E Wolin, A Hendifar, J Yao, B Chasen, E Mittra, PL Kunz, MH Kulke, H Jacene, D Bushnell, TM O'Dorisio, RP Baum, HR Kulkarni, M Caplin, R Lebtahi, T Hobday, E Delpassand, E Van Cutsem, A Benson, R Srirajaskanthan, M Pavel, J Mora, J Berlin, E Grande, N Reed, E Seregni, K Öberg, M Lopera Sierra, P Santoro, T Thevenet, JL Erion, P Ruszniewski, D Kwekkeboom, E Krenning; NETTER-1 Trial Investigators. Phase 3 Trial of (177)Lu-Dotatate for Midgut Neuroendocrine Tumors. N Engl J Med. 2017;376:125-135.

8.  J Strosberg, E Wolin, B Chasen, M Kulke, D Bushnell, M Caplin, P Baum, P Kunz, T Hobday, A Hendifar, K Oberg, M Lopera Sierra, T Thevenet, I Margalet, P Ruszniewski, and E Krenning on behalf of the NETTER-1 Study Group.

Health-related Quality of Life in Patients with Progressive Midgut, Neuroendocrine Tumors Treated with 177Lu-Dotate in the Phase III NETTER-1 Trial.  J Clin Oncol  36:2578-2584, 2018.

Research Publications, non-peer reviewed:

1.  DC Metz, EE Furth, DO Faigel, JA Kroser, A Alavi, DM Barrett, K Montone.  Realities of diagnosing H. pylori infection in clinical practice: A case for non-invasive methodologies.  Yale Journal of Biology and Medicine 71; 81-90, 1998.

Abstracts:

1.  DC Metz, RJ Patto, RJ Turner, RT Jensen, JD Gardner.  Thapsigargin (TG) reveals distinct roles for cytosolic and intracellular stored calcium in mediating the stimulation of pancreatic enzyme secretion.  American Gastroenterology Conference, New Orleans 1991 - oral presentation.  Gastroenterology 100 (5):A289, 1991.

2.  DC Metz, RJ Patto, RJ Turner, RT Jensen, JD Gardner.  Maintenance of intracellular calcium stores is essential for the sustained phase of secretagogue-stimulated pancreatic enzyme secretion.  American Gastroenterology Conference, New Orleans 1991 - oral presentation.  Gastroenterology 100 (5):A289, 1991.

3.  JR Pisegna, GG Slimak, DC Metz, JA Norton, PN Maton, JD Gardner, RT Jensen.  Effect of curative gastrinoma resection on gastric acid secretory function and antisecretory drug requirement.  American Gastroenterology Conference, New Orleans 1991 - oral presentation.  Gastroenterology 100 (5):A142, 1991.

4.  GG Slimak, JR Pisegna, DC Metz, JD Gardner, RT Jensen, PN Maton.  Use of alpha interferon in patients with metastatic gastrinoma.  Gastroenterology 100 (5):A299, 1991.

5.  DC Metz, JR Pisegna, GG Slimak, JD Gardner, RT Jensen.  Currently used maintenance doses of omperazole for gastric hypersecretory states are too high.  American College of Gastroenterology Conference, Boston 1991 - oral presentation.

6.  JR Pisegna, J Doppman, DC Metz, GG Slimak, JD Gardner, RT Jensen.  Prospective assessment of the ability of magnetic reseonance imaging (MRI) to detect gastrinoma in patients with Zollinger-Ellison syndrome (ZES).  American College of Gastroenterology Conference, Boston 1991 - poster presentation.

7.  VA Fishbeyn, JA Norton, RV Benya, JR Pisegna, DC Metz, RT Jensen.  Prospective study of the best method to assess and predict cure in patients with Zollinger-Ellison syndrome (ZES) after tumor resection.  American Gastroenterological Association Meeting, San Francisco, May 1992 - oral presentation.  Gastroenterology 102 (4):A265, 1992.

8.  JR Pisegna, JA Norton, DC Metz, VA Fishbeyn, RV Benya, RT Jensen.  Duodenal gastrinomas are more common, more malignant and less curable than generally believed.  American Gastroenterological Association Meeting, San Francisco, May 1992 - oral presentation. Gastroenterology 102 (4):A286, 1992.

9.  DC Metz, JA Norton, JR Pisegna, VA Fishbeyn, RV Benya, RT Jensen.  Do patients with Zollinger-Ellison syndrome (ZES) require gastric antisecretory therapy after curative gastrinoma resection?  American Gastroenterological Association Meeting, San Francisco, May 1992.  Gastroenterology 102 (4):A125, 1992.

10.  DC Metz, JR Pisegna, GL Ringham, VA Fishbeyn, RV Benya, JD Gardner, RT Jensen.  Efficacy and safety of lansoprazole in patients with Zollinger-Ellison syndrome (ZES).  American Gastroenterological Association Meeting, San Francisco, May 1992 - poster presentation.  Gastroenterology 102 (4):A125, 1992.

11.  DC Metz, RJ Patto, TK Pradhan, RJ Turner, RT Jensen, JD Gardner.  Roles of intracellular calcium in mediating the actions of 2,5-di-tert-butylhydroquinone (BHQ) on enzyme secretion from pancreatic acini.  American Gastroenterological Association Meeting, San Francisco, May 1992 - poster presentation.  Gastroenterology 102 (4):A279, 1992.

12.  JA Norton, DC Metz, JR Pisegna, TH Shawker, JL Doppman, RT Jensen.  A prospective study of intraoperative methods to find and resect duodenal gastrinomas for cure of Zollinger-Ellison syndrome (ZES).  Submitted to the American Surgical Society Meeting, April 1992.

13. RV Benya, DC Metz, YM Hijazi, VA Fishbeyn, JR Pisegna, RT Jensen. Fine needle aspiration cytology (FNAC) in the evaluation of submucosal nodules in patients with Zollinger-Ellison syndrome (ZES). American College of Gastroenterology Conference, Miami, FL. Oct. 1992. Oral presentation.

14. JR Pisegna, GG Slimak, DC Metz, VA Fishbeyn, RV Benya, PN Maton, RT Jensen. Human recombinant interferon for the treatment of metastatic gastrinoma in patients with Zollinger-Ellison syndrome. American College of Gastroenterology Conference, Miami, FL. Oct. 1992. Poster Presentation.

15. DC Metz, M Kuchnio, DL Fraker, DJ Venzon, G Jaffe, M Stetler-Stevenson, RT Jensen. Flow cytometry and Zollinger-Ellison syndrome (ZES): Correlation with disease extent and survival. American Gastroenterological Association Meeting, Boston, May, 1993. Poster Presentation. Gastroenterology 104 (4):A428, 1993.

16. DB Strader, M Orbuch, VA Fishbeyn, RV Benya, SB Benjamin, I Lubensky, RT Jensen, DC Metz. Endoscopy, Manometry, and Histopathology of the Esophagus in Zollinger-Ellison Syndrome (ZES). American Gastroenterological Association Meeting, Boston, May, 1993. Poster Presentation. Gastroenterology 104 (4):A199, 1993.

17. VA Fishbeyn, JA Norton, DL Fraker, RV Benya, DB Strader, M Orbuch, JR Pisegna, DC Metz, RT Jensen. Prospective study of the best method to find duodenal gastrinomas in patients with Zollinger-Ellison syndrome (ZES). American Gastroenterological Association Meeting, Boston, May, 1993. Oral presentation. Gastroenterology 104 (4):A304, 1993.

18. RV Benya, DC Metz, VA Fishbeyn, DB Strader, M Orbuch, RT Jensen. Gastrinoma can be the initial presentation for patients with Multiple Endocrine Neoplasia Type 1 (MEN-1). American Gastroenterological Association Meeting, Boston, May, 1993. Oral presentation. Gastroenterology 104 (4):A42, 1993.

19. Y Kitsukawa, C Felley, DC Metz, RT Jensen. Thapsigargin (TG) reveals distinct roles for $Ca^{2+}$ influx, cytoplasmic $Ca^{2+}$ ($[Ca^{2+}]_i$) and intracellular $Ca^{2+}$ stores in mediating secretagogue-induced pepsinogen release from chief cells. American Gastroenterological Association Meeting, Boston, May, 1993. Oral presentation. Gastroenterology 104 (4):A119, 1993.

20. JA Norton, DL Fraker, DC Metz, RT Jensen. Role of reoperation in patients with Zollinger-Ellison syndrome (ZES) with persistent or recurrent disease: A prospective survey. Submitted to the American Surgical Association Meeting, April 1993.

21. AK Thom, DL Fraker, DC Metz, HR Alexander, JA Norton, RT Jensen. Chronic renal failure (CRF) and Zollinger-Ellison syndrome (ZES). Difficulties in diagnosis and surgical management. Submitted to the American Association of Endocrine Surgeons Meeting, April 1993.

22. DC Metz, M Orbuch, DB Strader, RT Jensen. H.Pylori (Hp) infection and Zollinger-Ellison syndrome (ZES). American College of Gastroenterology Conference, New York, NY. Oct. 1993. Poster Presentation.

23. IA Lubensky, VA Fishbeyn, DC Metz, MO Orbuch, RT Jensen. Anatomic distribution of primary gastrinomas and metastases in patients with Zollinger-Ellison syndrome (ZES). United States and Canadian Academy of Pathology Meeting. San Francisco, CA. March 1994. Poster Presentation. Laboratory Investigation 70 (1):A64, 1994.

24. DB Strader, SB Benjamin, DC Metz, RT Jensen. Do high concentrations of gastrin alter esophageal motility or lower esophageal sphincter (LES) function? American Gastroenterological Association Meeting, New Orleans, May, 1994. Poster presentation. Gastroenterology 106 (4):A185, 1994.

25. DC Metz, C Weber, M Orbuch, DB Strader, F Gibril, RT Jensen. Helicobacter pylori (Hp) infection and acid output in Zollinger-Ellison syndrome (ZES): A prospective study. American Gastroenterological Association Meeting, New Orleans, May, 1994. Gastroenterology 106 (4):A138, 1994.

26. HC Weber, DC Metz, M Orbuch, DB Strader, F Gibril, RT Jensen. Helicobacter pylori (Hp) infection is associated with lower gastric acid output in Zollinger-Ellison syndrome (ZES): A prospective study. The World Congress of Gastroenterology Meeting, Los Angeles, October, 1994. Oral presentation

27. P Belair, DC Metz, EE Furth.  Receiver Operator Characteristic analysis of endoscopy as a test for gastritis.  United States and Canadian Academy of Pathology Meeting.  Toronto, Canada.  March 1995.  <u>Plenary presentation.</u> Laboratory Investigation 72 (1):A57, 1995.

28. DC Metz, ML Childs, C Ruiz, GS Weinstein.  The oral omeprazole test for reflux laryngitis.  American Society for Gastrointestinal Endoscopy Annual Meeting, San Diego, May, 1995. <u>Poster presentation</u>.

29. DO Faigel, DC Metz.  Upper gastrointestinal hemorrhage complicating diabetic ketoacidosis: prevalence, etiology and prognosis.  American Gastroenterological Association Meeting, San Diego, May, 1995.  Gastroenterology 108 (4):A91, 1995.

30. DO Faigel, M Childs, EE Furth, J Goin, A Alavi, DC Metz.  Observations on the gold standard for the diagnosis of Helicobacter pylori gastritis: How gold is gold?  American Gastroenterological Association Meeting, San Diego, May, 1995. <u>Poster presentation</u>.  Gastroenterology 108 (4):A91, 1995.

31. DO Faigel, M Childs, EE Furth, J Goin, A Alavi, DC Metz.  Optimal testing strategy for the diagnosis of Helicobacter pylori gastritis.  American Gastroenterological Association Meeting, San Diego, May, 1995. <u>Poster presentation</u>. Gastroenterology 108 (4):A91, 1995.

32. A Alavi, DO Faigel, M Childs, EE Furth, J Goin, DC Metz.  What is the optimal testing strategy for the diagnosis of Helicobacter pylori gastritis? A role for 14C-urea breath test.  The Society of Nuclear Medicine Annual Meeting, Minneapolis, June, 1995. <u>Poster presentation</u>.

33. DO Faigel, EE Furth, M Childs, J Goin, DC Metz.  Histological predictors of active H. pylori (HP) infection.  American College of Gastroenterology Conference, New York, NY.  Oct. 1995. <u>Poster presentation</u>.  Am J Gastroenterol 90 (9):A1580, 1995.

34. DM Barrett, D Faigel, D Metz, K Montone, EE Furth.  In situ hybridization for Helicobacter pylori in gastric mucosal biopsy specimens: Quantitative evaluation of test performance in comparison with the CLOtest and thiazine stain. United States and Canadian Academy of Pathology Meeting.  Washington, DC.  March 1996.

35. JA Kroser, DO Faigel, M Childs, EE Furth, A Alavi, DC Metz.  Quantitative Urea Breath Testing for Helicobacter pylori (Hp): Can it substitute for endoscopy with biopsy?  American Gastroenterological Association Meeting, San Francisco, May, 1996.  <u>Poster presentation.</u>  Gastroenterology 110 (4):A163, 1996.

36. JA Kroser, DO Faigel, M Childs, EE Furth, DC Metz.  Faster is better: Comparison of rapid versus formal antibody testing for the diagnosis of Helicobacter pylori (Hp) gastritis  American Gastroenterological Association Meeting, San Francisco, May, 1996. (Also submitted to the Young Investigator's conference in Digestive diseases, Coeur d'Alene, Idaho, April 1996  <u>Poster presentation.</u>)  Gastroenterology 110 (4):A163, 1996.

37. DO Faigel, BR Stotland, ML Kochman, T Hoops, T Judge, J Kroser, J Lewis, WB Long, DC Metz, C O'Brien, D Smith, GG Ginsberg.  Device choice and experience level in endoscopic foreign object retrieval: An in vivo study.  American Gastroenterological Association Meeting, San Francisco, May, 1996.  <u>Poster presentation.</u>  Gastrointestinal Endoscopy 43 (4):A176, 1996.

38. DO Faigel, M Childs, EE Furth, A Alavi, DC Metz.  New non-invasive tests for Helicobacter pylori gastritis: Comparison with a tissue-based gold standard.  North American conference of gastroenterology fellows meeting, Tampa, Florida, March 1996.  <u>Oral Presentation.</u>  Gastroenterology 108 (4):A91, 1995.

39. A Alavi, JA Kroser, DO Faigel, M Childs, EE Furth, DC Metz.  Can Quantitative urea Breath test for Helicobacter pylori (Hp) replace endoscopic biopsy?  The Society of Nuclear Medicine Annual Meeting, Denver, CO, June, 1996.  <u>Poster presentation.</u>

40. A Alavi, DO Faigel, M Childs, EE Furth, J Goin, DC Metz.  Comparison of 14-urea breath test for the diagnosis of Helicobacter pylori gastritis with standard techniques.  The Society of Nuclear Medicine Annual Meeting, Denver, CO, June, 1996.  <u>Oral presentation.</u>

41. EA Koller, I Lubinsky, DC Metz.  The Pre-Zollinger-Ellison State: report of a novel lesion.  American Association of Clinical Endocrinologists Annual Meeting, Seattle, WA, May, 1996.  <u>Poster presentation.</u>

42. DC Metz, JA Kroser, J Goin, M Childs, DO Faigel, A Alavi, EE Furth. Towards a new, non-invasive gold standard for diagnosing Helicobacter pylori (HP) gastritis. Helicobacter pylori: Basic mechanisms to clinical cure 1996, Ottawa, Ontario, Canada, June 10-12, 1996.

43. JR Harrison, J Bevan, EE Furth, DC Metz. Rapid whole blood antibody testing for untreated H. pylori infection: The diagnostic modality of choice. American Gastroenterological Association Meeting, Washington, DC, May, 1997.

44. JD Lewis, E Shin, DC Metz. Outcome of urgent endoscopy (EGD) for GI hemorrhage in ICU patients. American Society for Gastrointestinal Endoscopy Annual Meeting, Washington, DC, May, 1997.

45. DC Metz, D Pound, P Rose, B Gamlin, B Hunt. Effects of smoking on Helicobacter pylori eradication regimens involving lansoprazole and clarithromycin. American Gastroenterological Association Meeting, Washington, DC, May, 1997. Poster presentation.

46. DC Metz, GR Levine, C Pattison, B Marshall, S Hoffman, M Combs. Clotest accuracy: Even better when compared with a new gold standard. American Gastroenterological Association Meeting, Washington, DC, May, 1997.

47. BR Stotland, DC Metz, DO Faigel, WB Long, DB Smith, RP Obelmejias, ML Kochman, EE Furth, GG Ginsberg. Eradication of Barrett's epithelium does not alter esophageal motility, lower esophageal sphincter function or mural charcteristics. American Gastroenterological Association Meeting, Washington, DC, May, 1997.

48. DC Metz, E Lew, CE Forsmark, W Bochenek, M Beg, J Pisegna. Intravenous (IV) Pantoprazole (PANTO) rapidly and effectively controls acid output (AO) in patients with Zollinger-Ellison syndrome (ZES). American Gastroenterological Association Meeting, New Orleans, LA, May, 1998.

49. KN Liquornik, CA Liacouras, ED Ruchelli, DC Metz. The C13-Urea breath test: An excellent non-invasive method for detection of H. pylori infection in pediatric patients. American Gastroenterological Association Meeting, New Orleans, LA, May, 1998. Poster presentation.

50. KN Liquornik, CA Liacouras, ED Ruchelli, DC Metz. Rapid office-based serology is not useful in predicting active H. pylori infection in pediatric patients. American Gastroenterological Association Meeting, New Orleans, LA, May, 1998. Poster presentation.

51. KN Liquornik, CA Liacouras, ED Ruchelli, DC Metz. Gastritis in pediatric patients: Correlation of gross endoscopic findings with histological results. American Gastroenterological Association Meeting, New Orleans, LA, May, 1998. Poster presentation.

52. K Lotfi, A Alavi, F Benard, DC Metz. Comparison of Fluorine-18-Deoxyglucose positron emission tomography (FDG-PET) and In-111 somatostatin receptor scintigraphy (SRS) in the evaluation of patients with neuroendocrine neoplasms. The Society of Nuclear Medicine Annual Meeting, Toronto, Ont., June, 1998.

53. KN Liquornik, CA Liacouros, ED Ruchelli, DC Metz. Accuracy of the C13-Urea breath test and rapid serology testing as non-invasive methods for detection of H. pylori infection in pediatric patients. ESPGHAN-NASPGN joint meeting, Toulouse, France, May, 1998. Oral presentation.

54. A Brown, J Starr, J Peacock, M Levine, A Alavi, DC Metz. The utility of barium radiogram and serial Helicobacter pylori antibodies for the management and diagnosis of patients with peptic ulcer disease. American College of Gastroenterology Conference, Boston, MA. October 1998.

55. IA Scotiniotis, FA Nunes, MR Lucey, CF Schultz, GG Ginsberg, A Cucchiara, DC Metz. Effect of Helicobacter pylori infection and its eradication on the prevalence of hepatic encephalopathy in cirrhotic patients. American College of Gastroenterology Conference, Boston, MA. October 1998. Oral presentation.

56. J Paul, DC Metz, P Maton, J Pisegna, P Martin. Pharmacodynamic equivalence of oral and IV Pantoprazole in GERD patients: A randomized, placebo-controlled trial. American College of Gastroenterology Conference, Boston, MA. October 1998. Oral Presentation.

57. DC Metz, CE Forsmark, E Soffer, W Bochenek, M Beg, JR Pisegna. Zollinger-Ellison syndrome (ZES) patients can replace oral proton pump inhibitors (PPIs) with intravenous (IV) pantoprazole (PANTO) without losing control of acid output (AO). American Gastroenterological Association Meeting, Orlando, Fl, May, 1999. Poster presentation.

58. I Scotiniotis, A Cucchiara, DC Metz. Diagnosing subclinical hepatic encephalopathy: Can one simple test suffice? American Gastroenterological Association Meeting, Orlando, Fl, May, 1999. Oral Presentation.

59. J Paul, D Metz, P Maton, J Pisegna, V Pratha, P Martin. Pantoprazole IV treatment decreases antacid usage in patients with gastroesophageal reflux disease. American Gastroenterological Association Meeting, Orlando, Fl, May, 1999. Poster Presentation.

60. VK Sharma, DM Bailey, J-P Raufman, K Elraie, DC Metz, MF Go, CW Howden. A survey of internal medicine (IM) residents' opinions and practices related to H. pylori (Hp). Gastroenterology 1999, Vancouver, Canada, August 1999. Poster Presentation.

