# EXHIBIT 15D

## EXPERT REPORT OF KEVIN O'BRIEN, VMD, MVetMed, DACVP, MRCVS

### I.    Background and Qualifications

I am a Doctor of Veterinary Medicine (VMD) and board-certified Diplomate of the American College of Veterinary Pathologists (DACVP).  I am currently an Assistant Professor of Comparative Pathology at the University of Pennsylvania School of Veterinary Medicine in Philadelphia, Pennsylvania. For my entire professional career, I have dedicated my research to interpreting the clinical and histopathologic  findings of necropsy and biopsy submissions (>1000 submissions) from various laboratory animal species including rodents, rabbits, shrews, nonhuman primates, pigs, sheep, avians, and aquatics to understand what role illness or other variables, such as drug toxicity, may have played in developing unexpected pathology.

I received my BA from New York University, College of Arts and Science (Biology major, Chemistry minor) in 2013. At NYU, I was the recipient of the "NYU Dean's Undergraduate Research Fund" for my research in Dr. Chris Rushlow's developmental genetics lab. These studies culminated in "Best Poster" at NYU's 39th annual undergraduate research conference and were later incorporated into a scientific publication in Current Biology. I continued this research in the United Arab Emirates where I pursued a two-year biology fellowship through NYU Abu Dhabi from 2013 to 2015.

From 2015 to 2019, I attended the University of Pennsylvania School of Veterinary Medicine as a VMD candidate. During veterinary school, I developed a strong interest in the parallels between animal and human health. I became involved with various research projects highlighting this relationship, such as working with canine and porcine gastrointestinal microbiomes and their relations to inflammatory bowel disease and alterations during pregnancy, respectively, as part of a collaboration with the PennCHOP Microbiome Program. This research resulted in two scientific publications in Microbiome.

After graduation, I completed an anatomic pathology residency at the Royal Veterinary College with a focus on comparative pathology. I became the first person to matriculate directly from veterinary school into a residency program in RVC's 234-year history and I also became the first American resident in their history. During my residency, I developed special interests in animal models and ocular and oncologic pathology, all of which became the focus of my Master of Veterinary Medicine (MVetMed) research project. This research focused on the histopathological, immunohistochemical, and viral characterization of equine genital and ocular squamous cell carcinomas with extensive comparisons to the existing literature in humans with HPV-induced skin cancer. This translational research has received 1st place for Best Project in the MVetMed course 2021-2022 and 2nd place for the 2021 ACVP Young Investigator Award (Natural Disease category). At the end of my residency, I became board-certified by the American College of Veterinary Pathologists and a recognized specialist in veterinary pathology by the Royal College of Veterinary Surgeons (RCVS).

Prior to becoming faculty at UPenn in 2024, I completed a two-year post-graduate fellowship in comparative and laboratory animal pathology at UPenn from 2022 to 2024. In my

1

fellowship and faculty roles, I have become the lead pathologist performing post-mortem examinations (gross and microscopic) on various laboratory animal species from zebrafish to nonhuman primates. I provide comprehensive reports with emphasis on potential significance and relevance to human disease modeling to research investigators from UPenn, the Children's Hospital of Philadelphia (CHOP), Thomas Jefferson University, and various other external institutions both nationally and internationally. Since 2023, I have presented over 15 different posters or oral presentations at various national and international annual lab animal or pathology conferences. To date, I have authored 8 peer-reviewed case reports and research papers related to the examination of various species presenting with clinical and histopathologic features, including rodents, monkeys, canines, guinea pigs, cats, fish, and so on. I currently have four manuscripts in the peer-review process in various scientific journals.

Since 2019, I have been a member of the Davis-Thompson Foundation (For the Advancement of Veterinary and Comparative Pathology). I am currently a member of the American College of Veterinary Pathologists (ACVP), American Association for Laboratory Animal Science (AALAS), and Delaware Valley Branch of AALAS. From 2019 to 2022, I served as a member of the British Society of Veterinary Pathology (BSVP) and British Society of Toxicologic Pathology (BSTP).

I have been invited to lecture at meetings sponsored by medical institutions around the globe, including at the British Society of Veterinary Pathology, Royal Veterinary College, and University of Ljubljana. At the University of Pennsylvania, I have been invited to lecture numerous times. For example, in 2024, I was invited to lecture as part of the "Mouse Pathology Workshop," where I served as a Lecturer on the "Common Clinicopathological Cases of Mice."

A copy of my most recent curriculum vitae concerning further details has been provided.

## II.    <u>Assignment and Materials Considered</u>

I have been asked to review the evidence to determine whether or not, in my opinion:

1. Eli Lilly animal studies showed evidence of gastrointestinal injury in treated animals;
2. Whether or not the companies' scientists appropriately assessed the potential of risks of these drugs in the nonclinical setting;
3. Whether there are biologically plausible mechanisms by which this class of drugs induces gastrointestinal injury in the gastrointestinal organs of test animals;
4. Whether there is evidence of gastric injuries in the treated animals compared to the controls;
5. Whether there was a signal for gastrointestinal injury based on these studies.

A list of the materials that I considered in coming to my opinions set forth below are cited in this report or are provided in a separate "Materials Considered" list attached to this report.

### III.    Summary of Opinions

Based on my review of the studies as described below, it is my opinion that:

1. The dulaglutide and tirzepatide non-clinical studies indicated a potential risk for gastrointestinal injuries.
   a. Dulaglutide is associated with vomiting, diarrhea, gastric inflammation, gastric infiltrates, and gastric epithelial hyperplasia in nonhuman primates of both sexes at various exposure levels. Dulaglutide is also associated with the formation of hemorrhage, erosions and/or ulcerations and inflammation in the stomach of rats of both sexes at various exposure levels.
   b. Tirzepatide is associated with the formation of erosions and/or ulcerations and neutrophilic inflammation in the stomach of rats in both sexes at high exposure levels and with the formation of gastric erosions, ulcerations, inflammation, degeneration, and necrosis and duodenal ulceration/perforation and necrosis in rabbits of both sexes at various exposure levels.

2. Eli Lilly either failed to acknowledge or downplayed the significance of these findings in their reports, citing to conclusory alternative explanations such as spontaneous lesions and lack of human relevance, without providing sufficient justification to discard these findings.

3. Eli Lilly utilized poor laboratory diagnostic practice to bury the gastrointestinal signal rather than fully assessing abnormal lesions such as stomach erosions/ ulcerations and inflammation.

   All of the opinions that are stated by me in this report are made with a reasonable degree of veterinary and scientific certainty.

### IV.    Literature Review Search Terminology (PubMed):

For this expert report, I evaluated the scientific evidence on PubMed regarding potential relationships between GLP-1 receptor agonist medications and a wide range of gastrointestinal injuries, as well as the biological mechanisms that could plausibly support those associations. To begin framing the scientific landscape, I conducted broad exploratory searching in PubMed to identify peer-reviewed research involving GLP-1 medications (including both branded and generic drug names), incretin-based therapies, and GLP-1 biology. I then refined that search to focus on literature discussing gastrointestinal complications, gastroparesis, ileus, tissue changes, safety findings, animal models, mechanistic studies, and regulatory-relevant publications to ensure that both clinical outcomes and underlying pathophysiological mechanisms were captured.

("glucagon-like peptide-1"[all fields] OR "GLP-1"[all fields] OR "GLP-1 receptor agonist*"[all fields] OR incretin*[ all fields] OR exenatide[all fields] OR liraglutide[all fields] OR dulaglutide[all fields] OR semaglutide[all fields] OR tirzepatide[all fields] OR albiglutide[all

fields] OR efpeglenatide[all fields] OR benaglutide[all fields] OR taspoglutide[all fields] OR "glucagon-like peptide-1 receptor agonists"[MeSH Terms]) AND (gastroparesis[all fields] OR ileus[all fields] OR gastroenteropathy[all fields] OR "gastrointestinal injury"[all fields] OR "gastrointestinal adverse effect*"[all fields] OR "delayed gastric emptying"[all fields] OR "intestinal obstruction"[all fields] OR "medication-induced"[all fields] OR "Brunner* gland"[all fields] OR "safety/adverse effects"[MeSH Terms])

### V.   Review of Manufacturer-Affiliated Discovery and Development Papers on GLP-1 Receptor Agonists in Animals

I also searched for results from nonclinical studies authored by Eli Lilly in the published literature arena concerning the results from nonclinical testing programs of semaglutide and liraglutide. I discovered that these papers consistently described gastrointestinal effects in the dosed animals in general terms, if mentioned at all, but there is little to no discussion of structural gastrointestinal injury that was identified in the pivotal nonclinical GLP-1 studies provided by Eli Lilly. These papers excuse the gastrointestinal findings by emphasizing the intended pharmacologic actions of GLP-1 agonism on satiety and gastric motility.[1,2]

The referenced dulaglutide and tirzepatide development papers do not describe clinically significant gastric or intestinal pathology such as mucosal injury, inflammation, ulceration, obstruction, bowel dilation, or dysmotility-associated lesions.[3,4,5,6,7,8] Gastrointestinal clinical signs, when mentioned at all, are framed as expected pharmacodynamic effects (typically decreased food intake and reduced gastric emptying). This is in contrast to the internal nonclinical studies sponsored by  Eli Lilly, which describe significant instances of macroscopic and/or microscopic evidence of gastrointestinal inflammation, necrosis, erosions, ulcerations, perforation, hemorrhage, and/or goblet cell hypertrophy that is in my opinion caused by the xenobiotic used in the specific experiment (either dulaglutide or tirzepatide). It should be noted that vomiting and

---

[1] Knudsen LB, Lau J. The Discovery and Development of Liraglutide and Semaglutide. Front Endocrinol (Lausanne). 2019 Apr 12;10:155.

