# EXHIBIT 17D

# Expert Opinion Report

## In Re: Glucagon-like Peptide-1 Receptor Agonists (GLP-1RAs)
## Product Liability Litigation (MDL No. 3094)

Joseph R. Pisegna, M.D.
University of California Los Angeles
Professor Medicine and Genetics
Division of Gastroenterology and Hepatology

Prepared for:

Parvin Aminolroaya, Esq.
Seeger Weiss LLP
55 Challenger Road
Ridgefield Park, NJ 07660

1



# TABLE OF CONTENTS

I.    QUALIFICATIONS ............................................................................................... 4

II.   SCOPE ............................................................................................................... 7

III.  METHODOLOGY ............................................................................................... 7

IV.   Overview of the peptides GLP-1 and GIP ........................................................ 9

    a.    GLP-1 ........................................................................................................ 9

    b.    GIP........................................................................................................... 10

V.    Background on GLP-1 RAs and GLP-1/GIP Agonists....................................... 11

    a.    GLP-1RAs Background ............................................................................ 11

    b.    GLP-1/GIP Dual agonist.......................................................................... 12

VI.   TIRZEPATIDE, a GLP-1 and GIP AGONIST, CAUSES A DELAY IN GASTRIC EMPTYING 14

    a.    Endogenous GLP-1 Delays Gastric Emptying ....................................... 14

    b.    GLP-1 Agonists' Delay of Gastric Emptying, and the Measurement Thereof .......... 15

    c.    The Clinical Effects of Tirzepatide are Analogous to those of its Sister Drugs in the GLP-1 RA Class ............................................................................................... 16

    d.    Tirzepatide Delays Gastric Emptying ..................................................... 20

    i.    Chronic Administration and Tachyphylaxis of Gastric Emptying Effect ................. 24

    ii.   GIP Agonism Alone Does Not Have Significant Impact on Gastric Emptying......... 25

    e.    Tirzepatide Also Impacts Intestinal Motility............................................ 26

VII.  When Tirzepatide Delays Gastric Emptying and Intestinal Motility, Gastrointestinal Symptoms Are Reported ........................................................................................ 28

    a.    Relationship Between Delayed Gastric Emptying and Severe Gastrointestinal Injuries ............................................................................................................... 28

    b.    GERD, Nausea and Dyspepsia............................................................... 30

    c.    Gastroparesis ......................................................................................... 32

    d.    Gastric Bezoars ...................................................................................... 34

    e.    Paralytic Ileus/ Intestinal Blockage ........................................................ 36

    f.    Perioperative Procedures and Anesthesia Risk ..................................... 38

    g.    Alternative Mechanisms for Gastrointestinal Symptoms are not Persuasive......... 38

VIII. Tirzepatide Can Cause Severe Gastrointestinal Conditions, similar to other GLP-1RA drugs, as Confirmed by Real-World Adverse Event Data in Patients. ...............................41

    a.   Clinical Reports ...................................................................................41

    b.   Clinical Trial Comparisons Show Similar Rates of Gastrointestinal Adverse Events 41

    c.   Epidemiology/Case Reports Support Similar Effects for Tirzepatide and GLP-1 Class...................................................................................................44

IX.   CONCLUSION ...................................................................................48

I, Joseph Pisegna, M.D., provide the following report pursuant to Rule 26 of the Federal Rules of Civil Procedure. All the opinions that I offer in this Report are held to a reasonable degree of medical and scientific certainty. My curriculum vitae is attached as Appendix A, I have not testified at deposition or trial in the last four years.  My fee schedule is attached as Appendix B.  A list of materials considered are attached as Appendix C.

## I.    QUALIFICATIONS

I am a Professor of Medicine and Human Genetics at UCLA and Chief of the Division of Gastroenterology and Hepatology at the Veterans Affairs ("VA") Greater Los Angeles Healthcare System. I completed my undergraduate studies at the University of Miami with a major in biology. I completed medical school and received a Doctor of Medicine from the University of Miami School of Medicine. I was inducted into the Alpha Omega Alpha medical honor society which is a distinction for the top 10 percent of graduating medical students. Following medical school, I was accepted into a residency in internal medicine and completed a clinical residency in internal medicine from the Jackson Memorial Hospital / Miami VA / University of Miami in 1989. I received a board certification in internal medicine from the American Board of Internal Medicine. After my residency, I completed additional training in a fellowship in gastroenterology at Georgetown University in Washington D.C. and the Veterans Affairs medical center located in Washington D.C. During fellowship, I rotated between Georgetown University hospital and the Washington VA hospital where I was exposed to both inpatient and outpatients with a wide range of gastrointestinal disorders. The clinical fellowship took two years to complete. This clinical fellowship exposed me to all aspects of clinical gastroenterology and provided training in endoscopic procedures. After my fellowship, I obtained a subspecialty board certification in gastroenterology by the American Board of Internal Medicine. I am also certified in internal medicine and gastroenterology by the National Board of Physicians and Surgeons (NBPAS).

I also completed a research fellowship at the National Institutes of Health (NIH). The research fellowship involved an additional year beyond the clinical gastroenterology fellowship and my work was primarily focused on clinical and basic science research in gastroenterology. Following this year of research fellowship I then joined the National Institute of Diabetes and Digestive and Kidney Diseases (NIDDK) intramural research program as a Commissioned Officer of the United States Public Health Service in the Digestive Diseases Branch as a Clinical Associate. At the NIH, my research focused on the molecular pharmacology of peptides and their receptors. At the time of my research fellowship, the identification of peptides and their receptors was important because the role of these peptides had not been fully elucidated in the medical and scientific communities. My initial basic science research work focused on the gastrointestinal hormones' cholecystokinin and gastrin. In the laboratory of Dr. Stephen Wank, we were

4

the first investigators to clone the receptors for cholecystokinin and gastrin. Following the cloning of the genes for cholecystokinin and gastrin receptors, we initiated research studies to better define the localization of the receptors, their signaling properties and define their physiology. Cloning of the receptors required us to utilize a strategy using both low and high stringency hybridization of cDNAs that were cloned into a bacterial plasmid. Following identification of the receptors using the Sanger molecular sequencing techniques, we expressed the receptors encoded by the cloned cDNAs in transiently and stably transfected cell lines and characterized their pharmacology using radioligand binding studies and their ability to stimulate phospholipase C. Following the cloning of the receptors for gastrin and cholecystokinin, we turned our attention to the class II receptor superfamily. This superfamily includes peptides such as secretin, glucagon and GLP-1. I am credited with initial cloning of the receptors for cholecystokinin, gastrin, and pituitary adenylate cyclase activating polypeptide (PACAP). This cloning work involved identification of the genetic and protein sequence of the receptors and their characterization of function using transient and stably transfected cell lines to enable the characterization of their pharmacology and signal transduction. The cloning of these receptors involved developing a cDNA library of human and rodent brain.[1]

In addition to isolating the receptors, we also investigated the ligands for the receptors. Using a hybridization at both low and high stringency, I was able to identify cDNA species that were expressed and identified as having high potency for binding the native peptide, PACAP. PACAP was shown to have high affinity for the vasoactive inhibitory peptide (VIP) receptor (VPAC1) as well as the PAC1 receptor. Shortly after cloning of the PAC1 receptor, Harmar and Lutz showed that there was a third receptor with high affinity for PACAP and called it VPAC2. After the cloning of the receptor for PACAP, we were interested in identifying whether there was a mammalian peptide that would have high affinity for this newly identified receptor VPAC2. Interestingly, there is a reptilian peptide, helodermin, that has high affinity for the VPAC2 receptor. We hypothesized that there is a novel and undiscovered mammalian peptide with high homology to helodermin. To approach this question, we undertook an experiment to isolate the salivary glands of the Hila Monster, a lizard from the Hila Valley in Arizona. My colleague, Dr. Wank travelled to Hila Valley to dissect out the salivary glands from the Hila Monster lizard and this was sent to me in Bethesda, MD where we proceeded to develop a cDNA library to identify a novel peptide.[2] The results of this experiment identified that the two reptilian peptides helodermin and exendin-4 are evolutionarily similar but distinct from mammalian PACAP/VIP and GLP-1, although they share similar biologic actions.

I also cloned the receptor for CGRP (calcitonin gene-related peptide) and investigated its physiological function. We utilized expression of the cDNA and radioligand binding and cAMP (cyclic adenosine monophosphate) stimulation to confirm that the receptor that was cloned was specific for the CGRP ligand. We showed that

5

there are two receptors; CGRP receptor and the calcitonin receptor-like receptor (CRLR) are distinct and rely on a receptor associated membrane protein (RAMP) for expression.

My work has included investigation into the molecular pharmacology of hormones and receptors in the gastrointestinal tract, especially the diagnosis and management of neuroendocrine tumors, including the Zollinger-Ellison Syndrome. I was selected as Chair of the IUPHAR for the peptides VIP and PACAP. Neuorendocrine tumors (NETs) are unique because although they are malignantly transformed cells, they release peptide hormones. For example, gastrinoma tumors found in Zollinger Ellison Syndrome release high endogenous levels of gastrin that in turn stimulate profound gastric acid secretion. Glucagonomas release high levels of glucagon which cause diabetes. My clinical practice at the NIH included examining patients with these types of tumors in an effort to investigate their natural history, identify diagnostic imaging modalities and treatments for these patients. My clinical interest and expertise include patients with neuroendocrine tumors.

In 1996, I was recruited to the faculty at the University of California, Los Angeles and the Center for Ulcer Research and Education ("CURE"), where I am currently a Professor of Medicine and Human Genetics at the David Geffen School of Medicine at UCLA. As a Professor my role includes teaching medical students, residents and fellows in gastroenterology, with expertise in gastrointestinal physiology. At the VA I am chief of gastroenterology, hepatology and parenteral nutrition, a position that I have held since 1999. As division chief, I am responsible for developing clinical, teaching and research programs for trainees and junior faculty. I have served as a member of study sections to select research projects for funding at both the National Institutes of Health and Department of Veterans Affairs. I received the Veterans Affairs Career Development Award at the West Los Angeles VA Medical Center for my research focused in the molecular physiology of PACAP and its receptor. My mentor for this research award was the late John Walsh who was a renowned investigator in gastrointestinal physiology. As a practicing gastroenterologist, I evaluate and treat patients with gastrointestinal disorders, including gastric emptying disorders. I have clinics at both Ronald Reagan UCLA and the VA Greater Los Angeles Healthcare System. I treat patients with rare neuroendocrine tumors in addition to those with gastrointestinal disorders. I also teach medical students, residents and gastroenterology fellows.

I am also engaged in significant research on the peptide regulation of metabolism. My research in obesity and metabolism was funded by both NIDDK/NIH and the Department of Veterans Affairs. My research focuses on understanding the role of a high protein diet in modifying the gut microbiome and thereby resulting in weight loss. We examined the role of the high protein diet interventions in both rodent models and in humans. Additional research projects funded by the Department of Veterans Affairs examined the role of PACAP in treating obesity and improving glycemic control in

6

diabetic models. We showed that a genetically modified mouse model of PAC1 (i.e. PAC1-/-) develop spontaneous obesity and diabetes. By using the PACAP peptide, we also demonstrated in mouse models of obesity that there is improvement in body weight without affecting lean body mass. The results of these experiments is that my laboratory patented a novel peptide (MAXCAP) that can be used to treat obesity, fatty liver disease and diabetes.[3] I have also mentored several junior members of the university faculty and participated as a graduate school advisor for PhD students in the U.S. and internationally, in addition to my own research.

## II.    SCOPE

I was asked by Plaintiffs' counsel to opine upon the following issues:

1)  Does tirzepatide – which is both a GLP-1 and GIP agonist – delay gastric emptying in humans?

2)  Can tirzepatide cause gastroparesis or other severe gastrointestinal injuries, and if so, what is the mechanism?

3)  Are there differences between tirzepatide and other GLP-1RAs with regard to delayed gastric emptying or the frequency and severity of their ability to cause severe gastrointestinal and motility injuries?

## III.    METHODOLOGY

In addressing these questions, I followed the same methodologies that I employ during my research, teaching, and clinical practices. I have followed the medical literature regarding insulinotropic peptides like GIP and GLP-1 and their physiologic effects, including effects on gastric emptying, over the course of my career. I subscribe to, and regularly read, the leading gastroenterology journals such as American Journal of Gastroenterology, Gastroenterology, and Digestive Diseases and Sciences. I am an Associate Editor for the American Journal of Gastroenterology. I have attended gastroenterology and hepatology conferences yearly that include Digestive Diseases Week sponsored by the American Gastroenterology Association (AGA), American College of Gastroenterology (ACG) and the American Association of Liver Diseases (AASLD). I am also a member of medical societies including the AGA, ACG, AASLD, and the American Society of Gastrointestinal Endoscopy.   I have also organized the Regulatory Peptides Meeting, an international group of scientists that investigate peptide hormones and their receptors. I have also chaired two international meetings of the International Society of Biologically Active Peptides (ISBAP), and I serve on the international steering committee. I also serve on the international committee for the

Society of VIP, PACAP and Related Peptides meetings. I regularly attend these international meetings which are typically held every two years. Our next meeting will be in Malaga, Spain in April 2026.

In addition, in connection with this project, I performed a qualitative literature review where I reviewed the relevant medical literature regarding GIP, GLP-1RAs, tirzepatide, and their impact on motility and gastric emptying, by performing searches in PubMed and Google for terms including: GLP-1, glucagon-like peptide-1, GIP, gastric inhibitory peptide, gastroparesis, gastric emptying, gastric motility, intestinal motility, tirzepatide, LY3298176, Zepbound, and Mounjaro. I did not limit my searches to a specific date range or article type. I include adapted figures and tables from published literature and referenced these accordingly. I chose figures and tables that I felt were relevant to the questions pertaining to this review. After identifying relevant manuscripts I also reviewed the literature cited for original research papers. In my evaluation of cases for inclusion in my review, I reviewed the titles and abstracts of articles that appeared relevant. For any abstracts that appeared relevant, I reviewed the entire publication. I also reviewed literature cited within the results, and literature that cited the literature that I found in my initial search. I traced footnotes and original source data as needed for my review.

In reviewing this material, I gave attention to strengths and weaknesses of the articles and studies I reviewed and weighted them accordingly. For example, I reviewed and considered such as the methods by which delayed gastric emptying was measured, the extent to which adverse events were endpoints or otherwise reported, the similarity between study conditions and real-world prescription of the relevant drugs, whether material had been subject to peer review, and other factors bearing on the strengths and weaknesses of specific studies. I also examined both primary prospective data in randomized studies as well as metanalyses and review papers. From the review papers I examined specifically referenced papers. I also reviewed and searched the FDA website and clinicaltrials.gov to access additional data on the labels and clinical trials for tirzepatide and other GLP-1 agonist drugs using the search terms for the individual drugs. I analyzed this data, and assessed and integrated it using known, established medical principles of the same sort I use in my day-to-day clinical practice and research. I have requested from plaintiffs' counsel and received additional materials for journals and supplemental publications that I was not able to access from my home computer and internet service. Specific references are cited within this report, but I have also provided a list of materials considered in Appendix C.

In forming my opinions set forth in this report, I rely on my medical and research training in molecular pharmacology and over 30 years of basic science and clinical experience in gastroenterology and peptide pharmacology.

8

## IV.    Overview of the peptides GLP-1 and GIP

### a.  GLP-1

Glucagon-like peptide-1 (GLP-1) is an incretin hormone with important roles in glycemic control, appetite regulation, cardiovascular protection, and gastrointestinal physiology. Its actions are mediated by binding to the GLP-1 receptor (GLP-1R). GLP-1R is a class B1 G protein-coupled receptor.[4] Binding GLP-1 to its receptor results in activation of G protein alpha, which in turn activates intracellular adenyl cyclase. To study the structure-function pharmacological properties of GLP-1Rs, the cDNA encoding the receptor is expressed in transfected cell lines and the pharmacology assessed by radioligand binding studies and cAMP stimulation.[5,6]

Using monoclonal antibody for immunohistochemistry, GLP-1R was identified in the pancreas, on β-cells with a markedly weaker expression in acinar cells. GLP-1RsB1 are expressed in smooth muscle cells in the walls of arteries and arterioles. In the gastrointestinal tract, the highest GLP-1R expression was seen in the Brunner's gland in the duodenum, with lower-level expression in parietal cells and smooth muscle cells in the muscularis externa in the stomach and in myenteric plexus neurons throughout the gut. GLP-1R expression seen with immunohistochemistry was confirmed by functional expression using in situ ligand binding with $^{125}$I-GLP-1 (a radioactive peptide labelled with Iodine 125).[7]

The following tissues have been shown to express GLP-1Rs and exert physiological effects:

- **Pancreas (Pancreatic β-cells)**: GLP-1R is highly expressed in the pancreatic beta cells and co-localizes with insulin in both humans and rodents. The expression in the pancreatic acinar cells is minimal. Activation of the GLP-1R in the pancreatic islets results in an insulinotropic effect and hence the use in patients with diabetes. [8,9]

- **Gastrointestinal tract**: GLP-1Rs messenger RNA is detected in the parietal cells, Brunner's gland as well as the enteric neurons of the stomach. In the human stomach the receptors are localized to the neck region of the gastric gland as well as the pyloric enteroendocrine cells. This localization could explain the effects of GLP-1 on gastric acid secretion. Expression is also identified in the gastric smooth muscle and the myenteric plexus which could explain inhibitory activity on gastric motility.[10]

- **Cardiovascular**: GLP-1Rs are localized in the atrial myocardium especially the sinoatrial node and in the vascular smooth muscle of the coronary and renal arteries.[11]

9

- **CNS**: GLP-1R is expressed in the hypothalamus (arcuate, paraventricular, and dorsomedial nuclei), area postrema, and nucleus tractus solitarius. These regions mediate appetite suppression and autonomic control.[12]

- **Lungs/Kidneys**: GLP1Rs are present in the pulmonary and renal artery smooth muscles and endothelial cells.[13]

- **Tumors**: elevated GLP-1R in certain neuroendocrine tumors allows targeting for imaging or peptide receptor radiotherapy.[14]

### b. GIP

In the 1970s Brown and Pedersen[15] identified gastric inhibitory peptide (GIP), now also known as glucose-dependent insulinotropic polypeptide. Following this discovery, it was shown that GIP can potentiate the release of insulin. An analysis of the structure of GIP places this peptide along with members of the secretin superfamily of peptide hormones that include glucagon, GLP-1, GLP-2, VIP and PACAP. There is a review on this subject from Yip and Wolfe that describes GIP in more detail.[16]

The GIP receptor in the rat was cloned and characterized by Usdin in 1993.[17] The receptor is a glycoprotein belonging to the secretin/VIP family of heptahelical (i.e. seven transmembrane, G protein coupled) receptors in the same family as secretin, glucagon, VIP and PACAP. This was at about the same time that I had cloned the PAC1 receptor,[18] and I therefore had the opportunity to interact with the Usdin team at scientific meetings to compare notes because, like PAC1 receptors, GIP receptors ("GIPRs") couple to both cAMP and intracellular calcium release. Laboratory studies have identified mRNA in the pancreas, stomach, intestine, adrenal cortex, heart, lung, brain, endothelium of major, and adipose tissue. Based on the localization studies, GIPRs expressed in the pancreatic islets potentiate glucose-stimulated insulin secretion. GIP is secreted from K-cells in the proximal small intestine in response to nutrient ingestion. For purposes of this report, while not a complete list, the relevant locations in the human body include.[19]

- **Pancreas (islets):** GIPR mRNA and functional receptor activity have been detected in pancreatic β-cells in rodents and humans where GIP potentiates glucose-stimulated insulin secretion via the expression of β-cell GIPR.[20]

- **Adipose tissue:** Historically considered a major peripheral site for GIPR, recent work using more rigorous approaches shows GIPR is predominantly localized to non-adipocyte cell types within white adipose tissue (e.g., stromal vascular fraction and immune/stromal cells) rather than being highly abundant on mature adipocytes *in vivo*. This finding revises earlier paradigms that directly attributed

adipocyte-autonomous effects to GIPR signaling. Experimental rescue/KO studies indicate adipose GIPR biology is complex and cell-type specific.[21]

- **Bone:** Multiple studies report GIPR expression in bone cells (osteoblasts and osteocytes) and GIP has been shown to influence bone formation and remodeling. Genetic and pharmacologic data suggest GIPR in bone contributes to bone homeostasis and may partly explain epidemiologic associations between GIPR variants and bone traits.[22]

- **Central nervous system (CNS):** GIPR transcripts and reporter activity appear in discrete brain regions, including hypothalamic nuclei and hindbrain centers implicated in energy balance and autonomic control. The functional importance of CNS GIPR is an active area of investigation; recent pharmacologic and genetic studies implicate CNS GIPR in modulation of food intake and body weight in rodents.[23]

- **Gut and enteroendocrine compartment:** GIPR is expressed in elements of the gastrointestinal tract (enteric neurons, some epithelial/enteroendocrine cells and vasculature) but expression patterns are region- and species-dependent. GIP can affect splanchnic blood flow and intestinal physiology.[24]

- **Heart and vasculature:** GIPR mRNA and functional responses have been reported in cardiac tissue and vascular compartments; the receptor may modulate coronary blood flow and cardiac metabolism. However, expression levels in myocardium are relatively low compared with pancreas and selective cell-type localization remains incompletely resolved.[25]

- **Immune and stromal cells:** Emerging data indicate GIPR expression in immune cell populations (notably macrophages within adipose tissue) and stromal cells, linking GIP signaling to adipose tissue inflammation and systemic metabolic effects. Loss- and gain-of-function studies show GIPR perturbation alters inflammatory states in adipose and gut tissues.[26]

## V.    Background on GLP-1 RAs and GLP-1/GIP Agonists

### a.  GLP-1RAs Background

Glucagon-like peptide-1 receptor agonists (GLP-1 RAs) are a class of drugs that exert activity at the GLP-1 receptor. This class of drugs are primarily peptide-derived analogs that were designed to mimic the endogenous glucagon-like peptide-1 found in the human body. Endogenous GLP-1 has a very short half-life. The drugs on the market have been engineered to have much longer activity. While originally approved for treatment of type 2 diabetes, certain of these drugs have since been approved for additional indications, including weight management. The drugs, approval dates, indications and dosages are summarized below.

