# EXHIBIT 18D

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION** | : : : : | **CIVIL ACTION** |
| | : : | |
| **THIS DOCUMENT RELATES TO:** | : : | **MDL No. 3094** **24-md-3094** |
| ***ALL ACTIONS/ALL CASES*** | : : | |

## RULE 26 EXPERT WITNESS DISCLOSURE

Pursuant to CMO 29 and Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, Plaintiffs hereby disclose the following individual who will provide expert testimony in the above-captioned case:

David B. Ross, M.D., Ph.D., M.B.I.



As of the date of this disclosure, Dr. Ross is available for a deposition on one of the following dates: **February 25, 2026, March 9, 2026, and March 11, 2026.**

Pursuant to Rule 26(a)(2)(B)(vi), Dr. Ross' hourly rate is $550.00/hour.

The information required under Rule 26(a)(2)(B)(i) through (vi) for this witness is included in the attached Report, Exhibit A.

That information includes, but is not limited to:

1.      A list of materials considered, attached to the Report as **Appendix A**, *see* Fed. R. Civ. Proc. 26(a)(2)(B)(ii).

2.      A curriculum vitae outlining Dr. Ross' qualifications, attached to the Report as **Appendix B**, *see* Fed. R. Civ. Proc. 26(a)(2)(B)(iv).

1

3.      Dr. Ross has provided a list of his testimony as an expert witness during the previous four (4) years, *see* Fed. R. Civ. Proc. 26(a)(2)(B)(v) in **Appendix C**:

DATED:  January 9, 2025                              Respectfully submitted,


By: */s/ Paul Pennock*  
Paul Pennock  
MORGAN & MORGAN  
199 Water Street, Suite 1500  
New York, NY 10038  
Telephone:  (212) 738-6299  
Email: ppennock@forthepeople.com

*/s/ Parvin K. Aminolroaya*  
Parvin K. Aminolroaya  
SEEGER WEISS LLP  
55 Challenger Rd., 6th Floor  
Ridgefield Park, NJ 07660  
Telephone:  (973) 6399100  
Email: paminolroaya@seegerweiss.com

*/s/ Jonathan D. Orent*  
Jonathan D. Orent  
MOTLEY RICE LLC  
40 Westminster Street., 5th Floor  
Providence, RI 02903  
Telephone:  (401) 457-7700  
Email:  jorent@motleyrice.com

*/s/ Sarah Ruane*  
Sarah Ruane  
WAGSTAFF & CARTMELL  
4740 Grand Ave, Suite 300  
Kansas City, MO 64112  
Telephone:  (816) 701-1123  
Email:  sruane@wcllp.com

# EXHIBIT A

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | MDL NO. 3094<br><br>Case No. 24-md-3094 |
| This Document Relates to:<br>*All Cases* | HON. KAREN SPENCER MARSTON |

# Expert Report of David B. Ross, M.D., Ph.D., M.B.I.

1

# TABLE OF CONTENTS

I. INTRODUCTION ........................................................................................................... 3

    A. Qualifications ...................................................................................................... 3

II. SUMMARY OF OPINIONS ......................................................................................... 7

III. MATERIALS AND METHODOLOGY ..................................................................... 10

    A. Materials ........................................................................................................... 10

    B. Methodology ..................................................................................................... 10

IV. REGULATION OF PRESCRIPTION DRUGS IN THE U.S. ....................................... 12

    A. Public health rationale for pharmaceutical regulation .......................................... 12

    B. Scientific framework for pharmaceutical regulation ............................................. 13

    C. Statutory and regulatory framework .................................................................... 14

    D. Pharmaceutical development .............................................................................. 15

    E. Post-marketing processes ................................................................................... 17

V. REGULATORY ANALYSIS ....................................................................................... 27

    A. GLP-1 RAs are an Established Pharmacologic Class (EPC) ................................. 28

    B. History of labeling GLP-1 RAs with respect to warnings about acute gallbladder disease. 30

    C. Review of PADERs, PSURs, PBRERs, and DSURs .............................................. 43

    D. FDA Office of Surveillance and Epidemiology (OSE) analysis ............................ 64

    E. Internal Documents and Communications ........................................................... 67

    F. Summary ........................................................................................................... 68

VI. FDA GUIDANCE ON ASSESSING EVIDENCE OF A CASUAL ASSOCIATION .... 74

    A. Frequency of Reporting ..................................................................................... 75

    B. RCT Data .......................................................................................................... 76

    C. Evidence of Dose-Response Relationship ........................................................... 77

    D. Consistency with Pharmacology ........................................................................ 78

    E. Temporal Association ......................................................................................... 78

    F. Strength of Association ....................................................................................... 78

    G. Dechallenge/Rechallenge .................................................................................. 78

    H. Whether the adverse event is known to be caused by related drugs ...................... 79

VII. CONCLUSION ........................................................................................................ 79

## I.    INTRODUCTION

I have been retained by counsel for Plaintiffs as an expert on regulation of prescription drugs. I have been asked to evaluate regulatory questions concerning glucagon-like peptide-1 receptor agonists (GLP-1 RAs), which are the subject of the above referenced case.  I have been asked by Plaintiffs' counsel to provide opinions regarding the regulatory obligations of the Defendant drug manufacturers with respect to pre-market duties, post-market surveillance, analysis, and reporting of adverse drug events (ADEs), as well as their obligations to ensure that the approved label for a drug contains the essential scientific information required for the safe and effective use of the drug and is not false or misleading. I have also been asked to provide opinions regarding the authority and ability of the Defendant manufacturers to add warnings and other new safety information on their own initiative to their drug labels without prior approval by the U.S. Food and Drug Administration (FDA), and their compliance with their regulatory obligations. Finally, I have been asked to offer my opinions regarding the clinical implications of the regulatory requirement that the drug label "must contain a summary of the essential scientific information needed for the safe and effective use of the drug,"[1] which allows prescribing providers and patients to rely on the drug label for information on a particular drug's benefits and risks, and ensure that patients' consent to providers' treatment recommendations are as informed as possible.

My opinions are based on my regulatory, medical, and scientific education, training, knowledge, and experience in drug regulation, including reviewing data on and evaluating labels for drugs marketed or proposed for marketing in the U.S.; in the clinical practice of medicine; and in management of pharmaceutical treatments within health care organizations. My qualifications are discussed in more detail below.

### A.  Qualifications

I am a physician whose medical career, research, and publications have centered on public health and patient safety. I served as a medical officer at the FDA from 1996 to 2006 in various positions of increasing responsibility, as more fully outlined in my curriculum vitae, which is attached as **Appendix B.** My duties as a medical officer with the FDA included determining whether products regulated by the FDA that were marketed or proposed for marketing in the United States met the regulatory standards required for marketing. My duties also included recommending, and in some cases deciding on, regulatory action and enforcement based on my determinations.

I have lectured, written, and presented extensively regarding the approval of new drugs, regulatory issues related to safety and effectiveness, clinical trial design, conduct, analysis and interpretation, safety and effectiveness, and risk/benefit analysis. I have also testified before the U.S. Congress on these issues.

I began my tenure as a medical officer at the FDA in 1996, serving as a primary medical reviewer in the Division of Anti-Infective Drug Products (DAIDP) within FDA's Center for Drug Evaluation and Research (CDER). I subsequently advanced to the position of Senior Medical Reviewer in DAIDP and then was promoted in 2000 to Medical Team Leader in DAIDP, while continuing to hold the title of Senior Medical Reviewer. In 2004, I became Deputy Director of the Office of Drug

---

[1] 21 C.F.R. § 201.56(a)(1).

Evaluation VI (ODE VI) in CDER. In this role, I became a member of the Senior Leadership Team within the Office of New Drugs (OND) within CDER. Following the planned decommissioning of ODE VI in 2005, I served as the Associate Director for Regulatory Science in CDER's Office of Oncology Drug Products (OODP).

My major duties and responsibilities as a primary medical reviewer involved clinical review of Investigational New Drug Applications (INDs) and New Drug Applications (NDAs), as well as supplemental NDAs (sNDAs). Such reviews included the review of the initial documents submitted to the FDA as part of a regulatory docket and subsequent filings. With respect to NDAs, such filings included prior approval sNDAs seeking approval for a new indication or changes to the approved labeling, as well as Changes-Being-Effected (CBE) sNDAs,[2] which most often concerned changes implemented by the holder of an NDA to safety-related information in the approved label prior to formal FDA review.

My responsibilities included regulation of marketed drug products approved under an NDA. A major component of my responsibilities included reviewing post-marketing surveillance of adverse events. These responsibilities included review of reports required of NDA holders, such as annual NDA reports, periodic adverse drug event reports, initial and follow-up reports of serious and unexpected adverse events, and clinical study reports. They also included analysis of data in the FDA's Adverse Event Reporting System (FAERS), which I performed on my own as well as in collaboration with epidemiologists and other scientists in CDER.

As Medical Team Leader in DAIDP, I oversaw the regulation of approximately 150 different approved NDAs. During this time, as well as my time as Deputy Director of ODE VI and Associate Director for Regulatory Science in OODP, the scope of my responsibilities broadened to include secondary, and in some instances tertiary reviews of findings, conclusions, and recommendations from primary reviewers regarding NDAs, Biologics Licensing Applications (BLAs), and supplemental NDAs (sNDAs) and BLAs (sBLAs) to such applications. I was also responsible for synthesizing findings from the primary multi-disciplinary review team into an integrated written summary of the basis for the regulatory action taken. Both as a primary medical reviewer and a more senior review official, I was responsible for understanding and incorporating non-clinical review findings and recommendations into my reviews, including reviews in the disciplines of chemistry, manufacturing, and controls; microbiology; toxicology; biopharmaceutics and clinical pharmacology; and statistics, after receiving input from subject matter experts in these areas.

My regulatory experience and expertise are based on my FDA training, and on my extensive experience in applying regulatory concepts to a broad range of drug regulatory situations and contributions to regulatory science. As a primary medical reviewer, I received extensive didactic training covering the spectrum of products regulated by FDA, as well as mentorship by more experienced primary and senior reviewers. My practical training involved detailed discussions with senior FDA officials during reviews of specific products to ensure that I was applying regulatory principles correctly, as well as consultation with reviewers in other disciplines. Such discussions frequently involved FDA staff with experience specific to a particular regulatory issue.

---

[2] In this report, 'CBE' and 'CBE-0' are used synonymously to refer to labeling changes that can be implemented by the manufacturer immediately upon receipt of a CBE sNDA by the FDA. 21 C.F.R. §314.70(c)(6)(iii).

My written reviews were considered by a supervisory reviewer, with unresolved differences in opinion regarding regulatory and scientific issues generally addressed through a written secondary regulatory review. This training and experience also involved participating in discussions and debates regarding applications being reviewed by other FDA staff.

As a more senior review official, I became recognized within the FDA as an expert on regulatory matters responsible for providing regulatory and scientific guidance to reviewers whom I was now supervising. As a medical team leader, I routinely gave tutorials to my review staff on a range of regulatory topics, covering topics such as the regulatory requirements for NDA approval and electronic labeling. As a practical matter, I was also responsible for secondary review of NDAs and sNDAs, including sNDAs proposing safety-related changes to the labeling of approved drugs. In such situations, I was responsible for providing guidance to the primary review team. This included giving guidance to my direct reports and offering secondary reviews on evaluating information and data submitted and based upon post-marketing experience involving sNDAs.

With respect to sNDAs and sBLAs proposing safety-related updates to the labels, I performed primary and secondary reviews on over a hundred labeling supplements during the more than 10 years I served at the FDA, and I provided guidance to other reviewers for hundreds of others. The vast majority of these were CBE-supplements and included supplements submitted both prior to and following the 2006 publication of the Physician Labeling Rule (PLR) in the Federal Register.[3]

I acquired additional regulatory expertise by leading development of FDA Guidances for Industry in areas such as antimicrobial resistance and medical countermeasures against diseases such as anthrax. My duties within CDER also required presentations at FDA Advisory Committee meetings, including both closed and open sessions, to solicit advice and recommendations from outside scientific experts.

My ability to execute these duties and responsibilities was based on my medical, clinical, and scientific training and experience prior to and during my tenure at FDA; the extensive didactic and pragmatic training and experience acquired during my time at FDA, as described above; progressive increases in both training and responsibilities during my tenure at FDA, including the complexity of regulatory submissions assigned to me; and, as discussed above, experience in supervising and mentoring less experienced FDA scientists.

I continue to focus on public health and patient safety as the Director of HIV, Hepatitis, and Related Conditions Programs for the United States Department of Veterans Affairs (VA), a position I have held since leaving the FDA in 2006.[4] I supervise the VA's National Human Immunodeficiency Virus (HIV) and National Viral Hepatitis Programs—the two largest clinical programs in the United States for individuals living with or at risk of these disorders. My duties and responsibilities

---

[3] Requirements on Content and Format of Labeling for Human Prescription Drug and Biological Products and Draft Guidances and Two Guidances for Industry on the Content and Format of Labeling for Human Prescription Drug and Biological Products; Final Rule and Notices, 71 Fed. Reg. 3922, January 24, 2006

[4] This report was prepared in my personal capacity. It does not necessarily represent the views of the United States Government (USG) or the VA. In addition, because the USG is neither a party to nor has a direct and substantial interest in this matter, my service as an expert witness in this matter is permitted under 5 C.F.R. § 2635.805.

continue to involve recommendations and decisions regarding drug safety and effectiveness. They also involve close coordination and collaboration in the domain of clinical pharmacy. In addition, I provide guidance on policy programs and products related to issues involving clinical public health; that is, public health matters that are relevant to clinical providers within the VA.

Since moving from the FDA to my current position, I have maintained my knowledge and other qualifications related to regulation of drugs, biologics, and other products under the FDA's jurisdiction. Doing so has been motivated in part by the repeated need to address such regulatory issues in my current position. I have remained current on such issues through researching and reviewing specific regulatory issues; membership in relevant professional societies; and through work done as part of my consulting practice.

I have been a faculty member at the George Washington University School of Medicine and Health Sciences since 2000, holding the rank of Associate Clinical Professor of Medicine since 2008. I also continue working as an active clinician, serving since 1998 as an attending physician at the Washington D.C. Department of Veterans Affairs Medical Center (DVAMC), regularly delivering primary and specialty care to Veterans enrolled in care there, and recently joined the medical staff of the VA Maryland Health Care System in Baltimore, Maryland as an attending physician. I am also a Diplomate of the American Board of Internal Medicine (ABIM) in Infectious Diseases; my board certification is valid through 2035. I was board certified in Internal Medicine through 2012 and am currently enrolled in the ABIM's Maintenance of Certification program for Internal Medicine.

I received a Bachelor of Science in Molecular Biophysics and Biochemistry from Yale University in 1980. I received Master of Science and Doctor of Philosophy degrees in Biochemistry from New York University in 1985 and 1988, respectively. In 1988, I received a Doctor of Medicine degree from New York University School of Medicine. I completed a categorical internal medicine residency at New York University Medical Center from 1988 to 1991 and subsequently completed an infectious disease fellowship at Yale University from 1991 to 1994, which included clinical training in both adult and pediatric infectious disease. I subsequently served on the medical staffs of Yale-New Haven Hospital and the West Haven, Connecticut DVAMC, before joining the FDA in 1996. In 2012, I received a master's degree in biomedical informatics from the Oregon Health and Sciences University.

In November 2025, I was awarded the 2025 Distinguished Advocacy Award by the American Association for the Study of Liver Diseases (AASLD) for sustained service to the liver disease community as well as service over an extended period to raise awareness, garner public and federal legislative support. This award was specifically for my work with the Veterans Administration (VA) Hepatitis Innovation Team (HIT) and recognized my work to promote liver health and to provide quality patient care.

In October 2025, I was awarded the 2025 D.A. Henderson Award for Outstanding Contributions to Public Health in recognition of a lifetime achievement in public health. This award was bestowed by the Infectious Diseases Society of America (IDSA) and specifically recognized my leadership in achieving a transformational paradigm shift in hepatitis C care. Through my work, the VA has treated and cured over 90% of Veterans in VA care with hepatitis C.

My opinions represent regulatory conclusions but not legal opinions or conclusions of law. Citations to the FDCA, United States Code (USC), the U.S. Code of Federal Regulations (CFR), or other statutory or regulatory codes represent bases for the regulatory analyses I performed for this report.

I am being compensated for time spent working on this matter at a rate of $550 per hour. My compensation is not related to the outcome of this litigation.

I reserve the right to offer rebuttal testimony to any evidence or argument advanced by the Defendants, to comment on any expert reports submitted by the Defendants, and to supplement this report as appropriate or necessary. Further, this report is based upon evidence that is currently available. I reserve the right to amend my opinions and bases as further information and evidence become available.

## II.    SUMMARY OF OPINIONS

I summarize here my opinions regarding Eli Lilly's regulatory obligations and failure to meet those obligations.  Each of these opinions below is offered to a reasonable degree of medical, scientific, and regulatory certainty.

- Defendant Eli Lilly had and continues to have a regulatory obligation to ensure that the labeling for its approved GLP-1 RA products contains a summary of the essential scientific information needed for the safe and effective use of these products; that the labeling is informative and accurate; and that the labeling is neither promotional in tone nor false or misleading.

- Starting with FDA approval of the NDAs or BLAs for its GLP-1 RA products, Defendant Eli Lilly had a duty to conduct pharmacovigilance as required by 21 CFR 314.80.

- As soon as Defendant Eli Lilly knew or should have known that there was newly acquired information (NAI) representing reasonable evidence of a causal association between a clinically significant hazard and its products, Defendant  should have submitted a CBE-0 sNDA, or CBE-0 sBLA under 21 CFR 314.70(c)(6) and 601.12(c)(5) and (f)(2)(ii)), adding a warning about the risk of acute gallbladder disease to the WARNINGS AND PRECAUTIONS section of the labeling for its products that lacked such warnings, as required under 21 CFR 201.57(c)(6).

- The GLP-1 RAs sold by Defendant Eli Lilly (as well as other manufacturers of GLP-1 RAs) all belong to the same established pharmacologic class (EPC).

- Serious Adverse Events (SAE) associated with a particular member of an EPC that are related to the mechanism of action or physiologic effect of that drug are likely to be associated with other members of the EPC.

- Because GLP-1 RAs belong to the same EPC, an SAE associated with a particular GLP-1

7

RA is likely to be associated with all GLP-1 RAs.

- Despite having NAI that provided reasonable evidence of a causal association between its approved GLP-1 RA, Trulicity, and biliary SAEs (including acute gallbladder disease),[5] Defendant Eli Lilly, as the manufacturer of Trulicity, failed to meet its regulatory obligation to ensure that the drug's label provided the essential scientific information necessary for its safe and effective use.

- These failures persisted until Defendant Eli Lilly submitted sNDAs or sBLAs adding a Warning about the risk of acute gallbladder disease to the Warnings and Precautions section of the labeling for Trulicity. These submissions were not made until years after approval of the applications for Trulicity and years after Defendant Eli Lilly possessed NAI obligating it to add these warnings to its products' labeling.

- Defendant Eli Lilly's failure to provide adequate warning about the risk of acute gallbladder disease in its GLP-1 RA drug misled prescribers and patients taking Trulicity.

- For purposes of pharmaceutical labeling, acute gallbladder disease is a clinically significant hazard.

- The regulatory standard for inclusion of an "acute gallbladder disease" warning in the WARNINGS AND PRECAUTIONS section of the labeling for Defendant Eli Lilly's drug Trulicity was met long before the June 2022 label change adding this warning to the Trulicity label.  Defendant knew, or should have known, that it had reasonable evidence of a causal association between Trulicity and acute gallbladder disease such that it should have warned of the risk of acute gallbladder disease no later than December 2017.

- Defendant Eli Lilly (*i.e.* the holder of the approved application for Trulicity) had a regulatory obligation to ensure that the labeling for its products was not false or misleading. Once its initial marketing applications for its drug had been approved by the FDA, Defendant Eli Lilly was obliged to act on its possession of newly acquired information establishing reasonable evidence of a causal association between Trulicity, a GLP-1 RA, and acute gallbladder disease. This obligation included submitting CBE sNDAs or CBE sBLAs to add statements to the WARNING AND PRECAUTIONS sections of the label for Trulicity warning prescribers and patients about the risks of acute gallbladder disease, or, in the alternative, submitting Prior Approval sNDAs or sBLAs for the same purpose.

- Defendant Eli Lilly failed to meet this regulatory obligation to ensure that the labeling for Trulicity was not false or  misleading in any particular because it did not timely act to submit a CBE sNDA, or CBE sBLA to add a statement to the WARNINGS AND

---

[5] My reference to "biliary disease" and/or "acute gallbladder disease" throughout this report is intended to cover the spectrum of conditions that include cholelithiasis (gallstones), which can cause inflammation (cholecystitis), and can lead to severe and even life-threatening illness, often requiring surgical removal of the gallbladder (cholecystectomy) for definitive treatment.  These terms incorporate this spectrum of conditions where they are used in my report.

PRECAUTIONS section of the label warning prescribers and patients about the risks of acute gallbladder disease with Trulicity after there was reasonable evidence of a causal association with this drug.

- For a prolonged period of time, Defendant Eli Lilly labeled Trulicity with incomplete statements about the risks of GLP-1 RA-associated gallbladder disease, both in the WARNINGS AND PRECAUTIONS and ADVERSE REACTIONS (AR) sections, misleading prescribers and patients about risks of acute gallbladder disease with Trulicity.

- These failures by the Defendant Eli Lilly to meet its regulatory obligations and its violation of the regulatory requirements regarding labeling were particularly egregious because:

  o The W&P section's silence about the risk of Trulicity-associated acute gallbladder disease led to a corresponding  silence about this risk in the most prominent part of the label, the Highlights of Prescribing Information.

  o Defendant Eli Lilly was aware for a prolonged time period that it possessed reasonable evidence of a causal association between Trulicity and acute gallbladder disease, but chose not to submit a CBE-0 supplemental application to add a warning statement to its product labeling about the risks of gallbladder disease with Trulicity.

  o Defendant Eli Lilly discussed internally for a prolonged time period whether to act on its regulatory obligations by submitting CBE-0 sNDAs or CBE-0 sBLAs to add a warning statement to its product labeling about the risks of acute gallbladder disease with Trulicity, a GLP-1 RA, but chose not to do so.

  o Defendant Eli Lilly was aware for a prolonged time period that the labeling for other marketed GLP-1 RAs contained such warning statements, but chose not to submit CBE-0 supplemental applications to add a warning statement to its drug's labeling about the risks of acute gallbladder disease with Trulicity.

  o Defendant Eli Lilly was aware of markedly higher biliary SAE event rates in GLP-1 RA-exposed patients in randomized controlled trials, despite underpowered sample sizes and exclusion of patients at increased risk for such events.

  o Defendant Eli Lilly was aware of higher rates of pancreatitis in GLP-1 RA-exposed patients in randomized controlled trials, despite underpowered sample sizes and exclusion of patients at increased risk for such events. Such observations would be predicted by the biologically plausible mechanism (see below) underlying an association between GLP-1 RAs and biliary SAEs.

  o Defendant Eli Lilly was aware of post-marketing reports of biliary SAEs in patients exposed to GLP-1 RAs via reports from the literature and FAERS data.

  o Defendant Eli Lilly was aware of an increased incidence of pancreatitis in patients

9

exposed to exenatide and sitagliptin, GLP-1 analogues which increase GLP-1 receptor activation, albeit by a different mechanism than GLP-1 RAs.

- Defendant Eli Lilly's violation of its regulatory obligations regarding labeling was exceptionally blatant with respect to Trulicity because, despite overwhelming evidence of a causal association between acute gallbladder disease and this GLP-1 RA, the FDA had to invoke its authority under Section 505(o)(4) of the Food, Drug, and Cosmetic Act (FDCA) and issue a Safety Label Change Notification to Defendant, compelling Eli Lilly to submit a supplemental application to add warning statements to its drug labeling about the risks of acute gallbladder disease with Trulicity.

## III.    MATERIALS AND METHODOLOGY

### A.  Materials

The materials I considered in reaching the opinions and conclusions set forth below are cited in this report and listed in **Appendix A**.

### B.  Methodology

In analyzing FDA regulatory issues to offer opinions in this matter, I took the same approach that I employed as an FDA reviewer charged with making recommendations regarding a regulatory decision in my review of NDAs and sNDAs. This approach is based on documented best practices within CDER, which are formally referred to as Good Review Practices (GRPs).[6,7] GRPs, which were introduced during my tenure at the FDA, are published as sections of the CDER's Manual of Policy and Procedures (MAPPs), and are publicly available.[8] As explained in MAPP 6025.1, Good Review Practices, GRPs "improve efficiency, clarity, and transparency of the review process and review management."[9] Unless otherwise indicated, the terms "regulation" and "regulatory" refer to rules promulgated by the FDA, as opposed to another Executive Branch agency.

The terms "drug" and "new drug" are used as defined in the Food, Drug, and Cosmetic Act ("FDCA") at 21 U.S.C. § 321(g) and 21 U.S.C. §321(p). In general, they are used in the context of pharmaceutical drug development, manufacturing, marketing, and distribution but do not

---

[6] https://www.fda.gov/drugs/guidance-compliance-regulatory-information/good-review-practices-grps

[7] The terms "Good Review Practice" and "Guidance" are not synonymous; not all Good Review Practices are Guidances, nor are all Guidances considered Good Review Practices.

[8] On-line availability of MAPPs to the public may be affected by CDER's current practice of removing them from CDER's Web page "for revision, recertification, or cancellation." Such removals may occur between the time that I initially downloaded a publicly available MAPP and the time that this report was written. In such situations, unless CDER has posted a notice on its public-facing MAPP Web page that the particular MAPP has been rescinded, I have relied on the most recent publicly available version of that MAPP, and provided a link to the archived version of the MAPP on the Internet Archive (www.archive.org), using the first Archive snapshot after the date of the MAPP's publication.

[9] CDER MAPP 6025.1: Good Review Practices. Issued February 27, 2017. Available at https://web.archive.org/web/20170325222159/https://www.fda.gov/downloads/AboutFDA/CentersOffices/OfficeofMedicalProductsandTobacco/CDER/ManualofPoliciesProcedures/UCM082016.pdf.

10

necessarily refer to a particular product that is the subject of an NDA or BLA. In general, these terms are not used in this report to refer to illicit drugs.

Regulatory analyses in this report generally rely on FDA Guidances for Industry, the default regulatory and technical standards used by FDA reviewers.[10] Draft and Final Guidances for Industry published in the Federal Register under FDA's Good Guidance Practices regulation reflect the FDA's current thinking at a given point in time on a particular regulatory or technical issue. Although not legally binding, FDA Guidances for Industry represent a safe harbor for FDCA compliance, and manufacturers who choose an approach different from that described in a relevant Guidance for Industry must still comply with the FDCA and its implementing regulations.

Although Guidances for Industry do not legally bind FDA, they represent the agency's current thinking. Therefore, FDA employees may depart from Guidance for Industry documents only with appropriate justification and supervisory concurrence.[11] In addition, the FDA may not use documents or other means of communication that are excluded from the definition of guidance document to informally communicate new or different regulatory expectations to a broad public audience for the first time.[12]

The methodology used in this report for regulatory analyses is based upon my education, training, and experience as an FDA medical officer applying the appropriate and relevant regulations to available information. I hold the opinions expressed in this report to a reasonable degree of medical, scientific, and regulatory certainty.

The methodology employed in my analysis was designed to understand the scientific and regulatory decision-making by FDA and, when possible, by the GLP-1 RA NDA holders. It involved reviewing product labeling; FDA reviews by clinical and scientific staff in CDER's Office of New Drugs (OND) and Office of Surveillance and Epidemiology (OSE); Periodic Adverse Drug Experience Reports (PADERs), Development Safety Update Reports (DSURs), Periodic Safety Update Reports (PSURs), and Periodic Benefit-Risk Evaluation Reports (PBRERs) submitted to FDA by NDA holders; communications between NDA holders and FDA; internal company documents and communications produced by the Defendants to Plaintiffs; and relevant medical literature.

My methodology also involved reviewing data from randomized controlled trials (RCTs) and results from queries of the FDA Adverse Event Reporting System (FAERS) Public Dashboard to determine whether the available data constituted reasonable evidence of a causal connection between GLP-1 RAs and biliary/acute gallbladder disease. The specific RCTs that I considered are cited in my report below and my Materials Considered List.

I also performed FAERS queries for dulaglutide, liraglutide, semaglutide, and tirzepatide. For each of these drugs, queries included both the trade name and the USAN name.[13]

---

[10] 21 C.F.R. § 10.115(d)(3); 21 C.F.R. § 10.115(b)(1).

[11] 21 C.F.R. § 10.115; 21 C.F.R. § 10.115(b)(2).

[12] 21 C.F.R. § 10.115(d)(3); 21 C.F.R. 10.115(e).

[13] A United States Adopted Name (USAN) is a nonproprietary name (sometimes called a "generic name") for a drug, active pharmaceutical ingredient, excipient, diagnostic reagent, or other component of an FDA-

Queries were performed for the following reactions:

- Acute Cholecystitis
- Acute Cholecystitis Necrotic
- Cholelithiasis
- Cholelithiasis Obstructive
- Cholecystitis
- Cholecystitis Acute
- Cholecystitis Chronic
- Gall bladder
- Gallbladder

In reviewing FAERS data, I considered the limitations of FAERS data as described on the entry portal for the FAERS dashboard website, and associated Web pages on the FDA's website.

I also searched the published biomedical literature for clinical trials, meta-analyses, and studies of post-marketing reports of adverse events that could provide evidence regarding the strength of the association between exposure to GLP-1 RAs and acute gallbladder disease and the statistical significance of such an association. I adopted the inclusion, exclusion, and causality criteria used by CDER's Office of Surveillance and Epidemiology in its 2/25/2022 Pharmacovigilance Review of cases of acute cholecystitis associated with glucagon-like peptide-1 receptor agonists (GLP-1 RAs).[14] Search string as follows: (((glp-1 receptor agonists) OR (albiglutide) OR (dulaglutide) OR (exenatide) OR (liraglutide) OR (lixisenatide) OR (semaglutide)) AND ((gallstone) OR (gallbladder) OR (cholelithiasis) OR (acute cholecystitis) OR (cholecystectomy) OR (cholecystitis))).

## IV.    REGULATION OF PRESCRIPTION DRUGS IN THE U.S.

### A.  Public health rationale for pharmaceutical regulation

The United States has a sophisticated system for regulating drug development and marketing, based primarily on the Federal Food, Drug, and Cosmetic Act of 1938 (FDCA), as amended (FDCA; 21 U.S.C. § 301 et seq.) and its implementing regulations in Title 21 of the CFR. Under the FDCA, the United States FDA is charged with promoting the public health by administering and enforcing the FDCA, particularly by ensuring that drugs are demonstrated to be safe and effective for their intended use before being approved for marketing in the U.S.[15]

Understanding the FDA and its structures and processes requires describing why pharmaceutical drug regulation is even necessary; when and how the current regulatory system evolved; what

---

regulated product. FDA generally adopts a drug's USAN as the drug's established name, as defined in 21 U.S.C. §§ 352 and 358.

[14] Novo_GLP_MDL_004636775.

[15] 21 U.S.C. § 393(b)(2)(B).

structures and processes make up the system; and lastly, where its strengths and weaknesses lie.[16] Pharmaceutical drugs are meant to help people live longer, better, or both. In addition to potential benefits, however, all drugs have risks. No drug is completely safe, and for some drugs (*e.g.*, agents used in cancer, like chemotherapy), virtually all patients receiving the drug will suffer unwanted side effects. From a regulatory perspective, whether a drug is considered "safe" is tied inextricably to the benefit provided by the drug.[17] Even when associated with severe toxicities, a drug may be considered "safe" if it provides a substantial clinical benefit. Conversely, a drug that provides less benefit, especially when compared to other treatments, including drugs, for the same condition, must have little if any significant toxicity to be considered "safe."

In addition, information about the relative balance between a drug's benefits and harms is critical not only for health care providers choosing between different options for patients, but also for patients themselves, who make decisions about which medications to take in consultation with their physician. It is a bedrock principle of medical ethics that patients cannot provide meaningful consent to a treatment offered to them by a provider unless they have sufficient information to make a truly informed decision, weighing the known/expected risks with the predicted benefits.[18]

As discussed below, the United States has addressed these problems by enacting legislation regulating drug development and marketing; implementing regulations; enforcing legal and regulatory standards; and introducing and refining incentives for pharmaceutical innovation.

### B. Scientific framework for pharmaceutical regulation

Drug regulation in the United States is a science-based enterprise, drawing on multiple scientific fields, including chemistry, animal toxicology, clinical pharmacology, microbiology, medicine, statistics, and epidemiology. At the same time, it is not a purely scientific endeavor, since it must consider factors such as emerging medical problems, e.g., COVID-19; new scientific findings; advances in medical practice; and of course, legal and regulatory developments.

In addition, in contrast to researchers working in the scientific disciplines on which drug regulation is based, regulators frequently must draw conclusions based on incomplete and imperfect information to make and communicate unambiguous public health decisions in the face of firm time limits.

---

[16] This section focuses on the regulatory, scientific, and public health perspectives on pharmaceutical drug regulation. Perspectives related to economics (e.g., barriers to entry and exit, intellectual property rights, market efficiency) and law (e.g., administrative law) fall outside the scope of this report and are discussed only in relation to regulatory considerations.

[17] "It is recognized that no drug is safe in the sense of being entirely free of adverse effects. Reference in the Federal Food, Drug, and Cosmetic Act to the safety of a drug for the uses recommended in labeling has been interpreted as meaning that the benefits of a drug outweigh its risks for those uses. The safety review, however, is not a risk-benefit analysis, but rather is the part of the NDA/BLA review that assesses and describes the risks of the drug." CDER MaPP 6010.3, Good Review Practice: Clinical Review Template at B-1.          Issued          December          10,          2010.          Available          at https://web.archive.org/web/20110102151741/http://www.fda.gov/downloads/AboutFDA/CentersOffices/CD ER/ManualofPoliciesProcedures/UCM236905.pdf.

[18] *See*, e.g., Schloendorff v. Society of New York Hospital, 211 N.Y. 125, 105 N.E. 92 (Court of Appeals of NY 1914); Salgo v. Leland Stanford Jr., University Board of Trustees, 154 Cal.App.2d 560 (1957).

This unique fusion between science and regulation results in a framework incorporating fundamental concepts from various underlying scientific fields. This framework is referred to as regulatory science, defined as "the science of developing new tools, standards, and approaches to assess the safety, efficacy, quality, and performance of all FDA-regulated products."[19]

### C. Statutory and regulatory framework

<u>The Food, Drug, and Cosmetic Act (FDCA)</u>

The FDCA has three fundamental provisions with regard to drugs. First, before a company can legally market a drug in the United States, the FDA must approve a New Drug Application ("NDA")[20] containing relevant data on the chemistry, manufacturing processes, toxicology, clinical pharmacology, clinical effectiveness, and risks connected with the drug. The manufacturer must demonstrate that the drug is safe and effective for its proposed use. 21 U.S.C. § 355(d); 21 C.F.R. § 314.125.

Second, for a prescription drug, the drug must be packaged or otherwise marketed with a document known as a "label" that contains "adequate information for [the drug's] use," including "any relevant hazards." 21 U.S.C. § 321(k); 21 C.F.R. § 201.100(c). If the label is "false or misleading in any particular," the drug is termed "misbranded" and is theoretically subject to removal from the marketplace, although such an action requires either a voluntary recall by the drug's manufacturer or a judicial action such as a seizure; FDA lacks the authority to mandate a recall.[21] 21 U.S.C. § 502(a); 21 U.S.C. § 331(a).

The specific content and format of such labeling is specified at 21 C.F.R. § 201.57 and includes information on indications for the drug; contraindications to its use; dosages; routes, mechanisms, and frequency of administration; precautions; warnings, and adverse reactions. In other words, the drug must be labeled so as to provide health care providers with an accurate description of the drug's benefits for a particular condition and the risks associated with its use, along with information on dosing, contraindications to its use, conditions of storage, and other relevant information. Without such information, providers would be largely unable to gauge whether a particular drug is more likely to do harm than good in a given patient. In practice, this information is contained in a document called a "package insert," which must be physically included in the package or other container in which a drug is dispensed. Wording for the label is generally proposed by a drug's manufacturer at the time that the NDA for the drug is submitted. 21 C.F.R. § 314.50(c)(2). The final wording depends on the results of the FDA's review of data in the NDA and discussions with the drug's manufacturer.

Third, after NDA approval of a drug, its manufacturer must systematically collect and analyze

---

[19] https://www.fda.gov/about-fda/changes-science-law-and-regulatory-authorities/regulatory-science.
[20] Biologics such as monoclonal antibodies and vaccines are subject to an analogous requirement for approval of a Biologic Licensing Application (BLA); for purposes of this report, the term NDA will be used to include requirements for biologics
[21] U.S. Congressional Research Service Report R43609, Enforcement of the Food, Drug, and Cosmetic Act: Select Legal Issues, by Kathryn B. Armstrong and Jennifer A. Staman.

information on real-world experience with its drug and regularly report such information to the FDA. 21 C.F.R. §§ 314.80 and 314.81. These post-marketing activities are referred to as pharmacovigilance. When information obtained through pharmacovigilance identifies a toxicity not listed in the drug's labeling, the manufacturer must revise the drug's labeling as soon as possible to ensure that the labeling is not false or misleading, and that it contains the essential scientific information necessary for the safe and effective use of the drug. 21 C.F.R. § 201.57(c)(6). (*See* discussion below.)

### D. Pharmaceutical development

Drug Discovery

Potential candidates for drug development are most often identified by screening chemical compounds for pharmacological or biologic activity of interest, using in vitro or in vivo systems that model important components of a disease state, *e.g.*, expression of a cell receptor involved in a pathophysiological mechanism. Candidate compounds may then be modified to optimize their physical, chemical, pharmacokinetic, or other properties for development purposes, followed by devising practical synthesis and manufacturing methods.

Non-clinical Studies

Preclinical studies consist of those conducted on laboratory animals, on cultures of isolated cells or tissues, or on any other nonhuman experimental system. Such studies are widely used to gain a basic understanding of the biologic effects of a drug, its mechanism(s) of action. Nonclinical studies are required by the FDA be-fore a drug can be studied in humans in the United States, since they are an essential tool for identifying potential safety problems and determining whether they are likely to occur in humans. 21 C.F.R. § 312.23. They are also needed to determine what dose of a drug would be reasonably safe to use in initial studies in humans.

Clinical Studies

Following nonclinical study results on an investigational drug, the development program can advance to the clinical study stage.

In Phase 1, a drug that has shown evidence of activity in treatment of a disease, and for which animal data exist that adequately characterize possible toxicities, is administered to a small number of volunteers, generally no more than 20-30 in any given trial.

Phase 2 trials are larger studies designed to gather additional information on a drug's safety as well as information on the drug's efficacy in treatment of the condition for which it is being studied. Phase 2 trials are also used to determine the optimal dose and frequency of dosing of the drug under study. These studies may or may not contain a placebo group.

Phase 3 trials are "adequate and well-controlled" studies intended to provide "substantial evidence" of efficacy by distinguishing "the effect of a drug from other influences, such as

spontaneous change in the course of the disease, placebo effect, or biased observation."[22] 21 C.F.R. § 314.126.

Phase 3 trials have a rigorous framework characterized by pre-specified definitions of the disease and patients to be studied, comprehensive procedures to ensure complete collection of data, and an analysis plan that describes the meaning of clinical success (or failure) in advance of the results being known. The number of patients enrolled is defined in advance by statistical methods that determine how many patients would be required to show that a beneficial effect is due to the drug rather than chance alone.

Phase 3 trials are typically randomized controlled trials; in other words, patients recruited into the trial are assigned at random to a group receiving the experimental drug, and another group receiving a control agent (either a placebo, or if the disease is a serious one requiring treatment, an active drug). Randomization ensures that the two groups are similar with respect to characteristics such as age, sex, co-existing diseases, and other factors that might affect their clinical course, and differ only in what treatment they receive. Thus, any differences observed can be attributed to the drug itself. Randomization and the presence of a control group are extremely important structural defenses against the natural bias of investigators and patients to see positive results where none actually exist.

Safety assessment is a critical component of clinical trials in all phases. During specific time points during a trial, patients are prospectively assessed for adverse events, either clinical (*e.g.*, rash or nausea) or laboratory (*e.g.*, abnormal laboratory results). Data collected on adverse events, whether clinical or laboratory, includes the nature of the adverse event; timing of the occurrence of the event, especially relative to the timing of administration of the treatment received by the patient; the severity of the adverse event; and the duration of the adverse event. Other data collected include the results of any laboratory examinations or treatments used to manage the adverse event.

Whether or not a particular adverse event is caused by a drug may also be assessed. Factors used to assess the causal relationship between a drug and an adverse event include the timing of the adverse event and the patient's receipt of the drug; the nature of the adverse event and previous knowledge of adverse events at-tributed to the drug; whether the adverse event resolves or improves if the drug is stopped; and whether the adverse event returns if the drug is restarted. Other factors to consider include the potential for other drugs the patient is receiving and other possible causes of the adverse event. Adverse events are generally collected and characterized first and foremost to whether they occur at all, and only secondarily to whether they can be attributed to the treatment received.

It is widely understood by both drug regulators and drug manufacturers that the data collected in Phase 3 trials, while critical to the initial assessment of risk, are in no way sufficient to keep that assessment current. As discussed below, drug manufacturers are legally obligated to continue collecting and reporting information on drug risks even after approval. They are further required to update product labels to reflect current knowledge on drug toxicities.

---

[22] Here, the term "bias" refers to features in the design of clinical trials or analysis and reporting of data from trials that distorts the results in a systemic way.

16

An FDA Guidance for Industry on Pre-Market Risk Assessment issued in March 2005 notes that "[e]ven large clinical development programs cannot reasonably be expected to identify all risks associated with a product. Therefore, it is expected that, even for a product that is rigorously tested preapproval, some risks will become apparent only after approval, when the product is used in tens of thousands or even millions of patients in the general population. It is therefore critical for the NDA holders to institute extensive pharmacovigilance.

Premarket review and the New Drug Application

The legal requirements for approval of an NDA are set forth at 21 U.S.C. § 355 and are amplified in the implementing regulations at 21 C.F.R. § 314. The manufacturer must demonstrate that the subject drug that is the subject of the NDA is safe for use under the conditions proposed in the NDA. The manufacturer must also provide "substantial evidence" that under the proposed indication, the drug is effective for its intended use.

Demonstrating that a drug is "safe" means that the risks associated with the drug are warranted by the benefits it provides under the indication(s) specified in its the drug's labeling. The manufacturer must conduct "adequate tests by all methods reasonably applicable to show whether or not the drug is safe for use under the conditions of use prescribed, recommended, or suggested in the labeling or pro-posed labeling thereof." 21 U.S.C. § 355(d)(1)(b). Failure to provide results of such tests is grounds for rejection of an NDA. Additionally, an NDA may be rejected if the results of the tests show that the drug is unsafe for use or do not show that the drug is safe for use under the proposed conditions of use. 21 U.S.C. § 355(d)(2).

This last provision is extremely important. The burden of proving a drug's safety rests on its manufacturer; the FDA does not have to show that a drug is unsafe to restrict it from the marketplace. Furthermore, if newly acquired information obtained after a drug's approval reveals a previously unknown safety issue, the drug's manufacturer continues to have the responsibility of demonstrating the product's safety under the conditions of use.

### E. Post-marketing processes

Changes to an Approved NDA

In general, any substantive change to a drug label requires submission of a supplemental new drug application (sNDA).[23] Although the FDA reviews all sNDAs proposing a label change, not all require prior FDA approval before the label change can be instituted. Those requiring prior FDA approval before distribution of the drug with the new label are referred to as prior approval supplements ("PAS"). Those supplements for which the NDA holder may distribute the new label before FDA review and approval are referred to as Changes-Being-Effected ("CBE") supplements. CBE supplements adding new safety information to the label can be implemented as soon as they are received by the FDA and are referred to as CBE-0 supplements. 21 C.F.R. § 314.70(c)(6)(iii)(A).

---

[23] Some minor changes can be implemented by inclusion in the annual NDA report submitted by the NDA holder to the FDA. 21 C.F.R. § 314.70(d).

17

Post-Marketing Regulatory Obligations

A drug manufacturer is generally not obligated to seek new therapeutic claims after NDA approval.[24] However, as a condition of approval, it does have continuing regulatory responsibilities in three areas.

First, the NDA holder must engage in pharmacovigilance. The standard language in all NDA approval letters reminds applicants that they are required to comply with the provisions of 21 C.F.R. § 314.80, which include a mandate to

> ". . . promptly review all adverse drug experience information obtained or otherwise received by the applicant from any source, foreign or domestic, including information derived from commercial marketing experience, post-marketing clinical investigations, post-marketing epidemiological/surveillance studies, reports in the scientific literature, and unpublished scientific papers." 21 C.F.R. § 314.80(b).

Second, there are certain reporting requirements that manufacturers must comply with. For instance, manufacturers must submit "15-day alert reports," which are reports that are both serious and unexpected. Manufacturers must also periodically submit reports on these events and their evaluation to the FDA, along with other required submissions, such as annual reports and reports on special topics that the FDA may require.

Finally, and most importantly, the manufacturer is obligated to ensure that the drug's label remains accurate by incorporating "newly acquired information" regarding the drug's safety into an updated drug label to provide adequate directions for use and prevent the drug's label from becoming false or misleading. "Newly acquired information" is defined as data, analyses, or other information not previously submitted to the Agency, which may include (but is not limited to) data derived from new clinical studies, reports of adverse events, or new analyses of previously submitted data (*e.g.*, meta-analyses) if the studies, events, or analyses reveal risks of a different type or greater severity or frequency than previously included in submissions to FDA." 21 C.F.R. § 314.3.

The definition of "newly acquired information" is intentionally broad. It is not restricted to primary data that has recently been generated. It also includes new analyses not previously submitted to the FDA, even if the underlying data or related analyses have previously been submitted to the FDA. It also includes, for example, other sources of information, such as changes in the drug label in other countries, information submitted to regulatory authorities outside the U.S. or analyses conducted by others outside the drug company. "Newly acquired information" also includes correction of previously submitted information that has proved to be erroneous, *e.g.*, an adverse event that was misdiagnosed or misclassified.

---

[24] Under the Best Pharmaceuticals for Children Act of 2002 (Public Law 107-109) and the Pediatric Research Equity Act of 2003 (Public Law 108-155), drug manufacturers may, in some instances, be required to investigate the potential for a drug to treat or prevent conditions in pediatric populations events; and determine whether the sum of such information constitutes "newly acquired information" representing a previously unappreciated risk.

Pharmacovigilance

Effective pharmacovigilance involves surveillance and analysis of data from a broad variety of complementary sources on a continuing basis, including:

- Spontaneous AE reports
- Case series of spontaneous AE reports
- Published case reports
- Published case series
- Clinical trials, particularly randomized controlled trials
- Follow-up data from clinical trials
- Meta-analyses of randomized controlled trials
- Pharmacoepidemiologic studies
- Meta-analyses of observational studies

Pharmacovigilance is concerned with the earliest possible identification of safety signals. This term refers to "a concern about an excess of adverse events compared to what would be expected to be associated with a product's use."[25] Identification of a safety signal should then be followed by prompt analysis to determine if it represents a previously unrecognized toxicity.

Similarly, passive voluntary surveillance systems such as FDA's MedWatch program and the FDA Adverse Event Report System ("FAERS") have the strengths of large sample sizes, along with multiple limitations, such as under-reporting, non-random reporting, incomplete information, and ascertainment biases, to name only a few.[26] For example, adverse events occurring relatively close together in time may be reported at very different intervals and appear unrelated unless the possibility of a connection is actively pursued.

In addition, the number of cases of a specific adverse event reported in connection with a given drug is frequently confused with the actual incidence of such adverse events, despite underreporting,[27] giving rise to the fallacy that increases in adverse drug event reports occurring after publicity about a drug's toxicity somehow represent invalid reports. This is conceptually similar to erroneous claims that high numbers of COVID-19 cases are due to high COVID-19 testing rates. Just as COVID-19 cases are present whether or not they are diagnosed, drug-related AEs are present whether or not they are reported. Thus, higher numbers of AE reports do not represent an increase in the actual number of drug-related AEs; they reflect a decrease in the extent of under-reporting.

---

[25] FDA Guidance for Industry on Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment (March 2005; hereinafter "2005 Good Pharmacovigilance Practices Guidance, available at https://www.fda.gov/media/71546/download) at 4.

[26] Alatawi YM, Hansen RA. Empirical Estimation of Under-Reporting in the U.S. Food and Drug Administration Adverse Event Reporting System (FAERS). Exp Opinion Drug Saf 2017; 16:761-7, https://doi.org/10.1080/14740338.2017.1323867.

[27] Fina PM, Cunningham FE, Zhao X, Glassman PA, Moore VR, Au A, Aspinall SL. Reporting of adverse drug events in the Veterans Health Administration for patients whose treatment with empagliflozin or apixaban was discontinued. Am J Health Syst Pharm. 2020 Jan 1;77(1):22-32. doi: 10.1093/ajhp/zxz261.

It's also important to recognize that the drug regulation scheme established under the FDCA, implemented under Title 21 of the Code of Federal Regulations, and administered by the FDA takes different approaches to efficacy and safety. Concluding that a drug causes a therapeutic effect requires proof, using rigorous methodology. Safety, on the other hand, is descriptive, and rarely involves hypothesis testing.

Thus, the data sources described above are not suitable, in general, for drawing conclusions about efficacy but are very well suited to assessing post-marketing safety. For example, drawing regulatory conclusions about efficacy from a single case is difficult. In contrast, as noted earlier, FDA has explicitly indicated that a single case of drug-related toxicity may be sufficiently convincing to allow its inclusion in a drug's label.[28]

The FDA has issued multiple detailed Guidances for Industry on how drug manufacturers can meet their pharmacovigilance obligations with respect to surveillance of drug AEs; analyzing aggregated AE data and identifying potential safety signals; analyzing and evaluating such signals; and taking appropriate actions.

For example, the 2005 Good Pharmacovigilance Practices Guidance[29] cited earlier provides recommendations to NDA holders on good pharmacovigilance practices, such as prospectively constructing a pharmacovigilance plan for a drug; use of a standardized controlled terminology for AEs, such as the Medical Dictionary for Regulatory Activities ("MedDRA"); use of active and passive AE surveillance; and data mining of large AE datasets, such as the FAERS database, to identify safety signals.

As a result, an NDA holder that passively counts adverse events and dutifully transmits tallies to the FDA cannot be regarded as engaged in meaningful review or "evaluation" of AEs as required under 21 C.F.R. § 314.80(b). Standard pharmacovigilance requires combining sophisticated analytic techniques with statistical power of large adverse event datasets such as FAERS to perform analysis of potential safety signals.

Despite the limitations discussed above, FDA's MedWatch program serves as a primary foundation for post-marketing surveillance in the U.S. Under the MedWatch system, providers, patients, other stakeholders, or the manufacturer report adverse events occurring in patients receiving a particular drug to the FDA.

Drug AEs may be reported to MedWatch on-line, by telephone, or by submission of a paper form. These reports are structured into defined data elements such as the name of the drug (or drugs) involved, patient information, and details on the adverse event. FDA reviewers code this information, which is then entered into the FAERS database.

Pharmacoepidemiologic studies (also referred to as observational studies) represent another important safety data resource. Such studies make use of datasets from health care payers such as insurance companies and Medicare, or from large health care organizations such as the Veterans

---

[28] *See* 2006 Adverse Event Guidance.
[29] *See* 2005 Pharmacovigilance Guidance.

Health Administration, that allow linkage between data on drug use and occurrence of an adverse event. Because of the large amount of information collected in these datasets and the large number of patients studied, observational studies can be designed to correct for the confounding effect of variables such as age, sex, concomitant drug use, co-existing disease, and other factors.

Case reports published in the biomedical literature represent another source for assessing new and emerging risks from a drug. While such reports typically include a very limited number of patients and cannot provide information on the frequency of a particular toxicity, it does allow a detailed depiction of the clinical and laboratory manifestation of the toxicity, which may be of great use to other providers, the drug's manufacturer, and regulators.

Clinical trials are often not focused on particular safety endpoints. However, they will often assist in the identification of a safety issue with a particular drug that merits further attention and investigation. Meta-analysis of RCTs, when available, provide strong evidence for assessing risks from a drug. While such analyses are not always available until after other resources have already identified a safety risk, when available, they deserve particular attention.

Post-Marketing Reporting

An NDA holder is required to report all unexpected SAEs to the FDA within 15 calendar days after receipt, investigate them, and provide follow-up information. 21 C.F.R. § 314.80(b)(1)(i). This applies to foreign reports of unexpected SAEs as well; the 15-day clock starts "when the applicant or its foreign affiliate has received the four basic elements for a 15-day Alert report."[30] In addition, NDA holders must submit a periodic adverse drug event report ("PADER") every three months for the first three years following the U.S. approval date of the NDA and annually thereafter. Among other requirements, a PADER must contain an analysis of 15-day reports not previously submitted to the FDA. 21 C.F.R. § 314.80(c)(2).

Labeling

As discussed above, it is the NDA holder's responsibility to ensure that a drug's label is not false or misleading. This is particularly important regarding post-marketing monitoring of safety; as discussed above, Phase 3 trials cannot and do not reveal all of the toxicities that a drug may cause when introduced into practice, and it is essential that the product label be updated as soon as practical when newly acquired information identifies a previously unappreciated risk. FDA emphasized this in a Final Guidance for Industry on the W&P section of the label issued in October 2011.[31]

It's equally important to understand that the primary responsibility for maintaining the accuracy of the drug label falls on the drug's manufacturer, *not the* FDA. The manufacturer is responsible

---

[30] FDA Compliance Program Guide 7353.001, Post-marketing Surveillance and Epidemiology: Human Drug and Therapeutic Biological Products, available at https:www.fda.gov/media/84969/download.

[31] See FDA Final Guidance for Industry on the Warnings and Precautions, Contraindications, and Boxed Warning Sections of Labeling for Human Prescription Drug and Biological Products—Content and Format (hereinafter FDA Warnings Guidance). Issued October 2011 *Available at* https://www.fda.gov/media/71866/download.

for proactively complying with the FDCA; the FDA is responsible for enforcing it.

In a July 2013 Final Guidance to Industry, FDA reiterated its view on this subject:

> "[T]he labeling changes process under 21 C.F.R. 314.70 and 601.12 continues to apply to application holders in situations in which the application holder becomes aware of newly acquired information, including in circumstances that meet the criteria for submission of a supplement - changes-being-effected (CBE-0)."[32]

Regulatory Standards for Effectiveness

Under the FDCA, the statutory standard in the U.S. for concluding that a drug causes a therapeutic effect is "substantial evidence" of effectiveness, defined as:

> ". . . evidence consisting of adequate and well-controlled investigations, including clinical investigations, by experts qualified by scientific training and experience to evaluate the effectiveness of the drug involved, on the basis of which it could fairly and responsibly be concluded by such experts that the drug will have the effect it purports or is represented to have under the conditions of use prescribed, recommended, or suggested in the labeling or proposed labeling thereof." 21 U.S.C. § 355(d).

This standard is the basis for the regulatory standards for effectiveness detailed in the implementing regulations in 21 C.F.R. For example, 21 C.F.R. §314.126 provides the defining characteristics of "adequate and well-controlled investigations," while 21 C.F.R. §§201.56 and 201.57 explain what information is needed in different sections of the label to describe the "conditions of use" for which a drug is approved.

In turn, FDA Guidances for Industry go on to explain in considerably more detail how applicants can meet the regulatory standards for effectiveness described in 21 C.F.R. For example, in September 2023, FDA issued a draft Guidance for Industry on Demonstrating Substantial Evidence of Effectiveness With One Adequate and Well-Controlled Clinical Investigation and Confirmatory Evidence. The draft Guidance explains how an NDA could meet the substantial evidence effectiveness standard by supplementing data from a single adequate and well-controlled clinical investigation (instead of the usual two clinical studies) with confirmatory evidence. It then describes and characterizes the kinds of confirmatory evidence that would be acceptable to the FDA, e.g., clinical evidence from studies of a related indication or mechanistic or pharmacodynamic evidence.[33]

Over the last three decades, FDA has issued over 60 Guidances explaining how to apply the FDCA

---

[32] See FDA Final Guidance to Industry: Safety Labeling Changes — Implementation of Section 505(o)(4) of the FD&C Act (hereinafter, 2013 FDA Guidance to Industry on Safety Label Changes). Issued July 30, 2013. Available at https://www.fda.gov/media/116594/download.

22

and its implementing regulations to demonstrate drug effectiveness. While such guidances are not legally binding on either the FDA or on pharmaceutical companies, the regulation on Good Guidance Practices explains that "they represent the agency's current thinking. Therefore, FDA employees may depart from guidance documents only with appropriate justification and supervisory concurrence." 21 C.F.R. §10.115(d)(3).

Regulatory Standards for Safety

The most common labeling changes are adding, modifying, or strengthening a warning to the WARNINGS AND PRECAUTIONS section of the label, or adding information to the ADVERSE EVENTS section of the label.

The current regulatory standard for concluding that a drug causes an adverse event that should be added to the WARNINGS AND PRECAUTIONS section in the drug's label is as follows:

> ". . . clinically significant adverse reactions (including any that are potentially fatal, are serious even if infrequent, or can be prevented or mitigated through appropriate use of the drug), other potential safety hazards (including those that are expected for the pharmacological class or those resulting from drug/drug interactions), limitations in use imposed by them (e.g., avoiding certain concomitant therapy), and steps that should be taken if they occur (e.g., dosage modification). The frequency of all clinically significant adverse reactions and the approximate mortality and morbidity rates for patients experiencing the reaction, if known and necessary for the safe and effective use of the drug, must be expressed as provided under paragraph (c)(7) of this section. In accordance with §§ 314.70 and 601.12 of this chapter, the labeling must be revised to include a warning about a clinically significant hazard as soon as there is reasonable evidence of a causal association with a drug; a causal relationship need not have been definitely established." (emphasis added). 21 C.F.R. § 201.57(c)(6)(i).

For adverse events meeting this standard for which monitoring is indicated for the safe and effective use of the drug, this same regulation goes on to require that the drug's label:

> ". . . identify any laboratory tests helpful in following the patient's response or in identifying possible adverse reactions. If appropriate, information must be provided on such factors as the range of normal and abnormal values expected in the particular situation and the recommended frequency with which tests should be performed before, during, and after therapy." 21 C.F.R. § 201.57(c)(6)(iii).

The current regulatory standard for concluding that a drug causes an adverse event that should be added to the ADVERSE REACTION section in the drug's label is as follows:

> ". . . an undesirable effect, reasonably associated with use of a drug, that may occur as part of the pharmacological action of the drug or may be unpredictable in its occurrence. This definition does not include all adverse events observed during use of a drug, only those adverse events

23

for which there is some basis to believe there is a causal relationship between the drug and the occurrence of the adverse event." 21 CFR § 201.57(c)(7).

Reasonable Evidence of a Causal Association

As stated above, a drug's labeling "must be revised to include a warning about a clinically significant hazard as soon as there is reasonable evidence of a causal association with a drug; a causal relationship need not have been definitely established." 21 C.F.R. § 201.57(c)(6)(i).

The following table summarizes these different regulatory standards for labeling.

|  | ADVERSE REACTION | WARNINGS AND PRECAUTIONS | INDICATION |
|---|---|---|---|
| **Subject** | Undesirable effect | Clinically significant hazard | Therapeutic claim |
| **Evidence needed** | Some basis for a causal relationship | Reasonable evidence of causal association | Substantial evidence from adequate and well-controlled trials |

CBE Process

As referenced elsewhere, most safety-related changes to the label for a drug marketed under an approved NDA can be submitted in a CBE-0 supplement, permitting an NDA holder on its own initiative to add safety information to the drug's label in a straightforward and relatively rapid manner. 21 C.F.R. § 314.70(c)(6)(iii).

Although the FDA will review a CBE-0 supplement after submission, usually (but, because of workload considerations, not always) within 6-months receipt,[34] a NDA or BLA holder does not have to wait for the FDA to finish its review. 21 C.F.R. § 314.70(c)(6). Instead, it can distribute the drug with the revised label as soon as the CBE supplement has been received by the FDA, meaning that the revised label may be in circulation for an extended period before FDA formally approves the revisions.[35] Soon after FDA receives the CBE supplement, it makes the revised label publicly available on FDA's Web site and on a computerized repository of a broad array of drug information maintained by the National Library of Medicine, known as *DailyMed*.[36]

In theory, the FDA has the authority to retroactively reject a CBE supplement. However, this rarely, if ever, occurs. Such a decision would, in general, result from understating or otherwise mischaracterizing the risk added by the supplement. I am unaware of a single instance in which

---

[34] PDUFA legislation and side agreements have not included goals related to review times for safety-related CBE supplements, and FDA often does not complete such reviews within six months of receipt.

[35] On occasion, the FDA may require that a CBE supplement in either category be converted to a prior approval supplement, meaning that the proposed changes cannot be effected until the FDA reviews and approves the supplement. In such circumstances, the NDA holder cannot distribute the drug with the revised labeling 21 C.F.R. §314.70(c)(6).

[36] Draft Guidance for Industry – Public Availability of Labeling Changes in "Changes Being Effected" Supplements (September 2006, available at https://www.fda.gov/regulatory-information/search-fda-guidance-documents/public-availability-labeling-changes-changes-being-effected-supplements) at 3.

such a rejection led to FDA deeming a drug to be misbranded and subjected to recall because of a retroactive rejection of a CBE-0 supplement.

Before 2007, FDA could request that a pharmaceutical company make safety-related changes to its products' labeling but did not have the statutory authority to compel it to do so except by declaring the drug to be misbranded, a drastic and rarely invoked authority.  The FDA Amendments Act of 2007 added Section 505(o) to the FDCA, giving the FDA legal authority to order a manufacturer to change the labeling for an approved product.

In July 2013, FDA issued a final version of a Guidance to Industry on implementation of Section 505(o).  In this Guidance, the FDA made clear that its new authority does not relieve pharmaceutical companies of their obligation to ensure that labeling for their products is updated when they become aware of NAI that make a safety-related labeling change necessary. The guidance explained that:

> "FDA does not anticipate that all labeling changes that may be related to safety will be required and reviewed under section 505(o)(4) of the FD&C Act. For other labeling changes, application holders may continue to submit labeling supplements using standard procedures (See 21 CFR 314.70 and 601.12)."[37]

It goes on to state that:

> "[i]t is FDA's view that the labeling changes process under 21 C.F.R. § 314.70 and 601.12 continues to apply to application holders in situations in which the application holder becomes aware of newly acquired information, including in circumstances that meet the criteria for submission of a supplement - changes-being- effected (CBE-0)." [38]

Why is Labeling Important?

Drug labeling is the foundation of drug regulation in the United States. A drug's label drives virtually every decision made by prescribers, patients, health care organizations, pharmaceutical manufacturers, regulators, payors, and other stakeholders.

The information contained in a drug label "must contain a summary of the essential scientific information needed for the safe and effective use of the drug." 21 C.F.R. § 201.56.

The label not only provides the "essential scientific information needed for the safe and effective use of the drug," but also drives virtually all other sources that consumers and health care providers consult about drugs. These include advertisements aimed at both prescribers and patients, continuing medical education courses, on-line drug information, and pharmacy information

---

[37] See FDA Final Guidance to Industry: Safety Labeling Changes — Implementation of Section 505(o)(4) of the FD&C Act (hereinafter, 2013 FDA Guidance to Industry on Safety Labeling Changes) at 5. Issued July 30, 2013. *Available at* https://www.fda.gov/media/116594/download.
[38] 2013 FDA Guidance to Industry on Safety Labeling Changes at 7.

systems. Because a physician's prescribing decisions will usually be based on data from one or more of these sources, the presence—or absence—of information in a drug's label will be the primary influence on those decisions even if the prescriber never reads the label itself.

The label is an important aspect of drug approval. Two safety-related sections of the label—section 5 (WARNINGS AND PRECAUTIONS) and section 6 (ADVERSE REACTIONS)—are of particular interest. The governing regulation (21 C.F.R. § 201.57(c)(6)) provides that the WARNINGS AND PRECAUTIONS section of the label

> . . . must describe clinically significant adverse reactions (including any that are potentially fatal, are serious even if infrequent, or can be prevented or mitigated through appropriate use of the drug), other potential safety hazards (including those that are expected for the pharmacological class or those resulting from drug/drug interactions), limitations in use imposed by them (e.g., avoiding certain concomitant therapy), and steps that should be taken if they occur (e.g., dosage modification). The frequency of all clinically significant adverse reactions and the approximate mortality and morbidity rates for patients experiencing the reaction, if known and necessary for the safe and effective use of the drug, must be expressed as provided under paragraph (c)(7) of this section. In accordance with §§ 314.70 and 601.12 of this chapter, the labeling must be revised to include a warning about a clinically significant hazard as soon as there is reasonable evidence of a causal association with a drug; a causal relationship need not have been definitely established.

The ADVERSE REACTION section of the drug label

> . . . must describe the overall adverse reaction profile of the drug based on the entire safety database. For purposes of prescription drug labeling, an adverse reaction is an undesirable effect, reasonably associated with use of a drug, that may occur as part of the pharmacological action of the drug or may be unpredictable in its occurrence. This definition does not include all adverse events observed during use of a drug, only those adverse events for which there is some basis to believe there is a causal relationship between the drug and the occurrence of the adverse event. 21 C.F.R. § 201.57(c)(7).

In February 2013, the FDA issued a final Guidance for Industry on labeling for human prescription drug and biological products entitled "Implementing the PLR Content and Format Requirements."[39] This Guidance devotes one-third of its content to the HIGHLIGHTS OF PRESCRIBING INFORMATION section of the label, underscoring the importance of this section in rapidly communicating critical information to prescribers and patients.

The Guidance explains that "[t]he purpose of Highlights is to provide immediate access to the information to which practitioners most commonly refer and regard as most important."[40] In particular, the HIGHLIGHTS section contains a summary of each warning in the WARNINGS

---

[39] Available at https://www.fda.gov/media/71836/download.

[40] Guidance for Industry on Labeling for Human Prescription Drug and Biological Products - Implementing the PLR Content and Format Requirements at 6. Available at https://www.fda.gov/media/71836/download.

26

AND PRECAUTIONS section of the label but does not contain any information from the ADVERSE REACTIONS section. Thus, the very first point of contact between the drug manufacturer informs a prescriber – or a patient – about warnings, significantly elevating the visibility of warnings overstatements about adverse events.

As discussed above, pharmaceutical manufacturers can make most safety-related changes reflecting newly acquired information through a CBE-0 if they "add or strengthen a contraindication, warning, precaution, or adverse reaction for which the evidence of a causal association satisfies the standard for inclusion." Such changes in the drug's label must be reflected in promotional materials as well. The governing regulation requires that a manufacturer "must promptly revise all promotional labeling and advertising to make it consistent with any labeling change implemented in accordance with paragraphs (b) and (c) of this section."

## V.    REGULATORY ANALYSIS

My opinion that there was a failure by Eli Lilly to adequately warn prescribers and patients about acute gallbladder disease as a risk of its GLP-1 RAs via the Warnings and Precautions sections of **Trulicity's** label cannot be completely separated from a discussion about other GLP-1 RAs, including Victoza, Ozempic, Rybelsus, Saxenda, and Wegovy.   Because regulatory standards do not analyze GLP-1 RA drugs in isolation, I include a discussion below as to all GLP-1 RAs that are relevant to my analysis.

Trulicity should have included a warning about the risk of acute gallbladder disease in its W&P Section by December 2017.  Lilly had NAI that represented overwhelming evidence of a causal association between Trulicity and acute gallbladder disease, including the following:

- o   Knowledge of the high likelihood of similar toxicities between Trulicity and other approved GLP-1 RAs, given their strong similarities for all three domains defining an EPC.  When two drugs are in the same EPC, there are similarities between them in at least one of three domains: mechanism of action, physiologic effect, or chemical structure. Eli Lilly knew that Dulaglutide was similar to other GLP-1 RAs for all three of these domains, increasing the likelihood of similarity in toxicities.

- o   The clinical trial and post-marketing data demonstrating robust evidence of a causal association between acute gallbladder disease and GLP-1 RAs, including Dulaglutide.

- o   NAI establishing that the acute gallbladder disease risks associated with Trulicity were associated with other GLP-1 RAs as well, given that these drugs are in the same EPC. For instance:

  - In 2016, Faillie et al.[41] reported on the results of a large retrospective cohort study analyzing whether the use of DPP-4 inhibitors and GLP-1 RAs is associated with an increased risk of bile duct and acute gallbladder disease in patients with type 2

---

[41] Faillie JL, Yu OH, Yin H, Hillaire-Buys D, Barkun A, Azoulay L. Association of Bile Duct and Gallbladder Diseases With the Use of Incretin-Based Drugs in Patients With Type 2 Diabetes Mellitus. JAMA Intern Med. 2016 Oct 1;176(10):1474-1481. doi: 10.1001/jamainternmed.2016.1531. PMID: 27478902.

diabetes. The investigators found a 79% increased risk of bile duct and acute gallbladder disease with the use of GLP-1 analogues, as well as a two-fold increased risk of cholecystectomy.

- In 2017, Monami *et al.*[42] published the results of a meta-analysis assessing the effect of GLP1-RAs on pancreatitis, pancreatic cancers and cholelithiasis. This meta-analysis analyzed published randomized clinical trials comparing a GLP-1 RA with placebo or other non-GLP-1 RA with a duration of treatment of at least 12 weeks in patients with type 2 diabetes. The investigators concluded that based upon the available evidence from clinical trials, GLP-1 RAs are associated "with an increased risk of cholelithiasis, which does not appear to be fully explained by weight loss, and which deserves further investigation."

### A. GLP-1 RAs are an Established Pharmacologic Class (EPC)

The approved labeling for all GLP-1 RAs indicates that the FDA considers them to be members of an established pharmacologic class (EPC), as indicated by the inclusion of the name of their EPC (GLP-1 RA) in the Indications and Usage section of the HIGHLIGHTS OF PRESCRIBING INFORMATION.[43] FDA defines a *pharmacologic class* as a group of drugs that have a common mechanism of action, physiological effect, or chemical structure. An EPC is a pharmacologic class designated by a term that is both scientifically valid and clinically meaningful.[44]

Because of similarities in their pharmacologic characteristics (mechanism of action, physiologic effect, and chemical structure), drugs in the same EPC are likely to have similar potential for providing therapeutic benefit for the same indication. Thus, data showing that one member of a specific EPC may have clinical benefits often provides strong scientific, clinical, and commercial justifications for considering pharmaceutical development of other drugs in the same EPC. FDA has cited this principle in its December 2019 Draft Guidance to Industry on providing substantial evidence of effectiveness, stating that while normally two adequate and well-controlled clinical investigations are needed to demonstrate effectiveness, FDA will accept ". . .one adequate and well-controlled clinical investigation as the basis to demonstrate effectiveness, when the single trial is supported by confirmatory evidence of effectiveness from adequate and well-controlled trials of other drugs in the same pharmacological class."[45]

However, the same pharmacologic similarities mean that drugs in the same EPC frequently have very similar toxicity profiles as well. From a regulatory perspective, if the labeling for a particular

---

[42] Monami M, Nreu B, Scatena A, Cresci B, Andreozzi F, Sesti G, Mannucci E. Safety issues with glucagon-like peptide-1 receptor agonists (pancreatitis, pancreatic cancer and cholelithiasis): Data from randomized controlled trials. Diabetes Obes Metab. 2017 Sep;19(9):1233-1241. doi: 10.1111/dom.12926. Epub 2017 Jun 20. PMID: 28244632.

[43] 21 C.F.R. §201.57(a)(6). See also Guidance to Industry – Labeling for Human Prescription Drug and Biological Products — Determining Established Pharmacologic Class for Use in the Highlights of Prescribing Information (October 2009). Available at https://www.fda.gov/media/77834/download.

[44] FDA Guidance on EPCs in Highlights of Prescribing Information.

[45] FDA Draft Guidance for Industry – Demonstrating Substantial Evidence of Effectiveness for Human Drug and Biological Products at 12-13. (December 2019; available at https://www.fda.gov/media/133660/download).

member of an EPC carries a warning in the W&P Section about a particular SAE because it is a clinically significant hazard for which there is reasonable evidence of a causal association, prudence would dictate assuming that reasonable evidence of a causal association should be inferred for other members of the same EPC. For example, the FDA's 2005 Good Pharmacovigilance Practices Guidance notes that "Signals can arise from . . . events associated with other products in the same pharmacologic class."[46] Thus, a reasonably diligent NDA holder is responsible for monitoring safety reporting on all drugs in the EPC to which it belongs.

The FDA's October 2011 Guidance for Industry – Warnings and Precautions, Contraindications, and Boxed Warning Sections of Labeling for Human Prescription Drug and Biological Products – Content and Format emphasizes this principle, explaining that "[t]here are circumstances in which an adverse reaction that has not been observed with a drug can nonetheless be anticipated to occur. The WARNINGS AND PRECAUTIONS section should include serious or otherwise clinically significant adverse reactions (as described in section II.A) that are anticipated to occur with a drug if:

> It appears likely that the adverse reaction will occur with the drug based on what is known about the pharmacology, chemistry, or class of the drug (e.g., a drug with a large QT prolongation effect would be likely to cause Torsades des Pointes arrhythmia even if no cases have yet been seen)."[47]

Thus, it is necessary to warn prescribers and patients about serious adverse events common to members of an EPC.  This principle holds even when a particular SAE has been observed for only one member of a class unless it is possible to demonstrate that the SAE is unique to that member.[48]

GLP-1 RAs represent an EPC because they all have the same mechanism of action (MOA), cause the same physiologic effects, and have very similar chemical structures, as shown in the Figure below. In addition, their designation is both scientifically valid and clinically meaningful.

---

[46] 2005 Good Pharmacovigilance Practices Guidance at 4.

[47] FDA's Guidance for Industry – Warnings and Precautions, Contraindications, and Boxed Warning Sections of Labeling for Human Prescription Drug and Biological Products —Content and Format at 5. Available at https://www.fda.gov/media/71866/download

[48] Examples include trovafloxacin and erythromycin estolate, which are associated with a much higher risk of hepatotoxicity than other members of their respective classes.



Aib = α-Aminoisobutyric acid    ●  —  = Linker/Spacer

**B.  History of labeling GLP-1 RAs with respect to warnings about acute gallbladder disease**

The following Table lists information for GLP-1 RAs discussed in this Report.[49]

| FDA-approved GLP-1 RAs | | | | | |
|---|---|---|---|---|---|
| API | Trade name | Applicant | Application type | Application number | Approval date |
| Exenatide | Byetta | Lilly | NDA | N021919 | 10/30/2009 |
| Liraglutide | Victoza | Novo | NDA | N022341 | 1/25/2010 |
| Dulaglutide | Trulicity | Lilly | BLA | B125469 | 9/18/2014 |
| Liraglutide | Saxenda | Novo | NDA | N206321 | 12/23/2014 |
| Liraglutide; insulin degludec | Xultophy | Novo | BLA | B208583 | 11/21/2016 |
| Semaglutide | Ozempic | Novo | NDA | N209637 | 12/5/2017 |
| Semaglutide | Rybelsus | Novo | NDA | N213051 | 9/20/2019 |
| Semaglutide | Rybelsus | Novo | NDA | N213182 | 9/20/2019 |
| Semaglutide | Wegovy | Novo | NDA | N215256 | 6/4/2021 |
| Tirzepatide | Mounjaro | Lilly | NDA | N215866 | 5/13/2022 |
| Tirzepatide | Zepbound | Lilly | NDA | N217806 | 11/8/2023 |

---

[49] This table does not include two other approved GLP-1 RAs, lixisenatide and albiglutide, which are not substantively discussed in this report.

For this analysis, I examined the history of labeling for different GLP-1 RAs with respect to warnings about acute gallbladder disease. My analysis focused on whether labeling for a given GLP-1 RA at a given point in time should have contained warnings about acute gallbladder disease in the WARNINGS AND PRECAUTIONS.  If so, the labeling would also contain information about such events in the ADVERSE REACTIONS section.

The following table and figure illustrate graphically the relevant sequence of changes in such labeling over time; it therefore may be helpful to refer to these while reading the labeling history.

The Table below shows the presence or absence of information on acute gallbladder disease in the WARNINGS AND PRECAUTIONS and HIGHLIGHTS OF PRESCRIBING INFORMATION sections of approved GLP-1 RA labels over time.

The Figure below summarizes the presence or absence of information on acute gallbladder disease in WARNINGS AND PRECAUTIONS, and ADVERSE REACTIONS sections of GLP-1 RA labels over time.

| Acute gallbladder disease information in the WARNINGS AND PRECAUTIONS and HIGHLIGHTS OF PRESCRIBING INFORMATION sections of approved GLP-1 RA labels | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Drug** | **Applicant** | **Application** | **Trade name** | **sNDA or sBLA** | **Approval date** | **Gallbladder Warnings in Label** | **Gallbladder Warnings in Highlights** |
| Liraglutide | Novo | N022341 | Victoza | s000 | 1/25/10 | No | No |
| Dulaglutide | Lilly | B125469 | Trulicity | s000 | 9/18/14 | No | No |
| Liraglutide | Novo | N206321 | Saxenda | s000 | 12/23/14 | Yes | Yes |
| Liraglutide | Novo | N022341 | Victoza | s025 | 4/22/16 | No | No |
| Liraglutide | Novo | B208583 | Xultophy | s000 | 11/21/16 | No | No |
| Liraglutide | Novo | N022341 | Victoza | s031 | 8/25/17 | Yes | Yes |
| Semaglutide | Novo | N209637 | Ozempic | s000 | 12/5/17 | No | No |
| Liraglutide | Novo | B208583 | Xultophy | s002 | 2/1/19 | Yes | Yes |
| Semaglutide | Novo | N213182 | Rybelsus | s000 | 9/20/19 | No | No |
| Semaglutide | Novo | N213051 | Rybelsus | s000 | 1/1/20 | No | No |
| Semaglutide | Novo | N215256 | Wegovy | s000 | 6/4/21 | Yes | Yes |
| Semaglutide | Novo | N209637 | Ozempic | s009 | 3/28/22 | Yes | Yes |
| Tirzepatide | Lilly | N215866 | Mounjaro | s000 | 5/13/22 | Yes | Yes |
| Dulaglutide | Lilly | B125469 | Trulicity | s052 | 6/10/22 | Yes | Yes |
| Semaglutide | Novo | N213051 | Rybelsus | s011 | 6/10/22 | Yes | Yes |
| Tirzepatide | Lilly | N217806 | Zepbound | s000 | 11/8/23 | Yes | Yes |

Key

Application: New Drug Application (NDA) or Biological Licensing Application (BLA) number. 'N' denotes NDA; 'B' denotes BLA.

sNDA (sBLA): Supplemental NDA (BLA). The sNDA (sBLA) number is assigned by the FDA based on order of receipt. 's000' indicates the original NDA (BLA).

Each color denotes a specific GLP-1 RA, regardless of which NDA under which it is marketed.

32

**Figure 1. Timeline of GLP-1 RA labeling revisions related to biliary adverse events.**



On 5/23/2008, Novo Nordisk submitted NDA 022341, proposing to market Victoza (liraglutide) for the treatment of type 2 diabetes mellitus (T2DM). The clinical safety database consisted of data on 4,210 liraglutide-exposed subjects (total exposure of 2,241 patient-years[50] (PY)) and 2,272 comparator-exposed subjects (total exposure of 1,179 PY).[51]

The FDA clinical safety reviewer for the Victoza NDA noted that "[c]oncern has arisen regarding spontaneous postmarketing reports of pancreatitis for Byetta® (exenatide), the only approved GLP-1 analogue. Therefore, pancreatitis is an adverse event of special interest for liraglutide."

The table below shows her analysis of pancreatitis AEs in the Victoza safety database.

| | Victoza (N=4,211) | | Comparators (N=2,272) | |
|---|---|---|---|---|
| | n (%) | Cases/1,000 PY | n (%) | Cases/1,000 PY |
| Pancreatitis | 8 (0.19%) | 2.2 | 1 (0.04%) | 0.6 |

The latency period (time between start of drug receipt and occurrence of pancreatitis) in these cases had a range of 50 – 669 days. The comparator patient and four of the eight Victoza patients had risk factors for pancreatitis.

One of the Victoza-exposed patients with pancreatitis died, although it was unclear whether the death was attributable to pancreatitis. Of note, however, autopsy revealed gallstones and pathologic findings consistent with pancreatitis due to gallstone obstruction of the pancreatic duct.

Given the markedly higher incidence of pancreatitis in Victoza-exposed subjects, the FDA Clinical Safety Reviewer concluded that "pancreatitis may be a class effect for glucagon-like-peptide-1 analogues, given recent postmarketing reports for exenatide, for which final labeling discussions are ongoing," and recommended that "[i]f liraglutide is approved, a discussion of pancreatitis findings should be included in labeling, and the placement should be the same as that in the final exenatide label."

The FDA reviewer did not find a difference in biliary adverse event rates between Victoza- and comparator-exposed patients.  The NDA safety database was underpowered to detect significant differences in acute cholecystitis case rates between the Victoza and comparator arms.

On 1/25/2010, Victoza (liraglutide) was approved in the U.S.  Its NDA was approved with a warning about pancreatitis in the WARNINGS AND PRECAUTIONS section. Its labeling did not carry any Warnings about acute gallbladder disease. As a condition of approval, the FDA also required that Novo Nordisk implement a Risk Evaluation and Management Strategy (REMS) to communicate the risk of pancreatitis with Victoza to prescribers and patients.[52] This REMS

---

[50] *Patient-year* (PY) is a unit in clinical research used express the total amount of drug exposure in a specific patient population. Calculation of drug exposure allows researchers to correct for differences in the length of drug exposure time for patients randomized to different treatments.

[51]        FDA        Clinical        Safety        Review,        NDA        022341 https://www.accessdata.fda.gov/drugsatfda_docs/nda/2010/022341s000medr_P2.pdf, pdf pp. 58-61.

[52] January 25, 2010 NDA Approval Letter for NDA 022341.

required a communication plan and specific evaluation of post-marketing cases of acute pancreatitis. The approval letter also requested for a period of two years 15-day alert reporting of all cases of pancreatitis, not just the standard requirement of 15-day alert reporting of serious and unexpected adverse events.[53]

Therefore, as early as January 2010, any sponsor of a GLP-1 RA was on notice of the need for safety surveillance of post-marketing reports of acute pancreatitis. Acute pancreatitis is usually caused by gallstones obstructing the bile duct. Since pre-clinical studies did not show a direct toxic effect of liraglutide on the pancreas, the excess in pancreatitis cases likely reflected gallstone obstruction. The REMS should have led a reasonably prudent NDA holder to ascertain newly acquired information of the risk of cholecystitis.

In February 2013, seven months before submission of the Trulicity BLA and six months before the data cut-off date for the 4-month safety update to the BLA,[54] the Trulicity clinical development program safety database contained the following data on the incidence of cholelithiasis and cholecystitis adverse events.[55] [56]

| Term | Dulaglutide[57] N=3,530 2,598.4 PY | | Active comparator[58] N=1,532 1,553.2 PY | | Placebo N=703 284.3 FY | |
|---|---|---|---|---|---|---|
| | n (%) | Cases/ 1,000 PY[59] | n (%) | Cases/ 1,000 PY | n (%) | Cases/ 1,000 PY |
| Cholelithiasis | 24 (0.68%) | 9.2 | 0 (0.0%) | 0.0 | 0 (0.0%) | 0.0 |
| Cholecystectomy | 6 (0.17%) | 2.3 | 0 (0.0%) | 0.0 | 0 (0.0%) | 0.0 |

After attempting to compare the incidence of these adverse events to those observed in a longitudinal case-control study by Liu *et al*. examining the risk of symptomatic gallstone disease in Taiwanese patients,[60] Lilly concluded that "In the dulaglutide data the incidence of cholelithiasis [*sic*] appears evenly distributed across treatment groups with no suggestion of a dose relationship,

---

[53] Id.

[54] FDA Medical Review of BLA 125469 at 33.

[55] LLY-GLPMDL-10683858

[56] In this and similar tables in this report, 'N' denotes the denominator used to calculate event rates, while 'n' denotes the numerator.

[57] The table in the Lilly document breaks down cases in dulaglutide-exposed patients by dose. Among 1,768 patients receiving dulaglutide 0.75 mg, 13 (0.74%) had cholelithiasis (incidence rate, 9.9 cases/1,000 PY) and 1 (0.06%) had a cholecystectomy (incidence rate, 0.8 cases/1,000 PY). Among 1,762 patients receiving dulaglutide 1.5 mg, 11 (0.62%) had cholelithiasis (incidence rate, 8.5 cases/1,000 PY) and 5 (0.28%) had a cholecystectomy (incidence rate, 3.9 cases/1,000 PY).

[58] The active comparators were exenatide, glargine, metformin, and sitagliptin.

[59] The table in the Lilly document reported incidence rates as number of cases/100 PY. To avoid confusion, I have normalized all incidence rates to cases/1,000 PY throughout this report.

[60] Liu CM, Hsu CT, Li CY, Chen CC, Liu ML, Liu JH. A population-based cohort study of symptomatic gallstone disease in diabetic patients. World J Gastroenterol. 2012 Apr 14;18(14):1652-9. doi: 10.3748/wjg.v18.i14.1652. PMID: 22529695; PMCID: PMC3325532.

even in view of the absence of reports in the placebo group given the low incidence of cholelithiasis reports overall and the limited duration of observation of the placebo group. The cholecystectomy data, while showing incidence rates lower than that observed by Liu, are consistent with the observations that the majority of gallstones are asymptomatic and infrequently lead to surgical intervention."[61]

Dr. David Hyslop, the Lilly staffer who drafted this conclusion, interpreted the CSS data as follows:

- the incidence of gallstones was similar across all dulaglutide and comparator treatment groups;
- the risk of acute gallbladder disease among patients in the Trulicity safety database was actually lower than in the general population in Taiwan;
- the risk of acute gallbladder disease requiring surgery was very low among dulaglutide-exposed patients

These conclusions are false and misleading for the following reasons:

- The statement that "the incidence of chlolithiasis [*sic*] appears evenly distributed across treatment groups" is simply untrue. Having 24 cases of cholelithiasis in dulaglutide-exposed patients but none among patients in the comparator or placebo groups is not "evenly distributed."

- The statement that "[t]he cholecystectomy data, while showing incidence rates lower than that observed by Liu . . ." is particularly misleading. Dr. Hyslop either did not read the Liu's study, did not understand it, and/or mischaracterized it. Errors and omissions in his analysis included the following:

  - Liu's study examined data in Taiwan's National Health Insurance Research Database, meaning that the population studied was inherently very different from the Trulicity study population in ways that could affect the risk of gallbladder disease, e.g., race and ethnicity. He failed to consider or even mention profound differences in patient populations that his use of Liu's study as a comparator completely inappropriate.

  - Over 40% of patients in Liu's study were 65 or older compared to <20% in the Trulicity database.[62] Since age is a major risk factor for acute gallbladder disease, this difference alone made Liu's study an invalid comparator.

  - Similarly, he failed to consider or even mention that the exclusion criteria for Trulicity clinical trials, while appropriate for registrational studies, excluded populations at increased risk for acute gallbladder disease, e.g., patients with liver disease.[63] There

---

[61] LLY-GLPMDL-10683859
[62] FDA Statistical Review of BLA 125469 at 26.
[63] FDA Medical Review of BLA 125469 at 43.

were no such exclusion criteria in Liu's study, again making her study population an invalid comparator.

- o He failed to consider or even mention the difference between Liu's study and the Trulicity trials with respect to sample size and statistical power to detect events. The number of patients in Liu's study (>1.2 million) and the length of follow-up (8 years) yielded an adequate sample (>1 million PY) with very high power to detect even unusual events. The Trulicity database was much smaller both in terms of number of patients and length of follow-up, with very low power to detect events.

- The statement that "The cholecystectomy data . . . are consistent with the observations that the majority of gallstones are asymptomatic and infrequently lead to surgical intervention." This conclusion is flagrantly misleading. It ignores the regulatory significance of a serious adverse event causally associated with a drug and attempts to minimize the clinical hazard represented by such an event.

These false and misleading conclusions rely primarily on ignoring what is in plain sight – the large differences observed in randomized controlled trials of dulaglutide in the incidence of cholelithiasis and cholecystectomy between dulaglutide and comparator-exposed patients. Dr. Hyslop's approach is like comparing a grenade to a pineapple and concluding that the former is harmless because on the surface, it looks like the latter.

Of greater concern is the strong possibility that this egregiously false and misleading conclusion was incorporated into the final Clinical Safety Summary (CSS; sometimes referred to as the *Summary of Clinical Safety*) and/or Integrated Summary of Safety (ISS) in Trulicity's BLA. The ISS is a required part of an original NDA or BLA, containing "all available information about the safety of the drug product, including pertinent animal data, demonstrated or potential adverse effects of the drug, clinically significant drug/drug interactions, and other safety considerations, such as data from epidemiological studies of related drugs." 21 C.F.R §314.50(d)(5)(vi)*(a)*.  The CSS is a high-level summary of the ISS; although not specified as a required section in an NDA or BLA, it is required for the Common Technical Document format mandated for use by pharmaceutical companies submitting a marketing application to the FDA.[64]

FDA clinical and scientific staff reviewing an NDA or BLA containing hundreds of thousands or even millions of pages of study reports generally apply a presumption of regularity, that is, they assume that an applicant will make a good faith effort to provide relevant data and be upfront about findings that might affect conclusions regarding safety and effectiveness.   In particular, FDA reviewers rely on the accuracy of conclusions provided by the applicant in the CSS and ISS. False or misleading conclusions in these sections can easily find their way unchallenged into FDA reviews, particularly when the data contradicting that conclusion are embedded in a lengthy appendix.

Trulicity pre-BLA meetings

---

[64] See FDA Guidance for Industry Integrated Summaries of Effectiveness and Safety: Location Within the Common Technical Document (April 2009) at 3. Available at https://www.fda.gov/media/75783/download.

Applicants may request a pre-BLA (or pre-NDA) meeting with the FDA before submitting an application.  Such meetings are meant to

> " . . . to uncover any major unresolved problems, to identify those studies that the sponsor is relying on as adequate and well-controlled to establish the drug's effectiveness, to identify the status of ongoing or needed studies adequate to assess pediatric safety and effectiveness, to acquaint FDA reviewers with the general information to be submitted in the marketing application (including technical information), to discuss appropriate methods for statistical analysis of the data, and to discuss the best approach to the presentation and formatting of data in the marketing application." 21 CFR 312.47(b)(2).

On 5/2/2013, Lilly held a pre-BLA meeting with FDA managers and reviewers to discuss the pending submission of the Trulicity BLA. Lilly's briefing package for the meeting did not discuss or even mention acute gallbladder disease as a safety concern.

On 7/9/2013, Lilly held a second pre-BLA meeting with FDA managers and reviewers to discuss the pending submission of the Trulicity BLA. Lilly's briefing package for this meeting also did not discuss or even mention acute gallbladder disease as a safety concern.[65]

On 9/7/2013, Lilly submitted BLA for Trulicity (dulaglutide), proposing to market it for treatment of T2DM. The FDA medical reviewer indicated that "The primary document for the safety review was the Integrated Summary of Safety."[66] He indicated that the BLA safety database included 4006 dulaglutide-exposed patients (3531.2 PY of exposure), 1,980 comparator-exposed patients (2,358.8 PY of exposure), and 703 placebo-exposed patients (283.9 PY of exposure).[67]

The following is the table provided by Lilly to the FDA Medical Reviewer on the incidence of hepatic treatment-emergent adverse events (a broad category that included adverse events related to acute gallbladder disease).

---

[65] LLY-GLPMDL-00410166 – 00410381.
[66] FDA Medical Review of BLA 125469 at 34.
[67] FDA Medical Review of BLA 125469 at 98.

| System Organ Class / High Level Term / Preferred Term | All Comp (N=1844) n (%) | Dula 0.75 (N=1671) n (%) | Dula 1.5 (N=1671) n (%) | All Dula (N=3342) n (%) | Odds Ratio[a] | Heterogeneity p-value[b] | CMH p-value[c] |
|---|---|---|---|---|---|---|---|
| Hepatobiliary disorders | 34 ( 1.8) | 37 ( 2.2) | 34 ( 2.0) | 71 ( 2.1) | 1.16 | .656 | .375 |
| Hepatocellular damage and hepatitis NEC | 17 ( 0.9) | 17 ( 1.0) | 20 ( 1.2) | 37 ( 1.1) | 1.20 | .232 | .422 |
| Hepatic steatosis | 15 ( 0.8) | 16 ( 1.0) | 20 ( 1.2) | 36 ( 1.1) | 1.33 | .445 | .291 |
| Non-alcoholic steatohepatitis | 1 ( <0.1) | 1 ( <0.1) | 0 ( 0.0) | 1 ( <0.1) | 0.55 | .109 | .746 |
| Hepatitis | 1 ( <0.1) | 0 ( 0.0) | 0 ( 0.0) | 0 ( 0.0) | | | .267 |
| Cholecystitis and cholelithiasis | 12 ( 0.7) | 17 ( 1.0) | 15 ( 0.9) | 32 ( 1.0) | 1.48 | .067 | .200 |
| Cholelithiasis | 9 ( 0.5) | 15 ( 0.9) | 13 ( 0.8) | 28 ( 0.8) | 1.72 | .648 | .104 |
| Cholecystitis | 0 ( 0.0) | 1 ( <0.1) | 2 ( 0.1) | 3 ( <0.1) | | | .223 |
| Cholecystitis acute | 2 ( 0.1) | 1 ( <0.1) | 1 ( <0.1) | 2 ( <0.1) | 0.55 | .366 | .479 |
| Cholecystitis chronic | 2 ( 0.1) | 1 ( <0.1) | 0 ( 0.0) | 1 ( <0.1) | 0.28 | .082 | .220 |
| Hepatic and hepatobiliary disorders NEC | 4 ( 0.2) | 5 ( 0.3) | 2 ( 0.1) | 7 ( 0.2) | 0.97 | .478 | .996 |
| Liver disorder | 3 ( 0.2) | 2 ( 0.1) | 1 ( <0.1) | 3 ( <0.1) | 0.55 | .488 | .514 |
| Hepatic cyst | 1 ( <0.1) | 2 ( 0.1) | 0 ( 0.0) | 2 ( <0.1) | 1.10 | .319 | .901 |
| Biliary polyp | 0 ( 0.0) | 0 ( 0.0) | 1 ( <0.1) | 1 ( <0.1) | | | .482 |
| Hepatic calcification | 0 ( 0.0) | 1 ( <0.1) | 0 ( 0.0) | 1 ( <0.1) | | | .488 |

| System Organ Class / High Level Term / Preferred Term | All Comp (N=1844) n (%) | Dula 0.75 (N=1671) n (%) | Dula 1.5 (N=1671) n (%) | All Dula (N=3342) n (%) | Odds Ratio[a] | Heterogeneity p-value[b] | CMH p-value[c] |
|---|---|---|---|---|---|---|---|
| Hepatic lesion | 1 ( <0.1) | 0 ( 0.0) | 0 ( 0.0) | 0 ( 0.0) | | | .159 |
| Hepatic enzymes and function abnormalities | 1 ( <0.1) | 2 ( 0.1) | 1 ( <0.1) | 3 ( <0.1) | 1.66 | .628 | .546 |
| Hepatic function abnormal | 1 ( <0.1) | 2 ( 0.1) | 1 ( <0.1) | 3 ( <0.1) | 1.66 | .628 | .566 |
| Gallbladder disorders NEC | 4 ( 0.2) | 0 ( 0.0) | 1 ( <0.1) | 1 ( <0.1) | 0.14 | .628 | .037 |
| Gallbladder polyp | 2 ( 0.1) | 0 ( 0.0) | 1 ( <0.1) | 1 ( <0.1) | 0.28 | .448 | .209 |
| Gallbladder disorder | 2 ( 0.1) | 0 ( 0.0) | 0 ( 0.0) | 0 ( 0.0) | | | .045 |
| Hepatic fibrosis and cirrhosis | 0 ( 0.0) | 1 ( <0.1) | 0 ( 0.0) | 1 ( <0.1) | | | .488 |
| Nodular regenerative hyperplasia | 0 ( 0.0) | 1 ( <0.1) | 0 ( 0.0) | 1 ( <0.1) | | | .488 |
| Hepatic vascular disorders | 1 ( <0.1) | 1 ( <0.1) | 0 ( 0.0) | 1 ( <0.1) | 0.55 | | .620 |
| Portal vein thrombosis | 0 ( 0.0) | 1 ( <0.1) | 0 ( 0.0) | 1 ( <0.1) | | | .478 |
| Portal hypertension | 1 ( <0.1) | 0 ( 0.0) | 0 ( 0.0) | 0 ( 0.0) | | | .159 |
| Hepatobiliary signs and symptoms | 4 ( 0.2) | 0 ( 0.0) | 1 ( <0.1) | 1 ( <0.1) | 0.14 | .208 | .049 |
| Hepatomegaly | 4 ( 0.2) | 0 ( 0.0) | 1 ( <0.1) | 1 ( <0.1) | 0.14 | .208 | .049 |
| Bile duct infections and inflammations | 2 ( 0.1) | 0 ( 0.0) | 0 ( 0.0) | 0 ( 0.0) | | | .045 |
| Biliary colic | 2 ( 0.1) | 0 ( 0.0) | 0 ( 0.0) | 0 ( 0.0) | | | .045 |
| Cholestasis and jaundice | 1 ( <0.1) | 0 ( 0.0) | 0 ( 0.0) | 0 ( 0.0) | | | .156 |
| Hyperbilirubinaemia | 1 ( <0.1) | 0 ( 0.0) | 0 ( 0.0) | 0 ( 0.0) | | | .156 |

Abbreviations: All_Comp = all comparators; CMH = Cochran-Mantel-Haenszel; N = total number of patients in specified treatment arm; n = number of patients with at least one treatment emergent adverse event; TEAE = treatment emergent adverse event

Of note, the table provided by Lilly included calculations of *p* values and odds ratios, presumably meant to demonstrate that there were no "statistically significant" differences (i.e., *p* values less than 0.05) between treatment groups with regard to the incidence of adverse events. Such calculations are extremely misleading, given the absence of any pre-specified testable hypothesis and the relatively small sample size and corresponding low power to detect uncommon events.

There is no indication that Lilly denoted that these were uninterpretable, nominal *p* values. The FDA Medical Reviewer concluded that "Hepatobiliary events seem balanced between dulaglutide and all comparators and no dose-dependent effects were noted."[68]

The table below condenses data from the table above for cholelithiasis and cholecystitis alone, comparing all dulaglutide patients with all comparator patients, but without the uninterpretable statistical calculations.

| Term | Dulaglutide N=3,342 | All comparators N=1,844 |
|---|---|---|
| | n (%) | n (%) |
| Cholelithiasis + cholecystitis | 32 (0.96%) | 12 (0.65%) |
| Cholelithiasis | 28 (0.84%) | 9 (0.49%) |
| All cholecystitis terms | 6 (0.18%) | 4 (0.22%) |

---

[68] FDA Medical Review of BLA 125469 at 200-201.

Normally, a clinical trial is prospectively designed with a sample size large enough to have an 80% chance of detecting a specified difference between two treatment arms (80% power to detect a specified difference), if the difference really exists.[69] The Trulicity safety database had only 20% power to detect a difference between dulaglutide and comparators in the combined  incidence of cholelithiasis and cholecystitis – yet it found a difference. Its power to reliably detect a difference in the incidence of cholecystitis was less than 5%, making the numerically lower cholecystitis incidence for dulaglutide meaningless because it reflects chance occurrences. With a background cholecystitis event rate of 0.1%, a trial would have to enroll almost 50,000 patients to detect a 2-fold increase in this adverse event.

On 12/20/2013, Novo Nordisk submitted NDA 206321 for Saxenda (liraglutide), proposing to market it for weight management. The clinical safety database consisted of data on 3,872 Saxenda-exposed subjects (total exposure 3,372.7 PY), most of whom had received Saxenda at a daily dose of 3 mg, and 1,941 placebo-exposed subjects (total exposure 1,600.9 PY).

The FDA Clinical Safety Reviewer noted that although biliary disorders had not been raised as a safety issue in the Victoza development program, two biliary AEs, biliary colic and acute cholecystitis, had been prospectively defined as adverse events of special interest in the Saxenda development program.[70]

The table below shows her analysis of biliary AEs in the Saxenda safety database.[71]

| | Liraglutide 3 mg N=3,384 PY=2,974.3 | | Total liraglutide N=3,872 PY=3,372.7 | | Placebo N=1,941 PY=1600.9 | |
|---|---|---|---|---|---|---|
| | n (%) | Cases/ 1,000 PY | n (%) | Cases/ 1,000 PY | n (%) | Cases/ 1,000 PY |
| Acute Gallstone Disease* | 79 (2.3) | 31 | 88 (2.3) | 30 | 17 (0.9) | 12 |
| Hepatobiliary disorders | 74 (2.2) | 29 | 80 (2.1) | 27 | 16 (0.8) | 11 |
| Gallbladder disorders | 70 (2.1) | 26 | 75 (1.9) | 25 | 13 (0.7) | 9 |
| Cholelithiasis | 51 (1.5) | 18 | 55 (1.4) | 17 | 10 (0.5) | 7 |

---

[69] The other parameter involved in sample size determination is the maximum acceptable chance of finding a difference when there really isn't one, known as a *Type I error*; the usual value chosen is 5%.

[70] FDA_RP_SA_000569

[71] The terms in the left-most column are based on MedDRA (Medical Dictionary for Regulatory Affairs), a hierarchical controlled vocabulary allowing standardized coding of adverse events. Under MedDRA, adverse events are coded as Preferred Terms (PTs), *e.g.,* "Cholecystitis" or "Cholelithiasis"). Related PTs are grouped together under higher level terms, e.g., "Gallbladder disorders,", which are in turn grouped under System Organ Classes, e.g., "Hepatobiliary disorders."

| Cholecystitis acute | 14 (0.4) | 5 | 15 (0.4) | 4 | 2 (0.1) | 1 |
| Cholecystitis | 7 (0.2) | 2 | 7 (0.2) | 2 | 1 (<0.1) | 1 |

The FDA Clinical Safety Reviewer stated:

> "An additional consideration is whether the AE is associated with weight loss, which could at least partially explain the increased incidence in the liraglutide group. The proportion of patients with events and rates of events increase with degree of weight loss both with liraglutide 3 mg and placebo; however, for similar degrees of weight loss response at end-of-trial, a higher proportion of liraglutide-treated patients experienced events. As noted by the sponsor, this suggests that degree of weight loss might not explain the entire difference in acute gallstone disease AEs between treatment groups."

On 9/11/2014, a public meeting of FDA's Endocrinologic and Metabolic Drugs Advisory Committee was held to discuss the Saxenda NDA. According to the FDA Medical Officer Review of the NDA, "There was a consensus by the committee that gallbladder-related events are increased with use of liraglutide, and some committee members commented that pancreatitis-related events appear to increase with use of liraglutide."[72]

The Saxenda NDA was approved on 12/23/14, with the approved label carrying warnings about acute pancreatitis and acute gallbladder disease in the WARNINGS AND PRECAUTIONS section. In addition, Novo agreed to a post-marketing commitment (PMC) to conduct "a study evaluating gallbladder ejection fractions in liraglutide-treated subjects to further characterize the effect of liraglutide on gallbladder motility," with the final study protocol to be submitted by September 2015, the study to be completed by January 2017, and the final study report to be submitted by September 2017.[73]

As a condition of approval, the FDA required a REMS that included a plan to communicate the risks of pancreatitis with Saxenda to prescribers, as well as safety surveillance and utilization data for the reporting period and cumulatively. The data required included SAXENDA total prescription data by healthcare providers targeted in the risk communications plan and a summary and analysis of all SAXENDA postmarketing case reports of pancreatitis.

Given that the active pharmaceutical ingredient (API) in both Victoza and Saxenda is liraglutide, and the inclusion of a warning about acute gallbladder disease in the Saxenda label, Novo Nordisk did not submit a CBE-0 sNDA to add the same warning in the Victoza label.

---

[72] FDA_RP_SA_000723
[73] Novo_GLP_MDL_016818247.

In addition, despite the presence of the Saxenda warning, and the data that was available, Eli Lilly should have added a similar warning to the Trulicity labeling, since its API was in the same established pharmacologic class as Saxenda.

The Trulicity BLA was approved on 9/8/14.  Its labeling did not carry any Warnings about acute gallbladder disease.

In 2015, the SCALE trial results were published.  In this trial, funded by Novo Nordisk, gallbladder-related events were more common in the liraglutide group than in the placebo group.[74]

On 12/5/2016, Novo Nordisk submitted NDA 209637 for Ozempic (semaglutide), proposing to market it as an adjunct to diet and exercise to improve glycemic control in adults with T2DM. The clinical safety database included data on 1,642 Ozempic-exposed subjects (total exposure 2,932 PY), and 1,644 placebo-exposed subjects (total exposure 3,035 PY) enrolled in a cardiovascular outcomes trial (CVOT). In addition, the safety database included non-CVOT Phase 3 trial data consisting of 3,150 semaglutide-exposed patients (total exposure 2,712 PY) and 1,357 comparator-exposed patients (total exposure 1,467 PY).

On 12/5/2016, Novo Nordisk submitted NDA 209637 for Rybelsus (semaglutide), proposing to market it as an adjunct to diet and exercise to improve glycemic control in adults with T2DM. The clinical safety database consisted of data on 4,116 semaglutide-exposed subjects (total exposure 4,379 PY), 2,236 comparator-exposed subjects (total exposure 2,335 PY), and 1,027 placebo-exposed subjects (total exposure 813 PY).

On 8/25/2017, almost 3 years after approval of the Saxenda label, an sNDA for Victoza was approved that added the following Warning:  "Acute Gallbladder Disease:  If Cholelithiasis or Cholecystitis are suspected, gallbladder studies are indicated."

On 12/5/2017, Ozempic (semaglutide) was approved. Despite the presence of warnings about acute gallbladder disease in the HIGHLIGHTS OF PRESCRIBING INFORMATION and WARNINGS AND PRECAUTIONS sections of the Saxenda labeling, and a label change to add a warning for acute gallbladder disease with Victoza, a similar warning was not added to the Ozempic labeling, even though its API was a member of the same EPC as Saxenda and Victoza.

On 9/20/2019, Rybelsus (semaglutide) was approved. On 1/20/2020, a separate NDA for Rybelsus was approved for a different indication.  Despite the presence of warnings about acute gallbladder disease in the HIGHLIGHTS OF PRESCRIBING INFORMATION and WARNINGS AND PRECAUTIONS sections of the Saxenda labeling, and a label change to add a warning for acute gallbladder disease with Victoza, a similar warning was not added to the Rybelsus labeling, even though its API was a member of the same EPC as Saxenda and Victoza.

---

[74] Pi-Sunyer X, Astrup A, Fujioka K, Greenway F, Halpern A, Krempf M, Lau DC, le Roux CW, Violante Ortiz R, Jensen CB, Wilding JP; SCALE Obesity and Prediabetes NN8022-1839 Study Group. A Randomized, Controlled Trial of 3.0 mg of Liraglutide in Weight Management. N Engl J Med. 2015 Jul 2;373(1):11-22. doi: 10.1056/NEJMoa1411892. PMID: 26132939.

On 6/4/2021, Wegovy (semaglutide) was approved. Its labeling carried warnings about acute gallbladder disease in the HIGHLIGHTS OF PRESCRIBING and WARNINGS AND PRECAUTIONS sections.

Despite this, Novo Nordisk did not add acute gallbladder disease in the WARNINGS AND PRECAUTIONS sections for the Ozempic or Rybelsus labels, despite the fact that these drugs contained the same API as Wegovy and were in the same EPC as Wegovy.

In addition, Lilly did not change the labeling for Trulicity, a GLP-1 RA in the same EPC as Wegovy.

On 3/28/22, in response to a Safety Label Change Notification (SLCN) issued by the FDA, Novo Nordisk changed the labeling for Ozempic to include acute gallbladder disease in its WARNINGS AND PRECAUTIONS section. This was nearly five years after its original approval.

On 5/13/22, Mounjaro (tirzepatide) was approved. Its labeling carried warnings about acute gallbladder disease in its WARNINGS AND PRECAUTIONS section.

On 6/10/2022, in response to a SLCN issued by the FDA, Novo Nordisk changed the labeling for Rybelsus to include acute gallbladder disease in its WARNINGS AND PRECAUTIONS section. This was approximately nine months after its original approval.

On 6/10/22, in response to a SLCN issued by the FDA, Eli Lilly changed the labeling for Trulicity to include acute gallbladder disease in its WARNINGS AND PRECAUTIONS section. This was more than 7 ½ years after its original approval.

On 11/18/2023, Zepbound (tirzepatide) was approved. Its labeling carried warnings about acute gallbladder disease in its WARNINGS AND PRECAUTIONS section.

## C. Review of PADERs, PSURs, PBRERs, and DSURs

As discussed above, NDA and BLA holders must submit PADERs to the FDA quarterly for the first 3 years after approval and then annually, as well as 15-day Alert reports for serious and unexpected adverse events. PADER contents include the following (21 CFR 314.80(c)(2)(ii):

- Narrative summary and analysis of information in report
- Analysis of 15-day Alert reports submitted during reporting interval
- Safety-related actions, e.g., labeling changes, during reporting interval
- Line listings of all serious, expected, and nonserious adverse events reports received during the reporting interval

Because the European Medicines Agency (EMA) and other non-US drug regulatory agencies require post-market safety reporting in formats other than PADERs, pharmaceutical companies may request that the FDA issue a waiver[75] allowing submission of an alternative format. The initial

---

[75] 21 CFR 314.90

alternative format was the Periodic Safety Update Report (PSUR), which has been gradually supplanted by a more recently developed reporting format, the Periodic Benefit-Risk Evaluation Report (PBRER).[76] PBRER reports are generally submitted every 6 months for the first two years after approval and annually thereafter, but regulatory agencies may change the frequency of required submissions depending on issues specific to individual drugs.

PBRERs report data on a significantly broader range of topics than PADERs. In addition to the content required in a PADER, PBRERs report on exposure to a drug over the reporting interval, cumulative exposure since the drug's launch, data from completed and ongoing clinical trials, medication errors, literature reports, and analysis of safety signals.[77]

The following summarizes the impact of this post-marketing data on the need for labeling changes regarding a warning for acute gallbladder disease for the following:

### i.  Victoza/Saxenda (Liraglutide)

PADERs, PSURs, PBRERs, and DSURs for liraglutide were reviewed.

PSURs-PBRERs

I address Novo Nordisk PSUR-PBRERs for liraglutide up to 2017 below as they relate to information and data available to Novo Nordisk regarding the risk of acute gallbladder disease associated with liraglutide.

*Reporting Interval July 2012-June 2013*

The report contained the following information about ongoing clinical trials:

"7.2 Ongoing clinical trials

During the PSUR period, 11 clinical trials where liraglutide was a primary investigational medicinal product were ongoing, including a total of 15,652 patients (see Table 5–2):

- T2DM: EX2211-3748 (CV outcomes trial, LEADER®), NN2211-3916 (moderate renal impairment), NN2211-3917 (with basal insulin), NN2211-3924 (OAD add-on Japan), NN2211-3925 (insulin combination, Japan) and NN2211-3659 (children and adolescents)

- Weight management: NN8022-1839 (obesity and pre-diabetes), NN8022-3970 (obesity and sleep apnea), NN8022-1922 (obesity and T2DM) and NN8022-3967 (adolescents)

---

[76] As a member of the International Council for Harmonization of Technical Requirements for Pharmaceuticals for Human Use (ICH), the FDA developed the PSUR and PBRER formats in collaboration with EMA and other ICH members.

[77]; FDA Guidance for Industry - E2C(R2) Periodic Benefit-Risk Evaluation Report (PBRER) (July 2016). Available at https://www.fda.gov/media/83371/download.

- T1DM: NN2211-3619 (in islet cell transplant subjects)

Based on preliminary assessment of the results of pooled data from 5 randomised controlled phase 2 and 3 clinical trials, the overall safety profile of liraglutide in weight management (at doses up to 3.0 mg used in conjunction with reduced calorie diet and increased physical activity) is consistent with that of liraglutide in T2DM (at doses up to 1.8 mg), including occurrence of acute pancreatitis. A higher incidence of hepatobiliary disorders (specifically, cholelithiasis and cholecystitis) was noted in subjects treated with liraglutide 3.0 mg (2.3%) as compared to subjects treated with placebo (0.9%), based on pre-defined MedDRA search. No safety signal related to cholelithiasis and cholecystitis has previously been identified with liraglutide in T2DM (at doses up to 1.8 mg). A detailed analysis of the data will be provided in the liraglutide weight management marketing authorisation application, planned to be submitted ultimo 2013.

No other new clinically important safety or efficacy information has emerged from the ongoing clinical trials."[78]

*Reporting Interval July 2013-June 2014*

In its PSUR/PBRER submission covering 7/1/13 – 6/30/14, Novo Nordisk stated that two new safety signals (cholelithiasis and cholecystitis) were identified during the reporting period. It concluded that "no additional changes to the core safety information are needed at present for safety reasons, and no additional pharmacovigilance or risk minimization is required."

Despite this conclusion, Novo Nordisk stated the following in this report:

> "The overall safety profile of liraglutide in weight management (at doses up to 3.0 mg in combination with diet and exercise) is consistent with that of liraglutide in T2DM (at doses up to 1.8 mg). A higher incidence of cholelithiasis and cholecystitis was found in subjects treated with liraglutide 3.0 mg as compared to subjects treated with placebo, and based on this a signal was opened for liraglutide 1.8 mg for further evaluation. Please refer to Section 16.2 and Appendix 3 for details."[79]

Section 16.2 indicated that no safety signals had been opened during the reporting interval.[80]

Appendix 3 consisted of a tabular summary of safety signals ongoing or closed during the reporting period, which included data on cholelithiasis and cholecystitis as shown in the table below.[81]

---

[78] Novo_GLP_MDL_VIC_NDA_000433983.
[79] Novo_GLP_MDL_VIC_NDA_000438038.
[80] Novo_GLP_MDL_VIC_NDA_000438079
[81] Novo_GLP_MDL_VIC_NDA_000438593.

| Signal term | Date detected | Status (new, ongoing, or closed) | Signal closed | Source of signal | Reason for evaluation and summary of key data | Method of signal evaluation | Actions taken or planned |
|---|---|---|---|---|---|---|---|
| Cholecystitis and cholelithiasis | 09 Sep 2013 | Ongoing | NA | Clinical trials | The signal was opened due to the mechanistic possibility described in the literature, linking rapid weight loss to an increased risk of gallbladder stone formation. Furthermore, in the clinical development programme for the weight management indication (NN8022), a higher reporting rate was observed for liraglutide-treated subjects when compared to subjects receiving placebo. In completed trials with Victoza®, no imbalance in reporting frequency was observed in the liraglutide-treated patients. | Data from clinical trials (completed and ongoing), spontaneous sources, nonclinical and literature. | Novo Nordisk A/S will analyse results from clinical trials (including the LEADER® trial which has 'acute gallstone disease' as a MESI) that will be finalised going forward and will monitor data from post-marketing sources. |

*Reporting Interval July 2014-June 2015*

In this report, Novo Nordisk observes the following in its discussion of "[i]mportant identified risks:"

> Although infrequent, gallbladder-related events (mainly 'cholelithiasis' and 'cholecystitis') were observed at a higher frequency with liraglutide in weight management than with placebo in the clinical trials. Subjects with obesity and subjects who experience a rapid and/or large weight loss are at increased risk of developing acute gallstone disease.
>
> The incidence of acute pancreatitis was higher in subjects treated with liraglutide in weight management than with placebo but was consistent with that observed for liraglutide in the T2DM clinical development programme. The pancreatitis events were generally uncomplicated, none were necrotising or haemorrhagic, and all subjects recovered.
>
> In order to mitigate the identified risks, appropriate recommendations have been included in the product information.

Of interest, in its "[s]ummary of overall benefit-risk analysis evaluation," Novo Nordisk states that "[t]he important identified risks (. . ., gallstone-related events, acute pancreatitis) . . . can all be mitigated by specific guidance in the product information and therefore are considered acceptable."

Novo Nordisk states in its "Conclusions" that a safety signal for cholecystitis and cholelithiasis (the later only for liraglutide in T2DM) "is ongoing and will continue to be monitored." The company then states that based upon its existing data, "no additional changes" to the safety information are needed.

*Reporting Interval July 2015-June 2016*

In this report, Novo Nordisk states that its safety signal for "cholecystitis and cholelithiasis" (noted to be a "signal for liraglutide in T2DM only as it is an "important identified risk" for WM) was validated and closed during the reporting period. In its "Summary of overall benefit-risk analysis evaluation" for *Liraglutide in weight management*, the company notes that "[i]mportant identified risks include acute gallstone disease, allergic reactions, altered renal function, gastrointestinal adverse events, hypoglycaemia in combination with other anti-glycaemic agents (T2DM patients only) and pancreatitis. These risks can all be mitigated by specific guidance in the product information and are therefore considered acceptable in view of the beneficial effects of liraglutide in WM." Of note, the company does not reference cholecystitis or cholelithiasis in its summary of overall benefit-risk analysis for *Liraglutide in T2DM*.

47

In its "Conclusions and actions" the company states that the CCDS for Victoza will be updated to add cholecystitis and cholelithiasis in the next update. The company further states that "no additional pharmacovigilance and risk minimization are required."

Despite these conclusions, Novo Nordisk recognizes the following:

- o In completed clinical trials with liraglutide for weight management, a higher incidence of cholecystitis was observed with liraglutide 3.0 (2.3%) compared to placebo (.9%).

- o In the LEADER trial, the proportion of subjects with acute gallstone disease events was higher in the liraglutide group (3.1%) compared to placebo (1.9%). "Acute gallstone disease is a condition that has clinical impact as these events might lead to hospitalization and cholecystectomy."

- o The signal of cholecystitis and cholelithiasis has been validated with the data from the LEADER trial and the proposed label update with addition of cholelithiasis and cholecystitis as adverse reactions will be submitted with the LEADER file.

- o [G]allbladder-related events (mainly 'cholelithiasis' and 'cholecystitis') were observed at a higher frequency with liraglutide than with placebo in the clinical trials.

DSUR No. 3 (July 2013-June 2014)

In its "[s]ummary of overall safety assessment" Novo Nordisk states:

Based on preliminary data from the phase 3a programme investigating liraglutide 3.0 mg in weight management, a higher incidence of hepatobiliary disorders (specifically, cholelithiasis and cholecystitis) was noted in subjects treated with liraglutide 3.0 mg. Cholelithiasis and cholecystitis have now been identified as a new safety signal for the T2DM (Victoza®) and T1DM indications. Therefore, it was prudent to evaluate if this also was an issue for the lower dose of liraglutide 1.8 mg (Victoza® ). However, neither liraglutide dose–response nor exposure– response data support that the findings in the weight management trials can be attributed to higher dose, and therefore it is speculated that the difference may be explained by differences in trial populations and a greater mean weight loss associated with the combined liraglutide/calorie-reduced diet intervention.

\*\*\*

**Conclusions**

Two new safety signals (cholelithiasis/cholecystitis and neuromusculoskeletal disorders) were identified during the reporting period and are still ongoing.

The data analyzed from the combined reports support my opinion that by 2014, there was reasonable evidence of a causal association between liraglutide (at all doses) and gallbladder disease to Novo Nordisk to support a Warning for gallbladder disease with Victoza, just as the company had decided to implement with Saxenda.

### ii. Ozempic/Rybelsus (Semaglutide)

PADERs, PSURs, PBRERs, and DSURs for semaglutide were reviewed.

PSUR-PBRERs

*Interval December 5, 2017 – May 31, 2018*

In its Executive Summary, Novo Nordisk recognizes cholelithiasis as an important risk.  In addition, it is summary of safety concerns related to semaglutide s.c. for T2DM:

> In Table 16-1 (Summary of safety concerns related to semaglutide s.c. for T2DM), "acute gallstone disease (cholelithiasis) is noted to be among the "[i]mportant identified risks."
>
> Of note, in table 16.4.1.2 (Acute gallstone disease (cholelithiasis), Novo Nordisk states that "[c]holelithiasis was reported at higher frequencies in the CVOT (SUSTAIN 6 . . . and the remaining phase 3 trials (Table 16-9) with semaglutide than with comparators (including non-incretin comparators, incretin comparators and placebo).  Novo Nordisk further states that "[t]he risk has previously been identified with the use of GLP-1 RA in weight management; it is however not considered incorporated into standard clinical practice for GLP-1-based treatment in T2DM as no other marketed GLP-1 RA has cholelithiasis as an important identified risk. In the semaglutide clinical development programme, there was no clear correlation between events of cholelithiasis and weight loss.

> *Evidence source and strength of evidence*
>
> The risk has previously been identified with the use of GLP-1 RA in weight management; it is however not considered part of standard clinical practice for GLP-1-based treatment in T2DM.

> Data from clinical trials
> Cholelithiasis was reported at higher frequencies in the CVOT (SUSTAIN 6; Table 16-10) and the remaining phase 3 trials (Table 16-9) with semaglutide than with comparators (including non-incretin comparators, incretin comparators and placebo).

SUSTAIN 6 was a clinical trial designed to evaluate cardiovascular safety and other outcomes in patients with TD2M using semaglutides.  Because the SUSTAIN clinical trial reported higher frequencies of cholelithiasis in the CVOT versus comparator, the NDA holders were on notice of this adverse outcome, which should have initiated safety label change via a CBE-0 supplement.

*In its Conclusions and actions*

The safety profile of semaglutide s.c. remains in line with the clinical experience, based on the information received from clinical trials and from post-marketing sources during the reporting period in this first PSUR. No new safety issues were identified that may change the overall safety profile and no additional changes to the product information are necessary for safety reasons.

*Investigator's Brochure (Ed. 13), dated March 8, 2018*

Novo Nordisk states that "[t]he purpose of this IB is to provide current, comprehensive and detailed information on all aspects of semaglutide s.c. administration that might be of importance to investigators involved in clinical trials investigating the clinical effects of semaglutide s.c. administration.

> The purpose of this IB is to provide current, comprehensive and detailed information on all aspects of semaglutide s.c. administration that might be of importance to investigators involved in clinical trials investigating the clinical effects of semaglutide s.c. administration.

The Brochure (Ed. 13) provides the following discussion concerning gallbladder-related disorders:

### Gallbladder-related disorders

Patients with T2D are at higher risk of developing biliary diseases,107 which may be explained by frequent T2D-related comorbidities, including obesity, hyperinsulinaemia and dyslipedaemia.107, 115 A link between incretin-based therapies and risk of gallbladder AEs (i.e., cholelithiasis and cholecystitis) has been suggested.116, 117 Proposed mechanisms that may increase the risk of cholelithiasis include rapid weight loss, inhibition of gallbladder contraction and emptying, reduced production of bile acids and modulation of inflammation.

In the CVOT, the proportions of subjects with gallbladder-related AEs were similar with semaglutide (0.5 mg: 3.5%; 1.0 mg: 3.2%) and placebo (3.4%). Cholelithiasis was reported by 19 (2.3%), 17 (2.1%) and 27 (1.6%) subjects with semaglutide 0.5 mg, semaglutide 1.0 mg and placebo, respectively (one event per subject). Conversely, in the phase 3a pool, gallbladder-related AEs were reported more frequently with semaglutide (0.5 mg: 1.3%; 1.0 mg: 1.7%) than with comparator products (0.8%); this difference was primarily driven by AEs of cholelithiasis, especially with semaglutide 1.0 mg. Cholelithiasis was reported by 10 (0.7%), 19 (1.1%) and 8 (0.5%) subjects with semaglutide 0.5 mg, semaglutide 1.0 mg and comparators, respectively. A total of 16 SAEs of cholelithiasis were reported across all phase 3a trials with no apparent difference between semaglutide and comparators. In the phase 3b trial 4216, a total of 20 AEs related to gallbladder disorders were reported; 7 events in 6 subjects with semaglutide and 13 events in 12 subjects with dulaglutide. Six of the events were SAEs; 1 event with semaglutide 1.0 mg and 5 events with dulaglutide 1.5 mg.

There were no apparent correlation between cholelithiasis and rapid weight loss with semaglutide. Importantly, the higher reporting of cholelithiasis with semaglutide did not lead to an increased risk of acute pancreatitis and the frequency of AEs of cholecystitis, another potential complication of cholelithiasis, was similar between semaglutide and placebo/comparators in the CVOT and phase 3a pool. The gallstone-related AEs reported in trial 4216 did not change the safety profile based on the phase 3a trials. Taken together, a causal relationship between cholelithiasis and semaglutide cannot be ruled out.

*Interval June 1, 2018 – November 30, 2018*

In its Executive Summary, Novo Nordisk continues to recognize cholelithiasis as an important risk:

*Important risks and missing information*

The important risks and the missing information is overall aligned with the safety concerns included in the approved risk management plan (RMP) for semaglutide s.c. for T2DM.  The following are considered to be the key important risks for semaglutide s.c. for T2DM in the PSUR:

- Gastrointestinal adverse events (specifically nausea, vomiting and diarrhea)
- Acute gallstone disease (cholelithiasis)

This risk is noted to be a safety concern related to semaglutide s.c. for T2DM, as noted in Table 16-1.

Of note, the following statements are made:

*Evidence source and strength of evidence*
The risk has previously been identified with the use of GLP-1 RA in weight management; it is however not considered part of standard clinical practice for GLP-1-based treatment in T2DM.

Data from clinical trials: Frequency, seriousness and outcome
Cholelithiasis was reported at higher frequencies in the CVOT (SUSTAIN 6; Table 16-7) and the remaining phase 3 trials (Table 16-6) with semaglutide than with comparators (including non-incretin comparators, incretin comparators and placebo).

Novo Nordisk's summary of its literature search and review does not mention any literature observing an association between GLP-1 RAs and acute gallbladder disease.

*Interval December 1, 2018 – May 31, 2019*

51

Per the Executive Summary:

### *Important risks and missing information*

The important risks and the missing information is overall [aligned] in line with the safety concerns included in the approved risk management plan (RMP) for semaglutide s.c. for T2DM. The following are considered to be the key important risks for semaglutide s.c. for T2DM in the PSUR:

- Gastrointestinal adverse events (specifically nausea, vomiting and diarrhea)
- Acute gallstone disease (cholelithiasis)
- Severe hypoglycaemia in combination with sulfonylureas (SU) and/or insulin
- Diabetic retinopathy complications
- Neoplasms (medullary thyroid cancer and pancreatic cancer)

Table 16-1 provides an overview "[s]ummary of safety concerns related to semaglutide s.c. for T2DM.  It is noteworthy that Novo Nordisk recognized "acute gallstone disease (cholelithiasis)" as an "important safety risk."

**Table 16-1    Summary of safety concerns related to semaglutide s.c. for T2DM**

| Summary of risks | MedDRA terms or population |
|---|---|
| Important identified risks | • Gastrointestinal adverse events (nausea, vomiting and diarrhoea)<br>• Acute gallstone disease (cholelithiasis)<br>• Severe hypoglycaemia in combination with SU and/or insulin<br>• Diabetic retinopathy complications |

Despite this, Novo Nordisk's benefit-risk analysis evaluation stated as follows:

### Evidence and uncertainties:

"Cholelithiasis was reported at higher frequencies in the CVOT and the remaining phase 3 trials with semaglutide than with comparators. Only a few events were serious."

### Conclusions and reasons:

There was no apparent correlation between cholelithiasis and rapid weight loss with semaglutide. The higher reporting of cholelithiasis with semaglutide did not lead to an increased risk of acute pancreatitis and the frequency of AEs of cholecystitis, another potential complication of cholelithiasis, was similar between semaglutide and placebo/comparators in the phase 3 trials.

52

> For patients experiencing a serious event, the impact is considered major. The overall impact on the benefit–risk balance is however considered low given the infrequency of these serious events.

*Interval June 1, 2019 – November 30, 2019*

In its Executive Summary, Novo Nordisk continued to highlight the following "important risks and missing information."

> Important risks and missing information
>
> The important risks and the missing information are overall in line with the safety concerns included in the approved risk management plan (RMP) for semaglutide s.c. for T2DM. The following are considered to be the key important risks for semaglutide s.c. for T2DM in the PSUR:
>
> - Gastrointestinal adverse events (specifically nausea, vomiting and diarrhea)
> - Acute gallstone disease (cholelithiasis)

Tables 16-1 (Summary of safety concerns related to semaglutide s.c. for T2DM at the beginning of the reporting period) and 16-3 (Summary of safety concerns related to semaglutide s.c. for T2DM at the end of the reporting period) delineate "acute gallstone disease (cholelithiasis)" as one of the "important identified risks and notes "acute pancreatitis" to be among the "important potential risks."

Despite the identified risk for cholelithiasis, Novo Nordisk reached the following "conclusions and actions" section: Novo Nordisk evaluates that no additional pharmacovigilance and risk minimization activities are required. As an overall assessment, Novo Nordisk evaluates that the benefit-risk balance of semaglutide s.c. for T2DM is favourable."

*Interval December 1, 2019 – May 31, 2020*

This PSUR-PBRER is noted to cover Ozempic and Rybelsus, which received authorization on September 20, 2019. Once again, the following is noted under "[i]mportant risks and missing information:"

Important identified risks:

- Gastrointestinal adverse events (specifically nausea, vomiting and diarrhea)
- Acute gallstone disease (cholelithiasis)

Acute pancreatitis was re-classified from an important potential risk to an important identified risk for semaglutide s.c. for T2D and oral semaglutide for T2D during the reporting period.

53

Among other things, Novo Nordisk recognizes the following identified risks in its overview of safety concerns:

Tables 16-1 (Summary of safety concerns related to semaglutide s.c. for T2D and oral semaglutide for T2D at the beginning of the reporting period) and 16-2 (Summary of safety concerns related to semaglutide s.c. for T2D and oral semaglutide for T2D at the end of the reporting period) both identify as important risks "acute gallstone disease (cholelithiasis)" and "acute pancreatitis."

Additional observations from this report include the following:

### 16.4.1.2 Acute gallstone disease (cholelithiasis)

*Potential mechanisms*

Patients with T2D are often overweight and obese and have a higher risk of cholelithiasis, and weight loss adds to this risk. Cholelithiasis formation could also be caused by GLP-1 RA-induced reduced gallbladder contraction and emptying, reduced production of bile acids and modulation of inflammation.

*Evidence source and strength of evidence*

Gallstones have been associated with treatment with some GLP-1 RAs.

In the semaglutide s.c. clinical development programme, there was no clear correlation between events of cholelithiasis and weight loss; however, events of cholelithiasis were reported more frequently with semaglutide s.c. than with comparator products. Therefore, it is included as an important identified risk for semaglutide s.c.

In the oral semaglutide clinical development programme, there was an imbalance between the oral semaglutide and placebo pool. However, no increased risk versus comparators was observed.

I do not see any reference to discussion of peer-reviewed literature on the association between GLP-1 RAs and gallbladder disease, despite the fact that meta-analyses reporting on this association was previously reported and available to the sponsor since 2017.

*Interval June 1, 2020 – November 30, 2020*

This 6th PSUR-PBRER for semaglutide (Ozempic and Rybelsus) again recognizes in its Executive Summary that "[i]mportant risks and missing information" includes cholelithiasis. "Important identified risks" related to semaglutide ("s.c. for T2D and oral semaglutide") includes "cholelithiasis." Novo Nordisk once again acknowledges that "[g]allstones have been associated with treatment with some GLP-1 RAs." Moreover:

> In the semaglutide s.c. clinical development programme, there was no clear correlation between events of cholelithiasis and weight loss; however, events of cholelithiasis were reported more frequently with semaglutide s.c. than with comparator products. Therefore, it is included as an important identified risk for semaglutide s.c.

Among "[c]onclusions and actions" are the following: "The overall analysis of the data from the reporting period presented in this PSUR did not indicate any new significant safety concerns."

A documented literature search states as follows:

> **11  Literature**
>
> No new relevant safety or efficacy information was identified from literature sources during the reporting period.

I once again do not see any discussion of the literature addressing an association between between GLP-1 RAs and gallbladder disease.

*Interval December 1, 2020 – May 31, 2021*

In its Executive Summary Novo Nordisk recognizes the following "[i]mportant risks and missing information:"

> The risks considered to be the key important risks for semaglutide s.c. for T2D (Ozempic®) and oral semaglutide for T2D (Rybelsus®) in the PSUR are included in the below table:

| Important risks | Ozempic® | Rybelsus® |
|---|---|---|
| Gastrointestinal adverse events (specifically nausea, vomiting and diarrhea) | Identified | Identified |
| Acute gallstone disease (cholelithiasis) | Identified | Identified |

> <u>Data from clinical trials with semaglutide s.c.</u>
> Cholelithiasis was reported at higher frequencies in the CVOT (SUSTAIN 6; Table 16-4) and the remaining phase 3 trials (Table 16-13) with semaglutide s.c. than with comparators (including non-incretin comparators, incretin comparators and placebo).

I once again do not see any discussion of the literature addressing an association between between GLP-1 RAs and gallbladder disease.

*Interval June 1, 2021 – November 30, 2021*

Novo Nordisk once again recognizes cholelithiasis as an "important identified risk[] in its Executive Summary.  Novo Nordisk observes the following:

55

A higher RR was observed with semaglutide s.c. for WM compared to placebo within the following SOCs (see Figure 6-1):

- **Hepatobiliary disorders** − The increase was mainly due to the PT Cholelithiasis, which is in line with the important identified risk of Acute gallstone disease (cholelithiasis); see Section 16.4.2.2. The second most frequently reported event was cholecystitis/cholecystitis acute, which is a known complication of cholelithiasis for semaglutide s.c. for weight management (the increased risk with semaglutide 2.4 mg appeared to be at least partly explained by the larger weight loss based on previously completed phase 3 trials).

### 16.1 Summary of safety concerns

The safety concerns for semaglutide s.c. for T2D, oral semaglutide for T2D and semaglutide s.c. for WM at the beginning of the reporting period are summarised in Table 16-1.

| Summary of risks | MedDRA terms or population |
|---|---|
| Important identified risks | <ul><li>Gastrointestinal adverse events (nausea, vomiting and diarrhea)</li><li>Acute gallstone disease (cholelithiasis)</li><li>Severe hyhpoglycaemia . . .</li><li>. . .</li><li>Acute pancreatitis . . .</li></ul> |

Novo Nordisk observes in this report that there is an association between GLP-1 RAs and gallbladder-related adverse events.

Evidence source and strength of evidence

An association between treatment with GLP-1 RAs and gallbladder-related adverse events has been documented. Two recent studies, a meta-analysis[] and a retrospective population-based cohort study[], showed that GLP-1 RA treatment resulted in higher risks of cholelithiasis and bile duct and gallbladder disease, respectively, than treatment with comparators (including placebo, DPP-4 inhibitors, insulins and other antidiabetic drugs). Therefore, acute gallstone disease is considered a class risk for GLP-1 RA products.

56

**Evidence source and strength of evidence**

An association between treatment with GLP-1 RAs and gallbladder-related adverse events has been documented. Two recent studies, a meta-analysis[20] and a retrospective population-based cohort study[21], showed that GLP-1 RA treatment resulted in higher risks of cholelithiasis and bile duct and gallbladder disease, respectively, than treatment with comparators (including placebo, DPP-4 inhibitors, insulins and other antidiabetic drugs). Therefore, acute gallstone disease is considered a class risk for GLP-1 RA products.

Of note, it cites the Monami *et al.*[82] study, which had been published in 2017 (and therefore was not "recent" and was well known to Novo Nordisk well before 2021 as it had been cited for other information in prior PSUR-PBRERs). Similarly, it cites to Faillie *et al.*,[83] a study that had been published in 2016 and was also well known to the company well before 2021.

*Interval June 1, 2021- May 31, 2022*

In its Executive Summary, Novo Nordisk states that "acute gallbladder disease was included in Section 5 Warnings and precautions and Section 6 Adverse reactions of the US PI." This is noted to be "[b]ased on a newly identified safety signal (NISS) of gallbladder-related disorders by the FDA (August 2021). The NISS was identified from FAERS and was classified a potential signal for the GLP-1 RA drug class by the FDA."

Novo Nordisk continues:

> **Note:** Cholelithiasis and cholecystitis as a complication of cholelithiasis are included in the Wegovy® PI. The description in the label is considered in line with the observed data on gallbladder-related disorders.

Consistent with prior reports, cholelithiasis is noted to be an important safety risk.

In its review of literature, Novo Nordisk cites He *et al.*'s[84] meta-analysis, stating that the "article is of interest in relation to the important identified risk of acute gallstone disease (cholelithiasis)." It remains unclear if (and *if not, why*) Monami *et al.* and Faillie *et al.* were not given closer attention in prior years and reports.

---

[82] Monami M, Nreu B, Scatena A, Cresci B, Andreozzi F, Sesti G, Mannucci E. Safety issues with glucagon-like peptide-1 receptor agonists (pancreatitis, pancreatic cancer and cholelithiasis): Data from randomized controlled trials. Diabetes Obes Metab. 2017 Sep;19(9):1233-1241. doi: 10.1111/dom.12926. Epub 2017 Jun 20. PMID: 28244632.

[83] Faillie JL, Yu OH, Yin H, Hillaire-Buys D, Barkun A, Azoulay L. Association of Bile Duct and Gallbladder Diseases With the Use of Incretin-Based Drugs in Patients With Type 2 Diabetes Mellitus. JAMA Intern Med. 2016 Oct 1;176(10):1474-1481. doi: 10.1001/jamainternmed. 2016.1531. PMID: 27478902.

[84] He L, Wang J, Ping F, Yang N, Huang J, Li Y, Xu L, Li W, Zhang H. Association of Glucagon-Like Peptide-1 Receptor Agonist Use With Risk of Gallbladder and Biliary Diseases: A Systematic Review and Meta-analysis of Randomized Clinical Trials. JAMA Intern Med. 2022 May 1;182(5):513-519. doi: 10.1001/jamainternmed.2022.0338. PMID: 35344001; PMCID: PMC8961394.

DSUR 5 (June 1, 2015 – May 31, 2016)

No reference to acute gallbladder disease or literature addressing it.

DSUR 6 (June 1, 2016-May 31, 2017)

I note the following "Actions taken for safety reasons" in this reporting period:

| • Semaglutide s.c. for T2DM (NN9535) • Oral semaglutide for T2DM (NN9924) • Semaglutide s.c. for NASH (NN9931) *Already included for semaglutide s.c. for weight management (NN9536)* | Cholelithiasis | Novo Nordisk is currently updating the SI/IC for the relevant clinical trials[b] to inform subjects in the clinical trials of the risk of gallstone disease. |
|---|---|---|

This DSUR references Fallie et al. in its "overview of publications containing new and significant safety information" as discussed below:

| Bile duct and gallbladder diseases | The study by Faillie *et al.* relates to a population-based cohort study linking the UK Clinical Practice Research Datalink with the Hospital Episodes Statistics database, yielding a cohort of 71,369 patients initiating an antidiabetic drug between 01 Jan 2007 and 31 Mar 2014. The study investigated the current use of DPP-4 inhibitors (3,270 patients) and GLP-1 analogues (693 patients) compared to the current use of at least 2 oral antidiabetic drugs. Compared with current use of 2 or more oral antidiabetic drugs, current use of GLP-1 analogues (exenatide and liraglutide) was associated with a 79% increased risk of bile duct and gallbladder disease (6.1 vs 3.3 per 1,000 person-years; adjusted HR, 1.79; 95% CI, 1.21-2.67).Moreover, GLP-1 analogues were associated with a 2-fold increased risk of cholecystectomy. The overall number of patients experiencing an incident hospital admission for bile duct and gallbladder disease event was 853, corresponding to an overall incidence rate of 3.7 per 1,000 person-years. The diagnoses for these admissions included (non-mutually exclusive categories) cholelithiasis (n = 653), cholecystitis (n = 368), cholangitis (n = 5) and other bile duct and gallbladder diseases (n = 151). | In SUSTAIN 6, the proportion of patients with gallbladder-related AEs was similar between semaglutide s.c. (0.5 mg: 3.5%; 1.0 mg: 3.2%) and placebo (3.4%). Conversely, in the phase 3a pool, gallbladder-related AEs were reported more frequently with semaglutide s.c. (0.5 mg: 1.3%; 1.0 mg: 1.7%) than with comparator products (0.8%). This difference was primarily driven by AEs of cholelithiasis, especially with treatment with semaglutide s.c. 1.0 mg. Accordingly, 'Cholelithiasis' is classified as an important identified risk for semaglutide s.c. and an important potential risk for oral semaglutide and the event cholelithiasis is included in the current RSI for semaglutide s.c. as an expected event. |
|---|---|---|

DSUR 7 (June 1, 2017 – May 31, 2018)

Cholelithiasis is identified within the "important identified risks" of semaglutide s.c. and an "important potential risk" for semaglutide oral.

DSUR 8 (June 1, 2018 – May 31, 2019)

In this DSUR, Novo Nordisk identifies cholelithiasis as an "important identified risk" for "all semaglutide indications and formulations." In addition:

The following changes have been included for the important risks for oral semaglutide for T2DM:
- Acute gallstone disease (cholelithiasis) has been reclassified from an important potential

58

risk to an important identified risk. The reclassification is based on an imbalance observed when comparing the frequency of non-serious events with oral semaglutide versus placebo. Similar results have been reported with other GLP-1 RAs and the reclassification of the risk is in line with the semaglutide s.c. projects.

DSUR 9 (June 1, 2019 – May 31, 2020

In this DSUR, Novo classifies cholelithiasis as an important risk for all semaglutide indications and formulations.

An overview of the important risks is presented in the below table.

| | All semaglutide indications and formulations |
|---|---|
| | Gastrointestinal adverse events (Nausea, vomiting and diarrhoea) |
| | Acute gallstone disease (Cholelithiasis) |

DSUR 10 (June 1, 2020 – May 31, 2021

According to this report:

The current important risks for semaglutide (all formulations and indications) and changes made during the reporting period are presented in bold in the below table and details regarding these changes are included subsequently in text:

| Important risks | Semaglutide s.c. for T2D (NN9535) | Semaglutide s.c. for weight management (NN9536/ EX9536) | Oral semaglutide for T2D (NN9924/ EX9924) | Semaglutide s.c. for NASH (NN9931) | Oral semaglutide for early Alzheimer's disease (NN6535) |
|---|---|---|---|---|---|
| Gastrointestinal adverse events (vomiting, diarrhoea and nausea) | Identified | Identified | Identified | Identified | Identified |
| Acute gallstone disease (cholelithiasis) | Identified | Identified | Identified | Identified | Identified |

DSUR 11 (June 1, 2021 – May 31, 2022)

This report notes that acute gallbladder disease was included in the Section 5 Warnings and precautions. According to Novo Nordisk, this was '[b]ased on a newly identified safety signal . . .."

| Safety concern | Semaglutide s.c. for T2D | • Oral semaglutide for T2D<br>• Oral semaglutide for early Alzheimer's disease<br>• Semaglutide s.c. for WM<br>• Oral semaglutide for WM | Semaglutide s.c. for NASH |
|---|---|---|---|
| **Important identified risks** | | | |
| Gastrointestinal adverse events (vomiting, diarrhoea, nausea) | yes | yes | yes |
| Acute gallstone disease (cholelithiasis) | yes | yes | yes |

In addition, Novo Nordisk provides an update on safety findings from the literature:

59

*Literature*

No new significant safety findings were identified from literature sources during the reporting period. However, 3 articles were considered to be of interest due to their medical significance; see table below.

| Topic | Information type | Company comment | Authors, year |
|---|---|---|---|
| Semaglutide-associated bullous pemphigoid | Single case story. | The article was handled as a potential signal. After evaluation, it was closed as 'no signal'. | Burruss CP, Jones JM, Burruss JB, 2021 |
| Risk of gallbladder and biliary diseases with GLP-1 RA | Systematic review and meta-analysis of 76 RCTs (103,371 patients). | The article is of interest in relation to the important identified risk of acute gallstone disease (cholelithiasis). | Liyun He MM1, Jialu Wang MM1, Fan Ping MD1, et al 2022 |
| Cerebral blood flow and headache after GLP-1 infusion | A randomised, double-blind, placebo-controlled, clinical trial (21 healthy participants). | The article is of interest in relation to the signal 'headache'. | Ghanizada H, Christensen RH, Al-Karagholi MA, 2022 |

**Abbreviations:** GLP-1 RA = glucagon-like peptide-1 receptor agonist; RCT = randomised clinical trials.

### iii. Trulicity/Dulaglutide

PADERs, PSURs, PBRERs, and DSURs for dulaglutide were reviewed.

PSURs-PBRERs

*March 2015-September 2015*

In its Executive Summary, Lilly observes (as it relates to Dulaglutide):

> Similarly, the safety profile of dulaglutide that has been defined over the course of its development programme and limited post marketing exposure to date is generally consistent with that already established for the class and presented at the time of marketing authorisation. Such adverse effects or potential effects include:
>
> - Pharmacologically predictable effects (such as hypoglycaemia).
> - Those which are consistent with molecules in the GLP-1 receptor agonist (RA) class (e.g., effects on heart rate and PR interval and gastrointestinal [GI] effects).
> - Those which represent potential effects observed in nonclinical studies though yet to be clarified in human use (such as medullary thyroid tumour findings in rodent models).
> - Those which, though consistently observed in clinical trials and post authorisation experience in the class, have yet to be clarified as a true effect of the products as opposed to a reflection of disease morbidity in the target population of patients with T2DM (notably pancreatitis and pancreatic cancer). Acute pancreatitis is considered a key risk for dulaglutide.

60

A cumulative tabulation of SAEs from clinical trials reported through 2015 were noted to include:

| Preferred Term | Dulaglutide | Blinded Therapy | Comparator | Placebo | Total |
|---|---|---|---|---|---|
| Grand Total of SAEs | 2,743 | 3 | 383 | 2,178 | 5,307 |
| Cholecystitis | 17 | 0 | 0 | 6 | 23 |
| Cholelithiasis | 38 | 0 | 3 | 27 | 68 |

*March 2016-September 2016*

In its PSUR for this time period, Lilly notes:

### 11. Literature

The following literature articles or abstracts cited dulaglutide or drugs within the same therapeutic class during the period of this review which contained new and significant safety findings.

Marso SP, Daniels GH, Brown-Frandsen K, et al. 2016. Liraglutide and cardiovascular outcomes in type 2 diabetes. *N Engl J Med*. 2016; 375(4):311-322. This paper reports the results from the cardiovascular outcome trial with liraglutide. In this study 9340 patients were randomised to liraglutide or placebo and followed for a median time of 3.8 years. Liraglutide was non inferior (p<0.001) to placebo for composite endpoint of cardiovascular death, nonfatal stroke and nonfatal myocardial infarction. There were fewer cardiovascular deaths and death from any cause with liraglutide. More patients reported cholelithiasis with liraglutide than with placebo treatment.

This article, cited by Lilly as an article "which contained new and significant safety findings," also reports an increase in cholelithiasis and acute cholecystitis compared to placebo. This finding by the authors was not mentioned in Lilly's PSUR for this interval, despite the fact that Liraglutide is a drug "within the same therapeutic class" as Dulaglutide.

*March 2017-September 2017*

Lilly notes that in July 2017, the MAH received a PRAC preliminary assessment report for PSUR-PBRER with a request to:

> *provide a cumulative review of the cases in which ADRs related to Bile Duct and Gallbladder Diseases have been reported for dulaglutide, discuss the causality of the association and propose RMMs [risk minimisation measures] if deemed necessary.*

61

> The report referenced a literature article suggestive of incretin-based drugs increasing the risk of bile duct and gallbladder diseases. The current safety review was initiated to determine if there is an increased risk of developing bile duct and gallbladder disease in patients treated with dulaglutide.

Per this PSUR-PBRER:

Lilly notes that 46 postmarketing cases were identified which met the inclusion criteria. Lilly stated that gallbladder disease was "*very rarely* reported with postmarketing use of dulaglutide." The company concluded that "a clear association between dulaglutide therapy and gallbladder disease could not be ascertained from the postmarketing data." It further states that "the data presented in this review are not supportive of a causal association between dulaglutide and biliary tract adverse events and no changes to the CDS are proposed."

In its Executive Summary to "Safety Topic Report: Bile Duct and Gallbladder Disease Adverse Events," Lilly states:

> An association between this therapeutic class and risk of biliary tract events has been reported. Rapid weight loss associated with some GLP-1 receptor agonists (GLP-1 RA) has been reported and may also increase the risk of bile duct and gallbladder diseases. However, this was not demonstrated in liraglutide trials across different weight-loss categories, suggesting an alternative mechanism.

> Gallstone disease is the most frequent gastrointestinal disease that requires hospitalization affecting 10-15% of adults in the world. Patients with diabetes, especially type 2 diabetes, are at high risk for gallbladder disease, including cholelithiasis, and are estimated to have 3 to 4 times the prevalence and 3 times the incidence rates of bile duct and gallbladder disease compared to the general population. The prevalence rates in the US are 10.9% vs 3.7% (incidence 2.18 vs 0.86 per 100 person-years) and in the United Kingdom (UK) 8.4% vs 2.1% (incidence 0.21 vs 0.072 per 100 person-years). Rates of bile duct and gallbladder disease appear to increase with age and, compared to men, women in the US with type 2 diabetes have higher prevalence rates; however, incidence rates do not appear to be much different.

> The current cumulative review presents relevant safety information pertaining to bile duct and gallbladder diseases derived from completed and ongoing clinical trials, postmarketing safety studies, and spontaneously reported adverse events (AEs) from postmarketing experience.

Lilly concludes: "Overall, a clear association between dulaglutide therapy and gallbladder disease could not be ascertained from the postmarketing data."

*September 2021-September 2022*

In this PSUR-PBRER, Lilly notes the following:

**Gallbladder and Biliary Diseases**
In a recent report published in *JAMA Internal Medicine,* He et al. (2022) described a meta-analysis of randomised clinical trials to evaluate the association between GLP-1 RA use and the risk of gallbladder or biliary diseases. The literature was searched systematically, and 76 eligible studies were selected and evaluated for quality by 2 independent reviewers. The authors reported a pooled-RR of 1.37 (95% CI, 1.23 to 1.52) for the primary composite outcome of gallbladder or biliary diseases, specifically cholelithiasis (RR, 1.27; 95% CI: 1.10 to 1.47), cholecystitis (RR, 1.36; 95% CI: 1.14 to 1.62), and biliary disease (RR, 1.55; 95% CI, 1.08 to 2.22). For gallbladder or biliary diseases combined, the absolute risk difference was estimated to be an additional 27 (17 to 38) events per 10000 PY. The study findings appear to be largely driven by the CVOTs. Based on the sub-group analyses, the authors also noted that GLP-1 RA use was associated with higher risks of gallbladder or biliary diseases at higher doses (1.5 mg once-weekly for dulaglutide) or longer duration of use compared with lower doses or shorter duration. Overall, the authors rated the quality of evidence to be high for the primary outcome and moderate-to high for the secondary outcomes of cholelithiasis, cholecystitis, and biliary disease.

In summary, the findings of He et al. (2022) support a positive association between use of GLP-1 RA and risk of gallbladder or biliary diseases. The findings appeared to be primarily driven by the placebo-controlled CVOT in high-risk cardiovascular populations. The dulaglutide-specific data in the publication showed a significantly higher incidence of cholecystitis events for dulaglutide compared with placebo. Further details about dulaglutide and cholecystitis are provided in Section 16.2.4.

**Published scientific literature**

A literature search found a statistically significant increase in cholelithiasis development with GLP-1 RA in a meta-analysis of 113 clinical trials (Monami et al. 2017) and in a limited analysis of 43 clinical trials (Nreu et al. 2020). This meta-analysis was driven by overall high cholelithiasis event reports, in both GLP-1 RA and comparator arms, in 2 individual cardiovascular outcomes trials (the EXSCEL trial of once-weekly exenatide, and the LEADER trial of liraglutide).

**Conclusions**

REWIND provides the most robust data on dulaglutide and gallbladder disorders. This study showed similar EAIRs between the dulaglutide arm and the placebo arm.

> Although there are some inconsistencies in the data, the results reviewed in this safety topic report do not provide sufficient evidence of a causal association between gallbladder disorders and dulaglutide. Therefore, gallbladder-related disorders are not considered to be ADRs and no changes to the CDS are proposed. Events will continue to be monitored as part of routine pharmacovigilance activities.

It is unclear why reference to the meta-analysis by Monami *et al.* (or other literature finding a causal association between GLP-1 RAs and gallbladder disease) was not referenced consistently in earlier PSUR/PBRERs.

It is my opinion that there was sufficient evidence available to Lilly concerning a causal association between Dulaglutide (Trulicity) and acute gallbladder disease from the data available to Lilly by 2017.

### D. FDA Office of Surveillance and Epidemiology (OSE) analysis

In June 2021, the Division of Diabetes, Lipid Disorders, and Obesity (DDLO), within CDER's Office of New Drugs (OND), requested a review of post-marketing cases of acute cholecystitis associated with GLP-1 RAs from the Division of Pharmacovigilance-I (DPV-1), within CDER's Office of Surveillance and Epidemiology (OSE).[85] The review focused on GLP-1 RA products that were not labeled for acute cholecystitis in the Warnings and Precautions (WP) section at the time of the review (this included Ozempic, Rybelsus, and Trulicity), and consisted of FAERS data analyses; literature searches; and review of periodic safety reports submitted from 2019 - 2021.[86]

DPV-I reviewers queried FAERS for reports received from 4/28/2005 – 9/16/2021, inclusive, of adverse events representing gallbladder disorders or pancreatitis for drug products that contained dulaglutide, exenatide, semaglutide, lixisenatide, or albiglutide.[87] The results were narrowed using MedDRA and medical history terms more specific for acute cholecystitis, yielding 230 cases of acute cholecystitis associated with GLP-1 RAs that did not list 'Acute Gallbladder Disease' in the WP Section.

---

[85] Within CDER, OND has primary authority over review of and regulatory action on NDAs, sNDAs, BLAs, and sBLAs, as well as Investigational New Drug Applications (INDs). It consists of divisions responsible for reviewing NDAs in different therapeutic areas. OSE is responsible for, among other activities, postmarketing safety surveillance for all marketed drug and therapeutic biologic products. An OND review division may request a consultative review and recommendations from an OSE pharmacovigilance division; however, the OND review division retains authority over decisions regarding application approval and labeling.

[86] Novo_GLP_MDL_004636775 - Novo_GLP_MDL_004636823.

[87] Lixisenatide is a GLP-1 RA marketed by Sanofi-Aventis under the trade name Adlyxin (BLA approved on 7/27/2016), and in combination with insulin glargine, under the trade name Soliqua 100/33 (BLA approved on 11/21/2016). Albiglutide is a GLP-1 RA formerly marketed by GlaxoSmithKline under the trade name Tanzeum (BLA approved on 4/25/2014); at the time of the DPV-I review, the manufacturer had discontinued its marketing in the U.S. To the best of my understanding, none of the products containing lixisenatide or albiglutide are mentioned in the most recent Amended Complaint, and neither of the manufacturers of these products are parties to this action.

After applying a pre-specified case definition of acute cholecystitis and pre-specified causality criteria,[88] the DPV-I review identified 36 postmarketing cases in FAERS supporting a possible causal association between acute cholecystitis and GLP-1 RAs that were not labeled with a warning about this adverse event in the WP section.

Of these, 7 were reported in patients receiving dulaglutide (Trulicity) and 7 in patients receiving semaglutide (all Victoza or Saxenda). All of these were reported as SAEs. None of the dulaglutide- or semaglutide-treated patients were receiving concomitant medications that potentially contributed to the AE. Four of the 7 dulaglutide patients and five of the 7 semaglutide patients underwent cholecystectomy.

Of the seven dulaglutide-associated case reports, 1 was received in 2016, 2 in 2017, 1 in 2018, 1 in 2019, and 2 in 2021.

The DPV-I review attributed the absence of FAERS reports of acute cholecystitis in patients receiving Rybelsus to its relatively recent approval on 9/20/2019.

The literature search conducted by the DPV-I reviewers identified a case report of acute cholecystitis in a patient receiving dulaglutide published in 2021 that met the case definition and causality criteria used for the review of FAERS data.[89] A second case report published in 2015 described cholelithiasis in a patient receiving liraglutide. Although it did not meet the case definition for cholecystitis, the review concluded that it was ". . . relevant in demonstrating a GLP-1 RA class effect."  The review noted strong evidence for a causal association, including a temporal relationship, relatively short latency, exclusion of cholelithiasis prior to starting liraglutide and a positive dechallenge.[90] The review classified the causal association as 'probable'.

Additional literature considered during the DPV-I review included the previously cited studies by Monami *et al.*, Nreu, *et al.*, and Faillie, *et al.*[91] All of these showed a significant increase in the risk of GLP-1 RA-associated gallbladder disorders.

The DPV-I review of periodic safety review reports noted that the semaglutide PBRER stated that "[i]n the semaglutide PBRER, the Applicant lists acute gallstone disease (cholelithiasis) as an

---

[88] World Health Organization. The use of the WHO-UMC system for standardized case causality assessment. Available at https://cdn.who.int/media/docs/default-source/medicines/pharmacovigilance/whocausality-assessment.pdf?sfvrsn=5d8130bb_2&download=true.

[89] Butler J, Bjurstrom M, Marceau A. Possible dulaglutide-associated cholecystitis with safe continuation post cholecystectomy. Am J Health Syst Pharm. 2021 Mar 31;78(8):684-688. doi: 10.1093/ajhp/zxab045.

[90] Korkmaz H, Araz M, Alkan S, Akarsu E. Liraglutide-related cholelithiasis. Aging Clin Exp Res. 2015 Oct; 27(5):751-3. doi: 10.1007/s40520-015-0335-2.

[91] Monami M, Nreu B, Scatena A, Cresci B, Andreozzi F, Sesti G, Mannucci E. Safety issues with glucagon-like peptide-1 receptor agonists (pancreatitis, pancreatic cancer and cholelithiasis): Data from randomized controlled trials. Diabetes Obes Metab. 2017 Sep; 19(9):1233-1241; Nreu B, Dicembrini I, Tinti F, Mannucci E, Monami M. Cholelithiasis in patients treated with Glucagon-Peptide-1 Receptor: An updated meta-analysis of randomized controlled trials. Diabetes Research and Clinical Practice. 2020; 161:108087, 1-4; Faillie JL, Yu OH, Yin H, Hillaire-Buys D, Barkun A, Azoulay L. Association of bile duct and gallbladder diseases with the use of incretin-based drugs in patients with type 2 diabetes mellitus. JAMA Internal Med 2016; 176:1474–81.

important identified risk for injectable and oral semaglutide for T2DM. The Applicant states 'Serious events of acute gallstone disease (cholelithiasis) were infrequent, and the overall impact on the benefit–risk balance is considered to be low,'" and noted that acute cholecystitis was not specifically mentioned.

The DPV-I review concluded that:

- The FAERS case series identified by the review represented robust evidence of a causal association between GLP-1 RAs and acute cholecystitis.
- Suppression of CCK-induced gallbladder emptying by GLP-1 RAs represented a plausible biological mechanism for a causal association between this EPC and acute cholecystitis.
- Clinical trial data and the observational studies cited [] also constitute strong evidence for a causal association between GLP-1 RAs and acute cholecystitis.

The DPV-I review was finalized on 2/25/2022 and recommended the following:

- "Addition of language regarding acute cholecystitis and cholecystectomy to the Adverse Reactions, Postmarketing Experience section of the dulaglutide, exenatide, lixisenatide and semaglutide product labeling as shown below[:] *Hepatobiliary: cholecystitis, cholecystectomy*[.]"
- "DDLO to make the determination on class labeling and location in labeling for risk of acute cholecystitis with class of GLP-1 RA products."

On 3/28/2022, FDA issued a Safety Label Change Notification to Eli Lilly and Company with proposed changes to the Warnings and Precautions section of the Trulicity labeling, adding a warning statement to the WP section about cholecystitis.

On 4/27/2022, Eli Lilly and Company sent a Safety Labeling Change Rebuttal to FDA asserting that the change was not warranted, based on its analysis of a post-marketing series of cases of acute cholecystitis in patients receiving dulaglutide. Lilly's analysis concluded that these post-marketing cases were too confounded by other risk factors for cholelithiasis and acute cholecystitis, such as obesity, to draw any conclusions about causality.

DPV-I performed a second review, querying FAERS specifically for acute cholecystitis associated with dulaglutide, using methodology similar to its first review. This second review identified the same 7 cases as the first review, along with the case report published by Butler *et al.*[92] The review found that cases excluded by Lilly as possibly being caused by dulaglutide had also been excluded by DPV-I in its initial review.

Importantly, the second DPV-I review found that Lilly had not included <u>any</u> of the seven cases identified by DPV-I, nor had Lilly included the case report by Butler *et al.*[93]

---

[92] Butler J, Bjurstrom M, Marceau A. Possible dulaglutide-associated cholecystitis with safe continuation post cholecystectomy. Am J Health Syst Pharm. 2021 Mar 31;78(8):684-688. doi: 10.1093/ajhp/zxab045.
[93] Novo_GLP_MDL_004636832.

The FDA review division, DDLO, reviewed Lilly's rebuttal and the second DPV-I review, as well as a meta-analysis of data on gallbladder disorders observed in GLP-1 RA RCTs that had been published by He *et al.*, coincidentally, on the same day that FDA had issued the SLC Notification to Lilly.[94] The meta-analysis demonstrated a statistically significant increase in the risk of gallbladder disorders in patients receiving GLP-1 RAs, especially when used at higher doses, for longer durations, and for weight loss.

The DDLO reviewer concluded that ". . . the changes proposed in the SLC notification for the Trulicity USPI are warranted for acute events of gall bladder disease to inform prescribers, so they are more aware of this safety signal, and can institute appropriate safety monitoring and follow-up."

The DDLO review was finalized on 5/9/2022. On 5/20/2022, Lilly submitted a prior approval sBLA proposing to change the Trulicity label to add a warning to the WP section about acute cholecystitis. The sBLA was approved on 6/10/2022.

### E.  Internal Documents and Communications

The record I have reviewed as of this writing, yields the following timeline of significant events that establish that the Defendant Eli Lilly possessed available evidence of a reasonable causal association between GLP-1 RAs and acute gallbladder disease prior to a label change for Trulicity.

In April 2012, internal Eli Lilly documents included a presentation called "REWIND Update."[95] One of the presentation slides listed conditions to study in relation to dulaglutide, asking "[i]n these people, what's the effect of adding dulaglutide vs. placebo on […] development of cholelithiasis (gallstones)."[96]

In September 2012, internal Eli Lilly documents indicated that the safety team requested information on the background incidence of cholelithiasis in a Type-2 diabetic population because 12 cases of cholelithiasis were reported as being "skewed" in distribution towards dulaglutide patients.[97]

In February 2013, a "draft of the cholelithiasis summary for the CSS" was exchanged by Eli Lilly representatives, stating that "[t]wenty-four cases of cholelithiasis were reported during the planned treatment periods for the dulaglutide 0.75 mg and 1.5 mg groups in the Phase 2 and 3 studies in the dulaglutide development program, compared to none from the placebo group."[98]

---

[94] He L, Wang J, Ping F, Yang N, Huang J, Li Y, Xu L, Li W, Zhang H. Association of Glucagon-Like Peptide-1 Receptor Agonist Use With Risk of Gallbladder and Biliary Diseases: A Systematic Review and Meta-analysis of Randomized Clinical Trials. JAMA Intern Med. 2022 May 1;182(5):513-519. doi: 10.1001/jamainternmed.2022.0338. PMID: 35344001; PMCID: PMC8961394.

[95] LLY-GLPMDL_10669065 (4/1/2012).

[96] LLY-GLPMDL_10669099 (4/1/2012).

[97] LLY_GLPMDL_11217662 (9/27/2012).

[98] LLY-GLPMDL_10683857 (2/11/2013).

Follow up communications discussed "additional info on cholelithiasis, GI obstruction, and appendicitis […] please consider as approximate."[99]

In August 2013, an internal Eli Lilly email discussed clinical data showing that cholelithiasis was found to be one of the most frequently reported serious adverse events associated with dulaglutide.[100]  Eli Lilly was aware that "by definition the adverse reaction section in labeling documents (at least can confirm for USPI and likely true for SPC) should include all events thought to be adverse reactions" and further stated that "[u]nfortunately Section 6 of the USPI could also include… additional AEs that are not adverse reactions since reporting these may be an expectation…"[101]

In September 2013, Eli Lilly personnel exchanged a draft presentation for an FDA orientation meeting, which included a "safety summary" slide.[102]  The slide noted that Dulaglutide was generally well tolerated, but also listed there were "4 cases of cholelithiasis – all in dulaglutide treated patients."[103]

In November 2013, Eli Lilly also acknowledged the association between acute gallbladder disease and GLP-1 RAs, citing a new cholecystitis and cholelithiasis safety signal for liraglutide and exenatide.  In the message, Rosemary Derbyshire writes: "I am forwarding this for info & to highlight current safety topics for GLP-1 Ras in preparation of potential requests for information on these events for dulaglutide. I know we have already discussed data on cholelithiasis in the submission."[104]

In my opinion, these email communications are evidence that Eli Lilly had data to support a causal association between GLP-1 RA and cholelithiasis as early as 2013.  These emails also prove Eli Lilly's intent to downplay the known risk of cholelithiasis and avoid its inclusion as adverse reaction on the dulaglutide label.

In February 2014, Eli Lilly circulated a "Dulaglutide Cholecystitis & cholelithiasis HLT (to 31-Jan-2014)" data set, further confirming knowledge of the association between acute gallbladder disease and GLP-1 RAs.[105]

## F.  Summary

As noted elsewhere in this report, in 2014, Novo Nordisk provided the following (among other warnings and precautions) in its original label for Saxenda:

### Warnings and Precautions

---

[99] LLY-GLPMDL_10685845 (2/12/2013).
[100] LLY-GLPMDL-10710119 (8/5/2013).
[101] LLY-GLPMDL_13226161 (8/12/2023).
[102] LLY-GLPMDL_10130818 (9/2/2013).
[103] LLY-GLPMDL_10130886 (9/2/2013).
[104] LLY-GLPMDL-10036368 (11/26/2013).
[105] LLY-GLPMDL-17477100 (2/19/2014).

Acute Gallbladder Disease: If cholelithiasis or cholecystitis are suspected, gallbladder studies are indicated (5.3).

**5.3 Acute Gallbladder Disease**

In Saxenda clinical trials, 2.2% of Saxenda-treated patients reported adverse events of cholelithiasis versus 0.8% of placebo-treated patients. The incidence of cholecystitis was 0.8% in Saxenda-treated patients versus 0.4% in placebo-treated patients. The majority of Saxenda-treated patients with adverse events of cholelithiasis and cholecystitis required cholecystectomy. Substantial or rapid weight loss can increase the risk of cholelithiasis; however, the incidence of acute gallbladder disease was greater in Saxenda-treated patients than in placebo-treated patients even after accounting for the degree of weight loss. If cholelithiasis is suspected, gallbladder studies and appropriate clinical follow-up are indicated.

In a 2016 observational study, Faillie *et al*.[106] reported on the results of a large scale retrospective cohort study analyzing whether the use of DPP-4 inhibitors and GLP-1 analogues is associated with an increased risk of bile duct and gallbladder disease in patients with type 2 diabetes. The cohort consisted of adult patients newly treated for type 2 diabetes with metformin, sulfonylureas, prandial glucose regulators, thiazolidinediones, acarbose, DPP-4 inhibitors, and GLP-1 analogues between 1998 and 2013. While the authors failed to detect an increased risk of bile duct and gallbladder disease with the use of DPP-4 inhibitors, they found a 79% increased risk of bile duct and gallbladder disease with the use of GLP-1 analogues, which were also associated with a twofold increased risk of cholecystectomy.

Faillie *et al*. noted that their findings were consistent with the results of a recently reported large randomized clinical trial[107] investigating the effects of a high-dose GLP-1 analogue (liraglutide) in reducing body weight in overweight and obese patients, which found liraglutide to be associated with an increased risk of gallbladder-related events versus placebo. In that trial, funded by Novo Nordisk, gallbladder-related events were observed to be more common in the liraglutide group than in the placebo group (occurring in 61 of 2481 patients [2.5%], 3.1 events per 100 patient-years of exposure; vs. 12 of 1242 patients [1.0%], 1.4 events per 100 patient-years of exposure). More cases of cholelithiasis and cholecystitis were also observed in the liraglutide group.[108]

---

[106] Faillie JL, Yu OH, Yin H, Hillaire-Buys D, Barkun A, Azoulay L. Association of Bile Duct and Gallbladder Diseases With the Use of Incretin-Based Drugs in Patients With Type 2 Diabetes Mellitus. JAMA Intern Med. 2016 Oct 1;176(10):1474-1481. doi: 10.1001/jamainternmed.2016.1531. PMID: 27478902.

[107] SCALE Obesity and Prediabetes NN8022-1839 ClinicalTrials.gov number, NCT01272219.

[108] Pi-Sunyer X, Astrup A, Fujioka K, Greenway F, Halpern A, Krempf M, Lau DC, le Roux CW, Violante Ortiz R, Jensen CB, Wilding JP; SCALE Obesity and Prediabetes NN8022-1839 Study Group. A Randomized, Controlled Trial of 3.0 mg of Liraglutide in Weight Management. N Engl J Med. 2015 Jul 2;373(1):11-22. doi: 10.1056/NEJMoa1411892. PMID: 26132939.

Similarly, in 2016 Marso *et al.* reported the results of a double blinded LEADER trial[109] (funded by Novo Nordisk and NIH) evaluating the cardiovascular effect of liraglutide on type-2 diabetics.[110] The authors noted an increase in cholelithiasis and acute cholecystitis compared to placebo.

In January 2017, Alan Moses, MD, FACP (Global Chief Medical Officer for NN) sent an email to the communications team discussing what is "most feared: keep me up at night." Dr. Moses stated "[y]ou have shown once again that Victoza causes pancreatic cancer with the imbalance of cases in LEADER. Why should we use this dangerous medication when others medicines that are just as good are available?" Dr. Moses also said "How can you justify using Victoza when it causes so much GI disease and especially the increase in gall bladder disease?"[111]

In 2017, Monami *et al.* published the results of their meta-analysis assessing the effect of GLP1-RA on pancreatitis, pancreatic cancers and cholelithiasis. This meta-analysis analyzed all randomized clinical trials with a duration of treatment of at least 12 weeks and patients with type 2 diabetes, comparing a GLP-1 RA with placebo or other non-GLP-1 RA drug. The authors included 113 clinical trials through November 2016 that fell within meta-analysis criteria. According to the authors, information on cholelithiasis was reported in 90 trials. The number of reported cases of cholelithiasis was 141 for GLP-1 RAs and 99 for comparators.

Based upon their meta-analysis, Monami *et al.* advised that "[t]he possibility of a direct effect of GLP1 receptor stimulation on the development of cholelithiasis or cholecystitis deserves to be explored through specifically designed studies." The authors concluded that based upon the available evidence form clinical trials, GLP-1 RA are associated "with an increased risk of cholelithiasis, which does not appear to be fully explained by weight loss, and which deserves further investigation."[112]

In February 2020, Nreu *et al.*[113] published an updated meta-analysis of available studies analyzing clinical trials through June 2019 with a duration of follow up of at least 52 weeks in which GLP-1 RAs (exenatide, liraglutide, lixisenatide, albiglutide, dulaglutide, and semaglutide) were compared with either placebo or active comparators. The authors included 43 trials that fulfilled inclusion criteria. Of the 43 trials, 25 reported at last one case of cholelithiasis.

---

[109] LEADER ClinicalTrials.gov number, NCT01179048.

[110] Marso SP, Daniels GH, Brown-Frandsen K, Kristensen P, Mann JF, Nauck MA, Nissen SE, Pocock S, Poulter NR, Ravn LS, Steinberg WM, Stockner M, Zinman B, Bergenstal RM, Buse JB; LEADER Steering Committee; LEADER Trial Investigators. Liraglutide and Cardiovascular Outcomes in Type 2 Diabetes. N Engl J Med. 2016 Jul 28;375(4):311-22. doi: 10.1056/NEJMoa1603827. Epub 2016 Jun 13. PMID: 27295427; PMCID: PMC4985288.

[111] Novo_GLP_MDL_002951423 (1/12/2017).

[112] Monami M, Nreu B, Scatena A, Cresci B, Andreozzi F, Sesti G, Mannucci E. Safety issues with glucagon-like peptide-1 receptor agonists (pancreatitis, pancreatic cancer and cholelithiasis): Data from randomized controlled trials. Diabetes Obes Metab. 2017 Sep;19(9):1233-1241. doi: 10.1111/dom.12926. Epub 2017 Jun 20. PMID: 28244632.

[113] Nreu B, Dicembrini I, Tinti F, Mannucci E, Monami M. Cholelithiasis in patients treated with Glucagon-Like Peptide-1 Receptor: An updated meta-analysis of randomized controlled trials. Diabetes Res Clin Pract. 2020 Mar;161:108087. doi: 10.1016/j.diabres.2020.108087. Epub 2020 Feb 19. PMID: 32084455.

According to the authors, there was a "significant increase" in the risk of cholelithiasis observed in those patients treated with GLP-1 RAs.  According to the authors, the current meta-analysis "confirms, on a larger set, the previously described association of treatment with GLP1-RA with cholelithiasis.  They further opine:

> On the basis of the present meta-analysis, cholelithiasis deserved to be listed among drug warnings. In addition, it would be advisable to include cholelithiasis among adverse events of special interest in future trials with GLP1-RA; this would allow a clear definition of diagnostic criteria and formal adjudication of cases, thus improving the reliability of results.
>
> * **
>
> In conclusion, this updated meta-analysis of randomized clinical trials shows that GLP1-RA are associated with an increased risk of cholelithiasis, that should be listed among drug warnings and included as adverse event of special interest in future trials.

In June 2021, Novo Nordisk provided the following (among other warnings and precautions) in its original label for Wegovy:

> **Warnings and Precautions**
>
> Acute Gallbladder Disease: Has occurred in clinical trials. If cholelithiasis is suspected, gallbladder studies and clinical follow-up are indicated (5.3).
>
> **5.3 Acute Gallbladder Disease**
>
> In WEGOVY randomized clinical trials, cholelithiasis was reported by 1.6% of WEGOVY-treated patients and 0.7% of placebo-treated patients. Cholecystitis was reported by 0.6% of WEGOVY-treated patients and 0.2% of placebo-treated patients. Substantial or rapid weight loss can increase the risk of cholelithiasis; however, the incidence of acute gallbladder disease was greater in WEGOVY-treated patients than in placebo-treated patients, even after accounting for the degree of weight loss. If cholelithiasis is suspected, gallbladder studies and appropriate clinical follow-up are indicated.

On February 26, 2022, John Kaiser at Lilly circulated NDA 215866 Tirzepatide: Draft List of PMRs indicating that FDA initial comments included adding acute gallbladder disease to Section 5 for their Mounjaro label and it was noted as a high priority by FDA.   Mr. Kaiser indicated that "As expected FDA is pushing for consistency with GLP-1RA labeling as a basis for their proposed

71

edits. I think this provides us with an opportunity to challenge several points based on scientific validity and importance to prescribers."[114]

On February 27, 2022, Jeff Emmick at Lilly expands on the topic of consistency of the GLP-1RA labeling of Mounjaro pointing out that they should take advantage of that request for consistency by pushing back on blood pressure data being excluded due to not being alpha controlled when Wegovy included a table of blood pressure data footnoted that it was not blood pressure controlled.[115]

On March 2, 2022, John Kaiser outlines Lilly's plan to accept the FDA blood pressure data to be consistent with dulaglutides and Ozempic, while still rejecting the FDA warning regarding acute gallbladder disease to section 5 of the label. "Lilly will provide revision removing acute gallbladder from W&P and accept the others."[116]

Late in March of 2022, He *et al.*[117] published a meta-analysis of 76 randomized clinical trials involving 103,371 patients in an effort to evaluate the association of GLP-1 RA use with the risk for gallbladder or biliary disease. The authors found that "[r]andomization to GLP-1 RA treatment was associated with a significantly increased risk of gallbladder or biliary diseases" when compared with controls. Treatment with GLP-1 RAs was found to be associated with an increased risk of cholelithiasis, cholecystitis, and biliary disease compared with controls. GLP-1 RA use was also associated with a higher risk of cholecystectomy compared with control trials.

According to the investigators, randomization to liraglutide or dulaglutide treatment was associated with an increased risk for biliary diseases. Randomization to subcutaneous semaglutide was also associated with increased risk, although the investigators found that the increase was not statistically significant. With higher doses of subcutaneous semaglutide (greater than or equal to 1 mg) was administered, the risk of gallbladder or biliary disease increased.

The authors note that "[u]se of GLP-1 RAs was significantly associated with increased risks of gallbladder or biliary disease at higher doses (RR, 1.56; 95% CI, 1.36-1.78), but not at lower doses . . ..." Longer duration of treatment (greater than 26 weeks) was also associated with an increased risk for gallbladder or biliary disease. Shorter duration (less than or equal to 26 weeks) of treatment was not. The authors conclude that "physicians should be concerned about the increased risk of gallbladder or biliary disease associated with GLP-1 RA use, especially at the higher doses recommended for weight loss."

On the same date as He et al.'s meta-analysis was published (March 28, 2022), the FDA issued letters to Eli Lilly and Novo Nordisk stating as follows:

---

[114] LLY_GLPMDL_09258318 (02/26/2022)
[115] LLY-GLPMDL_08672592 (02/27/2022)
[116] LLY-GLPMDL- 09257422 (03/02/2022)
[117] He L, Wang J, Ping F, Yang N, Huang J, Li Y, Xu L, Li W, Zhang H. Association of Glucagon-Like Peptide-1 Receptor Agonist Use With Risk of Gallbladder and Biliary Diseases: A Systematic Review and Meta-analysis of Randomized Clinical Trials. JAMA Intern Med. 2022 May 1;182(5):513-519. doi: 10.1001/jamainternmed.2022.0338. PMID: 35344001; PMCID: PMC8961394.

Since [_____] was approved . . . we have become aware of postmarketing cases in FAERS and medical literature of acute events of gallbladder disease. We have determined that glucagon-like peptide-1 receptor agonist (GLP-1 RA) products represent a class of products that have the potential for the same serious risk of acute gallbladder disease. We consider this information to be "new safety information" as defined in section 505-1 (b)(3) of the FDCA.

In accordance with section 505(o)(4) of the FDCA, we are notifying you that based on the new safety information described above, we believe that the new safety information should be included in the labeling for GLP-1 RA products . . . as per the attached revised Prescribing Information and Medication Guide.[118]

Following the FDA's Safety Labeling Change Notification, Eli Lilly added the following to its label for Trulicity, a dulaglutide drug, in June 2022:

**Warnings and Precautions**

Acute Gallbladder Disease: If cholelithiasis or cholecystitis are suspected, gallbladder studies are indicated (5.8).

**5.8 Acute Gallbladder Disease**

Acute events of gallbladder disease such as cholelithiasis or cholecystitis have been reported in GLP-1 receptor agonist trials and postmarketing. In a cardiovascular outcomes trial with a median follow up of 5.4 years, cholelithiasis occurred at a rate of 0.62/100 patient-years in TRULICITY-treated patients and 0.56/100 patient-years in placebo-treated patients after adjusting for prior cholecystectomy. Serious events of acute cholecystitis were reported in 0.5% and 0.3% of patients on TRULICITY and placebo respectively. If cholelithiasis is suspected, gallbladder studies and appropriate clinical follow-up are indicated.

Of note, Lilly's reference to its cardiovascular outcomes trial appears to refer to the REWIND trial, which started on July 22, 2011 and was completed August 21, 2018.

Following the FDA's Safety Labeling Change Notification, Novo Nordisk added the following to its label for Ozempic (semaglutide) in March 2022:

**Warnings and Precautions**

---

[118] See LLY-GLPMDL-17085153 (ILS Metadata indicates document creation date was 03/24/2022 and last modified date was 03/28/2022); Novo_GLP_MDL_002159093 (ILS Metadata indicates document creation date was 03/24/2022 and last modified date was 03/28/2022).

Acute Gallbladder Disease: If cholelithiasis or cholecystitis are suspected, gallbladder studies are indicated (5.8).

### 5.8 Acute Gallbladder Disease

Acute events of gallbladder disease such as cholelithiasis or cholecystitis have been reported in GLP-1 receptor agonist trials and postmarketing. In placebo-controlled trials, cholelithiasis was reported in 1.5% and 0.4% of patients-treated with OZEMPIC 0.5 mg and 1 mg, respectively. Cholelithiasis was not reported in placebo treated patients. If cholelithiasis is suspected, gallbladder studies and appropriate clinical follow-up are indicated.

In my opinion, the FDA's March 28, 2022 determination that GLP-1 RA products "represent a class of products that have the potential for the same serious risk of acute gallbladder disease" is consistent with the findings reported in the March 28, 2022 meta-analysis by He *et al*. This finding is also consistent with the conclusions reached in Monami *et al*. in 2017 and Nreu *et al*. in 2020, including the authors' (Nrue *et al*.) conclusions that GLP1-RA are associated with an increased risk of cholelithiasis and should be listed among drug warnings and included as adverse event of special interest in future trials.

These safety signals and documents discussed above individually and collectively represent reasonable evidence of a causal association between GLP-1 RAs and acute gallbladder disease that required the NDA holders of GLP-1 RA to implement a Changes-Being-Effected (CBE) sNDA earlier than they did.

## VI.     FDA Guidance on Assessing Evidence of a Casual Association

From a regulatory perspective, the evidence required to conclude that a causal association exists depends on the relevant standard. Demonstration of a drug's *effectiveness* for a given indication requires meeting the stringent standard of "substantial evidence," defined as "adequate and well-controlled investigations." 21 U.S.C. § 355(d).

In contrast, the threshold for determining that the WARNINGS AND PRECAUTIONS section of a drug's label should be revised to reflect the association between exposure to the drug and a "clinically significant hazard" is much lower, namely that there is "reasonable evidence of a causal association." 21 CFR § 201.57(c)(6)(i).

The threshold is lower still for addition of an adverse event to the ADVERSE REACTIONS section of the label, namely that the adverse event ". . . is reasonably associated with the use of the drug . . ." and ". . . there is some basis to believe there is a causal relationship between the drug and the occurrence of the adverse event."

Pursuant to the Physician Labeling Rule (PLR) and the 2011 FDA Guidance, placement of a warning about a serious AE with a particular GLP-1 RA in the WARNINGS AND

74

PRECAUTIONS section must be based on reasonable evidence of a causal association. It follows that if reasonable evidence of a causal association is established for one GLP-1 RA, it should be assumed for other GLP-1 RAs unless proven otherwise.

My analysis also considered the FDA's guidance on assessing reasonable evidence of a causal relationship between the subject drugs and acute gallbladder disease, which entails the following (see FDA Final Guidance for Industry on the Warnings and Precautions, Contraindications, and Boxed Warning Sections of Labeling for Human Prescription Drug and Biological Products—Content and Format (hereinafter FDA Warnings Guidance)). Issued October 2011 *Available at* *https://www.fda.gov/media/71866/download*):

1. The frequency of reporting;
2. Whether the adverse event rate in the drug treatment group exceeds the rate in the placebo and active-control group in controlled trials;
3. Evidence of a dose-response relationship;
4. The extent to which the adverse event is consistent with the pharmacology of the drug;
5. The temporal association between drug administration and the event;
6. Existence of a dechallenge and rechallenge experience;
7. Whether the adverse event is known to be caused by related drugs.

### A. Frequency of Reporting

In 2017, Monami *et a*l.[119] published the results of their meta-analysis assessing the effect of GLP1-RAs on pancreatitis, pancreatic cancers and cholelithiasis.  This meta-analysis analyzed all randomized clinical trials with a duration of treatment of at least 12 weeks and patients with type 2 diabetes, comparing a GLP-1 RA with placebo or other no-GLP-1 RA drug.  The investigators concluded that based upon the available evidence form clinical trials, GLP-1 RAs are associated "with an increased risk of cholelithiasis."

In 2014, Novo Nordisk provided the following in its original label for Saxenda:

> **Warnings and Precautions**
>
> Acute Gallbladder Disease: If cholelithiasis or cholecystitis are suspected, gallbladder studies are indicated (5.3).
>
> **5.3 Acute Gallbladder Disease**
>
> In Saxenda clinical trials, 2.2% of Saxenda-treated patients reported adverse events of cholelithiasis versus 0.8% of placebo-treated patients. The incidence of cholecystitis was 0.8% in Saxenda-treated patients versus 0.4% in placebo-treated patients. The majority of

---

[119] Monami M, Nreu B, Scatena A, Cresci B, Andreozzi F, Sesti G, Mannucci E. Safety issues with glucagon-like peptide-1 receptor agonists (pancreatitis, pancreatic cancer and cholelithiasis): Data from randomized controlled trials. Diabetes Obes Metab. 2017 Sep;19(9):1233-1241. doi: 10.1111/dom.12926. Epub 2017 Jun 20. PMID: 28244632.

> Saxenda-treated patients with adverse events of cholelithiasis and cholecystitis required cholecystectomy. Substantial or rapid weight loss can increase the risk of cholelithiasis; however, the incidence of acute gallbladder disease was greater in Saxenda-treated patients than in placebo-treated patients even after accounting for the degree of weight loss. If cholelithiasis is suspected, gallbladder studies and appropriate clinical follow-up are indicated.

The data on Saxenda (liraglutide) unmistakably represented reasonable evidence of a causal association between GLP-1 RAs and acute gallbladder disease.  This is especially true as it relates to Victoza (also liraglutide).  However, because Ozempic, Rybelsus, and Trulicity are in the same EPC, this data provided evidence of a causal association between each of these GLP-1 RAs and acute gallbladder disease.

## B. RCT Data

Randomized controlled trials (RCTs), referred to as Level 1 evidence, provide the highest quality clinical evidence by comparing two or more groups of patients with the same medical condition who are randomly assigned to different treatments. The randomization process reduces (but can't eliminate) differences between the groups with respect to known confounders, as well as with respect to unrecognized confounders. In addition, evidence from RCTs is much less likely to be missing critical information than evidence of lower quality.

As previously referenced, in 2017, Monami *et al.* published their meta-analysis of all RCTs with a duration of greater than 11 weeks comparing GlP-1 RAs (albiglutide, dulaglutide, exenatide, lixisenatide, and semaglutide) with placebo or non-GLP-1 RA drug.  Information on cholelithiasis was reported in 90 trials up through the cut-off date of November 15, 2016.  The number of reported cases of cholelithiasis was 141 for GLP-1 RAs and 99 for comparators.  Treatment with GLP1-RAs was observed to be associated "with a significant increase in incidence of cholelithiasis ((MH-OR [95% CI] 1.30 [1.01-1.68], P = .041).  Of interest, "a post-hoc meta-regression failed to detect any correlation between GLP-1RA-induced weight loss and risk of cholelithiasis." [120] While the authors recommended "further investigation" into the increased risk of cholelithiasis for these drugs, it does not appear that the results of this meta-analysis influenced Defendants in any meaningful manner between 2017 and 2022.

A meta-analysis of 76 randomized clinical trials by He *et al.*[121] found that treatment with GLP-1 RAs was associated with an increased risk of cholelithiasis, cholecystitis, and biliary disease compared with controls.  GLP-1 RA use was also associated with a higher risk of cholecystectomy

---

[120] Monami M, Nreu B, Scatena A, Cresci B, Andreozzi F, Sesti G, Mannucci E. Safety issues with glucagon-like peptide-1 receptor agonists (pancreatitis, pancreatic cancer and cholelithiasis): Data from randomized controlled trials. Diabetes Obes Metab. 2017 Sep;19(9):1233-1241. doi: 10.1111/dom.12926. Epub 2017 Jun 20. PMID: 28244632.

[121] He L, Wang J, Ping F, Yang N, Huang J, Li Y, Xu L, Li W, Zhang H. Association of Glucagon-Like Peptide-1 Receptor Agonist Use With Risk of Gallbladder and Biliary Diseases: A Systematic Review and Meta-analysis of Randomized Clinical Trials. JAMA Intern Med. 2022 May 1;182(5):513-519. doi: 10.1001/jamainternmed.2022.0338. PMID: 35344001; PMCID: PMC8961394.

76

compared with control trials. This study provides compelling evidence of the association between GLP-1 RAs and gallbladder disease.

### C. Evidence of Dose-Response Relationship

Meta-analysis indicate that a dose-response relationship exists between GLP-1 RAs and gallbladder disease. He *et al.*[122] published a meta-analysis of 76 randomized clinical trials involving 103,371 patients in an effort to evaluate the association of GLP-1 RA use with the risk for gallbladder or biliary disease. The authors found that "[r]andomization to GLP-1 RA treatment was associated with a significantly increased risk of gallbladder or biliary diseases" when compared with controls. Treatment with GLP-1 RAs was found to be associated with an increased risk of cholelithiasis, cholecystitis, and biliary disease compared with controls. GLP-1 RA use was also associated with a higher risk of cholecystectomy compared with control trials.

According to the investigators, randomization to liraglutide or dulaglutide treatment was associated with an increased risk for biliary diseases. Randomization to subcutaneous semaglutide was also associated with increased risk, although the investigators found that the increase was not statistically significant. With higher doses of subcutaneous semaglutide (greater than or equal to 1 mg) was administered, the risk of gallbladder or biliary disease increased.

The authors note that "[u]se of GLP-1 RAs was significantly associated with increased risks of gallbladder or biliary disease at higher doses (RR, 1.56; 95% CI, 1.36-1.78), but not at lower doses . . .." Longer duration of treatment (greater than 26 weeks) was also associated with an increased risk for gallbladder or biliary disease. Shorter duration (less than or equal to 26 weeks) of treatment was not. The authors conclude that "physicians should be concerned about the increased risk of gallbladder or biliary disease associated with GLP-1 RA use, especially at the higher doses recommended for weight loss."

The labeling for Saxenda included a warning on acute gallbladder disease when it was originally approved in December 2014. From that point forward, manufacturers of approved GLP-1 RAs should have considered submitting CBE-0 supplements to add such warnings to their labels, while manufacturers submitting NDAs for GLP-1 RAs should have considered including such warnings in the labels. However, as the timeline above establishes, Eli Lilly and Novo Nordisk failed to do so. Eli Lilly did not add such warnings to the Trulicity label for more than 7 years after approval of Saxenda, even though Trulicity had been approved only 3 months earlier. It only acted to add warnings to the Trulicity label until more than 7 years after approval, and then only after FDA ordered it to do so under Section 505(o)(4) of the FDCA.

---

[122] He L, Wang J, Ping F, Yang N, Huang J, Li Y, Xu L, Li W, Zhang H. Association of Glucagon-Like Peptide-1 Receptor Agonist Use With Risk of Gallbladder and Biliary Diseases: A Systematic Review and Meta-analysis of Randomized Clinical Trials. JAMA Intern Med. 2022 May 1;182(5):513-519. doi: 10.1001/jamainternmed.2022.0338. PMID: 35344001; PMCID: PMC8961394.

Similarly, Novo Nordisk failed to add acute gallbladder disease in the WARNINGS AND PRECAUTIONS for Ozempic and Rybelsus in 2017 and 2019, respectively, when these drugs entered the market.

### D.  Consistency with Pharmacology

As discussed above, there is a consistent finding of increased incidence of gallbladder disease with the use of GLP-1 RAs across the entire API class (i.e. semaglutide, liraglutide, dulaglutide, and tirzepatide). GLP-1 RA induced rapid weight, which is known to lead to the incidence of gallstone formation,[123] is also consistent across the pharmacological class and further evidence of causal association between GLP-1 RAs and acute gallbladder disease.

### E.  Temporal Association

All of the studies and post-marketing cases cited involve prior use of a GLP-1 RA and the outcomes analyzed, with a latency period consistent with a causal relationship. For example, excludable latency periods are onset of cholecystitis 24 hours after starting GLP-1 RA, because there would not be enough time for toxicity mechanism to occur.

### F.  Strength of Association

This encompasses the magnitude of an association and the probability that chance alone could account for the association. Both are important. A seemingly strong association, *i.e.*, one with a high magnitude, may in fact be coincidental, if it is not statistically significant. This is especially true when an event is uncommon and chance occurrences can play an outsized role. On the other hand, an apparently weak association, *i.e.*, one with a relatively low magnitude, may reflect a true causal association if the differences between groups are statistically significant.

### G.  Dechallenge/Rechallenge

Evidence of dechallenge (i.e. stopping or limiting a suspected drug) is a fundamental aspect of pharmacovigilance and an important criterion for causality reviews.[124] There is evidence in the literature that higher frequency of GLP-1 RA treatment led to higher incidences of acute gallbladder disease as compared to lower frequency use.[125] Thus, there is a positive association for dechallenge, indicating further evidence of a causal association between GLP-1 RAs and acute gallbladder disease.

---

[123] Erlinger S. Gallstones in obesity and weight loss. Eur J Gastroenterol Hepatol. 2000 Dec;12(12):1347-52. doi: 10.1097/00042737-200012120-00015. PMID: 11192327.

[124] Banu AB, Alias Balamurugan SA, Thirumalaikolundusubramanian P. Detection of dechallenge in spontaneous reporting systems: a comparison of Bayes methods. Indian J Pharmacol. 2014 May-Jun;46(3):277-80. doi: 10.4103/0253-7613.132157. PMID: 24987173; PMCID: PMC4071703.

[125] He L, Wang J, Ping F, Yang N, Huang J, Li Y, Xu L, Li W, Zhang H. Association of Glucagon-Like Peptide-1 Receptor Agonist Use With Risk of Gallbladder and Gallbladder diseases: A Systematic Review and Meta-analysis of Randomized Clinical Trials. JAMA Intern Med. 2022 May 1;182(5):513-519. doi: 10.1001/jamainternmed.2022.0338. PMID: 35344001; PMCID: PMC8961394.

### H. Whether the adverse event is known to be caused by related drugs

There is overwhelming evidence of a causal relationship with acute gallbladder disease for all GLP-1 RAs.

## VII.   CONCLUSION

In conclusion, as set forth in this report, it is my opinion to a reasonable degree of medical, scientific, and regulatory certainty that Eli Lilly, as the holder of an approved BLA for a Trulicity, a GLP-1 RA, possessed reasonable evidence of a causal association between Trulicity and acute gallbladder disease, a clinical significant hazard, which reached the threshold for changing the Trulicity label by submission of a CBE sBLA no later than December 2017.

This conclusion is based upon my analysis of the FDA's guidance on assessing criteria for determining whether there is reasonable evidence of a causal association between a drug and an adverse event. My conclusion is further based upon my review of the company documents referenced above, which highlight Lilly's knowledge of reasonable evidence of a causal association between acute gallbladder disease and GLP-1 RAs, including its approved GLP-1 RA, Trulicity. This alone should have led Lilly to submit a CBE sNDA or CBE sBLA to include a warning of the risk of acute gallbladder disease for Trulicity no later than December 2017.

I cannot emphasize strongly enough that this conclusion is based on randomized controlled trial data submitted with the original Trulicity BLA; publicly available RCT data from studies of Saxenda (liraglutide), another GLP-1 RA; and the inclusion of a warning about the risk of acute gallbladder disease in the original Saxenda labeling approved in December 2014.  RCTs are specifically designed to minimize biases due to confounding and missing data, making evidence of a causal association between a drug and a clinically significant hazard from RCTs particularly robust.

At the same time, Defendant Eli Lilly had access to a steady stream of voluntary, spontaneous adverse event reports of acute gallbladder disease, prior to and after its GLP-1 RA first entered the market.  The FDA explains in its 2005 Guidance for Industry--Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment that passive voluntary reports must be actively investigated to fully evaluate reported adverse drug events.  Defendant Eli Lilly failed to do so.

In accordance with 21 C.F.R. § 201.57(c)(6), the labeling of a pharmaceutical product "must be revised to include a warning about a clinically significant hazard as soon as there is *reasonable evidence* of a causal association with a drug; a causal relationship need not have been definitely established." Thus, as stated previously, in my opinion Eli Lilly failed to comply with this regulation.

This violation also led to a series of consequential regulatory violations involving the Highlights of Prescribing Information (HPI) required under the Physician Labeling Rule (PLR). I am <u>particularly</u> concerned about these violations because they likely greatly amplified the extent to which Lilly's failure to add a warning about acute gallbladder disease to the Trulicity label further misled prescribers and patients.

The PLR reorganized the required format and content of drug labeling into the HPI and the Full Prescribing Information (FPI). A February 2013 Final Guidance for Industry on implementing the PLR's format and content requirements explains that "[t]he purpose of Highlights is to provide immediate access to the information to which practitioners most commonly refer and regard as most important."[126]

The HPI is divided into different sections, including a summary of the W&P section of the FPI. The PLR Implementation Guidance states that

> "Information under the Warnings and Precautions heading must include a concise summary of the most clinically significant safety concerns from the FPI that affect decisions about whether to prescribe the drug, recommendations for patient monitoring to ensure safe use of the drug, and measures that can be taken to prevent or mitigate harm (§ 201.57(a)(10)). Individual risk topics should be presented in a bulleted format, with each imparting a complete piece of information (e.g., identify the risk, its consequences, and recommendations for the clinician to prevent or mitigate it, as appropriate)."[127]

However, if a drug's manufacturer has failed to add a warning to the W&P section of the FPI about a clinically significant hazard for which there is reasonable evidence of a causal association with the drug, the HPI will not contain or refer to such a statement either. This is exactly what happened with Trulicity.

Second, Lilly's failure to add a warning about acute gallbladder disease to the Trulicity label affected the Recent Major Changes subsection of the HPI, which lists substantive labeling changes approved by the FDA or authorized under the CBE regulations, including changes to the W&P section of the FPI. Such a change must be listed in the Recent Major Changes subsection for at least 1 year after the date of the labeling change, after which it can be removed from the Recent Major Changes section, although not the HPI summary of the W&P section of the FPI. 21 CFR § 201.57(a)(5).

While this requirement applies to labeling changes made through both prior approval and CBE supplements, the PLR Implementation Guidance discusses a provision unique to CBE supplements, given that FDA review and approval of such supplements generally occur after the manufacturer has implemented the CBE labeling changes. The Guidance explains that "[i]f a further change is made to the labeling when the Agency approves the CBE supplement, the date of approval becomes the new date from which the 1-year period is calculated," thus extending the length of time that the change will be listed under the Recent Major Changes subsection.

---

[126] FDA Final Guidance for Industry on Labeling for Human Prescription Drug and Biological Products – Implementing the PLR Content and Format (hereinafter PLR Implementation Guidance) at 6. Issued February 2013. *Available at* https://www.fda.gov/media/71836/download.
[127] PLR Implementation Guidance at 13.

Thus, addition of a warning to the W&P Section of the FPI is emphasized for prescribers and patients in the HPI twice: once under the W&P summary subsection, and for at least a year after its addition, once under the Recent Major Changes section.

However, as with the W&P summary subsection of the HPI, Lilly's persistent failure to add a warning to the W&P Section of the Trulicity FPI meant that this information was not included under the Recent Major Changes subsection until Lilly finally complied with the FDA's SLCN and added the warning about acute gallbladder disease to the Trulicity label.

Thus, Lilly's prolonged failure to add this warning concealed this information from prescribers and patients not only by its absence from the W&P Section of the Trulicity FPI but also by its absence in at least two locations in a far more prominent part of the Trulicity labeling, the HPI.

Third, Lilly's addition of information about acute gallbladder disease to the ADVERSE REACTIONS section of the Trulicity label was executed so that this information remained unmentioned in the HPI.

In addition, as discussed above, Eli Lilly's haphazard post-marketing pharmacovigilance and risk management was completely ineffective, which led to the continued failure to properly identify this acute gallbladder disease safety signal and ultimately a massive delay in adding acute gallbladder disease to the warnings and precautions section of the label.

In sum,

- Eli Lilly had newly acquired information reflecting extremely strong evidence of a causal association between Trulicity and acute gallbladder disease, a clinically significant hazard.

- Eli Lilly was obligated to inform prescribers and patients about this clinically significant hazard in the W&P section of the Trulicity label, as well as in the Trulicity HPI, as explained above, once this NAI reached the regulatory threshold for adding a warning.

- This NAI reached this threshold no later than December 2017.

- Eli Lilly failed to meet its statutory and regulatory obligations to inform prescribers and patients of the risk of Trulicity-associated acute gallbladder disease until FDA invoked its authority under Section 505(o) of the FDCA and issued a Safety Labeling Change Notification to Lilly directing it to add this risk information to the Trulicity label.

_____    1/9/26
David B. Ross, M.D., Ph.D., M.B.I.    Date

81

# APPENDIX A

Expert Materials Considered List of Dr. David Ross, M.D.

| | A | B |
|---|---|---|
| 1 | Bates | Title/Subject |
| 2 | N/A | POEMS: Patient-Oriented Evidence that Matters |
| 3 | N/A | Glucagon-like Receptor-1 agonists for obesity: Weight loss outcomes, tolerability, side effects, and risks |
| 4 | N/A | Glucagon-like peptide-1 receptor agonists: Evolution, gastrointestinal adverse effects, and future directions |
| 5 | N/A | Liraglutide-related cholelithiasis |
| 6 | N/A | Adverse Events Related to Tirzepatide |
| 7 | N/A | Statistical declarations versus scientific inferences and clinical judgments: the association of Glucagon-like peptide-1 receptor agonist use with the risk of biliary disease |
| 8 | N/A | Adverse events associated with incretin-based drugs in Japanese spontaneous reports: a mixed effects logistic regression model |
| 9 | N/A | Semaglutide: Double-edged Sword with Risks and Benefits |
| 10 | N/A | Incretin-based therapy and acute cholecystitis: a review of case reports and EudraVigilance spontaneous adverse drug reaction reporting database |
| 11 | N/A | Incretin mimetics and acute pancreatitis: enemy or innocent bystander? |
| 12 | N/A | Effect of Albiglutide on Cholecystokinin-Induced Gallbladder Emptying in Healthy Individuals: A Randomized Crossover Study |
| 13 | N/A | Safety of Semaglutide |
| 14 | N/A | Efficacy and Safety of Semaglutide for Weight Loss in Obesity Without Diabetes: A Systematic Review and Meta-Analysis |
| 15 | N/A | Single-Dose Metformin Enhances Bile Acid-Induced Glucagon-Like Peptide-1 Secretion in Patients with Type 2 Diabetes |
| 16 | N/A | Discovery of novel glucagon-like peptide 1/cholecystokinin 1 receptor dual agonists |
| 17 | N/A | Liraglutide and Colesevelam Change Serum and Fecal Bile Acide Levels in a Randomized Trial with Patients with Bile Acid Diarrhea |
| 18 | N/A | Effect of chenodeoxycholic acid and the bile acid sequestrant colesevelam on glucagon-like peptide-1 secretion |
| 19 | N/A | Glucagon-like Peptide 2 Inhibits Postprandial Gallbladder Emptying in Man: A Randomized, Double-Blinded, Crossover Study |
| 20 | N/A | Unraveling the safety profile of GLP-1 receptor agonists: Mechanistic insights with a focus on semaglutide |
| 21 | N/A | Different Effects of Once-weekly and Once-daily Administered GlP-1RA Semaglutide and Liraglutide on Bile Acid Diarrhea |
| 22 | N/A | Progressive Cholestasis and Biliary Cirrhosis After Initiating Oral Semaglutide: Report From the Drug-Induced Liver Injury Network |

Expert Materials Considered List of Dr. David Ross, M.D.

| | A | B |
|---|---|---|
| 1 | Bates | Title/Subject |
| 23 | N/A | Liraglutide changes postprandial responses of gut hormones involved in the regulation of gallbladder motility |
| 24 | N/A | Cholecystokinin secretion is suppressed by glucagon-like peptide-1: clue to the mechanism of the adverse gallbladder events of GLP-1-derived drugs |
| 25 | N/A | Advancements and challenges in the management of obesity using pharmacotherapy (Review) |
| 26 | N/A | Safety and tolerability of semaglutide across the SUSTAIN and PIONEER phase IIIa clinical trial programmes |
| 27 | N/A | Some Risks of Gastrointestinal Adverse Events Associated With Glucagon-Like PEPTIDE-1 Receptor Agonists Are Likely Explained by BMI - PubMed |
| 28 | N/A | Occurrence of nausea, vomiting and diarrhoea reported as adverse events in clinical trials studying glucagon-like peptide-1 receptor agonists: A systematic analysis |
| 29 | N/A | Occurrence of nausea, vomiting and diarrhoea reported as adverse events in clinical trials studying glucagon-like peptide-1 receptor agonists: A systematic analysis of published clinical trials |
| 30 | N/A | Characteristics of amino acid profiles and incretin hormones in patients with gallstone disease: a pilot study |
| 31 | N/A | Association of glucagon-like peptide-1 receptor agonists with acute pancreatitis and biliary disease in individuals with diabetes and obesity: a propensity-weighted, population-based cohort study |
| 32 | N/A | Tirzepatide as a novel effective and safe strategy for treating obesity: a systematic review and meta-analysis of randomized controlled trials |
| 33 | N/A | The real-world safety profile of tirzepatide: pharmacovigilance analysis of the FDA Adverse Event Reporting System (FAERS) database |
| 34 | N/A | Gastrointestinal and Hepatobiliary Safety of Glucagon-like Peptide-1 Receptor Agonists in Patients with Type 2 Diabetes - Pubmed |
| 35 | N/A | Glucagon-Like Peptide-1 Receptor Agonists and Gastrointestinal Adverse Events: A Systematic Review and Meta-Analysis - PubMed |
| 36 | N/A | Glucagon-Like Peptide-1 Receptor Agonists and Gastrointestinal Adverse Events: A Systematic Review and Meta-Analysis |
| 37 | N/A | Association between glucagon-like peptide-1 receptor agonists and biliary-related diseases in patients with type 2 diabetes: A nationwide cohort study - PubMed |
| 38 | N/A | Association between glucagon-like peptide-1 receptor agonists and biliary-related diseases in patients with type 2 diabetes: A nationwide cohort study |
| 39 | N/A | Efficacy and Safety of GLP-1 Medicines for Type 2 Diabetes and Obesity |
| 40 | N/A | A real-world disproportionality analysis of semaglutide: Post-marketing pharmacovigilance data |

Expert Materials Considered List of Dr. David Ross, M.D.

| | A | B |
|---|---|---|
| 1 | Bates | Title/Subject |
| 41 | N/A | Association of Bile Duct and Gallbladder Diseases With the Use of Incretin-Based Drugs in Patients With Type 2 Diabetes Mellitis |
| 42 | N/A | Cardiovascular Effects and Tolerability of GLP-1 Receptor Agonists: A Systematic Review and Meta-Analysis of 99,599 Patients |
| 43 | N/A | The relative risk of clinically relevant cholelithiasis among glucagon-like peptide-1 receptor agonists in patients with type 2 diabetes mellitus, real-world study |
| 44 | N/A | New Avenues in the Regulation of Gallbladder Motility--Implications for the Use of Glucagon-Like Peptide-Derived Drugs |
| 45 | N/A | Risk of biliary diseases in patients with type 2 diabetes or obesity treated with tirzepatide: A meta-analysis |
| 46 | N/A | Dipeptidyl peptidase-4 inhibitors and gallbladder or biliary disease in type 2 diabetes: systematic review and pairwise and network meta-analysis of randomised controlled trials |
| 47 | N/A | Comparative Safety of Glucagon-Like Peptide 1 Receptor Agonists (GLP-1-Ras) in Type 2 Diabetes and Chronic Weight Management: A Real-World Data Study |
| 48 | N/A | Gastrointestinal adverse events associated with GLP-1 RA in non-diabetic patients with overweight or obesity: a systematic review and network meta-analysis |
| 49 | N/A | Glucagon-like peptide-1 receptor agonists: Evolution, gastrointestinal adverse effects, and future directions |
| 50 | N/A | Physiology and Pharmacology of Effects of GLP-1-based Therapies on Gastric, Biliary and Intestinal Motility |
| 51 | N/A | Hepatobiliary effects and safety of tirzepatide: A systematic review and meta-analysis |
| 52 | N/A | Guts, Glucose, and Gallbladders: The Protective Role of GLP-1/GIP Receptor Agonists Against Biliary Complications in Patients With Type 2 Diabetes and Inflammatory Bowel Disease |
| 53 | N/A | Exploring the Side Effects of GLP-1 Receptor Agonist: To Ensure Its Optimal Positioning |
| 54 | N/A | Incretin-based drugs and the risk of gallbladder or biliary tract diseases among patients with type 2 diabetes across categories of body mass index: a nationwide cohort study |
| 55 | N/A | Efficacy and safety of once-weekly subcutaneous semaglutide on weight loss in patients with overweight or obesity without diabetes mellitus--A systematic review and meta-analysis of randomized controlled trials |
| 56 | N/A | Safety profile of semaglutide versus placebo in the SELECT study: a randomized controlled trial |
| 57 | N/A | The effect of exenatide on fasting bile acids in newly diagnosed type 2 diabetes mellitus patients, a pilot study |
| 58 | N/A | Association of incretin-based therapies with hepatobiliary disorders among patients with type 2 diabetes: a case series from the FDA adverse event reporting system |

Expert Materials Considered List of Dr. David Ross, M.D.

| | A | B |
|---|---|---|
| 1 | Bates | Title/Subject |
| 59 | N/A | Association between different GLP-1 receptor agonists and gastrointestinal adverse reactions: A real-world disproportionality study based on FDA adverse event reporting system database |
| 60 | N/A | Some Risks of Gastrointestinal Adverse Events Associated With Glucagon-Like PEPTIDE-1 Receptor Agonists Are Likely Explained by BMI |
| 61 | N/A | Dipeptidyl peptidase-4 inhibitors and gallbladder or biliary disease in type 2 diabetes: systematic review and pairwise and network meta-analysis of randomised controlled trials |
| 62 | N/A | Association of Glucagon-Like Peptide-1 Receptor Agonist Use With Risk of Gallbladder and Biliary Diseases: A Systematic Review and Meta-analysis of Randomized Clinical Trials |
| 63 | N/A | Association between GLP-1 Ras and DPP-4 inhibitors with biliary disorders: pharmacovigilance analysis |
| 64 | N/A | The expanding role of GlP-1 receptor agonists: a narrative review of current evidence and future directions |
| 65 | N/A | Safety issues with glucagon-like peptide-1 receptor agonists (pancreatitis, pancreatic cancer and cholelithiasis): Data from randomized controlled trials - PubMed |
| 66 | N/A | Safety issues with glucagon-like peptide-1 receptor agonists (pancreatitis, pancreatic cancer and cholelithiasis): Data from randomized controlled trials |
| 67 | N/A | Effects of Liraglutide Compared With Placebo on Events of Acute Gallbladder or Biliary Disease in Patients With Type 2 Diabetes at High Risk for Cardiovascular Events in the LEADER Randomized Trial |
| 68 | N/A | Response to comment on Nauck et al. Effects of Liraglutide Compared With Placebo on Events of Acute Gallbladder or Biliary Disease in Patients With Type 2 Diabetes at High Risk for Cardiovascular Events in the LEADER Randomized Trial |
| 69 | N/A | Effects of liraglutide on gallbladder emptying: A randomized, placebo-controlled trial in adults with overweight or obesity |
| 70 | N/A | Gastrointestinal and Hepatobiliary Safety of Glucagon-like Peptide-1 Receptor Agonists in Patients with Type 2 Diabetes |
| 71 | N/A | Cholelithiasis in patients treated with Glucagon-Like Peptide-1 Receptor: An updated meta-analysis of randomized controlled trials |
| 72 | N/A | Real-world safety comparison of liraglutide and semaglutide in weight management: Insights from European pharmacovigilance data |
| 73 | N/A | Gastrointestinal safety of semaglutide and tirzepatide vs. placebo in obese individuals without diabetes: a systematic review and meta analysis |
| 74 | N/A | Safety and efficacy of glucagon-like peptide-1 receptor agonists on cardiovascular events in overweight or obese non-diabetic patients |

Expert Materials Considered List of Dr. David Ross, M.D.

| | A | B |
|---|---|---|
| 1 | Bates | Title/Subject |
| 75 | N/A | Comment on Nauck et al. Effects of Liraglutide Compared With Placebo on Events of Acute Gallbladder or Biliary Disease in Patients With Type 2 Diabetes at High Risk for Cardiovascular Events in the LEADER Randomized Trial |
| 76 | N/A | Biliary effects of liraglutide and sitaglipton, a 12-week randomized placebo-controlled trial in type 2 diabetes patients |
| 77 | N/A | Safety of Semaglutide |
| 78 | N/A | Risk of Gastrointestinal Adverse Events Associated With Glucagon-Like Peptide-1 Receptor Agonists for Weight Loss |
| 79 | N/A | Glucagon-like peptide-1 receptor agonist-induced cholecystitis and cholelithiasis: a real-world pharmacovigilance analysis using the FAERS database |
| 80 | N/A | Hypoglycemic drugs, circulating inflammatory proteins, and gallbladder diseases: A mediation mendelian randomization study |
| 81 | N/A | Once-Weekly Semaglutide in Adolescents with Obesity |
| 82 | N/A | Acute Cholecystitis Associated With the Use of Glucagon-Like Peptide-1 Receptor Agonists Reported to the US Food and Drug Administration |
| 83 | N/A | Adverse Events of Oral GLP-1 Receptor Agonist (Semaglutide Tablets): A Real-World Study Based on FAERS from 2019 to 2023 |
| 84 | N/A | Weight reduction and the risk of gallbladder and biliary disease: A systematic review and meta-analysis of randomized clinical trials |
| 85 | N/A | Association of the gallbladder or biliary diseases with dipeptidyl peptidase 4 inhibitors in patients with type 2 diabetes: a meta-analysis or randomized controlled trials |
| 86 | N/A | Safety issues of tirzepatide (pancreatitis and gallbladder or biliary disease) in type 2 diabetes and obesity: a systematic review and meta-analysis |
| 87 | LLY-GLPMDL-00646327 | gpgb-04-body-patient-narratives.pdf |
| 88 | LLY-GLPMDL-00652228 | gpgb-23-ae-listings.pdf |
| 89 | LLY-GLPMDL-14500051 | gpgb-04-body.pdf |
| 90 | LLY-GLPMDL-00657887 | gpgf-04-body---patient-narratives.pdf |
| 91 | LLY-GLPMDL-00659731 | gpgf-23-ae-listings.pdf |
| 92 | LLY-GLPMDL-20684184 | GPGF CSR - full report.docx |
| 93 | LLY-GLPMDL-09058028 | gphr-ae-listings.pdf |
| 94 | LLY-GLPMDL-09058607 | gphr-body.pdf |
| 95 | LLY-GLPMDL-09061080 | gphr-full-report-patient-narratives.pdf |
| 96 | LLY-GLPMDL-18838697 | gpgv-04-csr-body-patient-narratives-h-1.pdf |
| 97 | LLY-GLPMDL-18838839 | gpgv-ae-listings.pdf |

Expert Materials Considered List of Dr. David Ross, M.D.

| | A | B |
|---|---|---|
| 1 | **Bates** | **Title/Subject** |
| 98 | LLY-GLPMDL-18839264 | gpgv-csr-04-body.pdf |
| 99 | LLY-GLPMDL-07948507 | gphd-04-app-patient-narratives.pdf |
| 100 | LLY-GLPMDL-07949581 | gphd-04-csr-synopsis-and-body.pdf |
| 101 | LLY-GLPMDL-07955957 | gphd-23-csr-app-eu-list-adverse-events-h.pdf |
| 102 | LLY-GLPMDL-20138128 | LY3298176 I8F-MC-GPHJ 04 CSR synopsis and body_3AA2482C-3D4B-49CD-B4C1-02259995984F2025-03-19T08-52-34.pdf |
| 103 | LLY-GLPMDL-08205678 | gphm-04-body-patient-narratives-part-01-of-02.pdf |
| 104 | LLY-GLPMDL-08206100 | gphm-04-body-patient-narratives-part-02-of-02.pdf |
| 105 | LLY-GLPMDL-08206493 | gphm-04-csr-synopsis-and-body.pdf |
| 106 | LLY-GLPMDL-08209804 | gphm-23-adverse-events.pdf |
| 107 | LLY-GLPMDL-08212774 | gphn-04-csr-body.pdf |
| 108 | LLY-GLPMDL-08215473 | gphn-04-patient-narratives-part-1.pdf |
| 109 | LLY-GLPMDL-08215770 | gphn-04-patient-narratives-part-2.pdf |
| 110 | LLY-GLPMDL-08216099 | gphn-04-patient-narratives-part-3.pdf |
| 111 | LLY-GLPMDL-08217431 | gphn-23-adverse-events.pdf |
| 112 | LLY-GLPMDL-07812781 | gpho-23-ae-listings.pdf |
| 113 | LLY-GLPMDL-08853871 | viewable_rendition__v.pdf |
| 114 | LLY-GLPMDL-08916705 | viewable_rendition__v.pdf |
| 115 | LLY-GLPMDL-08917041 | viewable_rendition__v.pdf |
| 116 | LLY-GLPMDL-18189105 | i8f-mc-gpia-synopsis-and-body_EN 1_clean.docx |
| 117 | LLY-GLPMDL-09114908 | 04-csr-body-full-report-patient-narratives-h_batch-1-of-4.pdf |
| 118 | LLY-GLPMDL-09115765 | 04-csr-body-full-report-patient-narratives-h_batch-2-of-4.pdf |
| 119 | LLY-GLPMDL-09116545 | 04-csr-body-full-report-patient-narratives-h_batch-3-of-4.pdf |
| 120 | LLY-GLPMDL-09117612 | 04-csr-body-full-report-patient-narratives-h_batch-4-of-4.pdf |
| 121 | LLY-GLPMDL-09120576 | gpid-23-csr-app-list-adverse-events-h.pdf |
| 122 | LLY-GLPMDL-09126873 | gpid-csr-body-addendum.pdf |
| 123 | LLY-GLPMDL-08296073 | gpi1-csr-synopsis-and-body-osa.pdf |
| 124 | LLY-GLPMDL-14731986 | gpih-body.pdf |
| 125 | LLY-GLPMDL-14735013 | gpih-list-aes.pdf |
| 126 | LLY-GLPMDL-14740304 | gpih-narratives.pdf |
| 127 | LLY-GLPMDL-08261570 | i8f-mc-gpil-body.pdf |
| 128 | LLY-GLPMDL-00553889 | gpgk-04-body-narratives.pdf |
| 129 | LLY-GLPMDL-00557052 | gpgk-23-ae-listings.pdf |
| 130 | LLY-GLPMDL-00563487 | gpgh-04-body-narratives.pdf |

Expert Materials Considered List of Dr. David Ross, M.D.

| | A | B |
|---|---|---|
| 1 | Bates | Title/Subject |
| 131 | LLY-GLPMDL-00565123 | gpgh-04-body.pdf |
| 132 | LLY-GLPMDL-00570344 | gpgh-23-ae-listings.pdf |
| 133 | LLY-GLPMDL-00577851 | gpgl-04-body-narratives.pdf |
| 134 | LLY-GLPMDL-00579453 | gpgl-04-body.pdf |
| 135 | LLY-GLPMDL-00584821 | gpgl-23-ae-listings.pdf |
| 136 | LLY-GLPMDL-00595099 | gpgi-04-body-narratives.pdf |
| 137 | LLY-GLPMDL-00599101 | gpgi-23-ae-listings.pdf |
| 138 | LLY-GLPMDL-00605183 | gpgm-23-ae-listings.pdf |
| 139 | LLY-GLPMDL-07933881 | gpgm-04-body-narratives.pdf |
| 140 | LLY-GLPMDL-08728042 | viewable_rendition__v.pdf |
| 141 | LLY-GLPMDL-08737234 | viewable_rendition__v.pdf |
| 142 | LLY-GLPMDL-08886464 | viewable_rendition__v.pdf |
| 143 | LLY-GLPMDL-10368065 | GPGI 04 Body.pdf |
| 144 | LLY-GLPMDL-10370963 | GPGK 04 Body.pdf |
| 145 | LLY-GLPMDL-11093721 | GPGO 04 Body(a).pdf |
| 146 | LLY-GLPMDL-14421392 | gpgp_patient_narrative_report_FINAL.rtf |
| 147 | LLY-GLPMDL-14925258 | GPGP 04 CSR synopsis and body.pdf |
| 148 | N/A | Mounjaro APPROVAL Label (05.13.2022) |
| 149 | N/A | Mounjaro Label Change (07.28.2023) |
| 150 | N/A | Mounjaro Label Change (2025.5) |
| 151 | N/A | Mounjaro Label Change (2025.9) |
| 152 | N/A | Mounjaro Label Change 11.2024 |
| 153 | N/A | Ozempic APPROVAL Label (2017.12.05) |
| 154 | N/A | Ozempic Label Change (2019.04.09) |
| 155 | N/A | Ozempic Label Change (2019.11.27) |
| 156 | N/A | Ozempic Label Change (2020.01.16) |
| 157 | N/A | Ozempic Label Change (2021.04.12) |
| 158 | N/A | Ozempic Label Change (2022.03.28) |
| 159 | N/A | Ozempic Label Change (2022.10.6) |
| 160 | N/A | Ozempic Label Change (2023.09.22) |
| 161 | N/A | Ozempic Label Change (2024.11) |
| 162 | N/A | Ozempic Label Change (2025.01) |
| 163 | N/A | Ozempic Label Change (2025.10) |
| 164 | N/A | Rybelsus APPROVAL Label (2019.09.20) |

Expert Materials Considered List of Dr. David Ross, M.D.

| | A | B |
|---|---|---|
| 1 | Bates | Title/Subject |
| 165 | N/A | Rybelsus Label Change (2020.01.16) |
| 166 | N/A | Rybelsus Label Change (2021.04.30) |
| 167 | N/A | Rybelsus Label Change (2022.06.10) |
| 168 | N/A | Rybelsus Label Change (2023.01.12) |
| 169 | N/A | Rybelsus Label Change (2024.01.24) |
| 170 | N/A | Rybelsus Label Change (2024.11) |
| 171 | N/A | Rybelsus Label Change (2024.12) |
| 172 | N/A | Rybelsus Label Change (2025.10) |
| 173 | N/A | Saxenda APPROVAL Label (2014.12.23) |
| 174 | N/A | Saxenda Label Change (2015.03.27) |
| 175 | N/A | Saxenda Label Change (2016.09.22) |
| 176 | N/A | Saxenda Label Change (2017.04.26) |
| 177 | N/A | Saxenda Label Change (2018.10.19) |
| 178 | N/A | Saxenda Label Change (2020.03.25) |
| 179 | N/A | Saxenda Label Change (2020.12.04) |
| 180 | N/A | Saxenda Label Change (2022.06.15) |
| 181 | N/A | Saxenda Label Change (2023.04.20) |
| 182 | N/A | Saxenda Label Change (2024.11) |
| 183 | N/A | Saxenda Label Change (2025.5) |
| 184 | N/A | Saxenda Label Change (2025.10) |
| 185 | N/A | Trulicity APPROVAL Label (2014.9.18) |
| 186 | N/A | Trulicity Label Change (2017.01.27) |
| 187 | N/A | Trulicity Label Change (2017.08.01) |
| 188 | N/A | Trulicity Label Change (2018.06.29) |
| 189 | N/A | Trulicity Label Change (2018.09.21) |
| 190 | N/A | Trulicity Label Change (2019.01.15) |
| 191 | N/A | Trulicity Label Change (2020.02.21) |
| 192 | N/A | Trulicity Label Change (2020.09.03) |
| 193 | N/A | Trulicity Label Change (2021.09.30) |
| 194 | N/A | Trulicity Label Change (2022.06.10) |
| 195 | N/A | Trulicity Label Change (2022.11.17) |
| 196 | N/A | Trulicity Label Change (2024.11) |
| 197 | N/A | Trulicity Label Change (2025.05) |
| 198 | N/A | Wegovy APPROVAL Label (2021.06.04) |

Expert Materials Considered List of Dr. David Ross, M.D.

| | A | B |
|---|---|---|
| 1 | Bates | Title/Subject |
| 199 | N/A | Wegovy Label Change (2022.08.24) |
| 200 | N/A | Wegovy Label Change (2022.12.23) |
| 201 | N/A | Wegovy Label Change (2023.02.14) |
| 202 | N/A | Wegovy Label Change (2023.07.21) |
| 203 | N/A | Wegovy Label Change (2024.03.08) |
| 204 | N/A | Wegovy Label Change (2024.11) |
| 205 | N/A | Wegovy Label Change (2025.08) |
| 206 | N/A | Zepbound APPROVAL Label (2023.11.08) |
| 207 | N/A | Zepbound Label Change (2024.03.28) |
| 208 | N/A | Zepbound Label Change (2024.12) |
| 209 | N/A | Zepbound Label Change (2025.2) |
| 210 | N/A | Zepbound Label Change (2025.09) |
| 211 | N/A | Best-Practices-FDA-Staff-Postmarketing-Safety-Surveillance |
| 212 | N/A | ECF 481 - FILED Amended Master Long Form Complaint |
| 213 | Novo_GLP_MDL_000622348 | First Coverage Ad Com Results Liraglutide 3 mg FDA Advisory Committee Meeting, September 11, 2014 |
| 214 | Novo_GLP_MDL_000225783 | Response documents submitted to FDA - Gallbladder and PK/PD (Ages 7-11 Years) |
| 215 | Novo_GLP_MDL_002951423 | Questions for LEADER Ad Comm prep |
| 216 | LLY-GLPMDL-13613191 | RE: Minutes - GBGL (Dula 345) FDA messaging strategy for 52 week® completers at primary outcome lock submiss |
| 217 | LLY-GLPMDL-10266511 | RE: PRIORITY: TZP Logistics Written Responses |
| 218 | LLY-GLPMDL-09711483 | RE: Confirm AESI list for TOSNP table |
| 219 | Novo_GLP_MDL_005287713 | ROC: Multiple INDs (s.c. sema T2D/WM, oral sema T2D/WM, CagriSema T2D/WM, SemaGIP and PYY) - Semaglutide Safety Reporting to FDA |
| 220 | Novo_GLP_MDL_004222015 | RE: Multiple INDs (s.c. sema T2D/WM, oral sema T2D/WM, CagriSema T2D/WM, SemaGIP and PYY) - Semaglutide Safety Reporting to FDA |
| 221 | Novo_GLP_MDL_002218994 | ROC: Victoza (NDA 022341), Xultophy (BLA 208583), Saxenda (NDA 206321), Wegovy (NDA 215256), Ozempic (NDA 209637), and Rybelsus (NDA 213051); NISS for gallbladder-related disorders |
| 222 | Novo_GLP_MDL_001042421 | RE: Victoza (NDA 022341), Xultophy (BLA 208583), Saxenda (NDA 206321), Wegovy (NDA 215256), Ozempic (NDA 209637), and Rybelsus (NDA 213051); NISS for gallbladder-related disorders |
| 223 | Novo_GLP_MDL_000978871 | FW: Victoza (NDA 022341), Xultophy (BLA 208583), Saxenda (NDA 206321), Wegovy (NDA 215256), Ozempic (NDA 209637), and Rybelsus (NDA 213051); NISS for gallbladder-related disorders |
| 224 | Novo_GLP_MDL_004620969 | ROC: Victoza (NDA 022341), Xultophy (BLA 208583), Saxenda (NDA 206321), Wegovy (NDA 215256), Ozempic (NDA 209637), and Rybelsus (NDA 213051); FDA Posting of NISS for gallbladder-related disorders |

Expert Materials Considered List of Dr. David Ross, M.D.

| | A | B |
|---|---|---|
| 1 | Bates | Title/Subject |
| 225 | Novo_GLP_MDL_000975837 | RE: Victoza (NDA 022341), Xultophy (BLA 208583), Saxenda (NDA 206321), Wegovy (NDA 215256), Ozempic (NDA 209637), and Rybelsus (NDA 213051); NISS for gallbladder-related disorders |
| 226 | Novo_GLP_MDL_000961264 | RE: Victoza (NDA 022341), Xultophy (BLA 208583), Saxenda (NDA 206321), Wegovy (NDA 215256), Ozempic (NDA 209637), and Rybelsus (NDA 213051); NISS for gallbladder-related disorders |
| 227 | LLY-GLPMDL-09258318 | Re: [EXTERNAL] RE: NDA 215866 Tirzepatide: Draft List of PMRs |
| 228 | LLY-GLPMDL-08649396 | RE: [EXTERNAL] RE: NDA 215866 Tirzepatide: Draft List of PMRs |
| 229 | LLY-GLPMDL-08672592 | RE: [EXTERNAL] RE: NDA 215866 Tirzepatide: Draft List of PMRs |
| 230 | LLY-GLPMDL-08672747 | Re: [EXTERNAL] RE: NDA 215866 Tirzepatide: Draft List of PMRs |
| 231 | LLY-GLPMDL-08647742 | Re: [EXTERNAL] RE: NDA 215866 Tirzepatide: Draft List of PMRs |
| 232 | LLY-GLPMDL-08673050 | Re: [EXTERNAL] RE: NDA 215866 Tirzepatide: Draft List of PMRs |
| 233 | LLY-GLPMDL-09257422 | TZP Round 1 FDA Labeling Comments |
| 234 | LLY-GLPMDL-17085973 | FW: [EXTERNAL] BLA 125469 Trulicity: Safety Labeling Change Notification Letter |
| 235 | Novo_GLP_MDL_002261273 | ROC: NDA 213051 Rybelsus NDA 022341 Victoza BLA 208583 Xultophy - FDA Requested Safety Label Updates- Acute Events of Gallbladder Disease |
| 236 | Novo_GLP_MDL_483_000138406 | FW: ROC: NDA 213051 Rybelsus NDA 022341 Victoza BLA 208583 Xultophy - FDA Requested Safety Label Updates- Acute Events of Gallbladder Disease |
| 237 | Novo_GLP_MDL_004260137 | ROC: NDA 213051 Rybelsus NDA 213051 - FDA Proposed Changes on Acute Gallbladder Disease - response due by Friday, May 13 |
| 238 | Novo_GLP_MDL_002227231 | ROC: NDA 022341/S-038 Victoza FDA Safety Labeling Comments for Acute Gall Bladder Disease and Cutaneous Amyloidosis |
| 239 | Novo_GLP_MDL_017326088 | RE: FOR YOUR APPROVAL - FDA Proposed Changes on Acute Gallbladder Disease - response due by Tue, May 10th at 12pm EST |
| 240 | Novo_GLP_MDL_004528176 | RE: NDA 213051 Rybelsus NDA 213051 - FDA Proposed Changes on Acute Gallbladder Disease - response due by Friday, May 13 |
| 241 | Novo_GLP_MDL_004464029 | RE: NDA 213051 Rybelsus NDA 213051 - FDA Proposed Changes on Acute Gallbladder Disease - response due by Friday, May 13 |
| 242 | Novo_GLP_MDL_000959725 | Re: FDA Approves TZP Novel, Dual-Targeted Treatment for Type 2 Diabetes | FDA |
| 243 | LLY-GLPMDL-10078075 | RE: Gallbladder STR |
| 244 | Novo_GLP_MDL_004541031 | ROC: NDA 213051 Rybelsus NDA 213051 - FDA Requests Submission of Final Labeling for Acute Gallbladder Safety Label Update |
| 245 | Novo_GLP_MDL_004435006 | ROC: NDA 213051 Rybelsus NDA 213051 - FDA Proposed Changes on Acute Gallbladder Disease - response due by Friday, May 13 |
| 246 | Novo_GLP_MDL_004320158 | ROC: NDA 213051 Rybelsus - FDA Approval of Label Update: Acute Gallbladder |

Expert Materials Considered List of Dr. David Ross, M.D.

| | A | B |
|---|---|---|
| 1 | **Bates** | **Title/Subject** |
| 247 | Novo_GLP_MDL_002187106 | RE: FDA Notification FAERS Website Posting for NDAs Saxenda 206321, Wegovy 215256, Ozempic 209637, Rybelsus 213051, Victoza 022341, and Xultophy 208583 |
| 248 | LLY-GLPMDL-09719454 | RE: AESI comments in BD |
| 249 | LLY-GLPMDL-09209604 | RE: 11-6-2023 update- RE: [EXTERNAL] NDA 217806/tirzepatide/FDA® labeling comments on PI, MG, and IFU 11/3/2023 |
| 250 | LLY-GLPMDL-09207810 | FW: 11-6-2023 update- RE: [EXTERNAL] NDA 217806/tirzepatide/FDA labeling comments on PI, MG, and IFU 11/3/2023 |
| 251 | LLY-GLPMDL-09215795 | RE: 11-6-2023 update- RE: [EXTERNAL] NDA 217806/tirzepatide/FDA® labeling comments on PI, MG, and IFU 11/3/2023 |
| 252 | LLY-GLPMDL-09215061 | RE: 11-6-2023 update- RE: [EXTERNAL] NDA 217806/tirzepatide/FDA labeling comments on PI, MG, and IFU 11/3/2023 |
| 253 | LLY-GLPMDL-08198722 | FW: 11-6-2023 update- RE: [EXTERNAL] NDA 217806/tirzepatide/FDA® labeling comments on PI, MG, and IFU 11/3/2023 |
| 254 | LLY-GLPMDL-17321530 | RE: TGA feedback: GLP-1 RAs and intestinal obstruction including ileus and liver dysfunction |
| 255 | LLY-GLPMDL-17250423 | Re: TGA feedback: GLP-1 RAs and intestinal obstruction including ileus and liver dysfunction |
| 256 | LLY-GLPMDL-17200497 | RE: TGA feedback: GLP-1 RAs and intestinal obstruction including ileus and liver dysfunction |
| 257 | Novo_GLP_MDL_VIC_NDA_000241852 | qade.pdf |
| 258 | Novo_GLP_MDL_VIC_NDA_000242748 | qade.pdf |
| 259 | Novo_GLP_MDL_VIC_NDA_000243167 | qade.pdf |
| 260 | Novo_GLP_MDL_VIC_NDA_000243567 | cover.pdf |
| 261 | Novo_GLP_MDL_VIC_NDA_000245177 | cover.pdf |
| 262 | Novo_GLP_MDL_VIC_NDA_000423627 | cover.pdf |
| 263 | LLY-GLPMDL-00018259 | dulaglutide-dsur-01-fda-unblinded--05-sep-2010-to-04-sep-201.pdf |
| 264 | Novo_GLP_MDL_VIC_NDA_000424875 | cover.pdf |
| 265 | Novo_GLP_MDL_VIC_NDA_000425696 | cover.pdf |
| 266 | Novo_GLP_MDL_VIC_NDA_000429806 | cover.pdf |
| 267 | Novo_GLP_MDL_002648642 | Cover letter - Amendment.doc |
| 268 | Novo_GLP_MDL_VIC_NDA_000430000 | cover.pdf |
| 269 | Novo_GLP_MDL_VIC_NDA_000430326 | cover.pdf |
| 270 | Novo_GLP_MDL_SAX_IND_000023225 | safety.pdf |
| 271 | LLY-GLPMDL-00039905 | dulaglutide-dsur-02-fda-unblinded--05-sep-2011-to-04-sep-201.pdf |
| 272 | Novo_GLP_MDL_VIC_NDA_000431110 | cover.pdf |
| 273 | Novo_GLP_MDL_VIC_NDA_000431863 | cover.pdf |
| 274 | Novo_GLP_MDL_008238700 | 20120601-20130531-dsur-semaglutide.docm |

Expert Materials Considered List of Dr. David Ross, M.D.

| | A | B |
|---|---|---|
| 1 | Bates | Title/Subject |
| 275 | Novo_GLP_MDL_SAX_IND_000027256 | safety.pdf |
| 276 | Novo_GLP_MDL_VIC_NDA_000433929 | cover.pdf |
| 277 | Novo_GLP_MDL_VIC_NDA_000433963 | pbrer.pdf |
| 278 | LLY-GLPMDL-00055517 | dulaglutide-dsur-03-fda-unblinded--05-sep-2012-to-04-sep-201.pdf |
| 279 | LLY-GLPMDL-00391121 | ly2189265-4-month-safety-update.pdf |
| 280 | Novo_GLP_MDL_000437526 | Pre-review_20130701-20140630-psur-liraglutide.docm |
| 281 | Novo_GLP_MDL_RYB_IND_000046529 | safety.pdf |
| 282 | Novo_GLP_MDL_SAX_IND_000029521 | safety.pdf |
| 283 | Novo_GLP_MDL_VIC_NDA_000438012 | cover.pdf |
| 284 | Novo_GLP_MDL_VIC_NDA_000438015 | pbrer.pdf |
| 285 | LLY-GLPMDL-00797246 | dulaglutide-dsur-04-fda-unblinded-05-sep-2013-to-04-sep-2014.pdf |
| 286 | Novo_GLP_MDL_002529665 | cover.doc |
| 287 | Novo_GLP_MDL_003241566 | cover.doc |
| 288 | Novo_GLP_MDL_000106377 | cover.pdf |
| 289 | Novo_GLP_MDL_SAX_NDA_000596752 | cover.pdf |
| 290 | LLY-GLPMDL-00866758 | dulaglutide-dsur-05-fda-unblinded-05-sep-2014-to-18-mar-2015.pdf |
| 291 | LLY-GLPMDL-00948776 | dulaglutide-psur-pbrer-01-fda-unblinded--18-sep-2014-to-18-m.pdf |
| 292 | Novo_GLP_MDL_SAX_NDA_000596871 | cover.pdf |
| 293 | Novo_GLP_MDL_SAX_NDA_000596874 | quarterly-ade-report-q2-2015.pdf |
| 294 | Novo_GLP_MDL_RYB_IND_000051042 | safety.pdf |
| 295 | Novo_GLP_MDL_SAX_IND_000030999 | safety.pdf |
| 296 | Novo_GLP_MDL_VIC_NDA_000500880 | cover.pdf |
| 297 | Novo_GLP_MDL_VIC_NDA_000500913 | pbrer.pdf |
| 298 | Novo_GLP_MDL_SAX_NDA_000597586 | cover.pdf |
| 299 | Novo_GLP_MDL_SAX_NDA_000597589 | quarterly-ade-report-q3-2015.pdf |
| 300 | LLY-GLPMDL-00877789 | dulaglutide-dsur-05-fda-unblinded-05-sep-2014-to-18-mar-2015.pdf |
| 301 | LLY-GLPMDL-08118368 | dulaglutide-psur-pbrer-02-fda-unblinded-19-mar-2015-to-18-.pdf |
| 302 | Novo_GLP_MDL_SAX_NDA_000598079 | cover.pdf |
| 303 | Novo_GLP_MDL_SAX_NDA_000598082 | quarterly-ade-rpt-q4-2015.pdf |
| 304 | Novo_GLP_MDL_SAX_NDA_000599595 | quarterly-ade-rpt-q1-2016.pdf |
| 305 | Novo_GLP_MDL_SAX_NDA_000599592 | cover.pdf |
| 306 | LLY-GLPMDL-00977355 | dulaglutide-psur-pbrer-03-fda-unblinded--19-sep-2015-to-18-m.pdf |
| 307 | LLY-GLPMDL-08134972 | dulaglutide-paer-04-19-mar-2016-to-18-jun-2016.pdf |
| 308 | Novo_GLP_MDL_SAX_NDA_000607278 | cover.pdf |

Expert Materials Considered List of Dr. David Ross, M.D.

| | A | B |
|---|---|---|
| 1 | Bates | Title/Subject |
| 309 | Novo_GLP_MDL_SAX_NDA_000607285 | quarterly-ade-rpt-q2-2016.pdf |
| 310 | Novo_GLP_MDL_WEG_IND_000001950 | safety.pdf |
| 311 | Novo_GLP_MDL_SAX_IND_000034694 | safety.pdf |
| 312 | Novo_GLP_MDL_VIC_NDA_000505560 | cover.pdf |
| 313 | Novo_GLP_MDL_002412510 | cover letter.pdf |
| 314 | Novo_GLP_MDL_VIC_NDA_000505571 | pbrer.pdf |
| 315 | Novo_GLP_MDL_001278735 | cover letter.docx |
| 316 | Novo_GLP_MDL_001520552 | cover letter.docx |
| 317 | Novo_GLP_MDL_002419662 | cover letter.docx |
| 318 | Novo_GLP_MDL_SAX_NDA_000607546 | cover.pdf |
| 319 | Novo_GLP_MDL_SAX_NDA_000607553 | quarterly-ade-rpt-q3-2016.pdf |
| 320 | LLY-GLPMDL-00978320 | dulaglutide-psur-pbrer-04-fda-unblinded--19-mar-2016-to-18-s.pdf |
| 321 | LLY-GLPMDL-00879567 | dulaglutide-dsur-07-fda-unblinded--19-sep-2015-to-18-sep-201.pdf |
| 322 | LLY-GLPMDL-00978923 | dulaglutide-paer-05--19-sep-2016-to-18-dec-2016-.pdf |
| 323 | Novo_GLP_MDL_SAX_NDA_000607848 | cover.pdf |
| 324 | Novo_GLP_MDL_SAX_NDA_000607854 | y2q4-ade-report.pdf |
| 325 | Novo_GLP_MDL_SAX_IND_000037602 | safety.pdf |
| 326 | Novo_GLP_MDL_VIC_NDA_000911274 | psur-pbrer.pdf |
| 327 | Novo_GLP_MDL_SAX_NDA_000609333 | cover.pdf |
| 328 | Novo_GLP_MDL_SAX_NDA_000609339 | q1-ade-2017.pdf |
| 329 | LLY-GLPMDL-00979530 | dulaglutide-psur-pbrer-05-fda-unblinded--19-sep-2016-to-18-m.pdf |
| 330 | LLY-GLPMDL-00551032 | ly3298176-dsur-01-fda-unblinded--28-apr-2016-to-28-apr-2017-.pdf |
| 331 | Novo_GLP_MDL_SAX_NDA_000609591 | cover.pdf |
| 332 | Novo_GLP_MDL_SAX_NDA_000609597 | y3q2-ade.pdf |
| 333 | Novo_GLP_MDL_RYB_IND_000135515 | summary-safety.pdf |
| 334 | Novo_GLP_MDL_SAX_NDA_000612614 | cover.pdf |
| 335 | Novo_GLP_MDL_SAX_NDA_000612620 | y3q3-ade.pdf |
| 336 | LLY-GLPMDL-08090739 | dulaglutide-dsur-08-fda-unblinded--19-sep-2016-to-18-sep-201.pdf |
| 337 | LLY-GLPMDL-00998436 | dulaglutide-psur-pbrer-06-fda-unblinded--19-mar-2017-to-18-s.pdf |
| 338 | Novo_GLP_MDL_SAX_NDA_000614494 | cover.pdf |
| 339 | Novo_GLP_MDL_SAX_NDA_000614500 | y3q4-ade.pdf |
| 340 | Novo_GLP_MDL_VIC_IND_000092284 | safety.pdf |
| 341 | Novo_GLP_MDL_VIC_NDA_000915311 | cover.pdf |
| 342 | Novo_GLP_MDL_VIC_NDA_000915318 | pbrer-2017.pdf |

Expert Materials Considered List of Dr. David Ross, M.D.

| | A | B |
|---|---|---|
| 1 | Bates | Title/Subject |
| 343 | Novo_GLP_MDL_OZM_NDA_003435473 | cover.pdf |
| 344 | Novo_GLP_MDL_OZM_NDA_003435481 | y1q1-pader.pdf |
| 345 | LLY-GLPMDL-00643368 | ly3298176-dsur-02-fda-unblinded--29-apr-2017-to-28-apr-2018-.pdf |
| 346 | Novo_GLP_MDL_002941162 | cover draft.doc |
| 347 | Novo_GLP_MDL_002941172 | cover for sig.pdf |
| 348 | Novo_GLP_MDL_OZM_NDA_003435503 | cover.pdf |
| 349 | Novo_GLP_MDL_003294184 | cover for sig.pdf |
| 350 | Novo_GLP_MDL_OZM_NDA_003435510 | y1q2-pader.pdf |
| 351 | Novo_GLP_MDL_000700125 | 20171205-20180531-psur-pbrer-semaglutide_management_preapproval_compiled_comments.pdf |
| 352 | Novo_GLP_MDL_000216815 | 20171205-20180531-psur-pbrer-semaglutide-rims-change-id-18050-published.pdf |
| 353 | Novo_GLP_MDL_RYB_IND_000148702 | summary-safety.pdf |
| 354 | Novo_GLP_MDL_OZM_NDA_003436281 | cover.pdf |
| 355 | Novo_GLP_MDL_OZM_NDA_003436286 | y1q3-pader.pdf |
| 356 | LLY-GLPMDL-00905400 | dulaglutide-dsur-09-fda-unblinded--19-sep-2017-to-18-sep-201.pdf |
| 357 | LLY-GLPMDL-08146619 | dulaglutide-psur-pbrer--07-fda-unblinded--19-sep-2017-to-18-.pdf |
| 358 | Novo_GLP_MDL_VIC_NDA_000938575 | pbrer-2018-6mo.pdf |
| 359 | Novo_GLP_MDL_OZM_NDA_003436813 | y1q4-pader.pdf |
| 360 | Novo_GLP_MDL_000700539 | 20180601-20181130-psur-pbrer-semaglutide.docm |
| 361 | Novo_GLP_MDL_000700429 | 20180601-20181130-psur-pbrer-semaglutide_compiled_mgmt.pdf |
| 362 | Novo_GLP_MDL_000216349 | 20180601-20181130-psur-pbrer-semaglutide-rims-change-id-18095-published.pdf |
| 363 | LLY-GLPMDL-08553422 | Dulaglutide_PSUR-PBRER _07_Global_Unblinded_(19-Sep-2017_to_18-Sep-2018).pdf |
| 364 | Novo_GLP_MDL_VIC_IND_000095162 | safety.pdf |
| 365 | Novo_GLP_MDL_SAX_NDA_000616428 | cover.pdf |
| 366 | Novo_GLP_MDL_VIC_NDA_000953307 | pbrer.pdf |
| 367 | LLY-GLPMDL-00530305 | tirzepatide-dsur-03-fda-unblinded--29-apr-2018-to-28-apr-201.pdf |
| 368 | Novo_GLP_MDL_000523766 | 20181201-20190531-psur-pbrer-semaglutide.pdf |
| 369 | Novo_GLP_MDL_WEG_IND_000040679 | safety.pdf |
| 370 | Novo_GLP_MDL_OZM_NDA_003464374 | pbrer-y1-1.pdf |
| 371 | LLY-GLPMDL-08093891 | dulaglutide-dsur-10-fda-unblinded--19-sep-2018-to-18-sep-201.pdf |
| 372 | LLY-GLPMDL-01110442 | dulaglutide-psur-pbrer-08-fda-unblinded--19-sep-2018-to-18-s.pdf |
| 373 | Novo_GLP_MDL_RYB_NDA_000681128 | cover.pdf |
| 374 | Novo_GLP_MDL_004287751 | cover 213051 for sig.pdf |
| 375 | Novo_GLP_MDL_RYB_NDA_000681137 | pader-y1-q1.pdf |
| 376 | Novo_GLP_MDL_OZM_NDA_003471561 | cover.pdf |

Expert Materials Considered List of Dr. David Ross, M.D.

| | A | B |
|---|---|---|
| 1 | **Bates** | **Title/Subject** |
| 377 | Novo_GLP_MDL_OZM_NDA_003471569 | pbrer-y1-2.pdf |
| 378 | LLY-GLPMDL-01112430 | 4-month-safety-update.pdf |
| 379 | Novo_GLP_MDL_SAX_IND_000039874 | summary-safety-info.pdf |
| 380 | Novo_GLP_MDL_SAX_NDA_000640705 | cover.pdf |
| 381 | Novo_GLP_MDL_SAX_NDA_000640712 | pbrer-2019.pdf |
| 382 | Novo_GLP_MDL_VIC_NDA_000958257 | pbrer.pdf |
| 383 | Novo_GLP_MDL_RYB_NDA_000682990 | cover.pdf |
| 384 | Novo_GLP_MDL_RYB_NDA_000682999 | pader-y1-q2.pdf |
| 385 | LLY-GLPMDL-00542547 | tirzepatide-dsur-04-fda-unblinded--29-apr-2019-to-28-apr-202.pdf |
| 386 | Novo_GLP_MDL_RYB_NDA_000684484 | cover.pdf |
| 387 | Novo_GLP_MDL_RYB_NDA_000684493 | pader-y1-q3.pdf |
| 388 | Novo_GLP_MDL_WEG_IND_000050440 | safety.pdf |
| 389 | Novo_GLP_MDL_OZM_NDA_003480538 | cover.pdf |
| 390 | Novo_GLP_MDL_OZM_NDA_003480552 | pbrer-y2-1.pdf |
| 391 | Novo_GLP_MDL_RYB_NDA_000686308 | cover.pdf |
| 392 | Novo_GLP_MDL_RYB_NDA_000686318 | pader-y1-q4.pdf |
| 393 | LLY-GLPMDL-00945700 | dulaglutide-dsur-11-fda-unblinded-19-sep-2019-to-18-sep-2020.pdf |
| 394 | LLY-GLPMDL-01122529 | dulaglutide-psur-pbrer-09-fda-unblinded--19-sep-2019-to-18-s.pdf |
| 395 | Novo_GLP_MDL_RYB_NDA_000689107 | pader-y2-q1.pdf |
| 396 | Novo_GLP_MDL_RYB_NDA_000689101 | cover.pdf |
| 397 | Novo_GLP_MDL_OZM_NDA_003508199 | cover.pdf |
| 398 | Novo_GLP_MDL_OZM_NDA_003508205 | pbrer-y2-2.pdf |
| 399 | Novo_GLP_MDL_SAX_IND_000041892 | summary-safety-info.pdf |
| 400 | Novo_GLP_MDL_VIC_NDA_000963093 | pbrer.pdf |
| 401 | Novo_GLP_MDL_SAX_NDA_000647070 | cover.pdf |
| 402 | LLY-GLPMDL-08647517 | Tirzepatide_DSUR_05_Internal_Blinded_(29-Apr-2020_to_28-Apr-2021).pdf |
| 403 | Novo_GLP_MDL_RYB_IND_000430437 | dsur-2021.pdf |
| 404 | Novo_GLP_MDL_RYB_NDA_000696300 | cover.pdf |
| 405 | Novo_GLP_MDL_RYB_NDA_000696310 | pbrer-y1-sa1.pdf |
| 406 | Novo_GLP_MDL_OZM_NDA_003540882 | cover.pdf |
| 407 | Novo_GLP_MDL_OZM_NDA_003540892 | pbrer-y3-1.pdf |
| 408 | Novo_GLP_MDL_WEG_NDA_000104153 | cover.pdf |
| 409 | LLY-GLPMDL-08094229 | dulaglutide-dsur-12-fda-unblinded-19-sep-2020-to-18-sep-2021.pdf |
| 410 | LLY-GLPMDL-01124180 | dulaglutide-psur-pbrer-10-fda-unblinded-19-sep-2020-to-18-se.pdf |

Expert Materials Considered List of Dr. David Ross, M.D.

| | A | B |
|---|---|---|
| 1 | Bates | Title/Subject |
| 411 | Novo_GLP_MDL_WEG_NDA_000110193 | cover.pdf |
| 412 | Novo_GLP_MDL_000979867 | 30 Nov 2021-PSUR-Published-semaglutide.pdf |
| 413 | Novo_GLP_MDL_RYB_NDA_000703865 | cover.pdf |
| 414 | Novo_GLP_MDL_OZM_NDA_003549107 | cover.pdf |
| 415 | Novo_GLP_MDL_000960049 | 30 Nov 2021-PSUR-Published-semaglutide.pdf |
| 416 | Novo_GLP_MDL_OZM_NDA_003549113 | pbrer-y3-2.pdf |
| 417 | Novo_GLP_MDL_VIC_IND_000097599 | summary-safety-info.pdf |
| 418 | Novo_GLP_MDL_SAX_IND_000045477 | summary-safety-info.pdf |
| 419 | Novo_GLP_MDL_SAX_NDA_000650931 | cover.pdf |
| 420 | Novo_GLP_MDL_SAX_NDA_000650938 | pbrer-2021.pdf |
| 421 | Novo_GLP_MDL_WEG_NDA_000111657 | cover.pdf |
| 422 | LLY-GLPMDL-07945179 | tirzepatide-dsur-06-fda-unblinded--29-apr-2021-to-28-apr-202.pdf |
| 423 | Novo_GLP_MDL_WEG_NDA_000113687 | cover.pdf |
| 424 | Novo_GLP_MDL_004266449 | dsur.pdf |
| 425 | Novo_GLP_MDL_WEG_NDA_000125824 | m1-2-cover-letter.pdf |
| 426 | Novo_GLP_MDL_RYB_NDA_000712429 | cover.pdf |
| 427 | Novo_GLP_MDL_OZM_NDA_003567131 | cover.pdf |
| 428 | Novo_GLP_MDL_OZM_NDA_003567141 | pbrer-y4-1.pdf |
| 429 | LLY-GLPMDL-07981201 | cover.pdf |
| 430 | LLY-GLPMDL-07981202 | tirzepatide-pader-01-unblinded--13-may-2022-to-13-aug-2022-.pdf |
| 431 | LLY-GLPMDL-10090633 | Dulaglutide_DSUR_13_EU_Blinded_(19-Sep-2021_to_18-Sep-2022).pdf |
| 432 | LLY-GLPMDL-08176502 | periodic-safety-update-report-19-sep-2021-to-18-sep-2022.pdf |
| 433 | LLY-GLPMDL-07981408 | cover.pdf |
| 434 | LLY-GLPMDL-07981409 | tirzepatide-psur-pbrer-01-fda-unblinded--13-may-2022-to-13-n.pdf |
| 435 | Novo_GLP_MDL_WEG_NDA_000152580 | pbrer-y1-biannual2.pdf |
| 436 | Novo_GLP_MDL_WEG_NDA_000151216 | cover-letter.pdf |
| 437 | Novo_GLP_MDL_OZM_NDA_003588478 | pbrer-y4-biannual-2-main-report.pdf |
| 438 | Novo_GLP_MDL_OZM_NDA_003579020 | m1-2-cover-letter.pdf |
| 439 | Novo_GLP_MDL_OZM_NDA_003582006 | pbrer-y4-biannaul-2-psur-line-lstng.pdf |
| 440 | Novo_GLP_MDL_RYB_NDA_000721645 | 536-psur-app-20221130.pdf |
| 441 | Novo_GLP_MDL_RYB_NDA_000722262 | 536-psur-mll-20221130.pdf |
| 442 | Novo_GLP_MDL_RYB_NDA_000719737 | m1-2-cover-letter.pdf |
| 443 | Novo_GLP_MDL_RYB_NDA_000719741 | 536-psur-20221130.pdf |
| 444 | Novo_GLP_MDL_001021781 | 30 Nov 2022-PSUR-Main Report-semaglutide.docx |

Expert Materials Considered List of Dr. David Ross, M.D.

| | A | B |
|---|---|---|
| 1 | **Bates** | **Title/Subject** |
| 445 | Novo_GLP_MDL_SAX_IND_000046355 | m1-13-3-summary-of-safety-information.pdf |
| 446 | Novo_GLP_MDL_VIC_IND_000098080 | m1-13-3-summary-of-safety-information.pdf |
| 447 | Novo_GLP_MDL_SAX_NDA_000656257 | pbrer-us-attachments.pdf |
| 448 | Novo_GLP_MDL_SAX_NDA_000655618 | pber-jan-2022-dec-2022.pdf |
| 449 | Novo_GLP_MDL_VIC_NDA_000968296 | pbrer-2022.pdf |
| 450 | LLY-GLPMDL-07982211 | cover.pdf |
| 451 | LLY-GLPMDL-07982212 | tirzepatide-pader-02-unblinded--14-nov-2022-to-13-feb-2023-.pdf |
| 452 | LLY-GLPMDL-07970494 | m1-13-15-development-safety-update-report-(dsur).pdf |
| 453 | LLY-GLPMDL-07982948 | cover.pdf |
| 454 | LLY-GLPMDL-07970871 | m1-13-15-development-safety-update-report-(dsur).pdf |
| 455 | LLY-GLPMDL-07982949 | psur-pbrer-02-reporting-period-14-nov-2022-to-13-may-2023.pdf |
| 456 | Novo_GLP_MDL_OZM_IND_000200109 | m1-13-15-dsur.pdf |
| 457 | Novo_GLP_MDL_WEG_NDA_000160988 | psur-line-listing-sema-main-compiled.pdf |
| 458 | Novo_GLP_MDL_WEG_NDA_000174441 | psur-reg-app-us-regional-us-device.pdf |
| 459 | Novo_GLP_MDL_WEG_NDA_000158697 | 31-may-2023-psur-reg-app-us-final-wegovy-2023.pdf |
| 460 | Novo_GLP_MDL_RYB_NDA_000728652 | psur-mll.pdf |
| 461 | Novo_GLP_MDL_WEG_NDA_000160971 | postmarketing-exp.pdf |
| 462 | Novo_GLP_MDL_WEG_NDA_000158694 | m1-2-cover-letter.pdf |
| 463 | Novo_GLP_MDL_OZM_NDA_000027928 | m1-2-cover-letter.pdf |
| 464 | Novo_GLP_MDL_OZM_NDA_000047479 | postmarketing-exp-published-report.pdf |
| 465 | Novo_GLP_MDL_OZM_NDA_000027932 | postmarketing-exp-appendix-6.pdf |
| 466 | Novo_GLP_MDL_RYB_NDA_000729817 | psur-pub-rpt.pdf |
| 467 | Novo_GLP_MDL_RYB_NDA_000728648 | m1-2-cover-letter.pdf |
| 468 | LLY-GLPMDL-07984828 | cover.pdf |
| 469 | LLY-GLPMDL-07984829 | tirzepatide-pader-03-unblinded-14-may-2023-to-13-aug-2023.pdf |
| 470 | LLY-GLPMDL-08229917 | psur-2023.pdf |
| 471 | LLY-GLPMDL-08229639 | development-safety-update-report.pdf |
| 472 | LLY-GLPMDL-08251125 | cover.pdf |
| 473 | LLY-GLPMDL-08251154 | psur-pbrer-03-reporting-period-14-may-2023-to-13-nov-2023.pdf |
| 474 | Novo_GLP_MDL_004689806 | 30 Nov 2023-PSUR-Main Report-Semaglutide.docx |
| 475 | Novo_GLP_MDL_001956737 | 30 Nov 2023-PSUR-Published-Semaglutide.pdf |
| 476 | Novo_GLP_MDL_004752460 | 30 Nov 2023-PSUR-Main Report-Semaglutide 1.docx |
| 477 | Novo_GLP_MDL_004661228 | 30 Nov 2023-PSUR-Main Report-Semaglutide 1.docx |
| 478 | Novo_GLP_MDL_SAX_IND_000046955 | m1-13-3-summary-of-safety-information.pdf |

Expert Materials Considered List of Dr. David Ross, M.D.

| | A | B |
|---|---|---|
| 1 | Bates | Title/Subject |
| 479 | LLY-GLPMDL-10998395 | Tirzepatide_Zepbound_LY3298176_PADER_01_cover to conclusion.docx |
| 480 | LLY-GLPMDL-10998380 | Tirzepatide_Mounjaro_LY3298176_PADER_04_cover_to_conclusion.docx |
| 481 | Novo_GLP_MDL_VIC_NDA_000972738 | psur-line-listing-main.pdf |
| 482 | Novo_GLP_MDL_VIC_NDA_000972739 | psur-published-lirag.pdf |
| 483 | LLY-GLPMDL-08246769 | cover.pdf |
| 484 | Novo_GLP_MDL_SAX_NDA_000659699 | postmarketing-exp-us-attachment.pdf |
| 485 | Novo_GLP_MDL_SAX_NDA_000658755 | postmarketing-exp-pbrer.pdf |
| 486 | LLY-GLPMDL-08246770 | tirzepatide-zepbound-pader-01-08-nov-2023-to-08-feb-2024.pdf |
| 487 | LLY-GLPMDL-08250181 | cover.pdf |
| 488 | LLY-GLPMDL-08250182 | pader-14-nov-2023-to-13-feb-2024.pdf |
| 489 | LLY-GLPMDL-09425068 | report-body.pdf |
| 490 | LLY-GLPMDL-09545498 | LY3298176-nda217806-seq0178-HensleyI-Cover.pdf |
| 491 | LLY-GLPMDL-10954992 | Tirzepatide_DSUR_09_Internal_Blinded_(14-May-2023_to_13-May-2024).pdf |
| 492 | Novo_GLP_MDL_004838373 | 31 May 2024-PSUR-Main Report-Semaglutide.docx |
| 493 | LLY-GLPMDL-08495969 | cover.pdf |
| 494 | LLY-GLPMDL-08480951 | cover.pdf |
| 495 | LLY-GLPMDL-08480952 | psur-pbrer-04.pdf |
| 496 | Novo_GLP_MDL_004647749 | 31 May 2024-PSUR-Published-Semaglutide (1).pdf |
| 497 | Novo_GLP_MDL_004432709 | 209637 Cover Letter - PBRER Reporting Period 01 JUN 2023- 31 MAY 2024 DRAFT CIVT.docx |
| 498 | Novo_GLP_MDL_RYB_IND_000452357 | m1-13-15-dsur-2023-2024.pdf |
| 499 | Novo_GLP_MDL_OZM_NDA_003618495 | m1-2-cover-letter.pdf |
| 500 | Novo_GLP_MDL_OZM_NDA_003619257 | pbrer-rep.pdf |
| 501 | Novo_GLP_MDL_RYB_NDA_000747456 | m1-2-cover-letter.pdf |
| 502 | Novo_GLP_MDL_RYB_NDA_000747462 | pbrer-report.pdf |
| 503 | Novo_GLP_MDL_WEG_NDA_000698771 | m1-2-cover-letter.pdf |
| 504 | Novo_GLP_MDL_WEG_NDA_000698777 | pbrer.pdf |
| 505 | LLY-GLPMDL-20788373 | Tirzepatide_LY3298176_PADER_05_cover to conclusion.pdf |
| 506 | LLY-GLPMDL-08478952 | cover.pdf |
| 507 | LLY-GLPMDL-08495925 | cover.pdf |
| 508 | LLY-GLPMDL-08478953 | pader-05-14-may-2024-to-13-aug-2024.pdf |
| 509 | LLY-GLPMDL-09048363 | periodic-safety-update-report-2024.pdf |
| 510 | LLY-GLPMDL-11616339 | Tirzepatide_PSUR-PBRER_05_Global_Blinded_(14-May-2024_to_13-Nov-2024).pdf |
| 511 | Novo_GLP_MDL_008971222 | 30 Nov 2024-PSUR-Main Report-Semaglutide.pdf |
| 512 | Novo_GLP_MDL_SAX_IND_000097517 | m1-13-3-summary-of-safety-information.pdf |

Expert Materials Considered List of Dr. David Ross, M.D.

| | A | B |
|---|---|---|
| 1 | Bates | Title/Subject |
| 513 | Novo_GLP_MDL_VIC_NDA_004005992 | pbrer.pdf |
| 514 | Novo_GLP_MDL_SAX_NDA_000779758 | postmarketing-exp.pdf |
| 515 | LLY-GLPMDL-20488971 | Tirzepatide_DSUR_10_Internal_Blinded_(14-May-2024_to_13-May-2025).pdf |
| 516 | LLY-GLPMDL-20253303 | Tirzepatide_PSUR-PBRER_06_Global_Blinded_(14-Nov-2024_to_13-May-2025).pdf |
| 517 | Novo_GLP_MDL_OZM_IND_000290551 | m1-13-15-dsur.pdf |
| 518 | Novo_GLP_MDL_OZM_NDA_005410796 | pbrer.pdf |
| 519 | Novo_GLP_MDL_WEG_NDA_001677811 | pbrer-year-4.pdf |
| 520 | Novo_GLP_MDL_001274466 | 340549.pdf |
| 521 | Novo_GLP_MDL_003369057 | 659635 INDFU5 15DayMedwatch.pdf |
| 522 | Novo_GLP_MDL_483_000017162 | 15th May 2024- IQVIA Master report_Salesforce Emails |
| 523 | Novo_GLP_MDL_483_000017164 | Novo Salesforce Master Report_15MAY2024.csv |
| 524 | Novo_GLP_MDL_OZM_IND_000138943 | safety-605497-fu5.pdf |
| 525 | Novo_GLP_MDL_WEG_IND_000130134 | 820629-fu3.pdf |
| 526 | LLY-GLPMDL-10036368 | FW: COMPETITOR INFO: Safety Signals for Victoza (liraglutide) and® Byetta/Bydureon (exenatide) |
| 527 | LLY-GLPMDL-10130818-10130887 | Prepare for Monday 9/9/2013 FDA Telcon on Submission orientation® meeting |
| 528 | LLY-GLPMDL-10669065-10669110 | slide for CF DMC/GBDN Results & Rewind Update |
| 529 | LLY-GLPMDL-10683857 | RE: dulaglutide CSS cholelithiasis summary |
| 530 | LLY-GLPMDL-10684478 | dulaglutide CSS cholelithiasis summary |
| 531 | LLY-GLPMDL-10685845 | RE: dulaglutide CSS cholelithiasis summary (plus appendicitis and® GI obstruction) |
| 532 | LLY-GLPMDL-10704745 | RE: dulaglutide CSS cholelithiasis summary |
| 533 | LLY-GLPMDL-10710119 | RE: Paul's comment incorporated in leo |
| 534 | LLY-GLPMDL-11217662 | background rate of cholelithiasis in a type 2 diabetic population |
| 535 | LLY-GLPMDL-13226161 | RE: Paul's comment incorporated in leo |
| 536 | LLY-GLPMDL-13612081 | RE: Kris- Please read- comment on clinical overview |
| 537 | LLY-GLPMDL-17477100 | Dulaglutide LSS data for DSMT |
| 538 | 2951423 | Pancreatitis event |
| 539 | Novo_GLP_MDL_008602962 | additional slides.ppt |
| 540 | Novo_GLP_MDL_008802681 | FW:  Pancreatitis summit Nov 11: General discussion |
| 541 | Novo_GLP_MDL_008884227 | Lira data ver 1.ppt |
| 542 | Novo_GLP_MDL_010455252 | Rehearsal for Mock AC Meeting Oct 29 |
| 543 | Novo_GLP_MDL_010528490 | RE: pancreatitis |
| 544 | N/A | Faillie JL, Yu OH, Yin H, Hillaire-Buys D, Barkun A, Azoulay L. Association of Bile Duct and Gallbladder Diseases With the Use of Incretin-Based Drugs in Patients With Type 2 Diabetes Mellitus. JAMA Intern Med. 2016 Oct 1;176(10):1474-1481. doi: 10.1001/jamainternmed.2016.1531. PMID: 27478902. |

Expert Materials Considered List of Dr. David Ross, M.D.

| | A | B |
|---|---|---|
| 1 | Bates | Title/Subject |
| 545 | N/A | SCALE Obesity and Prediabetes NN8022-1839 ClinicalTrials.gov number, NCT01272219. |
| 546 | N/A | Pi-Sunyer X, Astrup A, Fujioka K, Greenway F, Halpern A, Krempf M, Lau DC, le Roux CW, Violante Ortiz R, Jensen CB, Wilding JP; SCALE Obesity and Prediabetes NN8022-1839 Study Group. A Randomized, Controlled Trial of 3.0 mg of Liraglutide in Weight Management. N Engl J Med. 2015 Jul 2;373(1):11-22. doi: 10.1056/NEJMoa1411892. PMID: 26132939. |
| 547 | N/A | LEADER ClinicalTrials.gov number, NCT01179048 |
| 548 | N/A | Marso SP, Daniels GH, Brown-Frandsen K, Kristensen P, Mann JF, Nauck MA, Nissen SE, Pocock S, Poulter NR, Ravn LS, Steinberg WM, Stockner M, Zinman B, Bergenstal RM, Buse JB; LEADER Steering Committee; LEADER Trial Investigators. Liraglutide and Cardiovascular Outcomes in Type 2 Diabetes. N Engl J Med. 2016 Jul 28;375(4):311-22. doi: 10.1056/NEJMoa1603827. Epub 2016 Jun 13. PMID: 27295427; PMCID: PMC4985288. |
| 549 | N/A | Monami M, Nreu B, Scatena A, Cresci B, Andreozzi F, Sesti G, Mannucci E. Safety issues with glucagon-like peptide-1 receptor agonists (pancreatitis, pancreatic cancer and cholelithiasis): Data from randomized controlled trials. Diabetes Obes Metab. 2017 Sep;19(9):1233-1241. doi: 10.1111/dom.12926. Epub 2017 Jun 20. PMID: 28244632. |
| 550 | N/A | Nreu B, Dicembrini I, Tinti F, Mannucci E, Monami M. Cholelithiasis in patients treated with Glucagon-Like Peptide-1 Receptor: An updated meta-analysis of randomized controlled trials. Diabetes Res Clin Pract. 2020 Mar;161:108087. doi: 10.1016/j.diabres.2020.108087. Epub 2020 Feb 19. PMID: 32084455. |
| 551 | N/A | He L, Wang J, Ping F, Yang N, Huang J, Li Y, Xu L, Li W, Zhang H. Association of Glucagon-Like Peptide-1 Receptor Agonist Use With Risk of Gallbladder and Biliary Diseases: A Systematic Review and Meta-analysis of Randomized Clinical Trials. JAMA Intern Med. 2022 May 1;182(5):513-519. doi: 10.1001/jamainternmed.2022.0338. PMID: 35344001; PMCID: PMC8961394. |
| 552 | LLY-GLPMDL-00946706 | FDAAA Section 915 New Molecular Entity (NME) Postmarket Safety Summary Analysis |
| 553 | Novo_GLP_MDL_004636775 | Pharmacovigilance Review Acute Cholecystitis |
| 554 | N/A | Guidance for Industry and Review Staff Labeling for Human Prescription Drug and Biological Products -- Determining Established Pharmacologic Class for Use in the Highlights of Prescribing Information Good Review Practice |
| 555 | Novo_GLP_MDL_002159093 | Safety Labeling Change Notification |
| 556 | LLY-GLPMDL_10360076 | 2.5_Clinical_Overview.pdf |
| 557 | LLY-GLPMDL-00398130 | regulatory-response--label-med-guide-.pdf |
| 558 | Novo_GLP_MDL_000131449 | 2015-09-23 - Novo_GLP_MDL_000131449 - protocol |
| 559 | Novo_GLP_MDL_000315822 | 2017-09-06 - Novo_GLP_MDL_000315822 - study report |
| 560 | Novo_GLP_MDL_016818242 | 2016-10-04 - Novo_GLP_MDL_016818242 - NDA |
| 561 | #4.1 | Emerg Disc Hrg Sept 9 2024.pdf |

Expert Materials Considered List of Dr. David Ross, M.D.

| | A | B |
|---|---|---|
| 1 | Bates | Title/Subject |
| 562 | #167.1 | Saxenda CLINICAL PHARMACOLOGY AND BIOPHARMECEUTICS REVIEW(S).pdf |
| 563 | #196.1 | Victoza FDA Approval Cross Discipline Team Leader Review.pdf |
| 564 | LLY-GLPMDL-00509798 | regev-a-2019-01.pdf |
| 565 | LLY-GLPMDL-00509851 | senior-j-2014-01.pdf |
| 566 | LLY-GLPMDL-11040652 | albi fda retinopathy DR pg 227 125431Orig1s000MedR.pdf |
| 567 | LLY-GLPMDL-11099636 | 206321Orig1s000ClinPharmR.pdf |
| 568 | LLY-GLPMDL-11555620 | TZP folder for Jennie.zip |
| 569 | LLY-GLPMDL-12058620 | IDRAC_380937_14-May-2024_New Drug Application (NDA) 217785_ REZDIFFRA (resmetirom) Tablet - Approval (2).pdf |
| 570 | LLY-GLPMDL-12620642 | FDA notification - NISS intestinal obstruction_mail.pdf |
| 571 | LLY-GLPMDL-15498139 | CIOMS_DILI_Web_16Jun2020.pdf |
| 572 | LLY-GLPMDL-17409481 | FDA BD lira 3.0 mg.pdf |
| 573 | LLY-GLPMDL-19689541 | SGLT2-inhibitors & Cancer |
| 574 | LLY-GLPMDL-19702814 | RE: IND 143191 tirzepatide (LY3298176) for NASH (Clinical Information  request due by Friday, September 13, 2019 at 5PM(EST)) |
| 575 | Novo_GLP_MDL_000041087 | rev_FDA Briefing Document_NDA 206321_Redacted.pdf |
| 576 | Novo_GLP_MDL_000162117 | RE: Neuropsychiatric safety abstract |
| 577 | Novo_GLP_MDL_000163275 | Final FDA Briefing Book_C49E3485-BD9D-4D38-AA65-C70711E1EEE12015-05-19T04-24-20.pdf |
| 578 | Novo_GLP_MDL_003878348 | Close Concerns Obesity Watch - February 25 2011.pdf |
| 579 | Novo_GLP_MDL_004636670 | 23002845_enc1_sdm.pdf |
| 580 | Novo_GLP_MDL_004636775 | 24003050_enc_400.pdf |
| 581 | Novo_GLP_MDL_004700824 | 24008023_enc_400.pdf |
| 582 | Novo_GLP_MDL_009586062 | Dapagliflozin 2011 - FDA BB_5F346225-E5BC-4741-A21A-43593C82D1AE2014-01-20T12-50-02.pdf |
| 583 | Novo_GLP_MDL_012523588 | VV-REG-563534_v1.0.pdf |
| 584 | Novo_GLP_MDL_016929524 | GLIA Updates: Science Update GLP-1 and glucagon\|BCEM |
| 585 | Novo_GLP_MDL_OZM_NDA_000087433 | greaves-343-2012.pdf |
| 586 | Novo_GLP_MDL_OZM_NDA_003268225 | merz-2014.pdf |
| 587 | Novo_GLP_MDL_OZM_NDA_003767595 | greaves-343-2012.pdf |
| 588 | N/A | 1995 FDA Guideline for Industry Clinical Safety Data Management- Definitions and Standards for Expedited Reporting.pdf |
| 589 | N/A | 2004 FDA Guidance for Industry - Changes to an Approved NDA or ANDA.pdf |
| 590 | N/A | 2005 FDA Guidance Good-Pharmacovigilance-Practices-and-Pharmacoepidemiologic-Assessment-March-2005 (1) (4).pdf |
| 591 | N/A | 2006 FDA Guidance for Industry Adverse Rxns Section of Labeling - Rx-Drugs.pdf |

Expert Materials Considered List of Dr. David Ross, M.D.

| | A | B |
|---|---|---|
| 1 | Bates | Title/Subject |
| 592 | N/A | 201.57 Specific requirements on content and format of labeling for human prescription drug and biol (1).pdf |
| 593 | N/A | 2010 - Practical Aspects of Signal Detection in PV - CIOMS VIII.pdf |
| 594 | N/A | 2011 FDA Guidance Warnings and Precautions Content and Format .pdf |
| 595 | N/A | 2012 FDA Guidance for industry and investigators Safety reporting reqs for INDs and BA-BE Studies.pdf |
| 596 | N/A | 2013 FDA Guidance Safety-Labeling-Changes----Implementation-of-Section-505(o)(4)-of-the-Federal-Food--Drug--and-Cosmetic-Act (1).pdf |
| 597 | N/A | 2016 FDA Guidance Providing-Postmarketing-Periodic-Safety-Reports-in-the-ICH-E2CR2-Format.pdf |
| 598 | N/A | Jan 2025 Update -FDA Guidance Good Pharmacovigilance practices and pharmacoepidemiologic assessment.pdf |
| 599 | N/A | New Drug App-Mounjaro |
| 600 | N/A | New Drug App-Ozempic |
| 601 | N/A | New Drug App-Rybelsus |
| 602 | N/A | New Drug App-Saxenda |
| 603 | N/A | New Drug App-Trulicity |
| 604 | N/A | New Drug App-Victoza |
| 605 | N/A | New Drug App-Wegovy |
| 606 | N/A | New Drug App-Zepbound |
| 607 | N/A | Clinical trial data—SUSTAIN (semaglutide) |
| 608 | N/A | Clinical trial data—PIONEER (semaglutide) |
| 609 | N/A | Clinical trial data—STEP (semaglutide) |
| 610 | N/A | Clinical trial data—OASIS (semaglutide) |
| 611 | N/A | Clinical trial data—SCALE (liraglutide) |
| 612 | N/A | Clinical trial data—LEADER (liraglutide) |
| 613 | N/A | Clinical trial data—SOUL (semaglutide) |
| 614 | N/A | Clinical trial data—AWARD (dulaglutide) |
| 615 | N/A | Clinical trial data—REWIND (dulaglutide) |
| 616 | NA | CDER MAPP 6025.1: Good Review Practices. Issued February 27, 2017. |
| 617 | N/A | CDER MaPP 6010.3, Good Review Practice: Clinical Review Template at B-1. Issued December 10, 2010. |
| 618 | Publicly Available | https://www.fda.gov/about-fda/changes-science-law-and-regulatory-authorities/regulatory-science. |
| 619 | Publicly Available | U.S. Congressional Research Service Report R43609, Enforcement of the Food, Drug, and Cosmetic Act: Select Legal Issues, by Kathryn B. Armstrong and Jennifer A. Staman |

Expert Materials Considered List of Dr. David Ross, M.D.

|  | A | B |
|---|---|---|
| 1 | Bates | Title/Subject |
| 620 | Publicly Available | FDA Guidance for Industry on Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment (2005) |
| 621 | N/A | Alatawi YM, Hansen RA. Empirical Estimation of Under-Reporting in the U.S. Food and Drug Administration Adverse Event Reporting System (FAERS). Exp Opinion Drug Saf 2017; 16:761-7 |
| 622 | N/A | Fina PM, Cunningham FE, Zhao X, Glassman PA, Moore VR, Au A, Aspinall SL. Reporting of adverse drug events in the Veterans Health Administration for patients whose treatment with empagliflozin or apixaban was discontinued. Am J Health Syst Pharm. 2020 Jan 1;77(1):22-32. doi: 10.1093/ajhp/zxz261 |
| 623 | Publicly Available | FDA Compliance Program Guide 7353.001, Post-marketing Surveillance and Epidemiology: Human Drug and Therapeutic Biological Products |
| 624 | Publicly Available | FDA Final Guidance for Industry on the Warnings and Precautions, Contraindications, and Boxed Warning Sections of Labeling for Human Prescription Drug and Biological Products—Content and Format (hereinafter FDA Warnings Guidance). Issued October 2011 |
| 625 | Publicly Available | FDA Final Guidance to Industry: Safety Labeling Changes — Implementation of Section 505(o)(4) of the FD&C Act (hereinafter, 2013 FDA Guidance to Industry on Safety Label Changes). Issued July 30, 2013. |
| 626 | Publicly Available | Draft Guidance for Industry – Public Availability of Labeling Changes in "Changes Being Effected" Supplements (September 2006). |
| 627 | Publicly Available | FDA Final Guidance to Industry: Safety Labeling Changes — Implementation of Section 505(o)(4) of the FD&C Act. |
| 628 | Publicly Available | 2013 FDA Guidance to Industry on Safety Labeling Changes |
| 629 | Publicly Available | https://www.fda.gov/media/71836/download |
| 630 | Publicly Available | Guidance for Industry on Labeling for Human Prescription Drug and Biological Products - Implementing the PLR Content and Format Requirements |
| 631 | Publicly Available | Guidance to Industry – Labeling for Human Prescription Drug and Biological Products — Determining Established Pharmacologic Class for Use in the Highlights of Prescribing Information (October 2009) |
| 632 | Publicly Available | FDA Guidance on EPCs in Highlights of Prescribing Information |
| 633 | Publicly Available | FDA Draft Guidance for Industry – Demonstrating Substantial Evidence of Effectiveness for Human Drug and Biological Products at 12-13. (December 2019). |
| 634 | Publicly Available | FDA's Guidance for Industry – Warnings and Precautions, Contraindications, and Boxed Warning Sections of Labeling for Human Prescription Drug and Biological Products. |
| 635 | Publicly Available | FDA Clinical Safety Review, NDA 022341 https://www.accessdata.fda.gov/drugsatfda_docs/nda/2010/022341s000medr_P2.pdf |
| 636 | Publicly Available | NDA Approval Letter for NDA 022341. |
| 637 | N/A | FDA Medical Review of BLA 125469 |
| 638 | LLY-GLPMDL-10683858 | LLY-GLPMDL-10683858 |

Expert Materials Considered List of Dr. David Ross, M.D.

| | A | B |
|---|---|---|
| 1 | Bates | Title/Subject |
| 639 | N/A | Liu CM, Hsu CT, Li CY, Chen CC, Liu ML, Liu JH. A population-based cohort study of symptomatic gallstone disease in diabetic patients. World J Gastroenterol. 2012 Apr 14;18(14):1652-9. doi: 10.3748/wjg.v18.i14.1652. PMID: 22529695; PMCID: PMC3325532. |
| 640 | LLY-GLPMDL-10683859 | RE: dulaglutide CSS cholelithiasis summary |
| 641 | Publicly Available | FDA Statistical Review of BLA 125469 |
| 642 | Publicly Available | FDA Medical Review of BLA 125469 |
| 643 | Publicly Available | FDA Guidance for Industry Integrated Summaries of Effectiveness and Safety: Location Within the Common Technical Document (April 2009) |
| 644 | LLY-GLPMDL-00410166 – 00410381 | Lilly briefing package (pre-BLA meeting with FDA) |
| 645 | N/A | FDA Medical Review of BLA 125469 |
| 646 | N/A | FDA_RP_SA_000569 |
| 647 | N/A | FDA_RP_SA_000723 |
| 648 | Novo_GLP_MDL_016818247 | Novo_GLP_MDL_016818247 |
| 649 | Publicly Available | FDA Guidance for Industry - E2C(R2) Periodic Benefit-Risk Evaluation Report (PBRER) (July 2016) |
| 650 | Novo_GLP_MDL_VIC_NDA_0004339: | Novo_GLP_MDL_VIC_NDA_00043398 |
| 651 | Novo_GLP_MDL_VIC_NDA_000438038 | Novo_GLP_MDL_VIC_NDA_000438038 |
| 652 | Novo_GLP_MDL_VIC_NDA_000438079 | Novo_GLP_MDL_VIC_NDA_000438079 |
| 653 | Novo_GLP_MDL_VIC_NDA_0004385: | Novo_GLP_MDL_VIC_NDA_000438593 |
| 654 | Novo_GLP_MDL_004636775 - Novo_GLP_MDL_004636823 | DDLO/DPV1 requested review |
| 655 | N/A | Butler J, Bjurstrom M, Marceau A. Possible dulaglutide-associated cholecystitis with safe continuation post cholecystectomy. Am J Health Syst Pharm. 2021 Mar 31;78(8):684-688. doi: 10.1093/ajhp/zxab045. |
| 656 | N/A | Korkmaz H, Araz M, Alkan S, Akarsu E. Liraglutide-related cholelithiasis. Aging Clin Exp Res. 2015 Oct; 27(5):751-3. doi: 10.1007/s40520-015-0335-2. |
| 657 | LLY-GLPMDL-17085153 | FDA 2022 correspondence |
| 658 | Novo_GLP_MDL_002159093 | FDA 2022 correspondence |
| 659 | N/A | Erlinger S. Gallstones in obesity and weight loss. Eur J Gastroenterol Hepatol. 2000 Dec;12(12):1347-52. doi: 10.1097/00042737-200012120-00015. PMID: 11192327. |
| 660 | N/A | Banu AB, Alias Balamurugan SA, Thirumalaikolundusubramanian P. Detection of dechallenge in spontaneous reporting systems: a comparison of Bayes methods. Indian J Pharmacol. 2014 May-Jun;46(3):277-80. doi: 10.4103/0253-7613.132157. PMID: 24987173; PMCID: PMC4071703. |
| 661 | Publicly Available | https://www.fda.gov/drugs/guidance-compliance-regulatory-information/good-review-practices-grps |
| 662 | Novo_GLP_MDL_004636832 | DPV-I review |

Expert Materials Considered List of Dr. David Ross, M.D.

| | A | B |
|---|---|---|
| 1 | **Bates** | **Title/Subject** |
| 663 | Novo_GLP_MDL_010455252 | Octoer 2008 NN document |
| 664 | Novo_GLP_MDL_008802682 | "label statement that Patients who loose [sic] weight rapidly are at a high risk of developing gallstones." |
| 665 | Novo_GLP_MDL_008602972 | 04/10 slides liraglutide and SAE |
| 666 | Publicly Available | PSUR-PBRER-DSUR-PADER (Victoza/Saxenda 2012-  ) |
| 667 | Publicly Available | PSUR-PBRER-DSUR-PADER (Ozempic/Rybelsus/Semaglutide 2012- ) |
| 668 | Publicly Available | PSUR-PBRER-DSUR-PADER (Trulicity/Dulaglutide 2011 - ) |

# APPENDIX B

# Curriculum Vitae of David B. Ross, M.D., Ph.D., M.B.I.

## Personal data

████████████████████

██████    ████████████████████████

██████████████████

██████    ████████████████████

## Education

**1980**     B.S. *cum laude* (Molecular Biophysics and Biochemistry), Yale University

**1985**     M.S. (Biochemistry), New York University

**1988**     Ph.D. (Biochemistry), New York University. Thesis advisor: Edward Ziff, Ph.D. Thesis title: "Defective processing of human adenovirus 2 messenger RNAs during abortive infections in monkey cells."

**1988**     M.D., New York University School of Medicine

**2008**     Graduate Certificate in Biomedical Informatics, Oregon Health and Sciences University

**2012**     Master of Biomedical Informatics Oregon Health and Sciences University. Advisor: Judy Logan, M.D. Capstone title: "An antibiogram data model and implementation schema."

## Post-doctoral training

**1988-1991**   Resident, Internal Medicine, NYU Medical Center/Manhattan VAMC

**1991-1994**   Fellow, Infectious Disease Section, Department of Internal Medicine, Yale University School of Medicine

**1992-1994**   Research Fellow, Division of Infectious Diseases, Department of Pediatrics, Yale University School of Medicine

## FDA Training

**1996**     CDER Regulatory Science Course

**1996**     CDER New Reviewer's Workshop

**1997**     CBER Clinical Trials Course

Curriculum vitae – David B. Ross, M.D., Ph.D., M.B.I.                December 2025

## FDA Training (cont.)

| | |
|---|---|
| **1998** | CDER Basic Statistical Methods Course; JMP Training |
| **2003** | FDA Pharmacogenomics in Drug Development Workshop |
| **2005** | FDA Transcriptional Microarrays Course |

## Expert Witness Training

| | |
|---|---|
| **2014** | How to be an Effective Expert Witness. SEAK, Inc., Feb 8-9, Clearwater, FL |
| **2015** | National Expert Witness Conference. SEAK, Inc., Apr 23-26, Washington, DC |
| **2016** | Advanced Trial Skills for Expert Witnesses. SEAK, Inc., May 12-13, Chicago, IL |
| **2016** | National Expert Witness Conference. SEAK, Inc., May 14-15, Chicago, IL |
| **2018** | How to Excel at Your Expert Witness Deposition. SEAK, Inc., Dec 1-2, Naples, FL |

## Professional Experience

| | |
|---|---|
| **2006 –** | National Program Executive Director, HIV, Hepatitis, and Related Conditions Programs, Office of Specialty Care Services, Veterans Health Administration, US Department of Veterans Affairs (VA) |
| **2005-2006** | Associate Director for Regulatory Science, Office of Oncology Drug Products, Center for Drug Evaluation and Research (CDER), U.S. Food and Drug Administration (FDA) |
| **2004-2005** | Deputy Director, Office of Drug Evaluation VI, CDER, FDA |
| **2000-2004** | Medical Team Leader, Division of Anti-Infective Drug Products (DAIDP), CDER, FDA |
| **2000-2004** | Senior Medical Reviewer, DAIDP, CDER, FDA |
| **1999** | Acting Medical Team Leader, DAIDP, CDER, FDA |
| **1998 –** | Staff Physician, Infectious Disease Section, Washington, DC VAMC |
| **1996-2004** | Medical Officer, DAIDP, CDER, FDA |
| **1995-1996** | Associate Physician, Department of Pediatrics, Yale-New Haven Hospital; Attending Physician, Pediatric AIDS Clinic, Yale-New Haven Hospital |

## Professional Experience (cont.)

**1994-1996**  Staff Physician, Infectious Disease Section, West Haven, Connecticut VAMC

**1993-1997**  Infectious Disease Consultant, HIV-in-Prisons Program, Yale University School of Medicine

**1991-1993**  Emergency Room Attending (Medical Officer of the Day), Manhattan VAMC

## Academic Positions

**2008 –**  Associate Clinical Professor of Medicine, George Washington University School of Medicine and Health Sciences

**2000-2008**  Assistant Clinical Professor of Medicine, George Washington University School of Medicine and Health Sciences

**1995-1996**  Instructor, Department of Pediatrics (Infectious Diseases), Yale University School of Medicine

**1992-1995**  Lecturer, Department of Molecular Biophysics and Biochemistry, Yale University

**1989-1991**  Teaching Assistant, Department of Medicine, NYU School of Medicine

## Honors and Awards

**2025**  Infectious Disease Society of America – D.A. Henderson Award for Outstanding Contributions to Public Health

**2025**  American Association for the Study of Liver Disease - Distinguished Advocacy Award

**2006**  CDER Excellence in Communication Award (OODP)

**2005**  CDER Excellence in Leadership Award (ODE VI)

**2004**  CDER Team Excellence Award (Ketek Review Team)

**2003**  CDER Team Excellence Award (CDER TOPOFF 2 Exercise Team)

**2002**  FDA Award of Merit (CDER Counter-Terrorism Response Team)

**2000**  FDA Commendable Service Award (Linezolid Review Team)

3

## Honors and Awards (cont.)

| | |
|---|---|
| **1999** | CDER Group Recognition Award (Inter-Divisional Working Group on Antibiotic Resistance) |
| **1997** | CDER Team Excellence Award (Maxipime® Review Team) |
| **1997** | CDER Excellence in Communication Award (ODE IV/PhRMA Working Group) |
| **1994-1996** | Pediatric AIDS Foundation Scholar |
| **1992-1994** | Patrick and Catherine Weldon Donaghue Medical Research Foundation Fellow |
| **1980-1987** | National Institutes of Health Medical Scientist Training Fellow |
| **1976** | U.S. Presidential Scholar |

## Licenses and Certification

| | |
|---|---|
| **1989** | Diplomate, National Board of Medical Examiners |
| **1989** | Licensed, New York State Board for Medicine (inactive) |
| **1992** | Diplomate in Internal Medicine, American Board of Internal Medicine (ABIM) |
| **1993** | Licensed, Connecticut Department of Health Services (inactive) |
| **1994** | Diplomate in Infectious Diseases, ABIM |
| **1998** | Licensed, State of Maryland Board of Physician Quality Assurance (current through 9/30/2027) |
| **2002** | Recertification in Internal Medicine, ABIM |
| **2004** | Recertification in Infectious Diseases, ABIM |
| **2015** | Recertification in Infectious Diseases, ABIM |
| **2025** | Recertification in Infectious Diseases, ABIM |

## Membership in Professional Societies

American Association for the Study of Liver Disease

American College of Physicians

Infectious Diseases Society of America

- Antimicrobial Use and Clinical Trials Committee (2001 – 2003)
- Antimicrobial Availability Task Force (2003 – 2005)

4

## FDA Advisory Committee and Workshop Presentations

**Mar 2006**   Oncology Drugs Advisory Committee (ODAC): Non-clinical Studies for Initiating Phase 1 Studies in Oncology: Small Molecules vs. Biologics

**Jun 2004**   Public Workshop on Strategies for Developing Therapeutics that Directly Target Anthrax and its Toxins: Clinical Safety Testing in Healthy Volunteers

**Apr 2004**   Public Workshop on Antimicrobial Drug Development: Bacteremia as an Indication

**Oct 2003**   Anti-Infective Drugs Advisory Committee (AIDAC): Diabetic Foot Infections

**Feb 2002**   AIDAC: Developing Drugs for Resistant Pathogens

**Apr 2001**   AIDAC: New Drug Application 021144 – Ketek (telithromycin)

**Mar 2000**   AIDAC: New Drug Application 021130 – Zyvox (linezolid)

**Oct 1999**   AIDAC: Guidance for Industry: Catheter-related bloodstream infections: Developing antimicrobials for treatment

**Jul 1999**   Federal interagency meeting – Development of a Public Health Action Plan to Combat Antimicrobial Resistance

**Oct 1998**   AIDAC: Bacteremia as an Indication

**Jul 1998**   FDA-Industry Workshop on Anti-Infectives for Resistant Bacteria

**Feb 1998**   AIDAC: Guidance for Industry. Empiric therapy of febrile neutropenia: Developing antimicrobials for treatment

**Mar 1997**   AIDAC:  New Drug Application 050679, Supplement 002 – Maxipime (cefepime) for empiric therapy of febrile neutropenia

**Nov 1996**   AIDAC (Closed meeting)

## FDA Special Assignments

**2004 – 2005**   Anthrax Toxin Therapeutics Guidance Working Group (chair)

**2004 – 2006**   Subpart D Working Group

**2004 – 2006**   Lead in Drug Products Working Group

**1999 – 2002**   Committee for the Advancement of FDA Science

**1999**   Catheter-related Bloodstream Infections Guidance Working Group (chair)

Curriculum vitae – David B. Ross, M.D., Ph.D., M.B.I.                           December 2025

## FDA Special Assignments (cont.)

**1997 – 1999**   CDER ODE IV Evaluability Criteria Working Group

**1997**   CDER ODE IV Working Group on Drugs of Last Resort (chair)

**1997**   CDER ODE IV Task Force on Human Antibiotic Use in Animals

**1997**   CDER ORM Information Technology Working Group

**1997**   CDER ODE IV/PhRMA Working Group on Targeted Package Inserts

**1997**   CDER Office of Information Technology Coordinating Committee

## Presentations

**Hepatitis C in the Department of Veterans Affairs.** American Correctional Association All-Health Authority Training Symposium, November 15, 2018.

**Ending the Epidemic: Veterans Administration Strategy for Hepatitis Care.** Kentucky 4th Annual Viral Hepatitis Conference, July 27, 2017.

**HIV in VA – Where are we?** Albany Medical College, World AIDS Day Conference, December 4, 2015.

**Hepatitis C in VA.** U.S. Department of Health and Human Services. World Hepatitis Day Conference. July 28, 2015.

**Hepatitis C Drug Costs.** Testimony at Hearing before Senate Veteran Affairs Committee. 113th Congress, Second Session. December 3, 2014.

**Hepatitis C in VA.** National Association of State Medicaid Directors. November 6, 2014.

**HIV Testing in the U.S. Department of Veterans Affairs.** Pennsylvania Department of Public Health Conference on HIV surveillance. October 30, 2014.

**Hepatitis C and Cirrhosis.** VHA National Transplant Conference. April 23, 2014.

**Viral Structure, Genetics, and Pathogenesis.** George Washington University School of Medicine and Health Sciences, Medical Microbiology course. November 6, 2013.

**VHA's National Hepatitis C Program.** Briefing for House and Senate Veterans Affairs Committee staff. October 11, 2013.

**Hepatitis C in the Department of Veterans Affairs.** Hospital of the University of Pennsylvania Grand Rounds. September 18, 2013.

Curriculum vitae – David B. Ross, M.D., Ph.D., M.B.I.                              December 2025

## Presentations (cont.)

**Restructuring the VHA's Field-Based HCV Program.** Presentation to the VHA National Leadership Council. August 20, 2013

**Viral Structure and Replication.** George Washington University School of Medicine and Health Sciences, Infection and Immunity course, March 20, 2013.

**Viral Structure, Genetics, and Pathogenesis.** George Washington University School of Medicine and Health Sciences, Medical Microbiology course. October 31, 2012.

**VHA's National HIV Program.** Briefing for staff in office of Representative Barbara Lee (9th Congressional District, California). March 15, 2012

**Viral Structure, Genetics, and Pathogenesis.** George Washington University School of Medicine and Health Sciences, Medical Microbiology course. October 26, 2011.

**HIV Testing in VA.** Indian Health Service HIV/STD Workshop, Scottsdale, AZ, June 2, 2011.

**HCV in the VA in 2011: Where are we?** VISN 16 Pharmacy Benefits Management Strategic Planning Meeting, Ridgeland, MS, March 9, 2011.

**Viral Structure and Replication.** George Washington University School of Medicine and Health Sciences, Infection and Immunity course, February 8, 2011.

**HIV and HCV: Rating Disabilities in Veterans with Service-Connected HIV or HCV.** Veterans Benefit Administration Service-Connected Rating Disability Forum, Scottsdale, AZ, January 31, 2011.

**HCV in the VA in 2010: Where are we?** Infectious Disease Grand Rounds, Durham Veterans Affairs Medical Center, December 13, 2010.

**Viral Structure, Genetics, and Pathogenesis.** George Washington University School of Medicine and Health Sciences, Medical Microbiology course. October 28, 2010.

**HCV in the U.S. Department of Veterans Affairs.** Professor *pro tem* Lecture, University of Mississippi Medical Center, September 22, 2010.

**Hepatitis C Overview.** Liver Disease for VA Primary Care Providers meeting, New Orleans, June 16, 2010.

**HIV in the VA in 2010: Where are we?** Grand Rounds, Temple (TX) Veterans Affairs Medical Center, June 10, 2010.

## Presentations (cont.)

**HCV in the VA in 2010: Where are we?** Grand Rounds, Dallas Veterans Affairs Medical Center, January 27, 2010.

**HCV in the VA in 2009: Where are we?** Grand Rounds, Orlando Veterans Affairs Medical Center, December 2, 2009.

**Viral Structure, Genetics, and Pathogenesis.** George Washington University School of Medicine and Health Sciences, Medical Microbiology course. October 29, 2009.

**Impact of Comorbidities on the Management and Prognosis of Chronic Liver Disease.** Presented at **The Dawn of a New Era: Transforming our Domestic Response to Hepatitis B & C,** September 14, 2009.

**HCV in the VA in 2009: Where are we?** Grand Rounds, Bay Pines Veterans Affairs Medical Center, September 2, 2009.

**HIV Care in the Department of Veterans Affairs.** Grand Rounds, University of Mississippi Medical Center, July 21, 2009.

**HCV in the VA in 2009: Where are we?** Grand Rounds, Pensacola, Florida Joint Ambulatory Care Center, June 25, 2009.

**HIV in the VA in 2009: Where are we?** Grand Rounds, Salem, Virginia Veterans Affairs Medical Center, March 13, 2009.

**HIV in the VA in 2009: Where are we?** Grand Rounds, Gulf Coast Veterans Healthcare System. March 12, 2009.

**Viral Structure, Genetics, and Pathogenesis.** George Washington University School of Medicine and Health Sciences, Medical Microbiology course. November 7, 2008.

**Ketek: Lessons Learned.** Clinical Operations Retreat, May 8, 2008.

**Pharmacogenomics: A Guide for the Perplexed.** Grand Rounds, Sinai Hospital (Baltimore, MD). March 27, 2008.

**Ketek Clinical Study Fraud: What did Aventis Know**? Testimony at Hearing Before the Subcommittee on Oversight and Investigations of the Committee on Energy and Commerce. 110th Congress, Second Session. February 13, 2008.

**Viral Structure, Genetics, and Pathogenesis.** George Washington University School of Medicine and Health Sciences, Medical Microbiology course. November 2, 2007.

## Presentations (cont.)

**FDA: Inside the Black Box.** George Washington University School of Public Health and Health Services. October 29, 2007.

**Viral Structure, Genetics, and Pathogenesis.** George Washington University School of Medicine and Health Sciences, Medical Microbiology course. November 3, 2006.

**The Good, the Bad, and the Unbelievable: Interpreting Clinical Trials.** Grand Rounds, Washington, D.C. VA Medical Center. October 25, 2006.

**Oncology Biomarkers for Safety and Efficacy.**    2006 International Conference on Drug Development. February 15, 2006

**Pharmacogenomics: A Guide for the Perplexed.** Grand Rounds, Washington, D.C. VA Medical Center. January 18, 2006.

**Issues in accelerated approval.** 12th Biomedical Applied Statistics Symposium. November 9, 2005.

**FDA's Critical Path Initiative.** 2005 Annual Meeting of the Association of Clinical Research Professionals. November 4, 2005

**Natalizumab: A case study in classic risk-benefit analysis.** Biotechnology Industry Organization annual meeting. June 21, 2005.

**Therapeutic Biologics.** Pharmaceutical Education and Research Institute course on "Biologics Drug Development." April 11, 2005

**Therapeutic Biologics.** University of Maryland, Baltimore course on "Drug Development Processes and Regulatory Approaches." March 23, 2005.

**FDA's Critical Path Initiative.** Association of Clinical Research Professionals (Connecticut chapter). March 9, 2005.

**Bone and Joint Infections.** GWUMC/Washington DC VAMC Fellows Lecture program. December 23, 2004.

**Viral Structure, Genetics, and Pathogenesis.** George Washington University School of Medicine and Health Sciences, Medical Microbiology course. November 5, 2004.

**Viral Structure, Genetics, and Pathogenesis.** George Washington University School of Medicine and Health Sciences, Medical Microbiology course. November 3, 2003.

**Bone and Joint Infections.** GWUMC/Washington DC VAMC Fellows Lecture program. June 26, 2003.

## Presentations (cont.)

**Viral Structure, Genetics, and Pathogenesis.** George Washington University School of Medicine and Health Sciences, Medical Microbiology course. November 4, 2002.

**Bone and Joint Infections.** GWUMC/Washington DC VAMC Fellows Lecture program. May 23, 2002.

**The Role of Antibiotics in Upper Respiratory Tract Infections.** Grand Rounds, Washington, D.C. VA Medical Center. February 6, 2002.

**Clinical Trials – the FDA perspective.** 41st Interscience Conference on Antimicrobial Agents and Chemotherapy. December 18, 2001.

*Catheter-related Bloodstream Infections: Developing Antimicrobial Drugs for Treatment*. 41st Interscience Conference on Antimicrobial Agents and Chemotherapy. December 16, 2001.

**Geriatric Drug Development.** American College of Toxicology, 22nd Annual Meeting. November 6, 2001.

**Viral Structure, Genetics, and Pathogenesis.** George Washington University School of Medicine and Health Sciences, Medical Microbiology course. November 2, 2001.

**Don't Let Your Patients Push You to Prescribe: Managing the Use of Antibiotics.** Maryland State Medical Association 2001 Convention. September 8, 2001.

**Cotrimoxazole and Lactation.** CDER Scientific Rounds. April 19, 2001

**Treatment of Gram-positive Infections in the New Millennium.** Washington, D.C. VA Medical Center. February 8, 2001.

**Viral Structure, Genetics, and Pathogenesis.** George Washington University School of Medicine and Health Sciences, Medical Microbiology course. November 1, 2000.

**Comparators in Clinical Trials.** 38th Infectious Diseases Society of America Annual Meeting. September 7, 2000.

**New Antimicrobials for Drug-Resistant Gram-Positive Organisms.** Washington, D.C. VA Medical Center. May 26, 2000.

**Bone and Joint Infections.** GWUMC/DC VAMC Fellows Lecture program. May 18, 2000.

Curriculum vitae – David B. Ross, M.D., Ph.D., M.B.I.                                    December 2025

## Presentations (cont.)

**Viral Structure and Genetics.** George Washington University School of Medicine and Health Sciences, Medical Microbiology course. November 16, 1999.

**Clinical Trials: The FDA Perspective.** George Washington University Medical Center, Clinical Trials course. October 1, 1999.

**Use of alternative definitions of clinical response in trials of empiric anti-bacterial therapy of febrile episodes in neutropenic patients.** 39th Interscience Conference on Antimicrobial Agents and Chemotherapy. September 27, 1999.

**Skin and Soft Tissue Infections.** Washington Hospital Center/Washington VAMC Fellows Lecture program. December 17, 1998.

**Computer-Assisted New Drug Applications.** FDA Office of the Commissioner's Administrative Conference. December 6, 1996.

**FDA: Inside the Black Box.** Yale University, Department of Molecular Biophysics and Biochemistry, November 12, 1996.

## Publications

## Books and Book Chapters

1. **Ross D, ed.** Primary Care of Veterans with HIV, revised edition. (Washington, DC: US Department of Veterans Affairs), 2019.

2. **Ross D, ed.** Primary Care of Veterans with HIV edition. (Washington, DC: US Department of Veterans Affairs), 2009.

3. **Ross D** and Trevino S. Bacteremia and sepsis. *In* Textbook of Diagnostic Microbiology, 3rd edition (New York: W.B. Saunders), 2007. Eds. C. Mahon and G. Manuselis.

## Published Articles

1. Matelski A, Gregoire B, Beste LA, Varley CD, Lowy E, Cartwright EJ, Morgan TR, **Ross DB**, Rozenberg-Ben-Dror K, Maier MM. Analysis of Repeat Hepatitis C Viremia After Sustained Virologic Response in a Large Cohort of U.S. Veterans. Clin Infect Dis. 2025 Aug 1;81(1):198-205. doi: 10.1093/cid/ciaf008. PMID: 39789803.

2. Rogal SS, Neely B, Merante M, Slazinski K, McFarland L, Brodkorb C, Cooper J, Lamorte C, Gibson S, Comstock E, Morano J, Maier M, Beste LA, Rozenberg K, Chartier M, Chinman MJ, **Ross D**, Yakovchenko V. Getting to Implementation for HIV Pre-Exposure Prophylaxis (GTI-PrEP): A data-driven approach to PrEP prescribing. Implement Sci Commun. 2025 Jun 2;6(1):71.

Curriculum vitae – David B. Ross, M.D., Ph.D., M.B.I.                December 2025

## Published articles (cont.)

3.  Varley CD, Beste LA, Lowy E, Morgan TR, **Ross DB**, Maier MM. Hepatitis C Testing in the US Veterans Health Administration: Uptake of United States Preventive Services Taskforce Universal Hepatitis C Screening Guidance. Open Forum Infect Dis. 2025 May 16;12(5):ofaf249. doi: 10.1093/ofid/ofaf249. PMID: 40386184; PMCID: PMC12082640.

4.  Kim CW, Haji M, Lopes VV, Halladay C, Sullivan JL, **Ross D**, Slazinski K, Taveira TH, Menon A, Gaitanis M, Longenecker CT, Bloomfield GS, Rudolph JL, Wu WC, Erqou S. Variations in antihypertensive medication treatment and blood pressure control among Veterans with HIV and existing hypertension. Am Heart J. 2024 Dec; 278:48-60. doi: 10.1016/j.ahj.2024.08.009. Epub 2024 Aug 29. PMID: 39216692.

5.  Maier M, Beste LA, Lowy E, Hauser RG, Van Epps P, Yakovchenko V, Rogal S, Chartier M, **Ross D**. Veteran's Health Administration HIV Care Continuum: 2019 vs 2022. Open Forum Infect Dis. 2024 Jul 11;11(8):ofae382. doi: 10.1093/ofid/ofae382. PMID: 39086463; PMCID: PMC11288371.

6.  Varley CD, Lowy E, Cartwright EJ, Morgan TR, **Ross DB**, Rozenberg- Ben-Dror K, Beste LA, Maier MM. Success of the US Veterans Health Administration's Hepatitis C Virus Care Continuum in the Direct-acting Antiviral Era. Clin Infect Dis. 2024 Jun 14;78(6):1571-1579. doi: 10.1093/cid/ciae025. PMID: 38279939.

7.  **Ross DB**. The decline of science at the FDA has become unmanageable. BMJ. 2023 May 15;381:p1061. doi: 10.1136/bmj.p1061. PMID: 37188385.

8.  Villamagna AH, Beste LA, Borgerding J, Lowy E, Hauser RG, **Ross D**, Maier MM. Testing and Case Rates of Gonorrhea, Chlamydia, Syphilis, and HIV among People with Substance Use Disorders in the Veterans Health Administration. J Addict Med. 2023 Jul-Aug 01;17(4):387-393. doi: 10.1097/ADM.0000000000001134. Epub 2023 Jan 12. PMID: 37579093.

9.  Soares C, Kwok M, Boucher KA, Haji M, Echouffo-Tcheugui JB, Longenecker CT, Bloomfield GS, **Ross D,** Jutkowtiz E, Sullivan JL, Rudolph JL, Wu WC, Erqou S. Performance of Cardiovascular Risk Prediction Models Among People Living With HIV: A Systematic Review and Meta-analysis. JAMA Cardiol. 2023 Feb 1;8(2):139-149. doi: 10.1001/jamacardio.2022.4873. PMID: 36576812; PMCID: PMC9857084.

Curriculum vitae – David B. Ross, M.D., Ph.D., M.B.I.                    December 2025

## Published articles (cont.)

10. Haji M, Lopes VV, Ge A, Halladay C, Soares C, Shah NR, Longenecker CT, Lally M, Bloomfield GS, Shireman TI, **Ross D**, Sullivan JL, Rudolph JL, Wu WC, Erqou S. Two decade trends in cardiovascular disease outcomes and cardiovascular risk factors among US veterans living with HIV. Int J Cardiol Cardiovasc Risk Prev. 2022 Sep 29;15:200151. doi: 10.1016/j.ijcrp.2022.200151. PMID: 36573195; PMCID: PMC9789359.

11. Beste LA, Keddem S, Borgerding J, Lowy E, Gardella C, McFarland L, Comstock E, Fonseca GA, Van Epps P, Ohl M, Hauser RG, **Ross D**, Maier MM. Sexually Transmitted Infection Testing in the National Veterans Health Administration Patient Cohort During the Coronavirus Disease 2019 Pandemic. Open Forum Infect Dis. 2022 Aug 23;**9(12):**ofac433. doi: 10.1093/ofid/ofac433. PMID: 36514443; PMCID: PMC9452156.

12. Yakovchenko V, Morgan TR, Miech EJ, Neely B, Lamorte C, Gibson S, Beste LA, McCurdy H, Scott D, Gonzalez R, Park A, Powell BJ, Bajaj JS, Dominitz JA, Chartier M, **Ross D**, Chinman MJ, Rogal SS. Core implementation strategies for improving cirrhosis care in the Veterans Health Administration. Hepatology. 2022 Aug; **76(2):**404-417. doi: 10.1002/hep.32395. Epub 2022 Mar 17.

13. Rozenberg-Ben-Dror K, Maier MM, Beste L, Lowy E, Chartier M, **Ross D**, Morgan TR. Improving quality of hepatitis B care in the Veteran's Health Administration. Clin Liver Dis (Hoboken). 2022 Jul 1;**19(6):**213-218. doi: 10.1002/cld.1237.

14. Erqou S, Papaila A, Halladay C, Ge A, Liu MA, Jiang L, Lally M, Menon A, Shah NR, Miech E, Virani SS, Zullo AR, Shireman TI, Longenecker CT, **Ross D**, Sullivan JL, Wu WC, Rudolph JL. Variation in Statin Prescription among Veterans with HIV and Known Atherosclerotic Cardiovascular Disease. Am Heart J. 2022 Jul;249:12-22. doi: 10.1016/j.ahj.2022.03.006. Epub 2022 Mar 19. PMID: 35318028; PMCID: PMC9976623.

15. Yakovchenko V, Morgan TR, Chinman MJ, Powell BJ, Gonzalez R, Park A, Malone PS, Chartier M, **Ross D**, Rogal SS. Mapping the road to elimination: a 5-year evaluation of implementation strategies associated with hepatitis C treatment in the veterans health administration. BMC Health Serv Res. 2021 Dec 18; **21(1):**1348.

16. Gonzalez R, Park A, Yakovchenko V, Rogal S, Chartier M, Morgan TR, **Ross D**. HCV Elimination in the US Department of Veterans Affairs. Clin Liver Dis (Hoboken). 2021 Aug 18; **18(1):**1-6.

13

Curriculum vitae – David B. Ross, M.D., Ph.D., M.B.I.                December 2025

## Published articles (cont.)

17. Rogal SS, Yakovchenko V, Gonzalez R, Park A, Beste LA, Rozenberg- Ben-Dror K, Bajaj JS, Scott D, McCurdy H, Comstock E, Sidorovic M, Gibson S, Lamorte C, Nobbe A, Chartier M, **Ross D**, Dominitz JA, Morgan TR. The Hepatic Innovation Team Collaborative: A Successful Population-Based Approach to Hepatocellular Carcinoma Surveillance. Cancers (Basel). 2021 May 7; **13(9):**2251.

18. Rogal SS, Yakovchenko V, Morgan T, Bajaj JS, Gonzalez R, Park A, Beste L, Miech EJ, Lamorte C, Neely B, Gibson S, Malone PS, Chartier M, Taddei T, Garcia-Tsao G, Powell BJ, Dominitz JA, **Ross D**, Chinman MJ. Getting to implementation: a protocol for a Hybrid III stepped wedge cluster randomized evaluation of using data-driven implementation strategies to improve cirrhosis care for Veterans. Implement Sci. 2020 Oct 21; **15(1):**92.

19. Beste LA, Maier MM, Borgerding J, Lowy E, Hauser RG, Van Epps P, Ohl M, **Ross D**, Chartier M. Testing Practices and Incidence of Chlamydial and Gonococcal Infection in the Veterans Health Administration, 2009-2019. Clin Infect Dis. 2021 Nov 2; **73(9):**e3235-e3243.

20. Rogal SS, Yakovchenko V, Gonzalez R, Park A, Lamorte C, Gibson SP, Chartier M, **Ross D**, Comstock E, Bajaj JS, Morgan TR. Characterizing patient-reported outcomes in veterans with cirrhosis. PLoS One. 2020 Sep 11; **15(9):**e0238712.

21. Yakovchenko V, Miech EJ, Chinman MJ, Chartier M, Gonzalez R, Kirchner JE, Morgan TR, Park A, Powell BJ, Proctor EK, **Ross D**, Waltz TJ, Rogal SS**.** Strategy Configurations Directly Linked to Higher Hepatitis C Virus Treatment Starts: An Applied Use of Configurational Comparative Methods. Med Care. 2020; **58(5):**e31-e38.

22. Rogal SS, Yakovchenko V, Waltz TJ, Powell BJ, Gonzalez R, Park A, Chartier M, **Ross D**, Morgan TR, Kirchner JE, Proctor EK, Chinman MJ. Longitudinal assessment of hepatitis C treatment: Year 2. Implement Sci. 2019 Apr 8; **14(1):**36.

23. Butt AA, Yan P, Lo Re V, Shaikh OS, **Ross DB**. Trends in Treatment Uptake and Provider Specialty for Hepatitis C Virus (HCV) Infection in the Veterans Affairs Healthcare System: Results from the Electronically Retrieved Cohort of HCV-Infected Veterans (ERCHIVES). Clin Infect Dis. 2019 Feb 15; **68(5):**857-859.

14

Curriculum vitae – David B. Ross, M.D., Ph.D., M.B.I.                    December 2025

## Published articles (cont.)

24. Belperio PS, Chartier M, Gonzalez RI, Park AM, **Ross DB**, Morgan TR, Backus LI. Hepatitis C Care in the Department of Veterans Affairs: Building a Foundation for Success. Infect Dis Clin North Am. 2018 Jun; **32(2):**281-292.

25. Bajaj JS, **Ross D**. Concise Commentary: Remaining Outside the Hospital Is a Golden State in Cirrhosis-Lessons from California. Dig Dis Sci. 2018 Sep; **63(9):**2275-6.

26. Belperio PS, Chartier M, **Ross DB**. After Curing Hepatitis C Infection. Ann Intern Med 2018; **168(9):**682-3.

27. Park A, Gonzalez R, Chartier M, Rogal S, Yakovchenko V, **Ross D**, Morgan TR. Screening and Treating Hepatitis C in the VA: Achieving Excellence Using Lean and System Redesign. Fed Pract. 2018 Jul; **35(7):**24-29.

28. Chartier M, Maier MM, Morgan TR, Lowy E, Hoffman-Högg L, **Ross D**, Beste LA. Achieving Excellence in Hepatitis B Virus Care for Veterans in the Veterans Health Administration. Fed Pract. 2018 Mar; **35(Suppl 2):**S49-S53.

29. Belperio PS, Chartier M, **Ross DB**, Alaigh P, Shulkin D. Curing Hepatitis C Virus Infection: Best Practices from the U.S. Department of Veterans Affairs. Ann Intern Med 2017 Oct 3; **167(7):**499-504.

30. Rogal SS, Yakovchenko V, Waltz TJ, Powell BJ, Kirchner JE, Proctor EK, Gonzalez R, Park A, **Ross D**, Morgan TR, Chartier M, Chinman MJ. The association between implementation strategy use and the uptake of hepatitis C treatment in a national sample. Implement Sci 2017 May 11; **12(1):**60.

31. Beste LA, Glorioso TJ, Ho PM, Au DH, Kirsh SR, Todd-Stenberg J, Chang MF, Dominitz JA, Barón AE, **Ross D**. Telemedicine Specialty Support Promotes Hepatitis C Treatment by Primary Care Providers in the Department of Veterans Affairs. Am J Med 2017; **130(4):**432-8.

32. **Ross DB**, Belperio PS, Chartier M, Backus LI. Hepatitis C Testing in U.S. Veterans Born 1945-1965: An Update. J Hepatol 2017; **66(1):**237-8.

33. Maier MM, **Ross DB**, Chartier M, Belperio PS, Backus LI. Cascade of Care for Hepatitis C Virus Infection Within the US Veterans Health Administration. Am J Public Health 2016 Feb; **106(2):**353-8.

34. Beste LA, Leipertz SL, Green PK, Dominitz JA, **Ross D**, Ioannou GN. Trends in Burden of Cirrhosis and Hepatocellular Carcinoma by Underlying Liver Disease in US Veterans, 2001-2013. Gastroenterology. 2015 Nov; **149(6):**1471-1482.

15

Curriculum vitae – David B. Ross, M.D., Ph.D., M.B.I.                December 2025

## Published articles (cont.)

35. Backus L, Czarnogorski M, Yip G, Thomas BP, Torres M, Bell T, **Ross D.** HIV Care Continuum Applied to the US Department of Veterans Affairs: HIV Virologic Outcomes in an Integrated Health Care System. J Acquir Immune Defic Syndr. 2015 Aug 1; **69(4):**474-80.

36. Chartier M, Blais R, Steinberg T, Catella S, Dehon S, **Ross D**, Zeiss R. A Postdoctoral Psychology Fellowship in Integrated HIV and Hepatitis C Clinical Care: Rationale, Progress, and Future Directions. Training and Education in Professional Psychology 2015 May; **9(2):** 77-84.

37. Beste LA, Ioannou GN, Yang Y, Chang M, **Ross D**, Dominitz J. Improved Surveillance for Hepatocellular Carcinoma with a Primary Care- Oriented Clinical Reminder. Clin Gastroenterol Hepatol. 2015 Jan; **13(1):**172-9.

38. Midboe AM, Elwy AR, Durfee JM, Gifford AL, Yakovchenko V, Martinello RA, **Ross D**, Czarnogorski M, Goetz MB, Asch SM. Building Strong Research Partnerships Between Public Health and Researchers: A VA Case Study. J Gen Intern Med. 2014 Dec; **29 Suppl 4:**831-4.

39. Atkins D, **Ross D**, Kelley M. Acting in the Face of Uncertainty. Ann Intern Med 2014; **161(4):**300-1.

40. Belperio P, Backus L, **Ross D**, Neuhauser M, Mole L. A Population Approach to Disease Management: Hepatitis C Direct Acting Antiviral Use in a Large Healthcare System. J Managed Care Pharm 2014 Jun; **20(6):**533-40.

41. Czarnogorski M, Halloran J, Pedati C, Dursa EK, Durfee J, Martinello R, Davey V, **Ross D**. Expanded HIV testing in the US Department of Veterans Affairs, 2009-2011. Am J Public Health 2013 Dec; **103(12):** e40-5.

42. **Ross D**. Treatment of veterans with hepatitis C in the United States Department of Veterans Affairs. J Hepatol 2013 Jul; **59(1):**196.

43. Yee HS, Chang MF, Pocha C, Lim J, **Ross D**, Morgan TR, Monto A. Update on the Management and Treatment of Hepatitis C Virus Infection: Rec-ommendations from the Department of Veterans Affairs Hepatitis C Resource Center Program and the National Hepatitis C Program Office. Am J Gastroenterol 2012; **107(5):**669-89.

44. Halloran J, Czarnogorski M, Dursa E, Volpp B, Durfee J, Valdiserri R, Davey V, **Ross D**. HIV Testing in the US Department of Veterans Affairs: 2009-2010. Arch Int Med 2012 Jan 9; **172(1):**61-2.

16

Curriculum vitae – David B. Ross, M.D., Ph.D., M.B.I.                    December 2025

## Published articles (cont.)

45. McInnes DK, Solomon JL, Bokhour BG, Asch SM, **Ross D**, Nazi KM, Gifford AL. Use of electronic personal health record systems to encourage HIV screening: an exploratory study of patient and provider perspectives. BMC Res Notes 2011 Aug 15; **4:**295.

46. Peters MG, Perrillo RP, Jacobson IM, **Ross DB**, Doo EC, Murray JS, Wong JB. Entering the new era of therapy for HBV and HCV infections. J Fam Pract 2010 Apr; 59(4) **Suppl):** S51-8.

47. Valdiserri RO, Nazi K, McInnes DK, **Ross D**, Kinsinger L. Need to improve routine HIV testing of U.S. Veterans in care: Results of an Internet survey. J Community Health 2010; **35(3):**215-9.

48. Garcia-Tsao G, Lim JK; Monto A, Yee H, Durfee J, Dieperink E, Dominitz J, **Ross D**, Valdiserri R. Management and treatment of patients with cirrhosis and portal hypertension: recommendations from the Department of Veterans Affairs Hepatitis C Resource Center Program and the National Hepatitis C Program. Am J Gastroenterol 2009 Jul; **104(7):**1802-29.

49. Modak R, **Ross D**, Kan V. Macrolide and Clindamycin Resistance in *Staphylococcus aureus* Isolates. Infect Control Hosp Epidemiol 2008; **29:**180-2.

50. **Ross D.** Review of "Overdose: How excessive government regulation stifles pharmaceutical innovation." J Clin Invest 2007; **117**:3598-359.

51. **Ross D.** The FDA and the case of Ketek. New Engl J Med 2007; **356:**1601-1604.

52. Powers JH, Lin D, **Ross D**. FDA evaluation of antimicrobials: subgroup analysis. Chest 2005; **127:** 2298-9.

53. Powers JH, Cooper CK, Lin D, **Ross DB.** Sample size and the ethics of non-inferiority trials. Lancet. 2005; **366:**24-5.

54. Powers JH, **Ross DB**, Lin D. Letter to the Editor: Linezolid and Vancomycin for Methicillin-Resistant *Staphylococcus aureus* Nosocomial Pneumonia: The Subtleties of Subgroup Analyses. Chest 2004; **126:**314- 315.

55. Powers JH, **Ross DB**, Brittain E, Albrecht R, and Goldberger MJ. The United States Food and Drug Administration and Noninferiority Margins in Clinical Trials of Antimicrobial Agents. Clin Inf Dis 2002; **34:**879- 881.

Curriculum vitae – David B. Ross, M.D., Ph.D., M.B.I.                                    December 2025

## Published articles (cont.)

56. Qunibi W, Al-Furayh O, Almeshari K, Lin S-F, Sun R, Heston L, **Ross D**, Rigsby M, and Miller G. Serologic association of human herpesvirus eight with posttransplant Kaposi's sarcoma in Saudi Arabia. Transplantation 1998; **65:**583-585.

57. **Ross DB** and Ziff EB. Differential production of human adenovirus late transcription unit mRNAs during abortive infections in monkey cells. Virology 1994; **202:**107-115.

58. **Ross DB** and Ziff EB. Defective synthesis of early region 4 mRNAs during abortive human adenovirus infections in monkey cells. J Virol 1992; **66:**3110-3117.

18

# APPENDIX C

David B. Ross, M.D., Ph.D., M.B.I. – Testifying expert case list, 1/6/2026

| Caption | Nature of action | Venue | Case no. |
|---|---|---|---|
| *Cline v. Gerrard* | Medical malpractice | N.C. District Ct., Catawba Cty. | 19-CVS-87 |
| *Khosho v. Ascension Macomb Hospital et al.* | Medical malpractice | Mich. Cir. Ct., Oakland Cty. | 2020-183276-NH |
| *In Re: Farxiga Fournier's Gangrene Products Liability Litigation* | Product liability | Del. Sup. Ct. | N19C-09-001 FAR |
| *In Re: Proton-Pump Inhibitor Products Liability Litigation (No. II)* | Product liability | D. N.J., Newark Div. | 2:17-md-02789 |
| *Rodriguez v. Encompass Rehabilitation Hospital of San Juan* | Medical malpractice | D. P.R. | 3:21-cv-01609 |
| *Higgs v. Scurlock et al.* | Medical malpractice | S.C. Super. Ct., Anderson Cty. | 2018-CP-04-00895 |
| *In Re: Elmiron (Pentosan Polysulfate Sodium) Products Liability Litigation* | Product liability | D. N.J. | 2:20-md-02973 |
| *State of Georgia v. Islam* | *In rem* | Ga. Super. Ct., Gwinnett Cty. | 22-B-00576-4Q |
| *Schaeg v. St. Luke's Hospital et al.* | Medical malpractice | Mo. Circuit Ct., St. Louis Cty. | 21SL- CC03308 |
| *Shari Terada et al. v. St. Luke's Hospital et al.* | Medical malpractice | Mo. Circuit Ct., St. Louis Cty. | 21SL- CC00801 |
| *Catalent v. Romark* (arbitration) | Tort claim | International Institute for Conflict Prevention and Resolution | G-23-02-N-AA |
| *Eichelkraut v. Grundy County et al.* | Medical malpractice | N.D. Ill. | 1:21-cv-02528 |
| *Schoenbeck v. QOL* | Employment discrimination | Fla. Circ. Ct., Pinellas Cty. | 20-004399-CI |
| *Farmer v. Center for Comprehensive Services et al.* | Medical malpractice | Ill. First Circuit Ct., Jackson Cty. | 13-L-63 |
| *In Re: Taxotere (Docetaxel) Eye Injury Products Liability Litigation* | Product liability | E.D. La. | 2:22-md-03023 |
| *Buckley v. Englert et al.* | Medical malpractice | Super. Ct. N.J., Middlesex Cty. | L-003722-23 |

Gray shading indicates that, to the best of my knowledge, a final adjudication (including appeals) has been reached.

1