# EXHIBIT 19D

**<u>EXPERT REPORT OF MA SOMSOUK, M.D., MAS, AGAF</u>**

My curriculum vitae is attached as Exhibit X, and contains my education, training, background, clinical and professional activities and publications.

Currently, I am a Professor in Residence at the University of California, San Francisco (UCSF) in the Department of Medicine, a position which I have occupied since 2019. I am also the Dean M. Craig Endowed Chair in Gastrointestinal Medicine.  Prior to this, my position at UCSF School of Medicine was as an Associate Professor of Medicine from 2014 through 2019, and as an Assistant Professor of Medicine from 2008 through 2014.

I received my B.A. in Chemistry, *magna cum laude,* from Pomona College in 1997, followed by my M.D. from Harvard Medical School in 2002. From 2000-2001, I was the Paul Dudley White & Andrew Sellard International Fellow, which was given to Harvard medical students to fund research in international settings, and was co-sponsored by the China Scholarship Council which allowed me to enroll at Beijing Medical University.

Following graduation from medical school, I was a resident in Internal Medicine at the UCLA-Harbor Medical Center from 2002 through 2005. Upon completion of my residency at UCLA, I pursued a Gastroenterology and Hepatology fellowship at UCSF from 2005 through 2008, after which I obtained my board certification in Gastroenterology.  While completing my fellowship, I also completed and earned my Master Science (M.S.) from UCSF in Epidemiology and Statistics.

Since finishing my residency in 2008, I have on faculty at UCSF and been part of the gastroenterology consultation service and outpatient gastroenterology clinic as an Attending Physician at San Francisco General Hospital. This includes providing diagnostic and therapeutic endoscopy services and taking call during nights and weekends. I have also served as an advisor and expert resource for the San Francisco Health Network's Population Health and Quality efforts on cancer screening.

In addition to my professorial and practicing medicine duties, I am involved in multiple research and service positions. I am a core member of the UCSF Helen Diller Comprehensive Cancer Center, where I have served as a co-lead for the colorectal cancer task force for the San Francisco Cancer Initiative, a collective impact campaign designed to help reduce the burden of cancer throughout the city and the county of San Francisco.  I am a core faculty at the USCF Action Research Center for Health (ARC), and the UCSF Learning Health System E-STAR Center, as well as an affiliate member of the UCSF Philip R. Lee Institute for Health Policy Studies.  I am the Director of the UCSF CTSI TL1 Pre-Doctorate Year-Long Inquiry Program, where I mentor UCSF students who have chosen to take an additional year of training in clinical research and investigation.

Further, I served as Chair of the American Gastroenterology Association ("AGA") Institute Research Awards Panel and Vice-Chair of the AGA Institute Research Policy Committee,

1

where I oversaw $2.75 million to fund promising ideas and junior faculty careers. To identify awardees, I oversaw up to sixty reviewers.  At the AGA Digestive Disease Week national conference, I serve as a speaker and panel discussant, chair topical sessions, host panel members and host trainee and mentoring panels for awardees.

My professional memberships include being a member of the American Association for the Study of Liver Disease from 2003 through 2010, as well as being a current and long-standing member of the following organizations: American Society for Gastrointestinal Endoscopy, American Gastroenterological Association, and American College of Gastroenterology.  I have been a Fellow of the American Gastroenterological Association since 2015.  In addition to my memberships, I serve as an ad-hoc reviewer for many journals including, among others, Gastroenterology, Annals of Internal Medicine, Endoscopy, American Journal Gastroenterology, and Clinical Gastroenterology and Hepatology.

I have been involved in and conducted significant research in the field of gastroenterology over the course of my career. My training in chemistry provided me with the experience and background needed to engage lab scientists. Accordingly, since 2006, I established the GI Mucosal Biology Core and collaborate with basic and translational science investigators, utilizing GI mucosal samples to advance our understanding of disease pathogenesis. This effort has provided over 1,500 samples to more than 30 labs over 15 years. These samples inform our understanding of the viral reservoirs in the gut, alterations in the microbiome during disease states, persistence of COVID-19 and long-Covid, inflammatory bowel disease (IBD), colorectal cancer, and even psoriasis.

In addition to clinical-translational research, I have conducted pragmatic research for the purpose of improving screening for colon cancer.  My implementation science research program has been supported by the CDC, NIH, SF Cancer Initiative, California Department of Public Health, and the Cancer Care Alliance. I have led a pragmatic trial randomizing over 10,000 to study the effectiveness of a centrally organized population health outreach campaign using a mailed fecal immunochemical test kit to improve colorectal cancer screening (NCT02613260). Because of our effectiveness of our published results, NCI listed our "Organized Outreach Using Mailed FIT for Colorectal Cancer Screening" on their Evidence-Based Cancer Control Program website, making our interventional and educational resources available to the public. As Co-Principal Investigator on a current NCI R01, we have implemented a multilevel intervention to improve the follow-up of patients after abnormal stool-based screening tests. Another research agenda for this focuses on 'provider intent' to offer screening, with the broad goal of guiding automated invitations to increase screening. In the past, I have served as the metric steward for the Medicaid Waiver program directed by the California Healthcare Safety-Net Institute (2016-2020).

Over the years, I have led and been involved in multiple clinical trials. As mentioned above, I led a randomized trial enrolling over 10,000 to study the effectiveness of a centrally organized population management outreach campaign using a mailed fecal immunochemical test kit to improve the completion of colorectal cancer screening (NCT02613260). As Co-PI on a current NCI R01, we designed a 2x2 factorial multilevel intervention to improve the follow-up of patients after abnormal stool-based screening tests. I have served as the UCSF Site PI on several industry-sponsored trials, most recently a blood-based cancer screening study for Freenome, Inc. I have also conducted investigator-initiated trials (NCT01090102, NCT02256592).  A full list of my current research awards is listed in my CV.

Over the course of my career, I have also published more than 130 peer reviewed articles in medical journals including American Journal of Gastroenterology, Preventive Medicine, Current Epidemiology Reports, JAMA Health Forum, Nature, Gastrointestinal Endoscopy, Clinical Gastroenterology and Hepatology, and many others.  A complete list of these publications is provided in my CV.

My dedication to medicine and teaching has been recognized within UCSF. In 2022 I received the UCSF Gastroenterology Faculty Teaching Award.  In 2021, I was nominated for both the UCSF Department of Medicine Mentoring Award and Summer Explore Short-Term Mentor Award.  I have also been nominated for the Holly Smith Award for Exceptional Service to the School of Medicine by UCSF (2020) and the Distinction in Mentoring Award from the UCSF Academic Senate (2016).

The University of California Academic Personnel Manual, refers to "the variety of personal experiences, values, and worldviews that arise from differences of culture and circumstance." My CV includes my personal statement on how my lived experience, mentoring, research, and service to others has allowed me to contribute to and promote diversity and equal opportunity to the various communities in which I exist and participate. All of my experiences, summarized above and contained within my attached CV, are utilized in my understanding of, approach to, and application of the materials, research, and expertise that I utilize in this report to answer the questions that have been presented to me, and to which I lay out my explanation and response in the report below.

**Requested Analysis**

I was asked to conduct a search for and review of the published medical literature in order to evaluate whether there is an association between the use of glucagon-like peptide-1 receptor agonist (GLP-1 RA) medications and development of gastroparesis (GP), and if so, to provide my opinion as to the strength of the association. I was not asked to evaluate

3

causation through a review of all available relevant evidence, but only whether there is an association.

**Method for Review of Studies**

In reviewing the studies, I applied epidemiologic considerations as outlined in the STROBE statement[1].  I considered several types of confounding and sources of bias. Confounding by indication and disease severity describes the fact that individuals prescribed GLP-1 RAs are different from those individuals not offered the prescription. In patients with type 2 diabetes, some patients may have longer disease duration, worse glycemic control, more complications, higher BMI, and more comorbidities — all of which can increase the risk of gastroparesis and this should be considered in evaluating the studies. Propensity score matching or adjustment, defining the comparison groups, and examining differing indications are methods to address this concern. On the other hand, there could be confounding by prior GI symptoms and motility, such that patients with pre-existing GI symptoms (nausea, dyspepsia, reflux) might be less likely to initiate treatment (clinicians avoiding GLP-1s in symptomatic patients) and this must be considered. Exclusion of individuals with specific diagnoses would help ensure balance between groups. Misclassification, a type of measurement error, can occur with both exposure (e.g., adherence to GLP-1 RA) or the outcome variables (diagnosis of gastroparesis). For example, pharmacy claims show dispensing, not actual use, and patients with worse side effects (including prodromal gastroparesis) may stop early or essentially lost to follow-up, which can lead to informative censoring and underestimation of risk. Regarding outcome misclassification, "gastroparesis" codes may represent transient GLaP-1-induced delayed emptying rather than chronic disease, the GLP-1 agent is discontinued due to symptoms of gastroparesis but the intolerance is not reported, or the diagnosis of gastroparesis is not pursued because treatment options are limited. There are follow-up time-related biases to consider, such as losses to follow-up as described earlier, immortal time bias (e.g., requiring duration of exposure to be classified as exposed), and time-varying confounding (e.g., beneficial effect of weight loss, changes in practice trends).

Some residual confounding and bias is, however, inevitable and these must be considered. Some clinical information is not well-captured, such as diabetes duration and glycemic variability, neuropathy severity, central adiposity, weight trajectory, diet, exercise, substance use, and GI symptom history that does not lead to coding or medication. Therefore, it is important to approach the balance of the data and conclusions with humility. My approach is to give greater focus and consideration to the studies that employ strategies such as active-comparator new-user designs, propensity score models, follow-up considerations, and sensitivity analyses. Moreover, the overall interpretation should be placed in context of other data types such as clinical trials and mechanistic studies.

4

Importantly, we should interpret the results in the context of biological plausibility, such as mechanistic studies of gastric emptying, clinical trials, and pharmacovigilance signals. The goal is to understand the estimate of the association in the context of other signals. As such, one can be more confident whether the association is real and not an artifact of confounding or measurement error. Last, the peer review process lends a degree of confidence to the significance of the published studies, and acceptance and publication in high impact journals is a consideration.

A review of the studies unitizing these considerations.

## Search Methodology

### Databases / Repositories Used

- **PubMed** – Core biomedical database for peer-reviewed literature.
- **Embase** – Included for pharmacoepidemiologic coverage and comprehensive indexing of international studies and conference abstracts.
- **Cochrane Library**
- **Ovid** – Used to cross-verify PubMed retrievals and apply precise field searching.
- **Web of Science**– Used for citation verification and identification of recently indexed or cited studies.
- **Scopus** – Broadened coverage to capture studies not indexed in MEDLINE and for author/citation overlap analysis.
- **Google Scholar** – Targeted supplemental sweeps to identify early online releases, pre-publication versions, and non-indexed peer-reviewed content.

### Core Search Concepts and Terms

- **Exposure:** "GLP-1" OR semaglutide OR liraglutide OR dulaglutide OR exenatide OR albiglutide OR lixisenatide OR tirzepatide
- **Outcome:** gastroparesis OR "delayed gastric emptying" OR "gastric hypomotility" OR "gastric outlet obstruction" OR "emptying abnormality"
- **Study Focus:** epidemiology OR incidence OR prevalence OR "risk factors" OR "risk ratio" OR odds OR hazard OR "pharmacoepidemiology" OR "real-world" OR registry OR "claims database" OR cohort OR "case-control" OR "pharmacovigilance" OR observational OR clinical trial
- **Contextual Keywords:** gastroparesis OR delayed gastric emptying OR gastrointestinal hypomotility OR "gastrointestinal adverse event" OR "gastrointestinal side effect" OR "adverse event reporting" OR "treatment discontinuation"

**Summary**

Gastroparesis (GP) is a syndrome characterized by a symptomatic delay in gastric emptying in the absence of a mechanical obstruction[2,3]. GLP-1 RA delays gastric emptying, a mechanism underlying its reported gastrointestinal (GI) adverse effects, which include nausea, vomiting, abdominal pain, diarrhea, and constipation[4]. This association between GLP-1, delayed gastric emptying, GI side effects, and GP has been described in the form of mechanistic studies, real-world epidemiologic studies, clinical trials, systematic reviews, and guidelines.

**Evidence**

**Mechanistic studies** have demonstrated that GLP-1 RA delays gastric emptying[5-9], which has been acknowledged in product labels. As a class, GLP-1 RA binds to the GLP-1 receptor (GLP-1R), which are expressed on pancreatic β-cells, central nervous system, cardiac myocytes of the sinoatrial node, smooth muscle of the stomach and arterioles, gastrointestinal enteroendocrine cells, and enteric nervous system as well as vagal and dorsal root ganglia[10]. Given the same target (GLP-1R) for the GLP-1 RAs, clinical investigators have often studied the class of drugs together when evaluating potential adverse effects, although there are some attempts to assess the differential effects of individual agents.

There is molecular similarity with the GLP-1 RA's as well as the reported adverse event of impairment of gastric emptying. Given the molecular and class effect, these medications are often studied together in the literature, although there are some attempts to determine if the magnitude of the gastric impairment adverse event risk is different. [11]

**Observational studies in the procedural setting** also describe a delay in gastric emptying. In patients undergoing procedural sedation, there was retention of excessive gastric contents[12,13]. Among patients scheduled for upper endoscopy, patients on GLP-1 RAs exhibited a higher prevalence of retained gastric contents during upper endoscopy, and an increase in aborted procedures due to inadequate gastric clearance[14,15].

**Adverse event reporting in clinical trials** of patients on semaglutide reported more symptoms attributable to delayed gastric emptying, such as nausea, vomiting, abdominal pain, and dyspepsia[16]. In a large 2,000-patient study in *The New England Journal of Medicine[17]*, the most frequent gastrointestinal adverse events with semaglutide were nausea (44% vs. 17%), diarrhea (31% vs. 16%), vomiting (25% vs. 6.6%), constipation (23.4% vs. 9.5%), dyspepsia (10.3% vs. 3.5%), and abdominal pain (10% vs. 5.5%). Meta-analyses and a clinical practice guideline consistently describe excess gastrointestinal side effects (nausea, vomiting) and permanent discontinuation with GLP-1 RAs[11,18-20].

Beyond delayed gastric emptying, in studies that have reported on GP, the events are rarely reported. A meta-analysis found that the risk of GP was increased with GLP-1RAs, but it did not meet statistical significance (Risk Ratio 1.52 [95% CI 0.57-4.03])[21]; this was based on 10 studies reporting on GP, with 12 events in the GLP-1RA arm and 5 events in the placebo arm. Though Chiang included serious AE's from the REWIND trial (1 event in the GLP-1 RA arm and 0 in the placebo group), the supplemental material reporting treatment-emergent AE was not captured in the Chiang analysis[22]. Impaired gastric emptying as a treatment-emergent AE was reported in 17 patients in the treatment arm versus 6 patients in the placebo arm, and in 14 versus 5 when limited to patients with experienced a permanent drug discontinuation. Although Chiang et al. did not include these treatment emergent AE, the authors stated, "Given that the diagnosis of gastroparesis requires a high index of clinical suspicion and confirmation with tests such as gastric emptying studies, it is possible that the condition was underdiagnosed or misclassified, potentially leading to underreporting".

There are multiple reasons why GP would be underreported or underestimated, resulting in outcome misclassification. A diagnosis of gastroparesis often requires additional diagnostic testing, which is not typically accessible or available to study investigators in trials. Adverse events captured in clinical trials are usually based on symptoms that can be coded without additional testing; examples include nausea, vomiting, early satiety, and bloating. A diagnosis of GP will typically rely on gastric emptying studies and an endoscopy. If these tests are not performed, the diagnosis of GP will be missed. Moreover, because outcomes such as GP are not primary endpoints, there is a potential for underreporting of such events. The focus of the GLP-1RA trials was efficacy endpoints such as glycemic control and weight loss. Therefore, systematic screening for GP—a resource-intensive process—would not have been a priority. Instead, symptoms suggestive of GP (nausea, vomiting, postprandial fullness, regurgitation) would be recorded without additional work-up. Lastly, if the side effects are severe, the patient will likely drop out of the study. A limitation of the meta-analysis also stated, "Details regarding participant dropout—particularly due to adverse events—were inconsistently reported"[21].

**Real-world epidemiological studies** have overall reported an increased risk of GP with GLP-1RAs. An analysis of the FDA's Adverse Event Reporting System (FAERS) database characterized ~28,000 adverse events, ~15,000 of which were attributed to GI issues, and approximately 16% were categorized as delayed gastric emptying[23,24]. There is an increased risk of incident GP with GLP-1 RA use[25,26]. For example, in a study of over 55,000 individuals[27], the rate of GP was 6.5 per 1000 person-years for semaglutide, compared to 2.1 for bupropion-naltrexone and 1.1 for sleeve gastrectomy. When the investigators examined new prescriptions to treat GP, the rate of new prescriptions for treatment of GP

was highest for semaglutide. Studies using the TriNetX global health database found a similar pattern of excess risk of GP with semaglutide[26]. Risk of GP was highest in users of GLP-1 RA (hazard ratio [HR] 1.59, p<0.001) compared to oral antidiabetic therapy. Studies of US veterans found that new users of GLP-1 RAs also had a higher hazard of gastroparesis compared to both SGLT2 inhibitors (HR 1.65, 95% CI 1.33–2.05) and insulin glargine (HR 1.24, 95% CI 1.02–1.52)[28]; in another study of the Veteran population, the risk of GP was more modest (HR 1.07, 95% CI 1.02–1.13)[29].

**Brief summary of individual studies**

In accordance with my evaluation methodology, set forth above in Method for Review of Studies, the summaries below include the information relevant to the analysis on the quality of each study and the data the study provides.

**Aneke-Nash (2025)[27]**

This study was a retrospective cohort analysis using the Merative MarketScan Research Databases to compare the risk of gastroparesis among 55,460 individuals with obesity who did *not* have pre-existing diabetes. The three treatment modalities compared were semaglutide, bupropion-naltrexone, and sleeve gastrectomy (SG). Gastroparesis diagnosis was defined using ICD-10 codes, and Cox proportional hazards regression models were used to compare risks. The main findings showed that the incidence rate of gastroparesis was highest among those treated with semaglutide (6.5 per 1000 person-years (PY)), compared to bupropion-naltrexone (2.1 per 1000 PY) and SG (1.1 per 1000 PY). After adjustment, individuals treated with semaglutide had a significantly higher risk of gastroparesis than those treated with bupropion-naltrexone (adjusted HR 3.33) and SG (adjusted HR 6.14). A secondary analysis suggested that the rate of gastroparesis was nominally higher for subcutaneous injection of semaglutide (7.2 per 1000 PY) versus oral formulation of semaglutide (3.7 per 1000 PY). When comparing semaglutide with BN and semaglutide with SG, 226 and 183 individuals, respectively, would need to be treated with semaglutide for one case of gastroparesis to occur. A strength is the focus on individuals with obesity *without* T2D, directly comparing semaglutide to both a pharmaceutical and a surgical weight loss modality, and including a sensitivity analysis using a stricter definition of gastroparesis (diagnosis plus promotility agent use). Limitations include relying on claims data, meaning whether patients actually took the prescribed medications is unknown, and the diagnosis of gastroparesis was based on ICD-10 codes, not verified by a gastric emptying study. Additionally, there were differences in average follow-up time across the groups, shorter for semaglutide versus the other two groups.

8

**Liu (2025)[25]**

This paper is a retrospective cohort study and re-analysis using the TriNetX database, focusing on obese U.S. adults *without diabetes*. The approach involved propensity score matching (1:1) between GLP-1 RA users (semaglutide or liraglutide) and bupropion-naltrexone (BN) users, matching for initial BMI, demographics, and abdominal surgery. Cox-proportional hazards models were used to assess the risk of GP (K31.84). The primary findings confirmed a significantly elevated rate of gastroparesis in the combined GLP-1 RA cohort (1.9 per 1000 PY) compared to the BN cohort (0.74 per 1000 PY), resulting in an adjusted HR of 2.30. Sub-analyses showed that both semaglutide (aHR 2.07) and liraglutide (aHR 1.74) had significantly increased risks of GP compared to BN. A strength of this study is the stringent inclusion and exclusion criteria and the incorporation of initial BMI matching, lacked in other studies. The limitations include reliance on a healthcare database, unmeasured confounders (like medication compliance or specific dosages), and differences in follow-up duration between the cohorts, although time-to-event analysis was used to mitigate this.

