# EXHIBIT 20D

CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER

## Expert Report of Jonathan Campbell, Ph.D.

### Biography

I am an Associate Professor in Medicine and Associate Research Professor in Pharmacology and Cancer Biology at Duke University, where I am also a Member of the Duke Molecular Physiology Institute. My research focuses on the physiology and pharmacology of glucagon-like peptide 1 (GLP-1) receptor agonists (GLP-1R agonists) and glucose-dependent insulinotropic polypeptide (GIP) receptor agonists (GIPR agonists).

1. Education and Training

I completed my scientific training in Toronto, Ontario, Canada. I earned my undergraduate degree in the Department of Kinesiology at York University, where I received an academic scholarship for all four years. My studies included coursework in exercise physiology, anatomy, biology, and chemistry, and I graduated with an Honors degree in 2004.

During this time, I volunteered for three years in the laboratory of Dr. Li Zhang, the Maria H. Bacardi Chair in Transplantation, located at Toronto General Hospital, University of Toronto. Dr. Zhang's lab focused on the role of the immune system in graft-versus-host disease, which has important implications for transplantation. This experience provided me with a foundation in molecular biology and led to my first academic publication.

After completing my undergraduate degree, I joined the Department of Kinesiology at York University as a Master's student in the lab of Dr. Michael Riddell, an internationally recognized leader in exercise physiology and diabetes. This position allowed me to continue exploring the physiological impact of exercise within the context of chronic disease. I was awarded a Canada Graduate Research Scholarship (CGRS) by the Canadian Institutes of Health Research (CIHR)—Canada's premier funding agency for health and medical research. I completed my Master's degree in 18 months and continued into a doctoral program in the same lab.

During my Ph.D., I was awarded a three-year CGRS doctoral scholarship. From 2004 to 2010, I published 14 peer-reviewed articles, including four as first author. These included several highly cited original research papers that have had major impact on the field (Campbell JE, *AJP Endocrinology and Metabolism*, 2011; Fediuc S, *J Applied Physiology*, 2006).

In the summer of 2010, I joined the lab of Dr. Daniel Drucker at the Lunenfeld-Tanenbaum Research Institute (Mount Sinai Hospital, University of Toronto) as a postdoctoral fellow. Dr. Drucker is a global leader in incretin biology (including the study of GLP-1 and GIP) and its application to diseases such as diabetes, obesity, cardiovascular disease, and gastrointestinal disorders. I led projects investigating the mechanisms of GLP-1, GIP, and glucagon. I received a one-year Banting and Best

1

EXHIBIT

2

CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER

Diabetes Centre fellowship, followed by a three-year CIHR postdoctoral fellowship. During my fellowship, I published 15 peer-reviewed manuscripts in top-tier journals including *Nature Medicine*, *Cell Metabolism*, *Diabetes*, and *Nature Reviews Endocrinology*. These publications include review papers that have shaped the field (Campbell JE, *Cell Metabolism,* 2013; Campbell JE, *Nature Reviews Endocrinology*, 2015) and original research papers that have introduced paradigm shifting concepts (Finan B, *Nature Medicine*, 2015; Panjwani N, *Endocrinology*, 2013; Campbell JE, *Nature Medicine*, 2016).

2.  Scientific Achievements

In 2015, I joined Duke University as an Assistant Professor in the Department of Medicine, with secondary appointments in the Departments of Cancer Biology and Pharmacology, and Cell and Molecular Biology. My laboratory is housed in the Duke Molecular Physiology Institute, where I have led an independent research program for ten years. Since I became an independent investigator at Duke University, I have authored more than 60 peer-reviewed publications, all in top biomedical journals. My work has been cited more than 10,000 times and places me in the top 0.1% of global experts in proglucagon, glucagon-like peptides, incretins, and islet biology (Expertscape). My research has received over $20 million in funding from the National Institutes of Health, the American Diabetes Association, the Helmsley Charitable Trust, and various industry partners, including Eli Lilly and Novo Nordisk. This funding pays for my lab's work, provides resources that allow us to pursue new projects of interest to our lab, and funds scientific projects at Duke University more broadly. It is not compensation that I receive personally.

I have mentored 12 postdoctoral fellows, seven of whom were NIH-funded trainees. Five have gone on to successful independent careers in academia or industry, with the majority of the remaining fellows still members of my group.

My group has made several landmark contributions to the scientific literature:

a.  Discovery of the Importance of Alpha-to-Beta Pancreatic Cell Communication and the Role of GLP-1 in That Process

My lab demonstrated that glucagon secretion from pancreatic alpha cells plays a critical role in regulating insulin secretion from pancreatic beta cells—a paradigm-shifting discovery[1-4]. This work redefined the classical understanding of glucagon, previously seen primarily as a counter-regulatory hormone to insulin, showing that glucagon also stimulates insulin secretion and enhances insulin sensitivity, especially in the postprandial state (i.e., after eating). An important and unexpected observation in these studies was our finding that glucagon stimulates insulin secretion predominantly through activity at the glucagon-like peptide 1 receptor (GLP-1R). This initiated a series of studies that have proposed that the classical conception of the incretin effect (whereby GLP-1 derived from the intestine circulates to the pancreas to stimulate insulin secretion) may be incomplete. Indeed, we have published several papers that argue that the alpha cell juxtaposed to the

2

CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER

beta cell is the source of hormone that physiologically activates the GLP-1R to stimulate insulin secretion. These findings were confirmed in both preclinical models and human studies and have since been validated by multiple independent groups.

### b. Discovery of GIP Actions in Pancreatic Alpha Cells

My group has contributed to the emerging concept that GIP, not GLP-1, is the predominant incretin hormone after consuming a meal[5-7]. My group's work revealed that GIP potentiates glucagon secretion from alpha cells in the pancreas, thereby initiating alpha-to-beta cell communication. These insights advance our understanding of postprandial glucagon dynamics and inform the pharmacology of incretin-based therapies targeting the GIP receptor (GIPR). Importantly, this builds on our previous work that forced reconsideration of the classical conception of the incretin effect. GIP can stimulate insulin secretion both directly in beta cells and indirectly by enhancing the production of glucagon and GLP-1 from neighboring alpha cells. The resulting glucagon and GLP-1 are responsible for activating the beta cell GLP-1R and contributing to insulin secretion. Collectively, this work is redefining the concept of the incretin axis, positioning GIP as the predominant incretin hormone.

### c. Demonstration that GIP is Essential for the Efficacy of Tirzepatide

Tirzepatide, a dual GLP-1/GIP receptor agonist, is currently the most effective medication FDA-approved for treating diabetes and obesity. Preclinical studies in cell lines have demonstrated that tirzepatide has activity at both the GLP-1R and GIPR. However, at the time when tirzepatide first began to be studied, agonism at the GIPR had largely been dismissed as an effective means of treating diabetes or obesity. This was because of historical data indicating that GIPR agonism was "weaker" than GLP-1R agonism, to the point where it would be ineffective in people with diabetes. This view led many in the incretin field to conclude that although GIPR activity was a feature of tirzepatide, it contributed very little to the clinical efficacy. Instead, tirzepatide was described as a "super GLP-1R agonist" as an explanation for the improved clinical outcomes compared to semaglutide. We developed tools and approaches to directly address this question. Our work demonstrated that GIPR significantly contributes to the insulin secretion in response to tirzepatide[8]. This work challenged the idea that GIPR is not a valid target for metabolic disease, contributing to the emerging interest in GIP biology that now fills the pipeline of all major pharmaceutical companies in the metabolic space.

### d. Deciphering G Protein-Coupled Receptor Signaling in Pancreatic Beta Cells

The receptors central to the activity of incretins—including GLP-1R and GIPR—are of a type known as G protein-coupled receptors (GPCR). GPCR signaling is highly complex, involving multiple intracellular pathways[9]. My lab dissected how different GLP-1 receptor agonists uniquely activate these pathways to regulate insulin secretion. This work underscores that each pairing produces distinct signaling outputs, which may influence therapeutic efficacy and specificity. This is an important advance in the context that many

3

**CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER**

of the current incretin-based medications, including semaglutide and tirzepatide, are very heterogenous across clinical populations. Indeed, there are some individuals that fail to meaningfully improve glycemic control or lose significant weight while on these medications, for reasons that are currently unknown.

3. International Recognition

    a. Invited Lectures

I have delivered invited lectures at leading institutions in the field of metabolism including the University of Wisconsin, University of North Carolina, University of Miami, Northwestern University, the University of Washington, Columbia University, the Icahn School of Medicine, Stanford University, Vanderbilt University and the University of Texas Southwestern. I have also presented at major scientific meetings including those hosted by the Endocrine Society, American Diabetes Association, European Association for the Study of Diabetes, International Diabetes Federation, Diabetes Canada, the Italian Society for Diabetes, the Korean Endocrine Society, and the Japanese Diabetes Society—spanning 11 countries. These lectures have been on the topic of incretins, glucagon, diabetes, and metabolism.

    b. Editorial, Grant Panel, and Committee Service

I serve as an Associate Editor for *Diabetes*, the flagship journal of the American Diabetes Association. As an Associate Editor, I am responsible for managing manuscripts submitted to the journal through the process of peer review. This includes an initial assessment of the manuscripts for suitability for peer review, obtaining experts in the area to conduct the peer review, evaluating and integrating the review of the manuscript, and making decisions on suitability for publication. I review manuscripts of mechanism studies involving cells, preclinical models, and humans. I am also on the Editorial Boards of *Endocrinology* and *Frontiers in Endocrinology* and am a frequent ad hoc reviewer for top-tier journals including *Nature*, *Nature Medicine*, *Nature Metabolism*, *Cell Metabolism*, *Science*, *Science Advances*, and the *Journal of Clinical Investigation*.

I have reviewed grants for agencies such as the American Diabetes Association, Helmsley Charitable Trust, Diabetes Canada, the Novo Nordisk Foundation, and the European Research Council, to evaluate whether those agencies should provide grant funding for specific projects. I have also served continuously on NIH study sections for the past five years and am currently a standing member of the Basic Mechanisms of Diabetes and Metabolism study section.

I am an active member of both the American Diabetes Association and the Endocrine Society. I currently serve on the Research Policy Committee for the American Diabetes Association, which is a committee that determines the priorities for supporting basic and clinical research. I am also a member of the Disease Modifying Expert Panel of the American Diabetes Association, a group that is defining the criteria for what outcomes determine the impact of interventions on diabetes.

4

CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER

### c. Consulting and Advisory Roles

I have served as a consultant or scientific advisor for multiple international biomedical companies, including Structure Therapeutics, Altimmune Therapeutics, Boehringer Ingelheim, Neurocrine Biosciences, Septerna, Arrowhead Therapeutics, Prostasis, Protagonist Therapeutics, Roche, and Eli Lilly. My first consulting or advisory role with Eli Lilly is as an expert in this case.

### d. Awards and Honors

During my training, I received 15 scholarships and fellowships and was fully supported by external funding throughout my education. As an independent investigator, I received the American Diabetes Association Junior Faculty Development Award and was twice named a Borden Scholar by the Duke Molecular Physiology Institute. I was nominated for the Helmholtz Diabetes HeIDi Award and received the Perugia Award for outstanding young investigators from the Italian Society for Diabetes. I have been promoted to Associate Professor of Medicine with tenure in the Department of Medicine at Duke University.

## Assignment and Summary of Opinions

Lawyers representing Eli Lilly asked me to provide my expert opinions on GLP-1, GIP, and GLP-1R/GIPR agonists, and to respond to the related opinions offered by some of plaintiffs' experts in this litigation. Below is a summary of the opinions I intend to offer.

