# EXHIBIT 21D

CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER

**Expert Report of Dante Yeh, MD, MHPE, FACS, FCCM, FASPEN, CNSC**

**INTRODUCTION – BACKGROUND & QUALIFICATIONS**

I currently serve as a Professor of Clinical Surgery in the Department of Surgery at the University of Colorado School of Medicine. My primary clinical practice is at the Ernest E. Moore Shock Trauma Center at Denver Health Medical Center. In these roles, I contribute to the care, research, and education of one of the country's most respected trauma and critical care systems. I received my medical degree (MD) from Boston University School of Medicine in May 2004. I completed my Internship and Residency in General Surgery at Jackson Memorial Hospital in Miami from July 2004 to June 2009. Subsequently, I completed two post-residency fellowships at the University of California, San Francisco: a Surgical Critical Care fellowship (July 2009–June 2010) and a Trauma Surgery fellowship (July 2010–June 2011). I am board certified by the American Board of Surgery in General Surgery (2010, 2020) and Surgical Critical Care (2010, 2020).

Throughout my career, my research has focused on trauma, surgical critical care, emergency general surgery, surgical nutrition, and outcomes research, including work directly relevant to gastrointestinal dysmotility and obstruction. I began this phase of my career by completing a Master of Health Professions Education (MHPE) at the University of Illinois at Chicago, focusing on education and curriculum development. In addition to participating in multiple multicenter clinical studies on small bowel obstruction, I have served as the overall Principal Investigator (PI) for major multicenter studies, including the MUSTANG (MUlticenter Study of the Treatment of Appendicitis in North America: Acute, Perforated, and Gangrenous) study and the recently completed CASA RELAX randomized controlled trial. My research portfolio also includes serving as a PI on funded trials focusing on surgical nutrition, such as the PEP uP Protocol (enhanced Protein-Energy Provision via the Enteral route feeding Protocol) and on other outcomes research. As of January 20, 2026, I have published over 175 juried or refereed ("peer-reviewed") journal articles. This body of work includes numerous publications on ileus and bowel obstruction. Since 2013 I have been co-author of the Small Bowel Obstruction and Large Bowel Obstruction sections on UpToDate, a highly regarded subscription service providing evidence-based reviews on clinical topics. In recognition of my research contributions, I was elected as a Fellow of the American Society of Parenteral and Enteral Nutrition (FASPEN) and received the Promising Investigator Award from ASPEN, I was selected as a Research Citation Finalist from the Society of Critical Care Medicine (SCCM), and I received first prize at the Harvard Medical School Research Day poster competition for my scholarly works. More recently, I received the inaugural Denver Health Academic Affairs Award for Excellence in Research (2025) from my current institution.

In addition to conducting research, I have extensive experience critically assessing scientific evidence. I currently serve on the Editorial Board for *Nutrition in Clinical Practice*.

1

**CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER**

My prior editorial roles include serving as an Associate Editor for the Critical Care section of *BMC Anesthesiology* (2014-2017), *Current Trauma Reports* (2014-2017), and the *International Journal of Surgery* (2014-2017). In 2021, I was invited to serve as special guest editor for a Statistics and Study Design theme issue of the journal *Surgical Infections*; I also co-authored several of the review articles within that issue. These roles, alongside my work as a reviewer for leading journals, including *The Lancet*, *Annals of Surgery*, *JAMA Surgery*, *World Journal of Surgery*, and the *Journal of Trauma and Acute Care Surgery*, have allowed me to develop a deep understanding of study design, data interpretation, and how to assess the credibility of research claims. Furthermore, in my professional leadership roles, I have chaired key national committees focused on quality, research, and education, including serving as the Chair for both the Certified Nutrition Support Clinician (CNSC) Exam Committee and the Critical Care Section of ASPEN. I also previously served as the Chair of the Emergency General Surgery Committee for the Eastern Association for the Surgery of Trauma (EAST) and as an appointed Member of the Board of Directors (Director-at-Large of Division of Patient Care and Resources) for EAST.

My clinical practice includes complex surgical cases, critical care, and the management of associated gastrointestinal problems. My clinical career began in 2004, and since that time, I have frequently managed patients with conditions including ileus, bowel obstruction, intestinal failure, complex gastrointestinal complications (such as enterocutaneous fistula), appendicitis, and gallbladder diseases. I also have extensive experience translating research into practical treatment programs through my leadership roles in medical education, having served as the Associate Program Director of General Surgery residency at Jackson Memorial Hospital from 2017 to 2022 and as a Course Director for multiple programs at Massachusetts General Hospital/Harvard Medical School. In recognition of my commitment to teaching and humanism, I have been honored with the Principal Clinical Experience faculty teaching award (Harvard Medical School, 2015), and more recently the Bardsley Award for Humanism (2025) and the Golden Apple Award (2025) from the University of Colorado School of Medicine.

My full CV is attached. I am being compensated for my time at a rate of $1,000 per hour. All of my opinions are offered to a reasonable degree of scientific and medical certainty. All of the materials that I reviewed for purposes of offering my opinions are referenced in this expert report and/or listed in my materials considered list. I reserve the right to review and consider additional materials that may be published in the literature or produced in this litigation after the date of this expert report and modify my opinions should those new materials change my opinions in any way. I have not provided sworn expert testimony in the past four years.

CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER

## SUMMARY OF OPINIONS

1. Imaging is necessary for the diagnosis of ileus and bowel obstruction. While plain abdominal films (i.e., x-rays) are often the initial step, with rare exception definitive diagnosis of ileus or bowel obstruction requires a computed tomography (CT) scan.

2. The body of scientific evidence fails to support an elevated risk of ileus, bowel obstruction, or fecal impaction (either individually or as composite endpoints) with the use of dulaglutide or tirzepatide.

3. There is no reliable basis in scientific literature for concluding that dulaglutide or tirzepatide cause ileus, bowel obstruction, or fecal impaction (either individually or as composite endpoints).

## GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAs)

Glucagon-like peptide-1 receptor agonists (GLP-1 RAs) are antidiabetic and anti-obesity agents used widely in clinical practice. These agents are classified as incretin-based medications, meaning they function by enhancing the actions of naturally occurring incretin hormones, particularly glucagon-like peptide-1 (GLP-1). (Drucker 2025; Liu *Drug Design* 2025) Tirzepatide is a dual agonist of both GLP-1 and glucose-dependent insulinotropic polypeptide (GIP) incretin hormone receptors, although I discuss it alongside the GLP-1 RA group for purposes of this report. GLP-1 RAs primarily function by binding to the GLP-1 receptor on pancreatic beta cells, leading to the stimulation of insulin secretion in a glucose-dependent manner. (Drucker 2025; Liu *Drug Design* 2025) Concurrently, these medications suppress glucagon release and induce a delay in stomach emptying. (Drucker 2025; Liu *Drug Design* 2025) Through these mechanisms, GLP-1 RAs help the body to control hyperglycemia after a meal and also reduce the amount of food ingested, with the end result of better control of diabetes and body weight loss. (Drucker 2025; Liu *Drug Design* 2025)

The first GLP-1 RA was FDA-approved for the treatment of type 2 diabetes in 2005 (exenatide), and guidelines now recommend GLP-1 RAs in the treatment algorithm for diabetes. (ADA, Standards of Care in Diabetes 2026, Ch. 9)

The most common side effects associated with dulaglutide and tirzepatide are gastrointestinal (GI) symptoms, including nausea and vomiting. (See FDA prescribing information for Trulicity, Mounjaro, and Zepbound) These side effects tend to occur with initiation of treatment and/or dose escalation and generally diminish with continued use. (See FDA prescribing information for Trulicity, Mounjaro, and Zepbound; see also Davies 2022)

3

CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER

GLP-1 RA medications, including dulaglutide and tirzepatide, do not cause continued or new-onset GI dysmotility or related ill effects after the medications are stopped, because the effects of these medications on the GI tract, which are mediated by receptor agonism, cease once the medication has been cleared from (i.e., washes out of) the body. For example, if a person experiences nausea or vomiting for the first time several weeks or months after they have stopped using any GLP-1 RA medication, the differential diagnosis for that new-onset illness should not include prior use of GLP-1 RA medications. Likewise, if a person is experiencing continued nausea or vomiting several weeks or months after cessation of a GLP-1 RA medication, the differential diagnosis for that continuing nausea or vomiting should not include prior use of the GLP-1 RA medication. This is due to the fact that the medications are eliminated from the body without continued use and cease agonism of the GLP-1 and/or GIP receptors. Specifically, dulaglutide and tirzepatide have half-lives in the body of 5 days. (See FDA prescribing information for Trulicity and Mounjaro) After the medication is discontinued and 5 half-lives (25 days) elapse, less than 4% of the medication remains in the body. This amount is not clinically significant and would not result in clinically meaningful agonism of the GLP-1 and/or GIP receptors in the body.

## EVIDENCE-BASED MEDICINE

### Association Versus Causation

A valid association is necessary to establish causation, but alone is not sufficient to establish causation. A classic example of an association in the absence of causation is the observation that people with gray hair or no hair have higher rates of heart attacks, strokes, and osteoporosis. With only this information, one might be tempted to dye their hair black or get hair implants in order to avoid these outcomes. However, gray hair or no hair is simply a marker of advanced age (the "confounder") which itself is strongly associated with the above outcomes. Similarly, if we know that gastroparesis is more strongly associated with advanced-stage diabetes and that advanced-stage diabetes patients are more likely to be treated with insulin, there might be an association between gastroparesis and insulin use (because of the tendency of insulin users to have more advanced-stage diabetes), but it cannot be said on that basis alone that insulin causes gastroparesis.

### The Hierarchy of Scientific Evidence

There exists a hierarchy of scientific evidence reflecting the quality and reliability of certain study designs relative to others in their ability to provide evidence of *causation*, as opposed to mere *association*.

4

CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER

*Randomized Controlled Trials*

Randomized controlled trials (RCTs) represent the gold standard in study design. The inherent strength of the RCT design is randomization, which is the process of allocating participants to intervention or the control groups purely by chance. When applied to a sufficiently large sample, this process means that all known and, critically, unknown confounding variables are likely distributed equally among the groups. The primary methodological limitations of RCTs relate to the choice of inclusion/exclusion criteria, which can produce a study population that does not reflect the broader patient population, and the controlled environment of the trial, which may not reflect real-world usage. Furthermore, large RCTs are expensive and logistically challenging. It is worth noting, however, that because data from industry-sponsored RCTs (particularly those used to apply for FDA approval) are under intense scrutiny, there is much more effort applied to ensuring data fidelity (e.g., medical monitors) to ensure the highest level of confidence in the data.

RCT data from a study that is specifically designed to answer the clinical question of interest (e.g., does dulaglutide cause ileus) is weighted the heaviest when evaluating causation. RCT data that incidentally reports on a particular adverse event rate (e.g., ileus) but in a study that is designed to answer a different question (e.g., do GLP-1 RA medications improve cardiorenal outcomes in people with T2D) carries less weight because the study was not designed specifically to manage powering or control for the incidental outcome (e.g., ileus).

*Meta-Analyses of RCTs*

Meta-analyses of RCTs combine the methodological advantages from multiple randomized controlled trials with the increased statistical power offered by aggregating their data. As such, meta-analyses of RCTs are higher on the hierarchy of evidence than a single RCT. The key limitations in meta-analyses of RCTs primarily stem from choices and limitations in aggregating the data. For example, publication bias (i.e., studies with non-significant or negative findings may go unpublished) can lead to overestimation of the intervention effect in a meta-analysis. Residual heterogeneity (e.g., differences in patient selection, dosage, or follow-up schedules across the included RCTs) also complicates comparison and pooling of the results.

*Observational (Cohort & Case-Control) Studies*

Cohort and case-control observational studies have the inherent limitation of residual confounding because they are not randomized. That is, even taking all possible steps to control for known confounders among the groups compared in such a study, there is always going to be residual confounding that limits the utility of any single cohort study or case-control study. A single cohort study or a single case-control study cannot

CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER

stand alone in answering a question of whether there is an association (to say nothing of causation) with a particular exposure. Rather, the body of observational studies as a whole must be considered to evaluate for a consistent and reliable association.

Reliability of cohort and case-control studies comes down to an assessment of methodologic choices, such as how well a study controlled for important confounders, the choice of the comparator group, and how well the endpoint design aligns with the specific clinical question being asked.

### *Meta-Analyses of Cohort & Case-Control Studies*

The primary benefit of a meta-analysis of a collection of observational studies (e.g., case-control or cohort studies) is an increase in sample size. Meta-analyses of observational studies are generally higher on the hierarchy of evidence than a single observational study. That said, a meta-analysis of observational data inherits, and often adds to, the inherent methodological limitations of the original studies. The core principle of "garbage in, garbage out" applies: if the original studies were highly susceptible to confounding and bias, their aggregation does not suddenly eliminate those limitations and thus does not elevate the studies' collective ability to establish association or causation.

### *Case Reports / Case Series / Adverse Event Reports*

Case reports and case series are not comparative studies. They have extremely low sample size, lack control groups, and are unable to control for confounding variables. Thus, one cannot conclude causal relationships through case reports. For example, Morgenthaler 2024 reported on a patient who reportedly developed small bowel obstruction two weeks after starting tirzepatide. The information in the case report also indicates that she was known to have multiple conditions that each, independently, put her at a significant risk for small bowel obstruction, including a known history of multiple abdominal surgeries, at least one previous small bowel obstruction, and a ventral incisional hernia. Without comparison to similarly situated controls and matching to those controls to account for known risk factors and co-morbidities, it is impossible to draw reliable conclusions from this case report about whether tirzepatide causes small bowel obstruction.

Even when it is reported in a case report that the "cases" have no known risk factors for the condition at issue, a similarly situated control group is necessary to conclude anything about the risk of any particular factor or exposure because of the possibility of *unknown* or *unreported* risk factors.

### *Pharmacovigilance Studies*

Pharmacovigilance studies suffer from most of the same problems that case reports and case series suffer, in addition to others specific to this type of study.

CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER

Pharmacovigilance studies are studies that interrogate an adverse event reporting database (e.g., FAERS, VigiBase) to evaluate whether certain types of adverse events are being reported into that database for a particular medication more than for other medications.

The actual adverse event reports contained in these databases, like case reports and case series, often lack sufficient information about a person's risk factors for the health outcome that has been reported. But adverse event reports typically provide far less relevant information than in published case series and case reports. Adverse event reports are typically not verifiable through medical records analysis. Furthermore, while case reports and case series are generally written by physicians or other healthcare providers that cared for a patient, adverse event reports can be generated and submitted into databases by non-healthcare professionals, including patients, family members, and even legal representatives for the patient. As such, the risk of erroneous or missing information is high in the adverse event reporting databases.

While pharmacovigilance studies compare reporting rates to a comparator, there are significant problems inherent in such comparisons that make them, at most, a hypothesis-generating tool. For example, because adverse event reports often lack any, much less all, necessary risk factor information about patients, it is impossible to match or control the groups even for known confounding variables. And, because most pharmacovigilance studies compare a particular medication to all other medications included in the adverse event reporting database, there are serious, significant, and material mismatches between the groups being studied. For example, comparing an anti-diabetes medication (like GLP-1 RA medications) to all other medications in the database means that the vast majority of medications in the comparison group will not be anti-diabetes medications and thus there will be a mismatch in rates of diabetes between the GLP-1 RA group (very high rates) as compared to the "all other medications" group (likely rates closer to the general population). Even when the comparator is another anti-diabetes medication (e.g., SGLT2 inhibitor medications), it is extremely challenging to match the groups or control for other known confounders, such as diabetes duration, diabetes severity, obesity, and the like.

Finally, the same adverse event can be reported into a database by multiple individuals, including healthcare professionals and lay individuals (e.g., the patient, a family member, the patient's lawyer). This raises the distinct possibility of multiple counting of the same event. This also raises the distinct possibility that medications (like GLP-1 RAs) that have achieved high-profile status in the lay community will be more often reported for various adverse events than lower profile medications because lay reporters may be disproportionately influenced by media attention.

7

**CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER**

Each of these inherent limitations means that pharmacovigilance studies can be used as hypothesis-generating tools but cannot be used as evidence of causation. (Duggirala 2015) If there are no RCTs or observational studies to consider, then this type of evidence could direct the design of more rigorous studies to evaluate treatment effects and potentially influence clinical care. But, where higher quality evidence exists, these types of studies add very little scientific or clinical value.

## CLINICAL OVERVIEW OF ILEUS AND BOWEL OBSTRUCTION

Ileus

Ileus, also referred to as paralytic ileus or functional ileus, is defined as a cessation/stoppage of the coordinated forward antegrade flow of intestinal (i.e., small bowel) contents. It occurs when there is a temporary loss of the normal contractile movements ("peristalsis") of the intestinal wall. This condition stands in contrast to reduced intestinal motility (i.e., mere slowing but continued antegrade movement of intestinal contents) that falls short of obstructive clinical signs (e.g., failure to pass feces or flatus, abdominal distention, and a transition point on abdominal imaging). Intestinal slowing with continued antegrade movement of intestinal luminal contents is not a medical urgency/emergency whereas ileus (i.e., cessation of antegrade movement of luminal contents) generally requires medical attention. Ileus also stands in contrast to a "mechanical" small bowel obstruction, which involves a physical blockage of small bowel contents by factors like a mass, adhesions, or a hernia. Ileus primarily occurs in the post-operative setting or in critically ill persons. The incidence of postoperative ileus varies significantly depending on the type of recent surgical procedure, amount of bowel manipulation, and pre-operative comorbidities, but the literature suggests a baseline postoperative occurrence between 10% and 20%. Postoperative ileus is a frequent, often unavoidable, consequence of abdominal or retroperitoneal surgery. Key risk factors for developing postoperative ileus include increased intestinal manipulation during surgery, prolonged duration of surgery, large open incisions, use of opioids, and certain medical conditions, including pneumonia, stroke, and electrolyte abnormalities. (Beach 2023) Ileus that occurs outside of the postoperative setting can occur in the presence of the same non-surgical risk factors. Factors related to diabetes, such as diabetic neuropathy, also contribute to a higher risk of ileus. (E.g., Ding 2024)

Clinically, ileus typically manifests with nonspecific gastrointestinal symptoms such as nausea and vomiting. On physical examination, there is abdominal distention and bowel sounds are usually sparse or absent. Diagnosis requires radiographic evidence and clinical signs such as inability to pass feces or flatus and abdominal distention; ileus cannot be diagnosed based on symptoms alone. Furthermore, bowel slowing without clinical signs (e.g., inability to pass feces or flatus) is not intestinal ileus regardless of objective transit time data.

**CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER**

While plain abdominal films (i.e., x-rays) are often the initial step and may show dilated small bowel loops, with rare exception definitive diagnosis requires a computed tomography (CT) scan. X-rays are often unreliable for purposes of diagnosing ileus because of an unacceptably high error rate in failing to detect the presence of a partial or full small bowel mechanical obstruction. (Maung 2012; Frager 1995) Important goals of imaging, particularly using a CT scan with oral and intravenous contrast, are to rule out a mechanical obstruction, confirm the presence of air in the colon and rectum, and investigate other possible causes like tumors or abscesses. CT scan is a critical imaging modality to rule out small bowel obstruction in the case of suspected ileus. (Conroy 2021) Ileus is a transient and reversible medical condition and, if caused by medications, it is fully reversible with cessation and washout of the offending medication. (Batke 2008)

Like ileus (as it relates to the small bowel), intestinal pseudo-obstruction of the large bowel (Ogilvie Syndrome) is a functional issue, as opposed to a mechanical issue. It is similarly characterized by clinical signs and symptoms of a bowel obstruction in the absence of mechanical obstruction. Intestinal pseudo-obstruction can be acute or chronic, and when chronic is generally referred to as chronic intestinal pseudo-obstruction (CIPO). Definitive diagnosis typically requires CT scan. (Conroy 2021; Camilleri 2025) X-ray is often not a reliable means of diagnosis because of high failure rates in detecting mechanical obstruction. Ogilvie Syndrome is typically caused by hospitalization for acute medical or surgical conditions, recent surgery, trauma, critical illness, sepsis, metabolic imbalances, and medication use (e.g., opioids). (Sioutas 2021) CIPO is thought to be related to intrinsic neuromuscular disorders of the intestines (including neuropathies or myopathies), a genetic issue, or a secondary problem related to systemic diseases such as scleroderma, amyloidosis, Parkinson's disease, diabetes, or hypothyroidism. (Camilleri 2025) CIPO can also be caused by certain medications but is reversible with cessation and washout of the underlying medications. (Camilleri 2025)

Bowel Obstruction (Small Bowel Obstruction and Large Bowel Obstruction) (Bordeianou 2025; Conroy 2021; Sioutas 2021; Symer 2021)

Mechanical small bowel obstruction (SBO) is fundamentally defined as the physical interruption (i.e., blockage) of the normal flow of intraluminal contents through the small bowel lumen, caused by intraluminal or extraluminal mechanical compression. The blockage leads to progressive dilation of the intestine proximal to the obstruction due to the accumulation of swallowed air, gas from bacterial fermentation, and fluid secretions. SBO is a common and serious condition that warrants surgical evaluation. It accounts for approximately 15 percent of hospital admissions and between 300,000 and 350,000 annual cases in the United States. The most important risk factors and etiologies for mechanical SBO vary by location of the obstruction in the small bowel (extrinsic, intrinsic, or luminal) but are overwhelmingly dominated by three conditions in countries like the United States: adhesions (scar-like tissue, the most common cause, especially following

**CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER**

prior abdominal surgery), hernias (including external and internal types), and neoplasms (primary or metastatic tumors). Less frequent causes include Crohn's disease, volvulus (occurring when a loop of intestine twists around itself), and intussusception (occurring when one segment of the intestine slides inside another part, similar to a telescope). A bezoar (which is a solid, indigestible mass of trapped material that accumulates in the gastrointestinal tract) is a rare cause of SBO.

Diagnosis of SBO is based on clinical presentation—typically the acute onset of non-specific gastrointestinal symptoms like colicky abdominal pain, nausea, vomiting, and abdominal distention—followed by imaging. Definitive diagnosis requires imaging. Plain radiographs are often used initially to quickly suggest obstruction, but abdominal CT is the gold standard, and required, diagnostic tool as it is highly sensitive (94 percent) and specific (96 percent) for detection. CT demonstrates dilated proximal small bowel, distal collapsed bowel, and the presence of the characteristic "transition point" (from dilated to collapsed) that demarcates the site of the mechanical blockage.

Large bowel obstruction (LBO) is a distinct and totally separate condition from SBO, and LBO is identified when the transition point is located in the colon rather than the small intestine. Significantly, the small bowel is involved in approximately 80 percent of all cases of mechanical intestinal obstruction, making SBO far more frequent than LBO. The most common cause of LBO is colorectal cancer, and LBO can be the first clinical manifestation in nearly 30 percent of colon cancer cases. Another cause of LBO is volvulus, especially involving the sigmoid colon. Other causes include diverticulitis, intussusception, hernia, inflammatory bowel disease, extrinsic compression from masses, and foreign bodies. This differs significantly from the etiology of SBO in countries such as the United States, where intraperitoneal adhesions (usually post-surgical) are the overwhelmingly dominant cause. Because malignant tumors that cause LBO are typically slow-growing and often located more distally, LBO symptoms tend to be chronic and progressive.

Diagnosis of LBO also cannot be made based on symptoms alone. A reliable diagnosis requires imaging studies like CT, not just plain radiographs, which reliably allow LBO to be distinguished from things like Ogilvie Syndrome by identifying a transition point.

Another distinguishing characteristic between SBO and LBO relates to fecal impaction. Fecal impaction is a potential rare cause of LBO, but (because fecal matter is not generally formed in the small bowel) fecal impaction is not generally a cause of the much more common SBO.

Of note, intussusception and volvulus are acknowledged as infrequent causes of both SBO and LBO. Intussusception is the telescoping of one segment of the intestine into an adjacent segment, leading to obstruction, compromised blood flow, and potential ischemia. In adults, it is usually secondary to a "lead point" such as a tumor, polyp, or

CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER

other lesion. Specifically, the lead point "catches" part of the bowel and "drags" that portion inside the "downstream" segment, producing the characteristic telescoping anatomic rearrangement of bowel anatomy. Medications are not a recognized cause of intussusception, and GLP-1 receptor agonist medications like dulaglutide and tirzepatide do not meet the criterion of biological plausibility for a cause of intussusception because there is no known mechanism by which they could (i) cause a lead point to form or (ii) otherwise cause the characteristic telescoping rearrangement of the anatomy necessary for intussusception to form. Volvulus is defined as a form of closed-loop obstruction (i.e., obstructions occur in two spots along the length bowel due to a loop of bowel becoming twisted) that results when a mobile and lax segment of the intestine twists around its own mesentery. This twisting causes obstruction of the intraluminal contents and can rapidly compromise the blood supply to the affected segment, potentially leading to ischemia, necrosis, and perforation. The anatomic location of the volvulus dictates the presentation and typical patient population: the sigmoid colon is the most commonly affected site in the United States, often occurring in an elderly patient (peak incidence around 80 years of age) with multiple comorbid conditions, particularly neuropsychiatric conditions like Parkinson's disease or vascular dementia. Anatomically, the sigmoid portion of the colon is the most susceptible part of the intestine to a volvulus due to its redundant length, tall mesentery, and narrow root base. In contrast, volvulus affecting the other parts of the colon (cecum or transverse) tends to occur with higher relatively frequency in younger patients without comorbid conditions. Patients with volvulus typically present with rapid, sudden onset of abdominal pain, severe distention, and complete obstipation (no passage of fecal matter or gas). These are nonspecific gastrointestinal symptoms, so a diagnosis of volvulus cannot be made based on symptoms alone. Reliable diagnosis requires radiologic investigation. Like intussusception, there is no biologically plausible mechanism by which GLP-1 receptor agonists (like dulaglutide or tirzepatide) could cause volvulus.

**THE SCIENTIFIC LITERATURE FOR ILEUS AND BOWEL OBSTRUCTION**

Identification of the Scientific Literature

I conducted searches of the PubMed database for scientific studies addressing the relationship between GLP-1 RA use and the health outcomes of ileus and bowel obstruction, and I reviewed the expert reports of Dr. John, Dr. Lodhia, and Dr. O'Brien for purposes of my opinions. I reviewed all published peer-reviewed studies referred to by Dr. John and Dr. Lodhia as well. My PubMed search terms used were "GLP-1" AND ["Ileus" OR "obstruction"]. I specifically focused on studies that compared GLP-1 RA medications (especially dulaglutide or tirzepatide) to non-GLP-1 RA comparators (either placebo or active comparators).

CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER

Analysis of the Scientific Literature on Ileus & Bowel Obstruction

It would be most appropriate to address ileus and bowel obstruction separately since they are fundamentally different disease processes. But, because so many clinical studies treat these medically distinct outcomes as a composite measure, I address them together below.

I start my discussion below with an analysis of the study types that can best inform the causation question (i.e., meta-analyses and randomized clinical trial and cohort data). I also start my discussion below with examining GLP-1 RA medications as a group because that is how the plaintiffs' experts have approached their analysis. As I explain in detail later in my report, however, examining the dulaglutide- and tirzepatide-specific scientific literature is most relevant and appropriate for addressing the question of whether dulaglutide or tirzepatide cause the clinical outcomes of interest.

The body of epidemiological literature examining the relationship between GLP-1 RA use and ileus and/or bowel obstruction does not provide a reliable or consistent signal of positive association, which would be required as a first step in conducting a causation analysis. More specifically, the existing studies do not support that dulaglutide or tirzepatide use is associated with an increased risk of ileus and/or bowel obstruction. Therefore, the scientific evidence does not support that GLP-1 RA medications cause ileus and/or bowel obstruction.

Meta-Analyses & RCT/Cohort Data

*Meta-Analyses*

There are several meta-analyses reporting ileus and/or obstruction endpoints.

Several meta-analyses synthesized data exclusively from randomized controlled trials (RCTs), and these studies consistently fail to support an association (or causal relationship) between GLP-1 RA use and the outcomes of ileus and/or obstruction. For example, Chiang (meta) 2025, which systematically reviewed 55 placebo-controlled RCTs involving over 106,000 participants, concluded that GLP-1 RAs do not appear to increase the risk of serious gastrointestinal adverse events, specifically finding little or no effect on outcomes including intestinal obstruction (RR 0.82, 95% CI 0.51-1.33) or paralytic ileus (RR 0.89, 95% CI 0.39-2.01). Similarly, the meta-analysis conducted by Wang 2022, drawing on 21 large cardiovascular and renal outcome trials, found that GLP-1 RAs were not significantly associated with the serious adverse event occurrences of ileus (RR 0.94, 95% CI 0.40-2.22), paralytic ileus (RR 0.50, 95% CI 0.09-2.73), intestinal obstruction (RR 0.74, 95% CI 0.40-1.39), or small intestinal obstruction (RR 0.92, 95% CI 0.54-1.57). A meta-analysis focused on semaglutide (Yin 2021), synthesizing data from the SUSTAIN and PIONEER trials, reported RR 4.23, 95% CI 0.85-20.94 for the serious adverse event of intestinal obstruction: a finding that the authors noted lacked statistical

12

**CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER**

significance and had a wide confidence interval (indicating significant uncertainty in the results) that crossed the null effect (RR = 1.0). Another large meta-analysis, Wang 2024, reported no statistically significant relationships between GLP-1 RAs and the serious adverse event outcomes of ileus (RR 0.97, 95% CI 0.42-2.23), intestinal obstruction (RR 0.81, 95% CI 0.46-1.43), or small intestinal obstruction (RR 0.95, 95% CI 0.56-1.60). Chen 2026 was a large network meta-analysis that reported dulaglutide and tirzepatide specific results for a composite outcome of ileus and bowel obstruction: OR 0.55, 95% CI 0.29-1.02 (dulaglutide) and OR 0.80, 95% CI 0.16-2.33 (tirzepatide). Overall, syntheses of randomized trial data (i.e., the highest quality data available) repeatedly fail to produce evidence of statistically significant positive associations between GLP-1 RA use (or dulaglutide or tirzepatide use specifically) and the serious adverse events of either ileus or bowel obstruction.

