# EXHIBIT 22D

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAs) PRODUCTS LIABILITY LITIGATION** | : : : : | **CIVIL ACTION** **MDL No. 3094** |
| | : : : : : | **2:24-md-03094-KSM** **Judge Karen Spencer Marston** |

**GENERAL CAUSATION EXPERT REPORT OF LINDA NGUYEN, M.D.**

## EXPERIENCE, TRAINING AND EDUCATION

I am currently a Clinical Professor of Medicine at Stanford University and Chief of Gastroenterology and Hepatology at Hoag Digestive Health Institute. I was previously the Interim Chief of Gastroenterology and Hepatology, Vice Chief of Clinical Operations and Director of Neurogastroenterology and Motility at Stanford University. During my tenure as Director of Neurogastroenterology and Motility at Stanford, we became one of the largest motility programs in the United States. My area of clinical and research expertise focuses on gastroparesis and disorders of the stomach. Over the past 20 years, I have cared for thousands of patients with gastroparesis, gastroparesis-like symptoms, small intestinal dysmotility, ileus and bowel obstruction in the clinic and hospital setting. My clinical activities are spent predominantly in the outpatient setting; however, I also see patients in the hospital with trainees and take calls from the Emergency Department.

I completed medical school at UCLA School of Medicine and my GI fellowship training at California Pacific Medical Center in San Francisco, California, where I was formally trained in Neurogastroenterology and Motility, with research focused on gastroparesis. I am an internationally recognized gastroenterologist who specializes in the field of Neurogastroenterology and Motility.

I have had numerous invited speaking engagements and visiting professorships nationally and internationally on the topic of gastroparesis. I have lectured and regularly present on topics such as *What is Gastroparesis*, *Vagal Nerve Stimulation for Gastroparesis*, *The Role of Diet in the Care of Patients with Gastroparesis*, *Gastroparesis Updates from the American College of Gastroenterology (ACG) Guidelines*, and *Gastric Motility Testing*. My research has been funded by the National Institutes of Health / National Institute of Diabetes and Digestive and Kidney Diseases (NIH/NIDDK), as well as philanthropy and industry grants, and I have published over 90 peer-reviewed original research papers, review articles and 8 book chapters focused predominantly on gastroparesis and gastroparesis-like disorders. My research includes understanding the role and impact of physiological testing on clinical care, exploring novel therapies for gastroparesis, and expanding the role of neuromodulation in the treatment of GI motility disorders and pain.

In recognition of my expertise on the topic of gastroparesis, in 2021, I was invited to be a content expert co-author of the ACG Clinical Guideline on Gastroparesis. I also have been chosen as one of two delegates from the United States to work on the "Rome Foundation and International Neurogastroenterology and Motility Societies' Consensus on Idiopathic Gastroparesis." Only two GIs are selected from each of the international societies that have contributed to this international consensus statement work, and I was selected to represent the American Neurogastroenterology and Motility Society (ANMS). The consensus guideline was published online in December 2024.[1]

---

[1] Schol, et al., Rome Foundation and International Neurogastroenterology and Motility Societies' Consensus on Idiopathic Gastroparesis. *The Lancet Gastroenterology & Hepatology* (2025).

In addition to my experience in gastroparesis and GI dysmotility, I am dedicated to developing successful cross-disciplinary collaborations to advance the understanding of chronic digestive disorders. This has led to research exploring the overlap between gastroparesis and migraine, gastroparesis and autonomic dysfunction, small intestinal bacterial overgrowth and chronic fatigue syndrome and chronic abdominal pain and widespread pain. This also has led to the creation of multidisciplinary clinics in collaboration with pain specialists, neurologists, psychologists and dietitians. I spearheaded efforts which resulted in the creation of the first Autonomic Neurogastroenterology Fellowship in the US, which is a joint neurology and GI motility fellowship. In recognition of my expertise, I was invited to participate as a committee member for the Institute of Medicine's Committee on the Development of a Consensus Case Definition for Chronic Multisystem Illness in 1990-1991 Gulf War Veterans from 2012-2013 and again on the National Academies of Sciences, Engineering, and Medicine's Committee on Health Care Utilization in Adults with Disabilities from 2016-2018.

My commitment to patient-centric care and application of cutting-edge science earned me the "Master Clinician Award" for the Stanford Department of Medicine and "Distinguished Investigator Award for Women in Neurogastroenterology" from the ANMS. I have held many national scientific society appointments over the course of my career and am currently Vice Chair of the Clinical Practice Section of the American Gastroenterological Association (AGA). I also serve as a Member of the Board of Directors for the ACG Institute. In 2019, I co-founded the ANMS Women in Neurogastroenterology Program, and I currently serve as co-chair of that program. I am co-editor of the "Neurogastroenterology and Motility Disorders of the Gastrointestinal Disorders" section of the journal, Current Gastroenterology Reports.

Finally, I have initiated and championed numerous programs locally and nationally to support women and those underrepresented in medicine, including junior faculty mentoring programs, midcareer career development awards and wellness workshops. My full CV is attached as **Exhibit A**. I am being compensated for my time at a rate of $750 per hour. I previously testified as an expert on one occasion, which was in this litigation, where I was deposed and testified in Court.

### ASSIGNMENT

I was asked by counsel for Novo Nordisk to provide my expert opinion as to whether reliable evidence exists that the use of GLP-1RA medicines (including specifically medicines containing semaglutide and liraglutide) can cause chronic gastroparesis, ileus, small bowel obstruction, or large bowel obstruction, as distinct from their well-known and intended temporary effects on gastric emptying and motility. In addition, I was asked to provide a general overview of gastroparesis, ileus, and small and large bowel obstruction, including what is known about the causes and pathophysiology of these diseases, and to respond to the opinions proffered by the Plaintiffs' experts: Dr. David C. Metz, Dr. Ma Somsouk, Dr. Kevin O'Brien, Dr. Binu John, Dr. Nilesh Lodhia, Dr. David Madigan, and Dr. David A. Kessler.

2

<u>SUMMARY OF OPINIONS</u>

Based on my review of the relevant literature and data, as well as my knowledge, training, research activities, and extensive experience as a GI motility physician, I conclude to a reasonable degree of scientific and medical certainty that:

- GLP-1RA medicines have a modest effect on gastric motility, which tends to decrease over time (tachyphylaxis). This is an intended mechanism of action of the medications for the management of both diabetes and obesity, is well known in the medical community, and is described in the product labeling. Any effect of GLP-1RAs on gastric motility is expected to fully resolve after treatment cessation. GLP-1RA medicines may also have a modest effect on intestinal motility, but the data on this is inconsistent and the impact (if any) on small and large bowel transit remains uncertain.

- Chronic gastroparesis and "drug-induced gastroparesis" are different conditions, with distinct physiology and etiology. Chronic gastroparesis is a condition characterized by permanent impairment of gastric motility without mechanical obstruction and is the result of damage or injury to nerves, muscles, cells, and/or connective tissue involved in gastric motility. "Drug-induced gastroparesis" is a term often used to describe the clinical symptoms associated with a temporary delay in gastric motility resulting from treatment with certain medications or drugs. Unlike chronic gastroparesis, this delay is not associated with permanent damage or injury and resolves when the medication leaves the system. For this reason, it is more accurate to describe this effect as drug-induced delayed gastric emptying.[2]

- Consistent with the opinions offered by Dr. Metz, I am not aware of any reliable evidence that GLP-1RA medicines can cause chronic gastroparesis or continued symptoms after treatment cessation. Although Dr. Metz focuses on a period of six months after treatment cessation, it is important to emphasize that no evidence exists that GLP-1RA medicines can affect gastric emptying or cause persistent adverse GI symptoms <u>at any time</u> after the medication is out of the system (typically defined as five half-lives after stopping the medication). Accordingly, Dr. Metz's opinion that, in individual cases, it is theoretically possible to conclude that a GLP-1RA caused chronic gastroparesis and/or continued adverse GI symptoms after treatment cessation is unsupported.

---

[2] Due to the widespread use of the nomenclature "drug-induced gastroparesis," for the sake of consistency, the terms "drug-induced gastroparesis" and "drug-induced delayed gastric emptying" will be used interchangeably to mean temporary and confirmed delay in gastric emptying with concurrent adverse GI symptoms and no mechanical obstruction, while the term "chronic gastroparesis" indicates the disorder that currently is without a cure and has limited therapeutic options.

3

- Ileus or adynamic ileus is an acute and temporary cessation of the normal muscle contractions of the small intestines or colon that prevents food, fluid, and gas from moving through. While GLP-1RAs might have a modest effect on slowing of intestinal and colonic motility (although the evidence is inconsistent), I am not aware of any reliable evidence that GLP-1RAs can cause ileus. In my clinical practice, I have never seen ileus caused by a GLP-1RA medicine, and the clinical data and epidemiological literature, as reviewed by Dr. David Dore, does not show evidence of an association between GLP-1RA use and ileus.

- Small and large bowel obstructions are types of mechanical obstruction of the respective segment of the bowel and occur when a physical blockage exists obstructing the passage of gut contents through the intestines. Small and large bowel obstruction differ mechanistically from ileus. I am not aware of any evidence that GLP-1RA can cause either small or large bowel obstruction. In my clinical practice, I have never seen intestinal obstruction caused by a GLP-1RA medicine, and the clinical data and epidemiological literature, as reviewed by Dr. David Dore, does not show evidence of an association between GLP-1RA use and intestinal obstruction.

This report builds on the information contained in my Issue 1 report (dated December 23, 2024), which I incorporate by reference. The materials I considered in forming this opinion are cited throughout this report and/or are listed in my materials considered list, attached as **Exhibit B**. I reserve the right to update my opinions as needed when and if new information becomes available.

### BACKGROUND

### I.    GLP-1 HORMONE AND ITS ACTIVITY IN THE BODY

Glucagon-like peptide-1 ("GLP-1") is a naturally occurring incretin hormone produced in the intestines by L cells after eating, which is involved in glucose homeostasis (i.e., the process by which the body keeps blood sugar levels balanced and stable) and satiety regulation (i.e., the body's system for controlling when to eat). It has several systemic effects and plays a crucial role in regulating blood sugar levels by stimulating the release of insulin from the pancreas, slowing gastric emptying to blunt postprandial glucose spikes, promoting satiety, increasing glucose uptake and impacting lipid metabolism [Zheng et al. 2024].[3] GLP-1 is also produced and released by neurons in the brainstem (nucleus tractus solitarius) and functions as a neurotransmitter in the hypothalamus to regulate appetite.

GLP-1 exerts its effects (both positive and negative) through binding to and interacting with GLP-1 receptors ("GLP-1Rs"). When GLP-1 binds to GLP-1Rs, it triggers the activation of G-proteins, leading to an increase in the intracellular second messenger cAMP and triggering

---

[3] Zheng, et al., Glucagon-like peptide-1 receptor: mechanisms and advances in therapy, *Signal Transduction and Targeted Therapy* (2024).

downstream effects. GLP-1Rs are found in a wide range of tissues in the body, including the pancreas, lungs, kidneys, central nervous system, cardiovascular system, gastrointestinal tract, skin, the dorsal motor vagal complex of the autonomic nervous system and immune cells.

Effects of GLP-1R activation are cell specific and include, increased insulin production (beta cells of the pancreas), decreased glucagon production (alpha cells of the pancreas), increased glucose uptake in peripheral tissues, reduced appetite/increased satiety (hypothalamus and increased gastric accommodation) and slowed gastric emptying (myenteric neurons, smooth muscles of the stomach, and the vagus nerve) [Zheng et al. 2024]. Side effects of GLP-1 activity, including GI side effects such as nausea and vomiting, are also mediated by interaction with GLP-1Rs, independent of the effect on gastric emptying [Beutler 2026].[4]

**Figure 1 [Bellavance, et al. (2025)].[5]**



Native GLP-1 is rapidly degraded by the dipeptidyl peptidase 4 (DPP-4) enzyme, meaning that it is rapidly cleared from the system. The effects of native GLP-1, which are dependent on activation of GLP-1R, are thus short-lived.

---

[4] Beutler, et al., GLP-1 physiology and pharmacology along the gut-brain axis, *J. Clin. Investigation* (2026).

[5] Bellavance, et al., Gastrointestinal Motility Effects of GLP-1 Receptor Agonists, *Current Gastroenterology Reports* (2025).

## II.    GLP-1RA MEDICINES AND THEIR INDICATIONS

GLP-1 Receptor Agonists ("GLP-1 RAs") are a class of medication that were developed to mimic the effects of native GLP-1, while at the same time allowing for a longer period of activity. This was accomplished in a number of different ways, all of which resulted in chemical configurations that are resistant to degradation by DPP-4. As a result, GLP-1RAs are present in the blood stream longer than native GLP-1, are able to activate GLP-1Rs for a longer period of time and have more prolonged effects in the body. This is critical because, as discussed above, once GLP-1 is out of the system, it no longer is able to activate GLP-1Rs and cannot exert its effects in the body.

The first GLP-1RA medicine (exenatide or Byetta) was developed and brought to market in 2005 for the treatment of type 2 diabetes. Since then, twelve (12) additional GLP-1RA medicines have been approved by FDA (Bydureon, Adlyxin, Victoza, Saxenda, Trulicity, Ozempic, Rybelsus, Wegovy, Xultophy, Soliqua, Mounjaro, and Zepbound), with indications that include treatment of type 2 diabetes, treatment of overweight and obesity, reduction of cardiovascular risk, reduction of risk of progression of kidney disease, and treatment of metabolic dysfunction-associated steatohepatitis ("MASH"). Over the past twenty years, millions of patients have been treated with GLP-1RA medicines in the US and globally, and the safety and efficacy of those medicines has been evaluated in hundreds of clinical trials, observational studies and other investigations.

**Figure 2. History of GLP-1 receptor agonists.**



Novo currently has five GLP-1RA medicines (excluding combination drugs) on the market in the U.S. These include Victoza (approved in 2010), Saxenda (approved in 2014), Ozempic (approved in 2017), Rybelsus (approved in 2019), and Wegovy (approved in 2021). Victoza, Ozempic and Rybelsus are indicated for treatment of type 2 diabetes, while Saxenda and Wegovy are indicated for treatment of overweight and obesity. The active ingredient in both Victoza and Saxenda is liraglutide, a relatively short-acting GLP-1RA which is dosed daily. The active ingredient in Ozempic, Rybelsus and Wegovy is semaglutide, a long-acting GLP-1RA which is dosed weekly (with the exception of the oral formulation of Rybelsus and Wegovy). The half-lives of these medicines are summarized in the table below.

**Table 1: Novo Nordisk GLP-1RA Half-Lives and Clearance**

| GLP-1RA Medicine | Half-Life | Time to Clearance (5 half-lives) |
|---|---|---|
| Victoza (SQ) | ~13 hours | ~3 days |
| Saxenda (SQ) | ~13 hours | ~3 days |
| Ozempic (SQ) | ~ 1 week | ~ 5 weeks |
| Ryblesus (Oral) | ~ 1 week | ~ 5 weeks |
| Wegovy (SQ) | ~ 1 week | ~ 5 weeks |

Though I do not prescribe GLP-1RAs, I frequently see patients who are being treated with GLP-1RAs and counsel patients with pre-existing GI motility disorders who are considering initiating or are actively using GLP-1RA medications.

**CAUSATION ISSUE #1: CHRONIC OR PERSISTENT GASTROPARESIS**

**I.      CHRONIC GASTROPARESIS**

Chronic gastroparesis is a chronic medical condition characterized by symptomatic delayed gastric emptying in the absence of a mechanical obstruction. Known causes of chronic gastroparesis include, diabetes, surgery (with injury to the vagus nerve), dysautonomia, autoimmune and connective tissue disorders (e.g., scleroderma, Ehlers-Danlos Syndrome, lupus), nervous system disorders (e.g., Parkinson's, multiple sclerosis, cerebral palsy, migraine), and certain viral infections (e.g. Ebstein-Barr virus, COVID-19). Diabetes itself is the number one known cause of gastroparesis and approximately a third of gastroparesis cases are idiopathic.

Symptoms of gastroparesis are nonspecific and can include any combination of nausea, vomiting, postprandial fullness, early satiety, bloating and/or abdominal pain, with nausea as the most common symptom. These symptoms overlap with other GI disorders, including functional dyspepsia, dumping syndrome, rumination syndrome, gastritis, cyclic vomiting syndrome, cannabinoid hyperemesis, cannabis withdrawal, peptic ulcer, narcotic bowel syndrome, median arcuate ligament syndrome, superior mesenteric artery syndrome, postural orthostatic tachycardia syndrome, gastric outlet obstruction, disordered eating and chronic pancreatitis, amongst others. Indeed, gastroparesis is frequently misdiagnosed based on symptoms, and as a result, as set forth in my Issue 1 report, a gastric emptying study is necessary to properly diagnose the condition.

The pathophysiology of chronic gastroparesis is complex and involves abnormalities of the intrinsic and autonomic nervous system, the connective tissue of the GI tract, gastric and duodenal myopathy (smooth muscle) and immune dysregulation. At a high level, chronic gastroparesis results from damage to the nerves, muscles, cells and/or connective tissue involved in the movement of food through the stomach, resulting in chronic impairment of gastric motility. For example, in diabetic gastroparesis, chronically elevated blood sugar levels damage the enteric and autonomic nervous system, resulting in abnormal myenteric neurotransmission (diminished neuronal nitric oxide activity), loss of interstitial cells of Cajal (ICC) and gastric pacemaking

activity, autonomic neuropathy and vagal dysfunction. Together, these abnormalities result in impaired relaxation of the fundus (upper stomach), pyloric dysfunction and antral hypomotility which manifest as chronically delayed gastric emptying with concurrent adverse GI symptoms. Similar pathophysiologic changes have been described in a subset of patients with idiopathic gastroparesis, autoimmune disorders and following viral infections, including COVID.

Chronic gastroparesis is a disorder associated with significant morbidity and is a life-long condition that can be challenging to manage. Treatment options include lifestyle changes to make food easier to digest (e.g., eating smaller meals, reducing fat, modifications to food texture, and staying hydrated), medication (e.g., motility agents and anti-nausea medications), and surgery (e.g., gastric electrical stimulation, pyloroplasty, placement of feeding tube, and gastrectomy). Unfortunately, even with these treatments, many patients continue to experience significant symptoms because of the underlying damage or injury to their nerves, muscles, and/or other tissues involved in gastric motility.

