# EXHIBIT 23D

**PRIVILEGED & CONFIDENTIAL**
**DRAFT EXPERT REPORT**

## Dr. Suneil K. Koliwad, M.D., Ph.D.

*In re GLP-1RA Litigation*, MDL No. 3094, Case No. 2:24-md-03094-KSM (E.D. Pa.)

### I.    Overview

The purpose of this report is to explain the key biological and drug-related principles that make glucagon-like peptide-1 (GLP-1) receptor agonists (GLP-1RAs)—including semaglutide and liraglutide—so effective for treating diabetes, obesity, and other approved conditions. This report also addresses well-known side effects associated with GLP-1RAs and how those side effects are considered by prescribing physicians in the medical community.

### II.    Qualifications and Experience

I am a board-certified Endocrinologist and Professor of Medicine at the University of California San Francisco (UCSF), one of the world's preeminent medical schools and world class research institutions. Here, I am Chief of the Division of Endocrinology and Metabolism and hold the Kenneth Woeber, M.D./Mt. Zion Health Fund Distinguished Professorship in Endocrinology as well as the Gerold Grodsky Ph.D./JAB Professorship in Diabetes Research. UCSF is widely considered to be one of the best medical centers in the US for the treatment of diabetes and endocrine disorders, consistently ranking as one of the top 15 centers nationally by US News and World Report over the last quarter century.

Faculty members in the UCSF Division of Endocrinology and Metabolism run clinics in which they care for exceptionally complex patients across the full scope of endocrine disorders, including a large population of patients with type 1 and type 2 diabetes, diabetes in the context of obesity, organ transplant-associated diabetes, diabetes associated with cancer, cystic fibrosis-related diabetes, and relatively rare genetic causes of diabetes. Patients often come to UCSF for their care because other clinicians and health care systems have failed to provide them with a successful outcome due to diagnostic dilemmas, inexperience with the approaches to successfully manage complex forms of diabetes, and/or a lack of cutting-edge resources. Importantly, UCSF's expertise in the management of diabetes includes substantial experience in the use of new and emerging classes of medications, including SGLT2 inhibitors, GLP-1RAs, and dual GLP-1 receptor and gastric inhibitory polypeptide (GIP) agonists. My colleagues and I are adept at using these drugs as initial therapies, add-on therapies, as well as in conjunction with insulin and in the management of both obese and relatively lean patients. My own practice is highly enriched for patients who I treat with GLP-1RAs and dual agonists for type 2 diabetes, obesity, or a combination of the two.

I also conduct diabetes-related research at UCSF. The UCSF Diabetes Center, of which I am a member, has made some of the most seminal discoveries in diabetes over the last fifty years. These include cloning insulin, determining several key aspects of insulin action in the body, identifying specific autoantibodies involved in the onset of type 1 diabetes, and most recently advancing and successfully trialing the first immunologic treatment for type 1 diabetes (anti-CD3), which is now approved for clinical use by the FDA. UCSF is the top public university in the nation for NIH funding overall, and our Department of Medicine is among the top few nationwide in this category. More specifically, UCSF is a leader in obesity research, nutritional biology, the role of the microbiome and intestinal physiology in metabolic regulation, and the gut-brain axis. Each of

1

*PRIVILEGED & CONFIDENTIAL*
*DRAFT EXPERT REPORT*

these areas is directly relevant to the mechanism of action of GLP-1RAs and the effects they have in treating diseases including obesity, diabetes, fatty liver disease, sleep apnea, and cardiovascular disease.  I am also Associate Director of the NIH-funded UCSF Nutrition and Obesity Research Center (NORC).

In addition to being a research investigator and a physician who cares for patients with diabetes, I am also actively engaged in teaching and mentoring medical students, residents, clinical endocrinology fellows, and advanced practice nursing students.  I see patients and actively engage in teaching specifically in the area of diabetes every week.

I have run the Koliwad Laboratory, an independent laboratory in the Diabetes Center at UCSF, since 2011.  My group investigates how immune cells, as well as cells in the brain, liver, and fat tissues, sense nutrients, and the relationship between this sensory capacity and diseases including diabetes, obesity, atherosclerosis, and fatty liver disease.  Under my leadership, our research includes work in cell-based systems, animal models, and humans.  My research efforts have garnered significant recognition, and, in 2018, I was elected to membership in the American Society for Clinical Investigation, an honor society for American Physician-Scientists.  Recently, my lab was funded as part of a collaborative team of experts to explore the role of GLP-1RA and dual agonists in modifying pathways implicated in cancer.  It is well known that a host of cancers are increased by obesity, and there are data indicating that GLP-1RAs and dual agonist medications may lower this risk.  We are actively studying how this works.

As part of my research, clinical work, and teaching duties, I regularly analyze scientific publications, including clinical trial reports, epidemiological studies, meta-analyses, observational studies, and both basic science and translational studies.  To date, I have published 78 full-length papers during my scientific career, with several more in review and/or published in preprint form awaiting peer review.  These also span across basic science, translational human studies, and clinical research.

My research credentials are bolstered by the fact that, in addition to my M.D. degree, I also have a Ph.D. in Molecular Physiology and Biophysics.  In conjunction with my clinical fellowship training in Endocrinology and Metabolism, I also spent seven years doing advanced research work at J. David Gladstone Institutes, a visionary nonprofit biomedical research institution closely affiliated with UCSF.  The UCSF clinical Diabetes, Endocrinology, and Metabolism fellowship training program has for decades been one of the best in the country, with one of the longest running NIH-funded training grants.

Prior to coming to UCSF, I was a resident, including a year-long stint as Chief Resident, at Baylor College of Medicine in Houston, Texas.  Prior to that, I earned both my Ph.D. and M.D. (with high honors), also from Baylor College of Medicine.  Located in the heart of the Texas Medical Center in Houston, TX, Baylor College of Medicine has an over 80-year history of being on the cutting edge of biomedical research and clinical excellence.

In addition to keeping current on preclinical and translational studies across the broad fields of diabetes and endocrinology, I also help guide clinical practice.  From 2015-2017, I served on the Professional Practice Committee of the American Diabetes Association (ADA), which drafts the annual Standards of Care in Diabetes.  I am also a member of the Association for Endocrine Chiefs

*PRIVILEGED & CONFIDENTIAL*
*DRAFT EXPERT REPORT*

and Directors, a leadership group supported by The Endocrine Society. I am also a peer reviewer for numerous journals, including *Diabetes*, *Nature Medicine*, *Cell Metabolism*, *Cell Reports*, *Nature Communications*, and the *Journal of Clinical Investigation*. As a reviewer, I provide critical commentary on a wide variety of submitted medical and scientific studies, including epidemiologic analyses, basic science work, translational research, and clinical research findings.

My curriculum vitae is attached as **Exhibit A** to this report and contains additional details on my training, education and both clinical and research experience.

Pertinent to this expert report, I have a deep clinical and scientific understanding of GLP-1RAs and related medications, including their regulation, mechanisms of action, sites across the body where they exert their effects, and their clinical effectiveness. This understanding is gained from detailed educational training in medical school, residency, and through a rigorous clinical fellowship followed by board certification and recertification, and continuing education in the context of reading relevant research papers, engaging in scientific discussions with peers, and attending relevant meetings. My understanding also is directly informed by over 15 years of prescribing these medications to patients, as well as ongoing research focused on the pathways these drugs impact in the body. A list of materials reviewed is included in **Exhibit B.**

In this case, I am being compensated for my time at rate of $850 per hour for all expert work. I have included a list of my prior expert testimony for the past four years as **Exhibit C**.

### III.    Summary of Opinions

1.  GLP-1RAs have revolutionized diabetes and obesity treatment, cardiovascular risk reduction, sleep apnea, fatty liver disease, and show promising results for an array of additional conditions.

2.  GLP-1RAs have been on the market for over two decades and over that time have been extensively studied in hundreds of clinical trials and epidemiologic studies.

3.  The mechanism of action of GLP-1RA medicines has been extensively studied, including both the basic biology on which these medicines are based, as well as how they achieve a wide range of clinically beneficial effects. It is well-understood that the effects of GLP-1RAs, including their medically desired impacts and the unwanted responses they sometimes produce, are dependent on the binding of these medicines to specific GLP-1 receptors located on the surface of cells in particular tissues and organs throughout the body, most notably the pancreas and the brain.

4.  There is no reliable evidence to suggest that GLP-1RAs cause any toxic injury or damage to the GI tract resulting in persistent impairments in GI motility after the medication is no longer active in a patient's system. Such effects would be inconsistent with the extensive understanding of GLP-1RA action, receptor binding and pharmacokinetics and pharmacodynamics in human beings taking these medications.

3

*PRIVILEGED & CONFIDENTIAL*
*DRAFT EXPERT REPORT*

5. The scientific and medical community has known about the risks of severe GI adverse reactions with GLP-1RAs since the very inception of this class, and are included in the well-established safety profiles of these medicines resulting from thousands of clinical studies, including prospective trials, observational studies, meta-analyses, clinical guidelines, textbooks, and other sources.

6. The FDA-approved product labeling for Novo's GLP-1RAs has always informed prescribers regarding the risk of severe GI adverse events, the effect on gastric emptying, and the risk of certain gallbladder effects.

## IV. Background On Diabetes

In this section of the report, I provide background on diabetes, its causes, treatments, and specific relationship to obesity.

### 1. The Physiology of Diabetes

Diabetes mellitus, more commonly referred to simply as diabetes, is a chronic disease in which high levels of glucose (sugar) build up in the bloodstream.

Glucose is a sugar that serves as the chief fuel to meet the energy requirements of cells throughout the body. The body's primary source of glucose comes from the carbohydrates we eat, with the liver also producing glucose as needed during periods of fasting. The hormone insulin (produced by a specific cell type termed "beta cells" in the pancreas) facilitates the entry of glucose from the bloodstream into cells throughout the body, and stimulates molecular pathways through which this glucose is funneled into energy (ATP) production. Insulin also acts to restrain glucose production by the liver, allowing the liver to reserve its glucose stores for use when there is no food intake for long periods. In this way, insulin serves as the primary hormone that balances our food (and thus carbohydrate) consumption with our energy utilization and fuel needs. In doing so, insulin acts to steadily maintain circulating blood glucose levels within a tight range, fluctuating only transiently in response to meals, vigorous physical activity, or in response to a wide array of stressors such as infection, pain, injury, or psychosocial volatility.

However, when the body makes insufficient insulin, or when the body's cells respond inadequately to insulin produced by the pancreas, the rate at which glucose enters cells throughout the body is decreased, and the rate at which the liver secretes glucose into the circulation is increased. This causes glucose to build up in the blood, while cells across a variety of tissues are progressively starved for fuel. Figure 1 demonstrates the differences between normal and disordered glucose transport in the two forms of diabetes: type 1 and type 2 diabetes.

This report focuses on type 2 diabetes, illustrated in the bottom right graphic of Figure 1. As compared to type 1 diabetes, type 2 diabetes generally develops later in life, is influenced by genetic predisposition, and is more commonly seen in the context of overweight or obesity than type 1 diabetes. Type 1 diabetes, by contrast, occurs due to an attack on pancreatic beta cells by one's own immune system (a so-called "autoimmune disease"), robbing the patient of the ability to produce insulin at all and often onsetting very early in life when compared with type 2 diabetes.

*PRIVILEGED & CONFIDENTIAL*
*DRAFT EXPERT REPORT*

In type 2 diabetes, the chronic elevation of blood sugar occurs as a consequence of tissues such as the liver, skeletal muscles, and a variety of other tissues becoming insensitive to insulin over time. This insensitivity promotes the pancreas to produce even more insulin, thus facilitating blood insulin to reach levels sufficiently high enough to overcome the insensitivity of bodily tissues. The production of excess insulin by the pancreas works to keep blood sugars in check for



**Figure 1. The pathogenesis of type 1 and type 2 diabetes** (modified from Koliwad 2019, Diabetes: Your Annual Guide to Prevention, Diagnosis, and Treatment. Scientific American and UC Press).

a while, even sometimes a few decades, in the face of so-called "insulin resistance" elsewhere in the body. However, the ability of the pancreas to produce insulin at such heightened levels eventually begins to falter (called beta cell failure). Once this happens, patients with type 2 diabetes display features of insufficient insulin production and full-blown diabetes develops, mirroring some of the hallmark features that are seen in type 1 diabetes. As will be discussed below, *obesity* in combination with an unhealthy diet and genetic predisposition, is what leads to insulin resistance and the consequent pressure on the pancreas that hastens the loss of insulin production that underlies the elevation of blood sugar that defines type 2 diabetes.

### 2. Diabetes Symptoms

Although type 2 diabetes often has a gradual onset, symptoms stemming from profound elevation of blood sugar may become quite severe and dangerous if left untreated. Moreover, when type 2 diabetes is diagnosed based on the presence of concerning symptoms, the disease may have already been present for several years in a relatively "silent manner" with substantial loss of beta cell function already manifest before the patient even knows they have the disease. Due to this, clinical guidelines across the board recommend routine screening for diabetes, particularly in high-risk populations and along with advancing age, in individuals who are presumed to be healthy and do not yet display any diabetes-related symptoms.

Common symptoms of uncontrolled diabetes include A) excessive urination (polyuria) due to unused blood glucose being excreted in the urine; B) intense thirst and dehydration resulting from excessive urination; C) weight loss due to the loss of calories from the body as glucose continuously exits the urine; D) hunger due to the brain's perception of caloric deficit; and E) fatigue and even lethargy due to the effects of effective caloric starvation and the production of ketones as an alternative fuel in absence of available glucose. Moreover, poor immune function

*PRIVILEGED & CONFIDENTIAL*
*DRAFT EXPERT REPORT*

in the context of diabetes leads to higher rates of infection, and vision can be blurred due to elevated glucose levels in the vitreous fluid of the eye. Patients may also develop hyperosmolarity (thickening of the blood) due to exceptionally high levels of blood glucose; this can eventually lead to profoundly altered cognition, coma, and even sudden death.

### 3. Complications of Type 2 Diabetes

Beyond symptoms stemming directly from the acute effects of elevated blood sugar, the chronic effects of uncontrolled diabetes are also devastating, and at the population level underscore the immense toll that diabetes takes on people's productivity as well as societal impacts ranging from healthcare expenditures to lost economic productivity. Indeed, diabetes-related complications are a major cause of both morbidity and mortality in the United States. Diabetes-related complications are divided into broad categories, including but not limited to "microvascular" and "macrovascular" complications, as well as heart failure that is not specifically a consequence of vascular disease. In addition to these vascular complications, diabetes impacts the function of nerves, in particular the long nerves in the body, leading to a variety of chronic neurological conditions. In addition, the impairments in immune function mentioned above can lead to chronic infections that fester over time, including in the skin, soft tissues, ears, and other contexts. These infections can, when coupled with impaired function of blood vessels and nerves, lead to profound and life-threatening abscesses and other acute infectious complications.

Microvascular complications refer to those involving damage to organs supplied with oxygen and nutrients by fine networks of small blood vessels and capillaries. These include, classically, the eyes and kidneys. Therefore, chronic, uncontrolled diabetes is a major cause of kidney failure and dialysis, and is the major cause of adult-onset blindness in the United States. Microvascular complications can be greatly reduced by controlling one's blood sugar into the normal range, suggesting that these complications are a result of the toxicity to tissues produced by high blood sugar concentrations; normalizing these concentrations fixes this. Notably, GLP-1RAs have been shown to reduce the progression of chronic kidney disease in patients with diabetes, and the mechanisms by which this occurs may involve both improvement in glucose control and other effects including a reduction in obesity and diabetes-associated chronic inflammation.

Macrovascular (larger vessel) complications also produce serious medical problems, including increased risk for stroke and heart attack. Although macrovascular risk can be partially mitigated by controlling blood sugar levels, this risk is also tied to genetic vulnerability and to obesity, factors that track with diabetes but do not regress simply by normalizing blood sugar. Interestingly, accumulating evidence indicates that GLP-1RAs are able to reduce cardiovascular complications in individuals with diabetes and obesity, suggesting that these drugs also mitigate the macrovascular complications of diabetes.

Beyond vascular complications impacting the heart, diabetes can also directly impair the function of heart cells and the capacity of the heart to contract and pump blood properly. This impairment is called diabetic cardiomyopathy (DCM) and leads to heart failure.

Nerve damage, called diabetic neuropathy, occurs in part due to poor blood supply to nerves but is also induced by direct effects of diabetes on nerve function itself, in particular the longest nerves in the body. Diabetic neuropathy can thus lead to highly uncomfortable tingling and numbness in

6

PRIVILEGED & CONFIDENTIAL
DRAFT EXPERT REPORT

the feet, legs, and hands, which are served by particularly long nerves. Partly as a consequence of this foot numbness, diabetic neuropathy can also lead to foot and leg wounds. Poor vascular supply of nutrients and the lack of healthy immune cells in the wounded area can lead to poor wound healing, and subsequent infections. These infections make diabetes the major non-traumatic cause of toe, foot, and leg amputation worldwide.

Diabetic neuropathy can also impair GI function. This is because diabetic neuropathy targets the autonomic nervous system including the vagus nerve, one of the longest nerves in the human body, which provides nervous input into the GI tract including the stomach and small intestines. This input controls GI motility and digestion, thus regulating the transit of food through the GI tract following a meal as well as the assimilation of nutrients from food into our bodies once it is broken down. Autonomic neuropathy stemming from chronic and/or poorly controlled diabetes can damage autonomic nerves including the vagus nerve, impairing this regulation and potentially leading to a condition called "diabetic gastroparesis" in which food does not transit out of the stomach in a timely manner, thus producing gastric distention manifesting as bloating, abdominal pain, nausea, and even vomiting following meals.

Multiple molecular mechanisms underlie how poorly controlled diabetes induces nerve damage, including the effects of toxic metabolic byproducts from extracellular enzymatic glucose metabolism via pathways such as the aldose reductase pathway and the glycation of specific molecules to produce so-called advanced glycation end-products (AGEs) which are also toxic to multiple cell types including nerve cells.

Consistent and tight levels of glucose control are helpful in preventing autonomic neuropathy and gastroparesis from manifesting, although some individuals do develop this condition after many years of diabetes even in the face of good glucose control.

### 4. Diabetes Prevalence and Risk Factors

Based on the most recent compilation of national data by the United States Centers for Disease Control and Prevention (CDC), type 2 diabetes remains a critical and unfortunately growing public health problem, rising from approximately 7.1% of the American population in 2001 to approximately 9.8% as of 2021. Indeed, certain high-risk populations in the US have rates of type 2 diabetes far higher than this. The 2026 *National Diabetes Statistics Report* from the CDC reports that approximately 40.1 million people in America have diabetes, of which approximately 11 million do not know they have the condition, and over 300,000 are children. Moreover, another estimated 115 million adults in the US have "prediabetes," more moderate elevations in blood sugar that are generally present without symptoms. Without lifestyle changes or other management, patients with pre-diabetes will usually develop diabetes within a decade.[1]

Lifestyle components that impact diabetes risk include diet, physical activity, early life and maternal malnutrition, and other exposures. Of these, diet and physical activity are the most important. Inactivity leads to weight gain and the opposite – physical activity – promotes greater use of glucose by our body's cells, thus preventing glucose from accumulating in the bloodstream. The muscle built through exercise also helps control glucose levels, because it demands large

---

[1] CDC, *National Diabetes Statistics Report* (Jan. 28, 2026),
file:///C:/Users/eg43268/Downloads/National_Diabetes_Statistics_Report.pdf.

**PRIVILEGED & CONFIDENTIAL**
**DRAFT EXPERT REPORT**

quantities of glucose, removing it from the bloodstream. Because patients often exercise less, eat more, and gain abdominal fat as they age, diabetes rates tend to increase in older populations.

Diet is also a major contributor to type 2 diabetes risk. In particular, overconsumption of calories, excess consumption of carbohydrates, lack of fiber in the diet, and inadequate consumption of vegetables and healthy protein sources underlies the dietary contribution to diabetes risk. Importantly, these unhealthy dietary contributors can be encapsulated into a common underlying risk factor. Specifically, processed, and importantly what are defined as "highly processed" foods are high in carbohydrates, low in fiber, and high in caloric density vs. unprocessed or minimally processed foods. As such, the increasing reliance on processed foods by Americans is a key factor underlying increasing diabetes rates.

Type 2 diabetes also appears to have a hereditary component, and researchers have identified at least 18 genes that can increase a patient's chance of developing diabetes. Although reliable genetic testing is not widely available, it is believed that genetic variations may account for over 20% of type 2 diabetes risk.

### 5.  Diabetes Treatments Prior to GLP-1RAs

Unlike type 1 diabetes, which must be treated with insulin, type 2 diabetes is often controlled through careful dietary management, exercise, and weight loss, most often paired with one or more non-insulin medications. These medications include a variety of oral and, increasingly, injectable agents. Given that type 2 diabetes is a progressive disease, over time, it eventually leads to a worsening of beta cell function. This worsening often leads to reduced insulin production and the need to use insulin in a manner similar to what is needed by people with type 1 diabetes.

### A.  *Weight Loss, Lifestyle Changes, and Monitoring*

In general, the first steps in disease management that should be undertaken by people with either pre-diabetes or newly diagnosed type 2 diabetes include changing diet and exercise routines to improve health and stimulate weight loss. Weight loss via careful management of diet and exercise can slow the progression of diabetes and delay the period before patients may need to begin taking diabetes medicines. Dietary adjustments are also central to the lifestyle-based aspects of diabetes prevention and management.

Depending on what medications patients take, they may need to monitor blood glucose levels regularly throughout the day. In addition, patients with diabetes need to routinely monitor long-term glucose control via a blood test called hemoglobin A1c (HbA1C), as instructed by a physician or other provider. More recently, HbA1c monitoring is being augmented by continuous glucose monitoring using one of the commercially available wearable devices, providing patients with real-time insights into what is driving elevations in blood glucose levels that cannot be captured by HbA1c testing alone. Physicians also often monitor patients' kidney function, cardiovascular health, and both triglyceride and cholesterol levels to assess the impact of diabetes care in conjunction with other assessments of both micro- and macrovascular complications.

*PRIVILEGED & CONFIDENTIAL*
*DRAFT EXPERT REPORT*

### B.  *Medications to treat Type 2 Diabetes Prior to the GLP-1 era*

Prescription medications are a critical part of diabetes management.  Many patients find it exceptionally difficult to regulate diet and exercise in the manner recommended by their physicians, and, even with substantial lifestyle modifications, many individuals remain unable to normalize their glycemic control due to strong genetic predisposition for the disease.  Thus, there is a need for medications to effectively control blood glucose levels in most patients with type 2 diabetes.  Medication categories that were relied upon by patients with type 2 diabetes prior to the GLP-1RA era, but are often used as secondary options in the current era, are discussed briefly next.

*Metformin*.  Metformin has traditionally been the first-line medication provided to patients with type 2 diabetes.  Metformin mainly decreases the liver's glucose production but also increases the efficiency of glucose transport into cells.  Metformin can cause GI side effects, which can be mitigated by reducing upward dosing changes.  The medication has been used for more than 60 years worldwide, with a good track record and broad applicability: it works in patients with little beta-cell function; it does not cause hypoglycemia; and it does not cause weight gain.  Patients should not take metformin if they have advanced kidney disease, cirrhosis, advanced heart failure, or serious chronic lung disease, because metformin treatment, in the context of these conditions, may increase the chance of developing a rare but potentially fatal condition called lactic acidosis.  Some patients taking metformin are impaired in their ability to absorb dietary vitamin B12 and can thus benefit from B12 supplementation.

*Sulfonylureas*.  Sulfonylureas stimulate pancreatic beta cells to secrete more insulin.  Because sulfonylureas have been available for decades, and because approximately 85% of patients have an initial favorable response to them, sulfonylureas are common medications to pair with metformin.  However, because over time patients experience progressive decline in beta cell function, approximately 25% of sulfonylurea users find that the medication eventually loses efficacy, often within 10 years of initiation.

By stimulating insulin secretion by the pancreas, sulfonylureas may lower blood glucose to dangerously low levels, a condition termed hypoglycemia.  Sulfonylureas can produce hypoglycemia, even if the patient has recently eaten.  Moreover, repetitive episodes of hypoglycemia induced by sulfonylureas can stimulate a patient to eat more, potentially leading to weight gain over time.  As hypoglycemia is not only aversive but also dangerous, sulfonylurea usage has slowly been falling out of favor as newer and safer medications have come to the fore.

*Thiazolidinediones*.  Thiazolidinediones (TZDs) decrease the body's resistance to insulin and are generally a second-line treatment in combination with oral medications or insulin.  TZDs cause mild weight gain in association with increased body fat.  Indeed, TZDs are associated with a redistribution of body fat away from the liver and abdominal cavity and into the fat deposits under the skin, which improves metabolism and insulin sensitivity.  However, TZDs also impact blood vessels to promote water retention, and as a result are believed to have the potential to produce edema and potentially contribute to new or worsening heart failure.  This diversity of effects, including glucose lowering, fat metabolism, liver function, vascular function, and heart function, stem from the fact that TZDs work within the nucleus of cells by altering the expression of a myriad of genes controlled by a nuclear hormone receptor called PPARgamma.  Since

9

*PRIVILEGED & CONFIDENTIAL*
*DRAFT EXPERT REPORT*

PPARgamma is expressed in a variety of cells and tissues throughout the body, TZDs exert a complex set of effects when administered.

After a 2007 report of increased risk of certain adverse cardiac effects with the TZD rosiglitazone (Avandia), the FDA severely restricted the medication's use and instituted a requirement that new diabetes medications conduct rigorous cardiovascular outcomes trials (CVOTs). Interestingly, when a later study failed to confirm the initial heart attack concern with Avandia, the FDA removed certain prescribing restrictions for the medication, but the CVOT requirement for future medicines remained in place from 2008 to 2020. Another TZD, pioglitazone (Actos), remains in use and is an effective adjunct to diabetes management in selected patients. Interestingly the "CVOT era" of biomedical drug development in diabetes and obesity ushered in following the evaluation of rosiglitazone has yielded an array of new findings that have revealed multiple new indications for to GLP-1RAs, which are central to this report.

***DPP-4 Inhibitors***. Dipeptidyl peptidase-4 (DPP-4) inhibitors are another valuable class of medications in the armamentarium of drugs to control type 2 diabetes. By blocking the activity of the DPP-4 enzyme, these drugs increase incretin hormone levels. With increased incretin levels, pancreatic glucagon release is inhibited, pancreatic insulin secretion increases, and gastric emptying slows in a manner reminiscent of what occurs in response to GLP-1RA treatment (see below). As a result, DPP-4 inhibitors are able to bring down blood glucose and A1c levels.

Like GLP-1RAs (described below), DPP-4 inhibitors can be a particularly good choice for patients who struggle with excess weight (a common challenge among those with type 2 diabetes) because they are weight-neutral, while other medication classes (e.g., sulfonylureas, TZDs, insulin) are associated with weight gain. DPP-4 inhibitors are also generally well-tolerated, and can be used in patients with end-stage kidney disease, potentially at lowered dose, something that is important given that advanced kidney disease (CKD stages 3 and 4) is present in nearly 25% of adults with type 2 diabetes (CDC Chronic Kidney Disease Surveillance System). Because DPP-4 inhibitors are orally administered, whereas the related class of GLP-1RAs are largely injectable, some people prefer DPP-4 inhibitors for convenience and/or fear of injections. Downsides to this class relate to their modest relative effects in lowering A1c levels, lack of data indicating specific pleiotropic benefits in heart failure, CKD, and other diseases connected to diabetes, and for their potentially additive effects on inducing hypoglycemia when used alongside a sulfonylurea or a GLP-1RA. As such, the usage of DPP-4 inhibitors has dropped in the last decade.

***SGLT-2 Inhibitors***. SGLT-2 inhibitors lower blood sugar by limiting the ability of the kidneys to retain glucose as they filter the blood and form urine. This increases the loss of glucose in the urine, and thus lowers blood sugar effectively. However, SGLT-2 inhibitors do not specifically produce hypoglycemia due to this, indicating that the body is able to compensate for urinary glucose excretion by other means. Importantly, several of the SGLT-2 inhibitor CVOTs have reported significant reductions in cardiovascular events, heart failure, as well as benefits in maintaining the integrity of renal function and preventing and/or halting CKD in people with type 2 diabetes.

Risks of SGLT-2 inhibitors include potentially severe genital and urinary tract infections in both men and women (the result of high concentrations of sugar in the urine), and patients may rarely develop diabetic ketoacidosis (DKA), a condition normally associated with type 1 diabetes in

which the blood stream becomes too acidic due to an accumulation of ketone bodies, a secondary fuel source produced by the liver. Prolonged fasting in conjunction with taking an SGLT-2 inhibitor can provoke such DKA.

*Insulin*. Approximately 40% of patients with type 2 diabetes will eventually require insulin, once their beta cells are unable to produce sufficient insulin to overcome insulin resistance despite maximal use of other medication classes. Patients often take insulin in conjunction with oral diabetic medications or GLP-1RAs. Insulin may be rapid-acting to long-acting, and patients may mix types depending upon need. It is important that insulin-dependent patients measure their blood sugar and adjust insulin dosing accordingly. Hypoglycemia is a risk if patients take too much insulin or mistime their insulin dosing with meals or exercise. Patients may need to increase insulin dosing over time, particularly if they are overweight and suffer from insulin resistance.

## V.    Background On Obesity

### 1.    Prevalence of Obesity

The prevalence of obesity has been increasing for several decades, including in the United States and worldwide. Indeed, obesity, defined by a body mass index (BMI) of 30 and above in many datasets, is defined as an ongoing pandemic by the World Health Organization. In the US, an estimated over 100 million people, or 42% of adults, are obese, with another 70 million people (30% of the population) being overweight, defined most commonly as a BMI of 25-30. Given that obesity is defined using lower BMI cutoffs (e.g. BMI of 27 and greater for those of South Asian heritage), the actual number of people with obesity may be even higher. Rates of obesity have also been going up over the last 25 years in children and adolescents as well.[2]

### 2.    Diseases associated with Obesity

Obesity is often termed a "syndemic" rather than a pandemic because it is present not only in isolation, but commonly along with other highly prevalent diseases including, importantly, type 2 diabetes. Indeed, obesity is closely linked to a slew of diseases, and these can be broken down into two broad categories.

Firstly, obesity is causally linked to musculoskeletal, respiratory, and digestive diseases that are a consequence of increased body mass *per se*. For example, obesity is a leading cause of low back pain and lumbosacral disk disease, the most common cause of chronic pain and missed workdays in the US. Obesity is also a common enhancer of osteoarthritis, and associated chronic knee and hip pain, including leading to joint replacement. Obesity is also a driver of respiratory obstruction and thus a cause of obstructive sleep apnea and its associated consequences including hypertension and heart failure. Being overweight or having obesity is associated with a higher risk of getting 13 types of cancer.[3] Obesity also leads to gallbladder disease in many patients, promoting the need to undergo gallbladder resection surgery, as well as gastrointestinal reflux disease (GERD).

---

[2] NIDDK, *Overweight & Obesity Statistics*, https://www.niddk.nih.gov/health-information/health-statistics/overweight-obesity (last reviewed Sept. 2021).
[3] CDC, *Obesity and Cancer* (June 11, 2025), https://www.cdc.gov/cancer/risk-factors/obesity.html.

*PRIVILEGED & CONFIDENTIAL*
*DRAFT EXPERT REPORT*

Beyond the above diseases, the rates of which rise along with increasing BMI, obesity also increases the risk for cardiometabolic diseases including type 2 diabetes, heart attack, stroke, and metabolically dysfunction-associated steatohepatitis (MASH).  In this context, the pattern of body fat deposition is a greater predictor of disease risk than is BMI.  Specifically, people who develop central (i.e. intra-abdominal) adiposity or so-called "visceral obesity" are at greater risk for these consequent diseases than are people who preferentially accrue subcutaneous fat (e.g. fat expansion in the thighs, buttocks, arms, and flanks).  As such, the waist circumference to hip circumference ratio is a better way to define "metabolically unhealthy obesity" than is BMI alone.  Cardiovascular disease remains the leading killer of people in the US.  Mitigating obesity, particularly in people who are predisposed to developing the "apple shape" pattern of body fat accrual as they gain weight over time, has the potential to greatly reduce morbidity and mortality.

### 3.  Relationship between Obesity and Diabetes

Over 70% of patients with type 2 diabetes are overweight or obese.  As stated, the risk conferred by excess weight is due more to an increase in abdominal fat mass than due to excess fat in the hips and thighs.  This pattern of fat deposition, through multiple mechanisms, leads to the development of "insulin resistance," or a progressive reduction in the ability of tissues throughout the body to respond appropriately to insulin produced by the pancreas.

Some of the mechanisms posited to underlie the development of insulin resistance in critical tissues in the context of obesity include obesity-induced inflammation, toxic effects of lipids in these tissues and altered levels of hormones that impact tissue function.  Insulin resistance leads to development of a constellation of features, termed the "metabolic syndrome" which includes increased blood glucose, hypertension, low HDL cholesterol levels, elevated circulating triglyceride levels, and liver fat accumulation.  The presence of metabolic syndrome is a strong predictor of type 2 diabetes and is often simplified into a diagnosis called "prediabetes."  Individuals with prediabetes have a 15-30% chance of developing full-blown type 2 diabetes within the next 5 years.

Substantial data indicate that insulin resistance places a burden on the pancreas to produce excess amounts of insulin in order to overcome the poor responsiveness of bodily tissues to insulin in the context of unhealth obesity and metabolic syndrome.  Elevated blood levels of insulin in this setting are able to increase the concentration of insulin to which these tissues are exposed to levels that force them to respond even in the face of obesity.  However, this strategy is not sustainable. For one, tissue insulin resistance continues to worsen as the duration of obesity becomes more prolonged, making tissues throughout the body more dysfunctional over time and placing progressively greater demand on the pancreas to produce dramatically increased amounts of insulin. More fundamentally, the pancreatic beta cells that make insulin can only do so at increased levels for so long. At a certain point, their ability to make sufficiently increased amounts of insulin falters, and this drop in insulin production coupled with ongoing insulin resistance leads both to greatly elevated blood sugar levels and also to beta cell demise.  Together, this combination of phenomena defines the transition of prediabetes to full-blown diabetes.  The natural history of type 2 diabetes from this point, without treatment, involves the ongoing loss of beta cells, progressive reduction of insulin levels, and consequently, increasingly dangerous blood glucose levels.

*PRIVILEGED & CONFIDENTIAL*
*DRAFT EXPERT REPORT*

### 4. Obesity Treatments (Prior to GLP-1RAs)

Body fat mass is a reflection of bodily energy balance, or the balance between calories consumed and calories expended. Caloric consumption occurs as a function of what a person eats, with the energy consumptive properties of individual foods (so-called thermic effect of food) and digestive inefficiency and calories lost in stool mitigating one's net caloric intake. Caloric expenditure is the sum of basal energy expenditure (basal metabolic rate), volitional physical activity, and non-exercise associated thermogenesis (NEAT). The genetic factors predisposing individuals to developing obesity are essentially all connected to brain pathways that impact caloric consumption. In alignment with this, the current medications approved for weight loss all work for the most part by reducing the drive to eat and thus curbing caloric consumption. Early efforts to create weight loss drugs including drugs targeting energy release by fat tissues, thyroid hormone action, and adrenalin-like effects (e.g. "stimulants") focused on increasing caloric expenditure. While such medications can induce weight loss, they are fraught with unsafe and intolerable side effects among which are rapid heart rate, palpitations, diarrhea, and anxiety. Given this and potential risks for severe cardiovascular complications related to overstimulation of the heart, there is little interest in developing drugs that focus specifically on caloric expenditure.

By contrast, several drugs developed over the last half century, including currently approved for weight loss, do so by lowering caloric consumption. These drugs included the following:

*Phentermine.* Initially approved in combination with fenfluramine (removed from the market for carcinoid-like cardiac and lung adverse effects), phentermine is an appetite suppressant that works by mimicking the effects of norepinephrine in the brain. Side effects include nervousness, jitteriness, and occasionally rapid heart rate and other stimulant-like effects due to norepinephrine-like effects occurring outside of the brain. These phentermine adverse effects are mitigated to some degree by combining the medication with another drug, topiramate, to achieve weight loss at a lower dose of phentermine that was previously used in the phentermine/fenfluramine combination (so-called Phen-fen).

*Phentermine/Topiramate (Qsymia).* Qsymia was initially FDA approved in 2012, with approval in pediatric patients in 2022 and in generic form in 2024. Topiramate is also used as an anti-seizure drug, but has effects on controlling hunger related pathways in the brain that mitigate appetite. Thus, used together phentermine and topiramate can achieve 8-10% body weight loss in most patients who take it. Side effects of note, beyond those mentioned already for phentermine, related to the topiramate portion and include rare development of heart problems, and worsening of depression, potentially most notably in adolescents and young adults. The potential risk for worsening depression can include the possibility of suicidality, and so Qsymia is only prescribed to young patients who already have severe depression with caution and close monitoring. Depression and suicidality relate to the fact that "reward" and "pleasure" centers in the brain such as the nucleus accumbens feed into the hypothalamus, that part of the brain that regulates appetite. As such, patients on weight loss drugs like Qsymia sometimes report no longer feeling as satisfied or "comforted" by eating foods they like. This inability to derive pleasure from food can rarely extend to other normally pleasurable experiences, leaving patients vulnerable to becoming depressed or to having their depression worsen. This albeit rare side effect of Qsymia is also seen with other weight loss drugs (see below). Qsymia cannot be taken while pregnant or breastfeeding.

*PRIVILEGED & CONFIDENTIAL*
*DRAFT EXPERT REPORT*

***Orlistat (Xenical and over the counter in lower dose as Alli).*** Orlistat works to achieve modest levels of weight loss (usually less than 8%) by blocking the complete breakdown and absorption of dietary fat. This inability to efficiently take in dietary calories from fat leads to weight loss. Side effects stem from unabsorbed fat that ends up in the stool, including diarrhea, bloating, gastrointestinal cramping, and greasy stools including oily discharge from the rectum. These side effects are often severe enough to cause patients to discontinue treatment. As such, Orlistat is not commonly prescribed any longer.

***Naltrexone/bupropion (Contrave).*** Naltrexone is an opioid receptor antagonist that mitigates signaling pathways in the brain that are common between food seeking and consequent overeating, and other addictive behaviors including opioid addiction (for which a related drug, naloxone—Narcan—is used as a rescue medicine during overdose). Bupropion is also used for treatment of depression with features of anxiety, generalized anxiety disorder, and for smoking cessation. Together, these medications achieve moderate levels of weight loss, between 5-12% body weight in most studies. Side effects of note include rare worsening of depression, including potential for suicidality, particularly in adolescents and young adults. Other contraindications include avoiding usage in people who have seizure disorders, who have concomitant substance use disorders, or who are already on anti-depressant medications.

## VI.    GLP-1 Receptor Agonists and Dual Agonists

GLP-1 and GIP are among a group of gut-secreted hormones termed "incretins," owing to their ability to increase the effect of consumed nutrients on insulin release by the pancreas (the so-called "incretin effect"). Indeed, GLP-1 and GIP are naturally occurring in the human body. GLP-1RAs are medications that mimic the action of endogenous GLP-1 to stimulate insulin secretion, particularly after meals, inhibit glucagon release by pancreatic alpha cells, and slow gastric emptying. GLP-1RAs may also help trigger weight loss. Beyond this, CVOTs focused on semaglutide, liraglutide, albiglutide, and dulaglutide have also found beneficial cardiovascular and other metabolic effects.

### 1.    History of GLP-1RAs

The last several decades have seen the discovery of an array of hormones produced by cells lining the intestinal tract in response to the consumption of dietary nutrients. The exploration of these peptides, including PYY, ghrelin, oxyntomodulin, cholecystokinin, bombesin, GIP, and GLP-1 and GLP-2, has provided great insights into how our bodies coordinate the consumption of meals with orchestrated physiological responses that allow for matched timing of multiple processes to occur simultaneously in order to optimize metabolic homeostasis every time we eat a meal. This includes coordinating specific responses to food consumption, expansion of the stomach, the consumption and digestion of specific nutrients (individual carbohydrates, fatty acids, amino acids, etc.) with precise effects in organs and systems throughout the body.

In particular, GLP-1 coordinates a phenomenon called the "incretin effect." It has long been known that the intake of glucose (dextrose) when given intravenously induces a sharp rise in blood sugar and a commensurate rise in insulin levels in the blood, produced by the pancreas in order to bring glucose levels back to normal. However, when the same amount of glucose is consumed *orally*, the rise of glucose is more gradual and the amplitude of the spike less severe than what is

produced when the glucose is delivered straight into the vein. This softening of the rise in glucose is made possible because oral glucose consumption stimulates a more robust and prolonged secretion of insulin by the pancreas into the blood stream. Thus, when we eat food containing glucose, an added signal tells the pancreas to start churning out insulin sooner and in greater amounts. This potentiation of the insulin response is termed the "incretin effect" and is critical for keeping our blood sugars from spiking too high every time we eat. The robustness of the incretin effect is often lost in the pathogenesis of type 2 diabetes, placing a greater burden on the pancreas to make insulin and ultimately leading to a sustained rise in blood sugar.

It was discovered that GLP-1 is made by specific cells, called L-cells, in the latter part of the small intestine in response to nutrients flowing to that segment of the intestine, and that this GLP-1 initially flows into the lymph and then the bloodstream, where it serves as a key signal to the pancreas to make more insulin, thus mediating a key component of the incretin response. Indeed, there are several "incretin peptide" hormones that are made by intestinal lining cells in response to the sensing of nutrients consumed during food intake that signal the brain and other tissues in the body of the ensuing entry of nutrients including carbohydrates, proteins, and fats into the bloodstream as a means to coordinate the concerted metabolic response throughout the body in response to each meal we consume. Together, this complex incretin response is adaptive and allows our bodies to prepare for each meal so as to best use the nutrients we consume without each meal creating a shock to our system.

Importantly the discovery of this slate of hormones, including PYY, ghrelin, cholecystokinin, bombesin, oxyntomodulin, GLP-1, and GIP, has revealed multiple incretin factors that the pharmaceutical industry has used to engage in drug development by understanding and leveraging each factor's specific signaling pathway for therapeutic effects.

Thus, there are endogenous incretins that we make every day that are critical for maintenance of normal metabolic homeostasis and health. The exogenous incretin peptides that patients now commonly take, including GLP-1RAs, are based on the known actions of endogenous incretins. It is this deep understanding that underscores our high level of confidence in the safety of GLP-1RAs and the more recently developed dual GLP-1 and GIP receptor agonists. Indeed, the established biology of endogenous incretins has served as a valuable template for the development of GLP-1RAs, a strategic approach that has served to ensure both the safety and efficacy of these drugs as they have entered into clinical use.

## 2. Evolution of GLP-1RAs

Once GLP-1 was discovered as an endogenous human GI incretin peptide, follow up studies indicated that purified GLP-1 could stimulate insulin secretion when given to animals, suggesting it could be turned into a drug. During this time, other researchers discovered a peptide in the saliva of a reptile native to Arizona, called the Gila monster, that biochemical analysis showed to be GLP-1. This peptide was called exendin-4. Researchers then shortened exendin-4 to make it more resistant to degradation by DPP-4, extending its half-life long enough to make it a potential drug. Using this information, investigators synthesized this shortened version of exendin-4 and showed that it could control blood sugar effectively in patients with type 2 diabetes. This drug was approved by the FDA in 2005 and brought to market as exenatide (Byetta), the first approved GLP-1RA. This twice-daily medication was followed later by a weekly version named Bydureon.

*PRIVILEGED & CONFIDENTIAL*
*DRAFT EXPERT REPORT*

Since the introduction of Byetta (no longer marketed), the GLP-1RA class has seen multiple improvements over the past 20 years.  These include A) a more convenient pen administration than was possible for Bydureon based on a more simplified medicinal chemistry, leading to the FDA approval of liraglutide (Victoza, Saxenda); B) more effective approaches to lengthening the half-life of the drug through the addition of fatty acyl chains to increase potency even at a weekly dosing frequency; C) achievement of increasing efficacy beyond glucose control to include weight loss through this durable increase in potency; D) production of a daily oral version; and E) use of more advanced chemistry to create customized bi- and soon multi-specific compounds to couple the GLP-1RA effect with effects on other receptors such as GIP (tirzepatide) and soon others. Together, these approaches have led to a wide armamentarium of incretin mimetics for diabetes, weight loss, and a growing slate of added indications.  This approved list now includes liraglutide (Victoza, Saxenda), dulaglutide (Trulicity), semaglutide (Ozempic, Wegovy, and Rybelsus), and tirzepatide (Mounjaro and Zepbound).  Several others are in late-stage development.

## VII.    Mechanistic Understanding of GLP-1RAs

### 1.   Mechanisms of Action and Duration

GLP-1RAs work through multiple mechanisms that are linked to the cell types throughout the body that express the GLP-1 receptor. In each case, the drug acts by specifically binding to the GLP-1 receptor.  Key cell types expressing the GLP-1 receptor include specific neurons in the brain that relay signals underlying how GLP-1RAs reduce appetite and dampen addictive behaviors (for example towards alcohol consumption and smoking), nervous inputs to the stomach and small intestines leading to slowing of gastric emptying and intestinal transit time following a meal, and pancreatic cells responsible for making insulin.

***Neurons.***   It has long been known that cells in the brain serve as the targets mediating the effects of GLP-1RAs on appetite.[4]  Newer research is showing that these cells exist across multiple brain nuclei, helping to unveil the precise pathways through which the medication works in the brain to underlie GLP-1RA's effects on body weight.[5]  More recently, similar work has sought to find the neurons and circuits underlying why these drugs may be effective to curb addictions.

A recent review article by Lisa Beutler at Northwestern[6] cites several preclinical studies and makes the point that as far as we know from mechanistic studies, the GI aversive effects of GLP-1RAs are due to effects in the brain, not in the GI system itself, and that specific neurons in the brain convey these aversive signals.  There are no similar studies indicating that these drugs actually impair the function of the GI tract directly, cause obstruction, or damage the intrinsic motility of the GI system.  The problem is that shifts in gastric emptying (which the drugs clearly slow) are

---

[4] Turton, M.D., et. al., *A role for glucagon-like peptide-1 in the central regulation of feeding,* Nature. 1996 Jan 4;379(6560):69-72; Mullard, A., et. al., *How GLP-1 went from being a hard-to-handle hormone to a blockbuster success*, Nat Rev Drug Discov. 2024 Dec;23(12):889-890.

[5] Baggio, L.L., Drucker, D. L., *Glucagon-like peptide-1 receptors in the brain: controlling food intake and body weight*, J Clin Invest. 2014 Oct;124(10):4223-4226.

[6] Beutler, L.R., *GLP-1 physiology and pharmacology along the gut-brain axis,* J Clin Invest. 2026 Jan 16;136(2):e194744.

*PRIVILEGED & CONFIDENTIAL*
*DRAFT EXPERT REPORT*

perceived in the brain and this perception triggers (in a small percentage of patients) aversive symptoms including, rarely, vomiting to the point that the drug needs to be discontinued.

***Stomach/Intestine.***   Both through binding to receptors on nerves that supply the stomach and intestine, as well as on the cells that line these parts of the GI system, GLP-1RAs slow gastric emptying.  This enhances the signal to the brain to further reduce appetite and enhance satiety and also slows the rate at which glucose enters the bloodstream, thus helping to control blood sugar.

***Pancreas.***   GLP-1 helps regulate blood sugar levels by stimulating the release of insulin and suppressing glucagon secretion.  Pancreatic beta cells that make insulin express the GLP-1 receptor and thus respond to GLP-1 with an enhancement of insulin secretion.  GLP-1 acts on pancreatic alpha cells, which suppresses the secretion of glucagon.  This prevents the liver from releasing stored sugar into the blood, which helps lower blood glucose levels.  These effects are independent on the ability of these drugs to lower body weight.

***Inflammation.***   Emerging evidence suggests that GLP-1RAs have anti-inflammatory properties, and data link these properties with effects that could underlie how these drugs protect kidney function, cardiovascular health, and potentially stave off neurodegeneration and cognitive decline with advancing age.  These areas are being actively researched at present, given the demand for discoveries and new drugs in these disease areas where inflammation is implicated.

The duration of action for GLP-1RAs, like all medications that act by binding cell-surface receptors, is a result of the functional half-life of the drug once administered into the body.  The functional half-life itself reflects several factors, including how quickly the drug reaches the site where it works, how much of it is available there, how fast the body clears it, how quickly it is metabolized, and how it works at its receptor target.  For GLP-1RAs and dual agonists, each of these parameters for determining the medications' duration of action are well understood.  Once the drug is discontinued, its effect dissipates as it is eliminated from the body across 3-5 half-lives.  By this point, its effects cease.

> **2.   The Therapeutic Benefits and Any Unwanted Adverse Effects of GLP-1RAs Subside Upon Discontinuation.**

Our well-established understanding of GLP-1RA mechanisms and pharmacology does not support claims that these agents cause damage or injury to the nerves, muscles and other tissues involved in gastric motility and/or cause prolonged gastroparesis-related symptoms.

GLP-1RAs work by binding to specific receptors located on the *outside* surface of specific target cells.  This leads to a series of events that are characterized by changes in the phosphorylation status of proteins, mostly enzymes, in the cells that underlie how the medication works.  These phosphorylation events (i.e., a phosphate group being attached to a specific enzyme that then turns that enzyme on or off on-demand) are reliably reversed back to their original state once the drug is discontinued.

This stands in contrast to a wide range of other medications like PPAR gamma agonists such as pioglitazone, as well as testosterone, estrogen, and other steroid drugs, that do not act on the *outside of cells* but instead *enter into cells located across the entire body*, traverse these cells to enter their nucleus, and then bind to elements on the DNA within the nucleus.  This leads to a shift in the

**PRIVILEGED & CONFIDENTIAL**
**DRAFT EXPERT REPORT**

overall makeup of genes that are expressed in those cells in which the DNA structure is open to allow such binding to take place. As such, drugs like steroids and other so-called "nuclear-acting drugs" work by shifting the entire collection of expressed genes across a wide array of cells in the body.

GLP-1RAs do not exert such impacts in the nucleus of cells. GLP-1RAs produce strong, beneficial effects—reducing appetite and increasing fullness via the brain, slowing gastric emptying via the gut's nervous system, and improving blood sugar control via the pancreas—but these effects persist only while the medication is present in the body and engaging GLP-1 receptors. Once the medication is cleared, these effects resolve, and the affected bodily functions trend back to baseline.

Additionally, not all cells in the body express GLP-1 or GIP receptors. That selective distribution explains both the targeted therapeutic benefits of these drugs as well as the unwanted effects. A host of other drugs, including many that have been in use for decades, also act by binding to similar cell-surface receptors on a defined set of cells in various tissues. For all of these drugs, both the therapeutic effects and any unwanted or adverse effects, including for beta-blockers, beta agonists, antihistamines, and certain psychiatric drugs, reflect where the receptors are present in the body and are uniformly reversible once the drug is discontinued.

Unwanted effects can be divided into two large categories; "on-target" and "off-target." On-target adverse effects are those that result from the actual mechanism of action of the drug and reflect the fact that the pathway or receptor that the drug engages controls multiple biological and clinical effects simultaneously. While one or more of these effects are desired, others may be unwanted. Off-target, or nonspecific, side effects, by contrast, reflect those that may occur separately from the mechanism of action by which the drug achieves its therapeutic impact. Such effects may reflect the possibility that the drug targets multiple receptors or pathways, and these alternate targets may not be well understood yet. It could also reflect, for example, that the drug does other things in the context of how it is metabolized and/or eliminated from the body that are apart from how it works as a therapeutic agent. Whereas on-target effects are usually dose-dependent (increase with ascending dose of the drug), off-target effects can be dose-dependent or idiosyncratic and unpredictable based on specific differences between individual patients and their sensitivities to certain symptoms.

With this in mind, a key point regarding GLP-1RAs is that the documented unwanted effects associated with these drugs are on-target, meaning that they are associated with the known way by which the drug actually works to achieve its therapeutic effects. As such, much is understood about how these unwanted effects come about and they are not generally regarded as idiosyncratic, unpredictable, or irreversible. Just as the desired effects of GLP-1RAs (weight regain, elevation of blood sugar, etc.) are reversed upon stopping them, so are the unwanted effects reversed as well.

There are several examples that illustrate the short-lived nature of GLP-1RAs. For one, both in the pivotal trials and in real-world monitoring and studies of patients taking these medications, people regain the weight they lose once they stop a GLP-1RA or dual agonist.[7] A sustained effect

---

[7] Rubino, D., et al., *Effect of Continued Weekly Subcutaneous Semaglutide vs Placebo on Weight Loss Maintenance in Adults With Overweight or Obesity: The STEP 4 Randomized Clinical Trial*, JAMA. 2021 Apr 13;325(14):1414-

of these medications after discontinuation would not predict such weight regain upon stoppage of the medication.[8]  Second, the antidiabetic effects of these drugs are also short-lived and revert back to worsened blood glucose control once a GLP-1RA or dual agonist is stopped, with this reversibility demonstrated both in clinical trials and in real-world contexts.[9]

These clinical examples are accompanied by examples extending from studies in cells and preclinical animal models in which weight, glucose, and gastrointestinal effects induced by medication treatment are reliably reversible upon discontinuation.  Together, these data and known clinical information indicate that GLP-1RA and dual agonist effects are diverse across specific cell types and tissues, but reversible upon stoppage and not permanent or unexpectedly prolonged if the medication is no longer being taken.

This reversibility is evident at the cell, tissue, and whole-body level.  This reversibility not only applies to the clinically desired effects for which the drug is prescribed (a list of effects that is growing), but also to those effects that are unwanted such as nausea and vomiting.  Both the desired and unwanted effects of these drugs are consequences of the mechanism of action of these drugs (on-target) and reflect the heterogeneous responses of individuals to these actions as well as the different levels of perception of specific feelings induced by these drugs in the brain.  But regardless, the effects are reversible upon stoppage.

### 3. The Best Available Literature Does Not Suggest Permanent, Persistent GI Adverse Events After Discontinuation

There are no studies suggesting that the GI side effects of GLP-1RAs persist after treatment discontinuation.  Rather, the literature examining the effects of GLP-1RA make conceptual sense and are consistent with the set of first principles outlined above—that both their therapeutic effects and any unwanted or adverse effects subside upon discontinuation.

Each of the FDA-approved GLP-1RAs, including exenatide, liraglutide, albiglutide, lixisenatide, dulaglutide, semaglutide, and the dual agonist tirzepatide, underwent rigorous phase 3 testing prior to approval for clinical use.  These very large prospective human studies were followed by several similarly large cardiovascular outcome studies, as well as studies exploring other potential indications ranging from metabolic liver disease to cognitive function.  In each of these studies, the drug was given under a specific protocol and for a specific duration of time, at least a year or longer in total.  Importantly, in each of these studies, individuals regained the weight they lost consistently and reliably, on average after the drug was discontinued.  Moreover, given that it has been well shown in animal models, as well as in human studies, that GLP-1RAs and dual agonists promote weight loss by inducing an average reduction in food intake, the individuals who regained weight in any of these GLP-1RA or dual agonist trials likely did so, at least in part, because  they once again began eating more food on average per day than they did when they were taking the

---

1425; Zhou L, et al., *Effects of Glucagon-Like Peptide-1 Receptor Agonists After Treatment Withdrawal: A Systematic Review and Meta-Analysis*. J Gen Intern Med. 2025 Nov 17.

[8] Jensen, S.B.K., et. al., *Healthy weight loss maintenance with exercise, GLP-1 receptor agonist, or both combined followed by one year without treatment: a post-treatment analysis of a randomised placebo-controlled trial*. EClinicalMedicine. 2024 Feb 19;69:102475.

[9] Wilding, J.P.H., et al., *Weight regain and cardiometabolic effects after withdrawal of semaglutide: The STEP 1 trial extension*. Diabetes Obes Metab. 2022 Aug;24(8):1553-1564.

drug. If GLP-1RAs or dual agonists induced prolonged and/or damaging effects on these neurons or any other cells in the body, then it would be highly unexpected for individuals to rapidly increase their rate of food consumption upon discontinuation of the drug in the way that has been consistently and reproducibly observed over a long list of very large studies.

To this end, a recent study used a clinical test called body-surface gastric mapping (BSGM) which measures gastric electrical function, in an open-label, single-center, prospective study on healthy people between 18-65 years old and who had a BMI of 22-35 kg/m$^2$ and who did not have diabetes, a chronic gastroduodenal disorder, or used medications that alter gut motility.[10] Participants received a GLP-1RA, liraglutide, subcutaneously with a standard ramp-up to 1.8 mg over 2 weeks, and GI motility was assessed at baseline, at day 14 (maximum liraglutide dosing), and 7 days after stopping liraglutide. The study found that, as expected, liraglutide treatment reduced gastric amplitude, contractile frequency, and rhythmicity, but that these effects were independent of reported severity of subjective symptoms and occurred in people who had normal BSGM metrics prior to GLP-1RA treatment. Importantly, the study also found that these physiological aberrances and associated symptoms resolved promptly upon cessation of the drug. The messages of this study were that both GLP-1RA-induced effects and GLP-1RA-independent effects can impact direct measures of GI motility while patients are taking the drug, and that any assessment of GI motility is highly confounded due to these mixed effects. This is especially true, the authors argue, for patients who already have longstanding diabetes and underlying problems with GI motility. More importantly, the study clearly suggests that GI motility, at least in people without preexisting chronic GI diseases, reliably normalizes shortly after stopping the drug.

This result is mirrored by findings from Deane and colleagues, which studied an even more vulnerable patient population: 25 critically ill patients in the hospital on ventilator support, some of whom had slowed gastric emptying and some for whom gastric emptying was normal.[11] In these patients, GLP-1RA treatment was given for glucose control, but GI emptying was analyzed in this safety-focused study. The investigators found as expected, that GLP-1RA treatment lowers postprandial glycemia in the critically ill. They also state that this may occur, at least in part, by slowing gastric emptying. However, their results show that this effect was true in individuals whose baseline gastric emptying rate was normal but not in those for whom it was already delayed.

Separately, studies show that the symptomatic impact of the effects of long-acting GLP-1 analogs on gastric motility exhibit tachyphylaxis—a weakening response over time—with prolonged duration of drug exposure.[12] In this way, people report that feelings resulting from slowed gastric emptying often diminish the longer they remain on the medication, and patients commonly no longer experience such feelings after several weeks of treatment.. Such transient effects would not be expected if GLP-1RAs exerted damaging, toxic, or prolonged pathology to the GI tract and instead support the conclusion that the aversive feelings people experience are the result of brain circuits that interpret gut signals and that these circuits exhibit tachyphylaxis.

---

[10] Coutinho, S., et. al., *Glucagon-like Peptide-1 Agonist Liraglutide Induces Temporary Impairment to Gastric Electrical Activity in Healthy Volunteers*, Clin Gastroenterol Hepatol. 2025 Jul 29:S1542-3565(25)00641-X.

[11] Deane, A. M, et al., *Effects of exogenous glucagon-like peptide-1 on gastric emptying and glucose absorption in the critically ill: relationship to glycemia*, Crit Care Med. 2010 May;38(5):1261-9.

[12] Nauck, M. A., et. al., *Rapid tachyphylaxis of the glucagon-like peptide 1-induced deceleration of gastric emptying in humans*. Diabetes. 2011 May;60(5):1561-5.

PRIVILEGED & CONFIDENTIAL
DRAFT EXPERT REPORT

All of these effects have been captured, albeit in a high-level aggregated fashion, in large prospective clinical studies. The best example of this is the study by Rubino and colleagues, which was a randomized, double-blind, 68-week phase 3a withdrawal study conducted at 73 sites in 10 countries from June 2018 to March 2020 in adults with BMI of at least 30 (or 27 with 1 weight-related comorbidity) and without diabetes.[13]    Roughly 900 participants received weekly subcutaneous semaglutide during a 20-week run-in period (16 weeks of dose escalation followed by 4 weeks of maintenance dose). Afterward, 803 participants (89.0%) who reached the 2.4 mg per week semaglutide maintenance dose were randomized to either one group that continued subcutaneous semaglutide (n = 535) or another group that discontinued semaglutide and switched to placebo (n = 268), plus lifestyle intervention in both groups, for 48 more weeks. Over 92% completed the entire protocol. With continued semaglutide, mean body weight change from week 20 to week 68 was −7.9% vs +6.9% with the switch to placebo (difference, −14.8 [95% CI, −16.0 to −13.5] percentage points; P < .001). Similar differences were seen for waist circumference, systolic blood pressure, and SF-36 physical functioning score (all P < .001 vs. placebo). Gastrointestinal tract disorders were reported more frequently and in greater proportions in the continued semaglutide group (41.9%) than in the group that discontinued semaglutide and switched to placebo (26.1%). In the discussion to this paper, the authors note that most of the GI tract disorders reported during this study occurred during the run-in period, which is typical of this class of drugs and when semaglutide was being up-titrated to the target dose of 2.4 mg weekly. By contrast, relatively few participants in either group reported additional events after the run-in period was over, the group randomized to continue semaglutide likely owing to tachyphylaxis that had set in by then and the group randomized to placebo owing to the reversibility of any GI adverse effects that participants might have felt during the run-in period. In any case, few participants in either group discontinued treatment because of adverse events and severe GI disorders were exceedingly rare overall in this study, in particular in the group that discontinued semaglutide and switched to placebo.

Moreover, there is evidence indicating that these "on-target" receptor-dependent impacts of GLP-1RAs that slow gastric emptying, GI motility, and accordingly GI transit time, are not associated with significant risk for ileus or GI obstruction. For example, Chen et al[14] recently performed a rigorous systematic review of RCTs to identify studies assessing these adverse effects and showed no increase in risk associated with GLP-1RA use, and that if anything GLP-1RA use may potentially be associated with a reduced risk for intestinal obstruction. These findings are supported by another study[15] which found that GLP-1RA usage in patients with type 1 diabetes was associated with increased large intestinal transit and no reduction in gastric emptying rate or small bowel transit, potentially indicating improvement in the coordination of GI motility in this population. These findings together support the concept that GLP-1RAs do not uniformly suppress GI motility to the point at which there could be an increased risk for adverse events such as ileus or intestinal obstruction.

---

[13] Rubino, D., et al., *Effect of Continued Weekly Subcutaneous Semaglutide vs Placebo on Weight Loss Maintenance in Adults With Overweight or Obesity: The STEP 4 Randomized Clinical Trial*, JAMA. 2021 Apr 13;325(14):1414-1425.

[14] Chen, et al, *Agent- and Dose-Specific Intestinal Obstruction Safety of GLP-1 Receptor Agonists and SGLT2 Inhibitors: A Network Meta-Analysis of Randomized Trials.* Int J Mol Sci. 2026 Jan 7;27(2):608.

[15] Wegeberg, A.L., et al., *Liraglutide accelerates colonic transit in people with type 1 diabetes and polyneuropathy: A randomised, double-blind, placebo-controlled trial*, United European Gastroenterol J. 2020 Jul;8(6):695-704.

**PRIVILEGED & CONFIDENTIAL**
**DRAFT EXPERT REPORT**

This contention is underscored by additional studies examining high-risk patient populations. In addition to the study cited above looking at critically ill patients with high a priori risk for ileus, another study, for example, examining individuals with preexisting diabetic neuropathy and associated autonomic nervous system dysfunction did not experience a inhibition of GI movement when treated with a GLP-1RA.[16] If anything, one might expect that if GLP-1RA treatment were associated with a significant risk for severe GI obstructive complications, they would have manifest in high-risk patient groups like these. The lack of such association in studies examining such populations is, therefore, reassuring.

Indeed, studies (e.g., reference study pointing to diverse effects) suggest instead that GLP-1RAs induce nuanced, potentially subtle, effects on GI function that are more modulatory rather than uniformly inhibitory or suppressive. This points to the fact that the GLP-1RA, which is expressed on the surface of cells in diverse locations across the GI tract mediates coordinated responses that are likely to be both stimulatory and inhibitory in a given person, reflecting the physiological role of endogenous (our own) GLP-1 in normal GI function.[17]

In summary, multiple studies highlight that A) GLP-1RAs are not associated with profound ileus and associated GI obstruction; B) this is true even in high-risk patients who are otherwise predisposed to such severe complications; C) instead this medication class is likely to induce mixed stimulatory and inhibitory effects that reflect the role of GLP-1 in modulating gut function; and D) this can even be associated with increased GI transit time, at least in the small intestine.

These accumulated data indicate that the desired effects of GLP-1RAs, most notably weight loss, are highly reversible upon medication stoppage. Moreover, this weight regain occurs in conjunction with resumption of increased rates of daily food intake that was previously suppressed by the drug. This is inconsistent with a severely prolonged or irreversible effect of the drug on gastric emptying or GI motility, as individuals would simply not be able to increase their rates of food intake as is routinely seen following drug discontinuation, if gastric emptying and GI motility continued to be impaired long after the drug was stopped. Gastroparesis, by contrast, is a chronic condition that stems from damage to the autonomic nerves that supply the gut, including the vagus nerve.[18] Such damage is not known to occur in response to GLP-1RAs, as supported by the recent study by Coutinho and colleagues. Taken together, our understanding of the mechanism of action of GLP-1RAs based on years of scientific research, as well as the available clinical literature does not support a link between GLP-1RAs and permanent, persistent GI adverse reactions—especially chronic gastroparesis and associated GI obstructions.

### VIII.   Novo Nordisk's GLP-1RA Medicines

Novo Nordisk's GLP-1RA medications have undergone extensive clinical testing in a series of large Phase III clinical programs that consist of multiple randomized, controlled trials.

---

[16] Nakatani ,Y., et al., *Effect of GLP-1 receptor agonist on gastrointestinal tract motility and residue rates as evaluated by capsule endoscopy*, Diabetes Metab. 2017 Oct;43(5):430-437.

[17] Grunddal, K. V., et al., *Expression Profile of the GLP-1 Receptor in the Gastrointestinal Tract and Pancreas in Adult Female Mice*, Endocrinology. 2022 Jan 1;163(1):bqab216.

[18] Parkman, H.P., et. al., *American Gastroenterological Association. American Gastroenterological Association technical review on the diagnosis and treatment of gastroparesis. Gastroenterology*. 2004 Nov;127(5):1592-622.

*PRIVILEGED & CONFIDENTIAL*
*DRAFT EXPERT REPORT*

### 1. Liraglutide (Victoza, Saxenda)

In 2010, liraglutide as Victoza was FDA-approved for the treatment of type 2 diabetes. In 2014, liraglutide at a higher dose as Saxenda was FDA-approved for the treatment of obesity.

Liraglutide has been studied in two large clinical trial programs: the LEAD program and SCALE program. The LEAD program was a series of seven randomized clinical trials involving over 13,000 patients globally and evaluated liraglutide in managing type 2 diabetes. The SCALE program was a separate series of six randomized clinical trials involving over 6,000 patients and evaluated liraglutide for chronic weight management.

The LEAD program (Liraglutide Effect and Action in Diabetes) was a series of six pivotal phase 3 trials (LEAD-1 through LEAD-6) that shaped the clinical understanding of liraglutide in type 2 diabetes. Each trial paired liraglutide with different comparators or background therapies. LEAD-1 involved 1,041 patients at 116 sites across 21 countries with a follow-up of 26 weeks. The trial found liraglutide improved HbA1c, promoted weight loss, and had a lower risk of hypoglycemia than comparators. Main adverse events reported were hypoglycemia, nausea, vomiting, and diarrhea. LEAD-2 assessed 1,091 subjects for 26 weeks and found that liraglutide reduced HbA1c and promoted more weight loss (1.8-2.8 kg depending on dose) than the comparator. The trial also noted that liraglutide resulted in lower rates of hypoglycemia and that nausea was a more common side effect for those taking liraglutide group (11-19%) compared to those taking placebo (3%). LEAD-3 followed 746 patients for 52 weeks, finding that subjects on liraglutide demonstrated greater reductions in HbA1c, weight, and blood pressure. LEAD-4 compared liraglutide with both metformin and rosiglitazone versus placebo; LEAD-5 compared liraglutide to insulin, and LEAD-6 compared liraglutide to the first GLP-1RA approved in the management of type 2 diabetes, exenatide. In LEAD-3 to LEAD-5, liraglutide improved HbA1c, and was associated with either weight loss or less weight gain. Across trials, patients on liraglutide had an HbA1c reduction of ~1.0-1.5%, weight loss of ~2-3 kg, and less hypoglycemia, though these patients reported experiencing more GI side effects.

The SCALE trials examined liraglutide in populations with overweight or obesity with and without type 2 diabetes. The SCALE Obesity and Prediabetes study showed that liraglutide 3.0 mg reduced body weight and improved CV risk factors in adults with and without prediabetes. The SCALE Diabetes and SCALE Insulin trials showed that liraglutide reduced body weight and improved HbA1c levels.

In addition to these clinical trial programs, liraglutide has also been studied in a large, long-term clinical trial called LEADER, a cardiovascular outcomes study in adults with type 2 diabetes and at high cardiovascular risk. LEADER followed 9,340 patients (4,668 for liraglutide and 4,672 for placebo) across 410 sites in 32 countries to assess a primary outcome of cardiovascular death, nonfatal myocardial infarction, or nonfatal stroke. Median follow-up was 3.8 years. The study found that liraglutide reduced the risk of major adverse cardiovascular events (MACE) more than placebo (HR, 0.87; 95% CI, 0.78-0.97), lowered cardiovascular death (HR, 0.78; 95% CI, 0.66-0.93), and reduced all-cause mortality (HR, 0.85; 95% CI, 0.74-0.97). Safety was generally similar between the liraglutide and placebo groups, with more discontinuations due to GI adverse events reported in the liraglutide group.

*PRIVILEGED & CONFIDENTIAL*
*DRAFT EXPERT REPORT*

## 2. Semaglutide (Ozempic, Rybelsus, Wegovy)

In 2017, semaglutide was first approved as an injectable for type 2 diabetes treatment under the brand name Ozempic (maximum dose 2.0 mg weekly). Like liraglutide, it slows gastric emptying, increases satiety, and reduces energy intake, in addition to its direct anorexigenic effects on the brain. However, semaglutide's longer half-life allows for once-weekly dosing. In 2019, semaglutide was approved as an oral medication for type 2 diabetes treatment under the brand name Rybelsus. In 2021, semaglutide was approved under the brand name Wegovy (maximum dose 2.4 mg weekly) for chronic weight management.

Semaglutide has been extensively studied in multiple clinical development programs including over 55 clinical trials with over 74,000 total participants. The three largest clinical programs for semaglutide are SUSTAIN, STEP, and PIONEER. The SUSTAIN program was a series of 15 randomized clinical trials involving over 14,000 patients globally and evaluated injectable semaglutide in managing type 2 diabetes. The STEP program was a series of 12 randomized clinical trials involving over 7,000 patients and evaluated injectable semaglutide for chronic weight management. The PIONEER program was a series of 13 randomized clinical trials involving over 12,000 patients and evaluated oral semaglutide in managing type 2 diabetes.

The SUSTAIN trials assessed semaglutide's efficacy in type 2 diabetes, focusing primarily on HbA1c reduction. Across studies, semaglutide demonstrated superior efficacy compared to placebo or other diabetes therapies. Participants had an HbA1c reduction of −1.5% and lost 4-6 kg on average. *See* **Appendix A** for a summary of SUSTAIN program.

The series of PIONEER studies evaluated the efficacy of oral semaglutide (Rybelsus), in lowering HbA1c, including in different patient populations, such as those with renal impairment (PIONEER 9) or risk factors for cardiovascular disease (PIONEER 6 & PIONEER 10).

PIONEER 1 studied oral semaglutide 3, 7, or 14 mg compared to a placebo in 703 treatment naïve adults with type 2 diabetes. All doses of oral semaglutide reduced HbA1c. Mild to moderate transient GI events were the most common side effects experienced by patients on oral semaglutide, with treatment discontinuation occurring in 2.3-7.4% on semaglutide versus and 2.2% with placebo. PIONEER 2 examined oral semaglutide versus SGLT2i in a population of 822 adults with inadequately controlled type 2 diabetes while on metformin monotherapy. The results showed that oral semaglutide 14 mg was superior to the SGLT2i comparator in reducing HbA1c at 26 and 52 weeks. While weight loss was not significantly different at week 26, weight loss for patients on oral semaglutide was significantly more than the SGLT2i comparator at week 52. GI side effects were more common with semaglutide than with the SGLT2i comparator. PIONEER 3 showed that oral semaglutide 7 and 14 mg significantly reduced HbA1c in adults with type 2 diabetes inadequately controlled on metformin with or without a sulfonylurea when compared to the DPP-4i, sitagliptin. PIONEER 5 showed that oral semaglutide was noninferior to injectable liraglutide and superior to placebo in improving glycemic control and weight loss at 26 weeks in 711 adults with type 2 diabetes that was sustained at 52 weeks. Mean change from baseline in HbA1c at week 26 was −1.2% with oral semaglutide, −1.1% with liraglutide, and −0.2% with placebo. Adverse effects were more common with semaglutide and liraglutide than with placebo. *See* **Appendix B** for a summary of the PIONEER program.

*PRIVILEGED & CONFIDENTIAL*
*DRAFT EXPERT REPORT*

The STEP trials were studies with patients taking semaglutide for weight loss. The STEP 1 trial assessed semaglutide 2.4 mg for weight reduction in individuals with overweight or obesity without type 2 diabetes, showing a 14.9% weight loss compared to 2.4% in the placebo group. The STEP 2 trial evaluated the effects of semaglutide 2.4 mg versus placebo on body weight and HbA1c levels over 68 weeks. Mean weight loss with semaglutide was 6.4%, compared to 0.1% with placebo, while HbA1c reductions were −1.5% with semaglutide versus −0.1% with placebo. The STEP 3 trial examined semaglutide versus placebo in combination with eight weeks of intensive lifestyle intervention in participants with and without type 2 diabetes. The combination led to greater weight loss, with mean reductions of −17.4% in the semaglutide group versus −5.3% in the placebo group, though participants with type 2 diabetes lost less weight, averaging −11.4%. The STEP 4 trial included 902 participants for a 20-week run-in period before being randomized to a group continuing semaglutide or a group switching to placebo for an additional 48 weeks. Among the 803 individuals who completed the run-in phase, the average weight loss was 10.6%. Those who continued on semaglutide lost an additional 7.9%, while those switched to placebo regained 6.8%. The STEP 8 trial, a 68-week open-label study enrolling 338 individuals, compared semaglutide 2.4 mg weekly with liraglutide 3 mg daily, demonstrating superior weight loss with semaglutide (15.8%) versus liraglutide (6.4%). Across the STEP trails, adverse events, specifically GI side effects were common, but rarely led to discontinuation (~1-4%). In STEP 1-5, the percentage of any adverse events was 88-96% with semaglutide compared to 96% with placebo. *See* **Appendix C** for a summary of the STEP program.

Semaglutide has also been studied in multiple large-scale, long-term clinical studies.

The SELECT clinical study consisted of a large randomized clinical trial of over 17,000 patients. In 2024, based on findings from the SELECT trial, the FDA approved semaglutide 2.4 mg weekly for reducing the risk of major adverse cardiovascular events (MACE) in individuals with overweight or obesity and known cardiovascular disease. The study found the proportion of patients with cardiovascular events was lower in those on semaglutide vs. placebo (11.0% vs.13%, P<0.001). With a mean follow-up of nearly 40 months, this clinical trial had one of the longest follow-ups of any published GLP-1RA randomized controlled trial. GI side effects including nausea, diarrhea, vomiting, and constipation were the most frequently observed adverse events and accounted for the majority of excess discontinuation on semaglutide. The safety profile was consistent with other studies of semaglutide.

The SUSTAIN-6 clinical trial, a randomized, double-blind, placebo-controlled study of once-weekly subcutaneous semaglutide (0.5 mg or 1.0 mg) in adults with type 2 diabetes at high cardiovascular risk, involved 1,648 patients in the semaglutide group and 1,649 patients in the placebo group and assessed MACE outcomes. The planned exposure period was 109 weeks (104 weeks of treatment plus 5 weeks of follow-up), with a median exposure time of approximately 2.1 years. Semaglutide reduced the primary composite outcome compared with placebo (HR, 0.74; 95% CI, 0.58-0.95), driven by fewer nonfatal strokes (HR, 0.61; 95% CI, 0.38-0.99) and a nonsignificant reduction in nonfatal myocardial infarction (HR, 0.74; 95% CI, 0.51-1.08), with cardiovascular death similar between groups (HR, 0.98; 95% CI, 0.65-1.48). Safety findings showed more gastrointestinal events and more discontinuations due to adverse events with semaglutide, but fewer serious adverse events overall.

**PRIVILEGED & CONFIDENTIAL**
**DRAFT EXPERT REPORT**

The SOUL trial, a multicenter, double-blind, placebo-controlled study of once-daily oral semaglutide (up to 14 mg) in adults with type 2 diabetes and established atherosclerotic cardiovascular disease, chronic kidney disease, or both, included 4,825 patients receiving oral semaglutide and 4,825 patients receiving placebo. The study assessed a primary composite of MACE with a long follow-up period of ~47.5 months and median of ~49.5 months. Oral semaglutide reduced MACE versus placebo (HR, 0.86; 95% CI, 0.77–0.96). Safety was favorable overall with serious adverse events occurring in 47.9% with oral semaglutide vs. 50.3% with placebo, while gastrointestinal disorders were slightly more frequent with semaglutide (5.0% vs. 4.4%) and led to more treatment discontinuations (15.5% vs. 11.6%). Overall, among high-risk patients with type 2 diabetes, oral semaglutide significantly reduced MACE without increasing serious adverse events, supporting its role in cardiovascular risk reduction in this population.

Semaglutide was also evaluated in two other major clinical programs. The ESSENCE trial was a phase 3 clinical trial evaluating once-weekly 2.4 mg subcutaneous semaglutide for treating metabolic dysfunction-associated steatohepatitis (MASH). This trial was a randomized, double-blinded, placebo controlled multicenter trial with over 1,200 patients and provided strong evidence for semaglutide as a treatment for MASH. The second study, called FLOW, was also a randomized, placebo-controlled study of over 3,500 patients that demonstrated that subcutaneous semaglutide significantly slows the progression of chronic kidney disease (CKD) in patients with type 2 diabetes.

### 3.    Clinical Guidelines Recommending GLP-1RAs

Many organizations have placed GLP-1-based therapies as first line agents for certain patients due to their benefits beyond glycemic control and weight loss. These organizations include the American Diabetes Association (ADA) (Standards of Care), the European Association for the Study of Diabetes (EASD), American Association of Clinical Endocrinologists/American College of Endocrinology (AACE)/(ACE), and American College of Cardiology (ACC).

The ADA Standards of Care in Diabetes recommend GLP-1RAs (and dual GLP-1/GIP agonists) for type 2 diabetes, especially in patients with atherosclerotic cardiovascular disease (ASCVD), heart failure, or chronic kidney disease (CKD).[19] GLP-1RAs can be considered as first-line therapy in such individuals, often in combination with metformin or independent of metformin and in conjunction with lifestyle changes. In patients with ASCVD or high cardiovascular risk, ADA advises starting either a GLP-1RA (e.g., liraglutide, semaglutide, dulaglutide) or an SGLT-2 inhibitor with proven CV benefit; if already on one, one should consider adding the other agent. ADA also highlights GLP-1RAs for weight management goals when lifestyle changes alone are insufficient.

Like the ADA, AACE/ACE guidelines position GLP-1RAs and SGLT-2 inhibitors with proven cardio-renal benefits as preferred agents—especially in patients with high risk for CVD, heart failure, or CKD risk. These agents may be used as first-line alternatives to metformin in suitable patients or added early if HbA1c goals are not met within ~3 months of metformin monotherapy. AACE also endorses GLP-1RAs as part of combination regimens, including triple therapy with

---

[19] American Diabetes Association Professional Practice Committee; *9. Pharmacologic Approaches to Glycemic Treatment: Standards of Care in Diabetes—2025*. Diabetes Care. 1 January 2025; 48 (Supplement_1): S181–S206. https://doi.org/10.2337/dc25-S009

**PRIVILEGED & CONFIDENTIAL**
**DRAFT EXPERT REPORT**

metformin and an SGLT-2 inhibitor—particularly effective for glycemic control and weight management.[20]

The ACC issued a Concise Clinical Guidance (CCG) in mid-2025 that recommends GLP-1 RAs (e.g., semaglutide) and dual GLP-1/GIP agonist, tirzepatide, as primary—or first-line—treatment options for eligible patients with obesity, rather than waiting until lifestyle interventions have failed.[21]  The ACC confirms that while lifestyle interventions remain foundational and should be offered concurrently—uptake and participation should not delay pharmacotherapy when appropriate.  These medications are emphasized for their efficacy in weight loss and their demonstrable ability to reduce major adverse cardiovascular events (e.g., cardiovascular death, heart attack, stroke), particularly in individuals with type 2 diabetes and elevated cardiovascular risk.  A Scientific Statement published around the same time focuses on the management of obesity in adults with heart failure, especially those with HF with preserved ejection fraction (HFpEF).[22]  The statement encourages clinicians to be mindful of emerging evidence suggesting benefits of semaglutide and tirzepatide in patients with HFpEF and obesity, integrated alongside healthy behavioral interventions.

### 4.  Scientific Literature Points to Future Benefits

Several completed and ongoing studies have found that GLP-1RAs show promising results in the treatment of various other diseases as well as suggest improvements some physiological functions.

***Improved Quality of Life.***  GLP-1RAs improved health related quality of life, particularly improved physical function as measured by validated health related quality of life survey instruments.

***Restore Normal Menstrual Cyclicity***.  For women in their reproductive years who are anovulatory, weight loss >10% has been shown to restore normal menstrual cyclicity and time to conception.[23]  While there are no RCTs of GLP-1RAs prior to pregnancy, a meta-analysis of RCTs involving GLP-1RAs in women with PCOS found a significant improvement in natural pregnancy rates.

***Increases Testosterone Levels In Men.***  For men with low levels of testosterone (hypogonadism), weight loss can restore androgen levels without the need to replace testosterone.[24]  In the systematic review and meta-analysis of seven studies of GLP-1RAs on testicular function, GLP-1RAs produced a significant increase in serum total testosterone, and other gonadotropic hormones involved in the hypothalamic-pituitary-gonadal axis including luteinizing hormone (LH), follicle-

---

[20] Blonde, L., et al., *American Association of Clinical Endocrinology Clinical Practice Guideline: Developing a Diabetes Mellitus Comprehensive Care Plan-2022 Update.* Endocr Pract, 2022. 28(10):923-1049.

[21] Gilbert, O., et al., *2025 Concise Clinical Guidance: An ACC Expert Consensus Statement on Medical Weight Management for Optimization of Cardiovascular Health: A Report of the American College of Cardiology Solution Set Oversight Committee.* J Am Coll Cardiol, 2025. 86(7): p. 536-555.

[22] Kittleson, M., et al., *2025 ACC Scientific Statement on the Management of Obesity in Adults With Heart Failure: A Report of the American College of Cardiology*. JACC. 2025 Nov, 86 (20) 1953–1975.

[23] Rothberg, A., et al., *Feasibility of a brief, intensive weight loss intervention to improve reproductive outcomes in obese, subfertile women: a pilot study.* Fertil Steril, 2016. 106(5):1212-1220

[24] Salvio, G., et al., *Effects of glucagon-like peptide 1 receptor agonists on testicular dysfunction: A systematic review and meta-analysis.* Andrology. 2025 Nov;13(8):2022-2034.

stimulating hormone (FSH), while body weight, BMI, waist circumference, and HbA1c all decreased.

***Reduce Recurrent Weight Gain Following Bariatric Surgery.***   For patients post bariatric metabolic surgery who have had less than predicted weight loss or who have gained weight, a meta analysis and systematic review (3 RCTs (N=177) and 14 prospective cohort studies (N=1011)) demonstrated that GLP-1RAs post-surgery increased weight loss with reduction in weight of 4.4 kg  (3 RCTS) and 7.8 kg (14 cohort studies) compared to pretreatment levels.[25]

***Alzheimer's and Parkinson's disease.***   A growing body of evidence indicates that diabetes increases the risk of dementia by a factor of at least two and that the earlier diabetes develops, the greater the risk of developing dementia.[26]  Among other mechanisms, defective insulin signaling in the brain contributes to the disease.  In the brain, insulin acts as a growth factor and is critical for energy metabolism, gene expression, cell growth, cell repair, synaptic activity, inhibition of apoptosis and other key processes that keep neurons healthy and functional.  Some studies have suggested that treatment with semaglutide lowers the risks of dementia.

***Alcohol and Substance Use Disorder.***  Given reports of decreased cravings for alcohol (and other addictive substances), GLP-1RAs are being evaluated for alcohol use disorder (AUD).[27]  GLP-1 receptors are expressed widely in the brain and specifically in the brain dopamine reward pathway in the nucleus accumbens, where they modulate dopamine (DA) release, which is crucial for the rewarding properties of both food and other substances, driving conditioning and motivation to consume them.

***Osteoarthritis.***   Recent studies have also shown that among patients with obesity and knee osteoarthritis, treatment with semaglutide resulted in significantly greater reduction of not only body weight, but also pain related to knee osteoarthritis as compared to placebo.[28]

### IX.    The Scientific Community Has Known About The Risks Of GI And Gallbladder-Related Adverse Reactions With GLP-1RAs Since Their Inception.

### 1.  Clinical Management Of Patients On GLP-1RAs

GLP-1RAs are some of the most extensively studied medicines, with hundreds of clinical trials, observational studies, and preclinical studies designed and performed to assess both their safety and efficacy.  Given the body of knowledge that has accumulated over the twenty-year history of their clinical use, the safety and efficacy profile of GLP-1RAs is extraordinarily well understood.

The most common side effects associated with GLP-1RAs are GI-related, including nausea, vomiting, abdominal pain and bloating, and diarrhea.  As discussed above, these GI side effects

---

[25] Kramer, C.K., M. Retnakaran, and L.V. Viana, *Effect of Glucagon-like Peptide-1 Receptor Agonists (GLP-1RA) on Weight Loss Following Bariatric Treatment.* J Clin Endocrinol Metab, 2024. 109(8):e1634-e1641.

[26] An, Y., et al., *Evidence for brain glucose dysregulation in Alzheimer's disease.* Alzheimers Dement, 2018. 14(3):318-329; Colin, I.M., et al., *Emerging Evidence for the Use of Antidiabetic Drugs, Glucagon-like Peptide 1 Receptor Agonists, for the Treatment of Alzheimer's Disease.* touchREV Endocrinol, 2023. 19(1):16-24.

[27] Volkow, N.D., et al., *Obesity and Addiction: Neurobiological Overlaps.* Obes Rev. 2013 Jan;14(1):2-18.

[28] Bliddal, H., Once-Weekly Semaglutide in Persons with Obesity and Knee Osteoarthritis. N Engl J Med. 2024 Oct 31;391(17):1573-1583.

**PRIVILEGED & CONFIDENTIAL**
**DRAFT EXPERT REPORT**

are expected based on the mechanism of action of these medications, including their known and intended effect on gastric emptying. Generally, these side effects are mild to moderate and resolve over time. For this reason, the current protocols and product labeling recommend slowly titrating their dose to minimize GI side effects.

I prescribe GLP-1RAs and dual agonists routinely and frequently, writing over 20 prescriptions per month in this class. Moreover, I have been a practicing endocrinologist since my board certification in 2005, and an academic faculty member since 2006. As such, I have been prescribing medications in this class since the class was initially developed. I have seen each FDA approved member of this class emerge, come into broad use, and have deep experience in appreciating the rates of GI-related side effects and managing them effectively so that patients can receive the multifactorial benefits of these drugs without having to discontinue them or persevere through difficult GI-related symptoms. Based on this deep and prolonged experience, it is worth noting that I have never diagnosed a case of GLP-1RA or dual agonist-induced cholelithiasis or other form of gallbladder disease. Similarly, I have never encountered a patient who developed documented ileus, intestinal obstruction, or gastroparesis on a GLP-1RA or dual agonist.

In my clinical practice, I conduct a detailed, collaborative counseling session with my patients whenever I initiate or titrate a GLP-1RA. We review practical considerations and potential adverse effects, with clear instructions for what to do if specific symptoms occur. The discussion addresses warning signs of delayed gastric emptying, nausea, the potential for vomiting, diarrhea, injection site reactions, abdominal pain, potential signs of pancreatitis, and gallstones. We discuss dietary strategies to mitigate nausea, approaches to manage symptoms if they arise, and expectations regarding the severity and duration of adverse events. We also discuss thresholds at which the severity and duration of gastrointestinal effects should prompt dose reduction and continuation. We also discuss how patients often are able to adapt to specific GI side effects and no longer feel them as intensely, if at all, over time with a GLP-1RA. These points of discussion are routine among providers and their patients and are aided by educational materials from a wide variety of sources available to them.[29]

## 2. The Scientific Community Has Always Recognized That GLP-1RAs Are Associated With GI Side Effects That Are Typically Mild To Moderate But Can Occasionally Be Severe.

The GI side effects of GLP-1RAs have been recognized for decades and are well-known in the medical and scientific community. Ever since exenatide, the first-in-class GLP-1RA, was approved in 2005 to improve glucose control in diabetes, the scientific community has known that GLP-1RAs are associated with GI adverse events. In the pivotal exenatide clinical trial from 2005 by DeFronzo and colleagues, the study authors reported on the frequency of developing nausea and the dose-dependent response to GI side effects.[30] This study also reported on rates of vomiting, an established severe GI side effect, to be threefold more likely in patients taking exenatide versus

---

[29] Mehrtash F., et. al., *I Am Taking a GLP-1 Weight-Loss Medication—What Should I Know?*, JAMA Intern Med. 2025;185(9):1180; National Institute of Diabetes and Digestive and Kidney Diseases, *Prescription Medications to Treat Overweight & Obesity*, https://www.niddk.nih.gov/health-information/weight-management/prescription-medications-treat-overweight-obesity (last visited on Feb. 4, 2026).

[30] DeFronzo, R.A., et. al., *Effects of exenatide (exendin-4) on glycemic control and weight over 30 weeks in metformin-treated patients with type 2 diabetes*, Diabetes Care. 2005 May;28(5):1092-100.

PRIVILEGED & CONFIDENTIAL
DRAFT EXPERT REPORT

placebo. These findings were reaffirmed in the following years, with multiple studies showing that exenatide is associated with the development of GI-related side effects.[31] These studies confirm that our knowledge about the relationship between GLP-1RAs and slowing of gastric emptying, nausea, and vomiting dates to the earliest clinical trials of this class of medications.

From the earliest clinical studies, including those preceding FDA approval of exenatide, and for every subsequent drug in this class, it has been known that the GI-related side effects of GLP-1RAs can be severe enough to induce vomiting and prompt discontinuation of treatment. Practitioners, literature, and other forms of scientific and clinical communication consistently document that GI-related side effects with GLP-1RA use can be: (A) dose-limiting to a degree that offsets the therapeutic benefit for some patients, and (B) severe enough to prompt discontinuation of therapy. Specifically, each of these points have been well understood for semaglutide even prior to its initial FDA approval in 2017.

In 2012, a study on type 2 diabetes patients prescribed incretin-based therapies in clinical practice was published to assess the clinical and cost-effectiveness of incretin-based therapies, including exenatide and liraglutide.[32] The study reported that the majority of these patients discontinued exenatide due to tolerability issues, with GI side effects as the most frequently reported adverse events in patients treated with exenatide and liraglutide. The risk of therapy discontinuation due to GI side effects with GLP-1RAs has been known well in advance of semaglutide entering the market. To my knowledge, no more recent data has come to light that suggests semaglutide has a greater risk for severe GI-related outcomes than has been well understood and documented since the inception of GLP-1RAs.

In another published study from 2012, the authors examined the impact of GLP-1RAs on major GI disorders in patients with type 2 diabetes.[33] The study consisted of a meta-analysis of over two dozen randomized controlled trials assessing the impact of different doses of exenatide or liraglutide on major GI adverse events. At the outset, the authors note that "the most frequently reported treatment-related adverse event (AE) about GLP-1s was gastrointestinal (GI) disorders, mainly including nausea, vomiting, and diarrhea; AE rate and severity are linked to treatment adherence, sometimes leading to discontinuation of the drug in some people." In performing their meta-analysis, the authors found that all GLP-1RA dose groups of exenatide and liraglutide significantly increased the probability of nausea, vomiting, and diarrhea relative to placebo. The authors note that "patients should be warned about these GI AEs when treated by GLP-1s, especially during the initial weeks of therapy." These results are consistent with subsequent clinical trials of newer compounds over the next decade.

In addition to being extensively discussed in the scientific and medical literature, including in publications from clinical trials, observational studies, meta-analyses and systematic reviews, the association of GLP-1RAs with GI side effects has consistently been articulated in position papers,

---

[31] DeFronzo, R.A., et. al., *Effects of exenatide versus sitagliptin on postprandial glucose, insulin and glucagon secretion, gastric emptying, and caloric intake: a randomized, cross-over study*, Curr Med Res Opin. 2008 Oct;24(10):2943-52.

[32] Evans M, et al., *A retrospective, case-note survey of type 2 diabetes patients prescribed incretin-based therapies in clinical practice.* Diabetes Ther. 2013 Jun;4(1):27-40.

[33] Sun F, et al., *Impact of GLP-1 receptor agonists on major gastrointestinal disorders for type 2 diabetes mellitus: a mixed treatment comparison meta-analysis*. Exp Diabetes Res. 2012;2012:230624.

*PRIVILEGED & CONFIDENTIAL*
*DRAFT EXPERT REPORT*

consensus statements, and clinical guidelines by medical and scientific societies including the ADA, the Endocrine Society, Obesity Society, European Association for the Study of Diabetes, American Association of Clinical Endocrinologists, and others. Medical reference textbooks including *UptoDate*, as well as CME and conference presentations, residency and medical school curricula, and countless other sources, all routinely include this association. This information—dating back more than two decades—includes discussion of the various GI side effects reported in patients taking GLP-1RAs, the mechanisms underlying these side effects, differences between long and short acting GLP-1RA medications, rates and frequencies of these side effects, methods for minimizing and managing these side effects, and more. It also is well understood that, while these side effects are typically mild to moderate, some patients may experience more severe symptoms that may require treatment cessation, medication change or other intervention. As discussed above, it also is known that these side effects resolve after treatment cessation.

## X. The FDA-Approved Product Labeling For Novo's GLP-1RAs Has Always Informed Prescribers Regarding The Risk Of GI Adverse Events, The Effect On Gastric Emptying, And The Risk Of Certain Gallbladder Effects.

Since their initial approval, the labeling of Novo's GLP-1RAs have consistently communicated the risk of GI adverse events, including that GI adverse events can be severe, that these medicines delay gastric emptying as part of their mechanism of action, and the potential risk of gallbladder-related adverse events.

### 1. Severe Gastrointestinal Adverse Reactions

#### A. Novo's GLP-1RA Labeling Has Always Informed Prescribers That GI Adverse Reactions Can Be Severe.

Novo's GLP-1RA product labels have always informed prescribers of the risk of GI-related adverse reactions, including GI adverse reactions that can be severe. Two indicators of GI side effect severity include vomiting or the need to discontinue a medication. Vomiting can rapidly precipitate into clinically significant complications, including dehydration or electrolyte derangements, which can lead to arrhythmias or acute kidney injury. Severity can also be conveyed through discontinuation data, as milder side effect levels can often be managed, are transient, and thus do not prompt stoppage of the drug altogether.

The labeling has always identified GI side effects, including nausea and vomiting, as the most common adverse reactions reported in patients treated with Novo's GLP-1RAs. The Patient Counseling Information section of Novo's GLP-1RAs explicitly instructs clinicians to advise patients that the most common side effects include nausea and vomiting. Their labeling also reports on the rates of GI side effects from clinical trials, showing significantly higher rates of GI side effects with Novo's GLP-1RAs as compared to placebo. And their labeling has always specified the frequency of treatment discontinuation due to GI adverse events.

I have summarized in **Appendix D** the language from the original labels at first approval for Victoza (2010), Saxenda (2014), Ozempic (2017), Rybelsus (2019) and Wegovy (2021), focusing on the language in the labeling that communicates the risk of GI adverse reactions. This is not intended to be a complete summary of the information in the labeling but rather an illustration of

**PRIVILEGED & CONFIDENTIAL**
**DRAFT EXPERT REPORT**

the severity language included throughout the various product labels that inform a prescriber's selection, treatment, monitoring and potential discontinuation of these drugs.

In multiple sections, the labeling of Novo's GLP-1RAs always have conveyed that GI adverse reactions can be severe. By way of example, the original label for Ozempic explicitly warns that in clinical trials, a higher frequency of patients on the medication discontinue treatment specifically due to GI adverse reactions as compared to placebo. The original label for Ozempic states:

> "In the pool of placebo-controlled trials, gastrointestinal adverse reactions occurred more frequently among patients receiving OZEMPIC than placebo (placebo 15.3%, OZEMPIC 0.5 mg 32.7%, OZEMPIC 1 mg 36.4%). The majority of reports of nausea, vomiting, and/or diarrhea occurred during dose escalation. *More patients receiving OZEMPIC 0.5 mg (3.1%) and OZEMPIC 1 mg (3.8%)* **discontinued** *treatment due to gastrointestinal adverse reactions than patients receiving placebo (0.4%).*" (emphasis added).[34]

As a prescriber, my understanding of patients needing to discontinue treatment because of GI-related adverse reactions is that those adverse events were severe enough that the patient could no longer tolerate the treatment. From the outset, the Ozempic label has consistently cited the possibility of vomiting or treatment discontinuation because of GI adverse reactions as a potential risk of the medications. Thus, in my opinion, the labeling clearly informs prescribers and patients that potential GI adverse reactions could be severe.

In addition, the labeling for Saxenda, Ozempic, Rybelsus, and Wegovy has always instructed prescribers to monitor renal function in patients reporting severe adverse gastrointestinal reactions. The original label for Ozempic, for example, states in the Warnings & Precautions section:

> "There have been postmarketing reports of acute kidney injury and worsening of chronic renal failure, which may sometimes require hemodialysis, in patients treated with GLP-1 receptor agonists. Some of these events have been reported in patients without known underlying renal disease. ***A majority of the reported events occurred in patients who had experienced nausea, vomiting, diarrhea, or dehydration.*** Monitor renal function when initiating or escalating doses of OZEMPIC ***in patients reporting severe adverse gastrointestinal reactions.***" (emphasis added).[35]

A similar warning was added to the Victoza label in 2011.

The presence of these warnings is consistent with the scientific and medical understanding that GI adverse reactions associated with GLP-1RAs are typically mild to moderate but can be severe for some patients—a point broadly recognized in clinical practice, literature, and guidelines for nearly two decades. As an endocrinologist who has prescribed these medicines across their lifecycle, I

---

[34] Ozempic, *Prescribing Information* at 7 (Dec. 5, 2017),
https://www.accessdata.fda.gov/drugsatfda_docs/label/2017/209637lbl.pdf.
[35] *Id.* at 5.

**PRIVILEGED & CONFIDENTIAL**
***DRAFT EXPERT REPORT***

have always counselled patients on GI effects, including the possibility of severity and when to adjust dose or discontinue, consistent with the labeling and standard practice.

Taken together, Ozempic's original FDA-approved labeling has long and consistently communicated GI risks, including: (1) disclosing the risk of severe GI adverse reactions; (2) describing the higher frequency of treatment discontinuations due to GI reactions in patients on GLP-1RAs as compared to placebo; and (3) identifying serious clinical consequences linked to GI symptoms (e.g., dehydration and acute kidney injury) and directing prescribers to monitor renal function in patients "reporting severe adverse gastrointestinal reactions."

## B.    Review of Regulatory History Leading To Class Wide Update Of Severe GI Warning

As part of my review, I wanted to understand the regulatory history behind the labeling for Novo's GLP-1RA medicines with respect to GI adverse events, including those that might be severe. To that end, I asked counsel to provide me with documents reflecting regulatory communications at the time of initial approval and from when the labeling was updated with the current warning. Although I understand the scientific and medical information on these product labels, I wanted to better understand the regulatory context that has shaped the labeling for these medications over time. Based on my review, I included a summary of key events relevant to this topic below.

In 2017, during the approval process for Ozempic, the FDA's Division of Risk Management (DRISK) reviewed data collected from prospective clinical trials performed on semaglutide.[36] This review by DRISK evaluated how the risk of GI adverse reactions will be communicated in the product labeling. With regard to GI adverse events, DRISK stated:

> "**Gastrointestinal Adverse Events**
>
> Gastrointestinal adverse events are the most common adverse events with GLP-1 receptor agonists. Findings from non-GLP-1RA subset [o]f phase 3 pool and SUSTAIN 6 shows that the treatment with semaglutide resulted in a greater incidence of gastrointestinal adverse events. Higher incidences of serious gastrointestinal adverse events were observed with semaglutide arm than with comparator and placebo arms."[37]

Based on its review, the FDA's DRISK concluded that:

> "Similar to other drugs in this class, the risk of gastrointestinal adverse reactions will be communicated in labeling in the Adverse Reactions section of the label."[38]

A similar conclusion was reflected in the FDA's Cross-Discipline Team Leader Review in the benefit-risk assessment for Ozempic:

---

[36] FDA, *Risk Assessment and Risk Mitigation Reviews 209637 (Ozempic)* (Nov. 6, 2017). https://www.accessdata.fda.gov/drugsatfda_docs/nda/2017/209637Orig1s000RiskR.pdf.
[37] *Id.* at 14.
[38] *Id.*

PRIVILEGED & CONFIDENTIAL
DRAFT EXPERT REPORT

> "The identified risks for semaglutide are generally consistent with the other members of the class. Labeling should be similar to other long-acting GLP-1 receptor agonists."[39]

The GI safety of Rybelsus and Wegovy and the related labeling also were reviewed by FDA at the time of initial approval of those medications.

Rybelsus

- "The safety profile for oral semaglutide was generally consistent with sq semaglutide, and other GLP-1 receptor agonists. The risks associated with semaglutide can be adequately communicated with labeling."[40]

Wegovy

- "There were no new issues identified in the semaglutide weight management program that were not previously seen with GLP-1 receptor agonists."[41]

- "Gastrointestinal adverse events (nausea, diarrhea, vomiting, constipation) were the most commonly reported AEs in the semaglutide arm of Phase 3 clinical trials and the most frequently reported AEs leading to treatment discontinuation among patients assigned to semaglutide. Most events were of categorized as mild or moderate severity. In some cases, gastrointestinal adverse events led to volume depletion, orthostatic hypotension or syncope, dehydration, electrolyte disturbances, and acute kidney injury (discussed later in this section of the review)."[42]
- "Common adverse reactions may be adequately addressed in labeling."[43]

In 2022, FDA approved Mounjaro (tirzepatide) for the treatment of type 2 diabetes. Based on its review at the time, DRISK determined that, unlike other GLP-1RAs, the labeling for Mounjaro should include a warning regarding gastrointestinal adverse reactions:

> "Across all Phase 3 trials, *higher proportions of tirzepatide-treated subjects experienced GI AEs* compared to each control arm, although GI related AEs were seen in the active comparator arms, dulaglutide (31%) and semaglutide (41%). *Unlike other GLP-1 RA products, the labeling for tirzepatide will include these sometimes-severe gastrointestinal reactions in warnings and precautions* and include that tirzepatide has not been studied in, nor is recommended for, patients with severe GI disease. Patients also may experience acute kidney injury due to the severity of the GI AEs, and the instruction to monitor patients with renal

---

[39] FDA, *Summary Review 209637 (Ozempic)* (Dec. 1, 2017) at 6.
https://www.accessdata.fda.gov/drugsatfda_docs/nda/2017/209637Orig1s000SumR.pdf
[40] FDA, *Summary Review 213051 (Rybelsus)* (Sept. 19, 2019) at 4.
https://www.accessdata.fda.gov/drugsatfda_docs/nda/2019/213051Orig1s000SumR.pdf
[41] FDA, *Summary Review 215256 (Wegovy)* (June 3, 2021) at 6.
https://www.accessdata.fda.gov/drugsatfda_docs/nda/2021/215256Orig1s000SumR.pdf
[42] *Id.* at 36
[43] *Id.* at 6.

**PRIVILEGED & CONFIDENTIAL**
**DRAFT EXPERT REPORT**

impairment and severe gastrointestinal reactions is included in warnings and precautions as well. Other GLP-1 RA products contain similar language in warnings and precautions."[44] (emphasis added).

In early 2024, Novo submitted supplemental new drug applications to expand the indication for some of its GLP-1RA medications (Rybelsus, dosing; Ozempic, kidney disease; Wegovy, MASH).[45] As part of its review of the supplemental applications, FDA requested updates to the product labeling to include a warning regarding the risk of "severe gastrointestinal adverse reactions." FDA's comments on the Rybelsus and Ozempic draft labeling I reviewed suggest that the changes were intended to "harmonize" labeling for the class, rather than reflecting new or different data since approval: "FDA to Applicant: Adding a Warning and Precaution to harmonize labeling for this risk across the GLP-1 RA class."[46] These updates were implemented in December 2024 for Rybelsus, January 2025 for Ozempic, and August 2025 for Wegovy.

## 2. Delayed Gastric Emptying

Since their initial approval, the FDA-approved product labeling for Victoza (2010), Saxenda (2014), Ozempic (2017), Rybelsus (2019) and Wegovy (2021) have informed health care providers that the medications can cause "a delay of gastric emptying," an intended mechanism of action of the medications that helps prevent post-prandial hyperglycemia. I have summarized in **Appendix E** the language on delayed gastric emptying from the original labels at first approval for Victoza (2010), Saxenda (2014), Ozempic (2017), Rybelsus (2019) and Wegovy (2021).

In addition, as discussed above, the labeling for these medicines always has warned about the risk of gastrointestinal side effects such as nausea, vomiting, and abdominal pain. These are the very side effects a patient potentially could experience as a result of the delay in gastric emptying that can occur with GLP-1RA use.

In sum, the effect of Novo's GLP-1RA medicines on gastric emptying—as well as the potential side effects of such delay—always have been featured in the FDA-approved product labeling and are well-known to prescribers such as myself.

In June 2023, the American Society of Anesthesiologists (ASA) released consensus-based guidance recommending, for the first time, that GLP-1 RAs be held prior to elective procedures. ASA noted:

> "Based on recent anecdotal reports, there are concerns that delayed gastric emptying from GLP-1 agonists can increase the risk of regurgitation and pulmonary aspiration of gastric contents during general anesthesia and deep sedation."
>
> …

---

[44] FDA, *Risk Assessment and Risk Mitigation Reviews 215866 (Mounjaro)* (May 13, 2022) at 9, https://www.accessdata.fda.gov/drugsatfda_docs/nda/2022/215866Orig1s000RiskR.pdf.
[45] Novo_GLP_MDL_011930737; Novo_GLP_MDL_RYB_NDA_000744678; Novo_GLP_MDL_OZM_NDA_003646538; Novo_GLP_MDL_014376493.
[46] Novo_GLP_MDL_RYB_NDA_001104808; Novo_GLP_MDL_OZM_NDA_005135901

**PRIVILEGED & CONFIDENTIAL**
**DRAFT EXPERT REPORT**

> "The evidence to provide guidance for preoperative management of these drugs to prevent regurgitation and pulmonary aspiration of gastric contents is sparse limited only to several case reports. Nevertheless, given the concerns of GLP-1 agonists-induced delayed gastric emptying and associated high risk of regurgitation and aspiration of gastric contents, the task force suggests the following for elective procedures."[47]

A month later, in July 2023, FDA began evaluating a Newly Identified Safety Signal (NISS)[48] for products in the GLP1-RA class for aspiration during general anesthesia and deep sedation.

In August 2023, the American Association for the Study of Liver Disease, the American College of Gastroenterology, the American Gastroenterological Association ("AGA"), the American Society for Gastrointestinal Endoscopy, and the North American Society For Pediatric Gastroenterology, Hepatology & Nutrition issued a joint statement titled "No data to support stopping GLP-1 agonists prior to elective endoscopy," which explained that "there is little, or no data related to the relative risk of complications from aspiration."[49]

In November 2023, responding to the rapidly evolving discussion on this new issue, the AGA issued the "AGA Rapid Clinical Practice Update on the Management of Patients Taking GLP-1 Receptor Agonists Prior to Endoscopy: Communication".[50] In the Practice Update, the AGA acknowledged what has long been known in the medical community, that GLP-1RAs "result in diminished gastric emptying" and "may have gastrointestinal side effects including nausea, vomiting, diarrhea, or constipation" and emphasized that the "data are quite limited" with respect to the risk of peri-procedural aspiration in patients taking GLP-1RAs.

Nonetheless, in September 2024, FDA concluded its NISS and directed a labeling update for all GLP-1RA medicines. The class-wide warning reads as follows (from the Ozempic label, as an example):

> **"5.10 Pulmonary Aspiration During General Anesthesia or Deep Sedation**
> OZEMPIC delays gastric emptying [see Clinical Pharmacology (12.2)]. There have been rare postmarketing reports of pulmonary aspiration in patients receiving GLP-1 receptor agonists undergoing elective surgeries or procedures requiring general anesthesia or deep sedation who had residual gastric contents despite reported adherence to preoperative fasting recommendations. Available data are insufficient to inform recommendations to mitigate the risk of pulmonary aspiration during general anesthesia or deep sedation in patients taking OZEMPIC, including whether modifying preoperative fasting recommendations or temporarily discontinuing OZEMPIC could reduce the incidence of retained gastric contents.

---

[47] Ushakumari, D.S., Sladen, R.N., *ASA Consensus-based Guidance on Preoperative Management of Patients on Glucagon-like Peptide-1 Receptor Agonists*, Anesthesiology. 2024 Feb 1;140(2):346-348.

[48] FDA, *July - September 2023 | Potential Signals of Serious Risks/New Safety Information Identified by the FDA Adverse Event Reporting System (FAERS)* (June 21, 2024), https://www.fda.gov/drugs/fdas-adverse-event-reporting-system-faers/july-september-2023-potential-signals-serious-risksnew-safety-information-identified-fda-adverse.

[49] Am. Gastroenterol. Ass'n, *No data to support stopping GLP-1 agonists prior to elective endoscopy* (Aug. 11, 2023), https://gastro.org/news/gi-multi-society-statement-regarding-glp-1-agonists-and-endoscopy/.

[50] Hashash, J.G., et. al., *AGA Rapid Clinical Practice Update on the Management of Patients Taking GLP-1 Receptor Agonists Prior to Endoscopy: Communication*, Clin Gastroenterol Hepatol. 2024 Apr;22(4):705-707.

*PRIVILEGED & CONFIDENTIAL*
*DRAFT EXPERT REPORT*

Instruct patients to inform healthcare providers prior to any planned surgeries or procedures if they are taking OZEMPIC."[51]

From a clinical perspective, it is important to highlight a few critical points. *First*, this labeling update was based on new concerns about a potential risk of pulmonary aspiration, although, as reflected in the society statements outlined above, the data to support such risk was very limited and was based primarily on isolated case reports. *Second*, the update did not add any new information regarding the effect of GLP-1RAs on gastric emptying, instead referencing to information that has been in the label since initial approval. In sum, the addition of the pulmonary aspiration warning did not alter the clinical risk-benefit profile of GLP-1RA medicines with respect to delays in gastric emptying.

### 3. Gallbladder-related Adverse Reactions

Based on data from the pre-approval clinical trials, the FDA-approved product labeling for Novo's GLP-1RA medicines indicated for weight management (Saxenda and Wegovy) always has warned about a potential risk of gallstone formation (or cholelithiasis) and gallbladder inflammation (or cholecystitis). Those warnings are unchanged to this day.

Saxenda

**5.3 Acute Gallbladder Disease**

"In Saxenda clinical trials, 1.5% of Saxenda-treated patients reported adverse events of cholelithiasis versus 0.5% of placebo-treated patients. The incidence of cholecystitis was 0.6% in Saxenda-treated patients versus 0.2% in placebo-treated patients. The majority of Saxenda-treated patients with adverse events of cholelithiasis and cholecystitis required cholecystectomy. Substantial or rapid weight loss can increase the risk of cholelithiasis; however, the incidence of acute gallbladder disease was greater in Saxenda-treated patients than in placebo-treated patients even after accounting for the degree of weight loss. If cholelithiasis is suspected, gallbladder studies and appropriate clinical follow-up are indicated."[52]

Wegovy

**5.3 Acute Gallbladder Disease**

"In WEGOVY randomized clinical trials, cholelithiasis was reported by 1.6% of WEGOVY-treated patients and 0.7% of placebo-treated patients. Cholecystitis was reported by 0.6% of WEGOVY-treated patients and 0.2% of placebo-treated patients. Substantial or rapid weight loss can increase the risk of cholelithiasis; however, the incidence of acute gallbladder disease was greater in WEGOVY-treated patients than in placebo-treated patients, even after accounting for the

---

[51] Ozempic, *Prescribing Information* at 6 (Oct. 14, 2025), https://www.accessdata.fda.gov/drugsatfda_docs/label/2025/209637s035,209637s037lbl.pdf.
[52] Saxenda, *Prescribing Information* at 6 (Dec. 23, 2014), https://www.accessdata.fda.gov/drugsatfda_docs/label/2014/206321Orig1s000lbl.pdf.

degree of weight loss. If cholelithiasis is suspected, gallbladder studies and appropriate clinical follow-up are indicated."[53]

The FDA-approved product labeling for Novo's GLP-1RAs indicated for treatment of type 2 diabetes (Victoza, Ozempic and Rybelsus) has evolved over time, consistent with the unique data for those medications.

Victoza

The original FDA-approved product labeling did not include any information on gallbladder disease. However, in August 2017, after the LEADER trial was completed, a warning was added to the product labeling, reflecting new information reported in the LEADER clinical trial.

**5.7 Acute Gallbladder Disease**

"In the LEADER trial [see Clinical Studies (14.2)], 3.1% of Victoza-treated patients versus 1.9% of placebo-treated patients reported an acute event of gallbladder disease, such as cholelithiasis or cholecystitis. The majority of events required hospitalization or cholecystectomy. If cholelithiasis is suspected, gallbladder studies and appropriate clinical follow-up are indicated."[54]

Although that warning has been slightly modified (see below) for consistency with other class members, the information has remained unchanged since that time.

**5.8 Acute Gallbladder Disease**

"Acute events of gallbladder disease such as cholelithiasis or cholecystitis have been reported in GLP-1 receptor agonist trials and postmarketing. In the LEADER trial [see Clinical Studies (14.3)], 3.1% of VICTOZA-treated patients versus 1.9% of placebo-treated patients reported an acute event of gallbladder disease, such as cholelithiasis or cholecystitis [see Adverse Reactions (6.1)]. If cholelithiasis is suspected, gallbladder studies and appropriate clinical follow-up are indicated."[55]

In sum, the risk-benefit profile of Victoza with respect to gallbladder disease appears to be unchanged since August 2017 and is reflected in the FDA-approved product labeling.

Ozempic

Since first approval in 2017, the FDA-approved product labeling for Ozempic has included information about the risk of gallstones (or cholelithiasis) in the Adverse Reactions section. This

---

[53] Wegovy, *Prescribing Information* at 6 (June 4, 2021), https://www.accessdata.fda.gov/drugsatfda_docs/label/2021/215256s000lbl.pdf.
[54] Victoza, *Prescribing Information* at 6 (Aug. 25, 2017), https://www.accessdata.fda.gov/drugsatfda_docs/label/2017/022341s027lbl.pdf.
[55] Victoza, *Prescribing Information* at 6 (Oct. 14, 2015), https://www.accessdata.fda.gov/drugsatfda_docs/label/2025/022341s046lbl.pdf.

**PRIVILEGED & CONFIDENTIAL**
**DRAFT EXPERT REPORT**

is consistent with the pre-approval clinical data, as reviewed by FDA: "While cholelithiasis was more frequently seen with semaglutide compared to placebo/comparator, cholecystitis was not."[56]

### Cholelithiasis

"In placebo-controlled trials, cholelithiasis was reported in 1.5% and 0.4% of patients-treated with OZEMPIC 0.5 mg and 1 mg, respectively. Cholelithiasis was not reported in placebo-treated patients."[57]

A warning (included below) was added to the Ozempic label in March 2022, reflecting what appears to be a class labeling alignment.

### 5.8 Acute Gallbladder Disease

"Acute events of gallbladder disease such as cholelithiasis or cholecystitis have been reported in GLP-1 receptor agonist trials and postmarketing. In placebo-controlled trials, cholelithiasis was reported in 1.5% and 0.4% of patients-treated with OZEMPIC 0.5 mg and 1 mg, respectively. Cholelithiasis was not reported in placebo-treated patients. If cholelithiasis is suspected, gallbladder studies and appropriate clinical follow-up are indicated."[58]

It is important to note that the Ozempic-specific data referenced in the warning is identical to that in the original label. The addition of the warning does not appear to represent a change in the risk-benefit profile of Ozempic or suggest that the risk is new or different from what has been discussed in the product labeling since approval.

### Rybelsus

Since first approval in 2019, the FDA-approved product labeling for Rybelsus has included information about the risk of gallstones (or cholelithiasis) in the Adverse Reactions section. This is consistent with the pre-approval clinical data, as reviewed by FDA.[59]

### Cholelithiasis

"In placebo-controlled trials, cholelithiasis was reported in 1% of patients treated with RYBELSUS 7 mg. Cholelithiasis was not reported in RYBELSUS 14 mg or placebo-treated patients."[60]

---

[56] FDA, *Clinical Review: New Drug Application 209637 (Ozempic)* (Nov. 16, 2017), https://www.accessdata.fda.gov/drugsatfda_docs/nda/2017/209637Orig1s000MedR.pdf.
[57] Ozempic, *Prescribing Information* at 8 (Dec. 5, 2017), https://www.accessdata.fda.gov/drugsatfda_docs/label/2017/209637lbl.pdf.
[58] Ozempic, *Prescribing Information* at 6 (Mar. 28, 2022), https://www.accessdata.fda.gov/drugsatfda_docs/label/2022/209637Orig1s009lbl.pdf.
[59] FDA, *Clinical Review: New Drug Application 213051 (Rybelsus)* (Sept. 19, 2019), https://www.accessdata.fda.gov/drugsatfda_docs/nda/2019/213051Orig1s000MedR.pdf.
[60] Rybelsus, *Prescribing Information* at 7 (Sept. 20, 2019), https://www.accessdata.fda.gov/drugsatfda_docs/label/2019/213051s000lbl.pdf.

*PRIVILEGED & CONFIDENTIAL*
*DRAFT EXPERT REPORT*

A warning (included below) was added to the Rybelsus label in June 2022, reflecting what appears to be a class labeling alignment.

### 5.7 Acute Gallbladder Disease

"Acute events of gallbladder disease such as cholelithiasis or cholecystitis have been reported in GLP-1 receptor agonist trials and postmarketing. In placebo-controlled trials, cholelithiasis was reported in 1% of patients treated with RYBELSUS 7 mg. Cholelithiasis was not reported in RYBELSUS 14 mg or placebo-treated patients. If cholelithiasis is suspected, gallbladder studies and appropriate clinical follow-up are indicated."[61]

As with Ozempic, the Rybelsus-specific data referenced in the warning is identical to that in the original label and is limited to the risk of cholelithiasis (and not cholecystitis). In sum, the addition of the warning does not appear to represent a change in the risk-benefit profile of Rybelsus or suggest that the risk is new or different from what has been discussed in the product labeling since approval.

## XI.     Conclusion

GLP-1RAs have revolutionized the treatment of diabetes and obesity. They have been studied for over two decades in hundreds of clinical and epidemiologic investigations. Semaglutide alone has been evaluated in more than 55 clinical studies enrolling over 74,000 participants, with worldwide post-marketing exposure exceeding 37 million patient-years.

The mechanism of action of GLP-1RAs is well-characterized and explains the predictable, on-target physiologic responses across tissues where GLP-1 receptors are expressed, leading to both their desired therapeutic and adverse effects. The totality of data shows that GLP-1RA effects are reversible upon discontinuation, and there is no reliable evidence that these medicines cause permanent impairment to gastrointestinal motility.

The scientific and medical community has long recognized the GI side effects associated with use of GLP-1RA medicines. GI-related adverse events are well-known features of the class's safety profile, documented across publications, clinical guidelines, labeling and textbooks.

## XII.     Response to Plaintiff's Expert Reports

The following addresses the opinions of Plaintiffs' experts on issues related to the mechanism of action of GLP-1RA, the reversibility of the clinical effects upon discontinuation of these medicines, and labeling of GLP-1RAs.

### 1.     Response to opinions on the mechanism of action of GLP-1RAs

- Dr. David Metz acknowledges that the published literature contains no cases or evidence of prolonged or permanent gastroparesis injury after

---

[61] Rybelsus, *Prescribing Information* at 5 (June 10, 2022), https://www.accessdata.fda.gov/drugsatfda_docs/label/2022/213051s011lbl.pdf.

*PRIVILEGED & CONFIDENTIAL*
*DRAFT EXPERT REPORT*

GLP-1RA withdrawal and that "causality of prolonged symptoms of gastroparesis after cessation of a GLP-1 drug cannot be supported." This undercuts any opinion suggesting persistence, post-cessation effect of GLP-1RAs. He further acknowledges that there is no literature identifying a plausible mechanism for permanent post-cessation injury. Despite conceding that causality of prolonged effects cannot be supported on the literature, Dr. Metz proposes that "a careful and detailed evaluation of individual patients might lead to a conclusion of causality of the prolonged symptoms" after GLP-1RA cessation based on differential diagnosis and serial testing. No scientific basis exists for such claim. A differential diagnosis cannot establish causality of the prolonged symptoms where mechanistic and clinical data support reversibility as medication exposure wanes, and the literature does not show persistent structural injury to nerves or muscle post-discontinuation.

- Dr. Binu John and Dr. Nilesh Lodhia rely on several mechanism studies to support their opinions that the intended pharmacological effects of GLP-1RAs on GI motility establish biological plausibility for causing ileus and intestinal obstruction. However, they are conflating pharmacological slowing of GI motility with the pathological conditions of ileus and bowel obstruction. The fact that a GLP-1RA may slow GI motility in some patients does not mean they cause ileus or obstruction.

- Dr. Jeffry Lansman's mechanism of action opinions do not support the conclusion that GLP-1RAs can cause permanent injury to the GI tract or persistent impairments in GI motility. While Dr. Lansman recognizes that the adverse effects of GLP-1RA are tied to the binding and activation of GLP-1 receptors, his further proposition that such binding "precipitate[s] gastroparesis or bowel obstruction" as persistent pathologies is not supported by the literature and conflate expected, on-target, reversible pharmacologic effects with irreversible tissue damage. The established pharmacology of GLP-1RAs demonstrate that GLP-1RA effects on GI motility are on-target, dose-dependent, and reversible upon discontinuation, not permanent. Mechanistic engagement of GLP-1 receptors in the gut and brain can slow motility while the drug is present, yet this does not equate to nerve or smooth muscle damage, and the weight of clinical and physiologic data shows return to baseline after cessation.

## 2. Response to opinions on labeling of GLP-1RAs

- Dr. David Kessler opines that Novo's GLP-1 receptor agonist (GLP-1RA) labels failed to warn of the risk of severe gastrointestinal (GI) adverse events and that a Section 5 "Severe Gastrointestinal Adverse Reactions" warning should have appeared years earlier for liraglutide and semaglutide. In my opinion, the totality of the record—including the content of the original U.S. labels, the FDA's regulatory actions, and the broader scientific and clinical context—shows that GLP-1RA labeling has

41

PRIVILEGED & CONFIDENTIAL
DRAFT EXPERT REPORT

long and consistently communicated GI risks, including that GI events can be severe, and that FDA's later class-harmonization steps in 2024–2025 reflect labeling alignment rather than recognition of a newly discovered risk or prior failure to warn. This conclusion aligns with my clinical and scientific assessment of the GLP-1RA class and with the labeling history cited in Plaintiffs' own expert materials.

- Since their initial approval, the labeling of Novo's GLP-1RA medicines has warned that GI adverse reactions are common and clinically meaningful. By way of example, Ozempic's original FDA-approved labeling (1) disclosed the prevalence of GI adverse reactions; (2) described the higher frequency of treatment discontinuations due to GI reactions as compared to placebo; and (3) identified serious clinical consequences linked to GI symptoms (e.g., dehydration and acute kidney injury) and directed prescribers to monitor renal function in patients "reporting severe adverse gastrointestinal reactions," expressly signaling that GI reactions can be severe and carry downstream risks. The presence of these elements in the initial labels is consistent with the scientific and medical understanding that GLP-1RAs cause GI events that are typically mild to moderate but can be severe for some patients—a point broadly recognized in clinical practice, literature, and guidelines for nearly two decades. As an endocrinologist who has prescribed these medicines across their lifecycle, I have always counselled patients on GI effects, including the possibility of severity and when to adjust dose or discontinue, consistent with the labeling and standard practice.

- Dr. Kessler emphasizes that the FDA requested and Novo added a Section 5 "Severe Gastrointestinal Adverse Reactions" class warning in 2024–2025. That chronology is accurate, but it does not support the claim that the class label change was based on any change to the safety profile of Novo's GLP-1RAs. Rather, the later class-wide alignment standardized how the already recognized GI risks were framed across the GLP1RA class. Indeed, as discussed above, the data reported in conjunction with the severe GI label change is anchored in pre-approval clinical trial data that the label had long communicated regarding GI adverse reactions. This kind of harmonization by the FDA does not mean the prior labels did not warn of these adverse effects but rather reflects a class labeling alignment that did not change the fundamental, already known GI risk profile.

- GLP-1RA labels have long warned of GI adverse events and meaningfully conveyed the possibility of severity through discontinuation data, explicit management directives in the setting of severe GI reactions, and comprehensive adverse-event listings. The FDA's class labeling decision standardized the presentation of these risks across the class rather than revealing a previously undisclosed risk. Dr. Kessler's opinion that the labeling of Novo's GLP-1RAs did not warn of severe GI adverse events

42

*PRIVILEGED & CONFIDENTIAL*
*DRAFT EXPERT REPORT*

is therefore inconsistent with the content of the historical labels and longstanding clinical practice and understanding of the GI safety profile of GLP-1RAs.

- Dr. David Ross's opinion that Novo Nordisk should have warned of acute gallbladder disease earlier for Victoza, Ozempic, and Rybelsus does not consider the clinical data on acute gallbladder disease for the different medications and is not supported by the regulatory history. As discussed above, the product labeling for Victoza has had a warning since 2017, which was added at that time based on data from the recently-completed LEADER trial. The Ozempic and Rybelsus labels always have included information about the risk of cholelithiasis, consistent with the clinical data for those medications; indeed, the data cited in the warnings added in 2022 comes from pre-approval studies and always has been included in the labeling in the Adverse Reactions section.

- Dr. Jessica Eisner's report focuses primarily on criticizing Novo's pharmacovigilance operations rather than addressing the labeling of Novo's GLP-1RAs. To the extent her report relates to labeling, her criticisms of Novo's pharmacovigilance systems do not undermine the fact that the product labeling for Novo's GLP-1RAs have always disclosed the risk of GI adverse events, the effect on gastric emptying, and the risk of certain gallbladder effects. The FDA-approved product labeling for Novo's GLP-1RAs has consistently communicated the risk of GI adverse events, including that GI adverse events can be severe, that these medicines delay gastric emptying as part of their mechanism of action, and the potential risk of certain gallbladder-related adverse events.

- Dr. David Madigan's two expert reports mostly focus on his own signal analyses using various statistical methods. Dr. Madigan's statistical findings do not refute the fact that the product labeling for Novo's GLP-1RAs have always disclosed the risk of GI adverse events. The GI side effects of GLP-1RAs have been recognized for decades and are well-known in the medical and scientific community.

- Dr. David Metz's opinion does not address the labeling of GLP-1RAs. To the extent his opinions might imply that the GI risks of GLP-1RAs were unknown, that suggestion is contradicted by the explicit language in the product labeling for Novo's GLP-1RA that have disclosed the risks of GI adverse events since their inception. The existence of GI adverse events associated with GLP-1RAs are well-known features of the class's safety profile, documented across publications, clinical guidelines, product labeling, and medical textbooks.

Date: February 13, 2026

_____
Suneil Koliwad, M.D. Ph.D.

*PRIVILEGED & CONFIDENTIAL*
*DRAFT EXPERT REPORT*

## APPENDIX A

| Study | Analysis group | Design | Comparators | Background medication | N of randomized patients | Primary endpoint | Results |
|---|---|---|---|---|---|---|---|
| SUSTAIN program with **s.c.** semaglutide | | | | | | | |
| **SUSTAIN 1** | Phase IIIa pool; placebo pool | 30-week, multinational, randomized, double-blind, phase IIIa trial | s.c. semaglutide (0.5, 1.0 mg OW)<br><br>Placebo | Diet and exercise | 388 | Change in A1c from baseline to week 30 | Change in A1c: −1.45% semaglutide 0.5 mg −1.55% semaglutide 1.0 mg −0.02% placebo<br><br>Both doses $P <$ .0001 versus placebo |
| **SUSTAIN 2** | Phase IIIa pool | 56-week, multinational, randomized, double-blind, phase IIIa trial | s.c. semaglutide (0.5, 1.0 mg OW)<br><br>Sitagliptin (100 mg OD) | Metformin, TZD or both | 1231 | Change in A1c from baseline to week 56 | Change in A1c: −1.3% semaglutide 0.5 mg −1.6% semaglutide 1.0 mg −0.5% sitagliptin<br><br>Both doses $P <$ .0001 for non-inferiority and superiority versus sitagliptin |
| **SUSTAIN 3** | Phase IIIa pool | 56-week, multinational, randomized, open-label, phase IIIa trial | s.c. semaglutide (1.0 mg OW)<br><br>Exenatide extended-release (2.0 mg OW) | 1-2 OADs (metformin, TZD, SU) | 813 | Change in A1c from baseline to week 56 | Change in A1c: −1.5% semaglutide −0.9% exenatide<br><br>$P <$ .0001 for non-inferiority and superiority versus exenatide |
| **SUSTAIN 4** | Phase IIIa pool | 30-week, multinational, randomized, open-label, phase IIIa trial | s.c. semaglutide (0.5, 1.0 mg OW)<br><br>Insulin glargine | Metformin ± SU | 1089 | Change in A1c from baseline to week 30 | Change in A1c: −1.21% semaglutide 0.5 mg −1.64% semaglutide 1.0 mg −0.83% insulin glargine |

44

*PRIVILEGED & CONFIDENTIAL*
*DRAFT EXPERT REPORT*

| Study | Analysis group | Design | Comparators | Background medication | N of randomized patients | Primary endpoint | Results |
|---|---|---|---|---|---|---|---|
| | | | | | | | Both doses $P <$ .0001 versus insulin glargine |
| **SUSTAIN 5** | Phase IIIa pool; placebo pool | 30-week, multinational, randomized, double-blind, phase IIIa trial | s.c. semaglutide (0.5, 1.0 mg OW) <br><br> Placebo | Basal insulin ± metformin | 397 | Change in A1c from baseline to week 30 | Change in A1c: –1.4% semaglutide 0.5 mg –1.8% semaglutide 1.0 mg –0.1% placebo <br><br> Both doses $P <$ .0001 versus placebo |
| **SUSTAIN 6** | Analysed separately | 104-week, multinational, randomized, double-blind, phase III, cardiovascular outcomes trial | s.c. semaglutide (0.5, 1.0 mg OW) <br><br> Placebo | ≤2 OADs ± insulin | 3297 | First occurrence of MACE (death from cardiovascular causes, nonfatal myocardial infarction or nonfatal stroke) | MACE: 6.6% semaglutide 8.9% placebo <br><br> $P <$ .001 for non-inferiority; $P =$ .02 for superiority |
| **NCT02207374** | Phase IIIa pool | 56-week, Japanese, randomized, open-label, phase IIIa trial | s.c. semaglutide (0.5, 1.0 mg OW) <br><br> OAD (DPP-4 inhibitor, biguanide, SU, glinide, α-GI inhibitor or TZD) | Diet and exercise ± OAD (SU, glinide, α-GI inhibitor or TZD) | 601 | Number of TEAEs over 56 weeks | TEAEs: 86.2% semaglutide 0.5 mg 88.0% semaglutide 1.0 mg 71.7% OAD |
| **NCT02254291** | Phase IIIa pool | 30-week, Japanese, randomized, open-label, phase IIIa trial | s.c. semaglutide (0.5, 1.0 mg OW) <br><br> Sitagliptin (100 mg OD) | Diet and exercise ± OAD | 308 | Number of TEAEs over 30 weeks | TEAEs: 74.8% semaglutide 0.5 mg 71.6% semaglutide 1.0 mg 66.0% sitagliptin |

*PRIVILEGED & CONFIDENTIAL*
*DRAFT EXPERT REPORT*

## APPENDIX B

| Study | Analysis group | Design | Comparators | Background medication | N of randomized patients | Primary endpoint | Results |
|---|---|---|---|---|---|---|---|
| PIONEER program with **oral** semaglutide | | | | | | | |
| **PIONEER 1** | Phase IIIa pool; placebo pool | 26-week multinational, randomized, double-blind, phase IIIa trial | Oral semaglutide (3, 7, 14 mg OD)<br><br>Placebo | Diet and exercise | 703 | Change in A1c from baseline to week 26 | Change in A1c:<br>–0.9% semaglutide 3 mg<br>–1.2% semaglutide 7 mg<br>–1.4% semaglutide 14 mg<br>–0.3% placebo<br><br>$P < .001$ for all doses versus placebo |
| **PIONEER 2** | Phase IIIa pool | 52-week multinational, randomized, open-label, phase IIIa trial | Oral semaglutide (14 mg OD)<br><br>Empagliflozin (25 mg OD) | Metformin | 822 | Change in A1c from baseline to week 26 | Change in A1c:<br>–1.3% semaglutide<br>–0.9% empagliflozin<br><br>$P < .0001$ versus empagliflozin |
| **PIONEER 3** | Phase IIIa pool | 78-week multinational, randomized, double-blind, phase IIIa trial | Oral semaglutide (3, 7, 14 mg OD)<br><br>Sitagliptin (100 mg OD) | Metformin ± SU | 1864 | Change in A1c from baseline to week 26 | Change in A1c:<br>–0.6% semaglutide 3 mg<br>–1.0% semaglutide 7 mg<br>–1.3% semaglutide 14 mg<br>–0.8% sitagliptin<br><br>$P < .001$ for superiority of semaglutide 7/14 mg versus sitagliptin; non-inferiority not shown for semaglutide 3 mg versus sitagliptin |
| **PIONEER 4** | Phase IIIa pool; placebo pool | 52-week multinational, randomized, double-blind, phase IIIa trial | Oral semaglutide (14 mg OD)<br><br>Liraglutide (1.8 mg OD)<br><br>Placebo | Metformin ± SGLT2i | 711 | Change in A1c from baseline to week 26 | Change in A1c:<br>–1.2% semaglutide<br>–1.1% liraglutide<br>–0.2% placebo<br><br>$P < .0001$ for non-inferiority versus liraglutide and for superiority versus placebo |

*PRIVILEGED & CONFIDENTIAL*
*DRAFT EXPERT REPORT*

| Study | Analysis group | Design | Comparators | Background medication | N of randomized patients | Primary endpoint | Results |
|---|---|---|---|---|---|---|---|
| **PIONEER 5** | Phase IIIa pool; placebo pool | 26-week multinational, randomized, double-blind, phase IIIa trial | Oral semaglutide (14 mg OD)<br><br>Placebo | Metformin ± SU, SU alone or insulin ± metformin | 324 | Change in A1c from baseline to week 26 | Change in A1c:<br>–1.0% semaglutide<br>–0.2% placebo<br><br>$P < .0001$ versus placebo |
| **PIONEER 6** | Analysed separately | Event-driven, multinational, randomized, double-blind, phase IIIa, cardiovascular outcomes trial | Oral semaglutide (14 mg OD)<br><br>Placebo | Glucose-lowering and Cardiovacular medication permitted | 3183 | First occurrence of MACE (death from cardiovascular causes, nonfatal myocardial infarction or nonfatal stroke) | MACE:<br>3.8% semaglutide<br>4.8% placebo<br><br>$P < .001$ for non-inferiority versus placebo |
| **PIONEER 7** | Phase IIIa pool | 52-week, multinational, randomized, open-label, phase IIIa trial | Oral semaglutide (with flexible dose adjustments to 3, 7 or 14 mg OD)<br><br>Sitagliptin (100 mg OD) | 1-2 OADs (metformin, SU, SGLT2i, TZD) | 504 | A1c <7.0% at week 52 | A1c <7.0%:<br>58% semaglutide<br>25% sitagliptin<br><br>$P < .0001$ versus sitagliptin |
| **PIONEER 8** | Phase IIIa pool; placebo pool | 52-week multinational, randomized, double-blind, phase IIIa trial | Oral semaglutide (3, 7, 14 mg OD)<br><br>Placebo | Insulin ± metformin | 731 | Change in A1c from baseline to week 26 | Change in A1c:<br>–0.6% semaglutide 3 mg<br>–0.9% semaglutide 7 mg<br>–1.3% semaglutide 14 mg<br>–0.1% placebo<br><br>$P < .0001$ for all doses versus placebo |
| **PIONEER 9** | Phase IIIa pool | 52-week Japanese randomized, double-blind/open-label phase II/IIIa trial | Oral semaglutide (3, 7, 14 mg OD; double-blind)<br><br>Placebo (double-blind) | Diet and exercise | 243 | Change in A1c from baseline to week 26 | Change in A1c:<br>–1.1% semaglutide 3 mg<br>–1.5% semaglutide 7 mg<br>–1.7% semaglutide 14 mg<br>–0.1% placebo<br>–1.4% liraglutide<br><br>$P < .0001$ for all comparisons versus placebo; ns for |

47

*PRIVILEGED & CONFIDENTIAL*
*DRAFT EXPERT REPORT*

| Study | Analysis group | Design | Comparators | Background medication | N of randomized patients | Primary endpoint | Results |
|---|---|---|---|---|---|---|---|
| | | | s.c. liraglutide (0.9 mg OD; open-label) | | | | semaglutide 3/7 mg versus liraglutide; $P <$ .05 for semaglutide 14 mg versus liraglutide |
| **PIONEER 10** | Phase IIIa pool | 52-week Japanese randomized, open-label, phase IIIa trial | Oral semaglutide (3, 7, 14 mg OD)<br><br>s.c. dulaglutide (0.75 mg OW) | OAD monotherapy (SU, glinide, TZD, α-GI inhibitor or SGLT2i) | 458 | Number of TEAEs over 57 weeks | TEAEs: 77% semaglutide 3 mg 80% semaglutide 7 mg 85% semaglutide 14 mg 82% dulaglutide |

*PRIVILEGED & CONFIDENTIAL*
*DRAFT EXPERT REPORT*

## APPENDIX C

| Study | Analysis group | Design | Comparators | Background medication | N of randomized patients | Primary endpoint | Results |
|---|---|---|---|---|---|---|---|
| STEP program with s.c. semaglutide | | | | | | | |
| **STEP 1** | Phase III pool; placebo pool | 68-week, multinational, randomized, double-blind, placebo-controlled trial | s.c. semaglutide (2.4 mg OW) Placebo | Lifestyle intervention (diet and exercise) | 1961 | Percentage change in body weight from baseline to week 68; weight loss ≥5% at week 68 | Change in body weight: −14.9% semaglutide − 2.4% placebo P < .001 for both co-primary endpoints versus placebo |
| **STEP 2** | Phase III pool; placebo pool | 68-week, multinational, randomized, double-blind, double-dummy, placebo-controlled trial | s.c. semaglutide (2.4 mg OW) s.c. semaglutide (1.0 mg OW) Placebo | Lifestyle intervention; up to 3 OADs (metformin, sulfonylureas, SGLT2 inhibitors, or thiazolidinediones) | 1210 | Percentage change in body weight from baseline to week 68; weight loss ≥5% at week 68 (semaglutide 2.4 mg vs placebo) | Change in body weight: −9.6% semaglutide 2.4 mg −7.0% semaglutide 1.0 mg -3.4% placebo P < .0001 for semaglutide 2.4 mg versus placebo |
| **STEP 3** | Phase IIIa pool; placebo pool | 68-week, US-based, randomized, double-blind, placebo-controlled trial | s.c. semaglutide (2.4 mg OW) Placebo | Intensive behavioral therapy (30 counseling visits); 8-week initial low-calorie diet | 611 | Percentage change in body weight from baseline to week 68; weight loss ≥5% at week 68 | Change in body weight: −16.0% semaglutide − 5.7% placebo ≥5% weight loss: 86.6% semaglutide 47.6% placebo P < .001 for both co-primary endpoints versus placebo |
| **STEP 4** | Phase IIIa pool; placebo pool | 68-week, multinational, randomized, double-blind, placebo-controlled withdrawal trial | s.c. semaglutide (2.4 mg OW) Placebo (after 20-week run-in) | Lifestyle intervention (diet and exercise) | 803 (randomized at week 20 after run-in) | Percentage change in body weight from week 20 to week 68 | Change in body weight (week 20 to 68): −7.9% continued semaglutide +6.9% switched to placebo Total change week 0-68: −17.4% continued semaglutide -5.0% placebo P < .001 versus placebo |
| **STEP 5** | Phase III pool; placebo pool | 104-week, multinational, randomized, double-blind, placebo- | s.c. semaglutide (2.4 mg OW) Placebo | Behavioral intervention (diet and exercise) | 304 | Percentage change in body weight from baseline to week 104; | Change in body weight: -15.2% semaglutide − 2.6% placebo ≥5% weight loss: 77.1% semaglutide 34.4% |

*PRIVILEGED & CONFIDENTIAL*
*DRAFT EXPERT REPORT*

| Study | Analysis group | Design | Comparators | Background medication | N of randomized patients | Primary endpoint | Results |
|---|---|---|---|---|---|---|---|
| | | controlled trial | | | | weight loss ≥5% at week 104 | placebo P < .0001 for both co-primary endpoints versus placebo |
| STEP 6 | Phase IIIa pool; placebo pool | 68-week, randomized, double-blind, double-dummy, placebo-controlled trial (Japan and South Korea) | s.c. semaglutide (2.4 mg OW) s.c. semaglutide (1.7 mg OW) Placebo | Lifestyle recommendations (diet and exercise) | 401 | Percentage change in body weight from baseline to week 68; weight loss ≥5% at week 68 | Change in body weight: –13.2% semaglutide 2.4 mg –9.6% semaglutide 1.7 mg –2.1% placebo ≥5% weight loss: 83% semaglutide 2.4 mg 72% semaglutide 1.7 mg 21% placebo P < .0001 for both doses versus placebo |
| STEP 7 | Phase IIIa pool; placebo pool | 44-week, multinational, randomized, double-blind, placebo-controlled trial (China, Hong Kong, Brazil, South Korea) | s.c. semaglutide (2.4 mg OW) Placebo | Lifestyle intervention (diet and exercise) | 375 | Percentage change in body weight from baseline to week 44; weight loss ≥5% at week 44 | Change in body weight: –12.1% semaglutide 2.4 mg –3.6% placebo ≥5% weight loss: 86% semaglutide 2.4 mg 31% placebo P < .0001 for both co-primary endpoints versus placebo |
| STEP 8 | Phase IIIb pool | 68-week, US-based, randomized, open-label (active treatments), double-blind (vs matched placebo) trial | s.c. semaglutide (2.4 mg OW) s.c. liraglutide (3.0 mg OD) Placebo | Lifestyle intervention (diet and exercise) | 338 | Percentage change in body weight at week 68 (semaglutide vs liraglutide) | Change in body weight: –15.8% semaglutide 2.4 mg –6.4% liraglutide 3.0 mg Difference: –9.4 percentage points ≥10% weight loss: 70.9% semaglutide 25.6% liraglutide P < .001 for semaglutide versus liraglutide |

*PRIVILEGED & CONFIDENTIAL*
*DRAFT EXPERT REPORT*

## APPENDIX D

| Victoza (2010) | **ADVERSE REACTIONS**<br><br>• "The most common adverse reactions, reported in ≥5% of patients treated with Victoza and more commonly than in patients treated with placebo, are: headache, nausea, diarrhea and anti-liraglutide antibody formation (6)." |
|---|---|
| | **DOSAGE AND ADMINISTRATION**<br><br>• "For all patients, Victoza should be initiated with a dose of 0.6 mg per day for one week. The 0.6 mg dose is a starting dose intended to reduce gastrointestinal symptoms during initial titration, and is not effective for glycemic control." |
| | **EXCERPTS OF RELEVANT GI LABELING LANGUAGE**<br><br>• "In the five clinical trials of 26 weeks duration or longer, gastrointestinal adverse events were reported in 41% of Victoza-treated patients and were dose-related. Gastrointestinal adverse events occurred in 17% of comparator-treated patients. Events that occurred more commonly among Victoza-treated patients included nausea, vomiting, diarrhea, dyspepsia and constipation. In clinical trials of 26 weeks duration or longer, the percentage of patients who reported nausea declined over time. Approximately 13% of Victoza-treated patients and 2% of comparator-treated patients reported nausea during the first 2 weeks of treatment."<br>• "Patients should be advised that the most common side effects of Victoza are headache, nausea and diarrhea. Nausea is most common when first starting Victoza, but decreases over time in the majority of patients and does not typically require discontinuation of Victoza."<br>• Patients should be informed that persistent severe abdominal pain, that may radiate to the back and which may (or may not) be accompanied by vomiting, is the hallmark symptom of acute pancreatitis. Patients should be instructed to discontinue Victoza promptly, and to contact their physician, if persistent severe abdominal pain occurs [see Warnings and Precautions (5.2)].<br>• "Patients should be advised that the most common side effects of Victoza are headache, nausea and diarrhea. Nausea is most common when first starting Victoza, but decreases over time in the majority of patients and does not typically require discontinuation of Victoza." |
| Saxenda (2014) | **ADVERSE REACTIONS**<br><br>• "Most common adverse reactions, reported in greater than or equal to 5% are: nausea, hypoglycemia, diarrhea, constipation, vomiting, headache, |

PRIVILEGED & CONFIDENTIAL
DRAFT EXPERT REPORT

decreased appetite, dyspepsia, fatigue, dizziness, abdominal pain, and increased lipase (6.1)."

### DOSAGE AND ADMINISTRATION

- "The recommended dosage of Saxenda is 3 mg daily. The dose escalation schedule in Table 1 should be used to reduce the likelihood of gastrointestinal symptoms. If patients do not tolerate an increased dose during dose escalation, consider delaying dose escalation for approximately one additional week. Saxenda should be discontinued, however, if a patient cannot tolerate the 3 mg dose, as efficacy has not been established at lower doses (0.6, 1.2, 1.8, and 2.4 mg) . . . If more than 3 days have elapsed since the last Saxenda dose, patients should reinitiate Saxenda at 0.6 mg daily and follow the dose escalation schedule in Table 1, which may reduce the occurrence of gastrointestinal symptoms associated with reinitiation of treatment."

### EXCERPTS OF RELEVANT GI LABELING LANGUAGE

- "In the clinical trials, approximately 68% of Saxenda-treated patients and 39% of placebo-treated patients reported gastrointestinal disorders; the most frequently reported was nausea (39% and 14% of patients treated with Saxenda and placebo, respectively). The percentage of patients reporting nausea declined as treatment continued. Other common adverse reactions that occurred at a higher incidence among Saxenda-treated patients included diarrhea, constipation, vomiting, dyspepsia, abdominal pain, dry mouth, gastritis, gastroesophageal reflux disease, flatulence, eructation and abdominal distension. Most episodes of gastrointestinal events were mild or moderate and did not lead to discontinuation of therapy (6.2% with Saxenda versus 0.8% with placebo discontinued treatment as a result of gastrointestinal adverse reactions). There have been reports of gastrointestinal adverse reactions, such as nausea, vomiting, and diarrhea, associated with volume depletion and renal impairment [see Warnings and Precautions (5.6)]."
- "Common side effects of Saxenda include: • nausea • diarrhea • constipation • low blood sugar (hypoglycemia) • vomiting • headache • decreased appetite • upset stomach • tiredness • dizziness • stomach pain • changes in enzyme (lipase) levels in your blood. Nausea is most common when first starting Saxenda, but decreases over time in most people as their body gets used to the medicine. Tell your healthcare provider if you have any side effect that bothers you or that does not go away. These are not all the side effects with Saxenda. For more information, ask your healthcare provider or pharmacist."
- "In clinical trials, 9.8% of patients treated with Saxenda and 4.3% of patients treated with placebo prematurely discontinued treatment as a result of adverse reactions. The most common adverse reactions leading to discontinuation were nausea (2.9% versus 0.2% for Saxenda and placebo,

**PRIVILEGED & CONFIDENTIAL**
**DRAFT EXPERT REPORT**

| | |
|---|---|
| | respectively), vomiting (1.7% versus less than 0.1%), and diarrhea (1.4% versus 0%)." |
| | • "In patients treated with GLP-1 receptor agonists, including Saxenda, there have been reports of acute renal failure and worsening of chronic renal failure, sometimes requiring hemodialysis [see Adverse Reactions (6.2)]. Some of these events were reported in patients without known underlying renal disease. A majority of the reported events occurred in patients who had experienced nausea, vomiting, or diarrhea leading to volume depletion. Some of the reported events occurred in patients receiving one or more medications known to affect renal function or volume status. Altered renal function has been reversed in many of the reported cases with supportive treatment and discontinuation of potentially causative agents, including liraglutide. Use caution when initiating or escalating doses of Saxenda in patients with renal impairment." |
| | • Patients should be informed of the potential risk for acute pancreatitis. Explain that persistent severe abdominal pain that may radiate to the back and which may or may not be accompanied by vomiting, is the hallmark symptom of acute pancreatitis. Instruct patients to discontinue Saxenda promptly and contact their physician if persistent severe abdominal pain occurs. |
| | • "Saxenda may cause nausea, vomiting or diarrhea leading to loss of fluids (dehydration). Dehydration may cause kidney failure which can lead to the need for dialysis. This can happen in people who have never had kidney problems before. Drinking plenty of fluids may reduce your chance of dehydration. Call your healthcare provider right away if you have nausea, vomiting, or diarrhea that does not go away, or if you cannot drink liquids by mouth." |
| **Ozempic (2017)** | **ADVERSE REACTIONS**<br><br>• "The most common adverse reactions, reported in ≥5% of patients treated with OZEMPIC are: nausea, vomiting, diarrhea, abdominal pain and constipation (6.1)."<br><br>**DOSAGE AND ADMINISTRATION**<br><br>• "Start OZEMPIC with a 0.25 mg subcutaneous injection once weekly for 4 weeks. The 0.25 mg dose is intended for treatment initiation and is not effective for glycemic control."<br><br>**EXCERPTS OF RELEVANT GI LABELING LANGUAGE**<br><br>• "In the pool of placebo-controlled trials, gastrointestinal adverse reactions occurred more frequently among patients receiving OZEMPIC than placebo (placebo 15.3%, OZEMPIC 0.5 mg 32.7%, OZEMPIC 1 mg 36.4%). The majority of reports of nausea, vomiting, and/or diarrhea occurred during |

PRIVILEGED & CONFIDENTIAL
DRAFT EXPERT REPORT

| | |
|---|---|
| | dose escalation. More patients receiving OZEMPIC 0.5 mg (3.1%) and OZEMPIC 1 mg (3.8%) discontinued treatment due to gastrointestinal adverse reactions than patients receiving placebo (0.4%). In addition to the reactions in Table 1, the following gastrointestinal adverse reactions with a frequency of <5% were associated with OZEMPIC (frequencies listed, respectively, as: placebo; 0.5 mg; 1 mg): dyspepsia (1.9%, 3.5%, 2.7%), eructation (0%, 2.7%, 1.1%), flatulence (0.8%, 0.4%, 1.5%), gastroesophageal reflux disease (0%, 1.9%, 1.5%), and gastritis (0.8%, 0.8%, 0.4%)." <br><br> • "Advise patients that the most common side effects of OZEMPIC are nausea, vomiting, diarrhea, abdominal pain and constipation. Inform patients that nausea, vomiting and diarrhea are most common when first starting OZEMPIC, but decreases over time in the majority of patients." <br><br> • "There have been postmarketing reports of acute kidney injury and worsening of chronic renal failure, which may sometimes require hemodialysis, in patients treated with GLP-1 receptor agonists. Some of these events have been reported in patients without known underlying renal disease. A majority of the reported events occurred in patients who had experienced nausea, vomiting, diarrhea, or dehydration. Monitor renal function when initiating or escalating doses of OZEMPIC in patients reporting severe adverse gastrointestinal reactions." <br><br> • "After initiation of OZEMPIC, observe patients carefully for signs and symptoms of pancreatitis (including persistent severe abdominal pain, sometimes radiating to the back and which may or may not be accompanied by vomiting). If pancreatitis is suspected, OZEMPIC should be discontinued and appropriate management initiated; if confirmed, OZEMPIC should not be restarted." <br><br> • "Advise patients treated with OZEMPIC of the potential risk of dehydration due to gastrointestinal adverse reactions and take precautions to avoid fluid depletion. Inform patients of the potential risk for worsening renal function and explain the associated signs and symptoms of renal impairment, as well as the possibility of dialysis as a medical intervention if renal failure occurs [see Warnings and Precautions (5.6)]." |
| **Rybelsus (2019)** | **ADVERSE REACTIONS** <br><br> • "The most common adverse reactions, reported in ≥5% of patients treated with RYBELSUS are: nausea, abdominal pain, diarrhea, decreased appetite, vomiting and constipation (6.1)." <br><br> **DOSAGE AND ADMINISTRATION** <br><br> • "Start RYBELSUS with 3 mg once daily for 30 days. The 3 mg dose is intended for treatment initiation and is not effective for glycemic control. After 30 days on the 3 mg dose, increase the dose to 7 mg once daily. Dose |

**PRIVILEGED & CONFIDENTIAL**
**DRAFT EXPERT REPORT**

may be increased to 14 mg once daily if additional glycemic control is needed after at least 30 days on the 7 mg dose."

### EXCERPTS OF RELEVANT GI LABELING LANGUAGE

- "In the pool of placebo-controlled trials, gastrointestinal adverse reactions occurred more frequently among patients receiving RYBELSUS than placebo (placebo 21%, RYBELSUS 7 mg 32%, RYBELSUS 14 mg 41%). The majority of reports of nausea, vomiting, and/or diarrhea occurred during dose escalation. More patients receiving RYBELSUS 7 mg (4%) and RYBELSUS 14 mg (8%) discontinued treatment due to gastrointestinal adverse reactions than patients receiving placebo (1%). In addition to the reactions in Table 1, the following gastrointestinal adverse reactions with a frequency of <5% were associated with RYBELSUS (frequencies listed, respectively, as placebo; 7 mg; 14 mg): abdominal distension (1%, 2%, 3%), dyspepsia (0.6%, 3%, 0.6%), eructation (0%, 0.6%, 2%), flatulence (0%, 2%, 1%), gastroesophageal reflux disease (0.3%, 2%, 2%), and gastritis (0.8%, 2%, 2%)."
- "The most common side effects of RYBELSUS may include nausea, stomach (abdominal) pain, diarrhea, decreased appetite, vomiting and constipation. Nausea, vomiting and diarrhea are most common when you first start RYBELSUS. Talk to your healthcare provider about any side effect that bothers you or does not go away. These are not all the possible side effects of RYBELSUS. Call your doctor for medical advice about side effects."
- "There have been postmarketing reports of acute kidney injury and worsening of chronic renal failure, which may sometimes require hemodialysis, in patients treated with GLP-1 receptor agonists, including semaglutide. Some of these events have been reported in patients without known underlying renal disease. A majority of the reported events occurred in patients who had experienced nausea, vomiting, diarrhea, or dehydration. Monitor renal function when initiating or escalating doses of RYBELSUS in patients reporting severe adverse gastrointestinal reactions."
- "After initiation of RYBELSUS, observe patients carefully for signs and symptoms of pancreatitis (including persistent severe abdominal pain, sometimes radiating to the back and which may or may not be accompanied by vomiting). If pancreatitis is suspected, RYBELSUS should be discontinued and appropriate management initiated; if confirmed, RYBELSUS should not be restarted."
- "Advise patients treated with RYBELSUS of the potential risk of dehydration due to gastrointestinal adverse reactions and take precautions to avoid fluid depletion. Inform patients of the potential risk for worsening renal function and explain the associated signs and symptoms of renal impairment, as well as the possibility of dialysis as a medical intervention if renal failure occurs."

*PRIVILEGED & CONFIDENTIAL*
*DRAFT EXPERT REPORT*

| Wegovy (2021) | **ADVERSE REACTIONS**<br><br>• "The most common adverse reactions, reported in greater than or equal to 5% of patients treated with WEGOVY are: nausea, diarrhea, vomiting, constipation, abdominal pain, headache, fatigue, dyspepsia, dizziness, abdominal distension, eructation, hypoglycemia in patients with type 2 diabetes, flatulence, gastroenteritis, and gastroesophageal reflux disease (6.1)." |
|---|---|
| | **DOSAGE AND ADMINISTRATION**<br><br>• "Initiate WEGOVY with a dose of 0.25 mg injected subcutaneously once-weekly and follow the dose escalation schedule in Table 2 to minimize gastrointestinal adverse reactions [see Adverse Reactions (6.1)] . . . If patients do not tolerate the maintenance 2.4 mg once-weekly dose, the dose can be temporarily decreased to 1.7 mg once-weekly, for a maximum of 4 weeks. After 4 weeks, increase WEGOVY to the maintenance 2.4 mg once-weekly. Discontinue WEGOVY if the patient cannot tolerate the 2.4 mg dose." |
| | **EXCERPTS OF RELEVANT GI LABELING LANGUAGE**<br><br>• "In clinical trials, 73% of WEGOVY-treated patients and 47% of patients receiving placebo reported gastrointestinal disorders. The most frequently reported reactions were nausea (44% vs. 16%), vomiting (25% vs. 6%), and diarrhea (30% vs. 16%). Other common reactions that occurred at a higher incidence among WEGOVY-treated patients included dyspepsia, abdominal pain, abdominal distension, eructation, flatulence, gastroesophageal reflux disease, gastritis, and hemorrhoids. These reactions increased during dose escalation. Permanent discontinuation of treatment as a result of a gastrointestinal adverse reaction occurred in 4.3% of WEGOVY-treated patients versus 0.7% of placebo-treated patients."<br>• "The most common side effects of WEGOVY may include: • nausea • stomach (abdomen) pain • dizziness • stomach flu • diarrhea • headache • feeling bloated • heartburn • vomiting • tiredness (fatigue) • belching • constipation • upset stomach • gas.  Talk to your healthcare provider about any side effect that bothers you or does not go away. These are not all the possible side effects of WEGOVY."<br>• "There have been postmarketing reports of acute kidney injury and worsening of chronic renal failure, which have in some cases required hemodialysis, in patients treated with semaglutide. Patients with renal impairment may be at greater risk of acute kidney injury, but some of these events have been reported in patients without known underlying renal disease. A majority of the reported events occurred in patients who had experienced nausea, vomiting, or diarrhea, leading to volume depletion [see Adverse Reactions (6)]. Monitor renal function when initiating or escalating |

56

*PRIVILEGED & CONFIDENTIAL*
*DRAFT EXPERT REPORT*

doses of WEGOVY in patients reporting severe adverse gastrointestinal reactions. Monitor renal function in patients with renal impairment reporting any adverse reactions that could lead to volume depletion."

- "Acute pancreatitis, including fatal and non-fatal hemorrhagic or necrotizing pancreatitis, has been observed in patients treated with GLP-1 receptor agonists, including semaglutide. Acute pancreatitis was observed in patients treated with WEGOVY in clinical trials [see Adverse Reactions (6)]. After initiation of WEGOVY, observe patients carefully for signs and symptoms of acute pancreatitis (including persistent severe abdominal pain, sometimes radiating to the back, and which may or may not be accompanied by vomiting). If acute pancreatitis is suspected, WEGOVY should promptly be discontinued and appropriate management should be initiated. If acute pancreatitis is confirmed, WEGOVY should not be restarted."

- "In clinical trials, 6.8% of patients treated with WEGOVY and 3.2% of patients treated with placebo permanently discontinued treatment as a result of adverse reactions. The most common adverse reactions leading to discontinuation were nausea (1.8% versus 0.2%), vomiting (1.2% versus 0%), and diarrhea (0.7% versus 0.1%) for WEGOVY and placebo, respectively . . . Permanent discontinuation of treatment as a result of a gastrointestinal adverse reaction occurred in 4.3% of WEGOVY-treated patients versus 0.7% of placebo-treated patients."

- "Advise patients treated with WEGOVY of the potential risk of dehydration due to gastrointestinal adverse reactions and take precautions to avoid fluid depletion. Inform patients of the potential risk for worsening renal function and explain the associated signs and symptoms of renal impairment, as well as the possibility of dialysis as a medical intervention if renal failure occurs [see Warnings and Precautions (5.5)]."

*PRIVILEGED & CONFIDENTIAL*
*DRAFT EXPERT REPORT*

**APPENDIX E**

| | |
|---|---|
| **Victoza (2010)** | **DRUG INTERACTIONS**<br><br>• "Victoza delays gastric emptying. May impact absorption of concomitantly administered oral medications. Use caution (7)."<br>• "Victoza causes a delay of gastric emptying, and thereby has the potential to impact the absorption of concomitantly administered oral medications. In clinical pharmacology trials, Victoza did not affect the absorption of the tested orally administered medications to any clinically relevant degree. Nonetheless, caution should be exercised when oral medications are concomitantly administered with Victoza." |
| | **EXCERPTS OF RELEVANT GASTRIC EMPTYING LABELING LANGUAGE**<br><br>• "Victoza slows gastric emptying. Victoza has not been studied in patients with pre-existing gastroparesis."<br>• "The mechanism of blood glucose lowering also involves a delay in gastric emptying."<br>• "Victoza causes a delay of gastric emptying, thereby reducing the rate at which postprandial glucose appears in the circulation." |
| **Saxenda (2014)** | **DRUG INTERACTIONS**<br><br>• "Saxenda delays gastric emptying. May impact absorption of concomitantly administered oral medications. Use with caution (7)."<br>• "Saxenda causes a delay of gastric emptying, and thereby has the potential to impact the absorption of concomitantly administered oral medications. In clinical pharmacology trials, liraglutide did not affect the absorption of the tested orally administered medications to any clinically relevant degree. Nonetheless, monitor for potential consequences of delayed absorption of oral medications concomitantly administered with Saxenda." |
| | **EXCERPTS OF RELEVANT GASTRIC EMPTYING LABELING LANGUAGE**<br><br>• "Saxenda slows gastric emptying. Saxenda has not been studied in patients with pre-existing gastroparesis."<br>• "The drug-drug interaction studies were performed at steady state with liraglutide 1.8 mg/day. The effect on rate of gastric emptying was equivalent between liraglutide 1.8 mg and 3 mg (acetaminophen AUC0-300min)." |
| **Ozempic (2017)** | **DRUG INTERACTIONS**<br><br>• "OZEMPIC delays gastric emptying. May impact absorption of concomitantly administered oral medications (7.2)." |

58

**PRIVILEGED & CONFIDENTIAL**
*DRAFT EXPERT REPORT*

|  |  |
|---|---|
|  | • "OZEMPIC causes a delay of gastric emptying, and thereby has the potential to impact the absorption of concomitantly administered oral medications. In clinical pharmacology trials, semaglutide did not affect the absorption of orally administered medications to any clinically relevant degree [see Clinical Pharmacology (12.3)]. Nonetheless, caution should be exercised when oral medications are concomitantly administered with OZEMPIC." |
|  | **EXCERPTS OF RELEVANT GASTRIC EMPTYING LABELING LANGUAGE**<br><br>• "The mechanism of blood glucose lowering also involves a minor delay in gastric emptying in the early postprandial phase."<br>• "Semaglutide causes a delay of early postprandial gastric emptying, thereby reducing the rate at which glucose appears in the circulation postprandially."<br>• "The delay of gastric emptying with semaglutide may influence the absorption of concomitantly administered oral medicinal products." |
| **Rybelsus (2019)** | **DRUG INTERACTIONS**<br><br>• "RYBELSUS delays gastric emptying. When coadministering oral medications instruct patients to closely follow RYBELSUS administration instructions. Consider increased clinical or laboratory monitoring for medications that have a narrow therapeutic index or that require clinical monitoring (7.2)."<br>• "RYBELSUS causes a delay of gastric emptying, and thereby has the potential to impact the absorption of other oral medications." |
|  | **EXCERPTS OF RELEVANT GASTRIC EMPTYING LABELING LANGUAGE**<br><br>• "The mechanism of blood glucose lowering also involves a minor delay in gastric emptying in the early postprandial phase."<br>• "Semaglutide causes a delay of early postprandial gastric emptying, thereby reducing the rate at which glucose appears in the circulation postprandially."<br>• "The delay of gastric emptying with semaglutide may influence the absorption of concomitantly administered oral medicinal products." |
| **Wegovy (2021)** | **DRUG INTERACTIONS**<br><br>• "WEGOVY delays gastric emptying. May impact absorption of concomitantly administered oral medications. Use with caution (7.2)."<br>• "WEGOVY causes a delay of gastric emptying and thereby has the potential to impact the absorption of concomitantly administered oral medications. In clinical pharmacology trials with semaglutide 1 mg, semaglutide did not affect the absorption of orally administered medications [see Clinical |

*PRIVILEGED & CONFIDENTIAL*
*DRAFT EXPERT REPORT*

Pharmacology (12.3)]. Nonetheless, monitor the effects of oral medications concomitantly administered with WEGOVY."

**EXCERPTS OF RELEVANT GASTRIC EMPTYING LABELING LANGUAGE**

- "The delay of gastric emptying with semaglutide may influence the absorption of concomitantly administered oral medications [see Drug Interactions (7.2)]. The potential effect of semaglutide on the absorption of co-administered oral medications was studied in trials at semaglutide 1 mg steady-state exposure. No clinically relevant drug-drug interactions with semaglutide (Figure 3) were observed based on the evaluated medications. In a separate study, no apparent effect on the rate of gastric emptying was observed with semaglutide 2.4 mg."

# EXHIBIT A

Prepared: February 2, 2026

## University of California, San Francisco
# CURRICULUM VITAE

**Name:**  Suneil K. Koliwad, MD, PhD

**Position:**  Professor In Residence, Step 2
Medicine
School of Medicine

Chief, Division of Endocrinology & Metabolism, UCSF Health
Kenneth Woeber, MD/Mt. Zion Health Fund Distinguished Professor of Endocrinology
Gerold Grodsky, PhD/JAB Professorship in Diabetes Research

**Address:**



## EDUCATION

| | | | | |
|---|---|---|---|---|
| 1987 - 1992 | University of California Los Angeles | B.S. | Psychobiology | |
| 1992 - 1995 | Baylor College of Medicine, Houston, TX | Ph.D. | Molecular Physiology | Diana L. Kunze, PhD |
| 1995 - 1999 | Baylor College of Medicine, Houston, TX | M.D. | High Honors | |
| 1999 - 2003 | Baylor College of Medicine, Houston, TX | Resident | Med/Peds | |
| 2002 - 2003 | Baylor College of Medicine, Houston, TX | Chief Resident | Med/Peds | |
| 2003 - 2006 | University of California, San Francisco | Fellow | Endocrinology | |

## LICENSES, CERTIFICATION

| | |
|---|---|
| 2003 | Medical Licensure, California A83307 |
| 2003 | Board Certified, Internal Medicine |
| 2013 | Board Eligible, Internal Medicine |
| 2005 | Board Certified, Endocrinology |

| 2015 | Board Re-Certified, Endocrinology |
| 2003 | Board Eligible, Pediatrics |
| 2005 | Endocrine Society Certification, Thyroid Ultrasonography/Biopsy |
| 2003 | Biomedical Ethics Certification, Baylor College of Medicine |
| 2007 | Biomedical Ethics Certification, UCSF |
| 2020 | Diversity, Equity, and Inclusiveness Champion, UCSF |

## PRINCIPAL POSITIONS HELD

| 2006 - 2009 | University of California, San Francisco | Clinical Instructor | Medicine |
|---|---|---|---|
| 2009 - 2011 | University of California, San Francisco | Adjunct Assistant Professor | Medicine |
| 2011 - 2018 | University of California, San Francisco | Assistant Prof, in Residence | Medicine |
| 2018 - 2022 | University of California San Francisco | Assoc. Prof, in Residence | Medicine |
| 2022 - present | University of California San Francisco | Professor, in Residence | Medicine |
| 3/2020 - 7/2020 | University of California San Francisco, Zuckerberg San Francisco General Hospital | Acting Chief | Division of Endocrinology and Metabolism |
| 2020 - present | University of California, San Francisco and UCSF Health | Chief | Division of Endocrinology and Metabolism |

## OTHER POSITIONS HELD CONCURRENTLY

| 2004 - 2007 | J.D. Gladstone Institutes, San Francisco, CA | Postdoctoral Fellow | Cardiovascular Disease |
|---|---|---|---|
| 2008 - 2009 | J.D. Gladstone Institutes, San Francisco, CA | Research Scientist | Cardiovascular Disease |
| 2009 - 2011 | J. D. Gladstone Institutes, San Francisco, CA | Staff Scientist | Cardiovascular Disease |

## HONORS AND AWARDS

| 1994 | Proctor and Gamble Graduate Student Award | American Physiological Society |
|---|---|---|
| 1995 | Proctor and Gamble Graduate Student Award | American Physiological Society |
| 1996 | Alumni Academic Merit Scholarship | Baylor College of Medicine |

| | | |
|---|---|---|
| 1997 | Medical School Basic Science Curriculum Honors | Baylor College of Medicine |
| 1998 | Election to Membership | Alpha Omega Alpha Medical Honor Society |
| 2000 | Alumni Association Research Scholarship | Baylor College of Medicine |
| 2001 | Citation for Disaster Medicine (Tropical Storm Allison) | Baylor College of Medicine |
| 2003 | Outstanding Resident Teaching Award | Baylor College of Medicine, Department of Medicine |
| 2003 | Baylor College of Medicine Outstanding Resident Teaching Award | |
| 2006 | Takeda/Holvey Diabetes Forum Award | Endocrine Fellows Foundation |
| 2006 | Travel Award; ASCI/AAP Joint Meeting | American Society for Clinical Investigation |
| 2006 | Medical Research Fellowship Award | A.P. Giannini Family Foundation |
| 2006 | Annual Retreat Outstanding Oral Presentation | UCSF Diabetes Center |
| 2008 | Early Career Investigator Award | Kern Aspen Lipid Conference |
| 2007 | Pediatric Loan Repayment Award | National Institutes of Health |
| 2009 | Young Faculty in Lipid Research Award | ORATOR Foundation |
| 2011 | Outstanding Postdoctoral Fellow Award | J. David Gladstone Institutes |
| 2012 | Junior Faculty Leadership Program Selection | UCSF/CORO; Chancellor's Council on Faculty Life |
| 2012 | Promotion and Tenure Travel Award | The Endocrine Society |
| 2013 | Roger Davis Award for Outstanding Transitional Investigator (Runner-Up) | Kern Lipid Conference |
| 2017 | Helmholtz Early Investigator in Diabetes (HeIDi) Award: First Runner-Up | 5th Helmholtz/Nature Medicine Diabetes Conference; Munich, Germany |
| 2018 | Election to membership | American Society for Clinical Investigation |
| 2022 | Distinguished Endocrinologist Lectureship | Department of Medicine, University of California Irvine School of Medicine |

Prepared: February 2, 2026

| 2024 | Guenther C. Boden Award Lecture | Department of Medicine, Temple University School of Medicine |
| 2025 | Physician Leadership Program Selection | UCSF Health |

**KEYWORDS/AREAS OF INTEREST**
Obesity, Lipotoxicity, Macrophage function, Inflammation, ER Stress, Adipose Tissue, Fibrosis, Thermogenesis, Hypothalamus, Microglia, Energy, Lipid, and Glucose Metabolism, Atherosclerosis, NAFLD, Metabolic Programming

# CLINICAL ACTIVITIES

## CLINICAL ACTIVITIES SUMMARY
I participate in a wide range of activities as Chief of The Division of Endocrinology and Metabolism in The UCSF Department of Medicine, located on the Parnassus Campus:

1. General Endocrinology Clinic Attending, once per month; fellow-based clinic focused on teaching.
2. Diabetes Clinic Attending, twice per month; clinic includes full patient panel and resident and fellow teaching duties.
3. Lipid Clinic Attending, twice per month; includes full patient panel each session.
4. Inpatient Endocrinology Consult Attending, four weeks per year.
5. eConsult management; triage and remote responses to electronic consults largely emanating from within the UCSF Health clinical landscape.
6. Mission Bay and Mt. Zion Hospitals, Consult Attending: Pager-based eConsult and in-person consult service covering UCSF Hospital services at Mission Bay and Mt. Zion; one month per year.

Prior to June 2020, I participated in a similar set of activities, including regular teaching attending duties in general endocrinology, diabetes, and lipid clinics, and inpatient consult attending duties, at Zuckerberg San Francisco General Hospital (ZSFG) from 2006-2020. During this period, I was a regular clinic mentor and faculty member in the UCSF Nursing School Diabetes Minor, working with Advanced Practice Nurses in the Diabetes Clinic (2015-2020), Director of the General Endocrinology Clinic (2008-2011), Endocrinology e-Referral System consultant (2009-2020), and Acting Chief of the Division of Endocrinology Diabetes and Metabolism (03/2020-07/2020).

My work as an attending physician has always heavily involved the on-site clinical teaching of Fellows, Residents, Medical Students, and outside physicians.

Prepared: February 2, 2026

**CLINICAL SERVICES**

| 2006 - 2015 | Attending physician, ZSFG General Endocrine Clinic. Played a large role in training UCSF Endocrine Fellows, and residents from UCSF, St. Mary s, Kaiser Permanente, and Highland Hospital Alameda County Medical Center, and San Juaquin Regional Medical Center, as well as UCSF and visiting medical students during this period. | Weekly |
|---|---|---|
| 2006 - 2010 | SFGH Diabetes Clinic Attending, training residents, fellows, and students as well as giving didactic lectures on a monthly basis on insulin resistance, obesity, and diabetes medications. | Weekly |
| 2006 - 2020 | Inpatient attending on Endocrine Consult Service, caring for patients and teaching students, residents, and fellows at ZSFG | 4-6 weeks per year |
| 2012 - 2020 | ZSFG Diabetes Clinic, as above | Bi-weekly from 2012-2015, then weekly until 2020. |
| 2020 - present | Attending Physician, UCSF Diabetes Clinic at Parnassus Heights; See a large panel of patients with both type 1 and type 2 diabetes, including patients with obesity and complex/rare forms of diabetes. Role includes regular fellow and resident teaching | Bi-Weekly |
| 2020 - present | Attending Physician, UCSF General Endocrinology Fellow Teaching Clinic; Provide clinical teaching to first and second year endocrinology fellows in the context of providing outpatient care to a wide variety of endocrine patients | Monthly |
| 2020 - present | Attending Physician, UCSF Lipid Clinic at Parnassus Heights; See a large panel of patients with a wide variety of lipid disorders. | Bi-Weekly |
| 2020 - present | Inpatient attending on Endocrine Consult Service, caring for patients and teaching students, residents, and fellows at UCSF Medical Center, Parnassus Heights | 4 weeks per year |

# PROFESSIONAL ACTIVITIES

**MEMBERSHIPS**

| 2007 - present | American Diabetes Association |
|---|---|
| 2004 - present | The Endocrine Society |
| 1996 - 2012 | American Heart Association |
| 2013 - present | The Obesity Society |

Prepared: February 2, 2026

2018 - present   American Society for Clinical Investigation (ASCI)

## SERVICE TO PROFESSIONAL ORGANIZATIONS

| 2008 - present | American Diabetes Association | San Francisco Bay Area Leadership Board Member |
|---|---|---|
| 2011 - 2016 | American Diabetes Association | San Francisco Bay Area Leadership Board President |
| 2015 - 2017 | American Diabetes Association, Professional Practice Committee. This is the committee tasked with writing the Annual ADA Standards of Medical Care in Diabetes | Co-author in the Diabetes Standards of Care Writing Group; Leader of Behavior, Nutrition, and Lifesytyle Management Writing Group. |
| 2015 - 2016 | American Diabetes Association, ADA Technology Working Group http://www.adainnovation.org/events/2016-ada-tech-summit-bay-area/custom-22-ab023d2ecca94992a815f6e44b503c9e.aspx | Member, led effort to develop first ever ADA Diabetes eHealth Summit (Mountain View, CA, November 2016) |
| 2017 - 2017 | American Heart Association | Strategically Focused Research Network Grant Study Section Member: Obesity |
| 2018 - present | American Diabetes Association | Core Basic Science Grant Study Section Member |
| 2018 - 2018 | FASEB 2018 "Immunological Aspects of Metabolic Syndrome" Summer Research Conference; Big Sky, MT. | Co-Organizer, Session Chair, Speaker |
| 2019 - present | ASCI | UCSF Institutional Representative |

| 2019 - present | American Diabetes Association | Abstract Reviewer, Annual Scientific Sessions |
|---|---|---|
| 2023 - 2023 | American Diabetes Association | Symposium Organizer and Chair |
| 2024 - 2024 | The Obesity Society | Symposium Organizer and Chair |

## SERVICE TO PROFESSIONAL PUBLICATIONS

2008 - present  Ad hoc referee for The Journal of Clinical Investigation

2011 - present  Ad hoc referee for PLoS One

2011 - present  Ad hoc referee for Diabetes

2012 - present  Ad hoc referee for The Journal of Lipid Research

2013 - present  Ad hoc referee for Nature Medicine

2014 - present  Ad hoc referee for Hepatology

2014 - present  Ad hoc referee for Cell Metabolism

2015 - present  Ad hoc referee for Calcified Tissue International

2015 - present  Ad hoc referee for Obesity

2015 - present  Ad hoc referee for PNAS

2015 - present  Ad hoc referee for PLoS Genetics

2016 - present  Ad hoc referee for Cell Reports

2016 - present  Ad hoc referee for Molecular and Cellular Biology

2015 - present  Ad hoc referee for Nature Communications

2018 - present  Ad hoc referee for Diabetes Care

2020 - present  Ad hoc referee for Diabetologia

2020 - present  Ad hoc referee for iScience

2019 - present  Ad hoc referee for Molecular Metabolism

2020 - present  Ad hoc referee for Trends in Endocrinology and Metabolism

2021 - present  Ad hoc referee for eLife

2022 - present  Ad hoc referee for Nature Metabolism

Prepared: February 2, 2026

## INVITED PRESENTATIONS - INTERNATIONAL

| | | |
|---|---|---|
| 2007 | Endocrine Society Meeting, Toronto Canada | Symposium Speaker |
| 2010 | Keystone Macrophage Symposium, Banff, Alberta, Canada | Symposium Speaker |
| 2010 | Endocrine Society of India ESICON Meeting, Vellore, Tamil Nadu, India | Symposium Speaker |
| 2011 | Keystone Lipid Metabolism Symposium, Killarney, Ireland | Symposium Speaker |
| 2014 | Keystone Symposium on Innate Immunity, Metabolism, and Vascular Injury, Whistler, B.C., Canada | Symposium Speaker |
| 2015 | Sahlgrenska Academy, University of Gothenburg, Sweden | Invited Seminar Speaker |
| 2016 | International Diabetes Federation (IDF) Annual Meeting, Vancouver, Canada | Symposium Speaker |
| 2017 | 5th Helmholtz/Nature Medicine Conference on Diabetes, Munich, Germany | Symposium Speaker; Award Finalist |
| 2017 | Cell Symposium on Immunometabolism, Sitges, Spain | Symposium Presenter |
| 2018 | Keystone Symposium on Organ Crosstalk in Obesity and NAFLD; Bioenergetics and Metabolic Disease, Keystone CO | Symposium Speaker |
| 2018 | Institute of Cardiometabolism and Nutrition (ICAN), Paris, France | Invited Seminar Speaker |
| 2019 | Keystone Symposium on Immunometabolism, Banff, Alberta, Canada | Symposium Speaker |
| 2019 | Korean Diabetes Association Annual Scientific Meeting, Seoul, Korea | Plenary Speaker |
| 2019 | Asan Medical Center, Seoul, Korea | Invited Speaker |
| 2019 | International Conference on HIV Comorbidities, Basel, Switzerland | Plenary Speaker |
| 2019 | Montreal Center for Diabetes Research, Montreal, Canada | Invited Speaker |
| 2020 | Cardiometabolism Virtual Metabolism Seminar Series | Invited Speaker |
| 2020 | 22nd International Virtual Workshop on Co-morbidities and Adverse Drug Reactions in HIV (Virtual) | Plenary Speaker |
| 2021 | Metabolic Physiology In Isolation Virtual Seminar Series | Invited Speaker |

Prepared: February 2, 2026

| 2023 | Cell Symposium on Neurometabolism, Singapore | Symposium Presenter |
| 2025 | Gordon Research Conference: Neuroimmune Communication in Health and Disease, Lucca Barga, Italy | Invited Presenter |

## INVITED PRESENTATIONS - NATIONAL

| 2007 | American Diabetes Association, 67th Scientific Sessions, Chicago, IL | Symposium Speaker |
| 2009 | ORATOR Conference, Cleveland Clinic, Cleveland, OH | Oral Presenter |
| 2010 | AACE Diabetes Chronic Care Delivery Consensus Group Meeting, New York, NY | Symposium Speaker |
| 2011 | Merck/Nature Medicine Future Leaders in CV-Metabolism, San Francisco, CA | Invited Speaker |
| 2012 | American Diabetes Association, 72nd Scientific Sessions, Philadelphia, PA | Symposium Speaker |
| 2013 | Endocrine Society Reducing Health Disparities in Type 2 Diabetes Mellitus Summit | Invited for Symposium Talk |
| 2013 | Kern Lipid Conference; Vail, Colorado | Symposium Speaker, Award Winner |
| 2013 | Cold Spring Harbor Symposium: Metabolic Signaling and Disease; Cold Spring Harbor, New York | Symposium Speaker |
| 2014 | American Association of Immunologists Annual Meeting; Pittsburgh, PA. Joint AAI Symposium with The Obesity Society | Symposium Speaker |
| 2014 | American Diabetes Association 74th Scientific Sessions; San Francisco, CA | Focus on Fellows Symposium Speaker |
| 2015 | Keystone Symposium, Neural Control of Metabolic Physiology | Symposium Speaker |
| 2016 | FASEB Summer Research Conference, Immunological Aspects of Obesity | Symposium Speaker |
| 2017 | American Diabetes Association 77th Scientific Sessions, San Diego, CA | Symposium Speaker |
| 2018 | NIH/NIDDK Workshop: Obesity and Fat Metabolism in HIV-infected Individuals | Invited Speaker |
| 2018 | FASEB Summer Research Conference: Immunological Aspects of Metabolic Syndrome | Symposium Speaker |

| 2018 | American Association of Diabetes Educators, Baltimore, M.D. | Symposium Speaker |
|------|------|------|
| 2019 | Kern Lipid Conference, Vail, CO | Symposium Speaker |
| 2023 | American Diabetes Association 83rd Scientific Sessions, San Diego, CA | Session Chair |
| 2024 | The Obesity Society Annual Scientific Meeting, San Antonio, TX. | Session Chair |

**INVITED PRESENTATIONS - REGIONAL AND OTHER INVITED PRESENTATIONS**

| 2006 | UCSF Diabetes Center Retreat, Tomales Bay, CA | Invited Speaker |
|------|------|------|
| 2008 | Endocrinology Grand Rounds, UC San Francisco, San Francisco, CA | Invited Speaker |
| 2008 | Cleveland Clinic, Cleveland OH | Grand Rounds Speaker |
| 2009 | California Pacific Medical Center Department of Medicine | Grand Rounds Speaker |
| 2010 | Gladstone Institutes Scientific Advisory Board Meeting, San Francisco, CA | Invited Speaker |
| 2010 | Diabetes Center 10th Anniversary Symposium, San Francisco, CA | Symposium Speaker |
| 2010 | SFGH/CHN Diabetes Management CME Symposium | Symposium Speaker |
| 2010 | University of Maryland Medical School, Baltimore, MD | Grand Rounds Speaker |
| 2010 | Duke University Medical School, Durham, NC | Grand Rounds Speaker |
| 2011 | Gladstone Outstanding Postdoctoral Fellows Symposium | Award Lecture |
| 2011 | Palo Alto Medical Foundation Obesity Symposium | Symposium Speaker |
| 2011 | UCSF Biomedical Sciences Graduate Program Retreat, Lake Tahoe, CA | Oral Presenter |
| 2011 | Vanderbilt University Medical School, Nashville TN | Grand Rounds Speaker |
| 2012 | UCSF Diabetes Center Annual Retreat (Joint with CVRI), Santa Cruz, CA | Oral Presenter |
| 2012 | University of Utah Medical School, Salt Lake City, Utah | Invited Seminar Speaker |

Prepared: February 2, 2026

| | | |
|---|---|---|
| 2013 | UCSF Biomedical Sciences Graduate Program Retreat, Lake Tahoe, CA | Invited Speaker |
| 2013 | Merck Research Laboratories, Rahway, NJ | Invited Speaker |
| 2013 | UCSF/Sanofi Collaborative Research Symposium, Boston, MA | Invited Speaker |
| 2013 | Department of Nutrition and Toxicology, UC Berkeley, Berkeley, CA | Invited Speaker |
| 2014 | Endocrinology, Diabetes, and Metabolism Grand Rounds, UCSF; San Francisco, CA | Invited Speaker |
| 2014 | Naomi Berrie Diabetes Center, Columbia University; New York, NY | Invited Speaker |
| 2015 | Buck Institute on Aging Seminar Series | Invited Speaker |
| 2016 | University of Washington, Joint Diabetes and Metabolism Seminar Series | Invited Speaker |
| 2016 | Stanford University Medical School Endocrinology Grand Rounds | Invited Speaker |
| 2016 | Artiman Ventures Metabolic Diseases Internal Seminar | Invited Speaker |
| 2017 | Washington University St. Louis, Diabetic Cardiovascular Research Center | Invited Speaker |
| 2017 | American Physician Scientists Association, Western Regional Meeting | Invited Speaker |
| 2017 | Columbia University College of Physicians and Surgeons | Grand Rounds Speaker |
| 2017 | Mount Sinai Medical School | Grand Rounds Speaker |
| 2017 | New York University Medical School Division of Endocrinology | Grand Rounds Speaker |
| 2018 | University of Chicago | Invited Speaker |
| 2018 | University of Augusta: Mini-symposium: Immune system and inflammation as modulators of physiological function in health and disease | Invited Speaker |
| 2018 | Weill Cornell School of Medicine | Grand Rounds Speaker |
| 2019 | Stanford Diabetes Research Center Annual Symposium | Invited Speaker |
| 2019 | Vanderbilt University | Diabetes Seminar Series Speaker |

| 2020 | Endocrinology, Diabetes, and Metabolism Grand Rounds, UCSF; San Francisco, CA | Grand Rounds Speaker |
|---|---|---|
| 2021 | UCSF HIV Grand Rounds | Grand Rounds Speaker |
| 2021 | Endocrinology Grand Rounds, University of Colorado Anschutz Medical Campus, Aurora, CO | Grand Rounds Speaker |
| 2022 | Medicine Grand Rounds, University of California Irvine School of Medicine; Irvine, CA | Invited Speaker |
| 2022 | University of Virginia, Endocrinology Grand Rounds | Invited Speaker |
| 2023 | University of Washington, UW Medicine Diabetes Institute | Invited Speaker |
| 2024 | Temple University, Guenther C. Boden Memorial Award Lecture | Award Lecture |
| 2024 | University of Texas Southwestern, Endocrinology Grand Rounds | Invited Speaker |
| 2025 | UCLA Geffen School of Medicine/UCLA Health, Endocrinology Faculty Seminar | Invited Speaker |

## CONTINUING EDUCATION AND PROFESSIONAL DEVELOPMENT ACTIVITIES

| 2004 | UCSF Diabetes Update in Endocrinology, San Francisco (attendee) |
|---|---|
| 2008 | UC Davis Women s Health Conference, Monterey, CA (Invited Speaker) |
| 2010 | Palo Alto Medical Foundation Obesity Symposium (Invited Speaker) |
| 2010 | SFGH/CHN Diabetes Management Symposium (Faculty Speaker) |
| 2011 | UCSF Advances in Endocrinology and Diabetes Update, San Francisco (Faculty Speaker) |
| 2011 | NIH K-Awardees Workshop, Bethesda, MD (invited attendee) |
| 2011 | American Association of Immunology Advanced Course (attendee) |
| 2012 | UCSF/CORO Introduction to Leadership Program, San Francisco, CA (selected participant) |
| 2014 | American Association of Immunologists Annual Meeting; Pittsburgh, PA (Invited Speaker) |
| 2014 | American Diabetes Association: Diabetes is Primary; San Francisco, CA (Invited Speaker) |
| 2015 | Endocrine Society Annual Board Review Course (attendee) |
| 2006 | American Diabetes Association Scientific Sessions Attendee and/or Speaker every year 2006-present |
| 2004 | Endocrine Society Meeting attendee (2004, 2005, 2007, 2010, 2013) |

Prepared: February 2, 2026

| 2019 | UCSF Medical Care of the Vulnerable Patient. San Francisco, CA (Faculty Speaker). | |
| 2021 | The Medical Management of HIV/AIDS and COVID-19 (Faculty Speaker) | |
| present | 2012-present: UCSF Advances in Endocrinology and Diabetes Update, San Francisco, CA (Regular, Recurring Faculty Speaker). | |

## GOVERNMENT AND OTHER PROFESSIONAL SERVICE

| 2009 - 2009 | National Institute of Health NIDDK Conference on Interface between Inflammation and Diabetes | Attendee, Contributor |
| 2013 - 2014 | NIDDK Medical Student Fellowship Program | Candidate Reviewer; helped match qualified candidates with suitable mentors |
| 2014 - present | Canada Foundation for Innovation | Grant Reviewer |
| 2015 - present | Diabetes UK | Grant Reviewer |
| 2015 - present | French National Research Agency | Grant Reviewer |
| 2015 - present | NIH DiaCOMP Diabetes Complications Awards | Grant Reviewer |
| 2018 - 2018 | NIH/NIDDK Workshop on Obesity and Fat Metabolism in HIV-infected Individuals | Co-Organizer; Session Chair |
| 2018 - 2018 | American Diabetes Association | Basic Science Study Section Member |
| 2016 - present | American Diabetes Association "Call to Congress" Participant, Washington, D.C. | Meet with elected officials to advocate for research and clinical funding for diabetes. |
| 2019 - 2019 | NIH Integrative Physiology of Obesity and Diabetes Study Section | Ad-hoc member |
| 2020 - 2020 | NIH EMNR Study Section Topics in Endocrinology Special Emphasis Panel | Ad-hoc member |
| 2021 - 2021 | NIH Cellular Studies in Metabolism and Endocrinology Study Section | Ad-hoc member |
| 2022 - 2022 | NIH Physiology of Obesity, Metabolism, and Diabetes Study Section | Ad-hoc member |
| 2023 - 2023 | NIH Cell Signaling and Molecular Endocrinology Study Section | Ad-hoc member |

Prepared: February 2, 2026

| 2023 - 2023 | NIH DP1 Grant Program | Reviewer |
| 2023 - 2023 | NIH Special Emphasis Panel | Member |
| 2024 - 2024 | NIH ZRG1 F(05)A Fellowship Review Panel | Ad-hoc member |
| 2025 - 2025 | NIH ZRG1 F(05)A Fellowship Review Panel | Ad-hoc member |

## UNIVERSITY AND PUBLIC SERVICE

### SERVICE ACTIVITIES SUMMARY

My service activities consist of a wide list of responsibilities at UCSF. These involve activities within The Division of Endocrinology and Metabolism at UCSF, The UCSF Diabetes Center, Department of Medicine, BMS graduate program, The Schools of Medicine, Pharmacy, and Nursing, and the entire UCSF campus. I perform admissions committee work for multiple programs, direct various training, research, and symposia programs relevant to the areas of obesity, diabetes, and endocrinology, and give talks to endocrinology fellows in the areas of pathophysiology and career planning. In my position as Chief of the Division of Endocrinology and Metabolism at UCSF, I also contribute in defined ways to the leadership and planning activities of both the Department of Medicine and School of Medicine.

From 2019-2020, I began service on two important committees and task forces relevant to the Parnassus Campus of UCSF, which serves as the main clinical teaching campus for the University. The first was the Parnassus Research Planning Task Force, Chaired by Dr. Lindsey Criswell, and the second was the Parnassus Heights Clinical Research Advocacy Group (ongoing membership), in which I represented the needs of diabetes and endocrinology researchers. In February 2021, I began work as a member of the Parnassus Research Programming Task Force, which was charged with making actionable recommendations to the UCSF Space Committee and the Chancellor s executive committee for re-envisioning research space programming at Parnassus. I was also a member of the UCSF Administrative Space Task Force, which explored re-allocation of post-pandemic administrative space allocation goals across UCSF. Since 2022, I have transitioned to be a member of the Parnassus Research and Administrative Building (PRAB) programming and alignment committees, the latter on which I continue currently. In 2021, I also began serving on the UCSF Academic Senate Committee on Space (ASCOS), which continues until the present. Finally, I am part of the stakeholder engagement series on the Parnassus Central Campus Site Improvement (PCCSI) project, focused on designing the outdoor space for our future campus.

I have co-organized the annual UCSF Diabetes and Obesity Retreat since 2014. This event, held annually in Santa Cruz, CA, has grown from less than 70 attendees in 2014 to over 150 attendees by 2024, along with 44 posters and prominent includes a consortium of institutions, including UC Berkeley, UC Davis, UC Santa Cruz, The Buck Institute for Research on Aging, and Touro University, representing metabolic research across the broader Northern California region.

Finally, I actively and frequently communicate with the lay public via television, radio, print and online media on behalf of the Diabetes Center, Endocrinology Division, and UCSF to provide educational information centered the treatment and prevention of diabetes, and on advancements in research regarding both diabetes and obesity. This work has included being interviewed by local television stations, newspapers, and magazines. Within the last year, I have been interviewed and my input included in pieces on precision nutrition that have

Prepared: February 2, 2026

appeared in The Atlantic, Wall Street Journal, NBC News, The New York Times, and Wired Magazine.

## UNIVERSITY SERVICE
## UC SYSTEM AND MULTI-CAMPUS SERVICE

| | | |
|---|---|---|
| 2017 - present | UC Berkeley-UCSF Joint Graduate Program in Metabolic Biology | Faculty Member |
| 2019 - 2021 | UC Center for Free Speech and Civic Engagement | Academic Advisory Board Member |
| 2024 - present | UC Berkeley-UCSF Joint Graduate Program in Metabolic Biology | Executive Committee Member |

## UCSF CAMPUSWIDE

| | | |
|---|---|---|
| 2021 - present | UCSF Academic Senate Committee on Space | Committee Member |
| 2021 - present | UCSF Parnassus Research and Administrative Building (PRAB) Alignment Group | Group Member |
| 2019 - 2021 | UCSF Parnassus Research Planning Task Force | Task Force Member |
| 2021 - 2023 | UCSF Parnassus Research Programming Task Force | Task Force Member |
| 2020 - 2021 | UCSF Future of Administrative Space Task Force | Task Force Member |
| 2019 - present | UCSF Parnassus Heights Clinical Research Advocacy Group | Member |
| 2019 - 2021 | UCSF Parnassus HORIZON Junior-Mid Career Research Faculty Group | Founder, member |
| 2018 - 2022 | UCSF BIOS Repository System | Academic Advisory Board Member |
| 2015 - present | UCSF Sugar, Stress, Environment, and Weight (SSEW) Center | Advisory Committee Member |
| 2014 - 2020 | UCSF Biomedical Sciences (BMS) Graduate Program | Admissions Committee Member |
| 2013 - 2022 | UCSF Center for Obesity Assessment and Treatment (COAST) | Advisory Committee Member |
| 2011 - present | UCSF Biomedical Sciences (BMS) Graduate Program | Applicant Interviewer |
| 2011 - present | UCSF Biomedical Sciences (BMS) Graduate Program | Journal Club Coach |

Prepared: February 2, 2026

| 2012 - 2015 | Chancellor's Council on Faculty Life | Mentorship and Faculty Development Subcommittees |
| 2012 - 2015 | UCSF Faculty Development Day | Career Development Symposium Panelist |

-

## SCHOOL OF MEDICINE

| 2013 - present | School of Medicine Annual Retreat (2011, 2013, 2016, 2021) | Participant |
| 2015 - present | UCSF Medical Scientist Training Program | Interviewer |

## SCHOOL OF NURSING

| 2015 - present | Mentor: School of Nursing Advanced Practice Diabetes Minor Program | Clinic Mentor to a continuing series of advanced practice nursing trainees. |

## SCHOOL OF PHARMACY

| 2013 - 2016 | Diabetes Educational Module and Diabetes Initiatives in Collaboration with Phillip K. Chan in The School of Pharmacy | Annual Lunchtime Speaker |

## DEPARTMENTAL SERVICE

| 2015 - present | UCSF Nutrition and Obesity Research Center (NORC) | Director, Educational Enrichment Core |
| 2018 - present | UCSF Nutrition and Obesity Research Center (NORC) | Co-Director |
| 2014 - present | Diabetes Center Annual Scientific Retreat | Chair |
| 2013 - present | Endocrinology Grand Rounds Speaker Selection Committee | Member |
| 2013 - present | Department of Medicine Strategic Planning Retreat (2014, 2015, 2021, 2022, 2023) | Invited Participant |
| 2013 - present | Division of Endocrinology Diabetes, Endocrinology, and Metabolism (DEM) Fellowship Program | Program Evaluation Committee Member |
| 2011 - present | Department of Medicine Molecular Medicine Residency Program | Interviewer |

Prepared: February 2, 2026

| 2006 - present | Division of Endocrinology Fellowship Program | Interviewer, Application Review Committee Member |

## SERVICE AT OTHER UNIVERSITIES

| 2021 - present | Harvard University Nutrition and Obesity Research Center (NORCH) External Advisory Committee Member | Boston, MA |

## COMMUNITY AND PUBLIC SERVICE

| 2008 - 2010 | SFGH and affiliated safety net clinics | Helped Develop Citywide Diabetes Care Guidelines |
| 2006 - 2015 | American Youth Soccer Organization (AYSO) | Coach |
| 2009 - 2017 | Burlingame Youth Baseball Association | Coach |
| 2007 - 2011 | Gladstone/National Student Leadership Program | High School Course Teacher |
| 2011 - present | Speaker to corporations, community groups, ethnic advocacy groups, schools, and City, County and Federal Agencies on Body Weight, Wellness, and Disease Prevention | Public Service Speaker on behalf of the American Diabetes Association |
| 2013 - 2013 | San Francisco High School Health Fair: Participation requested by UCSF school of Pharmacy Students | Speaker |
| 2011 - present | Frequently represent UCSF and The American Diabetes Association in providing expert interviews for television stations (KQED, KTVU, KRON), Spanish Language Media (Telemundo), print news outlets (e.g. SF Chronicle), radio outlets (KCBS), and online news outlets regarding diabetes research and education. Have given over 30 interviews in this context over the last 2 years. | Speaker/Interviewee |
| 2014 - present | Speaker at web-based and in-person Continuing Legal Education Symposia on Diabetes and Disability Rights for California Bar Association and American Diabetes Association | Speaker/Discussant |
| 2014 - 2018 | San Francisco MUNI Transit employees wellness programs | Speaker |

| 2016 - 2016 | Conceived of and helped organize and implement the First Annual American Diabetes Association Diabetes Technology Innovation Summit. An event held in November at the Computer History Museum in Mountain View, aimed at bringing together tech entrepreneurs, providers, insurers, regulatory officials, and investors to discuss technology in diabetes and its future. I spearheaded the "diabetes prevention" focus area. http://www.adainnovation.org/events/2016-ada-tech-summit-bay-area/custom-22-ab023d2ecca94992a815f6e44b503c9e.aspx | Organizer |
|---|---|---|

## Contributions to UCSF PRIDE VALUES

**Contributions to UCSF PRIDE Values**
Mentorship of Diana Alba, MD
I directly mentor Dr. Diana Alba, a former Endocrinology Fellow at UCSF who trained in my laboratory, for the past decade. Dr. Alba is now new assistant profession, in residence, at UCSF, and opened her own laboratory on the ZSFG campus in May 2024. Dr. Alba is from a recognized underrepresented group in the context of biomedical research. I have guided her to successful applications for an **NIH Administrative Diversity Supplement** to my own R01 grant (2018), a RAP Under-Represented Faculty & Senior Fellows in Clinical and Translational Research Award from UCSF (2017), and an **American Diabetes Association (ADA) Minority Postdoctoral Fellowship Award** (2017). In 2020, Dr. Alba was awarded a **Robert Wood Johnson Foundation Harold Amos Scholarship** for Underrepresented Clinical Researchers. I was deeply involved in helping Dr. Alba prepare this application and present it orally to the review committee. In 2022, she was awarded a K08 NIDDK-sponsored Career Development Award, again with mentorship from me. She will take this K-award with her to her new lab, and I will continue to serve as the mentor for the award.

Mentorship of Martin Valdearcos, PhD
I was the primary mentor to Dr. Valdearcos and during this time successfully helped him succeed in receiving an ADA "minority postdoctoral fellowship", which was instrumental to his early funding and career trajectory. This led to my mentorship of his successful applications for an NIDDK K01 award, and subsequently his first R01. Dr. Valdearcos is now an independent faculty member in the tenure track at UCSF.

Mentorship of Ms. Nikee Salamanca
I was also the primary mentor to an Undergraduate Student, Nikee Salamanca, who is part of an NIH-funded multi-campus program to promote diversity in the biomedical sciences. The program at UCSF is run in collaboration with San Francisco State University, and is called BUILD. Ms. Salamanca is a student at SF State, and joined our lab as part of this program. In my role, I attended the UCSF/SFSU BUILD retreat, and provided regular and consistent feedback on the performance of Ms. Salamanca and the BUILD program as a whole. Beyond this, I have worked with the BUILD program to help mentor other students and have been a part of a similar program focused on underrepresented high school students in San Francisco.

UCSF DEI Champion Training Certification

I have take the two-day UCSF DEI champion training course, focusing on defining terms, illustrating examples, and teaching concepts, behaviors, and aspects of leadership in the areas of diversity, equity, and inclusiveness. As a division chief, and now oversee implementation of these principles in the workplace and in developing our faculty makeup.

Coordination of the Program to Enhance Diverse Perspectives (PEDP) for the UCSF Nutrition and Obesity Research Center
I put together the entire PEDP for the UCSF NORC, including documentation of our progress in adding new and early-stage investigator diversity to the NORC membership, our progress in increasing funding of projects focused on health disparities and environmental inequities in driving obesity, and on enhancing representation at all NORC events and educational initiatives.

NIDDK Service
I serve on the Nutrition and Obesity Research Center (NORC) Central NIDDK Task Force on Underrepresentation and Diversity.

# TEACHING AND MENTORING

## TEACHING SUMMARY
I have a vast and deep experience in mentoring and teaching beginning with substantial work done at Baylor College of Medicine during my MD, PhD, Residency, and Chief Residency. Since arriving at UCSF, I have established a rich record of continued growth as a teacher and mentor. My formal teaching at UCSF includes courses directed at both Medical Students and Graduate Students. I also teach in formal settings dedicated to postgraduate medical education. Informally, I am a regular teacher on the outpatient and inpatient endocrinology services, indeed I have helped led the development of clinical management tools that are in use across the SFGH and affiliated clinic system.

## FORMAL TEACHING

|  | Academic Yr | Course No. & Title | Teaching Contribution | School | Class Size |
|---|---|---|---|---|---|
|  | 2004 - present | Metabolism and Nutrition IDS 113 | Small Group Leader 2-hour sessions | Medicine | 12 |
|  | 2006 - 2009 | Department of Medicine Intern Academic Half-Day Didactic Experience | Lecturer | Medicine |  |
|  | 2009 - 2015 | UCSF-GEMS Intro to Human Biology and Medicine | Diabetes Module |  | 30 |
|  | 2012 - present | BMS Cell Biology 260 | Small Group Leader |  | 8 |
|  | 2015 - present | BMS 225A (contains content formerly in GEMS curriculum) | Lecturer |  | 90 |

Prepared: February 2, 2026

## INFORMAL TEACHING

2003 - present    UCSF Internal Medicine Core Education Series: This includes being an "expert" discussant at Department of Medicine Morbidity and Mortality Conferences (most recently April 2012) and giving noon lectures to residents on an ad hoc basis (most recently in Spring 2015).

2006 - present    SFGH Endocrinology and Diabetes Clinic Attending: Includes informal case-based teaching, and informal didactic sessions with assembled fellows, residents, nurses, and both nursing and medical students on a weekly basis. These didactic teaching sessions are an important part of my role in the curriculum devised by the school of nursing to create a "Diabetes Minor" for Advanced Practice Nurses at UCSF. I continuously advise, teach, and mentor one rotational nursing student from this program on a weekly basis when I am in diabetes clinic.

2006 - present    Attending on SFGH inpatient Endocrinology Consult Service: Includes informal teaching sessions at least 3 times per week for 2 months per year with assembled students, residents, and UCSF clinical endocrine fellow.

2014 - present    Speaker to SFGH primary care residents on lipid management and practical considerations in light of new cholesterol management guidelines.

2017 - present    Endocrinology Fellows Core Education Seminar Series speaker

## MENTORING SUMMARY

I have successfully mentored seven postdoctoral fellows, one BMS Program Ph.D. student, and two UC Berkeley/UCSF Joint Metabolic Biology Graduate Students. Two of the postdoctoral fellows have successfully assumed important positions at major biotechnology and pharmaceutical companies, respectively, two have recently received tenure-track faculty appointments, one has taken a clinical position within the public health safety net in Los Angeles, and two more are still working as part of my group. I have played an instrumental role in helping each of these individuals obtain significant competitive extramural funding. This includes a prestigious NSF graduate student fellowship, a competitive intramural UCSF Diabetes Research Fellowship, an intramural UCSF Under-represented Senior Fellowship in Clinical and Translational Research Award, an American Diabetes Association Postdoctoral Fellowship, a Larry Hillblom fellowship as well as fellow-to-faculty transition award, a K01 award, and both a K08 and Harold Amos Medical Faculty Development Program Award. Finally, one of my trainees was recently awarded an R01 grant with mentorship on the application from me. All of our trainees have averaged over 3 publications each during their time in my lab, including first-authored papers accepted into highly respected journals. As a member of the UCSF Clinical Endocrinology Faculty, I have mentored over 60 Clinical Endocrinology Fellows and scores of residents and medical students. I take great pride in effectively mentoring trainees, including the goal of increasing diversity among emerging junior faculty.

## PREDOCTORAL STUDENTS SUPERVISED OR MENTORED

| Dates | Name | Program or School | Mentor Type | Role | Current Position |
|-------|------|-------------------|-------------|------|------------------|

Prepared: February 2, 2026

| Dates | Name | Program or School | Mentor Type | Role | Current Position |
|---|---|---|---|---|---|
| 2007 - 2007 | Steven Naylor | TETRAD, graduate student | Project Mentor | Rotation Advisor | Industry Position |
| 2009 - 2009 | Martin Valdearcos | Graduate Student, Univ. Valladolid, Spain | Research/Scholarly Mentor,Project Mentor,Career Mentor | Visiting Rotation Advisor | Associate Professional Researcher, UCSF Diabetes Center |
| 2011 - 2017 | Megan Robblee | UCSF BMS graduate student | Research/Scholarly Mentor,Project Mentor,Career Mentor | Thesis Advisor | Senior Associate Scientist, Amgen |
| 2011 - 2015 | Brittany Anderton | UCSF BMS graduate student | Research/Scholarly Mentor | Thesis Committee Member | Policy Fellow UC Davis |
| 2011 - 2013 | Nemanja Vujic | University of Graz Medical School | Research/Scholarly Mentor,Project Mentor,Career Mentor | Visiting Graduate Student during two 6-month blocks | Graduate Student, Graz, Austria |
| 2011 - 2012 | Aakash Ghai | UC Berkeley Department of Molecular and Cellular Biology | Research/Scholarly Mentor,Project Mentor | Research Experience Advisor | UC Berkeley Undergraduate |
| 2012 - 2012 | Avantika Chitre | UCSF BMS graduate student | Project Mentor | Rotation Advisor | Postdoctoral Researcher, Genentech |
| 2012 - 2013 | Alexander Samocha | UCSF BMS graduate student | Project Mentor | Rotation Advisor | Graduate Student, UCSF; Roose Lab |
| 2013 - present | Kevin Colon | UCSF Tetrad graduate Student | Project Mentor | Thesis committee member; advisor | Graduate Student, UCSF; Papa Lab |

Prepared: February 2, 2026

| Dates | Name | Program or School | Mentor Type | Role | Current Position |
|---|---|---|---|---|---|
| 2013 - 2014 | Emily Sun Dong | Emory University Undergraduate Student | Research/Scholarly Mentor,Career Mentor | Summer Student for 2 Summers | Emory University Undergraduate Student |
| 2014 - 2014 | Meera Shenoy | UCSF BMS graduate student | Research/Scholarly Mentor,Career Mentor | Rotation Advisor | Graduate Student, UCSF; Lynch Lab |
| 2014 - 2014 | Meghan Nelson | Cell Biology Undergraduate Student | Research/Scholarly Mentor,Career Mentor | Summer Student for 1 Summer | Purdue University Undergraduate Student |
| 2015 - 2016 | Irene Gerritse | Mastricht University, Netherlands | Research/Scholarly Mentor,Project Mentor | Masters Project | Masters Degree Program in Biological Sciences |
| 2015 - 2016 | Karin Sandlund | Gothenburg University | Research/Scholarly Mentor,Project Mentor | Masters Project | School of Pharmacy |
| 2016 - present | Jeffrey Al Farooq | University of California Berkeley | Research/Scholarly Mentor | Undergraduate | Medical Student |
| 2016 - present | Grace Wei | University of California Berkeley | Research/Scholarly Mentor | Undergraduate | Medical Student |
| 2016 - 2017 | Jeanmarie Gonzalez | UCSF BMS graduate student | Project Mentor | Rotation Advisor | PhD Student, Scharschmidt Lab, UCSF |
| 2017 - 2017 | Didi Zhu | UCSF BMS graduate student | Project Mentor | Rotation Advisor | Rotational Student |
| 2017 - present | Daniel Stifler | Columbia Univ. | Research/Scholarly Mentor,Project Mentor,Career Mentor | Primary Supervisor | Applicant to Graduate School |

Prepared: February 2, 2026

| Dates | Name | Program or School | Mentor Type | Role | Current Position |
|---|---|---|---|---|---|
| 2017 - 2018 | Nikee Salamanca | San Francisco State University | Research/Scholarly Mentor,Career Mentor | Primary Supervisor | UCSF/SFSU BUILD Program student intern |
| 2018 - present | Rachel Cheang | UC Berkeley | Research/Scholarly Mentor,Project Mentor,Career Mentor | Primary Supervisor | Research Assistant, Koliwad Lab |
| 2018 - 2024 | Lulu Li | UC Berkeley Nutrition Sciences Toxicology graduate student | Research/Scholarly Mentor,Project Mentor,Career Mentor | Thesis Advisor | Graduate Student |
| 2021 - 2021 | Bethany Kavalakatt | Lake Erie College of Osteopathic Medicine | Research/Scholarly Mentor,Project Mentor | Preceptor | NIDDK Medical Student Summer Internship Program |
| 2021 - 2021 | Cheyenne Howard | Spelman College | Research/Scholarly Mentor,Project Mentor | Preceptor | Undergraduate Summer Research Program |
| 2021 - 2021 | Joachim Kavalakatt | Cal State Los Angeles | Research/Scholarly Mentor | Preceptor | Undergraduate Summer Research Student |
| 2022 - 2022 | Elizabeth Zanley | UC Berkeley/UCSF joint Graduate Program in Metabolic Biology | Research/Scholarly Mentor,Project Mentor | Rotation Advisor | Graduate Student |

Prepared: February 2, 2026

| Dates | Name | Program or School | Mentor Type | Role | Current Position |
|-------|------|-------------------|-------------|------|------------------|
| 2022 - present | Emily McGrath | UC Berkeley/UCSF joint Graduate Program in Metabolic Biology | Research/Scholarly Mentor,Project Mentor,Career Mentor | Thesis Committee Member | Graduate Student |
| 2025 - 2025 | Li Fang Zheng | UC Berkeley/UCSF joint Graduate Program in Metabolic Biology | Research/Scholarly Mentor,Project Mentor,Career Mentor | Rotation Advisor | Graduate Student |

## POSTDOCTORAL FELLOWS AND RESIDENTS MENTORED

| Dates | Name | Fellow | Mentor Role | Faculty Role | Current Position |
|-------|------|--------|-------------|--------------|------------------|
| 2024 - present | Radha | Singh | Research/Scholarly Mentor,Project Mentor,Career Mentor | Associate Specialist | Associate Specialist, Koliwad Lab; UCSF Diabetes Center |
| 2022 - 2024 | Moon Kyung Choi | Postdoctoral | Research/Scholarly Mentor,Project Mentor,Career Mentor | Direct Postdoctoral Advisor | Faculty Member, UCSF Diabetes Center and Division of Endocrinology |
| 2018 - 2024 | William R. Bolus, PhD | Postdoctoral | Research/Scholarly Mentor,Project Mentor,Career Mentor | Direct Postdoctoral Advisor | Postdoctoral Scholar, Koliwad Lab; UCSF Diabetes Center |

| Dates | Name | Fellow | Mentor Role | Faculty Role | Current Position |
|---|---|---|---|---|---|
| 2019 - 2024 | Andrew Folick | Clinical Endocrinology | Research/Scholarly Mentor,Project Mentor,Career Mentor | Direct Postdoctoral Advisor | Endocrinologist, H. Claude Hudson Comprehensive Health Center; LA County Department of Public Health |
| 2013 - 2024 | Diana Alba, MD | Clinical Endocrinology | Research/Scholarly Mentor,Project Mentor,Career Mentor | Direct Postdoctoral Advisor | Assistant Professor, In Residence, UCSF; Koliwad Lab; UCSF Diabetes Center |
| 2011 - 2024 | Martin Valdearcos, PhD | Postdoctoral | Research/Scholarly Mentor,Project Mentor,Career Mentor | Direct Postdoctoral Advisor | Assistant Professor, In Resicence; UCSF Diabetes Center |
| 2011 - 2014 | Jess Porter Abate, PhD | Postdoctoral | Research/Scholarly Mentor,Project Mentor,Career Mentor | Direct Postdoctoral Advisor | Scientific Communication; Roche/Genentech |
| 2010 - 2016 | Hillary Thomas, MD | Clinical Endocrinology | Research/Scholarly Mentor,Career Mentor | Attending, Career Mentor | Practicing Endocrinologist |
| 2010 - 2015 | Danielle Rottkamp, MD | Clinical Endocrinology | Research/Scholarly Mentor,Project Mentor,Career Mentor | Attending, Career and Scientific Advisor | Clinical Associate Professor, UCSF; Endocrinologist, Sutter Health |

Prepared: February 2, 2026

| Dates | Name | Fellow | Mentor Role | Faculty Role | Current Position |
|-------|------|--------|-------------|--------------|------------------|
| 2008 - present | Jennifer Park, MD | Clinical Endocrinology | Research/Scholarly Mentor,Career Mentor | Attending, Career Advisor | Endocrinologist, Kaiser Permanente |
| 2007 - present | Anne Schaefer, MD | Clinical Endocrinology | Research/Scholarly Mentor,Project Mentor,Career Mentor | Attending | Professor Professor,UCSF VAMC |
| 2007 - present | Gregory Ku, MD, PhD | Clinical Endocrinology | Research/Scholarly Mentor,Project Mentor,Career Mentor | Attending, Career Advisor | Associate Professor, HS Clinical, UCSF Diabetes Center/Div. of Endocrinology |

## VISITING FACULTY MENTORED

2007 - 2008    Koji Terayama, PhD        Daiichi-Sankyo Pharmaceuticals

2016 - 2017    Tian Shen, MD             Shanghai University

# RESEARCH AND CREATIVE ACTIVITIES

## RESEARCH AND CREATIVE ACTIVITIES SUMMARY
The Koliwad Laboratory Group focuses on mechanisms by which dietary excess impacts the inflammatory activity of cells comprising the innate immune system with the goal of revealing ways to limit diet-induced tissue inflammation and consequently lessen obesity and diseases linked to it, including diabetes type 2, metabolic liver disease, and cardiovascular disease.
To achieve this goal, his group leverages experience in determining lipid metabolic factors that modulate the inflammatory activity of peripheral macrophages, dendritic cells, and specialized innate immune cells such as Kupffer cells, microglia, and infiltrating cell types to explore the mechanism(s) behind how dietary excess stimulates   metabolic inflammation   and downstream cellular crosstalk in key tissue settings. Their work has yielded important findings:

1.  They uncovered a pathway involving the flux of dietary fatty acids into cellular phospholipids that modulates activation of the ER stress sensor IRE1alpha. In particular, the flux of saturated fats into intracellular phosphatidylcholine triggers IRE1alpha activation independently of unfolded protein accumulation, and this activation in turn is sufficient to activate the NLRP3 inflammasome in myeloid cells, leading to the secretion of IL-1beta. Building on this, they have more recently uncovered an IRE1a-dependent mechanism mediating liver insulin resistance in the context of obesity as well as a role for IRE1a in mediating the development of liver fibrosis in the context of metabolically associated fatty liver (MASL) in mice. This work includes leveraging both sophisticated genetic models that modulate IRE1a in a tissue-specific manner,

as well as highly specific pharmacologic tools to manipulate IRE1a function (Robblee, et al. Cell Reports 2016).

2. They have used global cellular transcriptional analyses to identify a signature indicative of lipid-induced macrophage activation that prominently involves the induction of genes involved in lysosome biogenesis, ER maintenance, and the unfolded protein response, as signature distinct from that activated in the context of pathogen-associated stimulation, that manifests not only in mouse myeloid cells but also in human myeloid cells in the context of lipid excess (Robblee, et al. Cell Reports 2016).

3. They have identified microglia as dietary fat-sensitive cells within the hypothalamus that act to instruct the functional state of hypothalamic neurons that are responsive to leptin and that control metabolic functions, food intake, and body weight. This instructive capacity has now been demonstrated in a series of highly impactful papers including on the role of microglia in body weight regulation (Cell Reports 2014, Cell Metabolism 2017, Cell Metabolism 2020), glucose homeostasis (Cell Metabolism 2023), and neonatal programming of hypothalamic glucose control (Cell Reports 2025).

4. They have identified the fat synthesis gene DGAT1 in macrophages as important in mediating the inflammatory aspects of atherosclerosis in the vascular walls of mice genetically predisposed to have high LDL concentrations in the circulation.

5. They have identified a fat-secreted protein, angiopoietin-like 4 (Angptl4) as an activator of intracellular triglyceride hydrolysis (lipolysis) and, a regulator of the flux of fatty acids from the white adipose tissue to the liver in the context of fasting. They have collaborated with Dr. Wally Wang (UC Berkeley) to show that this aspect of Angptl4 action is domain-specific, and that this domain may exert its pro-lipolytic effects through integrin binding on adipocytes.

6. They have created a multi-ethnic obesity cohort, the Inflammation, Diabetes, Ethnicity, and Obesity (IDEO) cohort. This includes nearly 100 Chinese, Caucasian, and Hispanic individuals ranging from BMI 20 to over 45. Each individual provides blood (serum, plasma, banked PBMCs), fat samples (adipocytes, immune cells, banked), DEXA scanning data (visceral, subcutaneous, and total fat mass, lean mass), stool samples (16S rRNA sequencing being done), and several questionnaires on topics from food intake to anxiety and mood. IDEO is the subject of several pending grants, and is serving as a research tool for a variety of researchers at UCSF and outside the institution. The IDEO cohort has been central to published work from Dr. Koliwad's group, other researchers across the US, and to multiple successful grant applications.

7. Using samples from IDEO participants, they have found that subcutaneous fat fibrosis is a process driving visceral adiposity and promoting insulin resistance in human beings. Specifically, they showed that body mass index (BMI) is not a useful indicator of adiposity in Chinese individuals, whereas it is more accurate in this regard in Caucasians. By contrast, subcutaneous fat fibrosis was a much more accurate marker of diabetes risk in Chinese individuals, who develop the disease without as much antecedent obesity, classically defined, as do individuals of other ethnicities. This work has relevance to personalized and precision preventive and therapeutic strategies for diabetes in diverse populations (Alba, et al. JCEM. 2018).

8. They have developed an effective translational research pipeline to explore the role of fat fibrosis and innate immune dysregulation in the mechanism by which chronic, treated HIV

infection is associated with insulin resistance and elevated risk for type 2 diabetes (MedRxiv. 2025 Jun 10:2025.05.13.25327547. PMID: 40463535; PMCID: PMC12132126). This work has led to an R01 award in 2017 and another just awarded in 2024.

9. They have established a role for engagement of the senescence-activated secretory phenotype (SASP) by stromal progenitor cell types in adipose tissues in the mechanism by which both advancing age and obesity trigger inflammation and insulin resistance in adipose tissues and systemically, including a mechanism by which these cells evade immunologic detection and clearance in order to accumulate in fat tissues (Arora, et al. Med 2021; Apostolopoulou, et al BioRxiv 2026).

10. They have been involved in multiple published works leveraging the UC Clinical Data Warehouse of deeply annotated electronic health records information to determine treatment effects in the context of diabetes across centers, for specific patient populations, and in ways that show capacity to emulate the results of clinical trials using real world populations. This work also includes the deployment of AI to enhance the effectiveness of clinical decision making in diabetes management.

## RESEARCH AWARDS - CURRENT

| 1. 1R01DK141041-01 | PI | 10 % effort | Koliwad (Hunt, Co-PI) (PI) |
|---|---|---|---|
| NIDDK and Office of AIDS Research | | 10/01/2024 | 09/30/2029 |
| Assessing the Interrelationship Between Adipose Tissue Thermogenesis and Fibrosis in the Metabolic Health of People Living with HIV | | $ 500,000 direct/yr 1 | $ 2,500,000 total |

This proposal seeks to understand the mechanistic role of fat fibrosis, which we have found to be remarkably enhanced in people living with HIV, in adipose tissue functional impairment including thermogenic capacity, and systemic metabolic impairment including the predisposition to type 2 diabetes. The work leverages mouse models to probe these functional outputs and to perform detailed spatial transcriptomic and single-cell analyses in comparison with data from human participants.

I am in charge of the overall grant, including the training mission, the mouse work, and the human studies, working with my Co-PI Dr. Peter Hunt on the human studies and with Co-I Dr. Diana Alba to complete analysis connecting the human findings regarding thermogenesis to data from mouse models. I will also be the liaison between work done at UCSF and that done by collaborators at Baylor College of Medicine leveraging a mouse model approximating the chronic metabolic derangements seen in people living with HIV.

| 2. 2024-D-001-NET | PI | 10 % effort | Koliwad (PI) |
|---|---|---|---|
| Larry L. Hillblom Foundation | | 01/01/2025 | 12/31/2028 |
| Targeting the Unfolded Protein Response to Halt Obesity-Associated Diabetes | | $ 540,000 direct/yr 1 | $ 2,160,000 total |

The award funds work focused on deciphering the precise mechanism by which activation of ER stress driven the by the stress sensor protein IRE1alpha in the context of obesity and dietary excess leads to cellular, metabolic tissue, and systemic insulin resistance. Our data indicates that impaired insulin responsiveness is mediated by the conversion from adaptive to terminal unfolded protein response pathways downstream of IRE1alpha, and we have developed unique chemical reagents to manipulate this conversion for therapeutic benefit. We will test the role of these reagents as pharmacologic tools to mitigate the pathogenesis of diabetes and spare beta-cell function, which when compromised leads to hyperglycemia.

I am in charge of the overall grant, including the cohesive aligned work done in the labs of the two Co-PIs, Drs. Papa and Maher. This role also includes a strong focus on mentorship, trainee development, and dissemination of research findings.

| 3. R01DK134633 | Co-I | 1% % effort | Sarkar (PI) |
|---|---|---|---|
| NIDDK | | 09/01/2023 | 08/31/2028 |
| Nonalcoholic Fatty Liver Disease (NAFLD) in Polycystic Ovary Syndrome: The Role of Androgens on Liver Injury and NAFLD Progression | | $ 316,625 direct/yr 1 | $ 1,583,123 total |

The goal through a 2-center prospective human cohort study is to determine (1) Whether serum androgens and hepatic androgen receptor expression are associated with metabolically-associated steatohepatitis (MASH) progression and liver histology in women with PCOS; (2) the association of androgens with visceral adiposity, and visceral adiposity with MASH progression, including the contribution of serum lipotoxic lipid metabolites to this process; and (3) The association of androgens with tissue-level metabolites reflecting hepatic lipotoxicity and hepatic de novo lipogenesis, and whether these tissue metabolites associate with MASH histology.

To assist with data interpretation, lipid-metabolic mechanistic studies, and assays of lipogenesis in ways that can be related to MASH histological readouts.

## RESEARCH AWARDS - SUBMITTED

| 1. R01HL184083 | Co-PI | 5 % effort | Kandula (PI) |
|---|---|---|---|
| NIH | | 04/01/2026 | 03/31/2031 |
| Epidemiology of metabolic inflammation in atherosclerosis in US South Asians | | $ 787,823 direct/yr 1 | $ 3,939,113 total |

The proposal seeks to tie specific imaging modalities documenting visceral types of ectopic fat deposition as well as perivascular fat accrual in the context of obesity as indicators of elevated atherosclerotic risk, tie these indicators to circulating biomarkers, and establish a causal link between inflammation in these depots and ASCVD risk in people across two independent cohorts and using biological samples to test cause and effect.

My lab will be spearheading all of the mechanistic tissue and cell-based studies associated with this project.

| 2. P30 DK098722 | Co-Director, Key Personnel | 15 % effort | Vaisse (PI) |
|---|---|---|---|
| NIH/NIDDK | | 08/01/2020 | 07/31/2025 |
| UCSF Nutrition and Obesity Research Center (NORC). | | $ 700,000 direct/yr 1 | $ 2,800,000 total |

This award funds the broad effort of UCSF to create a center of excellence in obesity research. Cores focus on human metabolic analyses, gemomics, educational enrichment, mouse metabolic phenotyping, gene targeting, and biobehavioral medicine. The center supports a wide variety of investigators in the fields of obesity, diabetes, and related metabolic disease states.

I am Director of the Educational Enrichment Core. This service ensures that there are thematic patterns of organization linking the UCSF Endocrinology Grand Rounds, campus-wide seminars, The UCSF Diabetes Center Seminar Series, Journal Clubs, Diabetes Distinguished Speaker series, and The UCSF Diabetes Center/UC Berkeley Joint Obesity Retreat.

## RESEARCH AWARDS - PAST

1. 7K08DK08174  PI  100% % effort  Koliwad (PI)
   NIH/NIDDK  04/01/2009  03/31/2014
   DGAT1: Linking Fatty Acids to Inflammation in the White Adipose Tissue  $ 137,725 direct/yr 1  $ 688,625 total

   The award funds research exploring the interaction between adipocytes and macrophages to produce inflammation within the white adipose tissue.

   I was directly in charge of all phases of the project, from study design, to carrying out the protocol. I also performed all data analyses, figure generation, and wrote the papers that emanated from the grant.

2. No Number  PI  5% % effort  Koliwad (PI)
   UCSF Program for Breakthrough Biological Research (PBBR)  02/01/2012  01/31/2014
   Screening the entire human genome for genes involved in resistance to fatty acid-induced lipotoxicity  $ 39,820 direct/yr 1  $ 79,610 total

   The project focused on a serial knockdown of all human genes in order to assess the genes that mediate lipotoxicity in myeloid cell types treated with saturated fatty acids.

   I was directly in charge of all phases of the project, from study design, to carrying out the protocol. I also performed all data analyses, figure generation, and wrote the papers that emanated from the grant.

3. No Number  Co-PI, Koliwad  N/A % effort  Koliwad, Xu (PI)
   UCSF Diabetes Family Fund  07/01/2011  06/30/2013
   Modeling the Functional Role of Microglia in Diet-Induced Neuroinflammation, LeptinResistance and Obesity  $ 75,000 direct/yr 1  $ 150,000 total

   The award funded a collaborative project aimed at determining the role of microglial inflammatory activation in diet-induced hypothalamic leptin resistance and obesity. The study brought the PI together with Dr. Allison Xu at UCSF to share expertise in neurobiology, metabolism, and inflammation.

I was directly in charge of all phases of the project, from study design, supervising those who carried out the protocol. I also performed all data analyses, figure generation, and wrote the papers that emanated from the grant in collaboration with Dr. Xu (UCSF Diabetes Center).

| 4. | P30DK063720-06A1S1 | PI, German; Awardee, Koliwad | 10% % effort | Koliwad (PI) |
|---|---|---|---|---|
| | UCSF NIDDK/DERC-Sponsored Pilot and Feasibility Program Award | | 07/01/2012 | 06/30/2013 |
| | Modulation of Triacylglycerol Storage and Breakdown: Tools to Control Fatty Acid-Stimulated Inflammation in Diet-Induced Obesity | | $ N/A direct/yr 1 | $ 25,000 Total total |

| 5. | P30DK063720 | PI, German; Awardee, Koliwad | 10% % effort | German (PI) |
|---|---|---|---|---|
| | UCSF NIDDK/DERC-Sponsored Pilot and Feasibility Program Award | | 04/01/2010 | 03/31/2011 |
| | Screening For Transcriptional and Post-Translational Regulation of Macrophage Function by Dietary Fatty Acids. | | $ N/A direct/yr 1 | $ 50,000 total |

| 6. | No Grant Number | PI | 80% % effort | Koliwad (PI) |
|---|---|---|---|---|
| | Giannini Family Foundation Fellowship for Medical Research | | 07/01/2006 | 06/30/2009 |
| | Linking DGAT1 to the Endocrine Function of Fat and the Regulation of Body Weight by Leptin | | $ 41,000 direct/yr 1 | $ 126,000 total |

| 7. | 1R03DK7097433 | PI | 5% % effort | Koliwad (PI) |
|---|---|---|---|---|
| | NIDDK | | 04/01/2013 | 03/31/2015 |
| | Myeloid-specific Triacylglycerol storage in Inflammation and Metabolic Disease | | $ 50,000 direct/yr 1 | $ 100,000 total |

| 8. | 13BGIA 14700057 | PI | 15% % effort | Koliwad (PI) |
|---|---|---|---|---|
| | American Heart Association | | 07/01/2013 | 06/30/2015 |
| | Modulating Myeloid-Specific Triacylglycerol Storage to Control Atherosclerosis | | $ 35,000 direct/yr 1 | $ 70,000 total |

The major goals of this project are to determine the role of myeloid-specific triglyceride storage in the pathogenesis of murine atherosclerosis, and to determine the role of lipolysis by perivascular adipose tissue in this process.

I was directly in charge of all phases of the project, from study design, to carrying out the protocol. I also performed all data analyses, figure generation, and wrote the papers that emanated from the grant.

| 9. N/A | PI | 5% % effort | Koliwad (PI) |
|---|---|---|---|
| UCSF Department of Medicine | | 07/01/2014 | 12/31/2016 |
| Pilot Funding for Centers of Excellence in Patient Research: Development of a Multi-Ethnic, Multimodal Obesity Cohort at UCSF | | $ 50,000 direct/yr 1 | $ 100,000 total |

The major goal of this project is to establish a well-characterized cohort of obese adults across 3 ethnic groups (Hispanic, Cantonese, and Caucasian), including those undergoing bariatric surgery. The goal is to provide a versatile patient population that is useful to investigators across UCSF who are interested in aspects of obesity ranging from basic to clinical.

I am in charge of all aspects of this award, including cohort design, trainee mentorship, data analysis and review, troubleshooting, supervision of daily work, writing, figure generation, and data presentation.

| 10. R01GM10419-A1 | Co-I | 10% % effort | Maze (PI) |
|---|---|---|---|
| NIH/NINR | | 07/01/2013 | 06/30/2018 |
| Inflammation Resolving Mechanism Dysregulation in Postoperative Cognitive Decline | | $ 33,210/yr to Dr. Koliwad direct/yr 1 | $ 1,983,125 total |

The major goal of this project is to elucidate the role of peripheral metabolic inflammation, pro-inflammatory mediators, and resolving molecules in post-operative cognitive decline.

I am in charge of the focus on microglia in this award. In this regard, my responsibilities include experimental design, trainee mentorship, data analysis and review, troubleshooting, supervision of daily work, writing, figure generation, and data presentation.

| 11. N/A | PI | 10% % effort | Koliwad (PI) |
|---|---|---|---|
| UCSF Program In Breakthrough Biological Research | | 07/01/2015 | 06/30/2017 |
| A strategy that targets microglia to reduce cognitive decline following surgery | | $ 122,000 direct/yr 1 | $ 122,000 total |

This award funds research aimed at targeting the CSF1 receptor on microglia as a means to prevent brain inflammation following surgical trauma in the context of obesity and insulin resistance. The goal of the work is to effectively target the contribution of microglia in this setting in order to preserve postoperative cognitive function in this high-risk group for dementia.

I am in charge of all aspects of this award, including cohort design, trainee mentorship, data analysis and review, troubleshooting, supervision of daily work, writing, figure generation, and data presentation.

| 12. N/A | PI | As needed % effort | Koliwad (PI) |
|---|---|---|---|
| UC Office of President; Sugar, Stress, Environment, and Weight (SSEW) Consortium. | | 06/01/2016 | 05/31/2017 |
| Microbiome Analysis in the UCSF Inflammation, Diabetes, Ethnicity, and Obesity (IDEO) Cohort | | $ 17,500 direct/yr 1 | $ 17,500 total |

The grant supports the 16S rRNA sequencing of microbial communities present in stool samples of IDEO participants.

I am the PI on this award. I generated the idea for the grant, and am supervising all aspects of the work connected with it.

| 13. N/A | Mentor | As needed % effort | Alba (Fellow in Koliwad Lab) (PI) |
|---|---|---|---|
| UCSF Resource Allocation Program: CTSI-Sponsored Pilot Awards Program | | 07/01/2016 | 06/30/2017 |
| Discovering Macrophage- encoded Markers of Diabetes Risk Across Ethnicities: Under-represented Senior Fellowship in Clinical and Translational Research. | | $ 40,000 direct/yr 1 | $ 40,000 total |

Under my mentorship, Dr. Alba will perform RNASeq analysis on the macrophages harvested from the white adipose tissue of lean and obese individuals from distinct ethnicities as part of the established IDEO cohort at UCSF, and link the signatures discovered with indicators of glucose dysregulation. A similar approach will be taken for circulating monocytes in the same multi-ethnic cohort.

I was intimately involved in the conception, planning, and writing of this grant with Dr. Alba. I will supervise all aspects of the proposed work, and mentor Dr. Alba as she gains expertise in evaluating her data and interpreting its meaning.

| 14. N/A | PI | N/A % effort | Koliwad (PI) |
|---|---|---|---|
| UCSF Liver Center | | 06/01/2016 | 12/31/2017 |
| Targeting IRE1alpha as a Lipid Sensor to Mitigate NASH ? | | $ 30,000 direct/yr 1 | $ 30,000 total |

The proposed work aims to determine the impact of deleting the ER stress sensor IRE1alpha within the myeloid compartment, both liver resident and infiltrating, on the development of nonalcoholic steatohepatitis in the context of fatty liver disease using mice as a model.

I generated the idea for the grant, and will supervise all aspects of the work, including design, trainee mentorship and guidance, data analysis, synthesis, statistical testing, figure generation, and presentation.

| 15. N/A | PI | As needed % effort | Koliwad (PI) |
|---|---|---|---|
| Gilead Sciences | | 07/01/2017 | 03/31/2018 |
| Probing the Myeloid IRE1a-ASK1 axis in Nonalcoholic Fatty Liver Disease | | $ 47,717 direct/yr 1 | $ 47,717 total |

The aim of this research is to understand the relative roles of myeloid cells vs. hepatocytes in the mechanism by which ASK1 inhibition relieves liver inflammation and steatosis in NAFLD, and the mechanistic link between IRE1alpha and ASK1 in this context.

I will be supervising all experiments conducted in this project, and will ensure that work is completed in accordance with ethical approvals, and in a timely fashion. I wrote the proposal, negotiated its approval by Gilead, and will supervise the individual in my lab who will carry out the proposed experiments.

| 16. N/A | PI | As needed % effort | Koliwad (PI) |
|---|---|---|---|

Prepared: February 2, 2026

| Eli Lilly & Co. | | 01/05/2017 | 12/30/2018 |
|---|---|---|---|
| Developing therapeutics based on the fibrinogen-like Domain of Angiopoietin-like 4. | | $ 77,318 direct/yr 1 | $ 77,318 total |

This project aims to determine the minimal c-terminal component of angiopoietin-like 4 (Angptl4) required to stimulate adipocyte lipolysis, which we have established to be confined to the fibrinogen-like domain of the full-length protein. We will further establish the extent to which purified c-terminal fragments of Angptl4 or its fibrinogen-like domain can be used as therapeutics to increase energy expenditure, induce adipose tissue beige conversion, and improve glucose tolerance. We have already seen that this is possible using an adenoviral delivery system, and the proposal here will aim to repeat those results using purified proteins stabilized for translation into humans.

I will be supervising all experiments conducted in this project, and will ensure that work is completed in accordance with ethical approvals, and in a timely fashion. I wrote the proposal, negotiated its approval by Eli Lilly, and will supervise the individual in my lab who will carry out the proposed experiments.

| 17. N/A | PI | As needed % effort | Koliwad (PI) |
|---|---|---|---|
| UCSF QB3-Calico Collaborative | | 09/01/2016 | 06/30/2019 |
| Targeting microglial self renewal to mitigate the impact of surgery on cognitive function in the elderly | | $ 120,000 direct/yr 1 | $ 240,000 total |

This grant is focused on determining the utility of limiting CSF1R-dependent microglial self renewal in preventing neuroinflammation that is linked to cognitive decline. We will explore this approach in a model of stress-induced cognitive decline occurring following the insult of operative trauma (so-called post-operative cognitive decline). The rates of POCD are stated to be highest in the elderly and in individuals with chronic diseases such as diabetes.

I will oversee the activities of the "QB3-Calico Fellow" Dr. Martin Valdearcos, as he leads the performance of all the key experiments proposed in the project. I wrote conceived of the grant idea, wrote the application, and will help Martin interpret all the resulting data in collaboration with members of the labs of Tejal Desai and Mervyn Maze, both from UCSF (co-investigators).

| 18. N/A | PI | N/A % effort | Koliwad (PI) |
|---|---|---|---|
| UCSF RAP: Doris Duke Charitable Foundation | | 07/01/2018 | 09/30/2019 |
| Single Cell Transcriptomics and Mass Cytometry to Identify Cellular and Molecular Determinants of Adipose Tissue Dysfunction with Minimal Bias | | $ 40000 direct/yr 1 | $ 40000 total |

This project will allow for use of single cell approaches, including RNASeq and Mass Cytometry (CyTOF) to identify specific cellular contributors to adipose tissue dysfunction and insulin resistance across ethnic groups with divergent epidemiological risks for developing type 2 diabetes.

I am overseeing all aspects of the work, including data acquisition, cohort management, data interpretation, and presentation. I am also serving as the primary mentor for the individual whose responsibility it is to carry out this work.

| 19. R01DK103175-A1 | PI | 40 % effort | Koliwad (PI) |
|---|---|---|---|
| NIDDK | | 4/1/2015 | 3/31/2020 |

Prepared: February 2, 2026

| | | | |
|---|---|---|---|
| Microglia: Dietary Fat-Sensitive Mediators of Inflammation and Metabolic Disease | | $ 225,000 direct/yr 1 | $ 1,1250,000 total |

This grant is focused on determining the role of microglia in the mechanism by which diets rich in fat affect energy balance, body weight, and glucose homeostasis. The role of microglia as sensors of dietary excess will be deeply probed.

I am in charge of all aspects of this award, including experimental design, trainee mentorship, data analysis and review, troubleshooting, supervision of daily work, writing, figure generation, and data presentation.

| | | | |
|---|---|---|---|
| 20. N/A | Co-PI (A. Xu) | N/A % effort | Xu (PI) |
| UCSF School of Medicine Dean's Office | | 06/01/2019 | 05/31/2020 |
| A gut-brain axis in regulation of dietary preference | | $ 50,000 direct/yr 1 | $ 50,000 total |

This award will facilitate work in human subjects to test the role of the AgRP neuropeptide in determining the propensity of people to prefer the consumption of fats vs. carbohydrates.

I will serve as direct supervisor of the implementation of this project, including subject recruitment, sample acquisition, analysis, and data interpretation. Dr. Xu (PI) and I will work together in this regard, with Dr. Xu focusing on AgRP physiology and me focusing on translation into human subjects.

| | | | |
|---|---|---|---|
| 21. 3R01DK112304-03S1 | PI | N/A % effort | Koliwad (PI) |
| NIDDK | | 05/01/2019 | 04/30/2022 |
| Diversity Supplement to: Immunologic and Fat-Associated Predictors of Insulin Resistance in Treated HIV | | $ 116,302 direct/yr 1 | $ 233,268 total |

This is a supplement to a funded R01 grant with the goal of adding specific career development platform for Dr. Diana Alba, who is the qualified candidate deserving of Diversity Supplement funding within the Koliwad Lab.

I will serve as the primary mentor, along with a dedicated and strategically selected scientific and career development mentorship committee, in order to facilitate Dr. Alba's development as funding recipient.

| | | | |
|---|---|---|---|
| 22. N/A | PI | N/A % effort | Koliwad (PI) |
| Bakar Aging Research Institute, UCSF | | 11/01/2021 | 10/31/2023 |
| Translational Studies of Inflammation, Fibrosis, and Senescence in Human and Mouse Adipose Tissues | | $ 100,000 direct/yr 1 | $ 100,000 total |

This project supports aging related research including multi-omic analyses defining senescent cell types within the adipose tissue of mouse models of obesity and diverse human populations across a wide range of BMI. In addition, the award explores the role of myeloid cell types in metabolic tissues in programming metabolic function over the lifespan in order to recognize mechanistic changes leading to functional declines with age.

I oversee all aspects of the project

| | | | |
|---|---|---|---|
| 23. R56DK133997 | PI | 5% % effort | Hunt (Co-PI), Koliwad (PI) |
| NIDDK and Office of Aids Research | | 08/01/2022 | 07/31/2023 |

Prepared: February 2, 2026

| | | |
|---|---|---|
| Immunologic and fat-associated predictors of insulin resistance in treated HIV | $ 349,359 direct/yr 1 | $ 349,359 total |

Emerging observations point to two factors promoting metabolically unhealthy obesity (MUO) in the general population: 1) reduced mitochondrial content and fewer mitochondria-enriched   beige   adipocytes in the subcutaneous fat (SCAT) and 2) development of SCAT fibrosis. Reducing beige fat biogenesis in mice promotes SCAT fibrosis and insulin resistance, whereas increasing it remarkably blocks fibrosis and improves insulin sensitivity. With this in mind, we and others have observed that people living with HIV (PLWH) have markedly increased SCAT fibrosis. Leveraging an innovative cohort of PLWH and uninfected controls, including those with MUO, we will examine the extent to which loss of CD81+ adipogenic progenitors, their proliferative capacity, or their differentiation potential, predicts SCAT fibrosis and insulin resistance in PLWH, and whether manipulating these cells can modulate SCAT fibrosis in mice. We will also probe adipose clearance of branched-chain amino acids as a determinant of glucose homeostasis in PLWH, and determine the impact of disrupting beige/brown fat BCAA usage on SCAT fibrosis and metabolic health in mice.

I am in charge of all fat-associated analyses, metabolic analyses, supervision of trainees and other personnel engaged in tissue analyses and glucose clamp work, as well as data synthesis, figure generation, and presentation.

## PEER REVIEWED PUBLICATIONS

1. 1996      **Koliwad SK**, Kunze DL, Elliott SJ. Oxidant stress activates a non-selective cation channel responsible for membrane depolarization in calf vascular endothelial cells. 1996. J Physiol. 491 ( Pt 1):1-12. PMID: 9011602.

2. 1996      **Koliwad SK**, Elliott SJ, Kunze DL. Oxidized glutathione mediates cation channel activation in calf vascular endothelial cells during oxidant stress. 1996. J Physiol. 495 ( Pt 1):37-49. PMID: 8866350.

3. 1998      Sullivan R, **Koliwad SK**, Kunze DL. Analysis of a Ca2+-activated K+ channel that mediates hyperpolarization via the thrombin receptor pathway. 1998. Am J Physiol. 275(5 Pt 1):C1342-8. PMID: 9814983.

4. 2006      Streeper RS, **Koliwad SK**, Villanueva CJ, Farese RV. Effects of DGAT1 deficiency on energy and glucose metabolism are independent of adiponectin. 2006. Am J Physiol Endocrinol Metab. 291(2):E388-94. PMID: 16595853.

5. 2009      **Koliwad SK**, Kuo T, Shipp LE, Gray NE, Backhed F, So AY, Farese RV, Wang JC. Angiopoietin-like 4 (ANGPTL4, fasting-induced adipose factor) is a direct glucocorticoid receptor target and participates in glucocorticoid-regulated triglyceride metabolism. 2009. J Biol Chem. 284(38):25593-601. PMID: 19628874.

6. 2010    **Koliwad SK**, Streeper RS, Monetti M, Cornelissen I, Chan L, Terayama K, Naylor S, Rao M, Hubbard B, Farese RV. DGAT1-dependent triacylglycerol storage by macrophages protects mice from diet-induced insulin resistance and inflammation. 2010. J Clin Invest. 120(3):756-67. PMID: 20124729.

7. 2012    Gray NE, Lam LN, Yang K, Zhou AY, **Koliwad SK\*\***, Wang JC. Angiopoietin-like 4 (Angptl4) Protein Is a Physiological Mediator of Intracellular Lipolysis in Murine Adipocytes. 2012. J Biol Chem. 287(11):8444-56. PMID 22267746. \*\*Co-Corresponding Author, Co-Senior Author, Equal Contribution with Dr. Wang.

8. 2012    Streeper RS, Grueter CA, Salomonis N, Cases S, Levin MC, **Koliwad SK**, Zhou P, Hirschey MD, Verdin E, Farese RV. Deficiency of the lipid synthesis enzyme, DGAT1, extends longevity in mice. 2012. Aging (Albany NY). 4(1):13-27. PMID: 22291164.

9. 2013    Warne, JP, Varonin, JM., Nielsen, SS., Oloffson, LE., Kaelin, CB., Chua S Jr., Barsh, GS, **Koliwad, SK**, Xu AW. Coordinated regulation of hepatic energy stores by leptin and hypothalamic agouti-related protein. 2013. J. Neurosci. 33 (29) 11972-85. PMID 23864684

10. 2014    Mattis, A.N., Song, G., Hitchner, K., Kim, R.Y., Lee, A.Y., Sharma, A.D., Malato, Y., McManus, M.T., Esau, C.C., Koller, E., **Koliwad, S.K.**, Lim, L.P., Maher, J.J., Raffai, R.L., and Willenbring, H. A Screen in Mice Uncovers Repression of Lipoprotein Lipase by MiR-29a as a Mechanism for Lipid Distribution Away From the Liver. 2014. Hepatology. 61(1): 141-52. PMID 25131933.

11. 2014    Valdearcos, M., Robblee, M., Benjamin, D., Nomura, D., Xu, A.W., and **Koliwad, S.K.** Microglia Dictate the Impact of Dietary Saturated Fats on Hypothalamic Inflammation and Neuronal Function. 2014. Cell Reports. 9(6): 2124:38. PMID: 25497089.

12. 2015    Rottkamp, D.M., Rudenko, I.,  Maier, M.T., Roshanbin, S., Yulyaningsih, E., Perez, L., Valdearcos, M., Chua, S.,  **Koliwad, S.K.**,  and Xu, A.W. Leptin potentiates astrogenesis in the developing hypothalamus. 2015. Molecular Metabolism. 4(11):881-9. PMID: 26629411 PMCID: In process

13. 2016    Robblee, M.M., Kim, C.C., Porter Abate, J., Shenoy, M., Valdearcos, M., Sandlund, K., Volmer, R., Iwawaki, T., and **Koliwad, S.K.** Saturated fatty acids engage an IRE1α-dependent pathway to activate the NLRP3 inflammasome in mouse myeloid cells. 2016. Cell Reports. 14(11): 2611-23. PMID: 26971994. PMCID: PMC5242525.

14. 2016      Azar, K. **Koliwad, S.K.**, Poon, T., Xiao, L., Lv, N., Griggs, R., Ma, J. The Electronic Cardiometabolic Program (eCMP) for Patients With Cardiometabolic Risk: A Randomized Controlled Trial. 2016. J. Med. Internet Res. 18(15): e134. PMID: 27234480.

15. 2016      Vujic, N., Porter Abate, J., Schlager, S., David, T., Kratky, D., **Koliwad, S.K**. Acyl-CoA:diacylglycerol acyltransferase 1 expression level in the hematopoietic compartment impacts inflammation in the vascular plaques of atherosclerotic mice. 2016. PLoS One. 11(5): e0156364. PMID: 27223895.

16. 2016      Herman, W.H., Donner, T.W., Dudl, R.J., Florez, H.J., Fradkin, J.E., Hayes, C.A., Kalyani, R.R., **Koliwad, S.K.,** et al, for the Writing Group of The Professional Practice Committee of the American Diabetes Association. Standards of Medical Care in Diabetes-2016. 2016. Diabetes Care, 39(1). PMID: 26696673.

17. 2017      Herman, W.H, Kalyan, R.R., Cherrington, A.L., Coustan, D.R. Coustan, de Boer, I., Dudl, RJ., Feldman, H., Florez, H.J., \***Koliwad, S.K**., et al, for the Writing Group of The Professional Practice Committee of the American Diabetes Association. Standards of Medical Care in Diabetes-2017. Diabetes Care; 40(Supp. 1). 2017. **\*Subgroup Leader.**

18. 2017      Kuang, R., Mascharak S., Jahangiri, A., Chandra, A., Flanagan, P., Yagnik, G., Wagner, J.R., De Lay, M., Carrera, D., Castro, B.A., Hayes, J., Sidorov, M., Garcia, J.L.I., Eriksson, P., Ronen, S., **Koliwad. S.K.**, and Aghi, M.K. GLUT3 Upregulation Drives the Metabolic Reprogramming that Hallmarks Anti-Angiogenic Therapy Resistance. 2017. *JCI Insight.* 2(2):e88815. PMID: 28138554. PMCID: PMC5256137.

19. 2017      Feng, X., Valdearcos, M., Uchida, Y., Lutrin, D., Maze, M., and **Koliwad, S.K.** Microglia Mediate Postoperative Hippocampal Inflammation and Cognitive Decline in Mice. 2017. JCI Insight. 2(7):e91229. PMID: 28405620. PMCID: PMC5374063.

20. 2017      Valdearcos, M., Douglass, J.D., Robblee, M., Bennett, M.L., Gerritse, I., Barres, B.A., Thaler, J.P., and **Koliwad, S.K.** Microglial Inflammatory Signaling Orchestrates the Hypothalamic Immune Response to Dietary Excess and Mediates Obesity Susceptibility. 2017. *Cell Metabolism. 26(1):185-197.e3.* PMID: 28683286. PMCID: PMC5569901.

Prepared: February 2, 2026

21. 2017    Yulyaningsih E, Rudenko IA, Valdearcos M, Dahlén E, Vagena E, Chan A, Alvarez-Buylla A, Vaisse C, **Koliwad SK**, Xu AW. Acute lesioning and rapid repair of hypothalamic neurons outside the blood-brain barrier. 2017. Cell Reports. 13;19(11):2257-2271. PMID: 28614713. PMCID: PMC5651178.

22. 2017    Klonoff, D.C., Kerr, D., Wong, J.C., Pavlovic, Y., **Koliwad, S.K.**, Hu, J., Salber, P., Aguilera, A., Long, W., Hamilton, G., Chen, K., and Adi, S. Digital Diabetes Congress. 2017. Journal of Diabetes Sci. and Technology. 11(5): 1045-1052. PMID: 28786320. PMCID: In progress.

23. 2017    Chitraju C, Mejhert N, Haas JT, Diaz-Ramirez LG, Grueter CA, Imbriglio JE, Pinto S, **Koliwad SK**, Walther TC, Farese RV Jr. Triglyceride Synthesis by DGAT1 Protects Adipocytes from Lipid-Induced ER Stress during Lipolysis. 2017. Cell Metabolism. 26(2):407-418.e3. PMID: 28768178. PMCID: In progress

24. 2017    McQueen, A.E., Kanamaluru, D., Grey, N.E., Yen, K., Wu, L., Li, M-L., Chang, A., Hasan, A., **Koliwad, S.K.\*\*\*** and Jen-Chywan Wang\*\*\*. The C-terminal fibrinogen-like domain of angiopoietin-like 4 stimulates adipose tissue lipolysis and promotes energy expenditure. 2017. J. Biol. Chem. 292(39): 16122-16134. PMID: 28842503. PMCID: PMC5625043. \*\*\*Equal Contribution and Co-Corresponding Authorship.

25. 2018    D. Hasegawa, Y., Ikeda, K., Chen, Y., Alba, D.L., Stifler, D., Shinoda K., Hosono, T., Maretich, P., Yang, Y., Ishigaki Y., Chi, J., Cohen, P., **Koliwad, S.K.\*\*\***, and Kajimura, S.\*\*\*. Repression of Adipose Tissue Fibrosis through a PRDM16-GTF2IRD1 Complex Improves Systemic Glucose Homeostasis. 2018. Cell Metabolism. 27(1): 180-194 e6. PMID: 29320702. PMCID: PMC5765755. In process.\*\*\*Equal Contribution and Co-Corresponding Authorship.

26. 2018    JOHN DOUGLASS, MARTIN VALDEARCOS, SUNEIL K. KOLIWAD, JOSH THALER. Microglia Activation Regulates Systemic Glucose Tolerance. Diabetes. 2018 May 1; 67(Supplement 1):371-or.

27. 2018    Alba DL, Farooq JA, Lin MYC, Schafer AL, Shepherd J, **Koliwad SK.** Subcutaneous Fat Fibrosis Links Obesity to Insulin Resistance in Chinese-Americans. 2018. J Clin Endocrinol Metab. 103(9):3194-3204. PMID: 29846621. PMCID: PMC6126891

28. 2018    Hu, J., Feng, X., Valdearcos, M., Lutrin, D., Uchida, Y., **Koliwad, S.K.**, Maze, M.M. Interleukin-6 is both necessary and sufficient to produce perioperative neurocognitive disorder in mice. 2018. British J. Anesthesia. 120(3): 537-545. PMID 29452810. PMCID:  In process.

29. 2018    Maier, M.T., Vilhelmsson, A., Louie, S.M., Vagena, E., Nomura, D.K., **Koliwad, S.K.**, and Xu, A.W. Regulation of hepatic lipid accumulation and distribution by Agouti-related protein in male mice. 2018. Endocrinology. 159(6):2408-2420. PMID: 29750244. PMCID: In process.

30. 2018    Nguyen AD, Nguyen TA, Singh RK, Eberlé D, Zhang J, Abate JP, Robles A, **Koliwad S,** Huang EJ, Maxfield FR, Walther TC, Farese RV. Progranulin in the hematopoietic compartment protects mice from atherosclerosis. 2018. Atherosclerosis. 120(3):537-545. PMID: 30212683.

31. 2019    Mason AE, Jhaveri K, Schleicher S, Almeida C, Hartman A, Wackerly A, Alba D, **Koliwad SK**, Epel ES, Aschbacher K. Sweet cognition: The differential effects of glucose consumption on attentional food bias in individuals of lean and obese status. Physiol Behav. 2019 07 01; 206:264-273. PMID: 31002858. PMCID: PMC6563839

32. 2019    Jaafar R, Tran S, Shah AN, Sun G, Valdearcos M, Marchetti P, Masini M, Swisa A, Giacometti S, Bernal-Mizrachi E, Matveyenko A, Hebrok M, Dor Y, Rutter GA, **Koliwad SK**, Bhushan A. mTORC1 to AMPK switching underlies ß-cell metabolic plasticity during maturation and diabetes. J Clin Invest. 2019 Jul 02; 130:4124-4137. PMID: 31265435. PMCID: PMC6763225

33. 2020    Bess EN, Bisanz JE, Yarza F, Bustion A, Rich BE, Li X, Kitamura S, Waligurski E, Ang QY, Alba DL, Spanogiannopoulos P, Nayfach S, **Koliwad SK**, Wolan DW, Franke AA, Turnbaugh PJ. Genetic basis for the cooperative bioactivation of plant lignans by Eggerthella lenta and other human gut bacteria. Nat Microbiol. 2020 Jan; 5(1):56-66. PMID: 31686027. PMCID: PMC6941677

34. 2020    KELLY M. NESS, JOHN DOUGLASS, MARTIN VALDEARCOS-CONTRERAS, MAURICIO D. DORFMAN, ANZELA NIRAULA, **SUNEIL K. KOLIWAD**, JOSHUA THALER. 1769-P: Microglial Activation and Inactivation via Designer Receptors Exclusively Activated by Designer Drugs (DREADDs) Alters Peripheral Glucose Homeostasis. Diabetes. 2020 Jun 1; 69(Supplement 1):1769-p.

35. 2020    Ibars M, Maier MT, Yulyaningsih E, Perez L, Cheang R, Vilhelmsson A, Louie SM, Wegner SA, Yuan X, Eltzschig HK, Hopf FW, Nomura DK, **Koliwad SK**, Xu AW. Neuronal modulation of hepatic lipid accumulation induced by binge-like drinking. Am J Physiol Endocrinol Metab. 2020 Feb 11. PMID: 32045262

36. 2020      Lai IK, Valdearcos M, Morioka K, Saxena S, Feng X, Li R, Uchida Y, Lijun A, Li W, Pan J, **Koliwad S**, Marcucio R, Wulff H, Maze M. Blocking Kv1.3 potassium channels prevents postoperative neuroinflammation and cognitive decline without impairing wound healing in mice. Br J Anaesth. 2020 09; 125(3):298-307. PMID: 32624183. PMCID: PMC7497028

37. 2020      Oguri, Y., Shinoda, K., Kim, H., Alba, D.L., Bolus, R.W., Wang, Q., Brown, Z., Pradhan, R.N., Tajima, K., Yoneshiro, T., Ikeda, K., Chen, Y., Cheang, R.T., Tsujino, K., Kim, C.R., Greiner, V.J., Datta, R., Yang, C., Atabai, K., McManus, M.T., **Koliwad, S.K.**, Spiegelman, B.M., Kajimura, S. CD81 controls beige progenitor cell growth and energy balance through irisin-induced Integrin-FAK signaling. Cell. Aug 6;182(3):563-577.e20. PMID: 32615086.

38. 2021      Datta. R., Lizama, C.O., Khalifeh-Soltani, A., McKleroy, W., Podolsky, M.J., Yang, C., Huynh, T.L., Alba, D.L., Singh, S., **Koliwad, S.K.**, Abumrad, N., and Atabai, K. 2021. 118(18). PMID: 33903257.

39. 2021      Lauren Wimer, Martin Valdearcos Contreras, Muniesh Muthaiyan Shanmugam, Jessica Ramirez, Jennifer Beck, Suneil Koliwad, Pankaj Kapahi. Reducing Methylglyoxal Rescues Obesity Related Phenotypes and Lifespan in a Leptin Receptor Deficient Mouse Model. Innovation in Aging. 2021 Dec 17; 5(Supplement_1):686-686.

40. 2021      Lauren Wimer, Martin Valdearcos Contreras, Muniesh Muthaiyan Shanmugam, Jessica Ramirez, Jennifer Beck, **Suneil Koliwad**, Pankaj Kapahi. Reducing Methylglyoxal Rescues Obesity Related Phenotypes and Lifespan in a Leptin Receptor Deficient Mouse Model. Innovation in Aging. 2021 Dec 17; 5(Supplement_1):686-686.

41. 2021      Zhang JY, Shang T, **Koliwad SK**, Klonoff DC. Continuous Ketone Monitoring: A New Paradigm for Physiologic Monitoring. J Diabetes Sci Technol. 2021 07; 15(4):775-780. PMID: 33834884. PMCID: PMC8258504

42. 2021      Peterson TA, Fontil V, **Koliwad SK**, Patel A, and Butte AJ. Quantifying Variation in Treatment Utilization for Type 2 Diabetes Across Five Major University of California Health Systems. Diabetes Care. 2021 Feb 02. PMID: 33531419

Prepared: February 2, 2026

43. 2021        Arora S, Thompson PJ, Wang Y, Bhattacharyya A, Apostolopoulou H, Hatano R, Naikawadi RP, Shah A, Wolters PJ, Koliwad S, Bhattacharya M, Bhushan A. Invariant Natural Killer T cells coordinate removal of senescent cells. Med (N Y). 2021 Aug 13; 2(8):938-950. PMID: 34617070. PMCID: PMC8491998

44. 2021        Mehta PB, Kohn MA, **Koliwad SK**, and Rushakoff RJ. Lack of association between either outpatient or inpatient glycemic control and COVID-19 illness severity or mortality in patients with diabetes. BMJ Open Diabetes Res Care. 2021. May;9(1):e002203. PMID: 34059527.

45. 2021        Nguyen KT, Xu NY, Zhang JY, Shang T, Basu A, Bergenstal RM, Castorino K, Chen KY, Kerr D, **Koliwad SK**, Laffel LM, Mathioudakis N, Midyett LK, Miller JD, Nichols JH, Pasquel FJ, Prahalad P, Prausnitz MR, Seley JJ, Sherr JL, Spanakis EK, Umpierrez GE, Wallia A, Klonoff DC. Continuous Ketone Monitoring Consensus Report 2021. J Diabetes Sci Technol. 2021 Oct 04; 19322968211042656. PMID: 34605694

46. 2021        Ang QY, Alba DL, Upadhyay V, Bisanz JE, Cai J, Lee HL, Barajas E, Wei G, Noecker C, Patterson AD, **Koliwad SK**, Turnbaugh PJ. The East Asian gut microbiome is distinct from colocalized White subjects and connected to metabolic health. Elife. 2021 10 07; 10. PMID: 34617511. PMCID: PMC8612731

47. 2021        Lauren Wimer, Martin Valdearcos Contreras, Muniesh Muthaiyan Shanmugam, Jessica Ramirez, Jennifer Beck, **Suneil Koliwad**, Pankaj Kapahi. Reducing Methylglyoxal Rescues Obesity Related Phenotypes and Lifespan in a Leptin Receptor Deficient Mouse Model. Innovation in Aging. 2021 Dec 17; 5(Supplement_1):686-686.

48. 2022        Qi L, Zushin PH, Chang CF, Lee YT, Alba DL, **Koliwad SK**, Stahl A. Probing Insulin Sensitivity with Metabolically Competent Human Stem Cell-Derived White Adipose Tissue Microphysiological Systems. Small. 2022 Jan; 18(3):e2103157. PMID: 34761526. PMCID: PMC8776615

49. 2022        Chen YH, Stokes AC, Aschmann HE, Chen R, DeVost S, Kiang MV, Koliwad S, Riley AR, Glymour MM, Bibbins-Domingo K. Excess natural-cause deaths in California by cause and setting: March 2020 through February 2021. PNAS Nexus. 2022 Jul; 1(3):pgac079. PMID: 35832865. PMCID: PMC9272175

Prepared: February 2, 2026

50. 2022    Klonoff DC, Wang J, Rodbard D, Kohn MA, Li C, Liepmann D, Kerr D, Ahn D, Peters AL, Umpierrez GE, Seley JJ, Xu NY, Nguyen KT, Simonson G, Agus MSD, Al-Sofiani ME, Armaiz-Pena G, Bailey TS, Basu A, Battelino T, Bekele SY, Benhamou PY, Bequette BW, Blevins T, Breton MD, Castle JR, Chase JG, Chen KY, Choudhary P, Clements MA, Close KL, Cook CB, Danne T, Doyle FJ, Drincic A, Dungan KM, Edelman SV, Ejskjaer N, Espinoza JC, Fleming GA, Forlenza GP, Freckmann G, Galindo RJ, Gomez AM, Gutow HA, Heinemann L, Hirsch IB, Hoang TD, Hovorka R, Jendle JH, Ji L, Joshi SR, Joubert M, Koliwad SK, Lal RA, Lansang MC, Lee WA, Leelarathna L, Leiter LA, Lind M, Litchman ML, Mader JK, Mahoney KM, Mankovsky B, Masharani U, Mathioudakis NN, Mayorov A, Messler J, Miller JD, Mohan V, Nichols JH, Nørgaard K, O'Neal DN, Pasquel FJ, Philis-Tsimikas A, Pieber T, Phillip M, Polonsky WH, Pop-Busui R, Rayman G, Rhee EJ, Russell SJ, Shah VN, Sherr JL, Sode K, Spanakis EK, Wake DJ, Waki K, Wallia A, Weinberg ME, Wolpert H, Wright EE, Zilbermint M, Kovatchev B. A Glycemia Risk Index (GRI) of Hypoglycemia and Hyperglycemia for Continuous Glucose Monitoring Validated by Clinician Ratings. J Diabetes Sci Technol. 2022 Mar 29; 19322968221085273. PMID: 35348391

51. 2022    Nelson NG, Wu L, Maier MT, Lam D, Cheang R, Alba D, Huang A, Neumann DA, Hill T, Vagena E, Barsh GS, Medina MW, Krauss RM, **Koliwad SK**, Xu AW. A gene-diet interaction controlling relative intake of dietary carbohydrates and fats. Mol Metab. 2022 Jan 17; 101442. PMID: 35051651

52. 2022    Vagena E, Crneta J, Engström P, He L, Yulyaningsih E, Korpel NL, Cheang RT, Bachor TP, Huang A, Michel G, Attal K, Berrios DI, Valdearcos M, **Koliwad SK**, Olson DP, Yi CX, Xu AW. ASB4 modulates central melanocortinergic neurons and calcitonin signaling to control satiety and glucose homeostasis. Sci Signal. 2022 May 10; 15(733):eabj8204. PMID: 35536884

53. 2022    Peters MC, Schiebler M, Cardet JC, Johansson MW, Sorkness R, DeBoer MD, Bleecker ER, Meyers DA, Castro M, Sumino K, Erzurum SC, Tattersall MC, Zein JG, Hastie AT, Moore W, Levy BD, Israel E, Duvall M, Phillips BR, Mauger DT, Wenzel SE, Fajt ML, **Koliwad SK**, Denlinger LC, Woodruff PG, Jarjour NN, Fahy JV, National Heart Lung and Blood Institute Severe Asthma Research Program-3. The Impact of Insulin Resistance on Loss of Lung Function and Response to Treatment in Asthma. Am J Respir Crit Care Med. 2022 Jun 10. PMID: 35687105

54. 2023        Douglass, J.D., Valdearcos, M., Ness, K.M., Wyse-Jackson, A. Dorfman, M.D., Frey, J.M., Niraula, A., Banerjee, J., Fasnacht, R.D., Robblee, M., **Koliwad, S.K.\***, and Thaler, J.P.\* Microglial inflammatory activation paradoxically improves glucose tolerance during diet-induced obesity. BioRxiv. 2022. 04.19.488819; doi: https://doi.org/10.1101/2022.04.19.488819. \*Equal Contribution and Co-Corresponding Authorship.

55. 2023        Elle N Clelland, Judy Gonzalez-Vargas, Sarah G Palilla, **Suneil K Koliwad**, Heather I Greenwood, Christopher J Schwartz, Chris C. Benz, Diana L Alba, Rita A Mukhtar. 407 Moving from observational studies to a clinical trial: the impact of obesity and surgical weight loss on breast imaging, tissue, and cancer screening experience: the B-BRITE study. Journal of Clinical and Translational Science. 2023 Apr 24; 7(s1):121-122.

56. 2023        Heindel JJ, Alvarez JA, Atlas E, Cave MC, Chatzi VL, Collier D, Corkey B, Fischer D, Goran MI, Howard S, Kahan S, Kayhoe M, **Koliwad S**, Kotz CM, La Merrill M, Lobstein T, Lumeng C, Ludwig DS, Lustig RH, Myers P, Nadal A, Trasande L, Redman LM, Rodeheffer MS, Sargis RM, Stephens JM, Ziegler TR, Blumberg B. Obesogens and Obesity: State-of-the-Science and Future Directions Summary from a Healthy Environment and Endocrine Disruptors Strategies Workshop. Am J Clin Nutr. 2023 07; 118(1):329-337. PMID: 37230178

57. 2023        Datta R, Podolsky MJ, Yang CD, Alba DL, Singh S, **Koliwad S**, Lizama CO, Atabai K. MFGE8 inhibits insulin signaling through PTP1B. bioRxiv. 2023 Jun 01. PMID: 37398282. PMCID: PMC10312531

58. 2023        Vashisht R, Patel A, Dahm L, Han C, Medders KE, Mowers R, Byington CL, **Koliwad SK**, Butte AJ. Second-Line Pharmaceutical Treatments for Patients with Type 2 Diabetes. JAMA Netw Open. 2023 10 02; 6(10):e2336613. PMID: 37782497. PMCID: PMC10546239

59. 2023        Klonoff DC, Yeung AM, Huang J, Espinoza JC, Raymond JK, Lee WA, **Koliwad SK**, Kerr D. Twenty-first century management of diabetes with shared telemedicine appointments. J Telemed Telecare. 2023 Jul 20; 1357633X231184503. PMID: 37475531

Prepared: February 2, 2026

60. 2023    Douglass, J.D., Valdearcos, M., Ness, K.M., Wyse-Jackson, A. Dorfman, M.D., Frey, J.M., Niraula, A., Banerjee, J., Fasnacht, R.D., Robblee, M., **Koliwad, S.K.***, and Thaler, J.P.* Microglial inflammatory activation paradoxically improves glucose tolerance during diet-induced obesity. Obesity-associated microglial inflammatory activation paradoxically improves glucose tolerance. Cell Metab. 2023 09 05; 35(9):1613-1629.e8. PMID: 37572666. PMCID: PMC10528677 *Equal Contribution and Co-Corresponding Authorship.

61. 2024    Mehta PB, Kohn MA, Rov-Ikpah E, San Luis C, Johnson C, Lee G, **Koliwad S**, Rushakoff RJ. Novel Automated Self-adjusting Subcutaneous Insulin Algorithm Improves Glycemic Control and Physician Efficiency in Hospitalized Patients. J Diabetes Sci Technol. 2024 Mar 07; 19322968241232673. PMID: 38454631

62. 2024    Datta R, Mukherjee D, Podolsky MJ, Yang CD, Alba DL, Singh S, Arnold TD, **Koliwad S**, Lizama CO, Atabai K. PTP1B mediates the inhibitory effect of MFGE8 on insulin signaling through the β5 integrin. J Biol Chem. 2024 Feb; 300(2):105631. PMID: 38199575. PMCID: PMC10850974

63. 2024    GWENDOLYN LEE, MICHAEL A. KOHN, ESTHER ROV-IKPAH, PARAS MEHTA, CRAIG SAN LUIS, CRAIG JOHNSON, **SUNEIL K. KOLIWAD**, ROBERT J. RUSHAKOFF. 1879-LB: Automated Self-Adjusting Subcutaneous Insulin Algorithm (SQIA) Improves Glycemic Control in Hospitalized Patients   Three-Year Experience. Diabetes. 2024 Jun 14; 73(Supplement_1).

64. 2024    Valdearcos M, McGrath ER, Brown Mayfield SM, Folick A, Cheang RT, Li L, Bachor TP, Lippert RN, Xu AW, **Koliwad SK**. Microglia mediate the early-life programming of adult glucose control. bioRxiv. 2024 Jul 04. PMID: 39005380. PMCID: PMC11244970

65. 2024    La Merrill MA, Smith MT, McHale CM, Heindel JJ, Atlas E, Cave MC, Collier D, Guyton KZ, **Koliwad S**, Nadal A, Rhodes CJ, Sargis RM, Zeise L, Blumberg B. Consensus on the key characteristics of metabolism disruptors. Nat Rev Endocrinol. 2024 Nov 29. doi: 10.1038/s41574-024-01059-8. Epub ahead of print. PMID: 39613954.

Prepared: February 2, 2026

66.  2024         Klonoff DC, Freckmann G, Pleus S, Kovatchev BP, Kerr D, Tse CC, Li C, Agus MSD, Dungan K, Voglová Hagerf B, Krouwer JS, Lee WA, Misra S, Rhee SY, Sabharwal A, Seley JJ, Shah VN, Tran NK, Waki K, Worth C, Tian T, Aaron RE, Rutledge K, Ho CN, Ayers AT, Adler A, Ahn DT, Aktürk HK, Al-Sofiani ME, Bailey TS, Baker M, Bally L, Bannuru RR, Bauer EM, Bee YM, Blanchette JE, Cengiz E, Chase JG, Y Chen K, Cherñavvsky D, Clements M, Cote GL, Dhatariya KK, Drincic A, Ejskjaer N, Espinoza J, Fabris C, Fleming GA, Gabbay MAL, Galindo RJ, Gómez-Medina AM, Heinemann L, Hermanns N, Hoang T, Hussain S, Jacobs PG, Jendle J, Joshi SR, **Koliwad SK**, Lal RA, Leiter LA, Lind M, Mader JK, Maran A, Masharani U, Mathioudakis N, McShane M, Mehta C, Moon SJ, Nichols JH, O'Neal DN, Pasquel FJ, Peters AL, Pfützner A, Pop-Busui R, Ranjitkar P, Rhee CM, Sacks DB, Schmidt S, Schwaighofer SM, Sheng B, Simonson GD, Sode K, Spanakis EK, Spartano NL, Umpierrez GE, Vareth M, Vesper HW, Wang J, Wright E, Wu AHB, Yeshiwas S, Zilbermint M, Kohn MA. The Diabetes Technology Society Error Grid and Trend Accuracy Matrix for Glucose Monitors. J Diabetes Sci Technol. 2024 Nov;18(6):1346-1361. doi: 10.1177/19322968241275701. Epub 2024 Oct 6. PMID: 39369312; PMCID: PMC11531029.

67.  2025         Valdearcos M, McGrath ER, Brown Mayfield SM, Folick A, Cheang RT, Li L, Bachor TP, Lippert RN, Xu AW, **Koliwad SK**. Microglia mediate the early-life programming of adult glucose control. Cell Reports. 2025. 44(3):115409. PMID: 40085644; PMCID: PMC12103245.

68.  2025         Rushakoff RJ, Rov-Ikpah E, Lee G, Mehta PB, San Luis C, Johnson C, **Koliwad S**, Fenton C, Kohn MA. Novel Inpatient Automated Self-Adjusting Subcutaneous Insulin Algorithm: Three-Year Experience. An observational study. J Clin Endocrinol Metab. 2025 Jun 24:dgaf376. doi: 10.1210/clinem/dgaf376. Epub ahead of print. PMID: 40554622.

69.  2025         Wang M, Sushil M, Williams CYK, Miao BY, Kim S, Masharani U, Ku G, Hsiao V, Shah A, **Koliwad SK***, Butte AJ*. Assessment of Large Language Models for Enhancing Diabetologist-Developed Personalized Treatment Plans in Complex Type 2 Diabetes. Clin Diabetes. 2025 Aug 20;43(4):545-553. doi: 10.2337/cd25-0015. PMID: 41140742; PMCID: PMC12547058. **Co-Corresponding Author. *Equal Contribution**

Prepared: February 2, 2026

70. 2025    Alba DL, Choi MK, Abdellatif A, Brown Mayfield S, Pham TAT, Berrios D, Rodriguez A, Ewing M, Figueroa T, Gonzalez-Vargas J, Zhang N, An Z, Bu D, Deeks SG, Scherer PE, Hunt PW, **Koliwad SK**. A Distinct Form of Subcutaneous Fat Fibrosis Predicts Insulin Resistance in People with HIV. medRxiv [Preprint]. 2025 Jun 10:2025.05.13.25327547. doi: 10.1101/2025.05.13.25327547. PMID: 40463535; PMCID: PMC12132126.

71. 2025    Davidson J, Vashisht R, Radtke K, Patel A, **Koliwad SK**, Butte AJ. Real-World Type 2 Diabetes Second-Line Treatment Allocation Among Patients. medRxiv [Preprint]. 2025 Mar 28:2025.03.26.25324631. doi: 10.1101/2025.03.26.25324631. PMID: 40196266; PMCID: PMC11974982.

72. 2025    Vashisht R, Dhruva SS, Patel A, Dahm L, Morris P, Gonzalez D, Follett R, Sirota M, Singh K, Han C, **Koliwad S***, Butte AJ*. Phenome-Wide Risk Evaluation of GLP-1 Receptor Agonist Use in Type 2 Diabetes with Real-World Data Across Multiple Healthcare Systems. medRxiv [Preprint]. 2025 Aug 15:2025.08.13.25333579. doi: 10.1101/2025.08.13.25333579. PMID: 40832397; PMCID: PMC12363721. **Co-Corresponding Author. *Equal Contribution**

73. 2025    Wimer LA, Kaneshiro KR, Ramirez J, Bose N, Valdearcos M, Shanmugam MM, Farrera DO, Singh P, Beck J, Sellegounder D, Najera LE, Melov S, Ellerby LM, Cho SJ, Newman JC, **Koliwad S**, Galligan JJ, Kapahi P. Glycation-lowering compounds inhibit ghrelin signaling to reduce food intake, lower insulin resistance, and extend lifespan. Cell Rep. 2025 Oct 28;44(10):116422. doi: 10.1016/j.celrep.2025.116422. Epub 2025 Oct 13. PMID: 41086114; PMCID: PMC12626231.

74. 2026    Rushakoff RJ, Rov-Ikpah E, Lee G, Mehta PB, San Luis C, Johnson C, **Koliwad S**, Fenton C, Kohn MA. Novel Inpatient Automated Self-Adjusting Subcutaneous Insulin Algorithm: 3-Year Experience. An Observational Study. J Clin Endocrinol Metab. 2026 Jan 21;111(2):532-540. doi: 10.1210/clinem/dgaf376. PMID: 40554622; PMCID: PMC12819877.

Prepared: February 2, 2026

75.  2026        Tabor GT, Litvinchuk A, Chen Y, Allison A, Sun EW, van Lengerich B, Davis SS, West E, Schlachetzki JCM, Zeng C, Hu H, Lin PB, Sharma P, Chen X, Parhizkar S, Song S, Bao X, Senthil L, Iyer AK, You SF, Serrano JR, Manis M, Franke E, Cashikar AG, Yuede CM, Suh JH, Karch CM, Folick A, **Koliwad SK**, Farese RV Jr, Walther T, Huang EJ, Artyomov M, Glass CK, Di Paolo G, Ulrich JD, Holtzman DM. Inducible deletion of DGAT1 and 2 from microglia exacerbates neurodegeneration and endolysosomal lipid accumulation in male PS19 mice. Cell Rep. 2026 Jan 27;45(1):116841. doi: 10.1016/j.celrep.2025.116841. Epub 2026 Jan 16. PMID: 41546868.

76.  2026        Apostolopoulou H, Wang Y, Bolus W.R., Singh R., Bains A., Bahadure P., Gupta K., **Koliwad, SK\***, Anil Bhushan, A. Osteoprotegerin-Enabled Immune Evasion of Pathological Adipose Stromal Cells Drives Metabolic Dysfunction in Obesity. bioRxiv 2026.01.12.698936; doi: https://doi.org/10.64898/2026.01.12.698936. **Co-Corresponding Author. \*Equal Contribution**


## REVIEW ARTICLES

1.  1995        Elliott SJ, **Koliwad SK**. Oxidant stress and endothelial membrane transport. 1995. Free Radic Biol Med. 19(5):649-58.

2.  1997        Elliott SJ, **Koliwad SK**. Redox control of ion channel activity in vascular endothelial cells by glutathione. 1997. Microcirculation. 4(3):341-7.

3.  2008        Yen CL, Stone SJ, **Koliwad S**, Harris C, Farese RV. Thematic review series: glycerolipids. DGAT enzymes and triacylglycerol biosynthesis. 2008. J Lipid Res. 49(11):2283-301. PMID: 18757836.

4.  2012        **Koliwad SK**, Grey NE, and Wang JC. Angtiopoietin-like 4 (Angptl4): A gatekeeper of fatty acid flux during fasting. 2012. Adipocyte.1 (3): 182-87. PMID: 23700531.

5.  2015        Valdearcos, M., Xu. A.W., and **Koliwad, S.K.** Hypothalamic Inflammation in The Control of Metabolic Function. 2015. Ann. Rev. Physiol. 77: 131-60. PMID: 25668019.

6.  2018        McQueen AE, **Koliwad SK,** Wang JC. Fighting obesity by targeting factors regulating beige adipocytes. 2018. Curr Opin Clin Nutr Metab Care. 21(6):437-443. PMID: 30148740

Prepared: February 2, 2026

7. 2019          Valdearcos, M. Myers, M.G., Jr., and **Koliwad, S.K.** Hypothalamic Microglia as Potential Regulators of Metabolic Physiology. 2019. Nature Metabolism. 1: 314-320. PMID: 32694719.

8. 2019          Godfrey, C., Bremer, A., Alba D.L., Apovian, C., Koethe, J., **Koliwad, S.K.**, Lewis, D., Lo, J., McComsey, G., Eckard. A., Srinivasa, S., Trevillyan, J., Palmer, C., and Grinspoon, S. Obesity and Fat Metabolism in HIV-infected Individuals: Immunopathogenic Mechanisms and Clinical Implications. 2019. J. Infectious Dis. Jul 2;220(3):420-431. PMID: 30893434.

9. 2021          Zhang JY, Shang T, **Koliwad SK**, and Klonoff DC. Continuous Ketone Monitoring: A New Paradigm for Physiologic Monitoring. J Diabetes Sci Technol. 2021. Apr 9:19322968211009860. PMID: 33834884.

10. 2021         Folick A, **Koliwad SK**, Valdearcos M. Microglial Lipid Biology in the Hypothalamic Regulation of Metabolic Homeostasis. Front Endocrinol (Lausanne). 2021 May 27;12:668396. PMID: 34122343.

11. 2022         Folick A, Cheang RT, Valdearcos M, **Koliwad SK**. Metabolic factors in the regulation of hypothalamic innate immune responses in obesity. Exp Mol Med. 2022 Apr; 54(4):393-402. PMID: 35474339. PMCID: PMC9076660

## BOOKS AND CHAPTERS

1. 2000          **Koliwad, S.K.**, Brzezinska, A., & Elliott, S.J. Redox regulation of ion channels.  In: Antioxidant and redox regulation of genes.  Sen, C.K., Sies, H., & Baeuerle, P.A. (eds.).  Academic Press.  San Diego, CA.

## OTHER PUBLICATIONS

1. 2013          Ilene Fennoy, MD (clinical practitioner), Philip Zeitler, MD, PhD (clinical researcher), and **Suneil Koliwad, MD, PhD** (basic researcher). Cause & Effect: Treatment Options, Environmental Factors, and Trial Results Dealing with Type 2 Diabetes in Adolescence. Tri-Point Series, appearing in Endocrine News, a publication of The Endocrine Society. November, 2013 p. 18-23.

2. 2016          Scientific American Consumer Health Series: 2016 Diabetes White Paper (Editor). Scientific American and Remedy Health Media. New York, NY.

3. 2017          Scientific American Consumer Health Series: 2017 Diabetes White Paper (Editor). Scientific American and Remedy Health Media. New York, NY.

4. 2018          Scientific American Consumer Health Series: 2018 Diabetes White Paper (Editor). Scientific American and Remedy Health Media. New York, NY.

Prepared: February 2, 2026

5. 2019        Scientific American Consumer Health Series: 2019 UC Berkeley Diabetes White Paper (Editor). Scientific American and Remedy Health Media. New York, NY.

6. 2020        University of California Berkeley School of Public Health Diabetes White Paper (Editor). Berkeley Health and Wellness Publications and Remedy Health Media. New York, NY.

## SIGNIFICANT PUBLICATIONS

1. 2014        Valdearcos, M., Robblee, M., Benjamin, D., Nomura, D., Xu, A.W., and Koliwad, S.K. Microglia Dictate the Impact of Dietary Saturated Fats on Hypothalamic Inflammation and Neuronal Function. 2014. Cell Reports. 9(6): 2124:38. PMID: 25497089.

    As PI, I conceived the project and oversaw all phases of the work. I oversaw the majority of data analysis, made all final figures and organized data, and wrote the initial and subsequent final drafts of the manuscript in collaboration the first author, Dr. Valdearcos. This work provides the first evidence that microglia in the hypothalamus are responsive to the specific consumption of dietary saturated fats, and that this responsiveness can be targeted as a means to modulate food intake and consequent weight gain in the setting of a diet enriched with high levels of fat.

2. 2017        Valdearcos, M., Douglass, J.D., Robblee, M., Bennett, M.L., Gerritse, I., Barres, B.A., Thaler, J.P., and **Koliwad, S.K.** Microglial Inflammatory Signaling Orchestrates the Hypothalamic Immune Response to Dietary Excess and Mediates Obesity Susceptibility. 2017. Cell Metabolism. 26(1):185-197.e3. PMID: 28683286. PMCID: In progress.

    As PI, I conceived the project and oversaw all phases of the work. I oversaw the majority of data analysis, made all final figures and organized data, and wrote the initial and subsequent final drafts of the manuscript in collaboration with investigators from The University of Washington. This work provides the first evidence that microglia orchestrate the complex inflammatory impact of dietary excess on the hypothalamus, including a diverse and newly defined array of innate cell types comprising this response. Finally, it provides the first evidence showing how microglia instruct hypothalamic function in the control of energy balance and body weight.

3. 2018        D. Hasegawa, Y., Ikeda, K., Chen, Y., Alba, D.L., Stifler, D., Shinoda K., Hosono, T., Maretich, P., Yang, Y., Ishigaki Y., Chi, J., Cohen, P., **Koliwad, S.K.\*\*\***, and Kajimura, S.\*\*\* (2018). Repression of Adipose Tissue Fibrosis through a PRDM16-GTF2IRD1 Complex Improves Systemic Glucose Homeostasis. Cell Metabolism. 27(1): 180-194 e6. PMID: 29320702. PMCID: In process.\*\*\*Equal Contribution and Co-Corresponding Authorship.

This paper demonstrates that a novel transcription factor, GTF2IRD1, regulates the switch-like behavior of adipocytes between beige and pro-fibrotic states. The work allowed us, for the first time, to use our Inflammation, Diabetes, Ethnicity, and Obesity (IDEO) cohort in a publication. Doing so, we revealed that adipose tissue fibrosis is inversely linked to tissue expression of GTF2IRD1 in both mice and humans.

4. 2018        Alba DL, Farooq JA, Lin MYC, Schafer AL, Shepherd J, **Koliwad SK.** Subcutaneous Fat Fibrosis Links Obesity to Insulin Resistance in Chinese-Americans. J Clin Endocrinol Metab. 2018 May 28. PMID: 29846621. PMCID: PMC6126891

This paper shows that subcutaneous adipose tissue fibrosis is a reliable indicator of visceral adiposity and insulin resistance in Chinese Individuals. It also establishes that BMI is not a reliable marker of overall fat mass in this population. The findings have direct relevance for clinical practice, biomarker development, and potentially therapeutic interventions.

5. 2019        Jaafar R, Tran S, Shah AN, Sun G, Valdearcos M, Marchetti P, Masini M, Swisa A, Giacometti S, Bernal-Mizrachi E, Matveyenko A, Hebrok M, Dor Y, Rutter GA, **Koliwad SK**, Bhushan A. mTORC1 to AMPK switching underlies ß-cell metabolic plasticity during maturation and diabetes. J Clin Invest. 2019 Jul 02; 130:4124-4137. PMID: 31265435. PMCID: PMC6763225

In this paper, the Koliwad Lab, in collaboration with the lab of Dr. Anil Bhushan of the UCSF Diabetes Center, show that early life weaning triggers a transcriptional and functional regulatory switch in pancreatic beta cells that is essential for them to function in a normal adult fashion later in life. The Koliwad lab specifically helped show that cessation of the specific consumption of milk, which is hallmark of the neonatal period, is a critical modulator of this transcriptional switching mechanism that regulates beta cell maturation.

6. 2020       Oguri, Y., Shinoda, K., Kim, H., Alba, D.L., Bolus, R.W., Wang, Q., Brown, Z., Pradhan, R.N., Tajima, K., Yoneshiro, T., Ikeda, K., Chen, Y., Cheang, R.T., Tsujino, K., Kim, C.R., Greiner, V.J., Datta, R., Yang, C., Atabai, K., McManus, M.T., Koliwad, S.K., Spiegelman, B.M., Kajimura, S. CD81 controls beige progenitor cell growth and energy balance through irisin-induced Integrin-FAK signaling. Cell. Aug 6;182(3):563-577.e20. PMID: 32615086.

In this paper, the Koliwad Lab, in collaboration with the lab of Dr. Shingo Kajimura, identified adipogenic precursor cells marked by the tetraspanin molecule CD81 as being specifically beige competent, and that these cells and their proliferative capacity are reduced by advancing age and obesity in conjunction with the loss of thermogenic capacity, increasing fat fibrosis, and insulin resistance. Depleting these cells and/or deleting CD81 leads to a decline in metabolic function.

7. 2021       Arora S, Thompson PJ, Wang Y, Bhattacharyya A, Apostolopoulou H, Hatano R, Naikawadi RP, Shah A, Wolters PJ, Koliwad S, Bhattacharya M, Bhushan A. Invariant Natural Killer T cells coordinate removal of senescent cells. Med (N Y). 2021 Aug 13; 2(8):938-950. PMID: 34617070. PMCID: PMC8491998

In this paper, the Koliwad Lab, in collaboration with the lab of Dr. Anil Bhushan, identified invariant natural killer T cells (iNKT cells) as determinants of senescent cell accumulation in adipose tissues, a phenomenon that is induced by advancing age and obesity in mice, and that empowering iNKT cells to clear senescent adipogenic precursors is sufficient to maintain insulin sensitivity in obesity.

8. 2023       Douglass, J.D., Valdearcos, M., Ness, K.M., Wyse-Jackson, A. Dorfman, M.D., Frey, J.M., Niraula, A., Banerjee, J., Fasnacht, R.D., Robblee, M., Koliwad, S.K.*, and Thaler, J.P.* Microglial inflammatory activation paradoxically improves glucose tolerance during diet-induced obesity. Obesity-associated microglial inflammatory activation paradoxically improves glucose tolerance. Cell Metab. 2023 09 05; 35(9):1613-1629.e8. PMID: 37572666. PMCID: PMC10528677 *Equal Contribution and Co-Corresponding Authorship.

In this paper, the Koliwad Lab, in collaboration with the lab of Dr. Joshua Thaler, uncovered a paradoxical role for microglial activation in the maintenance of normal glucose homeostasis via brain regulation of glucose tolerance. The studies involved genetic tools, chemogenetic stimulation, and cytokine inhibition to reveal mechanisms by which microglia exert effects on glucose control independent of their effects governing body weight regulation.

9. 2025      Valdearcos M, McGrath ER, Brown Mayfield SM, Folick A, Cheang RT, Li L, Bachor TP, Lippert RN, Xu AW, Koliwad SK. Microglia mediate the early-life programming of adult glucose control. Cell Reports. 2025. 44(3):115409. PMID: 40085644; PMCID: PMC12103245..

Here, we reveal a previously unrecognized role for microglia in hypothalamic metabolic programming, specifically in shaping the synaptic connections that form during early life between the hypothalamus and the insulin producing cells in the pancreas in conjunction with synaptic pruning and extracellular matrix (perineuronal net) phagocytic activity.

## CONFERENCE ABSTRACTS

1994      Koliwad, S.K., Kunze, D.L., & Elliott, S.J. (1994). Oxidant stress depolarizes calf pulmonary arterial endothelial cells by increasing cation permeability. FASEB J. 8(4):A71.

1995      Koliwad, S.K., Elliott, S.J., & Kunze, D.L. (1995). Oxidant stress inhibits barium-sensitive K+currents in calf pulmonary artery endothelial cells. FASEB J. 9:A388.

1995      Koliwad, S.K., Kunze, D.L., & Elliott, S.J. (1995). Inhibition of Ba2+- sensitive inward rectifier K+ current in oxidant-stressed endothelial cells. Pediatric Res. 37(4): 393A.

2005      Koliwad, SK, Littrell, S, and Poon, TC. (2005). A patient-centered lifestyle modification program to treat metabolic syndrome in the Community. Diabetes & Vasc. Dis. Res.  2(3): 170.

2006      Streeper, RS, Cases, S, Koliwad, SK, and Farese, RV, Jr. (2006). Increased longevity in mice lacking DGAT1.  FASEB J.

2006      Koliwad, SK, Streeper, RS, and Farese, RV, Jr. (2006) Increasing DGAT1 expression in white adipose tissue protects against the metabolic consequences of obesity.  ASCI/AAP Joint Meeting.

2007      Koliwad, SK, Rao, M, Terayama, K, and Farese, RV, Jr. (2007). Mice with Increased Expression of Dgat1 in Adipocytes and Macrophages Are Protected from Metabolic and Inflammatory Consequences of Obesity.  Endocrine Society 89th Annual Meeting.  P2-15.

2008      Koliwad, SK, Streeper, RS, Monetti, M, Chan, L, Rao, M, Terayama, K, Naylor, S, Marmor, S, Hubbard, B, and Farese, RV, Jr. (2008). Activation of murine macrophages by fatty acids and diet-induced obesity is modulated by Dgat1 expression. Kern-Aspen Lipid Conference.

Prepared: February 2, 2026

2011        Koliwad,SK, Mrejen, C, Valdearcos,M,andFarese,R.V., Jr. (2011). Enhancing Triacylglycerol Storage Limits Fatty Acid-Induced ER Stress in Murine Macrophages. Keystone Symposium on Lipid Biology and Lipotoxicity.

2012        Robblee, M., Valdearcos, M., Farese, R.V., Jr., and Koliwad, S.K. (2012). Triacylglycerol storage modulates ER stress in Murine Macrophages. Deuel Conference on Lipids.

2013        Valdearcos, M, Nomura, D.K., Xu, A.W., and Koliwad, S.K. (2013). Microglia modulate a hypothalamic inflammatory response to saturated fatty acids. ADA 73rd Scientific Sessions.

2013        Koliwad, S.K., Nomura, D., Iwawaki, T., McLaren, D., and Robblee M. (2013). Fatty Acid Flux Modulates IRE1-alpha activity to control NLRP3 Inflammasome activation in Myeloid Cells.Kern Lipid Conference.

2013        Robblee, M., Porter Abate, J., Samocha, A., Iwawaki, T., McLaren D. and Koliwad, S.K. (2013) Fatty acid flux regulates IRE1 alpha activity to control the NLRP3 Inflammasome in myeloid cells. Cold Spring Harbor Symposium: Metabolic Signaling and Disease: From Cell to Organism.

2014        M. Robblee, T. Iwawaki, and S.K. Koliwad. (2014) Saturated fats engage an IRE1α-dependent pathway to activate the NLRP3 inflammasome in murine myeloid cells. Deuel Conference On Lipids.

2014        Saturated Fats Engage an IRE1α-dependent pathway to activate the NLRP3 Inflammasome in Murine Myeloid Cells. M. Robblee, T. Iwawaki, and S.K. Koliwad (2014). Keystone Symposium on Innate Immunity, Metabolism, and Vascular Injury.

2015        Microglia Dictate the Impact of Saturated Fat Consumption on Hypothalamic Inflammation and Metabolic Control. M. Valdearcos, M. Robblee, D.I Benjamin, D. Nomura, A.W. Xu, and S.K. Koliwad. (2015). Keystone Symposium on Neural Control of Metabolic Function.

2015        Valdearcos, M, Robblee, MM, Benjamin, D, Nomura, D, Xu, AW, and Koliwad, SK. (2015). Microglia Dictate the Impact of Saturated Fat Consumption on Hypothalamic Inflammation and Metabolic Control. Keystone Symposium on Neural Control of Hypothalamic Function.

2015        Azar, K.M.J., Koliwad, S.K., Poon, T., Xiao, L., Lv, N., Griggs, R., and Ma, J. (2015). Technology-Mediated Evidence Based intervention to reduce cardiometabolic risk:  The Electronic Cardiometabolic Program (eCMP). American Diabetes Association Scientific Sessions.

Prepared: February 2, 2026

2016     M. Valdearcos, J.D. Douglass, M. Robblee, M.L. Bennett, I. Gerritse, B.A. Barres, J.P. Thaler, and S.K. Koliwad (2016). Specific resident microglia and infiltrating cells contribute to diet-induced hypothalamic microgliosis and body weight gain. Keystone Symposium on Obesity and Adipose Tissue Biology.

2016     Douglass JD, Valdearcos, M., Dorfman MD, Fasnacht R, Li JM, Lara-Lince F, Koliwad, S.K., and Thaler JP. (2016). Microglial inflammatory signaling promotes food intake and weight gain during high fat diet feeding. Keystone Symposium on Obesity and Adipose Tissue Biology.

2017     Alba, D.L., Farooq, J., and Koliwad, SK (2017). The Impact of BMI, Adiposity, And Adipose Tissue Fibrosis On Glycemic Control In Chinese-Americans Is Distinct From That In Caucasians American Diabetes Association 77th Scientific Sessions. San Diego, CA

2017     Wackerly, A., Aschbacher, K., Jhaveri, N., Almeida, C., Hartman, A., Schleicher, S., Leung, C.W., Koliwad, S.K., Epel, E.S., & Mason, A.E. (2017, March). Reward-related eating in obese and lean adults: A multimethod characterization. Society for Behavioral Medicine (SBM), San Diego, CA.

2017     Douglass JD, Valdearcos, M., Dorfman MD, Fasnacht R, Li JM, Lara-Lince F, Koliwad, S.K., and Thaler JP. (2017). Microglial inflammatory signaling is required for the susceptibility to diet-induced obesity. Keystone Symposium on Neural regulation of Obesity. Copenhagen, Denmark.

2017     Thaler, JP, Valdearcos, M., Douglass JD, Dorfman MD, Fasnacht R, and Koliwad, S.K., (2017). Microglial inflammatory signaling promotes food intake and diet-induced obesity. American Diabetes Association 77th Scientific Sessions. San Diego, CA.

2019     Valdearcos, M., Stifler, D., Cheang, R., and Koliwad, S.K. (2019). Microglia Mediate Neonatal Weight Gain and Early-Life Programming of Adult Glucose Control. Keystone Symposium on Immunometabolism. Banff, Alberta, CAN.

2023     Andrew Folick, Vasilis Ntranos, Rachel T Cheang, Stephen Brown Mayfield, William Reid Bolus, Martin Valdearcos, Suneil K Koliwad. Single-cell RNA sequencing reveals Apolipoprotein E as a regulator of hypothalamic microglial nutrient responsiveness. Cell Symposium: Neurometabolism. Singapore

2023     Martin Valdearcos, Andrew Folick, Stephen Brown Mayfield, Rachel Cheang, Ruoyu Li, Tomas Bachor, Rachel Lippert, Jens Brüning, Allison Xu, Suneil Koliwad. Microglia mediate the early-life programming of adult glucose control. Cell Symposium: Neurometabolism. Singapore

2024          Moon Kyung Choi, Alaa Abdellatif, Diana Alba, and Suneil Koliwad. The Pro-Fibrotic Transcriptional Profile of Adipose Tissue in Insulin Resistant Individuals. ENDO 2024.  Boston, MA.

2024          Valdearcos M, McGrath ER,  Folick A, Brown Mayfield SM, Cheang RT, Li L, Bachor TP, Lippert RN, Brüning JC, Xu AW, Koliwad SK. Microglia mediate the early-life programming of adult glucose control. EMBO Microglia Meeting. Padua, Italy

2024          Diana L. Alba, Moon Kyung Choi, Alaa Abdellatif, Stephen Brown Mayfield, Thuy An Pham, David Berrios, Dawei Bu, Philipp Scherer, Peter Hunt, Suneil Koliwad. Transcriptionally Unique Form of Adipose Tissue Fibrosis Linking HIV Infection to Insulin Resistance. Keystone Symposium: Fibrosis: Inflammation, Drivers, and Therapeutic Resolution. Banff, Alberta, CAN

## ACADEMIC LEADERSHIP
Chief of the Division of Endocrinology and Metabolism, UCSF and UCSF Health

## OTHER CREATIVE ACTIVITIES

1.          I worked on a team to develop San Francisco Community Health Network Guidelines for oral agent and insulin use in patients with diabetes type 2 within the catchment of San Francisco General Hospital. These guidelines are aimed at improving the initiation and titration of therapies in a wide variety of patient situations to improve the overall management of diabetes in the City of San Francisco. I wrote the initial draft and several revisions of these guidelines, taking cues from a variety of society guidelines and position statements in the process. The guidelines, developed in 2010, are now in wide use, and have received positive feedback and integration into the SFGH and affiliated clinic strategies to combat diabetes.

## ADDITIONAL RELEVANT INFORMATION
Fluent in Spanish

# **EXHIBIT B**

**REPORT OF SUNEIL K. KOLIWAD, M.D., Ph.D.**
**MATERIALS CONSIDERED**

**Scientific and Medical Literature:**

- Ahmann AJ, Capehorn M, Charpentier G, Dotta F, Henkel E, Lingvay I, Holst AG, Annett MP, Aroda VR. Efficacy and Safety of Once-Weekly Semaglutide Versus Exenatide ER in Subjects With Type 2 Diabetes (SUSTAIN 3): A 56-Week, Open-Label, Randomized Clinical Trial. Diabetes Care. 2018 Feb;41(2):258-266.
- Ahrén B, Masmiquel L, Kumar H, Sargin M, Karsbøl JD, Jacobsen SH, Chow F. Efficacy and safety of once-weekly semaglutide versus once-daily sitagliptin as an add-on to metformin, thiazolidinediones, or both, in patients with type 2 diabetes (SUSTAIN 2): a 56-week, double-blind, phase 3a, randomised trial. Lancet Diabetes Endocrinol. 2017 May;5(5):341-354.
- Am. Gastroenterol. Ass'n, No data to support stopping GLP-1 agonists prior to elective endoscopy (Aug. 11, 2023)
- American Diabetes Association Professional Practice Committee; 9. Pharmacologic Approaches to Glycemic Treatment: Standards of Care in Diabetes—2025. Diabetes Care. 1 January 2025; 48 (Supplement_1): S181–S206.
- An, Y., et al., Evidence for brain glucose dysregulation in Alzheimer's disease. Alzheimers Dement, 2018. 14(3):318-329
- Aroda VR, Bain SC, Cariou B, Piletič M, Rose L, Axelsen M, Rowe E, DeVries JH. Efficacy and safety of once-weekly semaglutide versus once-daily insulin glargine as add-on to metformin (with or without sulfonylureas) in insulin-naive patients with type 2 diabetes (SUSTAIN 4): a randomised, open-label, parallel-group, multicentre, multinational, phase 3a trial. Lancet Diabetes Endocrinol. 2017 May;5(5):355-366.
- Aroda VR, Rosenstock J, Terauchi Y, Altuntas Y, Lalic NM, Morales Villegas EC, Jeppesen OK, Christiansen E, Hertz CL, Haluzík M; PIONEER 1 Investigators. PIONEER 1: Randomized Clinical Trial of the Efficacy and Safety of Oral Semaglutide Monotherapy in Comparison With Placebo in Patients With Type 2 Diabetes. Diabetes Care. 2019 Sep;42(9):1724-1732.
- Baggio, L.L., Drucker, D. L., Glucagon-like peptide-1 receptors in the brain: controlling food intake and body weight, J Clin Invest. 2014 Oct;124(10):4223-4226.
- Beutler, L.R., GLP-1 physiology and pharmacology along the gut-brain axis, J Clin Invest. 2026 Jan 16;136(2):e194744.
- Bliddal, H., Once-Weekly Semaglutide in Persons with Obesity and Knee Osteoarthritis. N Engl J Med. 2024 Oct 31;391(17):1573-1583.
- Blonde, L., et al., American Association of Clinical Endocrinology Clinical Practice Guideline: Developing a Diabetes Mellitus Comprehensive Care Plan-2022 Update. Endocr Pract, 2022. 28(10):923-1049.
- Buse JB, Rosenstock J, Sesti G, Schmidt WE, Montanya E, Brett JH, Zychma M, Blonde L; LEAD-6 Study Group. Liraglutide once a day versus exenatide twice a day for type 2 diabetes: a 26-week randomised, parallel-group, multinational, open-label trial (LEAD-6). Lancet. 2009 Jul 4;374(9683):39-47.

- Chen, et al, Agent- and Dose-Specific Intestinal Obstruction Safety of GLP-1 Receptor Agonists and SGLT2 Inhibitors: A Network Meta-Analysis of Randomized Trials. Int J Mol Sci. 2026 Jan 7;27(2):608.
- Colin, I.M., et al., Emerging Evidence for the Use of Antidiabetic Drugs, Glucagon-like Peptide 1 Receptor Agonists, for the Treatment of Alzheimer's Disease. touchREV Endocrinol, 2023. 19(1):16-24.
- Coutinho, S., et. al., Glucagon-like Peptide-1 Agonist Liraglutide Induces Temporary Impairment to Gastric Electrical Activity in Healthy Volunteers, Clin Gastroenterol Hepatol. 2025 Jul 29:S1542-3565(25)00641-X.
- Dahl K, Brooks A, Almazedi F, Hof ST, Boschini C, Baekdal TA. Oral semaglutide improves postprandial glucose and lipid metabolism, and delays gastric emptying, in subjects with type 2 diabetes. Diabetes Obes Metab. 2021 Jul;23(7):1594-1603.
- Davies M, Færch L, Jeppesen OK, Pakseresht A, Pedersen SD, Perreault L, Rosenstock J, Shimomura I, Viljoen A, Wadden TA, Lingvay I; STEP 2 Study Group. Semaglutide 2·4 mg once a week in adults with overweight or obesity, and type 2 diabetes (STEP 2): a randomised, double-blind, double-dummy, placebo-controlled, phase 3 trial. Lancet. 2021 Mar 13;397(10278):971-984.
- Davies MJ, Bergenstal R, Bode B, Kushner RF, Lewin A, Skjøth TV, Andreasen AH, Jensen CB, DeFronzo RA; NN8022-1922 Study Group. Efficacy of Liraglutide for Weight Loss Among Patients With Type 2 Diabetes: The SCALE Diabetes Randomized Clinical Trial. JAMA. 2015 Aug 18;314(7):687-99.
- Deane, A. M, et al., Effects of exogenous glucagon-like peptide-1 on gastric emptying and glucose absorption in the critically ill: relationship to glycemia, Crit Care Med. 2010 May;38(5):1261-9.
- DeFronzo, R.A., et. al., Effects of exenatide (exendin-4) on glycemic control and weight over 30 weeks in metformin-treated patients with type 2 diabetes, Diabetes Care. 2005 May;28(5):1092-100.
- DeFronzo, R.A., et. al., Effects of exenatide versus sitagliptin on postprandial glucose, insulin and glucagon secretion, gastric emptying, and caloric intake: a randomized, cross-over study, Curr Med Res Opin. 2008 Oct;24(10):2943-52.
- Evans M, et al., A retrospective, case-note survey of type 2 diabetes patients prescribed incretin-based therapies in clinical practice. Diabetes Ther. 2013 Jun;4(1):27-40.
- Friedrichsen M, Breitschaft A, Tadayon S, Wizert A, Skovgaard D. The effect of semaglutide 2.4 mg once weekly on energy intake, appetite, control of eating, and gastric emptying in adults with obesity. Diabetes Obes Metab. 2021 Mar;23(3):754-762.
- Garber A, Henry R, Ratner R, Garcia-Hernandez PA, Rodriguez-Pattzi H, Olvera-Alvarez I, Hale PM, Zdravkovic M, Bode B; LEAD-3 (Mono) Study Group. Liraglutide versus glimepiride monotherapy for type 2 diabetes (LEAD-3 Mono): a randomised, 52-week, phase III, double-blind, parallel-treatment trial. Lancet. 2009 Feb 7;373(9662):473-81.
- Garvey WT, Batterham RL, Bhatta M, Buscemi S, Christensen LN, Frias JP, Jódar E, Kandler K, Rigas G, Wadden TA, Wharton S; STEP 5 Study Group. Two-year effects of semaglutide in adults with overweight or obesity: the STEP 5 trial. Nat Med. 2022 Oct;28(10):2083-2091.
- Garvey WT, Birkenfeld AL, Dicker D, Mingrone G, Pedersen SD, Satylganova A, Skovgaard D, Sugimoto D, Jensen C, Mosenzon O. Efficacy and Safety of Liraglutide 3.0 mg in Individuals With Overweight or Obesity and Type 2 Diabetes Treated With Basal

Insulin: The SCALE Insulin Randomized Controlled Trial. Diabetes Care. 2020 May;43(5):1085-1093.

- Gilbert, O., et al., 2025 Concise Clinical Guidance: An ACC Expert Consensus Statement on Medical Weight Management for Optimization of Cardiovascular Health: A Report of the American College of Cardiology Solution Set Oversight Committee. J Am Coll Cardiol, 2025. 86(7): p. 536-555.

- Grunddal, K. V., et al., Expression Profile of the GLP-1 Receptor in the Gastrointestinal Tract and Pancreas in Adult Female Mice, Endocrinology. 2022 Jan 1;163(1):bqab216.

- Halawi H, Khemani D, Eckert D, O'Neill J, Kadouh H, Grothe K, Clark MM, Burton DD, Vella A, Acosta A, Zinsmeister AR, Camilleri M. Effects of liraglutide on weight, satiation, and gastric functions in obesity: a randomised, placebo-controlled pilot trial. Lancet Gastroenterol Hepatol. 2017 Dec;2(12):890-899.

- Hashash JG, Thompson CC, Wang AY. AGA Rapid Clinical Practice Update on the Management of Patients Taking GLP-1 Receptor Agonists Prior to Endoscopy: Communication. Clin Gastroenterol Hepatol. 2024 Apr;22(4):705-707.

- Hashash, J.G., et. al., AGA Rapid Clinical Practice Update on the Management of Patients Taking GLP-1 Receptor Agonists Prior to Endoscopy: Communication, Clin Gastroenterol Hepatol. 2024 Apr;22(4):705-707.

- Hermansen K, Bækdal TA, Düring M, Pietraszek A, Mortensen LS, Jørgensen H, Flint A. Liraglutide suppresses postprandial triglyceride and apolipoprotein B48 elevations after a fat-rich meal in patients with type 2 diabetes: a randomized, double-blind, placebo-controlled, cross-over trial. Diabetes Obes Metab. 2013 Nov;15(11):1040-8.

- Hiramoto B, McCarty TR, Lodhia NA, Jenkins A, Elnaiem A, Muftah M, Flanagan R, Chan WW. Quantified Metrics of Gastric Emptying Delay by Glucagon-Like Peptide-1 Agonists: A Systematic Review and Meta-Analysis With Insights for Periprocedural Management. Am J Gastroenterol. 2024 Jun 1;119(6):1126-1140.

- Hjerpsted JB, Flint A, Brooks A, Axelsen MB, Kvist T, Blundell J. Semaglutide improves postprandial glucose and lipid metabolism, and delays first-hour gastric emptying in subjects with obesity. Diabetes Obes Metab. 2018 Mar;20(3):610-619.

- Husain M, Birkenfeld AL, Donsmark M, Dungan K, Eliaschewitz FG, Franco DR, Jeppesen OK, Lingvay I, Mosenzon O, Pedersen SD, Tack CJ, Thomsen M, Vilsbøll T, Warren ML, Bain SC; PIONEER 6 Investigators. Oral Semaglutide and Cardiovascular Outcomes in Patients with Type 2 Diabetes. N Engl J Med. 2019 Aug 29;381(9):841-851.

- Jensen, S.B.K, et. al., Healthy weight loss maintenance with exercise, GLP-1 receptor agonist, or both combined followed by one year without treatment: a post-treatment analysis of a randomised placebo-controlled trial. EClinicalMedicine. 2024 Feb 19;69:102475.

- Jensterle M, Ferjan S, Ležaič L, Sočan A, Goričar K, Zaletel K, Janez A. Semaglutide delays 4-hour gastric emptying in women with polycystic ovary syndrome and obesity. Diabetes Obes Metab. 2023 Apr;25(4):975-984.

- Kadowaki T, Isendahl J, Khalid U, Lee SY, Nishida T, Ogawa W, Tobe K, Yamauchi T, Lim S; STEP 6 investigators. Semaglutide once a week in adults with overweight or obesity, with or without type 2 diabetes in an east Asian population (STEP 6): a randomised, double-blind, double-dummy, placebo-controlled, phase 3a trial. Lancet Diabetes Endocrinol. 2022 Mar;10(3):193-206.

- Kaku K, Yamada Y, Watada H, Abiko A, Nishida T, Zacho J, Kiyosue A. Safety and efficacy of once-weekly semaglutide vs additional oral antidiabetic drugs in Japanese people with inadequately controlled type 2 diabetes: A randomized trial. Diabetes Obes Metab. 2018 May;20(5):1202-1212.
- Kapitza C, Zdravkovic M, Hindsberger C, Flint A. The effect of the once-daily human glucagon-like peptide 1 analog liraglutide on the pharmacokinetics of acetaminophen. Adv Ther. 2011 Aug;28(8):650-60.
- Kittleson, M., et al., 2025 ACC Scientific Statement on the Management of Obesity in Adults With Heart Failure: A Report of the American College of Cardiology. JACC. 2025 Nov, 86 (20) 1953–1975.
- Kramer, C.K., M. Retnakaran, and L.V. Viana, Effect of Glucagon-like Peptide-1 Receptor Agonists (GLP-1RA) on Weight Loss Following Bariatric Treatment. J Clin Endocrinol Metab, 2024. 109(8):e1634-e1641.
- Lincoff AM, Brown-Frandsen K, Colhoun HM, Deanfield J, Emerson SS, Esbjerg S, Hardt-Lindberg S, Hovingh GK, Kahn SE, Kushner RF, Lingvay I, Oral TK, Michelsen MM, Plutzky J, Tornøe CW, Ryan DH; SELECT Trial Investigators. Semaglutide and Cardiovascular Outcomes in Obesity without Diabetes. N Engl J Med. 2023 Dec 14;389(24):2221-2232.
- Marre M, Shaw J, Brändle M, Bebakar WM, Kamaruddin NA, Strand J, Zdravkovic M, Le Thi TD, Colagiuri S; LEAD-1 SU study group. Liraglutide, a once-daily human GLP-1 analogue, added to a sulphonylurea over 26 weeks produces greater improvements in glycaemic and weight control compared with adding rosiglitazone or placebo in subjects with Type 2 diabetes (LEAD-1 SU). Diabet Med. 2009 Mar;26(3):268-78.
- Marso SP, Bain SC, Consoli A, Eliaschewitz FG, Jódar E, Leiter LA, Lingvay I, Rosenstock J, Seufert J, Warren ML, Woo V, Hansen O, Holst AG, Pettersson J, Vilsbøll T; SUSTAIN-6 Investigators. Semaglutide and Cardiovascular Outcomes in Patients with Type 2 Diabetes. N Engl J Med. 2016 Nov 10;375(19):1834-1844.
- Marso SP, Daniels GH, Brown-Frandsen K, Kristensen P, Mann JF, Nauck MA, Nissen SE, Pocock S, Poulter NR, Ravn LS, Steinberg WM, Stockner M, Zinman B, Bergenstal RM, Buse JB; LEADER Steering Committee; LEADER Trial Investigators. Liraglutide and Cardiovascular Outcomes in Type 2 Diabetes. N Engl J Med. 2016 Jul 28;375(4):311-22.
- Maselli D, Atieh J, Clark MM, Eckert D, Taylor A, Carlson P, Burton DD, Busciglio I, Harmsen WS, Vella A, Acosta A, Camilleri M. Efects of liraglutide on gastrointestinal functions and weight in obesity: A randomized clinical and pharmacogenomic trial. Obesity (Silver Spring). 2022 Aug;30(8):1608-1620.
- McGuire DK, Marx N, Mulvagh SL, Deanfield JE, Inzucchi SE, Pop-Busui R, Mann JFE, Emerson SS, Poulter NR, Engelmann MDM, Ripa MS, Hovingh GK, Brown-Frandsen K, Bain SC, Cavender MA, Gislum M, David JP, Buse JB; SOUL Study Group. Oral Semaglutide and Cardiovascular Outcomes in High-Risk Type 2 Diabetes. N Engl J Med. 2025 May 29;392(20):2001-2012.
- Mehrtash F., et. al., I Am Taking a GLP-1 Weight-Loss Medication—What Should I Know?, JAMA Intern Med. 2025;185(9):1180.
- Mosenzon O, Blicher TM, Rosenlund S, Eriksson JW, Heller S, Hels OH, Pratley R, Sathyapalan T, Desouza C; PIONEER 5 Investigators. Efficacy and safety of oral semaglutide in patients with type 2 diabetes and moderate renal impairment (PIONEER 5):

a placebo-controlled, randomised, phase 3a trial. Lancet Diabetes Endocrinol. 2019 Jul;7(7):515-527.

- Mu Y, Bao X, Eliaschewitz FG, Hansen MR, Kim BT, Koroleva A, Ma RCW, Yang T, Zu N, Liu M; STEP 7 Study Group. Efficacy and safety of once weekly semaglutide 2·4 mg for weight management in a predominantly east Asian population with overweight or obesity (STEP 7): a double-blind, multicentre, randomised controlled trial. Lancet Diabetes Endocrinol. 2024 Mar;12(3):184-195.

- Mullard, A., et. al., How GLP-1 went from being a hard-to-handle hormone to a blockbuster success, Nat Rev Drug Discov. 2024 Dec;23(12):889-890.

- Nauck M, Frid A, Hermansen K, Thomsen AB, During M, Shah N, Tankova T, Mitha I, Matthews DR. Long-term efficacy and safety comparison of liraglutide, glimepiride and placebo, all in combination with metformin in type 2 diabetes: 2-year results from the LEAD-2 study. Diabetes Obes Metab. 2013 Mar;15(3):204-12.

- National Institute of Diabetes and Digestive and Kidney Diseases, Prescription Medications to Treat Overweight & Obesity.

- Nauck, M. A., et. al., Rapid tachyphylaxis of the glucagon-like peptide 1-induced deceleration of gastric emptying in humans. Diabetes. 2011 May;60(5):1561-5

- Parkman, H.P., et. al., American Gastroenterological Association. American Gastroenterological Association technical review on the diagnosis and treatment of gastroparesis. Gastroenterology. 2004 Nov;127(5):1592-622.

- Perkovic V, Tuttle KR, Rossing P, Mahaffey KW, Mann JFE, Bakris G, Baeres FMM, Idorn T, Bosch-Traberg H, Lausvig NL, Pratley R; FLOW Trial Committees and Investigators. Effects of Semaglutide on Chronic Kidney Disease in Patients with Type 2 Diabetes. N Engl J Med. 2024 Jul 11;391(2):109-121.

- Pieber TR, Bode B, Mertens A, Cho YM, Christiansen E, Hertz CL, Wallenstein SOR, Buse JB; PIONEER 7 investigators. Efficacy and safety of oral semaglutide with flexible dose adjustment versus sitagliptin in type 2 diabetes (PIONEER 7): a multicentre, open-label, randomised, phase 3a trial. Lancet Diabetes Endocrinol. 2019 Jul;7(7):528-539.

- Pi-Sunyer X, Astrup A, Fujioka K, Greenway F, Halpern A, Krempf M, Lau DC, le Roux CW, Violante Ortiz R, Jensen CB, Wilding JP; SCALE Obesity and Prediabetes NN8022-1839 Study Group. A Randomized, Controlled Trial of 3.0 mg of Liraglutide in Weight Management. N Engl J Med. 2015 Jul 2;373(1):11-22.

- Pratley R, Amod A, Hoff ST, Kadowaki T, Lingvay I, Nauck M, Pedersen KB, Saugstrup T, Meier JJ; PIONEER 4 investigators. Oral semaglutide versus subcutaneous liraglutide and placebo in type 2 diabetes (PIONEER 4): a randomised, double-blind, phase 3a trial. Lancet. 2019 Jul 6;394(10192):39-50.

- Rodbard HW, Lingvay I, Reed J, de la Rosa R, Rose L, Sugimoto D, Araki E, Chu PL, Wijayasinghe N, Norwood P. Semaglutide Added to Basal Insulin in Type 2 Diabetes (SUSTAIN 5): A Randomized, Controlled Trial. J Clin Endocrinol Metab. 2018 Jun 1;103(6):2291-2301.

- Rodbard HW, Rosenstock J, Canani LH, Deerochanawong C, Gumprecht J, Lindberg SØ, Lingvay I, Søndergaard AL, Treppendahl MB, Montanya E; PIONEER 2 Investigators. Oral Semaglutide Versus Empagliflozin in Patients With Type 2 Diabetes Uncontrolled on Metformin: The PIONEER 2 Trial. Diabetes Care. 2019 Dec;42(12):2272-2281.

- Rosenstock J, Allison D, Birkenfeld AL, Blicher TM, Deenadayalan S, Jacobsen JB, Serusclat P, Violante R, Watada H, Davies M; PIONEER 3 Investigators. Effect of

Additional Oral Semaglutide vs Sitagliptin on Glycated Hemoglobin in Adults With Type 2 Diabetes Uncontrolled With Metformin Alone or With Sulfonylurea: The PIONEER 3 Randomized Clinical Trial. JAMA. 2019 Apr 16;321(15):1466-1480.

- Rothberg, A., et al., Feasibility of a brief, intensive weight loss intervention to improve reproductive outcomes in obese, subfertile women: a pilot study. Fertil Steril, 2016. 106(5):1212-1220

- Rubino D, Abrahamsson N, Davies M, Hesse D, Greenway FL, Jensen C, Lingvay I, Mosenzon O, Rosenstock J, Rubio MA, Rudofsky G, Tadayon S, Wadden TA, Dicker D; STEP 4 Investigators. Effect of Continued Weekly Subcutaneous Semaglutide vs Placebo on Weight Loss Maintenance in Adults With Overweight or Obesity: The STEP 4 Randomized Clinical Trial. JAMA. 2021 Apr 13;325(14):1414-1425

- Rubino DM, Greenway FL, Khalid U, O'Neil PM, Rosenstock J, Sørrig R, Wadden TA, Wizert A, Garvey WT; STEP 8 Investigators. Effect of Weekly Subcutaneous Semaglutide vs Daily Liraglutide on Body Weight in Adults With Overweight or Obesity Without Diabetes: The STEP 8 Randomized Clinical Trial. JAMA. 2022 Jan 11;327(2):138-150.

- Russell-Jones D, Vaag A, Schmitz O, Sethi BK, Lalic N, Antic S, Zdravkovic M, Ravn GM, Simó R; Liraglutide Effect and Action in Diabetes 5 (LEAD-5) met+SU Study Group. Liraglutide vs insulin glargine and placebo in combination with metformin and sulfonylurea therapy in type 2 diabetes mellitus (LEAD-5 met+SU): a randomised controlled trial. Diabetologia. 2009 Oct;52(10):2046-55.

- Salvio, G., et al., Effects of glucagon-like peptide 1 receptor agonists on testicular dysfunction: A systematic review and meta-analysis. Andrology. 2025 Nov;13(8):2022-2034.

- Sanyal AJ, Newsome PN, Kliers I, Østergaard LH, Long MT, Kjær MS, Cali AMG, Bugianesi E, Rinella ME, Roden M, Ratziu V; ESSENCE Study Group. Phase 3 Trial of Semaglutide in Metabolic Dysfunction-Associated Steatohepatitis. N Engl J Med. 2025 Jun 5;392(21):2089-2099.

- Scientific American Consumer Health Series: 2019 UC Berkeley Diabetes White Paper (Editor). Scientific American and Remedy Health Media. New York, NY.

- Seino Y, Terauchi Y, Osonoi T, Yabe D, Abe N, Nishida T, Zacho J, Kaneko S. Safety and efficacy of semaglutide once weekly vs sitagliptin once daily, both as monotherapy in Japanese people with type 2 diabetes. Diabetes Obes Metab. 2018 Feb;20(2):378-388.

- Sodhi M, Rezaeianzadeh R, Kezouh A, Etminan M. Risk of Gastrointestinal Adverse Events Associated With Glucagon-Like Peptide-1 Receptor Agonists for Weight Loss. JAMA. 2023 Nov 14;330(18):1795-1797.

- Sorli C, Harashima SI, Tsoukas GM, Unger J, Karsbøl JD, Hansen T, Bain SC. Efficacy and safety of once-weekly semaglutide monotherapy versus placebo in patients with type 2 diabetes (SUSTAIN 1): a double-blind, randomised, placebo-controlled, parallel-group, multinational, multicentre phase 3a trial. Lancet Diabetes Endocrinol. 2017 Apr;5(4):251-260.

- Sun F, et al., Impact of GLP-1 receptor agonists on major gastrointestinal disorders for type 2 diabetes mellitus: a mixed treatment comparison meta-analysis. Exp Diabetes Res. 2012;2012:230624.

- Turton, M.D., et. al., A role for glucagon-like peptide-1 in the central regulation of feeding, Nature. 1996 Jan 4;379(6560):69-72.

- Uccellatore, A., et al., Comparison Review of Short-Acting and Long-Acting Glucagon-like Peptide-1 Receptor Agonists, Diabetes Ther. 2015 Sep;6(3):239-56.
- Ushakumari, D.S., Sladen, R.N., ASA Consensus-based Guidance on Preoperative Management of Patients on Glucagon-like Peptide-1 Receptor Agonists, Anesthesiology. 2024 Feb 1;140(2):346-4348.
- van Can J, Sloth B, Jensen CB, Flint A, Blaak EE, Saris WH. Effects of the once-daily GLP-1 analog liraglutide on gastric emptying, glycemic parameters, appetite and energy metabolism in obese, non-diabetic adults. Int J Obes (Lond). 2014 Jun;38(6):784-93.
- Volkow, N.D., et al., Obesity and Addiction: Neurobiological Overlaps. Obes Rev. 2013 Jan;14(1):2-18.
- Wadden TA, Bailey TS, Billings LK, Davies M, Frias JP, Koroleva A, Lingvay I, O'Neil PM, Rubino DM, Skovgaard D, Wallenstein SOR, Garvey WT; STEP 3 Investigators. Effect of Subcutaneous Semaglutide vs Placebo as an Adjunct to Intensive Behavioral Therapy on Body Weight in Adults With Overweight or Obesity: The STEP 3 Randomized Clinical Trial. JAMA. 2021 Apr 13;325(14):1403-1413.
- Wegeberg, A.L., et al., Liraglutide accelerates colonic transit in people with type 1 diabetes and polyneuropathy: A randomised, double-blind, placebo-controlled trial, United European Gastroenterol J. 2020 Jul;8(6):695-704.
- Wilding JPH, Batterham RL, Calanna S, Davies M, Van Gaal LF, Lingvay I, McGowan BM, Rosenstock J, Tran MTD, Wadden TA, Wharton S, Yokote K, Zeuthen N, Kushner RF; STEP 1 Study Group. Once-Weekly Semaglutide in Adults with Overweight or Obesity. N Engl J Med. 2021 Mar 18;384(11):989-1002.
- Wilding, J.P.H., et al., Weight regain and cardiometabolic effects after withdrawal of semaglutide: The STEP 1 trial extension. Diabetes Obes Metab. 2022 Aug;24(8):1553-1564.
- Nakatani, Y., et al., Effect of GLP-1 receptor agonist on gastrointestinal tract motility and residue rates as evaluated by capsule endoscopy, Diabetes Metab. 2017 Oct;43(5):430-437.
- Yabe D, Nakamura J, Kaneto H, Deenadayalan S, Navarria A, Gislum M, Inagaki N; PIONEER 10 Investigators. Safety and efficacy of oral semaglutide versus dulaglutide in Japanese patients with type 2 diabetes (PIONEER 10): an open-label, randomised, active-controlled, phase 3a trial. Lancet Diabetes Endocrinol. 2020 May;8(5):392-406.
- Yamada Y, Katagiri H, Hamamoto Y, Deenadayalan S, Navarria A, Nishijima K, Seino Y; PIONEER 9 investigators. Dose-response, efficacy, and safety of oral semaglutide monotherapy in Japanese patients with type 2 diabetes (PIONEER 9): a 52-week, phase 2/3a, randomised, controlled trial. Lancet Diabetes Endocrinol. 2020 May;8(5):377-391.
- Zhou L, et al., Effects of Glucagon-Like Peptide-1 Receptor Agonists After Treatment Withdrawal: A Systematic Review and Meta-Analysis. J Gen Intern Med. 2025 Nov 17.
- Zinman B, Aroda VR, Buse JB, Cariou B, Harris SB, Hoff ST, Pedersen KB, Tarp-Johansen MJ, Araki E; PIONEER 8 Investigators. Efficacy, Safety, and Tolerability of Oral Semaglutide Versus Placebo Added to Insulin With or Without Metformin in Patients With Type 2 Diabetes: The PIONEER 8 Trial. Diabetes Care. 2019 Dec;42(12):2262-2271.
- Zinman B, Gerich J, Buse JB, Lewin A, Schwartz S, Raskin P, Hale PM, Zdravkovic M, Blonde L; LEAD-4 Study Investigators. Efficacy and safety of the human glucagon-like peptide-1 analog liraglutide in combination with metformin and thiazolidinedione in patients with type 2 diabetes (LEAD-4 Met+TZD). Diabetes Care. 2009 Jul;32(7):1224-30.

**Other Relevant Documents:**

- CDC, National Diabetes Statistics Report (Jan. 28, 2026),
- CDC, Obesity and Cancer (June 11, 2025),
- NIDDK, Overweight & Obesity Statistics, (last reviewed Sept. 2021).
- FDA, Clinical Review: New Drug Application 209637 (Ozempic) (Nov. 16, 2017).
- FDA, Clinical Review: New Drug Application 213051 (Rybelsus) (Sept. 19, 2019).
- FDA, July - September 2023 | Potential Signals of Serious Risks/New Safety Information Identified by the FDA Adverse Event Reporting System (FAERS) (June 21, 2024),
- FDA, Risk Assessment and Risk Mitigation Reviews 209637 (Ozempic) (Nov. 6, 2017).
- FDA, Risk Assessment and Risk Mitigation Reviews 215866 (Mounjaro) (May 13, 2022).
- FDA, Summary Review 209637 (Ozempic) (Dec. 1, 2017).
- FDA, Summary Review 213051 (Rybelsus) (Sept. 19, 2019).
- FDA, Summary Review 215256 (Wegovy) (June 3, 2021).
- Novo_GLP_MDL_OZM_NDA_005135901.
- Novo_GLP_MDL_RYB_NDA_001104808.
- Novo_GLP_MDL_011930737.
- Novo_GLP_MDL_RYB_NDA_000744678.
- Novo_GLP_MDL_OZM_NDA_003646538.
- Novo_GLP_MDL_014376493.

**Plaintiff's Expert Reports:**

- Expert Report of Binu John and accompanying materials
- Expert Report of David A. Kessler and accompanying materials
- Expert Report of David C. Metz and accompanying materials
- Expert Report of David Madigan and accompanying materials
- Expert Report of David Ross and accompanying materials
- Expert Report of Gabriel Lang and accompanying materials
- Expert Report of Jeffry Lansman and accompanying materials
- Expert Report of Jessica Eisner and accompanying materials
- Expert Report of Kevin O'Brien and accompanying materials
- Expert Report of Lacey R. Keller and accompanying materials
- Expert Report of Ma Somsouk and accompanying materials
- Expert Report of Nilesh Lodhia and accompanying materials

**FDA-Approved Labels:**

- Victoza Labels and Medication Guides (01/2010 – 10/2025)
- Saxenda Labels and Medication Guides (12/2014 – 10/2025)
- Ozempic Label and Medication Guide (12/2017 – 10/2025)
- Rybelsus Labels and Medication Guides (09/2019 – 01/2026)
- Wegovy Labels and Medication Guides (06/2021 – 01/2026)

**Exhibit C**

Testimonial History of Suneil K. Koliwad, M.D., Ph.D.

1.  *Hicks v. Baylor University Medical Center Dallas*

    Case No: 3:22-cv-72

    January 12, 2022

    N.D. Tex.

2.  *Cedio and the Estate of Anthony Cedio, Jr. vs. Backus Hospital*

    Case No: 21-cv-6051961S

    June 14, 2021

    Superior Court of Connecticut