# EXHIBIT 29D



Gabriel Lang, MD

4/7/2026

In Re: Glucagon-Like-Peptide-1 Receptor Agonists Products Liability Litigation

**Hartford Reporting & Technology**

**7733 Forsyth Boulevard, Suite 1100**

**St. Louis, Missouri  63105**

**(855) 443-3767**

**www.hartfordreporting.com**

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: GLUCAGON-LIKE                )
PEPTIDE-1 RECEPTOR AGONISTS         ) CIVIL ACTION
(GLP-1 RAS) PRODUCTS                )
LIABILITY LITIGATION                ) MDL No. 3094
_____     ) 24-md-3094
THIS DOCUMENT RELATES TO:           )
ALL ACTIONS/ALL CASES               ) HON. KAREN
                                    ) SPENCER MARSTON

TUESDAY, APRIL 7, 2026

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
- - -

Videotaped deposition of Gabriel Lang, MD, held at the Ritz Carlton St. Louis, 100 Carondelet Plaza, St. Louis, Missouri, commencing at 9:31 a.m. Central, on the above date, before Carrie A. Campbell, Registered Diplomate Reporter, Certified Realtime Reporter, Illinois, California & Texas Certified Shorthand Reporter, Missouri, Kansas, Louisiana & New Jersey Certified Court Reporter.

- - -

HARTFORD REPORTING & TECHNOLOGY
855.443.3767
www.hartfordreporting.com

Gabriel Lang, M.D.    CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

            A P P E A R A N C E S :


     WAGSTAFF & CARTMELL LLP
     BY: THOMAS A. ROTTINGHAUS
          trottinghaus@wcllp.com
     4740 Grand Avenue, Suite 300
     Kansas City, Missouri  64112
     (816) 701-1100


     and


     MOTLEY RICE LLC
     BY:  JOSHUA M. NEUMAN
          jneuman@motleyrice.com
     1717 Arch Street, Suite 3610
     Philadelphia, Pennsylvania  19103
     (267) 267-4740


     and


     THE GORI LAW FIRM
     BY:  MARY JO GUINN
          mguinn@gorilaw.com
     156 North Main Street
     Edwardsville, Illinois  62025
     (618) 753-4754


     and


     LEVIN, SEDRAN & BERMAN LLP
     BY:  FREDERICK S. LONGER   (VIA ZOOM)
          flonger@lfsblaw.com
     510 Walnut Street, Suite 500
     Philadelphia, Pennsylvania  19106-3697
     (215) 592-1500
     Counsel for Plaintiffs

DLA PIPER LLP (US)
BY:  KATHERINE W. INSOGNA
        katie.insogna@us.dlapiper.com
        TAYLOR DODSON
        taylor.dodson@us.dlapiper.com
33 Arch Street, 26th Floor
Boston, Massachusetts  02110-1447
(617) 406-6000


        and


DLA PIPER LLP (US)
BY:  BRADLEY JENNINGS       (VIA ZOOM)
        bradley.jennings@us.dlapiper.com
1251 Avenue of the Americas, 27th Floor
New York, New York  10020-1104
(212) 335-4846
Counsel for Novo Nordisk A/S and
Novo Nordisk Inc.



KIRKLAND & ELLIS LLP
BY:  RENEE D. SMITH
        renee.smith@kirkland.com
        MARIE NOTTER
        marie.notter@kirkland.com
        ELISABETH FRIEDMAYER  (VIA ZOOM)
        elisabeth.friedmayer@kirkland.com
333 West Wolf Point Plaza
Chicago, Illinois  60654
(312) 862-2000



        and


KIRKLAND & ELLIS LLP
BY:  TIA TROUT-PEREZ        (VIA ZOOM)
        tia.trout-perez@kirkland.com
1301 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
(202) 389-5000


        and

GOLDMAN ISMAIL TOMASELLI BRENNAN &
BAUM LLP
BY:   BRIDGET WHOLEY          (VIA ZOOM)
      bwholey@goldmanismail.com
191 North Wacker Drive, Suite 3000
Chicago, Illinois  60606
(312) 681-6000
Counsel for Eli Lilly & Company


V I D E O G R A P H E R :
FRANK HOLMES,
Hartford Reporting & Technology

- - -

                              INDEX

                                             PAGE

APPEARANCES..................................    2

EXAMINATIONS

   BY MS. INSOGNA.............................    9

   BY MS. SMITH...............................  227

   BY MR. NEUMAN..............................  298


                          EXHIBITS

 No.    Description                          Page

 1      Rule 26 Expert Witness Disclosure       9

 2      "Gallstones," Mayo Clinic website       62
        printout

 3      Gastroenterology Subspeciality          65
        Consult, Fourth Edition

 4      "Association of Glucagon-Like          103
        Peptide-1 Receptor Agonist Use With
        Risk of Gallbladder and Biliary
        Diseases A Systematic Review and
        Meta-analysis of Randomized
        Clinical Trials," He, et al.

 5      "Safety issues with glucagon-like      148
        peptide-1 receptor agonists
        (pancreatitis, pancreatic cancer
        and cholelithiasis): Data from
        randomized controlled trials,"
        Monami, et al.

 6      "Cholelithiasis in patients treated    154
        with Glucagon- Like Peptide-1
        Receptor: An updated meta-analysis
        of randomized controlled trials,"
        Nreu, et al.

7        Table 1S - Information on search         161
         string

8        "The relative risk of clinically         163
         relevant cholelithiasis among
         glucagon-like peptide-1 receptor
         agonists in patients with type 2
         diabetes mellitus, real-world
         study," Gameil, et al.

9        "Association of Bile Duct and             190
         Gallbladder Diseases With the Use
         of lncretin-Based Drugs in Patients
         With Type 2 Diabetes Mellitus,"
         Faillie, et al.

10       "Association between glucagon-like        196
         peptide-1 receptor agonists and
         biliary-related diseases in
         patients with type 2 diabetes:
         A nationwide cohort study," Dong,
         et al.

11       "Gastrointestinal and Hepatobiliary      203
         Safety of Glucagon-Like Peptide-1
         Receptor Agonists in Patients With
         Type 2 Diabetes," Niu, et al.

12       Gastrointestinal and Hepatobiliary       208
         Safety of Glucagon-like Peptide-I
         Receptor Agonists in Patients with
         Type 2 Diabetes

13       "Association between GLP-1 RAs and        219
         DPP-4 inhibitors with biliary
         disorders: Pharmacovigilance
         analysis," He, et al.

14       Responses and Objections to              223
         Defendants' Notice to Take the
         Videotaped Deposition of Gabriel
         Lang, M.D. and Requests for
         Production of Documents

15       "Glucagon-Like Peptide-1 Receptor        281
         Agonists and Gastrointestinal
         Adverse Events: A Systematic Review
         and Meta-Analysis," Chiang, et al.

CONFIDENTIAL - PERSONAL - PROTECTIVE ORDER

Gabriel Lang, MD

(Exhibits attached to the deposition.)

CERTIFICATE...................................302

ACKNOWLEDGMENT OF DEPONENT....................304

ERRATA.......................................305

LAWYER'S NOTES...............................306

VIDEOGRAPHER: We are now on the record. Today's date is April 7, 2026. And the time is 9:31 a.m. Central Time.

My name is Frank Holmes. I'm a legal videographer for Hartford Reporting & Technology.

This deposition is being taken in regards to Glucagon-Like Peptide-1 Receptor Agonist (GLP-1-RAs) Products Liability Litigation, Case Number 2:24-md-03094-KSM, before the United States District Court for the Eastern District of Pennsylvania.

All counsel reflected on the stenographic record.

Will the court reporter please swear in the witness, and we may proceed.

GABRIEL LANG, MD, of lawful age, having been first duly sworn to tell the truth, the whole truth and nothing but the truth, deposes and says on behalf of the Defendants, as follows:

DIRECT EXAMINATION

QUESTIONS BY MS. INSOGNA:

Q.    Good morning, Dr. Lang.

A.    Good morning.

Q.    Thank you very much for your patience this morning and for being here.

We met briefly, but my name is Katie Insogna.  I'm an attorney representing Novo Nordisk.  I'm going to be the one starting to ask questions today.

A.    Okay.

Q.    Okay.  Thank you.

You have served as an expert witness before.

Correct?

A.    That is correct.

Q.    And you have given a deposition before?

A.    I have.

Q.    Okay.  So we will dispense with the basics, but if you have any questions or if you need me to repeat or speak up, just please say so.

A.    Will do.

(Lang Exhibit 1 marked for

identification.)

QUESTIONS BY MS. INSOGNA:

Q.     Okay.  Thank you.

I've handed you what we've marked as Exhibit 1.

Is that a true and correct copy of your exhibit -- your expert report in this litigation?

A.     Yes, it is.

Q.     Okay.  And the report you issued as to Novo is identical to the report you've issued as to Lilly.

Correct?

A.     That is correct.

Q.     Okay.  Great.

And the report in it contains Appendix A, which is your materials considered list, and Appendix D, which is your CV.

Is that correct?

A.     Yes, it is.

Q.     Okay.  Do you have any changes or corrections to your report?

A.     After reading through it, after some weeks, there's some grammatical changes

that I would make, but there's no substantive changes to the -- to the information in there.

Q.    Okay.  Great.  That's fine.

MR. ROTTINGHAUS:  Can I ask you to talk just a little bit louder because there's a little bit of background noise?

THE WITNESS:  Just remind me.

MR. ROTTINGHAUS:  Yeah.  That's fine.

QUESTIONS BY MS. INSOGNA:

Q.    And so the expert report contains all the opinions you intend to offer in this litigation and the bases for those opinions?

A.    Yes.

Q.    And the materials considered list contains all of the materials you've reviewed in reaching your opinions in this litigation?

A.    That is correct.

Q.    Okay.  And was Appendix A drafted by yourself and someone else or --

A.    Appendix A, the materials

considered?

Q.    Correct.

A.    I reviewed all of these, and the attorneys did help me format it in a -- in this -- in this way.

Q.    Okay.  I ask because there are a number of duplicates on here, so I'm just wondering if there was any meaning to that.

A.    No meaning to that at all.

Q.    Okay.  But otherwise, the report itself has 69 footnotes which contain the references that support the statements in your report.

Correct?

A.    Yes.

Q.    Okay.  Did you discuss your opinions with anyone besides the lawyers in this litigation?

A.    No, I did not.

Q.    Did you write every word in your report?

A.    I wrote this report, correct.  Yes.  I wrote every word in this.

Q.    Okay.  Did you use any AI tools to help summarize the studies?

A.    I did not.

Q.    Okay.  Did you -- you didn't review any other expert reports in reaching your opinions here?

A.    That is correct, I did not review any other depositions or reports from anyone else.

Q.    Okay.  And including up to today?

A.    Including up to today.

Q.    All right.  Okay.  All right. I won't spend much time going through your CV and background, just in the interest of time, but you are not an endocrinologist.

Correct?

A.    That is correct.

Q.    Okay.  And you are not a biostatistician?

A.    That is correct.

Q.    Okay.  You're not an epidemiologist?

A.    That is correct.

Q.    Okay.  You're not a pharmacologist?

A.    I am definitely not a

pharmacologist.

Q.    Okay.  And you're not a molecular biologist?

A.    I am not a molecular biologist.

Q.    And you are not a biochemist?

A.    I am not a biochemist.

Q.    Okay.  You are a gastroenterologist.

Correct?

A.    Yes.

Q.    Okay.  Is that how you would describe yourself?

A.    Yes.

Q.    Okay.  You've never worked at or for FDA.

Correct?

A.    That is correct.

Q.    Okay.  And you're not a regulatory expert.

Correct?

A.    I am not a regulatory expert.

Q.    Okay.  And you're not offering opinions on FDA labeling and regulations.

Correct?

A.    I am not qualified to do that.

Q.    Okay.  So just to be clear, you're not offering any opinions as to the labels of GLP-1s.

Correct?

A.    That is correct.

Q.    Okay.  You haven't published anything on GLP-1s.

Correct?

A.    Correct.

Q.    Okay.  You have published on gallbladder disease, though?

A.    Yes.

Q.    Okay.  And we saw that you published a chapter titled "Biliary Tract Disorders" in the Washington Manual Gastroenterology Subspecialty Consult.

Is that right?

A.    Yes.

Q.    Okay.  The next version is not yet published.

Correct?

A.    That is correct.

Q.    Okay.

A.    I believe there have been two. There's one, and then one that's coming out.

Q.    Got it.

So the fourth edition is what is published, and the fifth edition is forthcoming?

A.    Correct.

Q.    Okay.  Great.

You haven't published anything on diabetes medicines.

Correct?

A.    I have not.

Q.    You haven't published anything on obesity medicines.

Correct?

A.    I have not.

Q.    Okay.  Have you taken any steps to submit your report in this case for peer review?

A.    No.

Q.    Do you intend to do so?

A.    I do not.

Q.    Have you designed any studies examining the relationship between GLP-1s and gallbladder disease?

A.    I have not.

Q.    Have you ever offered an expert

opinion on the causation between a medicine and an outcome before?

A.    I have not.

Q.    Have you ever prescribed a GLP-1?

A.    I have not.

Q.    What does your patient population look like?

A.    My specialty within gastroenterology is primarily what we would call advanced endoscopy or therapeutic endoscopy.  So I deal a lot with biliary and pancreatic disorders.  So those are the majority of my -- of my patients have either a biliary problem or a pancreatic-type problem.

Q.    Are these patients typically referred to you by someone else?

A.    A large portion of my practice is referral-based.

Q.    Okay.  And how do the patients who are not referrals end up in your office?

A.    I mean, just like someone that's searching a gastroenterologist, you know, may come across my name.

I do some specialized procedures called ERCP, endoscopic retrograde cholangiopancreatography and endoscopic ultrasound. There's not -- I mean, in this area, there's not that many people that do those procedures, so people may -- you know, searching those may come across my name. But a lot of them is from referring physicians in and around this geographic area.

Q. Okay. And what percentage of your workweek, for example, is spent seeing patients?

A. Rough --

MR. ROTTINGHAUS: I'll just object. Vague as to "seeing patients."

THE WITNESS: Okay. Roughly 80 to 90 percent.

QUESTIONS BY MS. INSOGNA:

Q. Okay. And does that include clinic time plus your procedure time?

A. Yes.

Q. Is there anything else that comprises your patient-seeing activities?

A. No, it's primarily -- it's

almost -- I mean, there's a little bit of rounding, like, in the hospital if we count that, but primarily it's procedures and clinic.

Q.    Okay.  And what is the rest of your time made up of?

A.    There's about -- 5 to 10 percent is probably administration time. I'm in charge of the -- you know, a couple things that I do at the hospital, but primarily is -- I'm in charge of the GI section of Missouri Baptist Hospital, so that takes up most of my administrative time.

Q.    Okay.  And is any percentage of your time spent researching?

A.    Hardly any.

Q.    Okay.  And what about teaching?

A.    We have fellows that we teach. That's part of our day.  I mean, I do -- as listed here, I do some conferences, educational conferences, but primarily my education is teaching endoscopy, so that's kind of built into my workday.

Q.    And that's a hands-on teaching opportunity?  You're not teaching lectures --

Gabriela Sanz, MD                CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

A.    Correct.

Q.    -- on that?

A.    Very few.

Q.    Okay.

A.    I mean, less lectures, more hands-on teaching.  Like, there's a patient that we're doing a procedure together with a fellow.

Q.    Okay.

MR. ROTTINGHAUS:  I'm sorry, I'm just going to remind you, only because I know she's struggling.

THE WITNESS:  Okay.  Sorry.

MR. ROTTINGHAUS:  Just keep -- or if you want, turn maybe just a little bit that way she might hear you a little bit better.

QUESTIONS BY MS. INSOGNA:

Q.    Okay.  And when did you decide to become a GI physician?

A.    I originally thought I was going to become a cardiologist because my dad was a cardiologist, but I got into residency and I hated cardiology.  And I realized that I also didn't like -- I liked less clinic,

Gabriel Lang, MD    Case 2:24-md-03094-KSM    Document 691-29    CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER    Filed 05/19/26    Page 23 of 308    Page 21

and I liked procedures more than I thought I would.

So probably in about my first or second year of internal medicine residency, I decided to become a GI doctor.

And then when I got into GI, I realized that I liked doing procedures more than clinic, so that's how I fell into this field.

Q.    Okay.  Did you learn about cholelithiasis in medical school?

A.    Yes.

Q.    Okay.  And what did you learn in medical school to do if it is suspected?

A.    In medical school?  I mean, in medical school I think, you know, the often answer to cholelithiasis or -- I mean, is, A, is it symptomatic, or B, is it not symptomatic.

If it's symptomatic, you know, the answer in medical school, I think, which is a little bit more simplistic than what it is, is the answer is to do a cholecystectomy.

I mean, as I've progressed into GI, there's, you know, many other alternative

**Hartford Reporting & Technology, LLC**
**www.hartfordreporting.com**

Case 2:24-md-03094-KSM    Document 691-29    CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER    Filed 05/19/26    Page 24 of 308

explanations or -- for what you can do, depending on the patient.  But in a simple way, symptomatic gallstones would require a cholecystectomy.

Q.    Let me back up.

So if the patient comes in with upper right quadrant pain and you don't know if they have gallstones but it's suspected, what would you have learned in medical school to have done at that point?

A.    Well, are you asking about what diagnostic studies?

Q.    Correct.

A.    I mean, typically you would do a right upper quadrant ultrasound or some sort of imaging to determine if that was the fact, and then combining that with the patient's symptoms to make that diagnosis.

Q.    Okay.  And you mentioned chololithiasis can be asymptomatic.

Correct?

A.    Yes.

Q.    Okay.  And it doesn't always become symptomatic.

Right?

Gabriel Lazarus, MD    CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

A.    Correct.

Q.    Okay.  How long could a patient be asymptomatic with a gallstone before it becomes symptomatic?

A.    I'm not sure that I know or we know the answer to that question.

Q.    Okay.  Could be years?

A.    I think it's hard to know because -- because we -- you don't have data that's, like, tracking people's gallstones. We know that people have gallstones and can be asymptomatic, but I don't think that there's, like, enough snapshots in time to determine, you know -- you know, when it is.

So I think that's a difficult question to answer.

Q.    Okay.  On page 2 of your report, you write -- hold on.  I'm not finding it.

All right.  We'll come back.  I can't find it.

You said on -- you have incorporated into your clinical teaching and education general information on the use of GLP-1 RAs and evidence of their causal

association to biliary disorders.

Is that right?

A.    Can you point me to where --

Q.    Yeah, it's in the third paragraph.

A.    On page 2?

Q.    On page 2, the fifth line down.

A.    Okay.

Q.    Do you see that?

A.    Yes, I do.

Q.    Okay.  And when did you first incorporate this information?

A.    I think initially, you know, when these medicines came out, we started to see, you know, increased GI side effects of a variety of things.  But I think most people that deal with a lot of biliary-type issues, we casually were like, this is weird.  We're seeing a little bit of -- you know, of an increase.

But this is more so after doing more background research, I think, that, you know, as patients have asked more, I've definitely had this discussion with them after delving into the background research

quite bit more.

Q.    And can you give me a general year when you say you first started noticing the casual increase?

A.    I would say roughly, like, three or four years ago --

Q.    Okay.

A.    -- when we started paying attention.

Q.    2023?

A.    I think around there is a fair estimate.

Q.    Okay.  And then when did you do that more background research?

A.    I think this is discussing more, you know, when I was asked to go into more of this research.

Q.    I see.

And when were you retained in this litigation, approximately?

A.    I want to say -- this is a rough guess, and I would guess it was probably about 9 to 12 months ago.

Q.    Okay.  This may be a dumb question, so I apologize in advance.

There's no test that can confirm GLP-1-induced cholelithiasis or cholecystitis.

Correct?

A.    That is correct.

Q.    In the second paragraph on page 2 of your report, in the second to last sentence you say, "In my clinical practice, I have experienced an increased risk of biliary disorders secondary to GLP-1 RA use."

Do you see that?

A.    Yes.

Q.    Is that the causal increase you noticed that you mentioned earlier?

A.    Yes, that is correct.

Q.    Okay.  And this is based on your own patient population?

A.    Yes, this is based on the patients, you know, that I see when you look at their medication list.

Q.    Okay.  Do you have any more specifics on, like, a rate of increase?

A.    I don't.  That's just based on discussions with my partners and myself --

Q.    Okay.

A.    -- having realized, you know, that this was a more common problem.

Q.    Is that documented anywhere?

A.    That is not.

Q.    Would you say -- do you even have a rough estimate or back-of-the-envelope calculation?

A.    I do not.

Q.    Okay.  All right.  So moving on to page 3 of your report, the bottom of the second paragraph you say, "My conclusion is that the weight of the evidence infers that GLP-1 RAs cause and/or significantly contribute to the development of gallbladder disorders and diseases."

Do you see that?

A.    I do.

Q.    Okay.  I just wanted to confirm.  You're only offering an opinion as to the class of GLP-1 RAs.

Correct?

A.    That is correct.

Q.    Okay.  So in other words, you're not offering any opinion that any individual GLP-1 RA causes gallbladder

disease.

Correct?

A.    I don't quite understand the question.

Q.    Okay.  Let me ask it this way.

You have not done a medicine-by-medicine or medicine-specific analysis to reach your opinion here?

A.    I mean, there is some -- there are some research papers in here that go, you know, by -- medicine-by-medicine, you know, within the -- that analysis, et cetera, but I was asked to do a kind of more broad overview on GLP-1 RAs and the risk of biliary, gallbladder disease.

Q.    So you are not offering an opinion on the relationship between Ozempic and gallbladder disease specifically.

Correct?

MR. ROTTINGHAUS:  I'm going to object to the form.

THE WITNESS:  I'm -- yeah, I'm here to discuss the overall class of medicines on -- you know, my belief is that all of these medicines, you know,

definitely have the same mechanism of action.  So if you look at that, then I would believe that all the medicines have -- you know, affect the gallbladder and biliary system to some degree.  But I'm not here to discuss individual medicines and their, you know, side effects and adverse event rates related to gallbladder or biliary disease.

QUESTIONS BY MS. INSOGNA:

Q.    Okay.  That's helps.  Thank you for that clarification.

And the opinion that you're offering here is not one that you've published before.

Correct?

A.    That is correct.

Q.    Okay.  And have you ever written anywhere, outside of this litigation, that GLP-1 RAs cause gallbladder disease or disorders?

A.    I have not.

Q.    Okay.  And have you ever presented on this topic?

A.      I have not.

Q.      All right.  Further narrow the scope here.

I just want to confirm.  You're not offering an opinion on the relationship between GLP-1 RAs and any other GI side effect.

Correct?

A.      That is correct.

Q.      Like gastroparesis, ileus intestinal obstruction?

A.      I am not here to discuss those today.

Q.      Okay.  Thank you.

And I think we already covered this, but you're not offering an opinion on the content of the product labeling for any GLP-1 RA.

Correct?

A.      That is correct.

Q.      Okay.  You're -- just to confirm, you're not offering an opinion on the adequacy of the studies conducted by Novo or Lilly to evaluate the safety or efficacy of their GLP-1 RAs.

Correct?

A.    That is correct.

Q.    Okay.  And likewise, you're not offering an opinion on the adequacy or appropriateness of the pharmacovigilance systems maintained by Novo or Lilly?

A.    That is correct.

Q.    Okay.  Turning back to page 1 of your report, under the heading of -- under the beginning, you say you were asked to assess the possible biological mechanism of a causal association between GLP-1 RAs and gallbladder etiology.

Is that right?

A.    That is correct.

Q.    Okay.  In your opinion, what's the difference between causation and association?

A.    To the best of my ability, I would assume that causation is when you have more of an exact mechanism, and association is when you see that things are related or interact with each other but the exact mechanism is a little bit unclear.

Q.    Okay.  In your opinion, is

there a difference between "causation" and "significantly contribute to"?

A.    From a medical perspective, I think those are relatively similar.

Q.    Okay.  So when you use the words "significantly contribute to" in your report, you mean cause or something slightly less than cause?

A.    I think --

MR. ROTTINGHAUS:  Object -- object to the form.

THE WITNESS:  I would think that those terms are used interchangeably.

QUESTIONS BY MS. INSOGNA:

Q.    Okay.  Are you familiar with the term -- so you're familiar with the term "association."

Correct?

A.    Yes.

Q.    Sort of.

Okay.  Are you familiar with the term "valid association"?

A.    I am not.

Q.    Okay.  You have published in

your career studies based on research.

Correct?

A.    That is correct.

Q.    Okay.  And in those studies, you have included whether the findings are statistically significant or not.

Correct?

A.    That's correct.

Q.    Okay.  And when you do that, you also include a confidence interval, typically.

Correct?

A.    Yes, oftentimes.

Q.    Okay.  And so if a confidence interval does not cross 1, then it is statistically significant.

Correct?

A.    Yes.

Q.    Okay.  That's your understanding?

A.    Yes.

I am not a -- I'm not the best at statistics, so I rely on other people to help perform that for me.

Q.    Okay.  Do you know how

statistical significance is assessed?

A.    I mean, I understand when I read it what that means, but I do not -- like, I do not do my own statistics, and I never have, so I think some of those questions are going to be a little bit beyond my scope at this point.

Q.    Why, in your opinion, is statistical significance important?

A.    I think statistical significance is important because it gives more weights to findings and studies.

Q.    Okay.  Are you familiar with the Bradford Hill criteria?

A.    I am not.

Q.    Okay.  So you -- just to confirm, you're not aware of the concept that a valid association is a kind of necessary predicate for applying the Bradford Hill criteria?

A.    I am not -- I am not intimately familiar with the Bradford Hill criteria enough to discuss that with you right now.

Q.    Okay.  Are you familiar with the term "risk ratio"?

A.    I am not.

Q.    Okay.  What about hazard ratio?

A.    Not enough to have an intelligent discussion with you about it.

Q.    Okay.  On page 1 of your report, you say your opinions are held to a reasonable degree of medical and scientific certainty.

Do you see that?  It's in the first paragraph.

A.    Yes.

Q.    Okay.  What does that mean to you?

A.    That's based on both my -- means that the opinions in this report are based on both my medical knowledge, based on the training that I've received, the training on the job that I've, you know, received taking care of patients and similar patients, as well as my interpretation of the medical literature.

Q.    Got it.

And when you say "reasonable degree," what do you mean by that?

A.    I think that reasonable degree

means that this is -- you know, these are interpretations based on, you know, a degree of the studies.  And there could be new literature that hasn't been published yet, and there could also be a paper that in my -- you know, what I thought was an exhaustive search of the literature that may have been omitted.

Q.    And in order to ensure you're articulating your opinion to a reasonable degree of medical and scientific certainty, you chose the words in your report carefully.

Correct?

A.    I believe so.

Q.    Okay.  So in other words, you thought about what the data do and do not show and chose your words carefully in describing them in your report.

Correct?

A.    I did the best I could in that regard.

Q.    Okay.  So on page 1 and elsewhere in your report -- we'll go through that -- you mention a weight of the evidence approach.

