# EXHIBIT 43D

EXPERT OPINION ON DRUG SAFETY
https://doi.org/10.1080/14740338.2025.2465870





META-ANALYSIS

# Evaluating bowel obstruction and ileus events in patients on GLP-1 receptor agonists: a systematic review and meta-analysis

Lama Alfehaid[a,b,c], Majed Alyami[a,b,c], Sumaya Almohareb[a,b,c], Omar Alshaya[a,b,c] and Abdulaali Almutairi[d]

[a]Department of Pharmacy Practice, College of Pharmacy, King Saud bin Abdulaziz University for Health Sciences, Riyadh, Saudi Arabia; [b]Pharmaceutical Care Department, King Abdulaziz Medical City, Riyadh, Saudi Arabia; [c]King Abdullah International Medical Research Center, Riyadh, Saudi Arabia; [d]Drug Safety and Risk Management, Saudi Food and Drug Authority, Riyadh, Saudi Arabia

**ABSTRACT**

**Introduction:** This research evaluated the association between glucagon-like peptide-1 receptor agonists (GLP-1 RA) and bowel obstruction or ileus.

**Methods:** We searched databases, including Medline, Embase, and Cochrane, for studies on adult patients treated with GLP-1 RA. We included randomized control trials (RCT), cohort, case-control studies, and case reports. We used the Cochrane Risk of Bias tool to evaluate the quality of RCTs and the Newcastle-Ottawa Scale for cohort and case-control studies.

**Results:** Out of 317 records identified, 14 studies were included in the systematic review. The meta-analysis included 6 studies with a combined total of 550,426 participants. The use of GLP-1 RA did not show an incremental risk of bowel obstruction or ileus compared to controls (OR 1.95, 95% CI 0.43–8.79). However, the studies had high heterogeneity ($I^2 = 94\%$). A subgroup analysis by specific medication revealed that liraglutide was associated with a significantly high risk of bowel obstruction or ileus (OR 3.0, 95% CI 2.03–4.45; $I^2 = 0\%$).

**Conclusions:** GLP-1 receptor agonists do not significantly increase the risk of bowel obstruction or ileus. However, liraglutide is associated with a higher risk compared to semaglutide. Clinicians should remain aware of these rare events while recognizing the benefits of GLP-1 receptor agonists for glycemic control and cardiovascular health.

**PROSPERO registration:** CRD42024585971.

**ARTICLE HISTORY**
Received 13 September 2024
Accepted 18 December 2024

**KEYWORDS**
Bowel obstruction; glucagon-like peptide-1 receptor agonists; ileus; liraglutide; semaglutide

## 1. Introduction

Glucagon-like peptide-1 receptor agonists (GLP-1 RA) represent a novel class of type II diabetes mellitus (DM) treatments known for their remarkable efficacy in DM and promoting weight loss. These medications act by stimulating GLP-1 receptors located in the pancreas. They enhance insulin secretion and reduce glucagon release. These effects are glucose-dependent and carry a minimal risk of hypoglycemia. Furthermore, the activation of GLP-1 receptors in the central nervous and digestive systems curbs appetite and delays glucose absorption by slowing down gastric emptying [1]. This unique mechanism has led to the widespread use of GLP-1 RA medications for weight management, irrespective of diabetes diagnosis [2,3]. Additionally, GLP-1 RA appears to reduce major cardiovascular events and delay the progression of nephrological complications, which further encourages prescribing these medications [4–8].

GLP-1 RA are primarily available as injectable medications. Two are short-acting (once-or twice-daily administration; exenatide and liraglutide), and three are long-acting (weekly administration; albiglutide, dulaglutide, and exenatide). Tirzepatide, a medication within the same class, distinguishes itself by not only targeting GLP-1 receptors but also acting on the gastric inhibitory polypeptide GIP receptor. This dual action has shown remarkable effectiveness in enhancing glycemic control among individuals with type 2 diabetes [9]. Additionally, it has demonstrated the most substantial pharmacological weight loss effect, achieving a remarkable 20% reduction in body weight over 72 weeks in phase 3 randomized, controlled trials (RCT) [10,11].

Only two Food and Drug Administration (FDA)-approved GLP-1 RA for the management of obesity were semaglutide (Wegovy®) and liraglutide (Saxenda®) [12,13]. In November 2023, tripeptide (Zepbound®) received FDA approval for chronic weight management in adults who are either obese or overweight with at least one obesity-related condition, such as hypertension, DM, or dyslipidemia [14]. The remaining GLP-1 RAs have been used off-label due to the unavailability or high cost of the three approved medications [15,16]

Prescriptions for GLP-1 RAs medications have seen a significant rise in recent years. This can be attributed to the increasing prevalence of obesity worldwide and the limited availability of alternative medications [2,3]. Furthermore, many existing drugs have unfavorable side

**CONTACT** Lama Alfehaid ✉ Fehaidl@ksau-hs.edu.sa; Lamaalfehaid@yahoo.com 🏛 College of Pharmacy, King Saud Bin Abdulaziz University for Health Sciences. Riyadh, Saudi Arabia, 2915 Al Haras Al Watani St, Ar Rimayah, Riyadh 14611

🛈 Supplemental data for this article can be accessed online at https://doi.org/10.1080/14740338.2025.2465870

© 2025 Informa UK Limited, trading as Taylor & Francis Group



EXHIBIT

5

effects that limit their use to short periods, and their long-term efficacy is often suboptimal. On the other hand, GLP-1 RAs appear to have a favorable safety profile. Short-term gastrointestinal side effects such as nausea, vomiting, stomach pain, and diarrhea are commonly reported and widely acceptable and do not usually result in discontinuation of the drug [1,17].

However, concerns have been raised about the potential adverse effects of GLP-1 RAs on pancreatic and thyroid tissue. Studies conducted on animals and drug databases have suggested a connection between these drugs and pancreatitis, pancreatic cancer, and thyroid cancer [17]. Nevertheless, several meta-analyses have failed to confirm a direct cause-and-effect relationship between using GLP-1 RA and developing these harmful effects [18,19].

Furthermore, recently, there have been apprehensions about the potential life-threatening long-term adverse effects of GLP-1 RA, such as ileus or bowel obstruction. Initially the Japanese Medicines Agency initially released a safety statement regarding three patients who experienced intestinal obstruction after taking GLP-1 RA [20]. Later, the European Medicine Agency (EMA) searched its pharmacovigilance database and identified 35 similar cases for exenatide and 24 for liraglutide [21]. As a result, the European summary of product characteristics for liraglutide and exenatide was updated to include 'intestinal obstruction' as an infrequent side effect (occurring in less than one in 1000 patients) [22,23]. The FDA also updated the label of semaglutide (ozempic®) (wegovy®) and tirzepatide (mounjaro®) to include blocked intestines among the potential side effects of the drug. This was done after 33 cases of ileus in people taking semaglutide, tirzepatide [24].

However, it is important to acknowledge that this adverse event was voluntarily reported from a population of uncertain size. It is not always feasible to reliably estimate its frequency or establish a causal relationship to drug exposure. A significant gap remains in the literature regarding the frequency and risk factors for these gastrointestinal complications.

