# EXHIBIT 44D

P: CLINICAL THERAPEUTICS—INCRETIN-BASED THERAPIES | JUNE 20 2025

# 768-P: Glucagon-Like Peptide 1 Receptor Agonists and the Risk of Motility-Related Gastrointestinal Adverse Events—A Cohort Study

WAJD ALKABBANI; SALVATORE CRISAFULLI; JULIE M. PAIK; ALI TAVAKKOLI; KATSIARYNA BYKOV; ROBERT GLYNN; DEBORAH J. WEXLER; ELISABETTA PATORNO

*Diabetes* 2025;74(Supplement_1):768-P

https://doi.org/10.2337/db25-768-P

**Introduction and Objective:** To assess if glucagon-like peptide-1 receptor agonist (GLP-1 RA) compared with sodium-glucose cotransporter 2 inhibitors (SGLT-2i), is associated with an increased risk of motility-related gastrointestinal (GI) adverse events.

**Methods:** From two US commercial healthcare databases, we used 1-1 propensity score matching on >150 potential confounders to identify a cohort of adults with type 2 diabetes who initiated GLP-1 RA or SGLT-2i between Oct/2016-Aug/2024. The primary outcome was a composite of severe constipation, gastroparesis, and bowel obstruction. We calculated incidence rates and the hazard ratio (HR) with 95% confidence interval (CI) for the primary composite outcome.

**Results:** Among 313,342 matched pairs of GLP-1 RA and SGLT-2i initiators (mean age 60 years; 45% female), followed on treatment for a median of 6.5 months, incidence rates of the composite outcome were 10.2 among GLP-1 RA versus 7.5 among SGLT-2i initiators per 100 person-years. The rate was significantly higher among GLP-1 RA versus SGLT-2i initiators (HR 1.37, 95% CI 1.30 to 1.45) for the composite event and for each of its individual components.

**Conclusion:** We observed an increased risk of motility-related GI events associated with GLP-1 RA compared to SGLT-2i. These findings inform the risk benefit assessment by clinicians before initiating these treatments.



EXHIBIT

B. John

10

3/12/26 MA

This material may be protected by Copyright law (Title 17 U.S. Code)

**Table: Selected baseline characteristics and outcomes in 1:1 PS-matched population from the 2 databases[1]**

| Pooled patient characteristics, n (%)[2] | GLP-1 RAs (n=313,342) | SGLT-2 Inhibitors (n= 313,342) | Absolute stand diff |
|---|---|---|---|
| Age in years, mean (SD) | 59.7 (11.8) | 59.6 (12.3) | 0.004 |
| Female sex | 140752 (44.9) | 141925 (45.3) | -0.008 |
| Obesity | | | |
| Underweight/Normal weight | 2724 (0.9) | 2793 (0.9) | -0.002 |
| Overweight | 21604 (6.9) | 21567 (6.9) | 0 |
| BMI=30-39.9 kg/m² | 53266 (17) | 53626 (17.1) | -0.003 |
| BMI= 40-49.9 kg/m² | 22591 (7.2) | 22874 (7.3) | -0.003 |
| BMI= 50-59.9 kg/m² | 6143 (2) | 6002 (1.9) | 0.003 |
| Missing | 207014 (66.1) | 206480 (65.9) | 0.004 |
| Frailty level | | | |
| Non-frail | 201325 (64.3) | 200824 (64.1) | 0.003 |
| Pre-frail | 105540 (33.7) | 106076 (33.9) | -0.004 |
| Frail | 6477 (2.1) | 6442 (2.1) | 0.001 |
| Comorbidities | | | |
| GERD | 23658 (7.6) | 23839 (7.6) | -0.002 |
| Peptic ulcer disease | 1285 (0.4) | 1291 (0.4) | 0 |
| NASH/NAFLD | 17913 (5.7) | 17911 (5.7) | 0 |
| Liver disease | 7523 (2.4) | 7585 (2.4) | -0.001 |
| Cirrhosis | 1901 (0.6) | 1908 (0.6) | 0 |
| Inflammatory bowel conditions | 7277 (2.3) | 7303 (2.3) | -0.001 |
| Abdominal hernia | 10031 (3.2) | 10015 (3.2) | 0 |
| Gastrointestinal bleeding | 4848 (1.5) | 4855 (1.5) | 0 |
| Helicobacter pylori | 518 (0.2) | 528 (0.2) | -0.001 |
| Obstructive sleep apnea | 58551 (18.7) | 58430 (18.6) | 0.001 |
| Depression | 39116 (12.5) | 39487 (12.6) | -0.004 |
| Congestive heart failure | 21071 (6.7) | 21689 (6.9) | -0.008 |
| Medication use | | | |
| Proton pump inhibitors | 65685 (21) | 65958 (21) | -0.002 |
| H2-blockers | 11958 (3.8) | 12012 (3.8) | -0.001 |
| Antibiotics for GI infections | 91413 (29.2) | 91575 (29.2) | -0.001 |
| Previous use of opioids | 60138 (19.2) | 60100 (19.2) | 0 |
| Recent use of opioids[3] | 34596 (11) | 34412 (11) | 0.002 |
| Other Anticholinergics | 28478 (9.1) | 28320 (9) | 0.002 |
| Insulin use | 61982 (19.8) | 60549 (19.3) | 0.012 |
| outcome | Events (IR per 100 PY) | Events (IR per 100 PY) | Matched HR (95%CI) |
| Composite GI outcome | 2826 (10.2) | 2015 (7.5) | 1.37 (1.30, 1.45) |
| Secondary | | | |
| Severe constipation | 1431 (5.2) | 1155 (4.3) | 1.21 (1.12, 1.31) |
| Gastroparesis | 972 (3.5) | 486 (1.8) | 1.96 (1.76, 2.18) |
| Bowel obstruction | 542 (2.0) | 454 (1.7) | 1.17 (1.03, 1.32) |

GERD: Gastroesophageal reflux disease; NASH/NAFLD: Nonalcoholic fatty liver disease/nonalcoholic steatohepatitis; PS: propensity score; PY: person-years; GLP-1RA: glucagon-like peptide-1 receptor agonist; SGLT: sodium-glucose co-transporter; SD: standard deviation; Stand. Diff: standardized difference; IR: incidence rate; HR: hazard ratio; CI: confidence interval
[1]For each cohort, results were pooled across both databases (Optum Clinformatics, MarketScan) using fixed effect meta-analysis. [2]Patient characteristics were measured during the 12 months (365 days) preceding exposure assessment, unless indicated otherwise. [3] Recent opioid use is defined as the use of opioids within 90 days prior to cohort entry date.

## Disclosure

**W. Alkabbani:** None. **S. Crisafulli:** None. **J.M. Paik:** None. **A. Tavakkoli:** Consultant; Vertex Pharmaceuticals Incorporated, AltrixBio. **K. Bykov:** None. **R. Glynn:** Research Support; Amarin Corporation, Kowa Company, Ltd, Novartis Pharmaceuticals Corporation. **D.J. Wexler:** Other Relationship; Novo Nordisk. **E. Patorno:** Research Support; National Institute of Diabetes and Digestive and Kidney Diseases, Patient-Centered Outcomes Research Institute, Food and Drug Administration (FDA), Boehringer-Ingelheim. Other Relationship; UpToDate.