# EXHIBIT 46D

## RISK OF SUICIDE AND SELF HARM BEHAVIOR IN PATIENTS ON GLP-1 RECEPTOR AGONISTS: SYSTEMATIC REVIEW OF DISPROPORTIONALITY ANALYSIS AND A META-ANALYSIS OF PUBLISHED STUDIES

Vishal Chandel, Pichamol Jirapinyo, Christopher C. Thompson

**Background and Aim:** Glucagon-like peptide-1 receptor agonists (GLP-1 RAs) are in high demand and usage worldwide as newer anti-obesity agents. Due to recent reporting's of suicidal ideation and behaviors in patients on GLP-1 RAs globally, a concern for their potential association has emerged. Our aim from this meta-analysis is to determine whether there is a potential relationship between GLP-1RAs and suicides or suicide ideation/self-harm behaviors (SSHBs). **Methods:** 5 eligible studies comparing GLP1 agonists with placebo or other agents for mortality outcomes and SSHB rates were included (253,887 patients; 301,108 controls) participants) in meta-analysis from searching PubMed, Medline and Embase database, and 6 studies were included from review of disproportionality analysis (DPA). Primary outcome was the pooled event rate with 95% confidence interval (95% CI) for suicide. Secondary outcomes were SSHB, with the respective calculated odds ratios (OR) and 95% CI. Random-effects model was used, with I² statistic for heterogeneity. A disproportionality signal was considered when the lower limits of the Reporting odds ratio (ROR) and the Bayesian information component (IC) were above 1 and 0, respectively. **Results:** Suicide death rate was 1.52 (95% CI 1.10–2.19). Similarly, SSHB event rate was 0.80 (95% CI 0.44–1.48), I²=96%.The hazard ratio of suicidal deaths associated with GLP-1 RAs relative to controls was 1.25 (95% CI, 0.83 to 1.88; rate difference, -0.05 [CI, -0.03 to 0.16] per 1000 person-years. Review of all DPAs showed only positive associations as semaglutide-associated SSHB (ROR, 1.45; 95% CI, 1.18-1.77; IC, 0.53; 95% CI, 0.19-0.78) in one study, Semaglutide [ROR = 0.60 (0.51–0.71)] and liraglutide [ROR = 0.28 (0.23–0.35)] had higher suicidal events than comparable agents in another; positive with liraglutide (ROR=1.64), semaglutide (ROR =2.03), tirzepatide (ROR =1.76) but significantly less than comparable agents in third study, mixed results in fourth and no signals in fifth study. Sixth study only had inter-drug comparisons among GLP-1 RAs. **Conclusions:** This meta-analysis shows that patients on GLP1-RAs had higher SSHB's, but lower mortality rates compared to controls. This association is concerning and should encourage further research. Various environmental, physiologic, and co-medication with other agents like psychotropics may be possible associated factors. Causation between GLP-1 RA exposure and suicidality cannot be established from the current ROR data.



## ASSESSMENT OF GASTROINTESTINAL ADVERSE EFFECTS OF TIRZEPATIDE VERSUS SEMAGLUTIDE: A REAL-WORLD PROPENSITY-MATCHED ANALYSIS OF THE U.S. COLLABORATIVE NETWORK

Hussein Baydoun, Azizullah Beran, Indira Bhavsar-Burke, Hisham Wehbe, Bisher Sawaf, Mohammed Abusuliman, Mark A. Gromski

**Background and aims:** Semaglutide is a glucagon-like peptide-1 receptor agonist (GLP-1RA) that was approved for both type 2 diabetes mellitus and treatment of obesity. Tirzepatide is a similar drug with dual GLP-1RA and glucose-dependent insulinotropic polypeptide (GIP) activity. The FDA more recently approved this drug for chronic weight management in adults with obesity or overweight with at least one weight-related condition. There are limited studies that specifically compare gastrointestinal (GI) adverse effects (AE) of these medications. We aimed to address this gap. **Methods:** We obtained and analyzed data from the U.S. Collaborative Network on the TriNetX platform, from inception through December 3, 2024. Eligible patients had used either Semaglutide or Tirzepatide, had not undergone prior bariatric surgery, and had no pre-existing diagnoses associated with adverse effects of either drug. One-to-one propensity score matching (PSM) was performed for demographics, medical comorbidities, concurrent medication use, BMI, cholesterol, and HbA1c levels between the cohorts. The risk of each outcome was calculated and expressed as an odds ratio (OR) with a 95% confidence interval (CI). A p-value <0.05 was considered statistically significant. Our primary GI-related adverse effects included acute pancreatitis and gastroparesis diagnosed within one year of treatment. Seconday outcomes included cholelithiasis,