61. DC Metz, CE Forsmark, W Bochenek, E Soffer, JR Pisegna. Intravenous (IV) Pantoprazole for Zollinger-Ellison syndrome (ZES): Does baseline acid output affect efficacy? American College of Gastroenterology Conference, Phoenix, AR. October 1999. Poster Presentation.

62. K DeVault, TOG Kovacs, D Metz, S Dasen, D Miska, W Bochenek and the Pantoprazole US study group. Pantoprazole relieves nighttime heartburn more effectively than than Ranitidine in gastroesophagela reflux disease patients with healed erosive esophagitis. American College of Gastroenterology Conference, Phoenix, AR. October 1999.

63. TOG Kovacs, K DeVault, D Metz, S Dasen, D Miska, W Bochenek and the Pantoprazole US study group. Pantoprazole prevents relapse of healed erosive esophagitis more effectively than Ranitidine in gastroesophageal reflux disease patients. American College of Gastroenterology Conference, Phoenix, AR. October 1999.

64. VK Sharma, DM Bailey, J-P Raufman, K Elraie, DC Metz, MF Go, PS Schoenfeld, DT Smoot and CW Howden. A survey of internal medicine (IM) residents' opinions and practices related to H. pylori (Hp). American College of Gastroenterology Conference, Phoenix, AR. October 1999. Poster Presentation.

65. WJ Bochenek, GM Feron, J Paul, JR Pisegna, DC Metz. Acid secretory capacity in normal individuals is controlled by physiologic modification of the rate of proton pump turnover. American Gastroenterological Association Meeting, San Diego, CA, May, 2000.

66. DC Metz, CE Forsmark, E Soffer, W Bochenek, JR Pisegna. Oral pantoprazole (PANTO) effectively controls acid output (AO) in Zollinger-Ellison syndrome (ZES) and idiopathic hypersecretion (IH). American Gastroenterological Association Meeting, San Diego, CA, May, 2000.

67. DA Peura, T Kovacs, DC Metz, JL Gudmunson, BL Pilmer. Low-dose Lansoprazole: Effective for non-ulcer dyspepsia (NUD). American Gastroenterological Association Meeting, San Diego, CA, May, 2000. Oral presentation.

68. CR Friedman, BD Gold, G Zirnstein, D Smoot, M Blaser, A Cutler, S Goldschmidt, DC Metz, J Parsonnet, S Czinn, D Dunne, P Ernst, et al. H. pylori antimicrobial resistance in the United States: preliminary results of a 9-center study. American Gastroenterological Association Meeting, San Diego, CA, May, 2000. Oral presentation.

69. VK Sharma, A Headly, P Modlinger, DC Metz, MF Go, S Nayyar, S Komanduri, CW Howden. Misuse of in-patient fecal occult blood testing (FOBT): Results of an audit. American Gastroenterological Association Meeting, San Diego, CA, May, 2000. Poster Presentation.

70. W Bochenek, W Weinstein, D Metz, D Miska. Standard and low dose pantoprazole maintain gastroesophageal reflux disease (GERD) healing regardless of H pylori status. American Gastroenterological Association Meeting, San Diego, CA, May, 2000.

71. D Miska, D Metz, W Bochenek. Median serum gastrin levels remain within the normal range after pantoprazole treatment in gastroesophageal reflux disease patients. American Gastroenterological Association Meeting, San Diego, CA, May, 2000.

72. AG Coppola, VK Sharma, J-P Raufman, PC Karakousis, DC Metz, MF Go, M Mhokashi, CW Howden.  A survey of primary care residents' opinions and practices related to Hepatitis C (HCV). American Gastroenterological Association Meeting, San Diego, CA, May, 2000. Poster Presentation.

73. WJ Bochenek, RS Northington, D Miska, DC Metz.  Pantoprazole prevents relapse of healed erosive esophagitis in patients more effectively than ranitidine, regardless of baseline symptomatology. American Gastroenterological Association Meeting, San Diego, CA, May, 2000. Poster Presentation.

74. DC Metz, GM Ferron, J Paul, E Soffer, JR Pisegna, WJ Bochenek. Is gastric acid secretory capacity regulated by alterations of proton pump activation? American College of Gastroenterology annual meeting, New York, NY. October, 2000.

75. JR Pisegna, CE Forsmark, E Soffer, WJ Bochenek, DC Metz. Oral Pantoprazole (Panto) effectively controls gastric acid output (AO) in Zollinger-Ellison  syndrome (ZES) and idiopathic hypersecretion (IH). American College of Gastroenterology annual meeting, New York, NY. October, 2000.

76. WJ Bochenek, W Weinstein, D Metz, D Miska. Pantoprazole 40 and 20 mg prevents gastroesophageal reflux disease (GERD) relapse regardless of H. pylori status. American College of Gastroenterology annual meeting, New York, NY. October, 2000.

77. D Miska, D metz, WJ Bochenek.  Pantoprazole treatment of erosive esophagitis (EE) in gastroesophageal reflux disease (GERD) patients maintains median serum gastrin levels within the normal range.  American College of Gastroenterology annual meeting, New York, NY. October, 2000.

78. EP Vinjirayer, NA Bracy, DA Katzka, DC Metz.  Ineffective esophageal motility (IEM) only correlates closely with gastroesophageal reflux disease (GERD) when it is severe. American Gastroenterological Association Meeting, Atlanta, GA.  May 2001.

79. DC Metz, GM Ferron, J Paul, E Soffer, JR Pisegna, WJ Bochenek.  Proton pump turnover (PPT) in Zollinger-Ellison Syndrome (ZES) cannot be predicted based upon acid-secretory or other demographic parameters.  American Gastroenterological Association Meeting, Atlanta, GA.  May 2001. Poster presentation.

80. ME Blam, W Delfyett, DC Metz, MS Levin, DA Katzka.  Achalasia: A subtle disease that correlates poorly with barium esophagography.  American Gastroenterological Association Meeting, Atlanta, GA.  May 2001.

81. Y-X Yang, I Nachamkin, BD Gold, M Dey, Q Song, DC Metz. Are metronidazole (M)-resistant H. pylori (HP) infections more at risk for ulceration than M-sensitive infections. American Gastroenterological Association Meeting, Atlanta, GA. May 2001.

82. RJ Lew, GG Ginsberg, WB Long, DC Metz, DA Katzka, ML Kochman.  Esophageal dilation is safe despite increasing complexity of strictures.  American Society of Gastrointestinal Endoscopy meeting, Atlanta, GA.  May 2001. Poster presentation.

83. B Gonzales, E Vinjirayer, N Bracey, D Katzka, DC Metz.  Motility disorders are not a marker for gastroesophageal reflux disease (GERD).  American College of Gastroenterology annual meeting, Las Vegas, NV. October, 2001. Poster Presentation.

84. AM Krasinskas, SC Abraham, DC Metz, EE Furth.  Oxyntic mucosa pseudopolyps: A presentation of atrophic autoimmune gastritis. The United States and Canadian Academy of Pathology annual meeting, Chicago, IL. February 2002. Poster presentation.

85. L Pilmer, TOG Kovacs, DC Metz, J Gudmunson, DA Peura. Low-dose Lansoprazole: Effective for non-ulcer dyspepsia (NUD). United European Gastroenterology Week meeting, Amsterdam, The Netherlands. October 2001. Poster presentation.

86. GL Shih, C Brensinger, DA Katzka, DC Metz.  Influence of age and gender on gastric acid secretion using integrated acidity (IA). American Gastroenterological Association Meeting, San Francisco, CA.  May 2002.

87. R Ortiz, J Sullivan, D Katzka, D Metz, M Blam, J Paollela, EE Furth, DG Silberg.  Gene expression analysis of Barrett's esophagus. American Gastroenterological Association Meeting, San Francisco, CA.  May 2002. Poster presentation.

88.    GL Shih, C Brensinger, DA Katzka, DC Metz.  Influence of age and gender on gastric acid secretion using integrated acidity (IA). American College of Gastroenterology Annual Meeting, Seattle, WA. October 2002. Poster presentation.

89.    DC Metz, J Pisegna, E Soffer, K Torrens, M Mack, P Fraga.  Three-year treatment with oral pantoprazole Maintains effective long-term acid control in patients with Zollinger-Ellison syndrome and Idiopathic Hypersecretion.  American Gastroenterological Association Meeting, Orlando, FL.  May 2003. Poster presentation.

90.    T Kovacs, Jackson R, Chiu Y-L, Pilmer B, DC Metz.  Oral and intravenous lansoprazole are equivalent in suppressing stimulated acid output in patients with erosive esophagitis.  American Gastroenterological Association Meeting, Orlando, FL.  May 2003. Poster presentation.

91.    SF Moss, J Starr, H Shirin, DC Metz.  Indomethacin: active against H. pylori (Hp) gastritis in vitro but not in vivo. American Gastroenterological Association Meeting, Orlando, FL.  May 2003.

92.    KR DeVault, RB Lynn, WJ Bochenek, ME Mack, R Karlstadt, DC Metz.  Successful treatment of elderly patients with erosive esophagitis (EE) using pantoprazole 40 mg. American Gastroenterological Association Meeting, Orlando, FL. May 2003.

93.    GL Shih, DA Katzka, C Brensinger, DC Metz.  Postprandial esophageal integrated acidity (ePIA), an indirect measure of esophageal clearance, correlates closely with gastroesophageal reflux disease (GERD). American Gastroenterological Association Meeting, Orlando, FL.  May 2003. Poster presentation.

94.    EP Chan, M Goebig, R Demers, DA Katzka, DC Metz.  Intravenous (IV) pantoprazole to prevent rebleeding after endoscopic hemostasis of bleeding ulcers: Initial US experience. American Gastroenterological Association Meeting, Orlando, FL.  May 2003. Poster presentation.

95.    KR DeVault, RB Lynn, WJ Bochenek, ME Mack, R Karlstadt, DC Metz.  Successful treatment of elderly patients with erosive esophagitis (EE) using pantoprazole 40 mg. American College of Gastroenterology Meeting, Baltimore, MD. Oct 2003. Poster presentation.

96.    SM Sabesin, P Fraga, M Mack, DC Metz.  Patients with erosive esophagitis relapse less frequently and to lower grades after treatment with pantoprazole v ranitidine. American College of Gastroenterology Meeting, Baltimore, MD.  Oct 2003. Poster presentation.

97.    T Kovacs, Jackson R, Chiu Y-L, Pilmer B, DC Metz.  Intravenous and oral lansoprazole are equivalent in suppressing stimulated acid output in patients with erosive esophagitis.  American College of Clinical Pharmacy Annual Meeting. Sept 2003.

98.    TOG Kovacs, CY Chao, YL Chiu, BL Pilmer, DC Metz.  Intravenous and oral lansoprazole are equivalent in suppressing stimulated acid output in patients with erosive esophagitis.  American Society of Health System Pharmacists Annual Meeting. December 2003.

99.    JD Lewis, RA Localio, SE Kimmel, JT Farrar, DC Metz, LC Nessel, C Brensinger, BL Strom.  Frequency of use influences recall of NSAID exposure.  International Society for Pharmacoepidemiology  Annual Meeting, Bordeaux, France. April 2004.

100.   RD Kristoffel, D Metz, ML Kochman, NN Williams.  The role of therapeutic endoscopy for postoperative management of obstructive symptoms after hand assisted roux-en-y-gastric bypass. American Gastroenterological Association Meeting, New Orleans, CA.  May 2004. Poster presentation.

101.   MD Weinberg, DA Katzka, MG Weiner, DC Metz.  Screening for Barrett's esophagus (BE) in supraesophageal reflux disease (SRD) is not indicated. American Gastroenterological Association Meeting, New Orleans, CA.  May 2004. Poster presentation.

102.   VS Pratha, DL Hogan, RB Lynn, R Karlstadt, M Burton, DC Metz.  Intravenous Pantoprazole is an effective gastric acid suppressant when used initially in patients with Gastroesophageal reflux disease (GERD). American Gastroenterological Association Meeting, New Orleans, CA.  May 2004. Poster presentation.

103.    VS Pratha, DL Hogan, RB Lynn, RG Karlstadt, MS Burton, DC Metz.  Intravenous (IV) Pantoprazole decreases heartburn and antacid use in patients with gastroesophageal reflux disease (GERD).  American College of Gastroenterology Annual Meeting, Orlando, FL.  October 2004. Poster presentation. American J Gastroenterol 99:S10, 2004 (abstract 29)

104.    KR DeVault, RB Lynn, ME Mack, MS Burton, DC Metz.  Maintenance of heartburn control in elderly patients with healed erosive esophagitis treated with pantoprazole 40 mg. American College of Gastroenterology Annual Meeting, Orlando, FL.  October 2004 Poster presentation. American J Gastroenterol 99:S11, 2004 (abstract 30)

105.    DC Metz, ME Mack, E Soffer, JE Richter. Pantoprazole 40 mg maintains healing of erosive esophagitis in more patients than ranitidine 150 mg over 3 years. American College of Gastroenterology Annual Meeting, Orlando, FL. October 2004. Poster presentation. American J Gastroenterol 99:S9, 2004 (abstract 24)

106.    WC Blonski, GL Shih, CM Brensinger, DA Katzka, DC Metz.  Can the acidity index (AI) be used as a surrogate for assessing gastric acid production.  American College of Gastroenterology Annual Meeting, Orlando, FL.  October 2004. Poster presentation. American J Gastroenterol  99:S32, 2004 (abstract 97)

107.    DC Metz, C Han, C Lee.  Intravenous Lansoprazole is equivalent to oral capsule in suppressing pentagastrin-stimulated acid output.  American College of Gastroenterology Annual Meeting, Orlando, FL.  October 2004. Poster presentation. American J Gastroenterol 99:S13, 2004 (abstract 37)

108.    N Phatak, D Metz, E Rosato.  70 year old woman with weight loss, dermatitis, diabetes mellitus and anemia: A case of glucagonoma.  American College of Gastroenterology Annual Meeting, Orlando, FL.  October 2004. American J Gastroenterol 99:S146, 2004 (abstract 451)

109.    JD Lewis, RA Localio, SE Kimmel, JT Farrar, DC Metz, LC Nessel, C Brensinger, BL Strom.  Frequency of use influences recall of NSAID exposure.  Pharmacoepidemiology and Drug Safety 2004; 13:S3. 220th International Conference on Pharmacoepidemiology and Therapeutic Risk Management, Bordeaux, France, 2004

110.    C Compher, S Rubesin, B Kinosian, J Madaras, D Metz.  Noninvasive measurement of transit time in short bowel syndrome.  American Society of parenteral and Enteral Nutrition Meeting, Orlando, FL.  February 2005.

111.    DC Metz, C Han, C Lee.  Comparison of intravenous lansoprazole to oral capsule in suppressing pentagastrin-stimulated acid output.  2005 spring practice and research forum, ACCP, Myrtle Beach, SC. April 2005.

112.    CW Howden, DC Metz, WD Chey, G Triadafilopoulos, DA Peura.  Degree of conformity between US gastroenterologists and experts concerning Barrett's esophagus (BE).  American Gastroenterological Association Meeting, Chicago IL.  May 2005. Oral presentation. Gastroenterology 128; Suppl 2, A148, 2005 (abstract 912)

113.    Y-X Yang, JD Lewis, S Epstein, DC Metz.  Chronic acid-suppressive therapy and the risk of hip fracture. American Gastroenterological Association Meeting, Chicago IL.  May 2005. Oral presentation. Gastroenterology 128; Suppl 2, A138, 2005 (abstract 861)

114.    JD Lewis, DC Metz, SE Kimmel, RA Localio, JT Farrar, LC Nessel, C Brensinger, KM McGibney, BS Strom.  Pattern of use and risk of upper Gastrointestinal toxicity with over-the-counter nonaspirin nonsteroidalanti-inflammatory drugs (NANSAIDs). American Gastroenterological Association Meeting, Chicago IL.  May 2005. Poster With Distinction. Gastroenterology 128; Suppl 2, A242, 2005 (abstract S1718)

115.    DC Metz, F Amer, B Hunt.  Establishing a regimen for lansoprazole administration to markedly inhibit acid output in normal volunteers. American Gastroenterological Association Meeting, Chicago IL.  May 2005. Oral presentation. Gastroenterology 129;370, 2005 (abstract 1)

117.    AM Joyce, G Ginsberg, DA Katzka, WB Long, DC Metz, ML Kochman.  Esophageal dilation at a tertiary referral center. American Society for Gastrointestinal Endoscopy Association Meeting, Chicago IL.  May 2005. Poster presentation. Gastrointestinal Endoscopy 61; AB133, 2005 ( S1168)

118.    JD Lewis, DC Metz, SE Kimmel, RA Localio, JT Farrar, LC Nessel, C Brensinger, KM McGibney, BS Strom.  Pattern of use and risk of upper Gastrointestinal toxicity with over-the-counter nonaspirin nonsteroidalanti-inflammatory drugs (NANSAIDs). International Society for Pharmacoepidemiology meeting, Nashville TN.  August 2005. Oral presentation.

119. JR Pisegna, MB Sostek, P Ruszniewski, CE Forsmark, J Monyak, DC Metz.  Effects of esomeprazole on acid output in patients with Zollinger-Ellison syndrome (ZES) and idiopathic gastric acid hypersecretion (IGH): 6-month results.  American College of Gastroenterology Meeting, Honolulu Hawaii. October 2006. <u>Poster presentation.</u>

120. DC Metz, P Ruszniewski, CE Forsmark, J Monyak, MB Sostek, JR Pisegna.  Acid output control with esomeprazole in patients with Zollinger-Ellison syndrome and idiopathic gastric acid hypersecretion: Final 12-month results.  American Gastroenterological Association Meeting, Los Angeles, CA.  May 2006. <u>Poster presentation.</u>

121. DC Metz, M Vakily, E Lloyd, S Atkinson.  Two- vs 30-minute intravenous lansoprazole administration is safe with similar systemic exposure and pharmacodynamic profile.  American Gastroenterological Association Meeting, Los Angeles, CA.  May 2006.

122. JM Shaw, PC Bornman, MD Callanan, DC Metz.  Long-term (6 year) outcome of laparoscopic Nissen and Toupet fundoplication. Society for Surgery of the Alimentary Tract Meeting, Los Angeles, CA.  May 2006. <u>Poster presentation.</u>

123. DA Levin, GA Watermeyer, SJ Hlatswayo, DP Epstein, KD Bardhan, DC Metz.  Age and alarm symptoms as an indication for endoscopy in a resource-limited environment. American Gastroenterological Association Meeting, Los Angeles, CA.  May 2006. <u>Poster presentation.</u>

124. N Mohamed, GA Watermeyer, DP Epstein, DA Levin, SJ Hlatshwayo, DC Metz.  A quality assurance evaluation of a locally produced rapid Urease test (RUT) for the diagnosis of Helicobacter pylori gastritis in Cape Town. American Gastroenterological Association Meeting, Los Angeles, CA.  May 2006.

125. MW Sonderup, CW Spearman, P Hall, H Wainwright, H Hairwadzi, DC Metz.  The spectrum of liver disease in patients with HIV/AIDS in sub-Saharan Africa. American Association for the Study of Liver Disease Meeting, Los Angeles, CA.  May 2006.

126. DP Epstein, J Dave, G Alburquerque-Jonathan, GA Watermeyer, N Levitt, AB Fataar, DC Metz.  Vertebral fracture risk factors in inflammatory bowel disease patients at Groote Schuur Hospital, Cape Town. American Gastroenterological Association Meeting, Los Angeles, CA.  May 2006.

127. G Spencer, S Schutte-Rodin, DA Katzka, S Stache, DC Metz.  Continuous positive airway pressure ventilation in sleep apneics reduces esophageal acid exposure. American Gastroenterological Association Meeting, Los Angeles, CA.  May 2006.

128. S Schutte-Rodin, G Spencer, S Stache, C Brensinger, B Staley, D Katzka, D Metz.  Defining and scoring gastroesophageal reflux events in obstructive sleep apnea patients during polysomnography.  Sleep 2006, 20th Anniversary Meeting of the Associated Professional Sleep Societies, Salt Lake City, UT.  June 2006. <u>Poster presentation</u>.