[2] Vahle JL, Byrd RA, Blackbourne JL, Martin JA, Sorden SD, Ryan T, Pienkowski T, Rosol TJ, Snyder PW, Klöppel G. Effects of the GLP-1 Receptor Agonist Dulaglutide on the Structure of the Exocrine Pancreas of Cynomolgus Monkeys. Toxicol Pathol. 2015 Oct;43(7):1004-14.

[3] Parkes DG, Mace KF, Trautmann ME. Discovery and development of exenatide: the first antidiabetic agent to leverage the multiple benefits of the incretin hormone, GLP-1. Expert Opin Drug Discov. 2013 Feb;8(2):219-44.

[4] Knudsen LB, Lau J. The Discovery and Development of Liraglutide and Semaglutide. Front Endocrinol (Lausanne). 2019 Apr 12;10:155.

[5] Knudsen LB. Inventing Liraglutide, a Glucagon-Like Peptide-1 Analogue, for the Treatment of Diabetes and Obesity. ACS Pharmacol Transl Sci. 2019 Aug 20;2(6):468-484.

[6] Gabery S, Salinas CG, Paulsen SJ, Ahnfelt-Rønne J, Alanentalo T, Baquero AF, Buckley ST, Farkas E, Fekete C, Frederiksen KS, Helms HCC, Jeppesen JF, John LM, Pyke C, Nøhr J, Lu TT, Polex-Wolf J, Prevot V, Raun K, Simonsen L, Sun G, Szilvásy-Szabó A, Willenbrock H, Secher A, Knudsen LB, Hogendorf WFJ. Semaglutide lowers body weight in rodents via distributed neural pathways. JCI Insight. 2020 Mar 26;5(6):e133429.

[7] Smits MM, Van Raalte DH. Safety of Semaglutide. Front Endocrinol (Lausanne). 2021 Jul 7;12:645563. Erratum in: Front Endocrinol (Lausanne). 2021 Nov 10;12:786732.

[8] Model JFA, Rocha DS, Fagundes ADC, Vinagre AS. Physiological and pharmacological actions of glucagon like peptide-1 (GLP-1) in domestic animals. Vet Anim Sci. 2022 Mar 23;16:100245.

nausea were not major findings in these animal models testing GLP products.[9] This is typically because most laboratory animal species (mice, rats, rabbits) lack the ability to vomit, so this adverse effect cannot be accurately evaluated in most nonclinical studies.

Independent mechanistic studies, published without pharmaceutical funding, such as Koehler et al. 2015 demonstrate structural intestinal changes, including mucosal growth and tumor promotion in mouse models.[10] In the formal nonclinical safety programs sponsored by the pharmaceutical companies, comprising several different animal models, the gastrointestinal tract is not identified as a target organ of toxicity, and no comparable structural gastrointestinal lesions are reported. As a result, there is a clear distinction between the effects demonstrated in independent academic research and the safety data presented by pharmaceutical companies in their regulatory submissions. Likewise, the dulaglutide monkey study by Vahle et al. 2015 provides one of the few descriptions of structural changes in a gastrointestinal-related organ (a mild increase in pancreatic ductal goblet cells), but these were interpreted by the authors as non-inflammatory and non-preneoplastic, and did not alter the overall safety characterization of the drug.[11]

The Eli Lilly company-affiliated scientific literature supporting GLP-1RA development fails to adequately present the gastrointestinal safety findings I observed in the nonclinical reports themselves. Gastrointestinal effects are mentioned briefly yet dismissed as functional and reversible consequences of GLP-1 physiology rather than evidence of underlying tissue injury or pathology leading to chronic injury. As a result, these papers do not offer substantive analysis or acknowledgment of potential structural gastrointestinal adverse outcomes in animals during the drug-approval process.

### VI.      Purpose of the Studies Reviewed

The gastrointestinal (GI) tract of non-human mammalian species, such as rodents, dogs, and pigs, shares extensive anatomical and physiological similarities with that of humans, including comparable patterns of motility, digestive enzyme activity, epithelial architecture, mucosal immunity, and microbiome interactions.[12,13] Because these systems respond to xenobiotics through many of the same cellular and molecular pathways, animal models have long been essential for

---

[9] Drucker DJ. Mechanisms of Action and Therapeutic Application of Glucagon-like Peptide-1. Cell Metab. 2018 Apr 3;27(4):740-756.

[10] Koehler JA, Baggio LL, Yusta B, Longuet C, Rowland KJ, Cao X, Holland D, Brubaker PL, Drucker DJ. GLP-1R agonists promote normal and neoplastic intestinal growth through mechanisms requiring Fgf7. Cell Metab. 2015 Mar 3;21(3):379-91.

[11] Vahle JL, Byrd RA, Blackbourne JL, Martin JA, Sorden SD, Ryan T, Pienkowski T, Rosol TJ, Snyder PW, Klöppel G. Effects of the GLP-1 Receptor Agonist Dulaglutide on the Structure of the Exocrine Pancreas of Cynomolgus Monkeys. Toxicol Pathol. 2015 Oct;43(7):1004-14.

[12] Harkness, J. E., Turner, P. V., VandeWoude, S., & Wheler, C. L. (2013). *Harkness and Wagner's Biology and Medicine of Rabbits and Rodents* (5th ed.). Wiley-Blackwell.

[13] Kararli, T. T. (1995). Comparison of the gastrointestinal anatomy, physiology, and biochemistry of humans and commonly used laboratory animals. *Biopharmaceutics & Drug Disposition, 16*(5), 351–380.

identifying both acute and chronic gastrointestinal toxicities.[14,15] Adverse effects such as inflammation, ulceration, dysmotility, or epithelial injury often manifest in animals in ways that closely parallel human responses, allowing researchers to detect drug-induced GI effects early in development. By leveraging these conserved mechanisms, animal testing provides a predictive framework for understanding potential human risks and supports the design of safer therapeutics by enabling the anticipation and prevention of GI injury before clinical use.[16]

Since these conserved mechanisms allow animal studies to reliably reveal early indicators of toxicity, the next step in effective nonclinical evaluation is the systematic identification and interpretation of safety signals. In nonclinical toxicology, a safety signal refers to any initial, potentially meaningful observation in research animals that suggests a test article may be producing an adverse biological effect.[17] The World Health Organization defines it as "reported information on a possible causal relationship between an adverse effect and a drug, the relationship being unknown or incompletely documented previously."[18] Signals can arise from clinical signs, body-weight changes, clinical pathology alterations, organ-weight deviations, macroscopic or microscopic findings, or unexpected mortality, among others. Although a signal may not yet meet the criteria for a confirmed adverse effect, it represents a preliminary indication of possible toxicity that warrants closer evaluation, follow-up studies, or integration with other datasets. It essentially alerts the study team that a biological effect may be emerging that could have safety implications for human use. Signals are vital to nonclinical studies as they help drive dose adjustments, refinement of safety margins, hazard identification, and risk assessment for clinical trial design. Detecting and interpreting signals early in nonclinical studies is critical for predicting human safety risks and guiding dose selection for clinical development.[19,20]

In order to support that a certain drug, test-article, or compound is safe to proceed to clinical trials, a study pathologist  (a veterinary or medical pathologist who is formally assigned to a research study – most commonly in preclinical/GLP toxicology, drug development, or regulated animal studies – to evaluate pathology endpoints and provide scientific interpretation) must be able to rationalize each individual gross macroscopic finding during the nonclinical trials and if there are macroscopic findings, is responsible for finding their corresponding histological findings.