Table 1 Information on Currently Available US FDA-Approved GLP-1 RAs and a Dual GLP-1/GIP RA

| Drug | Brand Name | Approval Date | Indications | Administration Route | Dosage |
|---|---|---|---|---|---|
| *GLP-1 RAs* | | | | | |
| Exenatide | Byetta® (IR) | 2005 | • T2DM in adults | SC | 5,10 µg BID |
| | Bydureon BCise® (ER) | 2017 | • T2DM in adults and pediatric patients aged 10 years and older | SC | 2 mg QW |
| Liraglutide | Victoza® | 2010 | • T2DM in adults and pediatric patients aged 10 years and older<br>• Reduce the risk of MACE in adults with T2DM and established CVD | SC | 0.6, 1.2, or 1.8 mg QD |
| | Saxenda® | 2014 | • Chronic weight management in adults and pediatric patients aged 12 years and older with obesity[a]<br>• Chronic weight management in adults with overweight[b] in the presence of at least one weight-related comorbid condition | SC | 0.6, 1.2, 1.8, 2.4, or 3 mg QD |
| Dulaglutide | Trulicity® | 2014 | • T2DM in adults and pediatric patients 10 years of age and older<br>• Reduce the risk of MACE in adults with T2DM and established CVD | SC | 0.75, 1.5, 3, or 4.5 mg QW |
| Semaglutide | Ozempic® | 2017 | • T2DM in adults<br>• Reduce the risk of MACE in adults with T2DM and established CVD | SC | 0.25, 0.5, 1, or 2 mg QW |
| | Rybelsus® | 2019 | • T2DM in adults | Oral | 3, 7, or 14 mg QD |
| | Wegovy® | 2021 | • Reduce the risk of MACE in adults with established CVD and either obesity[a] or overweight[b]<br>• Chronic weight management in adults and pediatric patients aged 12 years and older with obesity[a]<br>• Chronic weight management in adults with overweight[b] in the presence of at least one weight-related comorbid condition | SC | 0.25, 0.5, 1, 1.7, or 2.4 mg QW |
| *Dual GLP-1/GIP RA* | | | | | |
| Tirzepatide | Mounjaro® | 2022 | • T2DM in adults | SC | 2.5, 5, 7.5, 10, 12.5, or 15 mg QW |
| | Zepbound® | 2023 | • Chronic weight management in adults with obesity<br>• Chronic weight management in adults with overweight[b] in the presence of at least one weight-related comorbid condition | SC | 2.5, 5, 7.5, 10, 12.5, or 15 mg QW |

Notes: [a]Obesity, body mass index (BMI) of 30 kg/m² or greater; [b]Overweight, body mass index (BMI) of 27 kg/m² or greater.
Abbreviations: IR, immediate-release; T2DM, type 2 diabetes mellitus; SC, subcutaneous; BID, twice a day; ER, extended-release; QW, once a week; CVD, cardio-vascular disease; QD, once a day; MACE, major adverse cardiovascular events.

## b. GLP-1/GIP Dual agonist

Tirzepatide is a synthetic 39–amino acid peptide that acts as a dual agonist at both GIP and GLP-1 receptors. Approved in 2022 for the treatment of type 2 diabetes mellitus (as *Mounjaro*®) and obesity (as *Zepbound*®), it exerts potent glucose-lowering and weight-reducing effects.[27] Because tirzepatide is a dual-agonist, it exerts activity at both GLP-1 receptors and GIP receptors, resulting in physiologic activity from both receptors.

---

[1] Table reproduced from Min JS, Jo SJ, Lee S, et al. A comprehensive review on the pharmokinetics and drug-drug interactions of approved GLP-1 receptor agonists and a dual GLP-1/GIP receptor agonist. *Drug Des Devel Ther.* 2025;19:3509-3537.



Fig. 1 Metabolic Effects of Tirzepatide. GIP- Glucose-dependent insulinotropic polypeptide, GLP-1-Glucagon-like peptide- 1

[2]

Glucose, insulin and somatostatin inhibit pancreatic alpha cell secretion of glucagon. Hypoglycemia and amino acids stimulate glucagon release. GLP-1 and GIP modulate glucagon secretion and are believed to play a role in the dysregulation of glucagon secretion observed in patients with type 2 diabetes. GLP-1 inhibits glucagon secretion during hyperglycemia but not during euglycemia or hypoglycemia. As a result, GLP-1R agonists reduce hyperglycemia with a low risk of hypoglycemia. In non-diabetics, GIP stimulates glucagon secretion during hypoglycemia and potentiates insulin secretion in hyperglycemia. Both GIP and GLP-1 exert their effects by binding to their specific receptors, the GIP receptor (GIPR) and the GLP-1 receptor (GLP-1R). These receptors belong to the G-protein coupled receptor superfamily, referred to as Class B receptors because they are coupled to the G protein Gas and activate adenylate cyclase and increasing levels and cAMP. The peptides GIP and GLP-1 exert their insulinotropic effects by binding to GIP and GLP-1 receptors expressed on pancreatic beta cells. Incretin-bound receptors increase intracellular cAMP levels and activating protein kinase A (PKA) and exchange protein activated by cAMP2 (EPAC2)/cAMP-guanine nucleotide exchange factor (GEF) II.[28,29]

---

[2] Table reproduced from Kukanti C, Chowdhury SR, Singh GP. Tirzepatide for Obstructive Sleep Apnea: A Novel Therapeutic Promise and the Perioperative Considerations. Indian J Otolaryngol Head Neck Surg. 2025 Jun;77(6):2430-2432. doi: 10.1007/s12070-025-05485-6. Epub 2025 Apr 28. PMID: 40420878; PMCID: PMC12103393.

13



**Figure 1 |** The glucose-dependent insulinotropic polypepide (GIP) gene is localized on human chromosome 17q21.3–q22 and comprises 6 exons. Proteolytic processing of preproGIP generates GIP that is secreted from K cells. The proglucagon gene is localized on human chromosome 2q36–q37 and comprises 6 exons. In the intestine, proteolytic processing of proglucagon generates glucagon-like peptide (GLP)-1 and GLP-2, whereas glucagon is produced in the pancreas.

[3]

## VI.   TIRZEPATIDE, a GLP-1 and GIP AGONIST, CAUSES A DELAY IN GASTRIC EMPTYING

### a. Endogenous GLP-1 Delays Gastric Emptying

GLP-1 slows gastric emptying primarily through activation of central and vagal pathways, which increases pyloric tone and inhibit antral contractions[30,31] Increasing the pyloric tone and reducing antral contractility likely reduces the transit of chyme from the stomach into the duodenum. In doing so, the intragastric volume of gastric juice and food likely leads to a reduction in glucose levels and promotes satiety.

GLP-1 administration attenuates meal-induced gastric antral contractions and increases pyloric tone.[32,33] These inhibitory effects of GLP-1 on gastric motor function are mediated by the afferent vagal nerve, by interaction with GLP-1Rs located in vagal afferent fibers. The inhibitory effect of GLP-1 on gastric emptying is mediated primarily via vagal and central nervous system pathways rather than direct action on gastric smooth muscle. GLP-1 receptors are expressed in vagal afferent neurons, the nucleus tractus solitarius, and area postrema.[34] See infra at Section IV.a. Activation of these pathways results in suppression of antral motility, increased pyloric tone, and reduced antrum-pyloro-duodenal coordination, leading to delayed gastric emptying and reduced nutrient delivery to the small intestine.[35] The minimum dose of GLP-1 necessary to inhibit gastric emptying is 3,000 to 10,000 times lower than the reported threshold doses necessary to suppress feeding behavior.[36] Common adverse effects resulting from

---

[3] Table reproduced from Seino Y, Fukushima M, Yabe D. GIP and GLP-1, the two incretin hormones: similarities and differences. *J Diabetes Investig.* 2010;1(1-2):8-23

delayed gastric emptying, described in more detail below, include nausea and vomiting, as well as increased hazards of gastroparesis and bezoars.[37]

GLP-1-induced gastric delay is dose-dependent, which supports a cause-and-effect relationship. In humans, administration of GLP-1 dose-dependently decreases gastric emptying rate.[38]  This is true in both healthy and diabetic patients.[39,40,41]

### b. GLP-1 Agonists' Delay of Gastric Emptying, and the Measurement Thereof

There is substantial evidence that all GLP-1RA drugs also cause a dose-dependent delay in gastric emptying and intestinal motility.[42,43]  Marathe et al. published a review article in 2011 detailing the effects of GLP-1 and GLP-1 RAs, and the evidence associated with their impact on gastric function and motility. [44]  The review covered impacts on both gastric motility and small intestinal motility.  The authors reviewed animal and human data and found there to be "strong evidence" of delayed gastric emptying with both GLP-1 and GLP-1 RAs.  Similarly, Jalleh et al.[45] also summarized the impact of GLP-1RAs on gastric emptying and intestinal motility in a recent publication. [4]

Table 2. Effects of GLP-1RAs and combination medication on gastric, small intestinal, and gallbladder motility

| GLP-1 based medication | Effect on gastric emptying | Effect on small intestinal motility | Effect on gallbladder emptying |
|---|---|---|---|
| **Short-acting GLP-1RA** | | | |
| Exenatide BID (84, 118, 119) | ⇓⇓ | ⇓ | ⇓ |
| Lixisenatide (77, 120) | ⇓⇓ | ⇓ (Case reports) | ⇓ |
| **Long-acting GLP-1RA** | | | |
| Liraglutide (73, 121, 122) | ⇓ | ⇓ | ⇓ |
| Dulaglutide (123, 124) | ⇓ | ⇓ (Case reports) | Not studied |
| Albiglutide (125, 126) | Not studied | ⇓ (Case reports) | ⇓ |
| Semaglutide SC (46, 126) | ⇓ | ⇓ (Case reports) | Not studied |
| Semaglutide PO (47, 87) | ⇓/⇔ | Not studied | Not studied |
| **Combined GLP-1-based medication** | | | |
| Tirzepatide (GLP-1/GIP co-agonist) (117, 127) | ⇓ | ⇓ (Case reports) | Not studied |
| Retatrutide (GLP-1/GIP/glucagon co-agonist) (117) | ⇓ (Animal study) | Not studied | Not studied |

Before addressing the literature on these drugs and gastric emptying and its impact on my opinion, it is important to note that most experimental data on tirzepatide's impact on gastric emptying was gathered using acetaminophen/paracetamol absorption testing protocols.  These protocols often reflect "liquid emptying" not "solid emptying,"

---

[4] Table reproduced from Table 2 in Jalleh JR, Marathe CS, Rayner CK, et al. Physiology and pharmacology of effects of GLP-1-based therapies on gastric, biliary and intestinal motility. *Endocrinology*. 2024;166(1):bqae155

making interpretation of their results less reliable. By measuring serum acetaminophen levels, it is possible to determine the intestinal absorption of liquid acetaminophen. Conditions that delay absorption would be evident in lower blood levels of acetaminophen. But the rates of solid and liquid gastric emptying differ. The normal stomach secretes up to 2–3 L of gastric juice per day which readily passes through the pylorus into the duodenum. The T1/2 for liquid gastric emptying is estimated at about 23 minutes, whereas abnormal solid-food gastric emptying is described as >60% retention at 2 hours and >10% retention at 4 hours based on scintigraphy studies.[46] Acetaminophen absorption testing does not take this into account.

In addition, many of the subjects in the trial populations have variable blood sugar levels and baseline gastric emptying, while others have preexisting neuropathy – all of which may contribute to any one particular patient's gastric emptying rate, making interpretation of the results difficult. A more useful test would be to utilize gastric emptying scintigraphy, a functional test involving the ingestion of a solid meal containing a radioisotope with short half-life, typically 99mTc. Gastric emptying scintigraphy is relatively reproducible with good concordance correlation coefficient (0.54~0.83) between two repeated studies.[47] Recent articles have addressed this same concern about interpretation of the results based on acetaminophen absorption testing:

> "Rather than stable isotope breath tests or scintigraphy, the vast majority of studies aligned to clinical trials assessing glycaemic control or weight loss have regrettably used the paracetamol absorption test, which has substantial limitations, including the inability to measure solid emptying. This test is based on poorly validated assumptions about paracetamol absorption kinetics, and although the plasma appearance of paracetamol reflects emptying of the liquid, rather than the solid, phase of a meal, this approach continues to be widely used during studies of the mechanistic effects of incretin receptor agonists"[48]

Based on my review of the medical literature and product labeling, despite some limitations in some protocols, it is my opinion that GLP-1 receptor agonists, including tirzepatide, cause delay in gastric emptying.

### c. The Clinical Effects of Tirzepatide are Analogous to those of its Sister Drugs in the GLP-1 RA Class

As referenced throughout this report, the class of drugs known as GLP-1 receptor agonists all exert their effect by activating the GLP-1 receptors in the body. In addition to tirzepatide, other drugs in the class include exenetide, liraglutide, semaglutide and dulaglutide, among others (not currently marketed in the United States) and as set forth previously. Tirzeptide is a dual GLP-1 and GIP agonist, which activates both GIP receptors and GLP-1 receptors. Tirzepatide's activation of the GIP receptor does not change the fact that it also activates the GLP-1 receptor and initiates the cascade of

downstream effects that flow from that activation. The figure below[5] demonstrates the basic structure of GLP-1 and GIP and the fusion peptide that shows the structure containing amino acids of both GIP and GLP-1.



Amino acid sequences of the incretin hormones GLP-1 (glucagon-like peptide-1) and GIP (glucose-dependent insulinotropic polypeptide), the GLP-1 receptor agonist exenatide, and tirzepatide, a GIP/GLP-1 receptor co-agonist. Colours indicate amino acids in the peptide sequence of tirzepatide which correspond to amino acids in the original primary structure of GLP-1 (green), GIP (blue), shared by both GLP-1 and GIP (blue-green), exenatide (orange). Amino acids not related to any of the parent peptides are shown in yellow. Amino-iso-butyric acid (AIB), a non-natural amino acid, is shown in grey with red letters. The primary amino acid sequence of tirzepatide has been taken from [13]; the sequences for human GIP, mammalian GLP-1, and exenatide for comparison are from [22-24]

 

GLP-1 RAs exenatide, liraglutide, semaglutide, dulaglutide, and tirzepatide are all peptide analogs. Tirzepatide and other GLP-1 RAs are all large molecules made of chains of amino acids to mimic the natural endogenous GLP molecules. Tirzepatide and other GLP-1 RAs were all designed to exert impact on the GLP-1 receptor and have the same physiological effect at the GLP-1 receptor. The differences between GLP-1 RAs are minor changes to stabilize the molecules and alter their half-lives,[6] but all GLP-1 RAs share a common mechanism of action. GLP-1 receptor activation causes delay of gastric emptying, as described throughout this report, which leads to slower emptying of stomach contents and greater and longer retention of gastric contents. The manufacturers of GLP-1 RAs universally acknowledge this delay – without any reference

---

[5] Table reproduced from Nauck MA, D'Alessio DA. Tirzepatide, a dual GIP/GLP-1 receptor co-agonist for the treatment of type 2 diabetes with unmatched effectiveness regrading glycaemic control and body weight reduction. Cardiovasc Diabetol. 2022 Sep 1;21(1):169. doi: 10.1186/s12933-022-01604-7. PMID: 36050763; PMCID: PMC9438179.

[6] I understand a report is being provided by another expert on the similarities and differences among and between the different drugs within the GLP-1RA class.

of the harms that delay may cause – in their drugs' current labelling, without any discrimination between molecules on this issue, further highlighting the commonality of this effect across the drug class.[49,50,51,52,53,54,55,56]   See Trulicity 7.1 and 12.1, 12.2; Ozempic 7.2, 12.1; 12.2; Zepbound 7.2 and 12.2; Victoza 7.1, 12.2; Mounjaro 7.2; 12.2; Rybelsus 7.2 and 12.2; Wegovy 7.2, and 12.2; Saxenda 7.1, 12.2 reproduced below.

| Drug | Brand Name | Label Date | Language in Label |
|---|---|---|---|
| Tirzepatide | Mounjaro | 09/2025 | **7.2:** "MOUNJARO delays gastric emptying and thereby has the potential to impact the absorption of concomitantly administered oral medications." <br><br> **12.2:** "Tirzepatide delays gastric emptying." |
| | Zepbound | 02/2025 | **7.2:** "ZEPBOUND delays gastric emptying and thereby has the potential to impact the absorption of concomitantly administered oral medications." <br><br> **12.2:** "Tirzepatide delays gastric emptying." |
| Semaglutide | Ozempic | 10/2025 | **7.1:** "Ozempic causes a delay of gastric emptying, and thereby has the potential to impact the absorption of concomitantly administered oral medications." <br><br> **12.1:** "The mechanism of blood glucose lowering also involves a minor delay in gastric emptying in the early postprandial phase." <br><br> **12.2:** "Semaglutide causes a delay of early postprandial gastric emptying, thereby reducing the rate at which glucose appears in the circulation postprandially." |

| | | | |
|---|---|---|---|
| | Rybelsus | 10/2025 | **7.2:** "RYBELSUS cases a delay of gastric emptying and thereby has the potential to impact the absorption of other oral drugs."<br><br>**12.2:** "Semaglutide causes a delay of early postprandial gastric emptying, thereby reducing the rate at which glucose appears in the circulation postprandially." |
| | Wegovy | 08/2025 | **7.2:** "WEGOVY causes a delay of gastric emptying and thereby has the potential to impact the absorption of concomitantly administered oral medications."<br><br>**12.2:** "Semaglutide delays gastric emptying." |
| Dulaglutide | Trulicity | 05/2025 | **7.1:** "Delays gastric emptying and has the potential to reduce the rate of absorption of concomitantly administered oral medications."<br><br>**12.1:** "Dulaglutide also decreases glucagon secretion and slows gastric emptying."<br><br>**12.2:** "Dulaglutide causes a delay of gastric emptying." |
| Liraglutide | Victoza | 11/2024 | **7.1:** "VICTOZA causes a delay of gastric emptying, and thereby has the potential to impact the absorption of concomitantly administered oral medications."<br><br>**12.2:** "VICTOZA causes a delay of gastric emptying, thereby reducing the rate at which postprandial glucose appears in the circulation." |

19

| | | | |
|---|---|---|---|
| | Saxenda | 05/2025 | **7.1:** "SAXENDA causes a delay of gastric emptying, and thereby has the potential to impact the absorption of concomitantly administered oral medications."<br><br>**12.2:** "Liraglutide delays gastric emptying." |

A recent comparative study by Crisafulli *et al.*, [57] using data from a large health insurance database (Optum Clinformatics database) demonstrates this commonality. The study sought to compare the gastrointestinal safety of tirzepatide to that of dulaglutide and semaglutide. Pairs of new users to the drug were created. The results showed that all three molecules delayed GI motility to similar degrees. Specifically, as noted in Table 9 of Crisafulli's supplementary data, the GI motility outcomes for semaglutide vs dulaglutide of 0.95 in 1:1 PS ("propensity-score") Matching, tirzepatide vs dulaglutide is 0.98 in 1:1 PS Matching, and tirzepatide vs. semaglutide is 1.06 in 1:1 PS Matching. These results demonstrate a hazard ratio of essentially one in GI-motility related outcomes when comparing the drugs to one another in a large patient pool: That is, the delays in gastrointestinal motility caused by tirzepatide, semaglutide, and dulaglutide, are close to 1:1. My opinion in this matter is consistent with these results. In my review of the relevant literature I also came across an abstract by Jaber[58] that concluded that tirzepatide has a lower risk of GI side effects when compared to other GLP-1 RAs. Jaber's abstract, however, carries less weight in forming my opinion because the Jaber abstract reports wide confidence intervals, and it is not accompanied by full underlying data.