**Sodhi (2023)[30]**

This study was a cohort study that used a random sample of 16 million patients from the PharMetrics Plus database (2006–2020). The methodology included new users of GLP-1 RAs (semaglutide or liraglutide) and BN; users were excluded if they had diabetes or antidiabetic drug code. GP was defined as having an ICD code or filling a prescription for a promotility agent. Adjusted Hazard Ratios (aHRs) were calculated, and the E-value was used to assess the strength that an unmeasured confounder would need to be to negate an observed effect. The findings showed that the incidence of gastroparesis (per 1000 PY) was 9.1 for semaglutide, 7.3 for liraglutide, and 3.1 for bupropion-naltrexone. Compared to bupropion-naltrexone, the use of GLP-1 agonists (combined) was associated with a significantly increased risk of GP (aHR, 3.67). A strength of the study was the selection of patients with obesity record without diabetes. A limitation was the absence of patient BMI data for adjustment, though a sensitivity analysis using the E-value was conducted. Other limitations included a shorter median follow-up time for semaglutide users (0.6 years) compared to others (1.7 years), and relatively small sample sizes for semaglutide and bupropion-naltrexone cohorts. It is possible that with longer follow-up time, more GP diagnosis would be captured. The small sample size leads to wide confidence intervals, but the results remain statistically significant. As described earlier, a challenge to the diagnosis of gastroparesis relates to the challenges in completing the diagnostic tests; this

9

results in the potential for outcome misclassification for gastroparesis. By considering prescriptions of promotility agents, it increases the likelihood that cases of gastroparesis are captured using treatment as a surrogate of the diagnosis. Overall, this type of misclassification should be non-differential, which would bias results toward the null, making the positive finding more notable, not less.

### Xie (2025)[29]

This study employed a discovery approach in a retrospective cohort study from 2017 to 2023 using the US Department of Veterans Affairs healthcare databases, evaluating 215,970 incident GLP-1 RA users, all of whom had diabetes, with incident use of non-GLP-1 RA antihyperglycemic regimens. The study largely consisted of men. The non-GLP-1 RA groups included three antihyperglycemic agent groups (sulfonylureas, dipeptidyl peptidase 4 (DPP4) inhibitors, and sodium-glucose cotransporter-2 (SGLT2) inhibitors), a composite control, and a usual care group. The study mapped associations between GLP-1 RA use and 175 health outcomes, using inverse probability weighting to adjust for numerous covariates. GLP-1 RA use was associated with an increased risk of abdominal pain (1.12, 95% CI 1.10-1.13), nausea and vomiting (1.30, 95% CI 1.26-1.33), GERD (1.14, 95% CI 1.12-1.16), and gastroparesis (HR 1.07, 95% CI (1.02–1.13)). The strength of the study is the size of the cohort and the comparison of GLP-1 RAs against multiple active and usual care controls. The limitations primarily relate to generalizability, as the cohort consists mainly of older, predominantly white males (US veterans), with comparison groups consisting of only individuals on antihyperglycemic medications. These factors have previously been described as blunting the association of GLP-1 RA and GP.

### Aldhaleei (2024)[31]

This study conducted a retrospective cross-sectional analysis utilizing real-world data from the National Institutes of Health (NIH) All of Us cohort, involving 10,328 users of GLP-1 RAs (semaglutide, dulaglutide, liraglutide, and exenatide) with diabetes or obesity. The methodology involved examining the prevalence of various gastrointestinal (GI) adverse events, including gastroparesis, and using logistic regression models to determine factors associated with these events. The findings indicated that the overall prevalence of gastroparesis in this cohort was 5.1%. When comparing specific agents to semaglutide, dulaglutide (aOR 1.43), liraglutide (aOR 1.51), and exenatide (aOR 1.65) all had significantly increased odds of gastroparesis. Exenatide was associated with the highest gastroparesis prevalence at 6.9%. Furthermore, gastroparesis was reported more frequently in women than in men and increased in frequency among patients with chronic kidney disease (CKD)

10

or heart failure (HF). The strengths include its nature as the first population-based, large-scale real-world study in the U.S. evaluating four GLP-1 RAs for GI adverse events in a diverse and under-represented population. Diagnoses are derived from EHR data ICD and SNOMED CT and harmonized into the OMOP Common Data Model (CDM). The limitations are that its cross-sectional design prevents the establishment of causal inference and affects generalizability, and data obtained through EHR may introduce misclassification.

**Kalas et al. (2023)[32]** conducted a retrospective chart review of 384 adult patients who underwent a gastric emptying study (GES) at a single academic medical center between 2019 and 2021 to examine the association between GLP-1 RA use and delayed gastric emptying (DGE), defining DGE as >10% retention at 4 hours. Of 384 patients, 39.2% had DGE; among patients with DM (n=212), 49.0% had DGE. With respect to patients on GLP-1 RA (n=51), DGE occurred in 49.0%, whereas among patients not on GLP-1 RA (n=332), DGE occurred in 38.0%. Overall, the study reported a increased risk of DGE in patients on GLP-1 RA but it was not statistically significant (RR 1.30, 95% CI 0.84 to 1.98). The risk of DGE was significant in patients with a shorter duration of diabetes (less than 10 years; RR 1.96, 95% CI 1.01 to 3.84). The strength of this study is in its use of a gastric emptying study to define DGE. Limitations are the retrospective, single-center design, a cohort limited to referrals, which limits generalizability, increases risk of referral bias, and the small overall sample size, which may have contributed to the lack of statistical significance in the main analysis.

**Mesgun (2024)**

This abstract used a retrospective cohort study to examine the risk of de-novo GP in non-diabetic patients with obesity using GLP-1 RAs for weight loss. The methodology involved identifying 143,214 patients with obesity (BMI ≥ 30 kg/m$^2$) from the TriNetX database, representing 80 healthcare organizations with over 113 million patients. The study excluded patients with pre-existing diabetes, gastroparesis, and pancreatitis, using propensity score matching to balance cohorts based on age, race, ethnicity, comorbidities, and gastroparesis risk factors. GLP-1 RA use was associated with an increased risk of gastroparesis with an odds ratio of 1.52 (95% CI 1.22-1.90, p <0.001). The strengths include its large sample size, use of a national multi-health system database, and propensity score matching to control for confounding variables. The limitations include potential coding inaccuracies inherent to the TriNetX database, unmeasured confounders despite matching procedures, detection bias and underreporting of gastroparesis cases in electronic health records.

11

**Lupianez-Meryl (2024)**

This abstract used a retrospective cohort design to examine the real-world effects of GLP-1 receptor agonists and dual GLP-1/GIP receptor agonists on gastrointestinal symptoms and gastric emptying using data from the Mayo Clinic Platform. From January 2006 to January 2024, 226,707 initiated treatment with a GLP-1 RA, and 86,682 unique patients met inclusion criteria (adults ≥18 years with a GLP-RA order who developed at least one gastrointestinal symptom and underwent gastric emptying scintigraphy). The study excluded patients with canceled GLP-RA orders and employed a standard, validated 320 kilocalorie, 30% fat egg meal for gastric emptying studies, defining delayed gastric emptying as less than 25% emptied at 2 hours or less than 75% emptied at 4 hours. The findings indicated that 16.9% of patients receiving GLP-RA reported at least one gastrointestinal symptom, with one-third of the 696 patients who underwent gastric emptying scintigraphy (241 patients, 35%) showing delayed gastric emptying at 4 hours. The mean age was 50 years with predominantly female representation. Of the 241 patients with delayed gastric emptying, 127 had preexisting gastrointestinal symptoms and 38 had prior documentation of delayed gastric emptying studies. The strengths include the large real-world dataset spanning 18 years from a comprehensive clinical practice database and objective measurement of gastric emptying using standardized scintigraphy. The limitations include the selection bias inherent to the inclusion criteria (only patients who developed gastrointestinal symptoms and underwent testing were included), which does not represent the full GLP-RA-treated population; lack of control group comparison; inability to establish causality due to the retrospective design; and missing detailed information regarding medication duration, dosing consistency, and the specific contribution of individual GLP-RA agents to delayed gastric emptying.

**Nathani (2024)**

This abstract used a retrospective cohort to examine the incidence of adverse gastrointestinal events and the need for endoscopic procedures in patients prescribed GLP-1 RA using the TriNetX database. The intervention cohort consisted of 184,599 patients with diabetes or obesity prescribed GLP-1 RA between December 1, 2021, and November 30, 2022, while the control group comprised 1,646,372 patients with diabetes or obesity who had an ambulatory visit between December 1, 2021, and December 21, 2021, and were not prescribed GLP-1 RA. After propensity score matching (based on age, gender, race, ethnicity, Charlson comorbidity index, BMI, and hemoglobin A1c), 148,366 patients were available in each group for analysis, with outcomes assessed at 1 year from the index date. Patients initiated with GLP-1 RA prescription had significantly higher incidence of multiple gastrointestinal adverse events, including nausea and vomiting (9.0%, RR 1.25,

12

95% CI 1.22-1.29), gastroparesis (0.53%, RR 1.66, 95% CI 1.48-1.86), gastroesophageal reflux disease (7.5%, RR 1.52, 95% CI 1.47-1.58), esophagitis (2.6%, RR 1.06, 95% CI 1.01-1.11), proton pump inhibitor prescription (27.1%, RR 1.27, 95% CI 1.25-1.29), and need for esophagogastroduodenoscopy (4.2%, RR 1.26, 95% CI 1.22-1.31). The strengths include the large sample size, the use of propensity score, and assessment of multiple gastrointestinal outcomes. The limitations include the reliance on electronic medical record coding which may introduce misclassification bias, the limited temporal coverage of the study period, and the potential for unmeasured confounders despite propensity score matching.

**Rodriguez (2024)[33]**

This comparative effectiveness study of GLP-1 RA identified 41,222 adults initiating tirzepatide (9,193) or semaglutide (32,029) from May 2022 to September 2023, and 18,386 were available after propensity score matching. At 12 months, tirzepatide users lost 15.3% versus 8.3% for semaglutide. No significant differences in gastrointestinal adverse events were observed between the two agents. In the Supplemental Materials, eTable 4 reported gastrointestinal adverse event rates per 1,000 person-years for gastroparesis was 3.61 for tirzepatide and 4.81 for semaglutide (hazard ratio 0.73, 95% CI 0.38-1.42).  Strengths include large real-world cohort and diverse population. The limitations include the comparison groups being limited to groups receiving GLP-1 RA treatment, and the potential for misclassification of adverse events in electronic health records.

**Desai (2024)[34]**

This retrospective cohort study using the TriNetX database evaluated the impact of GLP-1 RAs on inflammatory bowel disease outcomes in patients with concurrent type 2 diabetes from January 1, 2010, through December 31, 2022. The study included 1,130 ulcerative colitis patients and 1,140 Crohn's disease patients prescribed GLP-1 RAs (liraglutide, dulaglutide, or semaglutide), compared to 4,615 ulcerative colitis and 4,744 Crohn's disease controls prescribed other oral hypoglycemic agents. Patients were required to have at least a second prescription of the same GLP-1 RA one year after index prescription to ensure minimum medication exposure and exclude early discontinuations. 1:1 propensity score matching controlled for demographics, comorbidities, body mass index, laboratory values, hemoglobin A1c, and baseline inflammatory bowel disease medications including steroids. In addition to clinical outcomes specific to inflammatory bowel disease, the study assessed specific adverse events (gallbladder/biliary disease, acute pancreatitis, gastroparesis, ileus/intestinal obstruction, acute kidney injury, thyroid malignancy).

Semaglutide was associated with reduced risk of surgery. Severe adverse events were not significantly different between GLP-1 RA and control cohorts. Table 7 identified the severe adverse events in the GLP-1 RA cohort and the control cohort on oral hypoglycemic agent, which was expressed as an adjusted odds ratio with a 95% CI.  For gastroparesis, GLP-1 RA had a non-significant increased odds of the condition (ulcerative colitis, aOR 1.50, 95% CI 0.67–3.37; Crohn's disease, aOR 1.30, 95% CI 0.78–2.17). Strengths include largest U.S. study of GLP-1 RA in inflammatory bowel disease and propensity score matching. A limitation was the small sample size.

**Alkabbani (2025)**

This abstract was a comparative cohort study to examine the risk of motility-related gastrointestinal adverse events associated with GLP-1 RAs compared to sodium-glucose cotransporter 2 inhibitors in patients with type 2 diabetes. The methodology involved utilizing data from two US commercial healthcare databases to identify a cohort of adults with type 2 diabetes who initiated either GLP-1 RAs or sodium-glucose cotransporter 2 inhibitors between October 2016 and August 2024. The study utilized a 1:1 propensity score matching on more than 150 potential confounders to balance treatment groups. The primary composite outcome consisted of severe constipation, gastroparesis, and bowel obstruction. The findings indicated that among 313,342 matched pairs (mean age 60 years, 45% female), followed on treatment for a median of 6.5 months, the incidence rates of the composite outcome were 10.2 per 100 person-years in GLP-1 receptor agonist users versus 7.5 per 100 person-years in sodium-glucose cotransporter 2 inhibitor users, with GLP-1 receptor agonist use significantly associated with higher rates of adverse motility events (HR 1.37, 95% CI 1.30-1.45). The increased risk was evident for each of the individual components of the composite outcome. The strengths include the large, matched cohort, propensity score matching, use of two complementary US commercial healthcare databases, extended follow-up period spanning October 2016 to August 2024, and longitudinal design accounting for on-treatment follow-up. The limitations include the reliance on administrative claims and electronic health record data which may be subject to coding errors and misclassification of outcomes, modest median follow-up period of 6.5 months, and lack of individual-level data on medication adherence and dosing which could affect outcome assessment.

**Baydoun (2025)**

This abstract was a real-world comparative study to assess gastrointestinal adverse effects associated with two GLP-1 RAs tirzepatide versus semaglutide in the TriNetX platform. The

cohort consisted of patients through December 3, 2024, using either semaglutide or tirzepatide, and who had not undergone prior bariatric surgery, and had no pre-existing diagnoses associated with adverse effects of either drug. 1:1 propensity score matching was performed on demographics, medical comorbidities, concurrent medication use, BMI, cholesterol, and hemoglobin A1c levels between the cohorts. The primary gastrointestinal adverse effects examined included acute pancreatitis and gastroparesis diagnosed within one year of treatment, while secondary outcomes included cholelithiasis, cholecystitis, nausea and vomiting, diarrhea, constipation, dyspepsia, and hypoglycemia. Among 127,486 patients, individuals using tirzepatide were less likely to experience nausea and vomiting (OR 0.80, 95% CI 0.76-0.84, p<0.001) and constipation (OR 0.89, 95% CI 0.83-0.94, p<0.001) compared to patients using semaglutide. The risks of gastroparesis (OR 1.22, 95% CI 0.98-1.51, p=0.074), diarrhea (OR 0.95, 95% CI 0.89-1.02, p=0.155), and dyspepsia (OR 0.92, 95% CI 0.84-1.01, p=0.073) were not significantly different between the two treatment groups. The strengths include the large real-world cohort with over 254,000 total matched patients from multiple centers, use of propensity score matching, standardized outcome definitions using diagnosis codes, and assessment of multiple gastrointestinal adverse effects. The limitations include the observational design, absence of a non-GLP-1 RA control group, reliance on electronic health record and claims data which may be subject to coding errors and outcome misclassification, cross-sectional analysis at one year which does not capture longer-term adverse events or effects, potential for unmeasured confounding despite propensity score matching, limited follow-up duration which may miss delayed adverse events, and inability to assess medication adherence and actual dosing received by individual patients.

## Crisafulli (2025)[35]

This head-to-head comparative safety study examined gastrointestinal adverse events associated with multiple GLP-1 RAs (dulaglutide, subcutaneous semaglutide, and tirzepatide) in adults with type 2 diabetes from Optum's deidentified Clinformatics Data Mart database from 2019 to 2024. The approach included three pairwise cohorts of 1:1 propensity score-matched patients with type 2 diabetes who initiated dulaglutide, subcutaneous semaglutide, or tirzepatide. The study estimated the risk of a composite gastrointestinal adverse event outcome defined as acute pancreatitis, biliary disease, bowel obstruction, gastroparesis, or severe constipation. In secondary analyses, individual GLP-1 RAs were compared with sodium-glucose cotransporter-2 inhibitors (SGLT-2i). The risk of gastrointestinal adverse events was not significantly different across individual GLP-1 RAs over a median of 6.5 months. When individual GLP-1 RAs were compared with SGLT-2i, each GLP-1 RA was associated with an increased risk for gastrointestinal adverse

events, driven by gastrointestinal motility-related outcomes (semaglutide, HR 1.32, 95% CI 1.16-1.49; tirzepatide, HR 1.73, 95% CI 1.32-2.25; dulaglutide, HR 1.42, 95% CI 1.25-1.62) (Supplemental Table 11). The strengths include the head-to-head comparison of gastrointestinal adverse events among dulaglutide, semaglutide, and tirzepatide in clinical practice using real-world data, propensity score matching, assessment of multiple gastrointestinal events, and inclusion of secondary analyses comparing GLP-1 receptor agonists with SGLT-2i as a reference class. The limitations include the observational design, reliance on claims and electronic health record data subject to coding errors and misclassification, relatively short median follow-up period, potential for unmeasured confounding despite propensity score matching, inability to assess medication adherence and actual doses received by individual patients, and limited generalizability to uninsured populations and non-commercial insurance settings.

### Derington (2025)[36]

This observational study compared 21,790 VA veterans who were started on liraglutide (24.9%), semaglutide (49.7%), and dulaglutide (24.9%) between 2018 to 2021, assessing clinical and safety outcomes over a median ~3 years. For adverse gastrointestinal events, there was no statistically significant difference between GLP-1 RAs (Supplemental eTable 12 and 13), although semaglutide tended towards higher risk for gastroparesis. Strengths include assessment of multiple GLP-1 RAs, inverse probability of treatment weighting, and linkage to national databases. Limitations include predominantly older male population, absence of non-GLP-1 RA comparator groups, and temporal prescribing pattern variations.

### Garg (2025)[37]

This large real-world retrospective cohort study compared gastrointestinal adverse effects and all-cause mortality in 104,947 propensity-matched pairs of adults with type 2 diabetes prescribed GLP-1 RAs versus sodium-glucose cotransporter-2 inhibitors (SGLT-2i) using the TriNetX database (January 2021-December 2022). Compared to users of SGLT-2i, GLP-1 RA users had higher odds of gastroparesis (aOR 1.24, 95% CI 1.11-1.38) and gastroesophageal reflux disease (aOR 1.14, 95% CI 1.11-1.18), but lower odds of ileus (aOR 0.80, 95% CI 0.70-0.91) and acute pancreatitis (aOR 0.76, 95% CI 0.67-0.85). All-cause mortality, myocardial infarctions, and strokes were more favorable in users of GLP-1 RAs. Strengths include large dataset and propensity score matching. Limitations include possible misclassification of gastroparesis and incomplete matching.