- Dulaglutide and tirzepatide are unique, distinct molecules that bind to and activate GLP-1R (dulaglutide) or GLP-1R and GIPR (tirzepatide) in unique, distinct ways relative to each other and other GLP-1R agonists. While there are similarities among GLP-1R and dual GLP-1/GIPR agonists, the differences in the molecules affect their biological effects. Thus, the biological effects of each different GLP-1R or GLP-1/GIPR agonist should be evaluated separately.
- Like endogenous GLP-1 and GIP, GLP-1R agonists (e.g., dulaglutide) and dual (GLP-1R/GIPR) agonists (e.g., tirzepatide) exert receptor-mediated biological effects only when the molecules are activating the corresponding receptors in the body. These effects stop when there is no longer sufficient medication in the body, because the medications activate the receptors only when in contact with and bound to those receptors.
- As the medications are cleared from the body, less and less medication remains present and capable of activating the receptors, resulting in diminishing effects. After five half-lives (~25 days) from last dosing of dulaglutide or tirzepatide, about 97% of the medication has been removed from the body and the medication is considered cleared pharmacologically. At that point and beyond, the medications no longer sufficiently impact receptor activity to exert effects on the body, including but not limited to effects on gastric motility.

5

CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER

- If a patient discontinues one GLP-1R agonist, then initiates a different GLP-1R agonist, then has the onset of delayed gastric emptying after washout of the first GLP-1R agonist, that delayed gastric emptying cannot have been caused by the first GLP-1R agonist. More broadly, any effects that initiate after washout of the first GLP-1R agonist medication and upon initiation of the second GLP-1R agonist cannot have been caused by the first GLP-1R agonist.
- The effects of long-acting GLP-1R agonists and dual agonists like dulaglutide and tirzepatide on gastric emptying are subject to tachyphylaxis, meaning that their effects on gastric emptying diminish over time even while patients continue taking the medications, as will symptoms secondary to delayed gastric emptying.
- Mechanistically, gastrointestinal effects of these medicines reflect both central and peripheral actions of GLP-1R activation. The most up to date consensus within the incretin field is that the majority of the gastrointestinal adverse events in response to a GLP-1R agonists are mediated by GLP-1R activity in the brain.
- The mechanism studies cited by Dr. Nilesh Lodhia and Dr. Joseph Pisegna regarding intestinal motility do not show that dulaglutide or tirzepatide (or any GLP-1R agonists or dual agonists, for that matter) cause ileus or bowel obstruction. In none of the mechanism studies they cite was complete halting of intestinal motility documented or ileus or bowel obstruction observed. More fundamentally, to the extent they rely on animal studies using GLP-1 or GIP rather than the medications at issue here, at most those studies raise hypotheses but cannot establish quantitative or qualitative effects of the medications in humans.

## Methodology/Identification of Relevant Literature

Before being retained as an expert in this litigation, I was already familiar with the literature concerning GLP-1, GIP, and GLP-1R and GIPR agonists. Indeed, I have spent most of my career researching and publishing on GLP-1, GIP, and GLP-1R and GIPR agonists. I have also published review articles on these topics that discuss and cite to much of this literature. As a part of my professional practice, I routinely monitor and review new literature in this field and have continued to do so while serving as an expert in this litigation. In addition, I reviewed the expert reports from plaintiffs' experts Dr. Jeffry Lansman, Dr. Joseph Pisegna, Dr. Nilesh Lodhia, and Dr. Kevin O'Brien, including the references cited therein. In the same manner as in my professional practice, I applied the relevant literature and my understanding of the concepts involved to the scientific issues in this litigation and the arguments presented by plaintiffs' experts, focusing primarily on matters of physiology and pharmacology.

## Incretins and Their Receptors

Incretins are gut hormones produced by specialized cells located throughout the intestine, as well as in some other regions of the body, including the brain.[10,11] In the intestine, these cells respond to nutrients that accumulate after a meal and increase incretin levels in the bloodstream. There are two main incretins: GLP-1 and GIP. Once in circulation, incretins bind to receptors in various tissues throughout the body to exert biological effects.

6

CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER

A receptor is a protein anchored to a cell that recognizes a specific hormone. Each specific incretin binds to a specific type of receptor and produces effects only when bound to the receptor. GLP-1 and GIP each have specific receptors that mediate their effects: the GLP-1 receptor (GLP-1R) and the GIP receptor (GIPR), respectively. Depending on how they are activated, these receptors can initiate several different cellular signaling cascades, as discussed further below.

### Differentiating Features of GLP-1R Agonists and Dual Agonists

Plaintiffs' experts argue that biologic effects of GLP-1R agonists can be assessed on a class wide level. I disagree. Although there are many similarities among GLP-1R agonists and dual agonists and biological effects can be directionally similar (such as increasing insulin secretion, reducing food intake, and delaying gastric emptying), their effects can differ, particularly in magnitude. When assessing the biological effects of GLP-1R agonists and dual agonists, evidence about one medication can help inform our general understanding of the biological effects of other such medications. Nonetheless, because each of these medications is unique and not all effects are of the same quality or quantity, the best evidence of the effects of a specific GLP-1R agonist is evidence derived from study of that GLP-1R agonist specifically.

The clearest illustration of these differences is the wide range of bodyweight effects of GLP-1R agonists and dual agonists. Although dulaglutide and semaglutide are both GLP-1R agonists with a similar pharmacokinetic profile, in a head-to-head clinical trial, semaglutide resulted in about twice as much body weight loss as dulaglutide[12]. It is inappropriate to assess the biological effects of a particular GLP-1R agonist or dual agonist by relying only on evidence concerning another medication in the class or from class-wide data.

Relatedly, while the pharmacological actions of GLP-1R agonism and GIPR agonism are similar in many ways to the physiological effects of endogenous GLP and GIP, there are also important differences. For example, endogenous GLP-1 does not have a significant effect on food intake or body weight, but an exogenous GLP-1R agonist does. For that reason, conclusions about the pharmacological effects of GLP-1 and/or GIP receptor agonists cannot always be drawn directly from studies about the physiological effects of GLP-1 and GIP.

Below, I discuss some of the important aspects that differ among the various GLP-1R agonists and dual agonists and warrant individual, rather than simply class wide, consideration of their biological effects.

1. Method of Half-Life Extension

A half-life is the time it takes for the quantity of a substance to decline to half of its starting level. Both endogenous GLP-1 and GIP have very short half-lives (on the order of a few minutes), limiting their biological activity. The short half-lives of endogenous GLP-

CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER

1 and GIP can be attributed to both rapid inactivation by an enzyme called DPP-4 and clearance from the circulation via kidney filtration. Both of these factors have been targeted to extend the circulating half-lives of GLP-1R agonists and dual agonists in order to enhance biological activity.

To limit the degradation by DPP-4, strategies have emerged to develop GLP-1R agonists with longer half-lives. For molecules based on the natural GLP-1 sequence, one strategy is to substitute a different amino acid for alanine at the second position in the active GLP-1 peptide; this method is effective because DPP-4 breaks down endogenous GLP-1 at the second position in the sequence, which DPP-4 can no longer do efficiently when the alanine at that position is substituted for. For semaglutide and tirzepatide, this involves using α-amino isobutyric acid (Aib) in place of alanine. Previous generations of GLP-1R agonists (dulaglutide, liraglutide) retained the alanine at position two and relied on other mechanisms to extend their half-life. An alternative strategy was to base GLP-1R agonist design on the sequence of another peptide, exendin-4, instead of the natural GLP-1 sequence; exendin-4 is not degraded by DPP-4. The first GLP-1R agonist using this approach was exenatide[13].

Another means of extending the half-life of GLP-1R agonists is to reduce the rate at which the medication is filtrated out by the kidneys. This generally involves attaching the medication's backbone to something else (**Figure 1**). Dulaglutide is an example of a GLP-1R agonist attached to an antibody fragment (called conjugation) that enables once-weekly dosing[14]. Alternatively, the attachment of a lipid side chain (called acylation) allows the GLP-1R agonist to bind to the protein albumin in the circulation. Binding the medication to albumin significantly extends the half-life by reducing the rate at which the kidneys filter the medication. Semaglutide[15], liraglutide[16], and tirzepatide[17] utilize acylation to achieve longer half-lives. Although all three molecules utilize this approach, the length and chemistry that supports the attachment of the acyl side chain is different between each of the molecules. Attachment of polyethylene glycol (called pegylation) is another option. While these techniques delay kidney filtration and extend the circulation time of GLP-1R agonists, the medications are still cleared by the kidneys.



**Figure 1.** Illustration of the various strategies utilized to extend the time a peptide remains in the circulation. Acylation, pegylation, and conjugation to an antibody all reduce filtration rates by the kidney, keeping the peptide in the circulation.

CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER

Dr. Lansman states that the modifications enabling GLP-1R agonists and dual agonists to have a longer half-life mostly just affect the dosing interval of the medication (Report of Dr. Lansman, pg. 12). This is not true. Modifications extending half-life affect the efficacy and pharmacology of GLP-1R agonists and dual agonists. A significant portion of the improved efficacy produced over the evolution of GLP-1R agonists and dual agonists has been due to the extension of half-life. This reduces patient burden—progressing from twice-daily injections to once-weekly—but also leads to increased receptor activity and greater efficacy.

Modifications that enable a longer half-life also alter the pharmacology at the GLP-1R. For example, removing the acylation from tirzepatide changes how the molecule interacts with the GLP-1 receptor, independent of the method of half-life extension[18]. A study found that the acylation feature of tirzepatide is an essential component that determines the mode of action at the receptor. This is another reason why different GLP-1R agonists, which all differ in the mechanism by which they achieved a longer half-life, need to be considered unique agonists and should be evaluated separately.

2.  Mono-Agonists vs. Multi-Receptor Agonists

A second component of the evolution of GLP-1R agonists is pairing them with additional targets by designing the peptide to bind to and activate more than one type of receptor. This strategy broadens biological activity by engaging additional tissues and/or mechanisms. To date, the only multi-receptor agonist approved is tirzepatide. The ability for tirzepatide to target the GIPR enables activity at cellular locations that do not express the GLP-1R, including fat tissue and unique populations of neurons, both of which appear to be key contributors to the activity of tirzepatide. Because dual agonists like tirzepatide engage multiple types of receptors, their effects can differ from medications that target the GLP-1R only.

3.  Receptor Pharmacology

Another important differentiator among GLP-1R agonists is their pharmacological profile at the GLP-1R. Dr. Lansman states that the primary difference between GLP-1R agonists and dual agonists is the difference in half-lives (Report of Dr. Lansman, pg. 2). This understanding is incorrect. In fact, *how* the various GLP-1R agonists and dual agonists engage the receptor (and therefore impact cellular signaling) is an important difference among the medications because it affects their efficacy and the subsequent biological outcomes.

There are multiple cellular signaling pathways that can be stimulated by GLP-1R activation. In recent years, understanding of the different ways of engaging the receptor ("biased agonism") has emerged as a factor in determining GLP-1R agonist efficacy[19]. "Biased agonism" refers to receptor agonists that preferentially recruit certain signaling pathways over others when binding to their receptor. Endogenous GLP-1 and GIP are considered full, balanced agonists that recruit both G-proteins and β-arrestins—different substances involved in two different signaling pathways at the same receptor. A biased

9

CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER

agonist preferentially recruits one pathway over another. For example, tirzepatide is considered a biased agonist at the GLP-1R because it recruits G-proteins similar to native GLP-1, but is much weaker than GLP-1 at recruiting β-arrestins[9]. Thus, it results in different effects on cells when tirzepatide activates that receptor than endogenous GLP-1 (or other GLP-1R agonists) would produce. Interestingly, tirzepatide is a full agonist at the GIPR, recruiting both G-proteins and β-arrestins similarly to native GIP[9]. In contrast, semaglutide is a full agonist at the GLP-1R that induces signaling through both G-proteins and β-arrestins[9]. The studies that elucidated this differential signaling induced by semaglutide and tirzepatide at the GLP-1R were conducted using cell-based models, where variables such as differences in pharmacokinetics or the presence of the GIPR are not in play.

In summary, despite similarities between the various GLP-1R agonists and dual agonists, important differences in half-lives, receptor targets, and receptor pharmacology result in meaningful differences in biological effects. Assessment of biological effects solely on a class level improperly disregards these differences.