A meta-analysis including both RCTs and observational studies, found that the use of GLP-1 RAs showed no significant incremental risk of causing bowel obstruction and ileus compared to the control group (OR 1.95, 95% CI 0.43-8.79), although this finding was marked by high heterogeneity ($I^2$ = 94%). (Alfehaid 2025) in a secondary analysis, the authors stratified the studies for the type of comparator group, improving the heterogeneity of the comparison ($I^2$ = 15%) and the confidence interval precision to OR 0.64 (95% CI 0.33-1.23). It is also worth noting that the point estimate of 1.95 is biased toward an association by an apparently erroneous computation of the Faillie 2022 results; that is, Figure 2 of Alfehaid 2025 inaccurately reports the point estimate from Faillie 2022 as 26.33. It is unclear how the Alfehaid authors calculated this value, and it does not flow from Faillie's reported results, which were HR 1.69 (95% CI 1.04-2.74).

*Composite Endpoint Studies*

Many studies grouped ileus and bowel obstruction together as a single composite endpoint, a methodological approach that limits a study's ability to specifically assess risk of either bowel obstruction or ileus with GLP-1 RA exposure. Use of composites is meant to increase the sensitivity of any signal being measured, which is appropriate when the goal is to generate/refine hypotheses about relationships with aspects of the composite, but cannot reliably or conclusively inform whether there is, in fact, an association between an exposure and any particular component of the composite. There are several reasons for this.

First, combining ileus and bowel obstruction into a composite endpoint complicates control for confounding variables, as the applicable confounders differ for each individual component of the composite endpoint. (This is of significantly less concern for Chen 2026, which is a meta-analysis of RCTs, by which the randomization process addresses the confounding issue.) Second, combining multiple outcomes into a single composite endpoint also makes it impossible to use that endpoint to detect the magnitude or direction

13

**CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER**

of the relationship between the exposure (e.g., GLP-1 RA use) and any particular outcome within the composite. That is, a study that generates a point estimate to either side of 1.0 for an ileus/obstruction composite could represent various different scenarios where various components of the composite fall on either side or directly on the null (1.0) and it is impossible to know what the specific relationships are without calculating the outcome-specific endpoints separately.

This phenomenon of parsing relationships between individual components of a composite is exemplified by Faillie 2022, which reported an overall increased risk (HR 1.69, 95% CI 1.04-2.74) for what the study called "intestinal obstruction," which was actually a composite measure of various bowel obstruction and ileus diagnosis codes.[1] However, when the researchers restricted their analysis to remove the bowel obstruction ICD-10 codes (leaving only motility-related codes – K56.0, K56.7, and K59.2 – in the analysis), GLP-1 RAs were not associated with an increased risk of the motility (i.e., more ileus-specific) outcome (HR 0.96, 95% CI 0.39-2.38). If Faillie had not actually conducted and provided the results of the isolated analysis of the motility codes, it would have been impossible to parse the relationships of GLP-1 RA use with any of the composite components without the raw data to work from. To their credit, Faillie and colleagues acknowledged in their paper that outcome misclassification is possible with the composite endpoint that they used and that their composite endpoint definition has not been "formerly validated in the [UK Clinical Practice Research Datalink] or elsewhere."

I note that Dr. John has opined that use of a composite outcome would necessarily cause "non-differential bias" to the ileus/obstruction composite and obscure a presumed association with the ileus portion of the composite. Dr. John's underlying assumptions are inaccurate and not supported by the scientific literature.

First, in order for non-differential bias to result from a composite outcome, the exposure must have a significant risk relationship with at least one outcome of the composite and must have a null relationship (i.e., no risk) with at least one outcome of the composite. While, as discussed below, I agree with Dr. John that there is no evidence supporting an association between GLP-1 RA medications (including dulaglutide and tirzepatide specifically) and bowel obstruction, I do not agree that it can be assumed that a positive risk relationship exists with the ileus portion of the composite. For example, in Faillie 2022 (as I noted above), although the primary ileus/obstruction composite endpoint resulted in a statistically significant positive point estimate, when Faillie 2022 calculated their endpoint with only the motility-related codes, the result not only became non-significant, but the direction of the point estimate *reversed* relative to the null: HR 0.96,

---

[1] For purposes of my analysis, I have defined a composite endpoint of ileus and obstruction codes as one that combines any of the ileus-specific ICD-10 codes (e.g., K56.0 for paralytic ileus, or K56.7 for unspecified ileus) with any codes that are specific for bowel obstruction (e.g., K56.6 for unspecified intestinal obstruction, or K56.5 for intestinal adhesions with obstruction).

**CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER**

95% CI 0.39-2.38 (supplemental Table S4). This is the opposite of what one would expect if, as Dr. John (and Dr. Lodhia) conclude, the medications cause ileus but not mechanical obstruction, and is evidence against Dr. John's hypothesis and criticism that composite outcome studies are hiding or masking an association with ileus. If there were a true positive relationship between GLP-1 RA use and ileus, one would expect the signal to become *stronger* after eliminating the mechanical obstruction codes, not *weaker*. That is not what Faillie 2022 shows, and Faillie's results undermine Dr. John's and Dr. Lodhia's conclusions that the GLP-1 RA medications involved in the study are associated with ileus. Additionally, as I discuss in substantially more detail below, there are ileus-specific endpoints reported in a number of other studies demonstrating a similar lack of association between GLP-1 RA use (and dulaglutide and tirzepatide use specifically) and the ileus outcome. Given the consistent lack of a risk reported in a host of other studies on ileus and/or obstruction endpoints, it is more likely that the positive composite ileus/obstruction endpoint reported by Faillie 2022 is the result of residual confounding or statistically spurious results as opposed to true risk.

Second, Dr. John is wrong in his assumption that a presumed risk relationship with ileus would necessarily be masked or hidden by the lack of risk with bowel obstruction. A true risk relationship between an exposure and one component of a composite endpoint could only be hidden if the incidence of that outcome was substantially lower than the incidence of the other components of the composite. To support his claim, Dr. John assumed entirely unrealistic incidence rates for ileus to design a hypothetical situation where a presumed 9-fold increased risk in ileus is masked by inclusion of bowel obstruction in a composite endpoint. The incidence of bowel obstruction in Dr. John's hypothetical (100/100,000) is more than 10 times higher than the incidence of ileus in his hypothetical (9/100,000), and needs to be in order to support Dr. John's claim. However, that is simply not the clinical reality. Data show that the incidence rates of ileus are similar to (if not higher than) bowel obstruction. Paralytic ileus is estimated to result in 470,110 annual hospitalizations in the U.S. as compared to obstruction, which is estimated to result in only about 300,000 annual hospitalizations in the U.S. (Solanki 2020; Sioutas 2021). Thus, if Dr. John were correct that the risk for ileus was 9-fold higher in GLP-1 RA users, then the composite outcome would still result in a positive point estimate. But the body of ileus and bowel obstruction composite outcome studies do not support that there is an increased risk with GLP-1 RA use.

The ileus/obstruction composite outcome literature is comprised of some studies showing positive associations (e.g., Faillie 2022), some showing negative associations (e.g., Gao 2025; Nielsen 2025), and most showing non-statistically significant results. Multiple large studies conducted across diverse populations found no significant increase in risk. A large-scale Scandinavian cohort study using nationwide data from three countries (Sweden, Denmark, and Norway) examining over 121,000 new GLP-1 RA users

15

CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER

found no statistically significant increase in the risk of a composite endpoint (HR 0.83, 95% CI 0.69-1.01) when compared to SGLT2 inhibitors. (Ueda 2024) This is not a surprising result in the context of the ileus-specific endpoint studies that I describe in more detail below. A large retrospective cohort study conducted in the United States and encompassing over 181,000 diabetes patients demonstrated no significant increase in the incidence of a composite endpoint when comparing GLP-1 RAs to SGLT2 inhibitors, metformin, or DPP-4 inhibitors across 1, 3, and 5-year follow-up periods. (Gao 2025) The same study further found significantly *decreased* risks compared to sulfonylureas, thiazolidinediones, and insulins. (Gao 2025) A population-based study of U.S. veterans with diabetes initiating GLP-1 RAs found no discernible difference in a composite ileus/obstruction endpoint compared to insulin glargine (HR 0.91, 95% CI 0.78-1.07) or SGLT2i (HR 1.16, 95% CI 0.99-1.36) in the main analysis (patients without baseline GI history). (Sarwal 2025) Overall, some of the largest studies and some among the highest methodological quality of the group failed to find a statistically significant association between GLP-1 RA use and the composite ileus/obstruction outcomes, with many point estimates below 1.0.

**Figure 1** below is a forest plot of the composite endpoint study results for GLP-1 RAs as a group. Point estimates to the left of the red line are below 1.0 and those to the right are above 1.0. The horizontal lines extending from the point estimates are 95% confidence intervals. When the 95% confidence interval crosses the red line at 1.0, it is not statistically significant. The wider the confidence interval, the less precise the results. There are several studies demonstrating statistically significant negative results where the point estimate and confidence intervals are entirely to the left of the red line. There is only one study (Faillie 2022) demonstrating statistically significant positive results (point estimates and confidence intervals entirely to the right of the red line). Such wide inconsistency and largely non-significant results do not support that there is an association between GLP-1 RA use and the ileus/obstruction composite endpoint or any specific component of those composites.

# [Intentionally left blank]

**CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER**

### Figure 1:[2] GLP-1 RA CLASS RESULTS: COMPOSITE ENDPOINTS



*Faillie 2022 and Ueda 2024*

There is a notable internal inconsistency appearing in the reports of both Dr. John and Dr. Lodhia regarding some composite endpoint studies. Specifically, they do not apply

---

[2] Studies were included in this forest plot if they were cohort studies or meta-analyses and only if it was clear from the study publication or its supplemental materials that the reported endpoint was a composite measure of both ileus and obstruction outcomes. Rodriguez 2024 was excluded because it did not include a non-GLP-1 RA active comparator (the comparison was between tirzepatide use and semaglutide use) so it cannot assess GLP-1 RA relationships with the composite measure. Some studies included in this chart reported composite endpoints in various secondary analyses. I have included the primary analysis endpoints for the studies and secondary analysis endpoints if reported by comparator, follow-up time, or history of GI disease. Gao 2025 is the exception. The results from Gao 2025 that were included in this plot are the primary results from Figure 3 of Gao 2025 at the 5-year follow-up. Gao 2025 also reported results at the 1-year and 3-year follow-up time points for each comparator. The results at 1-year and 3-years were not substantially different from those reported at 5-years follow-up, and if included would add 12 more results that are not statistically significant with point estimates mostly below 1.0. I also did not include Weng 2025 as there were no point estimates and confidence intervals reported for the composite ileus/obstruction endpoint. However, Weng 2025 found a non-significant difference in the pre- and post- GLP-1 exposure risk for IBD patients on an ileus/obstruction composite endpoint, where dulaglutide and tirzepatide were included in the GLP-1 RA cohort studied.

CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER

the same analytical methodology to Faillie 2022 (on which they heavily rely) and Ueda 2024 (which they criticize and discount), two very similar studies that produce different results. Dr. John and Dr. Lodhia repeatedly criticize Ueda 2024, but not Faillie 2022, based on design aspects equally applicable to both studies. And while most of the relevant design elements are similar for both studies, neither Dr. John nor Dr. Lodhia mention one important difference—that Ueda 2024 includes many more study participants than Faillie 2022, resulting in greater statistical power and precision.

As one example, Dr. Lodhia cites Faillie's finding of highest risk at 1.6 years of medication use to discount numerous other studies (e.g., criticizing Hurwitz 2025 for its 6-month follow-up time because "the Faillie paper shows that the highest risk was after around 1.6 years of use"). But he fails entirely to mention that Ueda was a many-fold larger study, with greater statistical power and precision than Faillie, and Ueda's time-lapse analysis failed to identify higher risk at any timepoint. Put simply, if the increased risk at 1.6 years were true, Ueda would be significantly more likely than Faillie to detect it. Dr. Lodhia's position is additionally problematic because Ueda 2024 is not the only study that did not replicate Faillie's 1.6-year analysis. For example, Gao 2025 found no significant difference in risk using a composite endpoint between GLP-1 RA use and SGLT2 inhibitor use at 1 year, 3 years, and 5 years follow-up (Figure 3 of Gao 2025). The fact that several studies did not replicate Faillie's 1.6 years association is evidence that it does not represent true risk. Dr. Lodhia's methodological critiques are inconsistent, and he never explains why he favors Faillie's time-analysis over Ueda's (or that of any other study).

Moreover, as I've already explained at length, one of Faillie's most critical findings for purposes of this litigation is its finding that when they removed the bowel obstruction codes from the composite endpoint (i.e., limiting to motility codes K56.0, K56.7, K59.2), the statistical association disappeared. While Dr. John acknowledges in his study analysis of Faillie that "when limiting the outcome to the codes most related to slowed intestinal motility, the GLP-1 RAs were no longer associated with a statistically significant risk of intestinal obstruction," he never explains his rationale for favoring the composite endpoint over the specific endpoint and he never explains the impact of the reversal of the point estimate relative to the null in light of his conclusions.

Finally, neither expert acknowledged that Faillie 2022 reported a dulaglutide-specific result for the composite "obstruction" endpoint that was not statistically significant: HR 1.65 (0.78-3.47). (Faillie 2022, Table S2) Data about tirzepatide was not included in the Faillie 2022 study.

Nonetheless, I have included the results of both Faillie and Ueda in the forest plots in my report, although, as I mentioned, Ueda is much larger than Faillie, increasing the certainty of its findings relative to Faillie.

**CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER**

*Isolated Ileus & Obstruction Endpoints*

Dr. John opines in his report that because "GLP-1 RA medicines primarily cause ileus, not mechanical obstruction," combining mechanical obstruction with ileus outcomes "pushes the results toward the null." As I explained previously, some of the assumptions upon which Dr. John bases that conclusion (e.g., his assumption of ileus incidence rates relative to obstruction incidence rates; his assumption that there *is* a positive risk for ileus) are flawed. But Dr. John was correct in his statement that there is no positive risk relationship with obstruction, as the data on isolated obstruction endpoints do, indeed, reveal that there is no increased risk of bowel obstruction with GLP-1 RA medications generally or dulaglutide or tirzepatide specifically. **Figure 2** below is a forest plot of studies reporting endpoints for isolated intestinal obstruction outcomes for GLP-1 RA medications as a group. The majority of the reported endpoints for isolated obstruction outcomes provide point estimates to the left of 1.0 (which would indicate a *negative* association if statistically significant) while only a few provide results to the right of 1.0. There are two statistically significant negative results (Niu 2025; Gao 2025) and no statistically significant positive results.

Niu 2025 is the largest of the retrospective cohort studies and one of the studies with the longest follow-up (5 years). Niu and colleagues analyzed ileus and bowel obstruction outcomes separately and found that GLP-1 RA therapy was associated with a *reduced* hazard for bowel obstruction (HR: 0.752, 95% CI 0.707-0.799) *and* ileus (HR: 0.744, 95% CI 0.697-0.793) when compared to oral anti-diabetic medications in patients with diabetes over a five-year follow-up period. Gao 2025 is also a large retrospective cohort study with similarly long follow-up (5 years) that found that GLP-1 RA therapy was associated with a *reduced* hazard for intestinal obstruction (HR: 0.64, 95% CI 0.54-0.75) when compared to users of insulin therapy.

As a whole, the body of reported isolated obstruction outcomes do not demonstrate that there is an association between the risk of obstruction outcomes and GLP-1 RA use as evaluated over a variety of contexts and geographies.

**CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER**

### <u>Figure 2:</u>[3] GLP-1 RA CLASS RESULTS: ISOLATED OBSTRUCTION ENDPOINTS



The data on isolated outcomes also undermine Dr. John's and Dr. Lodhia's position that GLP-1 RA medications cause ileus. **Figure 3** below is a forest plot of studies reporting endpoints for isolated ileus outcomes for GLP-1 RA medications as a group. The vast majority of reported endpoints are to the left of 1.0 and a small minority of the point estimates are to the right of 1.0. There are nine statistically significant negative point estimates from three studies (Garg 2025; Gao 2025; Niu 2025) and no statistically significant positive point estimates. As a whole, the body of reported isolated ileus outcomes do not demonstrate that there is an increased risk of ileus with GLP-1 RA use.

---

[3] This forest plot includes both meta-analyses and observational studies. End-points from meta-analyses were included in this plot if the endpoint was identified with some form of the term "obstruction" based upon RCT data. Observational studies were included in this forest plot if it was clear from the study publication or its supplemental materials that the reported obstruction endpoint did not include either K56.0 (paralytic ileus) or K56.7 (unspecified ileus) in the endpoint definition. Observational studies that reported endpoints named "obstruction" but did not define how they identified their outcomes were not included in this or the composite endpoint figure (Figure 1) because it could not be determined whether such studies were composite or obstruction-only endpoints. The excluded studies included: Rashid 2025; Nathani 2024; Alkabbani 2025; and Sodhi 2023. Two of the excluded studies (Rashid 2025; Nathani 2024) reported statistically significant negative results and two of the excluded studies reported statistically significant positive results (Sodhi 2023; Alkabbani 2025). Furthermore, secondary analysis results were included in this forest plot only to the extent that the analysis reported endpoints at different follow-up times or with different comparators.

CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER

### Figure 3:[4] GLP-1 RA CLASS RESULTS: ISOLATED ILEUS ENDPOINTS



*Dulaglutide & Tirzepatide Specific Results*

Since each GLP-1 RA medication is unique (chemically, structurally, pharmacokinetically, etc.), to assess whether a specific GLP-1 RA medication is associated with ileus and/or bowel obstruction it is most relevant to look at the data for that particular medication when it is available (as it is here). The plaintiff experts did not do this, but it should not be ignored in the overall analysis.

Below are forest plots showing: (1) the reported results for studies that include dulaglutide among the GLP-1 RA class cohort (**Figure 4**: "Dulaglutide In-Class Results"); and (2) the reported dulaglutide-specific results (**Figure 5**: "Dulaglutide-Specific Results") for obstruction and/or ileus outcomes reported in the literature. The dulaglutide-specific results (Figure 5) are the most informative for assessing whether dulaglutide is associated

---

[4] This forest plot includes both meta-analyses and observational studies. End-points from meta-analyses were included in this plot if the endpoint was identified with some form of the term "ileus" based upon RCT data. Observational studies were included in this forest plot only if it was clear from the study publication or its supplemental materials that the reported ileus endpoint did not include obstruction-specific endpoints (e.g., K56.5 for intestinal adhesions with obstruction, K56.6 for unspecific intestinal obstruction) in the endpoint definition. I also excluded Bennett 2016 because GLP-1 RAs were the control group as opposed to the experimental group in the study and so the reported point estimate is not consistent with the other reported point estimates (for which GLP-1 RAs were the experimental group) and would be misleading if included in this forest plot (IRR 0.42 (95% CI 0.14-1.20)).

CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER

with these outcomes, but either way the studies overall fail to identify an association between dulaglutide use and the outcomes of ileus and/or obstruction.

# [Intentionally left blank]

**CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER**

## FIGURE 4:[5] DULAGLUTIDE IN-CLASS RESULTS



---

[5] Studies were included in Figure 4 if it was clear from the study or its supplemental materials that dulaglutide was included among the GLP-1 RA medications studied. If it was not clear which GLP-1 RA medications were included in the study, the study was excluded from Figure 4 (e.g., Nathani 2024; Rashid 2025; Alkabbani 2025). All endpoint types (composite, ileus, and obstruction) were included in the figure and are identified in the label of the endpoint. Included are primary analysis endpoints and secondary analysis endpoints if reported by comparator or follow-up time. Gao 2025 is the exception. I included Gao 2025 Figure 3 primary composite endpoint results at 5-year follow-up. I did not include the 1-year and 3-year follow-up time points for each comparator, which included 12 more results with point estimates mostly below 1.0, none showing a statistically significant positive association. I also included the isolated ileus and isolated obstruction endpoints from Gao 2025 Figure S6 as compared to SGLT2i only. I did not include the Gao 2025 Figure S6 results for the other comparators, which included 20 more endpoints with point estimates mostly less than 1.0, none showing a statistically significant positive association. I also did not include Weng 2025 as there were no point estimates and confidence intervals reported for the composite ileus/obstruction endpoint. However, Weng 2025 found a non-significant difference in the pre- and post- GLP-1 RA exposure risk for IBD patients on an ileus/obstruction composite endpoint, where dulaglutide and tirzepatide were included in the GLP-1 RA cohort studied.

23

CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER

## FIGURE 5:[6] DULAGLUTIDE-SPECIFIC RESULTS



There was only one study that reported on tirzepatide-specific endpoints for ileus and/or obstruction as compared to non-GLP-1 RA comparators: Chen 2026, which was a meta-analysis that pooled results from various tirzepatide RCTs and found no statistically significant positive association between tirzepatide use and a composite outcome of ileus and obstruction (OR 0.80, 95% CI 0.16-3.88). The tirzepatide-specific results do not support an association. I also assessed the tirzepatide in-class scientific literature. Even if we look at class-wide data that includes tirzepatide within the class, there is no association. **Figure 6** below is a forest plot showing the reported results for studies that include tirzepatide among the GLP-1 RA class cohort ("Tirzepatide In-Class Results"). Those studies overall fail to identify an association between tirzepatide use and the outcomes of ileus and/or obstruction.

---

[6] Studies were included in Figure 5 if it was clear from the study that the endpoint being reported was specific to dulaglutide. All endpoint types (composite, ileus, and obstruction) were included in the figure and are identified in the label of the endpoint. I did not include results from meta-analyses unless the endpoint reflected a pooled result of multiple studies. For example, I did not include dulaglutide-specific endpoints that represented only REWIND trial results from Wang 2022 or Wang 2024, which were statistically non-significant with point estimates less than 1.0.

**CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER**

### <u>FIGURE 6:</u>[7] TIRZEPATIDE IN-CLASS RESULTS



*Vulnerable Populations*

Observational studies are sometimes used to evaluate whether an intervention or exposure will result in adverse outcomes for vulnerable populations. In the context of ileus and bowel obstruction, some of the most vulnerable populations include people with inflammatory bowel disease, those with critical illness, and post-operative patients. People with inflammatory bowel disease, for example, are more likely than the general population to experience anatomical strictures, inflammatory narrowing of the intestinal lumen, and other conditions that put them at high risk for obstruction. People with critical

---

[7] Studies were included in Figure 6 if it was clear from the face of the study or its supplemental materials that tirzepatide was included among the GLP-1 RA medications studied. If the study publication did not make clear which GLP-1 RA medications were included in their study, it was excluded from Figure 6 (e.g., Nathani 2024; Rashid 2025; Alkabbani 2025). I also did not include Weng 2025 as there were no point estimates and confidence intervals reported for the composite ileus/obstruction endpoint. However, Weng 2025 found a non-significant difference in the pre- and post-GLP-1 exposure risk for IBD patients on an ileus/obstruction composite endpoint, where dulaglutide and tirzepatide were included in the GLP-1 RA cohort studied. Furthermore, all endpoint types (composite, ileus, and obstruction) were included in the figure and identified in the label of the endpoint on the figure.

**CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER**

illness and post-operative patients are more likely to experience ileus than the general population. (Beach 2023) If GLP-1 RA medications did, in fact, result in higher risk of ileus and/or obstruction outcomes, we would expect to see an elevated risk in studies of these vulnerable groups (because of additive risk) as compared to studies of comparatively healthy populations. That is not, however, what we see.

Evaluation of GLP-1 RA safety in cohorts that are inherently susceptible to GI dysfunction, including ileus and obstruction, consistently fails to demonstrate an elevated risk of ileus and/or obstruction. For example, a Danish nationwide cohort study of patients with inflammatory bowel disease found that GLP-1 RA exposure was not associated with an increased risk of a composite ileus/obstruction endpoint; in fact, it reported a statistically significant result below 1.0 (adjusted HR 0.57, 95% CI 0.36-0.88). (Nielsen 2025) Weng 2025 similarly did not find increased risks of GI adverse events, including an ileus/obstruction composite endpoint, amongst patients with inflammatory bowel disease exposed to GLP-1 RA medications. Gmehlin 2025 found no significant differences between users and non-users of GLP-1 RA medications in the medical ICU for either ileus or obstruction. A retrospective cohort analysis of diabetic adults undergoing major surgery under general anesthesia found no increased risk for ileus within 7 days post-procedure in GLP-1 RA users compared with non-users (OR 1.75, 95% CI 0.45-8.19). (Klonoff 2024) This analysis concluded there was no increase in the risk of peri- and post-operative complications in GLP-1 RA users undergoing surgery. A sensitivity analysis of veterans with diabetes initiating GLP-1 RAs, which included subjects with a baseline history of GI conditions, reported a significantly lower risk of a composite endpoint including ileus and obstruction compared to insulin glargine initiators (HR 0.85, 95% CI 0.75-0.99) and no difference compared to SGLT2 inhibitors (HR 1.06, 95% CI 0.93-1.22). (Sarwal 2025)

*Diabetes Studies vs. Obesity Studies*

Both Dr. John and Dr. Lodhia generally discount results from studies looking at the effect of GLP-1 RA medications on ileus and/or bowel obstruction outcomes in patients with diabetes (except for Faillie 2022, which was also a study including people with diabetes). Dr. John explains his rationale for discounting studies in diabetes populations, stating that "studies conducted exclusively in diabetic populations may underestimate the true association between GLP-1RAs and ileus, because patients with diabetic autonomic neuropathy may have a diminished motility response to these drugs." Dr. Lodhia similarly says, "diabetic neuropathy attenuates the motility-slowing effects of GLP-1 receptor agonists, which can mask the true association in diabetic populations and bias results towards the null." In other words, Dr. John and Dr. Lodhia maintain that patients with diabetic neuropathy are less likely than patients without diabetic neuropathy to experience motility-slowing effects from use of GLP-1 RA medications. They then argue from this that studies in populations with diabetes generally (because of the potential for including

CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER

patients with diabetic neuropathy) should be discounted because, in their view, those studies "bias toward the null."

As an initial matter, this argument ignores the clinical reality that GLP-1 RA medications, and particularly dulaglutide, are indicated and prescribed to treat diabetes. Real-world data in people with diabetes are exactly the data clinicians would use to understand the risks and benefits of prescribing GLP-1 RA medications to people with diabetes. The real-world data also reflect the reality that some people with diabetes who take GLP-1 RA medications will also have a history of diabetic neuropathy.

In addition, both Dr. John and Dr. Lodhia overstate the evidence supporting their methodological decision to discount studies of patients with diabetes. Both experts base their rationale on a study conducted by Nakatani and colleagues. Nakatani 2017 measured the impact of liraglutide use on gastric emptying times and small intestinal motility times in 14 study subjects with diabetes. This small study showed that treatment with the GLP-1 RA liraglutide delayed the mean gastric (i.e., stomach) emptying time in some patients with diabetes without diabetic neuropathy, but not in some patients with diabetes with diabetic neuropathy (in whom gastric empty time on average decreased with liraglutide treatment, though not statistically significantly). Both Dr. John and Dr. Lodhia focus their rationale primarily on the reported mean *gastric* (i.e., stomach) emptying times of the Nakatani study. But, Nakatani and colleagues also observed that the mean *small intestinal* transit times of diabetic liraglutide users were remarkably similar between the two groups (Diabetic Neuropathy Group: 6hr 38min; Non-Diabetic Neuropathy Group: 6hr 45min). In other words, this experiment did *not* demonstrate a clear differential effect on *small intestinal* transit time—the measure more pertinent to the outcome of ileus—between patients with and without diabetic neuropathy. Moreover, the average findings for small intestinal transit as reported by Nakatani are somewhat misleading because they are distorted by the presence of one significant outlier in each of the small groups (see Figure 3 from Nakatani)—a methodological hazard in very small studies like Nakatani. In a smaller study like Nakatani, a more reliable measure of central tendency would have been a median and interquartile range. Finally, the fact that Nakatani and colleagues noted that no study subjects developed an ileus[8] (or even experienced gastrointestinal symptoms severe enough to warrant medication discontinuation) is particularly remarkable considering that the study observations were made one week after dose escalation to the highest approved liraglutide dose in Japan, rather than following a more clinically-relevant, stepwise dose-escalation model.

---

[8] Dr. John, Dr. Pisegna, and Dr. Lodhia refer to several mechanistic studies between them (e.g., Thazath 2016; Nakatani 2017; Hellstrom 2008). None of these mechanism studies report that any of the study subjects developed intestinal ileus. Intestinal motility reduced from a baseline but with continued antegrade motion of intestinal contents is not the same as intestinal ileus, which is symptomatic cessation of antegrade motion of luminal contents.

CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER

Given the above, Nakatani's observations do not provide a reliable basis for discounting or disregarding real-world studies of ileus and/or bowel obstruction in people with diabetes. Regardless, there are studies that address the issue of diabetic neuropathy by controlling for its presence (e.g., Ueda 2024; Garg 2025). For example, Garg 2025 propensity score matched for polyneuropathies (likely to be diabetic neuropathy in people with diabetes; the prevalence of polyneuropathy was 9.3% in both the GLP-1 RA group and the SGLT-2 inhibitor group) and the results were reported as: OR 0.80 (95% CI 0.70-0.91) for GLP-1 RA use and ileus at 24 months; and OR 0.96 (95% CI 0.83-1.11) for GLP-1 RA use and obstruction at 24 months. Not only was the impact of neuropathy controlled for, but the incidence in both groups was less than 10% of the users. Garg 2025 still, nonetheless, demonstrated a statistically significant point estimate less than 1.0 between GLP-1 RA use and ileus among patients with diabetes.