More detailed background regarding gastroparesis is included in my Issue 1 report. As discussed below, I am not aware of any evidence to suggest that GLP-1RA medicines can cause chronic gastroparesis.

## II.    "DRUG-INDUCED GASTROPARESIS"

"Drug-induced gastroparesis" is a term often used to describe the clinical symptoms associated with delayed gastric emptying resulting from the use of certain medicines, such as opioids, anticholinergics and calcium channel blockers. The symptoms associated with "drug-induced gastroparesis" can be similar to those of chronic gastroparesis and may include nausea, vomiting, early satiety and abdominal pain. But as discussed below, GI side effects associated with GLP-1RA may not be the result of a delay in gastric emptying and may be attributable to other effects of the medication.

Unlike chronic gastroparesis, "drug-induced gastroparesis" is not associated with permanent injury or damage to the nerves, muscles, cells, or other tissues involved in gastric motility. Rather, the underlying effect on gastric motility is temporary, associated with medicine use and resolves after the medication is stopped. Further, with some medications, such as GLP-1RAs, tachyphylaxis is observed, meaning that the effect on gastric emptying wanes over time even while the patient is taking the medicine.

For patients who experience side effects suspected to be related to "drug-induced gastroparesis," treatment typically is limited to reduction in the dose or cessation of the suspect medicine. Drug-induced delays in gastric emptying and any associated adverse symptoms resolve after treatment cessation and drug clearance. If symptoms persist after treatment is stopped, a medication effect can be ruled out, and alternative diagnosis or cause should be considered.

In my practice, I typically refer to this condition as drug-induced delayed gastric emptying, to avoid confusion with the distinct condition of chronic gastroparesis because I do not want to confuse patients and potentially expose them to unnecessary interventions and medical procedures. Historically, while I have used the term "drug-induced gastroparesis," I have transitioned away from this practice because of this potential for confusion.

## III.    GLP-1RA MEDICINES HAVE A MODEST EFFECT ON GASTRIC EMPTYING

Each GLP-1RA is a unique medication that has different clinical uses and effects. However, all GLP-1RA medicines have some effect on gastric emptying. This effect is part of the medications' mechanism of action, is well-known clinically and is described in the product labeling. The potential clinical effects of a delay in gastric emptying (including nausea, vomiting, early satiety, and abdominal pain) are well-known and also are discussed in the product labeling. In fact, the effects of an intravenous synthetic GLP-1 on gastric emptying was described and published in 1993 by Wettergren et al.[6]

There are four primary mechanisms by which GLP-1 slows gastric emptying of food, each of which is mediated through binding of GLP-1RAs to GLP-1Rs: (1) increasing gastric compliance, (2) inhibition of antral contractility, (3) pyloric coordination, and (4) impact on vagal pathway.

Overall, the effect of GLP-1RA medicines on gastric emptying appears to be modest and temporary. A recent systematic review and meta-analysis published in the *American Journal of Gastroenterology* found that, on average, GLP-1RA medicines delay gastric emptying by about 36 minutes [Hiramoto et al. 2024].[7] Based on their findings, Hiramoto and his co-authors concluded that "the overall delay in gastric emptying associated with GLP-1 RA agents appears, at best, mild to moderate in magnitude, with unclear clinical significance."

It is notable that the effects of GLP-1 RAs on gastric emptying appear to wane over time. Several studies have demonstrated evidence of tachyphylaxis, i.e., a diminishing effect after repeated GLP-1 RA use [e.g., Nauck et al. 2011[8]; Halawi et al. 2017].[9] It is at least in part for this reason that,

---

[6] Wettergen, et al., Truncated GLP-1 (proglucagon 78-107-amide) inhibits gastric and pancreatic functions in man, *Digestive Diseases and Science* (1993).

[7] Hiramoto, et al., Quantified Metrics of Gastric Emptying Delay by Glucagon-Like Peptide-1 Agonists: A Systematic Review and Meta-Analysis with Insights for Periprocedural Management, *The American Journal of Gastroenterology* (2024). To put this into perspective, the multicenter study used to determine normal gastric emptying values for the same meal in healthy volunteers had a standard deviation of 31 minutes (Normal T1/2 = $107 \pm 31$ minutes). Tougas, Assessment of gastric emptying using a low-fat meal: establishment of international control values, *The American Journal of Gastroenterology* (2000).

[8] Nauck, et al., Rapid tachyphylaxis of the glucagon-like peptide 1-induced deceleration of gastric emptying in humans, *American Diabetes Association* (2011).

[9] Halawi, et al., Effects of liraglutide on weight, satiation, and gastric functions in obesity: a randomized placebo-controlled pilot trial, *The Lancet Gastroenterology Hepatology* (2017).

consistent with the product labeling, GLP-1RA medicines are typically started at a low dose to minimize the potential GI side effects for patients.

Finally, the effects of GLP-1 RAs on gastric emptying differ depending on the specific drug and appear to be dependent on the half-life of the drug. Short acting GLP-1 RAs appear to have a greater effect on gastric emptying than longer acting agents [Uccellatore et al. 2015].[10]

### IV.    NO RELIABLE EVIDENCE EXISTS THAT GLP-1RA MEDICINES ARE CAPABLE OF CAUSING CHRONIC OR PERSISTENT GASTROPARESIS

It is my expert opinion, to a reasonable degree of scientific and medical certainty, based on the available evidence and my clinical experience, that no reliable evidence exists that GLP-1RA medications can cause chronic gastroparesis and/or continued adverse GI symptoms following cessation and washout of the medication. The efficacy and safety of GLP-1RA medications have been assessed for over two decades in hundreds of clinical trials, epidemiological studies, and published case reports. Despite this extensive evaluation, I am not aware of any clinical data, peer-reviewed study, or published case report that suggests—much less establishes—that the use of a GLP-1RAs can cause chronic gastroparesis or prolonged symptoms following treatment cessation.

A recent study from New Zealand published in the Clinical Gastroenterology and Hepatology journal demonstrated the temporary and reversible nature of GLP-1RA effect on gastric emptying [Coutinho et al. 2025].[11] In the Coutinho study, twenty overweight (not obese), but otherwise healthy subjects with baseline normal gastric amplitude, were provided increasing doses of liraglutide over the course of two weeks. While liraglutide was found to delay gastric emptying in 15 of the 20 patients (mean T1/2 82 v. 134.1 minutes), this delay did not correlate with symptoms and was independent of the effect on gastric amplitude. The authors also found that both the delay in emptying and adverse GI symptoms resolved upon cessation of the medication, and noted, that "reports of gastroparesis related to GLP-1 use are more likely to be due to unmasking of already existent gastroparesis in people with long-term diabetes, or a misdiagnosis made when gastric emptying studies were performed while the patient was taking the GLP-1 agonist."[12]

---

[10] Uccellatore, et al., Comparison Review of Short-Acting and Long-Acting Glucagon-like Peptide-1 Receptor Agonists, *Diabetes Therapy* (2015).

[11] Coutinho, et al., Glucagon-like Peptide-1 Agonist Liraglutide Induces Temporary Impairment to Gastric Electrical Activity in Health Volunteers, *Clinical Gastroenterology and Hepatology* (2025).

[12] The temporary and reversible impact of GLP-1RA use on gastric emptying is further demonstrated in the case reports cited by Dr. Metz, all of which show that the impact on gastric emptying and associated adverse GI symptoms resolved after cessation of treatment [Rai et al. 2018, Almustanyir et al. 2020, Kalas et al. 2021, Weber et al. 2023, Preda et al. 2023, Chaudhry et al. 2024, Iskander et al. 2025, and Gomez et al. 2025].

It is well known that patients who take GLP-1RA medications may experience GI side effects. These side effects are nonspecific and can mimic symptoms of gastroparesis, including nausea, vomiting, early satiety, and abdominal pain. In a similar vein, many of the candidates for GLP-1RA medications are diabetic and/or obese, and as a result, are already at risk for the development of gastroparesis and other adverse GI events. A diagnosis of "drug-induced gastroparesis" for patients with GI symptoms that are taking a GLP-1RA requires confirmation that there is no mechanical obstruction of the upper GI system and objective evidence of delayed gastric emptying through an appropriate gastric emptying study.

A few critical points need to be made with respect to this and the causation issues in this case.

*First*, and as discussed in detail in my Issue 1 report, the fact that a patient experiences GI side effects while on a GLP-1RA does not mean that those side effects are a result of a delay in gastric emptying. On the contrary, the best evidence available to date suggests that the GI side effects of GLP-1RAs are primarily caused by GLP-1R activation in the brain and central nervous system [Beutler 2026]. For this reason, a diagnosis of "drug-induced gastroparesis" cannot be made without a gastric emptying study. The same is true regardless of whether the condition is described as drug-induced delayed gastric emptying, impaired gastric emptying, or gastric dysmotility.

*Second*, I am not aware of any biologically plausible basis by which GLP-1RAs could cause permanent or even persistent (after treatment cessation) effects on gastric emptying. Specifically, I am not aware of any studies suggesting that GLP-1RAs cause any changes to the muscles, nerves, cells, and other tissues involved in gastric motility. Furthermore, given that, as discussed above, the effects of GLP-1RAs are dependent on interaction with GLP-1Rs, no biologically plausible basis exists for those effects to persist after the GLP-1RA is out of the patient's system.

*Third*, treatment for patients suspected of having drug-induced delays in gastric emptying is dose reduction or treatment cessation. If the symptoms do not resolve after treatment cessation and adequate washout, they are not related to the GLP-1RA, and a different etiology should be sought. This is consistent with clinical guidelines and with the testimony of plaintiffs' own experts at the Issue 1 hearing.

*Fourth*, the effect of GLP-1RA medications on gastric emptying and the potential for GI side effects, including severe GI events (whether connected to the delay in gastric emptying or otherwise) are well-known and described in the product labeling and packaging.

In my own practice, I have not seen any patients who experienced drug-induced delayed gastric emptying that did not resolve after treatment cessation. My experience mirrors the recommendations in the review by Bellavance et al., in Current Gastroenterology Reports, where they state:

> "[The] American Diabetes Association clinical practice guidelines for care in diabetes and the American Gastroenterological Association guidelines on management of gastroparesis both indicate that withdrawal of GLP-1 RAs can lead

11

to improvement in gastroparesis symptoms. Further, no studies demonstrate irreversibility of delayed gastric emptying with GLP-1 RAs."

In sum, I am not aware of any evidence that associates GLP-1RA use with chronic gastroparesis. I am also not aware of any plausible biologic mechanism by which GLP-1RAs could cause either a persistent delay in gastric emptying after treatment cessation, persistent gastrointestinal symptoms after treatment cessation, or gastroparesis.

## V.    RESPONSE TO PLAINTIFFS' GASTROPARESIS EXPERTS

I have reviewed the reports of Dr. David C. Metz, Dr. Ma Somsouk, Dr. Kevin O'Brien, Dr. David A. Kessler, and Dr. David Madigan and provide the following main points in response.

- I agree with Dr. Metz's opinion that "causality of prolonged symptoms of gastroparesis after cessation of a GLP-1RA drug cannot be supported" [Metz at 137]. I also agree more broadly with Dr. Metz's analysis of the data on this point (including the lack of any supportive evidence from clinical trials, observational studies or case reports), as discussed on pages 133-137 of his report. However, Dr. Metz frames his analysis by defining persistent symptoms as those that last more than six months following treatment cessation. It is important to note that no evidence exists to suggest that GLP-1RAs can affect gastric emptying and/or cause gastroparesis and its symptoms <u>at any time after the medication is out of the system</u>. This is defined as five half-lives after treatment cessation, or approximately 5 weeks for semaglutide and 3 days for liraglutide. If a patient experiences gastroparesis and its symptoms past this time, another etiology must be sought for their condition.

- Despite acknowledging the absence of evidence supporting causation (including the lack of a biologically plausible mechanism), Dr. Metz suggests that "a careful and detailed evaluation of individual patients might lead to a conclusion of causality of the prolonged symptoms based upon general medical and gastroenterological evaluation and careful development of a differential diagnosis" [Metz at 137]. I am not sure what Dr. Metz means by this statement. However, to the extent he is suggesting that it is possible to conclude that an individual patient's chronic or persistent gastroparesis symptoms are the result of the prior use of a GLP-1RA (which is at that time out of the patient's system), such a conclusion is not supported by the scientific evidence and is directly at odds with his own admission that no evidence exists that GLP-1RAs can cause chronic or persistent gastroparesis after treatment cessation. On the contrary, as noted above, if a patient experiences gastroparesis after treatment cessation, another etiology must be sought and, if none is found, a diagnosis of idiopathic gastroparesis should be made.

- Dr. Metz and Dr. Somsouk summarized a number of population-based studies and case reports and concluded that the data demonstrated an increased risk of "gastroparesis" in

12

patients taking GLP-1RA medicines. Aside from the methodological limitations of those studies (including how gastroparesis was defined as an endpoint and reliance on ICD coding without objective evidence of delayed gastric emptying), the studies evaluate a potential relationship between the medicines and "drug-induced gastroparesis"; they do not address chronic gastroparesis. Indeed, Dr. Somsouk concludes that, while there "is a real association between GLP-1 RA use and increased risk of drug-related gastroparesis," "the exact magnitude of that risk is uncertain due to residual confounding, detection bias, and outcome misclassification that cannot be fully addressed." Neither expert cites to any studies suggesting an association with persistent symptoms or persistent delay in gastric emptying after stopping treatment. As such, the data discussed by Dr. Metz and Dr. Somsouk simply support the known mechanism of GLP-1RAs (which involves a modest delay in gastric emptying as described in the product labeling) and demonstrate resolution of symptoms and/or delay in gastric emptying after treatment discontinuation.

- I disagree with Dr. Metz's and Dr. O'Brien's speculation about potential non-neural mechanisms by which GLP-1RA medicines could delay gastric emptying. As discussed above, GLP-1RAs slow gastric emptying by engaging neural pathways that increase pyloric tone and reduce antral contractions. Dr. Metz agrees that the effect of GLP-1RA medication on gastric motility is through effects on neural pathways [Metz at 20]. But he nonetheless speculates that GLP-1RA medication may "theoretically" cause permanent gastroparesis through intestinal microbiome disruption [Metz at 136]. Dr. Metz does not provide any evidence to support this speculation, and he concedes that there is none. Dr. O'Brien similarly suggests—without evidence—that GLP-1RA use can cause chronic gastroparesis by damaging ICC. Specifically, Dr. O'Brien posits that insufficient pre-clinical testing limits the ability to rule out a potential mechanism whereby GLP-1RA cause chronic gastroparesis through damage to ICC. But Dr. O'Brien ignores that GLP-1RA medications have been available for over 20 years and have been studied for even longer. Despite the extensive evaluation, there is no evidence that associates GLP-1RA use with damage to ICC.

- I disagree with Dr. Kessler's characterization of the data on the effects of GLP-1RAs on gastric emptying. Briefly, while there are differences between medications in the class, GLP-1RAs have a modest effect on gastric emptying, the effect typically subsides over time (tachyphylaxis), is well known in the medical community and reflected in the product labeling, and resolves after treatment cessation. Indeed, as stated by the authors of the Hiramoto study discussed above, the gastric emptying effect of GLP-1RA medicines "appears, at best, mild to moderate in magnitude, with unclear clinical significance."

- Dr. Madigan's analysis of data reported on FDA's adverse event reporting system (FAERS) provides little or no relevant information on the causation issues at hand. First, the analysis

13

does not address chronic or persistent gastroparesis. Second, the analysis is not specific to the question at hand, as it includes reports of events other than gastroparesis confirmed by a gastric emptying study. Third, the analysis relies on spontaneous adverse event reports, which are at best useful for signal detection. Indeed, properly viewed, the analysis simply confirms what is known about the medications and discussed in the product labeling—that patients can experience adverse gastrointestinal side effects while taking the medicines.

**CAUSATION ISSUE #2: ILEUS AND INTESTINAL OBSTRUCTION**

## I.      ILEUS (FUNCTIONAL BOWEL OBSTRUCTION)

Ileus is an acute and temporary condition where the intestines stop moving food and waste due to a disruption of the normal coordinated propulsive motor activity of the GI system, essentially causing symptoms that mimic a mechanical blockage, without the physical obstruction; thus, often called a "functional obstruction." The term "ileus" involves primarily the small intestine but can also involve the stomach and colon. Ileus, small bowel obstruction, and large bowel obstruction are separate and distinct conditions, and cannot, as Dr. Lodhia states on page 6 of his report, be viewed as points along a continuum of GLP-1RA-related gastrointestinal injuries.

The pathophysiology of ileus is multifactorial and can involve neurogenic or inflammatory pathways leading to altered smooth muscle contractility. Symptoms of ileus are non-specific and include abdominal swelling (distention), abdominal fullness, abdominal pain and cramping, constipation, diarrhea, inability to pass gas, nausea, and vomiting. Ileus can be suspected based on symptoms but cannot be diagnosed by symptoms alone. Supporting evidence of ileus include absent bowel sounds, gaseous abdominal distention (tympany) and imaging evidence of dilated small bowel and/or colon (X-ray or CT scan) and absence of a mechanical obstruction (CT or MRI).

Ileus can be classified by etiology, with post-operative ileus (POI) being the most common cause. Both POI and non-surgical causes of ileus (sometimes collectively termed adynamic or paralytic ileus) reverse when the inciting factors are corrected or when the bowel resumes motility function on its own.

Post-operative ileus is typically categorized as "physiologic ileus" or "prolonged POI". Physiologic ileus describes the normal physiologic response to surgery and anesthesia, which results in stoppage of the gut that normally occurs after surgery and typically resolves within 72 hours. Prolonged POI is defined as ileus persisting > 3 days after surgery (present on postoperative day #4 or longer). Trauma or surgery that causes bleeding in the belly or in the retroperitoneum (the structures behind the lining of the abdominal cavity) or the need for blood transfusions are also associated with the occurrence of ileus. Ileus can occur after any surgery but more often presents following longer operations, abdominal or pelvic surgeries or open surgeries (as opposed to minimally invasive ones like laparoscopic or robotic surgery). Other risk factors for prolonged POI include co-morbid illness (i.e. diabetes), immobility and poor nutrition.

14

Adynamic ileus, sometimes called paralytic ileus, is a broad term that encompasses POI and includes all causes of ileus. Common nonsurgical causes of ileus include hospitalization or critical illness, sepsis, prolonged inactivity, electrolyte abnormalities and metabolic disturbances. More rare causes include spinal cord injury, mesenteric ischemia (impaired blood flow to the intestines), strokes or other neurologic disorders (Parkinson's) and severe burns. Adynamic ileus can also be idiopathic where a clear cause cannot be found.