What does that term mean to you?

A.    To me, that term means that, you know, I read a wide variety of papers and summarized, you know, the most important findings and weighed the different papers and the different analyses within the papers to come up with my opinion that GLP-1 RAs do affect and cause gallbladder and biliary disease at a higher rate compared to controls or placebos.

Q.    Okay.  And can you just explain how you used the weight of the evidence approach in conducting your analysis?

A.    I think, again, you know, you're reading the papers and you're, you know, seeing, you know, what different authors have to say, and the weight of the evidence meaning the vast majority of the papers.

And the vast majority of the papers that I considered to be of a -- of a higher level or conducted in a more fair and best way tend to show the outcome as described in the report.

Q.    And did you conduct a systematic review?

A.    I did not.  I mean, in the way that you're -- I think that you're asking it, a systematic review, like, of the literature, I mean, no, this is just a, again, reading and analyzing to the best of my ability.

Q.    Okay.  Are the factors that you applied in your weight of the evidence analysis the study quality criteria you've got on page 3 of your report?

A.    I assume -- are you in the fourth paragraph?

Q.    In the third paragraph.

A.    Third.  Okay.

Q.    So you say, "In reviewing and assessing the literature, case reports and articles cited below, I critically assessed the quality, relevance and magnitude of the study data.  This included a review of the study's design, patient population, intervention comparisons and outcomes.  I also reviewed the study authors, journal type, impact factor of the journal and any potential biases."

A.    Correct.

Q.    Okay.  And so are those the factors you applied in reaching your weight of the evidence analysis?

A.    Yes.

Q.    Okay.  I think I counted nine specific criteria for assessing studies, and then you've got five additional listed in the fourth paragraph that you note are particular as to observational studies.

Do you see that?

A.    Are you speaking about design, patient population, power, sample size?  Is that what you're referring to?

Q.    Correct.

A.    Okay.  Yes.

Q.    And then potential influence of a study sponsor and potential bias and transparency.  I counted those together.

A.    Okay.

Q.    That's how I got to five.

A.    Okay.

Q.    Is that -- so which of the criteria here did you give most weight to when reviewing each study?  If any?

A.    I can't tell you for certain that there was one that was more important, you know, than the other.

Q.    Okay.  Did you analyze each study that you considered in reaching your opinions here against each of these 14 or -- 9 or 14 criteria?

A.    Are you asking if I made, like, a -- like a graph?

Q.    Did you systematically do that analysis and maybe no --

A.    I think that that's an analysis that occurs, you know, while you're reading it and while you're thinking about it, but it was not a, like, formally done process.

Q.    Okay.  It was in your head as you were reviewing the studies?

A.    Yes.  As you're reading -- as you're reading the data and you're analyzing the data, then, like, this is how -- in my brain, I was synthesizing that information to come to my conclusion.

Q.    Okay.  So it's not reflected in the report in any way?

A.    That is correct.

        Q.    Okay.  Do the criteria apply
equally to RCTs versus meta-analyses, for
example?

        A.    Sorry, can you repeat the
question?

        Q.    Sure.

              Do the criteria that you've
identified here apply equally or differently
depending on the study design between, for
example, randomized controlled trials and
meta-analyses?

        A.    Yeah, I think that you review
the -- each different type of study, you
know, a little bit differently.  But overall,
the overarching themes are still important in
each of the -- in evaluating each of the
studies.

        Q.    Okay.  I assume -- I know the
answer, but just to confirm, you didn't,
like, do this analysis and give each study a
score, for example?

        A.    That is correct.  I did not do
that.

        Q.    Okay.  Did you rank the studies
in any order of quality?

A.    I did not.

MR. ROTTINGHAUS:  Excuse me. My esteemed colleague over here says he's having a little trouble hearing.

THE WITNESS:  Okay.  I will try to keep up -- I mumble, and I'm --

MR. ROTTINGHAUS:  No, you're doing good.  Just --

THE WITNESS:  Just keep -- I don't think about it, so just tap me, and I'll do better.

QUESTIONS BY MS. INSOGNA:

Q.    So which -- could you identify which studies in your report you've given the most weight to?

Is that a process you kind of considered?

A.    I mean, I think that, you know, overall, some of the larger randomized controlled trials and the larger meta-analyses, obviously, I think, are the most well-done, you know, pieces of research that have been conducted on this topic, but -- I think they all get treated equally, but those are -- you know, a study with

4,000, 8,000 people in each arm, you know, is obviously considered a pretty strong study. And I think the larger meta-analyses also are to be given more credence to.

But I tried to do my best to evaluate each of them individually and just rely on the best data that I could find.

Q.   Okay.  Were there any studies in here that you gave lesser weight to?

A.   I think if they're -- especially the ones that are included in the -- in the report are all given quite a bit of credence --

Q.   Okay.

A.   -- to.

Q.   Basically equal weight?

A.   Relatively equal weight.

Q.   Okay.  That's fine.

Would you agree that in performing a totality of the evidence analysis -- strike that.  Sorry.

Would you agree that in performing a weight of the evidence analysis it's important to review the totality of evidence on the subject?

Correct?

A.    I would agree with that statement.

Q.    Okay.  And why is it important?

A.    I think in order to come up with the most fair and honest conclusion in the matter, the more evidence that is reviewed, the more likely you are to achieve the desired outcome.

Q.    Okay.  And you agree that it's methodologically inappropriate to cherry-pick certain data?

A.    Yes.

Q.    Okay.  On -- back to page 3.

On page 3 you explain your methodology.  In paragraph 2 you say, "My weight of the evidence analysis involved reviewing all the medical literature obtained via PubMed searches combined with my clinical knowledge and training in biliary disorders."

Do you see that?

A.    Can you point me to where you're --

Q.    Yep.  In the second paragraph.

A.    On page 2.

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Q.    Yep.

I'm sorry, on page 3.

A.    Okay.  I'm sorry.

Q.    Second paragraph.  Yep.  There you go.

A.    Oh, okay.  Yes.

Q.    I think it's the second sentence.  It starts, "My weight of the evidence analysis."

A.    I'm following you now.

Q.    Okay.  Great.

Do you see that?

A.    Yes.

Q.    And so did you conduct the PubMed searches?

A.    I did.

Q.    Okay.  And can you describe that process?

A.    Sure.  I started with looking at GLP-1 RAs and gallbladder disease and biliary diseases as initial search terms. Those yielded quite a large number of papers.

As I was reading those papers, new citations within those papers emerged, and that was the basis of the large

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

literature search that I performed.

Q.    Okay.  Did you write down anywhere where those search terms were?

A.    Those were the search terms that I gave you.  Those were the GLP-1 RAs and biliary disease.  And then a new search term would have been GLP-1 RAs and gallbladder disease.

Q.    Okay.

A.    Those are the initial major search terms that were used.

Q.    Do you remember how many reports, roughly -- studies, roughly, that that generated?

A.    I wouldn't be able to tell you with any degree of certainty.

Q.    Okay.  That's fine.

And then how did you narrow down the universe from that?

A.    I think that, you know, when you type those search terms in, there's a large number of papers that may mention -- just reference, you know, one of the papers that may be included here, and that's, you know, a paper that doesn't yield a lot of

Gabriella Lang, MD    CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

additional information.

So kind of narrowing those down to which ones actually performed kind of -- or added to the studies, you know -- what should I say?  Sorry.  That they added to the literature review rather than just, like, repeating, you know, summaries of some of these other studies.  So just narrowing those down, I think, was important.

You know, the more you read, the more other new papers that were kind of discovered along the way.

Q.    Did you -- your focus was on published articles.

Correct?

A.    That is correct.

Q.    Okay.  You didn't consider any abstracts?

A.    I did not.

Q.    Okay.  Did you search in any other database than PubMed?

A.    I did not.

Q.    Okay.  Did you ask any AI programs like ChatGPT?

A.    I am not good enough to use AI

to do these things, but, no, I did not.

Q.    Okay.  Totally fair.

And were there any articles that you wanted that you did not have access to?

A.    I had access to all of the articles that I needed.

Q.    Okay.

A.    Any article that I searched for, I was able to pull up the entire article, if that's what you're asking.

Q.    Great.

And the materials considered list in Appendix A is the narrowed universe of what you ultimately reviewed in reaching your opinion?

A.    I think it was -- yes.  I mean, that was all the things that were more than just glanced at and dismissed.

Q.    Okay.  On page 3, in the second paragraph you also say, in the last sentence, "My conclusion is the weight of the evidence infers that GLP-1 RAs cause and/or significantly contribute to the development of gallbladder disorders and diseases."

Do you see that?

A.    Yes.

Q.    So I just want to make sure I understand what you mean by the term "infer" in that sentence.

A.    I think that was a word that I chose to say that I -- you know, my medical opinion is that these drugs do have a mechanism of action which do increase the risk of gallbladder and biliary disease.

I mean, I think that there's many factors that we can discuss that may cause that, but I think that "infers" just means that there is an association between GLP-1 RAs and the development of gallbladder and biliary disease.

Q.    Okay.  So when you say "infer," you mean association?

A.    I think that's a fair -- that's a fair word to put in its place it.

Q.    Okay.  And then you say, "cause and/or significantly contribute to the development of gallbladder disorders and diseases."

This is what I was getting to

earlier when I was asking if there was any difference in your mind between those two.

What do you mean here by "significantly contribute to"?

A.    I think that the literature review would show that there is an association that, you know, these drugs do increase the risk of gallbladder disorders and similar diseases.

I think that it -- sometimes those words maybe come out because there's not a -- I don't think that we have a direct arrow to show what -- you know, what the exact mechanism for these things are.  I think would a lot of medical diseases, it's very hard to point a straight arrow between, you know, a drug and an effect or a disease and an effect.

But the -- you know, the weight of the evidence that I reviewed definitely, to me, showed that the GLP-1 RAs do contribute to gallbladder disease and biliary disorders.

Q.    Okay.  So it sounds like it's a -- you've got "cause and/or significantly

contribute to," meaning you're -- it's a slightly softer -- it's slightly less than cause is what you're intending to, but it's still in the direction of?

A.    I think --

MR. ROTTINGHAUS:  Objection to the form.

THE WITNESS:  I think it's definitely in the direction of.

I think it's always hard as a physician to say "cause" because I think that a lot of these are multifactorial.  So it's hard to -- I think we always hesitate to say -- to say "cause."

But, you know, "significantly contribute," "cause," "associated with," I think, are all, to me, synonyms in this case of showing a relationship between the drugs and the outcome that we're discussing today.

QUESTIONS BY MS. INSOGNA:

Q.    That's helpful.  Thank you.

Just to confirm.  You did not review any internal documents produced by

Novo or Lilly in reaching your opinions.

Correct?

A. That is correct.

Q. Okay. And you didn't review any depositions of Novo or Lilly witnesses in reaching your opinions.

Correct?

A. I reviewed no depositions in this matter.

Q. Okay. I jumped ahead earlier, so now I just want to confirm. I just want to confirm. You did not conduct a Bradford Hill analysis to assess causality in this case.

Correct?

A. That is correct.

Q. Okay. Are you familiar with the concept of the hierarchy of scientific evidence?

A. I am not.

Q. Okay. In your report on page 3, in the fourth paragraph, first sentence, you say, "The highest quality of biomedical evidence and data is gathered using randomized clinical trials, RCTs, and

meta-analyses of RCTs, followed by observational studies and real world case reports."

Do you see that?

A.    Yes.

Q.    Do you still agree with that statement?

A.    I do.

Q.    Okay.  What are some advantages of RCTs over observational studies?

A.    That -- more the factors that you're -- that you're, like, looking at the differences are controlled in those situations.

Q.    Okay.  And you would agree that real world case reports are the lowest of those evidence that you've described?

A.    Correct.

Q.    Lowest quality of evidence?

A.    Lowest quality.

Q.    Sorry.

A.    Yes.  I'm with you.

Q.    Thank you.

Okay.  Let's zoom out for a moment and just talk about the medical and

scientific community generally.

And so I'm going to be asking very specific questions about individual medicines here, so just to help frame this.

A.    Okay.

Q.    Not about the class of medicines but about individual medicines.

Just to confirm, it's not generally accepted in the medical and scientific community that a cause-and-effect relationship exists between Ozempic, the medicine indicated for diabetes patients, and gallbladder diseases or disorders.

Correct?

MR. ROTTINGHAUS:  Object to the form.

THE WITNESS:  Can you repeat it?  I'm -- you're asking -- sorry, go ahead and repeat the question.

QUESTIONS BY MS. INSOGNA:

Q.    That's okay.  I'm asking about, you know, whether it's generally accepted in the scientific community at a medicine-specific level.  So that's what I'm going to be asking.

A.    Okay.

Q.    So is it generally accepted -- strike that.

It is not generally accepted in the medical and scientific community that a cause-and-effect relationship exists between Ozempic and gallbladder disease.

Correct?

MR. ROTTINGHAUS:  Object to the form.

THE WITNESS:  I think it's hard to answer that question because I think that, again, you know, as a physician, you look at all these drugs as a -- as a class of drugs.  And I don't know if there's enough data to say -- you know, to look at each -- each drug when you look at them as a class effect of drugs.

And my understanding is that they all have very similar mechanisms of action on the GLP-1 receptor that it's fair to say that all of these drugs, you know, act together within a certain class to have the relatively

Gabriel Sang, MD   CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

same outcomes.

QUESTIONS BY MS. INSOGNA:

Q.   Okay.  So you would say that there may be a general acceptance of the class of GLP-1 RAs and gallbladder disorders, but you can't say that it's generally accepted that individual medicines like Ozempic or Rybelsus have been generally accepted to have that cause-and-effect relationship?

MR. ROTTINGHAUS:  I apologize. I'm going to have to object at times.

Objection.  Overbroad.  Also compound.

THE WITNESS:  Sorry, can you repeat it?  You asked a long question and --

QUESTIONS BY MS. INSOGNA:

Q.   It's fine.  It was a perfectly bad question, so let me see if I can ask it this way.

I think I understand your point about the class of medicines.  So I just want to confirm whether or not you have an opinion about the -- whether it is generally accepted

in the medical and scientific community that an individual medicine within the class, like Ozempic or Rybelsus, has that cause-and-effect relationship?

A.   I would have to see more data on which individual drug, you know, and those outcomes.

My -- you know, my understanding is, is that -- from looking at this is that all of these drugs do have -- do have that effect.

There are certain drugs that have more data in relation to gallbladder and biliary disease associated with them from a medical perspective.  I think they are very likely to all have that same effect.

But, you know, if you're asking about individual drugs, some have more data than others, and I was more focused on the class effect overall than individual drugs.

Q.   Okay.  Can you identify any medical or scientific organization that has concluded that such cause-and-effect relationship exists with Ozempic and gallbladder disease?

A.    My literature search did not go into each individual drug.  I mean, if you're looking at drug classes within the category, I believe that there's evidence that semaglutides, you know, do cause gallbladder disease, but this was not weighted down to each, like, individual drug within the kind of subdivisions of GLP-1 RAs in general.

Q.    Okay.  And you mentioned semaglutides.  Semaglutide is three different branded medicines.

Correct?

A.    That is correct.

Q.    Wegovy, which is higher dose indicated for patients with obesity, or overweight, and then Ozempic and Rybelsus, which are indicated for diabetes patients.

Correct?

A.    Correct.

Q.    Okay.  So I just want to go back.  Your answer to my last question described your literature search.

A.    Correct.

Q.    And so my question is a little bit broader about if you can identify any

Gabriel Lazzara, MD    CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

medical or scientific organization that has concluded a cause-and-effect relationship exists between Ozempic and gallbladder disease?

A.    In my literature, I did not -- I mean, the answer is no, because I did not look at the individual medications and their direct causal effects.

Q.    Okay.  And just stepping outside of your literature research here, because I'm guessing you're a member of certain GI societies and medical societies.

Is that right?

A.    That's correct.

Q.    In the course of your work, are you aware of any medical or scientific organization that has reached that conclusion as to the cause-and-effect relationship between Ozempic and gallbladder disease?

A.    I'm not aware that they -- there's been a position statement made on that.  But I also didn't look for that, so it's hard for me to say with enough certainty to fully answer that question.

Q.    Okay.  And is the answer the

same as to Rybelsus?

A.    That is correct.

Q.    Okay.  So you're not aware of whether the American Gastroenterological Association, the AGA, has concluded a cause-and-effect relationship exists between Ozempic and gallbladder disease?

A.    I'm not aware.  I did not look for that and did not search that out in preparation for this.

Q.    Okay.  Are you a member of the AGA?

A.    I am not.

Q.    Okay.  Are you a member of the ACG?

A.    No.

Q.    Okay.  What medical societies are you a member of?

A.    I primarily focus on the American Society of Gastrointestinal Endoscopy, or the ASGE.

Q.    Okay.  And are you aware of whether the ASGE has concluded a cause-and-effect relationship exists between Ozempic and gallbladder disease?

A.    I am unaware if they have made any statements in regard to that association.

Q.    Okay.  And you're currently an associate professor at Wash U school of medicine.

Correct?

A.    That's correct.

Q.    Okay.  Do you know whether the school of medicine has published any official statements acknowledging a cause-and-effect relationship exists between the use of GLP-1 medicines and gallbladder disease?

A.    I do not believe that they have, but I don't know with 100 percent certainty.

Q.    Okay.  You cited a number of websites in your report:  UCLA, Cleveland Clinic, Mayo Clinic.

Is that right?

A.    Yes, there are many websites here.

Q.    Okay.  And you would agree that these are reliable sources of information?

MR. ROTTINGHAUS:  Objection.

Overly broad.

THE WITNESS:  If I included them, I believe that they were reliable sources of information.

QUESTIONS BY MS. INSOGNA:

Q.    Okay.  And are you aware of whether the Cleveland Clinic identifies GLP-1 RAs as a cause of gallbladder disease or disorder on their website?

A.    I'm not.  I'm not.

Q.    Okay.  Would it surprise you to find out that they don't?

A.    Would it surprise me to find out that they don't?  No.

Q.    Same question for UCLA Health?

A.    I'm not -- I would answer -- again, I would answer no, but I don't think that that -- these websites are the main forum to discuss those.  You know, they may not be the main forum to discuss those.

I have to go back to the websites to look to see, but I'm not surprised that they don't share that information on there.

(Lang Exhibit 2 marked for identification.)

QUESTIONS BY MS. INSOGNA:

Q.    Okay.  I'm going to hand you what we'll mark as Exhibit 2.  And this is a printout of the Mayo Clinic website on gallstones.  If you want to just take a moment to look at that.

A familiar image?

A.    Yes.  I was -- okay.

Q.    Okay.  And you agree that the Mayo Clinic is a reliable source of information?

MR. ROTTINGHAUS:  Object to the form.  Vague as to "Mayo Clinic."

THE WITNESS:  I would like to believe that the answer to that is yes.

QUESTIONS BY MS. INSOGNA:

Q.    Okay.  Fair.

And if you turn to page 8, you see they have a list of risk factors?

Correct?

A.    Are you on page 7?  You said page 8, but I think --

MR. ROTTINGHAUS:  I think we're with you.

QUESTIONS BY MS. INSOGNA:

Q.    7.  You're right.  Page 7. Sorry, I do see that there.

And so this is under gallstones, risk factors.  And it says, "Factors that may increase your risk of gallstones include," and then there's a long list of risk factors on page 7 onto page 8.

Do you see that?

A.    I do.

Q.    Okay.  And do you believe this to be a reliable summary of risk factors?

A.    I think this is a -- this is a reliable summary, but it excludes many risk factors that also exist.  This is not an exhaustive list of risk factors.

Q.    Okay.  It does include taking medicines, on page 8.

Do you see that?

So they do include some medicines, focusing on those containing estrogen.

A.    Correct.

Q.    Okay.  And -- okay.  But I don't see GLP-1 RAs listed on this?

A.    That is correct.

I also don't know -- I mean, I have to look back to see when -- you know, when this was published.  I mean, I don't know if you have a date of when it was published.

But again, like, there are numerous risk factors on here that are -- that are not listed.  And this is patient-based material that is -- may not be exhaustive to all conditions.

(Lang Exhibit 3 marked for identification.)

QUESTIONS BY MS. INSOGNA:

Q.    All right.  Let me hand you what we'll mark as Exhibit 3.

Do you recognize this document?

A.    Yes.

Q.    Okay.  And what is this document?

A.    This is -- this is the Subspecialty Consult from Wash U that is the GI version of this.

Q.    And we've included the first -- it came as a book --

Gabriel Sang, MD    CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

A.    Yes.

Q.    -- a hardcopy book.

Right?

And so we included the first couple of pages with the full table of contents and then Chapter 24 titled "Biliary Tract Disorders."

Do you see that?

A.    Yes.

Q.    Okay.  And this is the fourth edition that we talked about earlier today that you published.

Correct?  You're a coauthor?

A.    Yes.

Q.    Okay.  And on page 298 of the book, which is probably the -- do you see that?  There's a title that says "Risk Factors"?

A.    Yes.

Q.    And it includes 11 bullets.

Correct?  Of --

A.    Yes.

Q.    -- risk factors?

And these are risk factors for gallstones.  Gallstone disorder.

Correct?

A.    Yes.

Q.    Okay.  And your point with respect to Exhibit 2 is that there's some additional detail on here that was omitted from the patient-facing Mayo Clinic document.

Correct?

MR. ROTTINGHAUS:  This is Exhibit 3, right?

MS. INSOGNA:  Yes.

THE WITNESS:  Yes, I believe that there's some -- I mean, if I -- I haven't compared them, but in a brief look at this, it looks like there's some additional information on here that wasn't listed there.

QUESTIONS BY MS. INSOGNA:

Q.    Multiparity, for example?

A.    Yes.

Q.    What does that mean?

A.    More than -- more than -- being pregnant more than once.

Q.    Okay.  Not being pregnant with twins.

Correct?

A.    I believe so.  You're testing my OB knowledge, which is not what it once was.

Q.    Okay.  Okay.  So it's either multiple pregnancies or being pregnant with multiple --

A.    I'd have to look that up again. It's embarrassing that I have to, but I'm more of a GI doctor now than an OB doctor.

Q.    And then the second to last bullet is TPN.

Do you see that?

A.    Yes.

Q.    What does that mean?

A.    Total parenteral nutrition is -- I guess if I was describing it to a layperson is like -- it's basically like an IV solution of nutrition to give to patients that can't eat or can't be fed through -- through a tube.

Q.    Okay.  And then you've got medicine -- medication, and here you include more than what was on the Mayo Clinic website.

Right?

The Mayo Clinic website just had estrogen, and you've got a number of others as well.

Correct?

A.    Yes.  And, I mean, this is also -- I would say, is not an exhaustive list, but these are -- this is a handbook for -- primarily for medical students and residents that are interested in GI.  It doesn't -- you know, you're trying to include as many details as you can without being overly burdensome.

But this is not a -- the full -- you know, there's other risk factors on here, obviously, that can be more rare or that may have been discovered after when this was published.

Q.    Okay.  And what is octreotide?

A.    Octreotide is a -- is a medicine.  It's a medicine that we use primarily for a couple things.  One is for neuroendocrine tumors, and the other one is it decreases the amount of pancreas juice that the pancreas makes.  So there's an association between octreotide use and

gallstones.

Q.    And what's the last medicine you've got listed there?

A.    Ceftriaxone.  So that's an antibiotic.

Q.    Okay.  Thank you.

MS. INSOGNA:  I think we're just at about an hour.  Why don't we go ahead and take a break.

THE WITNESS:  Okay.

MS. INSOGNA:  I'll get organized.

VIDEOGRAPHER:  Going off the record.  The time is 10:30 a.m.

(Off the record at 10:30 a.m.)

VIDEOGRAPHER:  We're back on the record at 10:46 a.m.

QUESTIONS BY MS. INSOGNA:

Q.    Great.

Dr. Lang, we're back.

Can we proceed?

A.    Yes.

Q.    Great.  Thank you.

Do you still have your report in front of you?

Gabriela Lang, MD    CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

A.    I do.

Q.    Exhibit 1?

Okay.  I'd like to turn to page 9 at this point.

And in the fourth paragraph, the first under Mechanism of Action, you write, "First, it is appropriate to opine on GLP-1 RAs as a class because they all have the same mechanism of action, which can lead to biliary disorders."

Do you see that?

A.    I do.

Q.    Okay.  And when you say "same mechanism of action," do you mean the mechanism by which they cause gallbladder disorders or the same mechanism of action that leads to the overall safety and efficacy profile of these medicines?

A.    I believe that that comment had to do with the -- how they are all GLP-1 receptor agonists and that that mechanism of action among those drugs is the same.  And so that it would be fair to opine as a class of drugs that all have the same basic pharmacology profile, that they would all

have similar side effects.

Q.    Okay.  Did you do anything to analyze the pharmacology of each of the medicines in the class?

A.    No, I don't think I'm qualified to do that.

Q.    Okay.  And let's see.  Turning to pages 6 to 8 -- starting at the bottom of page 5, but 6, 7 and 8, you describe a number of the GLP-1 RAs.

Correct?

A.    That is correct.

Q.    And you focus on Ozempic, Wegovy, Rybelsus, Victoza, Saxenda, Trulicity, Mounjaro and Zepbound.

Is that right?

A.    That is correct.

Q.    Okay.  Did you look at other GLP-1 RAs in the class?

A.    Not specifically.  Again, this was primarily focused on the class of drugs as a whole and not individual drugs, even within the different classes amongst the GLP-1 RAs.

Q.    Okay.  And at the top of page 8

you write, "Victoza is a GLP-1 receptor agonist.  It has the active ingredient of liraglutide, which differs from semaglutide in dose, frequency and effectiveness."

And then you go on to say, liraglutide is a once-daily dose versus semaglutide which is a once-weekly dose.

Correct?

A.    Yes.

Q.    Okay.  You're aware that there are additional differences between those two medicines.

Correct?

A.    Yes.

Q.    What are some of those other differences?

A.    I -- off the top of my head, I wouldn't be able to describe them to you. But I know they're different formulations, different ways that they are administered to patients, different doses, et cetera.

But, again, I was primarily focused on the class of drugs as a whole, and I didn't spend much time going into the pharmacologic differences between the

Gabriel Sang, MD    CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

classes.

Q.    Okay.  You would agree that the various GLP-1 RA medicines have different molecular structures.

Correct?

A.    I would tend to agree with that.  Again, I'm not a pharmacologist.  I'm not -- I don't have a lot of expertise in that area.

Q.    Okay.  I saw in the back of your report you included a very helpful glossary.

A.    Okay.

Q.    Did you put that together, or was that pulled from somewhere else?

A.    Which page are you on?

Q.    23.  Starts on 23.

A.    I believe this was -- I think this was -- I helped with this, but this was not entirely -- I did not put this all together.

Q.    Okay.  Do you know who else helped put it together?

A.    The attorneys -- or the attorneys that I work with helped -- helped

me, you know, with these when we discussed these various terms.

Q.    Okay.  So turning to page 25, you've got semaglutide, and then you've got the molecular structure, or the $187H291N45O59$.

Do you see that?