Our hypothesis is that while GLP-1 RAs provide substantial benefits in diabetes and obesity management, they may also pose a risk for bowel obstruction and ileus, particularly with certain agents like liraglutide. This systematic review investigated the potential association between GLP-1 RA and the risk of bowel obstruction or ileus. Thereby addressing the current gaps in understanding the long-term safety profile of these medications.

## 2. Methods

The study was reported in accordance with the recommendations outlined in the Preferred Reporting Items for Systematic Reviews and Meta-analyses (PRISMA) protocol [25] The PRISMA 2020 Checklist is available in (Supplementary Table S1). The study protocol has been registered with PROSPERO under the registration number (CRD42024585971).

### 2.1. Data sources and searches

We conducted a comprehensive search on PubMed/Medline, Embase, and Cochrane from inception to the 31st of July 2024 without language restriction. We also searched Google Scholar, the International Clinical Trials Registry Platform (ICTRP), The US Clinical Trials Registry, the Australian New Zealand Clinical Trials Registry (ANZCTR), the Clinical Trial Registry in Japan, International Standard Randomized Controlled Trial Number Registry (ISRCTN registry), EU Clinical Trials, Nederland's Trial Register, and Randomized Controlled Trial Number Registry (ISRCTN registry), EU Clinical Trials, Nederland's Trial Register, and the bibliographies of the included studies and recent review articles to identify any additional relevant studies. The search terms used were 'glucagon like peptide 1,' 'glp 1,' 'lixisenatide,' 'semaglutide,' 'exenatide,' 'albiglutide,' 'dulaglutide,' 'intestine, large,' 'intestine obstruction,' 'small intestine obstruction,' 'small bowel obstruction,' 'ileus,' 'intestinal obstruction,' 'small intestinal obstruction,' 'bowel obstruction.' Two independent reviewers (LA, SA) conducted the initial screening for eligible studies in three phases: first, evaluating the titles, followed by a review of the abstracts in the second phase. In the third phase, full texts were assessed according to the study inclusion criteria (Figure 1). Any disagreements between the reviewers were resolved through consensus or by consulting a third reviewer (AA).

### 2.2. Study selection

We included RCTs, cohort studies, and case-control studies that enrolled adult diabetic and/or non-diabetic obese patients who received GLP-1 RA and reported on the risk of bowel obstruction or ileus. GLP-1 therapy can be administered as either monotherapy or as an add-on treatment, with the comparator being either a placebo or other interventions. Case reports and case series were also included in the systematic review.

### 2.3. Data extraction and quality assessment

All required data were extracted using a pre-designed Excel sheet that included the following information: publication year, study design, population and indication of therapy, sample size, baseline characteristics of included patients, GLP-1 RA medication name and dose, comparator, number of patients in each group, follow-up duration, intestinal obstruction events, method of adjustment for confounding, and unadjusted and adjusted effect sizes. For case report studies, we collected data regarding the reported adverse event, onset of the adverse event, predisposing factors, management, and outcome.

The risk of bias was independently assessed by two reviewers. The quality of the included RCTs was evaluated using the Cochrane Risk of Bias tool [26], while the Newcastle-Ottawa Quality Assessment Scale [27] was used to assess the cohort and case-control studies. For the case report studies, we utilized a tool developed by Murad et al. in 2018 to evaluate the methodological quality of these reports [28] (Supplementary Tables S2–5).



Figure 1. Flow diagram for selection of studies included in the systematic review and the meta-analysis.

## 2.4. Statistical analysis

For the meta-analysis component, we used the random-effects model to calculate the odds ratios (OR) and 95% confidence intervals (CI) for the risk of bowel obstruction and ileus. The $I^2$ test was used to examine heterogeneity between studies. This metric quantifies the proportion of total variation attributable to true differences between studies rather than chance. $I^2$ values of 25%, 50%, and 75% were considered indicative of low, moderate, and substantial heterogeneity, respectively. Subgroup analyses based on indication or comparator type were also performed when there was a substantial level of heterogeneity ($I^2$ >75%). All statistical analyses were conducted using Comprehensive Meta-analysis Version 4 [29]. The Egger's test and a visual assessment of the funnel plot were used for assessing publication bias. Egger's test was conducted only for meta-analyses comprising at least 5 studies [30].

## 3. Results

Out of 317 records identified in the literature search, 28 articles remained for full-text evaluation after screening titles and abstracts and removing duplicates. The systematic review included 14 trials.[30–43] Three hundred and three studies were excluded because they did not align with the aim of this review based on the interventions of interest and measured outcomes (Figure 1). Among the 14 studies included, 2 were RCTs, 8 were observational studies summarized in (Table 1), and the remaining 4 studies were case reports summarized in (Table 2). For the meta-analysis component of this study, 6 of these studies were included: 4 observational cohort studies and 2 RCTs, with a combined total of 550,426 participants. The quality scores from the cohort studies indicate a generally low risk of bias. Similarly, the quality assessment of the two RCTs also showed a low risk of bias. The quality assessments for the case reports resulted in scores of 7 and 8, which reflect the

4    L. ALFEHAID ET AL.

Table 1. Summary of clinical studies that were included in the systematic review ($n = 10$).

| Study Author, Year Country | Study Design | Study Subjects | Sample size | Baseline Characteristics of GLP-1 RA group | GLP1-RA and Dose | Comparator | Event | Results |
|---|---|---|---|---|---|---|---|---|
| Bennett et al, 2015 [31] Japan | Retrospective observational study | Diabetic patients | 82,386 | Mean age (SD): 62.71 (11.42) years Female: 45.9% | Exenatide (NR), lixisenatide (NR), exenatide-LAR (NR), or liraglutide (NR) | DPP-4, voglibose | Ileus | Incidence per 1000 year (95% CI): 32.16 (14.45–71.59) Risk Window: ≤90 days37.05 (15.42–89.01) ≤30 days26.76 (6.69–107.01) 31–90 days51.13 (16.49–158.54) 91+ days19.61 (2.76–139.24) |
| Chin et al, 2023 [32] Japan | Prospective, observational study | Diabetic patients | 3,136 | Age ≥ 65 years: 50.96% Female: 43.2% Concurrent DPP4 inhibitors: 4.66% | Dulaglutide 0.75 mg | NA | Intestinal obstruction | Frequency: 0.03% |
| | | | | | | | Mechanical ileus | Frequency: 0.03% |
| Faillie et al, 2022 [33] UK | Prospective cohort | Diabetic patients | 92878 | Mean age (SD): 57.6 (11.8) Female: 49.9% Concurrent DPP4 inhibitors: 46.1% | Dulaglutide (NR), exenatide (NR), liraglutide (NR), lixisenatide (NR), or semaglutide (NR) | SGLT2 inhibitors | Intestinal obstruction | Weighted HR (95% CI)= 1.69 (1.04–2.74) Risk-based on GLP1 RAs used: DulaglutideHR=1.650.78–3.47 ExenatideHR=2.030.87–4.75 LiraglutideHR=1.740.97–3.14 LixisenatideHR=1.840.75–4.53 |
| Gaw et al, 2024 [34] US | Cases reported to United States Poison Centers | Obesity and diabetic patients | 5,713 | Age 20–49 years: 49.5% Female: 71.3% | Semaglutide (NR), liraglutide (NR), or other GLP1 medications | NA | Ileus | Frequency: 0.4% |
| Gudbergsen et al, 2021 [35] Denmark | RCT | Overweight/obesity and knee osteoarthritis | 156 | Mean age (SD): 59.2 ± 10.8 Female: 65% | Liraglutide 3 mg | Placebo | Ileus | Frequency:1.25% |
| Gudin et al, 2020 [36] US, Japan | Pharmacovigilance study (VigiBase); case/non-case analysis | Diabetic patients | 145138 | Age ≥ 65: 56.9% Female: 45.7% | Exenatide (NR) (25.4%), liraglutide (NR) (14.6%), or dulaglutide (NR) (7.5%) | Other diabetes medication | Intestinal obstruction | ROR (95% CI)= 3.05 (2.54–3.66) Frequency of intestinal Obstruction based on the type: • Intestinal obstruction 38.9% • Ileus 29% • Small intestinal obstruction 13.9% • Gastric obstruction 5.1% • Duodenal obstruction 2.4% • Large intestinal obstruction 2% • Mechanical ileus 2% |
| Lundgren et al, 2021 [37] Denmark | RCT | Obese patients | 195 | Mean age (SD): 43±12 Female: 64% | Liraglutide 3 mg | Placebo Exercise | Ileus | Frequency: 0% |
| Sodhi et al, 2023 [38] US | Prospective observation study | Obese patient | 4757 | Mean age (SD): 52.4±12 | Semaglutide (NR) (13.9%), Liraglutide (NR) (87.1%) | Bupropion-naltrexone | Bowel obstruction | HR (95% CI)= 4.22 (1.02–17.40) Adjusted HR (95% CI)= 2.44 (1.00–5.95) |