cholecystitis, nausea/vomiting, diarrhea, constipation, dyspepsia and hypoglycemia. **Results:** After PSM, there were 127,486 patients in each group (Table 1). Patients using Tirzepatide were at lower risk for acute pancreatitis (OR 0.72, 95% 0.58-0.90, p=0.004), nausea/vomiting (OR 0.80, 95% 0.76-0.84, p<0.001) and constipation (OR 0.89, 95% 0.83-0.94, p<0.001) compared to patients using Semaglutide (Table 2). The risk of gastroparesis (OR 1.22, 95% 0.98-1.51, p=0.074), cholelithiasis (OR 0.92, 95% 0.83-1.02, p=0.111), cholecystitis (OR 0.91, 95% 0.76-1.10, p=0.320), diarrhea (OR 0.95, 95% 0.89-1.02, p=0.155), dyspepsia (OR 0.92, 95% 0.84-1.01, p=0.073) and hypoglycemia (OR 1.01, 95% 0.87-1.18, p=0.874) were similar between cohorts (Table 2). **Conclusions:** In this real-world analysis of pooled data from multiple centers, patients treated with Tirzepatide were less likely to experience acute pancreatitis, nausea/vomiting, or constipation, though other GI-related AE were similar between groups. These findings may guide clinicians in prescribing these medications based on patients' comorbidities. Additional prospective studies are needed to support these findings and assess the long term side effects of both these medications.

| | Before PSM | | | After PSM | | |
|---|---|---|---|---|---|---|
| | Tirzepatide | Semaglutide | P-value | Tirzepatide | Semaglutide | P-value |
| **Total number of patients** | 127,490 | 325,011 | | 127,486 | 127,486 | |
| Demographics | | | | | | |
| **Age (mean ± SD)** | 54.3 ± 13.4 | 56.4 ± 14.1 | <0.001 | 54.4 ± 13.4 | 54.2 ± 14.2 | **0.016** |
| **BMI (mean ± SD)** | 37.2 ± 7.9 | 35.9 ± 7.8 | <0.001 | 37.2 ± 7.9 | 36.9 ± 7.8 | <0.001 |
| Race | | | | | | |
| **White (%)** | 64.9 | 61.1 | <0.001 | 64.9 | 65.2 | 0.105 |
| **African American (%)** | 12.3 | 14.9 | <0.001 | 12.3 | 12.3 | 0.933 |
| **Asian (%)** | 2.5 | 4.1 | <0.001 | 2.5 | 2.4 | 0.354 |
| Ethnicity | | | | | | |
| **Hispanic or Latino (%)** | 8.4 | 10.1 | <0.001 | 8.4 | 8.4 | 0.737 |
| **Not Hispanic or Latino (%)** | 69.3 | 68.1 | <0.001 | 69.3 | 70.0 | <0.001 |
| Sex | | | | | | |
| **Male (%)** | 33.8 | 36.1 | <0.001 | 33.8 | 33.7 | 0.688 |
| Diagnosis | | | | | | |
| **Hypertension (%)** | 63.7 | 66.6 | <0.001 | 63.7 | 63.1 | **0.002** |
| **Ischemic heart disease (%)** | 16.9 | 20.1 | <0.001 | 16.9 | 16.2 | <0.001 |
| **Liver disease** | 2.5 | 2.9 | <0.001 | 2.5 | 2.4 | 0.153 |
| **Chronic kidney disease** | 11.5 | 14.2 | <0.001 | 11.5 | 10.9 | <0.001 |
| **Hypothyroidism** | 18.2 | 17.0 | <0.001 | 18.2 | 17.7 | **0.004** |
| **Opioid use** | 0.9 | 1.2 | <0.001 | 0.9 | 0.9 | 0.614 |
| **Alcohol use** | 0.9 | 1.1 | <0.001 | 0.9 | 0.9 | 0.868 |
| **Tobacco use** | 5.2 | 6.1 | <0.001 | 5.2 | 4.9 | <0.001 |
| Medications | | | | | | |
| **Pantoprazole (%)** | 24.1 | 25.6 | <0.001 | 24.1 | 23.1 | <0.001 |
| **Omeprazole (%)** | 23.5 | 25.5 | <0.001 | 23.5 | 22.9 | <0.001 |
| **Metoclopramide (%)** | 12.4 | 12.8 | **0.003** | 12.4 | 12.0 | **0.001** |
| **Polyethylene glycols (%)** | 2.2 | 2.4 | <0.001 | 2.2 | 2.0 | **0.004** |
| **Loperamide (%)** | 2.9 | 3.4 | <0.001 | 2.9 | 2.6 | <0.001 |
| **Insulin glargine (%)** | 20.5 | 20.1 | **0.007** | 20.5 | 19.4 | <0.001 |
| **Insulin lispro (%)** | 21.2 | 21.1 | 0.6 | 21.2 | 20.0 | <0.001 |
| **Insulin detemir (%)** | 7.9 | 7.3 | <0.001 | 7.9 | 7.2 | <0.001 |
| **Insulin degludec (%)** | 8.3 | 6.9 | <0.001 | 8.3 | 7.6 | <0.001 |
| **Metformin (%)** | 49.9 | 53.1 | <0.001 | 49.9 | 48.8 | <0.001 |
| Lab findings | | | | | | |
| **HbA1c (mean ± SD)** | 6.8 ± 1.8 | 6.8 ± 1.8 | <0.001 | 6.8 ± 1.8 | 6.8 ± 1.8 | **0.025** |
| **Cholesterol (mean ± SD)** | 173.1 ± 44.7 | 170.9 ± 44.6 | <0.001 | 173.1 ± 44.7 | 173.0 ± 44.4 | 0.580 |