129. JE Mandel, J Tanner, G Lichtenstein, DC Metz, M Kochman.  Patient-controlled sedation for colonoscopy with propofol/remifentanil vs. midazolam/fentanyl.  ASA 2006 Annual Meeting, Chicago, IL.  October 2006. <u>Oral presentation.</u>

130. JW Devlin, DC Metz, M Vakily, S Atkinson, E Lloyd.  Administering lansoprazole as a two minute intravenous injection provides a similar pharmacokinetic, pharmacodynamic and safety profile as a 30 minute infusion.  ACCP annual meeting St Louis, MO. October 2006. <u>Poster presentation</u>.

131. JE Mandel, J Tanner, G Lichtenstein, DC Metz, M Kochman.  Patient-controlled sedation for colonoscopy with propofol/remifentanil vs. midazolam/fentanyl.  ACG Annual Meeting, Las Vegas, NV.  October 2006. <u>Oral presentation.</u>

132. G Spencer, S Schutte-Rodin, DA Katzka, S Stache, DC Metz.  Continuous positive airway pressure ventilation in sleep apneics reduces esophageal acid exposure. ACG Annual Meeting, Las Vegas, NV.  October 2006. <u>Poster presentation</u>

133. Al Bunim, DA Katzka, Y-X Yang, DC Metz.  Double dose or higher PPI therapy does not always result in normalization of distal esophageal acid exposure. ACG Annual Meeting, Las Vegas, NV.  October 2006.  <u>Poster presentation</u>

134. V Pratha, DL Hogan, RB Lynn, G Comer, DC Metz.  Gastric acid analysis is a reliable and reproducible measure of acid secretion in patients treated with placebo or pantoprazole.  American Gastroenterological Association Meeting, Washington, DC.  May 2007.

135. G Spencer, S Schutte-Rodin, DA Katzka, S Stache, DC Metz.  Gastroesophageal reflux occurs after arousals and awakenings in patients with obstructive sleep apnea.  American Gastroenterological Association Meeting, Washington, DC.  May 2007. Poster presentation

136. V Pratha, DL Hogan, RB Lynn, G Comer, DC Metz.  Gastric acid analysis is a reliable and reproducible measure of acid secretion in GERD patients treated with placebo or pantoprazole.  American College of Gastroenterology Annual Meeting, Philadelphia, PA.  October 2007. Poster presentation

137. G Fulda, MB Sostek, KM Olsen, JT Monyak, SB Simonson, DC Metz.  Intravenous esomeprazole in critically ill patients. American Thoracic Association Meeting, Toronto, Ontario, Canada.  May 2008. Poster presentation

138. JY Lau, DC Metz, JJ Sung, CW Howden.  Systematic review of the epidemiology of complicated peptic ulcer, incidence, recurrence, risk factors and mortality. American Gastroenterological Association Meeting, San Diego, CA.  May 2008. Oral presentation

139. DC Metz, CW Howden, M Perez, LM Larsen, JM O'Neill.  TAK-390 MR, a proton pump inhibitor with a novel dual delayed release formulation maintains healing and controls heartburn in GERD patients with healed erosive esophagitis. American Gastroenterological Association Meeting, San Diego, CA.  May 2008. Poster presentation

140. DC Metz, G Fulda, KM Olsen, JT Monyak, SB Simonson, MB Sostek.  Intragastric acid control with intravenous esomeprazole in critically ill patients. American Gastroenterological Association Meeting, San Diego, CA.  May 2008. Poster presentation

141. DC Metz, G Fulda, KM Olsen, JT Monyak, SB Simonson, MB Sostek.  Rapid onset of intragastric acid control with intravenous esomeprazole in critically ill patients. American Gastroenterological Association Meeting, San Diego, CA.  May 2008. Poster presentation

142. G Spencer, DC Metz, DA Katzka, Y Yang, R Obelmejias, C Brensinger.  Motts applesauce is a cost-effective substitute for the proprietary viscous solution in impedance-manometry studies. American Gastroenterological Association Meeting, San Diego, CA.  May 2008. Poster presentation

143. R Choksi, MF Pascua, F Aberra, DC Metz, AI Levinson, A Burkart.  Is there an association between common variable immunodeficiency and microscopic colitis?   American Gastroenterological Association Meeting, San Diego, CA.  May 2008. Poster presentation

144. F Aberra, JD Lewis, GR Lichtenstein, DC Metz, JE Stern, AD Rhim.  Are we able to predict antimicrobila response in patients who have undergone ileocecal resection and have documented small bowel bacterial overgrowth via hydrogen breath testing?: Evaluation of antibiotic response and characteristics of the hydrogen breath test. American Gastroenterological Association Meeting, San Diego, CA.  May 2008. Poster presentation

145. J Mandel, G Lichtenstein, G Ginsberg, D Metz, M Kochman.  A randomized, controlled comparison of respiratory depression in patients undergoing colonoscopy with sedation with propofol-remifentanil with patient vs. anesthesiologist control. American College of Gastroenterology Annual Meeting, Orlando FL.  October 2008. Oral presentation.

146. DC Metz, BL Pilmer, C Han, MC Perez.  Lack of acid and symptom rebound after withdrawal of 4 to 8 weeks of dexlansoprazole MR or lansoprazole therapy. American Gastroenterological Association Meeting, New Orleans, LA.  May 2010. Poster presentation

147. P Shah, Y-X Yang, DC Metz.  Hypo/achlorhydria is Associated with False-Positive  Secretin Stimulation Testing (SST) for Zollinger-Ellison Syndrome (ZES). American College of Gastroenterology Annual Meeting, San Antonio, Tx.  October 2010.  Poster presentation (also presented at NANETs annual meeting Santa Fe, NM – winner of travel award).

148. J Hasskarl, M Kaufmann, H Schmid, DC Metz. The potential role of somatostatin analogues in the treatment of gastrointestinal (GI) cancers. American Society of Clinical Oncology – 2011 Gastrointestinal Cancers symposium, San Francisco, Ca.  January 20, 2011. Poster presentation.

149. A Heaney, DC Metz, CW Howden, J Strosberg, PA Pellikka, D Klimstra, J Choi, JC Yao. Perspectives on Multidisciplinary Care in the Treatment of Neuroendocrine Tumors. The Endocrine Society; June 4-7, 2012; Boston, MA <u>Poster presentation</u>.

150. P Menard-Katcher, MA Brisco, JE Rame, DC Metz. Continuous Flow and Pulsatile Left Ventricular Assist Devices Associated With Similar Rates of Gastrointestinal Bleeding. American Gastroenterological Association Meeting, Chicago, IL. May 2011. <u>Poster presentation</u>

151. LY Korman, N Haddad, DC metz, SK Lazerow, HL Miller, SB Benjamin, V Egorov, M Patel, A Sarvazyan. Propofol Anesthesia for Colonoscopy - Quicker Examination Time but With a Potential Risk. American Gastroenterological Association Meeting, Chicago, IL. May 2011. <u>Poster presentation</u>

152. CV Almario, B Riff, DC metz, N Merriman, Y-X Yang.  Risk of Community-Acquired Pneumonia in Patients With a Diagnosis of Pernicious Anemia. American Gastroenterological Association Meeting, Chicago, IL. May 2011. <u>Poster presentation</u>

153. P Menard-Katcher, PM Shah, LY Korman, A Sarvazyan, DC Metz.  Using the Force - Trainee Endoscopists Use Less Force Than Experts. American Gastroenterological Association Meeting, Chicago, IL. May 2011. <u>Poster presentation</u>

154. H Faust, DC Metz, MC Soulen.  Y-90 Radioembolization is Effective Initial and Salvage Hepatic Therapy for Metastatic Neuroendocrine Tumors. World Congress of Interventional Oncology 2011, New York, NY, June 9, 2011. <u>Poster presentation</u>.

155. M Synnestvedt, B Bennett, H Faust, M Weiner, DC Metz.  Multi-Feature Method for Ascertaining NET Cases in a Clinical Data Warehouse.  NANETs Annual Meeting, Minneapolis, MN. October, 2011. <u>Poster presentation</u>

156. Korman LY, Brandt LJ, Metz DC, Haddad Nadim, Lazerow SK, Benjamin SB, Miller HL, Greenwald D, Patel M, Sarvazyan A. Effect of Body Mass Index (BMI) and Procedure Difficulty on Force Applied During Colonscopy, American Gastroenterological Association Meeting, San Diego, CA. May 2012. <u>Poster presentation</u>

157. Ende A, Sedarat A, Shah P, Metz DC, Kochman M.  Non-functional pancreatic neuroendocrine tumors: A retrospective analysis from a tertiary care center of the role of EUS in determining outcome.  American College of Gastroenterology meeting, Las Vegas, NV. October 2012. <u>Poster presentation</u>

158. Singh M, Fraker, DA, Metz DC.  Importance of Surveillance for Multiple Endocrine Neoplasia-1 and Surgery in Patients with Sporadic Zollinger-Ellison Syndrome.  NANETs annual meeting, San Diego, CA. October 12, 2012. <u>Oral presentation</u>

159. Chapman P, Metz D, Sepulveda A, Uehara T, Rustgi A, Nathanson KL, Kim K, Puzanov I, Flaherty K, Sosman J, Linke R, Schuchter LM, McArthur G, Amaravadi R.  Development of Colonic Adenomas and Gastric Polyps in BRAF Mutant Melanoma Patients Treated with Vemurafenib.  Society for Melanoma Research 2012 Annual Meeting, Hollywood, CA. November 8-11, 2012.  <u>Oral presentation.</u>

160. Helgadottir H, Metz DC, Rhim AD, Yang Y-X, Bjornsson E.  The effects of long-term therapy with proton pump inhibitors (PPIs) on meal stimulated gastrin. American Gastroenterological Association Meeting, Orlando, FL.. May 2013. <u>Poster presentation</u>

161. Menezes AK, Tierney A, Yang Y-X, Forde KA, Bewtra M, Metz DC, Ginsberg GG, Falk GW.  Adherence to the 2011 AGA Medical Position Statement for the Diagnosis, Screening and Surveillance of Barrett's Esophagus. American Gastroenterological Association Meeting, Orlando, FL.. May 2013. <u>Poster presentation</u>

162. Menezes AK, Tierney A, Yang Y-X, Forde KA, Bewtra M, Metz DC, Ginsberg GG, Falk GW.  Adherence to the 2011 AGA Medical Position Statement for the Treatment of Barrett's Esophagus. American Gastroenterological Association Meeting, Orlando, FL.. May 2013. <u>Poster presentation</u>

163. Singh MH, Soulen MC, Pryma DA, Bennett, BJ, Wild D, Guillaume N, Teitelbaum UR, Metz DC.  Organ Dysfunction after Delayed Peptide Receptor Radionuclide Therapy in Patients With Metastatic Neuroendocrine Tumors. American Gastroenterological Association Meeting, Orlando, FL.. May 2013. <u>Poster presentation</u>

164. Riff BP, Singh M, Soulen MC, Pryma DA, Bennett B, Fanslau K, Teitelbaum U, Metz DC.  MIBG Avidity and Therapy in a metastatic GI Neuroendocrine Tumor Patient Cohort. NANETs Annual Meeting, Charleston, SC. October, 2013. Poster presentation

165. Riff BP, Singh M, Soulen MC, Pryma DA, Bennett B, Wild D, Guillame N, Teitelbaum U, Metz DC.  Systemic Toxicity after Delayed Peptide Receptor Radionuclide Therapy in patients with Metastatic Neuroendocrine Tumors. NANETs Annual Meeting, Charleston, SC. October, 2013. Poster presentation

166. Riff BP, Leiman DA, Fraker DL, Bennett, BJ, Metz DC.  Weight gain after control in Zollinger-Ellison syndrome. American Gastroenterological Association Meeting, Chicago, IL.  May 2014. Oral presentation

167. Riff BP, Yang, Y-X, Soulen MC, Pryma DA, Bennett BJ, Wild D, Guillaume N, Teitelbaum, UR, Metz DC.  PRRT-induced hepatotoxicity in metastatic GEP-NET patients with liver metastases. American Gastroenterological Association Meeting, Chicago, IL.  May 2014. Oral presentation

168. Leiman DA, Riff BP, Morgan S, Metz DC, Falk GW, French B, Umscheid CA, Lewis JD. Alginate Therapy Is Effective in the Treatment of Non-erosive Reflux Disease: A Systematic Review and Meta-analysis. American College of Gastroenterology Annual Scientific Meeting, Honolulu, HI October 2015. Poster presentation.

169. L Anthony, D Hörsch, C Ervin, MH Kulke, M Pavel, E Bergsland, M Caplin, K  Öberg, R Warner, P Kunz, DC Metz, J Pasieka, N Pavlakis, D DiBenedetti, E Haydysch, Qi M Yang, S Jackson, K Arnold, L Law, P Lapuerta. Assessing Treatment Benefit of Telotristat Etiprate in Patients with Carcinoid Syndrome: Patient Exit Interviews North American Neuroendocrine Tumor Society (NANETS) Annual Meeting, Austin, TX, October 2015. Poster presentation.

170. JX Chen, S Rose, SB White, G El-Haddad, N Fidelman, H Yarmohammadi, D Sze, R Salem, D Metz, MC Soulen. Embolotherapy for Neuroendocrine Tumor Liver Metastases: Prognostic Factors for Hepatic Progression-free Survival and Overall Survival. North American Neuroendocrine Tumor Society (NANETS) Annual Meeting, Austin, TX, October 2015. Poster presentation

171. MC Soulen, U Teitelbaum, D Metz,  JI Mondschein,  B Giantonio, SW Stavropoulos, T Evans, N Damjanov.  Feasibility of Combining Capecitabine and Temozolomide with yttrium 90 Radioembolization (CapTemY90) for Intermediate-Grade Metastatic Neuroendocrine Tumors. North American Neuroendocrine Tumor Society (NANETS) Annual Meeting, Austin, TX, October 2015. Poster presentation

172. KM Stashek, RE Roses, EE Furth, DC Metz. Clinical and Pathologic Characteristics of Gastric Neuroendocrine Tumors in a Tertiary Care Center.  North American Neuroendocrine Tumor Society (NANETS) Annual Meeting, Austin, TX, October 2015. Poster presentation

173. M Pavel, D Hörsch, L Anthony, C Ervin, MH Kulke, E Bergsland, M Caplin, Kl Öberg, R Warner, P Kunz, DC Metz, J Pasieka, N Pavlakis, D DiBenedetti, P Lapuerta. Patient Interviews in TELESTAR, a Phase 3 Study of Telotristat Etiprate, Report Meaningful Improvement in Carcinoid Syndrome.  European Neuroendocrine Tumor Society Annual Meeting, Barcelona, Spain. March 2016.

174. BW Katona, BP Riff, MC Soulen, DA Pryma, BJ Bennett, D Wild, G Nicolas, UR Teitelbaum, DC Metz.  Peptide Receptor Radionuclide Therapy (PRRT) for Metastatic Neuroendocrine Tumors (NETs) in a United States (US) Population. American Gastroenterological Association Meeting, San Diego, CA.  May 2016. Oral presentation.

175. S Elhanafi, DC Metz, GG Ginsberg, SJ Mehta, NA Ahmad.  Adenoma Detection rate in Screening Compared to Non-Screening Colonoscopies: A cross-Sectional Study. American Gastroenterological Association Meeting, San Diego, CA. May 2016. Poster  presentation.

176. MJ Whitson, K Lynch, Y-X Yang, DC  Metz, GW Falk.  Lack of PPI Trial Prior to Commencing Therapy for Eosinophilic Esophagitis Is Common. American Gastroenterological Association Meeting, San Diego, CA.  May 2016. Poster presentation.

177. LY Korman, DC Metz,  ML Weinstein, N Sarvazyan, R Hardi, D O'Kieffe, L Winderlite, M Schwartz, T Wojtera, H Mercer, V Egorov.  Propofol Anesthesia Does Not Change the Force Used by the Endoscopist During Colonoscopy: Results of a Randomized Controlled Trial. American Gastroenterological Association Meeting, San Diego, CA.  May 2016. Poster presentation.

178. KM Stashek, R Tondon, SG Shroff, R Roses, EE Furth, DC Metz.  Neoplasia in Patients With Atrophic Metaplastic Autoimmune Gastritis (Amag): Screening and Surveillance Endoscopy Should Become Standard of Care.  American Gastroenterological Association Meeting, San Diego, CA.  May 2016. Poster presentation.

179. KL Lynch, Y-X Yang, DC Metz, GW Falk.  Esophagogastric Junction Outflow Obstruction: A Heterogeneous Entity of Unclear Clinical Significance. American College of Gastroenterology Annual meeting, Las Vegas, NV.  October 2016.

180. KM Stashek, R Tondon, SG Shroff, R Roses, EE Furth, DC Metz. Neoplasia in Patients with Atrophic Metaplastic Autoimmune Gastritis (AMAG): Screening and Surveillance Endoscopy Should Become Standard of Care. 2016 AGA James W. Freston Single Topic Conference: Intestinal Metaplasia in the Esophagus and Stomach – Origins, Differences, Similarities and Significance. InterContinental Hotel Chicago, IL. August 2016. Poster presentation.

181. BW Katona, BP Riff, MC Soulen, DA Pryma, BJ Bennett, D Wild, G Nicolas, UR Teitelbaum, DC Metz.  Peptide Receptor Radionuclide Therapy (PRRT) for Metastatic Neuroendocrine Tumors (NETs): A United States Experience. 2016 NANETS Symposium, Jackson Hole, WY. September 2016. Poster presentation.

182. E Segelov, D Lok H Chan, L Moody, S Carsley, DC Metz, JR Strosberg, S Singh. Development of follow up recommendations for completely resected Gastroenteropancreatic Neuroendocrine Tumours (GEP-NETS): Practice Survey of Commonwealth Neuroendocrine Tumour Collaboration (CommNETS) in conjunction with North American Neuroendocrine Tumour Society (NANETS). ASCO GI 2017. Moscone Center West Bldg, San Francisco, CA. January 2017 .  Oral Presentation.

183. B Cai, MS Broder, E Chang, T Yan, DC Metz.  Predictive Factors of Carcinoid Syndrome Among Patients with Gastrointestinal Neuroendocrine Tumors (GI NETs).  ASCO 2017 Chicago, IL.  June 2017 (submitted)

184. KE Hansen, JW Nieves, S Nudurupati, DC Metz, M Claudia Perez.  A randomized double-blind, placebo-controlled multicenter 26-week study on the effects of dexlansoprazole and esomeprazole on bone homeostasis in healthy postmenopausal women. American Gastroenterological Association Meeting, Chicago, IL.  May 2017. Oral presentation.

185. CA Newberry, SM Siddique, NA Ahmad, DC Metz, S Mehta.  Gastrointestinal Bleeding in Inpatients admitted for another indication: Results of a Multi-Center Retrospective Analysis.  American Gastroenterological Association Meeting, Chicago, IL.  May 2017. Poster presentation.

186. H Helgadottir, E Bjornsson, SS Gizurarson, DC Metz.  Gastrin Elevation Following Proton Pump Inhibitor Therapy is related to Dose per Body weight.  American Gastroenterological Association Meeting, Chicago, IL.  May 2017. Poster presentation.

187. W Bassett, SM Siddique, BL Ranard, Y Gitelman, C Newberry, N Mull, S Arian-Javia,  M Coniglio, DC Metz,  NA Ahmad, S Mehta.  Real-time Communication of a Clinical Pathway for Upper Gastrointestinal Bleeding Through Secure Text Messaging.  American Gastroenterological Association Meeting, Chicago, IL.  May 2017. Poster presentation.

188. KE Hansen, JW Nieves, S Nudurupati, DC Metz, M Claudia Perez.  A randomized double-blind, placebo-controlled multicenter 26-week study on the effects of dexlansoprazole and esomeprazole on bone homeostasis in healthy postmenopausal women. American Society of Bone Mineralization Research Meeting, Denver, CO.  September 2017 (submitted)

189. KE Hansen, JW Nieves, S Nudurupati, DC Metz, M Claudia Perez.  A randomized double-blind, placebo-controlled multicenter 26-week study on the effects of dexlansoprazole and esomeprazole on bone homeostasis in healthy postmenopausal women. 2017 Asian Pacific Digestive Week, Hong Kong. (submitted)

190. KE Hansen, JW Nieves, S Nudurupati, DC Metz, M Claudia Perez.  A randomized double-blind, placebo-controlled multicenter 26-week study on the effects of dexlansoprazole and esomeprazole on bone homeostasis in healthy postmenopausal women. 25TH UEG Week 2017,  Barcelona, Spain. (submitted)

191. B Cai, MS Broder, E Chang, T Yan, DC Metz.  Predictive factors of carcinoid syndrome (CS) among patients with gastrointestinal neuroendocrine tumors (GI NETs). 2017 NANETS Symposium, Philadelphia, PA. October 2017. Poster presentation.