---

[14] Bouchard, P.R., Sahota, P.S., Wallace, S., Wojcinski, Z.W., & Schumacher, V.L. (Eds.). (2025). Toxicologic Pathology: Nonclinical Safety Assessment (3rd ed.). CRC Press.

[15] McKnight, C. A., Diehl, L. J., & Bergin, I. L. (2024). Digestive tract and salivary glands. In W. M. Haschek, C. G. Rousseaux, M. A. Wallig, & B. Bolon (Eds.), *Haschek and Rousseaux's handbook of toxicologic pathology, volume 4: Toxicologic pathology of organ systems* (4th ed., pp. 1–219). Academic Press.

[16] Bouchard, P.R., Sahota, P.S., Wallace, S., Wojcinski, Z.W., & Schumacher, V.L. (Eds.). (2025). Toxicologic Pathology: Nonclinical Safety Assessment (3rd ed.). CRC Press.

[17] Gupta, R. C. (Ed.). (2025). *Veterinary toxicology: Basic and clinical principles* (4th ed.). Elsevier.

[18] WHO, 2017b. Safety Monitoring of Medicinal Products: Guidelines for Setting Up and Running a Pharmacovigilance Centre. ,http://apps.who.int/medicinedocs/en/d/Jh2934e/14.html. (accessed 12.01.25.).

[19] Gupta, R. C. (Ed.). (2025). *Veterinary toxicology: Basic and clinical principles* (4th ed.). Elsevier.

[20] Haschek, W. M., Rousseaux, C. G., Wallig, M. A., & Bolon, B. (Eds.). (2023). *Haschek and Rousseaux's handbook of toxicologic pathology, volume 2: Safety assessment and toxicologic pathology* (4th ed.). Academic Press

### VII.    Methodology and Review of Non-Clinical Studies

### 1.    Methodology For Reviewing & Assessing Study Reports

I considered and relied on defendant-manufacturer submissions to FDA and documents produced as part of the litigation process to determine the extent of the nonclinical testing program conducted by Eli Lilly for its dulaglutide and tirzepatide products. After reviewing indices provided by Eli Lilly, I determined that hundreds of nonclinical studies were performed to support the approval of Trulicity, Mounjaro, and Zepbound.  I reviewed the "pivotal" studies included in the FDA non-clinical reviews that led to approval.  I also looked at internal documents such as Non-Clinical Tabulated Summaries, to determine which studies the company considered relevant to gastrointestinal safety that would be of interest to me in answering the assignment.  I focused on reviewing repeat-dose studies rather than single-dose studies to best mirror the clinical use of GLP-1 receptor agonists in the long-term setting. While there were not concerning gastrointestinal intestinal findings in every study I received, I found sufficient evidence of severe gastrointestinal injury in animals of various species, sex, and ages, to support my opinion that a gastrointestinal signal did exist. Below, I provide summaries of some of the studies most relevant to my analysis. These summaries are not exhaustive. The remainder of the studies I reviewed are contained within my attached "Materials Considered List."

When reviewing individual studies, I read the following in order: Table of Contents, Summary, Introduction, Procedures, Results (Anatomic Pathology), Discussion, Conclusion (if present), Tables (Summary of Clinical Signs; Summary of Macroscopic Observations; Summary of Microscopic Observations; Individual Animal Data), Final Report, and Final Anatomic Pathology Report (if present). When reviewing the individual studies, I cross-checked the macroscopic findings with the microscopic findings for each individual animal (from control and treated groups) noted to have macroscopic findings related to the gastrointestinal tract. I did not review findings in organs unrelated to the gastrointestinal tract.  I identified clinical and histopathological findings described in the reports occurring in higher numbers and with more severity in the dosed animals as compared to the controls. I analyzed whether the occurrence of the same findings in one species occurred in treated animals of another species to help form my opinion that treated groups of animals suffered from gastrointestinal injury following administration of dulaglutide and tirzepatide.

After reviewing the pivotal studies, I asked to review any additional studies not included in the approval packages where there were findings with the Brunner's gland. I requested additional material in the way of histopathology slides and/or formalin-fixed paraffin-embedded tissue blocks harvested from the test animals used in the dulaglutide and tirzepatide experiments. However, I was made aware that such material would not be made available for me to review. This is unfortunate because the number of discrepancies found in the reports described below, in my opinion, demand a review to either determine if important signals were missed or reconcile the tissue findings with the missing information in the reports. In any event, the descriptive pathology available to me in the form of non-clinical study reports, company indices, and internal summaries have allowed me to conduct a review and offer opinions concerning the absence or presence of the *reported* pathological gastrointestinal findings in test animals that would be of significance to humans.

### 2. Review of Eli Lilly Non-Clinical Studies (LY2189265)

**DULAGLUTIDE:**

#### A. Trulicity

The FDA Nonclinical Review for Trulicity (at page 1) states: "A complete general toxicology program was conducted in rats and monkeys. Prominent findings included body weight loss or decreased body weight gain that correlated with decreased food and water consumption. This is an expected pharmacodynamic effect that is also observed in the clinic. ***Observed gastrointestinal effects were transient." (Emphasis added.)***

I asked to review the nonclinical study reports and summaries for the repeat-dose toxicity and carcinogenicity studies included in Eli Lilly's Trulicity BLA 125469 to assess the above-mentioned "observed gastrointestinal effects." I have provided summaries below of the study findings most relevant to my issue at hand. Additional studies I reviewed are contained within my attached "Materials Considered List."

**REPEAT-DOSE TOXICITY:**

**7608-192- A Repeat-Dose Toxicology Study in Cynomolgus Monkeys Given LY2189265 Twice Weekly by Subcutaneous Injection for a Total of 27 Doses**

Groups of Cynomolgus monkeys (6/sex/group) received doses of LY2189265 at a dose level of 0, 0.41, 1.63, or 8.15 mg/kg twice weekly for 27 doses via subcutaneous administration.

There are several examples of the monkeys developing vomiting and diarrhea over the course of their treatment. During the first two weeks of treatment, multiple monkeys were observed with compound-related, dose-dependent increased incidences of vomitus, decreased food consumption, and decreased supplement consumption (see Text Table 2 and Table 3 below). As seen in Text Table 2, incidence of vomitus in Days 2-6 of treatment was much higher in the high-dose groups than in the control, low-dose, and mid-dose groups (up to 50% higher in males and up to 67% higher in females). In addition, treated monkeys were more often observed as thin, when compared to controls, occurring in 100% of the female monkeys in the mid-dose and high-dose groups and in 50% and 67% of the males in the mid-dose group and high-dose group, respectively. In Table 3, only treated male monkeys had incidences of liquid feces (diarrhea) and nonformed feces, as this was not present in the control monkeys. These discrepancies between the treated and control animals are consistent with dose-dependent (with the exception of liquid feces), and treatment-related effects on the gastrointestinal system.

8

Vomiting and diarrhea appear to be some of the more common adverse gastrointestinal effects in people taking GLP-1 receptor agonists.[21,22,23] In a meta-analysis performed by Xie et al. 2025, the authors examined 27,729 human type II diabetes mellitus patients receiving GLP-1RA treatment and determined that the overall incidence of gastrointestinal adverse events was 11.66%, with nausea being the most frequent (21.49%), followed by diarrhea (10.62%), vomiting (9.10%), dyspepsia (8.67%), constipation (7.92%), and decreased appetite (5.49%).[24] However, most of the studies evaluated for this report utilize animals that cannot vomit (e.g. mice, rats, rabbits).[25,26,27] These animals do not possess many of the anatomical and neurological components that are required for a functional vomiting reflex. Thus, emesis is likely underrepresented as an adverse effect in many of these studies.

Liu et al. 2022 performed a disproportionality study based on the FDA adverse event reporting system database and reported that overall, GLP-1 receptor agonists were associated with increased risk of gastrointestinal system disorders, which were further attributed to liraglutide, dulaglutide, and semaglutide. The most frequently reported adverse events were gastrointestinal adverse drug reactions, including nausea (42.23%), diarrhea (21.93%), vomiting (21.90%), and upper abdominal pain (9.78%). From January 2018 to June 2022, a total of 231,730 GLP-1 RA-associated adverse effect reports were recorded, and 21,281 of those were gastrointestinal related. Of these, 10,757 gastrointestinal reports were for dulaglutide (50.55%), 2,891 for liraglutide (13.58%), 1,956 for exenatide (9.19%), 5,567 (26.16%) for semaglutide, and 182 for lixisenatide (0.86%). Additionally, in all GLP-1 RAs, liraglutide had the highest severe proportion of GLP-1 RA-associated gastrointestinal adverse effects (23.31%, 657 severe outcomes out of 2,819 cases) and dulaglutide had the lowest (12.29%, 1,322 severe outcomes out of 9,435 cases).[28]

[21] Liu L, Chen J, Wang L, Chen C and Chen L (2022) Association between different GLP-1 receptor agonists and gastrointestinal adverse reactions: A real-world disproportionality study based on FDA adverse event reporting system database. Front. Endocrinol. 13:1043789.