Because the drugs have the same mechanism (binding the GLP-1 receptor), and all have the same physiologic effect (delay in gastric emptying), and for the other reasons discussed above, it is my opinion that data relating to the effects of other GLP-1 RAs can be informative as to the effects of tirzepatide, despite the slight pharmacologic differences in half life, dosing, and receptor affinity.

### d. Tirzepatide Delays Gastric Emptying

GLP-1 receptor agonists are known to delay gastric emptying, and the delay in emptying has also been established with the dual agonist, tirzepatide. GIP receptor activation alone does not significantly alter gastric motility.[59] In 2019, researchers in conjunction with Novo Nordisk, published data evaluating GLP-1 and GIP alone and in combination with respect to gastric emptying. Gastric emptying was measured in

20

patients exposed on different occasions to GIP, GLP antagonist,[7] (to block native GLP), a combination of the two, and saline. The results demonstrated that the absorption of acetaminophen was consistent with an effect by GLP-1 on delayed gastric emptying and no effect of GIP on the rate of gastric emptying. [60]

These findings in the context of individual receptor agonists are consistent with studies of the dual-agonist tirzepatide, showing that tirzepatide also delays gastric emptying.[61] In early-phase clinical studies, tirzepatide produced a marked delay in gastric emptying after the first dose, similar in magnitude to that of short-acting GLP-1RAs.[62] In addition, as noted in the table above, the label confirms the drug delays gastric emptying.

Urva and colleagues from Eli Lilly reported the effect of tirzepatide on gastric emptying in mice and in human participants using an acetaminophen absorption test.[63] These results demonstrated that both semaglutide and tirzepatide lead to a delay in gastric emptying. Specifically, the authors first investigated the effects of semaglutide and tirzepatide in mice after one dose and 14-day dosing. After initial dosing, the mice demonstrated a dose dependent delay in emptying.



[8]

It is also important to note that the authors evaluated the impact of adding a GIP agonist alone and in combination with semaglutide in mice. There was no effect from the GIP agonist alone, and the combination of the GIP agonist with semaglutide also

---

[7] A receptor *antagonist* has the opposite function of a receptor agonist. A GLP-1 antagonist *blocks* the function of native GLP-1.
[8] Reproduced from Urva S, Coskun T, Loghin C, et al. The novel dual glucose-dependent insulinotropic polypeptide and glucagon-like peptide-1 (GLP-1) receptor agonist tirzepatide transiently delays gastric emptying similarly to selective long-acting GLP-1 receptor agonists. *Diabetes Obes Metab.* 2020;22(10):1886-1891

showed a delay in gastric emptying similar to the result of the same dose of semaglutide without the GIP agonist.





9

The authors concluded that GLP-1 was the driver of gastric delay with tirzepatide and that the "extent of the GE delay with acute tirzepatide treatment did not differ from that of long-acting GLP-1RA." These results in animals are direct evidence that tirzepatide delays gastric emptying.

The same paper from Urva et al. with Eli Lilly reports a phase 1 study in patients that evaluated tirzepatide vs dulaglutide vs placebo in 86 patients. Gastric emptying was measured using acetaminophen absorption testing. At doses of 4.5 mg, the effect on delay was comparable to that seen in dulaglutide. For those patients who were maintained on 5 mg dose, the effect on gastric delay by day 23 was diminished, but still present. Tachyphylaxis of gastric delay was not observed for the 5/5/10/10 or 5/5/10/15 mg cohorts where dosages were increased over the course of the study. This is significant because in many real-world patients, there are multiple dosage adjustments over time. For example, many patients will increase their dosage by 2.5 mg per week on a monthly basis and titrate dosage up over the course of many months, as directed in the labeling. [64]

---

[9] Reproduced from Urva S, *Diabetes Obes Metab.* 2020;22(10):1886-1891.



**FIGURE 2**    Effect of tirzepatide on gastric emptying in healthy participants (A,B) and participants with type 2 diabetes (C,D). Data presented as geometric least squares mean (SD)

Urva et al. demonstrated that tirzepatide had a "comparable" effect to that of dulaglutide and that "the delay was driven by GLP-1RA and the GIP agonism did not seem to contribute to this effect." The Eli Lilly employees acknowledged in their publication that long term studies would be required to understand "GE delay in relation to tachyphylaxis with tirzepatide". In addition, Skelly et al. remarked on the expected effect of tirzepatide on gastric emptying to be greater than GLP-1Ras, "[t]he mechanism of action also leads to a greater effect of delay on GE than typical GLP-1 RAs such as semaglutide and dulaglutide. The magnitude of effect on GE can be attributed to the increased time GLP-1 is exposed to its receptor. Although GIP is the main incretin that stimulates glucose-dependent insulin secretin, it has no known effect on GE."[65]   The authors from Eli Lilly also acknowledged the gastric emptying delay associated with tirzepatide use in a recent review article.[66]

---

[10] Reproduced from Urva S, Coskun T, et al. The novel dual glucose-dependent insulinotropic polypeptide and glucagon-like peptide-1 (GLP-1) receptor agonist tirzepatide transiently delays gastric emptying similarly to selective long-acting GLP-1 receptor agonists. Diabetes Obes Metab. 2020 Oct;22(10):1886-1891. doi: 10.1111/dom.14110. Epub 2020 Jul 13.

There is also other evidence of delayed gastric emptying from studies analyzing drug-drug interactions.  Specifically, Eli Lilly performed a trial to evaluate "how the body processes the commonly prescribed birth control pill, ethinylestradiol + norgestimate (EE/NGM), in healthy female participants and the effect of tirzepatide on how EE/NGM is processed by the body".[67]  The results revealed a substantial delay in $T_{max}$ for those patients that received a single 5 mg dose of tirzepatide on hormone levels, reflecting a delay in gastric emptying.    Multiple authors have attributed these changes in pharmacokinetics (i.e., medication absorption issues) to the delay associated with tirzepatide use.  According to Skelley et al., "Results from clinical studies demonstrated the use of tirzepatide and an oral hormonal contraceptive had the most clinically significant effect on the [Area Under the Curve ("AUC"], [Maximum Concentration ("Cmax")], and [Time to Peak Plasma Concentration ("Tmax")] of the oral hormonal contraceptives." [68]    Simply stated, these changes on the pharmacokinetic parameters show evidence of delayed gastric emptying associated with tirzepatide.

### i.  Chronic Administration and Tachyphylaxis of Gastric Emptying Effect

Tachyphylaxis is a pharmacological concept where a person's response to a drug lessens over time or after repeated doses of a drug, causing the effect of the drug to decrease.  With repeat dosing of peptides tachyphylaxis may occur because the peptide-receptor complex internalizes and over time there is a reduction in the expression of GLP-1 receptors which may reduce the effectiveness of the medication and hence reduce the risk of gastrointestinal side effects after long term use. Although gastric emptying has been shown to lessen over time during chronic administration of GLP-1 and GLP-1RAs,[69] after reviewing the literature discussed below it is my opinion that the weight of the scientific evidence demonstrates that long-acting GLP-1RAs continue to cause a slowing of gastric emptying.

The idea of tachyphylaxis associated with gastric emptying was first investigated in 2011.  Nauck et al reported an evaluation of nine healthy males who were given infusions of GLP-1.  The aim of the study was to gather data to assess if GLP-1-induced gastric emptying delay decelerates over time, or is subject to tachyphylaxis. The results demonstrated that GLP-1 induced inhibition of gastric emptying was reduced over time with continuous infusion of GLP-1.[70] "On the basis of these analyses, GLP-1 significantly slowed gastric emptying after both test meals (periods 1 and 2), but the degree by which gastric emptying was slowed was less prominent 120 min after meal ingestion with the second meal."  However, despite the reduction in its prominence, the delay in emptying still was affected by the GLP-1 administration.  While this is one of the most cited publications to support the elimination of delay after long term exposure to GLP-1 drugs, it does not measure chronic exposure to a GLP-1 agonist and more importantly, the results do not demonstrate a complete loss of effect.

There have been similar studies to evaluate tachyphylaxis in GLP-1 and GLP-1RAs. One distinction in these studies has been differences between short-acting GLP-1 agonists, such as some formulations of exenatide and lixisenatide), and long-acting GLP-1 agonists (including semaglutide, liraglutide and dulaglutide) based on the duration of action of medication. The medications at issue in this case involve long-acting GLP-1 agonists. In studies measuring the long-term effect of these drugs using scintigraphy, there is evidence of sustained effect on gastric emptying.[71,72,73] Stated differently, the data demonstrates that even after weeks or months of use of GLP-1 agonists, including tirzepatide, there continues to be a delay in gastric emptying as compared to placebo. I reviewed these publications in arriving at my opinion on this issue. While there are other studies that have considered this issue in GLP-1 agonists, they often use acetaminophen absorption or are of limited duration. [74,75,76,77,78] My opinion in this matter is based on the evidence relating to tirzepatide as reported by Urva. It is also consistent with a recent review article by Jalleh et al.,[79] who note that results using acetaminophen absorption testing should be "viewed circumspectly", that further studies are warranted, but acknowledging the data that exists demonstrates a persistent effect among the members of the class, including tirzepatide.

### ii. GIP Agonism Alone Does Not Have Significant Impact on Gastric Emptying

Although GIP agonism appears to have a mild antiemetic effect, the presence of GIP agonists in tirzepatide does not eliminate risk of gastrointestinal injury or have a meaningful effect on gastric emptying independent of the effect of the GLP-1 agonists.

By way of background, the original GIPR/ GLP-1RA dual agonist molecule under investigation was modified with a C-18 acyl group to extend pharmacokinetics and began phase 1 clinical trials at Marcadia Biotech with Roche support (RG7697), which led to the development of Phase 2 studies by Novo Nordisk (NNC0090-2746). [80] The original drug candidate had dose-limiting GI side effects in both healthy patients and type 2 diabetics. This provides evidence that dual agonists for GLP-1 and GIP can exhibit GI side effect profiles, and that the GIP agonism is not inherently changing the GI effects associated with the GLP-1RA component of the molecule.

In animal studies, GIP agonists have been reported to reduce gastrointestinal effects caused by medications.[81,82] Research from the University of Pennsylvania, in conjunction with Eli Lilly, evaluated animals who received GIP and GLP-1 agonists. Borner et al. reported results of a rat study in 2021.[83] Rats do not show an emetic response, so researchers used pica – the consumption of non-food items – as an indicator of nausea. The authors found that GIP receptor agonism ameliorated, but did not eliminate, the GI adverse events associated with the GLP-1RA. This same research

25

group, again in conjunction with Eli Lilly, reported additional results in multiple animal species, relating to chemotherapy-induced nausea.  Once again, the group reported results indicating that GIP activation may impact emetic responses.  These results have led some to conclude that GIP agonism in tirzepatide may counteract certain GI adverse effects from the GLP-1 agonists, leading to a reduction in GI events associated with the drug.[84]  However, in reviewing the clinical trial data associated with tirzepatide it is my opinion that these theories are not supported by the clinical evidence, as discussed below.

Knop *et al.,* in conjunction with Eli Lilly, investigated whether co-administration of a GIP receptor agonist in 32 healthy volunteers along with liraglutide to evaluate any impact on the gastrointestinal effects associated with liraglutide use.[85]  The study involved two treatment groups in a cross-over design and patients received either placebo or a GIP agonist over a nine day period while receiving daily liraglutide dosing. The number of GI adverse events was lower in the patient group receiving the GIP agonist, leading the authors to conclude that co-exposure to a GIP agonist can reduce the incidence of GI adverse events associated with GLP-1RA drugs.  However, although there were reduced effects in this study with the addition of the GIP agonist, there were still significant GI adverse events reported in patients using liraglutide.

My opinion is also supported by medical literature, including Galindo's finding that "Both preclinical and clinical studies support that the gastric slowing that occurs with tirzepatide is due to GLP-1R agonism and not related to GIPR agonism."[86]  This opinion is congruent with findings by Eli Lilly discussed above, and acknowledgements in the label.  Although some literature suggests that the GIP component of a dual GIP/GLP-1 agonist such as tirzepatide may ameliorate some of the gastrointestinal symptoms associated with the GLP-1 agonism, that literature does not suggest that the GIP agonist reduces delays in gastric emptying, and does not suggest that the GIP agonist prevents adverse GI events. It is further my opinion that the delay in gastric emptying is persistent, and in some individuals, may be long-lasting.

### e. Tirzepatide Also Impacts Intestinal Motility

Early on, GLP-1 was shown not only to delay gastric emptying, but also to impair intestinal motility in animals. Tolessa et al. demonstrated that GLP-1 was exerting an effect on rat small intestine by slowing "propulsion of contents through the small intestine," in a dose-dependent manner.[87]  Through a series of experiments, Tolessa et al. demonstrated that "GLP-1 increased the [migrating myoelectric complex] cycle length"[88]  The MMC is a recurring motility pattern that processes contents through the intestine.  Specifically, the research group found that "Intravenous infusions of GLP-1 at doses as low as 10 pmol $kg^{-1}min^{-1}$ disrupted the MMC and induced myoelectric quiescence in a dose-dependent manner. Concomitantly, the transit of contents in the

small intestine was inhibited in a similar fashion. This effect is well in agreement with our earlier studies in the rat showing that replacing the MMC by myoelectric quiescence slows propulsion through the gut and should also be valid for the replacement of fed myoelectric by quiescence, as irregular spiking has been considered to promote a substantial propulsion through the gut whereas quiescence does not." Tolessa concluded that GLP-1 was acting directly on gastrointestinal motor functions to "cause an inhibition of motility." Bozkurt et al. also investigated the effect of GLP-1 on intestinal motility in rats.[89]   In these experiments, their research group demonstrated that GLP-1 inhibited the fed myoelectric activity, through increasing the MMC cycle length.

At approximately the same time, Giralt and colleagues were performing similar experiments to demonstrate GLP-1 inhibits intestinal motility, noting, "in the mechanism of action, sympathetic pathways are involved."[90]   These authors concluded from their results the adrenergic pathways were responsible for the inhibition.  The following year, Giralt published additional data demonstrating additional data that GLP-1 seems to act on the ileum through adrenergic pathways.[91]

Data on patients using the drugs confirmed this effect.  In 2008, Hellestrom published results[92] evaluating intestinal motility in patients.  Their results provided evidence that GLP-1 inhibited the migrating motor complex (MMC) and motility index in both healthy patients and patients with IBS.

While there has not been conclusive evidence published one way or the other for tirzepatide, based upon my review of the literature, it is my opinion that tirzepatide also inhibits intestinal motility via the same biological pathways shown for GLP-1.  Because tirzepatide also activates the GLP-1 receptor, it is expected that it would exert the same physiologic effects as other drugs that activate the GLP-1 receptor.  I am also persuaded on the impairment to intestinal motility by recent case reports of patients with bowel obstructions associated with tirzepatide use.[93,94]  In addition, a study reviewing patients using GLP-1 agonists that underwent wireless motility capsule studies demonstrated significant delay in small bowel transit times.[95]   Further, a case report of bowel obstruction in a patient using semaglutide use included a discussion on rational for the injury.[96]  Dr. Matthew Jones detailed the biological mechanism by which GLP-1RA drugs delay small bowel transit and motility, which is also consistent with the literature and my opinion in this matter.  Finally, recent review articles discussing the physiologic actions of GLP-1RA drugs, including tirzepatide, have recognized the drugs impair intestinal motility.[97]

This mechanism is consistent with my years of clinical experience, including my experience with patients who are taking GLP-1RAs.  When these patients are referred to clinic, patients with this condition are referred from their primary care providers to GI specialists with dyspepsia, nausea, a sensation of gastrointestinal fullness and bloating. In reviewing the medication list for a patient with these conditions, if I identify that a GLP-1RA is prescribed, my usual practice is to either reduce the dosage or discontinue the

27

medication altogether. When GLP-1RA were first introduced in clinical practice this link was not initially recognized. However, as gastroenterologists became more familiar with this side effect of the medication is now more clinically obvious that these conditions and drugs are connected. Based on my review of the data, it is my opinion that there is a biologically plausible mechanism by which tirzepatide impairs intestinal motility in addition to delay in gastric emptying.

## VII. When Tirzepatide Delays Gastric Emptying and Intestinal Motility, Gastrointestinal Symptoms Are Reported

### a. Relationship Between Delayed Gastric Emptying and Severe Gastrointestinal Injuries

There is evidence of a correlation between gastrointestinal symptoms and retained gastric contents, including in users of GLP-1 agonists.   In 2019, Vijayvargiya performed a metanalysis to examine the correlation between delayed gastric emptying and upper gastrointestinal symptoms.[98] In this systematic review and meta-analysis, delayed gastric emptying is associated with upper gastrointestinal symptoms (nausea, vomiting, early satiety/fullness, abdominal pain, bloating). This was demonstrated quantitatively in 10 breath test and 15 scintigraph studies with a total of 6,287 patients, an association between symptoms and delayed emptying with an odds ratio of more than 2. The authors also performed sub-analysis to evaluate the type of gastric emptying test and patient populations. The results were more telling using optimal testing methodologies.   Using an optimal gastric emptying methodology, there is a significant association between gastric emptying and all symptoms with the authors concluding, "Among the participants with UGI Sx, there was a significant correlation between gastric emptying and nausea, vomiting, abdominal pain and early satiety/fullness, particularly in the studies with optimal gastric emptying methodology. This indicates that gastric emptying is a useful tool in the assessment of these symptoms." Overall, this large metanalysis showed an association between adverse GI symptoms and delayed gastric emptying. Tirzepatide, as discussed above, delays gastric emptying.   This delay in gastric emptying is consistent with the adverse effects associated with the drugs, including nausea, vomiting, diarrhea, gastroparesis, small bowel obstruction and ileus.[99]

More specifically with respect to GLP-1RA drugs, Silveira examined the role of GLP-1 agonists in patients undergoing upper endoscopic procedures.[100]   In this retrospective observational study, the authors aimed to investigate the relationship between GLP-1 usage and residual gastric contents and reviewed electronic medical records of all patients undergoing elective upper endoscopy between July 2021 and March 2022.  The cohort included 404 patients (33 in the semaglutide and 371 in the null group. About 48.5% were female and the median age was 50 (39–64) years. The results

of their analysis showed that semaglutide use [PR = 4.73 (95%CI 2.07–10.81)] and the presence of ongoing digestive symptoms [PR = 6.1 (95%CI 2.67–13.98)] were significantly associated with increased RGC as shown in the figure below. This evidence is consistent with my opinion that the delay in gastric emptying results in the severe gastrointestinal symptoms seen in patients using tirzepatide. The upper endoscopic photographs clearly showed retained gastric contents and in panel C there is a clear gastric bezoar that is shown (discussed in more detail below). Each of these observations would place the patient at increased risk for adverse gastrointestinal events associated with delayed gastric emptying and reflect the effects of GLP-1 agonists on delayed gastric emptying.