**Lovegrove (2025)[38]**

This surveillance study of emergency department visits used the National Electronic Injury Surveillance System-Cooperative Adverse Drug Event Surveillance project to identify emergency visits attributable to medications. Using visits from January 2022 to the end of 2023, based on 551 cases from 82 nationally representative hospitals, an estimated 24,499 emergency department visits (95% CI 17,022-31,976) were attributed to semaglutide adverse events, with 82.6% occurring in 2023. Gastrointestinal effects accounted for 69.3% of visits (nausea and vomiting 57.6%, abdominal pain 25.1%, diarrhea 12.2%), hypoglycemia for 16.5%, and allergic reactions for 5.5%. Hospitalization occurred in 37.6% of hypoglycemia cases and 15.0% of gastrointestinal cases. With over 5 million semaglutide-dispensed patients in 2023, there were under 4 emergency department visits per 1,000 patients. Strengths include nationally representative surveillance data and active case identification. Limitations include reliance on clinician documentation, incomplete comorbidity data, and inability to capture non-emergency department adverse events.

**Mathews (2025)**

This abstract used a retrospective cohort study of GLP-1 and GLP-1/GIP receptor agonist exposures across 3 poison centers from 2005-2023 and identified 152 patients managed in healthcare facilities (130 symptomatic, 22 asymptomatic) after excluding cases involving hypoglycemic co-ingestants, suicidal intent, and home management. Nausea (92%) and vomiting (76%) were the most common symptoms; hypoglycemia occurred in 9% despite no concomitant hypoglycemic agents. Most clinical effects resolved within 8-24 hours and were managed with intravenous fluids (56%) and antiemetics (51%). A higher proportion of asymptomatic patients were exposed to dulaglutide, while more symptomatic patients were exposed to semaglutide. The study reveals most exposures cause mild gastrointestinal symptoms resolving with short-term observation, though hypoglycemia occurred at higher rates than previously reported. Strengths include characterization of emergency department exposures and identification of symptomatic versus asymptomatic patient factors. Limitations include small sample size, retrospective poison center data with recall and reporting bias toward critically ill patients, and voluntary reporting potentially missing total exposures in the region.

**Sarwal (2025)[36]**

This cohort study compared gastrointestinal adverse events among 141,080 veterans with type 2 diabetes initiating GLP-1 RAs (19,765, 14%), sodium-glucose cotransporter-2 inhibitors (SGLT-2i) (75,058, 53.2%), or insulin glargine (46,257, 32.8%) between 2018-

17

2021. Using inverse probability-weighted Cox regression with propensity score adjustment for 56 baseline variables, the study assessed gastroparesis, intestinal obstruction, gallstones, acute cholecystitis, acute pancreatitis, and all-cause mortality. Treatment with GLP-1 RAs was associated with higher risk for gastroparesis versus SGLT-2i (HR 1.65, 95% CI 1.33-2.05) and insulin glargine (HR 1.24, 95% CI 1.02-1.52), but lower mortality risk versus insulin glargine (HR 0.62, 95% CI 0.58-0.66). GLP-1RA initiators continued to have a higher risk of gastroparesis versus SGLT-2i in a sensitivity analysis. Strengths include large national veteran cohort, active-comparator design, and inverse probability weighting with propensity score adjustment. Limitations include predominantly male population, reliance on ICD-10 codes, inability to assess medication adherence, and pooled analysis masking differences among individual agents.

## Summary of AEs in the clinical trials

Based on the available evidence, GLP-1 RAs have been shown to delay gastric emptying. Consistent with the physiological effects of GLP-1 RAs, patients on GLP-1 RAs in clinical trials consistently experienced excess nausea, vomiting, abdominal pain, and discontinuation of the medication. Observational studies further demonstrated excess incidence and risk of GP in patients on GLP1-RAs. Together, these findings support the claim that GLP1-RAs increase the risk of nausea, vomiting, and abdominal pain, mediated in part by delayed gastric emptying, and thereby increases the risk of GP.

## Meta-analysis

The article by **Chiang et al. (2025)**[21] employed a systematic review and meta-analysis of 55 placebo-controlled randomized controlled trials (RCTs), comprising 106,395 participants with type 2 diabetes mellitus (T2DM), overweight/obesity, or NASH/MASLD, to evaluate the safety of GLP-1RAs. Regarding gastroparesis, the meta-analysis found 10 trials that reported the risk of gastroparesis, with a total of 12 events in the treatment group and 5 events in the control group.  The risk of GP with GLP-1RAs was nominally increased but did not reach statistical significance (risk ratio 1.52, 95% CI 0.57–4.03). A strength of the meta-analysis is inclusion of only RCTs and patients with a variety of indications for GLP-1RA. A limitation is that GI adverse events were secondary outcomes and naturally underreported and defined inconsistently across the trials. The authors described the limitations of ascertaining GP, stating that "Given that the diagnosis of gastroparesis requires a high index of clinical suspicion and confirmation with tests such as gastric emptying studies, it is possible that the condition was underdiagnosed or misclassified, potentially leading to underreporting".

18

Upon more detailed review of the REWIND trial data by Gerstein et a. (2019), it appears that Chiang only considered 'serious AE' and not the treatment-emergent AE.  They reported that 9.1% versus 6.3% permanently stopped study drug during follow-up because of an AE. Among treatment-emergent AE, impaired gastric emptying was reported as a treatment-emergent AE in 17 pts in the treatment arm and 6 pts in the placebo arm, higher than the reported rate of serious AE of 1 and 0, respectively,

The meta-analysis by **Wang et al. (2022)**[39] examined new hypoglycemic agents (GLP-1RAs, SGLT2is, and DPP4is) and 91 specific digestive diseases, using data from 21 randomized, placebo-controlled cardiorenal outcome trials. GLP-1RAs was associated with a higher risk of four outcomes: gastric ulcer hemorrhage, pancreatitis, acute cholangitis, and acute cholecystitis. When examining gastroparesis, they identified 3 studies reporting on GP and found 3 events in approximately 12,690 patients in the GLP-1RA arm versus 0 events in the placebo arm, which was a non-significant difference (RR 3.00, 95% CI 0.47–19.04). As with the limitation raised in Chiang, few studies reported on GP, the adverse events are inconsistently captured, and there could be an ascertainment bias.

**Yin et al. (2021)**[40] conducted a meta-analysis of serious adverse events associated with semaglutide in patients with diabetes using the SUSTAIN and PIONEER randomized trials. The study found that semaglutide was linked to an increased risk of diarrhea, but the other gastrointestinal outcomes did not meet significance. In the supplemental tables, there was a trend for intestinal obstruction (RR 4.23, 95% CI 0.85-20.94) and impaired gastric emptying (2.46, 95% CI 0.50-12.15). Several limitations of this study included a study population limited to patients with DM, the original trials were designed for efficacy rather than safety assessments, leading to insufficient statistical power, and the limited follow up time (mostly less than 1 year).

**Moiz et al. (2025)**[11] conducted a meta-analysis of RCTs to assess safety and efficacy of GLP-1 RAs and co-agonists for treatment of obesity or adults that were overweight and without diabetes.  Many of the RCTs analyzed in this analysis are not commercially available in the U.S.  The authors states that "[n]o serious GI disorders, such as bowel obstruction or gastroparesis, were reported." The authors summarized the safety outcomes across studies and GLP-1 RAs in Table 4, describing the excess gastrointestinal adverse events and adverse events leading to treatment discontinuation associated with GLP-1 RAs compared to placebo. Similar to the meta-analysis by Chiang et al., gastroparesis was not a primary endpoint and the publications themselves did not report on gastroparesis.

**Wen (2025)**[41] conducted a meta-analysis looking at publications that were direct comparisons of semaglutide and tirzepatide. The authors reviewed efficacy and safety using four publications (Frias (2021), Heise (2022), Anson (2024), and Rodriguez (2025)). The Rodriguez study is referenced and described above. The authors stated that gastroparesis was not reported in Frias, Heise, and Anson.  Comparative findings for gastroparesis were found in Rodriguez, as detailed above, and this was the only publication that compared adverse event rates of gastroparesis (as evidenced in eTable 4 in Supplemental Materials).

## CONCLUSION

To restate the Requested Analysis stated above: I was asked to conduct a search for and to review the published medical literature to evaluate whether there was an association between the use of GLP-1 medications and development of gastroparesis and if so, to provide my opinion as to the strength of the association. I conducted a review of the studies consistent with the method I set forth above, and based upon this review, the following is my opinion.

There is a real association between GLP-1 RA use and increased risk of drug-related gastroparesis, supported by mechanism and convergent observational evidence, but the exact magnitude of that risk is uncertain due to residual confounding, detection bias, and outcome misclassification that cannot be fully addressed.

I offer all of the opinions set forth above to a reasonable degree of medical and epidemiologic certainty.

**January 1, 2026**

**Ma Somsouk, M.D., MAS, AGAF**

**REFERENCES**

1. Vandenbroucke JP, von Elm E, Altman DG, et al. Strengthening the Reporting of Observational Studies in Epidemiology (STROBE): explanation and elaboration. *Ann Intern Med*. 2007;147(8):W163-194.

2. Lacy BE, Tack J, Gyawali CP. AGA Clinical Practice Update on Management of Medically Refractory Gastroparesis: Expert Review. *Clin Gastroenterol Hepatol*. 2022;20(3):491-500.

3. Staller K, Parkman HP, Greer KB, et al. AGA Clinical Practice Guideline on Management of Gastroparesis. *Gastroenterology*. 2025;169(5):828-861.

4. Aroda VR, Erhan U, Jelnes P, et al. Safety and tolerability of semaglutide across the SUSTAIN and PIONEER phase IIIa clinical trial programmes. *Diabetes Obes Metab*. 2023;25(5):1385-1397.

5. Dahl K, Brooks A, Almazedi F, Hoff ST, Boschini C, Baekdal TA. Oral semaglutide improves postprandial glucose and lipid metabolism, and delays gastric emptying, in subjects with type 2 diabetes. *Diabetes Obes Metab*. 2021;23(7):1594-1603.

6. Hjerpsted JB, Flint A, Brooks A, Axelsen MB, Kvist T, Blundell J. Semaglutide improves postprandial glucose and lipid metabolism, and delays first-hour gastric emptying in subjects with obesity. *Diabetes Obes Metab*. 2018;20(3):610-619.

7. Hiramoto B, McCarty TR, Lodhia NA, et al. Quantified Metrics of Gastric Emptying Delay by Glucagon-Like Peptide-1 Agonists: A Systematic Review and Meta-Analysis With Insights for Periprocedural Management. *Am J Gastroenterol*. 2024;119(6):1126-1140.

8. Jensterle M, Ferjan S, Lezaic L, et al. Semaglutide delays 4-hour gastric emptying in women with polycystic ovary syndrome and obesity. *Diabetes Obes Metab*. 2023;25(4):975-984.

9. Sherwin M, Hamburger J, Katz D, DeMaria S, Jr. Influence of semaglutide use on the presence of residual gastric solids on gastric ultrasound: a prospective observational study in volunteers without obesity recently started on semaglutide. *Can J Anaesth*. 2023;70(8):1300-1306.

10. Pyke C, Heller RS, Kirk RK, et al. GLP-1 receptor localization in monkey and human tissue: novel distribution revealed with extensively validated monoclonal antibody. *Endocrinology*. 2014;155(4):1280-1290.

11. Moiz A, Filion KB, Toutounchi H, et al. Efficacy and Safety of Glucagon-Like Peptide-1 Receptor Agonists for Weight Loss Among Adults Without Diabetes : A Systematic Review of Randomized Controlled Trials. *Ann Intern Med*. 2025;178(2):199-217.

12. Sen S, Potnuru PP, Hernandez N, et al. Glucagon-Like Peptide-1 Receptor Agonist Use and Residual Gastric Content Before Anesthesia. *JAMA Surg*. 2024;159(6):660-667.

13. Silveira SQ, da Silva LM, de Campos Vieira Abib A, et al. Relationship between perioperative semaglutide use and residual gastric content: A retrospective analysis of patients undergoing elective upper endoscopy. *J Clin Anesth*. 2023;87:111091.

14. Nadeem D, Taye M, Still MD, et al. Effects of glucagon-like peptide-1 receptor agonists on upper endoscopy in diabetic and nondiabetic patients. *Gastrointest Endosc*. 2024;100(4):745-749.

15. Garza K, Aminpour E, Shah J, et al. Glucagon-Like Peptide-1 Receptor Agonists Increase Solid Gastric Residue Rates on Upper Endoscopy Especially in Patients With Complicated Diabetes: A Case-Control Study. *Am J Gastroenterol*. 2024;119(6):1081-1088.

16. Huang X, Wu M, Lin J, Mou L, Zhang Y, Jiang J. Gastrointestinal safety evaluation of semaglutide for the treatment of type 2 diabetes mellitus: A meta-analysis. *Medicine (Baltimore)*. 2024;103(21):e38236.

17. Wilding JPH, Batterham RL, Calanna S, et al. Once-Weekly Semaglutide in Adults with Overweight or Obesity. *N Engl J Med*. 2021;384(11):989-1002.

18. Rivera FB, Arias-Aguirre E, Aguirre Z, et al. Evaluating the safety profile of semaglutide: an updated meta-analysis. *Curr Med Res Opin*. 2024;40(9):1495-1514.

19. Kommu S, Berg RL. Efficacy and safety of once-weekly subcutaneous semaglutide on weight loss in patients with overweight or obesity without diabetes mellitus-A systematic review and meta-analysis of randomized controlled trials. *Obes Rev*. 2024;25(9):e13792.

20. Grunvald E, Shah R, Hernaez R, et al. AGA Clinical Practice Guideline on Pharmacological Interventions for Adults With Obesity. *Gastroenterology*. 2022;163(5):1198-1225.

21. Chiang CH, Jaroenlapnopparat A, Colak SC, et al. Glucagon-Like Peptide-1 Receptor Agonists and Gastrointestinal Adverse Events: A Systematic Review and Meta-Analysis. *Gastroenterology*. 2025.

22. Gerstein HC, Colhoun HM, Dagenais GR, et al. Dulaglutide and cardiovascular outcomes in type 2 diabetes (REWIND): a double-blind, randomised placebo-controlled trial. *Lancet*. 2019;394(10193):121-130.

23. Shu Y, He X, Wu P, Liu Y, Ding Y, Zhang Q. Gastrointestinal adverse events associated with semaglutide: A pharmacovigilance study based on FDA adverse event reporting system. *Front Public Health*. 2022;10:996179.

24. Zhang J, Wang X, Zhou Y. Comparative analysis of semaglutide induced adverse reactions: Insights from FAERS database and social media reviews with a focus on oral vs subcutaneous administration. *Front Pharmacol*. 2024;15:1471615.

25. Liu BD, Veccia D, Sun Y, Song G. Some Risks of Gastrointestinal Adverse Events Associated With Glucagon-Like PEPTIDE-1 Receptor Agonists Are Likely Explained by BMI. *Aliment Pharmacol Ther*. 2025;62(1):77-80.

26. Niu C, Sun K, Zhang J, et al. Gastrointestinal and Hepatobiliary Safety of Glucagon-like Peptide-1 Receptor Agonists in Patients with Type 2 Diabetes. *Am J Gastroenterol*. 2025.

27. Aneke-Nash C, Hung KS, Wall-Wieler E, Zheng F, Sharaiha RZ. Comparing the risk of gastroparesis following different modalities for treating obesity: semaglutide versus bupropion-naltrexone versus sleeve gastrectomy - a retrospective cohort study. *BMJ Open Gastroenterol*. 2025;12(1).

28. Sarwal A, Singh R, Wei G, et al. Glycemic therapies and the risk of gastrointestinal adverse events in veterans with type 2 diabetes. *Diabetes Obes Metab*. 2025;27(10):5865-5877.

29. Xie Y, Choi T, Al-Aly Z. Mapping the effectiveness and risks of GLP-1 receptor agonists. *Nat Med*. 2025;31(3):951-962.

30. Sodhi M, Rezaeianzadeh R, Kezouh A, Etminan M. Risk of Gastrointestinal Adverse Events Associated With Glucagon-Like Peptide-1 Receptor Agonists for Weight Loss. *JAMA*. 2023;330(18):1795-1797.

31. Aldhaleei WA, Abegaz TM, Bhagavathula AS. Glucagon-like Peptide-1 Receptor Agonists Associated Gastrointestinal Adverse Events: A Cross-Sectional Analysis of the National Institutes of Health All of Us Cohort. *Pharmaceuticals (Basel)*. 2024;17(2).

32. Kalas MA, Dang TQ, Galura G, et al. Frequency of GLP-1 receptor agonists use in diabetic patients diagnosed with delayed gastric emptying and their demographic profile. *J Investig Med*. 2023;71(1):11-16.

33. Rodriguez PJ, Goodwin Cartwright BM, Gratzl S, et al. Semaglutide vs Tirzepatide for Weight Loss in Adults With Overweight or Obesity. *JAMA Intern Med*. 2024;184(9):1056-1064.

34. Desai A, Petrov J, Hashash JG, et al. Use of glucagon-like peptide-1 receptor agonists for type 2 diabetes mellitus and outcomes of inflammatory bowel disease. *Aliment Pharmacol Ther*. 2024;60(5):620-632.

35. Crisafulli S, Alkabbani W, Paik JM, et al. Comparative Gastrointestinal Safety of Dulaglutide, Semaglutide, and Tirzepatide in Adults With Type 2 Diabetes. *Ann Intern Med*. 2025.

36. Derington CG, Sarwal A, Wei G, et al. Liraglutide vs Semaglutide vs Dulaglutide in Veterans With Type 2 Diabetes. *JAMA Netw Open*. 2025;8(10):e2537297.

37. Garg S, Qapaja T, Hamid O, et al. All-Cause Mortality and Gastrointestinal Adverse Effects in Adults With Type 2 Diabetes on Glucagon-Like Peptide-1 Receptor Agonists vs Sodium-Glucose Cotransporter-2 Inhibitors. *Gastro Hep Adv*. 2025;4(10):100736.

38. Lovegrove MC, Stone ND, Geller AI, Weidle NJ, Lind JN, Cohen PA. U.S. Emergency Department Visits Attributed by Clinicians to Semaglutide Adverse Events, 2022-2023. *Ann Intern Med*. 2025;178(6):898-900.

39. Wang YW, Lin JH, Yang CS. Meta-analysis of the association between new hypoglycemic agents and digestive diseases. *Medicine (Baltimore)*. 2022;101(34):e30072.

40. Yin DG, Ding LL, Zhou HR, Qiu M, Duan XY. Comprehensive analysis of the safety of semaglutide in type 2 diabetes: a meta-analysis of the SUSTAIN and PIONEER trials. *Endocr J*. 2021;68(6):739-742.

41. Wen J, Syed B, Nadora D, et al. Tirzepatide Versus Semaglutide on Weight Loss in Type 2 Diabetes Patients: A Systematic Review and Meta-Analysis of Direct Comparative Studies. *Endocrinol Diabetes Metab*. 2025;8(3):e70045.