## Impermanence of Pharmacological Effects of Dulaglutide and Tirzepatide

One pharmacological aspect that is common to all GLP-1R agonists and dual agonists is that they are able to exert receptor-mediated biological effects only while present at sufficient concentrations in the body. Once their use is discontinued and they are cleared from the body, they can no longer exert those effects.

Even though GLP-1R agonists and dual agonists have longer half-lives than endogenous GLP-1, extending the half-life of a medication does not prevent it from being removed from the circulation; it only delays removal. After 5 half-lives, approximately 97% of a medication is removed from the body (after one half-life 50% remains; 25% after 2 half-lives; 12.5% after 3 half-lives; 6.25% after 4 half-lives; and 3.125% after 5 half-lives). Even if a patient started at the maximum dose of tirzepatide or dulaglutide, after 5 half-lives, the amount of medication left in the body (~3%) is far below the lowest dose found to be clinically relevant and approved for human use. For dulaglutide and tirzepatide, the half-life is around 5 days or 120 hours, meaning that 97% of the medication is removed from the body after about 25 days or 600 hours (5 half-lives)[20,21]. It is generally accepted that medications that follow first-order (i.e., linear) pharmacokinetics, as GLP-1R agonists do, are functionally cleared from the body within 5 half-lives after last dosing: "94% to 97% of a drug is eliminated after 4 to 5 half-lives. Therefore, after 4 to 5 half-lives, the plasma concentration of a given drug typically falls below a clinically relevant concentration and is considered effectively eliminated"[22].

Like endogenous GLP-1 and GIP, GLP-1R agonists (e.g., dulaglutide) and dual agonists (e.g., tirzepatide) exert receptor-mediated biological effects only when the medication molecules are activating the corresponding receptors in the body. The effects of these agonists stop when there is no longer sufficient medication in the body, because the medications activate the receptors only when the molecules are in contact with and bound to those receptors. As the medications are cleared from the body, less medication

CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER

remains present and capable of activating the receptors, resulting in diminishing effects. As explained above, after five half-lives (~25 days) from last dosing of dulaglutide or tirzepatide, the medication is considered cleared pharmacologically. At that point and beyond, the medications are no longer sufficiently present to create enough receptor activity to cause detectable biological effects. Put differently, biologic effects that continue more than 5 half-lives after last dosing of GLP-1R agonist or dual agonist medications are not plausibly caused by those medication's receptor agonism effects. Similarly, effects that begin more than 5 half-lives after last dosing are not plausibly due to the receptor agonism of the prior, discontinued medication. This would include GLP-1R agonist effects on gastric emptying rate, which are receptor-mediated, as well as clinical symptoms such as nausea or vomiting. Any delay in gastric emptying from use of dulaglutide or tirzepatide would completely disappear after discontinuation and washout of the medication. There is no mechanistic basis or evidence to suggest that the effect of GLP-1R agonists on gastric emptying or symptoms like nausea or vomiting would persist after that time.

Evidence for how quickly the medication is eliminated from the body can also be obtained from clinical trials. In weight management clinical trials, individuals received the highest dose of semaglutide (2.4 mg)[23] or tirzepatide (10 or 15 mg)[24] for a period that allowed steady state to be achieved (20 weeks for semaglutide; 36 weeks for tirzepatide). Steady state refers to the point at which medication elimination matches the level of new medication administration. At that point, some of the subjects continued treatment, while others stopped treatment. In both studies, weight began to rebound at four weeks (the earliest time point measured) in the groups that stopped treatment. This indicates that within four weeks after stopping treatment, the accumulated concentrations of semaglutide and tirzepatide decrease to the point at which the biological effects reverse. No similar study exists for dulaglutide because that medication was not developed for a weight management indication. Specific to the effects on gastric motility, the Coutinho 2025 study showed that after liraglutide treatment, gastric motility returned to baseline after 7 days, the earliest time period measured after stopping medication[25]. Seven days represents about 13 half-lives for liraglutide[26]. The Coutinho 2025 study found that nausea and other GI symptoms resolved within 5 days after stopping the medication, suggesting that the effects of the medication had already stopped about 9 half-lives after stopping liraglutide.

GLP-1R agonists and dual agonists do not have effects once they are no longer bound to and activating their corresponding receptors. There is no evidence that GLP-1R agonists or dual agonists have any effects that begin or persist after the medication has washed out. Further, there is no evidence that they cause physical damage to cells, tissues, nerves, or other physiologic systems that would make it biologically plausible for effects on gastrointestinal motility to persist after washout.

If a patient discontinues one GLP-1R agonist, then initiates a different GLP-1R agonist, then has the onset of delayed gastric emptying after washout of the first GLP-1R agonist, that delayed gastric emptying cannot have been caused by the first GLP-1R agonist. More broadly, any effects that initiate after washout of the first GLP-1R agonist

11

CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER

medication and upon initiation of the second GLP-1R agonist cannot have been caused by the first GLP-1R agonist.

**Tachyphylaxis of Gastric Emptying Effects**

Even with continued use, some effects of GLP-1R agonists decline over time, including effects on gastric emptying.

Endogenous GLP-1 is released after consuming a meal, which slows gastric emptying and thereby moderates the rate of glucose entry into the circulation[27]. Pharmacological GLP-1R agonists further enhance this effect, producing dose-dependent delays in gastric emptying.[i] GLP-1R agonism (but not GIPR agonism[28,29]) influences gastric motility. This deceleration reduces glycemia independently of insulin secretion, representing a component of the glucose-lowering action of GLP-1-based therapies[27]. The effect on gastric emptying, however, decreases over time with chronic use of a stable dose of a GLP-1R agonist or dual agonist, due to an effect known as tachyphylaxis.

Tachyphylaxis, also described as desensitization, is the development of tolerance after repeated dosing of a medication. With respect to gastric emptying in response to a GLP-1R agonist, this can occur due to neuronal and/or receptor-level adaptation in the brain circuits that regulate gastric motility[27,30]. With sustained therapy with long-acting GLP-1R agonists like dulaglutide and tirzepatide at a stable dose, tachyphylaxis develops in the gastric-emptying response, resulting in gastric emptying returning toward pre-medication baseline. This desensitization in seen both in preclinical models and in clinical studies, across multiple long-acting GLP-1R agonists including dulaglutide and tirzepatide[29]. Plaintiffs' expert Dr. Pisegna does not disagree that tachyphylaxis in the gastric-emptying response occurs (Report of Dr. Pisegna, pg. 24). Urva 2020, discussed by Dr. Pisegna, demonstrates that both tirzepatide and dulaglutide have tachyphylaxis of the gastric-emptying response. A meta-analysis of randomized controlled trials using semaglutide similarly showed reduced gastric emptying while on medication that is strongest at the start of treatment and diminishes with time[31]. This attenuation over time explains why the most pronounced effects on gastric emptying occur during treatment initiation and diminish over time. The most likely reason is that the sustained receptor activation by agonists that have a prolonged half-life produces a degree of desensitization that reduces the magnitude of these outcomes. Gastrointestinal symptoms secondary to delayed gastric emptying effects of these medications would also be expected to diminish over time with use of a stable dose.

---

[i] Plaintiffs' experts refer at times to "impaired" gastric emptying. The only effect these medications have on gastric emptying rate is the known effect of delaying gastric emptying.

CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER

### Central Versus Peripheral Mediation of Gastric Emptying and Gastrointestinal Aversive Effects

Many of the gastrointestinal effects of GLP-1R agonists and dual agonists derive from their activity in the brain rather than locally in the gut. As a result, one cannot simply assume that any gastrointestinal symptoms a patient experiences while taking these medications reflect alterations in gastrointestinal motility.

1. Gastric Emptying

Mechanistically, GLP-1R agonism delays gastric emptying through both brain and peripheral (non-brain) pathways. Centrally, GLP-1Rs in the brain combine signals from the body to control nerve signals sent to the stomach, completing a gut–brain–gut feedback loop that slows gastric motility[27]. Elegant studies were conducted in mice to test where GLP-1R agonists work to control gastric emptying[32]. Deletion of GLP-1R in specific areas in the brain showed the greatest effect on reducing the ability for GLP-1R agonists to delay gastric emptying. The authors concluded that visceral sensory neurons that facilitate communication from the brain to the gut are the key sites where GLP-1R agonists initiate the signal to delay gastric emptying. Importantly, this occurred without reductions in GLP-1R levels anywhere in the intestine, hypothalamus, or pancreas. Moreover, this coordinated response initiated in the brain to delay gastric emptying contributes to both glycemic control and sensations of fullness and early satiety, linking gastric-emptying effects with reduced food intake and glucose homeostasis.

Outside of the brain, GLP-1R agonists affect gastric emptying through signals sent from the vagus nerve, effectively reducing movement of contents from the stomach to the intestines[33].

2. Aversion/Nausea

GLP-1R agonism but not GIPR agonism can cause aversive effects like nausea and vomiting, which are largely caused by brain effects rather than from delayed gastric emptying. Nausea and vomiting are the most frequent adverse effects of GLP-1R agonists. The incidence of nausea varies widely among medications, reported in ~5–35% of treated individuals depending on compound, dose, and study design, and typically appears during initiation or upward titration before diminishing with continued therapy[34]. Mechanistically, these effects reflect both central and peripheral actions of GLP-1R activation, but more recent evidence shows that central actions play a bigger role than peripheral actions such as delayed gastric emptying.

GLP-1Rs are expressed in hindbrain regions that regulate nausea and vomiting. GLP-1R agonists administered outside of the brain reach these regions, bind to these receptors, and result in nausea. These effects of GLP-1R agonists are mostly abolished when GLP-1R expression in the brain is eliminated in animal models[35] pointing to the requirement of central GLP-1R activity. The most up to date consensus within the incretin field is that the majority of the gastrointestinal adverse events in response to a GLP-1R

13

CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER

agonists are mediated by GLP-1R activity in the brain[36]. The role of the brain in nausea is consistent with the understanding that many effects of GLP-1R agonists come from the brain, such as the effect on food intake[37-40].

Unlike GLP-1, GIP has not been associated with nausea in clinical or preclinical settings, likely reflecting differences in receptor distribution, brain activity, and gastrointestinal motility effects of GIP compared to GLP-1. In fact, GIPR agonism minimizes the aversive effects associated with GLP-1R activation. GIPR agonists reduce indices of nausea in preclinical animal studies[41]. Consistent with these findings, recent clinical studies show that selective, long-acting GIPR agonists given in combination with GLP-1R agonists reduce GI adverse events from GLP-1R agonists, supporting the notion that the anti-aversive effects of GIP translate to humans[42].

To this end, tirzepatide exhibits comparable tolerability to semaglutide despite achieving greater efficacy at higher doses (15 mg vs. 2.4 mg, respectively)[43].

## Gastric Emptying in Patients with Pre-Existing Delayed Gastric Emptying

The effect of GLP-1R agonists and dual agonists on gastric emptying is weaker in patients who already have delayed gastric emptying. The magnitude of effect of a GLP-1R agonist to reduce gastric emptying is dependent on the patient's baseline rate of gastric emptying[44-48]. Simply put, patients with significant delays in gastric emptying at baseline demonstrate a muted effect of GLP-1R agonists to reduce gastric emptying compared to patients with normal gastric emptying at baseline. Within a population of people with type 2 diabetes, the baseline rate of gastric emptying determines the effect of a GLP-1R agonist on further reducing gastric emptying. For example, one study measured baseline gastric emptying in 30 individuals with type 2 diabetes, finding that 20 had normal rates of gastric emptying and 10 had slower than normal rates[44]. Exenatide reduced gastric emptying in 18 of the 20 with normal baseline values, but only 2 of the 10 with slower than normal baseline values[44]. Thus, in individuals who already have baseline delayed gastric emptying, including when due to type 2 diabetes, GLP-1R agonists or dual agonists are minimally effective at further delaying gastric emptying.