Like Garg 2025, the real-world data as a whole demonstrate that there is not a positive risk relationship between GLP-1 RA treatment and ileus in people with diabetes, and, in fact, most of the point estimates fall below 1.0 and many of those are statistically significant (the opposite of a positive risk relationship) (see **Figure 7** below), which is an important finding to the extent that GLP-1 RA medications, including dulaglutide and tirzepatide, are alleged to have caused ileus in people with diabetes. But Dr. John's and Dr. Lodhia's choice to discount studies involving diabetes populations on the basis of observations reported by Nakatani 2017 about a very small number of people with diabetic neuropathy is unreliable, especially in light of studies like Garg 2025 and others that control for confounding by neuropathy.

# [Intentionally left blank]

CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER

**FIGURE 7:[9] DIABETES POPULATIONS: ILEUS ENDPOINTS**



As a corollary to their methodological choice to disfavor studies involving patients with diabetes, Dr. Lodhia and Dr. John express favor for studies in obesity populations where diabetes populations are excluded. But Dr. Lodhia and Dr. John do not mention that the obesity-only studies suffer from a significant limitation not present in studies of patients with diabetes: confounding by contraindication.

A significant limitation observed across obesity-only studies is that authors did not adequately adjust for confounding in studies that use the medication bupropion-naltrexone ("BN") as their active comparator—a weight loss medication contraindicated in patients taking opioid medications.[10] This means that opioid use was largely excluded from the BN active comparator groups in the obesity studies but opioid use was not excluded from the GLP-1 RA user cohorts. Both Dr. John and Dr. Lodhia identify opioid use as a cause of ileus[11] but fail to acknowledge that the selection of BN as an active comparator biases the studies' ileus/obstruction endpoints toward a positive association with the GLP-1 RA user groups, because at least some portion of GLP-1 RA users concurrently use opioids.

---

[9] For purposes of this forest plot, I included results from Gao 2025 for only the SGLT2i active comparator, which Dr. John identified in his report as "an adequate active comparator" as opposed to other active comparators like insulin or oral anti-diabetic medications. However, Gao 2025 reported ileus and paralytic ileus outcomes for several other active comparators, all showing statistically significant negative associations with point estimates less than 1.0 or non-significant results (see Table S6 of Gao 2025).

[10] Contrave (naltrexone hydrochloride and bupropion hydrochloride) [FDA prescribing information]. Brentwood, TN: Nalpropion Pharmaceuticals LLC; 2025.

[11] Dr. John says that "narcotic pain medications" are one of the "most common medications causing ileus." Dr. Lodhia calls opioids a "well-established risk factor for ileus."

CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER

Several large database studies among those reviewed by both Dr. John and Dr. Lodhia report that patients initiating GLP-1 RAs have high rates of concomitant opioid prescription use. For example, Niu 2025 reported that approximately 43% of GLP-1 RA users utilized opioids (Table 1 from Niu 2025), while Garg 2025 reported that approximately 50% of GLP-1 RA users had opioid prescriptions (Table 1 from Garg 2025). Because none of the obesity studies that selected BN as the active comparator were designed to reciprocally exclude opioid use from the GLP-1 RA cohorts, Dr. John and Dr. Lodhia should have acknowledged that the choice of BN as an active comparator in obesity-only studies introduced bias toward a positive relationship between GLP-1 RA use and the outcome of ileus. This confounding-by-opioid-contraindication applies to Sodhi 2023, Hurwitz 2025, and Liu *Alimentary Pharmacol* 2025.

That said, even including these studies in the analysis, there is no consistent positive signal between GLP-1 RA use and composite or isolated ileus and/or obstruction outcomes. Furthermore, if I isolate the studies that purport to exclude patients with diabetes from their ileus/obstruction results, Sodhi 2023 (which did not include dulaglutide or tirzepatide) is the only of the four studies that reports a statistically significant positive association between GLP-1 RA use and the endpoint being evaluated. The remaining three studies find no statistically significant positive association. Nielsen 2024, comparing to non-users as opposed to an active comparator, finds a statistically significant *negative* relationship between GLP-1 RA use and ileus/obstruction. Thus, even relying on obesity-only studies, there is no basis for concluding that GLP-1 RA medications are positively associated with a risk of bowel obstruction and/or ileus. (See **Table 1** below.)

**Table 1: Point Estimates From Obesity/Overweight Studies**

| Study Name | Other Information | Comparator | PE (95%CI) |
| --- | --- | --- | --- |
| Sodhi 2023 | "Bowel obstruction"[12]; "less restrictive" obesity definition (Table 2) | Bupropion-Naltrexone | **HR 2.44 (1.00-5.95)** |
| Sodhi 2023 | "Bowel obstruction"; baseline obesity definition (Table 2) | Bupropion-Naltrexone | **HR 4.22 (1.02-17.4)** |
| Nielsen 2024 | Composite, IBD without diabetes (Table 2) | Non-users | **HR 0.48 (0.25-0.93)** |
| Hurwitz 2025 | Composite, weight management patients (Table 2) | Phentermine topiramate | RR 1.77 (0.45-6.99) |
| Hurwitz 2025 | Composite, weight management patients (Table 2) | Bupropion-Naltrexone | RR 1.88 (0.63-5.60) |
| Liu *Alimentary Pharmacol* 2025 | Bowel obstruction, semaglutide-specific result (Fig. 2) | Bupropion-Naltrexone | HR 0.93 (0.52-1.66) |
| Liu *Alimentary Pharmacol* 2025 | Bowel obstruction, GLP-1 RA class result (Fig. 1) | Bupropion-Naltrexone | HR 1.30 (0.69-2.18) |
| Liu *Alimentary Pharmacol* 2025 | Bowel obstruction, liraglutide-specific result (Fig. 2) | Bupropion-Naltrexone | HR 1.32 (0.90-1.94) |

---

[12] It is not clear how Sodhi and colleagues defined their "bowel obstruction" endpoint.

**CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER**

*Fecal Impaction*

Both Dr. John and Dr. Lodhia speculate in their reports that GLP-1 RA medications can cause fecal impaction (as a result of presumed ileus and/or severe constipation). Neither provides real-world human data to support their conclusions. But, several studies did, in fact, evaluate fecal impaction (or fecaloma) as an endpoint in their analyses. Dr. Lodhia does not provide fecal impaction results in his report at all, and Dr. John provides only one of several fecal impaction results in his report (reciting but not explaining the significance of the Gmehlin 2025 impaction point estimate on page 33 of his report).

There are two cohort studies that evaluated the relationship between GLP-1 RA medications and fecal impaction as an isolated outcome, and neither identified a statistically significant association: Gao 2025; Gmehlin 2025. Both Wang 2022 and Wang 2024 also conducted meta-analyses of RCTs for the "faecaloma" outcome, which is synonymous with fecal impaction, and reported a pooled RR of 0.54 (95% CI 0.13-2.30) and pooled RR of 0.72 (95% CI 0.19-2.65) for that outcome, respectively. See **Figure 8** below. Therefore, the epidemiological evidence does not support an increased risk of fecal impaction in patients taking GLP-1 RAs, thus contradicting Dr. John's and Dr. Lodhia's speculation about fecal impaction.[13]

**FIGURE 8:[14] FECAL IMPACTION OUTCOMES**

Wang 2022 (RR 0.540, 0.13-2.3) ("faecaloma")
Wang 2024 (RR 0.72, 0.19–2.65) ("faecaloma")
Gao 2025 (HR 0.67, 0.49-0.92) (v. insulin)
Gao 2025 (HR 0.75, 0.59-0.96) (v. DPP4i)
Gao 2025 (HR 0.820, 0.62-1.12) (v. SGLT2i)
Gao 2025 (HR 0.91, 0.65-1.28) (v. TZDs)
Gao 2025 (HR 1.010, 0.78-1.31) (v. sulfonylureas)
Gao 2025 (HR 1.10, 0.78-1.56) (v. metformin)
Gmehlin 2025 (OR 1.60, 0.52-4.89)

---

[13] Both Dr. John and Dr. Lodhia reference the fact that bezoar formation can (rarely) cause bowel obstruction. Neither expert cites any scientific data finding an increased risk of bowel obstruction secondary to bezoar formation with GLP-1 RA use.

[14] Endpoints were included in Figure 8 if it was clear from the study publication or supplemental materials that the endpoint was specific for intestinal impaction or faecaloma. Gao 2025 results are impaction results from Figure S6 for all comparator types.

CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER

Pharmacovigilance Studies

I reviewed a number of pharmacovigilance studies related to the ileus and bowel obstruction outcomes. Some evaluated the FDA FAERS database (e.g., Du 2024) while others interrogated the WHO VigiBase database (e.g., Gudin 2020). A number of the studies compared signals for various GLP-1 RA medications to all other database medications (e.g., Osei 2024), which results in significant confounding by indication.

Many of the study authors acknowledged as a key limitation that a portion of the adverse event reports they included in their analyses were made by non-healthcare providers. For example, Gudin 2020 (WHO VigiBase study) noted that over 25% of cases were reported by non-HCPs, which the authors acknowledge increases the risk for false positives (i.e., misdiagnosis or misclassification error). Liu *Frontiers* 2022 (FAERS study) noted that more than 70% of the AE reports were from consumers.

As explained above, these pharmacovigilance studies cannot be used beyond generating hypotheses or identifying signals to be tested with more rigorous study designs. The authors generally acknowledge this limitation of their studies. For example, Gudin and colleagues write, "we cannot measure the real risk of adverse drug reaction but the differences in the rate of notifications" and "other studies are needed to confirm and better understand the potential risk." (Gudin 2020) Liu and colleagues state, "disproportionality analysis based on FAERS showed neither causality nor quantified risk" and whether causality exists "need to be further validated." (Liu *Frontiers* 2022) Du and colleagues note, "as with other pharmacovigilance, any hypotheses generated by this study still need to be validated by prospective studies" and "the results of disproportionality analysis should always be interpreted considering its limitations." (Du 2024) Wu and colleagues state, "it is hard to control confounding factors in a certain AE [adverse event] due to incomplete patient information in the database, such as history of disease, body mass index (BMI), comorbid conditions, liver or kidney function, or other factors that could influence the risk of AEs. Therefore, a causal relationship between a drug/AE pair cannot be directly generated, and the results are indicative of pharmacovigilance disproportionality, only being used for qualitative research rather than validation or hypothesis testing of any causal relationship." (Wu 2022) As the authors of these studies acknowledge, these studies cannot be relied upon to conclude the existence of a positive association or causation. Instead, their purpose is to provide hypotheses to be tested in better designed studies. As such, none of the pharmacovigilance studies that I reviewed contribute meaningfully to an understanding of whether there is an association (or causal relationship) between GLP-1 RA use and any particular outcome, including ileus and/or bowel obstruction.

**CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER**

Animal Studies

Each of Dr. John, Dr. Lodhia, and Dr. O'Brien rely on animal studies to support some of their opinions. Animal studies are useful to generate hypotheses in the drug development context, but they cannot show causation in humans due to significant differences between animal laboratory models and real-world human beings. Indeed, the goal of animal studies in drug development is to keep increasing the dose in order to induce a wide range of adverse effects that can then inform adverse events of interest in the subsequent human clinical trials. But, very often, observations in animal models do not predict observations in humans at clinically relevant doses. (Pound 2004; Hackam 2006; Van Norman 2019; Atkins 2020) Furthermore, from what I could see, none of the animal literature cited to by Dr. O'Brien involves animals with ileus or bowel obstruction (i.e., endpoints like gastrointestinal hemorrhage are not proxies for the endpoints that I discuss in my report). In the post-marketing context, animal studies become far less relevant or helpful for purposes of evaluating whether medications are causing certain types of side effects. When there is human RCT and real-world use data that do not provide evidence of a positive association between a medication and an adverse effect, animal data cannot then be used to establish an association in humans. The human RCT and real-world data is the dataset that clinicians use to make causal determinations, not animal data.

Opioids & Other Medication Classes

Plaintiffs' experts suggest that opioids (and other medications such as antipsychotics, anticholinergics, and calcium channel blockers) are an analogy that supports their conclusion that GLP-1 RA medications can cause ileus. But, each of the medication classes referred to by plaintiffs' experts act by a different mechanism than GLP-1 RA medications. For example, opioids are mu-receptor agonists and cause widespread changes to the gastrointestinal tract including motility changes, secretory changes, and increased tone. (Camilleri 2017) Clinically speaking, the impact of opioid action on the small and large intestine is quite profound and not something that we see with GLP-1 RA use. For example, my institution implements routine post-operative prophylactic protocols for all opioid use that involve hydration, laxatives, stool softeners, and other interventions to prevent opioid-associated post-operative ileus while there are no such protocols for patients taking GLP-1 RA medications. That opioids (or any other medication class) can cause ileus is not evidence that any GLP-1 RA medications, including dulaglutide and tirzepatide, cause ileus.

**BRADFORD HILL**

Given the lack of support for an epidemiological association between dulaglutide or tirzepatide and the outcomes of ileus and bowel obstruction, there is no basis for moving on to a Bradford Hill causation analysis. Bradford Hill himself made clear that his

CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER

causation factors should be considered only after a "perfectly clear-cut" association has been established (Hill 1965), and that is not the case here. However, because plaintiffs' experts purport to do so (relying on GLP-1 RAs as a group rather than the evidence as to dulaglutide and tirzepatide specifically), I address several of Dr. John's and Dr. Lodhia's arguments about the Bradford Hill factors below.

The Bradford Hill assessments offered by Dr. John and Dr. Lodhia are quite similar, typically relying on the same few results from the same few studies. They both claim that the epidemiological evidence for association is strong and consistent, based on certain results from only a couple studies. As detailed in my report and depicted in the forest plots and table above, a comprehensive assessment of available studies reveals that the strength of association and consistency of association factors clearly are not met for dulaglutide or tirzepatide and the outcomes of ileus and bowel obstruction. Whether you treat them as separate or combined endpoints, in general populations or populations with diabetes or without diabetes, the great majority of studies find no statistically significant association, and the point estimates predominately fall below 1.0. Indeed, to the extent there is any consistency at all, it is a consistent finding of no risk. As Dr. John and Dr. Lodhia note, the specificity factor is also not met. Ileus and bowel obstruction have numerous established risk factors, occur across widely differing populations, and are in no way unique or specific to those who use GLP-1 RA medications. Temporality has been established in at least some studies based on their design, as well as in some case reports. But temporality, while necessary, is far from sufficient and of limited value in establishing a causal relationship, particularly in the absence of consistent evidence of an association. That is particularly true where, like here, many people in a population experience the outcome of interest (ileus or obstruction) and many people in the same population have the exposure of interest (use of a GLP-1 RA medication). In that circumstance, it is expected and inevitable that some proportion of the population will have that exposure preceding that outcome. That is not reliable evidence of a causal relationship. While Dr. John and Dr. Lodhia rely on the temporal analysis reported in Faillie 2022, as explained earlier, the association reported in Faillie disappeared entirely once the authors limited their analysis to ileus, and is contradicted by the results of several other studies, including the similarly designed, but much larger study by Ueda 2024. As acknowledged by Dr. John, there is also no evidence of biological gradient, or dose-response, in humans. No study has purported to find such a relationship in people using GLP-1 RAs.

As for biological plausibility, while Dr. John and Dr. Lodhia point to the fact that GLP-1 RAs can slow intestinal motility, that is not the same thing as ileus, which requires cessation of intestinal antegrade flow sufficient to result in clinically relevant obstructive symptoms. They do not cite to any mechanism studies—whether in humans or animals—finding that degree of dysmotility from use of these medications, which is consistent with

34

CONFIDENTIAL – SUBJECT TO MDL PROTECTIVE ORDER

the lack of association seen in the observational studies. And to the extent plaintiffs are claiming that use of these medications can cause chronic, ongoing dysmotility after discontinuation of the medication, there is no biologically plausible mechanism for such an effect. As for obstruction, Dr. John and Dr. Lodhia agree that these medications likely do not cause obstruction (at least independent of ileus in their view). Dr. John and Dr. Lodhia rely on case reports as "experimental" support. Case reports are not experiments. Experimental data clearly do not support a causal relationship. Human clinical trials have not found a significantly increased risk of ileus or obstruction with these medications, including the large multi-year cardiovascular outcome clinical trials. Nor have animal studies. In none of the animal studies cited by plaintiffs' experts were any animals reported to develop ileus or bowel obstruction. Lastly, while there may be other medications capable of causing ileus, such as opioids, those are not credibly analogous given the stark differences in their mechanisms of action as compared to dulaglutide and tirzepatide.

## CONCLUSION

In total, the body of scientific evidence unequivocally fails to support an elevated risk of ileus and/or obstruction (or fecal impaction) with the use of GLP-1 RA medications generally, or with the use of dulaglutide or tirzepatide specifically.

_____          Date ___2/12/26___

**Dante Yeh, MD, MHPE, FACS, FCCM, FASPEN, CNSC**

# Exhibit A

# Curriculum Vitae

1. Date: February 5, 2026

## PERSONAL

2. Name: Daniel Dante Yeh



6. Current Academic Rank:   Professor of Clinical Surgery

7. Primary Department: Department of Surgery

8. Secondary or Joint Appointments: None

## HIGHER EDUCATION

11. **Institutional**
    University of Illinois (UIC) at Chicago, Chicago, IL MHPE (July 2014 – August 2019)
    Boston University School of Medicine, Boston MA, MD (Aug 2000 – May 2004)
    Boston University in Boston, MA, BA (Aug 1997 – May 2000)

12. **Non-Institutional**
    Trauma Surgery fellowship, University of California, San Francisco, July 2010 – June 2011
    Surgical Critical Care fellowship, University of California, San Francisco, July 2009 – June 2010
    General Surgery residency, Jackson Memorial Hospital, Miami, July 2004 – June 2009

13. **Certification, licensure**
American Board of Surgery – General Surgery, 2010, 2020
American Board of Surgery – Surgical Critical Care, 2010, 2020
Massachusetts medical license, 2011-2017
Florida medical license, 2017-2022
Colorado medical license, 2022-present


**EXPERIENCE**

14. **Academic**
Professor, University of Colorado, Denver, CO, 2022-present
Director Surgical Skills Lab rotation, Jackson Memorial Hospital, 2018-2022
Program Director of Takeda Intestinal Failure / Surgical Nutrition Fellowship, August 2021-2022
Associate Program Director of General Surgery residency, Jackson Memorial Hospital, June 2017-2022
Professor, University of Miami Miller School of Medicine, Miami, FL, J2021-2022
Associate Professor, University of Miami Miller School of Medicine, Miami, FL, 2017-2021
Assistant Professor, Department of Surgery, Harvard Medical School, Boston, MA, 2015-2017
Clinical Instructor, Department of Surgery, Harvard Medical School, Boston, MA, 2011-2015

15. **Hospital Appointments**
Attending Physician, Denver Health, Denver, CO, June 2022-present
Attending Physician, University of Miami Hospital, Miami, FL, 2017 - 2022
Attending Physician, Massachusetts General Hospital, Boston, MA, 2011-2017

16. **Non-Academic**

17. **Military:** None

**PUBLICATIONS** (As of February 3, 2026, Google Scholar H-index = 44; i10-index=137)
18.  **Books and monographs published**:

1. Nielsen N, Dudaryk R, and **Yeh DD**. *Chapter 11: Blood Transfusion Safety in the OR* In: Hoballah JJ, Kaafarani H, and Tsoulfas G (eds) Principles of Perioperative Safety and Efficiency, Springer, 2024
2. Byerly S, **Yeh DD**. *The Role of Indirect Calorimetry in Care of the Surgical Patient* In: Diaz J and Miller K (eds) Current Surgery Reports (eds) 2022 10:186-191.
3. Borges A, Furtado Andrade R, Antonio Grasselli E, de Oliveira Poy J, Parks J, **Yeh DD**, and Byers P. *Nutritional Therapy in Trauma.* In: Nasr A, Saavedra Tomasich F, Collaco I, Abreu P, Namias N, and Marttos A (eds) The Trauma Golden Hour: A Practical Guide, Springer, 2019.

2

4. Mentzer CJ and **Yeh DD**. *Chronic Illnesses and Nutritional Support in the Aftermath of Disasters*. In: Lynn M, Lieberman H, Lynn L, Pust GD, Stahl K, **Yeh DD**, and Zakrison T (eds) <u>Disasters and Mass Casualty Incidents.</u> Springer, 2019.

5. **Yeh DD**. *Intra-aortic Balloon Pump*. In: Salim A, Brown C, Inaba K, Martin M. (eds) <u>Surgical Critical Care Therapy</u>. Spring, Cham, 2018.

6. **Yeh DD**, *Section 4. Gastrointestinal/Nutrition, Chapter 32. Early versus Late Parenteral Nutrition in the ICU: The EPaNIC (Early Parenteral Nutrition Completing Enteral Nutrition in Adult Critically Ill Patients) Trial* in Bittner (Ed) *50 Studies Every Intensivist Should Know*, Oxford University Press, 2018

7. Fiedler A and **Yeh DD**, *Section 2. Essential Articles, Chapter 3: Trauma Surgery* in Mazer, Lagisetty, and Butler (Eds) *Pocket Journal Club: Essential Articles in General Surgery*, McGraw-Hill Education, 2017, 31-53.

8. Fagenholz PJ; Kasotakis G; Butler KL; **Yeh DD;** Velmahos G. *General Trauma II, 2nd edition* in Frendl and Urman (Eds) *Pocket ICU*, LWW, 2017.

9. **Yeh DD**, Velmahos G; *Necrotizing Soft Tissue Infection* , 2nd edition in Yelon J, Luchette F (eds) <u>Geriatric Trauma & Emergency Care</u>, Springer, 2017

10. **Yeh DD**; Bordeianou L. *Overview of mechanical colorectal obstruction*. <u>UpToDate</u>. 2015

11. **Yeh DD** *Cardiac Hemodynamics: The Pulmonary Artery Catheter and the Meaning of Its Readings* in Asensio JA, Trunkey DD (eds) <u>Current Therapy in Trauma and Critical Care, Second Edition</u>, 2015

12. **Yeh DD**, Lee J; *Trauma and Blast Injuries*; <u>Murray & Nadel's Textbook of Respiratory Medicine</u>, <u>Sixth Edition</u>, Elsevier, 2016

13. Bordeianou L; **Yeh DD** *Overview of management of mechanical small bowel obstruction in adults*; <u>UpToDate</u>, 2014

14. **Yeh DD** *Complications of Trauma* in Berg SM, Bittner EA (eds); <u>MGH Review of Critical Care Medicine</u>, Wolters Kluwer Health, 2013

15. **Yeh DD** *Basic Management of Trauma* in Berg SM, Bittner EA (eds); <u>MGH Review of Critical Care Medicine</u>, Wolters Kluwer Health, 2013

16. **Yeh DD**, Velmahos G; *Necrotizing Soft Tissue Infection* in Yelon J, Luchette F (eds) <u>Geriatric Trauma & Emergency Care</u>, Springer, 2014

17. **Yeh DD** <u>Abdominal Compartment Syndrome</u>, Clinical Decision Support: SURGERY; Crit Care. 2000; 4(1): 23–29

18. **Yeh DD**, Simon S: *Chapter 15: Abdominal Compartment Syndrome* in Falter F (ed) <u>Bedside Procedures in the ICU</u>, Springer UK, 2012

19. **Yeh DD**, Cohen M: *Pericardial Tamponade* in Vincent JL, Hall JB (eds.) *Encyclopedia of Intensive Care Medicine*, Springer-Verlag, Berlin Heidelberg, 2012

20. Knudson M, **Yeh DD**: *Trauma in Pregnancy* in Feliciano DV, Mattox KV, Moore EE (eds.) <u>Trauma 7th Ed.</u>, McGraw-Hill, New York, 2012

21. West M, **Yeh DD**: *Surgical Infections* in Feliciano DV, Mattox KV, Moore EE (eds.) <u>Trauma 7th Ed.</u>, McGraw-Hill, New York, 2012

19. **Juried or refereed journal articles and exhibitions**:
    1. Cain CC, Byerly S, Stassen N, Eron D, Scalea T, Holcom JB, Jurkovich GJ, Callcut R, Stein D, Harvin JA, Rozycki G, Lilvingston D, Ball C, Demetriades D, Salim A, Kozar R, Malhotra A, Croce MA, Fabian T, **Yeh DD**. A Core Outcomes Set for Liver Trauma: A

3

Consensus Approach Utilization Modified Delphi Methodology *Trauma Surg. Acute Acre Open* <mark>accepted in press</mark>

2. Ramser B, Samuel K, Pieracci FM, Morton A, **Yeh DD**. Isolated Common Bile Duct Dilation on Pre-operative Ultrasound is Not A Predictor of Choledocholithiasis on Intra-Operative Cholangiogram *Am J Surg* 2025 Dec 250: 226478. [PMID: 40543189]

3. Verheul EAH, Koole D, Dijkink S, Krijnen P, Hoogendoorn JM, Arbous S, Peters R, Velmahos GC, Salim A, **Yeh DD**, Schipper IB. Association of Modified NUTRIC score for nutritional risk and in-hospital developed malnutrition in adults with polytrauma: a prospective observational cohort study. *Eur J Trauma Emerg Surg* 2025 May 20;51(1):214

4. Cobler-Lichter M, Abdul Jawad K, **Yeh DD**, Dudaryk R, Dexter F, Epstein RH. Has The Pendulum Swung Too Far? Discretionary Single-Unit Red Blood Cell Transfusion in Trauma is Associated with Infection, Thromboembolic Events, and Mortality. *Transfusion* 2025 May; 65 Suppl 1 (Suppl 1): S146-155 [PMID: 40091188]

5. Lall JS, Maldonado S, Lyons NB, Adrales G, Bernardi K, Ehlers AP, Harris H, Holihan J, Hope W, Janis JE, Loor M, Petro C, Putnam L, Reinke CE, Roth JS, Senkowski C, Sowards K, Towfigh S, **Yeh DD**, Zli Z, Liang M. Expert Consensus for Key Components of a High-Quality Ventral Hernia Repair Operative Note. *Surgery* 2025 May: 181:109169 [PMID: 39947022]

6. Schaid TR, Moore EE, Williams R, Sauaia I, Bernhardt IM, Pieracci FM, **Yeh DD**. Splenectomy versus Angioembolization for Severe Splenic Injuries in a National Trauma Registry: To Save, Or Not to Save the Spleen, That is the Question. *Surgery* 2025 Apr:180:109058 [PMID: 39756336]

7. Kumpf V, **Yeh DD**. Use of Parenteral Nutrition in Patients with an Enterocutaneous Fistula *Nutr Clin Pract* 2025 February;40(1):64-75 [PMID: 39601380]

8. Verheul EA, Dijkink S, Krijnen P, Hoogendoorn JM, Arbous S, Peters R, Velmahos GC, Salim A, **Yeh DD**, Schipper IB. Prevalence, incidence, and complications of malnutrition in severely injured patients. *Eur J Trauma Emerg Surg* 2025 Jan 24; 51(1):72 [PMID: 39856269]

9. Farrell M, Alseidi A, Byerly S, Fockens P, Giberson FA, Glaser J, Horvath K, Jones D, Luckhurst C, Mowery N, Robinson BR, Rodriguez A, Singh VK, Siriwardena AK, Vege SS, Trikudanathan G, Visser BC, Voermans RP, **Yeh DD**, Gelbard, RB. A Core Outcome Set for Acute Necrotizing Pancreatitis: an Eastern Association for the Surgery of Trauma Modified Delphi Method Consensus Study. *J Trauma Acute Care Surg* 2024 Jun 1;96(6):965-970. [PMID: 38407209]

10. The BEACON Project. Novel Textbook Outcomes for emergency laparotomy in both trauma and non-trauma settings: a Delphi exercise *BJS Open* 2024; 8(1):1-9.

11. Thompson L, Cohen BL, Wolde T, **Yeh DD**, Ramsey WA, Byers PM, Namias N, Meizoso JP. Open versus Laparoscopic Appendectomy: A Post Hoc Analysis of the EAST Appendicitis MUSTANG Study. *Surg Infect (Larchmt)* 2023 Sep; 24(7): 613-618 [PMID: 37646633]

12. Yeates EO, Nahmias J, Gabriel V, Luo X, Ogunnaike B, Iqbal Ahmed M, Melikman E, Moon T, Shoultz T, Feeler A, Dudaryk R, Navas-Blanco J, **Yeh D**, Matushima K, Forestiere M, Lian T, Hernandez Dominguez O, Ricks-Oddie JL, Kuza CM. A Prospective Multicenter Comparison of TRISS, ASA-PS, and NSQIP Calculator's

4

Ability to Predict Operative Trauma Outcomes. *Anesthesia and Analgesia* 2024 Jun 1;138(6):1260-1266. [PMID: 38091502]

13. Butts CA, Byerly S, Nahmias J, Gelbard R, Ziesmann M, Bruns B, Davidson G, Di Saverio S, Esposito T, Fischkoff K, Joseph B, Kaafarani H, Mentula P, Podda M, Sakran J, Salminen P, Sammalkorpi H, Sawyer R, Skeete D, Tesoriero R, **Yeh DD**. A core outcome set for appendicitis: A consensus approach utilizing modified Delphi methodology. *J Trauma Acute Care Surg* 2024 Mar 1;96(3):487-492 [PMID: 37751156]

14. Berg A, Lyons NB, Badami A, Reynolds J, Pizano L, Pust GD, Meizoso J, Namias N, **Yeh DD.** Statistical Power of Randomized Controlled Trials in Trauma Surgery. *J Am Coll Surg* 2023; 237(5):731-736 [PMID: 37417653]

15. Tan D, Yan C, **Yeh DD**, Thakkar-Rivera N. Enterocutaneous Fistula Formation After Cardiac Transplantation Due to Injury from LVAD Driveline Migration. *BMJ Case Reports CP* 2023;16e254596.