Medication induced ileus is often listed as a possible cause of ileus in review articles as a risk factor of prolonged POI; however, there is a paucity of evidence supporting the presence of de novo medication induced ileus in nonhospitalized patients. Nonsurgical ileus attributed to medications is typically reported in the setting of acute medical illness (e.g. patient in the ICU for sepsis receiving opiates or anticholinergics). In rare situations, cases of acute nonsurgical ileus have been reported in the community (nonhospitalized patient) from overdose or rapid opiate escalation resulting in sudden saturation of mu-opiate receptors. Treatment of this condition involves supportive care, withdrawal of the medication and treatment of the underlying illness (i.e. sepsis, electrolyte abnormalities).

Ileus must be distinguished from chronic intestinal pseudo-obstruction ("CIPO"), a rare syndrome characterized by recurrent episodes of obstruction-like symptoms without any mechanical cause. CIPO may be primary (idiopathic or hereditary) or secondary to systemic diseases such as scleroderma, diabetes, or amyloidosis. The most common cause of CIPO in adults is idiopathic. Unlike ileus, CIPO is a lifelong condition requiring ongoing management, which may include prokinetic agents, nutritional support, and in severe cases, parenteral nutrition.

Treatment is not always necessary for ileus because it can resolve on its own or following treatment of underlying causes. If treatment is necessary, bowel rest, in which patients are instructed to either consume a liquid diet or stop eating or drinking until the symptoms resolve is often recommended. Intravenous (IV) fluid hydration is often initiated in patients unable to drink and to correct reversible causes such as electrolyte or metabolic derangements. If the patient is having severe abdominal distension with nausea or vomiting, then placement of a tube through the nose into the stomach (nasogastric tube) to provide stomach and bowel decompression may be warranted. If needed, pain management without the use of opioids is recommended (opioids are generally not recommended because of a potential impact on motility). Patients are also encouraged to walk as much as they can. The abdomen must be continuously examined several times per day for signs of worsening (more distension or pain).

## II.    SMALL AND LARGE BOWEL OBSTRUCTION (MECHANICAL BOWEL OBSTRUCTION)

Small and large bowel obstructions are distinct, but similar subtypes of mechanical bowel obstruction, which involve a physical blockage in the small or large intestine that stops food, fluids, waste and gas from passing through the intestine. Small bowel obstruction (SBO) accounts for the majority of all mechanical bowel obstructions. The most common causes of SBO are postoperative adhesions, hernias, malignancy and Crohn's disease. Large bowel obstruction (LBO) is a separate

15

and distinct condition from SBO in which the mechanical obstruction occurs in the large bowel or colon. The most common causes of LBO are colorectal carcinoma, volvulus (twisting of the colon) and diverticular disease with stricture formation.

Symptoms of mechanical bowel obstructions are non-specific, including increasing abdominal pain, nausea with or without vomiting, inability to pass gas, eventual absence of bowel movements, abdominal distension; and are similar to the symptoms of ileus, gastroparesis and many other GI conditions. Both small and large bowel obstruction cannot be diagnosed by symptoms alone and requires a CT scan for a proper diagnosis. Similar to ileus, the CT scan demonstrates dilation of the segment(s) of bowel proximal. However, in patients with a mechanical bowel obstruction, there is a transition point where the dilated bowel narrows at the region of obstruction then becomes normal in caliber distal to the area of blockage.

The small or large intestine can be obstructed in three ways: (1) intraluminal (lesions within the bowel), (2) intramural (lesions within the bowel wall), and (3) extrinsic (lesions outside the bowel). Intraluminal lesions are the rarest form of mechanical bowel obstructions and involve a foreign body, gallstone, or bezoar (a tightly packed indigestible foreign body, e.g., ball of hair) getting lodged in the intestines that physically obstructs passage of intestinal content. Intramural obstructions involve intestinal tumors, whether benign or malignant, that arise from within the wall of the bowel and, when large enough, impair transit of intestinal contents (which are common in large bowel obstructions), as well as conditions which cause thickening of the bowel wall and narrow the lumen, for example, infection, trauma, intussusception (telescoping of the bowel on itself) and inflammatory disorders such as Crohn's disease. Lesions extrinsic to the bowel are the most common, particularly in small bowel obstructions, and involve scar tissue (adhesions) from prior surgery or intra-abdominal infections, hernias or inflammatory disorders such as Crohn's disease.



**Figure 4: Types of Mechanical Bowel Obstructions.**

Mechanical bowel obstruction may resolve with time but can also present as a surgical emergency. Intravenous (IV) fluid hydration must be initiated and correction of any electrolyte or metabolic derangements is essential. If there are signs of bowel strangulation, ischemia, or peritonitis, the patient requires emergency surgery. If not, a trial of non-operative management may be appropriate. This begins with bowel rest (the patient is instructed not to eat or drink) and placement of a nasogastric tube to provide stomach and bowel decompression. Pain management, if needed, without the use of opioids is typically recommended. Patients are also encouraged to walk as much as possible.

## III.    GLP-1RA MEDICINES AND INTESTINAL MOTILITY

There is limited and conflicting evidence that GLP-1RA medications may modestly slow small- and, in some individuals, large-bowel transit, with variability across trials and specific medications [Thazhath et al. 2016,[13] Nakatani et al. 2017,[14] Wegeberg et al. 2020].[15] GLP-1 inhibits small bowel motility by reducing migrating motor complex frequency through vagal afferent and central pathways that modulate enteric circuits, with secondary effects on smooth muscle contractility. [Chen et al. 2026,[16] Bellevance et al. 2025]. While GLP-1RAs may slow intestinal motility, the dominant mechanism—like gastric emptying—is understood to be neural. After discontinuation, these neural and hormonal signals abate and motility returns toward baseline as the drug clears, though with long-acting agents this may take several weeks. As a result, any effects of GLP-1RAs on intestinal motility are temporary and reversible.

The effect of GLP-1RAs on intestinal and colonic motility is less consistent than on gastric emptying, and the clinical impact of the delay on intestinal motility remains uncertain [Chen et al. 2026, Wegeberg et al. 2020]. Chen et al. reports that the pharmacodynamic effects of GLP1-RA appear to be region- and context-dependent, with the potential to either slow or normalize transit depending on baseline motility status, and that when used at standard doses, these medications "do not materially increase intestinal obstruction risk and that liraglutide in particular may exert net favorable effects on motility-related outcomes." Chen reached this conclusion, in part, based on the Wegeberg study, in which 48 adults with type 1 diabetes and confirmed distal symmetric polyneuropathy were randomized to receive liraglutide 1.8 mg/day or placebo for 26 weeks. A

---

[13] Thazhath, et al., The glucagon-like peptide 1 receptor agonist exenatide inhibits small intestinal motility, flow, transit, and absorption of glucose in healthy subjects and patients with type 2 diabetes: a randomized controlled trial, *Diabetes* (2016).

[14] Nakatani et al., Effect of GLP-1 receptor agonist on gastrointestinal tract motility and residue rates as evaluated by capsule endoscopy, *Diabetes & Metabolism* (2017).

[15] Wegeberg, et al, Liraglutide accelerates colonic transit in people with type 1 diabetes and polyneuropathy: A randomised, double-blind, placebo-controlled trial, U*nited European Gastroenterology Journal* (2020).

[16] Chen, et al., Agent- and Dose-Specific Intestinal Obstruction Safety of GLP-1 Receptor Agonists and SGLT2 Inhibitors: A Network Meta-Analysis of Randomized Trials, *International Journal of Molecular Sciences* (2026).

17

subset of 39 participants (19 liraglutide, 20 placebo) underwent wireless capsule motility testing to measure gastric, small bowel and colonic motility at baseline and after 26 weeks of liraglutide or placebo. After the 26 week period, the authors reported that there was no change in gastric or small bowel transit time for the liraglutide group as compared to placebo users. Liraglutide decreased the motility index but actually resulted in acceleration of colonic transit time. Similarly, in a randomized, placebo-controlled, dose-response study conducted by a group led by Dr. Michael Camilleri, 46 female patients with IBS-C, were provided either placebo or a specified dose of a GLP-1 analog, ROSE-010 (30, 100, or 300 μg sc) once a day for 3 consecutive days and on 1 day 2-10 days later [Camilleri et al. 2012].[17] The authors measured gastric, small bowel and colonic transit by scintigraphy, and reported that while the GLP-1 analog delayed gastric emptying of solids, with significant delays at 300 μg, there was not a similar delay with small bowel or colonic transit. In fact, they observed an acceleration of colonic transit.

## IV.  NO RELIABLE EVIDENCE EXISTS THAT GLP-1RA MEDICINES ARE CAPABLE OF CAUSING ILEUS OR INTESTINAL BOWEL OBSTRUCTION

It is my expert opinion, to a reasonable degree of scientific and medical certainty, based on my clinical knowledge and experience, my review of the literature and the analysis performed by Dr. Dore, that no reliable basis exists to conclude that GLP-1RA medications can cause ileus, mechanical small bowel, or mechanical large bowel obstruction. While GLP-1RAs might slow intestinal motility in some patients, in my opinion, this does not manifest into a medical disorder known as ileus, mechanical small bowel obstruction, or mechanical large bowel obstruction.

In forming my opinions in this matter, I rely in substantial part on my day-to-day clinical experience as a practicing gastroenterologist with a subspecialty focus on neurogastroenterology and gastrointestinal motility disorders. Over the 20 plus years that I have been practicing, I have evaluated and treated over 15,000 patients with confirmed or suspected motility disorders in outpatient and inpatient settings, including a significant number referred for evaluation of suspected ileus and intestinal obstruction. Within practice, I routinely review comprehensive medical, surgical and medication histories, timing of symptom onset relative to therapy initiation or dose adjustments, imaging, laboratory studies and the clinical course with and without medication modification.

Across this experience, I have not observed a clinical scenario in which a GLP-1RA was, in my medical judgment, the cause of ileus or intestinal obstruction. Although some patients treated with GLP-1RAs report gastrointestinal symptoms, most commonly nausea, early satiety or changes in bowel habits, those presentations have not, in my experience, translated into radiographic or operative findings of ileus or mechanical obstruction attributable to the medication. (It is also

---

[17] Camilleri et al., Effect of a glucagon-like peptide 1 analog, ROSE-010, on GI motor functions in female patients with constipation-predominant irritable bowel syndrome, *American Physiological Society Journal* (2012)**.**

worth noting that many patients that are eligible for GLP-1RA use, particularly diabetic patients, are already at risk for the development of ileus and intestinal obstruction.) In cases in which a temporal association between GLP-1RA therapy and gastrointestinal complaints was suggested, the totality of data from objective imaging, serial examinations, response to supportive care and outcomes following medication continuation or adjustment did not support a conclusion that GLP-1RAs caused ileus or intestinal obstruction. In no instance in my clinical practice have I determined that a GLP-1RA was the proximate cause of ileus or intestinal obstruction.

There is no evidence that GLP-1RA use causes paralysis or complete cessation of small- or large-bowel contractility. As discussed above, there is inconsistent evidence as to whether GLP-1RA medications slow small-bowel transit, and the clinical impact, if any, on small intestinal transit remains uncertain. The effects of GLP-1RA on colonic motility has demonstrated mixed results with both evidence of increased and decreased contractility. This likely explains the presence of both constipation and diarrhea as a known side effect of GLP-1RA as listed in the label.

The results of meta-analyses evaluating the impact of GLP-1RA on ileus and intestinal obstruction are consistent with my clinical experience [Chen et al. 2026, Chiang et al. 2025,[18] Wang et al. 2024,[19] Wang et al. 2022,[20] and Yin et al. 2021].[21] For example, in January 2026, Chen et al. published a network meta-analysis to determine the impact of GLP-1RA and SGLT2 inhibitors on the risk of intestinal obstruction.[22] The authors reported that no GLP-1RA demonstrated a statistically significant increase in obstruction risk, and that liraglutide was associated with a lower risk of intestinal obstruction. Similarly, the AGA's official journal, *Gastroenterology*, recently published a systematic review and meta-analysis of GLP-1RAs and GI adverse events across 55 double-blinded, placebo-controlled randomized controlled trials with over 100,000 subjects [Chiang et al. 2025]. The study prespecified intestinal obstruction and paralytic ileus as safety outcomes and found no increased risk with GLP-1RAs versus placebo (intestinal obstruction risk ratio ~0.82 [95% CI, 0.51–1.33]; paralytic ileus ~0.89 [95% CI, 0.39–2.01]), with very low absolute event rates and consistent null results across populations, agents, doses and treatment durations.

---

[18] Chiang et al., Glucagon-Like Peptide-1 Receptor Agonists and Gastrointestinal Adverse Events: A systematic Review and Meta-Analysis, *Gastroenterology* (2025).

[19] Wang et al., A comprehensive meta-analysis on the association of SGLT2s and GLP-1RAs with vascular diseases, digestive diseases and fractures, *Acta Diabetologica* (2024).

[20] Wang et al., Meta-analysis of the association between new hypoglycemic agents and digestive diseases, *Medicine* (2022).

[21] Yin et al., Comprehensive analysis of the safety of semaglutide in type 2 diabetes: a meta-analysis of the SUSTAIN and PIONEER trials, *Endocrine Journal* (2021).

[22] Chen et al. 2026 used a composite endpoint that includes ileus, SBO, and LBO, amongst other conditions. As discussed below, use of a composite endpoint for distinct conditions make it more difficult to determine the risk of a particular condition.

I was also provided and reviewed the expert report of Dr. David Dore, a pharmacoepidemiologist who conducted an analysis of the scientific literature discussing GLP-1RA use and ileus and intestinal bowel obstruction. I performed my own literature review and reviewed the literature he cited; I agree with his assessment that the scientific literature does not support an association between GLP-1RAs and the risk of developing ileus or mechanical intestinal obstruction, and thus there is no basis to consider a causal relationship.

I am aware that FDA has updated the product labeling for GLP-1RAs to include the terms ileus and intestinal obstruction in "Postmarketing Experience." However, FDA has made clear in the product labeling that such "Postmarketing Experience" does not establish a causal relationship. As FDA explicitly states, "Because these reactions are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure."

I also reviewed the reports issued by Plaintiffs' experts Dr. Binu John and Dr. Nilesh Lodhia, both of whom concluded that there is an association between GLP-1RA use and these conditions, as well as the report of Dr. David Madigan, in which he attempts to determine increased risk of adverse GI events using two composite endpoints that include ileus and obstruction events, and Dr. David Kessler. In my opinion, these reports contain a number of methodological flaws that make their conclusions unreliable.

*First*, both Drs. John and Lodhia appear to have failed to consider the totality of the available evidence regarding the relationship between GLP-1RA use and ileus and/or intestinal obstruction, including a number of studies that found no association between GLP-1RA medication and ileus and intestinal bowel obstruction (e.g., 3 meta-analyses [Yin et al. 2021, Wang et al. 2022, and Wang et al. 2024] and 2 observational studies [Klonoff et al. 2024[23] and Rashid et al. 2025][24]).[25]

*Second*, both Drs. John and Lodhia selectively and inappropriately primarily rely on findings from two observational studies [Faillie et al. 2021[26] and Sodhi et al 2023],[27] while ignoring a much larger body of evidence including clinical trials, meta-analyses, and observational studies finding no association and, in some cases, even a protective effect. Notably, Drs. John and Lodhia discount

---

[23] Klonoff et al., Risks of peri- and postoperative complication with glucagon-like peptide-1 receptor agonists, *Diabetes Obesity Metabolism* (2024).

[24] Rashid, Impact of Preoperative Glucagon-Like Peptide-1 Receptor Agonist on Outcomes Following Major Surgery, *World Journal of Surgery* (2025).

[25] Drs. John and Lodhia also do not discuss Chen et al. 2026, however, this is understandable because it was not published until after their reports were submitted.

[26] Faillie et al., Incretin-Based Drugs and Risk of Intestinal Obstruction Among Patients with Type 2 Diabetes, *Clinical Pharmacology & Therapeutics* (2022).

[27] Sodhi et al., Risk of Gastrointestinal Adverse Events Associated with Glucagon-Like Peptide-1 Receptor Agonists for Weight Loss, *JAMA* (2023).

20

studies like Ueda et al. 2024[28] and Niu et al. 2025[29] because the study populations were diabetic. But the study population in Faillie was also diabetic. And in Sodhi, while efforts were made to exclude diabetic patients, it is difficult to believe that the study was able to preclude all diabetic subjects based on the cohort timing and the indications for the GLP-1RA during those periods.

*Third*, many of the studies relied upon by Drs. John and Lodhia, including Faillie and Sodhi, use composite endpoints that combine conditions like ileus and intestinal obstruction. Such composite endpoints make it difficult, if not impossible, to isolate the effect of the medication(s) on the specific outcomes of interest in this litigation (i.e., ileus, small bowel obstruction, and large bowel obstruction). Composite endpoints also make it difficult to address and adjust for different confounding risk factors. Dr. John nonetheless attempts to use this limitation to bolster his opinion that GLP-1RA can cause ileus by speculating that the composite endpoints are masking the true association between medication and disease [John at 49]. He posits that ileus is a disease caused by intestinal dysmotility and that obstruction is not necessarily a disease of intestinal dysmotility, and as a result, a comparator group evaluating a composite endpoint will show less of an increased risk because non-GLP-1RA users are equally at risk of developing mechanical obstruction that is not related to dysmotility. But he cites no epidemiological literature supporting this finding, and instead, relies on a limited universe of mechanical studies to arrive at his conclusion.

*Fourth*, for similar reasons, Dr. Madigan's analysis of clinical trial data provides little or no relevant information on whether GLP-1RAs are capable of causing ileus, small bowel obstruction, or large bowel obstruction. For instance, in endpoint 1, in addition to using search terms like ileus and intestinal obstruction, Dr. Madigan uses non-specific symptoms, such as nausea, vomiting, abdominal pain, and constipation, which tell us little, if anything, about whether the medications are capable of causing specific conditions like ileus, SBO, or LBO. Similarly, Dr. Madigan's second endpoint uses terms like pseudo-obstruction and hypomotility, which as I explained earlier, are not the same as ileus, SBO, and LBO.