A.    I do.

Q.    Okay.  Is that -- that's something that they helped you put together?

MR. ROTTINGHAUS:  Hold on.  I'm going to make a real quick objection.

I think the question and the prior question have gotten into the scope of Rule 26's protections.

Now, if we want to -- if we're going to -- I guess what's good for the goose is good for the gander.  But if we're going to nitpick on what did the attorneys write in the report and what did -- I'm not saying you're doing that, but if we're going to get into that, I'm probably going to be objecting more.

So go ahead and ask the

question.

QUESTIONS BY MS. INSOGNA:

Q.    Let me it this way.

Did you write the description of semaglutide that's written on page 25, including the molecular structure?

A.    I don't believe that I wrote that --

Q.    Okay.  That's totally --

A.    -- molecular structure portion of it.

Q.    Okay.  Thank you.

In addition to different molecular structure, you know that the various GLP-1 RAs have different indications.

Correct?

A.    Yes.

Q.    And so they have different -- they may be prescribed for different patient populations.

Correct?

A.    I agree.

Q.    Okay.  And do you know what the half-lives are of each of the medicines in the GLP-1 RA class?

A.    I would not be able to comment on that right now.

Q.    Okay.  Are you aware that the half-lives are different for each of the medicines?

A.    I'm not aware of the exact half-lives.  I assume that they would be different, just like many medications have different half-lives.

Q.    Okay.  And so to -- where we started here was about the mechanism of action.  And you said that the reason you're looking at them as a class is because they have the same mechanism of action, meaning they dock and lock or bind to GLP-1 receptors.

Is that right?

A.    That is correct.

Q.    Okay.  And just to confirm, you didn't do any -- I didn't see anything in your report on that analysis.

Is that right?

A.    That is correct.

Q.    Okay.  And you did not do an analysis to understand the similarities and

differences of the medicines within the class.

Correct?

A.    That is correct.  I don't think that's within the scope of what I can confidently discuss.

Q.    Okay.  Did you make any effort to compare the relative risk of gallbladder diseases among the different GLP-1 RAs?

A.    That was not the main focus of -- you know, of the research or documentation that I did.  I think that it has -- differences have come out in the different papers about them.

Q.    But I just want to confirm. You did not endeavor to compare or conclude the different relative risk between the medicines and gallbladder disease.

Correct?

A.    That is correct.

Q.    Okay.  Do you know whether the magnitude of risk is the same or different for the medicines in the class?

A.    I don't think that that is definitively known.

Q.    Okay.

A.    I think what is known is that, you know, we do know is higher doses of these drugs do cause more gallbladder and biliary issues and longer durations of treatment cause them.

But I think the -- you know, the exact drug and the effect of each one, you know, as a -- as a physician, I think we like to believe that all of the drugs have similar side effects because it's easier to compartmentalize them.  I think that's overall what the literature does show.

Q.    Do you know in what way the magnitude of risk is affected by the dose of each medicine?

A.    So by each medicine, no.

I think that the higher -- you know, studies have shown that the higher doses do cause more gallbladder and biliary-related issues, but in terms of each individual drug and each individual dose, I did not go into that.

Q.    Okay.  So in other words, you didn't look at what the risk is for patients

Gabrielsang, MD    CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

taking semaglutide at 1 milligram compared to those taking semaglutide at 2.4 milligrams.

Correct?

A.     Specifically, no.  But data indicates that higher doses of -- you know, of those drugs do cause more of the effects that we're discussing today.

Q.     Okay.  And we'll look at that.  Okay.  Great.

Do you know how many studies specifically assess the risk of gallbladder disorders or diseases in patients taking Ozempic?

A.     I do not off the top of my head.

Q.     Okay.  Are you aware of any studies that report a statistically significant increased risk of gallbladder disorders or diseases in patients treated with Ozempic?

A.     Again, I think I mentioned this previously.  I did not look at each -- you know, the -- most of the papers are dividing these drugs into their different classes but not into the individual drugs.

So to answer your question in regards to Ozempic specifically, the answer to that question would be I'm -- I did not come across that study that would show that.

Q.    Okay.  And likewise, you're not aware of any studies reporting a statistically significant increased risk of gallbladder disorder and diseases in patients treated with Rybelsus.

Correct?

A.    Again, the individual medications were not the primary focus of my investigation or research on this.  So to answer that question, no.

Q.    As part of your review, did you look at the results from any of the randomized controlled clinical trials for Ozempic?

A.    Can you point to the individual studies you may be referring to?

Q.    Yeah.

Did you review any of the SUSTAIN trials, for example?

A.    I'll have to look into my --

MR. ROTTINGHAUS:  I think you

guys are on the same page, but to make sure, you mean looking at the actual clinical trial data versus any literature that references SUSTAIN, or do you mean both?

QUESTIONS BY MS. INSOGNA:

Q.    So let me ask it this way.

You're aware that when phase 3 clinical trials are conducted for a medicine, pivotal studies are oftentimes published.

A.    Yes.

Q.    Correct?

And in this case, the SUSTAIN trials were published in journals like the New England Journal of Medicine.

Correct?

A.    Yes.

Q.    Okay.  Did you review those publications of the RCTs for Ozempic?

A.    I have to look back into my materials considered to remember if I -- if I did or not.

Q.    Okay.  So if they're not summarized in your report, then the answer is no?

A.    It's -- yes.

Q.    Okay.  Likewise for randomized controlled trials conducted for Rybelsus?

A.    If they're not on that list, then they're -- almost certainly none have been reviewed for this.

Q.    Okay.  Do you know if any of the randomized, controlled clinical trials of Ozempic found an increased risk of gallbladder diseases or disorders?

A.    I don't know.

Q.    Okay.  Same question for Rybelsus?

A.    Same answer.  I don't know.

Q.    As part of your review, did you review any meta-analyses of RCT data where the risk of gallbladder disorders or diseases was reported specifically for Ozempic?

A.    Again, most of those studies looked at the class of drugs within there, and it was not reported as individual medications.

Q.    Okay.  In the course of your review of the medical literature, would you always go and review the supplemental

materials, too?

A.    It would be variable.

Q.    Variable?

A.    Yeah.

Q.    Okay.  When would you choose to look at the supplemental materials and when not?

A.    I mean, I think if I felt like it was of interest to help facilitate or further move the needle in terms of my opinion, then I would.

I mean, not everything in the supplemental data at all times was always going to be relevant.

Q.    Okay.  Do you note anywhere in your review which studies -- for which studies you looked at the supplemental material?

A.    I did not.

Q.    Okay.  Just to go -- to go back to my question, just to make sure I'm clear.

You did not review any meta-analyses of RCT data where the risk of gallbladder disorder or diseases was reported specifically for Ozempic.

Gabriel Sung, MD    CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Is that right?  Or you don't know?

A.    I don't know.  These -- the majority of the data that's reported is reported for semaglutide, liraglutide.  So it's not labeled as Ozempic in the -- you know, in the -- each individual drug is not listed there.

Q.    Okay.  And so same answer for Rybelsus then?

A.    Correct.

Q.    Okay.  Are you aware of any meta-analyses that found a statistically significant increased risk of gallbladder disorder -- disorders or diseases with Ozempic?

A.    Are we allowed to discuss Ozempic as a -- as a semaglutide?

Q.    I'm -- well, I'm asking specifically about Ozempic because I think you're talking about -- including it with Wegovy.

Is that correct?

A.    I'm including the semaglutide class.  When we're discussing -- I mean, if

we're specifically discussing Ozempic, I don't have -- I don't have individual data for each individual drug.

There is evidence that semaglutides do increase the risk of gallbladder and biliary disease.

Q.    Okay.  And -- okay.  We'll get to that.

A.    Okay.

Q.    That's helpful.

So are you aware of any meta-analysis that found a statistically significant increased risk of gallbladder disorder or diseases with Ozempic or Rybelsus specifically and not with respect to the class?

A.    I haven't -- I haven't looked at the individual drugs.

Q.    Okay.  So you don't know one way or the other?

A.    That is correct.

Q.    Okay.  If you were limited to data just on Ozempic, could you reliably conclude that a cause-and-effect relationship exists between Ozempic and gallbladder

disorder, diseases?

A.    I don't think at this time I would be able to separate Ozempic out from the larger group that it's a --

Q.    Okay.  And so if you were limited to data just on Rybelsus?

A.    That would be the same answer.

Q.    Okay.  Is it your opinion that all GLP-1 RA medicines have the same efficacy profile?

A.    Can you clarify what you mean by "efficacy profile"?

Q.    Sure.

What do you understand GLP-1s to do in a beneficial way?

A.    Oh, I mean, I think -- I mean, the idea simplistically would be to help with diabetes and to help with weight loss.

Q.    And, for example, in the diabetes management it -- among other things, these medicines help lower A1C levels.

Correct?

A.    That is my understanding.

Q.    Okay.  Are you aware of whether all the medicines in the class improve A1C

levels at the same rate?

A.    I can't speak to that specifically because that was not the focus of what I looked at, and I don't treat diabetes.

Q.    Do you know whether the weight loss associated with the different medicines in the class are the same?

A.    My crude understanding is that the weight loss can differ depending on the medicine and the dosing, but I'm not -- I don't prescribe the medicine.  I'm not a weight loss -- medical weight loss doctor.

Q.    Are you aware of which of the GLP-1 RA medicines have been shown to reduce cardiovascular risk?

A.    I did not focus on that in the study.

Q.    Do you know which of -- you mentioned it in your report, so I just want to be clear.

Some of the GLP-1 RAs are considered short-acting and some are long-acting.

Correct?

A.    Correct.

Q.    Okay.  Which of the GLP-1 RAs that you mention in your report are short-acting?

A.    Again, this is not my area of expertise, but I believe that the -- you know, the more often you take that medicine, the shorter-acting it is.  And so the longer-acting ones are the ones that you take less often.

Q.    Got it.

So you're saying that the daily-dosed medicines are short-acting and the weekly-dosed medicines are long-acting?

A.    That would be my presumption.  I'd have to look back at all the -- all the different mechanisms of action to tell you with more certainty.

Q.    Okay.  And do all of the GLP-1 RAs have the same magnitude of effect on gallbladder emptying?

A.    I don't think that that is well-enough known to comment on.

I believe that the early studies would show that different drugs

affect the gallbladder in different -- in different ways but that they all have some sort of effect on gallbladder emptying or gallbladder refilling or the time to maximum gallbladder contraction.  But the exact way in which the GLP-1s do that I think remains unknown at this time.

Q.    And based on your review, are the rates of gallbladder adverse effects the same or different for each of the different GLP-1 RA medicines?

A.    Based on -- based on the review of the literature, I think that some differences likely exist.

I think as a class, when you study -- look at big, randomized controlled trials, that they all likely, you know, together have an effect.  Exactly the difference between each one, I think, probably requires more medical research to further define.

Q.    Okay.  Great.

Back to your report on page 2. On the bottom of the second paragraph you say, "While obesity and diabetes are known to

Gabriel Sang, MD    CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

increase the incidence of gallbladder-related disorders, it is evident that patients who were on GLP-1 RAs experience a higher rate of gallbladder-related etiology than patients who are on other forms of weight loss drugs."

Do you see that?

A.    Yes.

Q.    Okay.  Which studies in your report involve a comparison between GLP-1 RAs and another weight loss medicine, if any?

A.    I have to go back.

MR. ROTTINGHAUS:  You want to just take time to look?

MS. INSOGNA:  Yeah, that's fine.

QUESTIONS BY MS. INSOGNA:

Q.    There's not a citation for that --

A.    Yeah, I think --

Q.    -- so I'm asking, like, what's the -- what's the basis for that sentence?

A.    That may have -- off the top of my head, I mean, having reread this, I think that this was compared to oftentimes other diabetic medicine.

I mean, these were also compared to weight loss in the generic form of diet and exercise more so than -- I'd have to look more closely to look at the other weight loss drugs.

Q.    Okay.  Yeah.  I'm happy if you want to take a -- take a look through the report to see --

A.    Okay.

Q.    -- if you can find any such study.

A.    I think -- that was on page 2, you said, the statement that you were initially referring to?

Q.    Yes.  Yeah.  In the bottom of the second paragraph.

A.    I don't have a study that's supported here to say that.  I don't know if I meant comparing other diabetic drugs and that was a -- misstated there, but --

Q.    That's fine.  I just want to confirm.  You don't -- you're not offering an opinion on kind of the relative risk of gallbladder disorders or diseases related to the use of other weight loss medicines in

reaching this --

A.    That is correct.

Q.    -- opinion?

A.    I'm not comparing other weight loss drugs to the GLP-1s that we're discussing today.

Q.    Okay.  Are you aware -- what are other weight loss medicines?

A.    Well, I mean, I think there have been others in the past.  I'm not -- you know, I'm not an expert in them, and I don't know if very many of them are used more than the current drugs that we're discussing today.

Q.    Okay.  So can you name any other approved weight loss medicines besides GLP-1 RAs?

A.    Not at this time.

Q.    Okay.  Back to page 1 of your report.

On the third paragraph down, the second under the Executive Summary, you write, "Medications or other treatments that are known to increase the risk of gallbladder etiology should be minimized and, at a

minimum, practitioners and patients must be warned about the potential adverse side effects."

Do you see that?

A.      I do.

Q.      Okay.  And when you say "treatment" -- "other treatments," what do you mean by that?

A.      I mean, I think that's discussing some of the other drugs and risk factors that may increase the risk of gallbladder disease and biliary disease.

Q.      Okay.  Because you say "medications," and then you then say "or other treatments."

So I'm just trying to understand what you -- what that means.

A.      I mean, like a treatment, for instance, would be, you know, putting someone on total parenteral nutrition like we talked about, TPN.  I mean, that, I guess, in my head would be considered a treatment, you know, a treatment for malnutrition.

But, you know, I think ultimately what this is discussing is saying

that patients that are started on a drug need to be aware, and practitioners also need to be aware, of all potential side effects, because informed consent is the best way to have the best outcomes and best discussions with patients.

Q.    Okay.  So I see that -- that's helpful.

When you say "warning," though, here, just to be clear, you're not offering an opinion about the labeling -- product labeling for these medicines.

Correct?

A.    That is correct.  I'm not offering that opinion.

Q.    Okay.  I'm going to go back to an earlier conversation just in the interest of time.

A.    Okay.

Q.    So I apologize for bouncing around.

If you were limited to data just on Trulicity, could you reliably conclude that a cause-and-effect relationship exists between Trulicity and gallbladder

disorders or diseases?

MR. ROTTINGHAUS:  Object to the form.

THE WITNESS:  Again, I did not look at Trulicity separate from data on all drugs in that same class.

QUESTIONS BY MS. INSOGNA:

Q.    So no?

A.    So no.

Q.    Okay.  Likewise, if you were limited to data just on Mounjaro, could you reliably conclude that a cause-and-effect relationship exists between Mounjaro and gallbladder disorder or diseases?

A.    Same answer, which is -- which is, I did not look at each individual drug, and I cannot answer that question with any degree of confidence.

Q.    With any degree of confidence?

A.    Or -- sorry.

Q.    No, you can't answer that question?

A.    No, I cannot answer that.

Q.    Okay.  And if you were limited to data just on Zepbound, could you reliably

conclude that a cause-and-effect relationship exists between Zepbound and gallbladder disorders or diseases?

A.    Same answer.

Q.    Okay.  So just to summarize all of that in the interest of moving on, if you were limited to data on just an individual GLP-1 RA medicine, you could not reliably conclude that a cause-and-effect relationships -- relationship exists between that medicine and gallbladder disorders or diseases because you did not look at it in reaching your opinions here?

A.    I did not look at each individual drug's relationship with that.  We looked at them in relation to -- as an overall class of GLP-1 RAs and then kind of split in between their subclasses within that category.

I mean, my -- again, my medical opinion as stated here would be that all of these drugs likely affect gallbladder, biliary states at some point in time and lead to an increased risk of adverse events in that regard.

Gabriel Lang, MD                CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER

Q.     Okay.  Thank you.

Do you agree that diabetes is a serious disease?

A.     Yes.

Q.     Okay.  And could you state what the serious health risks are associated with diabetes?

A.     I mean, I don't treat diabetes. I don't manage that part of patients' care. But, you know, from my medical training, I mean, an increased risk of cardiovascular disease, I mean, and then in terms of -- I mean, there's -- it can affect multiple other organ systems as well.  But, I mean, you know, blood sugar and eyesight and walking and hypertension.  So there's many side effects of diabetes.

Q.     And would you agree that obesity is a serious disease?

A.     Yes.

Q.     Okay.  And what are the serious health risks associated with obesity?

A.     I mean, same.  Mostly cardiovascular, I think, would be the first ones that come to mind.

Q.    Okay.  Let's turn to -- okay. In your report, moving to some of the substance here, I see sections titled "Mechanism of Action" starting on page 9, "Associations" starting on page 12, and then "Dose Dependency" starting on 18.

Do you see that?

A.    I do.

Q.    So let's focus in on dose dependency on pages 18 and 19, if we can.

What do you mean by dose dependency?  Start there.

A.    Okay.  This has to do with the fact that increased doses of GLP-1s, which oftentimes are associated with weight loss doses, do tend to -- those patients tend to experience gallbladder and biliary disease at a higher rate.

Q.    Okay.  And so how is dose dependency, as you've written it here, the same or different to dose-response?

A.    I'm not -- I guess I'm not -- I'm not familiar with what exactly the differences would be between those terms.

What it means is that higher

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

doses tend to cause higher rates of the effects that we're discussing today.

Q.    Okay.

A.    And the reason that that's important, I think, obviously, is because, you know, people generally don't go on lower doses of diabetic medications as time goes on.  So medication's rates often get increased, so that's why it's important for patients to know that higher doses of these medicines may cause more of these side effects.  Or adverse events.

Q.    Okay.  Let's -- so you say that -- let's turn to page 19.  I think that's what you're saying.

In the second paragraph, first sentence, you say, "Data obtained from this meta-analysis is important since increasing doses of GLP-1 RAs may be recommended for patients who do not achieve glycemic control goals with lower doses."

Is that what -- what you mean by what you said earlier?

A.    That is part of that, correct.

Q.    Okay.  And what is that

statement based on?  What research did you do to reach that conclusion?

A.    That's based on this paper specifically, which notes that what they classified in that paper as higher doses and other -- there's other literature as well that shows that higher doses do tend to cause more gallbladder and biliary disease.

Q.    You say, though, that increasing doses of GLP-1 RAs may be recommended for patients who do not achieve glycemic controls with lower doses.

Are you -- is the basis for that statement the He study?

A.    No.  The basis for that is, like, in clinical practice, that if you're started on a medicine for diabetes and you're -- you know, your parameters that your doctor sets for your diabetes aren't reached on that medicine, that they may go up on the dose of that medicine.

And in these cases, going up on the dose of the medicine appears to be associated with increased risk of gallbladder and biliary events.

Q.      Okay.  And so when you say "may be recommended," you mean by prescribers?

A.      By prescribers.

Q.      Okay.  And just to confirm, you do not prescribe GLP-1 RAs?

A.      I've never prescribed one.

Q.      Okay.  Have you prescribed any other diabetes medicine?

A.      I certainly have when I was in my internal medicine residency, like, over 15 years ago, but not in the last 13 or 14 years.

Q.      Okay.  Do you know what the highest approved dose is for Ozempic which is indicated for diabetes patients?

A.      I'd have to go back to look.  I don't know off the top of my head.

Q.      Okay.  And so when you say "increasing doses," you mean up to the indicated dosage?

A.      Correct.

Q.      Okay.  So just to summarize, the basis for your opinion -- strike that.

The basis for your statement that increasing doses of GLP-1 RAs may be

recommended for patients who do not achieve glycemic controls -- control goals with lower doses is based on your clinical experience?

A.    Correct.

(Lang Exhibit 4 marked for identification.)

QUESTIONS BY MS. INSOGNA:

Q.    Okay.  Okay.  Let's turn to the He study.

All right.  I'll hand you what we'll mark as Exhibit 4.  If you want to just take a minute to look at that and familiarize yourself with it.

Are you ready?

A.    I'm ready.

Q.    Okay.  Good.

This is the 2022 study, first author Liyun He.

Do you see that?

A.    I do.

Q.    Okay.  And this is a study that you have cited in your dose dependency section of your report.

Correct?

A.    That is correct.

Q.      It's the only citation I see. I just want to confirm that.

A.      That is the citation that is mentioned in that -- in that subsection of my report.

Q.      And this is a study that supports your opinion that there's a dose dependency relationship between GLP-1 RAs and gallbladder disorders.

Correct?

A.      Yes, that does form -- that is a part of the opinion in that section.

Q.      Okay.  Is there another study on which you are basing your opinion in this section?

A.      This is the primary study.

Q.      Okay.  I just want to confirm if we should look at another one.

A.      No, you can look at this one as the --

Q.      This is the study on which --

A.      Yes.

Q.      -- you base your opinion?

A.      Yes.

Q.      Okay.  Okay.  This is a

meta-analysis including data from 76 RCTs.

Do you see that?

A.    Yes.

Q.    Okay.  And in your report, you report the relative -- the relative risk for the different higher and lower doses and for the shorter and longer durations in this section.

Correct?

A.    Can you point me exactly to where you're referring to?

Q.    Yeah.  At the top of page 19, you include four different statistical summaries from the study.

Right?

A.    Yes.

Q.    Okay.  Let's turn to Figure 3 for a moment.

A.    Figure 3 on the He paper?

Q.    Yes.

A.    Okay.

Q.    Let me know when you're there.

A.    I'm here.

Q.    Okay.  And Figure 3 is Risks of Gallbladder Or Biliary Diseases Associated

With Individual GLP-1 RA Drugs.

Is that right?

A.    Yes.

Q.    Okay.  And actually, I think you discussed this study elsewhere in your report, too, on pages 13 and 14.  So just in the interest of time, we'll just take a look at that, too.

The bottom paragraph on -- starting on page 13 and then going on to 14 is where you summarize the He study in the Association section.

Correct?

A.    Yes.

Q.    And there you include the pooled relative risk of GLP-1 RA therapy and gallbladder and biliary disorders.

Correct?

A.    Yes.

Q.    You do not include any of the individual GLP-1 RA-specific data with respect to gallbladder or biliary disorders.

Correct?

A.    In the -- in the paragraph on the top of 14?

Q.    Correct.

A.    Correct.  This is discussing the pooled relative risk.

Q.    You don't discuss the risks of gallbladder, biliary diseases associated with the individual GLP-1 RA medicines anywhere in your report.

Correct?

A.    That is correct.

Q.    Okay.  Let's look specifically at Figure 3.  And on the left side it's got the list of the different GLP-1 RA medicines.

Correct?

A.    Yes.

Q.    And oral semaglutide, do you know what that is?  Do you know which one that is?

A.    I see it here, yeah.

Q.    That's Rybelsus.

Correct?

A.    Yes.  Yes.

Q.    Okay.  And so this is -- these are eight studies that studied Rybelsus, and the relative risk for Rybelsus is 0.77 with a confidence interval of 0.45 to 1.33.

Do you see that?

A.    Yes, I do.

Q.    So a decreased risk but not statistically significant.

Correct?

A.    Yes.

Q.    Okay.  And then for SC semaglutide, do you know what that means?

A.    Subcutaneous.

Q.    Yes.

So that is both Wegovy and Ozempic.

Correct?

A.    Yes.

Q.    Okay.  So this includes both the Wegovy and the Ozempic RCTs.  And together, the relative risk is 1.28, and the confidence interval is 0.99 to 1.65, so also not statistically significant.

Correct?

A.    But very close to.

Q.    Very close, but not statistically significant.

A.    Yeah.

Q.    Correct?

A.    Not on this paper, yes.

Q.    Great.  Okay.

A.    But I would say that the -- let me just find it here.  But when they looked at the -- this is looking at all doses of subcutaneous semaglutides.

But when you look at the -- what in this paper they define as the higher dose, then there is an increased risk of adverse events from gallbladder and biliary disease.

Q.    Great.  So we're going to -- let's get to that now.

So that's what you are describing on pages 18 and 19 of your report, the dose -- that's really the focus of your dose dependency opinion.

Correct?

A.    Yes.

Q.    Okay.  And that is the next table, or the table on page 517 of the study.

Do you see that?  Just take a moment to...

A.    Yes.

Q.    Okay.  So I think you

acknowledge this in your report, but as a class, use of GLP-1 RAs at lower doses is not associated with increased risk of gallbladder disorders or diseases.

Correct?

MR. ROTTINGHAUS:  Object to the form.

THE WITNESS:  On this study.

QUESTIONS BY MS. INSOGNA:

Q.    Correct.

Do you have another study on that topic in your report?

A.    I don't -- which specific topic are you referring to?

Q.    On the topic of low doses of GLP-1 RAs and gallbladder diseases or disorders.

A.    I'd have to -- I'd have to go back to compare, if you'd like me to, to the -- like, what the doses they used on some of the randomized controlled trials to see if they're similar to what they used on this study.

Q.    Okay.  Let me ask it this way.

In your report, the He study is

the only study for which you are citing for dose dependency opinions.

Correct?

A.    Yes.  In this section, that's the primary source of information that we're basing that opinion on.

Q.    Okay.  And the He study does not find an increased risk of gallbladder or biliary diseases as a class of GLP-1 RAs at lower doses.

Correct?

A.    Yeah.  Based -- that information, based on what they described as the lower doses, the treatment rate is stronger for the high doses.

Q.    And the lower dose, the relative risk is 0.99, and the confidence interval is 0.74 to 1.33.

Do you see that?

A.    Yes.  You're, like, line 4 and roughly on the Table 3?

Q.    Exactly.

A.    Okay.

Q.    And so it's a decreased risk, just barely, but not statistically

significant.

Correct?

A.    Sorry, you're -- can you just rephrase the question so I make sure I under --

Q.    Sure.

So based on the findings of the He study, there is not a statistically significant increased risk of GLP-1 RAs at lower doses and gallbladder disorders or diseases.

Correct?

A.    I mean, they would -- I mean, if we -- yes, this point -- the -- yes, the risk is much higher -- the risk is statistically significant at higher doses but -- compared to lower doses.

Q.    All right.  It's not statistically significant for the low dose.

Correct?

A.    Correct.

Q.    Okay.  You're saying it is statistically significant for the higher dose -- doses but --

A.    Right.  In this study.

Q.      In this study.

Okay.  And so -- and then you also talk about the duration.  You note as a class, the use of GLP-1 RAs for shorter duration, less than six months, is not associated with an increased risk of gallbladder disorders or diseases.

Correct?

A.      Right.  Compared to over -- over six months or 26 weeks.

Q.      Okay.  So to a reasonable degree of medical certainty, you're not offering the opinion that GLP-1 RAs at a lower dose can cause gallbladder disorders or diseases.

Correct?

MR. ROTTINGHAUS:  Object to the form.

THE WITNESS:  I think if you go back to the other literature, that there would -- you know, lower doses can still cause it.

This was -- I interpreted this study to show that higher doses are more likely to cause this than it is

to say that lower doses do not cause this.