(Continued)

**Table 1. (Continued).**

| Study Author, Year Country | Study Design | Study Subjects | Sample size | Baseline Characteristics of GLP-1 RA group | GLP1-RA and Dose | Comparator | Event | Results |
|---|---|---|---|---|---|---|---|---|
| Ueda et al, 2023 [39] Sweden, Denmark, and Norway | Retrospective cohort | Diabetic patients | 370054 | Mean age (SD): 60.9 (11.2) | Liraglutide (NR), semaglutide (NR), dulaglutide (NR), exenatide (NR), or lixisenatide (NR) | SGLT 2 inhibitors | Intestinal obstruction<br>Paralytic Ileus | 1.3 per 1000 person-year Adjusted HR (95% CI)= 0.83 (0.69–1.01)<br>0.1 per 1000 person-year Adjusted HR(95% CI)= 0.64 (0.36–1.11) |
| Wu et al, 2022 [40] US | Pharmacovigilance study (FAERS); case/non-case analysis | Not specific Diabetes and Obese patients | 71,515 | Median age [IQR]: 59 [51–67] Female: 55.5% | Albiglutide (NR), dulaglutide (NR) exenatide liraglutide (NR) lixisenatide (NR), or semaglutide (NR) | Other drugs | Ileus | Numbers of Events GLP1 RAsEventsIC25%*<br>Dulaglutide120.77<br>Exenatide330.55<br>Liraglutide240.12<br>Semaglutide5−0.77 |

Abbreviations: NR: Not Reported; DPP-4: Dipeptidyl peptidase-4; SGLT2: Sodium-glucose transport protein 2; HR: Hazard ratio; RCT: Randomized control trial; ROR: Reporting odds ratio.
*The lower end of the 95% CI.

adequacy of case definitions, representativeness, and exposure ascertainment. A summary of these assessments can be found in Supplementary Table S2–5.

### 3.1. Overall risk of GLP-1 RA-Associated bowel obstruction or ileus

The use of GLP-1 RA showed no incremental risk of causing bowel obstruction and ileus compared to the control (OR 1.95, 95% CI 0.43–8.79), $I^2 = 94\%$. However, there was a high heterogeneity $I^2 = 94\%$) (Figure 2). In addition, the sub-analysis by comparator also showed no difference between GLP-1 RA and the other medications (OR 0.64, 95% CI 0.33–1.23) with a low-level heterogeneity $I^2 = 15\%$ (Supplementary Figure S1) the funnel plot of standard error presented in (Supplementary Figure S2).

### 3.2. The risk of GLP-1 RA-Associated bowel obstruction or ileus based on indication of use

The use of GLP-1 RA for the treatment of DM or obesity did not increase the risk of intestinal obstruction and ileus (OR 1.89, 95% CI 0.24–15.22) and (OR 2.81, 95% CI 0.67–11.84) respectively (Figure 4) the funnel plot of the standard error is presented in (Supplement Figure 3).

### 3.3. The risk of GLP-1 RA-Associated bowel obstruction or ileus by type of obstruction

There was no significant difference in the risk of developing ileus or bowel obstruction between patients treated with GLP-1 RA and the control group, especially when considering the specific type of obstruction (OR 0.571, 95% CI 0.223–1.464; $I^2 = 57.7\%$) and (OR 2.13, 95% CI 0.81–5.60; $I^2 = 94.4\%$), respectively, (Supplement Figure 4).

### 3.4. The risk of GLP-1 RA-Associated bowel obstruction or ileus: liraglutide versus semaglutide

In studies that evaluated liraglutide, there was an incremental risk of causing bowel obstruction in patients who received it compared to the control group (OR 3.0, 95% CI 2.03–4.45) (Figure 4-a). On the other hand, semaglutide showed no incremental risk of causing bowel obstruction compared to the control (OR 0.50, 95% CI 0.06–4.03) (Figure 4-b).

### 4. Discussion

Established guidelines strongly endorse the utilization of GLP-1 RA for the management of diabetes mellitus and obesity [45,46]. This approach demonstrates additional benefits, including the prevention or deceleration of diabetic nephropathy progression, reduction of major adverse cardiovascular events, and enhancement of heart failure outcomes [4–8]. However, recent findings have prompted the inclusion of bowel obstruction and ileus as potential adverse drug events in their official labeling [22,23]. In this systematic review and meta-analysis of studies (2 RCTs and 4 observational studies), we found no increased risk of

6    L. ALFEHAID ET AL.

**Table 2.** Summary of case reports included in the systematic review (n = 4).

| Author, Year Country | Age and Gender | GLP-1 RA and Dose | Adverse Events Description | Onset of Adverse Events | Predisposing Factor | Management | Outcome |
|---|---|---|---|---|---|---|---|
| Gandhi et al, 2020 [41] US | 52 years male | Dulaglutide (NR) | Small bowel obstruction | After 21 days of treatment | Drug-induced | Partial resection of a small bowel was done due to severe ischemia | Improved |
| Gordon et al, 2022 [42] US | 27 years female | Tirzepatide (NR) | Large bowel obstruction | After 120 days of treatment | Drug-induced | Patient required initiation of intravenous vasopressors for hemodynamic support and was started on empirical antibiotics. A total abdominal colectomy was performed. | Improved |
| Mathew and Hannoodee, 2023 [43] US | 61 years male | Tirzepatide (Increased from 2.5 mg to 5 mg weekly) | Small bowel obstruction | After 35 days of switching from dulaglutide to tirzepatide | Drug-induced due to increased dose | Tirzepatide was withdrawn, and supportive management was given | Improved |
| Pharmaceutical and Food Safety Bureau 2012 [44] Japan | 60 years male | Liraglutide (Increased from 0.3 mg to 0.9 mg daily) | Paralytic ileus | 14th day of treatment | Drug-induced due to increased dose | Liraglutide was withdrawn, and supportive management was given | Improved |

NR: Not Reported.