**Table 1:** Baseline characteristics of patients treated with tirzaptide and semaglutide before and after propensity-score matching (PSM)

| Outcomes* | Cohort | Event/total (%) | OR, (95% CI) | p-value |
|---|---|---|---|---|
| **Primary study outcomes** | | | | |
| Acute Pancreatitis | Tirzepatide | 129/125,793 (0.10%) | 0.72, (0.58-0.90) | **0.004** |
| | Semaglutide | 179/125,877 (0.14%) | | |
| Gastroparesis | Tirzepatide | 182/125,556 (0.14%) | 1.22, (0.98-1.51) | 0.074 |
| | Semaglutide | 150/125,936 (0.12%) | | |
| **Secondary study outcomes** | | | | |
| Cholelithiasis | Tirzepatide | 668/119,306 (0.56%) | 0.92, (0.83-1.02) | 0.111 |
| | Semaglutide | 726/119,085 (0.61%) | | |
| Cholecystitis | Tirzepatide | 211/124,895 (0.17%) | 0.91, (0.76-1.10) | 0.32 |
| | Semaglutide | 232/124,945 (0.19%) | | |
| Nausea/Vomiting | Tirzepatide | 2,240/99,192 (2.26%) | 0.80, (0.76-0.84) | **<0.001** |
| | Semaglutide | 2,803/99,530 (2.82%) | | |
| Constipation | Tirzepatide | 1,996/108,917 (1.83%) | 0.89, (0.83-0.94) | **<0.001** |
| | Semaglutide | 2,242/108,250 (2.07%) | | |
| Diarrhea | Tirzepatide | 1,534/106,750 (1.43%) | 0.95, (0.89-1.02) | 0.155 |
| | Semaglutide | 1,614/106,808 (1.51%) | | |
| Dyspepsia | Tirzepatide | 879/114,155 (0.77%) | 0.92, (0.84-1.01) | 0.073 |
| | Semaglutide | 958/114,468 (0.84%) | | |
| Hypoglycemia | Tirzepatide | 349/124,555 (0.28%) | 1.01, (0.87-1.18) | 0.874 |
| | Semaglutide | 345/124,619 (0.28%) | | |

Abbreviations: CI: confidence interval, OR: odds ratio
*Patients with previous diagnoses of these adverse events were excluded

**Table 2:** Gastrointestinal adverse events within 1 year of patients treated with either tirzepatide or semaglutide

AGA Abstracts