192. C Harris, MK Kim, KJ Baeg, MR Lee, J Starr, LK Brais, S Ward, K Stashek, JA Chan, DM Labow, U Sarpel, ME Schwartz, MW Sung, JP Wisnivesky, RP Warner, DC Metz, MH Kulke. Predictors of recurrence in patients with surgically resected pancreatic neuroendocrine tumors. 2018 ASCO Gastrointestinal Cancers Symposium, San Francisco, CA. Poster presentation.

193. S Singh, L Moody, D Chan, D Metz, J Strosberg, E Segelov. Follow-up recommendations for completely resected gastroenteropancreatic neuroendocrine tumours (GEP-NETs): Consensus guidelines from the Commonwealth NET collaboration (CommNETs) in conjunction with the North American NET Society (NANETS). ESMO Annual meeting 2017, Madrid, Spain. *Annals of Oncology*, Vol 28, Issue suppl_5, 1 September 2017. Oral Presentation.

194. N Mahmud, KM Stashek, BW Katona, R Tondon, SG Shroff, RE Roses, EE Furth, DC Metz. The prevalence and incidence of neoplasia in in patients with autoimmune metaplastic atrophic gastritis: A renewed case for surveillance endoscopy. American Gastroenterological Association Meeting, Washington DC. June 5, 2018. Poster presentation.

195. N Mahmud, Y Tomizawa, KM Stashek, BW Katona, DC Metz. Endoscopic resection of duodenal carcinoid tumors: A single center comparison between simple polypectomy and endoscopic mucosal resection. American Gastroenterological Association Meeting, Washington DC. June 5, 2018. Oral presentation.

196. C Newberry, A Saha, C Domenico, SM Siddique, K Choi, DC Metz, SJ Mehta. A multi-faceted implementation strategy to improve acid suppression prophylaxis among patients admitted to the cardiac intensive care unit: Results of a longitudinal study. American Gastroenterological Association Meeting, Washington DC. June 5, 2018. Oral presentation.

197. IW Folkert, AJ Sinnamon, DL Fraker, B Bennett, DC Metz, KM Stashek, RE Roses. Risk of Metastasis in Patients with Rectal Neuroendocrine Tumors. Society for Surgical Oncology, Chicago IL. July 2018 Oral presentation.

198. C Bouvier, M Caplin, S Conroy, P Davies, S Dureja, M Falconi, P Ferolla, G Fisher, G Goldstein, R Hicks, R Hollander, B Lawrence, S Leyden, Y Majima, D Metz, D O'Toole, P Ruszniewski, B Wiedenmann. Unmet Needs in the Global NETs Patient Community, from the Perspectives of Patients, Patient Advocates and NET Health Professionals. NANETS annual Meeting, Seattle, WA. October 2018 Poster Presentation.

199. N Mahmud, Y Tomizawa, K Stashek, B Katona, G Ginsberg, D Metz. Endoscopic Resection of Duodenal Carcinoid Tumors: A single Center Comparison Between Simple Polypectomy and Endoscopic Mucosal resection. NANETS annual Meeting, Seattle, WA. October 2018 Poster Presentation.

200. JK Cho, DC Metz, MC Soulen. Effect of Telotristat Ethyl on Growth of Small Bowel Neuroendocrine Hepatic Metastases. NANETS annual Meeting, Seattle, WA. October 2018 Poster Presentation.

201. KE Hansen, JW Nieves, S Nudurupati, DC Metz, MC Perez. A Randomized Double-Blind, Placebo-Controlled Multicenter Study on the Effects of Dexlansoprazole and Esomeprazole on Bone Homeostasis in Healthy Postmenopausal Women. WCDD-2018 meeting, Rome, Italy. 2018. Oral Presentation

202. C Bouvier, S Leyden, T Kalorova, R Hollander, M Caplin, S Conroy, R Davies, S Dureja, M Falconi, P Ferrolla, GA Fisher, G Goldstein, RJ Hicks, B Lawrence, Y Majima, D Metz, D O'Toole, P Ruszniewski, B Wiedenmann. Unmet Needs in the Management of Neuroendocrine Tumours: A global survey involving Patients, Patient Advocates and Healthcare Professionals. ESMO annual Meeting, Munich, Germany. October 2018 Poster Presentation (won best poster award).

203. S Kumar, N Mahmud, R Roses, B Katona, G Ginsberg, D Metz. Operative resection of duodenal carcinoid tumors: A single Center Experience. American Gastroenterological Association Meeting, San Diego CA. May 18, 2019. Poster Presentation.

204. S Palchaudhuri, S Attalla, J Gilbo, MS Weiss, SJ Mehta, J-MA Klapproth, GG Ginsberg, DC Metz, ML Kochman, NA Ahmad, SM Siddique. Utilizing a time series study to inform QI initiatives for improving inpatient endoscopy workflow. American Gastroenterological Association Meeting, San Diego CA. May 20, 2019. Oral Presentation.

205. C Beveridge, G Falk, N Ahuja, Y-X Yang, D Metz, K Lynch. Cross-sectional imaging in patients with esophagogastric junction outflow obstruction: Time to stop? American Gastroenterological Association Meeting, San Diego CA. May 21, 2019. Poster Presentation.

206. K Rico, S Sheriff, D Metz, J Starr, B Katona, J Merchant. Genome Analysis of duodenal gastrinomas and pancreatic neuroendocrine tumors reveal differential location of MEN-1 mutations linked to tissue specific phenotype. American Gastroenterological Association Meeting, San Diego CA. May 20, 2019. Oral Presentation.

207. S Sheriff, K Rico, S Mandape, R Pandey, J Starr, B Katona, D Metz, J Merchant. Duodenal neuroendocrine tumors exhibit distinct somatic mutations compared to pancreatic neuroendocrine tumors and ileal carcinoids. American Gastroenterological Association Meeting, San Diego CA. May 20, 2019. Oral Presentation.

208. J Heckert, J Eads, M Soulen, D Pryma, D Mankoff, D Metz, B Katona. Initial experience with peptide receptor radionuclide therapy (PRRT) for the treatment of neuroendocrine tumor (NET) at a tertiary care United States center. American Gastroenterological Association Meeting, San Diego CA. May 18, 2019. Poster Presentation.

209. S Kumar, N Mahmud, B Katona, R Roses, G Ginsberg, D Metz. Operative resection of duodenal carcinoid tumors: A single center experience. NANETS Annual Meeting, Boston MA. Oct 4 2019. Poster Presentation.

210. S Kumar, J Heckert, B Bennett, B Katona, D Metz. Ocular metastases of neuroendocrine tumors. NANETS Annual Meeting, Boston MA. Oct 4 2019. Poster Presentation.

211.   K Rico, S Sheriff, S Duan, S Mandape, R Pandey, B Katona, D Metz, J Merchant.  Duodenal neuroendocrine tumors exhibit distinct transcriptome mutations compared to pancreatic neuroendocrine tumors and ileal carcinoids.  NANETS Annual Meeting, Boston MA. Oct 4 2019. Poster Presentation.

212.   J Heckert, S Botterbosch, S Kipnis, B Bennett, C Creamer, A Anderson, J Eads, M Soulen, D Pryma, D Mankoff, D Metz, B Katona.  Initial experience with peptide receptor radionuclide therapy (PRRT) for the treatment of neuroendocrine tumors (NETs) at a tertiary care United States center.  NANETS Annual Meeting, Boston MA. Oct 4 2019. Poster Presentation.

213.   A Scott, J Tessmann, T Braun, B Brown, P Breheny, B Darbro, A Bellizzi, J Dillon, T O'Dorisio, A Anderson, B Bennett, J Bernat, D Metz, James Howe.  Presacral neuroendocrine tumors associated with Currarino Syndrome. NANETS Annual Meeting, Boston MA. Oct 4 2019. Poster Presentation.

214.   E Alexander, B Katona, D Metz, D Pryma, M Soulen. Short-Term Toxicity of Peptide Receptor Radionuclide Therapy in Patients with Neuroendocrine Tumors Who Have Undergone Transarterial Radioembolization.  SIO Annual Meeting 2020, New Orleans, LA. January 2020, Oral presentation.

215.   MA Morse, E Liu, VN Joish, L Huynh, M Cheng, T Totev, MS Duh, P Lapuerta, DC Metz. Exploring Telotristat Ethyl's Antiproliferative Effects in Patients with Carcinoid Syndrome: A Real-World Observational Study (TELEACE). ASCO GI Chicago, IL January 2020. Poster Presentation.

216.   DC Metz, E Liu, VN Joish, L. Huynh, M Cheng, C Kunzweiler, MS Duh, P Lapuerta, MA Morse. Progression-Free Survival and Clinical Outcomes with Long-Term Use of Telotristat Ethyl in US Clinical Practice. ENETS 2020-Barcelona, Spain 11-13 march Poster Presentation (virtual presentation due to COVID-19).

217.   Digestive Diseases Week, 2020 Chicago IL 8 Abstracts accepted  CANCELLED due to COVIOD-19 (2 oral presentations, 1 poster of distinction, 5 posters)

218.   Vikram Shenoy, David Metz, Charles Stanley, Carla Sawan, Anastassia Amaro. SUN-310 Duodenal Wall Insulinoma with Recurrence as Lymph Node Metastases. J Endocr Soc. 2019 Apr 15; 3(Suppl 1): SUN-310.  Published online 2019 Apr 30. Poster presentation.

219.   Hanna, C. Kim-Kiselak, D. Metz, Z. Yang, R. DeMatteo, D. Fraker, R. Roses, Gastric Neuroendocrine Tumors: Reappraisal of Type in Predicting Outcome. Society for Surgical Oncology 2021 Annual Meeting (virtual). Thursday, March 18, 2021

220.   H Lagast, A Madan, DC Metz, R Luo, SR Struthers, A Krasner,  Dose selection for paltusotine, a once daily oral nonpeptide, somatostatin receptor 2 ligand, for the treatment of patients with carcinoid syndrome (CS).  NANETS annual meeting Nov 2021 (virtual)

221.   H Lagast, A Madan, DC Metz, R Luo, SR Struthers, A Krasner,  Dose selection for paltusotine, a once daily oral nonpeptide, somatostatin receptor 2 ligand, for the treatment of patients with carcinoid syndrome (CS).  ENETS annual meeting March 2022 (virtual)

222.   D. Metz, J. Zhao, E. Sturchler, B. Yang, M. Chen, Y. Tang, R. Middleton, S. Lee, C. Staley, T. Hines, M.A. Fowler, H. Hussein, E. Hsieh, D. Dalvie, J. Schkeryantz, S. Markison, Y. Zhu, R.S. Struthers, S.F. Betz.  A Novel Nonpeptide Drug Conjugate (NDC) fort he Treatment of Somatostatin Receptor 2-Expressing Tumors.  ENETS annual meeting March 2022, Krakow Poland (poster and Oral presentation).

223.   RJ Thuemmler, D Ackerman, S Hunt, G Nadolski, DC Metz, K Weinfurtner, W Li, Z Yang, MC Soulen, T Gade MD, DM DePietro. Safety and clinical implications of concurrent biopsy of neuroendocrine liver metastases at the time of liver directed therapy.  NANETS 2025, Austin TX,  Oral presentation.

224.   D Li, MN Al Hallak, L Anthony, EB Toegel, SR Chandana, AN Dasari, F Dayyani, MJ Demeure, JR Eads, R Garcia-Carbonero, TR Halfdanarson, JT Henry, T Hernández, MD, J Hernando, MA Maluccio, R Miao, M Pedregal, MJ Reilley, S Sahota, MM Song, MD, AI Spira, R Thummalapalli, DM Glatt, D Zhou, DC Metz, B Zhang, MD, Emily Bergsland. First-in-Human Study of a Novel Nonpeptide Drug Conjugate (CRN09682) in Patients With Somatostatin Receptor 2-Expressing . NANETS 2025, Austin TX, poster presentation.

Contributions to abstracts, participation cited but not authorship:

1.  WM Duck, BD Gold, JM Pruckler, Q Song, A Sulka, B Swaminathan, J Sobel amd the HARP Working Group.  Risk Factors for emerging antimicrobial resistance in Helicobacter pylori infection in the United States.  International Conference on Emerging Infectious Diseases (ICEID) Meeting, Atlamta, GA.  March 2002. Poster presentation.

Editorials, Reviews, Chapters:

1.  DC Metz, JR Pisegna, VA Fishbeyn, RV Benya, RT Jensen.  The control of gastric acid hypersecretion in the management of patients with Zollinger-Ellison syndrome.  In:  Progress symposium on the treatment of islet cell tumors.  JA Norton, ed.  World J Surgery  17:468-480, 1993.

2.  DC Metz, RT Jensen.  Endocrine tumors of the pancreas.  In:  Bockus Gastroenterology.  WB Haubrich, F Schaffner, JE Berk, eds.  Volume 4, Section 13, Chapter 159, W.B. Saunders Publishing Co., Philadelphia, PA.  5th edition, 1994, pp 3002-3034.

3.  DC Metz, RT Jensen.  The Zollinger-Ellison syndrome.  In:  Consultations in Gastroenterology.  WJ Snape, Jr., ed.  W.B. Saunders Publishing Co., Philadelphia, PA.  1995, pp 322-334.

4.  DC Metz, RT Jensen, AE Bale, MC Skarulis, RC Eastman, L Nieman, JA Norton, E Friedman, C Larsson, A Amorosi, M-L Brandi, SJ Marx.  Multiple endocrine neoplasia type I: Clinical features and management.  In:  The Parathyroids.  Bilezekian JP, Marcus R, Levine MA, eds.  Chapter 37, Raven Press Publishing Co., New York, New York, 1994, pp 591-646.

5.  E Friedman, C Larrson, A Amorosi, M-L Brandi, AE Bale, DC Metz, RT Jensen, MC Skarulis, RC Eastman, L Nieman, JA Norton, SJ Marx.  Multiple endocrine neoplasia type I: Pathology, pathophysiology, molecular genetics, and differential diagnosis.  In:  The Parathyroids.  Bilezekian JP, Marcus R, Levine MA, eds.  Chapter 38, Raven Press Publishing Co., New York, New York, 1994, pp 647-680.

6.  DC Metz, RT Jensen.  Advances in gastric antisecretory therapy in Zollinger-Ellison syndrome.  In.  Endocrine Tumors of the Pancreas: recent advances in research and management.  M Mignon, RT Jensen, editors.  Frontiers in Gastrointestinal Research, S Karger AG, Basel, Switzerland, 1995, Vol 23, pp 240-257.

7.  DB Strader, JL Doppman, M Orbuch, RT Jensen, DC Metz.  Functional localization of pancreatic endocrine tumors.  In:  Endocrine Tumors of the Pancreas: recent advances in research and management.  M Mignon, RT Jensen, editors.  Frontiers in Gastrointestinal Research, S Karger AG, Basel, Switzerland, 1995, Vol 23, pp 282-297.

8.  M Orbuch, JL Doppman, DB Strader, VA Fishbeyn, RV Benya, DC Metz, RT Jensen.  Imaging (CT, ultrasound, MR and angiography) for pancreatic endocrine tumor localization: recent advances.  In:  Endocrine Tumors of the Pancreas: recent advances in research and management.  M Mignon, RT Jensen, editors.  Frontiers in Gastrointestinal Research, S Karger AG, Basel, Switzerland, 1995, Vol 23, pp 268-281.

9.  DC Metz.  Multiple Endocrine Neoplasia type I.  In:  Seminars in gastrointestinal disease (RT Jensen, editor)  Volume 6(2), April 1995, pp 56-66.

10.  DC Metz.  Diagnosis and treatment of pancreatic neuroendocrine tumors.  In:  Seminars in gastrointestinal disease (RT Jensen, editor)  Volume 6(2), April 1995, pp 67-78.

11.  DC Metz.  Peptic ulcer disease; Diagnosis and Treatment. In: Gastrointestinal disease: An Endoscopic approach, AJ DiMarino and SB Benjamin (editors).  Chapter 22, Blackwell Science Inc., Cambridge, MA., 1997, Vol 1, pp285-304.

12.  DC Metz.  Endocrine tumors of the pancreas: Types and diagnostic aspects.  Practical Gastroenterology.  Volume 20(12), December 1996, pp 25-36.

13.  JA Kroser, DC Metz.  Evaluation of the adult patient with diarrhea.  In:  Primary care: Clinics in Office Practice.  J Katz and G Steele, editors.  Volume 23 (3), September 1996, pp 629-647.

14.  DO Faigel, DC Metz.  Acute pancreatitis.  In:  The Intensive Care Unit Manual.  Lanken PN, Manaker S, Hanson CW, eds.  Chapter 58, W.B. Saunders Publishing Co., Philadelphia, PA, 2000, pp667-674.

15. DC Metz. Dyspepsia. In: Clinical Practice of Gastroenterology. Brandt LJ, editor. Chapter 25, Current Medicine (subsidiary of Churchill Livingstone), Philadelphia, PA., 1998, Vol 1, pp225-235.

16. DC Metz. Helicobacter pylori infection and gastroduodenal disease. In: Kelley's Textbook of Medicine (Updates). Traber PG, editor. Lippincott-Raven Healthcare, Philadelphia, PA. Vol 1, 1997, 1-16.

17. JA Kroser, DR Bachwich, DC Metz. Physiology and Pathophysiology. In: Clinical Imaging of the Small Intestine. Second edition. Herlinger H, Maglinte DDT and Birnbaum B, editors. Springer-Verlag, New York, NY. 1998, pp13-28.

18. H Herlinger and DC Metz. Malabsorption States. In: Clinical Imaging of the Small Intestine. Second edition. Herlinger H, Maglinte DDT and Birnbaum B, editors. Springer-Verlag, New York, NY. 1998, pp331-376.

19. I Scotiniotis and DC Metz. Invited commentary on a case report entitled " Acute diverticulitis in a 22 year-old man". Resident and staff physician 45;47-51:1999

20. DC Metz. Is the only good H. pylori a dead H. pylori? Invited commentary on "Curing H. pylori infection in patients with duodenal ulcer may provoke reflux esophagitis" for the World Literature Review section of the American Journal of Gastroenterology 92;2131:1997.

21. DC Metz. Diagnosis of non-Zollinger-Ellison syndrome, non-carcinoid syndrome, enteropancreatic neuroendocrine tumors. Italian J. Gastroenterol and Hepatol. 31(Suppl 2);S153-S159, 1999.

22. DC Metz. Eradicate the bug before you start the drug? Invited commentary on " Randomised trial of eradictaion of Helicobacter pylori before non-steroidal anti-inflammatory drug therapy to prevent peptic ulcers" for the World Literature Review section of the American Journal of Gastroenterology 93;279:1998.

23. DC Metz. Helicobacter colonization of the biliary tree: Commensal, Pathogen, or spurious finding? Invited commentary on "Hepatic Helicobacter species identified in bile and gallbladder tissue from Chileans with chronic cholecystitis" for the World Literature Review section of the American Journal of Gastroenterology 93;1996:1998.

24. NA Ahmad, DC Metz. Dyspepsia and heartburn. In: Rheumatic disease clinics of North America. Baime M and Mandell B, editors. WB Saunders Company, Philadelphia, PA. Volume 25(3), August 1999, pp 703-718.

25. DC Metz. Helicobacter pylori and gastric cancer: proving the link. Invited commentary on "Helicobacter pylori infection induces gastric cancer in Mongolian gerbils" for the World Literature Review section of the American Journal of Gastroenterology 94;852-853:1999.

26. DC Metz. Hyperplastic gastric polyps: Medical management is feasible. Invited commentary on "Disappearance of hyperplastic polyps in the stomach after eradication of Helicobacter pylori" for the World Literature Review section of the American Journal of Gstroenterology 94;1977-1978:1999.

27. DC Metz and JA Kroser. Helicobacter pylori and GERD. In: Gastroenterology clinics of North America. Katz P, editor. WB Saunders Company, Philadelphia, PA. Volume 28(4), December 1999, pp 971-987.