[22] Tobaiqy M. A review of serious adverse events linked with GLP-1 agonists in type 2 diabetes mellitus and obesity treatment. Pharmacol Rep. 2024 Oct;76(5):981-990.

[23] Wharton S, Davies M, Dicker D, Lingvay I, Mosenzon O, Rubino DM, Pedersen SD. Managing the gastrointestinal side effects of GLP-1 receptor agonists in obesity: recommendations for clinical practice. Postgrad Med. 2022 Jan;134(1):14-19.

[24] Xie X, Yang S, Deng S, Liu Y, Xu Z, He B. Comparative gastrointestinal adverse effects of GLP-1 receptor agonists and multi-target analogs in type 2 diabetes: a Bayesian network meta-analysis. Front Pharmacol. 2025 Sep 19;16:1613610.

[25] Fox, J. G., Anderson, L. C., Otto, G. M., Pritchett-Corning, K. R., & Whary, M. T. (Eds.). (2015). *Laboratory animal medicine* (3rd ed.). Academic Press.

[26] Markovits, J. E., Betton, G. R., McMartin, D. N., & Boulineau, T. (2013). *Gastrointestinal system* (Chapter 11, pp. 390–450). In P. R. Bouchard, P. S. Sahota, S. Wallace, Z. W. Wojcinski, & V. L. Schumacher (Eds.), Toxicologic pathology: Nonclinical safety assessment (2nd ed.). CRC Press.

[27] Treuting, P. M., Dintzis, S. M., & Montine, K. S. (2023). Upper gastrointestinal system. In *Comparative anatomy and histology: A mouse, rat, and human atlas* (3rd ed., pp. 191-211). CRC Press.

[28] Liu L, Chen J, Wang L, Chen C and Chen L (2022) Association between different GLP-1 receptor agonists and gastrointestinal adverse reactions: A real-world disproportionality study based on FDA adverse event reporting system database. Front. Endocrinol. 13:1043789.

## Text Table 2: Summary of Compound-Related Clinical Signs in the Dosing Phase

|  |  | Dose Level (mg LY2189265/kg/dose) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sex | | Males (N=6) | | | | Females (N=6) | | | |
| Dosing Phase Clinical Signs | | 0[a] | 0.5 | 2 | 10 | 0[a] | 0.5 | 2 | 10 |
| Vomitus | | | | | | | | | |
| Incidence on Days 2-6 (animals observed) | | 0 (0) | 0 (0) | 1 (1) | 3 (3) | 0 (0) | 0 (0) | 1 (1) | 4 (4) |
| Qualitative Food Consumption Incidence (animals observed) | | | | | | | | | |
| | Low | 243 (6) | 450 (6) | 440 (6) | 472 (6) | 442 (6) | 367 (6) | 458 (6) | 471 (6) |
| | None | 7 (4) | 6 (4) | 1 (1) | 9 (4) | 5 (3) | 2 (2) | 0 (0) | 10 (5) |
| Qualitative Supplement Consumption Incidence (animals observed) | | | | | | | | | |
| | All | 559 (6) | 530 (6) | 549 (6) | 510 (6) | 519 (6) | 554 (6) | 552 (6) | 489 (6) |
| | Some | 9 (4) | 40 (0) | 19 (5) | 52 (6) | 47 (4) | 14 (4) | 16 (6) | 67 (6) |
| | No supplement | 0 (0) | 0 (0) | 2 (2) | 5 (2) | 4 (2) | 1 (1) | 2 (1) | 13 (4) |
| Thin | | | | | | | | | |
| Incidence (animals observed) | | 0 (0) | 0 (0) | 32 (3) | 83 (4) | 32 (3) | 82 (4) | 99 (6) | 210 (6) |

a   Control article.

### Table 3: Summary of Clinical Signs - Predose Phase

|  | Sex: | M a l e s | | | |
|---|---|---|---|---|---|
|  | Group: | 1 | 2 | 3 | 4 |
|  | Dose Level: | 0.0 | 0.5 | 2.0 | 10.0 |
| Category | Dose Units: | mg/kg | mg/kg | mg/kg | mg/kg |
| Sign | Number in Group: | 6 | 6 | 6 | 6 |
|  |  | N | N | N | N |
| Appearance |  |  |  |  |  |
| Thin |  | 0 | 1 | 0 | 0 |
| Discharge |  |  |  |  |  |
| Appears to be Menstruating |  | 0 | 0 | 0 | 0 |
| Excretion |  |  |  |  |  |
| Liquid Feces |  | 0 | 2 | 2 | 1 |
| Nonformed Feces |  | 0 | 2 | 3 | 2 |

Aside from the dosing phase clinical signs, Table 20 (see below) shows that a subset of treated animals developed increased numbers of lymphocytic and plasmacytic infiltrates and/or minimal to slight subacute (i.e. time course intermediate between acute and chronic) inflammation and epithelial hyperplasia within the glandular region of the stomach. While these lesions do not appear to be dose-dependent, they do appear to be treatment-related, particularly for the described infiltrates in the females, and the described inflammation in the males. As these lesions only occurred in the treated groups and were absent in the control groups, it suggests that these lesions are indicative of treatment-related gastrointestinal injury. However, in the summary for this study (page 808), no adverse treatment-related macroscopic or microscopic pathology findings were reported. This degree of gastric inflammation, infiltrates, and epithelial hyperplasia within the treated animal groups should not have been treated as a normal finding. This goes against standard pathology practices.

10

```
                                         Table 20
                            Summary of Microscopic Observations
                             Dosing Phase - Final Phase Sacrifice
-----------------------------------------------------------------------------------------------
                                                        -- A n i m a l s   A f f e c t e d --
Controls from group(s): 1              Animal sex:        -- M a l e s --   |   -- F e m a l e s --
                                       Dosage group:    Ctls  2   3   4     |   Ctls  2   3   4
T i s s u e s   W i t h   D i a g n o s e s  No. in group:  3   3   3   3   |     3   3   3   3
-----------------------------------------------------------------------------------------------
Trachea .........................Number examined:    3    3    3    3    |     3    3    3    3
                                  Unremarkable:       3    3    3    3    |     3    3    3    3

Esophagus .......................Number examined:    3    3    3    3    |     3    3    3    3
                                  Unremarkable:       3    3    3    3    |     3    3    3    3

Thyroid .........................Number examined:    3    3    3    3    |     3    3    3    3
                                  Unremarkable:       2    3    2    2    |     2    2    3    3
   Infiltrate, Lymphocytes/Macrophages               0    0    1    0    |     0    1    0    0
   Cyst, Follicle                                     0    0    1    0    |     1    0    0    0
   Decreased, Colloid                                 0    0    0    1    |     0    0    0    0
   Thymus, Ectopic                                    1    0    0    0    |     0    0    0    0

Parathyroid .....................Number examined:    3    2    2    3    |     3    3    3    3
                                  Unremarkable:       3    2    2    3    |     3    3    3    3

Aorta ...........................Number examined:    3    3    3    3    |     3    3    3    3
                                  Unremarkable:       3    3    3    3    |     3    3    3    3

Adrenal, Cortex .................Number examined:    3    3    3    3    |     3    3    3    3
                                  Unremarkable:       3    2    2    2    |     3    2    2    3
   Hypertrophy, Focal/Multifocal                     0    1    0    0    |     0    1    0    0
   Mineralization                                    0    0    0    1    |     0    0    1    0
   Vacuolation                                       0    0    1    0    |     0    0    0    0

Adrenal, Medulla ................Number examined:    3    3    3    3    |     3    3    3    3
                                  Unremarkable:       3    3    3    3    |     3    3    3    3

Pituitary .......................Number examined:    3    3    3    3    |     3    3    3    3
                                  Unremarkable:       3    3    3    3    |     3    2    3    3
   Cyst                                               0    0    0    0    |     0    1    0    0

Stomach, Gl .....................Number examined:    3    3    3    3    |     3    3    3    3
                                  Unremarkable:       3    1    1    2    |     2    1    1    2
   Infiltrate, Lymphocytes/Plasma Cells, Increased   0    0    0    0    |     0    1    0    1
   Inflammation, Subacute With Epithelial Hyperplasia 0   2    2    1    |     1    1    2    0
```

## 7608-236- A Repeat-Dose Toxicity and Toxicokinetic Study in Rats Given LY2189265 Twice Weekly by Subcutaneous Injection for 6 Months with a 1 Month Recovery

Groups of Crl:CD(SD) rats (25 toxicity animals/sex in Groups 1 and 4, 15 toxicity animals/sex in Groups 2 and 3, 6 toxicokinetic animals/sex in Group 5, and 12 toxicokinetic animals/sex in Groups 6 through 8) received LY2189265 at doses of 0, 1.6, 4.9, or 16.9 mg/kg twice weekly for approximately 6 months via subcutaneous administration with a one month recovery period.