Fig. 1. Upper endoscopy images showing amount of residual gastric content as visually estimated by the attending endoscopist: (A) Small, (B) Medium, (C) Large. Notably, all images were from patients using perioperative semaglutide.

While I considered these results in forming my opinion, I also considered some literature that did not find a correlation between gastrointestinal symptoms and gastric emptying delay. For example, a paper by Parkman suggested that symptoms of gastroparesis are not related to the delayed gastric emptying and thus there can be misalignment of symptoms with gastric emptying, with some patients with severe symptoms having normal gastric emptying.[101] The authors suggested that impaired gastric accommodation rather than gastric emptying may be a more important determinant to explain the postprandial symptoms of gastroparesis. I carefully reviewed the paper but found no information that patients on GLP-1 RA drugs were included or excluded from the study or if the information was ever collected. I also do not consider the finding from the Parkman study to be inconsistent with other published studies or with my opinions. In analyzing whether impaired gastric accommodation is associated with the symptoms of gastroparesis, authors used a water load satiety test (WLST) to measure the water consumed during the test. They found that patients with impaired water ingestion (<238 mL; n = 26) had increased stomach fullness, early satiety, postprandial fullness, and loss of appetite using a symptom-based questionnaire. In my

---

[11] Table reproduced from (Silveira SQ, da Silva LM, de Campos Vieira Abib A, de Moura DTH, de Moura EGH, Santos LB, Ho AM, Nersessian RSF, Lima FLM, Silva MV, Mizubuti GB. Relationship between perioperative semaglutide use and residual gastric content: A retrospective analysis of patients undergoing elective upper endoscopy. J Clin Anesth. 2023 Aug;87:111091. doi: 10.1016/j.jclinane.2023.111091. Epub 2023 Mar 2. PMID: 36870274 ).

opinion a reduction in gastric accommodation is inversely proportional to delayed gastric emptying, because the stomach is full of fluid that is retained in the stomach and therefore the subjects were able to accommodate less water in the WLST. Although this was a study of 109 patients using a consortium of NIH funded center (P50 Mechanism) other studies showed different results, including an additional publication of which Parkman was an author. For example, Khayyam showed that in patients, gastric fullness, bloating and abdominal pain after meal ingestion were higher in patients with delayed gastric emptying than in patients with normal gastric emptying.[102] Parkman distinguished their findings from those of Khayyam, but after reviewing both publications and the differences in protocols, number of patients, collection of symptoms, in my opinion the weight of the evidence indicates a correlation between symptoms and delayed gastric emptying, particularly in patients using GLP-1RA drugs, including tirzepatide. This is also consistent with my clinical experience.

### b. GERD, Nausea and Dyspepsia

Delayed gastric emptying can also predispose to a greater risk for gastroesophageal reflux disease (GERD).[103] The mechanism for this is due to an increased amount of gastric juice oftentimes containing bile and pancreatic enzymes. As this juice passes through an incompetent lower esophageal sphincter the juice flows into the esophagus and the combined effect of gastric acid combined with bile and pancreatic juice has a direct injurious effect on the lower esophagus causing irritation and ulceration and thereby leading to symptoms of GERD. In some patients there is not only reflux but also regurgitation.[104] Patients with GERD will typically present to their physicians with heartburn symptoms or with reports of regurgitation. The association between upper gastrointestinal symptoms with GLP-1 agonists has become more appreciated by the medical community.[105] It may be difficult to distinguish GERD from dyspepsia on clinical grounds. Dyspepsia, or indigestion, is upper abdominal pain or discomfort, often with fullness, burning, bloating, nausea, or belching, occurring during or after eating and can be debilitating in patients resulting in a reduced quality of life and reduced work productivity.[106] In the paper by Masulli, the authors report on the increase in dyspepsia associated with GLP-1 and GIP agonists.[107] In the study by Rubino, et. al., the authors reported that nausea, vomiting diarrhea and dyspepsia correlated with up to 3.1% of total weight reduction and that anti-emetics and anti-diarrheals were commonly used.[108] Xie conducted a metanalysis that examined 48 randomized controlled trials including 27,729 participants.[109] The authors showed that the overall incidence of gastrointestinal adverse events was 11.66%, with nausea being the most frequent (21.49%). In their analysis, tirzepatide had the highest risk of inducing nausea and diarrhea. In a study performed by Jiao, the risk of dyspepsia from using GLP-1 agonists was about 3 times more likely than with placebo.[110] The sum total of these studies indicates that dyspepsia is higher in patients using GLP-1 agonists. These symptoms impact the patients' quality of life (QOL) because they interfere with their ability to sleep and work. In my clinical practice I have

30

evaluated patients who are referred to with these symptoms. In many cases the patient reports that their ability to lead a functional daily living experience is affected. My observations have been supported by studies investigating QOL associated with dyspepsia and epigastric pain syndromes (EPS). In a study by Lee, et al, depression and anxiety were all significantly higher in functional dyspepsia group compared to the normal control. Among the functional dyspepsia subgroups, EPS exhibited higher levels of both depression and anxiety.[111]

In the Rome Foundation Global Epidemiology Study, 54,127 respondents from 26 countries were evaluated completed the Rome IV Diagnostic Questionnaire the authors selected subjects with gastroparesis-like symptoms (GPLS) (nausea and/or vomiting ≥1 day/week and simultaneous PDS) that excluded subjects with self-induced vomiting, cyclic vomiting or cannabinoid hyperemesis. They showed the global prevalence of GPLS was 0.9% overall and 1.3% among diabetic individuals, and that symptoms of anxiety and depression, higher medication usage and doctor visits in the overall and diabetic population, compared to subjects without these symptoms.[112] In clinical practice when patients are referred to me for the evaluation of dyspepsia, I try to determine the cause. Procedures performed may include upper endoscopy, upper GI series and manometric motility studies. In the course of my practice, I have been referred to patients with these symptoms who are taking GLP-1 agonists. Many of these patients are referred to by primary care providers. If I note that the patient is taking either opiates or GLP-1 agonists my initial treatment option is to reduce the dosage of these medications or whenever possible to discontinue their use. When GLP-1 agonists were first introduced into clinical practice for the treatment of type 2 diabetes it was not immediately obvious to providers that these medications resulted in hypomotility symptoms including dyspepsia, bloating, nausea or vomiting.

Recent retrospective evaluations of emergency room use also support the real-world adverse events associated with tirzepatide and GLP-1 agonists.[113]  Lovegrove and colleagues reviewed emergency room visits associated with semaglutide use from 2022-2023. At this point in time, Mounjaro was only recently approved and Zepbound was not yet on the market. However, the semaglutide use is consistent in that the most common emergency room visits involved gastrointestinal events at nearly 70% of events. "Of all ED visits, nausea/vomiting (57.6%), abdominal pain (25.1%), and diarrhea (12.2%) were the gastrointestinal symptoms most commonly reported. Hospitalization was required in 37.6% (CI, 23.7% to 51.4%) of ED visits for hypoglycemia and 15.0% (CI, 9.4% to 20.6%) for gastrointestinal effects."

Based upon my clinical experience, patients using GLP-1RAs can experience hypomotility disorders, accompanied by persistent nausea and vomiting, often requiring them to seek medical treatment and in some cases, hospitalization as a result of their symptoms.

31

### c. Gastroparesis

Gastroparesis is a chronic gastrointestinal motility disorder characterized by delayed gastric emptying of solid food in the absence of a mechanical obstruction of the stomach, resulting in the cardinal symptoms of early satiety, postprandial fullness, nausea, vomiting, belching and bloating. Delayed gastric emptying in the absence of mechanical obstruction and is now recognized as part of a broader spectrum of gastric neuromuscular dysfunction that includes impaired gastric accommodation. The overlap between upper gastrointestinal symptoms makes the distinction between gastroparesis and other disorders, such as functional dyspepsia.[114] Patients typically present with nausea, vomiting, early satiety, postprandial fullness, bloating, and abdominal pain, often leading to poor oral intake and weight loss. The most common etiologies include type 2 diabetes mellitus, postsurgical vagal nerve injury (i.e. Bilroth procedure), medications (notably opioids and GLP-1 receptor agonists), and idiopathic causes. The presence of gastroparesis significantly impacts the patient's quality of life. Pathophysiologically, gastroparesis involves impaired gastric neuromuscular function, including abnormalities of the vagus nerve, enteric neurons, interstitial cells of Cajal, and smooth muscle, often accompanied by pyloric dysfunction. In clinical practice I evaluate patients suspected of having gastroparesis with upper endoscopy, upper GI series and gastric emptying scintigraphy using a standardized solid meal. Prolongation of the solid meal emptying is consistent with gastroparesis. Management focuses on dietary modification (small, low-fat, low-fiber meals), optimization of underlying conditions, and pharmacologic therapy with prokinetic and antiemetic agents. In refractory cases, endoscopic or surgical interventions such as pyloric therapies or gastric electrical stimulation may be considered. At the clinic visit it is important to investigate medications that the patient is taking, with special attention to use of opiates and GLP-1 agonists. In my clinical experience, dose reduction or discontinuation of the offending medication often results in a prompt resolution of symptoms.

Delayed gastric emptying (DGE) can be clinically recognized as gastroparesis when the delay becomes chronic and results in symptoms resulting from the impaired motor function of the stomach in the absence of mechanical or anatomic obstruction.[115] Drug-induced gastroparesis, particularly associated with use of GLP-1 agonists, is well accepted by the medical community.[116] The hallmark symptoms of gastroparesis include nausea, vomiting, bloating, and early satiety.[117] The clinical and mechanistic evidence demonstrates that DGE predisposes patients to a spectrum of gastrointestinal (GI) injuries that can be longstanding. These include gastroparesis, mucosal ulceration/erosions, the formation of bezoars (phytobezoars), erosive esophagitis, small intestinal bacterial overgrowth (SIBO).[118]

Quality of life (QOL) in patients with gastroparesis is impaired compared with the general population and to a level that is similar to patients with other chronic medical and psychological disorders.[119]  In one large study of 335 patients with gastroparesis conducted in the United States, the average impairment of disease-specific QOL, measured using the Patient Assessment of Upper Gastrointestinal Disorders Quality of Life (PAGI-QOL) questionnaire, was significant.[120]

Tirzepatide delays gastric emptying in users, and delays in gastric emptying are associated with the upper gastrointestinal symptoms that are hallmarks of gastroparesis. Indeed, gastroparesis is characterized by delayed gastric emptying in the absence of mechanical obstruction – an effect that tirzepatide is known to have – and upper gastrointestinal symptoms – which tirzepatide is known to cause. Vijayvargiya et al. demonstrated an association between rates of gastric emptying (measured using optimal methodologies) and upper gastrointestinal symptoms.[121]  In a cohort of 6,287 patients, using scintigraphy and breath tests to measure gastric emptying, the authors found a "large magnitude (OR 2.0)" as to all upper gastrointestinal symptoms (except abdominal pain). The authors found a "significant correlation between gastric emptying and nausea, vomiting, abdominal pain, and early satiety/fullness, particularly in the studies with optimal gastric emptying methodology." This association between gastric emptying rates and upper gastrointestinal symptoms was underscored by a systematic review and metanalysis by Vijayvargiya and Camilleri, examining the effects of promotility agents, which found the same association (i.e., when a patient's motility was improved, their upper gastrointestinal symptoms ameliorated).[122]

This relationship is consistent with a 2025 case report by Iskander et al, highlighting a 57-year-old tirzepatide user who presented with abdominal pain, vomiting, and "symptoms resembling those of acute functional gastric outlet obstruction."[123] The tirzepatide user's symptoms resolved upon discontinuation of tirzepatide, highlighting the link between tirzepatide and the patient's impaired emptying and symptoms.

The relationship between delayed gastric emptying and gastroparesis is further underscored by the 2025 AGA Practice Guidelines[124] for treatment of patients with gastroparesis. Those guidelines recommend that practitioners "review the patient's current medications to eliminate medications that may alter GI tract motility; medications that can delay gastric emptying include opiate pain medications and the glucagon-like peptide-1 receptor agonists for diabetes management and weight loss." These recommendations are consistent with my practice, in which the first-line response to a GLP-1RA user with suspected gastroparesis is to eliminate the GLP-1RA and monitor for improvement.

It is my opinion that based on all the above, tirzepatide can cause gastroparesis. It is well accepted that tirzepatide can delay gastric emptying (see Section VI.d), and can

33

cause the hallmark symptoms of gastroparesis such as nausea, vomiting, bloating, and early satiety (see Section VII.b). Gastroparesis is the appropriate diagnosis for a patient who suffers from delayed gastric emptying and upper gastrointestinal symptoms. Because tirzepatide can cause both delay and symptoms, it is biologically plausible that tirzepatide can cause gastroparesis.

### d. Gastric Bezoars

The pathophysiology of DGE causing gastrointestinal injury relates to the retention of gastric contests that results in greater exposure of gastric mucosa to gastric acid, bile and pancreatic enzymes. The development of a bezoar reflects the long-standing effects on delayed gastric emptying. The persistence of these noxious agents predisposes to gastric erosions and ulcerations by disruption of the gastric barrier and reduction in prostaglandin E2.[125] If a gastric bezoar is present there is, in addition, local pressure necrosis that occurs because of the pressure of the bezoar onto the gastric mucosa.[126] In patients with chronic diabetes there is the additional effect of lack of healing of the gastric mucosa.[127] Pharmacobezoars are particularly relevant because the accumulation of medications of different types in the stomach can elicit additional damage to the gastric mucosa. In my clinical practice I have endoscopically been able to retrieve bezoars but the procedure can take several hours to perform.



Figure 1. Endoscopic image of phytobezoars complicated with ulcer. (A) A large circular ulcer at the gastric angle, covered by clean white fur. (B) A shallow depressed oval ulcer at the gastric angle with surrounding edema and covered by white fur. (C) A deeply excavated ulcer at the gastric body with signs of bleeding and covered by yellow fur. (D) An irregular shallow ulcer at the gastric antrum with surrounding edema and covered by yellow fur.

[12]

The clinical consequence of a bezoar is that it can obstruct the emptying of the stomach, can obstruct the small bowel if it migrates from the stomach to the small intestine, and can possibly cause perforations. Preda *et al.* showed that four of 23 (17.4 per cent) patients who were being treated with GLP-1RA medications were found to have moderately large gastric bezoars at gastroscopy (diameter 4 cm or more), whereas 0 of the 77 patients who were not receiving these medications had bezoars.[128]

---

[12] Reproduced from Liu B, Kuang S. Gastric Bezoars: A Retrospective Analysis of 44 Cases. Med Sci Monit. 2024 Aug 28;30:e945377. doi: 10.12659/MSM.945377. PMID: 39192566; PMCID: PMC11373365.

### e. Paralytic Ileus/ Intestinal Blockage

Paralytic ileus (PI) is a condition resulting from reduced small bowel motor activity without physical obstruction or intestinal torsion. Stated simply, ileus is a condition where the intestines stop moving contents through due to a lack of normal muscle contractions also called peristalsis or inhibition of the MMC. Ileus can also lead to a functional blockage, when there is a lack of movement through the intestine.[129] This functional blockage is known as intestinal blockage or a bowel obstruction. It is well-known that ileus can be caused by medication, including opiates. Because of the delay in gastric emptying and impaired motility caused by GLP-1 activation, ileus is another injury that has been reported to be caused by tirzepatide use.[130,131] The mechanism is likely due to the effects of GLP-1 agonists stimulating receptors in the small intestinal smooth muscle leading to activation of cAMP resulting in smooth muscle relaxation. In diabetics there is likely also a component from vagal efferent dysfunction. It is conceivable that in diabetics the combination of direct smooth muscle effects combined with vagal nerve dysfunction leading to synergistic effects resulting in slowed small bowel function. Therefore, the pathophysiology of GLP-1 RA-induced bowel obstruction is likely multifactorial. GLP-1 receptors are present throughout the GI tract, including the stomach, small intestine, and colon.[132] This dual mechanism (direct and secondary) likely contributes to the overall motility dysfunction observed with GLP-1 RA therapy, which can result in bowel obstruction. GLP-1 RAs may also inhibit the sympathetic nervous system by stimulating the GLP-1 receptor on the greater and lesser splanchnic nerves,[133] as well as the sympathetic nerve branch of Auerbach's plexus. This results in an inhibitory effect that slows intestinal peristalsis, delays gastric emptying, and increases duodenal-small bowel emptying time, further impairing motility.

Hellstrom showed that GLP1 agonists reduce antroduodenal contraction.[134] Their study examined motility in healthy subjects and in patients with irritable bowel syndrome using antro-duodeno-jejunal manometry during which intravenous GLP-1 was administered. GLP-1 reduced migrating motor complexes in both groups of patients. The authors also showed that GLP1 receptors were verified using PCR in the small bowel.

By way of history, back in 2012, following a safety communication from the Japanese Medicines Agency reporting intestinal obstruction in three patients treated with GLP-1 agonists, the European Medicine Agency (EMA) found 35 similar cases for exenatide and 24 for liraglutide using the European pharmacovigilance database.[135] From a total of 501,244 adverse drug events with diabetes drugs reported in VigiBase 452 intestinal obstructions involving an incretin-based drug were identified. Intestinal obstructions were more than 4.5 times more frequently reported with incretin-based drugs than with other diabetes drugs (ROR 4.52, 95%CI: 3.87–5.28) with a higher signal

36

for serious cases and for DPP-4i (ROR 8.66, 95%CI: 7.27–10.32) compared to GLP-1a (ROR 3.05, 95%CI: 2.54–3.66).



Yellow arrows indicate air-fluid levels within the loops of distended small intestine

FIGURE 1: Example of small bowel obstruction on CT

[13]

When patients experience ileus, the symptoms can be quite debilitating, and often these patients present to the emergency department. In my clinical experience these patients experience bloating, nausea, vomiting, anorexia, abdominal pain and cramps. When symptoms become severe, patients are typically admitted to the hospital where imaging such as an x-ray or CT scan is used to diagnose the ileus. The intestines signal pain when the intestine is significantly distended as shown in the figure above by Jones. As shown in this figure the cross-sectional CT scan demonstrates distended loops of small bowel with air-fluid levels. Typically, these patients are admitted and prohibited from ingesting food or ("NPO") because bowel rest may help the intestine to reinstitute its peristaltic motion. If the patient has developed vomiting a nasogastric tube is generally inserted into the stomach and suction applied to attempt to decompress the bowel. Treatment also typically includes IV fluids to replace the loss of intestinal secretions and typically includes normal saline and potassium. In some cases, administration of a prokinetic medication such as metoclopramide is appropriate. If the ileus does not resolve or results in a small bowel obstruction, that is typically treated with nasogastric

---

[13] Reproduced from Jones M, Cappola JJ. GLP-1 Receptor Agonists in Diabetes and Obesity: A Case Report and Review of Bowel Obstruction Risks and Management. Cureus. 2025 Apr 8;17(4):e81891. doi: 10.7759/cureus.81891. PMID: 40342457; PMCID: PMC12060997.

decompression where a tube is passed through the nasal passages into the stomach and small intestine to drain fluid and air and relieve pressure. In more severe cases, ileus can lead to bowel obstruction that may require surgery especially if there is a risk of perforation. An effort is made to determine the cause of the ileus which can include electrolyte abnormalities, mechanical obstruction such as stricture, medications are examined.