# EXHIBIT X

## University of California, San Francisco
## CURRICULUM VITAE

**Name:** Ma Somsouk, MD, MAS, AGAF

**Position:** Professor In Residence
School of Medicine
Dean M. Craig Endowed Chair in Gastrointestinal Medicine

**Address:**

## EDUCATION

| | | | |
|---|---|---|---|
| 1993 - 1997 | Pomona College | B.A. | Magna Cum Laude, Chemistry |
| 1997 - 2002 | Harvard Medical School | M.D. | Medicine |
| 2000 - 2001 | Beijing Medical University | International Fellow | Medicine |
| 2002 - 2005 | UCLA-Harbor Medical Center | Resident | Internal Medicine |
| 2005 - 2008 | University of California, San Francisco | Fellow | Gastroenterology & Hepatology |
| 2006 - 2008 | University of California, San Francisco | M.A.S. | Epidemiology and Statistics |

## LICENSES, CERTIFICATION

| | |
|---|---|
| 2002 | Advanced Cardiac Life Support Certification |
| 2003 | Medical License, CA: A84310 |
| 2003 | DEA Licensure: BS8412483 |
| 2005 | Board Certification, Internal Medicine: F00504862637210906 54 (exp. 2015) |
| 2008 | Board Certification, Gastroenterology: F00504862637210906 54 (exp. 2028) |

## PRINCIPAL POSITIONS HELD

| | | | |
|---|---|---|---|
| 07/2019 - | University of California, San Francisco | Full Professor | Medicine |
| 2014 - 2019 | University of California, San Francisco | Associate Professor | Medicine |
| 2008 - 2014 | University of California, San Francisco | Assistant Professor | Medicine |

## OTHER POSITIONS HELD CONCURRENTLY

| | | | |
|---|---|---|---|
| 07/2009 - | Gastrointestinal Mucosal Biology Core | Director | Medicine |
| 07/2014 - | UCSF, Helen Diller Comprehensive Cancer Center | Core Member | Medicine |
| 07/2016 - | UCSF, Action Research Center (ARC) for Health Equity | Core Faculty | Medicine |
| 07/2021 - | AGA Institute Research Awards Panel | Chair | |
| 07/2021 - | AGA Institute Research Policy Committee | Vice-Chair | |
| 07/2022 - | UCSF CTSI TL1 Pre-doctorate Year-long Inquiry Program | Associate Director | Epidemiology and Biostatistics |

| 01/2024 - | UCSF Learning Health System (LHS) E-STAR Center | Co-Director | Research Education Core |
|---|---|---|---|
| 10/2024 - | UCSF Philip R. Lee Institute for Health Policy Studies | Affiliate Member | |

**HONORS AND AWARDS**

| 1993 | Independent Colleges of Southern California Scholarship | |
|---|---|---|
| 1997 | Outstanding Asian-American Service Award | Pomona College |
| 1997 | Sigma Xi | Pomona College |
| 1997 | Phi Beta Kappa | Pomona College |
| 1997 | Magna Cum Laude | Pomona College |
| 2000 | International Research Scholar Award | China Scholarship Council |
| 2000 | Paul Dudley White/Andrew Sellard Fellowship | Harvard Medical School |
| 2003 | Resident Scholar Award | American Association Study of Liver Disease |
| 2006 | Gastroenterology Research Scholarship | American Gastroenterological Association |
| 2009 | Career Development Award | American Society for Gastrointestinal Endoscopy |
| 2013 | Creative and Novel Ideas in HIV Award | Center for AIDS Research |
| 2016 | Distinction in Mentoring Award - Nomination | UCSF Academic Senate |
| 2016 | AGA Fellow (AGAF) | American Gastroenterological Association |
| 2016 | Dean M. Craig Endowed Chair in Gastrointestinal Medicine | University of California San Francisco |
| 2016 | UCSF Coro Leadership Collaborative | Coro Center for Civic Leadership |
| 2018 | Clinical Leadership Accelerator program | University of California San Francisco |
| 2018 | Peer Review Recognition | American College of Gastroenterology |
| 2019 | TICR Program Award for Excellence in Faculty Advising | University of California San Francisco |
| 2020 | Holly Smith Award for Exceptional Service to the School of Medicine Nominee | University of California San Francisco |
| 2021 | ZSFG Department of Medicine Mentoring Award Nominee | University of California San Francisco |
| 2021 | Summer Explore Short-Term Mentor Award nominee | University of California San Francisco |
| 2022 | UCSF Gastroenterology Faculty Teaching Award | University of California San Francisco |
| 2024 | Castle Connolly Top Doctor | San Francisco Magazine |

**KEYWORDS/AREAS OF INTEREST**

Population health; organized panel management; colorectal cancer screening; HIV inflammation, cure, reservoir; microbial translocation; microbiome, fecal transplant

## CLINICAL ACTIVITIES

**Inpatient Attending:** Gastroenterology Consultation Service 6 weeks per year
**Outpatient Gastroenterology Clinics:** one-half day every 2 week
**Endoscopy Service:** Two one-half days per week (diagnostic and therapeutic endoscopy)
**Gastroenterology On-Call (nights and weekends):** 1 week per 7 weeks (~50 days per year)
**Population Health Center / Colon Cancer Care:** Advisor and expert resource for San Francisco Health Network's cancer screening efforts.

### CLINICAL SERVICES

| | | |
|---|---|---|
| 2008 - present | Gastroenterology Consultation Service | 6 weeks per year |
| 2008 - present | Outpatient Gastroenterology Clinics | 2 x 1/2 day per month |
| 2008 - present | Endoscopy | 2 x 1/2 days per week |
| 2008 - present | Call | 1 week every 7 weeks |
| 2014 - present | Fecal transplantation | as needed |

## PROFESSIONAL ACTIVITIES

### MEMBERSHIPS

| | |
|---|---|
| 2003 - 2010 | American Association for the Study of Liver Disease |
| 2005 - present | American Society for Gastrointestinal Endoscopy |
| 2005 - present | American Gastroenterological Association |
| 2008 - present | American College of Gastroenterology |
| 2015 - present | Fellow of the American Gastroenterology Association |

### SERVICE TO PROFESSIONAL ORGANIZATIONS

| | | |
|---|---|---|
| 2008 - 2008 | American Society for Gastrointestinal Endoscopy Master's Course | Invited faculty |
| 2016 - present | American Gastroenterology Association Research Foundation | Research Awards Panel |
| 2016 - present | National Institutes of Health / NIAID x 2 | Study Section |
| 2018 - 2020 | American Gastroenterology Association Institute Research Scholar Award | Co-Chair |
| 2021 - present | American Gastroenterology Association Institute Research Scholar Award | Chair |
| 2022 - present | American Gastroenterology Association Institute Research Policy Committee | Vice-Chair |

### SERVICE TO PROFESSIONAL PUBLICATIONS

| | |
|---|---|
| 2007 - 2014 | Faculty Member F1000 |
| 2007 - present | Ad-hoc reviewer (Endoscopy) (2) |
| 2007 - present | Ad-hoc reviewer (European J Gastro Hepatology) |
| 2010 - present | Ad-hoc reviewer (American Journal Gastroenterology) (10) |
| 2012 - present | Ad-hoc reviewer (Journal of Infectious Disease) (4) |
| 2013 - present | Ad-hoc reviewer (Clinical Gastro and Hepatology) (9) |
| 2013 - present | Ad-hoc reviewer (Cancer, Epidemiology, Biomarkers, and Prevention) (5) |

2013 - present   Ad-hoc reviewer (Plos One) (4)

2014 - present   Ad-hoc reviewer (AIDS) (3)

2015 - present   Ad-hoc reviewer (BMC Gastroenterology) (2)

2015 - present   Ad-hoc reviewer (Journal of Clinical Investigation)

2015 - present   Ad-hoc reviewer (Cellular Microbiology)

2016 - present   Ad-hoc reviewer (Plos Pathogens x 2)

2016 - present   Ad-hoc reviewer (Nature Microbiology x 1)

2017 - present   Ad-hoc reviewer (Journal of AIDS x 4)

2017 - present   Ad-hoc reviewer (Mucosal Immunology x 2)

2017 - present   Ad-hoc reviewer (Gastroenterology x 8)

2018 - present   Ad-hoc reviewer (Cancer Research x 4)

2019 - present   Ad-hoc reviewer (Am J Prev Med x 2)

2019 - present   Ad-hoc reviewer (Clin Transl Gastro x 2)

2019 - present   Ad-hoc reviewer (Nature Communications x 3)

2020 - present   Ad-hoc reviewer (J Natl Cancer Insti x 2)

2020 - present   Ad-hoc reviewer (JAMA Open Network x 3)

2020 - present   Ad-hoc reviewer (Journal General Internal Medicine) (4)

2023 - present   Ad-hoc reviewer (Cancer) (2)

## INVITED PRESENTATIONS - NATIONAL

| Year | | |
|---|---|---|
| 2008 | Ascites Improves Upon Serum Sodium and MELD for Predicting Short-Term Mortality in Patients with Advanced Liver Disease. American Association for the Study of Liver Disease, Digestive Disease Week; May 19. San Diego, CA. | Lead Author |
| 2009 | Cost Analysis of Obscure Gastrointestinal Bleeding Strategies. American Society for Gastrointestinal Endoscopy Masters Series Course, Obscure Gastrointestinal Bleeding; March 27-28. Oak Brook, IL. | Lead Author |
| 2012 | Colonic Epithelial Cell Proliferation Is Elevated in Untreated HIV Infection and May Not Normalize During Suppressive Antiretroviral Therapy. Conference on Retroviruses and Opportunistic Infections. March 5-8. Seattle, WA. | Lead Author |
| 2013 | Protective effect of open access colonoscopy against the development of right and left sided colon cancers. Digestive Disease Week. May 18-21. Orlando, FL. | Principal Investigator |
| 2014 | Improving colorectal cancer screening in the safety-net using mailed FIT. World Endoscopy Organization Expert Working Group. May 2. Chicago, IL. | Investigator |
| 2015 | Adoption of FIT and transition to centralized panel management in a safety net system. World Endoscopy Organization Expert Working Group. May 15. Washington, DC. | Investigator |
| 2016 | Reconstitution of the microbiome during HIV infection. Conference on Retroviruses and Opportunistic Infections. February, 2016. Boston, MA. | Lead Author |
| 2016 | Microbiome R&D and Business Collaboration Forum | Speaker |
| 2016 | Enhancing Participation in Colorectal Cancer Screening among South Asians. ADS Seminar, CDC. Atlanta, GA. | Speaker |

| | | |
|---|---|---|
| 2016 | Building an Academic Gastroenterology and Hepatology Program. University of Alabama at Birmingham. | Speaker |
| 2017 | Organized approaches to colorectal cancer screening. Palo Alto Medical Foundation, Sunnyvale. 80% by 2018 California Colorectal Cancer Rountable. | Speaker |
| 2017 | Organized approaches to colorectal cancer screening. California Endowment, Los Angeles. 80% by 2018 California Colorectal Cancer Roundtable. | Speaker |
| 2017 | Improving health of vulnerable populations in the digital health era. Harbor-UCLA Medical Center. April 25. Torrance, CA. | Speaker |
| 2017 | Mailed FIT to Improve Colorectal Cancer Screening in an Integrated Safety-Net System. Digestive Disease Week, Research Forum. | Speaker |
| 2017 | Effectiveness and cost of an organized FIT outreach program to improve colorectal cancer screening. Kaiser Permanente Center for Health Research, Research Webinar. | Speaker |
| 2019 | Microbial therapeutics and opportunities in HIV. 5th International Workshop on Microbiome in HIV Pathogenesis, Prevention and Treatment, NIH. | Speaker |
| 2019 | Effectiveness and cost of an organized FIT outreach program to improve colorectal cancer screening. Center for Disease Control and Prevention. Atlanta, GA | Speaker, discussant |
| 2019 | Workshop on Mailed FIT. National Colorectal Cancer Roundtable (NCCRT). Baltimore, MD | Speaker, discussant |
| 2020 | Targeted Programs to Optimize FIT Screening in the FQHCs and Safety Net hospitals. Western Colorectal Cancer Consortium Conference, Davis CA, 2020 | Speaker, discussant |
| 2020 | Reigniting Colorectal Cancer Screening As Communities Face And Respond To The COVID-19 Pandemic: A Playbook | Speaker, discussant |
| 2021 | California Colorectal Cancer Screening Engagement Meeting: Building Collaborative Efforts to Improve Colorectal Cancer Screening in California's Medi-Cal Patients. Reducing and removing barriers for patients to complete colonoscopies – a systems approach | Speaker |
| 2021 | California Colorectal Cancer Screening Engagement Meeting: Building Collaborative Efforts to Improve Colorectal Cancer Screening in California's Medi-Cal Patients. Improvements in Data Acquisition and Sharing – Prelude to Enhanced Reporting Requirements for the newly added CMS CRC screening quality measure in Medi-Cal patients | Moderator |
| 2021 | Western Colorectal Cancer Consortium Conference (WC4) | Speaker |
| 2022 | CureTalks: Early Age Onset Colorectal Cancer – Trends and Challenges. https://www.curetalks.com/early-age-onset-colorectal-cancer-trends-and-challenges/ | Discussant |
| 2023 | Western California Colorectal Cancer Coalition (C4) symposium in Portland, OR. Completing the Colonoscopy: Integrated Health System Approaches. | Speaker |
| 2024 | Western California Colorectal Cancer Coalition (C4) symposium in Davis, CA. Optimizing colonoscopy completion rates. Oct, UC Davis, 2024 | Speaker |
| 2025 | Digestive Disease Week: Innovative Tools & Technologies to Integrate Evidence-Based Care: DIRECT PATIENT OUTREACH IN COLORECTAL CANCER SCREENING, DDW, San Diego. | Invited Speaker |

| 2025 | Digestive Disease Week: Innovative Tools & Technologies to Integrate Evidence-Based Care: Panel Discussant | Invited Discussant |

**INVITED PRESENTATIONS - REGIONAL AND OTHER INVITED PRESENTATIONS**

| 2006 | UCSF Grand Rounds | Emerging Technologies in Obscure Gastrointestinal Bleeding |
| 2006 | Gastroenterology Research Group | Research Study Proposal at Methodologies in Healthcare Outcomes in Gastroenterology |
| 2007 | UCSF GI Grand Rounds | Prediction and Prevention of Variceal Hemorrhage |
| 2008 | UCSF GI Grand Rounds | Virtual Colonoscopy for Colorectal Cancer Screening |
| 2008 | UCSF GI Grand Rounds | Basic Biostatistics |
| 2009 | UCSF GI Grand Rounds | Prognostic Models in Advanced Liver Disease |
| 2009 | UCSF Internship Half-Day | Gastrointestinal Bleeding |
| 2009 | ASGE Masters Course | Cost Analysis of Obscure Gastrointestinal Bleeding Strategies |
| 2010 | UCSF CME - May | Advances in Internal Medicine: Update on Helicobacter pylori |
| 2010 | UCSF CME - June | Advances in Internal Medicine: Update on Helicobacter pylori |
| 2010 | SFGH DOM Grand Rounds | HIV-Associated Malignancies: The Case for Colorectal Cancer |
| 2011 | UCSF GI Grand Rounds | Simple Statistics: How to Interpret the Literature? |
| 2012 | UCSF HIV Grand Rounds | HIV, Enteropathy, and Risk of Colorectal Cancer |
| 2012 | UCSF CFAR Research Symposium | Gut Epithelial Barrier Dysfunction is Associated with Untreated HIV Infection and Impaired CD4 T cell Recovery |
| 2012 | UCSF GI Grand Rounds | HIV-Associated Inflammation: A Consequence of Intestinal Epithelial Dysfunction? |
| 2012 | UCSF Division of Experimental Medicine Inter-Lab Meeting | Intestinal Epithelial Dysfunction during Chronic HIV Disease |
| 2013 | UCSF GI Grand Rounds | Study Design and Statistics |
| 2013 | UCSF DIvision of Experimental Medicine Inter-Lab Meeting | Intestinal Epithelial Dysfunction is Associated with Systemic Immune Activation |
| 2014 | UCLA Harbor Medicine Grand Rounds | HIV disease through the scope of a gastroenterologist |
| 2015 | UCSF Division of Experimental Medicine Inter-Lab Meeting | Reconstitution of the gut microbiome to reduce systemic inflammation during treated HIV infection |
| 2015 | California Pacific Med Ctr Gastroenterology Grand Rounds | Microbial dysbiosis and immune dysfunction during HIV: Cause and Effect |
| 2015 | Northern California Society for Clinical Gastroenterology | Colon Cancer Updates from Digestive Disease Week |
| 2015 | Center for Vulnerable Populations | Centralizing Patient Panel Management for Colon Cancer Screening in the Safety Net |

| | | |
|---|---|---|
| 2015 | International AIDS Society - CNIHR | Effect of epithelial dysfunction on microbial dysbiosis and HIV inflammation and persistence |
| 2015 | UCSF GI Grand Rounds | Microbial dysbiosis and immune dysfunction during HIV infection |
| 2015 | Women's Interagency HIV Study (WIHS) Science Seminar | Reconstitution of the microbiome to reduce systemic inflammation during treated HIV infection |
| 2015 | Internal Medicine Resident Conference | Colon cancer screening |
| 2015 | India Community Center | Colorectal cancer screening and the South Asian community |
| 2015 | Cancer Control Program Mini-Retreat | SF CANcer Initiative - Colon Cancer |
| 2016 | AIDS Clinical Trials Group (ACTG): Microbiome Focus Group | Reconstitution of the microbiome to reduce systemic inflammation during treated HIV infection |
| 2016 | UCSF GI Grand Rounds | How to write a grant? |
| 2016 | UCSF ID Grand Rounds | HIV and the microbiome |
| 2016 | Positive Force - San Francisco AIDS Foundation | HIV, the gut, and the microbiome |
| 2016 | UCSF GI Grand Rounds | Gut epithelial dysfunction and microbial dysbiosis in HIV |
| 2016 | UCSF Catalyst Award for Digital Health | Transforming Training through ProLog |
| 2016 | Asian American Research Center on Health (ARCH) Symposium | Improving Colorectal Cancer Screening in South Asian Americans |
| 2017 | UCSF Minority Training Program Cancer Control Research | Reducing the Burden of Colorectal Cancer |
| 2017 | UCSF SF CAN - Executive Advisory Committee | Colorectal cancer task force |
| 2017 | UCSF Advances in Cardiovascular Medicine | Microbiome and Cardiovascular Disease |
| 2018 | UCSF GI Grand Rounds | Interventions to Improve Colorectal Cancer Screening and Follow-Up |
| 2018 | San Francisco Bay Area Collaborative Research Network | Using mHealth and other technologies to improve colorectal cancer screening and follow up |
| 2018 | Asian Health Symposium | Colorectal Cancer Screening: A Focus on Asians |
| 2020 | UCSF Medicine Grand Rounds | Updates in Colorectal Cancer Screening |
| 2021 | UCSF Medicine Grand Rounds | Updates in Colorectal Cancer Screening |
| 2022 | UCSF RFPC QI Conference | Organized Screening using Fecal Immunochemical Test |

## CONTINUING EDUCATION AND PROFESSIONAL DEVELOPMENT ACTIVITIES

| | |
|---|---|
| 2008 | Digestive Disease Week, San Diego, CA |
| 2009 | Digestive Disease Week, Chicago, IL |
| 2009 | AASLD Liver Meeting, Boston, MA |
| 2010 | Digestive Disease Week, New Orleans, LA |

| 2011 | 18th Conference on Retroviruses and Opportunistic Infections, Boston, MA |
| 2012 | 19th Conference on Retroviruses and Opportunistic Infections, Seattle, WA |
| 2012 | Digestive Disease Week, San Diego, CA |
| 2013 | 20th Conference on Retroviruses and Opportunistic Infections, Atlanta, GA |
| 2013 | Digestive Disease Week, Orlando, FL |
| 2013 | International AIDS Society, Kuala Lumpur, Malaysia |
| 2014 | 21st Conference on Retroviruses and Opportunistic Infections, Boston, MA |
| 2014 | Digestive Disease Week, Chicago, IL |
| 2014 | International AIDS Society, Melbourne, Australia |
| 2014 | Therapeutic Innovations in Microbiome Research and Technology, Chicago, IL |
| 2015 | Digestive Disease Week, Washington, DC |
| 2015 | International AIDS Society, Vancouver, Canada |
| 2015 | American College of Gastroenterology, Honolulu, HI |
| 2016 | 23nd Conference on Retroviruses and Opportunistic Infections, Boston, MA |
| 2016 | Digestive Disease Week, San Diego, CA |
| 2016 | Coro Leadership Collaborative, San Francisco |
| 2017 | Digestive Disease Week, Chicago, IL |
| 2018 | UCSF Clinical Leadership Accelerator program, San Francisco |
| 2019 | Digestive Disease Week, May, Annually |

**GOVERNMENT AND OTHER PROFESSIONAL SERVICE**

| 2015 - 2018 | AIDS Clinical Trials Group | Microbiome Focus Group Panel Member |
| 2016 - 2016 | National Institutes of Health / NIAID | Study Section |
| 2016 - 2016 | NIH/NIAID: Special Emphasis Panel ZRG1 F17-M | Study Section |
| 2016 - 2020 | California Association of Public Hospital/Safety-Net Institute | Metric Steward |
| 2016 - 2021 | American Gastroenterology Association (AGA) Institute Research Awards Panel | Member |
| 2017 - 2017 | LA Dept of Health Services Colorectal Cancer Screening Workgroup - Heather Bennett Schickedanz, MD | Consultant |
| 2017 - 2018 | Cancer Care Ontario ColonCancerCheck - Catherine Dubé, MD & Nicole Moleschi | Consultant |
| 2019 - 2019 | AGA Research Scholar Award Oversight Council | Lead |
| 2019 - 2020 | ClinicAI (https://www.clinicai.com/) | Scientific Advisory Board |
| 2021 - 2021 | NIH NIDDK HIV Pathogenesis and Reservoirs | Study Section |
| 2021 - 2021 | NIH NCI Special Emphasis Panel (SEP), NCI Program Project V (P01) | Study Section |
| 2021 - 2025 | AGA Institute Research Policy Committee | Vice-Chair |
| 2021 - 2025 | AGA Institute Research Awards Panel | Chair |

| 2023 - 2023 | PCORI's Existing Interventions and Emerging Innovations in Health (EI) panel | Study Section |
| 2023 - 2023 | NIH NIDDK Special Emphasis Panel RFA DK-22-039 (Pathogenesis TEAMS) | Study Section |
| 2025 - 2025 | AGA Committee @ Digestive Disease Week: Performance Metrics, Process Improvement, Quality Improvement and Implementation | Vice Chair |

# UNIVERSITY AND PUBLIC SERVICE

## SERVICE ACTIVITIES SUMMARY

I have served in several leadership positions at the American Gastroenterology Association (AGA). Since 2016, I served as a member of the Research Awards Panel to review research proposals. In 2018, I served as co-chair on the panel, then served as Chair-Elect in 2021, and I am currently serving as Chair of the Research Awards Panel and Vice-Chair of the Research Policy Committee. My responsibility is to oversee $2.75 million to fund research activities and mechanisms to support students, fellows, and early investigators. In addition, we develop partnerships and create awards to support the needs of the GI research agenda. Annually, our panel awards 6 research scholar awards ($300K each), 4 pilot awards ($40K each), 2 specialty awards ($140K total), 36 abstract awards, 6 summer undergraduate research fellowships, 6 year-long undergraduate scholar program, and a fellowship to faculty transition award ($130K). To achieve these ends, I oversee up to 60 total reviewers with approximately 25% turnover each year. At our AGA Digestive Disease Week national conference, I serve as a speaker and panel discussant, chair topical sessions, host a luncheon for panel members, and host trainee and mentoring panels for awardees.