## Additional Responses to Plaintiffs' Experts

Plaintiffs' expert Dr. Lansman states that the delay of gastric emptying causes the common gastrointestinal symptoms with GLP-1R agonists and dual agonists, and disregards central effects (Report of Dr. Lansman, pp. 4 and 17). However, the preclinical data supports that much of the nausea and aversive effects of GLP-1R agonists and dual agonists stem from activation of GLP-1R in the brain[35,36]. Further, studies in humans have shown that delays in gastrointestinal motility are not correlated with gastrointestinal symptoms, including Thazhath 2016[49], cited by Dr. Lodhia, and Quast 2021[50]. Together, the summary of both preclinical and clinical data indicates that the adverse effects of GLP-1R agonists stem not just partially, but primarily from activation of GLP-1R in the brain. While it is reasonable to conclude that some patients who are experiencing delayed gastric emptying while taking GLP-1R agonists might experience some aversive side

14

CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER

effects secondary to the delay in gastric emptying, this is not the primary mechanism by which this occurs.

Dr. Lansman suggests that GLP-1R agonists and dual agonists have a direct effect on the gallbladder because the GLP-1R is expressed in the gallbladder (Report of Dr. Lansman, pg. 17). However, there is not strong evidence for GLP-1R expression in the gallbladder. Studies that directly measure the expression of GLP-1R in the gallbladder report levels that are at background signal, and exogenous GLP-1R agonists do not affect gallbladder volume[51]. This is in contrast to the established actions of GLP-2, a hormone co-secreted with GLP-1.

Plaintiffs' experts argue that GLP-1R agonists and dual agonists can cause ileus and bowel obstruction. Dr. Lodhia and Dr. Pisegna rely on several animal studies and limited human studies to support their opinions[48,49,52-57]. None of these studies show that GLP-1R agonists or dual agonists cause ileus or bowel obstruction. In none of the mechanism studies they cite was complete halting of intestinal motility documented or ileus or bowel obstruction observed.

More fundamentally, to the extent they rely on animal studies using GLP-1 or GIP rather than the medications at issue here, at most those studies raise *hypotheses* but cannot definitively establish quantitative or qualitative effects of the medications in humans.

---

I hold the above opinions to a reasonable degree of scientific certainty. I reserve the right to amend or supplement my opinions based on additional information that becomes available, and to respond to the testimony of others. I am being compensated at a rate of $400/hr in this matter, and my compensation is not dependent on the substance of my opinions. I have not provided sworn expert testimony in the past four years.


_____
Jonathan Campbell, Ph.D.

February 12, 2026
_____
Dated

15

CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER

## References

1    Campbell, J. E. & Newgard, C. B. Mechanisms controlling pancreatic islet cell function in insulin secretion. *Nat Rev Mol Cell Biol* **22**, 142-158, doi:10.1038/s41580-020-00317-7 (2021).

2    Capozzi, M. E. *et al.* The Limited Role of Glucagon for Ketogenesis During Fasting or in Response to SGLT2 Inhibition. *Diabetes* **69**, 882-892, doi:10.2337/db19-1216 (2020).

3    Capozzi, M. E. *et al.* beta Cell tone is defined by proglucagon peptides through cAMP signaling. *JCI Insight* **4**, doi:10.1172/jci.insight.126742 (2019).

4    Capozzi, M. E. *et al.* Glucagon lowers glycemia when beta-cells are active. *JCI Insight* **5**, doi:10.1172/jci.insight.129954 (2019).

5    El, K. & Campbell, J. E. The role of GIP in alpha-cells and glucagon secretion. *Peptides* **125**, 170213, doi:10.1016/j.peptides.2019.170213 (2020).

6    El, K., Capozzi, M. E. & Campbell, J. E. Repositioning the Alpha Cell in Postprandial Metabolism. *Endocrinology* **161**, doi:10.1210/endocr/bqaa169 (2020).

7    El, K. *et al.* GIP mediates the incretin effect and glucose tolerance by dual actions on alpha cells and beta cells. *Sci Adv* **7**, doi:10.1126/sciadv.abf1948 (2021).

8    El, K. *et al.* The incretin co-agonist tirzepatide requires GIPR for hormone secretion from human islets. *Nat Metab*, doi:10.1038/s42255-023-00811-0 (2023).

9    Willard, F. S. *et al.* Tirzepatide is an imbalanced and biased dual GIP and GLP-1 receptor agonist. *JCI Insight* **5**, doi:10.1172/jci.insight.140532 (2020).

10    Baggio, L. L. & Drucker, D. J. Biology of incretins: GLP-1 and GIP. *Gastroenterology* **132**, 2131-2157, doi:10.1053/j.gastro.2007.03.054 (2007).

11    Campbell, J. E. & Drucker, D. J. Pharmacology, physiology, and mechanisms of incretin hormone action. *Cell Metab* **17**, 819-837, doi:10.1016/j.cmet.2013.04.008 (2013).

12    Pratley, R. E. *et al.* Semaglutide versus dulaglutide once weekly in patients with type 2 diabetes (SUSTAIN 7): a randomised, open-label, phase 3b trial. *Lancet Diabetes Endocrinol* **6**, 275-286, doi:10.1016/S2213-8587(18)30024-X (2018).

13    Barnett, A. H. Exenatide. *Drugs Today (Barc)* **41**, 563-578, doi:10.1358/dot.2005.41.9.893704 (2005).

14    Sanford, M. Dulaglutide: first global approval. *Drugs* **74**, 2097-2103, doi:10.1007/s40265-014-0320-7 (2014).

15    Lau, J. *et al.* Discovery of the Once-Weekly Glucagon-Like Peptide-1 (GLP-1) Analogue Semaglutide. *J Med Chem* **58**, 7370-7380, doi:10.1021/acs.jmedchem.5b00726 (2015).

16    Vilsboll, T. Liraglutide: a once-daily GLP-1 analogue for the treatment of type 2 diabetes mellitus. *Expert Opin Investig Drugs* **16**, 231-237, doi:10.1517/13543784.16.2.231 (2007).

17    Coskun, T. *et al.* LY3298176, a novel dual GIP and GLP-1 receptor agonist for the treatment of type 2 diabetes mellitus: From discovery to clinical proof of concept. *Mol Metab* **18**, 3-14, doi:10.1016/j.molmet.2018.09.009 (2018).

CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER

18    Sun, B. *et al.* Structural determinants of dual incretin receptor agonism by tirzepatide. *Proc Natl Acad Sci U S A* **119**, e2116506119, doi:10.1073/pnas.2116506119 (2022).

19    Douros, J. D., Mokrosinski, J. & Finan, B. The GLP-1R as a model for understanding and exploiting biased agonism in next-generation medicines. *J Endocrinol* **261**, doi:10.1530/JOE-23-0226 (2024).

20    Label, D. Trulicity (dulaglutide injection). Prescribing information. Eli Lilly, 2014. Accessed January 26, 2026. https://www.accessdata.fda.gov/drugsatfda_docs/label/2025/125469s063lbl.pdf.

21    Label, T. Mounjaro (tirepatide injection). Prescribing information. Eli Lilly, 2022. Accessed January 27, 2026. https://www.accessdata.fda.gov/drugsatfda_docs/label/2026/215866s009lbl.pdf.

22    Hallare, J. & Gerriets, V. in *StatPearls*    (2025).

23    Rubino, D. *et al.* Effect of Continued Weekly Subcutaneous Semaglutide vs Placebo on Weight Loss Maintenance in Adults With Overweight or Obesity: The STEP 4 Randomized Clinical Trial. *JAMA* **325**, 1414-1425, doi:10.1001/jama.2021.3224 (2021).

24    Aronne, L. J. *et al.* Continued Treatment With Tirzepatide for Maintenance of Weight Reduction in Adults With Obesity: The SURMOUNT-4 Randomized Clinical Trial. *JAMA* **331**, 38-48, doi:10.1001/jama.2023.24945 (2024).

25    Coutinho, S. *et al.* Glucagon-like Peptide-1 Agonist Liraglutide Induces Temporary Impairment to Gastric Electrical Activity in Healthy Volunteers. *Clin Gastroenterol Hepatol*, doi:10.1016/j.cgh.2025.07.027 (2025).

26    Agerso, H., Jensen, L. B., Elbrond, B., Rolan, P. & Zdravkovic, M. The pharmacokinetics, pharmacodynamics, safety and tolerability of NN2211, a new long-acting GLP-1 derivative, in healthy men. *Diabetologia* **45**, 195-202, doi:10.1007/s00125-001-0719-z (2002).

27    Muller, T. D. *et al.* Glucagon-like peptide 1 (GLP-1). *Mol Metab* **30**, 72-130, doi:10.1016/j.molmet.2019.09.010 (2019).

28    Meier, J. J. *et al.* Gastric inhibitory polypeptide does not inhibit gastric emptying in humans. *Am J Physiol Endocrinol Metab* **286**, E621-625, doi:10.1152/ajpendo.00499.2003 (2004).

29    Urva, S. *et al.* The novel dual glucose-dependent insulinotropic polypeptide and glucagon-like peptide-1 (GLP-1) receptor agonist tirzepatide transiently delays gastric emptying similarly to selective long-acting GLP-1 receptor agonists. *Diabetes Obes Metab* **22**, 1886-1891, doi:10.1111/dom.14110 (2020).

30    Nauck, M. A., Kemmeries, G., Holst, J. J. & Meier, J. J. Rapid tachyphylaxis of the glucagon-like peptide 1-induced deceleration of gastric emptying in humans. *Diabetes* **60**, 1561-1565, doi:10.2337/db10-0474 (2011).

31    Jalleh, R. J. *et al.* Clinical Consequences of Delayed Gastric Emptying With GLP-1 Receptor Agonists and Tirzepatide. *J Clin Endocrinol Metab* **110**, 1-15, doi:10.1210/clinem/dgae719 (2024).

32    Varin, E. M. *et al.* Distinct Neural Sites of GLP-1R Expression Mediate Physiological versus Pharmacological Control of Incretin Action. *Cell Rep* **27**, 3371-3384 e3373, doi:10.1016/j.celrep.2019.05.055 (2019).

CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER

33   Krieger, J. P. *et al.* Knockdown of GLP-1 Receptors in Vagal Afferents Affects Normal Food Intake and Glycemia. *Diabetes* **65**, 34-43, doi:10.2337/db15-0973 (2016).

34   Bettge, K., Kahle, M., Abd El Aziz, M. S., Meier, J. J. & Nauck, M. A. Occurrence of nausea, vomiting and diarrhoea reported as adverse events in clinical trials studying glucagon-like peptide-1 receptor agonists: A systematic analysis of published clinical trials. *Diabetes Obes Metab* **19**, 336-347, doi:10.1111/dom.12824 (2017).

35   Kanoski, S. E., Rupprecht, L. E., Fortin, S. M., De Jonghe, B. C. & Hayes, M. R. The role of nausea in food intake and body weight suppression by peripheral GLP-1 receptor agonists, exendin-4 and liraglutide. *Neuropharmacology* **62**, 1916-1927, doi:10.1016/j.neuropharm.2011.12.022 (2012).

36   Beutler, L. R. GLP-1 physiology and pharmacology along the gut-brain axis. *J Clin Invest* **136**, doi:10.1172/JCI194744 (2026).

37   Adams, J. M. *et al.* Liraglutide Modulates Appetite and Body Weight Through Glucagon-Like Peptide 1 Receptor-Expressing Glutamatergic Neurons. *Diabetes* **67**, 1538-1548, doi:10.2337/db17-1385 (2018).

38   Huang, K. P. *et al.* Dissociable hindbrain GLP1R circuits for satiety and aversion. *Nature* **632**, 585-593, doi:10.1038/s41586-024-07685-6 (2024).

39   Sisley, S. *et al.* Neuronal GLP1R mediates liraglutide's anorectic but not glucose-lowering effect. *J Clin Invest* **124**, 2456-2463, doi:10.1172/JCI72434 (2014).

40   Turton, M. D. *et al.* A role for glucagon-like peptide-1 in the central regulation of feeding. *Nature* **379**, 69-72, doi:10.1038/379069a0 (1996).

41   Borner, T. *et al.* GIP Receptor Agonism Attenuates GLP-1 Receptor Agonist-Induced Nausea and Emesis in Preclinical Models. *Diabetes* **70**, 2545-2553, doi:10.2337/db21-0459 (2021).