16. Chammas M, Jawad KA, Pust GD, Rattan R, Namias N, Aicher BO, Bruns BR, **Yeh DD**. The Association between Fecal Contamination and Outcomes after Emergent Colorectal Resection: A Post-hoc Analysis of an EAST Multicenter Study. *Surg Infect (Larchmt)* 2023 Aug;24(6):561-565 [PMID: 37498199]

17. Santos J, Kuza C, Luo X, Ogunnaike B, Ahmed M, Melikman E, Moon T, Shoultz T, Feeler A, Dudaryk R, Navas J, Vasileiou G, **Yeh D**, Matsushima K, Forestiere M, Lian T, Grigorian A, Ricks-Oddie J, Nahmias J. Comparison of NSQIP-SRC and TRISS Risk Assessment Tools in Predicting Outcomes in High-Risk Operative Trauma Patients. *Am Surg* 2023 Oct;89(10):4038-4044.[PMID: 37173283]

18. Ziesmann MT, Byerly S, **Yeh DD**, Boltz M, Gelbard R, Haut E, Smith J, Stein D, Zarzaur B, Bensard D, Biffl W, Boyd A, Brommeland T, Burlew C, Fabian T, Lauerman M, Leichtle S, Moore EE, Timmons S, Vogt K, Nahmias J. Establishing a Core Outcomes Set for Blunt Cerebrovascular Injury: an EAST modified Delphi method consensus study. *Trauma Surgery & Acute Care Open* 2023 Jun 15;8(1):e001017 [PMID: 37342820]

19. Verheul EA, Ouwerkerk JJ, Dijkink S, Krijnen P, Verhoeven A, Giera M, **Yeh DD**; Schipper IB. The value of metabolites and vitamins for the assessment of nutritional status in hospitalized patients. A systematic review. *Topics in Clinical Nutrition* 2024;39(3):198-212.

20. Chammas M, Pust GD, Meizoso JP, Ramsay I, Ke H, Rattan R, Namias N, Crandall M, **Yeh DD**. Firearm Legislation – The Association between Neighboring States and Crude Death Rates. *J Trauma Acute Care Surg* 2023 Jul 1;95(1):122-127 [PMID: 36973873]

21. Gelbard RB, Nahmias J, Byerly S, Ziesmann M, Stein D, Haut ER, Smith JW, Boltz M, Zarzaur B, Callum J, Cotton BA, Cripps M, Gunter OL, Holcomb JB, Kerby J, Kornblith LZ, Moore EE, Riojas C, Schreiber M, Sperry JL, **Yeh DD.** Establishing a Core Outcomes Set for Massive Transfusion: an EAST Modified Delphi Method Consensus Study *J Trauma Acute Care Surg 2023;*94(6):784-790 [PMID: 36727810]

22. **Yeh DD**, Hatton G, Pedroza C, Pust GD, Mantero A, Namias N, Kao L. Complex and Simple Appendicitis: REstrictive or Liberal post-operative Antibiotic eXposure (CASA RELAX) Using Desirability of Outcome Ranking (DOOR) and Response Adjusted for Duration of Antibiotic Risk (RADAR): study protocol for a Randomized

5

Controlled Trial. *Trauma Surgery & Acute Care Open* 2022;7:e000931 [PMID: 36148315]

23. Chammas M, Byerly S, Lynde J, Mantero A, Saberi R, Gilna G, Pust GD, Rattan R, Namias N, Crandall M, **Yeh DD**. Association Between Child Access Prevention (CAP) and Stringent State Firearm Laws with All-Intent Pediatric Firearm-Related Deaths. *J Surg Res* 2023 Jan;281:223-227 [PMID: 36206582]

24. **Yeh DD**, Vasileiou G, Jawad KA, Pust, GD, Byers PM. Teduglutide for the treatment of low-output enterocutaneous fistula – a pilot randomized controlled study. *Clinical Nutrition ESPEN* 2022 August; 50:49-55 [PMID: 35871951]

25. **Yeh DD**, Vasileiou G, Qian S, Zhang H, Abdul Jawad K, Dodgion C, Lawless R, Rattan R, Pust GD, Namias N. Appendectomy versus nonoperative management of simple appendicitis: A post hoc analysis of an Eastern Association for the Surgery of Trauma multicenter study using a hierarchical ordinal scale. *J Trauma Acute Care Surg* 2022 June; 92(6);1031-1038. [PMID: 35195095]

26. Kaufman EJ, Zakrison T, Hoofnagle M, Tatebe L, Rattan R, Murphy P, Smith, R, Joseph D, **Yeh DD**, Haut E, Como J, Christmas AB, Claridge J, Stein D, Jung HS. EAST Evidence-Based Statement on "Stand Your Ground" Laws. *J Trauma Acute Care Surg* 2022;93(3):e123-e124 [PMID: 35687805]

27. Tracey BM, Valdez CL, Paterson CW, Hochman BR, Kwon E, Sims CA, Rattan R, **Yeh DD**, Gelbard RB. Broad versus Narrow Spectrum Antibiotics in Common Bile Duct Stones: A Post Hoc Analysis of an EAST Multicenter Study. *J Am Coll Surg* 2022;235(3):411-419 [PMID: 35972159]

28. **Yeh DD**, Vasileiou G, Mulder M, Byerly S, Ripat C, Byers P. Severe short bowel syndrome: Prognosis for nutritional independence through management by a multidisciplinary nutrition service and surgery. *Am Surg* 2023; 89(6):2306-2313 [PMID: 35465680]

29. Chammas M, Pust GD, Hatton G, Pedroza C, Kao L, Rattan R, Namias N, **Yeh DD** on behalf of the EAST Appendicitis Study Group. Outcomes of Restricted vs. Liberal Postoperative Antibiotic Use in Patients Undergoing Appendectomy: A DOOR/RADAR Post Hoc Analysis of the EAST Appendicitis MUSTANG Study *Surg Infect (Larchmt)* 2022;23(5):489-494. [PMID: 35647893]

30. Huerta CT, Ribieras AJ, Kodia K, **Yeh DD**, Kerman D, Byers P. Small Intestinal Perforation Secondary to Necrotizing Enteritis – An Under-Recognized Complication of Crohn's Disease. *Am Surg* 2023;89(5):1997-2004. [PMID: 35023785]

31. Byerly S, Nahmias J, Stein D, Haut E, Smith JW, Gelbard R, Ziesmann M, Boltz M, Bala M, Bernard A, Brakenridge S, Brohi K, Collier B, Cothren CC, Cripps M, Crookes B, Diaz J, Duchesne J, Harvin J, Inaba K, Ivatury R, Kasten K, Kerby J, Lauerman M, Loftus T, Miller P, Scalea T, **Yeh DD**. A Core Outcome Set for Damage Control Laparotomy Via Modified Delphi Method. *Trauma Surgery & Acute Care Open* 2022;7(1):e000821.

32. Melendez M, **Yeh DD**. Exploring the long-term risk factors associated with intestinal failure-associated liver disease in pediatric and adult patients: The role of lipid injectable emulsions in the development of liver disease. *Nutr Clin Pract* 2022 October;37(5):1142-1151. [PMID: 35148446]

33. Stopenski S, Kuza CM, Luo X, Ogunnaike B, Ahmed MI, Melikman E, Moon T, Shoultz T, Feeler A, Dudaryk R, Navas J, Vasileiou G, **Yeh** DD, Matsushima K, Forestiere M,

Lian T, Hernandez O, Ricks-Oddie J, Gabriel V, Nahmias J. Comparison of NSQIP-SRC, TRISS, and ASA-PS to Predict Operative Trauma Mortality in Elderly Patients *J Trauma Acute Care Surg* 2022 Mar 1;92(3);481-488 [PMID: 34882598]

34. Chammas M, Abdul Jawad K, Saberi RA, Gilna G, Urrechaga EM, Cioci A, Rattan R, Pust GD, Namias N, **Yeh DD**. Role of empiric anti-fungal therapy in patients with perforated peptic ulcers. *Surg Infect (Larchmt)* 2022 Mar; 23(2):174-177.

35. Ribeiro-Junior MA, **Yeh DD,** Augusto SD, Elias YG, Neder PR, Costa CT, Mauricio AD, Saverio SD. The Role of Fistuloclysis in the Treatment of Patients with Enteroatmospheric Fistulas. *Arq Bras Cir Dig* 2021 34(2): e1605 [PMID: 34669893]

36. Nahmias J, Byerly S, Stein D, Haut ER, Smith JW, Gelbard R, Ziesmann M, Boltz M, Zarzaur B, Biffl WL, Brenner M, DuBose J, Fox C, Galante J, Martin M, Moore EE, Moore L, Morrison J, Norii T, Scalea T, **Yeh DD.** A Core Outcome Set for Resuscitative Endovascular Balloon Occlusion of the Aorta (REBOA): A Consensus Based Approach Using a Modified Delphi Method *J Trauma Acute Care Surg* 2022;92(1):144-151. [PMID: 34554137]

37. Abdul Jawad K, Qian S, Vasileiou G, Larentzakis, Rattan R, Dodgion C, Kaafarani H, Zielinski, Namias N, **Yeh DD**. Microbial Epidemiology of Acute and Perforated Appendicitis: A Post-Hoc Analysis of an EAST Study. *J Surg Res 2021 Sep 11; 269:69-75* [PMID: 34520984]

38. Lu S, Otero T, **Yeh DD**, Canales C, Bedair A, Belcher D, Quraishi S. The association of macronutrient deficit with functional status at discharge from the intensive care unit: A retrospective study from a single-center critical illness registry. *E J Clin Nutr* 2022; 76:551-556. [PMID: 34462556]

39. **Yeh DD,** Reynolds J, Pust GD, Sleeman D, Meizoso J, Menzel C, Horkan D, Linebrry M, Yudkowsky R, Park YS. Publication Inaccuracies Listed in General Surgery Residency Training Program Applications. *J Am Coll Surg* 2021 Oct;233(4):545-553. [PMID: 34384872]

40. Urrechaga, EM, Cioci, AC, Parreco, JP, Gilna, GP, Saberi, RA, **Yeh, DD**, Zakrison, TL, Namias, N, Rattan R. The Hidden Burden of Unplanned Readmission After Emergency General Surgery. *J Trauma Acute Care Surg* 2021 Nov 1;91(5):891-897. [PMID: 34225343]

41. Zhang B, **Yeh DD**, Ortiz-Reyes LA, Chang Y, Quraishi SA. The impact of nationwide essential trace element shortages: A before-after, single-center analysis of hospitalized adults receiving home parenteral nutrition therapy. *Nutr Clin Pract* 2022 April;37(2):442-450. [PMID: 34339061]

42. Abdul Jawad K, Urrechaga E, Cioci A, Zhang H, Byerly S, Rattan R, Pust GD, Namias N, **Yeh DD**. Discordance in Appendicitis Grading and the Effect on Outcomes: A Post-Hoc Analysis of an EAST Study. *J Surg Res* 2021 Sep;265:259-264 [PMID: 33964635]

43. Graglia S, Shokoohi H, Loesche M, **Yeh DD**, Haney RM, Huang CK, Morone CC, Springer C, Kimberly HH, Liteplo AS. Prospective validation of the bedside sonographic acute cholecystitis score in emergency department patients. *Am J Emerg Med* 2021 Apr;42:15-19. [PMID: 33429186]

44. Qian S, Vasileiou G, Pust GD, Zakrison T, Rattan R, Zielinski M, Ray-Zack M, Zeeshan M, Namias N, **Yeh DD**. Prophylactic drainage after appendectomy for perforated appendicitis in adults: A post-hoc analysis of an EAST multicenter study. *Surg Infect (Larchmt)* 2021 Oct;22(8):780-786.[PMID: 33877912]

45. Tracy BM, Paterson CW, Kwon E, Mlaver E, Mendoza A, Gaitanidis A, Rattan R, Mulder MB, **Yeh DD**, Gelbard R. Outcomes of Same Admission Cholecystectomy and ERCP for Common Bile Duct Stones: A Post-Hoc Analysis of an EAST Multicenter Study. *J Trauma Acute Care Surg* 2021 Apr 1;90(4):673-679. [PMID: 33405473]

46. Kongkaewpaisan N, Hechi MW, Naar L, Kaafarani H for the **EAST Multicenter ESS Study Group**. Unplanned readmission after emergency laparotomy: A post-hoc analysis of a multicenter study. *Surgery* 2021 Jun;169(6):1434-1440. [PMID: 33431187]

47. Heyland DK, Ortiz A, Stoppe C, Patel JJ, **Yeh DD**, Dukes G, Chen YJ, Almansa C, Day AG. Incidence, risk factors, and clinical consequence of enteral feeding intolerance in the mechanically ventilated critically ill: an analysis of a multicenter, multiyear database. *Crit Care Med* 2021 Jan 1;49(1):49-59 [PMID: 33148950]

48. El Hechi M, Kongkaewpaisan N, Naar L, Aicher B, Diaz Jr. J, O'Meara L, Decker C, Rodriquez J, Schroeppel T, Rattan R, Vasileiou G, **Yeh DD**, Simonosk U, Turay D, Cullinane D, Emmert C, McCrum M, Wall N, Badach J, Goldenberg-Sanda A, Carmichael H, Velopulos C, Choron R, Sakran J, Bekdache K, Black G, Shoultz T, Chadnick Z, Sim V, Madbak F, Steadman D, Camazine M, Zielinski M, Hardman C, Walusimbi M, Kim M, Roudier S, Papadopoulos V, Tsoulfas G, Perez J, Kaafarani H. The Emergency Surgery Score (ESS) Accurately Predicts the Need for Post-Discharge Respiratory and Renal Support after Emergent Laparotomies: A Prospective Multicenter Study. *J Trauma Acute Care Surg* 2021 Mar 1;90(3):557-564 [PMID:33507026]

49. Rattan R, Cioci AC, Urrechaga EM, Krocker JD, Chatoor MS, Johnson DL, Curcio GJ, Namias N, **Yeh DD**, Ginzburg E, Parreco JP. Readmission for venous thromboembolism after emergency general surgery is underreported and influenced by insurance status. *J Trauma Acute Care Surg* 2021 Jan 1;90(1):64-72 [PMID: 33003019]

50. El Hechi M, Kongkaewpaisan N, El Moheb M Aicher B, Diaz Jr. J, O'Meara L, Decker C, Rodriquez J, Schroeppel T, Rattan R, Vasileiou G, **Yeh DD**, Simonosk U, Turay D, Cullinane D, Emmert C, McCrum M, Wall N, Badach J, Goldenberg-Sanda A, Carmichael H, Velopulos C, Choron R, Sakran J, Bekdache K, Black G, Shoultz T, Chadnick Z, Sim V, Madbak F, Steadman D, Camazine M, Zielinski M, Hardman C, Walusimbi M, Kim M, Rodier S, Papadopoulos V, Tsoulfas G, Perez J, Kaafarani H. The emergency surgery score (ESS) and outcomes in elderly patients undergoing emergency laparotomy: a post-hoc analysis of an EAST Multicenter Study. *Am J Surg* 2021 May;221(5):1069-1075. [PMID: 32917366]

51. Abdul Jawad K, Cioci A, Urrechaga E, Zhang H, Byerly S, Rattan R, Pust G, Namias N, **Yeh D** for the EAST Appendicitis Study Group. Impact of Delay in Appendectomy on the Outcome of Appendicitis: A Post-Hoc Analysis of an EAST Multicenter Study. *Surg Infect (Larchmt)* 2021 May;22(4):463-468. [PMID: 33030398]

52. Olvera R, Marttos A, Rattan R, **Yeh DD**, Byers P, Ruiz G, Satahoo S, Ginzburg, Namias N, Pust GD. COVID-19 Pandemic Acute Care Surgery Practice Survey results from the Panamerican Trauma Society International Trauma Tele-Grand Rounds. *Panamerican Journal of Trauma, Critical Care, and Emergency Surgery* 2020:10.5005/jp-journals-10030-1283

8

53. Lu N, Butler CC, Gogineni A, Sarmiento JM, Lineen EB, **Yeh DD**, Babu M, Byers PM. Redefining preventable death – Possibly survivable motorcycle scene fatalities as a new frontier. *J Surg Res* 2020 Dec 256:70-75 [PMID: 32683059]

54. Naar L, Kim P, Byerly S, Vasileiou G, Mantero A, **Yeh DD**, Kaafarani H for the EAST Appendicitis Study Group. Increased Risk of Malignancy for Patients with Appendicitis Older than 40 Years and Appendix Wider than 10 mm on CT Scan: A Post-hoc Analysis of an EAST Multicenter Study. *Surgery* 2020 Oct;168(4):701-706 [PMID: 32739139]

55. Lawless R, Cralley A, Qian S, Vasileiou G, **Yeh DD** for the EAST Appendicitis Study Group. Antibiotics After Simple (Acute) Appendicitis Are Not Associated with Better Clinical Outcomes – a Post-Hoc Analysis of an EAST Multicenter Study. *Surg Infect (Larchmt)* 2021 Jun;22(5):504-508. [PMID: 32474194]

56. Byerly SE, Vasileiou G, Qian S, Mantero A, Lee E, Parks J, Mulder M, Pust D, Rattan R, Lineen E, Byer P, Namias N, **Yeh DD.** Early Hypermetabolism is Uncommon in Trauma ICU Patients. *JPEN J Parenter Enteral Nutr* 2022 May;46(4):771-81. [PMID: 32562287]

57. Aicher BO, Hernandez MC, Betancourt-Ramirez A, Grossman MD, Heise H, Schroeppel T, Kongkaewpaisan N, Kaafarani H, Wagner A, Grabo D, Scott M, Peck G, Chang G, Matsushima K, Cullinane DC, Cullinane LM, Stocker B, Posluszny J, Simonoski UJ, Catalano RD, Vasileiou G, **Yeh DD**, Agrawal V, Truitt MS, Pickett M, Dultz L, Muller A, Ong AW, San Roman JL, Barth N, Fackelmayer O, Velopulos CG, Hendrix C, Estroff JM, Gambhir S, Nahmias J, Jeyamurugan K, Bugaev N, Portillo V, Carrick MM, O'Meara L, Kufera J, Zielinski MD, Bruns BR. Colorectal resection in Emergency General Surgery – An EAST Multicenter Trial. *J Trauma Acute Care Surg* 2020 Dec;89(6):1023-1031 [PMID: 32890337]

58. Byerly SE, Lee E, Byers, **Yeh DD**. Rapid Diagnosis of Altered Mental Status in Home PN Patient. *JPEN J Parenter Enteral Nutr* 2021 Mar;45(3):649-651 [PMID: 32524638]

59. Tracy BM, Paterson C, Torres D, Young K, Hochman B, Zielinski M, Burruss S, Mulder M, **Yeh DD**, Gelbard RB, on behalf of the EAST Retained Common Bile Duct Stones Study Group. Risk Factors for Complications Following Cholecystectomy for Common Bile Duct Stones: An EAST Multicenter Study. *Surgery* 2020 Jul;168(1):62-66 [PMID: 32466829]

60. Kaafarani HMA, Konkaewpaison N, Aircher BO, Diaz Jr. JJ, O'Meara LB, Decker C, Rodriquez J, Schroeppel T, Rattan R, Vasileiou G, **Yeh DD**, Simonoski UJ, Turay D, Cullinane DC, Emmert CB, McCrum ML, Wall N, Badach J, Goldenberg-Sandau A, Carmichael H, Velopulos C, Choron R, Sakran JV, Bekdache K, Black G, Shoultz T, Chadnick Z, Sim V, Madbac F, Steadman D, Camzine M, Zielinski MD, Hardman C, Walusimbi M, Kim M, Rodier S, Papadopoulos VN, Tsoulfas G, Perez JM, Velmahos G. Prospective validation of the Emergency Surgery Score (ESS) in Emergency General Surgery: An EAST Multicenter Study. *J Trauma Acute Care Surg* 2020 Jul;89(1):118-124. [PMID: 32176177]

61. Dijkink S, Meier K, Krijnen P, **Yeh DD**, Velmahos GC, Schipper IB. Malnutrition and its effects in severely injured trauma patients. *Eur J Trauma Emerg S* 2020 Oct;46(5):993-1004 [PMID: 31974669]

62. Byerly SE, Parreco J, Soe-Lin H, Parks J, Lee EE, Shnaydman I, Mantero A, **Yeh DD**, Namias N, Rattan R. Vitamin C and Thiamine Are Associated with Lower Sepsis Mortality. *J Trauma Acute Care Surg* 2020 Jul; 89(1):111-117. [PMID: 32039973]

63. Parreco J, Soe-Lin H, Byerly S, Lu N, Ruiz G, **Yeh DD**, Namias N, Rattan R. Multi-Center Outcomes of Chlorhexidine Oral Decontamination in Intensive Care Units. *Surg Infect (Larchmt)* 2020 Oct;21(8):659-664 [PMID: 31928384]

64. Dijkink S, Meier K, Krijnen P, **Yeh DD**, Velmahos GC, Arbous S, Salim A, Hoogendoorn JM, Schipper IB. The malnutrition in polytrauma patients (MaPP) study: Research Protocol. *Nutrition and Health* 2019; 25(4):291-301 [PMID: 31456469]

65. **Yeh DD**, Eid AI, Young KA, Wild J, Kaafarani HMA, Ray-Zack M, Kana'an T, Lawless R, Cralley AL, Crandall M. Multicenter Study of the Treatment of Appendicitis in America: Acute, Perforated, and Gangrenous (MUSTANG), an EAST Multicenter Study. *Ann Surg* 2021;273:548-556 [PMID: 31663966]

66. Bou Zein Eddine S, Dodgion C, Qian S, Trevino C, de Moya M, **Yeh DD** for the EAST Appendicitis Study Group. Complicated Appendicitis: Are Extended Antibiotics Necessary? A Post-hoc Analysis of an EAST Study. *J Surg Res* 2020 Mar; 247:508-513 [PMID: 31812337]

67. Vasileiou G, Mulder MB, Qian S, Iyengar R, Gass L, Parks J, Lineen E, Byers P, **Yeh DD.** Continuous Indirect Calorimetry in Critically Injured Patients Reveals Significant Daily Variability and Delayed, Sustained Hypermetabolism. *JPEN J Parenter Enteral Nutr* 2020 Jul;44(5):889-894 [PMID: 31602681]

68. Vasileiou G, Eid A, Qian S, Pust GD, Rattan R, Namias N, Kaafarani H, **Yeh DD** on behalf of the EAST Appendicitis Study Group. Appendicitis in Pregnancy: A post-hoc analysis of the EAST Multicenter Appendicitis Study. *Surgical Infections* 2020 Apr;21(3):205-211 [PMID: 31687887]

69. Parks J, Vasileiou G, Parreco J, Pust GD, Rattan R, Zakrison Z, Namias N, **Yeh DD**. Validating the ATLS Shock Classification for Predicting Death, Transfusion, or Urgent Intervention. *J Surg Res* 2019 Aug 13:245:163-167 [PMID: 31419641]

70. Vasileiou G, Qian S, Iyengar R, Mulder MM, Gass LM, Parks J, Pust GD, Rattan R, Lineen E, Byers P, **Yeh DD**. Use of Predictive Equations for Caloric Prescription Results in Inaccurate Estimation in Trauma Patients. *Nutr Clin Pract* 2020 Oct; 35(5): 927-932 [PMID: 31423668]

71. Bugaev N, Bhattacharya B, Chiu W, Como JJ, Cripps M, Ferrada P, Gelbard R, Gondek S, Kasotakis G, Kim D, Mentzer C, Robinson B, Salcedo E, **Yeh DD**. Antimotility Agents for the Treatment of Acute, Non-infectious Diarrhea in Critically Ill Patients: A Practice Management Guideline from the Eastern Association for the Surgery of Trauma. *J Trauma Acute Care Surg* 2019 Oct; 87(4):915-921. [PMID: 31335752]

72. Nakayama A, Canales C, **Yeh DD**, Belcher D, McCarthy CM, Quraishi SA. Patient- and Nutrition-Derived Outcome Risk Assessment Score as a Predictor of Mortality in Critically Ill Surgical Patients: A Retrospective, Single-Center Observational Study. *Nutr Clin Pract* 2019 Jun;34(3):400-405. [PMID: 30207404]

73. Bugaev N, Bhattacharya B, Chiu WC, Como JJ, Cripps MW, Ferrada P, Gelbard RB, Gondek S, Kasotakis G, Kim D, Mentzer C, Robinson B, **Yeh DD**. Promotility Agents For the Treatment of Ileus in Adult Surgical Patients: A Practice Management Guideline from the Eastern Association for the Surgery of Trauma. *J Trauma Acute Care Surg* 2019 Oct; 87(4): 922-934. [PMID: 31136527]

74. Vasileiou G, Qian S, Al-ghamdi H, Pace D, Rattan R, Mulder M, Namias N, **Yeh DD**. Blunt Trauma: What's Behind the Widened Mediastinum on Chext X-ray (CXR)? *J Surg Res* 2019 Nov;243:23-26.

75. Baekgaard JS, Eskesen TG, Lee JM, **Yeh DD**, Kaafarani HMA, Fagenholz PJ, Avery L, Saillant N, King DR, Velmahos GC. Spontaneous Retroperitoneal and Rectus Sheath Hemorrhage

– Management, Risk Factors and Outcomes. *World J Surg* 2019;43(8):1890-1897. [PMID: 30963204]

76. Qian S, Vasileiou G, Dodgion C, Ray-Zack M, Zakrison T, Rattan R, Namias N, **Yeh DD** for the EAST Appendicitis Study Group.  Narrow- vs. Broad-spectrum Antibiotics for Simple Acute Appendicitis Treated by Appendectomy. *J Surg Res* 2020 Oct;254:217-222 [PMID: 32474194]

77. Vasileiou G, Ray-Zack M, Zielinski M, Qian S, **Yeh D**, Crandall M for the EAST Appendicitis Study Group. Validation of the American Association for the Surgery of Trauma (AAST) Emergency General Surgery Score for Acute Appendicitis. *J Trauma Acute Care Surg* 2019 87(1): 133-139. [PMID: 31259871]

78. **Yeh DD**, Ortiz L, Lee J, Chan J, McKenzie K, Young B, Chetelat L, Collier B, Benson A, Heyland D. PEP uP (Enhanced Protein-Energy Provision via the Enteral Route Feeding Protocol) in Surgical Patients – A Multicenter Pilot Randomized Controlled Trial. *JPEN J Parenter Enteral Nutr* 2020 Feb;44(2):197-204. [PMID: 30741439]

79. Brook K, Otero TMN, **Yeh DD**, Canales C, Belcher D, Quraishi SA. Admission 25-Hydroxyvitamin D Levels Are Associated With Functional Status at Time of Discharge from Intensive Care Unit in Critically Ill Surgical Patients. *Nutr Clin Pract* 2019; 34(4): 572-80. [PMID: 30294930]

80. Peponis T, Panda N, Eskesen TG, Forcione DG, **Yeh DD**, Saillant N, Kaafarani H, King DR, de Moya M, Velmahos GC, Fagenholz PJ. Preoperative Endoscopic Retrograde Chonagio-Pancreatography (ERCP) is a Risk Factor for Surgical Site Infections after Laparoscopic Cholecystectomy.  *Am J Surg* 2019 Jul;218(1):140-144. [PMID: 30473225]

81. Mulder MB, Hernandez M, Ray-Zack MD, Cullinane DC, Turay D, Wydo S, Zielinski M, **Yeh DD**. A significant proportion of small bowel obstructions requires > 48 hours to resolve after Gastrografin. *J Surg Res* 2019 Jan; 233:408-412 [PMID:30502278]

82. **Yeh DD**, Sakran J, Rattan R, Mehta A, Ruiz G, Lieberman H, Mulder M, Namias N, Zakrison T, Pust G. A Survey of the Practice and Attitudes of Surgeons Regarding the Treatment of Appendicitis. *Am J Surg* 2019 Jul;218(1);106-112. [PMID: 30193740]

83. Otero TM, Canales C, **Yeh DD**, Elsayes A, Belcher DM, Quraishi SA.  Vitamin D Status is Associated with Development of Hospital-Acquired Pressure Injuries in Critically Ill Surgical Patients *Nutr Clin Pract* 2019;34(1):142-147. [PMID: 30101993]

84. Gelbard RB, Ferrada P, **Yeh DD**, Williams BH, Loor M, Yon J, Mentzer C, Khwaja K, Khan MA, Kohli A, Bulger EM, Robinson BRH. Optimal timing of initial debridement for necrotizing soft tissue infection: A Practice Management Guideline from the Eastern Association for the Surgery of Trauma. *J Trauma Acute Care Surg* 2018;85:208-214. [PMID: 29485428]

85. Zakrison TL, Rattan R, Valdes DM, Ruiz X, Gelbard R, Cline J, Turay D, Luo-Owen X, Namias N, George J, **Yeh DD**, Pust D, Williams BH. Universal screening for intimate partner and sexual violence in trauma patients – What about the men?  An Eastern Association for the Surgery of Trauma Multicenter Trial. *J Trauma Acute Care Surg* 2018;85:85-90. [PMID: 29443854]

86. Rattan R, Parreco J, Eidelson SA, Gold J Dharmaraja A, Zakrison TL, **Yeh DD**, Ginzburg E, Namias N. Hidden burden of venous thromboembolism after trauma: A national analysis. *J Trauma Acute Care Surg* 2018 Nov; 85(5);899-906. [PMID: 30059458]

87. Eskesen TG, Baekgaard JS, Peponis T, Lee JM, Saillant N, Kaafarani HMA, Fagenholz PJ, King DR, de Moya M, Velmahos GC, **Yeh DD**. Cervical Spinal Cord Injury After Blunt Assault: Just a Pain in the Neck? *Am J Surg* 2019 Apr;217(4):648-652. [PMID: 30665737]