*Fifth*, the mere existence of a plausible biological mechanism (i.e., that GLP-1RAs may have some mild effect on intestinal motility) is not a sufficient basis to conclude that the medicines are capable of causing a clinical outcome such as ileus, SBO, or LBO. Drs. John, Lodhia and Kessler argue that it is biologically plausible that GLP-1RA and dual agonists can cause ileus and bowel obstruction based on several animal studies and limited human studies. However, none of the cited studies show that GLP-1R agonists or dual agonists cause ileus or bowel obstruction. In none of the mechanism studies they cite was complete halting of intestinal motility documented, or ileus or bowel obstruction observed. Indeed, as discussed above, I have never seen that in my clinical

---

[28] Ueda et al., Use of DPP4 Inhibitors and GLP-1 Receptor Agonists and Risk of Intestinal Obstruction: Scandinavian Cohort Study, *Clinical Gastroenterology and Hepatology* (2023).
[29] Niu et al., Gastrointestinal and Hepatobiliary Safety of Glucagon-like Peptide-1 Receptor Agonists in Patients with Type 2 Diabetes, *American Journal of Gastroenterology* (2025).

practice, nor is such effect reflected in the clinical evidence reviewed and summarized by Drs. Dore, John, Lodhia, or Madigan.

*Finally*, I am not aware of any major scientific or medical organization that has identified GLP-1RAs as a cause of ileus or intestinal obstruction. In particular, I am not aware of any position statements from leading GI and motility organizations—including the American Gastroenterological Association (AGA), the American Neurogastroenterology and Motility Society (ANMS), the American Motility Society (AMS), or the American Academy of Pharmaceutical Medicine—that state GLP-1RAs cause ileus or intestinal obstruction. In summary, based on my clinical knowledge and experience, my review of the comprehensive review performed by Dr. David Dore, my review of the literature and upon review of the reports of Dr. Binu John, Dr. Nilesh Lodhia, and Dr. David Madigan, and applying the same reasoning and principles I employ in my medical practice, it is my opinion, to a reasonable degree of medical and scientific certainty, that no reliable evidence exists that GLP-1RAs cause ileus or intestinal obstruction.

## CONCLUSION

As set forth above, based on my clinical experience and the totality of the available evidence, it is my opinion, to a reasonable degree of medical and scientific certainty, that GLP-1RA medications do not cause chronic gastroparesis, continued adverse GI symptoms following cessation of the medication, ileus, or intestinal bowel obstruction.

Linda Nguyen, M.D.
February 13, 2026

22

# EXHIBIT A

**LINDA ANH B. NGUYEN, MD, FACG, AGAF**
**Clinical Professor of Medicine**



As a self-proclaimed foodie, I understand the role of food and eating in our society and their impact on physical, mental and social well-being. It is this intricate interconnection between the brain and the gut which drew me to the field of Neurogastroenterology & Motility. My research portfolio encompasses a vast range of topics, from nutrition to virtual reality, vagus nerve stimulation and novel diagnostics, while maintaining a singular purpose of improving patient care and quality of life. This research has been funded by a combination of NIH/NIDDK, Industry and philanthropic grants. I am dedicated to developing cross disciplinary collaborations to advance the understanding of chronic digestive disorders. This has led to research exploring the overlap between gastroparesis and migraine, gastroparesis and autonomic dysfunction, small intestinal bacterial overgrowth and chronic fatigue syndrome and chronic abdominal pain and widespread pain as well as the creation of innovative multidisciplinary programs in collaboration with surgeons, pain specialists, neurologists, psychologists and dietitians.

As a leader, I am particularly committed to professional development and workforce wellness. I have initiated and championed numerous programs locally and nationally to support women and those underrepresented in medicine, including junior faculty mentoring programs, midcareer career development awards and wellness workshops. I am a lifelong learner who values fun, innovation and collaboration to catalyze impact. These values have been instrumental in my leadership roles, driving changes such as flexible work hours and work from home.

Skills:
- Strategic Planning
- Innovative Thinking
- Self-Awareness & Emotional Intelligence
- Relationship building and mentoring
- Fundraising and major donor development
- Social media and brand management

**EDUCATION:**

1995-1999    University of California, Los Angeles
             Degree:  Medical Doctor, 1999

1992-1996    University of California, Riverside
             Major:  Biomedical Sciences
             Degree:  Bachelor of Science, 1996

**POSTGRADUATE TRAINING:**

2002-2005    Gastroenterology Fellowship, California Pacific Medical Center
             San Francisco, CA

1999-2002    Internal Medicine Residency, California Pacific Medical Center
             San Francisco, CA

**LINDA ANH B. NGUYEN, MD, FACG, AGAF**
**Clinical Professor of Medicine**

████████

## LEADERSHIP DEVELOPMENT:

May 2022        Stanford Medicine Leadership Academy (18-month leadership academy designed around Strategic Initiatives that serve as a learning laboratory for leadership skills development. Participants are nominated by department leadership and selected by the Dean's Office)

April 2022       American College of Gastroenterology Advanced Leadership Development Program (12-month leadership development program for emerging leaders in gastroenterology)

Jan 2020         Advancing SPACE (10-month professional development program as an extension to the Making SPACE for What Matter program to further develop leadership skills)

Jan 2017         Making SPACE for What Matters (10-month professional development program through the Stanford Department of Medicine with a focus on wellness, mindfulness and meaning-making in leadership)

## PROFESSIONAL APPOINTMENTS:

### Faculty Appointments

4/1/2021-present          Clinical Professor of Medicine
                          Stanford University, CA

9/1/2015-3/31/2021        Clinical Associate Professor of Medicine
                          Stanford University, CA

10/1/2008-8/31/2015       Clinical Assistant Professor of Medicine
                          Stanford University, CA

8/1/2005-9/30/2008        Attending Gastroenterologist,
                          California Pacific Medical Center, San Francisco, CA

### Leadership Roles

1/12/26 – present         Division Chief, Gastroenterology & Hepatology
                          Hoag Digestive Health Institute, Newport Beach, CA

**LINDA ANH B. NGUYEN, MD, FACG, AGAF**



| | |
|---|---|
| 8/1/2024 – 10/31/2025 | Interim Chief, Division of Gastroenterology & Hepatology<br>Stanford University, CA |
| 9/1/2021 – 8/1/2024 | Vice Chief, Clinical Operations Division of Gastroenterology & Hepatology<br>Stanford University, CA |
| 7/1/2018 – 8/1/2024 | Clinic Chief, Digestive Health Center<br>Stanford Health Care, CA |
| 10/1/2008 – 8/30/2021 | Director, Neurogastroenterology and Motility<br>Stanford University, CA<br>Stanford Health Care, CA |
| 2007 – 2008 | Director of Motility Outreach<br>California Pacific Medical Center, San Francisco, CA |

## Public and Professional Service

| | |
|---|---|
| 2025 – present | Co-chair, ACG Institute Advance Leadership Program |
| 2025 – present | American Gastroenterology Association Future Leaders Mentor |
| 2022 – present | Secretary-Treasurer, Board Member, EBMed |
| 2019 – 2024 | Department of Medicine Clinical Educator (CE) A&P Committee Member, Stanford University School of Medicine |
| 2022 – 2023 | CARE (Center for Asian Research and Education) Summer Scholars Mentor, Stanford University School of Medicine |
| 2021 – present | Peer Mentor, ScrubsNHeels Matrix Mentorship Program |
| 2019 – 2022 | HBCU Engagement Summer Research Mentor, Stanford University School of Medicine |
| 2017 – 2019 | Making SPACE for What Matters Peer Group Lead, Stanford University Department of Medicine |
| 2018 – 2023 | Member, Stanford Depart of Medicine Diversity and Inclusion Committee. Stanford, CA |

**LINDA ANH B. NGUYEN, MD, FACG, AGAF**
**Clinical Professor of Medicine**

2017 – 2023    Member, Stanford WellMD Committee. Stanford, CA

2003 – 2025    Member, Northern California Vietnamese Physician Association Scholarship Committee

**National Scientific Society Appointments**

2025 – present    Faculty, North American Conference of Gastroenterology Fellows, American College of Gastroenterology

2024 – 2025    Co-Course Director, American College of Gastroenterology Postgraduate Course

2024 – 2025    Co-director, American Foregut Society Fellows Course

2024 – present    Vice Chair, Clinical Practice Section, American Gastroenterology Association (AGA)

2023 – present    Member, American College of Gastroenterology (ACG) Institute Board of Directors

2023 – present    Member, American Gastroenterology Association (AGA) Women's Committee

2023 – 2024    Committee Member, Federation of Neurogastroenterology and Motility (FNM) Annual Planning Committee

2022 – 2023    Co-chair, American Gastroenterology Association (AGA) Women in GI Regional Course

2021 – present    American College of Gastroenterology (ACG) Public Relations Committee

2020 – 2023    Chair, American Neurogastroenterology and Motility Society (ANMS) Membership, Mentoring, Diversity & Inclusion Committee

2020 – 2025    American Gastroenterology Association (AGA) Institute Research Awards Panel

**LINDA ANH B. NGUYEN, MD, FACG, AGAF**

| | |
|---|---|
| 2019 – 2023 | Councilor, AGA Institute Neurogastroenterology & Motility (NGM) Section |
| 2019 – present | Co-chair & Co-Founder, ANMS Women in Neurogastroenterology Program |
| 2018 – 2023 | ANMS Council Member |
| 2017 – 2019 | American College of Gastroenterology (ACG) Educational Affairs Committee |
| 2017 – 2020 | ANMS Communications Committee |
| 2016 – 2018 | NGM Section Nominating Committee, AGA |

**AWARDS**

| | |
|---|---|
| 2024 | Distinguished Investigator Award for Women in Neurogastroenterology, American Neurogastroenterology & Motility Society |
| 2024 | ACG Visiting Scholar in Equity, Diversity and Ethical Care Program |
| 2024 | Patient Experience Catalyst, Stanford Medicine Healthcare |
| 2023 | MODEL Mentor Lead (GI and Pulmonary), Stanford Department of Medicine |
| 2021 | Stanford Department of Medicine Master Clinician |
| 2008 | Young Investigator's Award International Electrogastrography Society |
| 2006 | Young Investigator's Award International Electrogastrography Society |
| 2005 | Young Investigator's Award International Electrogastrography Society |
| 2000 | Intern of the Year, California Pacific Medical Center |
| 1996 | Graduated University of California Riverside with High Honors |
| 1996 | Awarded Ernst Noltman Memorial Scholarship Award for Summer Research |

**INVITED SPEAKER/FACULTY at INTERNATION SCIENTIFIC MEETINGS and VISITING PROFESSORSHIP:**

| | |
|---|---|
| 10/18/25 | "Functional Dyspepsia: Management and Neurogastroenterology Approaches" Asia Pacific Neurogastroenterology Foundational Course. Hanoi, Vietnam |
| 10/19/25 | "IBS Treatment Pathways: Practical & Personalized" Asia Pacific Neurogastroenterology Foundational Course. Hanoi, Vietnam |
| 10/19/25 | "Case-based Approach to Nausea and Vomiting" Asia Pacific Neurogastroenterology Foundational Course. Hanoi, Vietnam |

**LINDA ANH B. NGUYEN, MD, FACG, AGAF**
**Clinical Professor of Medicine**

11/5/25     "Food and the Gut Brain Axis" Federation of Neurogastroenterology and
            Motility. Bangkok, Thailand
11/7/25     "International Consensus on Idiopathic Gastroparesis" Federation of
            Neurogastroenterology and Motility. Bangkok, Thailand
11/7/25     "Chronic Abdominal Pain in Adults" Federation of Neurogastroenterology and
            Motility. Bangkok, Thailand

**INVITED SPEAKER/FACULTY at NATIONAL SCIENTIFIC MEETINGS and VISITING PROFESSORSHIP:**

2/11/26     "New Insights, Comprehensive Care & Advance Treatments in Gastroparesis"
            New York Medical College. Virtual GI Grand Rounds
10/26/25    "Gadgets and Gizmos: New Tools in the Evaluation of Patients with Motility
            Disorders" ACG Annual Postgraduate Course. Phoenix, AZ
9/11/25     "TULIPS 2.0 Gastroparesis: Thresholds Using Lumen Imaging Probe in Surgery"
            American Foregut Society. Dallas, TX
9/9/25      "Management of Gastroparesis in the Post Domperidone Era" American Foregut
            Society. Dallas, TX
8/24/25     "Functional Dyspepsia vs. Gastroparesis" ACG Midwest Regional Postgraduate
            Course. Indianapolis, Indiana
5/6/25      "Decoding Dyspepsia: Innovative Strategies for Diagnosis and Treatment"
            Digestive Diseases Week. San Diego, CA
5/4/25      "Case-based Approach to Nausea and Vomiting" AGA Postgraduate Course. San
            Diego, CA
3/28/25     "Effective Mentor-Mentee Relationships" AGA Future Leaders Program.
            Bethesda, Washington D.C
1/26/25     "Effects of POTS and Dysautonomia in the GI Tract" ACG Western Regional
            Postgraduate Course. Las Vegas, NV
10/22/24    "Cannabis for Gastrointestinal Disorders: Everything You Wanted to Know, But
            Were Afraid to Ask" ACG Annual Postgraduate Course. Philadelphia, PA
10/21/24    "Medical Therapies for Obesity and Their GI Side Effects" ACG Annual
            Postgraduate Course. Philadelphia, PA
9/25/24     Visiting Professor Pennsylvania State Hersey Medical Center "From Bench to
            Bedside" & "Putting the Function Back in Functional GI Disorders". Hershey, PA
9/5/24      "Words Matter: Putting Function Back into Functional GI Disorders" ACG
            Visiting Scholar in Equity, Diversity and Ethical Care Program. Cedars-Sinai, CA
8/24/24     "How Best to Integrate APPs Into the GI Practice" ACG Midwest Regional
            Postgraduate Course. Minneapolis, MN
7/27/24     "Reflections of a Wandering Neurogastroenterologist: A Journy of Discoveray,
            Neuroplasticity and Hope" ANMS Annual Meeting. Baltimore, MD

**LINDA ANH B. NGUYEN, MD, FACG, AGAF**
**Clinical Professor of Medicine**

| | |
|---|---|
| 7/26/24 | "Functional Dyspepsia & Gastroparesis: A Spectrum" Debate ANMS Annual Meeting. Baltimore, MD |
| 5/21/24 | "Vagal Nerve Stimulation for Gastroparesis" Digestive Diseases Week. Washington DC |
| 5/20/24 | "The Role of Diet in the Care of Patients with Gastroparesis" Digestive Diseases Week. Washington DC |
| 5/19/24 | "Dietary Interventions for Neurogastroenterology & Motility Disorders: How to Fiber" Digestive Diseases Week. Washington DC |
| 5/15/24 | "Neuromodulation for Gastrointestinal Disorders" International Neuromodulation Society. Vancouver, Canada |
| 4/10/24 | "Gender Disparity in GI: A Difficult Pill to Swallow" Scrubs & Heels. Miami, FL |
| 12/2/23 | "Gastroparesis: Updates from the ACG Guidelines" ACG Southern Regional Postgraduate Course. Nashville, TN |
| 10/21/23 | "What Your APP Can Bring to Your Practice" ACG Annual Postgraduate Course Learning Luncheon. Vancouver, Canada |
| 10/21/23 | "ACG Updates on Gastroparesis and Functional Dyspepsia from Around the Globe" ACG Annual Postgraduate Course. Vancouver, Canada |
| 10/1/23 | "Gastric Motility Testing" American Foregut Society. Dallas, TX |
| 9/30/23 | "Approach to Gastroparesis" American Foregut Society. Dallas, TX |
| 9/21/23 | "Overlap of Functional Gastrointestinal Diseases and IBD" Egyptian Society for Crohn's and Colitis (ESCCO). Virtual |
| 9/13/23 | "GritNGlam: The Power of Leading Authentically" Women's Opportunity Network @ Gainwell Technologies. Virtual |
| 8/12/23 | "Facts, Fallacies and the Future of Prokinetics in Gastroparesis" American Neurogastroenterology and Motility Society Annual Clinical Course. Austin, TX |
| 6/21/23 | "Virtual Reality in Reality: Clinical Application of VR (Lessons Learned)" US-Poland Science and Technology Symposium 2023. Palo Alto, CA |
| 5/17/23 | "Perspective: Reflections of a Journey from Refugee to Professor" *Dr. Rosemarie Fisher Visiting Professor Lectureship in Gastroenterology*, Yale School of Medicine. New Haven, CT |
| 5/11/23 | "Pre-Visit Experience Transformation: Engaging providers, care teams, and patients in redesign and improvement at scale" Patient Access Collaborative Symposium. Lansing, MI |
| 5/6/23 | "Gastroparesis Updates" Digestive Diseases Week Postgraduate Course 2023. Chicago, IL |
| 3/31/23 | "Virtual Reality in Reality: Clinical Applications of VR" Cedars-Sinai Virtual Medicine (vMed23) Conference. Los Angeles, CA |
| 1/19/23 | "Cannabis for Gastrointestinal Disorders" American College of Gastroenterology Virtual Grand Rounds |