QUESTIONS BY MS. INSOGNA:

Q.    Okay.  That's not in this section of your report, so can you point me to what study you are basing your opinion on?

A.    I mean, I'd have to go back to the doses that are used to compare them to what they used in the LEADER trial, et cetera, to discuss that.  But those were -- you know, I'd have to go back to look at the exact doses and compare them to what He used as the high dose.

Q.    Okay.

A.    That would take some time --

Q.    Okay.

A.    -- but I could do it.

Q.    You didn't do that in the course of reaching your opinions.

Correct?

A.    That's correct.  That's not stated here.

Q.    Okay.  And so you're saying that this study can be used affirmatively for the findings as to high doses and longer

duration but not as to low doses and shorter duration.

Is that what you're saying?

A.    I think that this study is showing that high doses and longer duration of treatment have a more deleterious effect on gallbladder and biliary side effects than do low doses and short treatment intervals as defined as six months.

Q.    Okay.  So I just -- like, I just need to know the basis for those opinions.

A.    Yes.  This -- the basis of the opinions as under the subheading Dose Dependency is heavily based on this showing that higher doses of these drugs cause more gallbladder and biliary adverse events, as do longer treatment durations.

Q.    Okay.  And now focusing on the shorter duration, are you offering the opinion to a reasonable degree of medical certainty that GLP-1 RA use for less than six months causes gallbladder diseases or disorders?

A.    I'm not.  I can't offer that

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

opinion off the top -- with any degree of, like, certainty right now.  I'd have to go back to look at all of the different papers to see what time frames they used.

Q.    Got it.

This section of the report focuses on high dose -- higher doses and longer duration, so I just need to know if you are -- your opinion is that the data supports, to a reasonable degree of medical certainty, that GLP-1 use of six months or more can cause gallbladder diseases or disorders.

Correct?

A.    Yes.

Q.    Okay.  You don't have that same opinion as to zero to six months.

Correct?

A.    That is correct.

Q.    Okay.  Is this one of the studies for which you looked at the supplemental data?

A.    I'd have to see the supplemental data to tell you.  I mean, I think this is a very good paper, so I -- I'm

sure -- I would be fairly confident that I looked at the supplemental data, but I'd have to see it to be 100 percent sure.

Q.    Okay.  It's lengthy, so --

A.    Yeah.

Q.    -- I don't know if that helps.

A.    They're all --

Q.    It's 62 pages.

A.    All the supplements are lengthy, in many papers.

Q.    Okay.  Okay.  So you -- as you sit here, you're not sure one way or the other whether you looked at the supplemental data for the He study?

A.    I'm not -- I -- I'm not 100 percent sure.

Q.    Okay.  Okay.  On page 19 of your report, you say in the second paragraph, second sentence, starting "therefore."

"Therefore, increased risks of gallbladder or gallbladder diseases should be considered when the doses are escalated."

Do you see that?

A.    Yes.

Q.    Okay.  What do you mean by that

statement?

A.    Meaning the provider should be aware that higher doses of these drugs and dose escalations may lead to increased risk of gallbladder and biliary disease.

Q.    So I interpret those to be two different things.  So I want to know if that's two different things to you.

I think of dose escalation as the step from .25 to .5 milligrams, whereas high doses is when you get to 1 milligram, for example, or 2.4 milligrams.

Are those the same in your mind, or are those different?

A.    I don't know if -- I don't have any data off the top of my head that's -- that's showing what happens when you go from, like, the lowest dose to the medium dose that's still less than, you know, the -- what He has discovered or stated as their calculation of that.  So I'm not aware of data of what happens.

I think that the fact that these adverse events are more common as we get to higher doses, the prescriber should

know that as you increase the dose, there's a strong likelihood or possibility that you may experience more of these adverse events.

Q.    And is that a linear risk?

A.    I don't -- I don't know exactly how that curve would look.

Q.    Okay.  Did you do any analysis of the data to assess that potential curve?

A.    I did not.

Q.    Okay.  Okay.  Back to the Figure 3 of He.

Do you still have that in front of you?

A.    Yes.

Q.    Okay.  Would you agree that the data in He do not demonstrate a statistically significant increased risk of gallbladder diseases or disorders with Ozempic or Rybelsus?

Correct?

A.    I -- again, the exact names of the drugs are not listed here, so I can't offer that opinion.

Q.    Okay.  So when you see SC semaglutide in Figure 3, you don't have an

understanding of which medicines that could be?

A.    I think you -- I mean, looking back, you -- I mean, you do, but it's not listed here as Ozempic or the brand name.

Q.    Okay.  So if it's not listed here, can you make that extrapolation?

Or you can because you know that's what those are?

A.    Right.

Q.    Those are the --

A.    But you're looking -- well, okay.  Sorry.  Go ahead, finish your --

Q.    Let me just ask it this way.

Are you aware of any medicine besides Rybelsus that is oral semaglutide?

A.    No.

Q.    Okay.  And are you aware of any medicine besides Wegovy and Ozempic that are subcutaneous semaglutide?

A.    No.

Q.    Okay.  So when it says in He "oral semaglutide," the risks listed here are for Rybelsus.

Correct?

A.    Very likely.  Yes.

Q.    Okay.  Is there something else that is not -- that is keeping you from saying yes?

A.    No.  No.

I think the one thing that should be mentioned, though, is that the -- you know, the risk for the subcutaneous dosing, the -- under liraglutide, you know, the p-value is .06.  And, you know, when we do these scientific analyses, we're looking at p-values of .05.  So it's definitely close.

I think when you look at the literature, you know, for the subcutaneous semaglutides, that one thing that comes to light is that there's less studies and that some of those studies, and especially the bigger studies, had a shorter duration of where they followed those patients.

So one thing that has been proposed in the literature is that the effect of these drugs may be greater if you had followed patients for a little bit longer of a time that are on those drugs.

Q.    Are you familiar with the SELECT trial?

A.    Not without seeing it.

Q.    Okay.  It's listed -- you don't list it in your acronyms.

Are you aware of the length of follow-up in the semaglutide CVOT trials?

A.    I'd have to see it again to refresh my memory.

Q.    Okay.  Would it surprise you to find out that it's multiple years of follow-up?

A.    No.

Q.    Okay. Okay.  And so just to go back to where we started, just to confirm, based on the data in He, you would agree that the data in He do not demonstrate a statistically significant increased risk of gallbladder or biliary diseases with Rybelsus.

Correct?

A.    That is correct, based on this He meta-analysis.

Q.    Okay.  And likewise, would you agree that the data in He do not demonstrate

a statistically significant increased risk of gallbladder diseases or disorders for Ozempic and Wegovy combined?

A.    I mean, there's definitely -- I mean, it is not statistically significant, but there's definitely at least a -- or more so than a moderately increased risk associated with that, that on this study came as close as you can but did not reach statistical significance by .01 missed that -- missed that mark.

Q.    And the studies included here, the 14 RCTs for subcutaneous semaglutide, include both the high-dose Wegovy studies and the low-dose Ozempic studies.

Correct?

A.    That is my understanding of -- they're -- in Figure 3, if that's what we're still referring to, they combine the high and low dose into that data.

Q.    And together, that dose -- the outcome of both the high-dose and the low-dose subcutaneous semaglutide is not statistically significant.

Correct?

A.    But definitely increases the risk, but not statistically significant, yes.

Q.    Okay.  Why don't we -- just one second.  Let me just make sure I'm done with this one, and then we can take a break.

MS. INSOGNA:  Okay.  I think we can go ahead and take a break.

Do you think it's lunchtime?

VIDEOGRAPHER:  We're going off the record.  The time is 11:45 a.m.

(Off the record at 11:45 a.m.)

VIDEOGRAPHER:  We are back on the record at 12:39 p.m.

QUESTIONS BY MS. INSOGNA:

Q.    Dr. Lang, we're back after lunch.

Are you ready to proceed?

A.    I'm ready.

Q.    Okay.  Thank you.

You've still got your expert report in front of you.

Right?

A.    I do.

Q.    Okay.  Let's turn to page 4, which is part of the section titled,

"Background and Etiology of Gallbladder
Disease."

Do you see that?

A.    Yes.

Q.    And you've got a subsection
Cholelithiasis.

Do you see that?

A.    Yes.

Q.    Okay.  And then in that section
on page 4, in the second paragraph you list
various risk factors that contribute to the
formation of cholelithiasis, which is
gallstones.

Correct?

A.    Yes.

Q.    Okay.  And you include obesity,
female sex, pregnancy, rapid weight loss,
diabetes mellitus, diet high in fat and
cholesterol, family history, certain
medications, and underlying diseases such as
cirrhosis and Crohn's disease.

Is that right?

A.    That is correct.

Q.    Okay.  Did you conduct any
analysis to determine the specific hazard

ratios or relative risks for each of these risk factors for cholelithiasis?

A.    I did not.

Q.    Okay.  Do you know what the hazard ratio or relative risk associated with diabetes mellitus as a risk factor for cholelithiasis?

MR. ROTTINGHAUS:  Object to the form.  Compound.

THE WITNESS:  I do not.

QUESTIONS BY MS. INSOGNA:

Q.    On page 1 of your report, in the third paragraph, second sentence, you say, "While cholecystectomy or clinical treatment may resolve gallbladder disease, there is a cascading health effect to an already at-risk patient population that leads to gallbladder etiology being severely detrimental to a patient's health and well-being."

What do you mean by "already at-risk patient population" in that sentence?

A.    That is referring to patients that are at risk already for -- I think both for gallbladder and gallstone disease, as

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

well as patients that are more at risk for having bad outcomes with, you know, surgeries and ERCPs and the treatment of pancreaticobiliary, gallbladder and biliary disease.

Q.    Was there a -- is there a specific comorbidity that you had in mind when you wrote that?

A.    I think that the patients that -- this is referring to patients that are on GLP-1s likely have diabetes or are obese, and so those patients are going to be more at risk for bad outcomes related to surgeries and other treatments for gallbladder and gallstone-related events.

Q.    And is that based on your clinical experience, or did you do additional research on that point?

A.    I think that --

MR. ROTTINGHAUS:  Object to the form.

THE WITNESS:  -- would be pretty well-established in the literature.  I don't have literature to support that that's quoted here,

but it is definitely based on my, like, opinion of working in this area for a number of years.

QUESTIONS BY MS. INSOGNA:

Q.    And then back to -- elsewhere in your report -- on page 13 it's helpful -- you say, "Patients with type 2 diabetes are at a twofold higher risk of gallbladder disease than those without diabetes."

Do you see that?

A.    Yes.

Q.    And then you also write, two sentences ahead, "In patients with obesity, the prevalence of new gallstones exceeds 10 percent after 8 to 16 weeks of a low calorie diet and exceeds 30 percent after gastric bypass surgery."

Do you see that?

A.    I do.

Q.    Okay.  And so -- when you say "twofold higher risk," what -- do you have a -- does that translate to a specific relative risk in your mind?

A.    I can't tell you the relative risk based on that statement.

Q.     Okay.  Are there separate established risk factors for cholecystitis?

A.     I believe that all the risk factors for many of these are all the same. They're kind of taken as one.

Q.     Okay.  Is there any risk factor that you list here for cholelithiasis that is not a risk factor for cholecystitis?

A.     I believe that obviously you need to have cholelithiasis to have cholecystitis, so I would take them to be one and the same.

Q.     Okay.  Are there any other risk factors for coleocystitis besides gallstones?

A.     I mean, I think there's -- I mean, there's acalculous cholecystitis, and you sometimes see that more frequently in older patients that are very sick for other reasons, but that's not, I think, the subject of today's discussion.

But stones in the gallbladder are the vast, vast majority of cases of acute coleocystitis.

Q.     Okay.  Looking at the risk factors you've got here in the statement

you've got with respect to risk for patients with type 2 diabetes, I just want to confirm, you couldn't say that any GLP-1 RA medicine is the but-for cause of a gallbladder problem in a patient with diabetes.

Correct?

A.    Are you referring to, like, an individual patient that presents?

MR. ROTTINGHAUS:  Let me just object.  It's overly broad.

THE WITNESS:  Go ahead?

MR. ROTTINGHAUS:  Yeah.

THE WITNESS:  I think it would be difficult with an individual patient to -- that came in that was on a GLP-1 to say that this was caused by, you know, just the medicine.  You know, these are likely -- you know, but what we do know is that these medicines, based on the literature, they do cause these effects.

So as a population as a whole, I think that patients that are on these medicines, separate from just diet and exercise, do cause this.

Gabriel Lang, MD    CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

I think in another article, what we found is that the effects of the medicine go beyond the weight loss -- main weight loss that you see. So there is something, obviously, I believe, to the drugs that cause this.

But in an individual patient that presented with coleocystitis or a stone in their common bile duct, it would be difficult to tell them with 100 degree certainty that it's the medicine versus something that can naturally occur in people that are less at risk versus just diabetes versus just weight loss alone.

QUESTIONS BY MS. INSOGNA:

Q.    Thank you.

Okay.  Moving on to the mechanism of action component of your opinion, which starts on page 9, you mention on page 1 -- sorry to jump around -- that part of your assignment was to assess the possible biological mechanism.

Is that right?

A.    Yes.

Q.    And what do you mean when you write "biological mechanism" here?

A.    I think that was an overly broad way of saying that -- to try to begin to understand what the GLP-1s do to the -- to the gallbladder or to the bile or to the -- you know, what mechanisms that we can begin to understand may cause the effect that's being described in the report.

Q.    Okay.  Great.

All right.  So jumping to section starting on page 9 of Mechanism of Action.

You've got that?

A.    Yes.

Q.    Okay.  And the -- in the fourth paragraph, second sentence, you write, "The discussion below will highlight the variety of proposed mechanisms in which these drugs cause biliary disease."

Do you see that?

A.    You're on the first -- second sentence of the first paragraph under Mechanism of Action.

Is that correct?

Q.    Correct.

A.    Okay.  Yes, I'm with you.

Q.    Okay.  Do you see that?

A.    Yes.

Q.    Okay.  And when you write -- you wrote "proposed," that was an intentional word choice.

Correct?

A.    I believe so.  I think --

Q.    As compared -- oh, sorry.

A.    I was going to say, because I don't think as of now there's one distinct mechanism that I can point to to say with a high degree of certainty is the singular cause.

And I believe that when you look at the drugs as a whole, they cause a variety of different effects that more likely than not altogether impart the effects of adverse events we're discussing today.

Q.    That's helpful.  I want to just confirm that, and we'll go through a couple of other places here where you use that word choice.

But so when you say -- when you

intentionally use the word "proposed mechanism," that's because none of these is the confirmed mechanism.

Correct?

A.    Yeah.  I believe that there's not one direct arrow from -- if you were writing a -- you know, GLP-1's arrow with exact cause causing gallbladder disease, I believe that it's most likely a multitude of different factors that is causing them.

Q.    Right.

And you have included in here, and we'll go through them, the various proposed mechanisms by which it might cause gallbladder disease.

Correct?

A.    That is correct.

Q.    Okay.  Turning the page to -- first sentence on page 10, you say, "Although the biologic rationale for the association between GLP-1 RA and gallbladder disease is not entirely clear."

And then you go on to say, "What appears to involve," and then you list a number of factors.

Correct?

A.      Yes.

Q.      Okay.  And again, you were careful in saying "not entirely clear."

Correct?

A.      I believe the phrase "not entirely clear" is to highlight that there's not only one mechanism, that there's likely a variety of mechanisms that all can or all together play a role in these outcomes.

Q.      Okay.  So there's no kind of consensus within the medical community that this is how GLP-1 RAs cause gallbladder disease.

Correct?

A.      Correct.  I think there's a -- my medical opinion is that there's likely a multitude of factors that contribute to the increased risk of gallbladder and biliary disease in patients on GLP-1 RAs.

Q.      So let me just ask this again because my question was a little bit different.

A.      Okay.

Q.      Not about your opinion, but

zooming out.

Just to confirm, there's no consensus within the medical community of the mechanism by which GLP-1 RAs cause gallbladder disease.

Correct?

A.    Correct.  I don't think that as of now there's one distinct entity of the ones listed here or others that may be proposed that is the singular factor that causes the drug to have this effect on the gallbladder and biliary system.

Q.    Okay.  All right.  And then you summarize the hypotheses on page 12 at the end of this section, correct, this first full paragraph on 12 where you note, "The exact mechanism for the increased risk rate of gallbladder stones with GLP-1 RAs may also include altered bile acid production and secretion, decreased gallbladder emptying, weight loss, prolongation of gallbladder refilling or a combination of these factors."

Is that right?

A.    That is correct.

Q.    Okay.  And so you're not

opining that any one of these is definitively the mechanism of action.

Correct?

A.    That is correct.

Q.    Okay.  Are you opining that all of these together is the mechanism of action, or is it that you have identified various mechanisms that impact gallbladder activity that may lead to gallstones?

A.    I think it's more so the latter, that the combination of all of these may play a role in this.  But the exact -- you know, I think the exact proportion of one versus the other at this time remains unclear.

Q.    Okay.  And that's consistent with what you write on page 19, the third paragraph.  You say, "The mechanism of GLP-1 RA-induced gallbladder disease is complex"?

A.    That is correct.

Q.    Okay.  Let me just clarify my earlier question for -- in the interest of time.

I just want to confirm that you're not opining to a reasonable degree of

medical and scientific certainty that all of these together play a role, but instead the various mechanisms you've identified may impact gallbladder activity that may lead to gallstones.

Correct?

MR. ROTTINGHAUS:  Objection. It's vague and ambiguous.

THE WITNESS:  Can you ask that one more time?

QUESTIONS BY MS. INSOGNA:

Q.    Maybe.  Let's try.

You're not opining to a reasonable degree of scientific and medical certainty that all of these mechanisms together are the cause of gallstones -- increased risk of gallstones in patients on GLP-1s.

Correct?

MR. ROTTINGHAUS:  Same objections.  Also, it's argumentative as phrased.

Although my colleague is never argumentative, the question is argumentative.

THE WITNESS:  Should I try to answer, then, to the best of my ability?

MR. ROTTINGHAUS:  Go ahead. You can answer it.

THE WITNESS:  Okay.

So, yes, I think that, again, these are -- these are all proposed mechanisms that in -- they're all parts of a puzzle that may begin to explain the effect.

I think that what's important when you're a provider just taking care of these patients is not often so much of the -- of the mechanism is because the results is what's important.  And the treatment, you know, again, despite what the exact cause is, is the same for all of these.

And I think what we do know is that regardless of the exact cause -- and these are some of the kind of medical opinions -- most believable causes for this is that we do know

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

that there's something additive to the drug that people that lose weight are more likely to have stones.  But people that lose weight with GLP-1s are at a higher risk of having stones.

So there's something in the drugs.  These are the proposed mechanisms that we found that I think make sense to the medical community, but which proportion each individual one has in that is still -- is still yet to be known.

QUESTIONS BY MS. INSOGNA:

Q.    Research may elucidate that in the future, but it's not the current state of science today.

Correct?

A.    Correct.

MR. ROTTINGHAUS:  Same objection as before.

THE WITNESS:  Yes.  I think, like, the exact mechanism, or to say it's 65 percent gallbladder motility and 20 percent, you know, excretion of cholesterol into the bile, I think

that exact proportion isn't known.

And, you know, like many other diseases that are multifactorial in nature, we know what some of the risk factors are, and that's as well as we can do right now.

QUESTIONS BY MS. INSOGNA:

Q. Okay. Great.

Okay. Back to the Mechanism of Action section. Between pages 9 and 12, I want to talk about some of the literature that you cite here.

A. Sure.

Q. And I'm going to try to bucket them as best as possible. I'm happy to pull up the study if that's helpful.

A. Okay.

Q. I've got all of them here.

So between pages 9 and 12, I count that you cite 16 sources for these various hypotheses.

Does that sound right to you?

A. I trust your counting. I don't need to count them again, I don't think.

Q. Okay. You cite approximately

16 sources for these various hypotheses.

In the -- to bucket them, I count four studies that were animal cell or animal in vivo studies that involve GLP-1 RAs.

Does that sound right to you?

A.    It seems relatively correct. I'd have to go back to count each individual one --

Q.    So we can go through them.

So I see that Marzioni 2007 --

A.    Do you have --

Q.    -- which is footnote 40 and 42, if that helps.  If looking at that helps.

And then the second Marzioni in 42, Marzioni 2009.

A.    Okay.

Q.    And then the two studies in 43, Wang and Zhao, are all in mice or rats?

A.    Sure.

Q.    Does that sound right?

A.    That does sound correct.

Q.    Okay.  And two of them involve exenatide, two, and two involve liraglutide?

A.    Sure.

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Q.    Does that sound right?

A.    That does.

Q.    That's consistent with your expectation?

A.    Yes.

Q.    Okay.  And then there's one additional animal study in footnote 44, the second study, Wang, Q, which is in mice, but it doesn't involve GLP-1s.  You can see it's --

A.    Right.

Q.    -- about gut microbiota.

A.    Yes.

Q.    Okay.  All right.  And then -- all right.  We've got -- there are three literature reviews:  Footnote 41 Gether; footnote 44, Grigor'eva; and Smits 2016, which is footnote 45.

Do you see that?

A.    Yes.

Q.    Okay.  Two of those studies reference Saxenda, and the third is a review of microbiome and gallstones.

Do you have any reason to disagree that those studies discuss any other

Gabriel Lang, MD    CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

GLP-1 RAs?

A.    Sorry --

Q.    Do you believe that those studies discuss any other GLP RAs besides Saxenda?

MR. ROTTINGHAUS:  The literature review studies?

MS. INSOGNA:  Those three studies, yeah.

THE WITNESS:  I'd have to go back to look, but I think what you're saying is correct.

QUESTIONS BY MS. INSOGNA:

Q.    Okay.  And then you cite three meta-analyses:  Monami, which is footnote 45; Nreu, which is footnote 35; and Gameil, which is footnote 34.

I'm sorry, Gameil is a cohort study.  Two meta-analyses and one cohort study.

Do you see those?

A.    I do.

Q.    Okay.  And let's -- we'll keep going, and then we'll go back to those.

I see two liraglutide -- I'm

sorry, one liraglutide study, which is Nauck 2019.  That's the LEADER study that you mentioned earlier, footnote 31 and 45.

And then Nexoe-Larsen, which is footnote 32 and 33 and 39, that's a Saxenda study on gallbladder emptying.

Is that right?

A.    You're correct.

Q.    Okay.  And then I see three healthy patient studies:  Keller, which is footnotes 35 and 37 -- you can see in the title "fasting healthy subjects."

A.    Sorry, what was the first one you said?

Q.    Keller 2012 in footnote 35 and 37 is an exenatide study in healthy patients.

A.    Oh, sorry, okay.  I think there's like a miscitation there.  It's like two and one.  That's why I missed it.

Q.    Yeah.  Okay.  Yes.

And then Shaddinger, which is footnote 38, this is albiglutide in healthy patients.

And then footnote 36 is Rehfeld, which is a GLP-1 peptide study of

plasma in healthy patients and type 1 diabetes patients.

Does that sound right?

A.      Yes.

Q.      Okay.  All right.  So that -- those are the studies.  Did I -- I just want to confirm, I didn't miss any studies that you cited in the Mechanism of Action section.

I'm not trying to trick you.  I do want to make sure I'm correct.

A.      Yeah, I think I -- yes, I mean, I didn't, like, cross them off as you talked about them, but I will -- I think you are correct, and I will take your word for it.

Q.      Okay.  So just to summarize. So we've got -- and I'm just going to -- the point of this is to go through to identify which ones do and do not discuss semaglutide.

A.      Sure.

Q.      So that -- I'm not hiding the ball here.  That's the whole purpose of this.

And so just to confirm, the five animal studies involve either exenatide, liraglutide or no GLP-1.

Correct?

A.    Yes.

Q.    Okay.  And the literature reviews discuss either microbiome generally or Saxenda.

Correct?

A.    I believe you are correct.

Q.    Okay.  And then Nauck 2019 is the Victoza LEADER study.

So that's --

A.    That's 31, right?

Q.    That -- 31, correct.

A.    Yes, okay.

Q.    So that's Victoza, not semaglutide?

A.    Correct.

Q.    And then Nexoe-Larsen 2018 is Saxenda study.

So liraglutide, correct?

A.    Yes.

Q.    Okay.  And then the healthy patient studies are, we said, exenatide, albiglutide or the GLP-1 peptide study.

Is that right?

A.    That is correct.

Q.    Okay.  So then there are three

studies we haven't talked about.  Those are the Monami, Nreu and Gameil.

Correct?

A.    Yes.

Q.    Okay.  So we'll look at those with respect to semaglutide in this section.

Okay.  Let's start with -- let's start with Monami, if we can.  And that's footnote 45 in this section, just so that you've got it.

A.    Oh, that's the one that still has, like, two on it.  I'm with you.  Sorry, it's --

Q.    No, that's fine.

A.    The more you look at it, the more you see --

Q.    The title is "Safety issues with glucagon-like peptide-1 receptor agonists (pancreatitis, pancreatic cancer and cholelithiasis): data from randomized controlled trials."

Correct?

A.    Yes.

(Lang Exhibit 5 marked for identification.)

QUESTIONS BY MS. INSOGNA:

Q. Okay. All right. I'll hand you a copy of that study which is Exhibit 5. Give you a moment to look at that, please.

A. Okay.

Q. Okay. Are you refamiliarized with this study?

A. Yes.

Q. Okay. And this is a study you cite both in the Mechanism of Action section and the Association section.

Right?

A. Correct.

Q. Okay. How did you weigh this study in your weight of the evidence analysis?

A. I think I took it under good consideration as it was, you know, one of the -- I think one of the larger meta-analyses that was performed on this topic.

Q. Okay. Great.

And this is a meta-analysis of data from 113 RCTs, and 90 of which reported information on gallbladder, specifically

cholelithiasis.

Right?

A.    Yes.

Q.    And on page 18 of your report where you talk about it in the Association section, you report the overall odds ratio, right?  1.30 with a confidence interval of 1.01 to 1.68.

Do you see that?

A.    Yes.

Q.    Okay.  And then I want to look at the study.  Of the studies in which there was a cholelithiasis event, only one of those included semaglutide.

Correct?

A.    Only one study, right?

Q.    Yeah.

A.    Yeah.

Q.    And you can look -- you can see that in Table 1, it's organized by medicine. And on page 1238 at the bottom of the table, there's one study for semaglutide, Marso, 2016.

A.    That is correct.

Q.    Right?

That's the SUSTAIN-6 trial.
That's one of the pivotal studies?

A.    Yes.

Q.    Okay.  And then if you turn to
Figure 3 on the next page, it's got the odds
ratios with 95 percent confidence interval
for cholelithiasis in all trials included in
the meta-analysis, right?

It's got all those studies that
they included?

A.    Yes.

Q.    And if you look at Marso 2016,
which is SUSTAIN-6, not LEADER --

A.    Yeah.

Q.    -- we talked about.  That's a
different study.

SUSTAIN-6, that's the only
study included in the Monami meta-analysis
involving semaglutide, and the odds ratio is
not statistically significant for
semaglutide.