Figure 2. The overall risk of GLP-1 ra-associated bowel obstruction or ileus.



Figure 3. Sub-analysis of the risk of GLP-1 ra-associated bowel obstruction or ileus by indication of use.



*a.  Liraglutide*



*b.  Semaglutide*



**Figure 4.** Sub-analysis of the risk of GLP-1 ra-associated bowel obstruction or ileus by indication of use by specific agents.

bowel obstruction and ileus in patients treated with GLP-1 RA for diabetes or obesity. Our focused analysis on bowel obstruction alone revealed no difference between those receiving GLP-1 RA and those on other control medications. Similarly, the incidence of ileus alone was comparable when GLP-1 RA was used.

Bowel obstruction and ileus have also been associated with dipeptidyl peptidase-4 (DPP-4) inhibitors, but the incidence of these events was similar when DPP-4 inhibitors or GLP-1 RAs were compared with sodium-glucose co-transporter 2 (SGLT2) inhibitors [39]. Therefore, the occurrence of bowel obstruction and ileus may be influenced by risk factors unrelated to the medication class.

The studies included in this meta-analysis differ considerably in design, patient characteristics, type of GLP-1 RA used follow-up duration, and comparator groups, contributing to potential heterogeneity. The high heterogeneity observed in our results highlights the need for cautious interpretation and application to clinical practice and should not be generalized to broader populations or the entire GLP-1 RA class. Although our focused analysis suggested a lower risk of bowel obstruction and ileus with semaglutide compared to liraglutide, this finding is based on limited evidence and requires validation through larger, well-designed studies. The availability of such robust data could significantly inform and refine clinical guideline recommendations.

The risk of intestinal obstruction associated with GLP-1 RA, if it occurs, can accumulate over time, with the highest risk occurring around 1.6 years of treatment [33,47]. Clinicians should be aware of these potential chronic adverse reactions and be prepared to manage them as medical emergencies. Implementing frequent follow-up visits for high-risk patients, coupled with providing clear and comprehensive education on potential side effects and their associated signs and symptoms, could serve as effective strategies for mitigating these risks. However, it is equally critical to balance these risks against the potential benefits, as avoiding the use of GLP-1 RA due to these potential risks could deprive patients of the significant benefits these medications offer. It is evident that the overall benefits of GLP-1 RAs outweigh the associated risks.

This systematic review and meta-analysis provide several notable strengths. To our knowledge, this is the first systematic review and meta-analysis to investigate the risks of ileus and bowel obstruction associated with GLP-1 RAs, incorporating recently published data. By including both RCTs and observational studies, this analysis provides a balanced view by capturing data from controlled studies and real-world clinical outcomes. Additionally, we conducted several subgroup analyses to investigate the risk based on the indication of use, type of obstruction, and whether semaglutide was used versus liraglutide. Despite the limited number of included studies, this analysis establishes a foundation for future research and underscores the importance of continuous safety evaluations for GLP-1 RA. Our study has several limitations. Notably, the small number of studies included varies in design, population characteristics, and the specific GLP-1 receptor agonists used. This variability has led to a high level of heterogeneity, which may impact the strength and generalizability of our findings. Additionally, the limited range of GLP-1 RA evaluated may restrict the applicability of our results to the entire class. Our findings should not impede the ongoing safety monitoring of GLP-1 RA by international reporting systems; however, they do offer provisional guidance for clinicians.

8 (⊕) L. ALFEHAID ET AL.

## 5. Conclusion

This systematic review and meta-analysis revealed that GLP-1 RA did not increase the risk of bowel obstruction and ileus in diabetes and obesity management. Despite the potential for these adverse events, the benefits of GLP-1 RA in improving glycemic control and cardiovascular outcomes outweigh the risks. Semaglutide may have a lower risk of bowel obstruction compared to liraglutide. Clinicians should continue to monitor for these rare adverse events while recognizing the overall benefits of GLP-1 RA.

## Funding

This research did not receive a specific grant from any funding agency in the public, commercial, or not-for-profit sectors.

## Disclosure of interest

The authors declare no financial or personal relationships that could have influenced the objectivity of this research.

## Author contribution statement

Dr. Lama Alfehaid: Contributed to project administration, study investigation, data curation, and manuscript writing and reviewing.

Dr. Majed Alyami: Contributed to the project's conceptualization, supervision, research methodology, review, and writing of the original draft.

Dr. Sumaya Almohareb: Contributed to study investigation, data curation, and writing and reviewing the original draft.

Dr. Omar Alshaya: Contributed to writing, reviewing, and editing the manuscript.

Dr. Abdulaali Almutairi: Contributed to the conceptualization, methodology, formal analysis, supervision, reviewing, and editing of the manuscript.