28. DC Metz and JH Walsh. Gastroduodenal ulcer disease and gastritis. In: Kelley's textbook of internal medicine. Humes HD, editor. Lippincott, Williams and Wilkins, Philadelphia, PA. (in press)

29. PR Pfau and DC Metz. Helicobacter pylori and nonulcer dyspepsia: More confusion? Invited commentary on "Symptomatic benefit from eradicating Helicobacter pylori infection from patients with nonulcer dyspepsia" and "Lack of effect of treating Helicobacter pylori infection in patients with nonulcer dyspepsia" for the World Literature Review section of the American Journal of Gastroenterology 94;2563-2565:1999.

30. DC Metz. Stool testing for Helicobacter pylori infection: yet another noninvasive alternative. Invited commentary on "Diagnosis of helicobacter pylori infection with a new non-invasive antigen-based assay" for the World Literature Review section of the American Journal of Gastroenterology 95;546-548:2000.

31. I Scotiniotis and DC Metz. Approaching dyspepsia in the primary care setting: A case study. Journal of Clinical Outcomes Management 6;53-63:1999.

32. DC Metz. Pantoprazole: A welcome addition to our intravenous antisecretory armamentarium. Clinical Perspectives in Gastroenterology 3;82-86:2000.

33. DC Metz. The stomach. In: An educational review manual in Gastroenterology. Benjamin SB, editor. Castle Connolly Graduate Medical Publishing, New York, NY. Chapter 2, pp1-45.

34. DC Metz.  Potential uses of intravenous proton pump inhibitors to control gastric acid secretion. Digestion  62;73-81:2000.

35. DC Metz.  Solicited response to a feature article on gastroesophageal reflux disease in the peer exchange section of Medical Crossfire.  2;23:2000.

36. DC Metz and RT Jensen.  Endocrine tumors of the alimentary tract. In:  Gastrointestinal Cancers. Second edition. Rustgi AK and Crawford JM, editors.  WB Saunders, Philadelphia, PA. 2003, Chapter 48, pp 681-720.

37. DC Metz and Y-X Yang.  Peptic ulcer disease; Diagnosis and Treatment. In: Gastrointestinal disease: An Endoscopic approach, Second edition (2002), AJ DiMarino and SB Benjamin (editors).  Slack Incorporated, Thorofare, NJ. Chapter 24, pp385-410.

38. ME Blam and DC Metz. Wind sock web deformity of the duodenum. Image of the month. Gastroenterology 119;292:2000.

39. DA Katzka, MS Levine, DC Metz.  The ringed esophagus. Clinical Perspectives in Gastroenterology 5;179-182:2001.

40. Y-X Yang and DC Metz.  Invited commentary on a case report entitled "Boerhaave's syndrome".  Resident and staff physician 47;36-42:2001.

41. DE Loren, X Cai and DC Metz. Mantle cell lymphoma of the terminal ileum. Image of the month. Gastroenterology 122;853:2002.

42. DC Metz.  The stomach. In: An educational review manual in Gastroenterology, Second edition.  Benjamin SB, editor. Castle Connolly Graduate Medical Publishing, New York, NY.  (in press).

43. JN Shah and DC Metz.  Gastroparesis and other gastric motor abnormalities. In: Requisites in Gastroenterology. Rustgi AK, series editor: Katzka DC and Metz DC, Gastroesophageal section editors. Elsevier Science, Philadelphia, PA. 2003. Chapter 10, pp 149-162.

44. DA Katzka and DC Metz. Gastroesophageal reflux disease. In: Requisites in Gastroenterology. Rustgi AK, series editor: Katzka DC and Metz DC, Gastroesophageal section editors. Elsevier Science, Philadelphia, PA. 2003. Chapter 1, pp 1-17.

45. Y-X Yang and DC Metz. H. pylori gastritis. In: Requisites in Gastroenterology. Rustgi AK, series editor: Katzka DC and Metz DC, Gastroesophageal section editors. Elsevier Science, Philadelphia, PA. 2003. Chapter 8, pp 115-128.

46. Y-X Yang and DC Metz. Peptic ulcer disease. In: Requisites in Gastroenterology. Rustgi AK, series editor: Katzka DC and Metz DC, Gastroesophageal section editors. Elsevier Science, Philadelphia, PA. 2003. Chapter 9, pp 129-148.

47. D Loren and DC Metz. Gastric cancer, lymphoma and carcinoids. In: Requisites in Gastroenterology. Rustgi AK, series editor: Katzka DC and Metz DC, Gastroesophageal section editors. Elsevier Science, Philadelphia, PA. 2003. Chapter 13, pp 183-198.

48. DA Katzka and DC Metz. Non-ulcer dyspepsia. In: Requisites in Gastroenterology. Rustgi AK, series editor: Katzka DC and Metz DC, Gastroesophageal section editors. Elsevier Science, Philadelphia, PA. 2003. Chapter 11, pp 163-172.

49. DC Metz.  Current and potential uses of IV acid suppression. Invited review and CME test for the Northwestern University Feinberg School of medicine Reports on gastrointestinal Disorders. Associates in Medical Marketing Co., Inc., Newtown, PA. Volume 1, number 2, 2002 pp1-8.

50. DC Metz and NJ Schamberg. An approach to the diagnosis of hypergastrinemia. Resident and Staff Physician 48;13-20:2002.

51. DC Metz and DS Alberts. Gastrointestinal cancer prevention in the United States: The road ahead.  Invited editorial. Cancer Epidemiology, Biomarkers and Prevention 12;81-83, 2003.

52.    DC Metz.  Therapy for gastroesophageal reflux disease: More is not necessarily better (Editorial). Am J Gastroenterology 98;1913-1915:2003.

53.    DC Metz.  Zollinger-Ellison syndrome: Diagnosis and Management. In: Gastroenterology update. Degiannis E, Oettle GJ, Smith MD and Pantanowitz D, editors. University of Witwatersrand Press, Johannesburg. pp218-222.

54.    DC Metz.  H. pylori gastritis and gastric cancer. In: Gastroenterology update. Degiannis E, Oettle GJ, Smith MD and Pantanowitz D, editors. University of Witwatersrand Press, Johannesburg. pp1-11 (suppl).

55.    DC Metz.  Oral and intravenous antisecretory therapy in the hospital setting. In: Gastroenterology update. Degiannis E, Oettle GJ, Smith MD and Pantanowitz D, editors. University of Witwatersrand Press, Johannesburg. pp110-116.

56.    CW Compher, DC Metz.  Physiologic and laboratory testing for Malabsorption and short bowel syndrome. In: Intestinal failure and rehabilitation. A clinical guide.  Matarese LE, Steiger E and Seidner DL (editors). CRC Press, Boca Raton, FL, 2005. Chapter 8, pp115-127.

57.    DA Katzka, DC Metz.  Achalasia. In: Clinical Gastrointestinal Endoscopy.  Ginsberg GG, Kochman ML, Norton I, Gostout CJ (editors).  Saunders, London, UK. Chapter 20, 2005, pp273-289.

58.    DC Metz.  A middle aged man with severe heartburn.  In: Gastroenterology and Endoscopy news. Special supplement on acid related disorders. Howden C, Editor. McMahon Publishing Group, New York, NY. Chapter 3 pp 33-42.

59.    MT Osterman and DC Metz.  The stomach. In: 2004 educational review manual in Gastroenterology, Third edition. Wolfe MM, editor.  Castle Connolly Graduate Medical Publishing, New York, NY.  Chapter 2, 2004, pp1-46.

60.    DC Metz.  Managing Gastroesophageal reflux disease for the lifetime of the patient: Evaluating the long-term options. Am J Medicine Supplements 117(5A);49S-55S:2004.

61.    DC Metz.  Acute Care of a patient with a bleeding ulcer.  In: Case-based medicine Teaching Series on Acid-related Disorders. Howden C and Peura D. Editors. McMahon Publishing Group, New York, NY. (in press)

62.    N Stollman, DC Metz.  Pathophysiology and Prophylaxis of Stress Ulcer in Intensive Care Unit Patients. J Crit Care 20;35-45:2005.

63.    DC Metz.  Preventing the gastrointestinal consequences of stress-related mucosal disease.  Commentary in Current Medical Research and Opinion; 21;11-18, 2005.

64.    Blonski WC, Katzka DA, Lichtenstein GR and Metz, DC.  Idiopathic gastric acid hypersecretion presenting as a diarrheal disorder and mimicking both Zollinger-Ellison syndrome and Crohn's disease.  Eur J Gastroenterol Hepatol 17;441-444, 2005.

65.    Blonski WC, Furth EE, Kinosian BP, Compher C, Metz DC. A case of Cronkhite-Canada syndrome with taste disturbance as a leading complaint. Digestion 71;201-205, 2005.

66.    DC Metz.  Recertification Update: Changes in the Self-evaluation Knowledge and Skills requirements and introduction of Practice Improvement Modules. AGA perspectives (in press).

67.    DC Metz, N Vakil, EB Keefe, GR Lichtenstein.  Advances in Gastrointestinal Pharmacotherapy: What new agents will be available in the near future?  Clinical Gastroenterology and Hepatology 3;1167-1179, 2005.

68.    WC Blonski, KR Reddy, A Shaked, E Siegelman, DC Metz.  Liver transplantation for metastatic neuroendocrine tumor: A case report and review of the literature.  World J Gastroenterol  11:6549-6556, 2005.

69.    Compher C, Metz DC, Rubesin S.  Measurement of intestinal absorptive capacity.  Support Line 28 (1): 2006 (in press)

70.    Blonski WC, Campbell MS, Faust TW, Metz DC.  Successful aspiration and ethanol sclerosis of a large, symptomatic, simple liver cyst:  Case presentation and review of the literature.  World J Gastroenterol 12;2949-2954, 2006.

71.    MT Osterman and DC Metz.  The stomach. In: 2006 educational review manual in Gastroenterology, Fourth edition. Wolfe MM, editor.  Castle Connolly Graduate Medical Publishing, New York, NY Chapter 2, 2007, pp33-91.

72.    DC Metz. Proton pump inhibitor therapy: Safety issues. In: Howden, CW, Editor.  Advances in Digestive Disease. Bethesda, MD: AGA Institute.  2007:3-13. (also available as a CD rom).

73.    DC Metz, JM Inadomi, CW Howden, SJ Veldhuyzen van Zanten, P Buytzer.  On-demand therapy for Gastroesophageal Reflux Disease.  Am J Gastroenterology 2007;102:642-653.

74.    DC Metz. Long-term use of proton-pump inhibitor therapy. Interview for Advances in GERD section of Gastroenterology and Hepatology. 2008;4:322-325.

75.    DC Metz. Clostridium difficile colitis: Wash your hands before stopping the proton pump inhibitor. Invited editorial. Am J Gastroenterology 2008;103:2314-2316.

76.    DC Metz and RT Jensen.  Gastrointestinal neuroendocrine tumors: Pancreatic endocrine tumors.  Invited review for a miniseries on neuroendocrine tumors.  Gastroenterology 2008;135:1469-1492.

77.    G Spencer and DC Metz.  Gastric acid secretion and hormones. Chapter 1.3 in Practical Gastroenterology and Hepatology Volume 1 (esophagus and stomach). NJ Talley, D Fleischer, K DeVault (editors) Wiley-Blackwell Publishing, Oxford, England.  (in press).

78.    DA Katzka, DC Metz.  Achalasia. In: Clinical Gastrointestinal Endoscopy. 2nd edition.  Ginsberg GG, Kochman ML, Norton I, Gostout CJ (editors).  Elsevier, Philadelphia, PA. Chapter 18, 2011, pp223-227.

79.    DC Metz and K Oberg. Diagnostic pathways. Chapter 6 in the Handbook of gastroenteropancreatic and Thoracic Neuroendocrine Tumors. 2nd Edition  Martyn Caplin, James Yao, and Larry Kvols (editors). BioScientifica Ltd, Bristol, UK.  Chapter 6, 2011, pp91-114.

80.    YX Yang and DC Metz.  Safety of proton pump inhibitor exposure. Gastroenterology 2010;139:1115-1127.

81.    JY Lau, J Sung, C Hill, C Henderson, CW Howden and DC Metz.  Systematic review of the epidemiology of complicated peptic ulcer disease – Incidence, recurrence, risk factors and mortality.  Digestion  2011;84:102-113.

82.    JM Gill, MS Player, DC Metz.  Balancing the risks and benefits of proton pump inhibitors. Editorial. Annals of Family Medicine  2011;9:200-2.

83.    J Greenspoon, A Barkun, M Bardou, N Chiba, G I Leontiadis, JK Marshall, DC Metz, J Romagnuolo, J Sung for the International Consensus Upper Gastrointestinal Bleeding Conference Group.  Management of Patients with Non Variceal Upper Gastrointestinal Bleeding.  Clin Gastroenterol and Hepatol 2012;10:234-239.

84.    DC Metz. Diagnosis of the Zollinger-Ellison Syndrome. Clin Gastroenterol and Hepatol 2012;10:126-30.

85.    DC Metz. Examining the potential relationship between proton pump inhibitor use and the risk of bone fracture. Gastroenterol Hepatol 2011;7:831-3.

86.    J Heidelbaugh, DC Metz and Y-X Yang.  Proton Pump Inhibitors: Are they overutilized in clinical practice and do they pose significant risk? Int. J Clin. Practice. 2012;66:582-91.

87.    DC Metz, J Choi, J Strosberg, AP Heaney, CW Howden, D Klimstra, JC Yao.  A rationale for multidisciplinary care in treating neuroendocrine tumors.  Curr Opin Endocrinol Diabetes Obes 2012;19:306-313.

88.    MH Singh, DC Metz.  Zollinger-Ellison Syndrome: Diagnosis and treatment in Management of Pancreatic Neuroendocrine Tumors JR Pisegna, editor Springer Science+Business media, New York, NY, Chapter 12 (in press)

89.    PL Kunz, D Reidy-Lagunes, LB Anthony, EM Bertino, K Brendtro, JA Chan, H Chen, RT Jensen, MK Kim, DS Klimstra, MH Kulke, EH Liu, DC Metz, AT Phan, RS Sippel, JR Strosberg, JC Yao.  Consensus guidelines for the Management and Treatment of Neuroendocrine Tumors.  Pancreas  2013;42:557-577

90.    K Oberg, IM Modlin, W De Herder, M Pavel, D Klimstra, A Frilling, DC metz,  A Heaney, D Kwekkeboom, J Strosberg, T Meyer, SF Moss, K Washington, E Wolin, E Liu, J Goldenring.  Consensus on biomarkers for neuroendocrine tumour disease.  Lancet Oncol 2015;16:435-46

91.    P Sharma, D Katzka, N Gupta, J Ajani, N Buttar, A Chak, D Corley, H El-Serag, GW Falk, R Fitzgerald, J Goldblum, F Gress, DH Ilson, JM Inadomi, EJ Kuipers, JP  Lynch, F McKeon, D Metz, PJ Pasricha, O Pech, R Peek, JH Peters, A Repici, S Seewald, NJ Shaheen, RF Souza, SJ Spechler, P Vennalaganti, and K Wang. Quality Indicators for the Management of Barrett's Esophagus, Dysplasia and Esophageal Adenocarcinoma: International Consensus Recommendations from AGA Symposium.  Gastroenterology 2015;149:1599-1606.

92.    DC Metz, G Cadiot, P Poitras, T Ito, RT Jensen.  Diagnosis of Zollinger-Ellison syndrome in the era of PPIs, faulty gastrin assays, sensitive imaging and limited access to acid secretory testing.  Int J Endocrine Oncology 2017;4:167-85.

93.    TA. Hope, E Bergsland, MF Bozkurt, M Graham, AP Heaney, K Herrmann, JR. Howe, MH. Kulke, PL Kunz, J Mailman, L May, DC Metz, C Millo, S O'Dorisio, DL Reidy-Lagunes, MC Soulen, and JR Strosberg. Appropriate Use Criteria for Somatostatin Receptor PET Imaging in Neuroendocrine Tumors. J Nuc Med 2018;59:66-74.

94.    DA Leiman and DC Metz.  Gastroesophageal reflux disease. In: Clinical Gastrointestinal Endoscopy. Third edition.  V Chandrasekhara, BJ Elmunzer, MA Khashab, VR Muthusamy, editors.  Elsevier Science, Philadelphia, PA 2018, Chapter 24, pp 268-278.

95.    ES Dellon, CA Liacouras, J Molina-Infante, GT Furuta, JM Spergel, N Zevit, SJ Spechler, SE Attwood, A Straumann, SS Aceves, JA Alexander, D Atkins, NC Arva, C Blanchard, PA Bonis, WM Book, KE Capocelli, M Chehade, E Cheng, MH Collins, CM Davis, JA Dias, C Di Lorenzo, R Dohil, C Dupont, GW Falk, CT Ferreira, A Fox, NP Gonsalves, SK Gupta, DA Katzka, Y Kinoshita, C Menard-Katcher, E Kodroff, DC Metz, S Miehlke, AB Muir, VA Mukkada, S Murch, S Nurko, Y Ohtsuka, R Orel, A Papadopoulou, KA Peterson, H Philpott, PE Putnam, JE Richter, R Rosen, ME Rothenberg, A Schoepfer, MM Scott, N Shah, J Sheikh, RF Souza, MJ Strobel, NJ Talley, MF Vaezi, Y Vandenplas, MC Vieira, MM Walker, JB Wechsler, BK Wershil, T Wen, GY Yang, I Hirano, AJ Bredenoord. Updated international consensus diagnostic criteria for eosinophilic esophagitis: Proceedings of the AGREE conference. Gastroenterology 155;1022-33, 2018.

96.    S Singh, L Moody, DL Chan, DC Metz, J Strosberg, T Asmis, DL Bailey, E Bergsland, K Brendtro, R Carroll, S Cleary, M Kim, G Kong, C Law, B Lawrencer, A McEwan, C McGregor, M Michael, J Pasieka, N Pavlakis, R Pommier, M Soulen, D Wyld, E Segelov.  Commonwealth Neuroendocrine Tumor Collaboration (CommNETs) Follow-up Recommendations for Completely Resected Gastroenteropancreatic Neuroendocrine Tumors.  JAMA Oncology 2018:4;1597-1604

97.    CR Gluckman, DC Metz.  Gastric neuroendocrine tumors (Carcinoids) Curr Gastroenterol Rep.  2019:21:13.

98.    TA Hope, A Abbott, K Colucci, DL Bushnell, L Gardner, WS Graham, S Lindsay, DC Metz, DA Pryma, MG Stabin, JR Strosberg. NANETS/SNMMI Procedure Standard for Somatostatin Receptor-Based Peptide Receptor Radionuclide Therapy with (177)Lu-DOTATATE. J Nucl Med. 2019 Jul;60(7):937-943.

99.    DC Metz and RT Jensen.  Zollinger-Ellison Syndrome. In: Yamada's textbook of Gastroenterology. 7th Edition.  Michael Camilleri and Timothy Wang, Editors. Wiley, Hoboken, NJ.  Chap 57, pp (in press),

100.   DC Metz and RT Jensen.  Zollinger-Ellison Syndrome. In: Yamada's Atlas of Gastroenterology. 7th Edition.  Michael Camilleri and Timothy Wang, Editors. Wiley, Hoboken, NJ.  Chap 17, pp (in press),

101.   TA Hope, L Bodei, JA Chan, G El-Haddad, N Fidelman, P{L Kunz, J Mailman, Y Menda, DC Metz, ES Mittra, DA Pryma, DL Reidy-Lagunes, S Singh, JR Strosberg. NANETS/SNMMI Consensus Statement on Patient Selection and Appropriate Use of [177]Lu-DOTATATE Peptide Receptor Radionuclide Therapy. J Nucl Med. 2020;61:222-227.

102.   S Singh, EK Bergsland, CM Card, TA Hope, PL Kunz, DT Laidley, B Lawrence, S Leyden, DC Metz, M Michael, LE Modahl, S Myrehaug, SK Padda, RF Pommier, RA Ramirez, M Soulen, J Strosberg, A Sung, A Thawer, B Wei, Bin Xu, E Segelov.  Commonwealth Neuroendocrine Tumour Research Collaboration and the North American Neuroendocrine Tumor Society Guidelines for the Diagnosis and Management of Patients With Lung Neuroendocrine Tumors: An International Collaborative Endorsement and Update of the 2015 European Neuroendocrine Tumor Society Expert Consensus Guidelines.  J Thorac Oncol. 2020 Jul 11;S1556-0864(20)30548-7.