In Table 20 on page 262 and on pages 64 and 69 of the FDA non-clinical review (see below), microscopic findings noted in the high dose group included minimal focal congestion/hemorrhage of the glandular stomach (2/15 males, 1/15 females). There was also evidence of edema and inflammation in the nonglandular stomach in 1/15 females of the high dose group. Considering that both male and female rats from the high dose group showed evidence of gastric congestion/hemorrhage, and female rats from the high dose group showed evidence of gastric edema and inflammation, both of which were absent in the control group rats, suggests treatment-related and dose-related pathology. Furthermore, the only acknowledgement the study authors gave to these findings was from the Summary on pages 116-117 when they stated that "no adverse compound-related clinical pathology, macroscopic, or microscopic findings were noted." In my opinion, this shows negligence on behalf of the study authors regarding masking potential gastrointestinal signals from the study report.

Histopathology:

| Dose (mg/kg) | 0 | | 1.6 | | 4.9 | | 16.9 | |
|---|---|---|---|---|---|---|---|---|
| Sex | M | F | M | F | M | F | M | F |
| Stomach - focal congestion/ hemorrhage -minimal | 0 | 0 | 0 | 0 | 0 | 0 | 2/15 | 1/15 |

11

In addition, the recovery animals continued to display evidence of erosion/ulceration in the glandular stomach and inflammation in the nonglandular stomach (see Table 21 on page 268 below). This shows that several of the aforementioned lesions remain even when animals received one month of treatment cessation.

```
                                      Table 21
                         Summary of Microscopic Observations
                         Recovery Phase - Final Phase Sacrifice
------------------------------------------------------------------------------------
                                                -- A n i m a l s   A f f e c t e d --
Controls from group(s): 1              Animal sex:  -- M a l e s --     -- F e m a l e s --
                                       Dosage group:  Ctls    4            Ctls    4
T i s s u e s   W i t h   D i a g n o s e s  No. in group:  10   10          10   10
------------------------------------------------------------------------------------
Kidney .........................Number examined:      10   10          10   10
                                Unremarkable:          0    2           1    2
    Nephropathy, Chronic Progressive                   9    8           2    4
    Mineralization, Pelvis                             1    1           5    3
    Dilatation, Pelvis                                 1    1           0    0
    Mineralization, Tubule                             0    0           4    2
    Inflammation, pelvis                               1    2           3    0
    Cyst                                               1    0           0    0
    Hyperplasia, Transitional Cell                     1    1           4    1
    Fibrosis                                           1    0           0    0
    Inflammation, Vessel                               0    0           0    1
    Pyelonephritis                                     0    0           0    0

Urinary Bladder ................Number examined:      10   10          10   10
                                Unremarkable:         10    9          10    9
    Inflammation                                       0    1           0    1
    Hyperplasia, Transitional Cell                     0    0           0    0
    Calculus                                           0    0           0    0

Stomach, Gl ....................Number examined:      10   10          10   10
                                Unremarkable:          9   10          10    9
    Focal congestion/hemorrhage                        0    0           0    0
    Inflammation                                       1    0           0    1
    Erosion/Ulcer                                      0    0           0    1

Stomach, Nongl .................Number examined:      10   10          10   10
                                Unremarkable:         10    9          10   10
    Edema                                              0    0           0    0
    Inflammation                                       0    1           0    0
```

## P00054-A Repeat-Dose Toxicology Study in Cynomolgus Monkeys Given LY2189265 Twice Weekly by Subcutaneous Injection for a Total of 9 Doses

Groups of Cynomolgus monkeys (3/sex/group) were given LY2189265 at doses of 0, 1, 3, or 10 mg/kg twice weekly for approximately one month via subcutaneous administration.

In the tables provided on pages 166 and 177 (see below), there is evidence of a single 0.2-0.5 cm focus of red discoloration in the stomach mucosa in one of the three female monkeys from the 1 mg/kg dose group, corresponding to a focal slight erosion in the same monkey. Although these findings are not present in the higher dose group animals, they are also absent in the control group animals. This suggests a treatment-related, but not necessarily dose-dependent pathological lesion in this monkey. In addition, the study authors did not acknowledge these specific findings anywhere in the report to my knowledge. Instead, they included this generic statement in the Discussion on page 43: "Other histopathology changes were consistent with background findings and were interpreted as not compound related." In my opinion, this omission of stomach pathology on behalf of the study authors had the effect of masking a potential gastrointestinal signal from the study report. This is a departure from the proper handling of this type of evaluation, and the omission is essentially inexplicable.

12

```
                         Pathology Intergroup Comparison of Gross Pathology Observations

                              Study:  P00054    Test Article:  2189265

----------------------------------------------------------------------------------------------------------
                                                      ------------- MALES -------------- ------------ FEMALES ------------
Removal Reasons: All of those SELECTED                -------------------------------  ---------------------------------
                                                        0      1      3     10      0      1      3     10
                                                       mg/kg  mg/kg  mg/kg  mg/kg  mg/kg  mg/kg  mg/kg  mg/kg
                            Number of Animals on Study :   3      3      3      3      3      3      3      3
                            Number of Animals Completed:  (3)    (3)    (3)    (3)    (3)    (3)    (3)    (3)
                                                       -------------------------------------------------------------------

STOMACH;
  Submitted................................................  (3)    (3)    (3)    (3)    (3)    (3)    (3)    (3)
  No Visible Lesions.......................................   3      3      3      3      3      2      3      3
  Discoloration; red; MUCOSA; single ......................  (0)    (0)    (0)    (0)    (0)    (1)    (0)    (0)
    0.2 to 0.5 cm .........................................   0      0      0      0      0      1      0      0
```

```
PTA005-02/00                          Provantis Production          Date: 29/04/2005  08:32  Page:   9

                      Pathology Intergroup Comparison of Histopathology Observations

                              Study:  P00054    Test Article:  2189265

----------------------------------------------------------------------------------------------------------
Observations: Neo-Plastic and Non Neo-Plastic         ------------- MALES -------------- ------------ FEMALES ------------
                                                      -------------------------------  ---------------------------------
Removal Reasons: All of those SELECTED                  0      1      3     10      0      1      3     10
                                                       mg/kg  mg/kg  mg/kg  mg/kg  mg/kg  mg/kg  mg/kg  mg/kg
                            Number of Animals on Study :   3      3      3      3      3      3      3      3
                            Number of Animals Completed:  (3)    (3)    (3)    (3)    (3)    (3)    (3)    (3)
                                                       -------------------------------------------------------------------

STOMACH;
  Examined.................................................  (3)    (3)    (3)    (3)    (3)    (3)    (3)    (3)
  Within Normal Limits.....................................   3      3      3      3      3      1      3      3
  Erosion(S); focal .......................................  (0)    (0)    (0)    (0)    (0)    (1)    (0)    (0)
    slight ................................................   0      0      0      0      0      1      0      0
```

### R00359- Repeat-Dose Toxicology and Toxicokinetic Studies in Fischer 344 Rats Given LY2189265 Twice Weekly by Subcutaneous Injection for a Total of 10 Doses

Groups of Fischer 344 rats (10/sex/group) received LY2189265 at doses of 0, 2, 6, or 20 mg/kg twice weekly for 5 weeks by subcutaneous injection.

On page 25, one male (rat 65) in the high dose group of 20 mg/kg was found dead 2 days after the first dose. Macroscopic findings for this rat consisted of duodenal ulceration and dark contents in the duodenum and jejunum. Microscopically, death in this rat was attributed to duodenum and stomach ulceration and was not considered compound related.

This rat received the highest dose of LY2189265 and developed gastrointestinal pathology after that, and these lesions were not identified in the control group rats. Therefore, in my opinion, this was a compound-related finding that warranted additional follow-up before placing this product on the marketplace for human use.

13

**7608-235- A Repeat-Dose Toxicity, Toxicokinetic and Immunotoxicology Study in Cynomolgus Monkeys Given LY2189265 Twice Weekly by Subcutaneous Injection for 9 Months with a 2 Month Recovery**

Groups of Cynomolgus monkeys (4-6/sex/group) received doses of LY2189265 at a dose level of 0, 0.41, 1.63, or 8.15 mg/kg twice weekly for 40 weeks via subcutaneous administration with an 8-week recovery period.