It is my understanding there are other expert opinions on these issues with a more detailed epidemiological analysis and I am not providing an opinion on epidemiological issues. Nevertheless, it remains my opinion that there is a biologically plausible mechanism that tirzepatide impairs intestinal motility which can result in ileus and non-mechanical small bowel obstructions. This is consistent with what has been reported in the literature, through case reports, and my own clinical experience.

### f. Perioperative Procedures and Anesthesia Risk

In patients undergoing perioperative procedures, the recognition of DGE is of critical importance to reduce perioperative risks, aspiration-related complications, and exacerbation of coexisting GI disorders.[136,137,138] In recent years, there has been investigation into the use of GLP-1 agonists and tirzepatide in the setting of anesthesia and retained gastric contents during endoscopic procedures. [139,140,141,142,143,144,145,146,147] A case report of a patient on tirzepatide with retained contents during endoscopy was recently reported.[148] Several case studies and meta-analyses have reported an increased incidence of retained gastric contents (RGCs) following GLP-1 therapy that are observed during upper endoscopic procedures.[149,150] Although these are only case reports they shed light on the potential risk of using incretins such as GLP-1 and provide awareness to clinicians that prior to endoscopic procedures caution should be used to prevent aspiration. See infra, Section VIII.a.

Based on the preponderance of data from these publications, users of GLP-1 agonists undergoing upper endoscopy are at greater risk of having retained gastric contents, placing these patients at greater risk of aspiration. In patients undergoing upper endoscopic procedures who are concomitantly taking GLP-1 agonists, it would be prudent to discontinue these agents at least one week prior to the procedure if not longer, especially if patients are experiencing upper digestive problems such as gastrointestinal reflux or dyspepsia.

### g. Alternative Mechanisms for Gastrointestinal Symptoms are not Persuasive.

It is well-known and accepted in the medical community that the GLP-1RA class of peptide incretins that they delay gastric emptying and intestinal motility. It is likewise generally posited that delays in gastric emptying and motility delays attributable to GLP-1 RAs may be caused by messaging from GLP-1 receptors to the digestive system through the vagal nerve. This position is supported by the study by Plamboeck designed a study to evaluate the importance of vagal pathways for the effect of GLP-1 on food intake (primary end point), appetite sensations, and gastric emptying in human subjects with truncal vagotomy. This study design permitted an understanding of the site of action of GLP-1 agonists. GLP-1 had no effect on the acetaminophen profile in vagotomized subjects. The authors concluded that "Therefore, the vagus probably plays an important role in mediating the physiological and pharmacological effects of GLP-1". See supra Section VI.a. In the study by Wettergren using a porcine model, infusion of GLP-1 caused a pronounced inhibition of motility, with the frequency of gastric antral contraction being reduced by 43 % and after GLP-1 infusion was terminated there was recovery back to baseline.[151] In another porcine study, the investigators studied the effects of infused GLP-1 in anesthetized pigs. Intravenous infusion of GLP-1 inhibited the antral contractile force, with the amplitude falling from $29.9 \pm 5.7$ mm to $14.6 \pm 3.5$ mm ($p < 0.001$).[152] After vagal deafferentation GLP-1 still inhibited antral motility (from $36.6 \pm 6.4$ mm to $25 \pm 4.4$ mm ($p < 0.019$) suggesting a direct effect of GLP-1 on contractility. The authors concluded, "GLP-1 significantly inhibited centrally induced antral motility and the inhibitory effect of GLP-1 on gastric motility persisted after vagal deafferentation, supporting the hypothesis that the inhibitory effect results from direct interaction of GLP with receptors in the CNS, which in turn reduce vagal efferent output".

Several recent review articles have considered whether there is another CNS component to the drugs, specifically whether the gastrointestinal side effects are a result of the delay in gastric emptying, or have another source, stemming from separate action through the central nervous system.

As a baseline, in the paper by Dr. Abba Kastin, he examined the influx of radiolabeled [Ser8]GLP-1 into brain and showed that it has a rapid influx rate after iv injection in mice.[153] The influx rate of [Ser8]GLP-1 was compared with that of GLP-1 in a blood-free brain perfusion system that showed radiolabeled GLP-1 had a rapid influx. The authors concluded that [Ser8]GLP-1 and the endogenous peptide GLP-1 can gain access to the brain from the periphery by simple diffusion to thereby regulate feeding behavior. There are mixed reports on evidence whether or not GLP-1 and GLP-1 agonists can cross the blood-brain barrier or reach the CNS through other possible mechanisms. However, researchers such as Jalleh have acknowledged the majority of GLP-1RAs do not cross the blood-brain barrier and that "greater understanding of the effect of GLP-1RAs on gastrointestinal and central nervous systems function is clearly needed."[154]

Jalleh et al. considered the clinical consequences of GLP-1RA medications, including tirzepatide recently.[155] Jalleh and colleagues reported concerns with available

39

data due to the use of suboptimal paracetamol absorption testing to measure delay, and due to limited evaluation of GI symptoms in the clinical trial setting (i.e. relying on patient reports). One issue addressed in the paper is that some patients with significant delay report no symptoms, whereas others who report symptoms do not show delay. However, the authors recognized that while the presence of symptoms was not directly correlated with delay in the absence of a GLP-1RA treatment, recent reports in the literature with semaglutide in non-diabetic patients shows a strong correlation between delay and GI symptoms.[156] This is consistent with my opinion, that it is more likely than not that gastric emptying delay and impaired motility are the mechanism causing severe gastrointestinal injuries in tirzepatide users. The same authors considered other sources of gastrointestinal effects in a 2024 review.[157] There is some evidence to support the role of GLP-1RA activity exerting action through the central nervous system. It is known there are GLP-1 receptors throughout the hypothalamus, medulla oblongata, and parietal cortex. The area postrema within the medulla is known to be associated with nausea, so some have speculated GLP-1RA agonists GI effects are moderated via a biological pathway through this mechanism. However, these same authors in speculating on additional pathways also note. "GLP-1RA-induced gastroparesis is generally accepted".

Other authors have speculated there may be some action of GLP-1 agonists acting on the CNS to impact upper gastrointestinal symptoms. For example, Knop et al., noted that gastrointestinal adverse effects of GLP-1RA may be related to activity in the area postrema.[158] Witaszek et al. also noted the gastrointestinal adverse effects may be multifactorial and include activation of receptors in the area postrema by GLP-1RA drugs.[159] Lu et al also studied exendin in ferrets who are able to exert an emetic response, which also provided some evidence of a centrally-mediated effect.[160,161]

In evaluating this literature, it does not change my opinion that severe gastrointestinal symptoms stem from a delay in gastric emptying in patients using GLP-1 agonist drugs, including tirzepatide. Evaluation of the gastrointestinal symptoms in patients using these drugs may, however, be multi-factorial. The vast majority of references to a centrally mediated mechanism in relevant medical literature frame the interaction between GLP-1 RAs, gastrointestinal adverse events, and central nervous system function as speculative or as an area in which more study is needed.[162] I considered this literature in forming my opinions, but find the consistent data that there is delay associated with the drugs and that symptoms result from the delay to weigh in favor of my opinion. There is not sufficient data to conclude that GLP-1RAs are modulating biological effects through the CNS system, and if so, that any effect is greater or surpassed by that caused by the symptoms associated with delay in gastric emptying. A paper by Silveira, see supra Section VII.a, reported on obese patients without diabetes, and showed a significant relationship between delay and symptoms.[163]

VIII.    **Tirzepatide Can Cause Severe Gastrointestinal Conditions, similar to other GLP-1RA drugs, as Confirmed by Real-World Adverse Event Data in Patients.**

Because tirzepatide has only been approved for marketing in the United States for approximately three years, there is less data available for tirzepatide than some of the other GLP-1 agonists on the market, such as liraglutide that was first approved more than a decade earlier. As such, I reviewed the data available, which includes case reports, clinical trial data, and other epidemiological data that includes tirzepatide and other GLP-1 agonist drugs. These types of evidence are all different and carry different weight in forming my opinions. However, each provides further evidence that tirzepatide can cause a delay in gastric emptying leading to severe gastrointestinal injuries in patients.

### a. Clinical Reports

Recent case reports and case series demonstrate that delay in gastric emptying can result in significant injuries relating to the impaired motility. Shortly after tirzepatide's approval, a letter to the editor reported a case from 2023 detailing a patient who recently started tirzepatide for weight loss. [164] She had no prior history of diabetes. The authors reported clinically significant emesis in a patient who had recently started using tirzepatide when intubated for a procedure, demonstrating retained gastric contents. Lorenz also reported on a recent case of small bowel obstruction in a patient using tirzepatide.[165] The patient "developed a functional small bowel obstruction despite having no history of abdominal surgery, prior bowel obstruction, or GI interventions. The only notable recent change in her medical history was a dose escalation of Zepbound (tirzepatide)". Finally, a 2023 poster presentation reported a case of a large bowel obstruction the authors attributed to tirzepatide.[166] The authors noted, "Given its GLP-1 agonism, Tirzepatide may decrease gastrointestinal motility resulting in intestinal obstruction. Of note, the patient had no history of abdominal or pelvic surgeries and had no history of inflammatory bowel disease to suggest other possible risk factors for bowel obstruction."

### b. Clinical Trial Comparisons Show Similar Rates of Gastrointestinal Adverse Events

Adverse event information from clinical trials across the GLP-1RAs and tirzepatide are consistent, which also supports my opinions in this matter. The SURPASS clinical trial program involved trials for the tirzepatide product, Mounjaro. The SURMOUNT clinical trial programs related to the tirzepatide product Zepbound. The main adverse events from the clinical trial programs for tirzepatide were gastrointestinal disorders.

41

Specifically, the data from the tirzepatide clinical trial programs is set forth below. The results for gastrointestinal specific side effects were similar:

| Trial | Drug | Dose | Nausea (%) | Diarrhea (%) | Vomiting (%) |
|---|---|---|---|---|---|
| SURMOUNT-J[167] | Tirzepatide | 10 mg | 14.8 | 10.2 | 6.8 |
| | | 15 mg | 21.1 | 8.9 | 10.0 |
| | | placebo | 3.4 | 3.4 | 3.4 |
| SURPASS-6[168] | Tirzepatide | 5 mg | 13.6 | 11.9 | 4.5 |
| | | 10 mg | 20.6 | 15.1 | 8.8 |
| | | 15 mg | 25.8 | 11.0 | 12.7 |
| | | comparator | 1.1 | 2.4 | 0.6 |
| SURMOUNT 4[169] | Tirzepatide | 10 mg/15 mg | 8.1 | 10.7 | 5.7 |
| | | placebo | 2.7 | 4.8 | 1.2 |
| I8F-MC-GPGB[170] | Tirzepatide and dulaglutide | 1 mg | 3.8 | 13.5 | 3.8 |
| | | 5 mg | 20.0 | 23.6 | 7.3 |
| | | 10 mg | 21.6 | 23.5 | 15.7 |
| | | 15 mg | 39.6 | 32.1 | 26.4 |
| | | dulaglutide | 16.7 | 16.7 | 9.3 |
| | | placebo | 3.9 | 3.9 | 2.0 |
| Phase II[171] | Tirzepatide | 12 mg | 24.1 | 31 | 17.2 |
| | | 15 mg-1 | 39.3 | 35.7 | 17.9 |
| | | 15 mg-2 | 35.7 | 32.1 | 17.9 |
| | | placebo | 7.7 | 7.7 | 3.8 |
| Surmount 3[172] | Tirzepatide | 10 mg/15 mg | 39.7 | 31 | 18.1 |
| | | Placebo | 14 | 9.2 | 1.4 |
| SURPASS-5[173] | Tirzepatide | 5 mg | 12.9 | 12.1 | 6.9 |
| | | 10 mg | 17.6 | 12.6 | 7.6 |
| | | 15 mg | 18.3 | 20.8 | 12.5 |
| | | placebo | 2.5 | 10.0 | 2.5 |
| SURPASS-1[174] | Tirzepatide | 5 mg | 11.6 | 11.6 | 3.3 |
| | | 10 mg | 13.2 | 14.1 | 2.5 |
| | | 15 mg | 18.2 | 11.6 | 5.8 |
| | | placebo | 6.1 | 7.8 | 1.7 |
| SURPASS-2[175] | Tirzepatide and semaglutide | 5 mg | 17.4 | 13.2 | 5.7 |
| | | 10 mg | 19.2 | 16.4 | 8.5 |
| | | 15 mg | 22.1 | 13.8 | 9.8 |
| | | semaglutide | 17.9 | 11.5 | 8.3 |

| SURPASS-4[176] | Tirzepatide | 5 mg | 11.9 | 12.5 | 4.9 |
| | | 10 mg | 16.2 | 19.8 | 8.2 |
| | | 15 mg | 22.5 | 21.9 | 8.6 |
| | | comparator | 2.3 | 4.4 | 1.6 |
| SURPASS J-mono[177] | Tirzepatide and dulaglutide | 5 mg | 12 | 17 | 8.2 |
| | | 10 mg | 19.6 | 8.9 | 5.1 |
| | | 15 mg | 20 | 11.3 | 11.9 |
| | | dulaglutide | 7.6 | 6.9 | 1.3 |
| SURPASS J COMBO[178] | Tirzepatide | 5 mg | 9.5 | 7.4 | 2.7 |
| | | 10 mg | 13.6 | 13.6 | 7.5 |
| | | 15 mg | 27.1 | 13.6 | 10.1 |
| SURPASS-3[179] | Tirzepatide | 5 mg | 11.59 | 15.4 | 5.9 |
| | | 10 mg | 22.5 | 16.7 | 9.4 |
| | | 15 mg | 23.7 | 15.4 | 10.0 |
| | | Insulin degludec | 1.7 | 3.9 | 1.1 |

The results of the clinical trials were also reported in other publications that I reviewed in forming my opinions. The results in other GLP clinical trials are similar. For example, in randomized controlled trials, semaglutide was associated with increased rates of nausea, diarrhea, vomiting, and constipation, and postmarketing studies of glucagon-like peptide-1 agonists before U.S. Food and Drug Administration (FDA) approval of semaglutide for weight loss found an increased risk for gastroparesis, pancreatitis, and bowel obstruction. In the SUSTAIN 4 study Aroda reported that the most frequently reported adverse events were nausea with semaglutide, reported in 77 (21%) patients with 0·5 mg and in 80 (22%) with 1·0 mg.[180] Also, Novo Nordisk scientists have stated that daily doses of a GIP/GLP-1 dual agonist results in "adverse effects of the type typically observed with GLP-1RAs increasingly evident at higher doses."[181]

In the Lincoff study published in NEJM, gastrointestinal side effects were noted in about 10% in another semaglutide clinical trial.[182] Gastrointestinal disorders were reported in 880 patients (10.0%) in the semaglutide group and 172 patients (2.0%) in the placebo group (P<0.001).

Based upon my review of clinical trial data, tirzepatide causes gastrointestinal adverse events, such as nausea, vomiting, and diarrhea. In addition, the effect of tirzepatide is similar to that of other GLP-1RA drugs when used as a comparator, and results in a significantly increased rate when the comparator is a placebo or other diabetes treatment such as insulin. The clinical trial data supports my opinion that tirzepatide causes delayed gastric emptying in patients, which based on medical literature as described here and my clinical experience, manifests in severe

43

gastrointestinal symptoms, including nausea, vomiting, motility disorders, and more severe effects requiring hospitalization.

### c. Epidemiology/Case Reports Support Similar Effects for Tirzepatide and GLP-1 Class

In addition to direct evidence that tirzepatide causes delays, the epidemiological literature further confirms that tirzepatide, as with other GLP-1 agonists, delays gastric emptying resulting in gastrointestinal injuries. There have been a series of retrospective reviews and meta-analysis in recent years specifically to evaluate the delay in emptying and associated symptoms and diseases with these drugs, including tirzepatide. For example, Gonzaga et al reported a retrospective review of electronic medical records of patients undergoing EDG. After reviewing records of over 1000 patients, the authors concluded that GLP-1RA use in diabetics increases the risk of retained food contents during an EDG. When evaluating by drug, tirzepatide had the highest rate of association for retained gastric food contents. While not a large sample size, "[t]irzepatide was associated with a higher risk of food retention than GLP-1 analogs (p = 0.005)".

As noted earlier, a recent publication by Crisafulli evaluated data from a health insurance claim database to evaluate severe gastrointestinal events in patients using dulaglutide, semaglutide, and tirzepatide. The results demonstrated that the risk of GI AERs and Motility related outcomes compared to GLPs to be roughly equal. "In conclusion, in this large observational study based on nationwide U.S. data, dulaglutide, subcutaneous semaglutide, and tirzepatide showed similar gastrointestinal safety profiles in patients with T2D initiating treatment with these medications." I considered this data in coming to my opinion that tirzepatide causes delay similar to the other drugs within the GLP-1RA class. Results reported by Ghusn are similar[183]. A meta-analysis by Ismaiel and colleagues revealed similar results. The review was analyzing the gastrointestinal events associated with tirzepatide and the GLP-1 receptor agonists, including semaglutide, dulaglutide, and liraglutide. All GLP-1 agonists and tirzepatide demonstrated relative risks for nausea, vomiting, diarrhea, among other GI symptoms, as the following table demonstrates. [14]

---

[14] Table reproduced from Ismaiel A, Scarlata GGM, Boitos I, Leucuta DC, Popa SL, Al Srouji N, Abenavoli L, Dumitrascu DL. Gastrointestinal adverse events associated with GLP-1 RA in non-diabetic patients with overweight or obesity: a systematic review and network meta-analysis. Int J Obes (Lond). 2025 Oct;49(10):1946-1957. doi: 10.1038/s41366-025-01859-6. Epub 2025 Aug 13. PMID: 40804463; PMCID: PMC12532569.

**Table 2.** Summary of relative risks (RR) for common gastrointestinal adverse events associated with GLP-1 and related agents in non-diabetic individuals with overweight or obesity.

| Drug | Nausea RR (95% CI) | Vomiting RR (95% CI) | Diarrhea RR (95% CI) | Constipation RR (95% CI) | Abdominal pain RR (95% CI) |
|---|---|---|---|---|---|
| Semaglutide | 2.95 (2.61–3.32) | 4.21 (3.58–4.95) | 1.77 (1.47–2.14) | 2.10 (1.67–2.63) | 2.34 (1.41–3.89) |
| Liraglutide | 3.09 (2.73–3.51) | 3.87 (3.15–4.76) | 1.82 (1.48–2.25) | 2.24 (1.74–2.87) | 2.08 (1.06–4.07) |
| Tirzepatide | 2.90 (2.00–4.19) | 13.23 (4.85–36.09) | 3.35 (1.92–5.85) | 3.36 (1.70–6.63) | 4.36 (1.29–14.78) |
| Cagrilinitide | 2.30 (1.69–3.13) | 1.37 (0.81–2.32) | 1.20 (0.68–2.10) | 1.28 (0.70–2.35) | NA |
| Orforglipron | 4.77 (2.02–11.31) | 4.43 (1.45–13.56) | 2.30 (0.89–5.93) | 4.05 (1.19–13.78) | 1.46 (0.26–8.18) |
| Exenatide | 2.66 (1.40–5.09) | 4.52 (0.25–82.77) | 0.18 (0.02–1.34) | 5.00 (0.24–105.07) | 0.33 (0.01–7.95) |

Recent meta-analyses comparing the adverse event profiles of tirzepatide and other GLP-1 agonist drugs reach the same conclusions. These results show consistently similar GI adverse events. The Kasagga publication reports the results of a meta-analysis to compare tirzepatide and semaglutide vs placebo in non-diabetic adults with obesity.[184] Adverse events were a secondary outcome of the study. The odds ratio for experiencing GI events are depicted in the table below. The rates for gastrointestinal events are similar, although the authors conclude the rates associated with tirzepatide are higher than semaglutide. The Osumuli group found similar results: Osumili et al. report an adjusted indirect treatment comparison comparing tirzepatide and semaglutide.[185]



FIGURE 12: Forest plots of OR for (A) nausea, (B) vomiting, and (C) diarrhea

OR: odds ratio; CI: confidence interval; MTD: maximum tolerated dose

After calculations based on clinical trial data, the Kasagga authors concluded that there was a comparable adverse event profile between the drugs, and no statistically significant differences in the odds of gastrointestinal adverse events between the drugs. Rodriguez also compared semaglutide to tirzepatide and found comparable results.[186]

Finally, Wen et al. conducted a meta-analysis using a PRISMA approach to compare tirzepatide to semaglutide by evaluating clinical trial data.[187]  Four studies were

---

[15] Taken from Kasagga A, Rebellow D, Hashmi T, Husami MY, Lama P, Arul Selvan K, Nakasagga K. Comparative Efficacy and Tolerability of Tirzepatide Versus Semaglutide at Varying Doses for Weight Loss in Non-diabetic Adults With Obesity: A Network Meta-Analysis of Randomized Controlled Trials. Cureus. 2025 Aug 17;17(8):e90335. doi: 10.7759/cureus.90335. PMID: 40978842; PMCID: PMC12444735.

included in the analysis. Adverse event data is shown in the table below,[16] which generally showed similar rates of adverse event reporting.