Campus-wide, I support several training grants as a faculty member (T32 for post-doctoral researchers in gastroenterology, CTSI TL1 for predoctoral students, and P30 from AHRQ and PCORI for post-doctoral learning health systems scholars). For the TL1 program, I was appointed by the Clinical Translational Science Institute (CTSI) at UCSF to serve as Associate Director of the CTSI Yearlong Inquiry Program; this program mentors UCSF students from all schools who have decided to focus an additional year in clinical investigation. In 2024, I was invited to Co-Lead the Research Education Core for the UCSF Learning Health System (LHS) Embedded Scientist Training and Research (E-STAR) Center Scholars program. In the DOM, I have participated in multiple search committees (e.g., Chief of Division of General Internal Medicine at ZSFG, Chief of Division of Gastroenterology at SFVAMC, faculty recruits at ZSFG, director position at CTSI). I have been a longstanding member of the UCSF Promotions Subcommittee since 2017. As a member of the Helen Diller Comprehensive Cancer Center, I have served as a co-lead for the colorectal cancer task force for the SF Cancer Initiative, a collective impact campaign to reduce the burden of cancer throughout the city and county of San Francisco.

Outside of UCSF, I provide expert advice to clinical leaders in the area of colorectal cancer screening. I previously served as a metric steward for the Medicaid waiver program; specifically, I developed the metric for colonoscopy follow-up of abnormal stool-screening test results. This metric was employed by the CA Healthcare Safety-Net Institute for Public Hospital Redesign and Incentives in Medi-Cal (PRIME). The waiver provided California's public healthcare systems with up to $3.2 billion in funding if all targeted metrics were met. In addition, after leading a CDC-funded randomized trial in the San Francisco Health Network, demonstrating the effectiveness of a centrally organized outreach program using mailed stool kits, the National Cancer Institute Evidence-Based Cancer Control Program (EBCCP, Somsouk, Project ID: 35175392) selected our intervention for its effectiveness and hosts our material for public access.

## UCSF CAMPUSWIDE

| 2015 - 2016 | CTSI: Mentor Training Program (video: http://www.kaltura.com/tiny/a9l84) | Contributor |
| 2019 - 2024 | K12 Learning Health Systems Program Faculty | Mentor |
| 2019 - present | Emerging Scholars Program Faculty, Philip R. Lee Institute for Health Policy Studies (IHPS) | Mentor |

| 2022 - present | NIH NCATS: CTSI Yearlong Inquiry Program for pre-doctoral researchers | Associate Director |
| 2024 - present | NIH P30 Learning Health Systems Embedded Scientist Training and Research (E-STAR) Center Scholars program | Co-Lead |

**SCHOOL OF MEDICINE**

| 2014 - 2014 | Resource Allocation Program (RAP) Award | Grant Reviewer |
| 2022 - 2022 | Research and Academic Building: Occupant Conduct Workgroup | Member |

**DEPARTMENTAL SERVICE**

| 2009 - 2016 | UCSF Internal Medicine Residency Program | Interviewer |
| 2008 - present | UCSF GI Fellowship Program | Interviewer |
| 2008 - 2008 | SFGH Endoscopy room optimization and safety | Committee Chair |
| 2010 - 2010 | UCSF GI Fellowship Compliance with Continuity Clinic | Committee Chair |
| 2011 - 2011 | SFGH Implementation of Direct Access for Colonoscopy | Committee Member |
| 2011 - 2011 | SFGH Business Plan for Adopting Fecal Immunochemical Test | Committee Member |
| 2015 - 2015 | Quality and Safety Innovation Challenge: Improving Colorectal Cancer Screening | Presenter |
| 2014 - 2016 | UCSF Internal Medicine - Molecular Medicine | Interviewer |
| 2015 - 2017 | UCSF ID Fellowship Program | Interviewer |
| 2015 - present | UCSF San Francisco Cancer Initiative (SF-CAN): Colorectal Cancer | Task Force Lead |
| 2015 - present | UCSF San Francisco Cancer Initiative (SF-CAN) | Steering Committee |
| 2017 - present | UCSF DOM Promotions Subcommittee | Committee Member |
| 2020 - 2021 | UCSF DOM Search Committee for Chief of Division of General Internal Medicine | Committee Member |
| 2021 - 2022 | UCSF DOM Search Committee for Chief of Division of Gastroenterology at SFVAMC | Committee Member |
| 2023 - 2024 | UCSF DOM Search Committee for Assistant Professor in Division of Gastroenterology at ZSFG | Committee Member |
| 2024 - 2024 | UCSF CTSI Search Committee for Faculty Director for the Pilot Awards Program | Committee Member |
| 2024 - 2025 | UCSF DOM Search Committee for Medical Director of Quality and Safety | Committee Member |

**COMMUNITY AND PUBLIC SERVICE**

| 2014 - 2014 | AIDS and Cancer Specimen Resource Young Investigator Pilot Award | Award Committee |
| 2015 - 2015 | National Council of Asian Pacific Islander Physicians: Student Health Trust - Road to careers in primary care medicine | Physician mentor |
| 2015 - 2016 | India Community Center | Speaker |
| 2012 - 2014 | Starr King Elementary School - Boys' Soccer | Coach |
| 2015 - 2019 | Starr King Elementary School - Girls' Soccer | Head Coach |
| 2018 - 2019 | Starr King Elementary School - Boys' Basketball | Coach |

| 2015 - 2020 | California Association of Public Hospitals and Health Systems | PRIME Metric Steward |
| 2017 - 2018 | Cancer Care Ontario ColonCancerCheck - Catherine Dubé, MD; Nicole Moleschi (https://www.cancercareontario.ca/en/types-of-cancer/colorectal/screening/fit-instructions, https://www.cancercareontario.ca/FITHub) | Advisor |
| 2017 - 2017 | LA Dept of Health Services Colorectal Cancer Screening Workgroup - Heather Bennett Schickedanz, MD | Consultant |
| 2020 - present | Organized outreach to improve colorectal cancer screening via FIT mailing - San Francisco Community Clinic Consortium | Advisor |
| 2023 - 2023 | NIH National Cancer Institute Evidence-Based Cancer Control Program (EBCCP, Somsouk, Project ID: 35175392) | Program Developer |
| 2023 - 2024 | Researching COVID to Enhance Recovery (RECOVER Long-Covid Initiative). Gastrointestinal Tissue Work Group to develop national tissue bank. | Committee Member |

## CONTRIBUTIONS TO DIVERSITY

Diversity, per the University of California Academic Personnel Manual, refers to "the variety of personal experiences, values, and worldviews that arise from differences of culture and circumstance." I will describe how my lived experience and record as a clinician, educator, and faculty member have promoted diversity and equal opportunity.

*Lived Experience:* My family fled Laos in 1980, and we resided in a refugee camp in Thailand for one year prior to emigrating to Los Angeles. We arrived with little, both parents worked, and my dad worked two jobs. My lived experiences give me perspective on everyone's journey, and the need to establish equitable opportunities and inclusivity. These principles permeate the way I work with trainees, faculty, staff, and patients. I chose to train and practice in the safety-net system for my residency, fellowship, and faculty position. I speak Mandarin, having lived in Beijing for one year as an international fellow, and I speak Spanish. Both languages are used daily during my clinical practice at ZSFG.

*Mentoring Activities:* I have mentored and advocated for trainees from underrepresented groups. As an example, to support one GI fellow I mentored at UCSF, I obtained a diversity supplement for their T32 position. That individual subsequently received a K-award, was recruited to another institution, and now has an R01 and an Endowed Chair in Health Equity Research. Other mentoring settings include scholars in the Population Health and Health Equity Scholars and the Minority Training Program in Cancer Control Research. I have received multiple teaching awards and nominations (see statement on teaching). I promote diversity and equal opportunity in my role as Assoc Director of the Year-Long Inquiry Program and as Co-Lead of the Learning Health System research education core.

*Research Activities:* My major clinical research endeavor is to leverage our digital health infrastructure to improve the cancer screening continuum. In this work, I am mindful of existing disparities, and when considering interventions, I capture data on social determinants and include patient and provider voices such that we develop and adopt practices that increase equitable access for all. I am a core faculty member in the Action Research Center for Health Equity, previously the Center for Vulnerable Populations.

*Committee Service:* I chair the Research Awards Panel and co-chair the Research Policy Committee on behalf of the American Gastroenterological Association. In my role, I add my voice to steward funds that support students, trainees, early faculty, and other recipients to advance the field of gastroenterology. Diversity and equity factors are considered in the research and awards processes.

*Other Activities:* I have served on search committees (Chief of Division of General Internal Medicine at ZSFG, Chief of Gastroenterology at SFVAMC, etc.) and on the promotions committee. I am familiar with UCSF's priority to promote diversity and reduce bias. I co-lead the colorectal cancer task force for SF CAN, an initiative that seeks to reduce the burden of cancer in the City and County of San Francisco. Through SF CAN, I work with leaders at the DPH and Community Clinic Consortium to improve screening and follow-up in marginalized, underserved, and vulnerable populations.

*Planned Activities:* Diversity is a defining feature of California and UCSF. I intend to continue the existing activities that will enhance campus diversity and equity efforts.

## TEACHING AND MENTORING
### TEACHING SUMMARY
While formal teaching and coursework are not a key component of my profile, I am a devoted teacher, whether advising individuals in their careers, involving trainees in research programs, or clinical education through clinical problem-solving and acquisition of technical and procedural skills. All in all, I am dedicated to the development of future generations of clinicians, investigators, and leaders. I see myself as an educator and role model when I provide clinical services and supervise endoscopic procedures, outpatient consultations, and inpatient consultations. As a testament to my teaching, in 2022, the gastroenterology fellows selected me for the UCSF Gastroenterology Faculty Teaching Award. My MedHub scores are uniformly positive, averaging over 4.9 across all categories with > 26 evaluations.

Outside of my clinical supervision and teaching, I have taught students in other settings. As a junior faculty, I led sections linked to formal courses such as Clinical Epidemiology (via Dept. Epidemiology and Statistics), Metabolism and Nutrition (medical student curriculum), and Designing Clinical Research (multiple summer and online courses). Concurrently, I provide individualized teaching and mentoring. I lead a journal club with gastroenterology fellows, at times research seminars, and lecture on epidemiology and statistics. Since 2022, I was selected by CTSI to serve as Associate Director of the Year Long Inquiry Program (YIP), a program that supports pre-doctoral students from all UCSF schools who are dedicating at least one year towards translational science. In 2024, I was invited to co-lead the research education core for the new UCSF Learning Health Systems Embedded Scientist Training and Research (E-STAR) Center Scholars program. The E-STAR training program consists of coursework, an LHS workshop, Lean and A3 training, Engagement Science seminars, works-in-progress seminars, and career development workshops and skills.

### MENTORING SUMMARY
In addition to research, my most significant role at UCSF is to mentor trainees, faculty, and investigators. Research and mentoring are strongly intertwined, and I will highlight ways and settings where I provide mentorship.

I have mentored multiple trainees from diverse programs and underrepresented groups in clinical investigation and implementation science and translational science. I have supported trainees, scholars, and faculty members in the form of obtaining T32 diversity supplements and other financial support (grants, pilot awards, funding for education). I mentor individuals in the National Clinical Scholars Program, the Population Health and Health Equity Program, and the ZSFG Kaizen Promotion Office physician fellowship program. In addition to junior faculty, I mentor medical students in the Summer Explore and Deep Explore program, residents in Internal Medicine, and fellows in gastroenterology (see table below). Mentees have been promoted as health system leaders and have disseminated their work in the form of first-author publications.

Beyond individualized mentoring relationships, I have supported settings and taken on leadership positions to support a pipeline of scholars. These roles involve the CTSI Year Long Inquiry Program (YIP) and the Learning Health System E-STaR Center. I have received or been recognized as a nominee for several mentoring awards (2019 TICR Program Award for Excellence in Faculty Advising, 2021 ZSFG Department of Medicine Mentoring Award Nominee, 2021 Summer Explore Short-Term Mentor Award nominee).

## RESEARCH AND CREATIVE ACTIVITIES
I have been involved in and conducted research across multiple research topics. My initial training in chemistry and basic science provided me the background to engage lab scientists. I direct a gastrointestinal (GI) mucosal biology core and collaborate with basic and translational science investigators, utilizing GI mucosal samples to advance our understanding of disease pathogenesis. This effort has provided over 1,500 samples to more than 30 labs over 15 years. These samples inform our understanding of the HIV reservoir in the gut, alterations in the microbiome during disease states, persistence of COVID-19 and long-Covid, inflammatory bowel disease (IBD), colorectal cancer, and even psoriasis. The gastrointestinal compartment offers an opportunity to study microbial and viral-epithelial-immune interactions and how they affect mucosal immune response and systemic inflammation. In addition, I have led clinical trials in primary care settings. More details below about my funded research program.

**Improve Colon Cancer Screening Continuum.** My implementation science research program has been supported by the CDC, NIH, SF Cancer Initiative, California Department of Public Health, and the Cancer Care Alliance. I have led a pragmatic trial randomizing over 10,000 to study the effectiveness of a centrally organized population health outreach campaign using a mailed fecal immunochemical test kit to improve colorectal cancer screening (NCT02613260). Because of our published results, NCI listed our "Organized Outreach Using Mailed FIT for Colorectal Cancer Screening" on their Evidence-Based Cancer Control Program website, making interventional and educational resources available (NCI, EBCCP, https://ebccp.cancercontrol.cancer.gov/programDetails.do?programId=35175392). As Co-PI on a current NCI R01, we have implemented a multilevel intervention to improve the follow-up of patients after abnormal stool-based screening tests. Another research agenda focuses on 'provider intent' to offer screening, with the broad goal of helping guide automated invitations to increase screening. I am also the colorectal cancer task force co-leader with Dr. Michael Potter for an initiative called SF-CAN. Through this initiative, we hope to reduce the population burden of cancer in the City of San Francisco. We have also advised the national health authorities in Mexico on strategies to adopt and expand colorectal cancer screening, and recently, we were awarded an NCI grant to test the strategies in Monterey, Mexico. In the past, I have served as the metric steward for the Medicaid Waiver program directed by the California Healthcare Safety-Net Institute (2016-2020). I continue to support state-level efforts, including current efforts by Medicaid and Covered California to prioritize and incentivize colorectal cancer screening through their payers.

**Viral Pathogenesis and the GI Tract.** Two of the most important HIV research agendas include efforts to reduce HIV-associated inflammation and HIV cure through the eradication of the HIV reservoir. Since the mucosal immune compartment is a primary site of HIV pathogenesis, a driver of immune activation and their inflammatory consequences, and since immune activation contributes to the size of the HIV viral reservoir, my prior NIH-funded research program examines the interaction between the microbiome, intestinal epithelial barrier, and underlying mucosal immune cells, and how they contribute to inflammation and HIV persistence. Currently, I am co-PI on an R01 to develop intestinal epithelial organoids from HIV-infected individuals to identify the roots of epithelial dysfunction. I am a co-investigator on HIV vaccine studies, CMV infection, and establishing a Covid-19 tissue bank to study reservoirs in the gut. Since 2021, I have supported the effort to understand the persistence of Covid-19 in tissues (medRxiv, 2023; Science Transl Med, 2024).

**Director of GI Mucosal Biology Core.** Since 2006, I have been involved in and eventually established the GI Mucosal Biology Core with the broad goal of providing consultation, technical expertise, and biological specimens derived from the intestinal mucosa. We have active collaborations with Drs. Steve Deeks, Michael Peluso, and Steve Yukl in the UCSF HIV Division, Dr. Peter Hunt and Tim Henrich in the Division of Experimental Medicine, Drs. Nadia Roan and Melanie Ott at the Gladstone Institute, and Dr. Barbara Shacklett, a mucosal immunologist at UC Davis, among others. To date, we have obtained over 1,500 sigmoid and ileal GALT tissues on over 600 individuals. This has resulted in unique studies of viral persistence (HIV and Covid-19) in the ileum and the use of intestinal stem cells to create enteroids to study inflammatory bowel disease. Our tissue infrastructure supports industry efforts with a longstanding collaboration with Dr. Mary Keir at Genentech studying cytokine effects on epithelial enteroids. In sum, we have advanced pathogenesis studies by using intestinal biospecimens and expertise at UCSF for the study of HIV, Covid-19 infection, autoimmunity, dysbiosis, and systemic inflammation.

**Clinical Trials.** In addition to serving as a co-investigator in clinical trials, I have led clinical trials. I have led a randomized trial enrolling over 10,000 to study the effectiveness of a centrally organized population management outreach campaign using a mailed fecal immunochemical test kit to improve the completion of colorectal cancer screening (NCT02613260). As Co-PI on a current NCI R01, we designed a 2x2 factorial multilevel intervention to improve the follow-up of patients after abnormal stool-based screening tests. I have been the UCSF Site PI on several industry-sponsored trials; currently, we are enrolling patients for a blood-based cancer screening study for Freenome. I have also conducted investigator-initiated trials (NCT01090102, NCT02256592).

**RESEARCH AWARDS - CURRENT**

1. R01 DK123746 — Co-PI — 10 % effort — Ott (PI)

   NIH/NIDDK (NCE) — 12/01/2019 — 11/30/2025

   Modeling intestinal dysfunction in HIV infection with organoid technology — $ 177,297 direct/yr 1 — $ 1,100,943 total

   The goal of the study seeks interdisciplinary studies on the effects of Human Immunodeficiency Virus (HIV) or its treatment with the Gastrointestinal (GI) tract. The emphasis is on fundamental mechanisms within the GI tract that impact HIV infection and persistence, GI immune or microbial homeostasis, enteropathy, disease progression, and the development of important comorbidities.