42   Knop, F. K. *et al.* A long-acting glucose-dependent insulinotropic polypeptide receptor agonist improves the gastrointestinal tolerability of glucagon-like peptide-1 receptor agonist therapy. *Diabetes Obes Metab* **26**, 5474-5478, doi:10.1111/dom.15875 (2024).

43   Aronne, L. J. *et al.* Tirzepatide as Compared with Semaglutide for the Treatment of Obesity. *N Engl J Med* **393**, 26-36, doi:10.1056/NEJMoa2416394 (2025).

44   Beti, C. *et al.* Exenatide Delays Gastric Emptying in Patients with Type 2 Diabetes Mellitus but not in Those with Gastroparetic Conditions. *Horm Metab Res* **51**, 267-273, doi:10.1055/a-0818-6374 (2019).

45   Deane, A. M. *et al.* Effects of exogenous glucagon-like peptide-1 on gastric emptying and glucose absorption in the critically ill: relationship to glycemia. *Crit Care Med* **38**, 1261-1269, doi:10.1097/CCM.0b013e3181d9d87a (2010).

46   Jalleh, R. J. *et al.* Normal and disordered gastric emptying in diabetes: recent insights into (patho)physiology, management and impact on glycaemic control. *Diabetologia* **65**, 1981-1993, doi:10.1007/s00125-022-05796-1 (2022).

47   Linnebjerg, H. *et al.* Effect of exenatide on gastric emptying and relationship to postprandial glycemia in type 2 diabetes. *Regul Pept* **151**, 123-129, doi:10.1016/j.regpep.2008.07.003 (2008).

CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER

48    Nakatani, Y. *et al.* Effect of GLP-1 receptor agonist on gastrointestinal tract motility and residue rates as evaluated by capsule endoscopy. *Diabetes Metab* **43**, 430-437, doi:10.1016/j.diabet.2017.05.009 (2017).

49    Thazhath, S. S. *et al.* The Glucagon-Like Peptide 1 Receptor Agonist Exenatide Inhibits Small Intestinal Motility, Flow, Transit, and Absorption of Glucose in Healthy Subjects and Patients With Type 2 Diabetes: A Randomized Controlled Trial. *Diabetes* **65**, 269-275, doi:10.2337/db15-0893 (2016).

50    Quast, D. R. *et al.* Macronutrient intake, appetite, food preferences and exocrine pancreas function after treatment with short- and long-acting glucagon-like peptide-1 receptor agonists in type 2 diabetes. *Diabetes Obes Metab* **23**, 2344-2353, doi:10.1111/dom.14477 (2021).

51    Yusta, B. *et al.* Glucagon-like peptide-2 promotes gallbladder refilling via a TGR5-independent, GLP-2R-dependent pathway. *Mol Metab* **6**, 503-511, doi:10.1016/j.molmet.2017.03.006 (2017).

52    Hellstrom, P. M. *et al.* GLP-1 suppresses gastrointestinal motility and inhibits the migrating motor complex in healthy subjects and patients with irritable bowel syndrome. *Neurogastroenterol Motil* **20**, 649-659, doi:10.1111/j.1365-2982.2007.01079.x (2008).

53    Bozkurt, A., Naslund, E., Holst, J. J. & Hellstrom, P. M. GLP-1 and GLP-2 act in concert to inhibit fasted, but not fed, small bowel motility in the rat. *Regul Pept* **107**, 129-135, doi:10.1016/s0167-0115(02)00095-2 (2002).

54    Giralt, M. & Vergara, P. Sympathetic pathways mediate GLP-1 actions in the gastrointestinal tract of the rat. *Regul Pept* **74**, 19-25, doi:10.1016/s0167-0115(98)00010-x (1998).

55    Giralt, M. & Vergara, P. Glucagonlike peptide-1 (GLP-1) participation in ileal brake induced by intraluminal peptones in rat. *Dig Dis Sci* **44**, 322-329, doi:10.1023/a:1026654417697 (1999).

56    Tolessa, T., Gutniak, M., Holst, J. J., Efendic, S. & Hellstrom, P. M. Inhibitory effect of glucagon-like peptide-1 on small bowel motility. Fasting but not fed motility inhibited via nitric oxide independently of insulin and somatostatin. *J Clin Invest* **102**, 764-774, doi:10.1172/JCI942 (1998).

57    Tolessa, T., Naslund, E. & Hellstrom, P. M. The inhibitory mechanism of GLP-1, but not glucagon, on fasted gut motility is dependent on the L-arginine/nitric oxide pathway. *Regul Pept* **98**, 33-40, doi:10.1016/s0167-0115(00)00220-2 (2001).

# Exhibit A

# Jonathan Edward Campbell, PhD
Curriculum Vitae

Duke University



## Education

| | | |
|---|---|---|
| **Ph.D.** Kinesiology and Health Science | York University | 2010 |

Thesis: Complex Interactions between exercise, stress, and diet on adipose tissue biology and the development of obesity and type 2diabetes

| | | |
|---|---|---|
| **M.Sc.** Kinesiology and Health Science | York University | 2006 |

Thesis: Exercise Mediated Changes in Peripheral Glucocorticoid Exposure in the Fructose-Fed Hamster

| | | |
|---|---|---|
| **B.Sc.** Kinesiology and Health Science | York University | 2004 |

## Academic Appointments

**Associate Professor with tenure**
Duke University                                                                2025 - present
Department of Medicine

**Associate Professor**
Duke University                                                                2021 - 2025
Department of Medicine

**Assistant Professor**
Duke University                                                                2015 - present
Department of Pharmacology and Cancer Biology

**Assistant Professor**
Duke University                                                                2015 - 2021
Department of Medicine

**Research Fellow, Drucker Lab**                                        2010-2015
Lunenfeld Tanenbaum Research Institute
Mount Sinai Hospital, University of Toronto

## Honors and Awards

- Perugia Award                                                                                                  2024
- Duke Molecular Physiology Institute (DMPI) Borden Scholar                              2023
- Helmoholtz Diabetes Conference – HeIDi Award Nominee                                  2019
- American Diabetes Associated Junior Faculty Development Award                        2018
- Duke Molecular Physiology Institute (DMPI) Borden Scholar                              2017
- Canadian Institutes for Health Research (CIHR) Postdoctoral Fellowship              2011
- Heart and Stroke Foundation Postdoctoral Fellowship (*declined*)                     2011
- Banting and Best Diabetes Centre Postdoctoral Fellowship (*declined)*                2011
- Banting and Best Diabetes Centre Postdoctoral Fellowship                              2010

1

- Canadian Institutes for Health Research (CIHR) CGS Doctorate Award 2006
- Ontario Graduate Scholarship 2006
- Ontario Graduate Scholarship 2005
- Canadian Institutes for Health Research (CIHR) Master's Award 2004
- Ontario Graduate Scholarship 2004
- York University Entrance Scholarship (Graduate) 2004
- York University Continuing Education Scholarship 2003
- York University Continuing Education Scholarship 2002
- University of Toronto Life Scholarship Award 2002
- York University Continuing Education Scholarship 2001
- York University Entrance Scholarship (Undergraduate) 2000

## Research Contributions

H-index: 49
Published Refereed Journal Articles (94):

1. Douros JD, Capozzi M, Novikoff A, Mokrosinski J, DuBois B, Stock J, Rohlfs R, Anderson M, Jedrzejcyk DJ, Poulsen S, Blenk EO, Dago T, Huus K, Norby PL, Kobberup S, Rivir M, Sorrell J, Mower SA, Drucker DJ, D'Alessio DA, **Campbell JE**, Muller TD, Perez-Tilve D, Finan B, Knerr PJ. Ectopic, hepatic GLP-1R agonism enhances the weight loss efficacy of GLP-1 analogues. *Molecular Metabolism*, 2026. PMID 41654015.
2. Muller TM, D'Alessio DA, **Campbell JE**. Glucose-dependent insulinotropic polypeptide (GIP). *Trends in Endocrinology and Metabolism*, 2026. PMID 41547649
3. Lyons SA, Lea MBS, Parikh M, Guo Z, Kagdi S, Bisnauth AR, Pitino JR, Ziai S, Mir N, Tyrrell AD, Fu Y, Chen CY, Metherel AH, Bazinet RP, Yang B, Knerr PJ, Douros JD, **Campbell JE**, Beaudry JL. Acute exogenous acyl-GIP treatment enhances lipid handling and fatty acid oxidation by involving brown fat. *EMBO Reports*, 2025. PMID 40983752
4. Cui C, Leander DC, Gray SM, El K, Chen A, Grimsrud PA, Becker JO, Taylor A, Zhang GF, Sloop KW, Verchere CB, Hoonagle AN, D'Alessio DA, **Campbell JE**. α cells use both PC1/3 and PC2 to process proglucagon peptides and control insulin secretion. *Science Advances*, 2025. PMID 40971442
5. Capozzi ME, Bouslov D, Sargsyan A, Chan MY, Chen A, Gray SM, Viloria K, Bareja A, Douros JD, Lewandowski SL, Tong JC, Hasib A, Cuozzo F, Ross EC, Foster MW, Weinstein LS, Hussain MA, Merrins MJ, Willard FS, Huising MO, Sloop KW, Hodson DJ, D'Alessio DA, Campbell JE. β Cell Gαs signaling is critical for physiological and pharmacological enhancement of insulin secretion. *Journal of Clinical Investigation*, 2025. PMID 40526441
6. Tong JCL, Frazer-Morris C, Shilleh AH, Viloria K, de Bray A, Nair AM, Johnson PRV, Spiers R, Kobiita A, Olaniru OE, Persaud SJ, Hauffe R, Kleinridders A, Schultz C, Bruce Verchere C, Cui C, **Campbell JE**, Cyranka M, Epanchintsev A, Ämmälä C, Broichhagen J, Hodson DJ. Localized GLP1 receptor pre-internalization directs pancreatic alpha cell to beta cell communication. *Cell Metabolism*, 2025. PMID 40664215
7. **Campbell JE**, Drucker DJ. Therapeutic Targeting of the GIP receptor – Revisiting the Controversies. *Diabetes*, 2025. PMID 40521880
8. Tabatabaei Dakhili SA, Yang K, Al Nebaihi H, Greenwell AA, Wuest M, Woodfield J, Farraj RA, Saed CT, Chan JSF, Bhat RK, Mangra-Bala IA, Shafaati T, Gopal K, Eaton F, Ferrari SR, Wagg CS, Capozzi ME, **Campbell JE**, Overduin M, Velazquez-Martinez CA, Glover JNM, Wuest F, Brocks DR, Ussher JR. Development of a succinyl CoA: 3-ketoacid CoA transferase inhibitor selective for peripheral tissues that improves glycemia in obesity. *iScience*, 2025. PMID 40454095
9. Müller TD, Adriaenssens A, Ahrén B, Blüher M, Birkenfeld AL, **Campbell JE**, Coghlan MP, D'Alessio D, Deacon CF, DelPrato S, Douros JD, Drucker DJ, Figueredo Burgos NS, Flatt PR, Finan B, Gimeno RE, Gribble FM, Hayes MR, Hölscher C, Holst JJ, Knerr PJ, Knop FK, Kusminski CM, Liskiewicz A, Mabilleau G, Mowery SA, Nauck MA, Novikoff A, Reimann F, Roberts AG, Rosenkilde MM, Samms RJ, Scherer PE, Seeley RJ, Sloop KW, Wolfrum C, Wootten D, DiMarchi RD, Tschöp MH. Glucose-dependent insulinotropic peptide (GIP). *Molecular Metabolism*, 2025. PMID 40024571
10. White PJ, Wewer Albrechtsen NJ, **Campbell JE**. Islet hormones at the intersection of glucose and amino acid metabolism. *Nature Reviews Endocrinology*, 2025. PMID 40055529
11. Oteng AB, Liu L, Cui Y, Gavrilova O, Lu H, Chen M, Weinstein LS, **Campbell JE,** Lewis JE, Gribble FM, Reimann F, Wess J. Activation of Gs signaling in mouse enteroendocrine K-cells greatly improves obesity- and diabetes-related metabolic deficits. *Journal of Clinical Investigation*, 2024. PMID 39436694
12. Liu L, El K, Dattaroy D, Barella LF, Cui Y, Guedikian C, Chen M, Weinstein LS, Knuth E, Jin E, Merrins MJ, Roman J, Kaestner KH, Doliba N, **Campbell JE**, Wess J. Intra-islet alpha-cell GS signaling promotes glucagon release. *Nature Communications*, 2024. PMID 38879678.
13. Kizilkaya HS, Sorensen KV, Madsen JS, Lindquist P, Douros JD, Bork-Jensen J, Berghella A, Gerlach PA, Gasbjerg LS, Mokrosinski J, Mowery SA, Kneer PJ, Finan B, **Campbell JE**, D'Alessio DA, Perez-Tilve D, Faas F, Methiasen S, Rungby J, Sorensen HT, Vaag A, Nielsen J, Holm JC, Lauenbor J, Damm P, Pedersen O, Linneberg, A, Hartmann B, Holst JJ, Hansen T,