88. Peponis T, Eskesen TG, Mesar T, Saillant N, Kaafarani HMA, **Yeh DD**, Fagenholz PJ, de Moya MA, King DR, Velmahos GC. Bile spillage as a Risk Factor for Surgical Site Infection after Laparoscopic Cholecystectomy: A Prospective Study of 1,001 Patients. *J Am Coll Surg* 2018; 226(6):1030-1035. [PMID: 29501782]

89. Ortiz LA, Chang Y, Quraishi SA, Yu L, Kaafarani H, de Moya M, King D, Fagenholz P, Velmahos G, **Yeh DD**. Early enteral nutrition adequacy mitigates the neutrophil-lymphocyte ratio improving clinical outcomes in critically ill surgical patients. *Nutr Clin Pract* 2019; 34(1):148-155. [PMID: 30203493]

90. Collom ML, Duane TM, Campbell-Furdick M, Haddad NN, Zielinski MD, Ray-Zack MD, **Yeh DD**, EAST SBO Workgroup. Deconstructing Dogma: Non-Operative Management of Small Bowel Obstruction in the Virgin Abdomen. *J Trauma Acute Care Surg* 2018; 85(1):33-36. [PMID: 29965940]

91. **Yeh DD**, Chang Y, Tabrizi MB, Yu, L, Cropano C, Fagenholz P, King DR, Kaafarani H, de Moya M, Velmahos G. Derivation and validation of a practical bedside score for the diagnosis of cholecystitis. *American Journal of Emergency Medicine* 2019 Jan; 37(1):61-66. [PMID: 29724580]

92. Panda N, Chang Y, Chokengarmwong N, Martinez M, Yu L, Fagenholz PJ, Kaafarani HA, King DR, DeMoya MA, Velmahos GC, **Yeh DD**. Gallstone pancreatitis and choledocholithiasis: Using imaging and laboratory trends to predict the likelihood of persistent stones at cholangiography. *World J Surg* 2018 Oct; 42(10):3143-3149. [PMID:29626246]

93. Canales C, Elsayes A, **Yeh DD**, Belcher D, Nakayama A, McCarthy CM, Chokengarmwong N, Quraishi SA. Nutrition Risk in Critically Ill versus the Nutritional Risk Screening 2002: Are they comparable for assessing risk of malnutrition in critically ill patients? *JPEN J Parenter Enteral Nutr* 2019 Jan;43(1): 81-87. [PMID: 29846011]

94. **Yeh DD**, Johnson E, Harrison T, Kaafarani HMA, Lee J, Fagenholz P, Saillant N, Chang Y, Velmahos G. Serum levels of albumin and prealbumin do not correlate with nutrient delivery in surgical intensive care unit (ICU) patients. *Nutr Clin Pract* 2018;33(3):419-325. [PMID: 29665145]

95. Bohnen JD, Demetri L, Fuentes E, Butler K, Askari R, Anand RJ, Petrusa E, Kaafarani HMA, **Yeh DD**, Saillant N, King D, Briggs S, Velmahos GC, de Moya M. High-fidelity emergency department thoracotomy simulator with beating-heart technology and OSATS tools improves trainee confidence and distinguishes level of skill. *J Surg Educ* 2018;75(5):1357-1366. [PMID: 29496361]

96. **Yeh DD,** Ortiz-Reyes LA, Quraishi SA, Chokengarmwong N, Avery L, Kaafarani HMA, Lee J, Fagenholz P, Chang Y, de Moya M, Velmahos G. Early nutrition inadequacy is associated with psoas muscle deterioration and worse clinical outcomes in critically ill surgical patients. *Journal of Critical Care* 2018 Jun; 45:7-13. [PMID: 29360610]

97. Demetri LR, Martinez-Aguilar MM, Bohnen JD, Whitesell R, **Yeh DD**, King D, de Moya M. Is observation for traumatic hemothorax safe? *J Trauma Acute Care Surg* 2018;84:454-458. [PMID: 29298241]

98. Ortiz-Reyes LA, Castillo-Martinez L, Lupian-Angulo AI, **Yeh DD**, Rocha-Gonzalez HI, Serralde-Zuniga AE. Increased efficacy and safety of enteral nutrition support with a

12

protocol (ASNET) in noncritical patients: a randomized controlled trial *J Acad Nutr Diet* 2018; 118:52-61. [PMID: 29274643]

99. Rattan R, Parreco J, Lindenmaier LB, **Yeh DD**, Zakrison TL, Pust GD, Sands LR, Namias N. Underestimation of unplanned readmission after colorectal surgery: a national analysis. *J Am Coll Surg* 2018;226(4):382-392. [PMID: 29274835]

100. Rattan R, Parreco J, Namias N, Pust GD, **Yeh DD**, Zakrison T. Hidden costs of hospitalization after firearm injury: national analysis of different hospital readmission. *Ann Surg* 2018 May;267(5);810-815. [PMID: 28922206]

101. Rattan R, Parreco J, Zakrison T **Yeh DD**, Lieberman H, Namais N. Same-hospital re-admission rate is not reliable for measuring post-operative infection-related re-Admission. *Surgical Infections* Nov 2017; 18(8): 904-909. [PMID: 29027888]

102. Hernandez MC, Haddad NN, Cullinane DC, **Yeh DD**, Wydo S, Inaba K, Duane TM, Pakula A, Rodriguez CJ, Dunn J, Sams VG, Zielinski MD and the EAST SBO Workgroup. The American Association for the Surgery of Trauma severity grade is valid and generalizable in adhesive small bowel obstruction. *J Trauma Acute Care Surg* 2018 Feb; 84(2):372-378. [PMID: 29117026]

103. **Yeh DD**, Fuentes E, Quraishi SA, Lee J, Kaafarani HMA, Fagenholz P, Butler K, de Moya M, Chang Y, Velmahos G. Early protein inadequacy is associated with longer ICU stay and fewer ventilator-free days in patients with prolonged ICU stay – a retrospective analysis of surgical ICU patients. *JPEN J Parenter Enteral Nutr* 2018 Jan;42(1):212-218. [PMID: 29505152]

104. Sin J, Newman K, Elshaboury R, **Yeh DD**, de Moya M, Lin H. Prospective evaluation of a continuous vancomycin dosing nomogram in critically ill patients undergoing continuous venovenous hemofiltration *J Antimicrob Chemother* 2018 Jan 1;73(1):199-203. [PMID: 29040561]

105. **Yeh DD**, Chokengarmwong N; Chang Y, Yu L, Arsenault C, Rudolf J, Lee-Lewandrowski E, Lewandrowski K. Total and ionized magnesium testing in the surgical intensive care unit – opportunities for improved laboratory and pharmacy utilization *J Crit Care* 2017 Dec; 42:147-151. [PMID: 28732315]

106. Martinez M, Peponis T, Hage A, **Yeh DD**, Kaafarani HMA, Fagenholz P, King D, de Moya M, Velmahos G. The role of computed tomography in the diagnosis of necrotizing soft tissue infections. *World J Surg* 2018 Jan; 42(1):82-87. [PMID: 28762168]

107. Buchheit JL, **Yeh DD**, Eikermann M, Lin H. Impact of low-dose ketamine on the usage of continuous opioid infusion for the treatment of pain in adult mechanically ventilated patients in surgical intensive care units. *J Intensive Care Med* 2019; 34(8):646-651. [PMID: 28468568]

108. Bohnen JD, Mavros MN, Ramly EP, Chang Y, **Yeh DD**, Lee J, de Moya M, King DR, Fagenholz PJ, Butler K, Velmahos GC, Kaafarani HMA. Intraoperative adverse events in abdominal surgery – what happens in the operating room does not stay in the operating room. *Ann Surg* 2017; 265:1119-1125. [PMID: 27805961]

109. Van der Wilden GM, Velmahos GC, Chang Y, Bajwa E, O'Donnell WJ, Finn K, Harris NS, **Yeh DD,** King DR, de Moya MA, Fagenholz PJ. Effects of a new hospital-wide surgical consultation protocol in patients with Clostridium difficile colitis *Surg Infect* July 2017;18(5):563-9. [PMID: 28557651]

110. Stoppe C, Goetzenich A, Whitman G, Ohkuma R, Brown T, Hatzakorzian R, Kristof A, Meybohm P, Mechanick J, Evans A, **Yeh DD**, McDonald B, Chourdakis M, Jones P, Barton

R, Tripathi R, Elke G, Liakopoulos O, Agarwala R, Lomivorotov V, Nesterova E, Marx G, Benstoem C, Lemieux M Heyland DK. Role of nutrition support in adult cardiac surgery: A consensus statement from an international multidisciplinary expert group on nutrition in cardiac surgery. *Critical Care* 2017 Jun 5; 21(1):131. [PMID: 28583157]

111.     Peponis T, Bohnen JD, Sangji NF, Nandan AR, Han K, Lee J, **Yeh DD**, de Moya MA, Velmahos GC, Chang DC, Kaafarani HMA. Does the Emergency Surgery Score (ESS) accurately predict outcomes in emergent laparotomies? *Surgery* 2017 Aug; 162(2):445-452. [PMID: 28554491]

112.     Ortiz LA, Zhang B, McCarthy MW, Kaafarani HMA, Fagenholz PJ, King DR, de Moya M, Velmahos G, **Yeh DD**. Treatment of enterocutaneous fistulas, then and now. *Nutr Clin Pract* 2017 Aug; 32(4):508-515. [PMID: 28358595]

113.     Ferrada P, Callcut R, Zielinski MD, Bruns B, **Yeh DD**, Zakrison TL, Meizoso JP, Sarani B, Luo-Owen X, Kim P, Plant V, Dultz L, Haut ER. Loop ileostomy Vs. total colectomy as surgical treatment for Clostridium difficile associated disease: an EAST multicenter trial *J Trauma Acute Care Surg* 2017 Jul; 83(1):36-40. [PMID: 28426557]

114.     **Yeh DD**, Nazarian RM, Demetri L, Mesar T, Dijkink S, Larentzakis A, Velmahos G, Sadik KW. Histopathological assessment of OASIS Ultra on critical sized wound healing: a pilot study. *J Cutan Pathol* 2017; 44(6):523-29. [PMID: 28256051]

115.     Zielinski MD, Haddad NN, Cullinane DC, Inaba K, **Yeh DD**, Wydo S, Turay D, Pakula A, Duane TM, Watras J. Multi-institutional, prospective, observational study comparing the Gastrografin challenge versus standard treatment in adhesive small bowel obstruction. *J Trauma Acute Care Surg* 2017 Jul; 83(1): 47-54. [PMID: 28422909]

116.     Nandan AF, Bohnen JD, Sangji NF, Peponis T, Han K, **Yeh DD**, Lee J, Saillant N, de Moya MA, Velmahos GC, Chang DC, Kaafarani H. The Emergency Surgery Score (ESS) accurately predicts the occurrence of postoperative complications in emergency surgery patients *J Trauma Acute Care Surg* 2017 Jul; 83(1): 84-89. [PMID 28422908]

117.     Mesar T, Larentzakis A, Dzik W, Chang Y, Velmahos G, **Yeh DD.** Association between ratio of fresh frozen plasma to red blood cells during massive transfusion and survival among patients without traumatic injury. *JAMA Surg* 2017 Jun 1;152(6):574-580. [PMID 28273299]

118.     **Yeh DD**, Cropano C, Quraishi SA, Fuentes E, Kaafarani HMA, Lee J, Chang Y, Velmahos G. Implementation of an aggressive enteral nutrition protocol and the effect on clinical outcomes. *Nutr Clin Pract* 2017 Apr;32(2):175-181. [PMID: 28107096]

119.     Chokengarmwong N, **Yeh DD**, Chang Y, Ortiz LA, Kaafarani HMA, Fagenholz PJ, King DR, de Moya M, Butler K, Lee J, Velmahos G, Januzzi JL, Lee-Lewandrowski E, Lewandrowski K. Elevated admission N-terminal pro-brain natriuretic peptide (NT-proBNP) level predicts the development of atrial fibrillation in general surgical intensive care unit patients. *J Trauma Acute Care Surg* 2017 Sep; 83(3): 485-490 [PMID 28463935]

120.     Han K, Bohnen J, Peponis T, Martinez M, Nandan A, **Yeh DD**, Lee J, de Moya M, King DR, Fagenholz PJ, Velmahos G, Kaafarani HMA. The surgeon as the second victim? Results of the Boston intraoperative adverse events surgeons' attitude (BISA) study. *J Am Coll Surg* 2017;224(6):1048-56. [PMID: 28093300]

121.     Ramly E, Bohnen JD, Fagenholz PJ, **Yeh DD**, Velmahos G, de Moya M, Kaafarani HMA, Butler K, Lee J, King DR. Creation of the first Hartford Consensus compliant elementary school in the USA. *Trauma Surg Acute Care Open* 2016;1:1-3.

122.    Zhao T, Mejaddam AY, Chang Y, de Moya MA, King DR, **Yeh DD**, Kaafarani HMA, Alam HB, Velmahos GC. Admissions for isolated nonoperative mild head injuries: sharing the burden among trauma surgery, neurosurgery, and neurology. *J Trauma Acute Care Surg* 2016 Oct; 81(4):743-47. [PMID: 27116408]

123.    Seethala RR, Blackney K, Hou P, Kaafarani HMA, **Yeh DD**, Aisiku I, Tainter C, de Moya MA, King DR, Lee J. The association of age with short-term and long-term mortality in adults admitted to the intensive care unit *J Intensive Care Med* 2017 Oct;32(9):554-558. [PMID: 27402394]

124.    Fuentes E, **Yeh DD**, Quraishi SA, Johnson EA, Kaafarani HMA, Lee J, King DR, de Moya MA, Fagenholz PJ, Butler K, Chang Y, Velmahos G. Hypophosphatemia in enterally fed patients in the surgical intensive care unit. *Nutr Clin Pract* 2017 Apr; 32(2):252-257. [PMID: 27562444]

125.    Butler KL, Hirsh DA, Petrusa ER, **Yeh DD**, Stearns D, Sloane DE, Linder JA, Basu G, Thompson LA, de Moya MA. Surgery clerkship evaluations are insufficient for clinical skills appraisal: the value of a medical student surgical objective structured clinical examination. *J Surg Educ* 2017 Mar-Apr;74(2):286-294. [PMID: 27692808]

126.    Fuentes E, Shields JF, Chirumamill N, Martinez M, Kaafarani HMA, **Yeh DD**, White B, Filbin M, DePesa C, Velmahos G, Lee J. "One-way-street" streamlined admission of critically ill trauma patients reduces emergency department length of stay. *Intern Emerg Med* 2017 Oct; 12(7):1019-1024. [PMID:2747324]

127.    Chokengarmwong N, Ortiz LA, Raja A, Goldstein JN, Huang F, **Yeh DD**. Outcome of patients receiving cardiopulmonary resuscitation (CPR) in the emergency department of an urban academic hospital. Am J Emerg Med. 2016 Aug; 34(8):1595-9. [PMID: 27339223]

128.    Lin H, **Yeh DD**, Levine AR. Daily vancomycin dose requirements as a continuous infusion in obese vs. non-obese SICU patients. *Critical Care* 2016 Jul 1;20(1):205 [PMID: 27363312]

129.    Bohnen JD, Chang DC, Ramly EP, Olufajo OA, Le RT, Kaafarani HMA, **Yeh DD**, King DR, Fagenholz PJ, Butler KL, Askari R, Salim A, Velmahos GC, de Moya M. Low baseline (pre-injury blood pressure predicts inpatient mortality in elderly trauma patients: a bi-institutional study. *J Trauma Acute Care Surg* 2016 Dec; 81(6):1142-1149 [PMID: 27244581]

130.    **Yeh DD**, Peev MP, Quraishi SA, Osler P, Chang Y, Rando EG, Albano C, Darak S, Velmahos GC. Clinical outcomes of inadequate calorie delivery and protein deficit in surgical intensive care patients. *American Journal of Critical Care* 2016 Jul;25(4):318-26. [PMID: 27369030]

131.    Nandan AR, Bohnen JD, Chang DC, **Yeh DD,** Lee J, de Moya M, King DR, Butler KL, Fagenholz PJ, Velmahos GC, Kaafarani HMA. The impact of major intraoperative adverse events on hospital readmission. *Am J Surg* 2017 Jan; 213(1): 10-17 [PMID: 2745433]

132.    Otero TM, Canales C, **Yeh DD**, Hou PC, Belcher DM. Elevated red cell distribution width at initiation of critical care is associated with mortality in surgical intensive care unit patients. *J Crit Care* 2016;34:7-11. [PMID: 27288601]

133.    Butler KL, Chang Y, de Moya M, Feinstein A, Ferrada P, Maduekwe U, Maung AA, Melo N, Odom S, Olasky J, Reinhorn M, Smink DB, Stassen N, Wilson CT, Fagenholz PJ, Kaafarani HMA, King DR, **Yeh DD**, Velmahos G, Stefanidis D. Needs assessment for a

focused radiology curriculum in surgical residency: a multicenter study. *Am J Surg* 2016; Jan; 211(1):279-87. [PMID: 26329901]

134.     Sangji NF, Bohnen J, Ramly EP, **Yeh DD**, King DR, de Moya M, Butler KL, Fagenholz GC, Chang DC, Kaafarani HMA. Derivation and validation of a novel emergency surgery acuity score (ESAS). *J Trauma Acute Care Surg* 2016 Aug;81(2):213-20. [PMID: 27032007]

135.     Bohnen JD, Ramly EP, Sangji NF, de Moya MA, **Yeh DD**, Lee J, Velmahos GC, Chang DC, Kaafarani HMA.  Perioperative risk factors impact outcomes in emergency versus non-emergency surgery differently: time to separate our national risk-adjustment models? *J Trauma Acute Care Surg* 2016 Jul; 81(1):122-130. [PMID: 26958792]

136.     Otero TM, Canales C, **Yeh DD**, Johnson EA, Harrison TM, Belcher D, Quraishi SA. Association of serum phosphate levels and anemia in critically ill surgical patients. *JPEN J Parenter Enteral Nutr* 2017 Aug; 41(6):986-992. [PMID: 26838527]

137.     Dijkink S, Fuentes E, Quraishi SA, Cropano C, Kaafarani HMA, Lee J, King DR, de Moya M, Fagenholz PJ, Butler K, Velmahos G, **Yeh DD**. Nutrition in the surgical intensive care unit: the cost of starting low and ramping up rates. *Nutr Clin Pract* 2016 Feb;31(1):86-90. [PMID: 26673198]

138.     Slovis BH, Shah KH, **Yeh DD,** Seethala R, Kaafarani HMA, Eikermann M, Raja A, Lee J, Significant but reasonable radiation exposure from computed tomography-related medical imaging in the ICU. *Emerg Radiol* 2016 Apr;23(2):141-6. [PMID: 26738733]

139.     Naraghi L, Larentzakis A, Chang Y, Duhaime AC, Kaafarani HMA, **Yeh DD**, King DR, de Moya MA, Velmahos GC. Is CT angiography of the head useful in the management of traumatic brain injury? *J Am Coll Surg* 2015 Jun;220(6):1027-31. [PMID: 25872690]

140.     **Yeh DD**, Cropano CC, Quraishi SA, Fuentes E, Kaafarani HMA, Lee J, Velmahos G. Periprocedural nutrition in the intensive care unit: a pilot study. *J Surg Res* 2015;198(2):346-50. [PMID: 26187187]

141.     **Yeh DD**, Cropano CC, Fagenholz PJ, King DR, Chang Y, Klein EN, de Moya M, Kaafarani HMA, Velmahos GC. Gangrenous cholecystitis: deceiving ultrasounds, significant delay in surgical consult, and increased postoperative morbidity! *J Trauma Acute Care Surg* 2015;79(5):812-6. [PMID: 26496106]

142.     Mejaddam AY, Kaafarani HMA, Ramly EP, Avery LL, **Yeh DD**, King DR, de Moya MA, Velmahos GC. The clinical significance of isolated loss of lordosis on cervical spine computed tomography in blunt trauma patients: a prospective evaluation of 1,007 patients.  *Am J Surg* 2015;210:822-6. [PMID: 26145386]

143.     Ramly EP, Bohnen JD, Farhat MR, Razmdjou S, Mavros MN, **Yeh DD**, Lee J Butler K, de Moya M, Velmahos GC, Kaafarani HMA. The nature, patterns, clinical outcomes, and financial impact of intraoperative adverse events in emergency surgery. *Am J Surg* 2016 Jul;212(1):16-23 [PMID: 26601649]

144.     Reisner A, Edla S, Liu J, Rubin J, Thorsen J, Kittell E, Smith J, **Yeh DD,** Reifman J. Muscle oxygen saturation improves diagnostic association between initial vital signs and major hemorrhage: a prospective observational study. *Acad Emerg Med* 2016 Mar;23(3):353-7. [PMID: 26743804]

145.     Mavros MN, Kaafarani HMA, Mejaddam AY, Ramly EP, Avery L, Fagenholz PJ, **Yeh DD**, de Moya MA, Velmahos GC. Additional imaging in alert trauma patients with cervical spine tenderness and a negative computed tomographic scan: is it needed? *World J Surg* 2015;39:2685-2690. [PMID: 26239776]

16

146.    Fagenholz PJ, Fuentes E, Kaafarani HMA, Cropano C, King DR, de Moya M, Butler K, Velmahos G, Chang Y, **Yeh DD**. Computed tomography Is more sensitive than ultrasound for the diagnosis of acute cholecystitis. *Surg Infect (Larchmt)*. 2015; 16(5):509-12. [PMID: 26375322]

147.    Naraghi L, Mejaddam AY, Birkhan OA, Chang Y, Cropano CM, Mesar T, Larentzakis A, Peev M, Sideris AC, van der Wilden GM, Imam AM, Hwabejire JO, Velmahos GC, Fagenhold PJ, **Yeh DD,** de Moya MA, King DR. Sample entropy predicts lifesaving interventions in trauma patients with normal vital signs. *J Crit Care* 2015; 30:705-10. [PMID: 5858820]

148.    Mavros, MN, Bohnen, JD, Ramly, EP, Velmahos GC, **Yeh DD**, de Moya, M, Fagenholz, PJ, King, DR, Lee, J, Kaafarani HMA. Intraoperative adverse events: risk adjustment for procedure complexity and presence of adhesions is crucial. *J Am Coll Surg* 2015 Aug;221(2):345-53 [PMID: 2614163]

149.    Ramly EP, Larentzakis A, Bohnen JD, Mavros M, Chang Y, Lee J, **Yeh DD,** de Moya M, King DR, Fagenholz PJ, Velmahos GC, Kaafarani HMA. The financial impact of intraoperative adverse events in abdominal surgery. *Surgery* 2015; 158(5):1382-8. [PMID: 26026793]

150.    **Yeh DD,** Naraghi L, Larentzakis A, Nielsen N, Dzik WH, Bittner EA, Chang Y, Kaafarani HMA, Fagenholz PJ, Lee J, de Moya MA, King DR, Velmahos GC. Peer–to-peer physician feedback improves adherence to blood transfusion guidelines in the surgical intensive care unit. *J Trauma Acute Care Surg* 2015 Jul;79(1):65-70. [PMID: 26091316]

151.    **Yeh DD,** Fuentes E, Quraishi SA, Cropano C, Kaafarani HMA, Lee J, King DR, de Moya MA, Fagenholz PJ, Butler K, Chang Y, Velmahos G. Adequate nutrition may get you home: the effect of caloric/protein deficits on the discharge destination of critically ill surgical patients. *JPEN J Parenter Enteral Nutr*. 2016 Jan;40(1):37-44. [PMID: 25926426]

152.    Peev MP, Chang Y, King DR, **Yeh DD**, Kaafarani HMA, Fagenholz PJ, de Moya MA, Velmahos GC. Delayed laparotomy after selective non-operative management of penetrating abdominal injuries. *World J Surg* 2015;39:380-6. [PMID: 25277981]

153.    Lee, J, Geyer B, Naraghi L, Kaafarani HMA, Eikermann M, **Yeh DD**, Bajwa E, Cobb J, Raja A. Advanced imaging use in intensive care units has decreased, resulting in lower charges without negative effects on patient outcomes. *J Crit Care* 2015;30(3):460-4. [PMID: 25596998]

154.    **Yeh DD**, van der Wilden, GM, Cropano C, Chang Y, King DR, de Moya M, Fagenholz PJ, Kaafarani HMA, Lee J, Velmahos G. Goal-directed diuresis: a case-control study of continuous furosemide infusion in critically ill trauma patients. *J Emerg Trauma Shock* 2015 Jan-Mar;8(1):34-8. [PMID: 25709251]

155.    **Yeh DD**, Hwabejire JO, de Moya MA, King DR, Fagenholz PJ, Kaafarani HMA, Klein EN. Preoperative evaluation of penetrating esophageal trauma in the current era: an analysis of the National Trauma Data Bank. *J Emerg Trauma Shock .*2015 Jan-Mar;8(1):30-3. [PMID: 25709250]

156.    Naraghi L, Peev MP, Esteve R, Chang Y, Berger DL, Thayer SP, Rattner DW, Lillemoe KD, Kaafarani HMA, **Yeh DD**, de Moya MA, Fagenholz PJ, Velmahos GC, King DR. The influence of anesthesia on heart rate complexity during elective and urgent surgery in 128 patients. *J Crit Care* 2015 Feb;30(1):145-9. [PMID: 25239820]

157.    Peev MP, **Yeh DD,** Quraishi SA, Chang Y, Gillis E, Albano CE, Darak S, Velmahos GC. Causes and consequences of interrupted enteral nutrition: a prospective observational

17

study in critically ill surgical patients. *JPEN J Parenter Enteral Nutr* 2015 Jan;39(1):21-7. [PMID: 24714361]

158.     Hwabejire JO, Kaafarani HMA, Lee J, **Yeh DD**, Fagenholz PJ, King DR, de Moya MA, Velmahos GC. Patterns of injury, outcomes, and predictors of in-hospital and 1-year mortality in nonagenarian and centenarian trauma patients. *JAMA Surgery* 2014;149(10:1054-9. [PMID: 25133434]

159.     Mavros MN, Velmahos GC, Larentzakis A, **Yeh DD**, Fagenholz PJ, de Moya MA, King DR, Lee J, Kaafarani HMA. Opening Pandora's box: understanding the nature, patterns, and 30-day outcomes of intraoperative adverse events. *Am J Surg* 2014; 208(4):626-31. [PMID: 24953016]

160.     **Yeh DD,** Tang J, Chang Y. The use of furosemide in critically ill trauma patients: a retrospective review. *Journal of Emergencies, Trauma, and Shock* 2014;7(2):83-87. [PMID: 24812452]

161.     Kelmenson DA, Heath JK, Ball SA, Kaafarani HMA, Baker EM, **Yeh DD**, Bittner EA, Eikermann M, Lee J. Prototype electronic stethoscope vs conventional stethoscope for auscultation of heart sounds. *J Med Eng Tech* 2014 Aug;38(6):307-310. [PMID: 24939853]

162.     Kaafarani HMA, Mavros MN, Hwabejire JO, Fagenholz PJ, **Yeh DD,** de Moya MA, King DR, Alam HB, Chang Y, Hutter M, Antonelli D, Gervasini A, Velmahos GC. Derivation and validation of a novel severity classification for intraoperative adverse events. *J Am Coll Surg* 2014;218:1120-1129. [PMID: 24702887]

163.     Rago AP, Duggan MJ, Beagle J, Peev MP, Marini J, Hwabejire JO, Hannett P, Zugates G, Busold R, Helmick M, Velmahos G, de Moya MA, **Yeh DD**, Fagenholz PJ, Sharma U, King DR. Self-expanding foam for prehospital treatment of intra-abdominal hemorrhage: 28 day survival and safety. *J Trauma Acute Care Surg* 2014 Sep;77(3 Suppl 2):S127-33. [PMID: 25159345]

164.     Peev MP, Rago A, Hwabejire JO, Duggan MJ, Beagle J, Marini J, Zugates G, Busold R, Freyman T, Velmahos GC, de Moya MA, **Yeh DD,** Fagenholz PJ, Sharma U, King DR. Self-expanding foam for prehospital treatment of severe intra-abdominal hemorrhage: dose finding study. *J Trauma Acute Care Surg* 2014 Mar;76(3):619-24. [PMID: 24553527]

165.     van der Wilden GM, Chang Y, Crophano CM, Subramanian MP, Schipper IB, **Yeh DD**, King DR, de Moya MA, Fagenholz PJ, Velmahos GC. Fulminant Clostridium difficile colitis: prospective development of a risk scoring system. *J Trauma Acute Care Surg* 2014;76:424-30. [PMID: 24458048]

166.     Mejaddam AY, Birkhan OA, Sideris AC, van der Wilden GM, Imam AM, Hwabejire JO, Chang Y, Velmahos GC, Fagenholz PJ, **Yeh DD**, de Moya MA, King DR. Real-time heart rate entropy predicts the need for lifesaving interventions in trauma activation patients. *J Trauma Acute Care Surg* 2013;75(4):607-12. [PMID: 24064873]

167.     van der Wilden GM, **Yeh DD,** Hwabejire JO, Klein EN, Fagenholz PJ, King DR, de Moya MA, Chang Y, Velmahos GC. Trauma Whipple: do or don't after severe pancreaticoduodenal injuries? An analysis of the National Trauma Data Bank (NTDB). *World J Surg* 2014;38:335-40. [PMID: 24121363]

168.     **Yeh DD,** Hwabejire JO, de Moya MA, Alam HB, King DR, Velmahos GC. Sternal fracture – an analysis of the National Trauma Data Bank (NTDB). *J Surg Res* 2014;186(1):39-43. [PMID: 24135374]