**LINDA ANH B. NGUYEN, MD, FACG, AGAF**
**Clinical Professor of Medicine**

| | |
|---|---|
| 1/4/23 | "Unleashing the Power of Virtual Reality in the Management of Chronic Pain: Current Trends and Future Directions" Hawaii International Conference on System Sciences (HICSS). Maui, HI |
| 10/23/22 | "The Lowdown on the Slowdown: Gastroparesis Updates" American College of Gastroenterology Annual Meeting. Charlotte, NC |
| 10/22/22 | "How Do I Do It? A Practical Approach to the Diagnosis and Management of Functional Dyspepsia" American College of Gastroenterology Annual Meeting. Charlotte, NC |
| 8/6/22 | "Prokinetics in gastroparesis: the good, the bad and the investigational" American Neurogastroenterology and Motility Society Clinical Course. Philadelphia, PA |
| 6/19/22 | "Upper GI Disorders of the Brain Gut Axis". Southern California Society of Gastroenterology Post-DDW Course. Newport Beach, CA |
| 6/18/22 | "Gastroparesis and Complex Motility Issues". GI Reconnect. Santa Fe, NM |
| 5/23/22 | "What is Gastroparesis? Definition, Epidemiology, Pathophysiology & Diagnosis." Digestive Diseases Week. San Diego, CA |
| 5/22/22 | "DDW Challenge Cases-Gastroparesis" Digestive Diseases Week. San Diego, CA |
| 10/25/21 | "Cannabis for Gastrointestinal Disorders: Everything You Wanted to Know But Were Afraid to Ask". American College of Gastroenterology Annual Postgraduate Course. Las Vegas, NV (Virtual) |
| 10/18/21 | "GI Manifestations of Diabetes". Looped and Learn Educational Event (Virtual) |
| 08/14/21 | "Diagnostic Dilemmas: Gastrointestinal Manifestations of Rare Diseases". American Neurogastroenterology and Motility Society Annual Clinical Course. Boston, MA |
| 08/14/21 | "Gastroparesis and Functional Dyspepsia: Same or Different". American Neurogastroenterology and Motility Society Annual Clinical Course. Boston, MA |
| 08/13/21 | "Personal Branding: Developing & Promoting You". American Neurogastroenterology and Motility Society Women in Neurogastroenterology Symposium. Boston, MA |
| 06/18/21 | "Gastroparesis & Complex Motility Issues". GI Reconnect Conference. Napa, CA |
| 0/6/11/21 | "The Brain-Gut Connection: The Overlap Between Migraine and GI Dysfunction". Miles for Migraine Education Day (Virtual) |
| 02/24/21 | "Chronic Abdominal Pain: Lessons Learned from Somatic Pain". University of Pennsylvania GI Grand Rounds. Philadelphia, PA (Virtual) |
| 10/27/20 | "Emerging Treatment: Pharmacology & Non-pharmacologic Options for Nausea and Vomiting". American College of Gastroenterology Annual Scientific Session. Nashville, TN (Virtual) |
| 10/25/20 | "Evaluation and Management of Upper Gastrointestinal Motility Disorders". American College of Gastroenterology Annual Postgraduate Course. Nashville, TN (Virtual) |

**LINDA ANH B. NGUYEN, MD, FACG, AGAF**
**Clinical Professor of Medicine**

| | |
|---|---|
| 10/25/20 | "What's the Real Story of Those Trending "Google MD" Diagnoses: POTS, Mast Cell Activation Syndrome, Ehlers Danlos and More". American College of Gastroenterology Annual Postgraduate Course. Nashville, TN (Virtual) |
| 10/24/20 | "It's High Time We Learn to Talk to Patients About Cannabis". American College of Gastroenterology Annual Postgraduate Course. Nashville, TN (Virtual) |
| 10/07/20 | "Gastroparesis and Associated Conditions". American Neurogastroenterology & Society Virtual Symposia. Belleville, MI |
| 09/16/20 | "Brain-Gut Connection: Why We Need Psychogastroenterology". Psychiatry Grand Rounds (Virtual), University Nebraska Medical Center. Omaha, NE |
| 02/05/20 | Visiting Professor, Physiology and Cell Biology Dept, University of Nevada, Reno. Reno, NV. |
| 01/31/20 | "Brain-Gut Connection". Baylor Scott & White Health Medicine Grand Rounds, Dyck Lectureship. Temple, TX |
| 10/30/19 | "Other CAM: Plants, Needles, Electricity, and More". ACG Annual Scientific Session. San Antonio, TX |
| 10/28/19 | "POTS and EDS: What Does A Gastroenterologist Need to Know." American College of Gastroenterology Annual Scientific Session. San Antonio, TX. |
| 10/25/19 | "Contemporary Approach to SIBO and Bloating." American College of Gastroenterology What's new in GI Pharmacology Course. San Antonio, TX |
| 8/17/19 | "Gastroparesis: It's a sensory disorder." American Neurogastroenterology and Motility Society Annual Meeting. Chicago, IL |
| 8/16/19 | "Work-Life Integration" American Neurogastroenterology and Motility Society Annual Meeting. Chicago, IL |
| 8/9/19 | "Gastroparesis and Functional Dyspepsia: Same or Different?" James W. Freston Conference: Food at the Intersection of Gut Health and Disease. Chicago, IL |
| 5/18/19 | "Gastroparesis- What's on the Horizon?" American Gastroenterology Association Annual Postgraduate Course. San Diego, CA |
| 1/20/19 | "Diet, Probiotics and Other Options in IBS". American College of Gastroenterology Postgraduate Course. Las Vegas, NV |
| 7/28/18 | "Challenging Problems in Nausea and Vomiting". American Neurogastroenterology and Motility Society Postgraduate Course. Milwaukee, WI |
| 4/27/2018 | "Visceral Pain: The Role of Inflammation on Acute and Chronic Pain" American Academy of Pain Medicine 34th Annual Meeting. Vancouver, Canada |
| 9/17/16 | "Myotonic Dystrophy and the GI Tract: Overview of Symptoms and Management". Myotonic Dystrophy Foundation Annual Conference, Washington DC |
| 10/23/15 | "Finding Relief: Novel Therapies for Nausea in Gastroparesis" Biology and Control of Nausea and Vomiting 2015 Conference. Pittsburgh, PA |

**LINDA ANH B. NGUYEN, MD, FACG, AGAF**
**Clinical Professor of Medicine**

| | |
|---|---|
| 1/25/15 | "Constipation in the Elderly". American College of Gastroenterology Western Regional Postgraduate Course. Las Vegas, NV |
| 9/12/14 | "Digestive Woes in Myotonic Dystrophy". Myotonic Dystrophy Foundation. Washington DC |
| 6/26/13 | "Gastroenterology and the Sjogren's Syndrome Patient". American Optometric Association Meeting. San Diego, CA |
| 9/16/11 | "Epidemiology and Clinical Characteristics of Gastroparesis and Nonulcerative Dyspepsia". American Neurogastroenterology and Motility Society (ANMS) Annual Postgraduate Course. St. Louis, MO |

**INVITED SPEAKER at REGIONAL SCIENTIFIC MEETINGS & GRAND ROUNDS:**

| | |
|---|---|
| 2025 | "IBS Updates" Northern California Society for Clinical Gastroenterology Annual GI Symposium. Monterrey, CA |
| 2023 | "It's a Family Affair- Functional Upper & Lower GI Disorders" Northern California Society for Clinical Gastroenterology Annual GI Symposium. Monterrey, CA |
| 2023 | "Gastroparesis Updates 2023" Cedars-Sinai 23rd Annual Education Meeting in Gastroenterology |
| 2022 | "Gastroparesis & Functional Dyspepsia" UCSF GI Grand Rounds. San Francisco, CA |
| 2022 | "Complex Cases". Northern California Society of Clinical Gastroenterology Webinar |
| 2013 | "Esophageal Motility Review" Northern California Society for Clinical Gastroenterology Post-DDW Review. San Francisco, CA |
| 2012 | "Post-DDW Motility Review" Northern California Society for Clinical Gastroenterology Post-DDW Review. San Francisco, CA |
| 2010 | "Diagnosis and Treatment of GI Motility Disorders American Gastroenterology Association Principles of Gastroenterology for the Nurse Practitioner and Physician Assistant. San Francisco, CA |
| 2008 | "Update on GI Motility Disorders." Annual CME Liver and GI Symposia. San Luis Obispo, CA |
| 2008 | "Neurogastroenterology and Motility: From DDW to Clinical Practice" Northern California Society for Clinical Gastroenterology Post-DDW Review. San Francisco, CA |
| 2006 | "DDW 2006 Update of GI Motility and IBS" Northern California Society for Clinical Gastroenterology Post-DDW Review. San Francisco, CA |

**LINDA ANH B. NGUYEN, MD, FACG, AGAF**
**Clinical Professor of Medicine**



2006    "Irritable Bowel Syndrome: Review and Update"
        St. Luke's Medical Center Grand Rounds. San Francisco, CA
2006    "Gastroparesis: Review and Update"
        Alameda County Medical Center Grand Rounds. Oakland, CA
2005    "Upper GI Motility Physiology and Disorders"
        Santa Rosa CME Symposia. Santa Rosa, CA
2005    "Overview of Gastroesophageal Reflux: Pathophysiology, Testing and
        Treatment"
        Emerging Treatments for Liver and Complex GI Diseases Symposium
        San Francisco, CA

**INVITED SPEAKER at LOCAL SCIENTIFIC MEETINGS & GRAND ROUNDS**

2022    "Ehlers-Danlos & GI Manifestations"
        Stanford Pediatric Gastroenterology Grand Rounds. Palo Alto, CA
2022    "Gut Feelings: How Integrating Psychogastroenterology Improves GI Outcomes"
        Stanford Department of Medicine Grand Rounds. Palo Alto, CA
2022    "Branding: Developing & Promoting You"
        Stanford Medicine Office of Diversity in Medical Education Professional
        Development Series. Palo Alto, CA
2019    "The Brain-Gut Connection: What Happens When The Autopilot Fails"
        Stanford Department of Medicine Grand Rounds. Palo Alto, CA
2019    "How To Understand and Treat Non-cardiac chest pain"
        2019 Updates on Esophageal Diseases. Palo Alto, CA
2018    "How I Approach Non-cardiac Chest pain"
        Stanford Esophageal Multi-Disciplinary Program in Innovation and
        Research. Palo Alto, CA
2018    "Brain-gut Connection: Signaling Between the Brain & the Gut is a
        Two-Way Street"
        Stanford Corporate Partners Webinar. Palo Alto, CA
2016    "Neurogenic GI Motility Disorders: What's happening to the little brain?"
        Stanford Neuroimmunology Lecture Series. Palo Alto, CA
2016    "GI Motility Testing Review"
        Stanford Pediatric GI Grand Rounds. Palo Alto, CA
2014    "Finding Relief: Constipation and Myotonic Dystrophy
        Myotonic Dystrophy Clinical Conference. Palo Alto, CA
2013    "Diabetic Gastroparesis-Shifting the Paradigm"
        Stanford Endocrinology Grand Rounds. Palo Alto, CA
2013    "Constipation and Fecal Incontinence in the Elderly"
        Stanford Geriatric Multidisciplinary Care Conference. Palo Alto, CA

**LINDA ANH B. NGUYEN, MD, FACG, AGAF**



2012        "Cystic Fibrosis and the Gut," Cystic Fibrosis Research, Inc.
            Palo Alto, CA
2011        "Role of Scintigraphy in GI Motility Disorders."
            Stanford Division of Nuclear Medicine Grand Rounds. Stanford, CA
2010        "Functional Causes of Abdominal Pain." Stanford Pain Management
            Grand Rounds. Palo Alto, CA
2010        "GI Manifestations of Scleroderma"
            Stanford Scleroderma Center of Excellence. Stanford, CA
2010        "Deconstructing IBS"
            Vaden Health Center CME series. Palo Alto, CA
2008        "Studying Gut Physiology: Functional Studies"
            Stanford Biodesign Lecture Series, Palo Alto, CA
2007        "Refractory Constipation: How Can Motility Testing Help?"
            California Pacific Medical Center Grand Rounds. San Francisco, CA
2006        "Irritable Bowel Syndrome: Review and Update"
            California Pacific Medical Center Grand Rounds. San Francisco, CA
2005        "Basics of Diseases of the Biliary Tract"
            Resident Conference California Pacific Medical Center
            San Francisco, CA

## INVITED MEMBER on NATIONAL SCIENTIFIC COMMITTEES / PANELS/ ADVISORSORY BOARDS:

Oct 2025 – present    Consultant, ANX Robotics
Sept 2023 – present   Board Member, EBMed
July 2023 – present   Consultant, Enterra
Feb 2022 – present    Consultant, Ardelyx
Jan 2022 - 2024       Consultant, Evoke Pharma
Jan. 2021 – present   Board Member, ScrubsNHeels Matrix Mentorship
Oct. 2020- 2023       Consultant, Takeda Pharmaceutical
Oct 2020- 2022        Consultant, Alynlam Pharmaceutical
July 2020- 2024       Consultant, Phathom Pharmaceuticals
June 2019- present    Advisory Panel on Impact of CGRP antagonists on GI motility,
                      Eli Lilly and Company
May 2019              Advisory Panel on Gastroparesis Therapies, Neurogastryx, Inc
November 2018         Scientific Advisory Panel on Visceral Abdominal Pain, Ironwood
                      Pharmaceuticals
2018- 2024            Co-Chair, Digestive Diseases Abstract Review Committee,
                      Constipation and Anorectal Dysfunction
2017-2018             Scientific Advisory Board on Abdominal Pain, Nevro Company

**LINDA ANH B. NGUYEN, MD, FACG, AGAF**
**Clinical Professor of Medicine**



| | |
|---|---|
| 2016-2024 | Member, Myotonic Dystrophy Foundation (MDF) Care Considerations Committee |
| 2015-2018 | GI Health Foundation |
| 2012-2023 | Member, Digestive Diseases Abstract Review Committee, Neurogastroenterology Section |
| 2015-2017 | Member, American Gastroenterology Association, Neurogastroenterology & Motility (NGM) Section Nominating Committee |
| 2014-2017 | Co-Chair, Digestive Diseases Abstract Review Committee, Gastroparesis Section |
| 2016-2018 | Ad-hoc Member, National Academies Committee on Health Care Utilization and Adults with Disabilities |
| 2015-2018 | Advisory Panel on Gastroparesis therapies and PROs. Theravance Biopharma US, Inc |
| 2015-2017 | Allergan Pharmaceutical |
| 10/13/2016 | Salix Summit, Salix Pharmaceuticals and PRI Healthcare Solutions |
| 2012-2013 | Ad-hoc Member, Institute of Medicine Committee on the Development of a Consensus Case Definition for Chronic Multisystem Illness in 1990-1991 Gulf War Veterans |

## REGIONAL TEACHING

| | |
|---|---|
| 2/10/2017 | "Managing Nausea: Help when the evidence is lacking" Stanford GI Motility Symposium. Stanford, CA Organized and hosted a multidisciplinary GI Motility Symposium with a focus on IBS, Constipation, Pelvic pain, Gastroparesis, Nausea and Non opiate management of abdominal pain. Attended by 70 physicians from the Bay Area |
| 2015- present | Gastroenterology and Hepatology Core Curriculum Lectures University of California, San Francisco. Teach GI Fellows and UCSF Faculty on various GI motility topics. |
| 2005- present | Gastroenterology and Hepatology Core Curriculum Lectures California Pacific Medical Center, San Francisco, CA. Teach GI Fellows and Faculty on various GI motility topics |

## LOCAL TEACHING

| | |
|---|---|
| 2017-2019 | Making SPACE for What Matters Stanford University DOM Peer group leader facilitating discussion of topics aimed at mitigating physician burnout and wellness |

**LINDA ANH B. NGUYEN, MD, FACG, AGAF**
**Clinical Professor of Medicine**



| | |
|---|---|
| 2008-present | Gastroenterology and Hepatology Core Curriculum Lectures |
| | Stanford University GI Fellows |
| | Lecture 2-4 times each year on assorted topics related to GI motility disorders |
| 2008- present | Stanford University Department of Medicine Residency Program Core Curriculum |
| | Lecture to medical residents on assorted topics related to GI dysmotility: Abdominal pain, Esophageal dysmotility, Gastroparesis |
| 2014-preset | The Stanford Department of Anesthesiology, Perioperative and Pain Medicine Pain Medicine Lecture Series |
| | Teach Pain Medicine Fellows and Faculty on assorted topics related to chronic visceral abdominal pain |
| 2016-present | Gastroenterology and Hepatology Core Curriculum Lectures |
| | Lucile Packard Children's Hospital Pediatric GI Fellowship |
| | Teach GI Fellows and Faculty on various GI motility topics: Neuropathic abdominal pain, Gastroparesis, GI disorders in Ehlers-Danlos |
| 2013-2017 | Med 313, Stanford University. |
| | Stanford SOM students rotate through my clinic during their outpatient medicine rotation |
| 2008-2017 | Primary Care Associate Program, Stanford University. Lecture 1st year Physician Assistant students on different topics related to GI diseases |
| 2009-2012 | Endoscopy Education of Surgical Residents, Stanford University. |
| | Teach Stanford surgical residents how to perform endoscopy and colonoscopies |
| 2005-2008 | GI Motility Teaching Rounds |
| | California Pacific Medical Center |
| | Teach GI fellows about interpreting GI motility tests |
| 2005-2008 | Clinical Research for GI Fellows |
| | California Pacific Medica Center |
| | Teach GI fellows about conducting and designing clinical research studies |
| 2002-2006 | Volunteer Internal Medicine Teaching Attending |
| | California Pacific Medical Center |
| | Rounded with Medical Residents to discuss current inpatient cases |

**RESEARCH SUPPORT:**

**Current Support**

**Study Title:**
   Developing an early enteric marker for Parkinson's Disease (PI: Julia Kaltschmidt)

**LINDA ANH B. NGUYEN, MD, FACG, AGAF**
**Clinical Professor of Medicine**

Role: Co-Principal Investigator
Funding Agency: Ludwig Family Foundation, Inc
Funding Dates: 10/31/2021 – 10/12/2023

**Study Title:**
From stomach tissue to cellular mechanisms: unraveling to role of mononuclear phagocytes in the pathophysiology of gastroparesis (PI: Juliana Idoyaga)
Role: Co-Investigator
Funding Agency: NIH R01DK131500
Funding Dates: 9/30/21 – 07/31/2026

**Study Title:**
Influence of GI Function on Migraine Severity and Medication Utilization
Role: Principal Investigator
Funding Agency: Impel NeuroPharma
Funding Dates: 9/21/2021 – 08/31/2022

**Study Title:**
Evaluation of Zemedy, a cognitive behavioral therapy-based digital therapeutic application for the treatment of irritable bowel syndrome
Role: Principal Investigator
Funding Agency: Bold Health
Funding Dates: 6/21/2021 – 06/10/2023

**Completed Support**

**Study Title:**
A Multicenter, Randomized, Double-blind, Placebo-controlled Phase III Study to Assess the Efficacy of Tradipitant in Relieving Symptoms of Gastroparesis
Role: Site Principal Investigator
Funding Agency: Vanda Pharmaceuticals
Funding Dates: 02/13/2020- 02/12/2023

**Study Title:**
Therapeutic Potential and Neuroimmune Mechanisms of Vagal Nerve Stimulation on Gastrointestinal Motility and Inflammation
Role: Principal Investigator
Funding Agency: Philanthropic Gift
Funding Dates: 3/2/2017-7/1/2019

**Study Title:**

**LINDA ANH B. NGUYEN, MD, FACG, AGAF**
**Clinical Professor of Medicine**

Medical Mindfulness: Virtual Reality Mindfulness Therapy for Anxiety and Pain Management in Patients with Acute and Chronic Pain
Role: Principal Investigator
Funding Agency: Philanthropic Gift
Funding Dates: 7/14/18-12/30/20