Is that right?

A.    Correct.

Q.    Okay.  And no studies involving
oral semaglutide was included.

Correct?

A.    It does not appear --

Q.    Okay.

A.    -- that way.

Q.    So no findings in this study relevant to Rybelsus.

Correct?

A.    It wasn't included.

Q.    Okay.

A.    As far as I can tell.

Q.    And I also don't see findings as to any GLP-1 RA and cholecystitis.

Is that correct?

A.    I'm not sure if they -- was that an -- was that an outcome that they were looking at?

Q.    I don't think so.  I just want to confirm --

A.    Okay.

Q.    -- that I didn't miss it.

A.    I'm not sure -- I mean, I don't think that that was an endpoint that they looked at.  They focused on -- it appears that they focused on pancreatitis, pancreatic cancer and cholelithiasis.

Q.    Okay.  Thank you.

Okay.  And then to the Mechanism of Action section, you cite Monami in footnote 45, which is that last sentence on page 12 where you say, "The exact mechanism for the increased rate of gallbladder stones with GLP-1 RAs may also involve altered bile action -- acid production and secretion, decreased gallbladder emptying, weight loss, prolongation of gallbladder refilling or a combination of these factors."

Do you see that?

A.    Yes.

Q.    Okay.  And which of those -- which of those does Monami, as opposed to the other two citations in that footnote, support?

A.    I'm sorry, I don't understand the question.

Q.    So you've got three -- cite three different studies in footnote 45.

Do you see that?  You've got Smits, Monami and Nauck.  And I'm wondering which -- what part of it is Monami cited for?

A.    I would have to go back and read all the -- read every paper to see which one it is.

Q.    Okay.  So -- and so from looking at Monami, what you've got in front of you, it's not clear which one that is cited for?

A.    I would -- I'm -- if I were to venture an opinion on this, it had to do with how this sentence was constructed and the -- and the -- in the -- in the conclusions of the papers.  And it was probably a citation that was based on ideas and wording more than it was on the scientific evidence that was taken from this paper.

(Lang Exhibit 6 marked for identification.)

QUESTIONS BY MS. INSOGNA:

Q.    Okay.  Okay.  Let's talk about the second study that we left in the Mechanism of Action section, Nreu 2020, and that's footnote 35.

Can I have -- please?

I'll hand you a copy of the Nreu study, which is marked as Exhibit 6.  If

you want to just take some time to look at that.

          A.    Okay.

          Q.    Okay.  And you cite Nreu in footnote 35 for the sentence, "Multiple studies have observed a deleterious effect of GLP-1 RAs on gallbladder motility."

                Do you see that?

          A.    Yes.

          Q.    Okay.  And you cite Nreu and Keller, which is the exenatide study on healthy subjects.

                Right?

          A.    Yes.

          Q.    Okay.  So looking at Nreu, this is titled "Cholelithiasis in patients treated with Glucagon-Like Peptide-1 Receptor:  An updated meta-analysis of randomized controlled trials."

                And you see the last author is Matteo Monami.

                Do you see that?

          A.    Yes.

          Q.    So this is -- this is an update to the study we just looked at.

Gabriel Lang, MD     CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Correct?

You can look at it, if helpful.

A.     Okay.

Q.     Okay.  So this meta-analysis includes data from 43 RCTs, 25 of which reported information on cholelithiasis.

Right?

A.     Yes.

Q.     Okay.  And then let's look at Figure 1, which summarizes each of the studies involved and the risk of cholelithiasis for GLP-1 RA versus placebo or active comparators.

Do you see that?

A.     Yes.

Q.     Okay.  And so we've got three Ozempic studies.  We've already looked at SUSTAIN-6.

Correct?

A.     Yes, that's kind of in the middle there.

Q.     Exactly.

A.     Okay.

Q.     And then Kaku 2018 is SUSTAIN Japan, and that has no findings in either

group.

Right?

A.       Is that --

MR. ROTTINGHAUS:  I don't see that one, I'm sorry.

THE WITNESS:  Is that on here?

QUESTIONS BY MS. INSOGNA:

Q.       It is the three --

MR. ROTTINGHAUS:  Found it. I'm sorry.

QUESTIONS BY MS. INSOGNA:

Q.       -- six, nine, 12, 15, 18th, maybe, down.

A.       Oh, okay.  I see it.  Okay. Okay.

Q.       Weinstock.  Yes, above Weinstock.

A.       It's confusing because they're not in, like, any order, it seems like.  But, yes.

Q.       Yes.  Agreed.

Actually, I do see it's in -- it looks like it's ordered by the odds ratios --

A.       Oh, okay.  Fine.

Gabriel Lang, MD    CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Q.    -- actually.  But now that you point that out --

A.    Not the left-hand part is not. Okay.  I'm with you.  I'm following.

Q.    Okay.  So Kaku is the SUSTAIN Japan trial, and so there were zero cases in either the Ozempic or the control arm.

Do you see that?

A.    Yes.

Q.    Okay.  And then Ahren 2017 is SUSTAIN-2.

That's another Ozempic trial. You see that?

A.    I'm trying to find it.  Oh, it's Ahren, A-h-r-e-n.

Q.    Yeah.

A.    Okay.  I'm with you.

Q.    Okay.  And the odds ratio for that is 1.49 with a confidence interval of 0.15 to 14.41, so not statistically significant.

Correct?

A.    Yes.

Q.    Okay.  And then let's look at the -- there are two studies in here that

involve Rybelsus.  PIONEER 6 is two under Kaku.

A.    Okay.

Q.    That's one of the pivotal studies for Rybelsus, and that has an odds ratio of 0.33 with a confidence interval of 0.03 to 3.21, so not statistically significant.

Do you see that?

A.    Yes, I do.

Q.    And then the other Rybelsus study is Rosenstock 2019, and that has an odds ratio of 1.67 and a confidence interval of 0.21 to 14.36.

Is that right?

A.    Yes.

Q.    Okay.  I just want to confirm. You didn't go and look at each of these individual RCTs in reaching your opinion here.

Correct?

A.    That is correct.

Q.    Okay.  And based on the data in the Nreu study, no semaglutide study had a statistically significant increased risk of

cholelithiasis.

Correct?

A.    Yeah.  I'm taking your word that those are -- I didn't go through -- if I'm taking what you're saying to be correct, which I don't have a reason that you would be trying to deceive me, then on those three studies the data did not show that.  It was not statistically significant in that regard.

Q.    You said three studies, and you're right, I want to get this right.  So if you think that anything I'm saying is not correct, please say so.

A.    Yeah.  I mean, I did not -- I did not review each of these studies in -- each of the studies in Figure 1 on the -- on the Nreu paper in-depth, so I -- you know, I -- it's -- this is based on looking at this graph with you and formulating this opinion as we speak.

Q.    Got it.

Is this a study for which you reviewed the supplemental material?

A.    Again, I'm not -- I'm not sure.

Q.    Okay.  So in the supplemental

material, Table 3S has the principal characteristics of the included trials.  So if you had reviewed that, you would have seen which medicines go with which study name?

A.    Very likely.

Q.    Okay.  All right.  So of the five studies we looked at that involve semaglutide, none had a statistically significant increased risk of cholelithiasis reported.

Correct?

A.    Not in the ones that are described in Figure 1 here.

Q.    Okay.  Do you have the supplements?

(Lang Exhibit 7 marked for identification.)

QUESTIONS BY MS. INSOGNA:

Q.    I'll just go ahead and hand you what we'll mark as the next exhibit of the supplement, just so that you have the benefit of seeing that.

Okay.  I'll hand you what we'll mark as Exhibit 7.  This is just simply to give you confidence in your conclusion there.

If you turn to Table 3S where it has principal characteristics of the included trials.

A.    Yes, those are the --

Q.    Right.

Those are the ones we went through:  PIONEER 6, Kaku, SUSTAIN-6, Ahren and Rosenstock.  And those are the semaglutide studies.

Correct?

A.    Yes.

Q.    Okay.  And so just now that you've seen that, I just want to ask again. No semaglutide study included in Nreu had a statistically significant finding for an increased risk of cholelithiasis.

Correct?

A.    Correct.

Q.    Okay.  And nor did the study have any findings as to any GLP-1 RA and cholecystitis.

Correct?

A.    Again, I'm not sure if they -- if that was an -- I have to look to see if that was an endpoint that they --

Gabriel Lang, MD   CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Q.     That's fine, if you want to take a look at that.

A.     Yeah, I don't -- they did not -- the -- they did not look at the endpoint of cholecystitis in this paper.

Q.     Okay.  Great.

And then let's turn to the last.  So we've talked about Monami, Nreu. And the third study you cited in the Mechanism of Action section we haven't talked about yet is Gameil 2024.  And that's Tab 8, if you have that.

And that's cited in your footnote 34, so you can take a look there.

(Lang Exhibit 8 marked for identification.)

QUESTIONS BY MS. INSOGNA:

Q.     I'll hand you what we'll mark as Exhibit 8, if you want to take a minute to look at that.

A.     Okay.

Q.     Okay.  Great.

The Gameil study is a small cohort study.

Correct?

A.    Yes.

Q.    Okay.  Not a randomized trial.

Right?

A.    Correct.

Q.    Okay.  And it's an observational cohort study of 308 patients with type 2 diabetes who used GLP-1 RAs continuously for 12 months and a control group treated with conventional antidiabetic medicines not including GLP-1 RAs.

Right?

A.    Yes.

Q.    Okay.  And if you turn to page 2, the very bottom of the Method section, it summarizes the doses that were used.  And the last part of the sentence says they used semaglutide 1 milligram in prefilled pens in that arm of the study.

Do you see that?

A.    Yeah.

Q.    And so semaglutide 1 milligram was -- is Ozempic.

Correct?

A.    Yes.

Q.    Okay.  And you cite on this

study in footnote 34 of your report for this last sentence in the second paragraph on page 10.  You say, "Moreover, GLP-1 RA-induced rapid weight loss may lead to supersaturation of the bile with cholesterol and hence increased incidence of gallstone formation."

Is that right?

A.    Yes.

Q.    Okay.  And that's the reason for which you've cited this paper in this section.

Correct?

A.    Yes.

Q.    Okay.  And if you turn to page 2 of the study, on the left side, halfway down --

A.    Okay.

Q.    -- on the page, you find that sentence.  It starts, "Moreover, GLP-1 RAs induced rapid weight loss -- GLP-1 RAs-induced rapid weight loss may lead to supersaturation of the bile with cholesterol and hence increased incidence of gallstone formation."

Gabriel Lang, MD    CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Do you see that?

A.      Yes.

Q.      With the exception of the commas, it appears to be verbatim.

Is that right?

A.      It's very close, yes.

Q.      Okay.  I didn't see a quotation mark in your report, so I just want to confirm.  Were you intending to quote this study for that sentence?

A.      I believe that if I took that sentence and used it, close to it, and I put the citation, that that's what I was intending to do, and that's why the citation is there.

Q.      Okay.  Is there a reason why you didn't include the quotation marks?

A.      I mean, there's -- there's no reason why I didn't do it.

Q.      Okay.  Do you typically include quotation marks when you're quoting other scientific papers?

A.      I think in scientific papers and things that I write, typically the citation number is enough if you're doing

something like that.  But there may be a formatting difference between lawyers and MDs.

Q.    Totally fair.

The sentence right above it, also in your report, that begins, "GLP-1 RAs may inhibit gallbladder motility and delay gallbladder emptying by suppressing secretion of cholecystokinin, leading to sludging and stone formation," is also from the same study.  It's the sentence right above in the Gameil study.

Do you see that?

A.    Yes.  I have to find it on here again, but...

Yes.

Q.    Okay.  There's no footnote or citation to that sentence, but are you intending to also refer to Gameil for that sentence?

A.    I would assume that the quotation at the end is relevant to both those sentences.

Q.    Okay.

A.    Or the footnote at the end is

related to both those sentences.

Q.     The study itself doesn't speak to the gallbladder motility or emptying.

Correct?

A.     Yes.

Q.     It relates to the outcome of gallstones.

Right?

A.     Right.  I believe that that citation -- so I didn't mean to interrupt you.  Sorry, I apologize.  But I believe that that citation is used because I pulled the sentences of the -- it was written in a very clear and good way that was probably better than the way that I could have put it myself.

And I believe that knowing the way that I -- that I write, even though I write less now than I have before, that that quotation, or the citation 34, to me, would have applied to both those sentences.

And this is not a -- the paper that I'm holding in my hand, the Gameil study, is not a mechanistic paper, and that citation had more to do with the wording of the mechanism of action, which I thought was

appropriate for the paper, and that the mechanism of action is not the highlight of the -- of this Gameil paper that I have in my hand right now.

Q.    Turning to the -- back to the actual study, not the discussion you just cited, I want to look at Table 4.

And there are two findings in Gameil relevant to semaglutide, right, that cholelithiasis and symptomatic cholelithiasis?

A.    Yes.

Q.    Right?

And neither of those findings is statistically significant given the p-values.

Correct?

A.    That is correct.

Q.    Okay.  The author of this study does not conclude that there's a causal relationship between Ozempic use and cholelithiasis.

Correct?

A.    I don't believe that that's the outcome that he was measuring in the study.

I think that it was a -- more of an overall effect of GLP-1s and the risk.

Q.    Well, the conclusion is -- only goes so far as association and only as to a different GLP-1.

Do you see that?

A.    Yes.

Q.    Okay.  So not even causation as to that other GLP-1, but -- correct?

A.    Yes.  I mean, I think causation and association are used a little bit interchangeably sometimes.  But, yes, the -- I mean, there -- the conclusion here that is listed is that liraglutide is -- was the most clinically relevant one to cause that side effect in this paper.

Q.    Okay.  This is an observational study.  How do you weight -- how did you weight this study in your weight of the evidence analysis in reaching your opinions here?

A.    I mean, I think overall you're looking at randomized controlled -- I mean, they all play a role.  I think this is obviously not -- you know, not as good as

larger randomized controlled trials, but, you know, obviously this factors into, you know -- into the -- into the overall hierarchy of what you're looking at.

It's hard to -- you know, I didn't spend time ranking them like, you know, 1 through 100, so it's difficult to -- it's difficult to say.  But, I mean, this was -- you know, this is one of the -- there weren't a lot of observational studies, I think, that -- you know, that came in here that were trying -- there were more meta-analyses and more randomized controlled trials, so this is included as a study in there that definitely had some weights behind it.

Q.      Okay.  And thinking back to the factors that you said are important criteria when weighing a study, one of those was journal type and impact factor of the journal.

Correct?

A.      Yes.

Q.      Are you familiar with the Diabetology and Metabolic Syndrome journal

previously?

A.    I can't say that I have been.

Q.    Okay.  Do you know the impact factor of this journal?

A.    I do not off the top of my head.

Q.    Okay.  In the course of your review of the literature, did you look at the -- or look up the impact factor of each of the journals?

A.    No.  I mean, there's obviously journals that, like, as a medical professional that tries to stay up to date on literature that obviously, like, carry more weight that have bigger names on them than others, but I did not spend time looking at each journal and what the impact factor is.

I think that, you know, obviously, papers that are published in the New England Journal of Medicine obviously catch your eye a little bit more than, you know, other journals.

Q.    Okay.  All right.  So to -- let's just wrap up the Mechanism of Action section where we started.

On the -- thinking back to the 16 studies that we've talked about that you've cited here, three include findings relevant to semaglutide.

Correct?

Monami, Nreu and Gameil. Correct?

A.    Yes.

Q.    Okay.  And none of those three studies included semaglutide-specific findings that were statistically significant for gallbladder disease.

Correct?

A.    Yes.  But I will say that some of the -- some of the materials that are cited under that section have more to do with wording and understanding of the mechanism of action rather than pulling that data from that to explain the mechanism of action.

I think that, you know, again, assuming, which I think is fair to assume, that many of these drugs act in the same way, that the mechanism of actions for different GLP-1s probably holds some weight for each other.

Q.    I understand.

But we've already talked about the different rates of outcomes for different medicines, and so I just want to confirm.

You acknowledge that the rate of gallbladder outcomes is different for each of the different medicines within the class.

Correct?

A.    I believe that there's some variation in that based on the studies.

Q.    Okay.  Did you find any mechanism of action studies that involved semaglutide?

A.    I did not.  I'm not sure that there -- that there are any.  I think that -- I think -- as a medical doctor, you have to assume that when you're looking at mechanism of action for drugs that you assume have the same mechanism of action, that a lot of those would carry over.  But it does appear that most of the mechanism of action studies were not done on semaglutides.

MS. INSOGNA:  We are at an hour, and I'm done with that section, so why don't we take a quick break.

THE WITNESS:  Okay.

VIDEOGRAPHER:  Going off the record.  The time is 1:40 p.m.

(Off the record at 1:40 p.m.)

VIDEOGRAPHER:  We are back on the record at 1:59 p.m.

QUESTIONS BY MS. INSOGNA:

Q.    All right, Dr. Lang, back to it.

A.    Okay.

Q.    Are you ready to proceed?

A.    I am.

Q.    Okay.  And you still have Exhibit 1 in front of you, which is your report.

Correct?

A.    I do.

Q.    Okay.  And I want to turn now to the Association section.  I think we've covered everything else, so I just want to make sure we get through this section.

Starts on the very bottom of page 12.  The heading is on page 12, and then it goes through the middle of page 18.

Is that right?

A.    That is correct.

Q.    Okay.  And these are the -- you summarize a number of meta-analyses, RCTs and observational studies which support your conclusion of a causal association between GLP-1 RAs and gallbladder disease.

Is that right?

A.    That is correct.

Q.    Okay.  And just so that we're focused, we -- it is foot -- the references that you've got in this section begin on footnote 46 and end on 67?

A.    You are correct.

Q.    Okay.  And in this section, I see discussion of two meta-analyses, specifically He 2022 and Monami 2017.

Is that right?

A.    Yes.

Q.    Okay.  And those are the meta-analyses you reviewed in support of your opinion in this case.

Correct?

A.    Yes.

Q.    You also cited the Nreu study in the other section.  So just in the

interest of completeness, I know it's in the Mechanism section, but those are the universe of meta-analyses that you reviewed and relied on in reaching your opinions here?

A.    Yes, I believe so, without going back to make sure nothing was missed. But in all fairness, that you -- I believe what you're saying is correct.

Q.    Okay.  And again, I don't want to trick you.  I neither want to trick you nor want to get it wrong.

A.    Right.

Q.    So if there's something that I say with respect to a summary of what the study is that you think is incorrect or you need to confirm, please let me know and we'll do that.

A.    Okay.

Q.    I have all the studies here.

A.    Okay.

Q.    Okay.  And I just want to confirm that you did not review Yin 2021 or Wang 2022, which are other meta-analyses that have gallbladder outcomes.

Is that correct?

A.    If they're not on the materials considered, I almost certainly did not review them.

Q.    Okay.  I did not see them in the materials considered list.  I'm happy for you to look to confirm, if that would be helpful.  It's Yin 2021 and Wang 2022.

A.    No.  Okay.  I don't need to see them.

Q.    Okay.  Moving from meta-analyses to the RCTs, I see discussion of five RCTs and then citations to two others.  So I see reference to seven RCTs in this section.

Does that sound right?

A.    Very likely to be correct.

Q.    Okay.  We can just run through them quickly.

Footnote 48 and 51 is Wilding 2021, footnote 48.

A.    48.

Q.    There are three in that one, so it's --

A.    Oh, yeah, I know.  Okay.  Yes.

Q.    And that is "STEP 1 study

Group, Once Weekly Semaglutide in Adults with Overweight or Obesity"?

A.    Yes.

Q.    So that is a Wegovy study. Correct?

A.    Yes.

Q.    Okay.  And then footnote 49 has Nauck?

A.    Yes.

Q.    Which is LEADER, which is "Effects of Liraglutide Compared With Placebo on Events of Acute Gallbladder or Gallbladder Disease in Patients With Type 2 Diabetes At High Risk for Cardiovascular Events in a -- in the LEADER Randomized Trial."

Do you see that?

A.    Yes.

Q.    So this is Victoza studied in that RCT. Correct?

A.    Yes.

Q.    And then footnote 60 is Pi-Sunyer, and it is the SCALE -- by the SCALE -- "SCALE Obesity and Prediabetes Study Group, a Randomized Controlled Trial of 3.0

Milligram of Liraglutide in Weight Management."

So that's a Saxenda trial, correct?

A.     Yes.

Q.     Okay.  The next footnote, 61, is le Roux, and this is "3 years of liraglutide versus placebo for type 2 diabetes risk reduction and weight management in individuals with prediabetes, a randomised, double-blind trial."

Do you see that?

A.     I do.

Q.     Okay.  So that's also Saxenda.
Correct?

A.     Yes.

Q.     Okay.  And then footnote 65 is Hernandez, and that's "Albiglutide and cardiovascular outcomes in patients with type 2 diabetes and cardiovascular disease, harmony outcomes, a double-blind, randomised, placebo-controlled trial."

Do you see that?

A.     Yes.

Q.     And so that's albiglutide?

A.    Yes.

Q.    Okay.  Those are the five RCTs you discuss in the body of your report.

Correct?

A.    Yes.

Q.    Okay.  And then I see citations to two others.  So in the interest of completeness, if you look at footnote 48, you cite to Wadden and Lundgren in addition to Wilding.

Do you see those?

A.    Yes.

Q.    And Wadden is "STEP 3 randomized clinical trial."  It's semaglutide versus placebo as an adjunct -- I'm sorry, strike that.  I missed the first line.

"Effect of Subcutaneous Semaglutide Versus Placebo as an Adjunct to Intensive Behavior Therapy on Body Weight in Adults With Overweight Or Obesity:  The STEP 3 Randomized Clinical Trial."

Do you see that?

A.    Yes.

Q.    And so that is also Wegovy?

A.    Yes.

Q.    Okay.  And then Lundgren is the last one.  This is titled "Healthy Weight Loss Maintenance with Exercise, Liraglutide, or Both Combined."

Do you see that?

A.    Yes.

Q.    And that's also Saxenda.

Correct?

A.    Yes.

Q.    Okay.  So just to summarize, you cite -- just do the math.  You cite two Wegovy RCTs, three Saxenda RCTs, one Victoza RCT, and one albiglutide RCT in support of your opinion here.

Correct?

A.    Yes.

Q.    Okay.  You don't discuss or cite any Ozempic RCTs.

Correct?

A.    Correct.

Q.    Okay.  And you likewise don't cite or discuss any Rybelsus RCTs.

Correct?

A.    Correct.

Q.    Okay.  Okay.  And then let's

just do the observational studies quickly.

I count four observational studies in this section, and let's just go through those.  The first one is footnote 52, Faillie; footnote 57, Dong -- I'm sorry, let me go back.

Footnote 52, Faillie, is titled "Association of Bile Duct and Gallbladder Diseases With the Use of Incretin-Based Drugs in Patients With Type 2 Diabetes Mellitus."

Do you see that?

A.      Yes.

Q.      Okay.  And then the second observational study you cite and discuss is Dong 2022, which is titled "Association between glucagon-like peptide-1 receptor agonist and biliary-related diseases in patient with type 2 diabetes, a nationwide cohort study."

Do you see that?

A.      Yes.

Q.      Okay.  Footnote 56 is Gameil 2024.  That's the cohort study we already looked at.

Correct?

A.    Yes.  That is correct.

Q.    Okay.  And then the last observational study I see cited here is Niu 2025, and that's footnote 67.

Do you see that?  It's titled "Gastrointestinal and Hepatobiliary Safety of Glucagon-Like Peptide-1 Receptor Agonist in Patients With Type 2 Diabetes."

Do you see that?

A.    I do.

Q.    Okay.  And so Faillie, Dong, Niu and Gameil are the four observational studies which you reviewed and on which you rely in reaching your opinions in this case.

Correct?

A.    Yes.

Q.    Okay.  And then I see one additional study in this section titled "He (Long)," and that's a PV study.

Is that right?

That's -- let me find the footnote.  Okay.  And footnote 58 is the He -- sorry, the He (Long) study titled, "Association between GLP-1 RAs and DPP-IV inhibitors with biliary disorders,

pharmacovigilance analysis."

Do you see that?

A. Yes.

Q. Okay. And that's a study based on the FAERS data.

Correct?

A. That is correct.

Q. Okay. And -- okay. And so just to summarize, you reviewed and relied on three meta-analyses, seven RCTs, four observational studies, and one PV study in reaching your opinions in this case.

Correct?

A. Yes. If those are the citations here, then, yes.

Q. Okay. Are there any other studies in this section of -- the Association section of your report that we did not categorize?

A. I don't believe so.

Q. Okay. I'm happy for you to take a look --

A. No, I --

Q. -- just to make sure we don't miss anything.

A.       -- think you're accurate.

Q.       Okay.  And I -- okay.  So focusing on the meta-analyses -- we've already covered them, so I think this will be fast -- you discuss He 2022, Monami 2017, and then Nreu 2020 elsewhere.

Are you aware of any meta-analysis that reports an increased risk of gallbladder diseases or disorders with Ozempic use?

A.       Not as stated here.

Q.       Okay.  And are you aware of any meta-analysis that reports an increased risk of gallbladder diseases or disorders and Rybelsus use?

A.       Not as stated here.

Q.       Did you look for any such study?

A.       I imagine that -- I mean, I performed the most exhaustive literature review that I could -- that I could find.  So I -- you know, there's probably papers out there that may state otherwise, but this was the best attempt at capturing the data.

Q.       Okay.

A.    Oh, talk louder.  Okay.

Q.    Okay.  And then turning to your report on page 13, you say in the second paragraph, "Several randomized clinical trials have shown a higher rate of gallbladder disorders in patients who are randomized to GLP-1 RAs versus placebos."

Is that right?

A.    Yes.

Q.    And then you cite Wadden, Wilding and Lundgren.

Right?

A.    Yes.

Q.    Okay.  And we talked about those.  Those are two Wegovy and one Saxenda trial.

Correct?

A.    It appears that way, yes.

Q.    Okay.  So all three studies for which you support that statement are medicines indicated for patients with obesity or overweight.

Correct?

A.    Yes.

Q.    Okay.  Let's look at the

observational studies then, starting with Faillie, footnote 52.

So you described Faillie in your report on page 14, the paragraph that begins "Faillie, et al."

Do you see that?

A.    Yes.

Q.    And then again on page 17, "Faillie, et al."

Do you see that?

A.    Yes.

Q.    Will you take a look at those two paragraphs and tell me why you included a summary twice in this section?

A.    I don't think -- I don't know why, why it's in there twice, why it's not condensed into one.  I don't know.

Q.    Did you -- I don't mean to be -- I'm not intending to be rude by this question.

A.    Okay.

Q.    So I just -- like, did you just write this over the course of multiple sessions and then not condense it down?

A.    That's more than likely what

happened.

Q.    Okay.  Okay.

A.    Yes, I did not write this all in one -- in one go.  This took multiple, multiple hours over different days to write, and that may have been a not intended oversight in that regard.

Q.    Okay.  Okay.  So you've -- you summarized it on page 14 and 17, but unintentionally in two places.

Is that right?