## References

1. Cf S Jr, Kushner P, Aguilar R. User's guide to mechanism of action and clinical use of GLP-1 receptor agonists. Postgrad Med. 2015;127(8):818–826. doi: 10.1080/00325481.2015.1090295 Epub 2015 Sep 15. PMID: 26371721.
2. Niakan K, Schock B. GLP-1 agonists in Medicaid: utilization, growth, and management. Milliman White Paper. Available at cited 2024 Mar 3rd]. Available from: https://www.milliman.com/-/media/milliman/pdfs/2024-articles/1-18-24_glp1-agonists-in-medicaid-utilization-growth-and-management.ashx
3. Sumarsono A, Buckley LF, Machado SR, et al. Medicaid expansion and utilization of antihyperglycemic therapies. Diabetes Care. 2020 Nov;43(11):2684–2690. doi: 10.2337/dc20-0735 Epub 2020 Sep 4. PMID: 32887711; PMCID: PMC8051258.
4. Sheahan KH, Wahlberg EA, Gilbert MP. An overview of GLP-1 agonists and recent cardiovascular outcomes trials. Postgrad Med J. 2020 Mar;96(1133):156–161. doi: 10.1136/postgradmedj-2019-137186 Epub 2019 Dec 4. PMID: 31801807; PMCID: PMC7042958.
5. Marso SP, Bain SC, Consoli A, et al. SUSTAIN-6 investigators. semaglutide and cardiovascular outcomes in patients with type 2 diabetes. N Engl J Med. 2016 Nov 10;375(19):1834–1844. doi: 10.1056/NEJMoa1607141 Epub 2016 Sep 15. PMID: 27633186.
6. Pfeffer MA, Claggett B, Diaz R, et al. ELIXA investigators. lixisenatide in patients with type 2 diabetes and acute coronary syndrome. N Engl J Med. 2015 Dec 3;373(23):2247–2257. doi: 10.1056/NEJMoa1509225 PMID: 26630143.
7. Holman RR, Bethel MA, Mentz RJ, et al. Effects of once-weekly exenatide on cardiovascular outcomes in type 2 diabetes. N Engl J Med. 2017 Sep 28;377(13):1228–1239. doi: 10.1056/NEJMoa1612917 Epub 2017 Sep 14. PMID: 28910237; PMCID: PMC9792409.
8. Sattar N, Lee MMY, Kristensen SL, et al. Cardiovascular, mortality, and kidney outcomes with GLP-1 receptor agonists in patients with type 2 diabetes: a systematic review and meta-analysis of randomized trials. Lancet Diabetes Endocrinol. 2021 Oct;9(10):653–662. doi: 10.1016/S2213-8587(21)00203-5 Epub 2021 Aug 20. PMID: 34425083.
9. Frías JP, Davies MJ, Rosenstock J, et al. Tirzepatide versus semaglutide once weekly in patients with type 2 diabetes. N Engl J Med. 2021;385(6):503–515. doi: 10.1056/NEJMoa2107519
10. Jastreboff AM, Aronne LJ, Ahmad NN, et al. SURMOUNT-1 investigators. tirzepatide once weekly for the treatment of obesity. N Engl J Med. 2022 Jul 21;387(3):205–216. doi: 10.1056/NEJMoa2206038 Epub 2022 Jun 4. PMID: 35658024.
11. Aronne LJ, Sattar N, Horn DB, et al. SURMOUNT-4 Investigators. Continued treatment with tirzepatide for maintenance of weight reduction in adults with obesity: the surmount-4 randomized clinical trial. JAMA. 2024 Jan 2;331(1):38–48. doi: 10.1001/jama.2023.24945 PMID: 38078870; PMCID: PMC10714284.
12. FDA approves new drug treatment for chronic weight management, first since 2014 (2021) u.s. food and drug administration. Available at cited 2024 Mar 2nd]. Available from: https://www.fda.gov/news-events/press-announcements/fda-approves-new-drug-treatment-chronic-weight-management-first-2014
13. FDA approves weight management drug for patients aged 12 and older. U.S. Food and drug administration. Available at 2021 [cited 2024 Mar 2nd]. Available from: https://www.fda.gov/drugs/news-events-human-drugs/fda-approves-weight-management-drug-patients-aged-12-and-older
14. FDA approves new medication for chronic weight management (2023) U.S. Food and Drug Administration. Available at cited 2024 Mar 2nd]. Available from: https://www.fda.gov/news-events/press-announcements/fda-approves-new-medication-chronic-weight-management
15. Wojtara M, Mazumder A, Syeda Y, et al. Glucagon-like peptide-1 receptor agonists for chronic weight management. Adv Med. 2023 Sep 20; 20232023:1–7. doi: 10.1155/2023/9946924 PMID: 37771634; PMCID: PMC10533252.
16. Popoviciu MS, L P, Yahya G, et al. Emerging role of glp-1 agonists in obesity: a comprehensive review of randomised controlled trials. Int J Mol Sci. 2023 Jun 21;24(13):10449. doi: 10.3390/ijms241310449 PMID: 37445623; PMCID: PMC10341852.
17. Butler PC, Elashoff M, Elashoff R, et al. A critical analysis of the clinical use of incretin-based therapies: are the GLP-1 therapies safe? Diabetes Care. 2013 Jul;36(7):2118–2125. doi: 10.2337/dc12-2713 Epub 2013 May 3. PMID: 23645885; PMCID: PMC3687282.
18. Dore DD, Hussein M, Hoffman C, et al. A pooled analysis of exenatide use and risk of acute pancreatitis. Curr Med Res Opin. 2013 Dec;29(12):1577–1586. doi: 10.1185/03007995.2013.838550 Epub 2013 Sep 13. PMID: 23981106.
19. Pinto LC, Falcetta MR, Rados DV, et al. Glucagon-like peptide-1 receptor agonists and pancreatic cancer: a meta-analysis with trial sequential analysis. Sci Rep. 2019 Feb 20;9(1):2375. doi: 10.1038/s41598-019-38956-2 PMID: 30787365; PMCID: PMC6382780.
20. Kanasaki K, Konishi K, Hayashi R, et al. Three ileus cases associated with the use of dipeptidyl peptidase-4 inhibitors in diabetic patients. J Diabetes Investig. 2013 Nov 27;4(6):673–675. doi: 10.1111/jdi.12095 Epub 2013 May 8. PMID: 24843724; PMCID: PMC4020265.
21. European Medicine Agency. Pharmacovigilance risk assessment committee (PRAC). In: Minutes of the meeting –; 2013. Available at Jan 7–10. Available from: https://www.ema.europa.eu/en/documents/minutes/minutes-prac-meeting-7-10-january-2013_.pdf
22. Victoza (liraglutide). [Package insert]. Denmark; Novo Nordisk; 2019.
23. Ozempic (semaglutide). Denmark; Novo Nordisk; 2024. (Package insert).
24. US Food and Drug Administration. Potential signals of serious risks/new safety information identified by the fda adverse event reporting system (FAERS). Available at cited 2024 Aug 8th]. Available from:

https://www.fda.gov/drugs/questions-and-answers-fdas-adverse-event-reporting-system-faers/april-june-2022-potential-signals-serious-risksnew-safety-information-identified-fda-adverse-event

25. Moher D, Liberati A, Tetzlaff J, et al. Preferred reporting items for systematic reviews and meta-analyses: the PRISMA statement. BMJ. 2009 Jul 21;339(jul21 1):b2535. doi: 10.1136/bmj.b2535 PMID: 19622551; PMCID: PMC2714657.

26. Jadad AR, Moore RA, Carroll D, et al. Assessing the quality of reports of randomized clinical trials: is blinding necessary? Control Clin Trials. 1996 Feb;17(1):1–12. doi: 10.1016/0197-2456(95)00134-4 PMID: 8721797.

27. Wells GA, Shea BJ, O'Connell D, et al. The Newcastle–Ottawa scale (NOS) for assessing the quality of non-randomized studies in meta-analysis. 2000.

28. Murad MH, Sultan S, Haffar S, et al. Methodological quality and synthesis of case series and case reports. BMJ Evid Based Med. 2018 Apr;23(2):60–63. doi: 10.1136/bmjebm-2017-110853 Epub 2018 Feb 2. PMID: 29420178; PMCID: PMC6234235.

29. Borenstein M, Higgins JP, Hedges LV, et al. Basics of meta-analysis: I² is not an absolute measure of heterogeneity. Res Synth Methods. 2017 Mar;8(1):5–18. doi: 10.1002/jrsm.1230 Epub 2017 Jan 6. PMID: 28058794.

30. Sterne JA, Gavaghan D, Egger M. Publication and related bias in meta-analysis: power of statistical tests and prevalence in the literature. J Clin Epidemiol. 2000 Nov;53(11):1119–1129. doi: 10.1016/s0895-4356(00)00242-0 PMID: 11106885.

31. Bennett D, Davé S, Sakaguchi M, et al. Association between therapy with dipeptidyl peptidase-4 (DPP-4) inhibitors and risk of ileus: a cohort study. Diabetol Int. 2016 Mar 4;7(4):375–383. doi: 10.1007/s13340-016-0261-3 PMID: 30603289; PMCID: PMC6224969.

32. Chin R, Nagaoka S, Nakasawa H, et al. Safety and effectiveness of dulaglutide 0.75 mg in Japanese patients with type 2 diabetes in real-world clinical practice: 36 month post-marketing observational study. J Diabetes Investig. 2023 Feb;14(2):247–258. doi: 10.1111/jdi.13932 Epub 2022 Nov 11. PMID: 36367417; PMCID: PMC9889676.