103. TR Halfdanarson , JR Strosberg, L Tang, AM Bellizzi, EK Bergsland, TM O'Dorisio, DM Halperin, L Fishbein, J Eads, TA Hope, S Singh, R Salem, DC Metz, BG Naraev, DL Reidy-Lagunes, JR Howe, RF Pommier, Y Menda, JA Chan. The North American Neuroendocrine Tumor Society Consensus Guidelines for Surveillance and Medical Management of Pancreatic Neuroendocrine Tumors. Pancreas. 2020 Aug;49(7):863-881.

104. JR Eads, D Reidy-Lagunes, HP Soares, JA Chan, LB Anthony, TR Halfdanarson, BG Naraev, EM. Wolin, DM Halperin, D Li, MD, RF Pommier, J Zacks, MA Morse, DC Metz, MD; from the Carcinoid Syndrome Control Collaborative. Differential Diagnosis of Diarrhea in Patients With Neuroendocrine Tumors. Pancreas. 2020 Oct;49(9):81123-1130

105. Y Abdel Aziz, DC Metz, CW Howden. Review article: Potassium-competitive acid blockers for the treatment of acid-related disorders. Aliment Pharmacol, Therap. (in press)

106. DC Metz. Commentary on: Validity of Secretin Stimulation Testing on Proton Pump Inhibitor Therapy for Diagnosis of Zollinger-Ellison Syndrome by Bhattacharya et al" in Am J Gastro published In Gastroenterology. PracticeUpdate website. Available at: https://www.practiceupdate.com/content/impact-of-ppis-on-the-validity-of-secretin-stimulation-testing-for-the-diagnosis-of-zollinger-ellison-syndrome/124363/65/9/1. Accessed October 26, 2021

107. ES Dellon, P Khoury, AB Muir, C Liacouras, E Safroneeva, D Atkins, MH Collins, N Gonsalves, GW Falk, JM Spergel, I Hirano, M Chehade, AM Schoepfer, C Menard-Katcher, DA. Katzka, PA Bonis, AJ Bredenoord, B Geng, ET Jensen, RD Pesek, P Feuerstadt, SK Gupta, AJ Lucendo, RM Genta, G Hiremath, E McGowan, FJ Moawad, KA Peterson, ME Rothenberg, A Straumann, GT Furuta, SS. Aceves. International consensus recommendations for eosinophilic gastrointestinal disease nomenclature. Clin Gastro and Hepatol. (in press)

108. Z Feng, X He, X Zhang, Y Wu, B Xing, Q Shan, J Ma, BW Katona, TP Gade, J Schrader, DC Metz, CH June, Xianxin Hua. Potent Suppression of Neuroendocrine Tumors and Gastrointestinal Cancers by CDH17CAR T Cells Without Toxicity to Normal Tissues. Nature Cancer. (in press)

109. DC Metz. Editorial: deja vu all over again-let the P-CAB wars begin. Aliment Pharmacol Ther. 2023;57:912-913.

110. CW Howden, P Katz, KR DeVault, DC Metz, D Tamene, N Smith, B Hunt, Y-M Chang, SJ Spechler. Integrated Analysis of Vonoprazan Safety for Symptomatic Gastro-Oesophageal Reflux Disease or Erosive Oesophagitis. Aliment PHarmacol Therap 61:835-851, 2025 https://doi.org/10.1111/apt.18458

111. Su DG, Brown LM, Bansal VV, Bakkila B, Concors SJ, Turaga KK, Gunderson C, Bergsland E, Strosberg JR, Halfdanarson TR, Metz DC, Kunstman JW, Kunz PL, Gangi A; Peritoneal Surface Malignancies (PSM) Consortium Group. Consensus Guideline for the Management of Peritoneal Metastases from Neuroendocrine Neoplasms. Ann Surg Oncol. 2025 Jun 25. doi: 10.1245/s10434-025-17360-3. Epub ahead of print. PMID: 40560496. COPUBLISHED

112. Su DG, Brown LM, Bansal VV, Bakkila B, Concors SJ, Turaga KK, Gunderson C, Bergsland E, Strosberg JR, Halfdanarson TR, Metz DC, Kunstman JW, Kunz PL, Gangi A; Peritoneal Surface Malignancies Consortium Group. Consensus guideline for the management of peritoneal metastases from neuroendocrine neoplasms. Cancer. 2025 Jul 1;131(13):e35871. doi: 10.1002/cncr.35871. PMID: 40558053. COPUBLISHED

Letters to the editor:

1. DC Metz, VA Fishbeyn, RT Jensen. Assessing the cure of the Zollinger-Ellison syndrome after gastrinoma resection - invited reply to a letter to the editor by M Hammami. Ann Int Med 120:165, 1994.

2. JA Katz, DC Metz, DO Faigel. Gastrointestinal bleeding from a gastric plasmacytoma. Am J Gastroenterol. 89:643-644, 1994.

3. DO Faigel, DC Metz. Therapy for Helicobacter pylori gastritis. N. Engl. J Med. 333:190-191, 1995.

4. DC Metz, HD Getz. Therapy with omeprazole clarithromycin increases serum carbamazepine levels in patients with H. pylori gastritis - invited reply to a letter to the editor by HG Dammann. Dig Dis Sci 41:519-520, 1996.

5. JD Lewis, J Kroser, J Bevan, EE Furth, DC Metz. Quantitative Urea breath testing does not predict peptic ulcer disease. Gastrointestinal Endoscopy. 46:94, 1997.

6. DA Katzka and DC Metz. Response to Drs. Achkar and Richter and to Drs. Singh and Chigh. Am J Gastroenterol. 98:697, 2003.

7.   WC Blonski, DA Katzka, GR Lichtenstein, DC Metz.   Response to Dr Waldum's letter regarding 'Idiopathic gastric acid hypersecretion presenting as a diarrheal disorder and mimicking both Zollinger-Ellison syndrome and Crohn's disease. Eur J Gastroenterol Hepatol.  17:1001, 2005.

8.   Yang Y-X, Lewis JD, Epstein S, Metz DC. Response to Drs. Geller and Adams pertaining to JAMA 296;2947-2953, 2006.

9.   Yang Y-X, Lewis JD, Epstein S, Metz DC.  Reply to Drs. Inadomi and Somsouk pertaining to their Selected Summary review in Gastroenterology entitled Proton Pump Inhibitors and hip fracture: Cause for alarm? Gastroenterol 132:2065, 2007.

10.  Metz DC, Pilmer BL, Han C, Perez MC.  Withdrawing PPI Therapy: Author response to Waldun, et al.  Am J. Gastroenterol. 107;326, 2012.

11.  Metz DC. Invited commentary. Netazepide for gastric acid suppression: Another kid on the block?.  Aliment. Pharmacol. Therap. 36;294-5, 2012.

12.  Singh MH, Fraker DL, Metz DC. Response to a letter to the editor by JD Gardner entitled "Missed opportunity in ZE Research".  Clin Gastroenterol Hepatol.  2013;11:448-49.

13.  Muir AB, Wang M-L, Metz DC, Falk G, Markowitz J, Spergel JM and Liacouras CA.  Proton pump inhibitor-responsive oesophageal eosinophilia: Too early to change clinical practice.  GUT 66;979-80, 2017

14.  JW Nieves, MC Perez, DC Metz, KE Hansen. Reply. Gastroenterology. 2019;157:586

15.  Metz DC. Regarding the American Gastroenterological Association Clinical Practice Update on Exocrine Pancreatic Insufficiency. Gastroenterology. 2023 Nov 7:S0016-5085(23)05224-1. doi: 10.1053/j.gastro.2023.11.004. Epub ahead of print. PMID: 37944647.

Books:

1.   Clinical Evidence. Gastroenterology section editor. BMJ Publishing group, London, England, 1999-.

2.   Requisites in Gastroenterology. Rustgi AK, series editor: Katzka DC and Metz DC, Gastroesophageal section editors (Volume 1 of 4). Elsevier Science, Philadelphia, PA, 2003. (translated into Spanish 2005)

3.   AGA Guidebook to ABIM Recertification (supplemental edition covering the Recent Advances Module).   Metz DC, editor, American Gastroenterological Association, Washington, DC, 2005.

Alternative Media:

1.   Session Moderator, Afternoon topic forum (AGA). Diagnostic imaging. American Gastroenterological Association Meeting, Boston, May 17, 1993.

2.   Moderator of a live panel discussion for an international teleconference entitled "Gastroenterology today: Treatment of gastric and duodenal ulcers" produced by the MedEdNet Satellite Network, Houston, TX. The program included a videotape presentation entitled "When to consider Zollinger-Ellison syndrome"  Broadcast from Washington DC on June 10, 1993.

3.   Moderator of a live panel discussion for an international teleconference entitled "Gastroenterology today: Management and treatment of gastroesophageal reflux disease" produced by the MedEdNet Satellite Network, Houston, TX. The program included a videotaped introduction and a presentation entitled "Antisecretory therapy for gastroesophageal reflux disease" Broadcast from Philadelphia PA on January 25, 1994.

4.   Moderator of a live panel discussion for an international teleconference entitled "Dyspepsia: A critical appraisal" produced by the MedEdNet Satellite Network, Houston, TX. The program included a videotaped introduction on the definition, epidemiology and diagnosis of dyspepsia as well as a presentation entitled "Helicobacter pylori gastritis as a cause of dyspepsia" Broadcast from Austin TX on July 12, 1994.

5. Session Moderator, AGA Topic forum entitled GI Endocrine tumors. American Gastroenterological Association Meeting, San Diego, May 17, 1995.

6. Moderator for a national audio teleconference series entitled "Helicobacter pylori and Ulcer Management".  1 hour CME accredited conference telephone calls sponsored by Discovery Internantional under an unrestricted educational grant from Abbott Laboratories Inc.,  January 15, 1996, January 18, 1996, April 15, 1996, May 9, 1996 and May 14, 1996.

7. Session Moderator, AGA Research forum entitled new therapies for H. pylori. American Gastroenterological Association Meeting, San Francisco, May 22, 1996.

8. Helicobacter pylori infection.  A 1 hour CME-accredited internet program with post-test (for credit) on the University of Pennsylvania Health System's home page.  Address:  http://www.med.upenn.edu/demo/HP/intro.html  On line September 1996.

9. Workshop Leader, H pylori: Diagnosis and treatment, Astra Merck Regional Faculty Consultants Conference, Kansas City, MO, September 20-22, 1996

10. Invited contribution of 10 questions and answers with detailed discussion to the international Self-assessment color review of Gastroenterology. N Gilinsky and A Forbes, editors.  Manson Publishing limited, London, United Kingdom. 1998

11. Workshop leader on "The therapeutic Challenge of Treating Helicobacter pylori in the primary care setting", Astra Merck Regional Faculty Consultants Conference for Primary care Physicians, Philadelphia, PA.  December 14 and 15, 1996.

12. Moderator and discussant for a nationally broadcast live satellite consumer outreach program entitled "Ulcer Alert!" broadcast to over 2500 hospitals nationwide.  Produced by VHA incorporated and sponsored by Abbott Laboratories Inc.,  August 12, 1997.

13. Course director, chairman and organizer of a two day consultants conference for Astra Merck (Southwestern Florida region) consisting of three didactic lectures and four breakout discussion workshops.  The Hilton Hotel, Marco Island, Florida.  November 21-23, 1997.

14. Faculty member of the 1998 American College of Gastroenterology National fellows' Forum sponsored by Astra Pharmaceuticals. Hyatt Regency La Jolla, San Diego, California.  August 27-30, 1998.

15. Dyspepsia.  Patient education material for Empower Health. An educational resource for the general public edited by C. Everett Koop, MD. Available on the internet and by hard copy. September 23, 1998

16. GERD. Patient education material for Empower Health. An educational resource for the general public edited by C. Everett Koop, MD. Available on the internet and by hard copy. September 23, 1998

17. Moderator for a national audio teleconference series entitled "An update on proton Pump Inhibitors".  Two 1.2 hour CME accredited conference telephone calls sponsored by the University of South Dakota School of medicine under an unrestricted educational grant from Astra Pharmaceuticals, Inc., November 16, 1998.

18. Course director and lecturer for a national audio teleconference series entitled "Suppression of gastric acid secretion: New approaches with intravenous agents".  Seventy-five 1 hour CME accredited conference telephone calls sponsored by the University of Pennsylvania School of medicine under an unrestricted educational grant from Wyeth Ayerst Pharmaceuticals, Inc., June through September, 1999.

19. Session Moderator, Morning topic forum (AGA). GERD Therapeutics. American Gastroenterological Association Meeting, San Diego, May 21, 2000.

20. Course co-director for the second annual Gastroenterology and Hepatology update. Four day comprehensive update at the Westin Hotel, Philadelphia, PA.  June 8-11, 2000

21. Invited contribution of 10 questions and answers with interpretation of answers for the IRB module of the Patient Oriented Research Certification Program at the University of Pennsylvania.  June 2000.

22. Challenges in the use of antisecretory therapy in the hospital setting. Nationally broadcast live satellite CME program broadcast to over 1000 hospitals nationwide.  Produced by VHA incorporated and sponsored by Wyeth Ayerst laboratories, October 3, 2000.

23. Questions on reflux. Four contributions for the medical moment, a Web-based streaming consumer outreach program sponsored by VHA incorporated. Produced by VHA incorporated, Dallas, TX, October 3, 2000.

24. The Role of *Helicobacter pylori* Infection in Nonsteroidal Anti-inflammatory Drug Ulceration, Non-ulcer Dyspepsia and Gastroesophageal Reflux Disease. Lecture for a Webcast entitled "Peptic Ulcer Disease – Update with the experts" with CME accreditation by Medical Education Collaborative and sponsored by Prometheus-Labs. Taped October 5, 2000, Philadelphia, PA. Also published as a monograph for CME credits and distributed nationally.

25. GERD. One hour live TV program broadcast on Comcast cable channel CN8 (On Call with Donna Willis), November 20, 2000.

26. Session Moderator, AGA Research Forum entitled GERD Treatment. American Gastroenterological Association Meeting, Atlanta, May 21, 2001.

27. Session Moderator, AGA Research Forum entitled Failed eradication of H. pylori: try, try, and try again. American Gastroenterological Association Meeting, Atlanta, May 23, 2001.

28. Lecturer for a national audio teleconference series entitled "PPI's: Clinical and hospital formulary issues". CME teleconferences for pharmacists and physicians sponsored by the University of Buffalo, NY under an unrestricted educational grant from Wyeth Ayerst Pharmaceuticals, Inc. September 19, 2001; September 25, 2001, November 15, 2001, December 13, 2001, December 18, 2001, February 11, 2002, February 19, 2002, March 6, 2002, June 11, 2002, October 3, 2002, October 22, 2002, October 31, 2002, November 21, 2002, April 3, 2003, April 24, 2003, May 14, 2003, September 25, 2003, October 30, 2003 (twice), November 13, 2003.

29. New insights into the evolving treatment of acid-related disorders. Nationally broadcast live satellite CME program broadcast to over 1500 hospitals nationwide.  Produced by GE Tip-TV and sponsored by Wyeth Ayerst laboratories, October 17, 2001.

30. Stress Ulcer Prophylaxis in the ICU: Clinical controversies and advances. Teleconference debate for a special print edition of Medical Crossfire for CME accreditation by UMDNJ sponsored by an unrestricted grant from Wyeth Ayerst Laboratories. February 4, 2002. Published as a monograph for CME credits through UMDNJ April, 2002.

31. Session Moderator, AGA Topic Forum entitled GERD Therapy. American Gastroenterological Association Meeting, San Francisco, May 21, 2002.

32. Lecturer for a national audio teleconference series entitled "Controversy on coxicity: Optimizing treatment for patients at risk for NSAID-related adverse events". CME teleconferences sponsored by the Dannemiller Memorial Educational Foundation and The Customer link, Inc. under an unrestricted educational grant from TAP Pharmaceuticals, Inc. June 3, 2002 (two conferences), July 31, 2002, September 18, 2002, October 2, 2002, October 3, 2002, December 4, 2002, December 5, 2002.

33. Lecturer for a national audio teleconference series entitled "NSAIDs and GI injury". CME teleconference series "Dialing into Gastroenterology" sponsored by CME consultants, Inc. under an unrestricted educational grant from TAP Pharmaceuticals, Inc. June 18, 2002.

34. Lecturer for a national audio teleconference series entitled "Dialing into Gastroenterology". Two CME accredited lectures entitled "Heartburn" and "Colorectal cancer" sponsored by CME consultants, Inc. under an unrestricted educational grant from TAP Pharmaceuticals, Inc. August 8, 2002.

35. Lecturer for a national audio teleconference series entitled "Dialing into Gastroenterology". Two CME accredited lectures entitled "Dyspepsia" and "Irritable Bowel Syndrome" sponsored by CME consultants, Inc. under an unrestricted educational grant from TAP Pharmaceuticals, Inc. October 29, 2002.

36. Invited lecturer and panel member at the Cancer Prevention Working Group Meeting. Washington, DC.  November 1-2, 2002.

37. Lecturer for a national audio teleconference series entitled "Risk management of NSAID-associated gastric ulcers". CME teleconferences sponsored by The Customer link, Inc. under an unrestricted educational grant from TAP Pharmaceuticals, Inc. April 2, 2003 (two conferences), April 29, 2003 (two conferences), May 6, 2003 (two conferences), May 28, 2003, July 24, 2003 (two conferences).

38. Lecturer for a national audio teleconference series entitled "Dialing into Gastroenterology". Two CME accredited lectures entitled "The nursing home patient with acute upper GI bleeding" and "The adult GERD patient with persistent symptoms" sponsored by CME consultants, Inc. under an unrestricted educational grant from TAP Pharmaceuticals, Inc. May 14, 2003.

39. Session Moderator, AGA Topic Forum entitled "evaluating strategies to minimize risks of upper GI tract injury from NSAIDs". American Gastroenterological Association Meeting, Orlando, May 19, 2003.

40. Lecturer entitled "management of non-variceal bleeding" for a Webcast continuing education program for pharmacists on Acid Suppression in the ICU (http://symposia.ashp.org/acidsuppression) sponsored by ASHP Advantage under an unrestricted grant from Wyeth recorded in Chicago, IL on 8/18/2003.

41. Lecture and case discussion entitled "New diagnostic tools" for "Reflux disease: What's new" for "Clinical Advances in Gastroenterology" an audiocassette series of the American College of Gastroenterology. Taped 2/12/2004.

42. Focused clinical update entitled "peptic ulcer disease". Abstract discussion, American Gastroenterological Association Meeting, New Orleans, May 17, 2004. Published for the AGA by Cirque Med Ed. Chapter 1 pg 3-18.

43. Diagnostic tools and medical therapies. Lecture for a DDW combined clinical symposium sponsored by ASGE and SSAT entitled "Carcinoid tumors: Management and therapeutics". American Gastroenterological Association Meeting, New Orleans, May 19, 2004.

44. Lecture for an AGA clinical symposium entitled "H. pylori: Not dead yet!". American Gastroenterological Association Meeting, New Orleans, May 19, 2004.

45. Session Moderator, AGA Research Forum entitled "gastroduodenal disorders". American Gastroenterological Association Meeting, Orlando, May 19, 2004.

46. Moderator and discussant for a nationally broadcast live satellite CME program entitled "Improving Outcomes in Critical Care: Optimal Strategies for Antisecretory Therapy" broadcast to over 500 hospitals nationwide (repeat broadcast 7/20/04 to over 6000 hospitals, also available on the VHA website as streaming video). Produced by VHA incorporated and sponsored by Wyeth Pharmaceuticals, June 30, 2004.

47. Clinical update in Gastroenterology: Acid suppression in the prevention and treatment of ulcer-related gastrointestinal hemorrhage: Peptic ulcer and stress ulcer. CME program sponsored by Boston University School of Medicine under an unrestricted grant from Wyeth Pharmaceuticals including enduring materials in print and on CD ROM.

48. Invited contribution of 10 monographs corresponding to 10 questions (on the esophagus and stomach) for the Recent Advances self-study module for Gastroenterology recertification published by the American Gastroenterology Association as a guidebook accompanying recertification courses run by the AGA (in press).

49. Maximizing acid suppression: New considerations in the management of acid-related disorders. A clinical discussion on the optimal management of acid-peptic conditions: Applications of proton pump inhibitors with CME available on line hosted by Dr Steven G Peters for CME today (volume 2, issue 3) also available on CD Rom and on the web at www.sr.cme-today.com.

50. Treatment of Upper GI Problems in the Critically Ill Patient: A Case-based Approach. A one-hour live Webworkshop sponsored by CME-today and CME consultants Inc. under an unrestricted grant from AstraZeneca. Live presentation February 1, 2005.