In the Summary on page 19, the study authors describe a monkey (ID: I09184) from the high dose group that became moribund on Day 17 after receiving only one dose of LY2189265 on Day 1, which prompted premature euthanasia of the monkey.

In my opinion, the provided necropsy findings do not list anything severe enough to account for the decision to prematurely euthanize this animal, especially given its history of dehydration, anorexia, and decreased body weight, which prompted welfare concerns from the study team. Nonhuman primates are incredibly valuable in research settings due to their high genetic similarity with humans, making them ideal subjects for non-clinical trials. Hence, when a nonhuman primate of all animals has to be prematurely euthanized due to welfare concerns, it is a matter of the highest importance for everyone involved. It is up to the pathology team to determine a cause for the reported clinical signs leading to the decision to euthanize. However, the pathology reports for this monkey does not mention its body condition score, degree of internal fat stores, if the gastrointestinal tract was adequately filled, or if the subcutaneous tissues were tacky, which are important pathological findings to note considering these monkeys were euthanized for dehydration, decreased body weight, and poor food intake. Since the necropsy reports in this study only report abnormal findings, it is my understanding that the body condition scores, internal fat stores, gastrointestinal content, and subcutaneous tissue hydration levels for both animals were normal at necropsy.

It is unusual to not find anything substantial on necropsy when an animal is euthanized for welfare concerns. If there are no macroscopic or microscopic findings accounting for the reported welfare concerns, what was going on that was so bad it prompted premature euthanasia of this monkey? In my opinion, this study is additional evidence that these studies were improperly conducted and if there were safety signals present, they either were ignored or the pathologists did not have the competence to evaluate the evidence.

```
                                    Table 39
                            Individual Animal Data
---------------------------------------------------------------------------------------------
    Animal: I09184                  Sex: Female        Group: 4              Dose level:  8.15   mg/kg
Day/Week of death:17/3 Dosing phase   Status: Moribund              Terminal body weight (kg):    2.20
---------------------------------------------------------------------------------------------
                             <<  O r g a n   W e i g h t s   >>
                                   Absolute Organ      Relative % of     Relative % of      Organ
    Date      Day/week of Phase  Organ Name    Weight (g)        Body Weight       Brain Weight       Status
    ----      -----------------  ----------    ------------      -----------       ------------       ------
    No organ weight data for animal
                             <<  G r o s s   O b s e r v a t i o n s   >>
Tissue          Gross Observations / Comments
--------------- --------------------------------------------------------------------------------
Observed/No remarkable findings
                             <<  N e c r o p s y   M e m o s   >>
Tissue          Necropsy memos
--------------- --------------------------------------------------------------------------------
No necropsy memos recorded on animal
                    <<  C l i n i c a l   S i g n s   C o n f i r m a t i o n   >>
    Date      Day/week of Phase  Verify  Confirm  Observations
    ----      -----------------  ------  -------  ------------
    06.Sep.06        17/3          Y       Y      Thin
    06.Sep.06        17/3          Y       N      Alopecia, Hind Legs
    06.Sep.06        17/3          Y       X      Subcutaneous, Dorsal
                        <<  P a t h o l o g y   O b s e r v a t i o n s   >>
Tissue          Histopathologic diagnoses / Special histological comments
--------------- --------------------------------------------------------------------------------
Lung            Required tissue.
                   Infiltrate, Macrophages, Alveolus, Minimal.

Liver           Required tissue.
                   Infiltrate, Lymphocytes/Macrophages, Minimal.

Gl, Mandib Saliv  Required tissue.
                   Infiltrate, Lymphocytes/Macrophages, Minimal.

Thymus          Required tissue.
                   Atrophy, Moderate.

Ovary           Required tissue.
                   Immature (absence of post ovulatory structures), Present.

Eye             Required tissue.
                   Proliferation, Focal, Epithelium, Pars Plana, Ciliary Body, Present.

Death Comment   Required tissue.
                   Undetermined, Present.

Subcutan Site B   Required tissue is missing.
```

## CARCINOGENICITY:

### 8203405- 104-Week Subcutaneous Injection Carcinogenicity and Toxicokinetic Study with LY2189265 (Compound 2189265) in Rats

Groups of rats were administered LY2189265 at doses seen in the table below twice weekly for 104 weeks via subcutaneous injection.

| Group | No. of Animals | | Dose Level (mg LY2189265/kg)[a] | Dose Concentration (mg LY2189265/mL)[a] |
|---|---|---|---|---|
| | Male | Female | | |
| Toxicity Animals | | | | |
| 1 (Control)[b] | 60 | 60 | 0 | 0 |
| 2 (Low) | 60 | 60 | 0.05 | 0.1 |
| 3 (Mid) | 60 | 60 | 0.5 | 1 |
| 4 (Mid-High)[c] | 60 | 60 | 1.5 | 3 |
| 5 (High) | 60 | 60 | 5 | 10 |
| Toxicokinetic Animals[c] | | | | |
| 6 (Control)[b] | 6 | 6 | 0 | 0 |
| 7 (Low) | 12 | 12 | 0.05 | 0.1 |
| 8 (Mid) | 12 | 12 | 0.5 | 1 |
| 9 (Mid-High) | 12 | 12 | 1.5 | 3 |
| 10 (High) | 12 | 12 | 5 | 10 |

a    The dose volume was 0.5 mL/kg. Concentrations were corrected for lot specific test article content.
b    Animals in Groups 1 and 6 received the control article only.
c    Toxicokinetic animals were included solely for the purpose of blood sample collections. Three or six animals/sex/group were available to serve as replacement animals in all groups except Group 6, when needed.

15

In Table 9 on page 206 (see below), there is macroscopic evidence of discoloration and thickening of the duodenum in 3 rats from Groups 4 (1 male; thickening) and 5 (2 females; discoloration). Regarding macroscopic findings within the glandular stomach, there is evidence of ulceration (1 rat, Group 2 female) and depressed areas (1 rat, Group 3 male). These macroscopic findings are in contrast to the statements made by the study authors in the Results and Interpretation on page 30 such as "no macroscopic findings were compound-related."

Table 9: Summary of Macroscopic Observations Unschedule Deaths and Sacrifices

Table 9
Summary of Macroscopic Observations
Unscheduled Deaths and Sacrifices

| | -- Males -- | | | | | -- Females -- | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Group: | 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3 | 4 | 5 |
| Number in group: | 41 | 33 | 31 | 31 | 25 | 40 | 30 | 30 | 32 | 33 |
| **Stomach, Gl** | | | | | | | | | | |
| Adhesion | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Depressed Area | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Discolored | 2 | 2 | 1 | 6 | 0 | 0 | 3 | 1 | 0 | 0 |
| Distended | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |
| Raised Area | 1 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 |
| Thickened | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ulceration | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| Total: | 6 | 2 | 4 | 7 | 1 | 2 | 4 | 1 | 0 | 0 |
| **Stomach, Nongl** | | | | | | | | | | |
| Discolored | 0 | 0 | 2 | 0 | 0 | 2 | 0 | 0 | 1 | 1 |
| Thickened | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total: | 0 | 1 | 2 | 0 | 0 | 2 | 0 | 0 | 1 | 1 |
| **Duodenum** | | | | | | | | | | |
| Discolored | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| Thickened | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total: | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 2 |

In Table 12 on page 247 (see below), there is microscopic evidence of hemorrhage in the glandular stomach in two rats from Group 5 (1 male, 1 female). In the nonglandular stomach, there is microscopic evidence of the following: squamous cell hyperplasia from 6 rats (all male [Groups 2-5]), erosion/ulcer in 5 rats (3 male [Groups 2-4], 2 female [Group 5]), and inflammation in 5 rats (4 male [Groups 2-4], 1 female [Group 5]). In the duodenum, there is microscopic evidence of inflammation of a blood vessel in one female rat from Group 2. These microscopic findings are in contrast to the statements made by the study authors in the Results and Interpretation on page 32 such as "the remaining microscopic findings were incidental background lesions and not compound-related." In my opinion, this shows another failure on behalf of the study authors regarding masking a potential gastrointestinal signal from the study report. Considering that both male and female rats from the treated groups showed evidence of these gastric and duodenal macroscopic and microscopic lesions, which were absent in the control group rats, suggests treatment-related and potentially dose-related pathology.

Of note regarding the incidences of inflammation within the stomach, while there seems to be a treatment-related difference in the nonglandular stomach, this is not the case for the glandular stomach. Although there is no evidence of inflammation within the nonglandular stomachs of control animals, there is inflammation within the glandular stomach in 3/80 control animals. Therefore, for this particular study, gastric inflammation may not represent a gastrointestinal signal.