TABLE 3 | Adverse events for tirzepatide and semaglutide.

| | Tirzepatide | | | | Semaglutide | | | |
|---|---|---|---|---|---|---|---|---|
| | Frias 2021 | Heise 2022 | Rodriguez 2024[a] | Anson 2024 | Frias 2021 | Heise 2022 | Rodriguez 2024[a] | Anson 2024 |
| Total adverse events (dosages) | 63.6% (5mg) 68.7% (10mg) 68.9% (15mg) | 96% (15mg) | NR | NR | 64.2% (1mg) | 98% (1mg) | NR | NR |
| Total gastrointestinal | 40% 46.1% 44.9% | NR | NR | NR | 41.2% | NR | NR | NR |
| Nausea | 17.4% 19.2% 22.1% | 24% | NR | NR | 17.9% | 30% | NR | NR |
| Diarrhoea | 13.2% 16.4% 13.8% | 20% | NR | NR | 11.5% | 30% | NR | NR |
| Vomiting | 5.7% 8.5% 9.8% | 7% | NR | NR | 8.3% | 11% | NR | NR |
| Dyspepsia | 7.2% 6.2% 9.1% | 7% | NR | NR | 6.6% | 32% | NR | NR |
| Decreased appetite | 7.4% 7.2% 8.9% | 60% | NR | NR | 5.3% | 70% | NR | NR |
| Constipation | 6.8% 4.5% 4.5% | 13% | NR | NR | 5.8% | 18% | NR | NR |
| Abdominal Pain | 3.0% 4.5% 5.1% | 11% | NR | NR | 5.1% | 11% | NR | NR |
| Bowel obstruction | NR | NR | 6.26% | NR | NR | NR | 5.54% | NR |
| Cholecystitis | NR | NR | 6.50% | NR | NR | NR | 5.06% | NR |
| Cholelithiasis | NR | NR | 11.89% | NR | NR | NR | 12.66% | NR |

(Continues)

In the course of my review of recent literature on this issue, I considered also the recent analysis by Chiang et al in *Gastroenterology*, "Glucagon-Like Peptide-1 Receptor Agonists and Gastrointestinal Adverse Events: A Systematic Review and Meta-Analysis."[188] The authors concluded that "the risk of serious gastrointestinal and biliary events with GLP-1RAs may be lower than previously reported" based on their review of double-blinded placebo-controlled randomized controlled trials. However, the authors' selection of data to include suffers from certain issues, including, among others, that the trial design varied across data sets, that adverse events "were not primary endpoints" in the underlying RCTs. Typically these adverse events reported in the randomized controlled trials were not emphasized and that different trials involved different treatment protocols. Chiang also included studies on the basis that they were only "required to report at least 1" type of gastrointestinal adverse event and noted the presence of

[16] Wen J, Syed B, Nadora D, How-Volkman C, Bernstein E, Truong A, Akhtar M, Razick A, Puglisi J, Frezza E. Tirzepatide Versus Semaglutide on Weight Loss in Type 2 Diabetes Patients: A Systematic Review and Meta-Analysis of Direct Comparative Studies. Endocrinol Diabetes Metab. 2025 May;8(3):e70045. doi: 10.1002/edm2.70045. PMID: 40184508; PMCID: PMC11970626.

"[v]variability in how these adverse events were defined across studies." Additionally, as the authors noted, the underlying studies were inconsistent in reporting "participant dropout – particularly due to adverse events," and it was therefore "unclear whether individuals who discontinued treatment were fully accounted for in adverse event outcomes." These deficiencies create a high likelihood that severe gastrointestinal adverse events were underreported in the underlying trials, which in my opinion would explain the discrepancy between Chiang's findings and those elsewhere in medical literature.

While there are some inconsistencies in the literature, overall these studies provide consistent evidence that GLP-1 and related peptides delay gastric emptying and thus lead to severe gastrointestinal symptoms and related injuries.

## IX.    CONCLUSION

Based upon the weight of the scientific evidence, consistent with my experience in clinical practice, after evaluation of the medical literature it is my opinion:

1. Exposure to tirzepatide causes a delay in gastric emptying, consistent with the known delay associated with the class of GLP-1RA drugs.
2. This delay is the cause of the severe gastrointestinal side effects associated with the medication, including nausea, vomiting, hypomotility disorders, gastroparesis, bezoars, ileus, and bowel obstruction.
3. The real-world patient data, including case reports and adverse event data demonstrates tirzepatide causes gastrointestinal injuries in patients using the medication.

My conclusions and opinions as set forth above are founded on, and are consistent with, scientific principles of medicine and are expressed to a reasonable degree of scientific and medical certainty. I reserve my right to supplement the opinions contained in this report in the event that further information becomes available to me.

Date:        January 2, 2026        Signature:    _Joseph R. Pisegna MD (Jan 2, 2026 09:48:58 PST)_

[1] Pisegna JR, Wank SA. Molecular cloning and functional expression of the pituitary adenylate cyclase-activating polypeptide type I receptor. Proc Natl Acad Sci U S A. 1993 Jul 1;90(13):6345-9. doi: 10.1073/pnas.90.13.6345. PMID: 8392197; PMCID: PMC46925.

[2] Pohl M, Wank SA. Molecular cloning of the helodermin and exendin-4 cDNAs in the lizard. Relationship to vasoactive intestinal polypeptide/pituitary adenylate cyclase activating polypeptide and glucagon-like peptide 1 and evidence against the existence of mammalian homologues. J Biol Chem. 1998 Apr 17;273(16):9778-84. doi: 10.1074/jbc.273.16.9778. PMID: 9545315

[3] USPTO US 12,049,486 B2 Pisegna et al PAC1 RECEPTOR AGONISTS (MAXCAPS) AND USES THEROF

[4] Coskun T, Sloop KW, Loghin C, Alsina-Fernandez J, Urva S, Bokvist KB, Cui X, Briere DA, Cabrera O, Roell WC, Kuchibhotla U, Moyers JS, Benson CT, Gimeno RE, D'Alessio DA, Haupt A. LY3298176, a novel dual GIP and GLP-1 receptor agonist for the treatment of type 2 diabetes mellitus: From discovery to clinical proof of concept. Mol Metab. 2018 Dec;18:3-14. doi: 10.1016/j.molmet.2018.09.009. Epub 2018 Oct 3. PMID: 30473097; PMCID: PMC6308032.)

[5] Dillon JS, Tanizawa Y, Wheeler MB, Leng XH, Ligon BB, Rabin DU, Yoo-Warren H, Permutt MA, Boyd AE 3rd. Cloning and functional expression of the human glucagon-like peptide-1 (GLP-1) receptor. Endocrinology. 1993 Oct;133(4):1907-10. doi: 10.1210/endo.133.4.8404634. PMID: 8404634.

[6] Thorens B, Porret A, Bühler L, Deng SP, Morel P, Widmann C. Cloning and functional expression of the human islet GLP-1 receptor. Demonstration that exendin-4 is an agonist and exendin-(9-39) an antagonist of the receptor. Diabetes. 1993 Nov;42(11):1678-82. doi: 10.2337/diab.42.11.1678. PMID: 8405712. ).

[7] Pyke C, Heller RS, Kirk RK, Ørskov C, Reedtz-Runge S, Kaastrup P, Hvelplund A, Bardram L, Calatayud D, Knudsen LB. GLP-1 receptor localization in monkey and human tissue: novel distribution revealed with extensively validated monoclonal antibody. Endocrinology. 2014 Apr;155(4):1280-90. doi: 10.1210/en.2013-1934. Epub 2014 Jan 27. PMID: 24467746 )

[8] Pyke C, Heller RS, Kirk RK, et al. GLP-1 receptor localization in monkey and human tissue: novel distribution revealed with a new antibody. *Endocrinology.* 2014;155(4):1280-1290.

[9] Thorens B. Expression cloning of the pancreatic β-cell receptor for the gluco-incretin hormone GLP-1. *Proc Natl Acad Sci USA.* 1992;89(18):8641-8645.

[10] May A, Browe M, Blakeney B, et al. Identification of expression and function of the glucagon-like peptide-1 receptor in colonic smooth muscle. Peptides. 2019;112:48-55

[11] B P Bullock, R S Heller, et al., Tissue distribution of messenger ribonucleic acid encoding the rat glucagon-like peptide-1 receptor. Endocrinology, Volume 137, Issue 7, 1 July 1996, Pages 2968–2978.

[12] Cork SC, Richards JE, Holt MK, Gribble FM, Reimann F, Trapp S. Distribution and characterisation of Glucagon-like peptide-1 receptor expressing cells in the mouse brain. *Mol Metab.* 2015;4(10):718-731.

[13] Ussher JR, Drucker DJ. Cardiovascular biology of the incretin system. *Endocr Rev.* 2012;33(2):187-215.

[14] Körner M, Reubi JC. GLP-1 receptor expression in human tumors and human normal tissues: potential for in vivo targeting. *J Nucl Med.* 2007;48(5):736-743.

49

[15] Brown JC and Pederson RA. Further purification of a polypeptide demonstrating enterogastrone activity. *J. Physiol.* 1970;209(2):57-64.

[16] Yip RGC and Wolfe MM. GIP Biology and Fat Metabolism. *Life Sci.* 2000;66(2):91-103

[17] Usdin TB, Mezey E, Button DC, Brownstein MJ, Bonner TI. Gastric inhibitory polypeptide receptor, a member of the secretin-vasoactive intestinal peptide receptor family, is widely distributed in peripheral organs and the brain. Endocrinology. 1993 Dec;133(6):2861-70. doi: 10.1210/endo.133.6.8243312. PMID: 8243312.

[18] Pisegna JR, Wank SA. Molecular cloning and functional expression of the pituitary adenylate cyclase-activating polypeptide type I receptor. Proc Natl Acad Sci U S A. 1993 Jul 1;90(13):6345-9. doi: 10.1073/pnas.90.13.6345. PMID: 8392197; PMCID: PMC46925 ).

[19] The Human Protein Atlas — www.proteinatlas.org.   GIPR (Gastric Inhibitory Polypeptide Receptor) entry. Accessed data summary for protein/tissue localization and antibody reliability last visited December X, 2025.

[20] Seino Y, Fukushima M, Yabe D (2010) GIP and GLP-1, the two incretin hormones: Similarities and differences. J Diabetes Investig 1: 8–23.

[21] Campbell JE, Beaudry JL, Svendsen B, Baggio LL, Gordon AN, Ussher JR, et al. GIPR is predominantly localized to nonadipocyte cell types within white adipose tissue. *Diabetes.* 2022;71(5):1115–1127.

[22] Usdin TB, Mezey E, Button DC, Brownstein MJ, Bonner TI (1993) Gastric inhibitory polypeptide receptor, a member of the secretin-vasoactive intestinal peptide receptor family, is widely distributed in peripheral organs and the brain. Endocrinology 133: 2861–2870

[23] Müller TD, Adriaenssens A, Ahrén B, Blüher M, Birkenfeld AL, Campbell JE, Coghlan MP, D'Alessio D, Deacon CF, DelPrato S, Douros JD, Drucker DJ, Figueredo Burgos NS, Flatt PR, Finan B, Gimeno RE, Gribble FM, Hayes MR, Hölscher C, Holst JJ, Knerr PJ, Knop FK, Kusminski CM, Liskiewicz A, Mabilleau G, Mowery SA, Nauck MA, Novikoff A, Reimann F, Roberts AG, Rosenkilde MM, Samms RJ, Scherer PE, Seeley RJ, Sloop KW, Wolfrum C, Wootten D, DiMarchi RD, Tschöp MH. Glucose-dependent insulinotropic polypeptide (GIP). Mol Metab. 2025 May;95:102118. doi: 10.1016/j.molmet.2025.102118. Epub 2025 Feb 28. PMID: 40024571; PMCID: PMC11931254.

[24] Müller TD, Adriaenssens A, Ahrén B, Blüher M, Birkenfeld AL, Campbell JE, Coghlan MP, D'Alessio D, Deacon CF, DelPrato S, Douros JD, Drucker DJ, Figueredo Burgos NS, Flatt PR, Finan B, Gimeno RE, Gribble FM, Hayes MR, Hölscher C, Holst JJ, Knerr PJ, Knop FK, Kusminski CM, Liskiewicz A, Mabilleau G, Mowery SA, Nauck MA, Novikoff A, Reimann F, Roberts AG, Rosenkilde MM, Samms RJ, Scherer PE, Seeley RJ, Sloop KW, Wolfrum C, Wootten D, DiMarchi RD, Tschöp MH. Glucose-dependent insulinotropic polypeptide (GIP). Mol Metab. 2025 May;95:102118. doi: 10.1016/j.molmet.2025.102118. Epub 2025 Feb 28. PMID: 40024571; PMCID: PMC11931254.

[25] Usdin TB, Mezey E, Button DC, Brownstein MJ, Bonner TI (1993) Gastric inhibitory polypeptide receptor, a member of the secretin-vasoactive intestinal peptide receptor family, is widely distributed in peripheral organs and the brain. Endocrinology 133: 2861–2870

[26] Morrow NM, Morissette A, Mulvihill EE. Immunomodulation and inflammation: Role of GLP-1R and GIPR expressing cells within the gut. Peptides. 2024 Jun;176:171200. doi: 10.1016/j.peptides.2024.171200. Epub 2024 Mar 28. PMID: 38555054.

[27] Min JS, Jo SJ, Lee S, et al. A comprehensive review on the pharmokinetics and drug-drug interactions of approved GLP-1 receptor agonists and a dual GLP-1/GIP receptor agonist. *Drug Des Devel Ther.* 2025;19:3509-3537.

[28] Mathiesen DS, Bagger JI, Bergmann NC, Lund A, Christensen MB, Vilsbøll T, Knop FK. The Effects of Dual GLP-1/GIP Receptor Agonism on Glucagon Secretion-A Review. Int J Mol Sci. 2019 Aug 22;20(17):4092. doi: 10.3390/ijms20174092. PMID: 31443356; PMCID: PMC6747202

[29] Seino Y, Fukushima M, Yabe D. GIP and GLP-1, the two incretin hormones: Similarities and differences. J Diabetes Investig. 2010 Apr 22;1(1-2):8-23. doi: 10.1111/j.2040-1124.2010.00022.x. PMID: 24843404; PMCID: PMC4020673.

[30] Holst JJ. The physiology of glucagon-like peptide 1. *Physiol Rev.* 2007;87(4):1409-39

[31] Schirra J, Houck P, Wank U, et al. Effects of glucagon-like peptide-1(7-36)amide on antro-pyloro-duodenal motility in the interdigestive state and with duodenal lipid perfusion in humans. *Gut.* 2000;46(5):622-31

[32] Anvari M, Paterson CA, Daniel EE, McDonald TJ. Effects of GLP-1 on gastric emptying, antropyloric motility, and transpyloric flow in response to a nonnutrient liquid. Dig Dis Sci. (1998) 43:1133–40. doi: 10.1023/A:1018863716749

[33] Schirra J, Houck P, Wank U, Arnold R, Göke B, Katschinski M. Effects of glucagon-like peptide-1(7-36) amide on antro-pyloro-duodenal motility in the interdigestive state and with duodenal lipid perfusion in humans. Gut. (2000) 46:622–31. doi: 10.1136/gut.46.5.622).

[34] Holst, J. J. (2007). *The physiology of glucagon-like peptide 1.* Physiological Reviews, 87(4), 1409–1439.

[35] Schirra J, Houck P, Wank U, et al. Effects of glucagon-like peptide-1(7-36)amide on antro-pyloro-duodenal motility in the interdigestive state and with duodenal lipid perfusion in humans. *Gut.* 2000;46(5):622-31

[36] Imeryüz N, Yeğen BC, Bozkurt A, Coşkun T, Villanueva-Peñacarrillo ML, Ulusoy NB. Glucagon-like peptide-1 inhibits gastric emptying via vagal afferent-mediated central mechanisms. Am J Physiol. (1997) 273:G920–7.).

[37] Liu QK (2024) Mechanisms of action and therapeutic applications of GLP-1 and dual GIP/GLP-1 receptor agonists.Front. Endocrinol. 15:1431292. doi: 10.3389/fendo.2024.1431292

[38] Nauck MA, Niedereichholz U, Ettler R, et al. Glucagon-like peptide 1 inhibition of gastric emptying outweighs its insulinotropic effects in healthy humans. *Am J Physiol.* 1997;273(5):E981-8

[39] Little TJ, Pilichiewicz AN, Russo A, et al. Effects of intravenous glucagon-like peptide-1 on gastric emptying and intragastric distribution in healthy subjects: relationships with postprandial glycemic and insulinemic responses. *J Clin Endocrinol Metab.* 2006;91(5):1916-2

[40] Nauck MA, Niedereichholz U, Ettler R, et al. Glucagon-like peptide 1 inhibition of gastric emptying outweighs its insulinotropic effects in healthy humans. *Am J Physiol.* 1997;273(5):E981-8

[41] Schirra J, Houck P, Wank U, Arnold R, Göke B, Katschinski M. Effects of glucagon-like peptide-1(7-36) amide on antro-pyloro-duodenal motility in the interdigestive state

and with duodenal lipid perfusion in humans. Gut. (2000) 46:622–31. doi: 10.1136/gut.46.5.622).

[42] Jalleh JR, Marathe CS, Rayner CK, et al. Physiology and pharmacology of effects of GLP-1-based therapies on gastric, biliary and intestinal motility. *Endocrinology.* 2024;166(1):bqae155

[43] Maselli DB, Camilleri M. Effects of GLP-1 and its analogs on gastric physiology in diabetes mellitus and obesity. *Adv Exp Med Biol.* 2021;1307:171-192

[44] Marathe 2011 Marathe CS, Rayner CK, Jones KL, et al. Effects of GLP-1 and incretin-based therapies on gastrointestinal motor function. *Exp Diabetes Res.* 2011;2011:279530

[45] Jalleh JR, Marathe CS, Rayner CK, et al. Physiology and pharmacology of effects of GLP-1-based therapies on gastric, biliary and intestinal motility. *Endocrinology.* 2024;166(1):bqae155

[46] Berry AJ. Reinfusion of gastrointestinal secretions: the bedside experience. Pract Gastroenterol 2017;41:22–31).

[47] Camilleri M, Chedid V, Ford AC, Haruma K, Horowitz M, Jones KL, Low PA, Park SY, Parkman HP, Stanghellini V. Gastroparesis. Nat Rev Dis Primers. 2018 Nov 1;4(1):41. doi: 10.1038/s41572-018-0038-z. PMID: 30385743.