2. R01-CA12786285 — Co-PI — 20 % effort — Sarkar/Somsouk (PI)

   NIH/NCI R01 (Score 18, 2nd %'ile) — 04/01/2022 — 03/30/2026

   IMProving Adherence to Colonoscopy through Teams and Technology (IMPACTT) — $ 412,439 direct/yr 1 — $ 3,285,868 total

   The goal of this proposal is to examine a multi-level approach consisting of a stepped-wedge clinic-level intervention of team-based best practices co-developed with primary and specialty care, a patient-level technology intervention to provide enhanced instructions and navigation to complete diagnostic colonoscopy, and a mixed methods evaluation to explore multi-level factors contributing to intervention outcomes.

3. UL1TR001872 — Co-Investigator — 10 % effort — Collard/Bibbins-Domingo (PI)

   NIH NCATS — 07/01/2016 — 06/30/2026

   Clinical and Translation Science Institute — $ 6,011,051 direct/yr 1 — $ 42,415,751 total

   The UCSF Clinical and Translational Science Institute (CTSI) has built a coordinated platform for clinical and translational research, successfully improved, integrated, and extended research services and infrastructure, and created comprehensive training programs. The program is linked with the 5 University of California CTSAs (UC BRAID), and has measurably improved the health of vulnerable residents in the San Francisco Bay Area. The CTSI leverages technologies to improve the quality, efficiency, and cost of conducting interdisciplinary, multisite clinical and translational research.

4. P30HS029738 — Co-I — 10% % effort — Gonzales (PI)

   AHRQ and PCORI — 01/01/2024 — 12/31/2028

   Learning Health System Embedded Scientist Training and Research Center — $ 685,036 direct/yr 1 — $ 4,997,982 total

   A Learning Health System delivers high quality, safe, and optimally efficient care, at the right time to the right people, optimizing the care delivery system's performance by generating and acting on meaningful data from the process of care. The UCSF E-STaR Center will speed the integration of interventions/evaluations into practice change, using methodologies that advance and continuously improve health care quality, equity, and patient-centered outcomes, disseminating findings and processes to local and national audiences.

5. UM1AI126611-01 — Co-Investigator — 2.5 % effort — Deeks (PI)

   NIH/NIAID — 07/01/2016 — 06/30/2026

   Delaney AIDS Research Enterprise to Cure HIV — $ 2,073,563 direct/yr 1 — $ 27,930,082 total

   The major goals of this project are to: (1) to characterize and then therapeutically overcome the barriers to CD8+ T cell-mediated clearance and/or control of SIV/HIV during and after ART, (2) determine the location and burden of HIV in lymphoid tissues during ART, (3) determine the impact of immune checkpoint blockers on HIV/SIV-specific immunity and reservoir during ART, and (4) determine the safety and immunogenicity of a human CMV/HIV vector.

6. R01AI155680-01A1 — Co-I — 5 % effort — Shacklett (PI)

   NIH/NIDDK — 07/01/2021 — 06/30/2026

14 of 29

| CMV, Gut Barrier Dysfunction, and Immune Activation in HIV | | $ 178,055 direct/yr 1 | $ 1337,523 total |
| --- | --- | --- | --- |

The goal of this proposal is to examine the role of CMV in gut barrier dysfunction and immune activation. We predict that treatment of CMV infection will help restore gut barrier function and improve outcomes for HIV-infected individuals on ART.

| 7. 1U54CA284109 | Co-I | 5 % effort | Fernandez; Potter (PI) |
| --- | --- | --- | --- |
| NIH/NCI | | 07/01/2023 | 06/30/2028 |
| LISTOS for Cancer Control - Leveraging Implementation Science To Optimize Strategies | | $ 127,777 direct/yr 1 | $ 3,081,418 total |

The purpose of this study is to build implementation research capacity in Mexico

| 8. OT2HL161847 | Co-I | 2.5 % effort | Horwitz; Deeks (PI) |
| --- | --- | --- | --- |
| NIH/NHLBI | | 10/01/2021 | 09/30/2025 |
| Researching COVID to enhance recovery (RECOVER) initiative | | $ 4,560,600 direct/yr 1 | $ 26,007,363 total |

RECOVER, a research initiative from the National Institutes of Health (NIH), seeks to understand, prevent, and treat PASC, including Long COVID. PASC stands for post-acute sequelae of SARS-CoV-2.

| 9. R01AI183666 | Co-I | 5% % effort | Yukl (PI) |
| --- | --- | --- | --- |
| NIH/NIAID | | 03/01/2024 | 02/28/2029 |
| Understanding and targeting the HIV-expressing reservoir to reduce immune activation | | $ 543,455 direct/yr 1 | $ 4,114,180 total |

To determine how the expression of HIV and its association with mortality and immune activation, to use single-cell and gene knockdown to examine HIV RNA transcription from cells in blood and gut, and to compare the effects of "latency promoting agents" on HIV transcripts in blood and gut.

| 10. FRNM-006 | PI | 1% % effort | Somsouk (PI) |
| --- | --- | --- | --- |
| Freenome Holdings, Inc | | 09/26/2023 | 09/26/2026 |
| Prospective Blood Sample Collection Study for Product Development in Detecting Colorectal Cancer and Advanced Adenoma | | | $ 491,314 total |

To determine the blood test sensitivity and specificity for colorectal cancer (CRC) and advanced colorectal neoplasia.

## PEER REVIEWED PUBLICATIONS

1. 1998    Frank G, Qiu J, **Somsouk M**, Weng Y, Somsouk L, Nolan JP, Shen B. Partial functional deficiency of E160D flap endonuclease-1 mutant in vitro and in vivo is due to defective cleavage of DNA substrates. J Biol Chem. 1998 Dec 4; 273(49):33064-72. PMID: 9830061

2. 2000    Bouziane M, Miao F, Bates SE, Somsouk L, Sang BC, Denissenko M, O'Connor TR. Promoter structure and cell cycle dependent expression of the human methylpurine-DNA glycosylase gene. Mutat Res. 2000 Sep 15; 461(1):15-29. PMID: 10980409

3. 2003    **Somsouk M**, Lauer GM, Casson D, Terella A, Day CL, Walker BD, Chung RT. Spontaneous resolution of chronic hepatitis C virus disease after withdrawal of immunosuppression. Gastroenterology. 2003 Jun; 124(7):1946-9. PMID: 12806627

4. 2003    Heckman CA, Cao T, Somsouk L, Duan H, Mehew JW, Zhang CY, Boxer LM. Critical elements of the immunoglobulin heavy chain gene enhancers for deregulated expression of bcl-2. Cancer Res. 2003 Oct 15; 63(20):6666-73. PMID: 14583460

5. 2004    Delgado-Borrego A, Casson D, Schoenfeld D, **Somsouk M**, Terella A, Jordan SH, Bhan A, Baid S, Cosimi AB, Pascual M, Chung RT. Hepatitis C virus is independently associated with increased insulin resistance after liver transplantation. Transplantation. 2004 Mar 15; 77(5):703-10. PMID: 15021833

6. 2004    Ma XT, Wang S, Ye YJ, Du RY, Cui ZR, **Somsouk M**. Constitutive activation of Stat3 signaling pathway in human colorectal carcinoma. World J Gastroenterol. 2004 Jun 1; 10(11):1569-73. PMID: 15162527

7. 2005    Steinmetz WE, Sparrow A, **Somsouk M**. Determination of the three-dimensional, solution-phase structure of the macrolide antibiotic oxolide in CD2Cl2 and D2O from NMR constraints. Magn Reson Chem. 2005 Jan; 43(1):16-20. PMID: 15468276

8. 2007    Inadomi JM, **Somsouk M**. Proton pump inhibitors and hip fracture: cause for alarm? Gastroenterology. 2007 May; 132(5):2063-5. PMID: 17484900

9. 2008    **Somsouk M**, Langfield DE, Inadomi JM, Yee HF. A cost-identification analysis of screening and surveillance of hepatitis C infection in a prospective cohort of dialysis patients. Dig Dis Sci. 2008 Apr; 53(4):1093-9. PMID: 17934829

10. 2008    **Somsouk M**, Shergill AK, Grenert JP, Harris H, Cello JP, Shah JN. Actinomycosis mimicking a pancreatic head neoplasm diagnosed by EUS-guided FNA. Gastrointest Endosc. 2008 Jul; 68(1):186-7. PMID: 18291393

11. 2008    **Somsouk M**, Gralnek IM, Inadomi JM. Management of obscure occult gastrointestinal bleeding: a cost-minimization analysis. Clin Gastroenterol Hepatol. 2008 Jun; 6(6):661-70. PMID: 18550005

12. 2007    Inadomi JM, **Somsouk M**. Will virtual colonoscopy replace optical colonoscopy for colorectal cancer screening? Gastroenterology. 2007 Oct; 133(4):1384-6. PMID: 17919513

13. 2009    Inadomi JM, **Somsouk M**, Madanick RD, Thomas JP, Shaheen NJ. A cost-utility analysis of ablative therapy for Barrett's esophagus. Gastroenterology. 2009 Jun; 136(7):2101-2114. PMID: 19272389

14. 2009    **Somsouk M**, Yee HF, Biggins SW. Understanding liver health using the National Center for Health Statistics. Dig Dis Sci. 2009 Nov; 54(11):2325-9. PMID: 19424799

15. 2009    Guy J, **Somsouk M**, Shiboski S, Kerlan R, Inadomi JM, Biggins SW. New model for end stage liver disease improves prognostic capability after transjugular intrahepatic portosystemic shunt. Clin Gastroenterol Hepatol. 2009 Nov; 7(11):1236-40. PMID: 19560557

16. 2009    **Somsouk M**, Guy J, Biggins SW, Vittinghoff E, Kohn MA, Inadomi JM. Ascites improves upon serum sodium plus model for end-stage liver disease (MELD) for predicting mortality in patients with advanced liver disease. Aliment Pharmacol Ther. 2009 Oct; 30(7):741-8. PMID: 19604177

17. 2011   **Somsouk M**, Kornfield R, Vittinghoff E, Inadomi JM, Biggins SW. Moderate ascites identifies patients with low model for end-stage liver disease scores awaiting liver transplantation who have a high mortality risk. Liver Transpl. 2011 Feb; 17(2):129-36. PMID: 21280185

18. 2011   Day LW, Cello JP, **Somsouk M**, Inadomi JM. Prevalence of gastric cancer versus colorectal cancer in Asians with a positive fecal occult blood test. Indian J Gastroenterol. 2011 Sep; 30(5):209-16. PMID: 21948130

19. 2011   Day LW, Kwon A, Inadomi JM, Walter LC, **Somsouk M**. Adverse events in older patients undergoing colonoscopy: a systematic review and meta-analysis. Gastrointest Endosc. 2011 Oct; 74(4):885-96. PMID: 21951478

20. 2011   Shaw JM, Hunt PW, Critchfield JW, McConnell DH, Garcia JC, Pollard RB, **Somsouk M**, Deeks SG, Shacklett BL. Increased frequency of regulatory T cells accompanies increased immune activation in rectal mucosae of HIV-positive noncontrollers. J Virol. 2011 Nov; 85(21):11422-34. PMID: 21880771

21. 2012   Inadomi JM, Vijan S, Janz NK, Fagerlin A, Thomas JP, Lin YV, Muñoz R, Lau C, **Somsouk M**, El-Nachef N, Hayward RA. Adherence to colorectal cancer screening: a randomized clinical trial of competing strategies. Arch Intern Med. 2012 Apr 9; 172(7):575-82. PMID: 22493463

22. 2013   Shaw JM, Hunt PW, Critchfield JW, McConnell DH, Garcia JC, Pollard RB, **Somsouk M**, Deeks S, Shacklett BL. HIV+ Viremic Slow Progressors Maintain Low Regulatory T-Cell Numbers in Rectal Mucosa but Exhibit High T-cell Activation. AIDS Res Hum Retroviruses. 2013 Jan; 29(1):172-7. PMID: 22998457

23. 2013   Sewell JL, Somsouk M, Shah SC, Day LW. Commentary: Towards an effective and safe treatment of small intestine bacterial overgrowth - Authors' reply. Aliment Pharmacol Ther. 2013 Dec; 38(11-12):1411. PMID: 24206377

24. 2013   Eriksson S, Graf EH, Dahl V, Strain MC, Yukl SA, Lysenko ES, Bosch RJ, Lai J, Chioma S, Emad F, Abdel-Mohsen M, Hoh R, Hecht F, Hunt P, **Somsouk M**, Wong J, Johnston R, Siliciano RF, Richman DD, O'Doherty U, Palmer S, Deeks SG, Siliciano JD. Comparative Analysis of Measures of Viral Reservoirs in HIV-1 Eradication Studies. PLoS Pathog. 2013 Feb; 9(2):e1003174. PMID: 23459007

25. 2013   Leeansyah E, Ganesh A, Quigley MF, Sönnerborg A, Andersson J, Hunt PW, **Somsouk M**, Deeks SG, Martin JN, Moll M, Shacklett BL, Sandberg JK. Activation, exhaustion, and persistent decline of the antimicrobial MR1-restricted MAIT-cell population in chronic HIV-1 infection. Blood. 2013 Feb 14; 121(7):1124-35. PMID: 23243281

26. 2013   Ho C, Kornfield R, Vittinghoff E, Inadomi J, Yee H, **Somsouk M**. Late presentation of colorectal cancer in a vulnerable population. Am J Gastroenterol. 2013 Apr; 108(4):466-70. PMID: 23552303

27. 2013    Hunt PW, Shulman NS, Hayes TL, Dahl V, **Somsouk M**, Funderburg NT, McLaughlin B, Landay AL, Adeyemi O, Gilman LE, Clagett B, Rodriguez B, Martin JN, Schacker TW, Shacklett BL, Palmer S, Lederman MM, Deeks SG. The immunologic effects of maraviroc intensification in treated HIV-infected individuals with incomplete CD4+ T-cell recovery: a randomized trial. Blood. 2013 Jun 6; 121(23):4635-46. PMID: 23589670

28. 2013    Vujkovic-Cvijin I, Dunham RM, Iwai S, Maher MC, Albright RG, Broadhurst MJ, Hernandez RD, Lederman MM, Huang Y, **Somsouk M**, Deeks SG, Hunt PW, Lynch SV, McCune JM. Dysbiosis of the Gut Microbiota Is Associated with HIV Disease Progression and Tryptophan Catabolism. Sci Transl Med. 2013 Jul 10; 5(193):193ra91. PMID: 23843452

29. 2013    Shah SC, Day LW, **Somsouk M**, Sewell JL. Meta-analysis: antibiotic therapy for small intestinal bacterial overgrowth. Aliment Pharmacol Ther. 2013 Oct; 38(8):925-34. PMID: 24004101

30. 2013    Hatano H, **Somsouk M**, Sinclair E, Harvill K, Gilman L, Cohen M, Hoh R, Hunt PW, Martin JN, Wong JK, Deeks SG, Yukl SA. Comparison of HIV DNA and RNA in gut-associated lymphoid tissue of HIV-infected controllers and noncontrollers. AIDS. 2013 Sep 10; 27(14):2255-60. PMID: 24157906

31. 2013    Hatano H, Yukl SA, Ferre AL, Graf EH, **Somsouk M**, Sinclair E, Abdel-Mohsen M, Liegler T, Harvill K, Hoh R, Palmer S, Bacchetti P, Hunt PW, Martin JN, McCune JM, Tracy RP, Busch MP, O'Doherty U, Shacklett BL, Wong JK, Deeks SG. Prospective Antiretroviral Treatment of Asymptomatic, HIV-1 Infected Controllers. PLoS Pathog. 2013 Oct; 9(10):e1003691. PMID: 24130489

32. 2013    Josefsson L, von Stockenstrom S, Faria NR, Sinclair E, Bacchetti P, Killian M, Epling L, Tan A, Ho T, Lemey P, Shao W, Hunt PW, **Somsouk M**, Wylie W, Douek DC, Loeb L, Custer J, Hoh R, Poole L, Deeks SG, Hecht F, Palmer S. The HIV-1 reservoir in eight patients on long-term suppressive antiretroviral therapy is stable with few genetic changes over time. Proc Natl Acad Sci U S A. 2013 Dec 17; 110(51):E4987-96. PMID: 24277811

33. 2013    Shah SC, Day LW, **Somsouk M**, Sewell JL. Meta-analysis: antibiotic therapy for small intestinal bacterial overgrowth. Aliment Pharmacol Ther. 2013 Oct;38(8):925-34. PMID: 24004101

34. 2014    Siao D, **Somsouk M**. Helicobacter pylori: Evidence-Based Review with a Focus on Immigrant Populations. J Gen Intern Med. 2014 Mar; 29(3):520-8. PMID: 24065381.

35. 2014    Day LW, Lin L, Somsouk M. Adverse events in older patients undergoing ERCP: a systematic review and meta-analysis. Endosc Int Open. 2014 Mar; 2(1):E28-36. PMID: 26134610.

36. 2014    Yukl SA, Sinclair E, **Somsouk M**, Hunt PW, Epling L, Killian M, Girling V, Li P, Havlir DV, Deeks SG, Wong JK, Hatano H. A comparison of methods for measuring rectal HIV levels suggests that HIV DNA resides in cells other than CD4+ T cells, including myeloid cells. AIDS. 2014 Jan 28; 28(3):439-42. PMID: 24322272

37. 2014    Dunham RM, Vujkovic-Cvijin I, Yukl SA, Broadhurst MJ, Loke P, Albright RG, Wong JK, Lederman MM, **Somsouk M**, Hunt PW, Martin JN, Deeks SG, McCune JM. Discordance Between Peripheral and Colonic Markers of Inflammation During Suppressive ART. J Acquir Immune Defic Syndr. 2014 Feb 1; 65(2):133-41. PMID: 24121758.

38. 2014    Gupta S, Sussman DA, Doubeni CA, Anderson DS, Day L, Deshpande AR, Joseph Elmunzer B, Laiyemo AO, Mendez J, **Somsouk M**, Allison J, Bhuket T, Geng Z, Green BB, Itzkowitz SH, Martinez ME. Challenges and possible solutions to colorectal cancer screening for the underserved. J Natl Cancer Inst. 2014 Apr 1; 106(4):dju032. PMID: 24681602.

39. 2014    **Somsouk M**, To'o K, Ali M, Vittinghoff E, Yeh BM, Yee J, Monto A, Inadomi JM, Aslam R. Esophageal varices on computed tomography and subsequent variceal hemorrhage. Abdom Imaging. 2014 Apr; 39(2):251-6. PMID: 24366107.

40. 2014    Day LW, Siao D, Inadomi JM, **Somsouk M**. Non-physician performance of lower and upper endoscopy: a systematic review and meta-analysis. Endoscopy. 2014 May; 46(5):401-10. PMID: 24627086

41. 2014    Serrano-Villar S, Sainz T, Lee SA, Hunt PW, Sinclair E, Shacklett BL, Ferre AL, Hayes TL, **Somsouk M**, Hsue PY, Van Natta ML, Meinert CL, Lederman MM, Hatano H, Jain V, Huang Y, Hecht FM, Martin JN, McCune JM, Moreno S, Deeks SG. HIV-Infected Individuals with Low CD4/CD8 Ratio despite Effective Antiretroviral Therapy Exhibit Altered T Cell Subsets, Heightened CD8+ T Cell Activation, and Increased Risk of Non-AIDS Morbidity and Mortality. PLoS Pathog. 2014 May; 10(5):e1004078. PMID: 24831517.