2

Wright S, Lauschke VM, Grarup N, Hauser AS, Rosenkilde MM. Characterization of genetic variants of *GIPR* reveals a contribution of beta-arrestin to metabolic phenotypes. *Nature Metabolism*, 2024. PMID 38871872

14. Lewandowski SL, El K, **Campbell JE**. Evaluating GIP and glucagon as key regulators of insulin secretion in the pancreatic islet. *American Journal of Physiology*, 2024. PMID 38775725

15. Liu L, El K, Dattaroy D, Barella LF, Cui Y, Gray SM, Guedikian C, Chen M, Weinstein LS, Knuth E, Jin E, Merrins MJ, Roman J, Kaestern KH, Boliba N, **Campbell JE**, Wess J. Intra-islet α-cell Gs signaling promotes glucagon release. *Nature Communications*, 2024. PMID 38879678

16. Gray SM, Goonatilleke E, Emrich MA, Becker JO, Hoofnagle AN, Stefanovski D, He W, Zhang G, Tong J, **Campbell JE**, D'Alessio DA. High doses of exogenous glucose stimulate insulin secretion and reduce insulin clearance in healthy humans. *Diabetes*, 2023. PMID 38015721.

17. Shilleh AH, Viloria K, Broichhagen J, **Campbell JE**, Hodson DJ. GLP1R and GIPR expression and signaling in pancreatic alpha cells, beta cells and delta cells. *Peptides*, 2024. PMID 38360354.

18. Schuit F, **Campbell JE**. GPCR Promiscuity reshapes islet physiology. *Diabetes*, 2023. PMID 37603722.

19. **Campbell JE**, Muller TD, Finan B, DiMarchi RD, Tschop MH, D'Alessio DA. GIPR/GLP-1R dual agonist therapies for diabetes and weight loss – chemistry, physiology, and clinical applications. *Cell Metabolism*, 2023. PMID 37591245.

20. El K, Douros JD, Willard FS, Novikoff A, Sargsyan A, Perez-Tilve D, Wainscott DB, Yang B, Chen A, Wothe D, Coupland C, Tschop M, Finan B, D'Alessio DA, Sloop KW, Muller TD, **Campbell JE**. The incretin co-agonist tirzepatide requires GIPR for hormone secretion from human islets. *Nature Metabolism*, 2023. PMID 37277609.

21. Wewer Albrechtsen NJ, Holst JJ, Cherrington AD, Finan B, Gluud LL, Dean ED, **Campbell JE**, Bloom SR, Tan TM, Knop FK, Muller TD. 100 years of glucagon and 100 more. *Diabetologia*, 2023. PMID 37367959

22. Adriaenssens A, Broichhagen J, De bray A, Ast J, Hasib A, Jones B, Tomas A, Burgos NG, Woodward O, Lewis J, O'Flarhery E, El K, Cui C, Harada N, Inagaki N, **Campbell JE**, Brierley D, Hodson DJ, Samms R, Fribble F, Reimann. Hypothalamic and brainstem glupcse-dependent insulinotropic polypeptide receptor neruons employ distinct mechanisms to affect feeding. *JCI Insight*, 2023. PMID 37212283

23. Le TD, Fathi P, Watters AB, Ellis BJ, Besing GK, Bozadjieva-Kramer N, Perez MB, Sullivan AI, Rose JP, Baggio LL, Koehler J, Brown JL, Bales MB, Nwaba KG, **Campbell JE**, Drucker DJ, Potthoff MH, Seeley RJ, Ayala JE. Fibroblast growth factor-21 is required for weight loss induced by the glucagon-like peptide-1 receptor agonist liraglutide in male mice fed high carbohydrate diets. *Molecular Metabolism*, 2023. PMID 37216093

24. Fadzeyeva E, Locatelli CA, Trzaskalski N, Nguyen MA, Capozzi ME, Vulesevic B, Morrow NM, Ghorbani P, Hanson AA, Lorenzen-Schmidt I, Doyle MA, Seymouse R, Varin EM, Fullerton MD, **Campbell JE**, Mulvihill EE. Pancreas-derived DPP4 is not essential for glucose homeostasis under metabolic stress. *iScience*, 2023. PMID 37216093

25. Kaur S, Sokrat B, Capozzi ME, El K, Bai Y, Jazic A, Han B, Kumar KK, D'Alessio DA, **Campbell JE,** Bouvier M, Shenoy SK. The ubiquitination status of the glucagon receptor determines signal bias. *J Biological Chemistry*, 2023. PMID 37037304

26. Ozer I, Slezak A, Sirohi P, Li X, Zakharov N, Yao Y, Everitt JI, Spasojevic I, Craig SL, Collier JH, **Campbell JE**, D'Alessio DA, Chilkoti A. An injectable PEG-like conjugate forms a subcutaneous depot and enables sustained delivery of a peptide drug. *Biomaterials*, 2023. PMID 36630826

27. Yang B, Gelfanov V, El K, Chen A, Rohlfs R, DuBois B, Hansen AMK, Perez-Tilve D, Knerr P, D'Alessio DA, **Campbell JE**, Douros JD, Finan B. Discovery of a potent GIPR peptide antagonist that is effective in rodent and human systems. *Molecular Metabolism*, 2022. PMID 36400403

28. Capozzi ME, D'Alessio DA, **Campbell JE**. The past, present and future of glucuagon physiology and pharmacology. *Cell Metabolism*, 2022. PMID 36323234

29. Quarta C, Stemmer K, Novikoff A, Yang B, Klingelhuber F, Harger A, Bakhti M, Bastidas-Ponce A, Bauge E, **Campbell JE**, Capozzi ME, Clemmensen C, Collden G, Cota P, Douros JD, Drucker DJ, DuBois B, Fuechtinger A, Garcia-Caceres C, Grandl G, Hennuyer N, Herzig S, Hofmann SM, Knerr PJ, Kulag K, Lalloyer F, Licker H, Liskiewicz A, Liskiewicz D, Maity G, Perez-Tilve D, Prakash S, Sanchez-Garrio MA, Zhang Q, Steals B, Krahmer N, DiMarchi RD, Tschop MH, Finan B, Muller TD. GLP-1-mediated delivery of tesaglitazar improves obesity and glucose metabolism in male mice. *Nature Metabolism*, 2022. PMID 35995995.

30. Chandra R, Aryal DK, Douros JD, Shahid R, SJ Davis, **Campbell JE,** Ilkayeya O, White PJ, Rodriquez R, Newgard CB, Westsel WC, Liddle RA. *Ildr1* gene deletion protects against diet-induced obesity and hyperglycemia. *PLoS One*, 2022. PMID 35749484

31. **Campbell JE,** Beaudry JL, Svendsen B, Baggio LL, Gordon AN, Ussher JR, Wong CK, Gribble FM, D'Alessio DA, Reimann F, Drucker DJ. GIPR is predominantly localized to nonadipocyte cell types within white adipose tissue. *Diabetes,* 2022. PMID 35192688

32. El K, Gray SM, Capozzi ME, Knuth ER, Jin E, Svendsen B, Clifford A, Brown JL, Encisco SE, Chazotte BM, Sloop KW, Nunez DJ, Merrins MJ, D'Alessio DA, **Campbell JE**. GIP mediates the incretin effect and glucose tolerance by dual actions on α- and β-cells. *Science Advances*, 2021. PMID 33712466

33. **Campbell JE**, Newgard CB. Mechanisms controlling pancreatic islet cell function in insulin secretion. *Nature Reviews Molecular Cell Biology*, 2021. PMID 33398164

34. McLean BA, Wong CK, **Campbell JE**, Hodson DJ, Trapp S, Drucker DJ. Revisiting the complexity of GLP-1 action - from sites of synthesis to receptor activation. *Endocrine Reviews*, 2020. PMID 33320179

35. Zhang GF, Jense MV, Gray SM, El K, Wang Y, Lu D, Becker TC, **Campbell JE**, Newgard CB. Reductive TCA cycle metabolism fuels glutamine- and glucose-stimulated insulin secretion. *Cell Metabolism*, 2020. PMID 33321098

3

36. **Campbell JE**. Targeting the GIPR for obesity: To agonize or antagonize? Potential mechanisms. *Molecular Metabolism*, 2020. PMID 33290902

37. Lewandowski SL, Cardone Rl, Foster HR, Ho T, Potapenko E, Poudel C, VanDeusen HR, Sdao SM, Alves TC, Zhao X, Capozzi ME, de Souza AH, Jahan I, Thomas CJ, Nunemaker CS, Davis DB, **Campbell JE**, Kibbey RG, Merrins MJ. Pyruvate Kinase Controls Signal Strength in the Insulin Secretory Pathway. *Cell Metabolism*, 2020. PMID 33147484

38. El K, Capozzi ME, **Campbell JE**. Repositioning the alpha cell in postprandial metabolism. *Endocrinology*, 2020. PMID 32964214

39. Huynh FK, Peterson BS, Anderson KA, Lin Z, Coakley AJ, Llaguno FMS, Nguyen TN, **Campbell JE**, Stephens SB, Newgard CB, Hirschey MD. Beta-cell specific ablation of sirtuin 4 does not affect nutrient-stimulated insulin secretion in mice. *American Journal of Physiology: Endocrinology and Metabolism*, 2020. PMID 32865009

40. Gilroy CA, Capozzi ME, Varanko AK, Tong J, D'Alessio DA, **Campbell JE**, Chilkot A. Sustained release of a GLP-1 and FGF21 dual agonist from an injectable depot protects mice from obesity and hyperglycemia. *Science Advances*, 2020. PMID 32923621

41. Capozzi ME, **Campbell JE**. Could micro changes in beta-cells enable major changes in metabolism? *EbioMedicine*, 2020. PMID 32810821

42. Willard FS, Douros JD, Gabe MBN, Showalter AD, Wainscott DB, Suter TM, Capozzi ME, van der Velden WJC, Stutsman C, Cardona GR, Urva S, Emmerson PJ, Holst JJ, D'Alessio DA, Coghlan MP, Rosenkilde MM, **Campbell JE**, Sloop KW. Tirzepatide is an imbalanced and biased dual GIP and GLP-1 receptor agonist. *JCI Insight*, 2020. PMID 32730231

43. Gray SM, Xin Y, Ross EC, Chazotte BM, Capozzi ME, El K, Svendsen B, Ravn P, Sloop KW, Tong J, Gromada J, **Campbell JE**, D'Alessio DA. Discordance between GLP-1R gene and protein expression in mouse pancreatic islets cells. *Journal of Biological Chemistry*, 2020. PMID 32554468

44. Al Batran R, Goal K, Capozzi ME, Chahade JJ, Saleme B, Tabatabaei-Dakhili SA, Greenwell AA, Nui J, Almutairi M, Myme NJ, Masson G, Kim R, Velazquez-Martinez CA, Agues C, Crawford PA, Sutendra G, **Campbell JE**, Dyck JRB, Ussher JR. Pimozide Alleviates Hyperglycemia in Diet-Induced Obesity by Inhibiting Skeletal Muscle Ketone Oxidation. *Cell Metabolism*, 2020. PMID 32275862

45. Capozzi ME, Coch RW, Koech J, Astapova II, Wait JB, Encisco SE, Douros JD, El K, Finan B, Sloop KW, Herman MA, D'Alessio DA, **Campbell JE**. The Limited Role of Glucagon for Ketogenesis During Fasting or in Response to SGLT2 Inhibition. *Diabetes*, 2019. PMID 32005706.