169.     **Yeh DD**, Imam AM, Truong SH, McLaughlin EL, Klein EN, Avery LL, Velmahos GC. Incidental findings in trauma patients: dedicated communication with the primary care

physician ensures adequate follow-up. *World J Surg* 2013;37(9):2081-5. [PMID 23703640]

170. Peev MP, Naraghi L, Chang Y, de Moya M, Fagenholz PJ, **Yeh DD**, Velmahos GC, King DR. Real-time sample entropy predicts life-saving interventions after the Boston Marathon bombing. *J Crit Care* 2013 Dec; 28(6): 1109:e1-4. [PMID: 24120576]

171. Golenia BS, Levine AR, Moawad IM, **Yeh DD,** Arpino PA. Evaluation of a vancomycin dosing nomogram based on the modification of diet in renal disease (MDRD) equation in intensive care unit (ICU) patients. *J Crit Care* 2013;28(5):710-6. [PMID: 23499418]

172. van der Wilden G, Albers C, Haefeli P, Zimmerman H, Exadaktylos A, Levy P, Birkham O, Michailidou M, Sideris A, Velmahos GC, Alam H, King D, Fagenholz PJ, **Yeh DD**, de Moya MA. Using micropower impulse radar technology to screen for pneumothorax: an international bi-institutional study. *J Trauma Acute Care Surg* 2012;73:1418-22. [PMID: 23188233]

173. **Yeh DD**, Hwabejire JO, Imam A, Mullen JT, Smink D, Velmahos GC, de Moya M. A survey of study habits of general surgery residents. *J Surg Educ* 2013; 70(1):15-23. [PMID: 23337665]

174. **Yeh DD**, Kutcher ME, Knudson MM, Tang JF. Epidural analgesia for blunt thoracic injury - which patients benefit most? *Injury* 2012; 43:1667-71. [PMID: 22704784]

175. Jeger V, Willi S, Liu T, **Yeh DD**, de Moya M, Zimmermann H, Exadaktylos A. The rapid TEG α-angle may be a sensitive predictor of transfusion in moderately injured blunt trauma patients. *Scientific World Journal* 2012; 2012:821794. [PMID: 22547997]

176. **Yeh DD**, Kutcher ME, Lunghi K. Traditional weight-based vancomycin dosing is inadequate in critically ill trauma patients. *European Journal of Trauma and Emergency Surgery*, 2012;38(3):301-306. [PMID: 26815962]

177. **Yeh DD**, Jones M, Schulman C, Karmacharya J, Velazquez O. Uninsured South Florida vascular surgery patients are less likely to receive optimal medical management than their insured counterparts. *J Vasc Surg* 2010;51:4S-8S. [PMID: 20346337]

178. **Yeh DD**, Moyles K, Ekwenna O, Thompson WR, Neville HL, Sola JE. Spontaneous vaginal drainage of a pelvic abscess – an unusual presentation of perforated appendicitis. *Pediatr Emer Care* 2009;25:856-8. [PMID: 20016358]

179. Ford CN, Reinhard ER, **Yeh DD,** Syrek D, De Las Morenas A, Bergman SB, Williams S, Hamori CA. Interim analysis of a prospective, randomized trial of vacuum-assisted closure versus the Healthpoint system in the management of pressure ulcers. *Ann Plast Surg* 2002 Jul; 49(1):55-61. [PMID: 12142596]

20. **Other works, publications and abstracts**:

**Non-juried or refereed journal articles and exhibitions**:
1. **Yeh DD**, Moreno CC, Patel MB. Intravenous Contrast in Computed Tomography Imaging for Acute Abdominal Pain. *JAMA Surg* 2023;158(7):e231119
2. Parks J, **Yeh DD** How to Lie with Statistics and Figures. *Surg Infect (Larchmt)* 2021; 22(6):611-619. [PMID: 34270365]
3. Mendoza AE, **Yeh DD** Study Designs in Clinical Research. *Surg Infect (Larchmt)* 2021; 22(6):640-645. [PMID: 34270360]

4. Cioci AC, Cioci AL, Mantero AM, Parreco JP, **Yeh DD**, Rattan R. Advanced Statistics: Multiple Logistic Regression, Cox Proportional Hazards, and Propensity Scores. *Surg Infect (Larchmt)* 2021;22(6): 604-610. [PMID: 34270359]
5. **Yeh DD**. Special Issue on Statistics and Study Design. *Surg Infect (Larcmt)* 2021; 22(6): 589. [PMID:34270358]

**Training modules**
1. **Yeh DD**, Parks J, Mentzer C. ACS/ASE Medical Student Core Curriculum – Nutrition (https://www.facs.org/-/media/files/education/core-curriculum/nutrition_module_content.ashx)
2. **Yeh DD.** *21st Century Management of Enterocutaneous Fistulas,* EAST Online Education Center (www.cecentral.com/activity/dev/13193)
3. **Yeh DD.** *Acid Base Balance module,* 2016 American College of Surgeons/Association for Surgical Education Medical Student Core Curriculum, Assessment Editor
4. **Yeh DD.** *Fluid, Electrolyte Replacement module,* 2016 American College of Surgeons/Association for Surgical Education Medical Student Core Curriculum, Assessment Editor

**Abstract presentations**
5. **Yeh DD**, Vasileiou G, Abdul Jawad K, Pust GD, Byers PB. *Teduglutide for treatment of enterocutaneous fistula: A pilot, randomized, crossover study* March 22, 2021 at American Society of Parenteral and Enteral Nutrition (A.S.P.E.N.)
6. Vasileiou G, Qian S, Iyengar R, Mulder MM, Gass LM, Parks J, Pust GD, Rattan R, Lineen E, Byers B, **Yeh DD**. *Use of Predictive Equations for Caloric Prescription Results in Inaccurate Estimation in Trauma Patients* March 24, 2019 at American Society for Parenteral and Enteral Nutrition (ASPEN)
7. Vasileiou G, Mulder MM, Qian S, Iyengar R, Gass LM, Parks J, Lineen E, Byers P, **Yeh DD**. *Continuous Indirect Calorimetry in Critically Injured Patients Reveals Significant Daily Variability* March 24, 2019 at American Society for Parenteral and Enteral Nutrition (ASPEN)
8. **Yeh DD** on behalf of the EAST Appendicitis Study Group *Multicenter Study of the Treatment of Appendicitis in America: Acute, Perforated, and Gangrenous (MUSTANG), An EAST Multicenter Study* January 18, 2019 at Eastern Association for the Surgery of Trauma (EAST)
9. **Yeh DD,** Ortiz LA, Lee JM, Chan J, McKenzie K, Young B, Chetelat L, Collier B, Benson A, Heyland DK. *PEPuP (enhanced protein-energy provision via the enteral route feeding protocol) in surgical patients – a multicenter pilot randomized controlled trial.* January 23, 2018 at American Society of Parenteral and Enteral Nutrition (A.S.P.E.N.)
10. **Yeh DD**, Ray-Zack M, Hernandez M, Inaba K, Duane T, Wydo S, Cullinane D, Pakuula A, Choudhry A, Graybill JC, Sams V, Rodriguez C, Zielinski M. *Nasogastric tube (NGT) output after two days predicts the need for operation in small bowel obstruction (SBO).* January 11, 2018 at Eastern Association for the Surgery of Trauma (EAST) Annual Scientific Assembly
11. **Yeh DD**, Fagenholz PJ, Chokengarmwong N, Chang Y, Butler K;,Kaafarani HA, King DR, DeMoya MA, Velmahos G. *Gallstone pancreatitis and choledocholithiasis: Can we predict*

20

*the likelihood of retained stones on cholangiogram?* February 2, 2016 at Academic Surgical Congress

12. **Yeh DD,** Fuentes E, Quraishi SA, Lee J, Kaafarani HMA, Butler K, Chang Y, Velmahos G. *Early nutritional inadequacy is associated with worse outcomes in the chronically critically ill.* January 17, 2016 at American Society of Parenteral and Enteral Nutrition (A.S.P.E.N.)

13. **Yeh DD,** Ortiz-Reyes LA, Quraishi SA, Chokengarmwong N, Avery L, Kaafarani HMA, Lee J, Fagenholz PJ, Butler K, Chang Y, Velmahos GC. *Association of psoas muscle characteristics with nutritional adequacy and clinical outcomes in critically ill surgical patients.* January 17, 2016 at American Society of Parenteral and Enteral Nutrition (A.S.P.E.N.)

14. **Yeh DD,** Johnson E, Harrison T, Kaafarani HMA, Lee J, Fagenholz PJ, Butler K, Chang Y, Velmahos GC. *Biomarkers of nutrition do not correlate with nutrient delivery in surgical ICU patients.* January 17, 2016 at American Society of Parenteral and Enteral Nutrition (A.S.P.E.N.)

15. **Yeh DD**, Fagenholz PJ, Fuentes E, Kaafarani HMA, Cropano C, King DR, de Moya MA, Butler K, Velmahos GC. *Computed Tomography versus Ultrasound for the Diagnosis of Acute Cholecystitis.* April 18, 2015 at Surgical Infection Society

16. **Yeh DD**, Fuentes E, Quraishi SA, Cropano C, Kaafarani HMA, Lee J, King DR, de Moya M, Fagenholz PJ, Butler K, Chang Y, Velmahos G. *Adequate Nutrition May Get You Home: The Effect of Caloric/Protein Deficits on the Discharge Destination of Critically Ill Surgical Patients.* February 16, 2015 at American Society of Parenteral and Enteral Nutrition (A.S.P.E.N.)

17. **Yeh DD**, Cropano C, Quraishi SA, Fuentes E, Kaafarani HMA, Lee J, Chang Y, Velmahos GC. *Implementation of an Aggressive Enteral Nutrition Protocol and the Effect on Clinical Outcomes.* January 18, 2015 at Society of Critical Care Medicine

18. **Yeh DD,** Naraghi L, Nielsen N, Dzik W, Bittner EA, King DR, Velmahos GC. *Peer-to-peer direct physician feedback: an intervention to improve adherence with blood transfusion guidelines in the surgical intensive care unit (SICU).* January 16, 2015 at 28th EAST Annual Scientific Assembly

19. **Yeh DD**, Cropano C, Fagenholz PJ, Chang Y, King DR, Kaafarani HMA, de Moya M, Velmahos GC. *A practical score for the diagnosis of acute cholecystitis in patients presenting to the Emergency Department with RUQ pain.* January 15, 2015 at 28th EAST Annual Scientific Assembly

20. **Yeh DD**, Cropano CC, Fagenholz PJ, King DR, Chang Y, Klein EN, de Moya M, Kaafarani HMA, Velmahos GC. *Gangrenous cholecystitis – falsely reassuring ultrasound, delay in surgical consult, and post-operative morbidity.* November 13, 2013 at Panamerican Trauma Society

21. **Yeh DD**, Peev M, Osler P, Chang Y, Gillis E, Mackay C, Darak S, Velmahos GC. *Reasons for enteral nutrition cessation in surgical intensive care unit patients: a prospective observational study.* January 20, 2014 at American Society of Parenteral and Enteral Nutrition (A.S.P.E.N.)

22. **Yeh DD,** Peev M, Osler P, Chang Y, Gillis E, Mackay C, Darak S, Velmahos GC. *Cumulative energy protein deficit is associated with excess morbidity in surgical intensive care unit (SICU) patients receiving enteral nutrition.* January 11, 2014 at Society of Critical Care Medicine

21

23. **Yeh DD,** Klein E, Velmahos GC. *Blunt tracheobronchial injuries: delayed repair or continued observation?* November 21, 2013 at Panamerican Trauma Symposium
24. **Yeh DD**, Klein E, Velmahos GC. *Diagnostic delays in penetrating esophageal trauma.* November 21, 2013 at Panamerican Trauma Symposium
25. **Yeh DD**, Peev MP, Osler P, Chang Y, Gillis E, Mackay C, Darak S, Velmahos GC. *Cumulative energy and protein deficit is associated with excess morbidity in surgical intensive care Unit (SICU) patients receiving enteral nutrition.* October 3, 2013 at Massachusetts General Hospital Clinical Research Day
26. **Yeh DD**, Imam AM, Truong SH, McLaughlin EL, Klein EN, Avery LL, Velmahos GC. *Incidental findings in trauma patients: dedicated communication with the primary care physician ensures adequate follow-up.* October 3, 2013 at Massachusetts General Hospital Clinical Research Day
27. **Yeh DD,** Hwabejire JO, de Moya MA, Alam HB, King DR, Velmahos GC. *Sternal fracture in the context of overall thoracic fracture burden – an analysis of the National Trauma Data Bank (NTDB).* February 5-7, 2013 at Academic Surgical Congress
28. **Yeh DD**, Hwabejire J: *A survey of study habits of general surgery residents.* October 23, 2012 at Medical Education Day at Harvard Medical School;
29. **Yeh DD**, Kutcher M, Knudson MM, Tang J. *Epidural analgesia for blunt thoracic injury: which patients benefit most?* February 5-7, 2012 at Society of Critical Care Medicine;

**Editorials**
1. **Yeh DD.** *Chapter 27: Expert Commentary on Mortality in Retroperitoneal Hematoma.* In: Cohn SM and Feinstein AJ (eds) 50 Landmark Papers every Trauma Surgeon Should Know, CRC Press Taylor & Francis Group, 2019.
2. **Yeh DD.** What is the PROper way to PAMPer your patient in the prehospital setting? September 20, 2018. Available at: https://tashq.org/wp-content/uploads/2018/08/September-Pro-Pamp-2018Editorial.pdf
3. **Yeh DD**. Editorial introduction *Int J Surg* 2016 Sept:33(PtB):189
4. **Yeh DD** Transhepatic feeding – a safe and effective alternative? *Ann Surg* 2017; 265(1);e11.
5. **Yeh DD** Commentary for General Surgery Residents can be a Reliable Resource in the Evaluation of Residency Applications. *J Surg Educ* 2015 Nov-Dec; 72(6):e177. [PMID: 26454722]
6. **Yeh DD**. Book Review: Color Atlas of Emergency Trauma. *Ann Surg* 2012:256(5):873.
7. **Yeh DD**. Book Review: Trauma: A Comprehensive Emergency Medicine Approach. *JAMA* 2012;307(9):973-4.

21. **Other works accepted for publication**:

8. Vanzant E, Thompson A, Mendoza A, **Yeh DD**. Current fistula management. *Curr Opin Crit Care* 2024, 30:1-6.
9. Williams R, **Yeh DD**. Nutrition support in critically ill trauma patients. *Surg Clin N Am* 2024 104(2):405-421
10. Emke AR, Sood L, **Yeh DD**, Srinivasan S. Nuts and Bolts: Entrustable Professional Activities *Acad Pediatr* 2023 September-October; 23(7):1307--1308

22

11. Brown M, Rosenthal M, **Yeh DD**. Implementation science and nutrition: From research to practice. *Nutr Clin Pract* 2021 Jun;36(3):586-597. [PMID:34021636]

12. Sood L, Emke AR, Castillo JM, Youseff N, **Yeh DD**. Entrustable professional activities: a faculty development workshop for adding EPAs into your medical trainee's assessment portfolio *MedEdPORTAL Publications* 2017;13:10528: https://doi.org/10.15766/mep_2374-8265.10528

13. **Yeh DD**, Heyland DK. Immune-enhancing diets: what's the final answer? *Curr Trauma Rep* 2016;2(2):79-87.

14. **Yeh DD,** Park YS. Improving learning efficiency of factual knowledge in medical education. *J Surg Educ* 2015 Sep-Oct;72(5):882-9. [PMID: 25920573]

15. **Yeh DD.** Glasgow coma scale 40 years later: in need of recalibration? *JAMA Surgery* 2014;149(7):734. [PMID: 24899079]

16. **Yeh DD.** Packed red blood cell transfusions in the intensive care unit: treating the patient or the doctor? *ANZ Journal of Surgery* 2014;84:202-203. [PMID: 24812705]

17. **Yeh DD**, Alam H. Hernia emergencies. *Surg Clin N Am* 2014;94:97-130. [PMID: 24267501]

18. **Yeh DD**, Velmahos G. Disease-specific nutrition therapy: one size does not fit all. *Eur J Trauma and Emerg Surg* 2013;39(3):215-33. [PMID: 26815228]

19. **Yeh DD**, Velmahos G. Vital signs are unreliable. *ANZ J Surg* 2012; 82:574-7. [PMID: 23106073]

20. **Yeh DD**, Velmahos G. Prehospital intubation after traumatic brain injury - do it correctly or not at all. *ANZ J Surg* 2012; 82:484-8. [PMID: 22863220]

21. **Yeh DD**, Schecter WP. Primary blast injuries – an updated concise review. *World J Surg* 2012;36(5):966-72. [PMID: 22411082]

22. **Yeh DD**. Year in review in trauma surgery. *ICU Director*, September 2011; 2(5):176-9


**PROFESSIONAL**

22. **Funded Research Performed**:

**2018 – 2021– Shire / Takeda**
**Principal Investigator ($308,960.95)**
Teduglutide for treatment of enterocutaneous fistula (ECF) – a pilot study to demonstrate safety, efficacy, and feasibility
ClinicalTrials.gov Identifier: NCT02889393
Completed; published in Clinical Nutrition ESPEN

**2013 -2016 - Kinetic Concepts Incorporated**
**Principal Investigator ($44,908)**
A Prospective Observational Study of the use of Negative Pressure Wound Therapy in High Risk Abdominal Closed Incisions
ClinicalTrials.gov Identifier: NCT02137447
Completed

**2015 – 2017 - Nestle HealthCare Nutrition, Inc.**

**Principal Investigator ($57,673)**
PEP uP Protocol (enhanced Protein-Energy Provision via the Enteral route feeding Protocol) in Surgical Patients
ClinicalTrials.gov Identifier: NCT02459275
Completed; published in JPEN

**2012-2014 - AstraZeneca-PPD Development**
**Site Principal Investigator ($38,778 per enrolled subject)**
Efficacy and Safety of Ceftazidime-Avibactam Plus Metronidazole Versus Meropenem in the Treatment of Complicated Intra-abdominal Infection: results from a Randomized, Controlled, Double-Blind, Phase 3 Program
Completed;

**2013-2015 - Low Level Light Therapy (LLLT) with Near Infrared Light Emitting Diodes in Patients with Moderate Traumatic Brain Injury**
**US Army Medical Research and Material Command / W81XWH-13-2-0067**
**Principal Investigator ($2,492,677)**
The goal of this randomized, placebo-controlled trial is to determine the effects of near-infrared light therapy on the radiologic and clinical outcomes of patients with moderate traumatic brain injury

**2012 - 2015- Histopathological assessment of OASIS Ultra on critical-sized wound healing: a pilot study**
**Smith & Nephew**
**Principal Investigator ($108,800)**
ClinicalTrials.gov Identifier: NCT101848821
Completed; published in *J Cutan Pathol*

**Non-Funded**:

**Research Investigations:**
2021: Complex and Simple Appendicitis: Restrictive or Liberal post-operative Antibiotic eXposure (CASA RELAX) Using Desirability of Outcome Ranking (DOOR) and Response Adjusted for Duration of Antibiotic Risk (RADAR)
    **Overall Principal Investigator**
    ClinicalTrials.gov Identifier: NCT05002829
    Actively enrolling

2017-2019: MUSTANG (MUlticenter Study of the Treatment of Appendicitis in North America: Acute, Perforated, and Gangrenous)
    **Overall Principal Investigator**
    Completed; published in *Ann Surg*

23. **Editorial responsibilities**:

**Editorial Board**

24

2024-present         Nutrition in Clinical Practice

**Reviewer**
    The Lancet
    World Journal of Surgery
    Annals of Surgery
    Journal of the American Medical Association
    Anesthesiology
    International Journal of Surgery
    Journal of Trauma and Acute Care Surgery
    JAMA Surgery
    The American Surgeon
    Journal of Surgical Education
    BMC Anesthesiology
    Transfusion Medicine Reviews
    Nutrition in Clinical Practice
    American Journal of Surgery
    Journal of Surgical Research

**Other Editorial Roles**
2014-2017         Associate Editor      Critical Care section of BMC Anesthesiology
2014-2017         Associate Editor      Current Trauma Reports
2014-2017         Associate Editor      International Journal of Surgery
2017-2021         Abstract reviewer for Surgical Infection Society program
2018-2020, 2024   Abstract reviewer for Panamerican Trauma Society
2020              Abstract reviewer for Society of Critical Care Medicine


24. **Professional and Honorary Organizations**:

**Committee Memberships**:

2024-2026    Chair, Fellowship Committee, Surgical Infection Society
2024-2026    Chair, Certified Nutrition Support Clinician (CNSC) Exam Committee
2023-2026    Chair, Critical Care Section of A.S.P.E.N.
2023         Summit on Medical Nutrition in Education, Accreditation Council for Graduate
                 Medical Education (ACGME), March 12-14, 2023, Chicago, IL
2022-2024    Physician Certifee Director, NBNSC Board of Directors
2021-2024    Member, Fellowship Committee, Surgical Infection Society
2020-2022    Member, Board of Directors (Director-at-Large of Division of Patient Care and
                 Resources), EAST
2019-2023    Member, A.S.P.E.N. Annual Conference Program Committee
2019-2020    Member, Search Committee for Chair of Department of Medical Education,
                 University of Miami
2019-present Member, Mechanical Ventilation / Airway Course Task Force, SCCM
2018-2021    Member, Communications Committee, AAST

2018-2020    Chair, Research Sub-Committee, Panamerican Trauma Society
2018-2019    Member, Research Committee, A.S.P.E.N.
2018-2021    Member, Certified Nutrition Support Clinician (CNSC) Exam Committee
2017-2020    Member, Acute Care Surgery Committee, AAST
2017-2020    Chair, Emergency General Surgery Committee, EAST
2013-2017    Member, Acute Care Surgery Ad Hoc Committee, EAST
2014-2021     Member, Program Committee, Surgical Infection Society
2014-2015    Member, Publications Review Committee, A.S.P.E.N.
2014-2018     Member, Self-Assessment Committee, A.S.P.E.N.
2014-2017    Member, Clinical App Task Force, A.S.P.E.N.
2015- 2021     Member, Surgery Section Education Committee, SCCM
2016-2019    Member, Adv. Knowledge Assessment Committee, SCCM
2016-2017    Member, Research Committee, A.S.P.E.N.

**Organizations**:
2005-present        Society of Critical Care Medicine (SCCM)
2011-present        Eastern Association for the Surgery of Trauma (EAST)
2011-2017           Association for Surgical Education (ASE)
2012-2016           American College of Surgeons Massachusetts Committee on Trauma
2013-present        American College of Surgeons (ACS) - Fellow
2013-2017           Massachusetts Chapter of ACS
2013-present        Panamerican Trauma Society
2013-present        American Society for Parenteral and Enteral Nutrition (A.S.P.E.N.)
2013-present        Surgical Infection Society (SIS)
2014-2017           Association for Academic Surgery (AAS)
2014-present        American Association for the Surgery of Trauma (AAST)
2014-2017           International Society of Surgery (ISS)
2015-2017           European Society of Trauma and Emergency Surgery

25.    **Honors and Awards**:
2025   Denver Health Academic Affairs Award for Excellence in Research
2023   Presidential Citation Award Society of Critical Care Medicine (SCCM)
2020   Fellow of the American Society of Parenteral and Enteral Nutrition (FASPEN)
2018   Fellow of Critical Care Medicine (FCCM)
2014   First Prize Harvard Medical School (HMS) Research Day poster competition, HMS Research Day Committee Peer-to-Peer Direct Physician Feedback: An Intervention to Improve Adherence with Blood Transfusion Guidelines in the Surgical Intensive Care Unit
2014   Promising Investigator Award, A.S.P.E.N. Reasons for Enteral Nutrition Cessation in Surgical Intensive Care Unit Patients
2014   Research Citation, Finalist Society of Critical Care Medicine, Cumulative Calorie and Protein Deficit Is Associated with Excess Morbidity in the SICU
2012   Research Citation Finalist, Society of Critical Care Medicine, Epidural Analgesia in Blunt Thoracic Injury – Which Patients Benefit Most?

26

26. **Post-Doctoral Fellowships:**

27. **Other Professional Activities** (e.g., papers presented; performances; conference proceedings; seminar or conference panel member; catalogue work; etc.):

GRAND ROUNDS

| | |
|---|---|
| 2024 | *Critical Care Nutrition* (November 14, 2024)<br>MaineHealth (virtual) |
| 2024 | *21st Century Management of Enterocutaneous Fistulas* (October 11, 2024)<br>University of Southern Alabama (Mobile, AL) |
| 2023 | *21st Century Management of Enterocutaneous Fistulas* (June 1, 2023)<br>St. Joseph's Hospital (Denver, CO), |
| 2022 | *Appendicitis in the 21s Century* (November 30, 2022)<br>University of Houston/HCA Kingwood Grand Rounds |
| 2021 | *21st Century Management of Enterocutaneous Fistulas* (April 8, 2021)<br>Department of Surgery, University of Miami |
| 2021 | *Surgical Rescue: How to Manage Dehiscence and Fistulas* (March 31, 2021)<br>University of Houston/HCA Kingwood Grand Rounds |
| 2020 | *Strategies and Techniques for Challenging Abdominal Closures and Advanced Wound Management* (Mar. 19, 2020)<br>Department of OB/GYN & Reproductive Sciences, Jackson Memorial Hospital |
| 2017 | *Critical Care in Otolaryngology Patients* (Sept. 21, 2017)<br>Division of Otolaryngology, University of Miami Hospital |
| 2016 | *Trauma Resuscitation* (Nov. 30, 2016)<br>Dept. of Medicine, Pulmonary Grand Rounds, Massachusetts General Hospital |
| 2016 | *Abdominal Compartment Syndrome* (Nov. 2, 2016)<br>Dept. of Medicine, Pulmonary Grand Rounds, Massachusetts General Hospital |
| 2016 | *Laparoscopy in Trauma* (October 12, 2016)<br>Dept. of Surgery, Good Samaritan Medical Center |
| 2016 | *Penetrating Neck Injury* (October 12, 2016)<br>Dept. of Surgery, Good Samaritan Medical Center |
| 2015 | *Nutrition in the Surgical Patient: Myths and Misconceptions*<br>Mount Auburn Hospital |
| 2015 | *Necrotizing Soft Tissue Infections*/ Surgical Grand Rounds<br>Dept. of Surgery, Newton-Wellsley Hospital |
| 2015 | *Nutrition in the Surgical Patient: Myths and Misconceptions*<br>St. Elizabeth's Hospital |
| 2011 | *Abdominal Compartment Syndrome*/ Surgical Grand Rounds<br>Dept. of Surgery, UCSF/SFGH |
| 2010 | *Trauma Case Conference*/ Surgical Grand Rounds<br>Dept. of Surgery, UCSF |

## KEYNOTES

| | |
|---|---|
| 2015 | *Boston Marathon Bombing Incident: Lessons Learned* |
| | International Trauma and Emergency Surgery Week; Alicante, Spain |
| 2015 | *Boston Marathon Bombing: Experiences and Lessons Learned* |
| | 4th Swiss Trauma Day, Bern, Switzerland |
| 2014 | *Boston Marathon Bombing: The Lessons Learned and the Vital Role of Trauma Centers* |
| | SEAHAC 25th Annual Trauma and Emergency and Acute Care Symposium, Wilmington, NC |

## PLENARIES

| | |
|---|---|
| 2016 | *At the Edge of the Evidence: Making Decisions in the Real World – 1:1:What? Which Blood Products Should We Transfuse in Hemorrhagic Shock?* |
| | American Thoracic Society, San Francisco, CA, May 16, 2016 |
| 2015 | *Engage the Masters: Scapulothoracic Dissociation/ Lecture/ Lecturer* |
| | 28th EAST Annual Scientific Assembly, Lake Buena Vista, FL |

## WORKSHOPS

| | |
|---|---|
| 2025 | *Annual Update in Emergency General Surgery Course* |
| | ECF Management – Observe or Operate? |
| | American College of Surgeons, 10/4/25 |
| 2024 | *Annual Update in Emergency General Surgery Course* |
| | ECF Management – Observe or Operate? |
| | American College of Surgeons, 10/19/24 |
| 2023 | *Annual Update in Emergency General Surgery Course* |
| | ECF Management – Observe or Operate? |
| | American College of Surgeons, 10/21/23 |
| 2019 | *Indirect Calorimetry and Other Methods for Assessment of Energy Demand in Hospitalized Patients* |
| | American Society for Parenteral and Enteral Nutrition (A.S.P.E.N.), Webinar, 11/19/19 |
| 2019 | *Goal Directed Nutrition Therapy in Critical Illness* |
| | American Society for Parenteral and Enteral Nutrition (A.S.P.E.N.), Webinar, 04/09/19 |
| 2019 | *The Insider's Guide to Kickstarting Your Research Career: What No One Ever Tells You About Becoming a Surgeon-Scientist* |
| | Eastern Association for the Surgery of Trauma (EAST), seminar; 01/16/2019 |
| 2018 | *It's Back!  Nutritional Management of Enterocutaneous Fistulas (ECF)* |
| | Northwest Chapter of American Society for Parenteral and Enteral Nutrition (A.S.P.E.N.), Webinar, 04/11/18 |
| 2017 | *Fistuloclysis and Re-infusion of Succus Entericus: You Want Me To Do What?* |
| | American Society for Parenteral and Enteral Nutrition (A.S.P.E.N.), Webinar, 06/27/17 |

28

UNIVERSITY LECTURES

CONFERENCE PRESENTATIONS

1. **Yeh DD**, Vasileiou G, Abdul Jawad K, Pust GD, Byers PB. *Teduglutide for treatment of enterocutaneous fistula: A pilot, randomized, crossover study* March 22, 2021 at American Society of Parenteral and Enteral Nutrition (A.S.P.E.N.)
2. Vasileiou G, Eid AI, Qian S, Pust GD, Rattan R, Namias N, Larentzakis L, Kaafarani HMA, **Yeh DD**. *Appendicitis in Pregnancy: A Post-Hoc Analysis of an EAST Multiceter Study*. June 8, 2019 at Surgical Infection Society (SIS)
3. Vasileiou G, LaBove H, Qian S, Gass LM, Melendez M, Duncan C, Lineen EB, Hart V, Parks J, Byers B, **Yeh DD**. *Indirect Calorimetry in a Super Morbidly Obese Trauma Patient*. March 25, 2019 at American Society of Parenteral and Enteral Nutrition (A.S.P.E.N.)
4. **Yeh DD**, Ortiz LA, Lee J, Chan J, McKenzie K, Young B, Chetelat L, Collier B, Benson A, Heyland D. *PEPuP in surgical patients: a multicenter pilot randomized controlled trial.* January 23, 2018 at American Society of Parenteral and Enteral Nutrition (A.S.P.E.N.)
5. **Yeh DD**, Ray-Zack M, Hernandez MC, Inaba K, Duane TM, Wydo S, Cullinane D, Pakula A, Choudhry A, Graybill JC, Sams V, Rodriguez C, Zielinski M. *Nasogastric tube (NGT) output after two days predicts the need for operation in small bowel obstruction (SBO)*. Quickshot presentation on January 11, 2018 at Eastern Association for the Surgery of Trauma (EAST)
6. Chokengarmwong N, Lewandrowski K, Chang Y, Januzzi J, Ortiz L, Lee-Lewandrowski E, Kaafarani HMA, Fagenholz PJ, King DR, de Moya M, Butler K, Lee J, Velmahos GC, **Yeh DD**. *Admission N-terminal pro-brain natriuretic peptide (NT-ProBNP) concentrations predict development of atrial fibrillation in general surgical intensive care unit patients.* Quickshot presentation on September 17, 2016 at American Association for the Surgery of Trauma (AAST)
7. **Yeh DD**, Fagenholz PJ, Chokengarmwong N, Chang Y, Butler K, Kaafarani HMA, King DR, de Moya MA, Velmahos GC. *Gallstone pancreatitis and choledocholithiasis: can we predict the likelihood of retained stones on cholangiogram?* February 2, 2016 at Academic Surgical Congress
8. **Yeh DD,** Fuentes E, Quraishi SA, Lee J, Kaafarani HMA, Butler K, Chang Y, Velmahos GC. *Early nutritional inadequacy is associated with worse outcomes in the chronically critically ill.* January 17, 2016 at American Society of Parenteral and Enteral Nutrition (A.S.P.E.N.)
9. **Yeh DD,** Ortiz-Reyes LA, Quraishi SA, Chokengarmwong N, Avery L, Kaafarani HMA, Lee J, Fagenholz PJ, Butler K, Chang Y, Velmahos GC. *Association of psoas muscle characteristics with nutritional adequacy and clinical outcomes in critically ill surgical patients*. January 17, 2016 at American Society of Parenteral and Enteral Nutrition (A.S.P.E.N.)
10. **Yeh DD,** Johnson E, Harrison T, Kaafarani HMA, Lee J, Fagenholz PJ, Butler K, Chang Y, Velmahos GC. *Biomarkers of nutrition do not correlate with nutrient delivery in surgical*

29

*ICU patients.* January 17, 2016 at American Society of Parenteral and Enteral Nutrition (A.S.P.E.N.)