**Study Title**
RLM_02 A 12 week, Randomized, Double-Blind, Placebo Controlled,     Phase 3 Study to Evaluate the Safety and Efficacy of Relamorelin in Patients with Diabetic Gastroparesis
Role: Site Principal Investigator
Funding Agency: Allergan

**Study Title:**
RLM_04 A 52 week, Randomized, Double-Blind, Placebo Controlled, Phase 3 Study to Evaluate the Safety and Efficacy of Relamorelin in Patients with Diabetic Gastroparesis
Role: Site Principal Investigator
Funding Agency: Allergan

**Study Title:**
Multicenter, randomized, double-blind, placebo-controlled study to assess the efficacy of tradipitant in relieving symptoms of gastroparesis
Role: Site Principal Investigator
Funding Agency: Vanda Pharmaceuticals, Inc
Funding dates: 11/30/2016-12/13/2018

**3U01DK073983-11S1**
Advancing Science for the Diagnosis and Treatment of Gastroparesis
Role: Site PI
Funding Agency: NIH/NIDDK; Subaward (PI-Pasricha)
Funding Dates:  9/1/2012-8/31/2017

**5U01DK074008-07**
Pilot Study of the Safety, Feasibility and Potential Efficacy of Continuous Glucose Monitoring and Insulin Pump Therapy in Diabetic Gastroparesis
Role: Site PI
Funding Agency: NIH/NIDDK; Subaward (PI-Tonascia)
Funding Dates:  10/1/2009-8/31/2014

**MA-501**
Clinical Management with SmartPill Motility Monitoring System and Validation of the SmartPill Five Hour Cutoff in Patients with Symptoms of Gastroparesis

**LINDA ANH B. NGUYEN, MD, FACG, AGAF**

Role: Site PI
Funding Agency: Covidien
Funding Dates: 5/20/14 – 5/20/16

**Study Title**
Effect of Celiac Plexus Block on Gastric Emptying and Symptoms Caused        by Gastroparesis
Role:   Mentor (PI- Sonu)
Funding Agency: Stanford GI Division Mentored Seed Grant
Funding Dates: 9/1/2014 to 9/1/2015

**2U01DK073983-06**
Molecular Approaches to Pathogenesis and Therapy in Human Gastroparesis
Role: Co-Investigator (PI-Pasricha)
Funding Agency: NIH/NIDDK
Funding Dates: 4/15/2006 - 3/31/2011

**Study Title**
Kuvan (Sapropterin dihydrochloride) for Improving Gastric Accommodation in Women with Diabetic Gastroparesis
Role:   Multi-PI (Nguyen, Pasricha)
Funding Agency: BioMarin Pharmaceutical Investigator Initiated Study
Funding Dates:   5/17/2010– 5/16/2011

**INVITED REVIEWS AND BOOK CHAPTERS**

1. Snape, WJ and **Nguyen, LB**. Antroduodenal Manometry. In: *GI Motility Testing: A Laboratory and Office Handbook*, Parkman HP, McCallum RW, Rao, SS eds. SLACK Incorporated 2011: 93-102.

2. **Nguyen, LB** and Pasricha, PJ. Pneumatic dilation and botulinum toxin injection for achalasia. In: *UpToDate*, Talley NJ and Travis AC eds. UpToDate, Waltham, MA 2010.

3. **Nguyen, LB.** Idiopathic Gastroparesis. In: *Gastroparesis: Pathophysiology, Presentation and Treatment*, Parkman HP, McCallum RW, Rao SS eds. Humana Press 2012.

4. **Nguyen, LB** and Pasricha, PJ. Botulinum Toxin for LES Spastic Disorders. In *Principles of Deglutition: A Multidisciplinary Text for Swallowing and its Disorders*. Shaker, R, Belafsky, PC, Postma, GN, Easterling, C (Eds.) 2013: 889

5. Committee on the Development of a Consensus Case Definition for Chronic Multisymptom Illness in 1990-1991 Gulf War Veterans. IOM (Institute of Medicine). 2014. Chronic Multisymptom Illness in Gulf War Veterans: Case Definitions Reexamined. Washington, DC. The National Academies Press.



**LINDA ANH B. NGUYEN, MD, FACG, AGAF**

6. **Nguyen, LB** and Snape, WJ. Clinical Presentation and Pathophysiology of Gastroparesis. Gastroenterol Clin N Am 2015: 44; 21-30.

7. **Nguyen, LB** and Lee, L. Complementary and alternative medicine for nausea and vomiting. In: *Nausea and Vomiting: Diagnosis and Treatment*. Springer International Publishing 2016; 165-173.

8. Tansel, A, **Nguyen L,** Abell T. Pathophysiology of Gastric Neuromuscular Dysfunction. In: *The AFS Textbook of Foregut Disease 2023*[rd] *Edition.* Sprinter Internation Publishing 2023.

**PEER REVIEWED PUBLICATIONS:**

Published over 70 peer-reviewed original research papers, review articles and 8 book chapters. H-index: 33 https://www.ncbi.nlm.nih.gov/myncbi/1Xws4x5kinlk0/bibliography/public/

1. Kao L, Myer P, **Nguyen L**, Zamanian RT, Chung L. Colonic ulceration as an unusual manifestation of vasculopathy in systemic sclerosis. Rheumatology 2011: 50; 626-8.

2. Parkman HP, Yates K, Hasler WL, **Nguyen L**, et al. Clinical features of idiopathic gastroparesis vary with sex, body mass, symptom onset, delay in gastric emptying, and gastroparesis severity. Gastroenterology 2011:1;101-15.

3. Grover M, Farrugia G, Lurken MS, Bernard CE, Faussone-Pellegrini MS, Smyrk TC, Parkman HP, Abell TL, Snape WJ, Hasler WL, Unalp-Arida A, **Nguyen L**, et al. Cellular changes in diabetic and idiopathic gastroparesis. Gastroenterology 2011:5;1575-85.

4. Pasricha PJ, Colvin R, Yates K, Hasler WL, Abell TL, Unalp-Arida A, **Nguyen L**, et al. Characteristics of patients with chronic unexplained nausea and vomiting and normal gastric emptying. Clin Gastroenteric Hepatol 2011: 7; 567-576.

5. Hasler WL, Wilson LA, Parkman HP, **Nguyen L,** et al. Bloating in Gastroparesis: Severity, Impact, and Associated Factors. Am J Gastroenterol 2011.

6. Grover M, Bernard CE, Pasricha PJ, Lurken MD, Faussone-Pellegrini MD, Smyrk TC, Parkman HP, Abell TL, Snape WJ, Hasler WL, McCallum RW, **Nguyen L**, et al. Clinical-histological associations in gastroparesis: results from the Gastroparesis Clinical Research Consortium. Neurogastroenterol Motil 2012: 24:531-9.

7. Gover M, Bernard CE, Pasricha PJ, Parkman HP, Abell TL, **Nguyen L**, et al. Platelet-derived growth factor receptor a (PDGFRa)-expressing "fibroblast-like cells" in diabetic and idiopathic gastroparesis of humans. Neurogastroenterol Motil 2012: 24:844-52.

8. Hasler WL, Wilson LA, Parkman HP, Koch KL, Abell TL, **Nguyen L**, et al. Factors related to abdominal pain in gastroparesis: contrast to patients with predominant nausea and vomiting. Neurogastroenterol Motil 2013;25:427.

**LINDA ANH B. NGUYEN, MD, FACG, AGAF**



9. Parkman HP, Yates K, Hasler WL, **Nguyen L**, Pasricha PJ, et al. Cholecystectomy and Clinical Presentation of Gastroparesis. Dig Dis Sci 2013;58:1062-73.

10. Parkman HP, Van Natta ML, Abell TL, McCallum RW, Sarosiek I, **Nguyen L**, et al. Effect of Nortriptyline on Symptoms of Idiopathic Gastroparesis: The NORIG Randomized Clinical Trial. JAMA 2013;310:2640-2649.

11. Bernard CE, Gibbons SJ, Mann IS, Froschauer L, Parkman HP, Harbison S, Abell TL, Snape WJ, Hasler WL, McCallum RW, Sarosiek I, **Nguyen LA**, Koch KL, Tonascia J, Hamilton FA, Kendrick ML, Shen KR, Pasricha PJ, Farrugia G; NIDDK Gastroparesis Clinical Research Consortium. Association of low numbers of CD206-positive cells with loss of ICC in the gastric body of patients with diabetic gastroparesis. Neurogastroenterol Motil 2014; 26:1275-84.

12. Pasricha PJ, Yates KP, **Nguyen L**, Clarke J, Abell TL, Farrugia G, Hasler WL, Koch KL, Snape WJ, McCallum RW, Sarosiek I, Tonascia J, Miriel LA, Lee L, Hamilton F, Parkman HP. Outcomes and Factors Associated with Reduced Symptoms in Patients with Gastroparesis. Gastroenterology. 2015 Dec;149(7):1762-1774.

13. Zia J, Schroeder J, Munson S, Fogarty J, **Nguyen L**, et al. Feasibility and Usability Pilot Study of a Novel Irritable Bowel Syndrome Food and Gastrointestinal Symptom Journal Smartphone App. Clin Transl Gastroenterol. 2016; 3(7); e147.

14. Valenzuela, A, Li, S, Becker, L, Fernandez-Becker, N, Khanna, D, **Nguyen L**, Chung, L. Intestinal pseudo-obstruction in patients with system sclerosis: an analysis of the Nationwide Inpatient Sample. Rheumatology. 2016; 55(4): 654-658.

15. Parkman HP, Hallinan EK, Hasler WL, Farrugia G, Koch KL, Calles J, Snape WJ, Abell TL, Sarosiek I, McCallum RW, **Nguyen L,** Pasricha PJ, Clarke J, Miriel L, Lee L, Tonascia J, Hamilton F; NIDDK Gastroparesis Clinical Research Consortium (GpCRC). Nausea and vomiting in gastroparesis: similarities and differences in idiopathic and diabetic gastroparesis. Neurogastroenterol Motil. 2016 Dec;28(12):1902-1914.

16. Parkman HP, Hallinan EK, Hasler WL, Farrugia G, Koch KL, **Nguyen L**, Snape WJ, Abell TL, McCallum RW, Sarosiek I, Pasricha PJ, Clarke J, Miriel L, Tonascia J, Hamilton F; NIDDK Gastroparesis Clinical Research Consortium (GpCRC). Early satiety and postprandial fullness in gastroparesis correlate with gastroparesis severity, gastric emptying, and water load testing. Neurogastroenterol Motil. 2016

17. Koch KL, Hasler WL, Yates KP, Parkman HP, Pasricha PJ, Calles-Escandon J, Snape WJ, Abell TL, McCallum RW, **Nguyen LA**, Sarosiek I, Farrugia G, Tonascia J, Lee L, Miriel L, Hamilton F; NIDDK Gastroparesis Clinical Research Consortium (GpCRC). Baseline features and differences in 48-week clinical outcomes in patients with gastroparesis and type 1 vs type 2 diabetes.  Neurogastroenterol Motil. 2016 Jul;28(7):1001-15.

**LINDA ANH B. NGUYEN, MD, FACG, AGAF**
**Clinical Professor of Medicine**



18. Gibbons S, Grover M, Choi K, Wadhwa A, Zubair A, Wilson LA, Wu Y, Abell TL, Hasler WL, Koch KL, McCallum RW, **Nguyen LAB**, et al. Repeat polymorphisms in the Homo sapiens heme oxygenase-1 gene in diabetic and idiopathic gastroparesis. PLoS One. 2017; 12(11): e0187772.

19. Yen, T, Chen, F, Witteles, R, Liedtke, M, **Nguyen, LA.** Neurogastroenterol Motil. 2018; 30(4): e13229

20. Calles-Escandon J, Kock K, Hasler WL, Van Natta, ML, Pasricha PJ, Tonascia J, Parkman HP, Hamilton F, Herman WH, Basina M, Buckingham B, Earle K, Kirkeby K, Hairston K, Bright T, Rothberg AE, Kraftson, AT, Siraj ES, Subauste A, Lee LA, **Nguyen L**, et al. Glucose sensor-augmented continuous subcutaneous insulin infusion in patients with diabetic gastroparesis: An open-label pilot prospective study. PLoS One. 2018; 13(4): e0194759.

21. Pasricha, P, Yates, K, Sarosiek, I, McCallum, R, Abell, TL, Koch, KL, **Nguyen**, **LAB**, et al. Aprepitant Has Mixed Effects on Nausea and Reduces Other Symptoms in Patients with Gastroparesis and Related Disorders. Gastroenterol. 2018; 154(1): 65-76.

22. Orthey P, Yu D, Van Natta ML, Ramsey FV, Diaz JR, Bennett PA, Iagaru AH, Fragomeni RW, McCallum RW, Sarosiek I, Hasler WL, Farrugia G, Grover M, Koch KL, **Nguyen L**, et al. Intragastric Meal Distribution During Gastric Emptying Scintigraphy for Assessment of Fundic Accommodation: Correlation with Symptoms of Gastroparesis. J Nucl Med. 2018; 59(4): 691-697.

23. Siraj ES, Homko C, Wilson LA, May P, Rao AD, Calles J, Farrugia G, Hasler WL, Koch KL, **Nguyen L**, et al. Islet Cell Associated Autoantibodies and C-Peptide Levels in Patients with Diabetes and Symptoms of Gastroparesis. Front Endocrinol (Lausanne). 2018; 13(9): article 32.

24. Orthey P, Yu D, Van Natta ML, Ramsey FV, Diaz JR, Bennett PA, Iagaru AH, Fragomeni RS, McCallum RW, Sarosiek I, Hasler WL, Farrugia G, Grover M, Koch KL, **Nguyen L**, Snape WJ, Abell TL, Pasricha PJ, Tonascia J, Hamilton F, Parkman HP, Maurer AH. Intragastric Meal Distribution During Gastric Emptying Scintigraphy for Assessment of Fundic Accommodation: Correlation with Symptoms of Gastroparesis. J Nucl Med. 2018 Apr;59(4):691-697.

25. Calles-Escandón J, Koch KL, Hasler WL, Van Natta ML, Pasricha PJ, Tonascia J, Parkman HP, Hamilton F, Herman WH, Basina M, Buckingham B, Earle K, Kirkeby K, Hairston K, Bright T, Rothberg AE, Kraftson AT, Siraj ES, Subauste A, Lee LA, Abell TL, McCallum RW, Sarosiek I, **Nguyen L**, Fass R, Snape WJ, Vaughn IA, Miriel LA, Farrugia G. Glucose sensor-augmented continuous subcutaneous insulin infusion in patients with diabetic gastroparesis: An open-label pilot prospective study. PLoS One. 2018;13(4):e0194759.

**LINDA ANH B. NGUYEN, MD, FACG, AGAF**
**Clinical Professor of Medicine**



26. Zikos TA, Clarke JO, Triadafilopoulos G, Regalia KA, Sonu IS, Fernandez-Becker NQ, Nandwani MC, **Nguyen LA**. A Positive Correlation Between Gastric and Esophageal Dysmotility Suggests Common Causality. Dig Dis Sci. 2018 Dec;63(12):3417-3424.

27. Lee AA, Rao S, **Nguyen LA**, Moshiree B, Sarosiek I, Schulman MI, Wo JM, Parkman HP, Wilding GE, McCallum RW, Hasler WL, Kuo B. Validation of Diagnostic and Performance Characteristics of the Wireless Motility Capsule in Patients With Suspected Gastroparesis. Clin Gastroenterol Hepatol. 2018 Dec 14;. doi: 10.1016/j.cgh.2018.11.063.

28. Zikos TA, Kamal AN, Neshatian L, Triadafilopoulos G, Clarke JO, Nandwani M, **Nguyen LA**. High Prevalence of Slow Transit Constipation in Patients With Gastroparesis. J Neurogastroenterol Motil. 2019 Apr 30;25(2):267-275.

29. Hasler WL, Wilson LA, **Nguyen LA**, Snape WJ, Abell TL, Koch KL, McCallum RW, Pasricha PJ, Sarosiek I, Farrugia G, Grover M, Lee LA, Miriel L, Tonascia J, Hamilton FA, Parkman HP. Opioid Use and Potency Are Associated With Clinical Features, Quality of Life, and Use of Resources in Patients With Gastroparesis. Clin Gastroenterol Hepatol. 2019 Jun;17(7):1285-1294.

30. Podboy A, Hwang JH, **Nguyen LA**, Garcia P, Zikos TA, Kamal A, Triadafilopoulos G, Clarke JO. Gastric per-oral endoscopic myotomy: Current status and future directions. World J Gastroenterol. 2019 Jun 7;25(21):2581-2590.

31. Parkman HP, Yamada G, Van Natta ML, Yates K, Hasler WL, Sarosiek I, Grover M, Schey R, Abell TL, Koch KL, Kuo B, Clarke J, Farrugia G, **Nguyen L**, Snape WJ, Miriel L, Tonascia J, Hamilton F, Pasricha PJ, McCallum RW. Ethnic, Racial, and Sex Differences in Etiology, Symptoms, Treatment, and Symptom Outcomes of Patients With Gastroparesis. Clin Gastroenterol Hepatol. 2019 Jul;17(8):1489-1499.

32. Parkman HP, Wilson LA, Hasler WL, McCallum RW, Sarosiek I, Koch KL, Abell TL, Schey R, Kuo B, Snape WJ, **Nguyen L**, Farrugia G, Grover M, Clarke J, Miriel L, Tonascia J, Hamilton F, Pasricha PJ. Abdominal Pain in Patients with Gastroparesis: Associations with Gastroparesis Symptoms, Etiology of Gastroparesis, Gastric Emptying, Somatization, and Quality of Life. Dig Dis Sci. 2019 Aug;64(8):2242-2255.

33. Hasler WL, Rao SSC, McCallum RW, Krause RA, **Nguyen LA**, Schulman MI, Lee AA, Moshiree B, Wo JM, Parkman HP, Sarosiek I, Wilding GE, Kuo B. Influence of Gastric Emptying and Gut Transit Testing on Clinical Management Decisions in Suspected Gastroparesis. Clin Transl Gastroenterol. 2019 Oct;10(10):e00084

34. Parkman HP, Wilson LA, Farrugia G, Koch KL, Hasler WL, **Nguyen LA**, Abell TL, Snape W, Clarke J, Kuo B, McCallum RW, Sarosiek I, Grover M, Miriel L, Tonascia J, Hamilton FA, Pasricha PJ. Delayed Gastric Emptying Associates With Diabetic Complications in Diabetic Patients With Symptoms of Gastroparesis. Am J Gastroenterol. 2019 Nov;114(11):1778-1794.