MR. ROTTINGHAUS:  I'm just going to object that it suggests that it's specifically the exact same wording.

Is that what you're saying?

MS. INSOGNA:  No.

MR. ROTTINGHAUS:  Okay.  I'm going to object as argumentative.

You can answer.

THE WITNESS:  No.  I mean, I think -- again, if I was looking at this with a different lens now, it's very likely that that could have been condensed into one or two paragraphs

Gabriel Lang, MD    CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

put together versus in two separate
paragraphs on two different pages.

QUESTIONS BY MS. INSOGNA:

Q.    Okay.  Some of the information
is the same, some of it's different --

A.    Correct.

Q.    -- so I didn't know if there
was any meaning behind including it twice.

A.    I think it's important data,
but, like, there was no stylistic or reason
that that should have been in there --

Q.    Okay.

A.    -- like that.

(Lang Exhibit 9 marked for
identification.)

QUESTIONS BY MS. INSOGNA:

Q.    Let me hand you a copy of the
Faillie study, what we'll mark as Exhibit 9.

A.    Okay.

Q.    Okay.  So this is a cohort
study.

Correct?

A.    Yes.

Q.    What does that mean?

A.    That the -- I mean, they

grabbed patients that weren't purposefully matched together to analyze them, looking at the drugs and for the outcomes they were attempting to measure.

Q. And it's a retrospective review of health records of patients in the UK.

Correct?

A. Yes.

Q. Okay. And patients in this study were those that took liraglutide and exenatide.

Correct?

A. Will you point me to -- I was looking for that quickly -- where you found that in the -- in the methods or exposures?

Q. Yeah.

A. Where that was listed?

Q. Yep. Just one second.

A. Yeah, I was just looking at it in the --

Q. Uhm...

A. Yeah, here it is. It's under exposure -- exposure definition on page 1476, in the second or third paragraph under Exposure Definition where it says, "Exenatide

or liraglutide alone or in combination with other antidiabetic drugs." Okay.

Q. Great. Okay. Thank you for -- you found it faster than I did.

A. I skim more of these than you do.

Q. So not a single patient involved in this study took semaglutide.

Correct?

A. Correct.

I mean, I think it's important just to say that while not every drug's included in these, you know, my belief, and I think the overall belief, is that, again, a lot of these drugs work in the same way so that, you know, while semaglutide isn't reflected here, you know, it's fair to at least opine that -- or think that those drugs could have similar effects on patients.

Q. Thank you.

So Table 3 summarizes the findings.

Right?

A. Yes.

Q. And this study did not find a

dose-response.

Correct?  A dose-dependency response?

A.    I'm not sure that that was what they were -- that that was the main outcome that they were looking at in the study, was -- I mean, I don't even know if they have a dose -- different doses on here.

Is that -- unless I -- you can correct me if I'm wrong.

Q.    I'm sorry, you're right.  I'm talking about duration of use.

A.    Okay.

Q.    So when I said dose-response, I meant duration of use.

A.    Okay.

Q.    So I apologize.

A.    And then in this study, just so that we're talking about the same thing, the -- they followed these patients for how long?

Q.    Over a year.

Correct?

A.    I believe so.

Q.    Okay.

A.    I'm just making sure that I'm answering your question the best I can.

Q.    Yes.  Let me -- let me start over with that question --

A.    Okay.

Q.    -- since I threw us off kilter with the dose-response statement.

So Table 3 shows that there is not a statistically significant finding for increased risk with increased duration of GLP-1 use.

Correct?

A.    Yes.

Q.    Okay.  So in this study, taking a GLP-1 for more than six months was not statistically significant for the risk of gallbladder disease.

Correct?

A.    Yes.

Q.    And looking back at the title of the study, it says, "Association of Bile Duct and Gallbladder Diseases With the Use of Incretin-Based Drugs in Patients With Type 2 Diabetes Mellitus."

This says association, but you

are drawing from it a causal relationship.

Correct?

A.    Yes.

Q.    Okay.  And how do you weigh this study against the criteria that you set forth in your weight of the evidence analysis?

A.    I mean, I think that, you know, again, this is a cohort-based study, so, you know, I think most of us would agree that it's not as good as a randomized controlled trial.

I mean, I think the advantages of a study like this is that it included a large number of patients, so I think that's -- that was -- you know, definitely increased the weight or made it a slightly better article than the ones that had fewer patients.

Q.    Okay.  And in the report where you summarize the studies, both on page 14 and page 17 you summarize the study, and you report certain of the findings.  I just want to confirm.  You don't describe the limitations of this study in your report.

Correct?

A.      Can you just point me to where you see it on page 17?

Q.      So there's a typo in Faillie --

A.      Okay.

Q.      -- but it's that second full paragraph.

A.      Okay.  Yes.

Q.      So just to ask my question again, you did not note any of the limitations of this study in your report.

Correct?

A.      Correct.

Q.      Okay.  Okay.  All right.  Let's move to the second observational study, Dong, YH, which is footnote 57 on page 15 of your report.

I'll hand you a copy of that study.

A.      Okay.

(Lang Exhibit 10 marked for identification.)

QUESTIONS BY MS. INSOGNA:

Q.      What we'll mark as Exhibit 10.

A.      Okay.

Q.    Okay.  And this is a study titled "Association between glucagon-like peptide-1 receptor agonist and biliary-related diseases in patients with type 2 diabetes, a nationwide cohort study."

Is that right?

A.    Yes.

Q.    And this is another retrospective cohort study.

Correct?

A.    That is correct.

Q.    And it's for patients in Taiwan.

A.    Yes.

Q.    Correct?  Okay.

A.    I know it was somewhere in Asia, but I -- yes, Taiwan National Health Insurance, yes.

Q.    And it's comparing GLP-1 users with SGLT2 inhibitor patients.

Is that right?

A.    That's correct.

Q.    And what is a SGLT2?

A.    Oh, I mean, that's a different diabetic drug, but I'm not -- I mean, I was

not as focused on what that drug does for that as -- you know, which is looking at the -- primarily focusing on the GLP-1 effects on the gallbladder, not on the other drugs they're comparing it to.

Not an expert in diabetic drugs.  Never was and am definitely not now.

Q.    Okay.  And let's just confirm which GLP-1s were studied in this study. It's on page 485 under 2.2, Study population and study drugs.

In the third paragraph -- okay. This study, it says in the last paragraph on the left side of page 485, "We only focused on two GLP-1 RAs, liraglutide and dulaglutide, and two SGLT2s, dapagliflozin and empagliflozin, because of the limited use of exenatide, one of the GLP-1 RAs."

Do you see that?

A.    Yes.

Q.    Okay.  So no patients in this study took semaglutide.

Correct?

A.    That is correct.

Q.    Okay.  And this is a specific

patient population.

Correct?

A.    Yes.

Q.    Okay.  And the hazard ratio you included is 1.2.

Is that right?

It's on page 15 of your report. You say, "Dong, et al., found an elevated risk of biliary-related diseases among GLP-1 RA users with a significant hazard ratio, more than 1.2."

Do you see that?

A.    Sorry, I'm -- I lost where the -- oh, sorry, I was, like, looking at the paragraph below.

Yes.

Q.    Okay.  Okay.  And that's the only summary of this study I saw in your report.

Is that right?

A.    I believe that is correct.

Q.    Okay.  And the study did a variety of different on-treatment analyses.

Correct?

A.    Yes.

Q.    Okay.  And the Table 3 lists the hazard ratios of composite and individual biliary-related diseases comparing GLP-1 RAs with SGLT2is after propensity score matching.

Do you see that?

A.    Yes.

Q.    Okay.  And the composite biliary-related diseases outcome of 1.20 is not statistically significant because the confidence interval crosses 1.

Correct?  For patients on treatment?

A.    Let me look.  Can I look at that again?

Q.    Yeah.

A.    Yeah, that's correct.

Q.    Okay.  And likewise, the individual biliary-related disease hazard ratios for the on-treatment were not statistically significant in that same table.

Correct?

A.    You're still on Table 3?

Q.    Yes.

A.    Yes.

Q.    And if you turn to the very

last page of the study where it says "conclusion," the author writes, "GLP-1 use might be associated with an elevated risk of biliary-related diseases compared to SGLT2 inhibitor use in Asian patients with type 2 diabetes."

A.      Yes.

Q.      Is that right?

        Do you agree with that?

A.      I do.

Q.      Okay.  Do you believe that this study shows more than an association with elevated risk of biliary diseases and GLP-1 use?

A.      I do.

Q.      Okay.  And it's a brief mention in your report, but just to confirm, you don't summarize the limitations of this study in your report.

        Correct?

A.      I don't.

Q.      Okay.  Okay.  The third observational study you cite in this section is the Gameil 2024 study.

        Correct?

A.    Yes.

Q.    We looked at that earlier.  You describe it on page 15 of your report here where you say, "A statistically significant association was found between GLP-1 RAs and cholelithiasis.  Cholelithiasis was more frequent among GLP-1s users than nonusers."

A.    Yes.

Q.    Is that right?

A.    That is correct.

Q.    Okay.  And we looked at this earlier.  The findings in Gameil were not statistically significant as to all of the GLP-1 RAs studied.

Correct?

A.    You're speaking about for every individual drug?

Q.    Correct.

A.    That is correct.

Q.    Okay.  But it was not statistically significant as to semaglutide.

Correct?

A.    Not in this paper.

Q.    Right.

Okay.  And then where you are

describing Gameil, you don't describe any of the limitations of that study.

Correct?

A.    Correct.

Q.    Okay.  And then the fourth and final observational study you describe in this section is the Niu study.

Do you see that?

A.    What -- can you just tell me the citation number again?

Q.    Yeah.  It's footnote 67.

A.    Yes.

(Lang Exhibit 11 marked for identification.)

QUESTIONS BY MS. INSOGNA:

Q.    All right.  And I'll hand you a copy of the study, what we'll mark as Exhibit 11.

You ready?

A.    Oh, yeah.

Q.    Okay.  I'm sorry.

This -- the Niu study is a retrospective cohort study that used data from the TriNetX database.

Correct?

A.    Yes.

Q.    Thank you.  I could hear you whisper the last as I --

A.    Sorry, I shouldn't do that.

Q.    No, you're fine.  Thank you.

And then if you look on page 3, the first full paragraph on page 3 summarizes the medicines that the patients used.

Is that right?

A.    Are you on the paragraph starting with "participants"?

Q.    Correct.

A.    Okay.

Q.    And the "Participants were categorized into two groups based on their antidiabetic treatment, those receiving GLP-1 RAs and those treated with oral antidiabetic medications, excluding GLP-1 RAs."

Do you see that?

A.    Yes.

Q.    Okay.  And the GLP-1 RA group included patients taking exenatide, lixisenatide, semaglutide, dulaglutide or liraglutide.

Correct?

A.    Yes.

Q.    And the comparators were other oral diabetes medicines.

Correct?

A.    That is correct.

Q.    Okay.  And the GLP-1 RA cohort included 230,415 subjects.

Is that right?

A.    Say it -- the adult -- you're in the adult patients diagnosed with type 2 diabetes on any GLP-1 RA?  Is that what you're -- is that the 230,520 that you're referring to, or am I making that up?

Q.    I'm looking at the Figure 1 flowchart --

A.    Okay.

Q.    -- at the bottom of page 3.

A.    Yes.

Q.    And you can see the GLP-1 RA group included 230,415 patients taking a GLP-1 RA.

A.    Yes.

Q.    Right?

A.    Okay.

Q.    Okay.  And follow-up is

described on page 4.

A.    Okay.

Q.    And follow-up was how long?  Do you see?  Oh --

A.    I believe it was -- under GI outcomes, they said during the five-year follow-up period.

Q.    Okay.  So five-year follow-up in the Niu study.

Correct?

A.    Yes.

Q.    Okay.  And then if you turn to Table 2 --

A.    Table 2.

Q.    Yep.

A.    Okay.

Q.    -- on page 5, this is where the authors summarize the various common gastrointestinal side effects of patients who received GLP-1 RAs versus oral antidiabetic medications.

Correct?

A.    Yes.

Q.    And it includes the raw numbers for each of the two arms of the group plus a

hazard ratio, confidence interval and
p-value.

Correct?

A.    Yes.

Q.    Okay.  And then if you look at
Table 2, starting with cholecystitis, the
first entry, the result is not statistically
significant.

Correct?

A.    Yes.

Q.    Okay.  And the second and last
entries here are cholecystectomy and ERCP.

Is that right?

A.    Yes.

Q.    Okay.  And likewise, neither of
those are statistically significant.

Correct?

A.    That is correct.

Q.    And ERCP is what you describe
as one of your common procedures that you do
in your clinical practice.

Correct?

A.    Yes, that is correct.

Q.    Okay.  Is this one of the
studies for which you reviewed the -- do you

recall reviewing the supplemental materials?

A.    Again, I don't remember which ones I reviewed the supplemental material.

(Lang Exhibit 12 marked for identification.)

QUESTIONS BY MS. INSOGNA:

Q.    Okay.  Let me hand you a copy of the supplement, what we'll mark as Exhibit 12.

All right.  In looking at the supplemental material that I handed you -- he's hogging it.

All right.  In looking at the supplemental material that I handed you, does this help you recall whether or not you reviewed this in reaching your opinions in this case?

A.    I don't remember if I -- I don't remember if I reviewed this or not.

Q.    Okay.  Let's turn to Supplemental Table 3.  And this is a breakdown of the GI side effects by specific GLP-1.

A.    Yes.

Q.    Do you see that?

Gabriel Lang, MD   CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

And so Supplemental Table 3 summarizes those findings as to liraglutide.

Correct?

A.   Yes.

Q.   And cholecystitis for liraglutide is not statistically significant. It's below -- the hazard ratio is below 1, and it's not statistically significant.

Correct?

A.   That is correct.

Q.   Okay.  And the finding for cholecystectomy on the next page is N/A, so presumably there were no events of that type in either arm.

Would you agree?

A.   That was -- yeah, I think it's fair to interpret it that way.

Q.   Okay.  And likewise, ERCP is below -- the hazard ratio is below 1, and it is not statistically significant.

Correct?

A.   Correct.

Q.   Okay.

A.   Well, I mean, in the other way it's significant.  Right?  There's more --

there's more in the -- I mean, it's .02, but there's more -- if I'm reading this correctly, there's more ERCPs in the control arm than in the liraglutide arm.

Q.    Correct.

But it is not statistically significant in that direction.

Correct?

A.    Yes, correct.

Q.    Okay.  So none of the gallbladder findings as to liraglutide in Niu are statistically significant.

Correct?

A.    The only thing that is -- like, to me is of interest in this paper -- and if you give me, like, one second, I'd like to try to find it because --

Q.    I'm happy to.  I just need an answer to that question --

A.    Oh, sorry.

Q.    -- and then we can --

A.    Sorry.  Go ahead.  Sorry.  I got sidetracked.  Go ahead.  Ask that question again.

Q.    So none of the gallbladder

findings as to liraglutide in the Niu study are statistically significant.

Correct?

A.    Not on this table, but I would like to refer to one thing in the paper --

Q.    Sure.

A.    -- if I can try to find it really quickly.

Q.    Yeah.

A.    It's easier on the computer when you can control+F the word that you're...

So the one thing that was interesting to me about this paper is on page 8, in the third full paragraph down, is that -- when they write, "For example, GLP-1 RA was associated with a modestly elevated risk of gastroparesis and cholecystitis."

So, you know, this is -- that is interesting to me.  So it's a little bit confusing when they write that there, that there's a -- it didn't reach statistical significance, potentially, as you're showing on the thing, but on the hazard ratio in their discussion, it definitely showed a

modestly elevated risk for cholecystitis.

And that said, "which may reflect the known physiological effects of GLP-1 on gastric motility and biliary function."

So there is an acknowledgement that there's likely an increased -- modestly increased risk of cholecystitis with GLP-1 RAs that is -- that is in line with much of the other reported literature.

Q.    Okay.  And this is cholecystitis, not cholelithiasis.

Correct?

A.    Correct.

Q.    Okay.

A.    And they write, "These modest increases, although statistically significant, suggest a relatively small, absolute increase risk at the population level."

But -- so it's a little bit -- I found -- I found that part of the article to be a little bit confusing.

Q.    Understood.

And turning back to the

supplement --

A.      Yes.

Q.      -- if you wouldn't mind.

Now, on Supplementary Table 5, which summarizes the comparison of gastrointestinal side effects by formulation -- and these are patients taking semaglutide.

Correct?

A.      Yes.

Q.      Okay.  And for the outcome of cholecystitis, for patients taking semaglutide, the risk was below 1 and not statistically significant.

Correct?

A.      That is correct.

Q.      And likewise, the risk for ERCP was not statistically significant.

Correct?

A.      That is correct.

Q.      Okay.  And so did you do an analysis of these tables to compare the individual medicine outcomes on cholecystitis and how the authors reached that statement towards the end of the paper?

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

A.    I did not.  I was more focused as -- on it as a group.

But I found that some of the -- I found some of the reporting in the paper to be a little bit confusing.

Q.    I see.

Would you agree -- we've looked at the tables, Table 2 and the supplemental tables.

Would you agree that this study does not -- the findings in this study do not support an association between GLP-1 RA use and gallbladder diseases or disorders?

A.    Give me one second.

Q.    Okay.

MR. ROTTINGHAUS:  You're not quoting that from the study, right?

MS. INSOGNA:  No.

MR. ROTTINGHAUS:  Okay.

THE WITNESS:  I mean, again, what was confusing for me on this paper is when they talk about a modestly increased risk of cholecystitis with GLP-1 RAs, the part that I had quoted a couple minutes ago

in the reported findings, like verbally in the -- in the -- you know, in the -- in the paper.

So I -- you know, I think that -- again, I think there's a modestly increased risk that in this paper does not reach statistical significance.

And that was an interesting paper because I think that it went to -- kind of on the opposite side of a lot of the other literature that I found in regards to this topic.

QUESTIONS BY MS. INSOGNA:

Q.    When you say "opposite side," what do you mean?

A.    I mean that -- I think that -- the fact that -- that it was unique in the sense that it was -- it was a large study that did not show any evidence of gallbladder or biliary effects of GLP-1s while a large portion of the literature would argue the opposite.

Q.    And if you look at your summary on page 18 of your report where you describe

the Niu study --

A.    Yes.

Q.    -- you write in the fifth line, "This finding is at odds with several other studies mentioned above and may have been due to the significant limitations acknowledged by the authors."  And then you write -- summarize six limitations.

Is that correct?

A.    Yes.

Q.    Okay.  And so the Niu study is the only one of the studies you summarize here for which you detail the limitations.

Correct?

A.    Yes.

Q.    Okay.  And you don't summarize the strengths of this study.

Correct?

A.    No, but it was included in here because -- I mean, I thought that it was a study that was important in trying to get a full picture of the literature on this topic.

Q.    Okay.  But you weigh this -- how do you weigh this study as compared to the others in your weight of the evidence

analysis based on the criteria you set forth?

A.    I think it -- it gets some weight, and it needs to be evaluated like other similar studies.  I think it's unique in the sense that it doesn't offer the same opinion as regards to many of the other studies.

I thought that the -- that they didn't report the rates of cholecystectomies as N/A, I thought that was a little bit odd in a study that big.  You know, I had some questions about that.  Obviously, I can't ask them to the authors.

But, you know, I think -- I think it's still a good study, and that's why it was included in there, to try to provide a well-rounded picture of the effects.

Q.    Did you reach out to the author whose e-mail address for correspondence --

A.    I did not.

Q.    -- is listed on page 1?

A.    No, I did not.

Q.    Okay.

A.    I meant that more facetiously. I'm sorry.

Q.    Okay.  You never had any intention of reaching out to the author.

Is that right?

A.    No.

Q.    Okay.  And then I just want to look at the very last study that we haven't talked about yet in this section, and that's a pharmacovigilance study.  And you describe that on footnote 58 on page 15.

Do you see that?

A.    Yes.

Q.    What is FAERS, which is described on the second line of your paragraph there?

A.    I am not an expert in FAERS, but it is a -- my understanding is it's like a -- an ability -- it's like a complication or event database where you can pull data from to compare outcomes.

Q.    Okay.  Do you know how data is contributed to FAERS?

A.    I think it's -- I don't know with 100 percent certainty.

Q.    Okay.  Do you know -- hang on.  Let me see if I can -- if we can just do it

without.

Did you rely on the He (Long) study as reliable evidence of an association between GLP-1 RA use and gallbladder diseases or disorders?

A.    I read it and took it into account to formulate my overall opinion.

(Lang Exhibit 13 marked for identification.)

QUESTIONS BY MS. INSOGNA:

Q.    Okay.  Let me hand you what we'll mark as Exhibit 13, which is a copy of that study.

This study is published in Frontiers of Pharmacology.

Do you see that?

A.    Yes.

Q.    Were you familiar with that journal, open access journal, before you started your work on this report?

A.    I can't say that I was.

Q.    Okay.  And do you know what the impact factor is of this journal?

A.    I don't.

Q.    So this study analyzes the

link, potential link, between GLP-1 RAs and biliary adverse events using the FDA adverse event reporting system.  That's what FAERS means.

Do you know that?

A.    I do now that you said it.

Q.    Okay.  Could you articulate the limitations of the FAERS data or database?

A.    I mean, I -- my understanding is that -- that there's some limitations or controversy associated with pulling data from the FAERS database with the overall, you know, reporting may be skewed in one way versus the other.

Q.    Have you ever relied on a study of FAERS data in your scientific research publications in your non-litigation world?

A.    I don't remember.

Q.    Okay.  You don't list the limitations of this study in your expert report.

Correct?

A.    That is correct.

Q.    Okay.  And the last sentence of this paragraph where you write about the He

(Long) study, you report, "The investigators found that specific drugs such as semaglutide and liraglutide were significantly associated with an increased risk of biliary diseases based upon the FAERS data."

Do you see that?

A.    Yes.

Q.    And you include EBGMO5 figures.

Do you see that?

A.    Yes.

Q.    What does EBGM mean to you?

A.    I don't remember.

Q.    Okay.  Are you familiar with Empirical Bayesian Geometric Means?

A.    I'm not.  I'm not.  I assume that that's a statistical formulation that I'm not capable of discussing.

Q.    Okay.  And I just want to confirm.  Other -- strike that.

Are you aware of whether the FAERS data can include a denominator in the data analysis?

A.    I'm not aware.

Q.    Okay.  And are you -- is it your opinion that this data, this -- I just

want to get the word right.  This is --
strike that.

If you look at Table 3, this is
a -- or elsewhere, it's a disproportionality
analysis of adverse events of biliary
disorders and these different medications.

Is that right?

A.     Yes.

Q.     Okay.  Do you have an
understanding of what a disproportionality
analysis can or cannot show?

A.     Again, I'm not a statistical
expert, and I relied on, you know, the
authors' interpretation of those to come up
with some of the conclusions on this paper.

Q.     Okay. Okay.  If you just give
me one moment, I'll just make sure.

All right.  Let's -- very
quickly, I'll introduce your invoice --

A.     Okay.

Q.     -- as an exhibit so that we can
get that done, and then I'll be done.

MR. ROTTINGHAUS:  We were
hoping you would go into Empirical
Bayesian Geometric Means.

MS. INSOGNA:  Should we?

(Lang Exhibit 14 marked for identification.)

QUESTIONS BY MS. INSOGNA:

Q.    Let me hand you what we'll mark as Exhibit 14.

Are you aware that in preparation for this deposition certain documents were requested from you?

MR. ROTTINGHAUS:  It's the document we went through with you last night.

THE WITNESS:  Yes.

QUESTIONS BY MS. INSOGNA:

Q.    Okay.  Yeah.  And the bottom of page 4 summarizes the response to Request Number 6 in which defendants requested "all documents, including any slide presentations and other materials written or created by the deponent, except published literature, that relate to GLP-1 RAs or risks of the injuries at issue in this litigation and/or general epidemiologic principles, including, but not limited to," and then there's a bunch of bullets.

Do you see that?

A.    Yes.

Q.    Okay.  And then your -- the attorneys' responses are appropriate legal responses, and then the last sentence says, "Notwithstanding these objections, none that relate to GLP-1 RAs."

I just want to confirm that's correct.

A.    Just to be clear so I'm answering your question the best I can, is that none of -- nothing that I've done, none of these presentations, none of these have anything to do with GLP-1 RAs?  Is that what the question is?

Q.    No.

The question is, we requested from you any documents that you have in your possession that were written or created by you that relate to GLP-1 RAs.

A.    Yeah, there are none.

Q.    Okay.  Thank you.

And then the last page of this document is your invoice.

Is that right?

A.    Yes.  Correct.

Q.    Okay.  And this is your summation of time and expenses through March 27th.

Is that correct?

A.    Yes.

Q.    And this captures all the time since you were -- strike that.

When does the time reflected in this invoice begin?

A.    Oh, I'd have to look back to see when the -- like the first point of contact was, but it's from the -- like, the first meeting I had, I believe his name -- I met with him once -- was Evan, I think.  I don't remember his last name.  But that was from that point forward that I started counting up the time that I spent.

Q.    Okay.  And the 36 hours that you summarize here is the time you spent running PubMed searches and reviewing all of the documents reflected in and then some not reflected in your materials considered list?

A.    Yes.

Q.    Okay.  And then 12 hours

writing and revising your draft report.

Is that right?

A.      That's correct.

Q.      And then do the meetings, excuse me, include both time spent before your expert report was completed and since then through March 27th?

A.      That is correct.

Q.      Okay.  And then can you estimate how much additional time you've spent between when you completed this invoice and captured this time and today?

A.      I would assume that it would be around four or so hours of meetings and probably another eight to ten hours of review prior to this deposition.

Q.      Okay.  And your rate is $550 for reviewing and drafting reports.

Is that correct?

A.      That is correct.

Q.      So all the time reflected in your invoice is at a rate of $550 per hour?

A.      Yes.

Q.      Okay.  And your rate for your deposition testimony is a thousand dollars

per hour?

A.    Yes.

Q.    Okay.  And do you have a different rate for time testifying in court?

A.    I do.  I have -- I have never testified in court yet, though.

Q.    Okay.  If you're asked to testify in court here, will you be available to do so?

A.    Yes.

MS. INSOGNA:  Okay.  Yeah, I think I'm done, but we'll just go ahead and take a break, and then assuming I am, we'll switch.

THE WITNESS:  Okay.

VIDEOGRAPHER:  Going off the record.  The time is 3:05 p.m.

(Off the record at 3:05 p.m.)

VIDEOGRAPHER:  We are back on the record at 3:21 p.m.

DIRECT EXAMINATION

QUESTIONS BY MS. SMITH:

Q.    Good afternoon, Dr. Lang.  We met earlier, but my name is Renee Smith, and I represent Lilly, and I will be asking you

some questions today.

Okay?

A.   All right.

Q.   And I will try my best not to repeat what Ms. Insogna did.  And there may be some times I accidentally do, so please forgive me.  We're going to try to get through it as efficiently as possible.