33. Faillie JL, Yin H, Ohy Y, et al. Incretin-based drugs and risk of intestinal obstruction among patients with type 2 diabetes. Clin Pharmacol Ther. 2022 Jan;111(1):272–282. doi: 10.1002/cpt.2430 Epub 2021 Oct 16. PMID: 34587280.

34. Gaw CE, Hays HL, Kemp CA, et al. Glucagon-like peptide-1 receptor agonist cases reported to United States poison centers, 2017–2022. J Med Toxicol. 2024 Apr;20(2):193–204. doi: 10.1007/s13181-024-00999-x Epub 2024 Feb 29. PMID: 38421490; PMCID: PMC10959851.

35. Gudbergsen H, Overgaard A, Henriksen M, et al. Liraglutide after diet-induced weight loss for pain and weight control in knee osteoarthritis: a randomized controlled trial. Am J Clin Nutr. 2021 Feb 2;113(2):314–323. doi: 10.1093/ajcn/nqaa328 PMID: 33471039.

36. Gudin B, Ladhari C, Robin P, et al. Incretin-based drugs and intestinal obstruction: a pharmacovigilance study. Therapie. 2020 Nov;75(6):641–647. doi: 10.1016/j.therap.2020.02.024 Epub 2020 May 11. PMID: 32418731.

37. Lundgren JR, Janus C, Jensen SBK, et al. Healthy weight loss maintenance with exercise, liraglutide, or both combined. N Engl J Med. 2021 May 6;384(18):1719–1730. doi: 10.1056/NEJMoa2028198 PMID: 33951361.

38. Sodhi M, Rezaeianzadeh R, Kezouh A, et al. Risk of gastrointestinal adverse events associated with glucagon-like peptide-1 receptor agonists for weight loss. JAMA. 2023 Nov 14;330(18):1795–1797. doi: 10.1001/jama.2023.19574 PMID: 37796527; PMCID: PMC10557026.

39. Ueda P, Wintzell V, Melbye M, et al. Use of DPP4 Inhibitors and GLP-1 receptor agonists and risk of intestinal obstruction: Scandinavian cohort study. Clin Gastroenterol Hepatol. 2024 Jun;22(6):1226–1237.e14. doi: 10.1016/j.cgh.2023.08.034 Epub 2023 Sep 15. PMID: 37716613.

40. Wu T, Zhang Y, Shi Y, et al. Safety of glucagon-like peptide-1 receptor agonists: a real-world study based on the us fda adverse event reporting system database. Clin Drug Investig. 2022 Nov;42(11):965–975. doi: 10.1007/s40261-022-01202-1 Epub 2022 Sep 30. PMID: 36175609.

41. Gandhi A, Khanam V, Peterson D, et al. MON-681 Dulaglutide commonly known as trulicity; an anti-diabetic medication causing small bowel obstruction. J Endocr Soc. 2020 May 8;4(Suppl 1):MON–681. doi: 10.1210/jendso/bvaa046.609 PMCID: PMC7209367.

42. Gordon A, Dixit K, Shachi T, et al. A rare case of a large bowel obstruction due to tirzepatide. Chest. 2023 Oct;164(4):A2334–A2335.

43. Mathew A, Hannoodee H. FRI643 tirzepatide associated partial small bowel obstruction: a case report. J Endocr Soc 2023O Oct-Nov. 2023;7(Suppl1). doi: 10.1210/jendso/bvad114.862

44. Shetty R, Basheer FT, Poojari PG, et al. Adverse drug reactions of GLP-1 agonists: a systematic review of case reports. Diabetes Metab Syndr. 2022 Mar;16(3):102427. doi: 10.1016/j.dsx.2022.102427 Epub 2022 Feb 12. PMID: 35217468.

45. ElSayed NA, Aleppo G, Bannuru RR, et al. 9. Pharmacologic approaches to glycemic treatment: standards of care in diabetes—2024. Diabetes Care. 2024 Jan 1;47(Suppl 1):S158–S178. doi: 10.2337/dc24-S009 Erratum in: Diabetes Care. 2024 Jul 1;47(7):1238. doi: 10.2337/dc24-er07a. PMID: 38078590; PMCID: PMC10725810.

46. Stevens PE, Ahmed SB, Carrero JJ, et al. KDIGO 2024 clinical practice guideline for the evaluation and management of chronic kidney disease. Kidney Int. 2024 Apr;105(4):S117–S314. doi: 10.1016/j.kint.2023.10.018 PMID: 38490803.

47. Lu J, Liu H, Zhou Q, et al. A potentially serious adverse effect of GLP-1 receptor agonists. Acta Pharm Sin B. 2023 May;13(5):2291–2293. doi: 10.1016/j.apsb.2023.02.020 Epub 2023 Mar 2. PMID: 37250165; PMCID: PMC10213739.

**Supplement Table 1: PRISMA 2020 Checklist**

| Section and Topic | Item # | Checklist Item | Location where item is reported |
|---|---|---|---|
| **TITLE** | | | |
| Title | 1 | Identify the report as a systematic review. | Page 1: Lines 2 |
| **ABSTRACT** | | | |
| Abstract | 2 | See the PRISMA 2020 for Abstracts checklist. | Page 2: Lines 23-43 |
| **INTRODUCTION** | | | |
| Rationale | 3 | Describe the rationale for the review in the context of existing knowledge. | Page 5: Lines 88 -102 |
| Objectives | 4 | Provide an explicit statement of the objective(s) or question(s) the review addresses. | Page 5: Lines 99-102 |
| **METHODS** | | | |
| Eligibility criteria | 5 | Specify the inclusion and exclusion criteria for the review and how studies were grouped for the syntheses. | Page 6: Lines 116-120 |
| Information sources | 6 | Specify all databases, registers, websites, organisations, reference lists and other sources searched or consulted to identify studies. Specify the date when each source was last searched or consulted. | Page 6: Lines 107-114 |
| Search strategy | 7 | Present the full search strategies for all databases, registers and websites, including any filters and limits used. | Page 6: Lines 107-114 |
| Selection process | 8 | Specify the methods used to decide whether a study met the inclusion criteria of the review, including how many reviewers screened each record and each report retrieved, whether they worked independently, and if applicable, details of automation tools used in the process. | Page 6: Lines 119-120 |
| Data collection process | 9 | Specify the methods used to collect data from reports, including how many reviewers collected data from each report, whether they worked independently, any processes for obtaining or confirming data from study investigators, and if applicable, details of automation tools used in the process. | Page 6: Lines 122-128 |
| Data items | 10a | List and define all outcomes for which data were sought. Specify whether all results that were compatible with each outcome domain in each study were sought (e.g. for all measures, time points, analyses), and if not, the methods used to decide which results to collect. | Page 9 Table 1 |
| | 10b | List and define all other variables for which data were sought (e.g. participant and intervention characteristics, funding sources). Describe any assumptions made about any missing or unclear information. | Page 9 Table 1 |
| Study risk of bias assessment | 11 | Specify the methods used to assess risk of bias in the included studies, including details of the tool(s) used, how many reviewers assessed each study and whether they worked independently, and if applicable, details of automation tools used in the process. | Page 6 Lines 129-133 |
| Effect measures | 12 | Specify for each outcome the effect measure(s) (e.g. risk ratio, mean difference) used in the synthesis or presentation of results. | Page 7 Lines 135-141 |
| Synthesis methods | 13a | Describe the processes used to decide which studies were eligible for each synthesis (e.g. tabulating the study intervention characteristics and comparing against the planned groups for each synthesis (item #5)). | Page 9 Table 1 |
| | 13b | Describe any methods required to prepare the data for presentation or synthesis, such as handling of missing summary statistics, or data | Page 6: |