51. David C Metz and Michael M Wolfe. AGA Core curriculum Task Force on training in acid peptic disease.

52. Lecturer, moderator and course director for an AGA Education and Training Committee sponsored symposium entitled "ABIM recertification made easy". American Gastroenterological Association Meeting, Chicago, May 17, 2005.

53. Lecturer for a DDW meet the professor luncheon entitled "Endoscopic and medical management of gastric bypass complications". American Gastroenterological Association Meeting, Chicago, May 17, 2005.

54. Session Moderator, AGA Clinical Symposium entitled "New advances in GI Pharmacotherapy: What new agents will be available in the near future". American Gastroenterological Association Meeting, Chicago, May 16, 2005.

55. Session Moderator, AGA Clinical Symposium entitled "Dyspepsia and its many causes". American Gastroenterological Association Meeting, Chicago, May 17, 2005.

56. Interviewee, AGA CME Café, GI conversation on neuroendocrine tumors. American Gastroenterological Association Meeting, Chicago, 2005.

57. Optimizing Acute Acid Suppression in the ICU. Teleconference series and on-demand Web-based CME activity at www.gicme.com (http://www.gicme.com/) edited by DC Metz and J Devlin under an unrestricted grant from TAP Pharmaceuticals produced by the Dannemiller Foundation and the Customer Link.

58. Acid Peptic Disease in the Critical Care Setting: Effective Management Options. A clinical discussion on the optimal management of acid-peptic conditions with CME available on line hosted by Dr Steven G Peters for CME today (in press) also available on CD Rom and on the web at www.sr.cme-today.com.

59. Chairman and faculty presenter, Acid suppression pharmacotherapy in the ICU: Re-evaluating the evidence (ASPIRE). A free Internet-based CME activity jointly sponsored by the University of Michigan Medical School and the University of Michigan College of Pharmacy under an unrestricted grant from Wyeth Pharmaceuticals. Presentations and panel discussions including supplementary interviews as presented in St Louis, MO on February 26, 2005. Available at http://www.aspire-education.com/.

60. Co-Director, Section Moderator (Risks of Diagnostic error) and Speaker (Risks of disease progression), AGA SPGC Recognizing and Reducing Risks in GI practice Los Angeles, Ca. May 20-21, 2006.

61. Moderator, EGD section research Forum entitled Dyspepsia: Does the evidence support the new AGA guidelines? DDW, Los Angeles May 21, 2006.

62. Moderator, AGA Clinical symposium entitled On-demand therapy for GERD: A look into the future. DDW, Los Angeles May 23, 2006.

63. Update on H pylori, peptic ulcer disease and gastroesophageal reflux. Audio CME program. Audio-Digest General Surgery: Gastrointestinal Update. Volume 53, issue 12, June 21, 2006. Reproduced from a lecture at the 69th Annual Surgery CME course at the University of Minnesota (see lecture #350).

64. HOT TOPIC: PPI safety: What's new after nearly 30 years? FastTRACK issue 1 of 4: CME-accredited CD series.

65. CASE: GERD management in the obese. FastTRACK issue 1 of 4: CME-accredited CD series.

66. Moderator, DDW combined Clinical Symposium entitled Parabariatric syndromes: You've lost weight but is the coast clear? DDW, Washington, DC. May 23, 2007.

67. The Science of Speed Eating. National Geographic Channel program aired 7/8/07 at 9PM and available on DVD

68. Expert on call. An interview by Nancy O'Hagan, President and Founder of the Caring for Carcinoid Foundation on diagnosing and treating carcinoid tumors posted on OncoLink Pod casts June 4, 2007 http://www.oncolink.com/Podcasts/podcasts.xml

69. HOT TOPIC: The future of Acid Suppression: More potent longer acting PPIs. FastTRACK issue 4 of 4: CME-accredited CD series.

70. CASE: Managing Acid-related disorders in Seniors: What to think about. FastTRACK issue 4 of 4: CME-accredited CD series.

71.     Moderator, Mini-symposium 1: Focus on the esophagus. CME course "Penn Live: GI Endoscopy 2008". HUP, University of Pennsylvania, Philadelphia, PA.  April 26, 2008.

72.     Abstract reviewer, Penn Research day, 2008.

73.     Lecturer for a DDW meet the professor luncheon entitled "Managing Upper GI Bleeding". American Gastroenterological Association Meeting, San Diego, CA, May 20, 2008.

74.     Content Reviewer for a CME article by Jason Jenkins, Pete Sloan, Karin Yao and Jennifer Haberman of the Customer Link entitled "the Burn Ultimatum: Taking a stand against GERD and acid-related disorders". Primary Issues, Primary Care Education network, 2008 Summer Issue, pg 10-18.

75.     Twenty minute Interview with Brian Crump of Radio New Zealand on "Nights" on competitive eating. August 21, 2008. Available at: http://www.radionz.co.nz/national/programmes/nights/20080821

76.     Moderator for lectures and live cases for  2 mini-symposia: CME course "Second Annual Penn Live: GI Endoscopy and liver disease 2009". HUP, University of Pennsylvania, Philadelphia, PA.  April 17, 2009.

77.     Moderator, Section on Esophageal Diseases, 2009 AGAI Spring Postgraduate Course, DDW, Chicago IL, May 30, 2009.

78.     Moderator, Clinical practice section Research Forum use of Proton Pump Inhibitors – Benefits and Consequences, DDW, Chicago IL, June 1, 2009.

79.     Moderator, EGD section Research Forum entitled GERD- Pharmacological treatment, DDW, Chicago IL, June 1, 2009.

80.     Expert Advisor for "Could it be Carcinoid? Detecting the Differences - connecting the clues". Informational Brochure for Physicians developed by Novartis Oncology.

81.     Diagnosing Gastrointestinal Neuroendocrine Tumors, An interview for the ReachMD XM Radio series, Medical Breakthroughs from Penn Medicine http://reachmd.com/xmradioseries.aspx?sid=11 aired October 5-12, 2009 and also available by podcast.

82.     Acid, Nonacid Reflux and Heartburn. Lecture from 73rd University of Minnesota CME surgery in Minnesota, MN.  June 11, 2009 published by Audio-Digest Foundation for CME credit Volume 56, Issue 21, November 7, 2009.

83.     Humanly Impossible. National Geographic Channel program aired 12/6/09 at 9PM with a segment on Speedeating

84.     Exploring the role of the pharmacist in OTC PPI use for frequent heartburn. Online CPE program (1.5 hrs) at www.powepak.com sponsored by the Postgraduate Institute for Medicine and Strategic Consultants International and supported by an educational grant from Novartis consumer healthcare (expires 4/30/2012).

85.     AGA Podcast for gastroenterology on the risks and benefits of PPI use to accompany YX Yang and DC Metz.  Safety of proton pump inhibitor exposure. Gastroenterology (see Editorials, Reviews, Chapters #80).

86.     Clinical Presentation and diagnosis of neuroendocrine tumors. Video presentation for a CME program on neuroendocrine tumors jointly sponsored by NANETs and MD Anderson Cancer Center.  Santa Fe, NM. October 28, 2010.

87.     Session moderator at the Annual Penn Live CME Course, UPenn, Philadelphia, PA.  March 11, 2011

88.     Session Moderator at the First Eosinophilic Esophagitis retreat, CHOP, Philadelphia, PA. March 29, 2011.

89.     Moderator, EGD section Research Forum entitled Improving Diagnostic criteria for GERD, DDW, Chicago IL, May 8, 2011.

90.     Course Co-Director, Moderator and Lecturer, Penn Neuroendocrine Tumor CME Course, BRB Auditorium, University of Pennsylvania, Philadelphia, PA, September 9, 2011.

91. Conference Chair and Lecturer, Focus on Neuroendocrine Tumors, Patient and Caregiver Conference, Hilton Hotel, Philadelphia, PA. September 16, 2011.

92. Diagnosis heartburn, the gastroenterologist says check for GERD. Interview and article for Woman's Day magazine June 2012, pg 130

93. Advancing the Diagnosis and Management of Neuroendocrine tumors. Lecture and slide presentation for the NET alliance website available at http://mp.pvupdate.com/player/7255/1445#1.

94. *Managing Patients Pre- and Post- Bariatric Surgery.* Postgraduate Course Clinical Challenge Session. 2012 AGAI Spring Postgraduate Course, DDW, San Diego, CA, May 19, 2012.

95. Moderator AGA Clinical Symposium entitled "Current State of the Art in GERD", EGD section, DDW, San Diego, CA May 21, 2012.

96. Moderator EGD section plenary session, DDW, San Diego, CA. May 21, 2012.

97. Moderator AGA Clinical Symposium entitled "Upper GI Endoscopy Case based session", DDW, San Diego, CA May 21, 2012.

98. Conference Chair and Lecturer, Focus on Neuroendocrine Tumors, Patient and Caregiver Conference, Hilton Hotel, Philadelphia, PA. November 2, 2012.

99. Expert Opinion Interview (in 2 parts) for Practice Update :Primary Care on the risks and benefits of proton pump inhibitors published by Elsevier, Philadelphia, PA available at http://www.practiceupdate.com

100. Moderator AGA Clinical Symposium entitled "Foregut Neuroendocrine Tumors", DDW, Orlando, FL. May 19, 2013.

101. Moderator EGD section plenary session, DDW Orlando, FL. May 20, 2013.

102. Moderator AGA/ASGE Combined Clinical Symposium entitled "My Weekend on Call: Case-based presentations", DDW, Orlando, FL. May 21, 2013.

103. Moderator for lectures and live cases for the "Seventh Annual Penn Live: GI Endoscopy and liver disease 2014". HUP, University of Pennsylvania, Philadelphia, PA.  March 7, 2014.

104. Moderator AGA Clinical symposium entitled "Gastric Cancer a Scourge Worldwide". DDW, Chicago IL. May 3, 2014.

105. Moderator AGA, EGD Disorders section Distinguished Abstracts Plenary, DDW, Chicago IL. May 3, 2014.

106. Moderator AGA Clinical symposium entitled "Obesity and the Upper GI tract". DDW, Chicago IL. May 5, 2014.

107. Moderator and facilitator of panel discussion for "Complicated case presentations with ARS", NANETS annual meeting, Nashville TN, October 10, 2014.

108. Moderator for lectures and live cases for the "Eighth Annual Penn Live: GI Endoscopy and liver disease 2014". HUP, University of Pennsylvania, Philadelphia, PA.  March 6, 2015.

109. Moderator AGA Translational Symposium entitled "Molecular Markers in the Diagnosis and Management of Gastrointestinal Neoplasia: Personalized Medicine at its Best". DDW, Washington, DC. May 16, 2015.

110. Moderator AGA Clinical Symposium entitled "Autoimmunity and the Upper GI Tract". DDW, Washington, DC. May 18, 2015.

111. Moderator AGA Translational Symposium (Funderburg Symposium) entitled " H. pylori Gastritis and Gastric Cancer: Bacterial, Host and Environmental Factors Interact to Cause Malignancy". DDW, Washington, DC. May 18, 2015.

112. Moderator AGA, EGD Disorders section: Distinguished Abstracts Plenary, DDW, Washington, DC. May 19, 2015.

113.    Moderator: Increasing Incidence of Incidental NETs – What is the optimal management? 2015 NANETS Neuroendocrine Tumor Symposium : NET diagnosis and management strategies: A team perspective. Austin, TX October 15-17, 2015.

114.    Moderator: AGA Clinical Symposium entitled "Complications of Chronic PPI Use". DDW, San Diego, CA. May 21, 2016.

115.    Moderator, 2016 AGA James W. Freston Single Topic Conference, Intestinal Metaplasia in the Esophagus and Stomach – Origins, Differences, Similarities and Significance. InterContinental Hotel, Chicago, IL.  August 21, 2016

116.    Moderator and Summary lecture for a research Symposium Entitled "Carcinoid and Other GI Neuroendocrine Tumors ( Genetics, Epigenetics, Cell Biology and Development)". American Gastroenterological Association Meeting, Chicago, IL.  Tues May 9, 2017.

117.    Moderator, 2017 ENETS/NANETS Young Investigator Symposium at the 14th Annual Conference of the European Neuroendocrine Tumor Society. Barcelona, Spain, March 9, 2017.

118.    Answers to Common Questions in the Management of Neuroendocrine Tumors. Meet the Professor Luncheon (with Michelle K. Kim).  DDW, Chicago IL, May 7, 2017.

119.    Improving patient outcomes of carcinoid syndrome. Virtual live and online CME symposium with OMEDLive sponsored by University of Nebraska. Recorded at VideoLink, Newton, MA, June 14, 2017. Available at: Carcinoid Syndrome: Updates in Pathophysiology, Diagnosis, and Treatment https://event.webcasts.com/viewer/directLink.jsp?ei=1149966

120.    Moderator and facilitator of panel discussion for NANETS GI Symposium, 10th Annual NANETS meeting, Innovation in a rapidly changing landscape, Philadelphia, PA October 21, 2017.

121.    Moderator and facilitator of panel discussion for Clinical Science Symposium #2 – Featured Abstracts, 10th Annual NANETS meeting, Innovation in a rapidly changing landscape, Philadelphia, PA October 21, 2017.

122.    BBC interview for the The Food Chain, BBC World Service aired October 19, 2017. http://www.bbc.co.uk/programmes/w3csv0pn#play

123.    Chair and moderator of a Takeda sponsored symposium entitled "Optimizing the management of acid-related disorders – from diagnosis to treatment" during UEG Week 2017. Barcelona, Spain. October 31, 2017.

124.    Bouvier, C; Caplin, M; Conroy, S; Davies, P; Dureja, S; Falconi, M; Ferolla, P; Fisher, G; Goldstein, G; Hicks, R; Hollander, R; Kolarova, T; Lawrence, B; Leyden, S; Majima, Y; Metz, D; O"Toole, D; Ruszniewski, P; Wiedenmann, B. Unmet needs in the global NETs patient community: an assessment of major gaps from the perspectives of patients, patient advocates and NET health professionals. White paper on the INCA website.  http://incalliance.org/wp-content/uploads/2016/08/2017-11-08-UnmetNeeds_in_the_global_NETs_community.pdf

125.    Interview on speed eating and the Wing Bowl for Canal Plus Television (www.canalplus.fr) for a news program entitled "L'Effet Papillon" (The Butterfly Effect) broadcast in May 2018, https://www.youtube.com/watch?v=9eRDQ67oCbA&t=224s

126.    Moderator and presenter for a live one hour online program entitled "Do you have Carcinoid Syndrome? Talking with your Healthcare Provider about Symptoms, Diet and Treatment" produced by PlatformQ Health, Inc. as part of the Cancer Coach Live Series with the Carcinoid Cancer Foundation (New York, NY). Available on demand at www.cancercoach.com, Https://platformq.webcasts.com/viewer/event.jsp?ei=1198032&tp_key=622e5558cb.  June 20, 2018, Philadelphia, PA.

127.    Panel discussant for "optimal management of localized gastric and rectal NETS". NANETS annual meeting Boston, MA. October 4, 2019.

128.    Moderator for "NET medical debates" NANETS annual meeting, Boston, MA.  October 4, 2019.

129.    Panel discussant for  "Putting GI Risk in Perspective: How Safe Are OTC Analgesics?" with C Vega MD. https://www.medscape.org/viewarticle/931873

130. Metz, DC and Halperin DM. The wolf in sheep's clothing: neuroendocrine tumors. CME program sponsored by the postgraduate institute of medicine  including Raising Suspicion and Clinical Work up (Metz). 2021. https://learning.freecme.com/a/37526P3w5yGy, accessed 6/29/2021

131. Moderator: AGA Clinical Symposium entitled "GI Neuroendocrine Tumors: Origins and Pathogenesis". DDW, San Diego, CA. May 21, 2022.

132. CME program entitled "*Achieving Timely Diagnosis of Neuroendocrine Tumors*" accredited by the Postgraduate Institute for Medicine (PIM),  supported by Ipsen USA and Sun Pharma and produced by P2P Syncro. Recorded April 29, 2021, posted on FreeCME.com .

133. Gastric NET, Gastrinoma and Zollinger-Ellison Syndrome (ZES). The LACNETS podcast series, episode 20. Released 4/18/2023.


**PATENTS:**    None

**PRINCIPAL INVESTIGATOR OF GRANTS (Company-sponsored):**

1.  The evaluation of a capsule-based low-dose carbon 14 urea breath test for the diagnosis of Helicobacter pylori gastritis (1995)

2.  A study to evaluate the effects of dual therapy with lansoprazole and clarithromycin on the eradication of Helicobacter pylori (1995)

3.  Evaluation of the clinical and cost effectiveness of therapy with clarithromycin plus omeprazole compared to omeprazole or ranitidine for the treatment of patients with duodenal ulcer and Helicobacter pylori infection (1995)

4.  A study to evaluate the effects of dual therapy with lansoprazole and clarithromycin on the recurrence of duodenal ulcer after treatment for eradication of Helicobacter pylori (1995)

5.  Gastric physiology and symptomatology in Helicobacter pylori gastritis (1996)

6.  Evaluation of the Flexsure rapid serum Helicobacter pylori antibody test (1996)

7.  A study to evaluate the effects of triple therapy with lansoprazole, clarithromycin and amoxicillin versus dual therapy with clarithromycin and amoxicillin on the eradication of Helicobacter pylori (1996)

8.  Evaluation of barium radiography and serial Helicobacter pylori antibodies for the diagnosis and management of patients with Helicobacter pylori-induced peptic ulcers (1996)

9.  Developing Normal Adult Values for the 13C-Urea Breath Test (1996)

10. Accustat rapid H. pylori assay (1996)

11. Comparison of the Clinical Safety and Efficacy of Pantoprazole 10 mg, 20mg, or 40 mg Once Daily and Placebo in Patients with Symptomatic Erosive Esophagitis (1996)

12. Comparison of the Clinical Efficacy and Safety of Pantoprazole 10 mg, 20mg, or 40mg Once Daily and Ranitidine 150 mg Twice Daily as a Relapse Prophylaxis Over Three Years for Patients with Healed Erosive Esophagitis (1996)

13. A Study to Evaluate the Effects of Lansoprazole 30 mg QD or 15 mg OD Versus Placebo in Patients with Non-Ulcer Dyspepsia (1997)

14. Pivotal Efficacy Study of Gastric Acid Secretion By Intravenous Pantoprazole In  Patients With Zollinger-Ellison Syndrome With or Without Multiple Endocrine Neoplasia Type-1 Syndrome (1997)

15. A Safety and Efficacy Study of Inhibition of Gastric Acid Secretion by Intravenous Pantoprazole as an Alternative to Oral Proton Pump Inhibitors in Patients with Zollinger-Ellison Syndrome (1997)

16. H. pylori gastritis in HIV positive patients (1997)

17. A Safety and Efficacy Study of Long Term Oral Administration of Pantoprazole in Patients with Zollinger-Ellison Syndrome or Other Hypersecretory Conditions (1997)

18. A Comparison Of Gastric Acid Secretion Responses In Patients With Gastroesophageal Reflux Disease Who Are Switched From Oral To Intravenous Pantoprazole (1998)

19. Multicenter, Double-Blind, Placebo Controlled, Randomized Comparison Study of the Efficacy and Upper Gastrointestinal Safety of 100 mg, 200 mg and 400mg of SC-58635 BID and 500 mg Naproxen BID in Treating the Signs and Symptoms of Rheumatoid Arthritis (1998)

20. Study to Identify Otolaryngologic Criteria for Gastroesophageal Reflux Disease (1998)

21. Clinical Protocol for a Multicenter, Double-Blind, Parallel Group Study Comparing the Effects on Renal Function and the Incidence of Gastroduodenal Ulcer Associated with Valdecoxib in Patients with Osteoarthritis or Rheumatoid Arthritis (1998)

22. A Multi-Center, Randomized, Double-Blind, Parallel Group Comparison of the Safety and efficacy of a 7 Day Treatment of Pantoprazole plus Selected Antibiotics In the Eradication of H. Pylori Infection (1999)

23. Study To Evaluate the Effect of EM-574 5 mg TID, 20 mg TID versus Placebo in Patients with Non-Erosive GERD (1999)

24. Clinical Protocol for A Multicenter, Double Blind, Parallel Group Study Comparing the Incidence of Clinically Significant Upper Gastrointestinal Adverse Events Associated With SC-58635 400 mg BID to That of NSAID Treatment With Either Diclofenac 75 mg BID, Ibuprofen 800 mg TID or Naproxen 500 mg BID in Patients with Osteoarthritis or Rheumatoid Arthritis (1999)