16

```
                                                   Table 12
                                      Summary of Microscopic Observations
                                      Unscheduled Deaths and Sacrifices

--------------------------------------------------------------------------------------------
                                                             -- A n i m a l s   A f f e c t e d --
Controls from group(s): 1                     Animal sex:    -- M a l e s --  |  -- F e m a l e s --
                                           Dosage group:   Ctls   2   3   4   5  | Ctls   2   3   4   5
T i s s u e s   W i t h   D i a g n o s e s  No. in group:   41  33  31  30  25  |  40  30  30  32  33
--------------------------------------------------------------------------------------------
Stomach, Gl ...............................Number examined:   41  33  31  30  25  |  39  30  30  32  33
                                           Unremarkable:      36  32  28  28  24  |  37  28  30  30  31
  C-Hematopoietic Neoplasm, see Body, Whole for type          2   0   0   1   0  |   0   0   0   0   0
  Erosion/Ulcer                                               2   0   1   0   0  |   1   2   0   1   0
  Inflammation                                                2   0   1   1   0  |   1   0   0   0   0
  Hemorrhage                                                  0   0   0   0   1  |   0   0   0   0   1
  C-Mesothelioma, see Body, Whole for type                   0   0   0   0   0  |   0   0   0   1   0
  N-Carcinoma                                                 0   0   1   0   0  |   0   0   0   0   0
  Hyperplasia, Epithelium                                     1   0   1   0   0  |   0   0   0   0   0
  Mineralization                                              0   1   0   0   0  |   1   0   0   0   0
  Amyloid                                                     0   0   0   0   0  |   0   0   0   0   0
  N-Schwanoma                                                 0   0   0   0   0  |   0   0   0   0   1

Stomach, Nongl ...............................Number examined:   41  33  31  31  25  |  40  30  30  32  32
                                           Unremarkable:      40  31  28  29  24  |  40  30  30  32  30
  C-Hematopoietic Neoplasm, see Body, Whole for type          1   0   0   1   0  |   0   0   0   0   0
  Hyperplasia, Squamous Cell                                  0   2   2   1   1  |   0   0   0   0   0
  Erosion/Ulcer                                               0   1   1   1   0  |   0   0   0   0   2
  Inflammation                                                0   1   2   1   0  |   0   0   0   0   1
  Granuloma, Keratin                                          0   0   0   0   0  |   0   0   0   0   0
  Cyst                                                        0   0   0   0   0  |   0   0   0   0   0

Duodenum ...................................Number examined:   35  29  30  27  22  |  39  30  29  30  32
                                           Unremarkable:      35  29  30  26  22  |  39  29  29  30  31
  Inflammation, Vessel                                        0   0   0   0   0  |   0   1   0   0   0
  Cyst                                                        0   0   0   0   0  |   0   0   0   0   1
  C-Hematopoietic Neoplasm, see Body, Whole for type          0   0   0   1   0  |   0   0   0   0   0
```

## TIRZEPATIDE:

### A. Mounjaro- NDA 215866; S-051 (pediatric use); and Zepbound- NDA 217806I[29]

I asked to review the nonclinical study reports and summaries for the repeat-dose toxicity and carcinogenicity studies included in Eli Lilly's Trulicity NDA 215866 to assess the above-mentioned "observed gastrointestinal effects." I have provided summaries below of the study findings most relevant to my issue at hand. Additional studies I reviewed are contained within my attached "Materials Considered List."

**8337876- A Repeat-Dose Toxicity and Toxicokinetic Study in Rats Given LY3298176 by Subcutaneous Injection Twice Weekly for 6 Months with a 4-Month Recovery Phase**

Groups of rats were administered LY3298176 at doses seen in the table below twice weekly for 6 months via subcutaneous injection and given a 4-month recovery period.

| Group | Subgroup | No. of Animals Male | No. of Animals Female | Dose Level (mg LY3298176/ kg) | Dose Concentration (mg LY3298176/mL) |
|---|---|---|---|---|---|
| 1 (Control) | 1 (Toxicity) | 20 | 20 | 0 | 0 |
| | 2 (Toxicokinetic) | 6 | 6 | 0 | 0 |
| 2 (Low) | 1 (Toxicity) | 15 | 15 | 0.5 | 0.5 |
| | 2 (Toxicokinetic) | 18 | 18 | 0.5 | 0.5 |
| 3 (Mid) | 1 (Toxicity) | 15 | 15 | 1.5 | 1.5 |
| | 2 (Toxicokinetic) | 18 | 18 | 1.5 | 1.5 |
| 4 (High) | 1 (Toxicity) | 20 | 20 | 3 | 3 |
| | 2 (Toxicokinetic) | 18 | 18 | 3 | 3 |

---

[29] There were no new toxicology studies conducted for NDA 217806, as a complete nonclinical program was conducted and reviewed to support the diabetic indication (NDA 215866). 217806Orig1s000 FDA Non-Clinical Review(s) at pg. 4.

17

In the tables provided on pages 1070-1071 (see below), there is evidence of both erosion/ulcer and neutrophilic infiltrates (inflammation) in both male and female rats from the high dose group (Group 4; 3mg/kg). These findings are absent in the control group rats and in the low and mid dose groups. This highlights a treatment-related, dose-dependent pathological lesion in these rats.

```
Table
Summary of Severity of Microscopic Observations
Terminal Sacrifice (Dosing Phase)
Test Article    (dosage)           1     2      3     4
------------    ----------------   -    ---    ---   -
LY3298176       mg LY3298176/kg    0    0.5    1.5   3
-----------------------------------------------------------------------------
Tissue/            Group/Subgroup/Sex: 1/1/M 2/1/M 3/1/M 4/1/M 1/1/F 2/1/F 3/1/F 4/1/F
Observation          Number of Animals: 15    15    14    14    15    15    15    15
-----------------------------------------------------------------------------
Stomach, Glandular   Number Examined: 15     0     0    14    15     0     0    15
                        Unremarkable: 13     0     0    12    15     0     0    14
  Ectasia, gland
                finding not present - 14      0     0    13    15     0     0    15
                          minimal 1  1        0     0     1     0     0     0     0

                     Total Incidence:  1      0     0     1     0     0     0     0

  Erosion/ulcer
                finding not present - 15      0     0    13    15     0     0    14
                          minimal 1  0        0     0     1     0     0     0     1

                     Total Incidence:  0      0     0     1     0     0     0     1

  Infiltrate, neutrophils
                finding not present - 15      0     0    13    15     0     0    14
                          minimal 1  0        0     0     1     0     0     0     1

                     Total Incidence:  0      0     0     1     0     0     0     1

-----------------------------------------------------------------------------
```

18

```
Table
Summary of Severity of Microscopic Observations
Terminal Sacrifice (Dosing Phase)
Test Article    (dosage)          1    2    3    4
------------    ----------------  -   ---  ---  -
LY3298176       mg LY3298176/kg   0   0.5  1.5  3
------------------------------------------------------------------------------
Tissue/           Group/Subgroup/Sex:1/1/M 2/1/M 3/1/M 4/1/M 1/1/F 2/1/F 3/1/F 4/1/F
Observation       Number of Animals: 15    15    14    14    15    15    15    15
------------------------------------------------------------------------------
Stomach, Glandular  Number Examined: 15     0     0    14    15     0     0    15
                    Unremarkable:    13     0     0    12    15     0     0    14
  Metaplasia, squamous
                    finding not present - 14  0    0    14    15     0     0    15
                              minimal 1   1   0    0     0     0     0     0     0

                    Total Incidence:  1     0     0     0     0     0     0     0

Stomach,
 Nonglandular       Number Examined: 15     0     0    14    15     0     0    15
                    Unremarkable:    15     0     0    14    15     0     0    13
  Hyperplasia/hyperkeratosis
                    finding not present - 15  0    0    14    15     0     0    14
                              minimal 1   0   0    0     0     0     0     0     1

                    Total Incidence:  0     0     0     0     0     0     0     1

  Infiltrate, mononuclear cell
                    finding not present - 15  0    0    14    15     0     0    14
                              minimal 1   0   0    0     0     0     0     0     1

                    Total Incidence:  0     0     0     0     0     0     0     1

------------------------------------------------------------------------------
```

In the Summary provided on pages 12-14, study authors stated that "test article-related microscopic findings at the terminal sacrifice were present in the pancreas…spleen…skin/subcutis…marrow of the femur…adrenal cortex…and heart." This claim was repeated in both the Conclusion (page 40) and Final Anatomic Pathology Report (page 969). The gastrointestinal system was notably absent from this list. Considering that both male and female rats from the high dose groups showed evidence of erosions/ulcers and neutrophilic infiltrates within the glandular stomach, which was absent in the control group rats, suggests treatment-related and dose-related pathology. Furthermore, study authors did not acknowledge these findings anywhere in the report to my knowledge. In my opinion, this is another failure or intentional ignorance on behalf of the study authors regarding masking a potential gastrointestinal signal from the study report.