[48] Jalleh R, Horowitz M, Rayner CK, Wu T. Gastrointestinal effects of GLP-1 receptor agonists: mechanisms, management, and future directions. Diabetes, Obesity and Metabolism. 2024;26(1):17–29. doi:10.1111/dom.15575

[49] https://www.accessdata.fda.gov/drugsatfda_docs/label/2025/215866s034lbl.pdf

[50] https://www.accessdata.fda.gov/drugsatfda_docs/label/2025/217806Orig1s020lbl.pdf

[51] https://www.accessdata.fda.gov/drugsatfda_docs/label/2025/209637s035,209637s037lbl.pdf

[52] https://www.accessdata.fda.gov/drugsatfda_docs/label/2025/213051s024,s028s029lbl.pdf

[53] https://www.accessdata.fda.gov/drugsatfda_docs/label/2025/215256s026lbl.pdf

[54] https://www.accessdata.fda.gov/drugsatfda_docs/label/2025/125469s063lbl.pdf

[55] https://www.accessdata.fda.gov/drugsatfda_docs/label/2025/206321s022lbl.pdf

[56] https://www.accessdata.fda.gov/drugsatfda_docs/label/2025/022341s046lbl.pdf

[57] Crisafulli S, Alkabbani W, Paik JM, Bykov K, Tavakkoli A, Glynn RJ, Htoo PT, Yu EW, Trifirò G, Wexler DJ, Patorno E. Comparative Gastrointestinal Safety of Dulaglutide, Semaglutide, and Tirzepatide in Adults With Type 2 Diabetes. Ann Intern Med. 2025 Nov 4. doi: 10.7326/ANNALS-25-01724. Epub ahead of print. PMID: 41183330.

[58] Jaber F, Obeidat K, Adam M, et. Al. Tirzepatide Shows Lower Risk of Gastrointestinal Side Effects Compared to Othr Glucagon-Like Peptide-1 Receptor Agonists: A Real-World Analysis of Over 1 Million Patients. Gastroenterology 169(1):S-945-S-946. DOI:10.1016/S0016-5085(25)03107-5

[59] Meier, J. J., et al. Gastric inhibitory polypeptide does not inhibit gastric emptying in humans. *Am. J. Physiol. Endocrinol Metab.* 286: E621-E625 (2004).

[60] Gasbjerg 2019 Gasbjerg LS, Helsted MM, Hartmann B, et al. Separate and combined glucometabolic effects of endogenous glucose-dependent insulinotropic polypeptide and glucagon-like peptide 1 in healthy individuals. *Diabetes.* 2019;68(5):906-917

[61] Wong E, Cope R, Dima L, et al. Tirzepatide: a dual glucose-dependent insulinotropic polypeptide and glucagon-like peptide-1 agonist for the management of type 2 diabetes mellitus. *Am J Ther.* 2023;30(1):e26-e35

[62] Skelley JW, Swearengin K, York AL, Glover LH. The impact of tirzepatide and glucagon-like peptide 1 receptor agonists on oral hormonal contraception. J Am Pharm Assoc (2003). 2024 Jan-Feb;64(1):204-211.e4. doi: 10.1016/j.japh.2023.10.037. Epub 2023 Nov 7. PMID: 37940101.

[63] Urva S, Coskun T, Loghin C, et al. The novel dual glucose-dependent insulinotropic polypeptide and glucagon-like peptide-1 (GLP-1) receptor agonist tirzepatide transiently delays gastric emptying similarly to selective long-acting GLP-1 receptor agonists. *Diabetes Obes Metab.* 2020;22(10):1886-1891

[64] https://www.accessdata.fda.gov/drugsatfda_docs/label/2025/215866s034lbl.pdf

[65] Skelley JW, Swearengin K, York AL, Glover LH. The impact of tirzepatide and glucagon-like peptide 1 receptor agonists on oral hormonal contraception. J Am Pharm Assoc (2003). 2024 Jan-Feb;64(1):204-211.e4. doi: 10.1016/j.japh.2023.10.037. Epub 2023 Nov 7. PMID: 37940101.

[66] De Block C, Bailey C, Wysham C, Hemmingway A, Allen SE, Peleshok J. Tirzepatide for the treatment of adults with type 2 diabetes: An endocrine perspective. Diabetes Obes Metab. 2023 Jan;25(1):3-17. doi: 10.1111/dom.14831. Epub 2022 Aug 31. PMID: 35929488; PMCID: PMC10087310.

[67] https://clinicaltrials.gov/study/NCT04172987

[68] Skelley JW, Swearengin K, York AL, Glover LH. The impact of tirzepatide and glucagon-like peptide 1 receptor agonists on oral hormonal contraception. J Am Pharm Assoc (2003). 2024 Jan-Feb;64(1):204-211.e4. doi: 10.1016/j.japh.2023.10.037. Epub 2023 Nov 7. PMID: 37940101.

[69] Nauck, M. A., et al. (2011). *Tachyphylaxis to the effect of GLP-1 on gastric emptying in humans.* Diabetes, 60(5), 1561–1565.

[70] Nauck MA, Kemmeries G, Holst JJ, et al. Rapid tachyphylaxis of the glucagon-like peptide 1-induced deceleration of gastric emptying in humans. *Diabetes.* 2011;60(5):1561-5

[71] Maselli D, Atieh J, Clark MM, et al. Effects of liraglutide on gastrointestinal functions and weight in obesity: a randomized clinical and pharmacogenomic trial. *Obesity* 2022; **30:** 1608–20.

[72] Jones KL, Huynh LQ, Hatzinikolas S, et al. Exenatide once weekly slows gastric emptying of solids and liquids in healthy, overweight people at steady-state concentrations. *Diabetes Obes Metab.* 2020;22(5):788-797

[73] Halawi H, Khemani D, Eckert D, et al. Effects of liraglutide on weight, satiation, and gastric functions in obesity: a randomised, placebo-controlled pilot trial. *Lancet Gastroenterol Hepatol.* 2017;2(12):890-899

[74] Umapathysivam MM, Lee MY, Jones KL, et al. Comparative effects of prolonged and intermittent stimulation of the glucagon-like peptide 1 receptor on gastric emptying and glycemia. *Diabetes.* 2014;63(2):785-90

[75] Drucker DJ, Buse JB, Taylor K, et al. Exenatide once weekly versus twice daily for the treatment of type 2 diabetes: a randomised, open-label, non-inferiority study. *Lancet.* 2008;372(9645):1240-50

[76] Jelsing J, Vrang N, Hansen G, et al. Liraglutide: short-lived effect on gastric emptying -- long lasting effects on body weight. *Diabetes Obes Metab.* 2012;14(6):531-8

[77] Dejgaard TF, Frandsen CS, Hansen TS, et al. Efficacy and safety of liraglutide for overweight adult patients with type 1 diabetes and insufficient glycaemic control (Lira-1): a randomised, double-blind, placebo-controlled trial. *Lancet Diabetes Endocrinol.* 2016;4(3):221-232

[78] Hiromoto B, McCarty TR, Lodhia NA, et al. Quantified metrics of gastric emptying delay by glucagon-like peptide-1 agonists: a systematic review and meta-analysis with insights for periprocedural management. *Am J Gastroenterol*, 2024;119(6):1126-1140

[79] Jalleh JR, Marathe CS, Rayner CK, et al. Physiology and pharmacology of effects of GLP-1-based therapies on gastric, biliary and intestinal motility. *Endocrinology.* 2024;166(1):bqae155

[80] Campbell JE, Muller TD, Finan B, et al. GIPR/GLP-1R dual agononist therapies for diabetes and weight loss-chemistry, physiology, and clinical applications. *Cell Metab.* 2023 Sep 5;35(9):1519-1529

[81] Borner T, Reiner BC, Crist RC, et al. GIP receptor agonism blocks chemotherapy-induced nausea and vomiting. Mol Metab. 2023;73: 101743.

[82] Borner T, Geisler CE, Fortin SM, et al. GIP receptor Agonism attenuates GLP-1 receptor agonist-induced nausea and emesis in preclinical models. Diabetes. 2021;70(11):2545-2553.

[83] Borner T, Geisler CE, Fortin SM, et al. GIP receptor Agonism attenuates GLP-1 receptor agonist-induced nausea and emesis in preclinical models. Diabetes. 2021;70(11):2545-2553.

[84] Liu QK (2024) Mechanisms of action and therapeutic applications of GLP-1 and dual GIP/GLP-1 receptor agonists.Front. Endocrinol. 15:1431292. doi: 10.3389/fendo.2024.1431292

[85] Knop FK, Urva S, Rettiganti M, Benson CT, Roell WC, Mather KJ, Haupt A, Pratt EJ. A long-acting glucose-dependent insulinotropic polypeptide receptor agonist improves the gastrointestinal tolerability of glucagon-like peptide-1 receptor agonist therapy. Diabetes Obes Metab. 2024 Nov;26(11):5474-5478. doi: 10.1111/dom.15875. Epub 2024 Aug 27. PMID: 39188238.

[86] Galindo RJ, Cheng AYY, Longuet C, et al. Insights into the mechanism of action of tirzepatide: a narrative review. *Diabetes Ther.* 2025;10.1007/s13300-025-01804-w.

[87] Tolessa T, Gutniak M, Holst JJ, et al. Glucagon-like peptide-1 retards gastric emptying and small bowel transit in the rat: effect mediated through central or enteric nervous mechanisms. *Dig Dis Sci.* 1998;43(10):2284-90

[88] Tolessa T, Gutniak M, Holst JJ, et al. Inhibitory effect of glucagon-like peptide-1 on small bowel motility. Fasting but not fed motility inhibited via nitric oxide independently of insulin and somatostatin. *J Clin Invest.* 1998;102(4):764-74

[89] Bozkurt A, Näslund E, Holst JJ, et al. GLP-1 and GLP-2 act in concert to inhibit fasted, but not fed, small bowel motility in the rat. *Regul Pept.* 2002;107(1-3):129-35

[90] Giralt M, Vergara P. Sympathetic pathways mediate GLP-1 actions in the gastrointestinal tract of the rat. *Regul Pept.* 1998;74(1):19-25

[91] Giralt M, Vergara P. Glucagonlike peptide-1 (GLP-1) participation in ileal brake induced by intraluminal peptones in rat. *Dig Dis Sci.* 1999;44(2):322-9

[92] Hellström PM, Näslund E, Edholm T, et al. GLP-1 suppresses gastrointestinal motility and inhibits the migrating motor complex in healthy subjects and patients with irritable bowel syndrome. *Neurogastroenterol Motil.* 2008;20(6):649-59

[93] Mathew A, Hannoodee H. FRI643 Tirzepatide Associated Partial Small Bowel Obstruction: A Case Report. J Endocr Soc. 2023 Oct 5;7(Suppl 1):bvad114.862. doi: 10.1210/jendso/bvad114.862. PMCID: PMC10554206.

[94] Morgenthaler L, DePietro R. Case Report: Small Bowel Obstruction After Starting Tirzepatide (Mounjaro). Am Fam Physician. 2024 Dec;110(6):562. PMID: 39700350.

[95] Nakatani Y, Meda M, Matsumura M, et al. Effect of GLP-1 receptor agonist on gastrointestinal tract motility and residue rates as evaluated by capsule endoscopy. Diabetes Metab. 2017; 43(5):430-437

[96] Jones M, Cappola JJ. GLP-1 receptor agonists in diabetes and obesity: a case report and review of bowel obstruction risks and management. Cureus. 2025;17(4):e81891

[97] Jalleh RJ, Rayner CK, Hausken T, et al. Gastrointestinal effects of GLP-1 receptor agonists: mechanisms, management, and future directions. Lancet Gastroenterol Hepatol. 2024;9(10):957-964

[98] Vijayvargiya P, Jameie-Oskooei S, Camilleri M, et al. Association between delayed gastric emptying and upper gastrointestinal symptoms: a systematic review and meta-analysis. Gut, 2019;68(5):804-813.

[99] Huang M, Liu G, Zhang C, Wang Y, Liu S, Zhao J. A retrospective observational study on case reports of adverse drug reactions (ADRs) to tirzepatide. Front Pharmacol. 2025 Jul 1;16:1608657. doi: 10.3389/fphar.2025.1608657. PMID: 40667509; PMCID: PMC12259682.

[100] Silveira SQ, da Silva LM, de Campos Vieira Abib A, de Moura DTH, de Moura EGH, Santos LB, Ho AM, Nersessian RSF, Lima FLM, Silva MV, Mizubuti GB. Relationship between perioperative semaglutide use and residual gastric content: A retrospective analysis of patients undergoing elective upper endoscopy. J Clin Anesth. 2023 Aug;87:111091. doi: 10.1016/j.jclinane.2023.111091. Epub 2023 Mar 2. PMID: 36870274.

[101] Parkman HP, Van Natta ML, Maurer AH, Koch KL, Grover M, Malik Z, Sarosiek I, Abell TL, Bulat R, Kuo B, Shulman RJ, Farrugia G, Miriel L, Tonascia J, Hamilton F, Pasricha PJ, McCallum RW. Postprandial symptoms in patients with symptoms of gastroparesis: roles of gastric emptying and accommodation. Am J Physiol Gastrointest Liver Physiol. 2022 Jul 1;323(1):G44-G59. doi: 10.1152/ajpgi.00278.2021. Epub 2022 May 3. PMID: 35502871; PMCID: PMC9236865..

[102] Khayyam U, Sachdeva P, Gomez J, Ramzan Z, Smith MS, Maurer AH, Fisher RS, Parkman HP. Assessment of symptoms during gastric emptying scintigraphy to correlate symptoms to delayed gastric emptying. Neurogastroenterol Motil 22: 539–545, 2010. doi:10.1111/j.1365-2982.2009.01454.x..

[103] Camilleri M, Parkman HP, Sahfi MA, et al. Clinical Guideline: Management of Gastroparesis. Am J Gastroenterol. 2013 Jan;108(1):18-38

[104] Camilleri M, Parkman HP, Sahfi MA, et al. Clinical Guideline: Management of Gastroparesis. Am J Gastroenterol. 2013 Jan;108(1):18-38

[105] Bellavance D, Chua S, Mashimo H. Gastrointestinal Motility Effects of GLP-1 Receptor Agonists. Curr Gastroenterol Rep. 2025 Jul 7;27(1):49. doi: 10.1007/s11894-025-00995-3. PMID: 40622491.

[106] El-Serag HB, Talley NJ. Health-related quality of life in functional dyspepsia. Aliment Pharmacol Ther. 2003 Aug 15;18(4):387-93. doi: 10.1046/j.1365-2036.2003.01706.x. PMID: 12940923.

[107] Masulli M, Tack J, Esposito G, Sarnelli G. GLP-1 and GIP agonists in diabetes and obesity and the rise of dyspepsia. Intern Emerg Med. 2025 Nov;20(8):2291-2294. doi: 10.1007/s11739-025-04117-9. Epub 2025 Sep 21. PMID: 40975854.

[108] Rubino DM, Pedersen SD, Connery L, Cao D, Chigutsa F, Stefanski A, Fraseur Brumm J, Griffin R, Gerber C. Gastrointestinal tolerability and weight reduction associated with tirzepatide in adults with obesity or overweight with and without type 2 diabetes in the SURMOUNT-1 to -4 trials. Diabetes Obes Metab. 2025 Apr;27(4):1826-1835. doi: 10.1111/dom.16176. Epub 2025 Jan 9. PMID: 39789843; PMCID: PMC11885085.

[109] Xie X, Yang S, Deng S, Liu Y, Xu Z, He B. Comparative gastrointestinal adverse effects of GLP-1 receptor agonists and multi-target analogs in type 2 diabetes: a Bayesian network meta-analysis. Front Pharmacol. 2025 Sep 19;16:1613610. doi: 10.3389/fphar.2025.1613610. PMID: 41050409; PMCID: PMC12491879.

[110] Jiao BL, Zhao J, Wang B, Liu BY, Wu T. Network meta-analysis of the risk of dyspepsia and anorexia in patients with type 2 diabetes mellitus induced by glucagon-like peptide 1 receptor agonist hypoglycemic drugs. Eur Rev Med Pharmacol Sci. 2024 Apr;28(8):3073-3084. doi: 10.26355/eurrev_202404_36023. PMID: 38708466

[111] Lee SW, Yang CM, Ryu HS, Choi SC, Lee SY, Jang SH. Psychological Characteristics and Quality of Life of Patients With Functional Dyspepsia. Psychiatry Investig. 2024 Jun;21(6):637-645. doi: 10.30773/pi.2024.0079. Epub 2024 Jun 24. PMID: 38960441; PMCID: PMC11222077.

[112] Huang IH, Schol J, Khatun R, Carbone F, Van den Houte K, Colomier E, Balsiger LM, Törnblom H, Vanuytsel T, Sundelin E, Simrén M, Palsson OS, Bangdiwala SI, Sperber AD, Tack J. Worldwide prevalence and burden of gastroparesis-like symptoms as defined by the United European Gastroenterology (UEG) and European Society for Neurogastroenterology and Motility (ESNM) consensus on gastroparesis. United European Gastroenterol J. 2022 Oct;10(8):888-897. doi: 10.1002/ueg2.12289. Epub 2022 Aug 19. PMID: 35985672; PMCID: PMC9557951.

[113]Lovegrove MC, Stone ND, Geller AI, Weidle NJ, Lind JN, Cohen PAUS (2025) Emergency department visits attributed by clinicians to semaglutide adverse events, 2022–2023. Ann Intern Med 178(6):898–900. https://doi.org/10.7326/ANNALS-24-03258):

[114] Camilleri M, Chedid V, Ford AC, Haruma K, Horowitz M, Jones KL, Low PA, Park SY, Parkman HP, Stanghellini V. Gastroparesis. Nat Rev Dis Primers. 2018 Nov 1;4(1):41. doi: 10.1038/s41572-018-0038-z. PMID: 30385743.

[115] Camilleri M, Parkman HP, Sahfi MA, et al. Clinical Guideline: Management of Gastroparesis. Am J Gastroenterol. 2013 Jan;108(1):18-38.

[116] Jalleh RJ, Rayner CK, Hausken T, et al. Gastrointestinal effects of GLP-1 receptor agonists: mechanisms, management, and future directions. Lancet Gastroenterol Hepatol. 2024 Oct;9(10):957-964.

[117] Camilleri M, Chedid V, Ford AC, Haruma K, Horowitz M, Jones KL, Low PA, Park SY, Parkman HP, Stanghellini V. Gastroparesis. Nat Rev Dis Primers. 2018 Nov 1;4(1):41. doi: 10.1038/s41572-018-0038-z. PMID: 30385743.

[118] Preda V, Khoo SSY, Preda T, Lord RV. Gastroparesis with bezoar formation in patients treated with glucagon-like peptide-1 receptor agonists: Potential relevance for

bariatric and other gastric surgery. BJS Open. 2023;7(1):zrac169; Beas R, Riva-Moscoso A, Montalvan-Sanchez E, et al. Prevalence of small intestinal bacterial overgrowth in patients with gastroparesis: A systematic review and meta-analysis. Gastroenterol Hepatol Bed Bench. 2023;16(1):438-447; Samosir, D. R. S., Lesmana, L. M. A., & Abdullah, M. (2011). Delayed gastric emptying in an Indonesian population with reflux esophagitis. Acta Medica Indonesiana, 43(4), 229–232.

[119] Lacy, B. E., Crowell, M. D., Mathis, C., Bauer, D. & Heinberg, L. J. Gastroparesis: quality of life and health care utilization. J. Clin. Gastroenterol. 52, 20-24 (2018)

[120] Hasler, W. L., et al. Bloating in gastroparesis: severity, impact, and associated factors. Am. J. Gastroenterol. 106, 1492-1502 (2011)

[121] Vijayvargiya P, Jameie-Oskooei S, Camilleri M, et al. Association between delayed gastric emptying and upper gastrointestinal symptoms: a systematic review and meta-analysis. *Gut.* 2019;68(5):804-813

[122] Vijayvargiya P, Camilleri M, Chedid V, et al. Effects of Promotility Agtents on Gastric Empting and Symptoms: A Systemic Review and Meta-analysis. Gastroenterology 2019;156;1650-1660.