42. 2014    Ribeiro SP, Milush JM, Cunha-Neto E, Kallas EG, Kalil J, **Somsouk M**, Hunt PW, Deeks SG, Nixon DF, SenGupta D. The CD8+ Memory Stem T Cell (TSCM) Subset Is Associated with Improved Prognosis in Chronic HIV-1 Infection. J Virol. 2014 Dec 1; 88(23):13836-44. PMID: 25253339.

43. 2014    Sanchez JL, Hunt PW, Reilly CS, Hatano H, Beilman GJ, Khoruts A, Jasurda JS, **Somsouk M**, Thorkelson A, Russ S, Anderson J, Deeks SG, Schacker TW. Lymphoid fibrosis occurs in long-term nonprogressors and persists with antiretroviral therapy, but may be reversible with curative interventions. J of Infect Dis 2014; doi: 10.1093/infdis/jiu586. PMID: 25344521

44. 2014    **Somsouk M**, Dunham RM, Cohen M, Albright R, Abdel-Mohsen M, Liegler T, Lifson J, Piatak M, Gorelick R, Huang Y, Wu Y, Hsue PY, Martin JN, Deeks SG, McCune JM, Hunt PW. The Immunologic Effects of Mesalamine in Treated HIV-Infected Individuals with Incomplete CD4+ T Cell Recovery: A Randomized Crossover Trial. PLoS One. 2014; 9(12):e116306. PMID: 25545673.

45. 2015    **Somsouk M**, Estes JD, Deleage C, Dunham RM, Albright R, Inadomi JM, Martin JN, Deeks SG, McCune JM, Hunt PW. Gut epithelial barrier and systemic inflammation during chronic HIV infection. AIDS 2015, 29(1):43-51. PMID: 25387317.

46. 2015    von Stockenstrom S, Odevall L, Lee E, Sinclair E, Bacchetti P, Killian M, Epling L, Shao W, Hoh R, Ho T, Faria NR, Lemey P, Albert J, Hunt P, Loeb L, Pilcher C, Poole L, Hatano H, **Somsouk M,** Douek D, Boritz E, Deeks SG, Hecht FM, Palmer S. Longitudinal Genetic Characterization Reveals That Cell Proliferation Maintains a Persistent HIV Type 1 DNA Pool During Effective HIV Therapy. J Infect Dis. 2015 Aug 15; 212(4):596-607. PMID: 25712966

47. 2015    Shergill AK, Conners EE, McQuaid KR, Epstein S, Ryan JC, Shah JN, Inadomi J, **Somsouk M**. Protective association of colonoscopy against proximal and distal colon cancer and patterns in interval cancer. Gastrointest Endosc. 2015 May 1. PMID: 25936449

48. 2016    Paquin-Proulx D, Ching C, Vujkovic-Cvijin I, Fadrosh D, Loh L, Huang Y, **Somsouk M**, Lynch SV, Hunt PW, Nixon DF, SenGupta D. Bacteroides are associated with GALT iNKT cell function and reduction of microbial translocation in HIV-1 infection. Mucosal Immunol. 2016 Apr 6. PMID: 27049061

49. 2016    Kiniry BE, Ganesh A, Critchfield JW, Hunt PW, Hecht FM, **Somsouk M**, Deeks SG, Shacklett BL. Predominance of weakly cytotoxic, T-bet(Low)Eomes(Neg) CD8(+) T-cells in human gastrointestinal mucosa: implications for HIV infection. Mucosal Immunol. 2016 Nov 09. PMID: 27827375

50. 2017    Kouanda AM, **Somsouk M**, Sewell JL, Day LW. Urgent colonoscopy in patients with lower gastrointestinal bleeding: A systematic review and meta-analysis. Gastrointest Endosc. 2017 Feb 04. PMID: 28174123

51. 2017    Khoury G, Fromentin R, Solomon A, Hartogensis W, Killian M, Hoh R, **Somsouk M**, Hunt PW, Girling V, Sinclair E, Bacchetti P, Anderson JL, Hecht FM, Deeks SG, Cameron PU, Chomont N, Lewin SR. Human Immunodeficiency Virus Persistence and T-Cell Activation in Blood, Rectal, and Lymph Node Tissue in Human Immunodeficiency Virus-Infected Individuals Receiving Suppressive Antiretroviral Therapy. J Infect Dis. 2017; 215(6):911-919. PMID: 28453847. PMCID: PMC5407052

52. 2017    Neidleman JA, Chen JC, Kohgadai N, Müller JA, Laustsen A, Thavachelvam K, Jang KS, Stürzel CM, Jones JJ, Ochsenbauer C, Chitre A, **Somsouk M**, Garcia MM, Smith JF, Greenblatt RM, Münch J, Jakobsen MR, Giudice LC, Greene WC, Roan NR. Mucosal stromal fibroblasts markedly enhance HIV infection of CD4+ T cells. PLoS Pathog. 2017 Feb; 13(2):e1006163. PMID: 28207890. PMCID: PMC5312882

53. 2017    Maidji E, **Somsouk M**, Rivera JM, Hunt PW, Stoddart CA. Replication of CMV in the gut of HIV-infected individuals and epithelial barrier dysfunction. PLoS Pathog. 2017 Feb; 13(2):e1006202. PMID: 28241080. PMCID: PMC5328284

54. 2017    Issaka RB, Singh MH, Oshima SM, Laleau VJ, Rachocki CD, Chen EH, Day LW, Sarkar U, **Somsouk M**. Inadequate Utilization of Diagnostic Colonoscopy Following Abnormal FIT Results in an Integrated Safety-Net System. Am J Gastroenterol. 2017 Feb; 112(2):375-382. PMID: 28154400

55. 2017    Vujkovic-Cvijin I, Rutishauser RL, Pao M, Hunt PW, Lynch SV, McCune JM, **Somsouk M**. Limited engraftment of donor microbiome via one-time fecal microbial transplantation in treated HIV-infected individuals. Gut Microbes. 2017 May 25:0. doi: 10.1080/19490976.2017.1334034. PMID: 28541799

56. 2017    Seang S, Somasunderam A, Nigalye M, **Somsouk M**, Schacker TW, Sanchez JL, Hunt PW, Utay NS, Lake JE. Circulating LOXL2 Levels Reflect Severity of Intestinal Fibrosis and GALT CD4+ T Lymphocyte Depletion in Treated HIV Infection. Pathog Immun. 2017;2(2):239-252. doi: 10.20411. PMID: 28782046

57. 2017    Cockerham LR, Yukl SA, Harvill K, **Somsouk M**, Joshi SK, Sinclair E, Liegler T, Hoh R, Lyons S, Hunt PW, Rupert A, Sereti I, Morcock DR, Rhodes A, Emson C, Hellerstein MK, Estes JD, Lewin S, Deeks SG, Hatano H. A Randomized Controlled Trial of Lisinopril to Decrease Lymphoid Fibrosis in Antiretroviral-Treated, HIV-infected Individuals. Pathogens and Immunity 2017;2(3):310-334. doi: 10.20411/pai.v2i3.207. Epub 2017 Aug 2. PMID: 28936485

58. 2017    Trapecar M, Khan S, Roan N, Chen TH, Telwatte S, Deswal M, Pao M, **Somsouk M**, Deeks SG, Hunt PW, Yukl S, Sanjabi S. An Optimized and Validated Method for Isolation and Characterization of Lymphocytes from HIV+ Human Gut Biopsies. AIDS Research and Human Retroviruses, 2017 Sep 7. doi: 10.1089/AID.2017.0208. PMID: 28882052

59. 2017    Kiniry BE, Li S, Ganesh A, Hunt PW, **Somsouk M**, Skinner PJ, Deeks SG, Shacklett BL. Detection of HIV-1-specific gastrointestinal tissue resident CD8+ T-cells in chronic infection. Mucosal Immunol. 2017 Nov 15. doi: 10.1038/mi.2017.96.PMID: 29139476

60. 2017    Asmuth DM, Hinkle JE, LaMarca A, Fichtenbaum CJ, **Somsouk M**, Utay NS, Shaw AL, Petschow BW, Detzel CJ, Weaver EM. Evaluation of oral serum-derived bovine immunoglobulins in HIV-infected patients with chronic idiopathic diarrhea. HIV Clin Trials. 2017 Nov-Dec; 18(5-6):205-213. PMID: 29210625

61. 2017    Lin D, Soetikno RM, McQuaid K, Pham C, Doan G, Mou S, Shergill AK, **Somsouk M**, Rouse RV, Kaltenbach T. Risk factors for postpolypectomy bleeding in patients receiving anticoagulation or antiplatelet medications. Gastrointest Endosc. 2017 Dec 2. pii: S0016-5107(17)32523-3. doi: 10.1016/j.gie.2017.11.024. PMID: 29208464

62. 2018    Hiatt RA, Sibley A, Fejerman L, Glantz S, Nguyen T, Pasick R, Palmer N, Perkins A, Potter MB, **Somsouk M**, Vargas RA, van 't Veer LJ, Ashworth A. The San Francisco Cancer Initiative: A Community Effort To Reduce The Population Burden Of Cancer. Health Aff (Millwood). 2018 Jan; 37(1):54-61. PMID: 29309234

63. 2018    Lidofsky A, Holmes JA, Feeney ER, Kruger AJ, Salloum S, Zheng H, Seguin IS, Altinbas A, Masia R, Corey KE, Gustafson JL, Schaefer EA, Hunt PW, Deeks S, **Somsouk M**, Chew KW, Chung RT, Alatrakchi N. Macrophage Activation Marker Soluble CD163 is a Dynamic Marker of Liver Fibrogenesis in HIV/HCV Coinfection. J Infect Dis. 2018 Jun 04. PMID: 29868909. PMCID: PMC6151081

64. 2018    Issaka RB, Singh MH, Rachocki C, Day LW, Horton C, **Somsouk M**. Missed Opportunities in Colorectal Cancer Prevention in Patients with Inadequate Bowel Preparations.Clinical Gastroenterology and Hepatology (2018); 3565(18)30014-4. doi: 10.1016/j.cgh.2018.01.004. PMID: 29330098

65. 2018    Wen JW, Kohn MA, Wong R, **Somsouk M**, Khalili M, Maher J, Tana MM. Hospitalizations for Autoimmune Hepatitis Disproportionately Affect Black and Latino Americans. Am J Gastroenterol. 2018 Jan 30. doi: 10.1038/ajg.2017.456. PMID: 29380822

66. 2018    Kiniry BE, Hunt PW, Hecht FM, **Somsouk M**, Deeks SG, Shacklett BL. Differential Expression of CD8+ T Cell Cytotoxic Effector Molecules in Blood and Gastrointestinal Mucosa in HIV-1 Infection. J Immunol. 2018 Jan 19. pii: ji1701532. doi: 10.4049/jimmunol.1701532. PMID: 29352005

67. 2018    Hogan LE, Vasquez J, Hobbs KS, Hanhauser E, Aguilar-Rodriguez B, Hussien R, Thanh C, Gibson EA, Carvidi AB, Smith LCB, Khan S, Trapecar M, Sanjabi S, **Somsouk M**, Stoddart CA, Kuritzkes DR, Deeks SG, Henrich TJ. Increased HIV-1 transcriptional activity and infectious burden in peripheral blood and gut-associated CD4+ T cells expressing CD30. PLoS Pathog. 2018 Feb 22;14(2):e1006856. PMID: 29470552

68. 2018    Chitre AS, Kattah MG, Rosli YY, Pao M, Deswal M, Deeks SG, Hunt PW, Abdel-Mohsen M, Montaner LJ, Kim CC, Ma A, **Somsouk M***, McCune JM. A20 upregulation during treated HIV disease is associated with intestinal epithelial cell recovery and function. PLoS Pathog. 2018 Mar 5;14(3):e1006806. doi: 10.1371/journal.ppat.1006806. PMID: 29505600 (* Co-senior Author)

69. 2018    Lee B, Holt EW, Wong RJ, Sewell JL, **Somsouk M**, Khalili M, Maher JJ, Tana MM.Race/Ethnicity is an Independent Risk Factor for Autoimmune Hepatitis Among the San Francisco Underserved. Autoimmunity, 2018. https://doi.org/10.1080/08916934.2018.1482884. PMID: 29890851

70. 2018    Alsayid M, Singh MH, Issaka R, Laleau V, Day L, Lee J, Allison J, **Somsouk M**. Yield of Colonoscopy After a Positive Result From a Fecal Immunochemical Test OC-Light. Clin Gastroenterol Hepatol. 2018 Apr 13. pii: S1542-3565(18)30370-7. doi: 10.1016/j.cgh.2018.04.014. PMID: 29660528

71. 2018    Ellis L, Abrahão R, McKinley M, Yang J, **Somsouk M**, Marchand LL, Cheng I, Gomez SL, Shariff-Marco S. Colorectal Cancer Incidence Trends by Age, Stage, and Racial/Ethnic Group in California, 1990-2014. Cancer Epidemiol Biomarkers Prev. 2018 Aug 16. PMID: 30115679

72. 2018    Ivey SL, Mukherjea A, Patel A, Kapoor N, Rau S, Kazi E, Bhatia J, **Somsouk M**, Tseng W. Colorectal Cancer Screening Among South Asians: Focus Group Findings on Attitudes, Knowledge, Barriers and Facilitators. J Health Care Poor Underserved. 2018; 29(4):1416-1437. PMID: 30449755

73. 2018    Telwatte S, Lee S, **Somsouk M**, Hatano H, Baker C, Kaiser P, Kim P, Chen TH, Milush J, Hunt PW, Deeks SG, Wong JK, Yukl SA. Gut and blood differ in constitutive blocks to HIV transcription, suggesting tissue-specific differences in the mechanisms that govern HIV latency. PLoS Pathog. 2018 Nov; 14(11):e1007357. PMID: 30440043. PMCID: PMC6237391

74. 2018    Issaka RB, Avila P, Whitaker E, Bent S, **Somsouk M**. Population health interventions to improve colorectal cancer screening by fecal immunochemical tests: A systematic review. Prev Med. S0091-7435(18)30340-2, 2018. doi: 10.1016/j.ypmed.2018.10.021. PMID: 30367972

75. 2019    Maidji E, Moreno ME, Rivera JM, Joshi P, Galkina SA, Kosikova G, **Somsouk M**, Stoddart CA. Cellular HIV Reservoirs and Viral Rebound from the Lymphoid Compartments of 4'-Ethynyl-2-Fluoro-2'-Deoxyadenosine (EFdA)-Suppressed Humanized Mice. Viruses. 2019 Mar 13; 11(3). PMID: 30871222. PMCID: PMC6466357

76. 2019    Sangaramoorthy M, Yang J, DeRouen MC, Ho C, **Somsouk M**, Tana MM, Thompson CA, Gibbons J, Gomez SL, Shariff-Marco S. Disparities in Hepatocellular Carcinoma Incidence in California: An Update. Cancer Epidemiol Biomarkers Prev. 2019 Nov 12. PMID: 31719066

77. 2019    Hensley-McBain T, Wu MC, Manuzak JA, Cheu R, Gustin AT, Driscoll CB, Zevin AS, Miller CJ, Coronado E, Smith E, Chang J, Gale M, **Somsouk M**, Burgener AD, Hunt PW, Hope TJ, Collier AC, Klatt NR. Increased mucosal neutrophil survival is associated with altered microbiota in HIV infection. Plos Pathogens, 2019 Apr 11;15(4):e1007672. PMID: 30973942

78. 2019    Anderson JL, Khoury G, Fromentin R, Solomon A, Chomont N, Sinclair E, Milush JM, Hartogensis W, Bacchetti P, Roche M, Tumpach C, Gartner M, Pitman MC, Epling CL, Hoh R, Hecht FM, **Somsouk M**, Cameron PU, Deeks SG, Lewin SR. Human Immunodeficiency Virus (HIV)-Infected CCR6+ Rectal CD4+ T Cells and HIV Persistence On Antiretroviral Therapy. J Infect Dis. 2019 Dec 04. PMID: 31796951

79. 2019    Utay NS, Somasunderam A, Hinkle JE, Petschow BW, Detzel CJ, **Somsouk M**, Fichtenbaum CJ, Weaver EM, Shaw AL, Asmuth DM. Serum Bovine Immunoglobulins Improve Inflammation and Gut Barrier Function in Persons with HIV and Enteropathy on Suppressive ART. Pathog Immun. 2019; 4(1):124-146. PMID: 31139758. PMCID: PMC6508431

80. 2019    Wang A, Rachocki C, Shapiro JA, Issaka RB, **Somsouk M**. Low Literacy Level Instructions and Reminder Calls Improve Patient Handling of Fecal Immunochemical Test Samples. Clin Gastroenterol Hepatol. 2019;17(9):1822-1828. PMID: 30503967

81. 2019    Vujkovic-Cvijin I, **Somsouk M.** HIV and the Gut Microbiota: Composition, Consequences, and Avenues for Amelioration. Current HIV/AIDS Reports, 2019 Apr 29. doi: 10.1007/s11904-019-00441-w. PMID: 31037552

82. 2019    Belle NM, Ji Y, Herbine K, Wei Y, Park J, Zullo K, Hung LY, Srivatsa S, Young T, Oniskey T, Pastore C, Nieves W, **Somsouk M**, Herbert DR. TFF3 interacts with LINGO2 to regulate EGFR activation for protection against colitis and gastrointestinal helminths. Nat Commun. 2019 Sep 27; 10(1):4408. PMID: 31562318. PMCID: PMC6764942

83. 2019    Selvig D, Piceno Y, Terdiman J, Zydek M, Umetsu SE, Balitzer D, Fadrosh D, Lynch K, Lamere B, Leith T, Kassam Z, Beck K, Lewin S, Ma A, **Somsouk M**, Lynch SV, El-Nachef N. Fecal Microbiota Transplantation in Pouchitis: Clinical, Endoscopic, Histologic, and Microbiota Results from a Pilot Study. Dig Dis Sci. 2019 Jul 13. PMID: 31302808

84. 2019    Gutin L, Piceno Y, Fadrosh D, Lynch K, Zydek M, Kassam Z, LaMere B, Terdiman J, Ma A, **Somsouk M**, Lynch S, El-Nachef N. Fecal microbiota transplant for Crohn disease: A study evaluating safety, efficacy, and microbiome profile. United European Gastroenterol J. 2019 Jul;7(6):807-814. doi: 10.1177/2050640619845986. Epub 2019 Apr 20. PMID: 31316785

85. 2019    Vásquez JJ, Aguilar-Rodriguez BL, Rodriguez L, Hogan LE, **Somsouk M**, McCune JM, Deeks SG, Laszik ZG, Hunt PW, Henrich TJ. CD32-RNA Co-localizes with HIV-RNA in CD3+ Cells Found within Gut Tissues from Viremic and ART-Suppressed Individuals. Pathog Immun. 2019 May 3;4(1):147-160. doi: 10.20411/pai.v4i1.271. 2019. PMID: 31139759

86. 2019    **Somsouk M**, Rachocki C, Mannalithara A, Garcia D, Laleau V, Grimes B, Issaka RB, Chen E, Vittinghoff E, Shapiro JA, Ladabaum U. Effectiveness and cost of organized outreach for colorectal cancer screening: A Randomized Controlled Trial. J Natl Cancer Inst. 2019 Jun 12. PMID: 31187126

87. 2020    Sangaramoorthy M, Yang J, DeRouen MC, Ho C, **Somsouk M**, Tana MM, Thompson CA, Gibbons J, Gomez SL, Shariff-Marco S. Disparities in Hepatocellular Carcinoma Incidence in California: An Update. Cancer Epidemiology, Biomarkers & Prevention 2020 Jan;29(1):79-87. doi: 10.1158/1055-9965.