46. Svendsen B, Capozzi ME, Nui J, Hannou SA, Finan B, Naylor J, Ravn P, D'Alessio DA, **Campbell JE**. Pharmacological antagonism of the incretin system protects against diet-induced obesity. *Molecular Metabolism,* 2019. PMID 32029229.

47. Eshreif A, Al Batran R, Jamieson KL, Darwesh AM, Gopal K, Greenwell AA, Zlobine I, Aburasayn H, Eaton F, Mulvihill EE, **Campbell JE**, Seubert JM, Ussher JR. l-Citrulline supplementation improves glucose and exercise tolerance in obese male mice. *Experimental Physiology*, 2019. PMID 31802553.

48. El K, **Campbell JE**. The role of GIP in α-cells and glucagon secretion. *Peptides*, 2019. PMID 31785304.

49. Beaudry JL, Kaur KD, Varin EM, Baggio LL, Cao X, Mulvihill EE, Bates HE, **Campbell JE**, Drucker DJ. Physiological roles of the GIP receptor in murine brown adipose tissue. *Molecular Metabolism*, 2019. PMID 31451430.

50. Douros JD, Niu J, Sdao S, Gregg T, Merrins MJ, **Campbell JE**, Tong J, D'Alessio D. Temporal plasticity of insulin and incretin secretion and insulin sensitivity following sleeve gastrectomy contribute to sustained improvements in glucose control. *Molecular Metabolism,* 2019. PMID 31326351.

51. Herman MA, **Campbell JE**, D'Alessio DA. One small step for mice, one giant leap for GWAS? *J Clinical Investigation*, 2019. PMID 31498152

52. Gray SM, Niu J, Zhang A, Svendsen B, **Campbell JE**, D'Alessio DA, Tong J. Intraislet Ghrelin Signaling Does Not Regulate Insulin Secretion From Adult Mice. *Diabetes*, 2019. PMID 31201280.

53. Capozzi ME, Wait JB, Koech J, Gordon AN, Coch RW, Svendsen B, Finan B, D'Alessio DA, **Campbell JE**. Glucagon lower glycemia when β-cells are active. *JCI Insight*, 2019. PMID 31335319.

54. Douros JD, **Campbell JE**. Reg3 Proteins as Gut Hormones? Don't Be Hasty. *Endocrinology*, 2019. PMID 31099826.

55. Finan B, Capozzi ME, **Campbell JE**. Repositioning Glucagon Action in the Physiology and Pharmacology of Diabetes. *Diabetes*, 2019. PMID 31178432

56. Beaudry JL, Kaur KD, Varin EM, Baggio LL, Cao X, Mulvihill EE, Stern JH, **Campbell JE**, Scherer PE, Drucker DJ. The brown adipose tissue glucagon receptor is functional but not essential for control of energy homeostasis in mice. *Molecular Metabolism*, 2019. PMID 30772257

57. Douros JD, Niu J, Sdao SM, Gregg T, Fisher-Wellman KH, Bharadwaj MS, Molina A, Arumugam R, Martin MD, Petretto E, Merrins MJ, Herman MA, Tong J, **Campbell JE**, D'Alessio DA. Sleeve gastrectomy rapidly enhances islet function independently of body weight. *JCI Insight,* 2019.

58. Capozzi ME, Svendsen B, Encisco SE, Lewandowski SL, Martin MD, Lin H, Jaffe JL, Coch RW, Haldeman JM, MacDonald PE, Merrins MJ, D'Alessio DA, **Campbell JE**. Beta-cell tone is defined by proglucagon peptides through cyclic AMP signaling. *JCI Insight*, 2019. PMID 30720465.

59. Beaudry JL, Kaur K, Varin EM, Baggio LL, Cao X, Mulvihill EE, Stern JH, **Campbell JE**, Scherer PE, Drucker DJ. The brown adipose tissue glucagon receptor is functional but not essential for control of energy homeostasis in mice. *Molecular Metabolism,* 2019.

60. Varin EM, Mulvihill EE, Beaudry JL, Pujadas G, Fuchs S, Tanti JF, Fazio S, Kaur K, Cao X, Baggio LL, Matthews D,

4

**Campbell JE**, Drucker DJ. Divergent roles for enzymatic vs. soluble dipeptidyl peptidase 4 (sDPP4) in control of inflammation and glucose homeostasis. *Cell Metabolism*, 2018. PMID 30393019

61. Peterson BS, **Campbell JE**, Ilkayeva O, Grimsrud PA, Hirschey MD, Newgard CB. Remodeling of the Acetylproteome by SIRT3 Manipulation Fails to Affect Insulin Secretion or β Cell Metabolism in the Absence of Overnutrition. *Cell Reports*, 2018. PMID 29972782

62. Capozzi ME, DiMarchi RD, Tschop MH, Finan B, **Campbell JE**. Targeting the Incretin/Glucagon System with Triagonists to Treat Diabetes. *Endocrine Reviews*, 2018. PMID 29905825.

63. Baltran RA, Gopal K, Martin MD, Ho KL, Almutairi M, Aburasayn H, Eaton F, **Campbell JE**, Ussher JR. Skeletal muscle-specific Cre recombinase expression, controlled by the human α-skeletal actin promoter, improves glucose tolerance in mice fed a high-fat diet. *Diabetologia*, 2018. PMID 29858650.

64. Douros JD, Lewis AG, Smith EP, Niu J, Capozzi M, Whittmann A, **Campbell JE**, Tong J, Wagner C, Mahbod P, Seeley R, D'Alessio DA. Enhanced Glucose Control Following Vertical Sleeve Gastrectomy Does Not Require a β-Cell Glucagon-Like Peptide 1 Receptor. *Diabetes*, 2018. PMID 29759973

65. Ussher JR, **Campbell JE**, Mulvihill EE, Baggio LL, Bates HE, McLean BA, Gopal K, Capozzi M, Yusta B, Cao X, Ali S, Kim M, Kabir MG, Seino Y, Suzuki J, Drucker DJ. Inactivation of the Glucose-Dependent Insulinotropic Polypeptide Receptor Improves Outcomes Following Experimental Myocardial Infarction. *Cell Metabolism*, 2018. PMID 29275960

66. Panaro B, Flock G, **Campbell JE**, Beaudry J, Cao X, Drucker DJ. β-cell inactivation of Gpr119 unmasks incretin-dependence of GPR119-mediated glucoregulation. *Diabetes*, 2017. PMID 28254842.

67. Anderson KA, Huynh FK, Fisher-Wellman K, Stuart JD, Peterson BS, Douros JD, Wagner GR, Thompson JW, Madsen AS, Green MF, Sivley RM, Ilkayeva OR, Stevens PD, Backos DS, Capra JA, Olsen CA, **Campbell JE**, Muoio DM, Grimsrud PA, Hirschey MD. SIRT4 is a lysine deacylase that controls leucine metabolism and insulin secretion. *Cell Metabolism*, 2017. PMID 28380376

68. **Campbell JE**, D'Alessio DA. DREADDing proglucagon neurons: a fresh look at metabolic regulation by the brain. *J Clin Invest*, 2017. PMID 28218623

69. Mulvihill EE, Varin EM, Gladanac B, **Campbell JE**, Ussher JR, Baggio LL, Yusta B, Ayala J Burmeister MA, Matthews D, Bang KW, Ayala JE, Drucker DJ. Cellular sites and mechanisms linking reduction of dipeptidyl peptidase-4 activity to control of incretin hormone action and glucose homeostasis. *Cell Metabolism*, 2016. PMID 27839908

70. Ussher JR, **Campbell JE**. Incretin-based therapies for the failing heart. *Cardiovascular Endocrinology*, 5 (3), 86-92.

71. Mulvihill EE, Varin EM, Ussher JR, **Campbell JE**, Bang KW, Abdullah T, Baggio LL, Drucker DJ. Inhibition of Dipeptidyl Peptidase-4 impairs ventricular function and promotes cardiac fibrosis in high fat-fed diabetic mice. *Diabetes*, 2015. PMID 26673095

72. **Campbell JE**, Ussher JR, Mulvihill EE, Kolic J, Baggio LL, Cao X, Liu Y, Lamont B, Tsukasa M, Streutker C, Tamarina N, Philipson LH, Wrana JL, MacDonald PE, Drucker DJ. TCF1 links GIPR signaling to control of β cell survival. *Nature Medicine*, 2016. PMID 2662437

73. Oropeza D, Jouvet N, Budry L, Bouyakdan K, Sczelecki S, **Campbell JE**, Lacmobe J, Perron G, Bergeron V, Neuman JC, Brar HK, Renske RJ, Meunier C, Kimple ME, Drucker DJ, Screaton RA, Poitout C, Ferron M, Alquier T, Estall JL. Utility of MIP-CreERT mice with artifactual expression of human growth hormone in pancreatic beta-cell research. *Diabetes*, 2015. PMID 26153246.

74. **Campbell JE**, Drucker DJ. Re-emergence of the alpha cell as a key regulator of glucose and energy metabolism, *Nature Reviews Endocrinology*, 2015. PMID 25850661

75. Finan B, Yang B, Ottaway N, **Campbell JE**, Perez-Tilve D, Smiley DL, Ma T, Chabenne J, Zhang L, Pfluger PT, Habegger KM, Muller TD, Clemmensen C, Fischer K, Bleicher K, Uhles S, Riboulet W, Funk J, Hertel C, Sebokova E, Conde-Knape K, Konkar A, Drucker DJ, Gelfanov V, DiMarchi RD, Tschop MH. Integrated triple gut hormone action broadens the therapeutic potential of endocrine biologics for metabolic diseases. *Nature Medicine*, 2015. PMID 25485909

76. Koehler J, Baggio LL, Cao X, Abdulla T, **Campbell JE,** Secher T, Jelsing J, Larsen B, Drucker DJ. Glucagon-like peptide-1 receptor agonists increase pancreatic mass by induction of protein synthesis. *Diabetes,* 2015. PMID 25277394

77. Ussher JR, Baggio LL, **Campbell JE**, Mulvihill EE, Kim M, Kabir MG, Cao X, Baranek J, Stoffers DA, Seeley RJ, Drucker DJ. Inactivation of the cardiomyocyte glucagon-like peptide-1 receptor (GLP-1R) unmasks cariomyocyte-independent GLP-1R-mediated cardioprotection. *Molecular Metabolism*, 2014. PMID 25061556

78. **Campbell JE**, Drucker DJ. Pharmacology and physiology of incretin hormone action. *Cell Metabolism*, 2013. PMID 23684623

79. Panjwani N, Longuet C, Mulvihill E, **Campbell JE**, Brown T, Streutker C, Yusta B, Baggio L, Cao X, Drucker DJ. Activation of GLP-1 receptor signaling reduces hepatic lipid accumulation but does not attenuate the development of atherosclerosis in diabetic mice. *Endocrinology*, 2013. PMID 23183176

80. Bates HE, **Campbell JE**, Ussher JR, Baggio LL, Maida A, Seino Y, Drucker DJ. Gipr is essential for adrenocortical steroidogenesis; however, corticosterone deficiency does not mediate the favorable metabolic phenotype of Gipr(-/-) mice. *Diabetes*. 2012. PMID 22043004

81. Shpilberg Y, Beaudry JL, D'Souza A, **Campbell JE**, Peckett A, Riddell MC. A rodent model of rapid-onset diabetes induced by glucocorticoids and high-fat feeding. *Dis Model Mech*., 2012. PMID 22184636