11. **Yeh DD**, Fagenholz PJ, Fuentes E, Kaafarani HMA, Cropano C, King DR, de Moya MA, Butler K, Velmahos GC. *Computed tomography versus ultrasound for the diagnosis of acute cholecystitis.* April 18, 2015 at Surgical Infection Society

12. **Yeh DD**, Fuentes E, Quraishi SA, Cropano C, Kaafarani HMA, Lee J, King DR, de Moya M, Fagenholz PJ, Butler K, Chang Y, Velmahos GC. *Adequate nutrition may get you home: the effect of caloric/protein deficits on the discharge destination of critically ill surgical patients.* February 16, 2015 at American Society of Parenteral and Enteral Nutrition (A.S.P.E.N.)

13. **Yeh DD**, Cropano C, Quraishi SA, Fuentes E, Kaafarani HMA, Lee J, Chang Y, Velmahos GC. *Implementation of an aggressive enteral nutrition protocol and the effect on clinical outcomes.* January 18, 2015 at Society of Critical Care Medicine

14. **Yeh DD**, Cropano C, Fagenholz PJ, Chang Y, King DR, Kaafarani HMA, de Moya M, Velmahos GC. *A practical score for the diagnosis of acute cholecystitis in patients presenting to the Emergency Department with RUQ pain.* January 15, 2015 at 28th EAST Annual Scientific Assembly;

15. **Yeh DD,** Naraghi L, Nielsen N, Dzik W, Bittner EA, King DR, Velmahos GC. *Peer-to-peer direct physician feedback: An intervention to improve adherence with blood transfusion guidelines in the surgical intensive care unit (SICU).* January 16, 2015 at 28th EAST Annual Scientific Assembly

16. **Yeh DD**, Cropano CC, Fagenholz PJ, King DR, Chang Y, Klein EN, de Moya M, Kaafarani HMA, Velmahos GC. *Gangrenous cholecystitis – falsely reassuring ultrasound, delay in surgical consult, and post-operative morbidity.* November 13, 2014 at Panamerican Trauma Society

17. **Yeh DD,** Peev M, Osler P, Chang Y, Gillis E, Mackay C, Darak S, Velmahos GC. *Cumulative energy protein deficit is associated with excess morbidity in surgical intensive care unit (SICU) patients receiving enteral nutrition.* January 11, 2014 at Society of Critical Care Medicine;

18. **Yeh DD**, Peev M, Osler P, Chang Y, Gillis E, Mackay C, Darak S, Velmahos GC. *Reasons for enteral nutrition cessation in surgical intensive care unit patients: a prospective observational study.* January 20, 2014 at American Society of Parenteral and Enteral Nutrition (A.S.P.E.N.)

19. **Yeh DD**, Klein E, Velmahos, GC. *Diagnostic delays in penetrating esophageal trauma.* November 21, 2013 at Panamerican Trauma Symposium

20. **Yeh DD,** Klein E, Velmahos, GC. *Blunt tracheobronchial injuries: delayed repair or continued observation?* November 21, 2013 at Panamerican Trauma Symposium, Santiago, Chile;

21. **Yeh DD**, Peev MP, Osler P, Chang Y, Gillis E, Mackay C, Darak S, Velmahos GC. *Cumulative energy and protein deficit is associated with excess morbidity in surgical intensive care unit (SICU) patients receiving enteral nutrition.* October 3, 2013 at Massachusetts General Hospital Clinical Research Day

22. **Yeh DD**, Imam AM, Truong SH, McLaughlin EL, Klein EN, Avery LL, Velmahos GC. *Incidental findings in trauma patients: dedicated communication with the primary care physician ensures adequate follow-up.* October 3, 2013 at Massachusetts General Hospital Clinical Research Day

30

23. **Yeh DD,** Hwabejire JO, de Moya MA, Alam HB, King DR, Velmahos GC. *Sternal fracture in the context of overall thoracic fracture burden – an analysis of the National Trauma Data Bank (NTDB).*  February 5-7, 2013 at Academic Surgical Congress
24. **Yeh DD**, Hwabejire J. *A survey of study habits of general surgery residents.* October 23, 2012 at Medical Education Day at Harvard Medical School
25. **Yeh DD**, Kutcher M, Knudson MM, Tang J. *Epidural analgesia for blunt thoracic injury: which patients benefit most?*  February 5-7, 2012 at Society of Critical Care Medicine;

INVITED LECTURES

| | |
|---|---|
| 2025 | *Fueling the Critically Ill: Balancing Feeding Challenges and Individualized Nutrition* Baxter sponsored event; 3/24/25 |
| 2025 | *Breaking the Fast: Busting Myths and Overcoming Obstacles in Nutrition for Critically Ill Patients* Baxter sponsored event; 2/23/25 |
| 2024 | *Direct Peritoneal Resuscitation* and *Techniques for Abdominal Wall Closure* Brazilian Trauma Society; 11/13/24 |
| 2024 | *Fistula: A surgeon's nightmare* Panamerican Congress of Trauma, Lima, Peru; 8/22/24 |
| 2024 | *Prehabilitation in Cancer Patients* Denver Health Oncology Department, 4/24/24 |
| 2023 | *The Future of Enterocutaneous Fistula Management* American College of Surgeons, Boston, 10/24/23 |
| 2023 | *Appendicitis Management in the Context of APPAC and CODA* Loma Linda Emergency General Surgery Honored Guest Speaker Lecture Series, 5/5/23 |
| 2023 | *Get to Know Your Guts* The Oley Foundation; 2/27/23 |
| 2023 | *21st Century Management of Enterocutaneous Fistulas* Amerita Specialty Infusion, 1/25/23 |
| 2022 | *Transfusions 1:1:1 vs. Whole Blood. Where Are We Going?* Panamerican Congress of Trauma, Critical Care and Emergency Surgery, Cartagena, Colombia; 11/4/22 |
| 2022 | *Trauma and Acute Care Surgeon 2.0* Panamerican Congress of Trauma, Critical Care and Emergency Surgery, Cartagena, Colombia; 11/3/22 |
| 2022 | *Damage Control Resuscitation* Panamerican Congress of Trauma, Critical Care and Emergency Surgery, Cartagena, Colombia; 11/3/22 |
| 2022 | *The Hostile Open Abdomen, How to Address It* Panamerican Congress of Trauma, Critical Care and Emergency Surgery, Cartagena, Colombia; 11/3/22 |
| 2022 | *Changing the Paradigm in Trauma Management* |

31

|      | Panamerican Congress of Trauma, Critical Care and Emergency Surgery, Cartagena, Colombia; 11/2/22 |
|------|---|
| 2021 | *21st Century Management of Enterocutaneous Fistulas – The University of Miami Approach*<br>Loma Linda Emergency General Surgery (EGS) QI lecture series, 10/27/21 |
| 2021 | *21st Century Management of Enterocutaneous Fistulas – The University of Miami Approach*<br>Georgia Chapter of the American Society of Enteral and Parenteral Nutrition (GASPEN) Annual Meeting, 8/27/21 |
| 2021 | *TPN in Shock and Sepsis: Dosing Macronutrients*<br>American Society of Parenteral and Enteral Nutrition (ASPEN) Critical Care section 3/20/21 |
| 2020 | *21st Century Management of Enterocutaneous Fistulas – The University of Miami Approach*<br>Colorado Society of Enteral and Parenteral Nutrition (CSPEN) Nutrition Support Symposium 2020, 10/16/20 |
| 2020 | *Surgical Nutrition in Patients with Fistulizing CD Disease*<br>Ins and Outs of IBD, 8/22/20 |
| 2020 | *Surgical Airways*<br>Society of Critical Care Medicine (SCCM), 2/14/20 |
| 2019 | *The Treatment of Patients Following Bariatric Surgery: Pitfalls and Complications*<br>Florida Chapter American College of Physicians, 9/21/19 |
| 2019 | *Treatment of Enterocutaneous Fistulas: The University of Miami Approach*<br>IBD 360 Janssen Preceptorship, University of Miami, 7/02/19 |
| 2019 | *Damage Control Surgery in Sepsis?*<br>World Congress of Abdominal Compartment Syndrome, Campinas, Brazil, 5/31/19 |
| 2019 | *Point-of-care-Ultrasound and the WSACS Protocol*<br>World Congress of Abdominal Compartment Syndrome, Campinas, Brazil, 5/29/19 |
| 2019 | *Controversies in Surgical Airway Technique*<br>Society of Critical Care Medicine (SCCM), 2/16/19 |
| 2018 | *Is TPN dead or resurrected?*<br>Harvard Trauma Symposium, 11/12/18 |
| 2018 | *A negative laparotomy is a tragedy*<br>Harvard Trauma Symposium, 11/12/18 |
| 2018 | *Dissecting the Critical Care Nutrition Literature: Can I Apply These Findings to My Patients?*<br>Advanced Ventilation Ambassadors Summit (GE Healthcare), 9/14/18 |
| 2018 | *Enteral Nutrition*<br>Advances in Internal Medicine 2018, Instituto Nacional de Ciencias Medicas y Nutrition Salvador Zubrian, Mexico City, 9/7/18 |
| 2018 | *Who/When to Consider for Non Operative Management?*<br>SAGES & CAGS 16th World Congress of Endoscopic Surgery, 4/14/18 |
| 2018 | *Novel Strategies for Achieving Nutritional Adequacy*<br>A.S.P.E.N. Clinical Nutrition Week, 1/22/18 |
| 2017 | *Damage Control Resuscitation*<br>National Institutes of Health (NIH), Department of Anesthesia, 8/18/17 |

| | |
|---|---|
| 2017 | *Blood Transfusion in the ICU: Treating the Patient or the Doctor?*<br>National Institutes of Health (NIH), Department of Anesthesia, 8/18/17 |
| 2017 | *Trauma Resuscitation* (1/26/2017)<br>MGH Institute of Health Professions (IHP) |
| 2017 | *Nutrition in the ICU – Myths and Misconceptions*<br>Southern New Hampshire Medical Center |
| 2016 | *Acute Care Surgery: Definition and Scope*<br>1st Congress of Surgery of the University of Santo Amaro<br>1st Trauma and Acute Care Surgery Review Course of the Brazilian Chapter of the<br>American College of Surgeons and University of Santo Amaro |
| 2016 | *Pancreatic and Duodenal Injuries:*<br>*Critical Maneuvers in Trauma Surgery*<br>1st Congress of Surgery of the University of Santo Amaro<br>1st Trauma and Acute Care Surgery Review Course of the Brazilian Chapter of the<br>American College of Surgeons and University of Santo Amaro |
| 2016 | *XIII Congreso Cubano de Cirugia* (13th Cuban Congress of Surgery)<br>Transfusion Triggers in Trauma and Critical Care |
| 2016 | *Nutrition in the ICU* (3/15/16)<br>Dept. of Surgery, Brigham and Women's Hospital |
| 2016 | *Surviving Sepsis-3*<br>Southern New Hampshire Medical Center |
| 2016 | *Current Review of Nutrition in Surgical and Critical Care Patients*<br>The Elliot Hospital |
| 2015 | *Internet and Mobile Devices: Educational Opportunities*<br>European Congress of Trauma and Emergency Surgery, Amsterdam, The Netherlands |
| 2015 | *Laparoscopy in trauma: minimal invasion for aggressive patients*<br>International Trauma and Emergency Surgery Week; Alicante, Spain |
| 2015 | *Cervical penetrating injuries; what a mess!*<br>International Trauma and Emergency Surgery Week; Alicante, Spain |
| 2015 | *ECMO in trauma*<br>International Trauma and Emergency Surgery Week; Alicante, Spain |
| 2015 | *Preperitoneal pelvic packing: a last chance for the ruptured pelvis*<br>International Trauma and Emergency Surgery Week; Alicante, Spain |
| 2015 | *Clinical cases with the experts: pulseless extremity*<br>International Trauma and Emergency Surgery Week; Alicante, Spain |
| 2015 | *Definitive Surgical Trauma Care*<br>International Trauma and Emergency Surgery Week; Alicante, Spain |
| 2015 | *Trauma Resuscitation* (10/19/15) – Acute Care Theory II<br>MGH Institute of Health Professions (IHP) |
| 2015 | *Resuscitative Thoracotomy: Indications and Outcomes*<br>Southern New Hampshire Medical Center |
| 2015 | *Damage Control Resuscitation*<br>Emergencies and Procedures in Pediatrics conference (HMS), Marriott Long Wharf,<br>Boston |
| 2014 | *Laparoscopy in Trauma*<br>Panamerican Trauma Symposium, Panama City, Panama |

2014    *Blood Transfusion in the ICU – Treating the Patient or the Doctor*?
         Southern New Hampshire Medical Center
2014    *Nutrition in the ICU: Myths and Misconception*
         Southern New Hampshire Medical Center
2014    *The Negative Consequences of a Positive Fluid Balance*
         Southern New Hampshire Medical Center
2013    *Lower GI Bleeding – An Algorithm for Non-surgical and Surgical Management*
         Southern New Hampshire Medical Center
2013    *Prehospital Intubation – Do It Correctly or Not At All*
         Southern New Hampshire Medical Center
2013    *Non-operative Management of Penetrating Abdominal Trauma/*
         Panamerican Trauma Symposium, Santiago, Chile
2013    *Controversies in Neck Trauma*
         XII Congreso Cubano de Cirugia, Havana, Cuba
2013    *Spleen, Diaphragm, Genitourinary Injuries/*
         XII Congreso Cubano de Cirugia, Havana, Cuba
2012    *Vital Signs Are Unreliable*
         Wentworth Douglass Hospital
2012    *The Negative Consequences of a Positive Fluid Balance*
         Eliot Hospital
2012    *Abdominal Compartment Syndrome*
         Newton-Wellesley Hospital
2011    *Abdominal Compartment Syndrome*
         Wentworth Douglass Hospital

## GLOBAL CLINICAL EXPERIENCE

## MEDIA: N/A

## TEACHING

**Clinical Teaching**
Clinical supervision of critical care fellows, surgical residents, and medical students.

28. **Teaching Awards Received**

2025 Bardsley Awards for Humanism (University of Colorado School of Medicine) – "I recognition of faculty who demonstrate exceptional humanism and commitment to role modeling compassion, collaboration, personal growth, and responsibility to the patient as a whole person."
2025 Golden Apple Awards (University of Colorado Department of Surgery's Medical Student Program annually gives this award to recognize a faculty member for their teaching of third- and fourth-year medical students)

34

2015   Principal Clinical Experience faculty teaching award (Harvard Medical School)

29. **Teaching Specialization**
Trauma and Surgical ICU Journal Club (weekly 1-h didactic series)

FORMAL TEACHING OF MEDICAL STUDENTS

| | | |
|---|---|---|
| 3/10/22 | Introduction to Enteral Nutrition and Parenteral Nutrition | Miller School of Medicine 1.5-hr |
| 11/22/19 | Surgery Clerkship Oral Exams | Miller School of Medicine 2-hrs |
| 2/5/19 | Surgery Clerkship Oral Exams | Miller School of Medicine 1-hr |
| 11/30/18 | Surgery Clerkship Oral Exams | Miller School of Medicine 1-hr |
| 8/6/18 | Surgery Clerkship Oral Exams | Miller School of Medicine 2-hrs |
| 12/8/17 | Career in Trauma Surgery | Miller School of Medicine 1-hr |
| 10/6/17 | Surgery Clerkship Oral Exams | Miller School of Medicine 2-hrs |
| 8/30/17 | Anatomy Lab First year medical students | Miller School of Medicine 1-hr |
| 8/8/17 | Surgery Clerkship Oral Exams | Miller School of Medicine 2-hrs |

FORMAL TEACHING OF RESIDENTS, CLINICAL FELLOWS, AND RESEARCH FELLOWS

| | | |
|---|---|---|
| 1/22/26 | Refeeding Syndrome and Introduction to TPN Trauma and EGS advanced practice providers (APP) | Denver Health 1-hr |
| 10/30/25 | 21st Century Management of Enterocutaneous Fistulas R Adams Cowley Shock Trauma fellows | Zoom 1-hr |
| 3/5/25 | Nutrition in the ICU University of Houston/HCA Kingwood general surgery residents | Zoom 1-hr |
| 9/26/24 | Enteral Nutrition Access and Complications of Enteral Access, Enteral Formula Selection Advance Practice Practitioner (APP) fellows (ASPIRe) | Denver Health 2-hrs |
| 5/16/24 | Enteral Nutrition Access and Complications of Enteral Access Advance Practice Practitioners (APP) | Denver Health 1-hr |
| 4/24/24 | Trauma Resuscitation | Zoom |

|           |                                                                         |                     |
|-----------|-------------------------------------------------------------------------|---------------------|
|           | Jackson Memorial Hospital Emergency Medicine residents                  | 30 min              |
| 5/24/23   | Role of Nutrition in Palliative Care                                    | Zoom                |
|           | Palliative Care fellows                                                  | 1-hr                |
| 10/10/22  | Critical Care Nutrition                                                  | University of Colorado |
|           | General Surgery residents                                               | 30 min              |
| 5/4/22    | Role of Surgical Nutrition in Palliative Care                           | Zoom                |
|           | Palliative Care Fellows                                                  | 1- hr               |
| 4/19/22   | Nutrition in the ICU – Myths and Misconceptions                         | UC San Diego        |
|           | EM Crit Care fellows                                                     | 1-hr                |
| 4/15/22   | 21st Century Management of Enterocutaneous Fistulas                      | JMH                 |
|           | GYO fellows                                                              | 1-hr                |
| 2/21/22   | Strategies and Techniques for Challenging Abdominal Closures            | JMH                 |
|           | Trauma/ICU fellows                                                       | 1-hr                |
| 12/23/21  | Introduction to Parenteral Nutrition                                     | JMH                 |
|           | GI fellows                                                               | 1-hr                |
| 11/3/21   | Damage Control Resuscitation                                            | JMH                 |
|           | Emergency Medicine residents                                            | 30 min              |
| 10/27/21  | Basic Trauma Evaluation – Part 1                                         | JMH                 |
|           | Emergency Medicine residents                                            | 30 min              |
| 7/16/21   | Nutrition 101 for Surgical Interns                                       | JMH                 |
|           | General Surgery residents                                               | 1-hr                |
| 3/31/21   | Surgical Complications                                                   | Zoom                |
|           | University of Houston/HCA Kingwood general surgery residents            | 1-h                 |
| 1/20/21   | Nutrition in the ICU – Myths and Misconceptions                         | Zoom                |
|           | Neuro Critical Care Fellows                                              | 1-h                 |
| 10/7/20   | Role of Nutrition in Palliative Care – Pt 1                              | Zoom                |
|           | Palliative Care fellows                                                  | 1-hr                |
| 7/31/20   | Benign Biliary Disease – Part 2                                          | JMH                 |
|           | General Surgery residents                                               | 1-hr                |
| 7/24/20   | Benign Biliary Disease – Part 1                                          | JMH                 |
|           | General Surgery residents                                               | 1-hr                |
| 6/22/20   | Nutrition in the ICU – Myths and Misconceptions                         | JMH                 |
|           | Trauma/Surgical Critical Care Fellows                                    | 1-hr                |
| 5/4/20    | 21st Century Management of Enterocutaneous Fistula                       | JMH                 |
|           | Trauma/Surgical Critical Care Fellows                                    | 1-hr                |
| 2/5/20    | Role of Nutrition in Palliative Care – Pt 2                              | Miami VA            |
|           | Palliative Care fellows                                                  | 1-hr                |
| 11/27/19  | Role of Nutrition in Palliative Care – Pt 1                              | Miami VA            |
|           | Palliative Care fellows                                                  | 1-hr                |
| 3/5/19    | Dissecting the Critical Care Nutrition Literature                        | JMH                 |
|           | Anesthesia Critical Care fellows                                         | 1-hr                |
| 12/13/18  | Mock Oral Exams                                                          | JMH                 |
|           | Surgical Residents                                                       | 1.5-hr              |

36

| | | |
|---|---|---|
| 10/18/18 | The Role of Nutrition in Palliative Care | Miami VA |
| | Palliative Care fellows | 1-hr |
| 8/8/18 | Trauma Resuscitation | JMH |
| | Emergency Medicine residents | 1-hr |
| 8/3/18 | Can't Close the Abdomen…. | UMH/JMH |
| | GYO fellows | 1-hr |
| 7/20/18 | Nutrition 101 for Surgical Residents | UMH/JMH |
| | Surgical Residents | 1-hr |
| 4/6/18 | Mock Oral Exams | UM/JMH |
| | Surgical Residents | 1-hr |
| 3/2/18 | Mock Oral Exams | UM/JMH |
| | Surgical Residents | 1-hr |
| 2/9/18 | Surgical Nutrition | UM/JMH |
| | Gynecologic Oncology fellows | 1-hr |
| 11/15/17 | Trauma Cases | UM/JMH |
| | Emergency Medicine residents | 1-hr |
| 9/22/17 | Small Intestine | UM/JMH |
| | Surgical residents | 1-hr |
| 8/29/17 | Open surgical skills | UM/JMH |
| | Surgical intern | 1.5-hr |
| 8/28/17 | Open surgical skills | UM/JMH |
| | Surgical intern | 1-hr |
| 8/2/17 | ABSITE review | UM/JMH |
| | Surgical residents | 1-hr |
| 7/25/17 | Open surgical skills | UMH/JMH |
| | Surgical intern | 2-hrs |
| 7/24/17 | Open surgical skills | UMH/JMH |
| | Surgical intern | 2-hrs |
| 7/20/17 | Nutrition 101 for Surgical Interns | UM/JMH |
| | Surgical residents | 1-hr |
| 6/15/17 | Case Conference | UM/JMH |
| | Surgical residents | 1-hr |
| 2/9/17 | Small Bowel Obstruction | MGH |
| | Surgical residents | 1-hr |
| 11/4/16 | Nutrition basics | MGH |
| | SICU fellows | 1-hr |
| 11/3/16 | Head Injury | MGH |
| | Surgical residents | 1-hr |
| 11/3/16 | Can't Close the Abdomen…. | MGH |
| | OB/GYN residents | 1-hr |
| 11/1/16 | Trauma teaching Rounds | MGH |
| | Surgical residents | 1-hr |
| 11/1/16 | Nutrition in the Surgical Patient | MGH |
| | OB/GYN residents | 1-hr |
| 10/18/16 | Damage Control Resuscitation | MGH |
| | EM residents | 1-hr |

| 10/11/16 | Trauma Teaching Rounds | MGH |
| | Surgical Residents | 1-hr |
| 9/20/16 | Trauma Teaching Rounds | MGH |
| | Surgical Residents | 1-hr |
| 9/6/16 | Trauma Teaching Rounds | MGH |
| | Surgical Residents | 1-hr |
| 8/25/16 | Nutrition 101 for Surgical Interns | MGH |
| | Surgical Residents | 1-hr |
| 8/23/16 | Trauma Teaching Rounds | MGH |
| | Surgical Residents | 1-hr |
| 7/21/16 | Damage Control Resuscitation | MGH |
| | Pediatric ICU fellows and staff | 1-hr |
| 7/19/16 | Trauma Teaching Rounds | MGH |
| | Surgical Residents | 1-hr |
| 7/5/16 | Basic and Laparoscopic Surgical Skills | MGH |
| | Surgical Residents | 1-hr |
| 6/21/16 | Nutrition Grand Rounds – Short Bowel Syndrome | MGH |
| | Surgical residents, dietitians | 1-hr |
| 5/17/16 | Basic and Laparoscopic Surgical Skills | MGH |
| | Surgical Residents | 1-hr |
| 4/19/16 | Mock Oral Exams | MGH |
| | Surgical Residents | 4-hrs |
| 4/12/16 | Basic and Laparoscopic Surgical Skills | MGH |
| | Surgical Residents | 1-hr |
| 3/15/16 | Nutrition Grand Rounds – Traumatic Brain Injury | MGH |
| | Surgical residents, dietitians | 1-hr |
| 2/23/16 | Trauma Teaching Rounds | MGH |
| | Surgical Residents | 1-hr |
| 1/26/16 | Trauma Teaching Rounds | MGH |
| | Surgical Residents | 1-hr |
| 12/15/15 | Nutrition Grand Rounds – Nutrition in Pancreatitis | MGH |
| | Surgical residents, dietitians | 1-hr |
| 12/10/15 | Acute Trauma Evaluation | MGH |
| | Neurology residents and Neurocritical care fellows | 1-hr |
| 11/2/15 | ICU Teaching Rounds (ARDS) | MGH |
| | Surgery Residents, Nurse Practitioners | 1-hr |
| 9/17/15 | Percutaneous Tracheostomy (lab) | MGH |
| | Surgery Residents | 1-hr |
| 9/8/15 | Trauma Teaching Rounds | MGH |
| | Surgery Residents | 1-hr |
| 8/18/15 | Nutrition Grand Rounds – Enterocutaneous Fistulas | MGH |
| | Surgery Residents/Dietitians | 1-hr |
| 7/14/15 | Penetrating Neck and Peripheral Vascular Trauma | MGH |
| | Emergency Medicine Residents | 1-hr |
| 7/7/15 | Trauma Teaching Rounds | MGH |
| | Surgical Residents | 1-hr |

| 7/2/15 | Nutrition in Surgical Patients: Nuts & Bolts | MGH |
| | Surgical Residents | 1-hr |
| 6/16/14 | Trauma Teaching Rounds | MGH |
| | Surgical Residents | 1-hr |
| 5/19/14 | Peptic Ulcer Disease | MGH |
| | Surgical Residents | 1-hr |
| 4/21/14 | Nutrition in surgical patients | MGH |
| | Surgical Residents | 1-hr |
| 3/17/14 | Diaphragmatic Injuries | MGH |
| | Surgical Residents | 1-hr |
| 9/16/14 | Abdominal Stab wounds | MGH |
| | Surgical Residents | 1-hr |
| 8/12/14 | Thoracic Trauma | MGH |
| | Emergency Medicine Residents | 1-hr |
| 7/22/14 | ARDS | MGH |
| | Surgical Residents | 1-hr |
| 6/3/14 | Blood Transfusion – Treating the Patient or the Doctor? | MGH |
| | Emergency Medicine Residents | 1-hr |
| 5/12/14 | Basic Assessment of the Trauma Patient | MGH SICU Morning Lecture |
| | Anesthesia Residents | 0.5-hr |
| 4/22/14 | General Surgery Journal Club | MGH |
| | Surgical Residents | 1.5-hr |
| 1/14/14 | General Surgery Journal Club | MGH |
| | Surgical Residents | 1.5-hr |
| 9/16/13 | Enteral Nutrition in the SICU | MGH SICU Morning Lecture |
| | Anesthesia Residents | 0.5-hr |
| 8/29/13 | Open abdomens and Abdominal Closure Techniques | MGH Gynecology Teaching Conference |
| | Gynecologic Oncology Fellows | 1-hr |
| 8/16/13 | Penetrating Neck, Thoracic, and Abdominal injuries | MGH |
| | Surgical Residents | 1-hr |
| 6/24/13 | Initial Assessment of the Trauma Patient | MGH SICU Morning Lecture |
| | Anesthesia Residents | 0.5-hr |
| 6/4/13 | Blast Injury | MGH |
| | Emergency Medicine Residents | 1-hr |
| 4/22/13 | Initial Assessment of the Trauma Patient | MGH SICU Morning Lecture |
| | Anesthesia Residents | 0.5-hr |
| 4/9/13 | Vital Signs Are Unreliable | MGH Emergency Medicine residents |
| | Emergency Medicine Residents | 0.5-hr |
| 4/9/13 | Prehospital Intubation in Traumatic Brain Injury | MGH Emergency Medicine Residents |