**LINDA ANH B. NGUYEN, MD, FACG, AGAF**
**Clinical Professor of Medicine**



35. Parkman HP, Sharkey EP, **Nguyen LA**, Yates KP, Abell TL, Hasler WL, Snape W, Clarke J, Schey R, Koch KL, Kuo B, McCallum RW, Sarosiek I, Grover M, Farrugia G, Tonascia J, Pasricha PJ. Marijuana Use in Patients with Symptoms of Gastroparesis: Prevalence, Patient Characteristics, and Perceived Benefit. Dig Dis Sci. 2019

36. Abell TL, Yamada G, McCallum RW, Van Natta ML, Tonascia J, Parkman HP, Koch KL, Sarosiek I, Farrugia G, Grover M, Hasler W, **Nguyen L**, Snape W, Kuo B, Shulman R, Hamilton FA, Pasricha PJ. Effectiveness of gastric electrical stimulation in gastroparesis: Results from a large prospectively collected database of national gastroparesis registries. Neurogastroenterol Motil. 2019 Dec;31(12):e13714.

37. Koch KL, Hasler WL, Van Natta M, Calles-Escandon J, Grover M, Pasricha PJ, Snape WJ, Parkman HP, Abell TL, McCallum RW, **Nguyen LA**, Sarosiek I, Farrugia G, Tonascia J, Lee L, Miriel L, Hamilton F. Satiety testing in diabetic gastroparesis: Effects of insulin pump therapy with continuous glucose monitoring on upper gastrointestinal symptoms and gastric myoelectric activity. Neurogastroenterol Motil. 2020 Jan;32(1):e13720.

38. **Nguyen L**, Wilson LA, Miriel L, Pasricha PJ, Kuo B, Hasler WL, McCallum RW, Sarosiek I, Koch KL, Snape WJ, Farrugia G, Grover M, Clarke J, Parkman HP, Tonascia J, Hamilton F, Abell TL. Autonomic function in gastroparesis and chronic unexplained nausea and vomiting: Relationship with etiology, gastric emptying, and symptom severity. Neurogastroenterol Motil. 2020 Feb 15;:e13810.

39. Triadafilopoulos G, Kamal A, Zikos T, **Nguyen L**, Clarke JO. Changes in high-resolution manometric diagnosis over time: implications for clinical decision-making. Dis Esophagus. 2020 Mar 16;33(3).

40. Gottfried-Blackmore A, Adler EP, Fernandez-Becker N, Clarke J, Habtezion A, **Nguyen L**. Open-label pilot study: Non-invasive vagal nerve stimulation improves symptoms and gastric emptying in patients with idiopathic gastroparesis. Neurogastroenterol Motil. 2020 Apr;32(4):e13769

41. Zikos TA, Hendler S, Clarke JO, Triadafilopoulos G, **Nguyen L**, Limketkai BN. Reduction in Hospitalizations for Esophageal Reflux in a Decade with Minimal Increases in Other Functional and Motor Disorders. Dig Dis Sci. 2020 Jun;65(6):1661-1668.

42. Podboy A, Clarke J, **Nguyen L** et al. Gastric per-oral endoscopic myotomy for severe post-lung transplant gastroparesis: A single center experience. J Heart Lung Transplant 2020;39:1153-1156.

43. Zikos TA, **Nguyen L** et al. Marijuana, Ondansetron, and Promethazine Are Perceived as Most Effective Treatments for Gastrointestinal Nausea. Dig Dis Sci 2020;65:3280-3286.

**LINDA ANH B. NGUYEN, MD, FACG, AGAF**
**Clinical Professor of Medicine**



44. Lee A, Rao K, Parkman H, McCallum R, Sarosiek I, **Nguyen L** et al. Baseline Predictors of Longitudinal Changes in Symptom Severity and Quality of Life in Patients with Suspected Gastroparesis. Clin Gastroenterol Hepatol 2020;S1542-3565.

45. Taft T, Doerfler B, Edlynn E, **Nguyen L**. The Scarcity of Literature on Psychology, Social and Emotional Effects of Gastroparesis in Children. Children 2020;7:115.

46. Gottfried-Blackmore A, Habtezion A, **Nguyen L**. Noninvasive vagal nerve stimulation for gastroenterology pain disorders. Pain Manag 2021;11:89-96.

47. Wren A, Neiman N, Caruso T, Rodriguez S, Taylor K, Madil M, Rives H and **Nguyen L**. Mindfulness-based virtual reality intervention for children and young adults with inflammatory bowel disease: A pilot feasibility and acceptability study. Children 2021, 8(5):368.

48. Zhou W, Zikos TA, Clarke JO, **Nguyen LA**, Triadafilopoulos G, Neshatian L. Regional Gastrointestinal Transit and Contractility Patterns Vary in Postural Orthostatic Tachycardia Syndrome (POTS). Dig Dis Sci 2021 PMID: 33428036

49. Aurora SK, Shrewsbury SB, Ray S, Hindiyeh N, **Nguyen L**. A link between gastrointestinal disorders and migraine: Insights into the gut-brain connection. Headache 2021. PMID: 33793965.

50. Singh R, Ha S, Wei L, Jin B, Zogg H, Poudrier S, Jorgensen B, Park C, Ronkon C, Bartlett A, Cho S, Morales A, Chung Y, Lee M, Park J, Gottfried-Blackmore A, **Nguyen L**, Sanders K, Ro S. MiR-10b-5p Rescues Diabetes and Gastrointestinal Dysmotility. Gastroenterol 2021;160:1662-1678.

51. Wei L, Singh R, Ha S, Martin A, Jones L, Jin B, Jorgenson B, Zogg H, Chervo T, Gottfried-Blackmore A, **Nguyen L**, Habtezion A, Spencer N, Keating D, Sanders K, Ro S. Serotonin Deficiency is Associated with Delayed Gastric Emptying. Gastroenterol 2021;160:2452-2466.

52. Williams M, Sedarous M, Dennis B, Dlamini V, Nwaiwu O, **Nguyen L**, Okafor P. The fragility of randomized placebo-controlled trials for irritable bowel syndrome. Neurogastroenterol Motil 2021;33:e14166.

53. Gottfried-Blackmore A, Namkoong H, Adler E, Martin B, Gubatan J, Fernandez-Becker J, Idoyaga J, **Nguyen L**, Habtezion A. Gastric Mucosal Immune Profiling and Dysregulation in Idiopathic Gastroparesis. Clin Translational Gastroenterol 2021:12:e00349

54. Okafor P, Dahlen A, Youssef M, Olayode A, Sonu I, Neshatian L, **Nguyen L**, Charu V. Environmental Pollutants are Associated with Irritable Bowel Syndrome in a Commercially Insured Cohort of California. Clin Gastroenterol Hepatol 2022. doi.org/10.1016/j.cgh.2022.09.025

**LINDA ANH B. NGUYEN, MD, FACG, AGAF**
**Clinical Professor of Medicine**



55. Kudrow D, **Nguyen L**, Semler J, Stroud C, Samaan K, Hoban D, Wietecha L, Hsu H, Pearlman E. A phase IV clinical trial of gastrointestinal motility in adult patients with migraine before and after initiation of a calcitonin gene-related peptide ligand (galcanezumab) or receptor (erunumab) antagonist. Heachache 2022;62:1164-1176

56. Smith C, Dethlefsen L, Gardner C, **Nguyen L**, Feldman M, Costello E, Kolondny O, Relman D. Short-term Dairy Product Elimination and Reintroduction Minimally Perturbs the Gut Microbiota in Self-reported Lactose Intolerant Adults. mBio 2022: e10105122.

57. Chao S, Lotfi J, Lin B, Shaw J, Jhandi S, Mahoney M, Singh B, **Nguyen L**, Halawi H, Geng L. Diagnostic journeys: characterization of patients and diagnostic outcomes from an academic second opinion clinic. Diagnosis 2022;9:340-347.

58. Kamal A, Triadafilopoulos, Gyawali P, **Nguyen L**, Sayuk G, Azagury D, Tatum R, Clarke J. Model for multidisciplinary, multi-institutional virtual learning: The Stanford Esophageal Virtual Collaborative Conference on benign esophageal disease. Neurogastroenterol Motil 2022: e14369.

59. Hah J, Aivoliotis V, Hettie G, Pirrotta L, Mackey S, **Nguyen L**. Whole Body Pain Distribution and Risk Factors for Widespread Pain Among Patients Presenting with Abdominal Pain: A Retrospective Cohort Study. Pain Ther 2022;11:683-699

60. Camilleri M, Kuo B, **Nguyen L**, Vaughn V, Petrey J, Greer K, Yadlapati R, Abell T. ACG Clinical Guideline: Gastroparesis. Amer J Gastroenterol 2022;117:1197-1220

61. Elkins J, Oxentenko A, **Nguyen L**. Hyperemesis Gravidarum and Nutritional Support. Amer J Gastroenterol 2022;117:2-9.

62. Zhou W, Zikos T, Halawi H, Sheth V, Gurland B, **Nguyen L**, Neshatian L. Anorectal manometry for the diagnosis of pelvic floor disorders in patients with hypermobile spectrum disorders and hypermobile Ehlers-Danlos Syndrome. BMC Gastroenterol 2022:22:538

63. Abell T, Kuo B, Esfandyari T, Pfeifer N, Grimaldi M, Renzulli C, Tacchi R, Zhou K, Barnes C, Nguyen D, **Nguyen L**, Talley N, McCallum R. A randomized, double-blind, placebo-controlled, phase 2b study of the efficacy and safety of velusetrag in subjects with diabetic and idiopathic gastroparesis. Neurogastroenterol Motil 2023: e14523.

64. Zogg H, Singh R, Ha SE, Wang Z, Jin B, Ha M, Dafinone M, Batalon T, Hoberg N, Poudrier S, **Nguyen L**, Yan W, Layden BT, Dugas LR, Sanders KM, Ro S. miR-10b-5p rescues leaky gut linked with gastrointestinal dysmotility and diabetes. United European Gastroenterol J. 2023 Oct;11(8):750-766. doi: 10.1002/ueg2.12463.

65. Hasler WL, Lee AA, Moshiree B, Surjanhata BC, Rao S, Parkman HP, **Nguyen LA**, Sarosiek I, Wo JM, Schulman MI, McCallum RW, Kuo B. Benefits of Prokinetics, Gastroparesis Diet, or Neuromodulators Alone or in Combination for Symptoms of Gastroparesis. Clin Gastroenterol Hepatol. 2024 Apr;22(4):867-877.e12.

**LINDA ANH B. NGUYEN, MD, FACG, AGAF**
**Clinical Professor of Medicine**



66. Subramanian S, Kunkel DC, **Nguyen L**, Coleman TP. Exploring the Gut-Brain Connection in Gastroparesis with Autonomic and Gastric Myoelectric Monitoring. IEEE Trans Biomed Eng. 2023 Dec;70(12):3342-3353.

67. Takakura W, Surjanhata B, **Nguyen LAB**, Parkman HP, Rao SSC, McCallum RW, Schulman M, Wo JM, Sarosiek I, Moshiree B, Kuo B, Hasler WL, Lee AA. Predicting Response to Neuromodulators or Prokinetics in Patients With Suspected Gastroparesis Using Machine Learning: The "BMI, Infectious Prodrome, Delayed GES, and No Diabetes" Model. Clin Transl Gastroenterol. 2024 Sep 1;15(9):e1.

68. Schol J, Huang IH, Carbone F, Fernandez LMB, Gourcerol G, Ho V, Kohn G, Lacy BE, Colombo AL, Miwa H, Moshiree B, **Nguyen L**, O'Grady G, Siah KTH, Stanghellini V, Tack J. Rome Foundation and international neurogastroenterology and motility societies' consensus on idiopathic gastroparesis. Lancet Gastroenterol Hepatol. 2025 Jan;10(1):68-81.

69. Surjanhata BC, Moshiree B, Lee AA, McCallum RW, Sarosiek I, **Nguyen LA**, Schulman MI, Wo JM, Parkman HP, Kuo B, Hasler WL, Rao SSC. Impact of Constipation Therapies on Severity of Gastroparesis and Constipation Symptoms in Relation to Gastric and Colonic Transit. Neurogastroenterol Motil. 2025 Jun;37(6):e70013.

70. Na HK, Li AA, Gottfried-Blackmore A, Podboy AJ, Esquivel MM, Joseph AA, **Nguyen L**, Hwang JH. Pyloric Dysfunction: A Review of the Mechanisms, Diagnosis, and Treatment. Gut Liver. 2025 May 15;19(3):327-345. doi: 10.5009/gnl240421.


**REGIONAL COMMITTEES:**

2012-2016          Member, Northern California Scleroderma Research
                   Consortium (NCSRC), Stanford University,

**LOCAL COMMITTEES:**

2014- 2019         Advisory Board Member, Stanford ME/CFS Initiative.
                   Stanford, CA

2010-2013          Medicine, Stanford Department of Medicine Profession
                   Practice Evaluation Committee. Stanford, CA

2007-2008          Member, GI Fellowship Selection Committee
                   California Pacific Medical Center. San Francisco, CA

2006-2008          Member, GI Quality Assurance Committee
                   California Pacific Medical Center. San Francisco, CA

2003-2005          Member, Graduate Medical Education (GME) Committee
                   California Pacific Medical Center. San Francisco, CA

**LINDA ANH B. NGUYEN, MD, FACG, AGAF**
**Clinical Professor of Medicine**

## CERTIFICATIONS:

Board Certified Gastroenterology 2005-present
Board Certified Internal Medicine 2002-2012
State of California Physician and Surgeon's License June 2001- present

## PROFESSIONAL SOCIETIES:

| | |
|---|---|
| 2003- present | American Gastroenterology Association |
| 2014- present | American College of Gastroenterology |
| 2004- present | American Neurogastroenterology and Motility Society |
| 2004- 2008 | International Electrogastrography Society |
| 2003- 2008 | Northern California Society of Clinical Gastroenterology |

## MENTEES: Junior Faculty, GI Fellows, Medical Residents, International Visiting Research Associates (Current appointment)

2005-2007        Jessie Liu, MD
                 Current position: GI Fellowship Director and Chief of
                 Gastroenterology
                 California Pacific Medical Center

2009-2011        Junichi Akiyama, MD
                 Current position: Chief of Gastroenterology at National
                 Center for Global Health and Medicine. Wako, Japan

2011-2013        Jasmine Zia, MD
                 Current position: Assistant Professor at University of
                 Washington. Seattle, WA

2013-2016        Kirsten Regalia, MD; 2013- 2016:
                 Current position: Kaiser

2013- present    Irene Sonu, MD
                 Current position: Clinical Associate Professor at Stanford
                 University. Stanford, CA

2016- current    Andres Gottfried Blackmore, MD, PhD
                 Current position: Assistant Professor, UC San Diego, CA

**LINDA ANH B. NGUYEN, MD, FACG, AGAF**
**Clinical Professor of Medicine**

2017- 2020          Vickie Aivaliotis, MD
                    Current position: Private Practice GI

2019-2025           Wendy Zhou, DO
                    Current position: Gastroenterologist, Regional Medical Center

2020- present       Chiazotam Ekekezia, MD
                    Current position: Clinical Assistant Professor, Associate Program Director
                    Stanford Gastroenterology

2021- present       Sean Spencer, MD, PhD
                    Current position: Assistant Professor at Stanford University

2021- present       Elisa Karhu, MD
                    Current position: Gastroenterology Fellow. Stanford University

2021- present       Noor Siddiqi, MD
                    Current position: Autonomic Neurology & Neurogastroenterology Fellow,
                    University of Michigan GI Fellow

2021 – present      Meredith Craven, PhD
                    Current position: Clinical Assistant Professor at Stanford University

2025 – present      Jarongkorn Sirimongkolkasem, MD
                    Current position: Visiting Scholar, Stanford University; Assistant
                    Professor Chulalongkorn University, Bangkok, Thailand

# EXHIBIT B

**<u>Dr. Linda Nguyen – Materials Considered List</u>**

**<u>Expert Reports</u>**

Expert Report of Dr. David Dore

Expert Report of Dr. Jessica Eisner

Expert Report of Dr. Binu John

Expert Report of Dr. Ronnie Fass

Expert Report of Dr. Lacey Keller

Expert Report of Dr. David Kessler

Expert Report of Dr. Gabriel Lang

Expert Report of Dr. Jeffry Lansman

Expert Report of Dr. Nilesh Lodhia

Expert Report of Dr. David Madigan

Expert Report of Dr. David Metz

Expert Report of Dr. Kevin O'Brien

Expert Report of Dr. Daniel Raines

Expert Report of Dr. David Ross

Expert Report of Dr. Eliot Siegel

Expert Report of Dr. Ma Somsouk

**<u>Labels</u>**

Victoza Labels and Medication Guides (01/2010 – 10/2025)

Saxenda Labels and Medication Guides (12/2014 – 10/2025)

Ozempic Label and Medication Guide (12/2017 – 10/2025)

Rybelsus Labels and Medication Guides (09/2019 – 01/2026)

Wegovy Labels and Medication Guides (06/2021 – 01/2026)

**<u>Literature</u>**

Aldhaleei et al., Glucagon-like Peptide-1 Receptor Agonists Associated Gastrointestinal Adverse Events: A Cross-Sectional Analysis of the National Institutes of Health All of Us Cohort, *Pharmaceuticals* (2024)

Alfehaid et al., Evaluating Bowel Obstruction and Ileus Events in Patients on GLP-1 Receptor Agonists: A Systematic Review and Meta-Analysis, *Expert Opinion on Drug Safety* (2025)

Alkabbani et al., Glucagon-Like Peptide 1 Receptor Agonists and the Risk of Motility-Related Gastrointestinal Adverse Events—A Cohort Study, *Diabetes* (2025)

Almustanyir et al., Gastroparesis With the Initiation of Liraglutide: A Case Report, *Cureus* (2020)

Aneke-Nash et al., Comparing the risk of gastroparesis following different modalities for treating obesity: semaglutide versus bupropion-naltrexone versus sleeve gastrectomy – a retrospective cohort study, *BMJ Open Gastroenterology* (2025)

Batke et al., Adynamic Ileus and Acute Colonic Pseudo-Obstruction, *Medical Clinics of North America* (2008)