A.   Okay.

Q.   Is it correct your report, which is Exhibit 1, is a complete and accurate summary of the -- excuse me, completely and accurately includes the opinions you intend to offer in this case as to Lilly medicines?

A.   That is correct.

Q.   And is it correct that your report, Exhibit 1, includes all of the bases for those opinions as to Lilly medicines?

A.   It does.

Q.   And is it correct that when you combine your expert report and your materials considered list, that that is a complete and accurate list of materials you relied on in forming your opinions with respect to Lilly

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

in this case?

A.    That is correct.

Q.    Let's talk a little bit.  You talked with Ms. Insogna about causation and causal definitions.

There was one question Ms. Insogna asked you or read to you where, in your report at page 3, you noted that you used the weight of the evidence analysis to determine whether the use of GLP-1 RAs cause and/or significantly contributes to the development of gallbladder disorders and diseases.

Is that right?

A.    That is correct.

Q.    And the phrase "significantly contributes," have you used that phrase outside of this litigation?

A.    I would think that I've used that in my clinical work.

Q.    Okay.  Have you ever, in any of your -- you have many publications.

Correct?

A.    Yes.  Not as much as I would like, but -- but, yes, I do have quite a few.

Q.    And is "significantly contributes" in a causal sense a phrase that you use in those publications?

A.    I'm not sure.

Q.    Is it correct that the -- your weight of the evidence approach you discussed with Ms. Insogna focuses on GLP-1 RA medicines as a class?

A.    That is correct.

Q.    And not on any specific medicine.

Is that correct?

A.    The overall thought process behind the report was to try to do the best and most well-rounded way to try to understand the effect of GLP-1 RAs.

There is some discussion about different drugs within that, but the overall focus was to -- just to show that as a class of medicines, these drugs do have deleterious effects on the gallbladder and the biliary system.

Q.    And would you agree in your professional work that if you have specific information about a particular medicine you

may be using for a patient, that you would use that specific information in terms of diagnoses or prescription?

A.     Can you --

MR. ROTTINGHAUS:  Objection.

I'm sorry.  Objection.  Vague.

QUESTIONS BY MS. SMITH:

Q.     Yes.

A.     Can you explain that?  Or repeat that?

Q.     Would you agree that if you want to prescribe a specific medicine, for example, and you have data on that specific medicine as opposed to the whole class, that you would look to the data on that specific medicine?

A.     I think -- yes, but I think you'd look at both.  I think that most clinical doctors assume that the medications in the same class oftentimes have very similar side effect profiles.

Q.     And you would agree that medications in the same class don't always have the same side effect profiles.

Correct?

A.    Not always, but more often than not.

Q.    And even if medications in the same class have the same profiles for some side effects, it doesn't mean they have the same profile -- side effect profiles across all side effects.

Correct?

A.    That is correct.

Q.    You understand that Lilly makes a medicine called Trulicity.

Correct?

A.    That is correct.

Q.    And that's chemical name dulaglutide.

A.    Yes.

Q.    Correct?

And Trulicity is approved as an adjunct to diet and exercise to improve glycemic control in adults and pediatric patients 10 years of age and older with type 2 diabetes mellitus.

Is that correct?

A.    That is correct.

Q.    And it's also approved to

reduce the risk of major adverse cardiovascular events in adults with type 2 diabetes mellitus who have established cardiovascular disease or multiple cardiovascular factors.

Is that correct?

A.    Yes.

Q.    And is it correct that Trulicity is not FDA approved as a weight loss medicine?

A.    I believe that is correct.

Q.    And I think you discussed with Ms. Insogna some known associations between rapid weight loss and gallbladder disease.

Do you recall some of those questions?

A.    Yes.

Q.    And is that correct, that -- is that there is a known association between rapid weight loss and gallbladder disease?

A.    There is.

Q.    And have you known that since before you even passed your medical boards?

A.    I think that's something that's discussed kind of in the onset of major risk

factors for gallbladder disease.

Q.    Would you say that it's common knowledge, at least, among gastroenterologists?

A.    I think that a -- most gastroenterologists should know that.

Q.    Okay.  And given that Trulicity does not have a weight loss indication, would it surprise you if Trulicity had a different risk profile for gallbladder conditions than medicines that do have a weight loss indication?

A.    I'm not sure that I would feel confident to answer that question.

Q.    Is it fair to say you've not formed an opinion one way or another on that issue?

A.    That is correct.

Q.    And do you understand that Trulicity is available in different doses?

A.    Yes.

Q.    Do you know how many different doses?

A.    I'm looking here.  I believe it's -- is it four doses?

Q.    It is.  Very good.

Do you know when different doses were approved?

Let me back up.

Do you know when Trulicity was first approved for the market?

A.    I'm reading here.  I can find it, but I believe it was 2014.

Q.    Okay.  Is it correct in your report you don't address when the different doses for Trulicity were approved?

A.    That is correct.  I think that was beyond the scope of what I was asked to do.

Q.    And is it fair to say that in forming your opinions, you didn't consider whether the available doses for Trulicity changed over time?

A.    Correct.

Q.    Is it correct that in the body of your report you do not identify a study that found a statistically significant positive association between dulaglutide and gallbladder disease?

MR. ROTTINGHAUS:  I just need

to make a quick objection.  Overly broad.

Because what I don't know -- I assume the question is focusing specifically on the medication dulaglutide versus as part of a class.  So that's why I'm objecting as broad.

MS. SMITH:  I appreciate the clarification.  Let me be correct.

QUESTIONS BY MS. SMITH:

Q.    Is it correct that in the body of your report you do not identify a study that found a statistically significant positive association between dulaglutide only, dulaglutide as its own medicine?

A.    I'd have to go back to look at the individual -- each individual drug to answer that --

Q.    Okay.

A.    -- confidently.

Q.    And as Ms. Insogna said, I don't want to trick you.

A.    Yeah.

Q.    But sitting here right now, you don't recall specifically discussing

statistical significance for dulaglutide in

the body of your report.

          A.     Correct.

          Q.     Is that fair?

          A.     Yes.

          Q.     Okay.  You discuss with

Ms. Insogna the weight of the evidence

approach you took here?

          A.     Yes.

          Q.     Is that correct?

          A.     Yes.

          Q.     Okay.  And that's the

methodology you used.

                 Correct?

          A.     That is correct.

          Q.     Let's talk about when you

formed your opinions in this case, did you

look at timing issues, meaning a temporal

relationship, between use of a medicine and

the onset of symptoms or injury?

          A.     I -- this issue came up in

terms of duration of treatment, if that

answers your questions.

                 I think that the -- you know,

there are meta-analyses that show that the

Gabriel Lang, MD    CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

longer treatment effects may have increased risk of adverse events in relation to gallbladder or biliary disease.

Q.    And for the duration of treatment, is it fair to say -- I think you discussed that was something that was still being investigated.

Is that correct?

A.    I believe so, yes.

Q.    Okay.  Setting aside the duration of treatment, is it correct in your report you do not address the issue of whether gallbladder disease happens after or before the medicine was ever taken?

MR. ROTTINGHAUS:  Objection.

I'm sorry, I may have misunderstood.  Let me look real quick.

I don't have an objection.  I'm sorry.  I didn't --

THE WITNESS:  Can you repeat --

QUESTIONS BY MS. SMITH:

Q.    Yes.  Okay.  No.  No.

Is it correct that in your report you do not address the issue of

whether the gallbladder events you discuss, whether those occurred before or after a patient had taken a GLP-1 RA medicine?

        A.     I'm sorry, I'm a little bit confused.

             I think that there's evidence that shows that, you know, when you compare these drugs to placebo, that oftentimes the patients in the treatment group have more gallbladder events.  I'm not sure if that is answering --

        Q.     Well, let me ask you this.

             So if you have a patient who has a gallbladder event on a GLP-1 RA medicine --

             MR. ROTTINGHAUS:  I'm sorry, I just had trouble hearing you.

             MS. SMITH:  No.  No.

             MR. ROTTINGHAUS:  Would you mind starting that over?

             MS. SMITH:  I will.  And it's rare that somebody cannot hear me, so it must be very loud in here.

             MR. ROTTINGHAUS:  There was background noise.  That's why.

QUESTIONS BY MS. SMITH:

Q.    Okay.  Is it correct -- and let me give you a hypothetical.

Okay?

A.    Okay.

Q.    If a patient presents to you with gallstones.

Are you with me?

A.    Yes.

Q.    Okay.  And that patient is taking a GLP-1 RA medicine.

Are you with me?

A.    Yes.

Q.    Is it correct you do not disclose in your report a methodology to determine whether that gallstone, in fact, existed before the patient ever took the GLP-1 medicine?

A.    Correct.  I think -- I don't think there's enough studies or evidence to show, you know, the proportion of patients that had gallstones before or after taking the medicine.

Q.    And we just don't know, right?  Is that fair to say?  That's still --

A.    Correct.

Q.    -- something under investigation?

A.    I don't think that study has been performed.  It would be an interesting one, but it has not yet been performed.

Q.    Have you heard of something called detection bias?

A.    I have an idea of what you're trying to get at, but I don't use that term often in my -- in my day-to-day life.

Q.    Okay.  Well, what do you think I'm referring to?  Why don't you put it in your own words.  I don't want to --

A.    That when you're looking at a problem that -- you know, if you're looking for -- I don't know, if you're looking for cancers that -- that, you know, you're going to start looking at risk factors for the -- more than the ones that are more apparent to you, that you'll have a detection bias in that regard.

Q.    What about is it fair to say that gallstones are often incidentally diagnosed when treating or examining another

issue?

A.    Yes.  I mean, there's -- there are patients that have asymptomatic gallstones.

Q.    And is it correct that GLP-1 RAs are associated with certain gastrointestinal events?

A.    Yes.

Q.    And is it correct that patients could be seeing doctors for those gastrointestinal events and have incidental findings of gallstones?

A.    Yes.

Q.    And is it correct that in your report you do not provide a methodology to determine whether reports of gallstones on patients taking GLP-1s are the result of this detection bias?

A.    I don't -- I don't think that -- I think that that study that would prove that has not yet been done.

Q.    I think you discussed with Ms. Insogna one of the ways to diagnose gallstones is a right upper quadrant ultrasound?

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

A.    Correct.

Q.    And is it correct that without a baseline right upper quadrant ultrasound at study enrollment, it would be impossible to know if the patient had gallstones prior to initiating GLP-1 RA therapy?

A.    Correct.  You'd have to go back to look at the data to show if they did or not.

Q.    In your weight of the evidence approach, I think you discussed with Ms. Insogna some studies addressing associations between GLP-1 RAs and gallbladder conditions.

Is that correct?

A.    That is correct.

Q.    Is it correct that in your report you do not quantify the strength of associations between gallbladder conditions and GLP-1 RAs as a class?

A.    Correct.  I don't know if that information exists --

Q.    Okay.

A.    -- to date.

Q.    And it would be fair to say you

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

also didn't quantify the strength of an association between gallbladder disease and individual medicines within the GLP-1 class?

A.    Correct.  This was more of a -- more broad overview than focusing on individual drugs.

Q.    You discussed with Ms. Insogna some issues regarding dose-response.

Do you recall some of those questions?

A.    I do.

Q.    And I believe you discussed the He study, H-e, of 2022?

A.    Yes.

Q.    Is there any other study that you disclose in your report that addresses the dose-response issue?

A.    I believe there's one more. Could I have a minute to find it?

Q.    Of course.

A.    And we're talking about the dose-response.  Is that -- that's --

Q.    Correct.

A.    Okay.  I think that what I thinking of was the study where we discussed

that the vast majority of weight loss may occur early on in the treatment of initiating the drug, but that the effect of the GLP-1s on gallbladder events may continue longer than the actual weight loss.

And to me that shows, you know, the interesting hypothesis that it's likely that these drugs have an additive or independent effect just from the weight loss alone.

Q.     And that would support the hypothesis on an independent effect in addition to weight loss on gallbladder?

A.     Correct.

Q.     You're not offering an opinion to a reasonable degree of scientific certainty that the drugs, in fact, do have an independent effect on gallbladder conditions in addition to weight loss?

A.     Can you repeat that?

Q.     Of course.

You are not offering today an opinion to a reasonable degree of scientific certainty that GLP-1s do, in fact, have an independent effect on gallbladder conditions

that is separate from a weight loss effect?

A.        I --

MR. ROTTINGHAUS:  Object to the form.

THE WITNESS:  I do believe that there are -- there are mechanisms that would indicate that there is more to this theory of gallbladder and biliary-type adverse events with the drugs than just the weight loss itself.

QUESTIONS BY MS. SMITH:

Q.        And there are mechanisms that would indicate, is it correct, that as of today, we don't know one way or another?

A.        Correct.  I think we discussed earlier that the exact mechanism, I think, is unknown, that it's -- that I would -- I would believe that it's a culmination of factors that may cause this.

Q.        Let's talk about specificity. And you, in your report, use terms "gallbladder disease," "biliary disease," and I'm not criticizing you at all.

Do you use gallbladder disease

and biliary disease synonymously in the report?  Or here in your --

A.    Probably here in the discussion, yes.  But I think that if we were at the hospital, we would more specifically talk about each individual aspect of them because they're separate but related.

Q.    Okay.  Is it fair to say that gallbladder conditions can encompass many different kinds of gastrointestinal adverse events?

A.    Yes.

Q.    Okay.  And those could include inflammation.

Is that correct?

A.    Correct.

Q.    Infection.

Is that correct?

A.    Yes.

Q.    Gallstones.

Is that correct?

A.    Yes.

Q.    Bile duct cancer.

Is that correct?

A.    Bile duct cancer I would

probably put in the slightly separate bin to gallbladder disease.

Q.    Would it include blockage of the gallbladder?

A.    Yes.

Q.    When you are opining as to associations between GLP-1s and gallbladder conditions, what specific gallbladder conditions?

A.    We're specifically talking about symptomatic cholelithiasis and cholecystitis, I think would be the primary discussion points here.

Q.    Is it correct that when you discuss the studies supporting your opinions on association, you don't disclose a specific methodology to determine whether the results of the studies are consistent?

A.    I don't report -- correct.

Q.    And is it fair to say that in terms of studies looking at potential associations between GLP-1 RAs and gallbladder conditions, the studies are not consistent?

A.    I would say the studies are

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

more consistent than not; that there is an effect, but within the rates of effect on the different drugs, there's some heterogeneity.

But I think more studies than not show that there is an association between GLP-1s and gallbladder events.

Q.    Is it correct that you do not disclose in your report a quantification of what these consistent associations are?

A.    Correct.  I'm not sure that that data exists to date.

Q.    Ms. Insogna asked you some questions about medical or scientific organizations and GLP-1s.

Do you recall some of those questions?

A.    Yes.

Q.    And forgive me if I'm repeating it, but I just don't think she asked it for Lilly-specific medication, so I apologize if I'm repeating.

Can you identify any medical or scientific organization that has concluded a cause-and-effect relationship exists between Trulicity and gallbladder disease?

MR. ROTTINGHAUS:  Again, once again, just we're specifically talking about Trulicity?

MS. SMITH:  Correct.

THE WITNESS:  I have not looked up, like, any position statements from GI societies in relation to any of these drugs.

QUESTIONS BY MS. SMITH:

Q.    Okay.  And so would the answer be the same with regard specifically to Mounjaro or Zepbound?

A.    Correct.

Q.    When you were discussing mechanism of action with Ms. Insogna, I believe you said something about as a physician you would make some assumptions that treat the class the same.

Do you recall that?

A.    Yes.

Q.    Could you explain why, as a treating physician, you may make assumptions across a class for certain conditions?

A.    Well, I think -- I think as a physician, oftentimes we have to do that

because while it would be nice if we treated fewer patients in our day-to-day lives, and we could look up every little bit of detail that we wanted to about every -- about every drug before we prescribed them, I don't think that in the day and age you're practicing medicine in the US in 2026 that that's -- that that's always possible.

And I think that the -- you know, the warnings are an important part of that. And I think that that's why we oftentimes put drugs into classes and kind of lump them -- lump them together.

Q.    Do you know when or if the FDA has ever lumped GLP-1 RAs together as a class for gallbladder conditions?

A.    I'm unaware if they did that or when they would have done that.

Q.    Setting aside prescribing medicines, if you are treating a patient with a gallbladder condition, is it fair to say it may not matter what the cause is of the gallbladder condition?

A.    That is correct. I think that, you know, the patients get treated the same

whether, you know, the stone is from weight loss or from having sickle cell disease or from having the -- the treatments don't differ. And, you know, to date, I don't think that coming off the medication oftentimes treats the cholecystitis.

So, you know, cholecystectomy or ERCP, the treatments are the same across all patients afflicted with those conditions.

Q.    Is it correct that one of the bases for your opinion is the assumption that GLP-1 RAs as a class have a similar risk profile for gallbladder conditions?

A.    I think that is an assumption that as a physician is fair to make.

Q.    And is it correct that -- setting aside your work in this lawsuit --

A.    Yeah.

Q.    -- you've published -- you've published plenty of papers, so I know you want to publish more.

But is it correct that in the papers you applied something called a scientific method?

A.    Correct.

Q.    Okay.  And is it correct the first part of -- I think step one of the scientific method is a hypothesis?

A.    I haven't thought about this in a long time, but I believe you are correct.

Q.    And in fact, if there is a hypothesis in the scientific method to determine whether it's correct, one of the things you need to do is to test that hypothesis.

Is that correct?

A.    That's correct.

Q.    Is it correct that you do not, in your report, disclose a method by which you considered whether studies supported the hypothesis that GLP-1 RAs as a class had the same risk profile for gallbladder disease?

MR. ROTTINGHAUS:  Objection. Overly broad and vague.

THE WITNESS:  Can you repeat that?

QUESTIONS BY MS. SMITH:

Q.    Of course.  Of course.

You have an assumption that -- and I understand your opinion is this is a

fair assumption?

A.    Yeah.

Q.    You have an assumption that GLP-1 RAs as a class have a consistent gallbladder risk profile.

Is that fair?

A.    Yes.

Q.    And is it correct that in your report you do not address a methodology by which you looked at studies to determine if that is actually correct?

A.    I -- correct.  I think that the weight of the evidence here is interpreting the variety of data that exists out in the world to come to a -- to try to do your best and fairest way to come to a conclusion on that topic.

Q.    And is it correct that in forming your opinions in this case, you didn't specifically do a literature search looking for whether the risk profile of one GLP-1 RA medicine was the same as another GLP-1 RA medicine for gallbladder conditions?

MR. ROTTINGHAUS:  Object as overly broad with respect to the term

"risk profile."

THE WITNESS:  That was not the main part of the search.  The search was, as a broad search, intended to look at the class of drugs and the effect, not to compare individual drugs.

QUESTIONS BY MS. SMITH:

Q.     Was it any -- was it any specific part of the search?

A.     I did not -- I did not search biliary disease or gallbladder disease with specific drugs as part of the search.

Q.     Could we pull out -- this is already an exhibit -- Gameil, G-a-m-e-i-l --

A.     Sure.

Q.     -- 2024?

A.     Do you know which -- well, I'll find it.

Q.     Yeah, well --

A.     Do you want to give me a new one, or do you want me to just use this one?

Q.     You can use the old one, but I can give you a new one.

Exhibit 8, I think.

MR. ROTTINGHAUS:  Here it is.

Do you mind me just giving him my copy of it?

MS. SMITH:  Sure.

QUESTIONS BY MS. SMITH:

Q.    And is Exhibit 8 a copy of an article by Mohammed Ali Gameil and others that you've discussed previously with Ms. Insogna?

A.    It is.

Q.    And that's an article that you discuss in your report.

Correct?

A.    That is correct.

Q.    And you rely on it in forming your opinions in this case.

A.    That is correct.

Q.    Is that correct?

A.    Yes.

Q.    If you go to the first page with text on Exhibit 8, so right after the cover page.

A.    Where it starts "The background"?

Q.    Yes.

Gabriel Lang, MD                    CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

A.        Okay.

Q.        And do you see that under the Background section, at the end of that Background section, the last couple of sentences say, "The specified relative risk of various biliary disorders among users of different GLP-1 RAs is still unclear"?

A.        Yes.

Q.        Do you agree with that statement?

A.        Yes.

Q.        Going back to the weight of the evidence approach you discuss in your report and discussed earlier today, in your report at page 3 you note, "The weight of the evidence analysis involved reviewing all the medical literature obtained via PubMed searches, combined with my own clinical knowledge and training in biliary disorders."

Is that correct?

A.        I'm just looking --

Q.        Of course.  Yes.

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

A.    Oh, is it in the second paragraph?  My weight of the evidence analysis is --

Q.    Yes, I'm sorry.  I should have let you --

A.    No, that's okay.  I'm there.

Q.    And I just want to talk about what went into the weight of evidence.

And one -- and one source of materials was the literature you reviewed.

Is that correct?

A.    Yes.

Q.    One source of evidence was your own critical knowledge and practical experience.

Is that correct?

A.    Yes.

Q.    And you also refer to at one point defendants' warnings.

Do you recall that?

A.    I don't recall saying that.

Q.    Let's go -- if you go to your report at page 1, and under the Executive Summary -- it's the very first paragraph, Executive Summary of Expert Opinions.

A.    Yes.

Q.    Do you see that?

A.    Yes.

Q.    And do you see that it states, "I reached this opinion based upon the vast weight of the evidence, including scientific and medical literature, and the defendants' own acknowledgement and admission of the risk of gallbladder injury in the warnings and precautions sections of the GLP-1 RA labeling"?

Did I read that correctly?

A.    You did.

Q.    And is that an accurate statement?

A.    Yes.

Q.    So is it fair to say that one of the sources of evidence you considered in your weight of evidence approach is the warnings on a GLP-1 medicine?

A.    I did look at that, but I'm not a regulatory expert by any means.  But, I mean, it did -- I mean, it did come up in the searches and the literature that I reviewed and discussions I had.

Q.    And is it -- is it fair to say you're not an expert on what level of evidence is required to include a condition in the Warnings and Precautions section of a label?

A.    That is correct.

Q.    Is it correct you don't have any basis to disagree that including an event in the Warnings and Precautions section does not necessarily mean there is a causal relationship between the event and the medicine?

A.    I am not a regulatory expert, and I do not know what the bases are to put -- you know, to put those warnings in. I don't think that I can fairly comment on those.

Q.    And is it correct that you are not opining to a reasonable degree of scientific certainty that gallbladders were added to the Warnings and Precautions section of Trulicity because Lilly determined that causation had been established?

A.    I -- I'm not here to discuss the warning labels.

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Q.      Okay.  And one more.

Is it correct you're not opining to a reasonable degree of scientific certainty that Lilly added gallbladder conditions to the warnings -- excuse me. Scratch that.

Is it correct you're not opining to a reasonable degree of scientific certainty that FDA added any gallbladder conditions to the Warnings and Precautions section because FDA determined that any Lilly medicine caused gallbladder --

MR. ROTTINGHAUS:  Object to the form of the question.

THE WITNESS:  Again, I'm not a regulatory expert and don't have an opinion on the -- on the labels.

QUESTIONS BY MS. SMITH:

Q.      One of the bases for your opinions we discussed was your own clinical practice.

Correct?

A.      Yes.

Q.      And Ms. Insogna discussed with you a statement in your report.  In my -- in

your clinical practice, "I have experienced

an increased risk of biliary disorders

secondary to GLP-1 RA use."

Is that correct?

A.    Yes.  I believe most people

noticed an observational increase in the

amount of, you know, gallbladder cases and

cholelithiasis cases in these patients.

Q.    And is it correct that you have

not done -- quantified the increase in

patients in -- is it correct you've not

quantified the increase in your own patients

who are on GLP-1 medicines versus not on

GLP-1s?

A.    That is correct.

Q.    It's correct, part of that

opinion is you discussing with your

colleagues?

Is that correct?

A.    Yes.

Q.    Is it correct that you have

not -- that you have not addressed or

specified which specific GLP-1 RA medicines

patients were on in support of this opinion?

A.    Of the -- of the opinion

that we were just discussing?

Q.    Yes.

A.    That is correct.

Q.    And I think you mentioned with Ms. Insogna that you started seeing this increase in around 2023?

A.    That's a rough estimate, but I -- you know, I think that the reason that came to be is because we had to change a lot of the anesthesia guidelines, and so those -- and I'm not getting into that.

Q.    No.  No.  No.

A.    But, you know, so when -- patients were being flagged at that time for anesthesia reasons, so that's when that became a little bit more apparent in my clinical practice that that may be happening.

Q.    So is it fair to say there may have been -- you didn't do a systematic study determining whether patients -- whether there was a change in patients who were on GLP-1 RAs versus not on GLP-1 RAs, but you just may have learned about it more?  It may have been flagged more?

A.    I think that we started paying

attention to it when -- once those patients were being brought to our attention a little bit more.

Q.    And is it fair to say you didn't do a comparative study --

A.    I didn't.

Q.    -- of before -- before 2023 or after 2023 to see if there was an increased percentage of patients?

A.    That is -- that is correct. That was just one of those, like, hey, have you guys noticed more.  And a lot of people, I think, agreed that they were seeing that more often.

Q.    If you could turn to page 3 of your expert report, I'll let you get there this time before I --

A.    I'm here.

Q.    -- actually ask questions.

And that, again, sets out your methodology for forming your opinions.

Is that correct?

A.    I believe so.  I don't know which part you're referring to, but...

Q.    So I think if we start as a

foundation, I think it's the second paragraph.

A.    Okay.

Q.    Okay.  And then the next few paragraphs on that page set out your methodology.

Is that correct?

A.    Yes.

Q.    And is it fair to say that you listed some factors that you considered in assessing the articles you reviewed?

Correct?

A.    Yes.

Q.    And you discussed those factors with Ms. Insogna, but is it correct that you -- before you ever looked at the question for your opinion here, that you had an understanding of what factors mattered or didn't matter for a causal association?

A.    I believe I do.

Q.    Okay.  And is it part of the scientific approach, you would have those standards in mind before you conducted the analysis to form your opinions?

Correct?

A.    Yeah.  I think that when you're doing a project like this or investigating the answer to any problem, you try to be as fair as possible with the data that you have at your fingertips.

Q.    And you were able to set out a set of factors that you considered when you were looking at the studies.

Correct?

A.    Yes.  I don't think that there are -- I mean, I think there are factors that you have in your head that you develop over time having done research, having read lots of papers, having been a physician for as long as I have, that you start to analyze data or papers with a certain eye.

Q.    Okay.  And you put those pen to paper, so to speak, in this report of the factors you considered.

Is that right?

A.    Yes.

Q.    Okay.  And it wasn't absurd or impossible for you to do so.

Was it?

A.    No.

Q.    You also note on the fourth paragraph down, "As any researcher and practicing clinician knows, the highest quality of biomedical evidence and data is gathered using randomized clinical trials, RCTs and meta-analyses of RCTs followed by observational studies and real world case reports."

Did I read that correctly?

A.    Yes.

Q.    And is that an accurate statement?

A.    I believe so.

Q.    Is it correct that clinical trial data is a valuable source of information about whether or not a medication can cause adverse events?