2

| Section and Topic | Item # | Checklist item | Location where item is reported |
|---|---|---|---|
| | | conversions. | Lines 122-128 |
| | 13c | Describe any methods used to tabulate or visually display results of individual studies and syntheses. | Page 6: Lines 122-128 |
| | 13d | Describe any methods used to synthesize results and provide a rationale for the choice(s). If meta-analysis was performed, describe the model(s), method(s) to identify the presence and extent of statistical heterogeneity, and software package(s) used. | Page 7 Lines 135-141 |
| | 13e | Describe any methods used to explore possible causes of heterogeneity among study results (e.g. subgroup analysis, meta-regression). | Page 7 Lines 135-141 |
| | 13f | Describe any sensitivity analyses conducted to assess robustness of the synthesized results. | Page 7 Lines 135-141 |
| Reporting bias assessment | 14 | Describe any methods used to assess risk of bias due to missing results in a synthesis (arising from reporting biases). | NA |
| Certainty assessment | 15 | Describe any methods used to assess certainty (or confidence) in the body of evidence for an outcome. | Page 7 Lines 135-141 |
| **RESULTS** | | | |
| Study selection | 16a | Describe the results of the search and selection process, from the number of records identified in the search to the number of studies included in the review, ideally using a flow diagram. | Pages 7-8 Lines 143-154 |
| | 16b | Cite studies that might appear to meet the inclusion criteria, but which were excluded, and explain why they were excluded. | Pages 7-8 Lines 154 |
| Study characteristics | 17 | Cite each included study and present its characteristics. | Page 9 Table 1 |
| Risk of bias in studies | 18 | Present assessments of risk of bias for each included study. | Supplementary Table 1-4 |
| Results of individual studies | 19 | For all outcomes, present, for each study: (a) summary statistics for each group (where appropriate) and (b) an effect estimate and its precision (e.g. confidence/credible interval), ideally using structured tables or plots. | Page 9 Table 1 |
| Results of syntheses | 20a | For each synthesis, briefly summarise the characteristics and risk of bias among contributing studies. | Page 9 Table 1 |
| | 20b | Present results of all statistical syntheses conducted. If meta-analysis was done, present for each the summary estimate and its precision (e.g. confidence/credible interval) and measures of statistical heterogeneity. If comparing groups, describe the direction of the effect. | Pages 11-14 Lines 174-211 |
| | 20c | Present results of all investigations of possible causes of heterogeneity among study results. | Pages 11-14 Lines 174-211 |
| | 20a | Present results of all sensitivity analyses conducted to assess the robustness of the synthesized results. | Pages 11-14 Lines 174-211 |
| Reporting biases | 21 | Present assessments of risk of bias due to missing results (arising from reporting biases) for each synthesis assessed. | NA |
| Certainty of evidence | 22 | Present assessments of certainty (or confidence) in the body of evidence for each outcome assessed. | Pages 11-14 Lines 174-211 |

3

| Section and Topic | Item # | Checklist item | Location where item is reported |
|---|---|---|---|
| **DISCUSSION** | | | |
| Discussion | 23a | Provide a general interpretation of the results in the context of other evidence. | Pages 14-15 Lines 215-234 |
| | 23b | Discuss any limitations of the evidence included in the review. | Page 15 Lines 235-246 |
| | 23c | Discuss any limitations of the review processes used. | Page 15 Lines 235-246 |
| | 23d | Discuss implications of the results for practice, policy, and future research. | Page 15 Lines 248-253 |
| **OTHER INFORMATION** | | | |
| Registration and protocol | 24a | Provide registration information for the review, including register name and registration number, or state that the review was not registered. | Page 3 Line 44 |
| | 24b | Indicate where the review protocol can be accessed, or state that a protocol was not prepared. | Page 3 Line 44 |
| | 24c | Describe and explain any amendments to information provided at registration or in the protocol. | Na |
| Support | 25 | Describe sources of financial or non-financial support for the review, and the role of the funders or sponsors in the review. | Page 3 Lines 48-50 |
| Competing interests | 26 | Declare any competing interests of review authors. | Electronic submission and Page 3 Lines 48-50 |
| Availability of data, code and other materials | 27 | Report which of the following are publicly available and where they can be found: template data collection forms; data extracted from included studies; data used for all analyses; analytic code; any other materials used in the review. | Methos Line 33 |

*From:* Page MJ, McKenzie JE, Bossuyt PM, Boutron I, Hoffmann TC, Mulrow CD, et al. The PRISMA 2020 statement: an updated guideline for reporting systematic reviews. BMJ 2021;372:n71. doi: 10.1136/bmj.n71

**Search Terms and Strategies**

**Embase:**

No.
Query
#24
#10 AND #23
#23
#11 OR #12 OR #13 OR #14 OR #15 OR #16 OR #17 OR #18 OR #19 OR #20 OR #21 OR #22
#22
dulaglutide:ab,ti
#21
albiglutide:ab,ti
#20
exenatide:ab,ti
#19
semaglutide:ab,ti
#18
liraglutide:ab,ti
#17
lixisenatide:ab,ti
#16
'glp-1':ab,ti
#15
'glp 1':ab,ti
#14
'glucagon like peptide 1':ab,ti
#13
'glucagon-like peptide-1':ab,ti
#12
'glucagon-like peptide 1':ab,ti
#11
'glucagon like peptide 1'/exp
#10

5

#1 OR #2 OR #3 OR #4 OR #5 OR #6 OR #7 OR #8 OR #9

#9

'bowel obstruction'

#8

'small intestinal obstruction'

#7

'intestinal obstruction'

#6

'ileus'

#5

'small bowel obstruction'

#4

'small intestine obstruction'

#3

'small intestine obstruction'/exp

#2

'intestine obstruction'

#1

'intestine obstruction'/exp

**Medline:**

((((((((("intestine, large"[MeSH Terms]) OR (intestine obstruction)) OR (small intestine obstruction)) OR (small bowel obstruction)) OR (ileus)) OR (intestinal obstruction)) OR (small intestinal obstruction)) OR (bowel obstruction)) AND ((((((((((("glucagon like peptide 1"[MeSH Terms]) OR (glucagon like peptide 1[Title/Abstract])) OR (glucagon-like peptide 1[Title/Abstract])) OR (glucagon-like peptide-1[Title/Abstract])) OR (glucagon like peptide 1[Title/Abstract])) OR (glp 1[Title/Abstract])) OR ('glp-1[Title/Abstract])) OR (lixisenatide[Title/Abstract])) OR (liraglutide[Title/Abstract])) OR (semaglutide[Title/Abstract])) OR (exenatide[Title/Abstract])) OR (albiglutide[Title/Abstract])) OR (dulaglutide[Title/Abstract]))