25. A Multicenter, Randomized, Double-Blind, Safety and Efficacy Study of H 199/18 with Clarithromycin Compared to H199/18 for the Eradication of Helicobacter pylori in Subjects with Active Duodenal Ulcer or History of Duodenal ulcer Disease (1999)

26. A Blinded Multicenter Study of the PYtest (C-14 Urea Breath Test) in Patients Previously Treated for Helicobacter Pylori (1999)

27. Appropriate Timing of the 14 C-Urea Breath Test to Establish Eradication of Helicobacter Pylori Infection (1999)

28. Multi-Site Project for Antimicrobial Resistance among *Helicobacter pylori* Isolates in the United States (1999)

29. Open Label Use of Rabeprazole in Patients with Zollinger-Ellison Syndrome or Idiopathic Gastric Hypersecretion (1999)

30. A Randomized, Controlled Crossover Study Evaluating Synthetic Porcine Secretin, Synthetic Human Secretin, and Biologically Derived Porcine Secretin for the Diagnosis of Gastrinoma (1999)

31. A Study to Evaluate the Effect of Lansoprazole 30 mg QD versus Omeprazole 20 mg QD on Relief of Symptoms in Patients with Erosive Reflux Esophagitis (2000)

32. A Study of the Effects of Pantoprazole and Omeprazole on Intragastric pH Profiles in Patients with Gastroesophageal Reflux Disease (2000)

33. A Multicenter, Randomized, Parallel-Group, Active-and Placebo-Controlled, Double-Blind Study Conducted Under In-House Blinding Conditions to Determine the Incidence of Gastroduodenal Ulcers in Patients With Rheumatoid Arthritis After 12 Weeks of Treatment With MK-0663, Naproxen, or Placebo (2000)

34. Limited Access Protocol for the Use of Oral Cisaprde in the Treatment of Refractory Gastroesophageal RefluxDisease and Other Gastrointestinal Motility Disorders (2000)

35. A Randomized, Open-Label, Pilot Assessment of the Effect of Protonix® (Pantoprazole Sodium) IV on Gastric pH in ICU Patients (2000)

36. A Comparative Efficacy and Safety Study of NEXIUM™ (esomeprazole magnesium) Delayed-Release Capsules (40 mg qd(daily) and 20 mg qd(daily) Versus Ranitidine (150 mg bid) for the Healing of NSAID-associated Gastric Ulcers When Daily NSAID Use is Continued (2001)

37. A Comparative Efficacy and Safety Study of NEXIUM™ (esomeprazole magnesium) Delayed-Release Capsules (40 mg(daily) and 20 mg qd(daily) Versus Placebo for the Prevention of Gastric Ulcers Associated with Daily NSAID Use in Patients at Risk (2001)

38. An Efficacy and Safety Study of Intravenous Pantoprazole in the Prevention of Recurrent Peptic Ulcer Disease After Successful Hemostasis (2001)

39. A Comparison of the Acid Inhibitory Affects of Simplified Omeprazole Solution and Intravenous Pantoprazole (2001)

40. A Randomized, Placebo-Controlled, Multi-Center Study to Evaluate the Pharmacodynamics of Intravenous Lansoprazole to that of Oral Lansoprazole in Subjects with Erosive Esophagitis (2001)

41. The Effect Of Indomethacin On Helicobacter Pylori Infection, As Assessed By The C-14 Urea Breath Test (2001)

42. A Population-based Case-Control Study of Major Gastrointestinal Toxicity with Over-the-Counter Non-steroidal Anti-inflammatory Drugs (2001)

43. Impact of Rabeprazole Sodium (Aciphex) and Paroxitene Hydrochloride (Paxil) on Symptoms and Quality of Life in Ulcer-like Dyspepsia (2002)

44. A Randomized, Double-Blind Trial Comparing the Early Profile of Heartburn Relief Associated with Rabeprazole, 20 mg once daily Vs,. Omeprazole, 20 mg once daily in Gastroesophageal Reflux Disease Patients with an Acute or Documented History of Erosive Esophagitis (2002)

45. Evaluation of Gastroesophageal Reflux in Patients on Continuous Positive Airway Pressure Ventilation for Obstructive Sleep Apnea (2002)

46. A Multi-Center, Open-label, Four-way Crossover Study of the Effects of Esomeprazole, Aspirin and Rofecoxib on Prostaglandin ($PGE_2$) Production, Cyclooxygenase-2 Enzyme Activity and PCNA Expression in Patients with Barrett's Esophagus (2002)

47. A Multicenter,Randomized, Parallel Group, Placebo-Controlled, Double-Blind Study with In-House Blinding to Determine the Effect of 156 Weeks of Treatment with MK-0966 on the Recurrence of Neoplastic Polyps of the Large Bowel in Patients with a History of Colorectal Adenomas (2001)

48. An Open-Label Multi-Center Study to Evaluate the Pharmacodynamics of Intravenous Lansoprazole to that of Oral Lansoprazole in Subjects with Erosive Esophagitis (2003)

49. Multicenter, Randomized, Double-Blind, Double-Dummy, Parallel-Group Comparison of the Remission  Rates for Once Daily Treatment with Esomeprazole 20 mg and Lansoprazole 15 mg for 6 Months in Patients Whose EE Has Been Healed (2003)

50. A Multicenter, Randomized, Double-Blind, Double-Dummy, Parallel-Group Efficacy Study Comparing 8 Weeks of Treatment with Esomeprazole Magnesium (40 mg qd) to Lansoprazole (30 mg qd)  for the Healing of Erosive Esophagitis in Patients with Moderate or Severe Erosive Esophagitis (2003)

51. Symptom Relief in Patients Suffering from GERD Grade A to D According to LA Classification Treated with Pantoprazole 40 mg or Esomeprazole 40 mg QD

52. A Phase III, Multi-center, Open-label Study to Evaluate the Control of Gastric Acid Secretion with Esomeprazole in Patients with Gastric Acid Hypersecretory States Including Idiopathic Hypersecretion and ZES for 12 Months.

53. A Double-blind, Placebo-Controlled, Randomized Two-week Study Comparing Small Bowel Lesions Associated with Celecoxib (20 mg BID) vs. Ibuprofen (800 mg TID) plus Omeprazole (20 mg QD)

54. A Randomized, Double-Blind, Placebo-Controlled, Multi-center Study to Assess the Efficacy, safety, and Tolerability of Tegaserod Alone and in Combination with Omeprazole given orally in patients Suffering from Symptomatic (non-erosive) Gastroesophageal Reflux Disease (sGERD)

55. A 6 Week, Randomized, Double –Blind, Placebo-Controlled, Multicenter Study, to Assess the Efficacy and Safety of Oral Tegaserod ( 6mg bid) and Placebo in Female Patients with Dyspepsia

56. A Phase 3 Study to Evaluate the Efficacy and Safety of TAK-390MR (60mg QD and 90mg QD) Compared to Placebo on Symptom Relief in Subjects with Symptomatic Non-Erosive Gastroesophageal Reflux Disease (GERD) T-GD04-083

57. A Phase 3 Study to Evaluate the Efficacy and Safety of TAK-390MR (60mg QD and 90mg QD) and an Active Comparator, Lansoprazole (30mg QD) on Healing of Erosive Esophagitis  T-EE04-085

58. A Phase 3 Study to Evaluate the Safety and Efficacy of TAK-390MR (60mg QD and 90mg QD) Compared to Placebo in Maintenance of Healing in Subjects with Healed Erosive Esophagitis  T-EE04-087

59. A Phase 3 Open-Label Study to Assess the Long-Term Safety of TAK-390MR (60mg QD and 90mg QD) T-G104-088

60. "A Study of the Efficacy and Safety of Teduglutide in Subjects with Parenteral Nutrition-Dependent Short Bowel Syndrome, Protocols CL006-004 and CL006-005" , NPS Allelix Pharmaceuticals.

61. A Phase IIb, Randomized, Double-Blind, Placebo Controlled Study for the Treatment of Active Celiac Disease with AT1001. Alba Therapeutics.

62. A Double-Blind,  Randomized Placebo-Controlled Clinical Trial Investigating The Efficacy And Safety Of Somatuline Depot (Lanreotide) Injection In The Treatment Of Carcinoid Syndrome. Tercica Inc.

63. A Phase IIb, Randomized, Double-Blind, Placebo Controlled, Dose Ranging, Multicenter Study to Determine the Safety, Tolerance, and Efficacy of AT-1001 in Celiac Disease Subjects during a Gluten Challenge. Alba Therapeutics.

64. Evaluation of Handheld Colonoscopy Force Monitor by Expert and Trainee Endoscopists in the Performance of Colonoscopy

65. A Dose-Response Efficacy and Safety Study of Arbaclofen Placarbil (XP19986) as Adjunctive Therapy in Subjects with Gastroesophageal Reflux Disease (GERD) who are Incomplete Responders to a Proton Pump Inhibitor (PPI)

66.  Effect of Long-Term Proton Pump Inhibitors on Gastrin

67.  Genetics and Biochemical Studies of Gastrointestinal Neuroendocrine Tumors

68.  A Registry of Patients with Neuroendocrine Tumors

69.  Treatment outcomes in patients with metastatic gastroenteropancreatic neuroendocrine tumors scanned   and/or treated with metaiodobenzylguanidine (MIBG) therapy

70.  An evaluation of characteristics and outcomes of patients with gastrointestinal bleeding following implantation of ventricular assist devices

71.  Surgical outcomes in patients with Zollinger-Ellison Syndrome

72.  Are Proton Pump Inhibitors (PPIs) associated with a higher risk of bacterial overgrowth, as demonstrated by a positive Lactulose Hydrogen Breath Test?

73.  Retrospective Review of Secretin Test

74. Effect of Anesthesia on Force Application During Colonoscopy

75. A Multi-Center, Stratified, Open, Randomized, Comparator-Controlled, Parallel-Group Phase III Study Comparing Treatment With $^{177}$Lu-DOTA$^0$-Tyr$^3$-Octreotate To Octreotide LAR In Patients With Inoperable, Progressive, Somatostatin Receptor Positive, Midgut Carcinoid Tumors.

76.  A Phase 3, Randomized, Placebo-controlled, Parallel-Group, Multicenter, Double-blind Study to   Evaluate the Efficacy and Safety of Telotristat Etiprate (LX1606) in Patients with Carcinoid Syndrome Refractory to Somatostatin Analog (SSA) Therapy

77. A Phase 3, Randomized, Placebo-controlled, Multicenter, Double-blind Study to Evaluate the Safety and Efficacy of Telotristat Etiprate (LX1606) in Patients with Carcinoid Syndrome

78. A Multicenter, Long-term Extension Study to Further Evaluate the Safety and Tolerability of Telotristat Etiprate (LX1606)

79. A Pilot Study Comparing The NETest With CgA Testing For Differentiating Patients With And Without Carcinoid Tumors

80. A Phase 2b, Randomized, Double-blind, Placebo-controlled, Parallel-group, Dose-range-finding Trial of IW-3718 Administered Orally for 8 Weeks to Patients with Symptomatic Gastroesophageal Reflux Disease Not Completely Responsive to Proton Pump Inhibitors

81. A Phase 3 Prospective, Randomized, Double-Blind, Multi-Center, Study of The Efficacy And Safety of Lanreotide Autogel/ Depot 120mg Plus BSC Vs Placebo Plus BSC For Tumor Control In Subjects With Well-Differentiated, Metastatic and/or Unresectable Typical or Atypical Lung Neuroendocrine Tumors

**SUBINVESTIGATOR OF GRANTS:**


1. A Phase III, Randomized, Double-blind, Placebo-controlled Study of Vemurafenib (RO5185426) Adjuvant Therapy in Patients With Surgically Resected, Cutaneous BRAF-Mutant Melanoma at High Risk for Recurrence (on Dr. Tara Gangadhar's adjuvant melanoma study, UPCC 06612)

2. Oral Budesonide Suspension (OBS) In Adolescent and Young Adult Subjects (12-25 Years of Age) With Eosinophilic Esophagitis: A Phase II, Randomized, Double-Blind, Placebo-Controlled Study with an Open-Label Extension

3. A Multicenter, Randomized, Double-Blind, Placebo-Controlled, Safety and Tolerability Phase 1/2A Study of Two Dosing Regimens of EUR-1100 for Oral Use, in Subjects with Eosinophilic Esophagitis (EoE)

4. A Phase 2, Multicenter, Multinational, Randomized, Double-blind, Placebo Controlled Parallel-group Clinical Trial to Evaluate the Efficacy and Safety of RPC4046 Adult Subjects with Eosinophilic Esophagitis (EoE)

5. A Randomized, Double-Blind, Parallel, Placebo-Controlled Study of the Efficacy, Safety and Tolerability of Dupilumab in Adult Patients with Active Eosinophilic Esophagitis

# CURRENT GRANT SUPPORT

NAME OF FACULTY MEMBER: David C. Metz, MD          DEPARTMENT Medicine/Gastroenterology          DATE _____

---------------------------------------------------------------------------------------------------------------------------------------------------

| Name of Grant | Period of | Grant | Role in Grant** | % Effort | Funding Source | Current Annual | Additional |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

*For **Grant Category,** use code in bold from the following menu:

| | | | | |
|---|---|---|---|---|
| **R01** | NIH R01 | | **CT** | Clinical Trials |
| **PP** | NIH Program Project, Center or Core Grants | | **TG** | Training Grants |
| **FG** | Federal Grants - Other (including other individual NIH grants | | **IG** | Industrial Grants (including pharmaceutical) |
| | and grants from VA, NSF, Dept. of Energy, etc.) | | **PG** | Private Foundation Grants (including internal Penn grants) |
| | | | **O** | Other |

** For program projects, specify whether PI, co-leader or project leader.  For center, core and training grants, similarly specify your role.
*** Include any additional, brief information.  For clinical trials, for example, specify if multicenter or single center and indicate role of Penn site.  Explain any grants in **Other** category.

*If space is needed for more entries, use an additional sheet.*

Case 2:24-md-03094-KSM    Document 691-13    Filed 05/19/26    Page 226 of 234

# PAST GRANT SUPPORT

NAME OF FACULTY MEMBER: <u>David C. Metz, MD</u>     DEPARTMENT <u>Medicine/Gastroenterology</u>     DATE <u>December 2006</u>

| | Name of Grant | Period of Award | Grant Category* | Role in Grant** | % Effort | Funding Source | Current Annual Direct Cost | Additional Comments*** |
|---|---|---|---|---|---|---|---|---|
| 1. | Gastric and symptomatology in Helicobacter pylori gastritis | 1/95-12/95 | CT | PI | 2 | NIH (HUP CRC) & Astra Merck | Approx. $150,000 (CRC plus Astra Merck) | |
| 2. | Oleic Acid Effects on Transit and Absorption in SBS | 07/01/2003-06/30/2005 | R03 | Co-I | 5%* | NIDDK | $100,000 | *No salary support |
| 3. | Intravenous Proton Pump Inhibitors in the Home TPN Patient with Excess Intestinal Output | 6/01/2004-12/31/2006 | | Co-I | 2%* | Wyeth Pharmaceuticals | $175,593 | *No salary support |
| 4. | CPAP therapy in patients with GERD and Obstructive Sleep Apnea | 2/05-3/06 | CT | PI | 2 | TAP Pharmaceuticals | Approx $120,000 | |
| 5. | Evaluation of hand held colonoscopy force monitor by expert and trainee endoscopists in the performance of colonoscopy | 2/1/10 – 12/31/10 | CT | PI | 2 | Artann Laboratories | $12,500 | |
| 6. | A double-blind, randomized placebo-controlled clinical trial investigating the efficacy and safety of somatuline depot (Lanreotide) injection in the treatment of Carcinoid Syndrome. | 3/09 – 3/11 | CT | PI | 2 | Tercica, Inc | | |

Case 2:24-md-03094-KSM   Document 691-13   Filed 05/19/26   Page 227 of 234

**7.**

| Title | Dates | Category | Role | Effort | Sponsor | Amount |
|---|---|---|---|---|---|---|
| A Phase 3, Randomized, Placebo-controlled, Parallel-group, Multicenter, Double-blind Study to Evaluate the Efficacy and Safety of Telotristat Etiprate in Patients with Carcinoid Syndrome Not Adequately Controlled by Somatostatin Analog (SSA) Therapy | 06/01/2014- 05/31/2016 | CT | PI | 0.24 | Lexicon, Inc | $33,767 |

**8.**

| Title | Dates | Category | Role | Effort | Sponsor | Amount |
|---|---|---|---|---|---|---|
| Commonwealth of Pennsylvania Formula Fund in Neuroendocrine Tumors | 01/01/2013- 12/31/16 | R01 | PI | 0% | PA DoH | $56,346 |

**9.**

| Title | Dates | Category | Role | Effort | Sponsor | Amount |
|---|---|---|---|---|---|---|
| A Phase III Study Comparing Treatment With 177Lu-DOTA0-Tyr3-Octreotate To Octreotide LAR In Patients With Midgut Carcinoid Tumours | 05/15/2013- 05/13/2017 | CT | PI | 0.24 | Advanced Accelerator Applications | $80,636 |

**10.**

| Title | Dates | Category | Role | Effort | Sponsor | Amount |
|---|---|---|---|---|---|---|
| Pilot Study Comparing NetTest with CgA | 03/03/2016- 01/20/2020 | CT. | PI | % | Wren Laboratories | $40,771 |

*For **Grant Category,** use code in bold from the following menu:

| | | | |
|---|---|---|---|
| **R01** | NIH R01 | **CT** | Clinical Trials |
| **PP** | NIH Program Project, Center or Core Grants | **TG** | Training Grants |
| **FG** | Federal Grants - Other (including other individual NIH grants and grants from VA, NSF, Dept. of Energy, etc.) | **IG** | Industrial Grants (including pharmaceutical) |
| | | **PG** | Private Foundation Grants (including internal Penn grants) |
| | | **O** | Other |

** For program projects, specify whether PI, co-leader or project leader. For center, core and training grants, similarly specify your role.

*** Include any additional, brief information.  For clinical trials, for example, specify if multicenter or single center and indicate role of Penn site.  Explain any grants in **Other** category.

*If space is needed for more entries, use an additional sheet.*

# PENDING GRANT SUPPORT

NAME OF FACULTY MEMBER: David C. Metz, MD          DEPARTMENT Medicine/Gastroenterology          DATE _____

--------------------------------------------------------------------------------------------------------------------------------------------------

| Name of Grant | Period of Award | Grant Category* | Role in Grant** | % Effort | Funding Source | Current Annual Direct Cost | Additional Comments*** |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |
| 7. | | | | | | | |

*For **Grant Category,** use code in bold from the following menu:

| | | | | |
|---|---|---|---|---|
| **R01** | NIH R01 | | **CT** | Clinical Trials |
| **PP** | NIH Program Project, Center or Core Grants | | **TG** | Training Grants |
| **FG** | Federal Grants - Other (including other individual NIH grants and grants from VA, NSF, Dept. of Energy, etc.) | | **IG** | Industrial Grants (including pharmaceutical) |
| | | | **PG** | Private Foundation Grants (including internal Penn grants) |
| | | | **O** | Other |

** For program projects, specify whether PI, co-leader or project leader.  For center, core and training grants, similarly specify your role.

*** Include any additional, brief information.  For clinical trials, for example, specify if multicenter or single center and indicate role of Penn site.  Explain any grants in **Other** category.

*If space is needed for more entries, use an additional sheet.*

# Other Contributions to Clinical Research

Name: _____     Department:

Case 2:24-md-03094-KSM   Document 691-13   Filed 05/19/26   Page 231 of 234

| Name of Trial | Sponsor | Status<br>active/<br>complete | Role<br>Local P.I.,<br>patient recruiter | Name of National PI<br>and Affiliation | No.<br>Patients<br>recruited by<br>candidate | Total N<br>of<br>Study |
|---|---|---|---|---|---|---|
| | | | | | | |

90

# EXHIBIT B

## David C. Metz, M.D.

## DISCLOSURE OF PRIOR EXPERT TESTIMONY

### Deposition

Deposition:        Pitts v. Piedmont (10/15/24)

Deposition:        Novicki V. Trustees of UPenn et al (6/9/25)


### Trial

Court Appearance: Ferguson v. Temple University Hospital. (1/21/22)

Court Appearance: Gambone v.  Boynton (5/4/23)