In my opinion, although these lesions do not appear to remain present in the recovery group rats, which may illustrate recovery having occurred following cessation of treatment, are diabetic patients ever going to stop taking this treatment? Diabetes is a life-long condition so diabetic patients' treatment would be expected to be life-long, as well. In this scenario, the incidence of stomach erosions/ulcers and neutrophilic inflammation would only increase and potentially progress as there is no recovery period or else their diabetes would go untreated. In addition, regardless of whether the animals recovered from these gastric lesions, the study authors did not mention the pathological lesions had even occurred. In my opinion, this could only be due to incompetence or deliberately ignoring these gastrointestinal lesions.

19

**WIL-353355- An Embryo-Fetal Development and Toxicokinetic Study of LY3298176 Administered by Subcutaneous Injection on Gestation Days 7 and 14 in New Zealand White Rabbits**

Groups of mated female New Zealand white rabbits (22/dose group) received doses of LY3298176 at a dose level of 0, 0.01, 0.03, or 0.1 mg/kg on Gestation Days 7 and 14 via subcutaneous injection. The rabbits were euthanized on Gestation Day 29 for evaluation of maternal reproductive parameters, and the fetuses were assessed for viability, weight, gender, and morphology.

Effects on survival considered secondary to LY3298176 pharmacology were noted at all dose levels. In the 0.01, 0.03, and 0.1 mg/kg groups, 6 females were found dead between gestation days 18-27 (see table below).

| Animal No. | Dose (mg/kg) | Disposition/ Day | Clinical Observations | Macroscopic Findings | Microscopic Findings |
|---|---|---|---|---|---|
| 7137 | 0.1 | Dead / GD 19 | Decreased defecation, soft feces, brown material anogenital area | - | - |
| 7138 | 0.1 | Dead / GD 21 | Decreased defecation, brown material tail area | Dark red discolored lungs, foamy tracheal contents, distended cecum, brown matting anogenital area | - |
| 7151 | 0.1 | Aborted / GD 26 | Cool body, decreased defecation, soft feces, brown material anogenital/urogenital areas | Brown matting urogenital area | Stomach: Heterophilic non-glandular infiltrate |
| 7113 | 0.1 | Aborted / GD 28 | Cool body, soft feces, decreased defecation, red material on cage floor, brown material anogenital/urogenital areas, red material urogenital area | White and eroded areas on the duodenum, gas-filled jejunum and ileum, eroded left uterine horn | Stomach: duodenal ulceration, necrosis, and perforation; mononuclear cell infiltrate; gram-negative bacteria associated with necrotic tissue |
| 7087 | 0.03 | Dead / GD 27 | Decreased defecation, mucoid feces | - | Autolysis in the duodenum and stomach |
| 7079 | 0.03 | Aborted / GD 25 | Decreased defecation, brown material anogenital area | - | Stomach: mononuclear cell infiltrate, epithelial degeneration, ulceration, necrosis, and inflammation |
| 7094 | 0.01 | Dead / GD 18 | - | Thick green abdominal cavity contents, distended cecum, red fluid in the uterus | - |
| 7150 | 0.01 | Dead / GD 20 | Cool body, decreased respiration rate, decreased defecation, brown material anogenital area | Thin area and perforations within the duodenum | Autolysis in the duodenum |

- No noteworthy findings observed.

20

| Animal No. | Dose (mg/kg) | Disposition/ Day | Clinical Observations | Macroscopic Findings | Microscopic Findings |
|---|---|---|---|---|---|
| 7114 | 0.01 | Dead / GD 22 | Cool body, red material on cage floor, red vaginal discharge | White areas and a perforation within the duodenum | Duodenum: necrotizing inflammation, necrosis, ulceration, perforation, and gram-negative bacteria associated with necrotic tissue. Stomach: epithelial degeneration, ulceration, inflammation, necrosis, and gram-negative bacteria associated with necrotic tissue |

LY3298176-related macroscopic findings (see tables above and below) were observed in the gastrointestinal tract at dose levels of 0.01 and 0.1mg/kg at the scheduled necropsy on Gestation Day 29. Lesions included thinned and/or white areas within the duodenum, as well as a distention in the jejunum, cecum, and/or ileum. These macroscopic lesions corresponded to the necrosis, inflammation, degeneration, erosion, and ulceration of the stomach noted in all LY3298176-dosed groups and the necrosis and/or ulceration/perforation of the duodenum noted in the 0.01 and 0.1 mg/kg groups (see tables above and below). The study authors claimed that the cause of the gastrointestinal lesions leading to the premature deaths of several rabbits in the treated groups was likely multifactorial and related to modified motility, stress, and changes in the gastrointestinal microbiome. The authors continue to say that "the clinical findings of soft feces and decreased defecation and dried brown materials in the anogenital, urogenital, or tail area suggested *a potential gastrointestinal disturbance and motility disorder*" and that possible contributors to altered motility include "altered contractile activity in the gastroduodenal zone due to psychogenic stress and *GLP-1-specific gastroinhibition* and effects on gastric tone" (emphasis added). Because none of the aforementioned macroscopic or microscopic lesions occurring in the dosed groups appeared in the control groups, it is my opinion that these gastrointestinal lesions are related to and induced by LY3298176 administration.

Table 2.6.7.13–2.    Embryo-Fetal Development Study in Rabbits (Continued)

| | Dose (mg/kg) | 0 (Control) | 0.01 | 0.03 | 0.1 |
|---|---|---|---|---|---|
| Dams (continued) | Necropsy observations (n[c]) | | | | |
| | Duodenum, white area(s) | 0 | 1 | 0 | 1 |
| | Duodenum, eroded area(s) | 0 | 0 | 0 | 1 |
| | Duodenum, perforation | 0 | 2 | 0 | 0 |
| | Duodenum, thin area(s) | 0 | 1 | 0 | 0 |
| | Histopathology observations | | | | |
| | Duodenum[c] | 22 | 19/(2)[d] | 21 | 19/(1)[d] |
| | Ulceration/Perforation | 0 | (1) | 0 | 1 |
| | Marked | – | 0 | – | 1 |
| | Severe | – | (1) | – | 0 |
| | Necrosis | 0 | (1) | 0 | 1 |
| | Severe | – | (1) | – | 1 |
| | Inflammation, necrotizing | 0 | (1) | 0 | 0 |
| | Severe | – | (1) | – | – |
| | Stomach[c] | 22 | 19/(1)[d] | 21 | 19/(1)[d] |
| | Ulceration | 0 | (1) | 1 | 0 |
| | Moderate | – | 0 | 1 | – |
| | Marked | – | (1) | 0 | – |
| | Necrosis | 0 | (1) | 2 | 1 |
| | Minimal | – | 0 | 1 | 1 |
| | Mild | – | 0 | 0 | 0 |
| | Moderate | – | 0 | 0 | 0 |
| | Marked | – | (1) | 1 | 0 |
| | Inflammation, heterophil, non-glandular region | 0 | 3 (1) | 3 | 1 |
| | Minimal | – | 1 | 0 | 0 |
| | Mild | – | 0 | 2 | 1 |
| | Moderate | – | 2/(1) | 0 | 0 |
| | Marked | – | 0 | 1 | 0 |
| | Mean number corpora lutea/dam | 9.5 | 10.2 | 10.0 | 10.7 |
| | Mean number implantations/dam | 8.9 | 9.2 | 9.3 | 8.9 |
| | | | | | (continued) |

Compound: Tirzepatide

## VIII.  <u>Conclusion</u>

Based on my review of the study reports discussed above and my consideration of the materials on the attached list, it is my opinion with a reasonable degree of veterinary and scientific certainty that the studies conducted by Eli Lilly demonstrated a risk for gastrointestinal injuries caused by the GLP-1 products at issue. Particularly, I found a pattern of pathology abnormalities – including erosions and/or ulcerations and neutrophilic inflammation in the stomach; formation of gastric erosions, ulcerations, inflammation, degeneration, and necrosis; duodenal ulceration/ perforation and necrosis – occurring in dosed animals at a greater number and extent than in the control animals. The Eli Lilly pathologists inexplicably downplayed the significance of these findings in their reports, repeatedly assessing these lesions as "non-adverse," despite the fact that these findings occurred in animals of different species, sexes, and ages and at various exposure levels. It is my opinion that the nonclinical studies demonstrated a risk for severe gastrointestinal injury and this should have been reported as a signal for further investigation.

**Kevin O'Brien, VMD, MVetMed, DACVP, MRCVS**
**January 2, 2025**