[123] Iskander M, Magdy A, Gohel T. Acute functional gastric outlet obstruction associated with low-dose tirzepatide. *Cureus.* 2025;17(5):e78090. doi:10.7759/cureus.78090

[124] Staller K, Parkman HP, Greer KB, Leiman DA, Zhou MJ, Singh S, Camilleri M, Altayar O; AGA Clinical Guidelines Committee. AGA Clinical Practice Guideline on Management of Gastroparesis. Gastroenterology. 2025 Oct;169(5):828-861. doi: 10.1053/j.gastro.2025.08.004. PMID: 40976635

[125] Vaezi MF, Richter JE. Duodenogastro-oesophageal reflux. Baillieres Best Pract Res Clin Gastroenterol. 2000 Oct;14(5):719-729.

[126] Iwamuro M, Okada H, Matsueda K, Inaba T, Kusumoto C, Imagawa A, Yamamoto K. Review of the diagnosis and management of gastrointestinal bezoars. World J Gastrointest Endosc. 2015 Apr 16;7(4):336–345.

[127] Harsch IA, Brzozowski T, Bazela K, Konturek SJ, Kukharsky V, Pawlik T, Pawlowski E, Hahn EG, Konturek PC. Impaired gastric ulcer healing in diabetic rats: role of heat shock protein, growth factors, prostaglandins and proinflammatory cytokines. Eur J Pharmacol. 2003;481(2-3):249-260.

[128] Preda V, Khoo SS, Preda T, Lord RV. Gastroparesis with bezoar formation in patients treated with glucagon-like peptide-1 receptor agonists: potential relevance for bariatric and other gastric surgery. BJS Open. 2023 Jan 6;7(1):zrac169. doi: 10.1093/bjsopen/zrac169. PMID: 36723995; PMCID: PMC9891341.

[129] Drucker DJ. The biology of incretin hormones. Cell Metab 2006;3:153–65.

[130] Mathew A, Hannoodee H. FRI643 Tirzepatide Associated Partial Small Bowel Obstruction: A Case Report. J Endocr Soc. 2023 Oct 5;7(Suppl 1):bvad114.862. doi: 10.1210/jendso/bvad114.862. PMCID: PMC10554206.

[131] Morgenthaler L, DePietro R. Case Report: Small Bowel Obstruction After Starting Tirzepatide (Mounjaro). Am Fam Physician. 2024 Dec;110(6):562. PMID: 39700350.

[132] Halim MA, Degerblad M, Sundbom M, Karlbom U, Holst JJ, Webb DL, Hellström PM. Glucagon-Like Peptide-1 Inhibits Prandial Gastrointestinal Motility Through Myenteric Neuronal Mechanisms in Humans. J Clin Endocrinol Metab. 2018 Feb 1;103(2):575-585. doi: 10.1210/jc.2017-02006. PMID: 29177486.

[133] Nakatani Y, Maeda M, Matsumura M, Shimizu R, Banba N, Aso Y, Yasu T, Harasawa H. Effect of GLP-1 receptor agonist on gastrointestinal tract motility and residue rates as evaluated by capsule endoscopy. Diabetes Metab. 2017

Oct;43(5):430-437. doi: 10.1016/j.diabet.2017.05.009. Epub 2017 Jun 23. PMID: 28648835.

[134] Hellström PM, Näslund E, Edholm T, Schmidt PT, Kristensen J, Theodorsson E, et al. GLP1 suppresses gastrointestinal motility and inhibits the migrating motor complex in healthy subjects and patients with irritable bowel syndrome. Neurogastroenterol Motil Off J Eur Gastrointest Motil Soc 2008;20:649–59.

[135] Gudin B, Ladhari C, Robin P, Laroche ML, Babai S, Hillaire-Buys D, Faillie JL. Incretin-based drugs and intestinal obstruction: A pharmacovigilance study. Therapie. 2020 Nov-Dec;75(6):641-647. doi: 10.1016/j.therap.2020.02.024. Epub 2020 May 11. PMID: 32418731.

[136] Chang MG, Ripoll JG, Lopez E, Krishnan K, Bittner EA. A Scoping Review of GLP-1 Receptor Agonists: Are They Associated with Increased Gastric Contents, Regurgitation, and Aspiration Events? J Clin Med. 2024 Oct 23;13(21):6336. doi: 10.3390/jcm13216336. PMID: 39518474; PMCID: PMC11546377.

[137] Maselli DB, Lee D, Bi D, Jirapinyo P, Thompson CC, Donnangelo LL, McGowan CE. Safe Continuation of Glucagon-like Peptide 1 Receptor Agonists at Endoscopy: A Case Series of 57 Adults Undergoing Endoscopic Sleeve Gastroplasty. Obes Surg. 2024 Jul;34(7):2369-2374. doi: 10.1007/s11695-024-07278-2. Epub 2024 May 16. PMID: 38753265.

[138] Warner MA, Warner ME, Weber JG. Clinical significance of pulmonary aspiration during the perioperative period. Anesthesiology. 1993;78(1):56-62.

[139] Stark JE, Cole JL, Ghazarian RN, Klass MJ. Impact of Glucagon-Like Peptide-1 Receptor Agonists (GLP-1RA) on Food Content During Esophagogastroduodenoscopy (EGD). Ann Pharmacother. 2022 Aug;56(8):922-926. doi: 10.1177/10600280211055804. Epub 2021 Nov 2. PMID: 34726082.

[140] Kobori T, Onishi Y, Yoshida Y, Tahara T, Kikuchi T, Kubota T, Iwamoto M, Sawada T, Kobayashi R, Fujiwara H, Kasuga M. Association of glucagon-like peptide-1 receptor agonist treatment with gastric residue in an esophagogastroduodenoscopy. J Diabetes Investig. 2023 Jun;14(6):767-773. doi: 10.1111/jdi.14005. Epub 2023 Mar 15. PMID: 36919944; PMCID: PMC10204182.

[141] Wu F, Smith MR, Mueller AL, Klapman SA, Everett LL, Houle T, Kuo B, Hobai IA. Association of glucagon-like peptide receptor 1 agonist therapy with the presence of gastric contents in fasting patients undergoing endoscopy under anesthesia care: a historical cohort study. Can J Anaesth. 2024 Jul;71(7):958-966. English. doi: 10.1007/s12630-024-02719-z. Epub 2024 Mar 14. PMID: 38485835.

[142] Firkins SA, Yates J, Shukla N, Garg R, Vargo JJ, Lembo A; Cleveland Clinic Obesity Medicine and Bariatric Endoscopy Working Group. Clinical Outcomes and Safety of Upper Endoscopy While on Glucagon-Like Peptide-1 Receptor Agonists. Clin Gastroenterol Hepatol. 2025 Apr;23(5):872-873.e3. doi: 10.1016/j.cgh.2024.03.013. Epub 2024 Apr 3. PMID: 38574832.

[143] Garza K, Aminpour E, Shah J, Mehta B, Early D, Gyawali CP, Kushnir V. Glucagon-Like Peptide-1 Receptor Agonists Increase Solid Gastric Residue Rates on Upper Endoscopy Especially in Patients With Complicated Diabetes: A Case-Control Study. Am J Gastroenterol. 2024 Jun 1;119(6):1081-1088. doi: 10.14309/ajg.0000000000002777. Epub 2024 Mar 27. PMID: 38534127.

[144] Robalino Gonzaga E, Farooq A, Mohammed A, Chandan S, Fawwaz B, Singh G, Malik A, Zhang Y, Kadkhodayan K. Real-World Impact of GLP-1 Receptor Agonists on Endoscopic Patient Outcomes in an Ambulatory Setting: A Retrospective Study at a

Large Tertiary Center. J Clin Med. 2024 Sep 12;13(18):5403. doi: 10.3390/jcm13185403. PMID: 39336890; PMCID: PMC11432687.

[145] Baig MU, Piazza A, Lahooti A, Johnson KE, Rangwani S, Gouda Z, Mahadev S, Newberry C, Hanscom M, Sampath K, Kumar S, Anca D, Schulman AR, Carr-Locke DL, Sharaiha RZ. Glucagon-like peptide-1 receptor agonist use and the risk of residual gastric contents and aspiration in patients undergoing GI endoscopy: a systematic review and a meta-analysis. Gastrointest Endosc. 2025 Apr;101(4):762-771.e13. doi: 10.1016/j.gie.2024.12.019. Epub 2024 Dec 16. PMID: 39694296.

[146] Singh S, Rahman SH, Khan N, Rajagopal A, Shafique N, Tawde P, Bhardwaj V, Suresh Kumar VC, Aswath G, Inamdar S, Dutta S, Hurairah A, Mohan BP. Effects of glucagon-like peptide-1 receptor agonists on endoscopy outcomes: systematic review and meta-analysis. Gastrointest Endosc. 2025 Feb;101(2):343-349.e5. doi: 10.1016/j.gie.2024.10.011. Epub 2024 Oct 12. PMID: 39401599.

[147] Al Sakka Amini R, Ismail AS, Al-Aqrabawi M, Aleyadeh W, Mohammed A, Altork N, Abosheaishaa H, Elfert KA, Goble SR, Sawaf B, Chandan S. Risk of Aspiration Pneumonitis After Elective Esophagogastroduodenoscopy in Patients on Glucagon-Like Peptide-1 Receptor Agonists. Cureus. 2024 Aug 6;16(8):e66311. doi: 10.7759/cureus.66311. PMID: 39238749; PMCID: PMC11376965.

[148] Dobashi H, Shioya D, Kikkawa K, Ohshima K, Okada J, Okada S. Patient With Tirzepatide-treated Type 2 Diabetes With Difficult Visualization During Esophagogastroduodenoscopy. JCEM Case Rep. 2025 Mar 21;3(4):luaf044. doi: 10.1210/jcemcr/luaf044. PMID: 40123805; PMCID: PMC11925847.

[149] Bansal R, Khan R, Grover SC (2025) Measuring the quality and safety of upper endoscopy in patients taking glucagon-like peptide 1 receptor agonists. Gastroenterology 168(1):184–185.

[150] Singh S, Chandan S, Dahiya DS, Aswath G, Ramai D, Maida M, Anderloni A, Muscatiello N, Facciorusso A (2024) Impact of GLP-1 receptor agonists in gastrointestinal endoscopy: an updated review. J Clin Med 13(18):5627).

[151] Wettergren A, Wøjdemann M, Holst JJ. Glucagon-like peptide-1 inhibits gastropancreatic function by inhibiting central parasympathetic outflow. *Am J Physiol.* 1998;275(5):G984-92

[152] Nagell CF, Wettergren A, Ørskov C, Holst JJ. Inhibitory effect of GLP-1 on gastric motility persists after vagal deafferentation in pigs. Scand J Gastroenterol. 2006 Jun;41(6):667-72. doi: 10.1080/00365520500408253. PMID: 16716964.

[153] Kastin AJ, Akerstrom V, Pan W. Interactions of glucagon-like peptide-1 (GLP-1) with the blood-brain barrier. J Mol Neurosci. 2002 Feb-Apr;18(1-2):7-14. doi: 10.1385/JMN:18:1-2:07. PMID: 11931352.)

[154] Jalleh RJ, Rayner CK, Hausken T, et al. Gastrointestinal effects of GLP-1 receptor agonists: mechanisms, management, and future directions. Lancet Gastroenterol Hepatol. 2024;9(10):957-964.

[155] Jalleh RJ, Plummer MP, Marathe CS, et al. Clinical consequences of dleayed gastric emptying with GLP-1 receptor agonists and tirzepatide. J Clin Endocrinol Metab. 2024 Dec 18;110(1):1-15.

[156] Silveira SQ, da Silva LM, de Campos Vieira Abib A, et al. Relationship between perioperative semaglutide use and residual gastric content: A retrospective analysis of patients undergoing elective upper endoscopy. J Clin Anesth. 2023 Aug;87:111091.

59

[157] Jalleh RJ, Rayner CK, Hausken T,et al. Gastrointestinal effects of GLP-1 receptor agonists: mechanisms, management, and future directions. Lancet Gastroenterol Hepatol. 2024 Oct;9(10):957-964.

[158] Knop FK, Urva S, Rettiganti M, et al. A long-acting glucose-dependent insulinotropic polypeptide receptor agonist improves the gastrointestinal tolerability of glucagon-like peptide-1 receptor agonist therapy. Diabetes Obes Metab. 2024;26(11):5474-5478

[159] Witaszek T, Biesiada A, Iskra-Trifunović J, et al. Gastrointestinal symptoms in obesity therapy: mechanisms, epidemiology, and management strategies. *Biomedicines*. 2025;13(10):2362

[160] Lu Z, Yeung CK, Lin G, et al. Centrally located GLP-1 receptors modulate gastric slow waves and cardiovascular function in ferrets consistent with the induction of nausea. *Neuropeptides*. 2017;65:28-36

[161] Lu Z, Yeung CK, Lin G, et al. Insights into the central pathways involved in the emetic and behavioural responses to exendin-4 in the ferret. *Auton Neurosci*. 2017;202:122-135

[162] Bellavance D, Chua S, Mashimo H. Gastrointestinal Motility Effects of GLP-1 Receptor Agonists. Current Gastroenterology Reports (2025) 27:49. June 13,2025. 10.1007/s11894-025-00995-3 ("Studies are needed to further ascertain these mechanisms and any potential mechanistic differences between GLP-1 and GLP-1 RAs");

[163] Silveira SQ, da Silva LM, de Campos Vieira Abib A, et al. Relationship between perioperative semaglutide use and residual gastric content: A retrospective analysis of patients undergoing elective upper endoscopy. J Clin Anesth. 2023 Aug;87:111091.

[164] Weber M, Siddarthan I, Mack PF. Clinically significant emesis in a patient taking a long-acting GLP-1 receptor agonist for weight loss. Br J Anaesth. 2023 Aug;131(2):e37-e39. doi: 10.1016/j.bja.2023.05.005. Epub 2023 Jun 9. PMID: 37302962.

[165] Lorenz N, Stauffer J, Abouafech A, et al. Nonmechanical small bowel obstruction in a patient on Zepbound without a surgical history: a case report. *Cureus*. 2025;17(8):e90657

[166] Gordon A, Dixit K, Shachi T, et al. A rare case of a large bowel obstruction due to tirzepatide. *Crit Care*. 2023;164(4):A2334-A2335

[167] https://www.clinicaltrials.gov/study/NCT04844918?tab=results

[168] https://clinicaltrials.gov/study/NCT04537923

[169] https://clinicaltrials.gov/study/NCT03730662

[170] https://www.clinicaltrials.gov/study/NCT03131687?tab=results

[171] Frias JP, Nauck MA, Van J, et al. Efficacy and tolerability of tirzepatide, a dual glucose-dependent insulinotropic peptide and glucagon-like peptide-1 receptor agonist in patients with type 2 diabetes: A 12-week, randomized, double-blind, placebo-controlled study to evaluate different dose-escalation regimens. Diabetes Obes Metab. 2020 Jun;22(6):938-946.

[172] Wadden, T.A., Chao, A.M., Machineni, S. et al. Tirzepatide after intensive lifestyle intervention in adults with overweight or obesity: the SURMOUNT-3 phase 3 trial. Nat Med 29, 2909–2918 (2023).

[173] https://clinicaltrials.gov/study/NCT04039503

[174] https://clinicaltrials.gov/study/NCT03954834

[175] Frias JP, Daviers MJ, Rosenstock J, et al. Tirzepatide versus Semaglutide Once Weekly in Patients with Type 2 Diabetes. N Engl J Med. 2021; 385:503-15.

[176] https://clinicaltrials.gov/study/NCT03730662

[177] https://clinicaltrials.gov/study/NCT03861052

[178] https://clinicaltrials.gov/study/NCT03861039

[179] https://clinicaltrials.gov/study/NCT03882970?tab=results

[180] https://clinicaltrials.gov/study/NCT02128932

[181] Frias (2017) The Sustained Effects of a Dual GIP/GLP-1 Receptor Agonist, NNC0090-2746, in Patients with Type 2 Diabetes; see also Portron (2017) Pharmacodynamics, pharmacokinetics, safety and tolerability of the novel dual glucose-dependent insulinotropic polypeptide/glucagon-like peptide-1 agonist RG7697 after single subcutaneous administration in healthy subjects

[182] Lincoff AM, Brown-Frandsen K, Colhoun HM, Deanfield J, Emerson SS, Esbjerg S, Hardt-Lindberg S, Hovingh GK, Kahn SE, Kushner RF, Lingvay I, Oral TK, Michelsen MM, Plutzky J, Tornøe CW, Ryan DH; SELECT Trial Investigators. Semaglutide and Cardiovascular Outcomes in Obesity without Diabetes. N Engl J Med. 2023 Dec 14;389(24):2221-2232. doi: 10.1056/NEJMoa2307563. Epub 2023 Nov 11. PMID: 37952131.

[183] Ghusn W, Hurtado MD. Glucagon-like Receptor-1 agonists for obesity: Weight loss outcomes, tolerability, side effects, and risks. Obes Pillars. 2024 Aug 31;12:100127. doi: 10.1016/j.obpill.2024.100127. PMID: 39286601; PMCID: PMC11404059.

[184] Kasagga A, Rebellow D, Hashmi T, Husami MY, Lama P, Arul Selvan K, Nakasagga K. Comparative Efficacy and Tolerability of Tirzepatide Versus Semaglutide at Varying Doses for Weight Loss in Non-diabetic Adults With Obesity: A Network Meta-Analysis of Randomized Controlled Trials. Cureus. 2025 Aug 17;17(8):e90335. doi: 10.7759/cureus.90335. PMID: 40978842; PMCID: PMC12444735.

[185] Osumili B, Fan L, Paik JS, Pantalone KM, Ranta K, Sapin H, Tofé S. Tirzepatide 5, 10 and 15 mg versus injectable semaglutide 0.5 mg for the treatment of type 2 diabetes: An adjusted indirect treatment comparison. Diabetes Res Clin Pract. 2024 Jun;212:111717. doi: 10.1016/j.diabres.2024.111717. Epub 2024 May 21. PMID: 38777128.

[186] Rodriguez PJ, Goodwin Cartwright BM, Gratzl S, Brar R, Baker C, Gluckman TJ, Stucky NL. Semaglutide vs tirzepatide for weight loss in adults with overweight or obesity. JAMA Inter Med 184, 1056–1064, 2024.

[187] Wen J, Syed B, Nadora D, How-Volkman C, Bernstein E, Truong A, Akhtar M, Razick A, Puglisi J, Frezza E. Tirzepatide Versus Semaglutide on Weight Loss in Type 2 Diabetes Patients: A Systematic Review and Meta-Analysis of Direct Comparative Studies. Endocrinol Diabetes Metab. 2025 May;8(3):e70045. doi: 10.1002/edm2.70045. PMID: 40184508; PMCID: PMC11970626.

[188] Chiang CH, Jaroenlapnopparat A, Colak SC, et al. Glucagon-Like Peptide-1 Receptor Agonists and Gastrointestinal Adverse Events: A Systematic Review and Meta-Analysis. Gastroenterology. 2025 Nov; 169(6): 1268-1281. doi: 10.1053/j.gastro.2025.06.003.

# 2026-01-02 Pisegna Report FINAL with date

Final Audit Report                                                                   2026-01-02

| | |
|---|---|
| Created: | 2026-01-02 |
| By: | Stacy Hauer (shauer@johnsonbecker.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAfRD5led1wnzPte0yBdgB99Qi5J-Y58YF |

## "2026-01-02 Pisegna Report FINAL with date" History

📄 Document created by Stacy Hauer (shauer@johnsonbecker.com)
2026-01-02 - 5:43:39 PM GMT

📧 Document emailed to gijoep@aol.com for signature
2026-01-02 - 5:43:47 PM GMT

📄 Email viewed by gijoep@aol.com
2026-01-02 - 5:46:36 PM GMT

✍️ Signer gijoep@aol.com entered name at signing as Joseph R. Pisegna MD
2026-01-02 - 5:48:56 PM GMT

✍️ Document e-signed by Joseph R. Pisegna MD (gijoep@aol.com)
Signature Date: 2026-01-02 - 5:48:58 PM GMT - Time Source: server

✅ Agreement completed.
2026-01-02 - 5:48:58 PM GMT

**Adobe Acrobat Sign**