88. 2020    Issaka RB, Somsouk M. Colorectal Cancer Screening and Prevention in the COVID-19 Era. JAMA Health Forum. 2020 May; 1(5). PMID: 34532717. PMCID: PMC8443218

89. 2020    Huynh MP, Bradshaw PT, Tana MM, Rachocki C, **Somsouk M**. Obesity and metabolic outcomes in a safety-net health system. Biodemography Soc Biol. 2020 Jul-Sep; 65(3):257-267. PMID: 32727275. PMCID: PMC7398271

90. 2020    Neidleman J, Luo X, Frouard J, Xie G, Hsiao F, Ma T, Morcilla V, Lee A, Telwatte S, Thomas R, Tamaki W, Wheeler B, Hoh R, **Somsouk M**, Vohra P, Milush J, James KS, Archin NM, Hunt PW, Deeks SG, Yukl SA, Palmer S, Greene WC, Roan NR. Phenotypic analysis of the unstimulated in vivo HIV CD4 T cell reservoir. Elife. 2020 Sep 29; 9. PMID: 32990219. PMCID: PMC7524554

91. 2020    Sharma AE, Lyson HC, Cherian R, **Somsouk M**, Schillinger D, Sarkar U. A Root Cause Analysis of Barriers to Timely Colonoscopy in California Safety-Net Health Systems. J Patient Saf. 2020 May 26. PMID: 32467445

92. 2020    Patel S, Issaka RB, Chen E, **Somsouk M**. Colorectal Cancer Screening and COVID-19. Am J Gastroenterol. 2020 Oct 08. PMID: 33038127. PMCID: PMC7553028

93. 2020    SahBandar IN, Chew GM, Corley MJ, Pang APS, Tsai N, Hanks N, Khadka VS, Klatt NR, Hensley-McBain T, **Somsouk M**, Vujkovic-Cvijin I, Chow DC, Shikuma CM, Ndhlovu LC. Changes in gastrointestinal microbial communities influence HIV-specific CD8+ T-cell responsiveness to immune checkpoint blockade. AIDS. 2020 Aug 01; 34(10):1451-1460. PMID: 32675558. PMCID: PMC7371239

94. 2020    Yukl SA, Khan S, Chen TH, Trapecar M, Wu F, Xie G, Telwatte S, Fulop D, Pico AR, Laird GM, Ritter KD, Jones NG, Lu CM, Siliciano RF, Roan NR, Milush JM, **Somsouk M**, Deeks SG, Hunt PW, Sanjabi S. Shared Mechanisms Govern HIV Transcriptional Suppression in Circulating CD103+ and Gut CD4+ T Cells. J Virol. 2020 Oct 28. PMID: 33115867

95. 2020    Issaka RB, Rachocki C, Huynh MP, Chen E, **Somsouk M**. Standardized Workflows Improve Colonoscopy Follow-Up After Abnormal Fecal Immunochemical Tests in a Safety-Net System. Dig Dis Sci. 2020 Mar 31. PMID: 32236885

96. 2020    Telwatte S, Kim P, Chen TH, Milush JM, **Somsouk M**, Deeks SG, Hunt PW, Wong JK, Yukl SA. Mechanistic differences underlying HIV latency in the gut and blood contribute to differential responses to latency-reversing agents. AIDS. 2020 11 15; 34(14):2013-2024. PMID: 32910065

97. 2020    Jiang C, Lian X, Gao C, Sun X, Einkauf KB, Chevalier JM, Chen SMY, Hua S, Rhee B, Chang K, Blackmer JE, Osborn M, Peluso MJ, Hoh R, **Somsouk M,** Milush J, Bertagnolli LN, Sweet SE, Varriale JA, Burbelo PD, Chun TW, Laird GM, Serrao E, Engelman AN, Carrington M, Siliciano RF, Siliciano JM, Deeks SG, Walker BD, Lichterfeld M, Yu XG. Distinct viral reservoirs in individuals with spontaneous control of HIV-1. Nature. 2020 09; 585(7824):261-267. PMID: 32848246

98. 2020    Lee B, Patel S, Rachocki C, Issaka R, Vittinghoff E, Shapiro JA, Ladabaum U, **Somsouk M**. Advanced Notification Calls Prior to Mailed Fecal Immunochemical Test in Previously Screened Patients: a Randomized Controlled Trial. J Gen Intern Med. 2020 Aug 03. PMID: 32748345

99. 2020    Lee E, von Stockenstrom S, Morcilla V, Odevall L, Hiener B, Shao W, Hartogensis W, Bacchetti P, Milush J, Liegler T, Sinclair E, Hatano H, Hoh R, **Somsouk M**, Hunt P, Boritz E, Douek D, Fromentin R, Chomont N, Deeks SG, Hecht FM, Palmer S. The impact of antiretroviral therapy duration on the HIV-1 infection of T-cells within anatomic sites. J Virol. 2020 Jan 17;94(3). pii: e01270-19. doi: 10.1128/JVI.01270-19. PMID: 31723024

100. 2020    Lee SA, Telwatte S, Hatano H, Kashuba ADM, Cottrell ML, Hoh R, Liegler TJ, Stephenson S, **Somsouk M**, Hunt PW, Deeks SG, Yukl S, Savic RM. Antiretroviral Therapy Concentrations Differ in Gut vs. Lymph Node Tissues and Are Associated With HIV Viral Transcription by a Novel RT-ddPCR Assay. J Acquir Immune Defic Syndr. 2020 Apr 15; 83(5):530-537. PMID: 32168200

101. 2020    Wang Y, Lifshitz L, Gellatly K, Vinton CL, Busman-Sahay K, McCauley S, Vangala P, Kim K, Derr A, Jaiswal S, Kucukural A, McDonel P, Hunt PW, Greenough T, Houghton J, **Somsouk M**, Estes JD, Brenchley JM, Garber M, Deeks SG, Luban J. HIV-1-induced cytokines deplete homeostatic innate lymphoid cells and expand TCF7-dependent memory NK cells. Nat Immunol. 2020 Mar; 21(3):274-286. PMID: 32066947. PMCID: PMC7044076

102. 2020    Yvette M. Piceno, Ph.D.; Din Lin, PhD; Brandon J. LaMere, MS; Martin Zydek, PhD; Aaron Chin, MD; Kathryn McCauley, MPH; Doug Fadrosh, MS; Kole Lynch, BS; Juliana Durack, PhD; Zain Kassam, MD, MPH; Jonathan Terdiman, MD; Averil Ma, MD; **Ma Somsouk**; Najwa El-Nachef, MD; Susan V. Lynch, PhD. Single Fecal Microbiota Transplantation Alters Viable Mucosa-associated Microbiota and Reduces Mucosal Inflammation in Clinically-responsive Ulcerative Colitis Patients. Microbiome D-19-00722.

103. 2020    Issaka R, **Somsouk M**. Colorectal Cancer Screening and Prevention in the COVID-19 Era. JAMA Health Forum, 2020.

104. 2020    Yvette Marisa Piceno, Ph.D.; Din Lin; Aaron Chin; Brandon LaMere; Kathryn McCauley; Martin Zydek; Doug Fadrosh; Kole Lynch; Juliana Durack; Zain Kassam; Jonathan Terdiman; Averil Ma; **Ma Somsouk**; Najwa El-Nachef; Susan Lynch. A single fecal microbiota transplantation alters viable mucosa-associated microbiota and reduces mucosal inflammation in clinically-responsive ulcerative colitis patients. Plos One, 2020.

105. 2021    Wang A, Patel S, Issaka R, **Somsouk M**. Selection of patients for large mailed fecal immunochemical test colorectal cancer screening outreach programs: A systematic review. J Med Screen. 2021 Mar 08; 969141321997482. PMID: 33683155

106. 2021    Wu G, Zuck P, Goh SL, Milush JM, Vohra P, Wong JK, **Somsouk M,** Yukl SA, Shacklett BL, Chomont N, Haase AT, Hatano H, Schacker TW, Deeks SG, Hazuda DJ, Hunt PW, Howell BJ. Gag p24 is a Marker of HIV Expression in Tissues and Correlates with Immune Response. J Infect Dis. 2021 Mar 09. PMID: 33693750

107. 2021    Lee B, Keyes E, Rachocki C, Grimes B, Chen E, Vittinghoff E, Ladabaum U, **Somsouk M**. Increased Colorectal Cancer Screening Sustained with Mailed Fecal Immunochemical Test Outreach. Clin Gastroenterol Hepatol. 2021 Jul 16. PMID: 34280552

108. 2021    Ge J, Najafi N, Zhao W, **Somsouk M,** Fang M, Lai JC. A methodology to generate longitudinally updated Acute-on-Chronic Liver Failure (ACLF) prognostication scores from electronic health record data. Hepatol Commun. 2021 Mar 12;5(6):1069-1080. PMID: 34141990

109. 2021    Zullo KM, Douglas B, Maloney NM, Ji Y, Wei Y, Herbine K, Cohen R, Pastore C, Cramer Z, Wang X, Wei W, **Somsouk M**, Hung LY, Lengner C, Kohanski MH, Cohen NA, Herbert DR. LINGO3 regulates mucosal tissue regeneration and promotes TFF2 dependent recovery from colitis. Scandinavian Journal of Gastroenterology, Volume 56 Issue 7, 2021. PMID: 33941035

110. 2021    Dai B, Hackney JA, Ichikawa R, Nguyen A, Elstrott J, Orozco LD, Sun KH, Modrusan Z, Gogineni A, Scherl A, Gubatan J, Habtezion A, Deswal M, **Somsouk M**, Faubion WA, Chai A, Sharafali Z, Hassanali A, Oh YS, Tole S, McBride J, Keir ME, Yi T. Dual targeting of lymphocyte homing and retention through a4ß7 and aEß7 inhibition in inflammatory bowel disease. Cell Rep Med. 2021 Aug 17; 2(8):100381. PMID: 34467254. PMCID: PMC8385326

111. 2022    Zuck P, Howell B, **Somsouk M**, Hunt PW. Higher Rectal tissue p24 Levels correlate with poor CD4 Recovery in Treated HIV Infection. JID, 2020 (accepted for publication)

112. 2022    Mukherjea A, Shariff-Marco S, Yang J, Tseng W, Palaniappan L, Li J, Ivey SL, **Somsouk M**, Gomez SL. Determinants of Colorectal Cancer Screening among South Asian Americans. J Asian Health. 2022 Apr; 10(e202202):1-12. PMID: 35909807. PMCID: PMC9335393

113. 2021    Sangaramoorthy M, Yang J, Guan A, DeRouen MC, Tana MM, **Somsouk M**, Thompson CA, Gibbons J, Ho C, Chu JN, Cheng I, Gomez SL, Shariff-Marco S. Asian American/Pacific Islander and Hispanic Ethnic Enclaves, Neighborhood Socioeconomic Status, and Hepatocellular Carcinoma Incidence in California: An Update. Cancer Epidemiol Biomarkers Prev. 2021 Nov 30. PMID: 34853019. PMCID: PMC8825691

114. 2022    Altinbas A, Holmes JA, Salloum S, Lidofsky A, Alatrakchi N, **Somsouk M**, Hunt P, Deeks S, Chew KW, Lauer G, Kruger A, Lin W, Chung RT. LOXL-2 and TNC-C are markers of liver fibrogenesis in HCV/HIV-, HIV- and HCV-infected patients. Biomark Med. 2022 08; 16(11):839-846. PMID: 35786977. PMCID: PMC9437769

115. 2022    Hiatt RA, Sibley A, Venkatesh B, Cheng J, Dixit N, Fox R, Ling P, Nguyen T, Oh D, Palmer NR, Pasick RJ, Potter MB, Somsouk M, Vargas RA, Vijayaraghavan M, Ashworth A. From Cancer Epidemiology to Policy and Practice: the Role of a Comprehensive Cancer Center. Curr Epidemiol Rep. 2022 Mar 21; 1-12. PMID: 35342686. PMCID: PMC8935108

116. 2022    Khoong EC, Rivadeneira NA, Pacca L, Schillinger D, Lown D, Babaria P, Gupta N, Pramanik R, Tran H, Whitezell T, **Somsouk M**, Sarkar U. Extent of Follow-Up on Abnormal Cancer Screening in Multiple California Public Hospital Systems: A Retrospective Review. J Gen Intern Med. 2022 May 31. PMID: 35641722

117. 2022    Chang HW, Yan D, Singh R, Bui A, Lee K, Truong A, Milush JM, **Somsouk M**, Liao W. Multiomic Analysis of the Gut Microbiome in Psoriasis Reveals Distinct Host–Microbe Associations. JID Innov. 2022 May; 2(3):100115. PMID: 35757783. PMCID: PMC9214347

118. 2022    McClellan SP, Canchola AJ, Potter MB, Gomez SL, **Somsouk M**. Neighborhood socioeconomic status and the effectiveness of colorectal cancer screening outreach with mailed fecal immunochemical tests within a safety net healthcare system in San Francisco, CA: A subgroup analysis of a randomized controlled trial. Prev Med. 2022 Dec 14;167:107388. doi: 10.1016/j.ypmed.2022.107388. PMID: 36528113

119. 2022    Burns S, **Somsouk M**. Durability of FIT Screening After Cessation of a Screening Outreach Intervention. Dig Dis Sci. 2022 Nov 10:1-3. doi: 10.1007/s10620-022-07755-7. PMID: 36357595

120. 2023    Odufalu FD, Sewell JL, Rudrapatna V, **Somsouk M**, Mahadevan U. Assessing the Impact of COVID-19 on IBD Outcomes Among Vulnerable Patient Populations in a Large Metropolitan Center. Inflamm Bowel Dis. 2023 Mar 21. PMID: 36943305

121. 2023    Santiago-Rodríguez EJ, Hoeft KS, Lugtu K, McGowen M, Ofman D, Adler J, **Somsouk M**, Potter MB. Implementation of a novel program to support colorectal cancer screening in a community health center consortium before and after the onset of COVID-19: a qualitative study of stakeholders' perspectives. Implement Sci Commun. 2023 May 22; 4(1):54. PMID: 37218022. PMCID: PMC10201507

122. 2023    Burns S, Wang J, **Somsouk M**. Effect of Mailed Fecal Immunochemical Test Outreach for Patients Newly Eligible for Colorectal Cancer Screening. Dig Dis Sci. 2023 Jun; 68(6):2315-2317. PMID: 36964863. PMCID: PMC10039682

123. 2023    Peluso MJ, Ryder D, Flavell R, Wang Y, Levi J, LaFranchi BH, Deveau TM, Buck AM, Munter SE, Asare KA, Aslam M, Koch W, Szabo G, Hoh R, Deswal M, Rodriguez A, Buitrago M, Tai V, Shrestha U, Lu S, Goldberg SA, Dalhuisen T, Durstenfeld MS, Hsue PY, Kelly JD, Kumar N, Martin JN, Gambir A, **Somsouk M**, Seo Y, Deeks SG, Laszik ZG, VanBrocklin HF, Henrich TJ. Multimodal Molecular Imaging Reveals Tissue-Based T Cell Activation and Viral RNA Persistence for Up to 2 Years Following COVID-19. medRxiv. 2023 Jul 31. PMID: 37577714. PMCID: PMC10418298

124. 2023    Duarte MJ, Tien PC, **Somsouk M**, Price JC. The human microbiome and gut-liver axis in people living with HIV. Curr HIV/AIDS Rep. 2023 May 02. PMID: 37129834. PMCID: PMC10232565

125. 2023    Patel S, Sewell JL, Bhuket T, **Somsouk M**. Delivering High-Quality, Efficient Gastroenterology Care to Vulnerable and Underserved Populations: Special Considerations and Possible Solutions. Clin Gastroenterol Hepatol. 2023 Aug 25. PMID: 37634855

126. 2023    Viramontes O, Martinez D, **Somsouk M**. Intestinal Metaplasia Associated with Symptoms of Dyspepsia. Res Sq. 2023 Oct 03. PMID: 37886477. PMCID: PMC10602075

127. 2024    Burns S, Griffith M, Patel S, Sarkar U, **Somsouk M**. Electronic Coding for Abnormal Fecal Immunochemical Test Is Associated With Increased Colonoscopy Completion. Am J Gastroenterol. 2024 Jul 01; 119(7):1431-1432. PMID: 38488169

128. 2024    McClellan SP, Patel S, Uy-Smith E, Gregory B, Neuhaus JM, Potter MB, **Somsouk M**. Colorectal Cancer Screening: A Multicomponent Intervention to Increase Uptake in Patients Aged 45-49. J Am Board Fam Med. 2024 Jul-Aug; 37(4):660-670. PMID: 39455266

129. 2024    McClellan SP, Khan T, Rafferty H, Wong J, La S, Patel S, **Somsouk M**. The effect of mailed outreach on FIT completion among patients aged 45-50 in a safety net healthcare system. Cancer Causes Control. 2024 Jun 01. PMID: 38822978

130. 2024    Colquhoun DA, **Somsouk M**, Chen CL. Does Propofol Improve Polyp Detection during Colonoscopy? The Promise and Peril of Clinical Registry Data. Anesthesiology. 2024 Jun 01; 140(6):1062-1064. PMID: 38629962. PMCID: PMC11104318

131. 2024    Peluso MJ, Ryder D, Flavell RR, Wang Y, Levi J, LaFranchi BH, Deveau TM, Buck AM, Munter SE, Asare KA, Aslam M, Koch W, Szabo G, Hoh R, Deswal M, Rodriguez AE, Buitrago M, Tai V, Shrestha U, Lu S, Goldberg SA, Dalhuisen T, Vasquez JJ, Durstenfeld MS, Hsue PY, Kelly JD, Kumar N, Martin JN, Gambhir A, **Somsouk M**, Seo Y, Deeks SG, Laszik ZG, VanBrocklin HF, Henrich TJ. Tissue-based T cell activation and viral RNA persist for up to 2 years after SARS-CoV-2 infection. Sci Transl Med. 2024 Jul 03; 16(754):eadk3295. PMID: 38959327. PMCID: PMC11337933

## OTHER CREATIVE ACTIVITIES

1. 2011    **Given Imaging:** Economic Model of Whole-Gut Capsule Endoscopic Evaluation of Symptoms in Established Crohn's Disease. Prepared for Given Imaging as a consultant agreement.

2. 2015    **UCSF Case No. SF2016-221 (ProLog).** Platform for documenting a trainee's technical progress. The goal is to develop an education and learning environment, and accreditation services as an enterprise solution.

3. 2016    **Quidel:** Scientific Advisor to support regulatory approval and clinical implementation of SensiFIT 260.

4. 2016    **California Association of Public Hospital/Safety-Net Institute:** Advisor to support creation of a novel PRIME metric (colonoscopy follow-up for abnormal fecal immunochemical test) for Medicaid waiver.

5. 2018    **UCSF Case No. SF2018-146** Invention Disclosure for Navigated outreach to improve cancer screening and prevention

6. 2019    **Burd Health:** Advisor for employer-based health plan to improve colorectal cancer screening and prevention.

7. 2019    **ClinicAI:** Advisor to a startup company to develop non-invasive monitoring platform empowered by sensor networks and artificial intelligence to continuously track people's health for wellness and early disease detection.

8. 2022    **CureTalks: Early Age Onset Colorectal Cancer – Trends and Challenges.** https://www.curetalks.com/early-age-onset-colorectal-cancer-trends-and-challenges/

9. 2022    **Guardant Health.** Advisory board on development of multi-cancer blood-based screening test.

10. 2023    **Freenome.** Advisory board on development of multi-cancer blood-based screening test.

11. 2023    **National Cancer Institute Evidence Based Cancer Control Program.** Developed educational content and resources for health systems to develop an organized program to mailed fecal immunochemical tests (https://ebccp.cancercontrol.cancer.gov/programDetails.do?programId=35175392)

# EXHIBIT B

**<u>Ma Somsouk, MD, MAS, AGAF</u>**

**<u>TESTIMONIAL HISTORY</u>**

**Depositions**

Massoni v. St. Joseph Medical Group et al. (California, 3/23/2022)

Sargent vs. Adventist Health Sonora (California, 4/20/2022)

Hatchel vs. Wallis and DDSI (Oklahoma, 3/31/2023)

Manok Rakowski v Virginia Mason Med Ctr, Tan (Washington, 6/15/2023)

**Trial**

Manok Rakowski v Virginia Mason Med Ctr, Tan (Washington, 12/20/2023)