82. Zargar S, Moreira TS, Samimi-Seisan H, Jeganathan S, Kakade D, Islam N, **Campbell JE**, Adegoke OAJ. Skeletal Muscle Protein Synthesis and the Abundance of the mRNA Translation Initiation Repressor PDCD4 are Inversely Regulated by Fasting and Refeeding in Rats. *Am J Physiol Endocrinol Metab*. PMID 21406616

83. **Campbell JE**, Peckett A, D'souza A, Hawke TJ, Riddell MC. Adipogenic and lipolytic effects of chronic glucocorticoid exposure. *Am J Physiol Cell Physiol*. PMID 20943959

84. Gordon CS, Krause MP, **Campbell JE**, Cafarelli E, Hawke TJ, Riddell MC. Impaired Growth and Absolute Force Production in Skeletal Muscles of Young Pancreatectomized Rats: Effects Targeting Type II Fibres in a Model of Adolescent Type 1 Diabetes Myopathy. *PLoS One*. PMID 21103335

85. **Campbell JE**, Kiraly MA, Atkinson DJ, D'souza AM, Vranic M, Riddell MC. Exercise training prevents hypothalamic-pituitary-adrenal axis hyperactivity and protects against the development of type 2 diabetes in the Zucker diabetic fatty rat. *Am J Physiol Regul Integr Comp Physiol*. PMID 20393161

86. Kiraly MA, **Campbell JE**, Park E, Bates HE, Yue JT, Rao V, Matthews SG, Riddell MC, Giacca A, Vranic M. Volitional wheel running maintains euglycemia in association with decreased activations of cJUN NH2-terminal kinase and serine phosphorylation of IRS1 in the liver of Zucker diabetic fatty rats. *Am J Physiol Endocrinol Metab*. PMID 19996384

87. **Campbell JE**, Fediuc S, Hawke TJ, Riddell MC. Endurance exercise training increases adipose tissue glucocorticoid exposure: Adaptations that facilitate lipolysis. *Metabolism: Clinical and Experimental*. 2009. PMID 19375588

88. **Campbell JE**, Rakhshani N, Fediuc F, Bruni S, Riddell MC. Voluntary Wheel Running Initially Increases Adrenal Sensitivity to Adrenocorticotrophic Hormone, which is Attenuated with Long-term Training. *J Appl Physiol*. 2009. PMID 19008482

89. Johnston AP, **Campbell JE**, Found JG, Riddell MC, Hawke TJ. Streptozotocin induces G2 arrest in skeletal muscle myoblasts and impairs muscle growth in vivo. *Am J Physiol Cell Physiol*. 2007. PMID 17092995

90. Iscoe KE, **Campbell JE**, Jamnik V, Perkins BA, Riddell MC. Efficacy of continuous real-time blood glucose monitoring during and after prolonged high-intensity cycling exercise: spinning with a continuous glucose monitoring system. *Diabetes Technol Ther*. PMID 17109594

91. Fediuc S, **Campbell JE**, Riddell MC. Effect of voluntary wheel running on circadian corticosterone release and on HPA axis responsiveness to restraint stress in Sprague-Dawley rats. *J Appl Physiol*. 2006. PMID 16439512

92. Coutinho AE, Fediuc S, **Campbell JE**, Riddell MC. Metabolic effects of voluntary wheel running in young and old Syrian golden hamsters. *Physiol Behav*. 2006. PMID 16386768

93. Coutinho AE, **Campbell JE**, Fediuc S, Riddell MC. Effect of voluntary exercise on peripheral tissue glucocorticoid receptor content and the expression and activity of 11{beta}-HSD1 in the Syrian hamster. *J Appl Physiol*. 2006. PMID 16357069

94. Marra LE, Zhang ZX, Joe B, **Campbell J**, Levy GA, Penninger J, Zhang L. IL-10 induces regulatory T cell apoptosis by up-regulation of the membrane form of TNF-alpha. *J Immunol*. 2004. PMID 14707076

## Expertise and Research Focus

**Incretin Biology:** Understanding the physiology and pharmacology and GIP and GLP-1 peptides
**Pancreatic Islet Function:** Defining the role of paracrine interactions with the islet that govern the secretion of insulin and glucagon
**Diabetes:** Exploring novel aspects that drive the pathogenesis of obesity, type 2 diabetes, and metabolic dysfunction

## Professional Activities and Service

**Associated Editor:** *Diabetes*
**Editorial Board Member:** *Endocrinology, Frontiers in Endocrinology*
**Ad hoc reviewer**: *Nature Medicine, Cell Metabolism, Science, Diabetes, Nature Metabolism, Circulation, Journal of Clinical Investigation, JCI Insight, Endocrinology, Journal of Biological Chemistry, Molecular Cell Biology, Molecular Endocrinology, Diabetologia, American Journal of Physiology*
**Service:** American Diabetes Association Research Policy Committee member

**Consultant/Advisor:**

- Structure Therapeutics                                             2021 – ongoing
- Boehringer Ingelheim                                               2022 – ongoing
- Neurocrine Biosciences                                             2023 – ongoing
- Proteostasis                                                       2024 – ongoing
- Roche                                                              2024 – ongoing
- Protagonist Therapeutics                                          2024 – ongoing
- Fractyl Health                                                     2025 – ongoing

**Grant Reviews:**

- Ad Hoc NIH/NIDDK Reviewer. Basic Mechanisms of Diabetes and Metabolism (BMDM)        October 2025
- American Diabetes Association                                      September 2025
- Ad Hoc NIH/NIDDK Reviewer. Basic Mechanisms of Diabetes and Metabolism (BMDM)        June 2025

6

- Ad Hoc NIH/NIDDK Reviewer. Basic Mechanisms of Diabetes and Metabolism (BMDM)    February 2025
- Ad Hoc NIH/NIDDK Reviewer. Special Emphasis Panel.    December 2024
- Ad Hoc NIH Reviewer. DP1 catalyst award    January 2024
- Ad Hoc NIH Reviewer. Basic Mechanisms of Diabetes and Metabolism (BMDM)    October 2023
- Ad Hoc NIH/NIDDK Reviewer. Special Emphasis Panel. ZRG1-MBBC    November 2022
- Ad Hoc NIH Reviewer. Basic Mechanisms of Diabetes and Metabolism (BMDM)    October 2021
- Ad Hoc NIH Reviewer. NIDDK Fellowships    October 2021
- NIH/NIDDK R13 Special Emphasis Panel.    January 2021 – September 2023
- Ad Hoc NIH Reviewer. DP1 catalyst award    March 2021
- Ad Hoc NIH Reviewer. Special Emphasis Panel - Early-Stage Preclinical Validation of Therapeutic Leads for Diseases of Interest to the NIDDK    November 2020
- Ad Hoc NIH Reviewer. Cellular Aspects of Diabetes and Obesity (CADO)    June 2020
- American Diabetes Associated COVID-19 Grants    May 2020
- American Diabetes Association Grant Review Committee    December 2019
- Helmsley Foundation    November 2018

## Invited Presentations

- Annual Diabetes Research Forum, Stanford Diabetes Keynote Speaker    Stanford, CA, 2025
- European Association for the Study of Diabetes Annual Meetings    Vienna, Austria, 2025
- Japanese Diabetes Society    Okayama, Japan, 2025
- nPOD, 17th Annual Scientific Meeting    Clearwater Beach, FL, 2025
- Columbia University, Institute of Human Nutrition    New York, NY, 2025
- Gordon Research Conference, Molecular Pharmacology    Ventura Beach, CA, 2025
- University of Alabama Birmingham, Diabetes Plenary Seminar    Birmingham, AL, 2025
- University of Utah, Seminars in Metabolism    Salt Lake City, UT, 2025
- Diabetes Canada    Halifax, Canada 2024
- Canadian Islet Research Training Network (CIRTN) Keynote Speaker    Halifax, Canada 2024
- Duke Department of Medicine Research Day    Durham, NC 2024
- Societia Italiano di Diabetologia    Rimini, Italy 2024
- FASEB SRC: Molecular Metabolism: Cells and Systems    Southbridge, MA, 2024
- Japanese Incretin Symposium    Osaka, Japan, 2024
- University of Manitoba Endocrine and Metabolic Disease Seminar    Virtual, 2024
- NCDRC minisymposium    Virtual, 2024
- Islet Research Group    Virtual, 2024
- European Association for the Study of Diabetes Annual Meetings    Hamburg, Germany, 2023
- Northwestern University Endocrinology Grand Rounds    Chicago, IL 2023
- American Diabetes Association Scientific Meetings    San Diego, CA 2023
- MetPhys    Hilton Head, SC 2023
- Novo Nordisk Glucagon 100 year anniversary    Copenhagen, Denmark 2022
- NIDDK Metabolism Interest Group    Virtual, 2022
- Helmholtz Diabetes Conference    Munich, Germany 2022
- Endocrine Society Annual Meetings    Atlanta, GA 2022
- Diabetes Canada    Virtual, 2021
- Korean Endocrine Society    Seoul, Korea, 2021
- Eli Lilly Canada GIP Symposium    Virtual, 2021
- Duke Medicine Grand Rounds    Durham, NC, 2021
- American Diabetes Association Scientific Meetings    Washington DC, 2021
- McMaster Centre for Metabolism, Obesity and Diabetes Research (MODR)    Hamilton, ON, 2021
- University of Miami, Endocrine Grand Rounds    Miami, FL, 2021
- University of Florida, Endocrine Grand Rounds    Jacksonville, FL, 2021
- Eli Lilly International GIP Symposium    Indianapolis, IN, 2020
- University of Wisconsin, Diabetes Day    Madison, WI, 2020
- International Diabetes Federation Congress    Busan, South Korea, 2019
- Helmoholtz Diabetes Conference    Munich, Germany, 2019
- European Association of the Study of Diabetes Annual Meetings    Berlin, Germany, 2018

7

- Novo Nordisk Research Center
Indianapolis, IN, 2018
- Egyptian Endocrinologist Society
Cairo, Egypt, 2018
- International Diabetes Federation Congress
Abu Dhabi, UAE 2017
- European Association for the Study of Diabetes Annual Meetings
Lisbon, Portugal 2017
- American Diabetes Association Scientific Meetings
San Diego, CA 2017
- Endocrine Society Annual Meetings
Orlando, FL 2017
- Merck High Science Symposia
Mexico City, Mexico 2016
- Duke University Gastronauts Meeting
Durham, NC 2016
- University of North Carolina Endocrine Research Conference
Chapel Hill, NC 2016

## Funding

**Current**

| | | |
|---|---|---|
| 1. | NIH/NIDDK R01 (PI) (DK143978) | 2025-2030 |
| 2. | NIH/NIDDK R01 (PI) (DK046492) | 2025-2030 |
| 3. | Eli Lilly Sponsored Research Agreement | 2025-2027 |
| 4. | NIH/NIDDK R01 (PI) (DK141090) | 2024-2029 |
| 5. | Protagonist Therapeutics | 2024-2026 |
| 6. | Prostasis Sponsored Research Agreement | 2024-2025 |
| 7. | Structure Therapeutics Sponsored Research Agreement | 2024-2026 |
| 8. | Eli Lilly Sponsored Research Agreement | 2024-2026 |
| 9. | Novo Nordisk Sponsored Research Agreement | 2024-2025 |
| 10. | Borden Scholar Seed Funding | 2024-2025 |
| 11. | Merck Investigator Studies Program | 2022-2025 |
| 12. | NIH/NIDDK R01 (CoI) (DK046492) | 2022-2026 |
| 13. | Leona M. and Harry B. Helmsley Charitable Trust | 2021-2026 |

**Recently Completed (last 3 years)**

| | | |
|---|---|---|
| 1. | NIH/NIDDK R01 (PI) (DK125353) | 2020-2025 |
| 2. | NIH/NIDDK R01 (CoI) (DK124276) | 2020-2024 |
| 3. | Eli Lilly Sponsored Research Agreement | 2019-2024 |
| 4. | NIH/NIDDK R01 (PI) (DK123075) | 2018-2024 |
| 5. | Prostasis Sponsored Research Agreement | 2019-2024 |
| 6. | Novo Nordisk Sponsored Research Agreement | 2021-2023 |
| 7. | Borden Scholar Seed Funding | 2022-2023 |