39

| | | |
|---|---|---|
| | Emergency Medicine Residents | 0.5-hr |
| 2/4/13 | Trachs, PEGS, and chest tubes | Neuro ICU residents and fellows |
| | Neuro ICU Fellows and Residents | 1-hr |
| 12/31/12 | Initial Assessment of the Trauma Patient | SICU fellows/residents conference |
| | Fellows & Residents | 1-hr |
| 11/13/12 | Blood Transfusion in Non-Bleeding ICU Patients | SICU Noon Fellows Conference |
| | Fellows | 1-hr |
| 9/24/12 | Initial Assessment of the Trauma Patient | MGH SICU Morning Lecture |
| | Anesthesia Residents | |
| 9/21/12 | ICU Journal Club | SICU Fellows/Residents Conference |
| | Fellows & Residents | 1-hr |
| 7/12/12 | ICU Journal Club | Teaching Conference |
| | Surgical Residents | 1-hr |
| 7/11/12 | ICU Journal Club | MGH SICU Conference |
| | Surgery/Anesthesia Residents | 1-hr |
| 2/24/12 | ICU Journal Club | MGH SICU Morning Lecture |
| | Surgery/Anesthesia Residents | 0.5-hr |
| 2/22/12 | ICU Journal Club | SICU |
| | Surgery/Anesthesia Residents | 1-hr |
| 2/20/12 | Attending Teaching Rounds for medical students | MGH |
| | Medical Students | 1-hr |
| 2/14/12 | ICU Journal Club | MGH |
| | Surgery/Anesthesia Residents | 1-hr |
| 2/8/12 | ICU Journal Club | SICU |
| | Surgery/Anesthesia Residents | 1-hr |
| 12/9/11 | Initial Assessment of the Trauma Patient | MGH SICU Morning Lecture |
| | Anesthesia Residents | 0.5-hr |
| 11/30/11 | Expert Panel Review | ICU noon conference |
| | Surgical Residents | 1-hr |
| 11/14/11 | Attending Teaching Rounds | MGH |
| | Medical Students | 1-hr |
| 11/4/11 | Abdominal Compartment Syndrome | MGH SICU Morning Lecture |
| | Anesthesia Residents | 0.5-hr |
| 10/5/11 | ICU Journal Club | MGH SICU Conference |
| | Surgery/Anesthesia Residents | 1-hr |
| 9/9/11 | Abdominal Compartment Syndrome | MGH SICU Morning Lecture |
| | Anesthesia Residents | 0.5-hr |

| | | |
|---|---|---|
| 8/18/11 | Acute Abdomen | MGH Teaching Conference |
| | Surgical Residents | 1-hr |
| 7/28/11 | Wound Healing | MGH Teaching Conference |
| | Surgical Residents | 1-hr |
| 7/21/11 | Abdominal Compartment Syndrome | MGH Teaching Conference |
| | Surgical Residents | 1-hr |
| 7/13/11 | Blast Injury | MGH SICU Conference |
| | Surgery/Anesthesia Residents | 1-hr |
| 1/6/11 | Blast Injury | UCSF Conference |
| | Emergency Medicine Residency | 1-hr |
| 8/11/10 | Emergency cricothyroidotomy and resuscitative thoracotomy | UCSF Anatomy cadaver lab |
| | Surgical Residents | 3-hr |

FORMAL TEACHING OF PEERS (e.g., CME and other continuing education courses)

| | | |
|---|---|---|
| 2/4/26 | *Enteric Fistula Management in the Home Setting* <br> Invited speaker | Amerita (3 h) <br> Del Frisco's Grill |
| 2/3/26 | *ATLS Refresher Course* <br> Course Director | Denver Health (5 h) |
| 11/7/25 | *Thoracic Anatomy and Finger Thoracostomy cadaver lab* <br> Instructor | Colorado State EMS Conference (EMSAC) (2 h) |
| 10/7/25 | *PS322: Feeding the Surgical Patient* <br> Speaker and Moderator | ACS (1.5 h) |
| 10/6/25 | *PS205: Is It "Dead"? Diagnosis, Revascularization, and Resection Strategies for Acute Mesenteric Ischemia* <br> Speaker | ACS (1.5 h) |
| 9/11/25 | *Mastery of Acute Care Surgery Techniques and Practice: How I Do It and Papers You Need to Know: Open or Closed: Managing Enteroatmospheric Fistulas after Trauma* <br> Speaker | AAST |
| 8/6/25 | *ATLS Refresher Course* <br> Course Director | Denver Health (5 h) |
| 3/22/25 | *The Evolving Controversy Regarding the Clinical Outcomes Between Enteral and Parenteral Nutrition* <br> Speaker | ASPEN (1.5 h) |
| 11/19/24 | *ATLS* <br> Course Director | Denver Health (7 h) |

41

| 11/8/24 | *Thoracic Anatomy and Finger Thoracostomy cadaver lab* <br> Instructor | Colorado State EMS Conference (EMSAC) (2 h) |
|---|---|---|
| 10/4/24 | *Novel Strategies for Achieving Nutritional Adequacy* <br> Speaker | Colorado Society for Parenteral and Enteral Nutrition (CSPEN) (1h) |
| 8/10/24 | *Nutrition in Critical Care* <br> Speaker | Colorado Respiratory Care Society (1 h) |
| 6/5/24 | *TPN: Worth the Risk?* <br> Speaker | Surgical Infection Society (0.5 h) |
| 5/14/24 | *ATLS Introduction and Initial Assessment* <br> Course Instructor | Denver Health (1.5 h) |
| 4/17/24 | *Entrustable Professional Activities: Ready or Not, Here They Come* <br> Speaker | Mattox Vegas TCCACS 2024 |
| 4/16/24 | *Taming the Beast: How to Approach EC Fistulas* <br> Speaker | Mattox Vegas TCCACS 2024 |
| 3/13/24 | *ATLS Refresher Course* <br> Course Instructor | Denver Health (4 h) |
| 3/5/24 | *Nutrition Challenge: A Food Feud Program* <br> Speaker | ASPEN (1.5 h) |
| 1/20/24 | *Airway and Mechanical Ventilation Management for the Critically Ill Patient* <br> Skills Station (Surgical Airway) instructor | SCCM (2-h) |
| 10/26/23 | *Complex GI Nutrition Case Discussions: Implementing Science in Practice* <br> Speaker | Colorado chapter of ASPEN (1.5 h) |
| 4/27/23 | *Nutrition for Everyone: The Old and New* <br> Speaker | Inova Trauma Symposium (0.5 h) |
| 4/23/23 | *Complex GI Nutrition Case Discussions: Implementing Science into Practice* <br> Panelist | ASPEN (1.5 h) |
| 4/22/23 | *Enteral Nutrition Skills Lab* <br> Speaker | ASPEN (2 h) |
| 1/19/23 | *Airway and Mechanical Ventilation Management for the Critically Ill Patient* <br> Skills Station (Surgical Airway) instructor | SCCM (2.5-h) |
| 1/13/22 | *Navigating the Multicenter Trial Minefield: Pearls & Pitfalls from Veterans – Center Recruitment and Retention* <br> Speaker | EAST (1-h) |
| 3/23/21 | *Introduction to Implementation Science* <br> Speaker and Moderator | ASPEN (1.5 h) |
| 3/22/21 | *Consulting the Experts to Manage Challenging Cases* <br> Moderator | ASPEN (1.5 h) |

42

| 3/24/20 | *Surgical Management of Short Bowel Syndrome* Gastroenterology Grand Rounds | University of Miami (1-h) |
|---|---|---|
| 2/14/20 | *Airway and Mechanical Ventilation Management for the Critically Ill Patient* Skills Station (Surgical Airway) instructor | SCCM (2.5-h) |
| 7/12/19 | *ATLS – Skills Station D – Disability* Instructor | Ryder Trauma Center (1-h) |
| 6/6/19 | *Year in Review* Moderator | Surgical Infection Society San Diego, CA (1.5-h) |
| 5/31/19 | *Complex Abdominal Trauma Case Discussion* Panelist | World Congress of Abdominal Compartment Syndrome Campinas, Brazil (2-h) |
| 5/30/19 | *Straight to the Point on Fluids* Moderator | World Congress of Abdominal Compartment Syndrome Campinas, Brazil (2-h) |
| 5/29/19 | *Point-of-Care-Ultrasound and the WSACS Protocol* Instructor | World Congress of Abdominal Compartment Syndrome Campinas, Brazil (3-h) |
| 5/17/19 | *ATLS – Skills Station D – Disability* Instructor | Ryder Trauma Center (1-h) |
| 5/17/19 | *ATLS – Thermal Injuries* Speaker | Ryder Trauma Center (0.5-h) |
| 3/26/19 | *Fistuloclysis and Re-infusion of Succus Entericus: You Want Me to Do What?* Speaker | ASPEN (0.5 h) |
| 3/26/19 | *Enterocutaneous Fistulas: Maximizing the Success of Medical Therapy* Moderator | ASPEN (1.5 h) |
| 3/24/19 | *Enteral Nutrition – Nutrition and Metabolism Research Paper Sessions* Moderator | ASPEN (1.5 h) |
| 2/16/19 | *Airway Management in the Critically Ill Patient* Skills Station (Surgical Airway) instructor | SCCM (4-h) |
| 2/1/19 | *Stop the Bleed* Instructor (Doral Police Substation) | 1.5-h |
| 1/18/19 | Scientific Session IV-B Moderator | EAST (2-h) |
| 10/23/18 | A Night on Emergency General Surgery Call Panelist | ACS (1.5-h) |
| 8/17/18 | Surgical Rescue: Who and When? Leader | PTS (1-h) |
| 8/15/18 | Complex Abdominal Injury Case | PTS (0.5-h) |

43

|  |  |  |
|---|---|---|
|  | Panelist |  |
| 7/21/18 | Advanced Wound Care using Negative Pressure Wound Therapy<br>Lecturer | Wound Day 2 (1-h) |
| 4/25/18 | Pro/Con Debates, Surgical Infection Society 2018<br>Moderator | SIS (1.5-h) |
| 3/13/18 | Advanced Surgical Skills for Exposure in Trauma (ASSET) (Sponsor, ACS) | JMH (4-h) |
| 2/25/18 | Research Snapshot: Gastrointestinal and Hepatic<br>Moderator | SCCM (1-h) |
| 2/24/18 | Airway Management for the Critically Ill Patient<br>Skills Station Faculty: Surgical Airway | SCCM (4-h) |
| 1/24/18 | Rapid Fire Research – Enteral Nutrition<br>Moderator | ASPEN (1 h) |
| 1/12/18 | Emergency General Surgery and Critical Care<br>Moderator | EAST (2-h) |
| 11/30/17 | *Stop the Bleed*<br>Instructor | PTS (1.5-h) |
| 11/29/17 | *Stop the Bleed*<br>Instructor | PTS (1.5-h) |
| 10/24/17 | A Night On Call in the ICU<br>Panelist | ACS (1.5-h) |
| 10/23/17 | Nutrition: Overfeeding, Underfeeding, or No Feeding<br>Moderator | ACS (1.5-h) |
| 5/5/17 | Surgical Infection Society Pro/Con debates<br>Moderator | SIS (1.5-h) |
| 3/22/17 | Advanced Surgical Skills for Exposure in Trauma (ASSET) (Sponsor, ACS) | MGH (6-h) |
| 2/19/17 | Critical Care Paper Session<br>Moderator | ASPEN (1.5-h) |
| 2/19/17 | Critical Care Nutrition<br>Poster Professor | ASPEN (1-h) |
| 2/15/17 | When Less is More: Antibiotic Prophylaxis in Trauma<br>Lecturer | MGH (1-h)<br><br>MGH SICU |
| 2/15/17 | When Less is More: Antibiotic Prophylaxis in Trauma<br>Lecturer | MGH (1-h)<br><br>MGH SICU |
| 1/12/17 | Nutrition in Surgical Patients: Confusion Reigns Supreme!<br>Moderator | EAST (1-h) |
| 12/6/16 | Permissive Hypotension<br>EMS | Winchester, MA (1-h) |
| 11/15/16 | Session XVII: Critical Care with a Flair: TPN is Back, TEG is Big, ARDS is Back | Harvard Trauma Symposium (1-h) |

44

| | | |
|---|---|---|
| 11/13/16 | Ultrasound in Trauma (course director) | MGH (3-h) |
| | | Harvard Trauma Symposium |
| 10/31/16 | Moderator: Challenging Care – Facilitation and Expectation of the Family Meeting | MGH (1-h) |
| | Second Annual Geritrauma Nursing Conference | |
| 10/25/16 | Chest tube insertion | MGH (2-h) |
| | (ATLS) (Sponsor ACS) | |
| 10/24/16 | Airway | MGH (0.5-h) |
| | (ATLS) (Sponsor ACS) | |
| 10/18/16 | Damage Control Resuscitation | MGH (1-h) |
| | Pediatric Surgery-Pediatric Anesthesia conference | |
| 7/20/16 | Parenteral Nutrition 101 | MGH (1-h) |
| | | MGH SICU |
| 4/12/16 | ASSET course | MGH (6-h) |
| | Advanced Surgical Skills for Exposure in Trauma (ASSET) (Sponsor, ACS) | |
| 3/29/16 | Musculoskeletal Trauma and Moulage Testing | MGH (3-h) |
| | (ATLS) (Sponsor ACS) | |
| 3/28/16 | Initial Assessment | MGH (1-h) |
| | (ATLS) (Sponsor ACS) | |
| 3/22/16 | Pancreas/Duodenum, GU | MGH (6-h) |
| 2/2/16 | QuickShot: Trauma/Critical Care 2 – moderator | ASC |
| | Academic Surgical Congress (ASC) | (2-h) |
| 1/26/16 | Liver, Pancreas/Duodenum, ATOM lab | MGH (6-h) |
| 1/14/16 | Today's Topics #8 – I Have a Consult For You.... | EAST |
| | The Acute Abdomen in the non-surgical ICU | |
| | Moderator | (1-h) |
| 1/13/16 | QuickShot Sessions | EAST |
| | Moderator | (1-h) |
| 12/17/15 | Neurosurgery Grand Rounds – MGH Trauma Center Antibiotic Prophylaxis Quality Improvement Project | MGH (1-h) |
| 12/9/15 | ASSET course | MGH (6-h) |
| | Advanced Surgical Skills for Exposure in Trauma (ASSET) (Sponsor, ACS) | |
| 12/2/15 | Necrotizing Soft Tissue Infections | MGH (1-h) |
| 11/14/15 | Crush Injury | (1-h) |
| | Advanced Disaster Management Course | Advanced Disaster Management Response course |
| | (Panamerican Trauma Society) | Santa Cruz, Bolivia |
| 11/8/15 | Ultrasound in Trauma (course director) | MGH (3-h) |
| | | Harvard Trauma Symposium |
| 10/27/15 | Moulage | MGH (2-h) |
| | Advanced Trauma Life Support (ATLS) (Sponsor, ACS) | |
| 10/27/15 | Skills Station (Chest tube) | MGH (2-h) |

45

| | Advanced Trauma Life Support (ATLS) (Sponsor, ACS) | |
|---|---|---|
| 10/27/15 | Trauma in Pregnancy/Intimate Partner Violence Advanced Trauma Life Support (ATLS) (Sponsor, ACS) | MGH (1-h) |
| 10/20/15 | ASSET course Advanced Surgical Skills for Exposure in Trauma (ASSET)(Sponsor, ACS) | MGH (6-h) |
| 9/23/15 | Necrotizing Soft Tissue Infections | NWH (1-h) |
| 8/12/15 | Permissive Hypotension in Trauma Patients | MGH (1-h) |
| 4/13/15 | Liver, Spleen, Diaphragm, ATOM Lab Advanced Trauma Operative Management (ATOM) | MGH (7-h) |
| 3/23/15 | Initial Assessment Advanced Trauma Life Support (ATLS)(Sponsor, ACS) | MGH(1-h) |
| 3/16/15 | ASSET course Advanced Surgical Skills for Exposure in Trauma (ASSET) (Sponsor, ACS) | MGH(6-h) |
| 2/24/15 | Liver, Spleen, Diaphragm, ATOM Lab Advanced Trauma Operative Management (ATOM) | MGH(7-h) |
| 11/11/14 | Crush Injuries Advanced Disaster Management Response course (Panamerican Trauma Society) | (1-h) Advanced Disaster Management Response course Panama City, Panama |
| 11/4/14 | Nutrition in the ICU Never Easy | (0.5-h) Harvard Trauma Symposium |
| 11/3/14 | Combined Vascular and Orthopedic Injuries Image and Video Session | (0.5-h) Harvard Trauma Symposium |
| 11/2/14 | Extended FAST Ultrasounds for the Trauma Bay and the ICU | (0.5-h) Harvard Trauma Symposium |
| 10/20/14 | Spine (0.5 hrs), Skill station (2.5 hrs) Advanced Trauma Life Support (ATLS)(Sponsor, ACS) | (3-h) MGH |
| 9/22/14 | Liver, Genitourinary, Pancreas and Duodenum, , ATOM Lab Advanced Trauma Operative Management (ATOM) | (6.5-h) MGH |
| 7/2/14 | Nutrition in the ICU: Myths and Misconceptions | (1-h) MGH SICU |
| 6/26/14 | Blood Transfusion in the ICU – Treating the Patient or the Doctor? | (1-h) MGH SICU |
| 6/20/14 | Airway Skill station | (4-h) |

46

|  | Advanced Trauma Life Support (ATLS)(Sponsor, ACS) | MGH |
|---|---|---|
| 6/19/14 | Head trauma, surgical swine lab | (2.5-h) |
|  | Advanced Trauma Life Support (ATLS)(Sponsor, ACS) | MGH |
| 5/22/14 | ASSET course | (6-h) |
|  | Advanced Surgical Skills for Exposure in Trauma (ASSET)(Sponsor, ACS) | MGH |
| 5/8/14 | ASSET course | (6-h) |
|  | Advanced Surgical Skills for Exposure in Trauma (ASSET)(Sponsor, ACS) | MGH |
| 5/5/14 | Orotracheal Intubation, Moulage Skills Station | (2-h) |
|  | ATLS Instructor Course | MGH |
| 3/13/14 | Pancreas and Duodenum and ATOM Lab | (6.5-h) |
|  | Advanced Trauma Operative Management (ATOM) | MGH |
| 2/27/14 | Genitourinary, Liver and ATOM Lab | (6.5-h) |
|  | Advanced Trauma Operative Management (ATOM) | MGH |
| 1/30/14 | Pancreas and Duodenum and ATOM Lab | (6.5-h) |
|  | Advanced Trauma Operative Management (ATOM) | MGH |
| 11/14/13 | Spleen and Diaphragm, Pancreas and Duodenum | (0.5-h) |
|  | Advanced Trauma Operative Management (ATOM) | MGH |
| 11/12/13 | What's new in biologic meshes? | (0.5-h) |
|  | New Methods for Old Problems | Harvard Trauma Symposium |
| 11/11/13 | Is early enteral feeding in trauma truly feasible? The evidence, please! | (0.5-h) |
|  | Critical Care Challenges: The Evidence, Please! | Harvard Trauma Symposium |
| 11/11/13 | Preperitoneal pelvic packing | (0.5-h) |
|  | Video Session (With ARS) | Harvard Trauma Symposium |
| 11/10/13 | Thoracic ultrasonography | (0.5-h) |
|  | Ultrasound for Trauma and Critical Care | Harvard Trauma Symposium |
| 11/10/13 | The open abdomen that never closed: Biologic grafts, skin grafts, wound care | (0.5-h) |
|  | Surgical Techniques: damage Control and The Open Abdomen | Harvard Trauma Symposium |
| 11/1/13 | Prehospital Intubation – Do It Correctly or Not At All | (1-h) |
|  |  | Paramedic Refresher course (Manchester, MA)) |
| 10/21/13 | Cricothyroidotomy Skill Station | (2.5-h) |
|  | Advanced Trauma Life Support (ATLS) (Sponsor, ACS) | MGH |
| 10/21/13 | Thoracic Trauma | (1-h) |

| | | |
|---|---|---|
| | Advanced Trauma Life Support (ATLS) (Sponsor, ACS) | MGH |
| 9/13/13 | Blood Transfusions in the ICU: Treating the Patient or the Doctor? | (1-h) |
| | Department of Surgery Grand Rounds | MGH |
| 2/14/13 | Cardiac and Vascular, Liver | (6.5-h) |
| | Advanced Trauma Operative Management (ATOM) | MGH |
| 1/30/13 | Journal Club: Transfusion Strategies for Acute Upper Gastrointestinal Bleeding | (1-h) |
| | SICU/Trauma Journal Club | MGH |
| 1/23/13 | Journal Club: A Trial of Intracranial-Pressure Monitoring in Traumatic Brain Injury | (1-h) |
| | Journal Club: Effect of Not Monitoring Residual Gastric Volume on Risk of Ventilator-Associated Pneumonia | |
| | SICU/Trauma Journal Club | MGH |
| 11/29/12 | Neck, Abdomen, Distal Aorta, Iliacs, Ureters, Liver Trauma, Retrohepatic Cava | (6-h) |
| | Advanced Surgical Skills for Exposure in Trauma (ASSET)(Sponsor, ACS) | MGH |
| 11/8/12 | Pancreas and Duodenum | (6.5-h) |
| | Advanced Trauma Operative Management (ATOM) | MGH |
| 11/6/12 | Methods Against Line Infection | (1-h) |
| | Modern Treatment Against Infections | Harvard Trauma Symposium |
| 10/11/12 | Pancreas and Duodenum | (6.5-h) |
| | Advanced Trauma Operative Management (ATOM) | MGH |
| 6/21/12 | Pericardiocentesis, tube thoracostomy, cricothyroidotomy | (1-h) |
| | Advanced Trauma Life Support (ATLS) (Sponsor, ACS) | MGH |
| 5/17/12 | Exposure of Injuries to the Neck, Vascular Exposure Thorax and Root of the Neck | (6-h) |
| | Advanced Surgical Skills for Exposure in Trauma (ASSET)(Sponsor, ACS) | MGH |
| 3/26/12 | Shock Skills station | (2-h) |
| | Advanced Trauma Life Support (ATLS) (Sponsor, ACS) | MGH |
| 3/26/12 | Initial Assessment | (1-h) |
| | Advanced Trauma Life Support (ATLS)(Sponsor, ACS) | MGH |
| 11/6/11 | Prehospital Intubation in Traumatic Brain Injury – Do It Correctly or Don't Do It At All | (0.5-h) |
| | EMS Symposium (MGH, Dep. of Surgery) | Harvard Trauma Symposium |

| 11/6/11 | Vital Signs Are Unreliable | (0.5-h) |
| | EMS Symposium (MGH, Dep. of Surgery) | Harvard Trauma Symposium |
| 10/3/11 | Moulage | (2-h) |
| | Advanced Trauma Life Support (ATLS)(Sponsor, ACS) | MGH |
| 10/3/11 | Thoracic Injuries | (1-h) |
| | Advanced Trauma Life Support (ATLS) (Sponsor, ACS) | MGH |
| 6/2/11 | Year in Review in Trauma, 2011 | (0.5 h) |
| | Trauma Intensive Care Symposium | UCSF |
| 4/1/11 | Blast Injury | (1-h) |
| | Trauma Intensive Care Symposium | UCSF |
| 1/22/11 | Blast Injury | (1-h) |
| | Trauma Intensive Care Symposium | UCSF |
| 5/1/10 | Chest and Lung Trauma Management | (0.5 h) |
| | Postgraduate Course in General Surgery | UCSF |
| 8/13/10 | Overview of Burn Management | (0.5 h) |
| | Critical Care Burn Management Class | UCSF |

30. **Thesis and Dissertation Advising/Post-doctoral student supervision**

FORMALLY SUPERVISED (Mentored) TRAINEES

2021-2022   **Majid Chammas, MD**
From January 2021 through May 2022, I provided guidance and teaching in the aspects of observational trial design, data collection, database creation and management, and scientific writing. His research efforts during this time resulted in multiple oral abstract presentations at national conferences as well as multiple peer-reviewed journal publications. He is currently a categorical surgical resident at University of Miami/JFK Palm Beach Regional.

2019-2021   **Khaled Abdul Jawad, MD**
From September 2019 through May 2021, I provided guidance and teaching in the aspects of observational trial design, data collection, database creation and management, and scientific writing.  His research efforts during this time resulted in 3 oral abstract acceptances at national conferences (cancelled due to Covid-19 pandemic). He is currently a categorical surgical resident at University of Pittsburg Medical Center (UPMC) Horizon.

2018-2019   **Sinong Qian, MD**
Over the course of 1 year, I provided guidance and teaching in the aspects of observational trial design, data collection, database creation and management, and scientific writing.  His research efforts during this time resulted in 3 oral abstract

presentations at a national conference.   He is currently a categorical surgical resident at Central Michigan University.

2018-2019   **Georgia Vasileiou, MD**
Over the course of fifteen months, I provided guidance and teaching in the aspects of observational trial design, data collection, database creation and management, and scientific writing.  Her research efforts during this time resulted in 3 oral abstract presentations at a national conference and two first author peer-reviewed publications with several more currently under preparation.  She completed two years of preliminary general surgery residency (Jackson Memorial Hospital and Lenox Hill) and is currently a practicing physician in Greece.

2014-2016   **Luis Alfonso Ortiz, MSc**
Over two years, I mentored Alfonso in nutrition research, helping him complete his Master's degree.  Our collaborative research was presented at 2017 Clinical Nutrition Week (A.S.P.E.N.) as one oral presentation (Abstract of Distinction) and two poster presentations (one was Poster Abstract of Distinction).  So far, we have published one manuscript together in a peer-reviewed journal and we have two more under preparation.  Alfonso is currently Project Coordinator for the RE-ENERGIZE study and the EFFORT trial at the CERU (Clinical Evaluation Research Unit) in Kingston, Ontario, Canada.

2014-2015   **Eva Fuentes, MD**
Over the course of one year, I provided guidance and teaching in the aspects of observational trial design, data collection, database creation and management, and scientific writing.  Together, we have co-authored seven (7) peer-reviewed publications, with Dr. Fuentes first author on two (2) papers.  She is currently a categorical surgical resident at Florida Atlantic University.

2013-2015   **Nalin Chokengarmwong, MD**
Over the course of one year, I provided guidance and teaching in the aspects of observational trial design, data collection, database creation and management, and scientific writing.  Together, we have co-authored four (4) peer-reviewed publications, with Dr. Chokengarmwong first author on one (1) paper.  She is currently a practicing attending Anesthesiologist in Bangkok, Thailand.

2012-2013   **Miroslav Peev, MD**
Over the course of one year, I provided guidance and teaching in the aspects of observational trial design, data collection, database creation and management, and scientific writing.  The resulting research was awarded the Promising Investigator Award at the 2014 Clinical Nutrition Week (A.S.P.E.N.).  Miro completed a surgical residency at Tufts University and is currently a practicing surgeon a NYU Langone Health.

SERVICE

31. **University Committee and Administrative Responsibilities**

2025-          Institutional Pain and Opioid          Denver Health
               Management Committee

| | | |
|---|---|---|
| 2025- | Device Stewardship Committee | Denver Health |
| 2018-2022 | Critical Care Committee | University of Miami Hospital |
| 2017-2020 | Pharmacy and Therapeutics Committee | University of Miami Hospital |
| 2017-2022 | Associate Program Director for General Surgery residency | Jackson Memorial Hospital |
| 2014-2017 | Faculty - MGH International Trauma Disaster Institute | Massachusetts General Hospital Member |
| 2015-2017 | MGH Trauma Center, Antimicrobial Stewardship Program, and Infection Control Unit Working Group on Prophylactic Antimicrobial Use in Selected Traumatic Injuries | Massachusetts General Hospital Member |
| 2015-2017 | Subdural Hematoma Task Force | Massachusetts General Hospital Member |
| 2013-2017 | Antithrombotic Medications Stewardship Committee | Massachusetts General Hospital Member |
| 2012-2017 | MGH Blood Transfusion Committee | Massachusetts General Hospital Member |
| 2016- 2017 | Course Director, Emergency Surgery Harvard Medical School | Massachusetts General Hospital |
| 2016-2017 | Course Director, Advanced General Surgery Harvard Medical School | Massachusetts General Hospital |
| 2015- 2017 | Course Director, ATLS Course | Massachusetts General Hospital |
| 2013-2017 | Associate Director, ATOM Course | Massachusetts General Hospital |
| 2013-2017 | Associate Director, Surgery Clerkship Program Harvard Medical School | Massachusetts General Hospital |
| 2012-2017 | Associate Director, Surgical Intensive Care Unit (SICU) | Massachusetts General Hospital |

32.    Community Activities: None

51