Baydoun et al., Assessment of Gastrointestinal Adverse Effects of Tirzepatide Versus Semaglutide: A Real-World Propensity-Matched Analysis of the U.S. Collaborative Network, *Digestive Disease Week* (2025)

Bellavance, et al., Gastrointestinal Motility Effects of GLP-1 Receptor Agonists, *Current Gastroenterology Reports* (2025)

Bennett et al., Association between therapy with dipeptidyl peptidase-4 (DPP-4) inhibitors and risk of ileus: a cohort study, *Diabetol Int.* (2016)

Beti et al., Exenatide Delays Gastric Emptying in Patients with Type 2 Diabetes Mellitus but not in Those with Gastroparetic Conditions, *Hormone and Metabolic Research* (2019)

Beutler, L.R., GLP-1 physiology and pharmacology along the gut-brain axis, *J. Clin Invest.* (2026)

Brierley et al., Reappraising the role of the vagus nerve in GLP-1-mediated regulation of eating, *British Pharmacological Society* (2003)

Camilleri et al., Effect of a glucagon-like peptide 1 analog, ROSE-010, on GI motor functions in female patients with constipation-predominant irritable bowel syndrome, *American Physiological Society Journal* (2012)

Camilleri et al., Measurement of Gastrointestinal and Colonic Motor Functions in Humans and Animals, *Cellular and Molecular Gastroenterology and Hepatology* (2016)

Camilleri et al., Gastrointestinal Hormones and Regulation of Gastric Emptying, *Curr Opin Endocrinol Diabetes Obes.* (2019)

Camilleri et al., ACG Clinical Guideline: Gastroparesis, *The American Journal of Endocrinology* (2022)

Camilleri et al., Prevalence and Variations in Gastric Emptying Delay in Response to GLP-1 Receptor Agonist, Liraglutide, *Obesity* (2024)

Chan et al., Use of neostigmine for the management of drug induced ileus in severe poisonings, *J. Med. Toxicology* (2005)

Chaudry et al., Tendency of Semaglutide to Induce Gastroparesis: A Case Report, *Cureus* (2024)

Chen et al., Agent- and Dose-Specific Intestinal Obstruction Safety of GLP-1 Receptor Agonists and SGLT2 Inhibitors: A Network Meta-Analysis of Randomized Trials, *Int. J. Molecular Sciences* (2026)

Cheng et al., The potential adverse effects of hypodermic glucagon-like peptide -1 receptor agonist on patients with type 2 diabetes: A population-based study, *J. Diabetes* (2024)

Chiang et al., Glucagon-Like Peptide-1 Receptor Agonists and Gastrointestinal Adverse Events: A systematic Review and Meta-Analysis, *Gastroenterology* (2025)

Crisafulli et al., Comparative Gastrointestinal Safety of Dulaglutide, Semaglutide, and Tirzepatide in Adults With Type 2 Diabetes, *Annal Internal Medicine* (2025)

Cole et al., Impact of Glucagon-like Peptide-1 Receptor Agonists on Bowel Preparation for Colonoscopy: A Large, Matched Regional Cohort, *Annals of Pharmacotherapy* (2025)

Coutinho, et al., Glucagon-like Peptide-1 Agonist Liraglutide Induces Temporary Impairment to Gastric Electrical Activity in Health Volunteers, *Clinical Gastroenterology and Hepatology* (2025)

Cymbal et al., Impact of GLP-1 Receptor Agonists on Whole-Gut Gastrointestinal Motility Using Wireless Motility Capsule: A Descriptive Single-Center Case Series, *ACG Case Reports J.* (2025)

Dahl et al., Oral semaglutide improves postprandial glucose and lipid metabolism, and delays gastric emptying, in subjects with type 2 diabetes, *Diabetes Obes Metab.* (2021)

Deane et al., Endogenous Glucagon-Like Peptide-1 Slows Gastric Emptying in Healthy Subjects, Attenuating Postprandial Glycemia, *Endocrine Care* (2010)

DeFronzo et al., Effects of exenatide versus sitagliptin on postprandial glucose, insulin and glucagon secretion, gastric emptying, and caloric intake: a randomized, cross-over study, *Current Medical Research and Opinions* (2008)

Degn, et. al., One Week's Treatment With the Long-Acting Glucagon-Like Peptide 1 Derivative Liraglutide (NN2211) Markedly Improves 24-h Glycemia and - and _-Cell Function and Reduces Endogenous Glucose Release in Patients with Type 2 Diabetes, *Diabetes* (2004)

Delgado-Aros et al., Effects of glucagon-like peptide-1 and feeding on gastric volumes in diabetes mellitus with cardio-vagal dysfunction, *Neurogastroenterol Motil* (2003)

Dejgaard et al., Efficacy and safety of liraglutide for overweight adult patients with type 1 diabetes and insufficient glycaemic control (Lira-1): a randomised, double-blind, placebo-controlled trial, *Lancet Diabetes Endocrinol (*2016)

Derington et al., Liraglutide vs Semaglutide vs Dulaglutide in Veterans With Type 2 Diabetes, *JAMA* (2025)

Desai et al., Efficacy and Safety of Semaglutide in Patients with Inflammatory Bowel, *Digestive Disease Week* (2024)

Faillie et al., Incretin- Based Drugs and Risk of Intestinal Obstruction Among Patients With Type 2 Diabetes, *Clin Pharmacol Ther.* (2021)

Flint et al., The Once-Daily Human Glucagon-Like Peptide-1 (GLP-1) Analog Liraglutide Improves Postprandial Glucose Levels in Type 2 Diabetes Patients, *Adv Ther* (2011)

Frandsen et al., Liraglutide as adjunct to insulin treatment in type 1 diabetes does not interfere with glycaemic recovery or gastric emptying rate during hypoglycaemia: A randomized, placebo controlled, double-blind, parallel-group study, *Diabetes Obes Metab.* (2017)

Friedrichsen et al., The effect of semaglutide 2.4 mg once weekly on energy intake, appetite, control of eating, and gastric emptying in adults with obesity, *Diabetes Obes Metab.* (2021)

Gabe et al., Effect of oral semaglutide on energy intake, appetite, control of eating and gastric emptying in adults living with obesity: A randomized controlled trial, *Diabetes Obes Metab.* (2024)

Gao et al., Association of GLP-1 receptor agonists with risk of intestinal obstruction in patients with type 2 diabetes mellitus: a retrospective cohort study, *Acta Diabetologica* (2025)

Garg et al., All-Cause Mortality and Gastrointestinal Adverse Effects in Adults With Type 2 Diabetes on Glucagon-Like Peptide-1 Receptor Agonists vs Sodium–Glucose Cotransporter-2 Inhibitors, *Gastro Hep Advances* (2025)

Giralt et al., Glucagonlike Peptide-1 (GLP-1) Participation in Ileal Brake Induced by Intraluminal Peptones in Rat, *Digestive Diseases and Sciences* (1999)

Gmehlin et al., Impact of Glucagon-Like Peptide-1 Receptor Agonist Exposure on Gastrointestinal Outcomes Among ICU Patients: A Multicenter Matched Cohort Study, *Critical Care Explorations* (2025)

Gomez et al., I Miss Eating: Medication-Induced Gastroparesis from Semaglutide, *The American Journal of Gastroenterology* (2023)

Gudbergsen et al., Liraglutide after diet-induced weight loss for pain and weight control in knee osteoarthritis: a randomized controlled trial, *Am J Clin Nutr* (2021)

Gudin, Incretin-based drugs and intestinal obstruction: A pharmacovigilance study, Pharmacoepidemiology (2020)

Halawi et al., Effects of liraglutide on weight, satiation, and gastric functions in obesity: a randomised, placebo-controlled pilot trial, *The Lancet Gastroenterology & Hepatology* (2017)

Harmon et al., Evaluation and management of dyspepsia, *Therapeutic Advances in Gastroenterology* (2010)

Hellstrom et al., GLP-1 suppresses gastrointestinal motility and inhibits the migrating motor complex in healthy subjects and patients with irritable bowel syndrome, *Neurogastroenterol Motil* (2008)

Hjerpsted et al., Semaglutide improves postprandial glucose and lipid metabolism, and delays first-hour gastric emptying in subjects with obesity, *Diabetes Obes Metab.* (2018)

Hiramoto et al., Quantified Metrics of Gastric Emptying Delay by Glucagon-Like Peptide-1 Agonists: A Systematic Review and Meta-Analysis with Insights for Periprocedural Management, *The American Journal of Gastroenterology* (2024)

Hurwitz et al., Comparative Safety of Glucagon- Like Peptide 1 Receptor Agonists (GLP- 1- RAs) in Type 2 Diabetes and Chronic Weight Management: A Real- World Data Study, *Pharmacoepidemiology and Drug Safety* (2025)

Iskander et al., Acute Functional Gastric Outlet Obstruction Associated With Low-Dose Tirzepatide, *Cureus* (2025)

Jalleh et al., Clinical Consequences of Delayed Gastric Emptying With GLP-1 Receptor Agonists and Tirzepatide, *J Clin Endocrinol Metab.* (2024)

Kalas et al., Medication-Induced Gastroparesis: A Case Report, *Journal of Investigative Medicine High Impact Case Reports* (2021)

Kalas et al., Frequence of GLP-1 receptor agonists use in diabetic patients with delayed gastric emptying and their demographic profile, *Journal of Investigative Medicine* (2023)

Kalff et al., Post-operative Ileus, Uptodate (2025)

Kapitza et al., The Effect of the Once-Daily Human Glucagon-like Peptide 1 Analog Liraglutide on the Pharmacokinetics of Acetaminophen, *Adv Ther* (2011)

Katzka et al., The Requisites in gastroenterology: esophagus and stomach (2003)

Khanna et al., Outcomes of Patients With Inflammatory Bowel Disease on GLP-1 Receptor Agonists: A Propensity Score-Matched Analysis, *The American Journal of Gastroenterology* (2024)

Klonoff et al, Risks of peri- and postoperative complications with glucagon-like peptide-1 receptor agonists, *Diabetes, Obesity and Metabolism* (2024)

Langeskov et al., Population pharmacokinetic of paracetamol and atorvastatin with co-administration of semaglutide, *Pharmacology Research & Perspectives* (2021)

Linnebjerg et al., Effect of exenatide on gastric emptying and relationship to postprandial glycemia in type 2 diabetes, *Regulatory Peptides* (2008)

Liu et al., Rate and risk of non-arteritic anterior ischaemic optic neuropathy with semaglutide use for diabetes and weight loss: a systematic review and meta-analysis, *Ophthalmology* (2025)

Lovegrove et al., U.S. Emergency Department Visits Attributed by Clinicians to Semaglutide Adverse Events, 2022-2023, *Annals of Internal Medicine* (2025)

Lundgren et al., Healthy Weight Loss Maintenance with Exercise, Liraglutide, or Both Combined, *The New England Journal of Medicine* (2021)

Lupianez-Merly C et al., Effects of GLP-1 Receptor or A Dual GLP-1/GIP Receptor Agonists on Gastrointestinal Symptoms and Gastric Emptying: Results From a Large Clinical Practice Database, *AGA Abstracts* (2024)

Maselli et al., Effects of Liraglutide on Gastrointestinal Functions and Weight in Obesity: A Randomized Clinical and Pharmacogenomic Trial, *Obesity (Silver Spring)* (2022)

Mesgun et al., Increased risk of de-novo gastroparesis in non-diabetic obese patients on glp-1 receptor agonists for weight loss: a multi-network study, *Digestive Disease Week* (2024)

McSweeney et al., Small Bowel Obstruction Associated With Semaglutide Use, *The American Journal of Gastroenterology* (2025)

Moiz et al., Efficacy and Safety of GLP-1 RA for weight loss among adults without Diabetes, *Annals of Internal Medicine* (2025)

Muskiet, GLP-1 and the kidney: from physiology to pharmacology and outcomes in diabetes, Nature Reviews Nephrology (2017)

Nakatani et al., Effect of GLP-1 receptor agonist on gastrointestinal tract motility and residue rates as evaluated by capsule endoscopy, *Diabetes & Metabolism* (2017)

Nanah et al., GLP-1 Agonists are Associated With Lower Rates of IBD-Related Complications in Patients With Elevated BMI Compared to Bariatric Surgery: A Nationwide Cohort Analysis, The American Journal of Gastroenterology (2024)

Nathani et al., Incidence of Gastrointestinal Side Effects in Patients Prescribed Glucagon-like Peptide-1 (GLP-1) Analogs: Real-World Evidence, *Digestive Disease Week* (2024)

Nauck, et al., Rapid tachyphylaxis of the glucagon-like peptide 1-induced deceleration of gastric emptying in humans, *American Diabetes Association* (2011)

Nielsen et al., Glucagon-Like Peptide 1 Receptor Agonists Are Not Associated With an Increased Risk of Ileus or Intestinal Obstruction in Patients with Inflammatory Bowel Disease—A Danish Nationwide Cohort Study, *Inflammatory Bowel Diseases* (2025)

Niu et al., Gastrointestinal and Hepatobiliary Safety of Glucagon-like Peptide-1 Receptor Agonists in Patients with Type 2 Diabetes, *American Journal of Gastroenterology* (2025)

Odah et al., Glucagon-Like Peptide-1 Receptor Agonists and Capsule Endoscopy in Patients with Diabetes: A Matched Cohort Study, *Gastrointestinal Edoscopy* (2024)

Petring et al., Gastric Emptying In Adults: An Overview Related to Anesthesia, *Anaesth Intens Care* (1993)

Preda et al., Gastroparesis with bezoar formation in patients treated with Glucagon-like Peptide-1 receptor agonists: potential relevance for bariatric and other gastric surgery, *BJS Open* (2023)

Quast et al., Effects of Lixisenatide Versus Liraglutide (Short- and Long-Acting GLP-1 Receptor Agonists) on Esophageal and Gastric Function in Patients With Type 2 Diabetes, *Diabetes Care* (2020)

Rai et al., Liraglutide-induced Acute Gastroparesis, *Cureus* (2018)

Rashid et al., Impact of Preoperative Glucagon-Like Peptide-1 Receptor Agonist on Outcomes Following Major Surgery, *World Journal of Surgery* (2025)

Rezaeianzadeh et al., GLP-1 Receptor Agonists and Gastrointestinal Adverse Events-Reply, *JAMA* (2024)

Rodriguez et al., Semaglutide vs Tirzepatide for Weight Loss in Adults With Overweight or Obesity, *JAMA Internal Medicine* (2024)

Sarwal et al., Glycemic therapies and the risk of gastrointestinal adverse events in veterans with type2 diabetes, *Diabetes, Obesity and Metabolism* (2025)

Schoenfeld et al., GI Adverse Events with GLP-1 Receptor Agonists for Weight Loss: Understanding the Risks, *American College of Gastroenterology* (2023)

Schol, et al., Rome Foundation and International Neurogastroenterology and Motility Societies' Consensus on Idiopathic Gastroparesis. *The Lancet Gastroenterology & Hepatology* (2025)

Scholten et al., Double Trouble: The Effect of Opioid and GLP-1 Agonist Use on Peri- and Post-Operative Complications, *The American Journal of Gastroenterology* (2025)

Shu et al., Gastrointestinal adverse events associated with semaglutide: A pharmacovigilance study based on FDA adverse event reporting system, *Frontiers* (2022)

Sodhi et al., Risk of Gastrointestinal Adverse Events Associated with Glucagon-Like Peptide-1 Receptor Agonists for Weight Loss, *JAMA* (2023)

Suissa et al., GLP-1 Receptor Agonists and Gastrointestinal Adverse Events, *JAMA* (2024)

Thazhath, et al., The glucagon-like peptide 1 receptor agonist exenatide inhibits small intestinal motility, flow, transit, and absorption of glucose in healthy subjects and patients with type 2 diabetes: a randomized controlled trial, *Diabetes* (2016)

Uccellatore, et al., Comparison Review of Short-Acting and Long-Acting Glucagon-like Peptide-1 Receptor Agonists, *Diabetes Therapy* (2015)

Ueda et al., Use of DPP4 Inhibitors and GLP-1 Receptor Agonists and Risk of Intestinal Obstruction: Scandinavian Cohort Study, *Clinical Gastroenterology and Hepatology* (2023)

Urva et al., The novel dual glucose-dependent insulinotropic polypeptide and glucagon-like peptide-1 (GLP-1) receptor agonist tirzepatide transiently delays gastric emptying similarly to selective long-acting GLP-1 receptor agonists, *Diabetes, Obesity and Metabolism* (2020)

Van Can et al., Effects of the once-daily GLP-1 analog liraglutide on gastric emptying, glycemic parameters, appetite and energy metabolism in obese, non-diabetic adults, *International Journal of Obesity* (2014)

Wachsmuth et al., Role of the gut–brain axis in energy and glucose metabolism, *Experimental & Molecular Medicine* (2022)

Wang et al., A comprehensive meta-analysis on the association of SGLT2s and GLP-1RAs with vascular diseases, digestive diseases and fractures, *Acta Diabetologica* (2024).

Wang et al., Meta-analysis of the association between new hypoglycemic agents and digestive diseases, *Medicine* (2022).

Weber et al., Clinically significant emesis in a patient taking a long-acting GLP-1 receptor agonist for weight loss, *British Journal of Anaesthesia* (2023)

Wegeberg, et al, Liraglutide accelerates colonic transit in people with type 1 diabetes and polyneuropathy: A randomised, double-blind, placebo-controlled trial, *United European Gastroenterology Journal* (2020)

Wen et al., Tirzepatide Versus Semaglutide on Weight Loss in Type 2 Diabetes Patients: A Systematic Review and Meta- Analysis of Direct Comparative Studies, *Endocrinology, Diabetes & Metabolism* (2024)

Wettergen, et al., Truncated GLP-1 (proglucagon 78-107-amide) inhibits gastric and pancreatic functions in man, *Digestive Diseases and Science* (1993)

Wu et al., Safety of Glucagon-Like Peptide-1 Receptor Agonists: A Real-World Study Based on the US FDA Adverse Event Reporting System Database, *Clinical Drug Investigation* (2022)

Xie et al., Mapping the effectiveness and risks of GLP-1 receptor agonists, *Nature Medicine* (2025)

Yin et al., Comprehensive analysis of the safety of semaglutide in type 2 diabetes: a meta-analysis of the SUSTAIN and PIONEER trials, *Endocrine Journal* (2021)

Zheng, et al., Glucagon-like peptide-1 receptor: mechanisms and advances in therapy, *Signal Transduction and Targeted Therapy* (2024)