A.    I believe so.

Q.    And in fact, is it fair to say that randomized controlled -- excuse me, randomized clinical trials are known as the gold standard of causation evidence?

A.    I believe that they're very important sources to answer that question.

Q.    In -- I think it's on the same

page in that report, you discuss one of the
things you looked at was potential biases
from the study authors.

Is that correct?

A.    Yes.

Q.    And I think in that same
paragraph you were just looking at at the end
you also note, "It is important to consider
the potential influence of a study sponsor
and potential bias and transparency of a
study."

Is that correct?

A.    Yes.

Q.    And that's something you do in
your work.

Is that correct?

A.    Yes.

Q.    Okay.  And to be clear, you're
not suggesting there's anything wrong with
pharmaceutical companies, for example,
sponsoring research?

A.    No.

Q.    Happens all the time.

Right?

A.    We rely on that all the time.

Q.    You rely -- many articles where you or your colleagues disclose that the research was funded by a pharmaceutical company, for example?

A.    It does happen, yes.

Q.    And some of those researchers received honoraria from pharmaceutical companies.

True?

A.    Yes.

Q.    And/or from medical device companies.

True?

A.    Yes.

Q.    And that doesn't mean that the research is improper.

Correct?

A.    It does not, but you have to read it with a, I think, a finer-tooth comb sometimes.

Q.    And is it correct that what's important is that it's disclosed?

Is that right?

A.    Yes.

Q.    You may have answered this

already.  Forgive me if I'm repeating it.

But is it correct that it's generally accepted that to establish an association you need statistical significance?

A.    That's a complicated question.

I think it's -- you know, I think -- I think that you can have an association without statistical significance, but I think that if you're reading a paper and relying just on the evidence, that statistical significance adds more weight to that.  But, you know, I think lots of real world observations are made without statistical evidence.

Q.    And would you agree that vice versa, simply because you have statistical significance does not mean there is an association?  Or a valid association?

A.    I think that there's more likely an association if you have statistical significance than if you don't, but I think that we learn a lot from studies that are, you know, close to showing statistical significance.

And, you know, oftentimes you can repeat a study and control for other factors or add more patients and get to the -- you know, the different outcome.

Q.    And would you say that it's helpful if you have a study, for example, that doesn't reach statistical significance, that if that's validated by additional studies, that will help you form a more reliable causation opinion?

A.    Yes.  Yes, that's fair to say.

Q.    Ms. Insogna discussed, I think, all of the studies that you discussed in the Association section of your report, and I will try not to repeat that.  I'm going to try to just focus on the studies that may involve dulaglutide and tirzepatide, if that's okay.

A.    Okay.  Yes.

Q.    I believe if I look at this correctly, that there are seven studies that include data on dulaglutide epidemiology issues.  And I'm going to list them, and I know -- I will say that I think these are all of them, but I'm going to ask you about them.

A.    Okay.

Q.    But by my count, it's Dong, D-o-n-g, 2022 --

A.    Okay.

Q.    -- Gameil 2024; He, H-e, 2022; He, H-e, 2025; Monami, 2017; Niu, N-i-u, 2025; and N-r-e-u, 2020.

And I understand you don't have these memorized, but those are just the studies that I'm going to ask you about.

Okay?

A.    Okay.

Q.    And if in the course of it I'm missing something, somebody will tell me.

I think you already discussed the Dong study, Dong, 2022, with Ms. Insogna. And that's Exhibit 10.

A.    You want me to pull it out, I assume?  Okay.

Q.    Do you have that in front of you, Dr. Lang?

A.    I do.  I do.

Q.    Okay.  And is it correct that the Dong study did include consideration of dulaglutide-specific study results?

Gabriel Lang, MD    CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

A.     I believe so.  I'm going back to find it, but I believe that's correct.

Q.     And if it's helpful at all, I think page 42 of the report.  It may be part of a supplement of the -- yeah, of the study itself.

A.     Oh, okay.

Q.     No, you're in the -- yeah, in the study.

A.     Page 42.

MR. ROTTINGHAUS:  Can you give us that page number again?

MS. SMITH:  Sure.  I think it's -- oh, no, it's not.  I'm sorry. I'm looking at the wrong thing. Sorry.

It'll be -- sorry.  I don't think there are 42 pages, so --

MR. ROTTINGHAUS:  I can help him find it if you have, like, some words I can search for or something.

QUESTIONS BY MS. SMITH:

Q.     Yeah.  It's Figure 2, if that helps you.  So it's a separate --

A.     Okay.  It's Table 1.

Gabriel Lang, MD    CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Q.      It's page 492 of the study.

Do you see that in front of you, Doctor?

A.      In Figure 2, page 492, yes, I'm here.

Q.      And do you see that it lists dulaglutide there on the left under GLP-1 RAs?

A.      Yes.

Q.      And does that refresh your recollection --

A.      Yes.

Q.      -- that Dong does include dulaglutide --

A.      Yes.

Q.      -- information?

A.      It does.

Q.      And is it correct that this study does not find a statistically significant association between dulaglutide and biliary diseases?

A.      Correct.

Q.      And in fact, if we go to page 484 of the study, the Dong study found a different result with respect to liraglutide.

Right?  And I'm looking in the shaded part at the top.

A.    When you said "different results," can you be more specific?

Q.    Yeah.  Is it correct that the Dong study found a different result with respect to the risk of gallbladder conditions for liraglutide than for dulaglutide?

A.    Yes.

Q.    And in fact -- and as the abstract notes, the increased risk of the composite outcome associated with GLP-1 RAs was more evident in patients aged more than 60 years old -- more than 60 years, women, and 120 days after treatment initiation?

A.    Yes.

Q.    Liraglutide, but not dulaglutide, was associated with an elevated risk.

Did I read that correctly?

A.    Yes.

Q.    And is that consistent with your understanding of what the Dong study showed?

A.    Yes.

Q.      And if we could pull back up Gameil, which I think we just had, Exhibit 8.

A.      Gameil.

Q.      And you have that Camille study -- or Gameil study again in front of you, Doctor?

A.      Yes.

Q.      And is it correct that Gameil also did look at dulaglutide?

A.      Yes.

Q.      And if you go to page 7 of the study --

A.      Yes.

Q.      -- do you see a chart?

A.      Yes.

Q.      And do you see the Gameil study looked at liraglutide, dulaglutide and semaglutide?

A.      Yes.

Q.      And is it correct that for dulaglutide, the Gameil study did not find a statistically significant increased risk of cholelithiasis?

A.      Correct.  It was not statistically significant.

Q.    Let's talk about some of the meta-analysis that are referenced in your report, and let's begin, if we could, with the He 2022, which is Exhibit 4.

And the He 2022 study is a study you rely on in forming your opinions in the case.

Correct?

A.    Yes.

Q.    And if you go to page 516 of the study at the bottom?

A.    Yes.

Q.    And do you see that He looks at dulaglutide?

A.    Yes.

Q.    And that study -- excuse me. The He study does report a relative risk of 1.3, with a 1.06 to 1.73 in the confidence interval.

Is that right?

A.    Yes.

Q.    And would you agree that that -- do you have an opinion on whether that shows an association or not?  Or could support an association?

A.    It could support an association.

Q.    Okay.  And would you agree that this number is a relatively weak association?

A.    I'm not sure I'm well-enough versed in statistics to be able to comment on that fully.

Q.    Let's look at another meta-analysis cited in your report, which is Monami, M-o-n-a-m-i, 2017.

A.    I think that's the --

Q.    Exhibit 5.

A.    This is safety issues with glucagon -- okay.

Q.    Yes.

And Monami 2017 is another study you cite in forming your opinions in the case.

Correct?

A.    Yes.

Q.    And is it correct that Monami 2017 also included some data on dulaglutide?

A.    Just finding it again.

Q.    Yes, of course.

A.    Yes.

Q.    And is it correct that Monami 2017, that article, did not find a statistically significant increase in the risk of gallbladder events for dulaglutide studies?

A.    That is correct.

Q.    Let's look at Nreu, N-r-e-u, which I believe also was already -- Exhibit 6.

And in your report, is it -- in your expert report at page 10, so I'm going to jump around, is it correct that Nreu is one of the studies that you cite as observing a deleterious effect of GLP-1 RAs on gallbladder motility?

And it's footnote 35, if that helps you.

A.    Yeah, that's -- I'm just checking, just -- yes, thank you.

Yes.

Q.    And if you go to Figure 6S in the supplementary materials, if you have them -- and if not, we'll get you a version that has it.

A.    Is that Exhibit 7?  Or if not,

you maybe should provide it to me again.

MR. ROTTINGHAUS:  Let's take a look at it.

THE WITNESS:  Is it Exhibit 7?

QUESTIONS BY MS. SMITH:

Q.    Yes.

A.    Okay.  And you said, sorry, which table?

Q.    Figure 6S.

A.    Okay.

Q.    Is it correct that Nreu, N-r-e-u, also does not find a statistically significant increased risk of cholelithiasis with dulaglutide?

A.    That is correct.

Q.    Is it correct that Nreu does find a statistically significant increased risk in one study of liraglutide?

A.    Can you point to that study that you're referring to?

Q.    Yes.

I think in that same figure, do you see the LEADER study?

A.    Yes.  Yes, down in -- under 6.1.5, Liraglutide?

Q.    Yeah.

A.    Yes.

Q.    Okay.

A.    To the overall effect would be statistically significant for that group.

Q.    And when we discussed He, the 2022 study, do you recall that that study, the dulaglutide data was from a clinical trial called REWIND?

A.    I'm -- I'd have to look back. I'm not familiar off the top of my head.

Q.    Are you familiar with the REWIND study?

A.    I'd have to see if it was on the materials considered list.

Q.    Okay.  Just sitting here today, do you -- do you know how many different studies looked at the REWIND clinical trials?

A.    I don't know off the top of my head.

(Lang Exhibit 15 marked for identification.)

QUESTIONS BY MS. SMITH:

Q.    Let's look at Chiang, C-h-i-a-n-g, which I don't think is an

exhibit yet, but it is on your materials considered list.  And it's not discussed in the report, so we'll get it for you.  One moment.

And do you have Exhibit 15 in front of you?

A.    Yes.

Q.    And is that an article by -- a meta-analysis from 2025 by Dr. Chiang and others?

A.    It appears that way, yes.

Q.    Okay.  And do you recall if that -- if the Chiang study looked at dulaglutide data specifically?

A.    No.

Q.    And if not, I can point you to it.

A.    Please do that.

Q.    There should be in the supplemental Figure 4 -- there are no page numbers, just to make it impossible.

A.    The supplementary figure -- okay.  Fine.  So you're looking at the REWIND data for --

Q.    And that's for cholestasis.

Well, let's do cholestasis first.

Is it -- what is cholestasis?

A.    Cholestasis we refer to more as a liver effect.

Q.    Okay.  Why don't we skip cholestasis.

A.    Okay.

Q.    Let's go to Figure 2, which should also be in the supplement.

A.    Yes.

Q.    Does Chiang 2025 look at dulaglutide information with respect to cholelithiasis or gall -- excuse me, gallstones?

A.    Yes.

Q.    Okay.

A.    So you're asking if they looked at dulaglutide in relation to cholelithiasis here?

Q.    Yeah.

A.    Yes.

Q.    Okay.  And is it correct it looks -- it refers to -- one of the things it looks at is the REWIND study?

Is that correct?

A.    Yes.

Q.    And Chiang does not find a statistically significant association between dulaglutide and cholelithiasis?

A.    Correct.

Q.    And is it correct that Chiang does not report a statistically significant association between -- to other dulaglutide studies listed there and cholelithiasis?

A.    That's correct.  They're much smaller studies, but, yes.

Q.    Let's go to Niu, N-i-u, 2025, which I believe has been marked as an exhibit as well.  Exhibit 11.

A.    Okay.

Q.    Do you have that in front of you, Dr. Lang?

A.    Yes.

Q.    And I know Ms. Insogna asked you some questions about it.

Is it correct that study looked at -- used the TriNetX network?

A.    Yes.

Q.    And would you agree that the TriNetX network is a very large database?

A.    It appears to be based on the number of people that they enrolled in the study.

Q.    And do you have an opinion on whether it's a reliable database?

A.    I believe it is.  I think it has been used for other studies that I've looked at.

Q.    And I think, for example, in your materials considered list, number 122, you rely on a study by Liu, L-i-u, 2025?

A.    Okay.  I'd have to go back to it, but, yes.

Q.    Why don't we look just so we can confirm.  It should be -- it's in the appendix to your report.  It's entry 122.

A.    Okay.

Q.    And do you recall if that study also included data from the TriNetX network?

A.    I'd have to go back to it to make sure.

Q.    We can probably just skip it.  Okay.  Thank you.

And is it correct that Niu, N-i-u, that study does include data for

dulaglutide?

A.    It does.

Q.    And is it correct the dulaglutide data does not show a statistically significant increased risk between dulaglutide and gallbladder injuries?

A.    I can't see where it's broken --

Q.    If it helps you, it's Supplementary Table 1.

A.    Do you -- do you have those?

Q.    Oh, yes.  Sorry.  It might be a separate exhibit.

Exhibit 12.  Oh, you already have it.

A.    We may have it, but, okay.  I was looking on that for --

MR. ROTTINGHAUS:  There you go.  There's 12.

THE WITNESS:  Sorry, supplemental -- supplementary table --

QUESTIONS BY MS. SMITH:

Q.    1.

A.    1.  Okay.  Yes.

Q.    Do you have that in front of

you?

A.    I do.

Q.    Is it correct that the Niu, N-i-u, article does not find a statistically significant increased risk between dulaglutide and cholecystitis?

A.    That is correct.  Although again, this is the paper that mentioned the increased hazard ratio for cholecystitis. So, again, I found this one to be a little bit confusing in that regard, but, yes.

Q.    And let's go to He, H-e, the 2025 study, which I believe is exhibit -- no.

MR. ROTTINGHAUS:  Is it 13?

QUESTIONS BY MS. SMITH:

Q.    13, yes.  Thank you.

And do you have Exhibit 13 in front of you?

A.    The He paper?

Q.    Yes.

A.    Okay.  Yes, I do.

Q.    And the He paper is a paper you discussed with Ms. Insogna and that you relied on in forming your opinions in this case.

Gabriel Lang, MD    CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Correct?

A.    Yes.

Q.    And I think you described it as a pharmacovigilance study?

A.    Yes.

Q.    And it used data from the FAERS database, F-A-E-R-S.

Is that correct?

A.    That's correct, yes.

Q.    Is it correct that the -- or do you -- sorry.

Have you reviewed any of the FDA guidances on the FAERS database?

A.    I have not.  I have not.

Q.    Is it fair to say you don't have any basis to disagree that FAERS data generally cannot be used for causality assessments?

A.    I am not a biostatistician, and I'm not -- can't express an opinion on that.

Q.    And is it correct that you have no basis to disagree that data -- studies relying on the FAERS data could be hypothesis-generating as opposed to establishing an association?

MR. ROTTINGHAUS:  Just a quick objection to the form of the question as vague and I think compound.

MS. SMITH:  Yes, it is compound.  You're right.  I'm sorry.

QUESTIONS BY MS. SMITH:

Q.    Is it correct you haven't reviewed -- do you have an opinion one way or another on whether the FAERS data can be -- is used to generate hypotheses?

A.    I do not.

Q.    In looking at He 2025, if you could go to -- well, let me start with this.

Do you recall if the He article does look at dulaglutide data?

A.    It does look at dulaglu -- it does.

Q.    Okay.  And in a plot to prevent me from finding anything, there are no page numbers.  So, yeah, I can see.

But if you could go to Figure 3, you might be able to just flip through and find it.

A.    Yeah.

Q.    Okay.  And do you see Figure 3

is a chart with a disproportionate analysis
of AE reports of biliary disorders associated
with GLP-1 RAs?

A.      Sorry, you're --

Q.      I'm so sorry.

A.      We're looking at Figure 3?

Q.      Yes.

A.      Yes.  Okay.

Q.      I'm sorry.

A.      I'm with you.  Sorry.

Q.      Is it correct that Figure 3 is
a disproportionate analysis of AE --

         And does AE stand for adverse
event?

A.      It does.

Q.      -- AE reports of biliary
disorders associated with GLP-1 RAs and
DPP-IV inhibitors?

A.      Yes.

Q.      And does Figure 3 report data
specific to dulaglutide?

A.      It does.

         MR. ROTTINGHAUS:  Did you say
does or doesn't?

         THE WITNESS:  It does.  It

does.

MR. ROTTINGHAUS:  I don't see it, I'm sorry.

THE WITNESS:  I'm sorry.  At the bottom of the GLP-1 RAs where it says "drug," above DDP-IVs is dulaglutide with the number of 290.

MR. ROTTINGHAUS:  I see why I don't see it.  I'm looking at the wrong thing.  Okay.

THE WITNESS:  Are you looking at the -- which He study are you looking at?

MR. ROTTINGHAUS:  I might be looking at the wrong one.  I was looking at the wrong table.

QUESTIONS BY MS. SMITH:

Q.    Okay.  Are we together?  Too many figures and too many tables.

Okay.  Let me -- let me just ask one more time.

Is it correct that Figure 3 looks specifically at dulaglutide data?

A.    Yes, it's -- dulaglutide is mentioned in here.

Q.      Okay.  And is it correct that the He 2025 analysis does not find a statistically significant increased risk with -- between dulaglutide and AE reports of biliary disorders?

A.      That's correct.

Q.      Would you mind if we took a break?

A.      No.

MS. SMITH:  I've been going about an hour.

THE WITNESS:  That's fine.

VIDEOGRAPHER:  Going off the record.  The time is 4:27 p.m.

(Off the record at 4:27 p.m.)

VIDEOGRAPHER:  We are back on the record at 4:45 p.m.

QUESTIONS BY MS. SMITH:

Q.      Dr. Lang, I just have a few more questions for you.  Thank you again for your time today.

Is it correct that you discussed about 16 studies in the association portion of your report?

A.      I believe that's roughly

correct.

Q.    Okay.  And it wouldn't surprise you that there are additional studies that are not cited in your report that address GLP-1s and gallbladder issues.

Correct?

A.    Correct.

Q.    And is it correct there may be other studies that you didn't cite or rely on that do not support your opinions in this case?

A.    It is possible.

Q.    Okay.  And I just want to confirm -- and you didn't quantify -- whether they're in your report or not, is it fair to say you didn't quantify the number of studies that support your opinions versus those that don't support your opinions in this case?

A.    That is correct.

Q.    Okay.  And that's with respect to GLP-1s as a class or as to any individual medicine.

Is that right?

A.    That is correct.

Q.    And I just want to tick through

and just confirm that you did not rely on a few studies, just to make sure I'm not missing something.  So if that's okay.

A.    Okay.

Q.    And I'll represent to you I did not find them in your report or in your reliance list.  So --

A.    Okay.

Q.    As Ms. Insogna said, I'm not trying to trick you, but I just want to make sure.

A.    If they're not on that list, it's likely that they're -- that I did not consider them.

Q.    So is it correct that in forming your opinions in this case you did not rely on an article by Alchirazi, A-l-c-h-i-r-a-z-i, 2024 entitled "Impact of Glucagon-Like Peptide-1 Receptor Agonist on Gallbladder and Biliary Diseases"?

A.    I don't know that study off the top of my head, and if it's not on my materials considered list, it's unlikely that I -- I put that into consideration.

Q.    Okay.  And is it correct that

you did not rely on, in performing your
opinions in this case, a study by Kim, K-i-m,
2024 entitled "GLP-1 RA Use is Associated
with Lower Risk of Biliary Disease Outcomes
in Non-Diabetic Patients with Obesity:  A
Multi-Center Analysis"?

        A.    Same answer as before.

        Q.    Do you know if there are any
studies that show GLP-1s may have a
protective effect for gallbladder conditions?

        A.    I'm unaware of any studies that
show that.

        Q.    Okay.  Would that surprise you?

        A.    I think it would be counter to
the mechanism of action and the overwhelming
evidence that shows that there is an effect.

        Q.    Okay.  If there were studies
that showed a protective effect, would that
be something you would want to consider in
forming your opinions in this case?

        A.    Yes.

        Q.    And is it correct that in your
report you do not address or discuss any
studies showing a protective effect between
GLP-1 RAs and gallbladder conditions?

A.      That is correct.

MR. ROTTINGHAUS:  Hold on.  I just need to make a quick objection.

I wasn't anticipating the last term, "conditions," because I've been hearing disease.  So I object on the grounds that it's vague as with respect to "conditions."

QUESTIONS BY MS. SMITH:

Q.      And let me -- that's a great point.  Let me -- let me fix it.

Is it correct that in forming your opinions in this case you do not discuss any studies addressing potential protective effects between GLP-1 RA medicines and gallbladder disease?

A.      That is correct.

Q.      Is it correct in forming your opinions in this case you did not review a 2025 article by Derington entitled "Liraglutide Versus Semaglutide Versus Dulaglutide in Veterans with Type 2 Diabetes"?

A.      Again, if it's not on the materials considered list, then it is

unlikely that it is affecting my opinion.

Q.    And would the same be true for a study called Garg, G-a-r-g, 2025, "All-Cause Mortality and Gastrointestinal Adverse Effects in Adults With Type 2 Diabetes and Glucagon-Like Peptide-1 Receptor Agonists Versus Sudium" -- excuse me, "Versus Sodium-Glucose Cotransporter-2 Inhibitors"?

A.    If it's not on my expert materials considered list, it's unlikely that it was considered in this report.

Q.    And would the same answer be true for a study by Kazi, K-a-z-i, 2025 called "Guts, Glucose and Gallbladders:  The Protective Role of GLP-1/GIP Receptor Agonists Against Biliary Complications in Patients With Type 2 Diabetes and Inflammatory Bowel Disease"?

A.    Same answer.

Q.    And is it correct that in forming your opinions in this case you did not consider an article by Sarwal, S-a-r-w-a-l, from 2025 entitled "Glycemic therapies and the risk of gastrointestinal adverse events in veterans with type 2

diabetes"?

A.      Again, if it's not on the materials considered list, it's unlikely to have affected my opinion.

MS. SMITH:  Thank you so much, Dr. Lang.  Those are all the questions I have for you at this time.

THE WITNESS:  Thank you.

MR. ROTTINGHAUS:  Do you have any questions?  Do you have a couple?

MR. NEUMAN:  Yes.

MR. ROTTINGHAUS:  Do you want to move over there, you think?

MR. NEUMAN:  It's fine.

CROSS-EXAMINATION

QUESTIONS BY MR. NEUMAN:

Q.      Dr. Lang, thank you for your time today.

As you know, my name is Josh Neuman.  I represent plaintiffs in the GLP-1 RA litigation.

I just want to take a quick step back and follow up to some of the questions defense counsel asked you about the systematic review that was conducted in this

case.

You were asked questions earlier today by defense counsel about the type of literature review that you conducted in preparation for your drafting -- for drafting your report.

Do you recall those questions?

A.    I do.

Q.    Can you please clarify the type of literature review that you conducted?

A.    Again, I think that it was probably close to or very similar to a systematic review that one would take if we were performing a review article in a scientific -- in a scientific manner.

I tried to do my best to examine all the relevant literature.  You know, we went in there with -- I went there with an idea based on patient experiences, which sometimes I'm correct about and sometimes I'm wrong about, but I tried to go into the data as well as I could with an open mind to try to investigate the answer to the question of whether or not these drugs cause deleterious effects on the biliary and

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

gallbladder system.

My overall opinion is that they do.

Q.    Okay.  And when you conducted your PubMed search and reviewed the literature, did you consider all of the materials that were made available to you?

A.    I did my best to perform an -- as exhaustive of a search as I could.

Q.    Did you have any selection bias whatsoever as it relates to your review of the literature?

A.    I don't believe that I did. Again, I tried to answer that question as best as I could with the information provided to me.  I tried to not have any biases myself.

Q.    Is that literature review the same type of review and search that you would have conducted in the past when publishing literature?

A.    Yes.

Q.    Is that the same type of search that you've conducted in the past in your academic life?

A.    It is.

Q.    Are all the opinions you've rendered today in both your expert report and your testimony held to a reasonable degree of medical and scientific certainty?

A.    They are.

MR. NEUMAN:  Okay.  That's all the questions I have.  Thank you.

MS. SMITH:  I think neither defendant has any additional questions.  Thank you.

THE WITNESS:  Thank you.

VIDEOGRAPHER:  This concludes today's deposition.  The time is 4:53 p.m.  We are going off the record.

(Deposition concluded at 4:53 p.m.)

- - - - - - - -

CERTIFICATE

I, CARRIE A. CAMPBELL, Registered Diplomate Reporter, Certified Realtime Reporter and Certified Shorthand Reporter, do hereby certify that prior to the commencement of the examination, Gabriel Lang, MD, was duly sworn by me to testify to the truth, the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a verbatim transcript of the testimony as taken stenographically by and before me at the time, place and on the date hereinbefore set forth, to the best of my ability.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action.

*Carrie A. Campbell*

CARRIE A. CAMPBELL,
NCRA Registered Diplomate Reporter
Certified Realtime Reporter
California Certified Shorthand
Reporter #13921
Missouri Certified Court Reporter #859
Illinois Certified Shorthand Reporter
#084-004229
Texas Certified Shorthand Reporter #9328
Kansas Certified Court Reporter #1715
New Jersey Certified Court Reporter
#30XI00242600
Louisiana Certified Court Reporter
#2021012
Notary Public
Dated:  April 8, 2026

INSTRUCTIONS TO WITNESS

Please read your deposition over carefully and make any necessary corrections. You should state the reason in the appropriate space on the errata sheet for any corrections that are made.

After doing so, please sign the errata sheet and date it.  You are signing same subject to the changes you have noted on the errata sheet, which will be attached to your deposition.

It is imperative that you return the original errata sheet to the deposing attorney within thirty (30) days of receipt of the deposition transcript by you.  If you fail to do so, the deposition transcript may be deemed to be accurate and may be used in court.

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

ACKNOWLEDGMENT OF DEPONENT

I, Gabriel Lang, do hereby certify that I have read the foregoing pages and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in the attached Errata Sheet.



4/28/26

Gabriel Lang, MD                    DATE

Subscribed and sworn to before me this 28 day of April, 20 26.

My commission expires: 7-23-2027

Karen Kiriakos

Notary Public



Gabriel Lang, MD    CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

- - - - - -
                        ERRATA
- - - - - -

PAGE      LINE     CHANGE

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

$$- \ - \ - \ - \ - \ - \ -$$

# LAWYER'S NOTES

$$- \ - \ - \ - \ - \ - \ -$$

PAGE        LINE

_____        _____        _____

_____        _____        _____

_____        _____        _____

_____        _____        _____

_____        _____        _____

_____        _____        _____

_____        _____        _____

_____        _____        _____

_____        _____        _____

_____        _____        _____

_____        _____        _____

_____        _____        _____

_____        _____        _____

_____        _____        _____

_____        _____        _____

_____        _____        _____

_____        _____        _____

_____        _____        _____

_____        _____        _____

_____        _____        _____