**Cochrane:**

ID     Search

6

#1    (GLP-1 receptor agonist):ti,ab,kw OR (Glucagon-like peptide-1 agonist):ti,ab,kw OR (Incretin mimetic):ti,ab,kw OR (GLP-1 analog):ti,ab,kw OR (Glucagon-Like Peptide1):ti,ab,kw

#2    (liraglutide):ti,ab,kw

#3    (lixisenatide):ti,ab,kw

#4    (semaglutide):ti,ab,kw

#5    (exenatide):ti,ab,kw

#6    (albiglutide):ti,ab,kw

#7    (dulaglutide):ti,ab,kw

#8    MeSH descriptor: [Intestinal Obstruction] explode all trees

#9    MeSH descriptor: [Ileus] explode all trees

#10    MeSH descriptor: [] explode all trees

7

**Supplement Table 2:** Newcastle–Ottawa scale for assessing the quality of included cohort studies (n=5)

| Study | Selection | | | | Comparability | Outcome | | | Score |
|---|---|---|---|---|---|---|---|---|---|
| | Representativeness of the exposed cohort | Selection of the non-exposed cohort | Ascertainment of exposure | Demonstration that outcome of interest was not present at start of study | Comparability of cohorts on the basis of the design or analysis | Assessment of outcome | Was follow-up long enough for outcomes to occur | Adequacy of follow-up of cohorts | |
| Bennett et al., 2016 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 8 |
| Chin et al, 2023 | ✓ | - | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 7 |
| Faillie et al, 2022 | ✓ | ✓ | ✓ | ✓ | ✓✓ | ✓ | ✓ | ✓ | 9 |
| Sodhi et al, 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - | 7 |
| Ueda et al, 2023 | ✓ | ✓ | ✓ | ✓ | ✓✓ | ✓ | ✓ | ✓ | 9 |

**Supplement Table 3:** Newcastle–Ottawa scale for assessing the quality of included case-control studies (n=2)

| Study | Selection | | | | Comparability | Exposure | | | Score |
|---|---|---|---|---|---|---|---|---|---|
| | Is the case definition adequate? | Representativeness of the cases | Selection of controls | Definition of controls | Comparability of cases and controls on the basis of the design or analysis | Ascertainment of exposure | Same method of ascertainment for cases and controls | Non-Response rate | |
| Gudin et al, 2020 | - | ✓ | ✓ | ✓ | - | ✓ | ✓ | - | 5 |
| Wu, et al. 2022 | – | ✓ | ✓ | - | - | ✓ | ✓ | - | 4 |

9

**Supplement Table 4:** Cochrane Risk of Bias for assessing the quality of included RCT (n=2)

| Study | Selection Bias | | Performance Bias | Detection Bias | Attrition Bias | Reporting Bias | Other Bias |
|---|---|---|---|---|---|---|---|
| | Random sequence generation | Allocation concealment | Blinding of participants and personnel | Blinding of outcome assessment | Incomplete outcome data | Selective reporting | Other bias |
| Gudbergsen et al, 2021 | Low | Low | High (Open label for participants) | Low | High (high number of withdrawal due to adverse effect) | Low | Unclear |
| Lundgren et al, 2021 | Low | Unclear (allocation details were not included) | Low | Low | Low | Low | Unclear |

Each domain of risk was assigned "Low" for low risk, "High" for high risk, and "Unclear" for unclear risk.

10

**Supplement Table 5:** Murad et al., 2018 tool for assessing the quality of case reports included (n=4):

| Study | Domains — Leading explanatory questions | Selection — Does the patient(s) represent(s) the whole experience of the investigator (centre) or is the selection method unclear to the extent that other patients with similar presentation may not have been reported? | Ascertainment — Was the exposure adequately ascertained? | Ascertainment — Was the outcome adequately ascertained | Causality — Were other alternative causes that may explain the observation ruled out? | Causality — Was there a challenge/rechallenge phenomenon? | Causality — Was there a dose–response effect? | Causality — Was follow-up long enough for outcomes to occur? | Reporting — Is the case(s) described with sufficient details to allow other investigators to replicate the research or to allow practitioners make inferences related to their own practice? | Score |
|---|---|---|---|---|---|---|---|---|---|---|
| Gandhi et al. 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | - | - | ✓ | ✓ | 7 |
| Gordon et al. 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | - | - | ✓ | ✓ | 7 |
| Mathew and Hannoodee 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | - | ✓ | ✓ | ✓ | 8 |
| Pharmaceutical and Food Safety Bureau 2012 | ✓ | ✓ | ✓ | ✓ | ✓ | - | ✓ | ✓ | ✓ | 8 |

11

**Supplement Figure 1:** Sub-analysis of the risk of GLP-1 RA-associated bowel obstruction or ileus by comparator

| Group by Comparator | Study name | Odds ratio | Lower limit | Upper limit |
|---|---|---|---|---|
| Bupropion-naltrexone | Sodhi et al, 2023 | 5.08 | 1.24 | 20.75 |
| Bupropion-naltrexone | | 5.08 | 1.24 | 20.75 |
| DPP-4 | Bennett et al, 2016 | 0.27 | 0.12 | 0.61 |
| DPP-4 | | 0.27 | 0.12 | 0.61 |
| Placebo | Gudbergsen et al, 2021 | 2.89 | 0.12 | 71.96 |
| Placebo | Lundgren et al, 2021 | 0.32 | 0.01 | 8.05 |
| Placebo | | 0.96 | 0.10 | 9.40 |
| SGL2 | Failie et al, 2022 | 26.33 | 12.10 | 57.26 |
| SGL2 | Ueda et al, 2023 | 0.97 | 0.82 | 1.15 |
| SGL2 | | 4.95 | 0.20 | 125.22 |

Odds ratio and 95% CI

0.01    0.1    1    10    100

Control        GLP-1 RA

$I^2$ (placebo = 0%,
$I^2$ (Bupropion-naltrexone) = 0%,
$I^2$ (DPP-4) = 0%,
$I^2$ (SGL2) = 98.48,
$I^2$ (overall) = 15.9%.

12

**Supplement Figure 2:** Funnel plot of standard error by log odds ratio of the overall risk of GLP-1 receptor agonists-associated bowel obstruction or ileus:



Egger's test = 0.54

13

**Supplement Figure 3:** Funnel plot of standard error by a log odds ratio of the overall risk of GLP-1 receptor agonists-associated bowel obstruction or ileus by indication of use

**A.  DM**



Egger's test = 0.74

14

**B.** Obesity



Egger's test = 0.42

15

**Supplement Figure 4:** Sub-analysis of the risk of GLP-1 RA-associated bowel obstruction or ileus.

*A. Ileus*



$I^2 = 57.7\%$

*B. Bowel Obstruction*



$I^2 = 94.4\%$

16

**Supplement Figure 5:** Funnel plot of standard error by a log odds ratio of the overall risk of GLP-1 receptor agonists-associated bowel obstruction or ileus by obstruction type

**A. Ileus**



Egger's test = 0.89

17

**B.** Bowel Obstruction



Egger's test = 0.47

18