**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAs) PRODUCTS LIABILITY LITIGATION | **CIVIL ACTION** |
| THIS DOCUMENT RELATES TO: | **MDL No. 3094** <br> **2:24-md-03094-KSM** |
| ALL ACTIONS / ALL CASES | **HON. KAREN SPENCER MARTSON** |

**DEFENDANTS ELI LILLY AND COMPANY AND LILLY USA, LLC'S STATEMENT
OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
ON ILEUS AND OBSTRUCTION CLAIMS**

Defendants Eli Lilly and Company and Lilly USA, LLC respectfully submit this Statement

of Undisputed Facts in support of their Motion for Summary Judgment on Ileus and Obstruction

Claims.

**I.      ILEUS AND INTESTINAL OBSTRUCTION**

1.      Functional bowel obstruction is another name for ileus.  Ex. 31D, Lodhia Dep.

104:3-5 ("Q. Functional bowel obstruction is another name for ileus; right?  A. Yes"); Ex. 1D,

John Rep. 7 (ileus is also known as "[n]on-mechanical or functional obstruction" of the small

intestine).

2.      Mechanical obstruction occurs when a "physical narrowing blocks the flow of

contents" through the intestine.  Ex. 1D, John Rep. 7 ("mechanical obstruction, where a physical

narrowing blocks the flow of contents."); Ex. 9D, Lodhia Rep. 18 (small bowel mechanical

obstruction "occurs when the intestinal flow is obstructed by a mechanical blockage").

3.      Ileus occurs when forward flow of intestinal contents ceases, without the presence

of a mechanical obstruction (physical blockage).  Ex. 9D, Lodhia Rep. 16 (stating there is no

"evidence of a mechanical bowel obstruction (physical blockage)").

4. Patients with ileus and mechanical obstruction can present with abdominal distention, abdominal pain, nausea, vomiting, and the inability to pass flatus or stool. Ex. 9D, Lodhia Rep. 17 ("Clinically, ileus patients present with abdominal distention, pain, nausea, vomiting, and the inability to pass flatus or stool."); Ex. 1D, John Rep. 8 ("The most common symptoms of both mechanical bowel obstruction and ileus are nausea and vomiting."); *id*. ("Patients can have severe abdominal pain, or cramping. They may have abdominal bloating or distension."); *see id*. ("Symptoms of mechanical bowel obstruction and ileus are similar and often indistinguishable from each other.").

5. Imaging is typically necessary for a diagnosis of mechanical obstruction. Ex. 31D, Lodhia Dep. 107:16-24. ("Q. Do you stand by the statement in your report that imaging is essential for diagnosis in this context talking about mechanical bowel obstruction? A. I would say that imaging is typically necessary for a diagnosis. Can we keep it at that? Q. Is it essential? A. Imaging at some point, yes."); *see also* Ex. 9D, Lodhia Rep. 19 ("Similarly to an ileus, patients [with bowel obstruction] typically present with abdominal pain, distention, nausea, vomiting, and constipation. However, imaging is essential for diagnosis.").

6. Recent abdominal surgery is a risk factor for ileus. Ex. 1D, John Rep. 8 ("Risk factors for ileus include recent abdominal surgery (called post-operative ileus)…"); Ex. 9D, Lodhia Rep. 16 ("Post-operative ileus is a common complication after abdominal surgery, with reported incidence rates ranging from 10% – 30% depending on the type of surgery and patient population.").

7. Diabetes is a risk factor for ileus. Ex. 9D, Lodhia Rep. 16 ("Risk factors for a non-postoperative ileus include … diabetes mellitus….").

8. Neurological conditions such as Parkinson's Disease are a risk factor for ileus. Ex. 1D, John Rep. 16 ("Risk factors for ileus include . . . neurological conditions such as Parkinson's.").

9. Trauma is a risk factor for ileus. Ex. 9D, Lodhia Rep. 16 ("Risk factors for a non-postoperative ileus include … trauma (such as pelvic and acetabular fractures) …").

10. The most common causes of mechanical obstruction are intraperitoneal adhesions, and most intraperitoneal adhesions are in the setting of previous abdominal or pelvic surgery. Ex. 9D, Lodhia Rep. 18.

11. Strictures can cause mechanical obstruction. Ex. 9D, Lodhia Rep. 18.

12. Inflammation can cause mechanical obstruction. Ex. 9D, Lodhia Rep. 18.

13. Volvulus can cause mechanical obstruction. Ex. 1D, John Rep. 7.

14. Hernias can cause mechanical obstruction. Ex. 9D, Lodhia Rep. 18 ("Hernias are the next most common cause, responsible for about 10-30% of cases of SBO.").

15. Intussusception can cause mechanical obstruction. Ex. 1D, John Rep. 20 ("The codes . . . K56.1 for intussusception . . . are all causes of mechanical obstruction, and are unrelated to ileus"); Ex. 263D, FDA Pharmacovigilance Review, Novo_GLP_MDL_002147735 at -7741 tbl. 1 ("Causes of Mechanical Obstruction . . . intussusception").

16. Crohn's disease can cause mechanical obstruction. Ex. 1D, John Rep. 7 ("The most common causes of mechanical bowel obstruction include … inflammation of the bowel with diseases like Crohn's disease . . . .").

17. Neoplasms, cancerous or non-cancerous tumors, can cause mechanical obstruction. Ex. 9D, Lodhia Rep. 18 ("Neoplasms (either primary or metastatic tumors) account for about 5-13% of cases.").

18. "Treatment of an ileus is supportive care focused on bowel rest, correction of underlying causes, and prevention of complications." Ex. 9D, Lodhia Rep. 17.

19. Ileus generally resolves with non-surgical treatment. Ex. 9D, Lodhia Rep. 18 ("However, surgery is uncommon in an ileus without evidence of obstruction.").

20. Dr. John opined that "up to a third of cases" of intestinal obstruction require "operative treatment," specifically for "cases of bowel complications, like ischemia or perforation" and "conditions that require surgical correction" like "obstructed or incarcerated hernia or obstruction due to malignancy." Ex. 1D, John Rep. 11; *see also* Ex. 9D, Lodhia Rep. 19 ("Surgical management is indicated for patients with clinical deterioration, evidence of ischemia, or a failure to improve with nonoperative management.").

21. In Plaintiffs' April 8, 2024 Request for Production to Lilly, Plaintiffs included ileus, intestinal blockage, and bowel obstruction as "caused or related to gastrointestinal injuries." Ex. 249D, Apr. 8, 2024 Pls. 1st Req. for Production To Lilly, No. 18 ("Request No. 18: All communications between or among You and any other manufacturer or supplier of GLP-1 RAs on the subject of gastrointestinal injuries including gastroparesis, intestinal blockage, bowel obstruction, and ileus, and on other injuries caused by or related to gastrointestinal issues, such as malnutrition, dehydration, pulmonary aspiration, pulmonary embolism, deep vein thrombosis, and Wernicke's encephalopathy.").

22. Dr. David Kessler agrees that ileus can be a severe gastrointestinal adverse reaction. Ex. 28D, Kessler Dep. 488:22-489:2 ("Q. Okay. Do you agree that ileus is a severe gastrointestinal adverse reaction? A: Can be.").

4

23.    Dr. Kessler agreed that intestinal obstruction can be a severe gastrointestinal adverse reaction.  Ex. 28D, Kessler Dep. 489:4-9 ("Q. Do you agree that obstruction is a severe gastrointestinal adverse reaction?  A: Can, yes.").

24.    Dr. Nilesh Lodhia agreed that ileus is a gastrointestinal adverse reaction in the context of GLP-1 RA medicines.  Ex. 31D, Lodhia Dep. 108:24-109:7 ("In the setting of GLP-1 agonist use, ileus is an adverse reaction -- is a gastrointestinal adverse reaction, yes.  It's one of many adverse reactions that we have in the GI tract for -- from GLP-1 agonists.").

25.    Dr. Lodhia agreed that intestinal obstruction is a gastrointestinal adverse reaction in the context of GLP-1 RA medicines.  Ex. 31D, Lodhia Dep. 109:9-13 ("Q. And intestinal obstruction is a gastrointestinal adverse reaction in the context of GLP-1 medicines; right?  A. I would say that, yes, I would consider that as an adverse reaction to GLP-1 agonists.").

26.    Dr. Kessler agreed that fecal impaction is a gastrointestinal adverse reaction.  Ex. 28D, Kessler Dep. 489:11-17 ("Q. Do you agree that fecal impaction is a severe gastrointestinal adverse reaction? A: I think that's correct. Can be, yes.").

## II.    PLAINTIFFS' CLASS-WIDE TREATMENT OF GLP-1 RA MEDICINES

### A.    *Plaintiffs' Experts Considered GLP-1 RA Medicines As A Class*

27.    Dr. John assessed, together as a class, whether GLP-1 RA medicines cause bowel obstruction and ileus.  Ex. 1D John Rep. 14 ("For these reasons, I consider all GLP-1 receptor agonists together as a class in this report."); Ex. 24D, John Dep. 117:5-19 ("Q. Okay. And you say, 'This decision is supported by studies that compared the effects of each on gastrointestinal adverse events including bowel obstruction in some and found similar rates.' Do you see that? A. Yes, I do. Q. Okay. 'For these reasons, I consider all GLP-1 receptor agonists together as a class in the report.' Do you see that? A. Yes, I do. Q. And that's accurate. That's what you did; right? A. That's what I did.").

28.    Dr. John did not assess whether each Lilly medicine individually could cause ileus or intestinal obstruction.  Ex. 24D, John Dep. 118:13-119:2 ("Q. Did you do a specific individual Bradford Hill analysis based on individualized data for any of the specific medications? A. So thank you, Counsel, for explaining. I did not. Q. Okay. All right. Did you specifically look to see whether there was evidence of a valid association for any individual medication as opposed to the class? A. Like I mentioned, I considered the medications as a class, and I looked at it as a class. Q. So is the answer no? A. The answer is no.").

29.    Dr. Lodhia assessed, together as a class, whether GLP-1 RA medicines cause bowel obstruction and ileus.  Ex. 9D, Lodhia Rep. 9 ("For these reasons, it is appropriate to consider GLP-1 receptor agonists together as a class when determining their causal relationship to ileus and bowel obstruction."); Ex. 31D, Lodhia Dep. 72:11-24 ("Q. Dr. Lodhia, in doing your assessment in your Lilly report, you considered all GLP-1 medicines together as a class when determining whether there's a causal relationship to ileus and bowel obstruction, right? . . . . A. So, I felt like, in this situation, particularly, it would be appropriate to consider them as a class.").

30.    Dr. Lodhia did not assess whether each Lilly medicine individually could cause ileus or intestinal obstruction.  Ex. 31D, Lodhia Dep. 91:6-92:19 ("Q. Did you do a separate analysis of whether there's an association for dulaglutide in particular? A. So I did an analysis as a class effect and I applied it to the different GLP-1 receptor agonists . . . . Q. And did you do a separate assessment of whether tirzepatide in particular is associated with ileus obstruction? A. So I viewed them as a class effect and – much like the FDA did – and I made assessments on the different drugs as a class affects because this effect is directly related to receptor stimulation."); *id.* 98:2-6.

31.     Dr. John testified that no epidemiologic study he reviewed found a statistically significant positive association between dulaglutide specifically and ileus, intestinal obstruction, or a combination of ileus and intestinal obstruction.  Ex. 25D, John Dep. 516:19-517:6 ("Q. So let's go back to my question. For -- recognizing all the limitations that we've discussed in your report over the last two days, can you identify a study that has found a statistically significant positive association between dulaglutide specifically and ileus obstruction or an ileus obstruction combination? A. Like I mentioned earlier, Counsel, I considered GLP-1 RAs as a class. And I believe that GLP-1 RAs as a class is associated with ileus or ileus obstruction. But none of the studies which examine specifically the subgroup analysis showed the association specifically with dulaglutide with limitations, including many were underpowered, some studies just didn't have it. Yes.").

32.     Dr. John testified that no epidemiologic study he reviewed found a statistically significant positive association between tirzepatide specifically and ileus, intestinal obstruction, or a combination of ileus and intestinal obstruction.  Ex. 25D, John Dep. 513:8-14 ("Q. Understanding that. Can you identify a study that found a statistically significant positive association between tirzepatide specifically and ileus obstruction or an ileus obstruction combination? A. Again, with the limitations we discussed before, there was no specific study that showed an increased association specifically with tirzepatide.").

33.     Dr. Lodhia did not identify any epidemiologic study that found a statistically significant positive association between dulaglutide specifically and ileus.  Ex. 31D, Lodhia Dep. 98:17-25.

34.    Dr. Lodhia did not identify any epidemiologic study that found a statistically significant positive association between dulaglutide specifically and intestinal obstruction.  Ex. 31D, Lodhia Dep. 98:17-99:2.

35.    Dr. Lodhia did not identify any epidemiologic study that found a statistically significant positive association between tirzepatide specifically and ileus.  Ex. 31D, Lodhia Dep. 99:3-12.

36.    Dr. Lodhia did not identify any epidemiologic study that found a statistically significant positive association between tirzepatide specifically and intestinal obstruction.  Ex. 31D, Lodhia Dep. 99:13-18.

37.    Dr. Lodhia could not identify a clinical trial for tirzepatide that reported a statistically significant increased risk of ileus or intestinal obstruction.  Ex. 31D, Lodhia Dep. 215:5-8 ("Q. Sure. Do you know of any clinical trial of tirzepatide that has reported a statistically significant increased risk of ileus or intestinal obstruction? A. No, I do not. And, again, a lot of these clinical trials we have to look at the methodology of the trials and what they were designed to assess.").

38.    Dr. Lodhia could not identify a clinical trial for dulaglutide that reported a statistically significant increased risk of ileus or intestinal obstruction.   Ex. 31D, Lodhia Dep. 215:9-12 ("Q. Would it be the same answer for dulaglutide? A. Same answer that, no, I'm not aware of other clinical trials that are not in my -- in my summary or materials to be considered.").

39.    Dr. John did not review clinical trial data for semaglutide, dulaglutide, liraglutide, or tirzepatide.   Ex. 24D, John Dep. 125:24-127:5.

B.    *Results From Epidemiological Studies*

40.    Four epidemiologic studies reviewed by Plaintiffs' experts report an endpoint for dulaglutide patients, specifically, and the outcomes of ileus or intestinal obstruction: Chen, Faillie,

Gmehlin, and Niu.  Ex. 50D, Chen J-J et al., *Agent- and Dose-Specific Intestinal Obstruction Safety of GLP-1 Receptor Agonists and SGLT2 Inhibitors: A Network Meta-Analysis of Randomized Trials*, INT'L J. OF MOLECULAR SCIS. 2026 at 7, fig. 3A; Ex. 60D, Faillie J et al., *Incretin-Based Drugs and Risk of Intestinal Obstruction Among Patients with Type 2 Diabetes*, CLINICAL PHARMACOLOGY & THERAPEUTICS 2022; 111(1): 272-82, at tbl. S2.; Ex. 65D, Gmehlin CG et al., *Impact of Glucagon-Like Peptide-1 Receptor Agonist Exposure on Gastrointestinal Outcomes Among ICU Patients: A Multicenter Matched Cohort Study*, CRITICAL CARE EXPLS. 2025; 7(5);e1263, at 8, tbl. 3.; Ex. 97D, Niu C et al., *Gastrointestinal and Hepatobiliary Safety of Glucagon-like Peptide-1 Receptor Agonists in Patients with Type 2 Diabetes*, AM. J. GASTROENTEROLOGY 2025, at supp. tbl. 1.

41.    Chen reports an endpoint for tirzepatide patients, specifically, and the outcomes of ileus or intestinal obstruction.  Ex. 50D, Chen at 7, fig. 3A.

42.    Chen evaluated the composite endpoint of ileus and intestinal obstruction for dulaglutide specifically, and reported a non-statistically significant point estimate below 1.0 (OR 0.55, 95% CI 0.29-1.02).  Ex. 50D, Chen at 7, fig. 3A.

43.    Chen evaluated the composite endpoint of ileus and intestinal obstruction for tirzepatide specifically, and reported a non-statistically significant point estimate below 1.0 (OR 0.80, 95% CI 0.16-3.88).  Ex. 50D, Chen at 7, fig. 3A.

44.    The Chiang 2025 meta-analysis in the journal GASTROENTEROLOGY discussed the Faillie, Sodhi, and Ueda studies and concluded: "[m]ore severe complications, such as pancreatitis and intestinal obstruction, have also been reported, although findings remain inconsistent."  Ex. 52D, Chiang CH et al., *Glucagon-Like Peptide-1 Receptor Agonists and Gastrointestinal Adverse Events: A Systematic Review and Meta-Analysis*, GASTROENTEROLOGY 2025; 169(6) at 1269.

45.     Ding concluded: "[T]his comprehensive study demonstrates a causal association between GLP-1RAs and a reduced risk of PI [paralytic ileus]."  Ex. 58D, Ding P et al., *GLP-1 Receptor Agonists and Risk of Paralytic Ileus: A Drug-Target Mendelian Randomization Study*, mdRxiv 2024: 2024.10.17.24315627 at § 4.

46.     Faillie included data about dulaglutide patients, but not patients taking tirzepatide. Ex. 61D, Faillie at 273.

47.     Faillie reported, for pooled data about multiple GLP-1 RA medicines, a result for a composite endpoint of ileus and intestinal obstruction that was statistically significant (HR 1.69, 95% CI 1.04-2.74).  Ex. 1D, John Rep. 30.

48.     Faillie "repeated the analyses by restricting the outcome to diagnoses more closely related to decreased [intestinal] motility," and the result was not statistically significant, with a point estimate below 1.0 (HR 0.96, 95% CI 0.39-2.38).  Ex. 61D, Faillie at 274; tbl. S4.

49.     Faillie assessed a composite endpoint of ileus and intestinal obstruction for dulaglutide specifically and, after adjustment for confounding, reported a non-statistically significant result (HR 1.65, 95% CI 0.78-3.47).  Ex. 61D, Faillie at tbl. S2.

50.     Faillie found that GLP-1 RA medicines "may be associated with an increased risk of intestinal obstruction" but that the "possible increased risk should be balanced with the established clinical benefits of these drug[s]."  Ex. 61D, Faillie at 281 ("In summary, the results of this study indicate that, compared with SGLT-2 inhibitors, GLP-1 RAs and DPP-4 inhibitors may be associated with an increased risk of intestinal obstruction. This possible increased risk should be balanced with the established clinical benefits of these drug classes.").

51.     Gao stated: "Observational studies have produced mixed results regarding the impact of GLP-1RAs on intestinal obstruction in patients with T2DM."  Ex. 63D, Gao Z et al.,

*Association of GLP-1 Receptor Agonists With Risk of Intestinal Obstruction in Patients with Type 2 Diabetes Mellitus: A Retrospective Cohort Study*, ACTA DIABETOLOGICA 2025; 62(11) at 2.

52.    Gao reported a non-statistically significant result comparing patients taking GLP-1 RA medicines with patients taking SGLT2 inhibitors for risk of "Impaction of intestine" (HR 0.82, 95% CI 0.62-1.12).  Ex. 63D, Gao at fig. S6.

53.    Gmehlin reported a non-statistically significant result for dulaglutide and "obstruction" that had a point estimate below 1.0 (OR 0.50, 95% CI 0.09-2.73).  Ex. 65D, Gmehlin 8, tbl. 3.

54.    Gmehlin reported a non-statistically significant result for dulaglutide and "ileus," which included obstruction codes (OR 3.0, 95% CI 0.31-28.84).  Ex. 65D, Gmehlin 8, tbl. 3.

55.    Gmehlin reported a non-statistically significant result for dulaglutide and "impaction" of which had a point estimate below 1.0 (OR 0.67, 0.11-3.99).  Ex. 65D, Gmehlin 8, tbl. 3.

56.    Jaber reported tirzepatide had a lower risk of bowel obstruction (aOR: 0.353, 95% CI: 0.280, 0.445) compared with other GLP-1 RA medicines.   Ex. 73D, Jaber F et al., *Tirzepatide Shows Lower Risk of Gastrointestinal Side Effects Compared to Other Glucagon-like Peptide-1 (GLP-1) Receptor Agonists: A Real-World Analysis of over 1 Million Patients*. GASTROENTEROLOGY. 2025;169(1), at S-945.

57.    Niu found a statistically significant inverse association between dulaglutide, specifically, and the endpoint of bowel obstruction (HR 0.682, 95% CI 0.622-0.747).  Ex. 97D, Niu at supp. tbl. 1.

58.    Niu found a statistically significant inverse association between dulaglutide, specifically, and the endpoint of ileus (HR 0.728, 95% CI 0.662-0.800).  Ex. 97D, Niu at supp. tbl. 1.

59.    Sodhi contained data for neither dulaglutide nor tirzepatide.  Ex. 107D, Sodhi M, et al., *Risk of Gastrointestinal Adverse Events Associated with Glucagon-Like Peptide-1 Receptor Agonists for Weight Loss*, JAMA 2023; 330(18) at E2 (semaglutide and liraglutide only).

60.    Sodhi reported higher incidence of bowel obstruction for liraglutide (18.6 incidence per 1000 person years) compared with semaglutide (zero incidence per 1000 person years).  Ex. 107D, Sodhi at E2.

61.    The Wang 2022 meta-analysis found no statistically significant relationship between patients taking GLP-1 RA medicines and the outcome of "fecaloma." (RR 0.54, 95% CI 0.13-2.30). Ex. 111D, Wang YW et al., *Meta-analysis of the Association between New Hypoglycemic Agents and Digestive Diseases*.  MEDICINE. 2022;101(34):e30072, at 4 tbl.1.

62.    The Wang 2024 meta-analysis found no statistically significant relationship between patients taking GLP-1 RA medicines and the outcome of "faecaloma." (RR 0.72, 95% CI 0.19-2.65). Ex. 112D, Wang D-H, *A Comprehensive Meta-Analysis on the Association of SGL2is and GLP-1RAs with Vascular Diseases, Digestive Diseases and Fractures*, ACTA DIABETOLOGICA 2024, at fig. S797.

63.    Dr. Lodhia testified that the epidemiological studies he reviewed "are not assessing the long-term outcomes when patients on GLP-1s do develop a small bowel obstruction."  Ex. 31D, Lodhia Dep. 141:21-142:8.

### C.    *Differences Among GLP-1 RA Medicines*

64.    Each GLP-1 RA medicine is a unique compound with its own chemical properties and clinical data. Ex. 24D, John Dep. 143:5-11 ("Q…Will you agree with me on the following: That each of those GLP-1 RA compounds that's approved -- or medications that's approved for use in the United States is a unique compound with its own chemical properties and clinical data? A. I agree.").

65.	GLP-1 RA medicines have different pharmacokinetics and half lives. Ex. 31D, Lodhia Dep. 78:24-79:10. ("GLP-1s do have different pharmacokinetics, they have different half lives.").

### D.	Dr. Joseph Pisegna's Opinions.

66.	Dr. Jospeh Pisegna opined that "there is a biologically plausible mechanism that tirzepatide impairs intestinal motility which can result in ileus and non-mechanical small bowel obstructions." Ex. 17D, Pisegna Rep. 38.

67.	Dr. Pisegna did not offer opinions on epidemiological issues. Ex. 17D, Pisegna Rep. 38 ("It is my understanding there are other expert opinions on these issues with a more detailed epidemiological analysis and I am not providing an opinion on epidemiological issues."); Ex. 35D, Pisegna Dep. 52:10-21 ("Q. Let me make sure I understand the significance of this last paragraph in your ileus section. Do I understand it correctly that you are saying, you didn't evaluate the epidemiological literature, but you principally are relying on the biologically plausible mechanism that you describe to conclude that tirzepatide can cause ileus? A. Yes. That would be a succinct way of stating that. If I'm going too long on my responses, let me know.").

## III.	NO CAUSATION FOR INTESTINAL OBSTRUCTION

68.	Dr. John stated in his January 2, 2026 report that "mechanical obstruction" "is unrelated to GLP-1 RAs." Ex. 1D, John Rep. 19 ("Understanding this bias is essential because it explains why studies that combine ileus with mechanical obstruction which is unrelated to GLP-1RAs systematically underestimate the true association.").

69.	Dr. John stated in his report that GLP-1 RAs do not produce mechanical obstruction from anatomical causes. Ex. 1D, John Rep. 5 ("This criterion is grounded in the established mechanism of GLP-1 receptor agonists: these drugs slow gastrointestinal motility, which produces functional ileus, not mechanical obstruction from anatomical causes.").

70.     Dr. John testified that for "conditions like postoperative ileus, intussusception, volvulus, stricture, cancer, there is no reason to believe that there is an increased association of GLP-1 RA medications with these causes of mechanical obstruction." Ex. 25D, John Dep. 455:24-456:14 ("Q. Do you agree with me that mechanical obstruction is unrelated to use of GLP-1 medicines?  A. So, Counsel, I want to put that in context.  Mechanical obstruction is where there is the mechanical blockage of the bowel.  And there are many causes for that.  … Now, conditions like postoperative ileus, intussusception, volvulus, stricture, cancer, there is no reason to believe that there is an increased association of GLP-1 RA medications with these causes of mechanical obstruction.").

71.     Dr. John testified that GLP-1 RA medicines do not cause intussusception.  Ex. 25D, John Dep. 461:2-5 ("Q. And so do you agree with me that for causation purposes, GLP-1 medications do not cause intussusception or intussusception that leads to mechanical bowel obstruction?  A. I -- I would agree with that, Counsel.").

72.     Dr. John testified that GLP-1 RA medicines do not increase the likelihood of volvulus. Ex. 25D, John Dep. 461:6-9 ("Q. Do you agree with me that GLP-1 medications do not cause volvulus or volvulus that leads to mechanical obstruction?  A. Counsel, I would agree with that.").

73.     Dr. John testified that GLP-1 RA medicines do not cause intestinal obstructions from adhesions.  Ex. 25D, John Dep. 461:10-25.

74.     Dr. John testified that GLP-1 RA medicines do not cause intestinal obstructions from cancer.  Ex. 25D, John Dep. 462:1-4.

75.     Dr. John testified that GLP-1 RA medicines do not cause intestinal obstructions from strictures.  Ex. 25D, John Dep. 462:1-4.

76.    Dr. John is not offering an opinion that GLP-1 RA medicines cause gallstone ileus. Ex. 25D, John Dep. 463:16-18.

77.    Dr. John is not offering an opinion that GLP-1 RA medicines cause diverticulitis. Ex. 25D, John Dep. 463:19-21.

78.    Dr. John is not offering the opinion that GLP-1 RA medicines cause bowel ischemia in the absence of ileus.  Ex. 25D, John Dep. 464:2-5.

79.    Dr. John is not offering the opinion GLP-1 RA medicines cause bowel perforation in the absence of ileus.  Ex. 25D, John Dep. 464:6-13.

80.    Dr. John is not offering the opinion that GLP-1 RA medicines cause colonic pseudo-obstruction.  Ex. 25D, John Dep. 465:11-13.

81.    Dr. Lodhia does not believe that GLP-1 RA medicines cause strictures in the intestines.  Ex. 31D, Lodhia Dep 122:11-21 ("I don't believe that GLP-1 medicines cause an intrinsic stricture to the small intestine.").

82.    Dr. Lodhia is not offering a causation opinion on intussusception and GLP-1 RA medicines.  Ex. 31D, Lodhia Dep. 118:6-13 ("Q. Are you offering an opinion that GLP-1 medicines cause intussusception that ultimately leads to mechanical obstruction?  A. I'm not offering an opinion on intussusception at all.").

83.    Dr. Lodhia is not offering a causation opinion on volvulus and GLP-1 RA medicines. Ex. 31D, Lodhia Dep. 118:21-119:3 ("Q. Are you offering an opinion that there's basis to believe there's a causal relationship between GLP-1 medicines and … volvulus? A.  I'm not.  I did not do a literature review on volvulus, so I'm not offering an opinion on that.").

84.     Dr. Lodhia is not offering a causation opinion on gallstone ileus and GLP-1 RA medicines.  Ex. 31D, Lodhia Dep. 119:5-6 ("Q. How about gallstone ileus?  A. I'm not offering on [sic] opinion on that, either.").

85.     Dr. Lodhia is not offering a causation opinion on intestinal adhesions.  Ex. 31D, Lodhia Dep. 119:7-8 ("Q. Intestinal adhesion? A.  So I'm not offering an opinion on that.").

86.     Dr. Lodhia is not offering a causation opinion on diverticulitis and GLP-1 RA medicines.  Ex. 31D, Lodhia Dep. 122:23-123:6 ("Q. Are you offering an opinion that there is a basis to believe there's a causal relationship between GLP-1 medicines and diverticulitis?  A. I'm not going to comment on colonic diverticulitis because that wasn't part of my report. Nor am I going to even comment on small bowel diverticulitis because I did not – that – that – I did not do the research on that.").

87.     Dr. Lodhia is not offering a causation opinion on inflammatory bowel disease and GLP-1 RA medicines.  Ex. 31D, Lodhia Dep. 125:1-6 ("Q. You're not offering an opinion that there's a basis to believe that there's a causal relationship between GLP-1 medicines and inflammatory bowel disease?  A. No. I will not – I will not offer any basis for GLP-1s leading to inflammatory bowel disease.").

88.     Dr. Lodhia is not offering a causation opinion on hernias and GLP-1 RA medicines. Ex. 31D, Lodhia Dep. 125:1-11 ("Q. How about hernias?  A. No.  Q. Same answer?  A. Same answer.  I am not going to offer any opinions on GLP-1s leading to hernias.").

89.     Dr. Lodhia is not offering a causation opinion on tumors and GLP-1 RA medicines. Ex. __, Lodhia Dep. 125:1-13 ("Q. Same answer for tumors or cancer?  A. The same answer.").

90.     Dr. Lodhia is not offering a causation opinion on Ogilvie syndrome and GLP-1 RA medicines.  Ex. 31D, Lodhia Dep. 125:1-18 ("Q. How about Ogilvie syndrome? A. So Ogilvie

16

syndrome is basically related to the colon, and I did not – I did not review the data on GLP-1s and the risk of Ogilvie syndrome; so I will not offer an opinion on that.").

91.    Dr. John's opinion that Lilly medicines cause "bowel obstruction" refers to "functional obstruction" (ileus).  Ex. 25D, John Dep. 471:21-472:11 ("Q. Okay.  So I'm looking at the Lilly report --  A. Yes.  Q. On the top of Page 2.  A. Yes, Counsel.  Q. And so you're saying that the Lilly medicines cause ileus and bowel obstruction; do you see that?  A. I see that GLP-1 RAs, including the Lilly medicines, cause bowel obstruction and ileus.  Q. Understood.  I wasn't trying to draw a distinction there, but thank you.  I want to focus on the cause of ileus and bowel obstruction.  Okay?  Do you -- what do you mean by bowel obstruction here?  A. And in this case, I mean functional bowel obstruction.").

92.    Dr. John testified that the likelihood GLP-1 RAs can cause mechanical bowel obstruction is "very minimal."  Ex. 25D, John Dep. 459:5-21.

93.    Dr. John testified, when asked "Do you agree with me that mechanical obstruction is unrelated to the use of GLP-1 medicines?," that "I want to put that in context," and "Now, in some patients when the gut motility does slow down because of ileus, there can sometimes be a condition called 'fecal obstruction' or fecal – but if you look at the overall picture of mechanical bowel obstruction, that's a very uncommon cause of mechanical bowel obstruction."  Ex. 25D, John Dep. 455:15-459:24.

94.    Dr. John testified: "I do mention at other parts of my report, what I just told you, that there are cases where functional bowel obstructions can be associated with fecal stasis and fecaloma and could cause mechanical obstruction. And I also mention at other places in my report that there could be a misdiagnosis of patients who are bowel obstruction could be misdiagnosed

as ileus . . . The likelihood that you could have a fecal impaction or these conditions that I mentioned, is so small that I don't think it tips the needle." Ex. 25D, John Dep. 458:16-459-21.

95. Dr. Lodhia relied on mechanism studies to explain his opinion that mechanical obstruction can occur through the formation of a fecalith or enterolith. Ex. 31D, Lodhia Dep. 135:3-10 ("Q. Thazhath did not show fecalith or enterolith development; right? A. Again, it provided a mechanism through the use of impedance in the formation of gastrointestinal contents that can form a fecalith or enterolith, but within the confines of that study, it did not directly show the enterolith formation. It did set the understanding of how that would occur.").

96. At his deposition, Dr. John was unable to identify any study or data that found an increased risk of fecal impaction in patients taking any GLP-1 RA medicine. Ex. 25D, John Dep. 475:23-476:13.

97. Dr. John did not identify any epidemiological study that found a statistically significant increased risk of fecal impaction in patients taking dulaglutide. Ex. 25D, John Dep. 474:3-23 ("Q. So without rereviewing the papers, can you identify any studies that found an increased risk of fecal impaction in patients taking GLP-1 medicines? . . . So if you're asking me if I committed it to memory which of the ICD 9/10 codes are fecal impaction showed an association with GLP-1 RAs, the answer is I do not recall.").

98. Dr. John did not identify any epidemiological study that found a statistically significant increased risk of fecal impaction in patients taking tirzepatide. Ex. 25D, John Dep. 474:3-23.

99. Dr. John did not identify any epidemiological study that found a statistically significant increased risk of fecal impaction in patients taking any GLP-1 RA medicine. Ex. 25D, John Dep. 474:3-23.

100.    Dr. Lodhia did not identify any epidemiological study that found a statistically significant increased risk of fecal impaction in patients taking any GLP-1 RA medicine.  Ex. 31D, Lodhia Dep. 130:4-132:5 ("Q. So the steps you're describing here are there is slowing of intestinal motility that leads to ileus, ileus then leads to a mechanical obstruction where hardened stool or fecal impaction blocks the intestines; right?  A. Right.  . . .  Q. Are you aware of any of the 23 epidemiological studies that you cite that finds there is an increased risk of mechanical obstruction through this pathway that you described?  A. That's not what the epidemiological studies are designed to do.  The epidemiological studies are designed to look at the incidence of these conditions and the mechanistic studies have to try to explain why.  So the epidemiologic studies are not designed to be mechanistic by definition.").

## IV.    PLAINTIFF LABELING EXPERT DR. KESSLER

101.    Dr. Kessler recognized in his report, "Beginning in 2014, Lilly included a Section 5 Warning & Precaution for Severe Gastrointestinal Disease with a cross-reference to Section 6.1 [Clinical Studies Experience] for nausea, diarrhea, vomiting, abdominal pain, decreased appetite, dyspepsia, fatigue, constipation, flatulence, abdominal distention, gastroesophageal reflux disease, and eructation."  Ex. 4D, Kessler Rep. ¶ 657.  *See also id*. ¶ 682.

102.    Dr. Kessler recognized in his report: "September 18, 2014: Trulicity is approved and contains a Section 5 Warning and Precaution stating:

> **[5.6 Severe Gastrointestinal Disease]** "Use of TRULICITY may be associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6.1)]*.  TRULICITY has not been studied in patients with severe gastrointestinal disease, including severe gastroparesis, and is therefore not recommended in these patients."

> Section 6.1—Table 1 shows common adverse reactions and lists nausea, diarrhea, vomiting, abdominal pain, decreased appetite, dyspepsia, and fatigue.

Ex. 4D, Kessler Rep. ¶ 681(b) (footnotes omitted).

19

103.    Dr. Kessler testified that Lilly did not have a duty to warn in the Trulicity label of volvulus, tumors, or "other causes of mechanical obstruction."  Ex. 28D, Kessler Dep. 448:17-449:3 ("Q. Are there particular mechanical obstructions that you think Lilly did not need to warn of in its dulaglutide label?  A. Yes.  Q. Which ones?  A. I think -- I mean, I think there are causes of mechanical obstruction that I didn't mean -- that I don't think are relevant: volvulus tumor, other causes of mechanical obstruction.").

104.    Dr. Kessler testified that when he was referring to the need for a mechanical obstruction warning for dulaglutide, he was referring to the situation where there is an accumulation of stool in the intestine or other bezoar material that leads to a mechanical obstruction.  Ex. 28D, Kessler Dep. 451:11-452:2 ("Q.   So when you're referring to the need for a mechanical bowel obstruction warning for dulaglutide, you're referring to the situation where there is an accumulation of stool in the intestine that leads to a mechanical bowel obstruction? MS. AMINOLROAYA:  Object to form. THE WITNESS:  Stool -- stool.  Other bezoar material. The point that -- I'm referring to intestinal obstruction.  Your questions are about mechanical, and I'm trying to answer that.  But I think we're on the same wavelength.").

105.    Dr. Kessler testified that Lilly did not have a duty to warn of adhesions in the Trulicity label.  Ex. 28D, Kessler Dep. 449:4-7 ("Q. Do you think the dulaglutide label needed to include a warning for adhesions?  A. Probably -- probably not.").

106.    Dr. Kessler testified that Lilly did not have a duty to warn of hernias in the Trulicity label.  Ex. 28D, Kessler Dep. 449:8-11 ("Q. Do you think the dulaglutide label needed to include warnings for hernias?  A. No.  No.").

107.    Dr. Kessler testified that Lilly did not have a duty to warn of neoplasms leading to obstructions in the Trulicity label.  Ex. 28D, Kessler Dep. 449:12-21 ("Q. Do you think the

dulaglutide label needed to include a warning for neoplasms that lead to a mechanical obstruction? A. I think I said tumor, yes. It did -- it did not need to do that. Anything that's an extrinsic cause, imposing on the bowel from external forces, I don't think, because I don't think that matches the pathophysiology.").

108.    Dr. Kessler testified that Lilly did not have a duty to warn of strictures in the Trulicity label. Ex. 28D, Kessler Dep. 449:22-450:4 ("Q. Do you believe that Lilly needed to include a warning in dulaglutide's label for strictures or inflammatory conditions leading to mechanical obstruction? A. Certainly not strictures. I don't -- I don't think -- inflammatory is more nuanced, I think.").

109.    Dr. Kessler testified that Lilly did not have a duty to warn of inflammatory bowel disease leading to obstruction in the Trulicity label. Ex. 28D, Kessler Dep. 450:5-11 ("Q. What about something like inflammatory bowel disease leading to obstruction? A. No. No, ma'am. I think that's a – that's not in the pathophysiology of how these drugs would work, that I'm aware of.").

110.    Dr. Kessler did not reach a single date for all GLP-1 RA medicines that he thought labeling needed to be updated for ileus. Kessler Dep. 424:2-18 ("Q. Here is what I'm getting at, Dr. Kessler. When you were looking at liraglutide versus semaglutide versus dulaglutide, you didn't reach a single date for all of the medicines that you thought the labeling needed to be updated. Is that fair? A. I think -- I think that's what the report says. I -- as I was writing the different sections, I looked at the evidence and reached the date based on the evidence in front of me. But, again -- which we're probably talking about the end of 2017. You could -- I mean, I could go with 20 -- you know, January 2018, November and December 2017.").

111. Dr. Kessler is not opining that the Trulicity label was inadequate as to ileus after November 2022. Ex. 28D, Kessler Dep. 514:5-15 ("Q. In November of 2022, Lilly added to Section 6.2 a warning for ileus, correct? A. Correct. At the request of the FDA. Q. Mm-hmm. With respect to ileus in particular, are you saying that Lilly's warnings for ileus were inadequate after this 2022 change? A. No, because it says ileus.").

112. Dr. Kessler is not opining that the Trulicity label was inadequate as to intestinal obstruction after March 2026. Ex. 28D, Kessler Dep. 552:3-25 ("Q. … So once the intestinal obstruction and severe constipation including fecal impaction are included in Section 6.2, at the time of that inclusion, you're no longer offering an opinion about whether the -- the label is adequate or not with respect to intestinal obstruction and severe1 constipation including fecal impaction, right? … THE WITNESS: I'm not offering any opinion. Q. Including that the label is inadequate with respect to intestinal obstruction and severe constipation including fecal impaction? A. I'm not offering any opinion on whether it's adequate or inadequate as of 2026. I think that's right.").

113. Dr. Kessler is not opining that the Trulicity label was inadequate as to fecal impaction after March 2026. Ex. 28D, Kessler Dep. 552:3-25 ("Q. … So once the intestinal obstruction and severe constipation including fecal impaction are included in Section 6.2, at the time of that inclusion, you're no longer offering an opinion about whether the -- the label is adequate or not with respect to intestinal obstruction and severe1 constipation including fecal impaction, right? … THE WITNESS: I'm not offering any opinion. Q. Including that the label is inadequate with respect to intestinal obstruction and severe constipation including fecal impaction? A. I'm not offering any opinion on whether it's adequate or inadequate as of 2026. I think that's right.").

114.    Dr. Kessler does not offer opinions in this case on "what doctors understand" the label of any medication to mean.  Ex. 28D, Kessler Dep. 555:12-19 ("Q.  Okay Do you agree with me that the opinions you're giving in this case about labeling are not about what doctors understand the label language to mean?  A. Correct.  What doctors understand is not the regulatory standard.").

115.    Dr. Kessler testified that "what doctors know is maybe interesting to certain people, and I don't want to minimize that. But that's not the regulatory standard or by which I issued my opinions." Ex. 26D, Kessler Dep. 110:11-111:6.

116.    Dr. Kessler stated that he was not providing his expert testimony as a prescribing doctor.  Ex. 28D, Kessler Dep. 579:5-16 ("I'm not here as a prescribing doc.").

117.    Dr. Kesler testified that that the term ileus could capture constipation leading to fecal impaction and mechanical obstruction.  Ex. 28D, Kessler Dep. 464:16-465:8 ("Q. And that's because something like ileus could capture nonmechanical obstruction and fecal impaction leading -- or constipation leading to fecal impaction or mechanical obstruction; is that right? …   THE WITNESS: Bingo.  Yes.  I mean, I think we're saying exactly the same things.  As well as the fact, I think those things can be hard to diagnose without radiology or doing surgery.  There may be overlaps in what that diagnosis -- I think they all result from hypomotility.").

118.    As to the search terms used in Lilly's 2022 Safety Topic Report, Dr. Kessler did not run a separate set of search terms based on data that was available in August 2022 to determine the number of adverse events that would be found if a different set of search terms was used.  Ex. 28D, Kessler Dep. 511:11-18 ("Q. You didn't, though, run a separate set of search terms based on data that was available in August of 2022 to determine the number of adverse events that would be found if a different set of search terms was used, right?  A. I think that's fair.").

23

119.    Dr. Kessler did not opine that if different search terms were used in Lilly's 2022 Safety Topic Report, it would have yielded additional adverse events.  Ex. 28D, Kessler Dep. 511:11-18 ("Q. You didn't, though, run a separate set of search terms based on data that was available in August of 2022 to determine the number of adverse events that would be found if a different set of search terms was used, right?  A. I think that's fair.").

120.    Dr. Kessler did not opine that if different search terms were used in Lilly's 2022 Safety Topic Report, it would have yielded additional adverse events that would have materially affected FDA's analysis in FDA's subsequent November 2022 report.  Ex. 28D, Kessler Dep. 512:5-13 ("Q. … You don't say in your report that if a different set of search terms was used, that there would be a different set of adverse event reports identified in 2022 related to ileus, obstruction, or fecal impactions, right?  A. I don't think I conclude – I don't think I conclude it that way.  Correct.").

## V.    REGULATORY HISTORY FOR LILLY'S GLP-1 RA MEDICINES

### A.    FDA Approves Trulicity, Mounjaro, and Zepbound

121.    On September 18, 2014, FDA approved Trulicity for adults with type 2 diabetes. Ex. 153D, Trulicity Sep. 2014 Label.

122.    The active ingredient in Trulicity is dulaglutide.  Ex. 153D, Trulicity Sep. 2014 Label.

123.    Section 5.6 in Section 5 (Warnings and Precautions) of the September 18, 2014 Trulicity label includes the following language:

> **5.6 Severe Gastrointestinal Disease** Use of TRULICITY may be associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6.1)]*. TRULICITY has not been studied in patients with severe gastrointestinal disease, including severe gastroparesis, and is therefore not recommended in these patients.

Ex. 153D, Trulicity Sep. 2014 Label 5.

124.    On May 13, 2022, FDA approved Mounjaro for adults with type 2 diabetes.  Ex. 126D, Mounjaro May 2022 Label.

125.    The active ingredient in Mounjaro is tirzepatide.  Ex. 126D, Mounjaro May 2022 Label.

126.    The Highlights of Prescribing of the May 13, 2022 Mounjaro label includes the following language:

> *Severe Gastrointestinal Disease:* Use may be associated with gastrointestinal adverse reactions, sometimes severe. Has not been studied in patients with severe gastrointestinal disease and is not recommended in these patients.

> Ex. 126D, Mounjaro May 2022 Label 1.

127.    Section 5.6 in Section 5 (Warnings and Precautions) of the May 13, 2022 Mounjaro label includes the following language:

> **5.6 Severe Gastrointestinal Disease** Use of MOUNJARO has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions 6.1]*. MOUNJARO has not been studied in patients with severe gastrointestinal disease, including severe gastroparesis, and is therefore not recommended in these patients.

> Ex. 126D, Mounjaro May 2022 Label 4.

128.    On November 8, 2023, FDA approved Zepbound for chronic weight management. Ex. 188D, Zepbound Nov. 2023 Label.

129.    The Highlights of Prescribing of the November 8, 2023 Zepbound label includes the following language:

> *Severe Gastrointestinal Disease:* Use has been associated with gastrointestinal adverse reactions, sometimes severe. Has not been studied in patients with severe gastrointestinal disease and is not recommended in these patients.

> Ex. 188D, Zepbound Nov. 2023 Label 1.

130.    Section 5.2 in Section 5 (Warnings and Precautions) of the November 8, 2023 Zepbound label includes the following language:

**5.2 Severe Gastrointestinal Disease** Use of ZEPBOUND has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions 6.1]*. In clinical trials, severe gastrointestinal adverse reactions were reported more frequently among patients receiving ZEPBOUND (5 mg 1.7%, 10 mg 2.5%, 15 mg 3.1%) than placebo (1%). ZEPBOUND has not been studied in patients with severe gastrointestinal disease, including severe gastroparesis, and is therefore not recommended in these patients.

Ex. 188D, Mounjaro Nov. 2023 Label 5.

> **B.** ***Severe Gastrointestinal Adverse Event Warnings in Labels for Lilly and Novo Medications.***

131.    FDA approved labels for Trulicity on dates including September 18, 2014, November 17, 2022, November 1, 2024, May 28, 2025, and March 12, 2026.  Ex. 153D, Trulicity Sep. 2014 Label; Ex. 163D, Trulicity Nov. 2022 Label; Ex. 164D, Trulicity Nov. 2024 Label; Ex. 165D, Trulicity May 2025 Label; Ex. 166D, Trulicity Mar. 2026 Label.

132.    The FDA-approved labels for Trulicity on September 18, 2014 and November 17, 2022 include the following language in Section 5 (Warnings and Precautions):

**5.6 Severe Gastrointestinal Disease** Use of TRULICITY may be associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6.1)]*. TRULICITY has not been studied in patients with severe gastrointestinal disease, including severe gastroparesis, and is therefore not recommended in these patients.

Ex. 153D, Trulicity Sep. 2014 Label at 5; Ex. 163D, Trulicity Nov. 2022 Label at 9.

133.    The FDA-approved labels for Trulicity on November 17, 2022, November 1, 2024, and May 28, 2025 include the following language in Section 6.2 (Postmarketing Experience):

**6.2 Postmarketing Experience** The following additional adverse reactions have been reported during post-approval use of TRULICITY. Because these events are reported voluntarily from a population of uncertain size, it is generally not possible to reliably estimate their frequency or establish a causal relationship to drug exposure. *Gastrointestinal*: … ileus.

Ex. 163D, Trulicity Nov. 2022 Label at 13; Ex. 164D, Trulicity Nov. 2024 Label at 14; Ex. 165D, Trulicity May 2025 Label at 13.

134.    The FDA-approved label for Trulicity on March 12, 2026 includes the following language in Section 6.2 (Postmarketing Experience):

26

**6.2 Postmarketing Experience** The following additional adverse reactions have been reported during post-approval use of TRULICITY. Because these events are reported voluntarily from a population of uncertain size, it is generally not possible to reliably estimate their frequency or establish a causal relationship to drug exposure. *Gastrointestinal:* acute pancreatitis, hemorrhagic and necrotizing pancreatitis sometimes resulting in death, ileus, intestinal obstruction, severe constipation including fecal impaction.

Ex. 166D, Trulicity Mar. 2026 Label at 13.

135.    FDA approved labels for Mounjaro on May 13, 2022, July 28, 2023, November 1, 2024, May 28, 2025, September 25, 2025, December 19, 2025, and January 20, 2026.  Ex. 126D, Mounjaro May 2022 Label; Ex. 127D, Mounjaro July 2023 Label; Ex. 128D, Mounjaro Nov. 2024 Label; Ex. 129D, Mounjaro May 2025 Label; Ex. 130D, Mounjaro Sep. 2025 Label; Ex. 131D, Mounjaro Dec. 2025 Label.

136.    The FDA-approved labels for Mounjaro on May 13, 2022 and July 28, 2023 included the following language in Section 5 (Warnings and Precautions):

**5.6 Severe Gastrointestinal Disease** Use of MOUNJARO has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions 6.1]*. MOUNJARO has not been studied in patients with severe gastrointestinal disease, including severe gastroparesis, and is therefore not recommended in these patients.

Ex. 126D, Mounjaro May 2022 Label at 5; Ex. 127D, Mounjaro July 2023 Label at 5.

137.    The FDA-approved labels for Mounjaro on July 28, 2023, November 1, 2024, May 28, 2025, and September 25, 2025 include the following language in Section 6.2 (Postmarketing Experience):

**6.2 Postmarketing Experience** The following adverse reactions have been reported during post-approval use of MOUNJARO. Because these reactions are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure. *Gastrointestinal*: … ileus."

Ex. 127D, Mounjaro July 2023 Label at 8; Ex. 128D, Mounjaro Nov. 2024 Label at 9; Ex. 129D, Mounjaro May 2025 Label at 13; Ex. 130D, Mounjaro Sep. 2025 Label at 9.

27

138.    The FDA-approved label for Mounjaro on December 19, 2025 includes the following language in Section 6.2 (Postmarketing Experience):

> **6.2 Postmarketing Experience** The following adverse reactions have been reported during post-approval use of MOUNJARO. Because these reactions are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure . . . . *Gastrointestinal*: acute pancreatitis, hemorrhagic and necrotizing pancreatitis sometimes resulting in death, ileus, intestinal obstruction, severe constipation including fecal impaction

> Ex. 131D, Mounjaro Dec. 2025 Label.

139.    FDA approved labels for Zepbound on November 8, 2023, March 28, 2024, October 18, 2024, December 20, 2024, February 7, 2025, September 25, 2025, January 7, 2026, January 20, 2026, and February 25, 2026.  Ex. 188D, Zepbound Nov. 2023 Label; Ex. 189D, Mar. 2024 Zepbound Label; Ex. 190D, Zepbound Oct. 2024 Label; Ex. 191D, Zepbound Dec. 2024 Label; Ex. 192D, Zepbound Feb. 2025 Label; Ex. 193D, Zepbound Sep. 2025 Label; Ex. 194D, Zepbound Jan. 7, 2026 Label; Ex. 195D, Zepbound Jan. 20, 2026 Label; Ex. 196D, Zepbound Feb. 2026 Label.

140.    The FDA-approved label for Zepbound on November 8, 2023, March 28, 2024, October 18, 2024, December 20, 2024, February 7, 2025, September 25, 2025, January 7, 2026, January 20, 2026 and February 25, 2026 include the following language in Section 5 (Warnings and Precautions):

> **5.2 Severe Gastrointestinal Disease.** Use of ZEPBOUND has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions 6.1]*. In clinical trials, severe gastrointestinal adverse reactions were reported more frequently among patients receiving ZEPBOUND (5 mg 1.7%, 10 mg 2.5%, 15 mg 3.1%) than placebo (1%). ZEPBOUND has not been studied in patients with severe gastrointestinal disease, including severe gastroparesis, and is therefore not recommended in these patients.

> Ex. 188D, Zepbound Nov. 2023 Label at 6; Ex. 189D, Zepbound Mar. 2024 Label at 5;
> Ex. 190D, Zepbound Oct. 2024 Label at 4; Ex. 191D, Zepbound Dec. 2024 Label at 4-5;
> Ex. 192D, Zepbound Feb. 2025 Label at 4-5; Ex. 193D, Zepbound Sep. 2025 Label at 5;

28

Ex. 194D, Zepbound Jan. 7, 2026 Label at 5; Ex. 195D, Zepbound Jan. 20, 2026 Label at 9; Ex. 196D, Zepbound Feb. 2026 Label at 10.

141. The FDA-approved labels for Zepbound on November 8, 2023, March 28, 2024, October 18, 2024, December 20, 2024, February 7, 2025, September 25, 2025, and January 20, 2026 include the following language in Section 6.2 (Postmarketing Experience):

> **6.2 Postmarketing Experience** The following adverse reactions have been reported during post-approval use of tirzepatide, the active ingredient in ZEPBOUND. Because these reactions are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or to establish a causal relationship to drug exposure. . . . *Gastrointestinal:* … ileus.
>
> Ex. 188D, Zepbound Nov. 2023 Label at 9; Ex. 189D, Mar. 2024 Zepbound Label at 9; Ex. 190D, Zepbound Oct. 2024 Label at 9; Ex. 191D, Zepbound Dec. 2024 Label at 9; Ex. 192D, Zepbound Feb. 2025 Label at 9; Ex. 193D, Zepbound Sep. 2025 Label at 10; Ex. 195D, Zepbound Jan. 20 2026 Label at 10.

142. The FDA-approved label for Zepbound on February 25, 2026 includes the following language in Section 6.2 (Postmarketing Experience):

> **6.2 Postmarketing Experience** The following adverse reactions have been reported during post-approval use of tirzepatide, the active ingredient in ZEPBOUND. Because these reactions are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure . . . . *Gastrointestinal*: acute pancreatitis, hemorrhagic and necrotizing pancreatitis sometimes resulting in death, ileus, intestinal obstruction, severe constipation including fecal impaction.
>
> Ex. 196D, Feb. 2026 Zepbound Label at 15.

143. FDA approved labels for Ozempic on September 22, 2023, November 1, 2024, January 28, 2025, and October 14, 2025. Ex. 135D, Ozempic Sept. 2023 Label; Ex. 137D, Ozempic Nov. 2024 Label; Ex. 138D, Ozempic Jan. 2025 Label; Ex. 139D, Ozempic Oct. 2025 Label.

144. The FDA-approved labels for Ozempic on September 22, 2023, November 1, 2024, January 28, 2025, and October 14, 2025, include the following language in Section 6.3 (Postmarketing Experience):

**6.3 Postmarketing Experience** The following adverse reactions have been reported during post-approval use of semaglutide, the active ingredient of OZEMPIC. Because these reactions are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure. *Gastrointestinal Disorders*: Ileus.

Ex. 135D, Ozempic Sept. 2023 Label at 14; Ex. 137D, Ozempic Nov. 2024 Label at 14; Ex. 138D, Ozempic Jan. 2025 Label at 14 (Section 6.); Ex. 139D, Ozempic Oct. 2025 Label at 14-15 (Section 6.2).

145.    FDA approved labels for Rybelsus on January 12, 2023, January 24, 2024, December 9, 2024 and October 17, 2025.  Ex. 141D, Rybelsus Jan. 2023 Label; Ex. 142D, Rybelsus Jan. 2024 Label; Ex. 144D, Rybelsus Dec. 2024 Label; Ex. 145D, Rybelsus Oct. 2025 Label.

146.    FDA-approved labels for Rybelsus on January 12, 2023, January 24, 2024, December 9, 2024, and October 17, 2025 include the following language in Section 6.2 (Postmarketing Experience):

**6.2 Postmarketing Experience** The following adverse reactions have been reported during post-approval use of semaglutide, the active ingredient of RYBELSUS. Because these reactions are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure. *Gastrointestinal:* Ileus.

Ex. 141D, Rybelsus Jan. 2023 Label at 13; Ex. 142D, Rybelsus Jan. 2024 Label at 8; Ex. 144D, Rybelsus Dec. 2024 Label at 16; Ex. 145D, Rybelsus Oct. 2025 Label at 10.

147.    FDA approved labels for Saxenda on April 20, 2023, November 1, 2024, May 28, 2025.  Ex. 148D, Saxenda Apr. 2023 Label; Ex. 149D, Saxenda Nov. 2024 Label; Ex. 150D, Saxenda May 2025 Label.

148.    The FDA-approved labels for Saxenda on April 20, 2023, November 1, 2024, and May 28, 2025 includes the following language in Section 6.2 (Postmarketing Experience):

**6.2 Post-Marketing Experience** The following adverse reactions have been reported during post-approval use of liraglutide, the active ingredient of SAXENDA. Because these reactions are reported voluntarily from a population of uncertain size, it is not always

possible to reliably estimate their frequency or establish a causal relationship to drug exposure. *Gastrointestinal:* … ileus.

Ex.148D, Saxenda Apr. 2023 Label at 17; Ex. 149D, Saxenda Nov. 2024 Label at 18; Ex. 150D, Saxenda May 2025 Label at 17.

149.    FDA approved labels for Wegovy on December 23, 2022, July 21, 2023, March 8, 2024, November 1, 2024, November 27, 2024, and August 15, 2025.  Ex. 176D, Wegovy Dec. 2022 Label; Ex. 177D, Wegovy July 2023 Label; Ex. 186D, Wegovy Mar. 2024 Label; Ex. 179D, Wegovy Nov. 1 2024 Label; Ex. 180D, Wegovy Nov. 27 2024 Label; Ex. 181D, Wegovy Aug. 2025 Label.

150.    The FDA-approved labels for Wegovy on December 23, 2022, July 21, 2023, March 8, 2024, November 1, 2024, November 27, 2024, August 15, 2025 include the following language in Section 6.2 (Postmarketing Experience):

**6.2 Postmarketing Experience** The following adverse reactions have been reported during post-approval use of semaglutide, the active ingredient of WEGOVY. Because these reactions are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure. *Gastrointestinal Disorders:* … ileus.

Ex. 176D, Wegovy Dec. 2022 Label at 17-18; Ex. 177D, Wegovy July 2023 Label at 19; Ex. 178D, Wegovy Mar. 2024 Label at 17-18; Ex. 179D, Wegovy Nov. 1 2024 Label at 18; Ex. 180D, Wegovy Nov. 27 2024 Label at 17; Ex. 181D, Wegovy Aug. 2025 Label at 23.

### C.    *FDA's NISS For Intestinal Obstruction And Decision To Add "Ileus" Classwide To Section 6*

151.    On April 28, 2022, FDA Division of Diabetes Lipid and Obesity (DDLO) consulted the Office of Surveillance and Epidemiology (OSE) to review the literature and postmarketing cases for the GLP-1 RA class and NISS 1004823 was opened for the GLP-1 RA class and intestinal obstruction. Ex. 199D, Oct. 2025 Ozempic Approval Package for Application No. 209637Orig1s035, GLP-1 RAs Clinical Review at 68.

152.    On June 17, 2022, FDA notified Lilly that it had "beg[un] evaluating a NISS on June 15, 2022, regarding glucagon-like peptide 1 (GLP-1) products, including [Lilly's] product, Trulicity, and intestinal obstruction." Ex. 207D, 2022-06-17 Email from FDA to Lilly re Notification of Newly Identified Safety Signal for Trulicity, LLY-GLPMDL-08096959 at -6960.

153.    On June 17, 2022, FDA also notified Lilly that it had "beg[un] evaluating a NISS on June 15, 2022, regarding glucagon-like peptide 1 (GLP-1) products, including [Lilly's] product, Mounjaro, and intestinal obstruction." Ex. 226D, 2022-06-17 Email from FDA to Lilly re Notification of Newly Identified Safety Signal for Mounjaro, LLY-GLPMDL-09494520 at -4521.

154.    FDA posts a quarterly report on the Adverse Event Reporting System website of any new safety information or potential signal of a serious risk identified by the Adverse Event Reporting System within the last quarter.  The report for the period April to June 2022 listed the GLP-1 RA class and "Intestinal obstruction" as a potential signal of a serious risk or new safety information for GLP-1 RAs.  Ex. 200D, April – June 2022 | Potential Signals of Serious Risks/New Safety Information Identified by FDA Adverse Event Reporting System at 3.

155.    FDA's April to June 2022 quarterly adverse report stated of the GLP-1 RA class that "FDA is evaluating the need for regulatory action" for "intestinal obstruction."  Ex. 200D, April – June 2022 | Potential Signals of Serious Risks/New Safety Information Identified by FDA Adverse Event Reporting System at 3.

156.    Lilly prepared a Safety Topic Report ("STR") dated August 5, 2022 regarding "Intestinal Obstruction" for dulaglutide ("August 2022 Dulaglutide Intestinal Obstruction STR"). Ex. 230D, Safety Topic Report: Intestinal Obstruction, LLY-GLPMDL-09694204.

157.    The August 2022 Dulaglutide Intestinal Obstruction STR presented "relevant literature and cumulative safety information pertaining to this topic derived from non-clinical

studies, clinical trials, post-marketing safety studies, and spontaneously reported adverse events through 31 May 2022." Ex. 230D, Safety Topic Report: Intestinal Obstruction, LLY-GLPMDL-09694204 at -4208.

158.    The August 2022 Dulaglutide Intestinal Obstruction STR evaluated 133 postmarketing cases of "GI obstruction" out of a "cumulative estimated post-marketing exposure of 12,365,000 patients." Ex. 230D, Safety Topic Report: Intestinal Obstruction, LLY-GLPMDL-09694204 at -4222.

159.    The August 2022 Dulaglutide Intestinal Obstruction STR reported findings from an adult glycemic control clinical trial (9,147 patients) and a "large and long-term placebo-controlled" cardiovascular outcomes clinical trial (9,892 patients). Ex. 230D, Safety Topic Report: Intestinal Obstruction, LLY-GLPMDL-09694204 at -4210, -4224.

160.    The August 2022 Dulaglutide Intestinal Obstruction STR concluded that, "based on the totality of the data, the evidence does not support a causal association between dulaglutide and intestinal obstruction." Ex. 230D, Safety Topic Report: Intestinal Obstruction, LLY-GLPMDL-09694204 at -4211.

161.    Lilly sent the August 2022 Dulaglutide Intestinal Obstruction STR to FDA on October 28, 2022. Ex. 240D, Regulatory Response, Ileus and Intestinal Obstruction, LLY-GLPMDL-11517959 at -969.

162.    On November 1, 2022, FDA issued a "joint pharmacovigilance (PV) and epidemiologic review" ("2022 FDA Report") evaluating a potential association between GLP-1 RA medications and intestinal obstruction. Ex. 263D, FDA Pharmacovigilance Review, Novo_GLP_MDL_002147735 at -7738 ("The purpose of this joint pharmacovigilance (PV) and epidemiologic review is to provide an analysis of reports on the possible development of intestinal

obstruction (IO) with the use of glucagon-like peptide-1 receptor agonists (GLP-1 RAs) from the FDA Adverse Event Reporting System (FAERS) database and the medical literature.").

163.    The 2022 FDA Report (*see supra* ¶ 162) was issued jointly by FDA's Division of Pharmacovigilance (DPV) and Division of Epidemiology (DEPI). Ex. 263D, FDA Pharmacovigilance Review, Novo_GLP_MDL_002147735 at -7740. ("The purpose of this joint pharmacovigilance (PV) and epidemiologic review is for the Division of Pharmacovigilance-I (DPV-I) and the Division of Epidemiology I (DEPI-I) to provide the Division of Diabetes, Lipid Disorders, and Obesity (DDLO) an evaluation of cases of intestinal obstruction (IO) with glucagon-like peptide-1 receptor agonists (GLP-1 RAs) from the FDA Adverse Event Reporting System (FAERS) database, medical literature, and epidemiologic data.")

164.    The 2022 FDA Report (*see supra* ¶ 162) was signed by Ali Niak, MD, Medical Officer, Division of Pharmacovigilance I (DPV-I); Henry Appiah, PharmD, Drug Utilization Data Analyst, Division of Epidemiology II (DEPI-II); Po-Yin Chang, PhD, Epidemiologist, Division of Epidemiology I (DEPI-I); Daniel Woronow, MD, FACC, DPV-I (Acting Team Leader); Patty Greene, PharmD, Drug Utilization Team Leader, DEPI-II; Yandong Quiang, MD, PhD, MPH, MHS, Team Leader, DEPI-I; Wei Hua, MD, PhD, MS, MHS, Acting Deputy Director, DEPI-I; Cindy Kortepeter, PharmD, Division Director, DPV-I; and Rajdeep Gill, PharmD, Deputy Director for Drug Utilization, DEPI-II. Ex. 263D, FDA Pharmacovigilance Review, Novo_GLP_MDL_002147735.

165.    In the FDA 2022 Report (*see supra* ¶ 162), the Division of Pharmacovigilance-I (DPV-I) and the Division of Epidemiology I (DEPI-I) performed a joint review to provide an updated evaluation of the relationship between GLP-1 RAs and intestinal obstruction and/or severe constipation from medical literature.  Ex. 199D, Oct. 2025 Ozempic Approval Package for

34

Application No. 209637Orig1s035, GLP-1 RAs Clinical Review at 80; Ex. 263D, FDA Pharmacovigilance Review, Novo_GLP_MDL_002147735 at -7740.

166.    The 2022 FDA Report (*see supra* ¶ 162) stated that "the term 'Intestinal Obstruction' includes the term ileus" within the report. Ex. 263D, FDA Pharmacovigilance Review, Novo_GLP_MDL_002147735 at -7740 ("Regarding terminology, except where otherwise specified in this Review, the term 'Intestinal Obstruction' includes the term ileus.").

167.    The 2022 FDA Report (*see supra* ¶ 162) stated that "[m]echanistic information was limited within the FAERS case series," meaning "the ability for diagnosing the type of [intestinal obstruction] based upon imaging studies and/or physical examination . . . was generally lacking." Ex. 263D, FDA Pharmacovigilance Review, Novo_GLP_MDL_002147735 at -7766. ("Mechanistic information was limited within the FAERS case series, and therefore, the ability for diagnosing the type of IO based upon imaging studies and/or physical examination (i.e., visualization of actual causes of mechanical IO through imaging techniques and/or surgical exploration) was generally lacking.")

168.    FDA conducted a search of adverse event report data for the 2022 FDA Report (*see supra* ¶ 161).  Ex. 263D, FDA Pharmacovigilance Review, Novo_GLP_MDL_002147735 at -7747-52. ("The FAERS search retrieved 424 reports. After applying the case definition in Section 2.1, the causality criteria in Section 2.2, and accounting for duplicate reports, 90 cases were included in the case series of IO reported with GLP-1 RA use…")

169.    The FAERS search for the 2022 FDA Report (*see supra* ¶ 162) review retrieved 424 reports. After applying search criteria chosen by FDA, 90 cases were included in the case series of intestinal obstruction reported with GLP-1 RA use.  Ex. 263D, FDA Pharmacovigilance Review, Novo_GLP_MDL_002147735 at -7747. ("The FAERS search retrieved 424 reports.

After applying the case definition in Section 2.1, the causality criteria in Section 2.2, and accounting for duplicate reports, 90 cases were included in the case series of IO reported with GLP-1 RA use…").

170.    The 2022 FDA Report (*see supra* ¶ 162) search did not identify any cases involving tirzepatide.  Ex. 263D, FDA Pharmacovigilance Review, Novo_GLP_MDL_002147735 at -7763. ("No lixisenatide or tirzepatide cases were identified.").

171.    The 2022 FDA Report's (*see supra* ¶ 162) review of the 90 cases of "intestinal obstruction" from the FAERS database included 37 for dulaglutide and 31 for Novo medicines. Ex. 263D, FDA Pharmacovigilance Review, Novo_GLP_MDL_002147735 at -7748.

172.    FDA observed in the 2022 FDA Report (*see supra* ¶ 162): "Our case level analysis was consistent with a mechanical obstruction for patients treated surgically, and no mechanical obstruction specified for patients treated conservatively. Of the 37 cases that listed treatment interventions (i.e., conservative vs. surgery), a majority (n=29) were comprised of conservative treatments that led to recovery. Furthermore, 93% of the dechallenge cases were positive, which implied that these IO cases may have been non-mechanical in nature given that a mechanical obstruction generally would have required surgical intervention."    Ex. 263D, FDA Pharmacovigilance Review, Novo_GLP_MDL_002147735 at -7766.

173.    FDA also noted in the 2022 FDA Report (*see supra* ¶ 162) that "93% of the dechallenge cases were positive, which implied that these IO cases may have been non-mechanical in nature given that a mechanical obstruction generally would have required surgical intervention." Ex. 263D, FDA Pharmacovigilance Review, Novo_GLP_MDL_002147735 at -7766. ("Furthermore, 93% of the dechallenge cases were positive, which implied that these IO cases may have been non-mechanical in nature given that a mechanical obstruction generally would have

required surgical intervention. Therefore, it appears that ileus may be the more appropriate term for description of similar presenting cases.").

174.    The 2022 FDA Report (*see supra* ¶ 162) described the Bennett 2016 study as having "major limitations."  Ex. 263D, FDA Pharmacovigilance Review, Novo_GLP_MDL_002147735 at -7762.

175.    The 2022 FDA Report (*see supra* ¶ 162) stated that the findings of the Faillie 2022 study were "unclear with regard to a direct effect of GLP-1 RA therapy leading to [intestinal obstruction]."  Ex. 263D, FDA Pharmacovigilance Review, Novo_GLP_MDL_002147735 at -7762-63.

176.    The 2022 FDA Report (*see supra* ¶ 162) cited the Hellstrom 2008 paper.  Ex. 263D, FDA Pharmacovigilance Review, Novo_GLP_MDL_002147735 at -7770 (citing Hellstrom, P.M. et al. *GLP-1 suppresses gastrointestinal motility and inhibits the migrating motor complex in healthy subjects and patients with irritable bowel syndrome*, Neurogastroenterol. Motil. 2008; 649-659).

177.    FDA's Division of Pharmacovigilance I (DPV-I), Division of Epidemiology II (DEPI-II), and Division of Epidemiology I (DEPI-I) recommended adding 'ileus' to Postmarketing Experience in Section 6.2 for all GLP-1 RA class medication in the 2022 FDA Report (*see supra* ¶ 162).  Ex. 263D, FDA Pharmacovigilance Review, Novo_GLP_MDL_002147735 at -7739, -7767 ("Based on the data reviewed, DPV-I and DEPI-I recommend the following: … Addition to ADVERSE REACTIONS, Postmarketing Experience Section 6.2 of the glucagon-like peptide-1 receptor agonist class labeling to include including ileus.").

178.    The 2022 FDA Report (*see supra* ¶ 162) described "ileus" as its "preferred term" for labeling. Ex. 263D, FDA Pharmacovigilance Review, Novo_GLP_MDL_002147735 at -7767.

179.    The 2022 FDA Report (*see supra* ¶ 162) stated that the selection of "ileus" for GLP-1 labeling was "supported by the data reviewed." Ex. 263D, FDA Pharmacovigilance Review, Novo_GLP_MDL_002147735 at -7767.

180.    FDA presented on "the case series and the topic" of ileus and intestinal obstruction at FDA's Drug Safety Team meeting on October 13, 2022. Ex. 263D, FDA Pharmacovigilance Review, Novo_GLP_MDL_002147735 at -7767 ("The case series and the topic of ileus and IO were presented at the Drug Safety Team meeting on October 13, 2022.).

181.    At the Drug Safety Team meeting on October 13, 2022, selecting "ileus" as the "preferred term" was "the consensus opinion of surgical and medical specialists and other scientific staff attending the DPV-I presentation at the October 13, 2022, Drug Safety Team meeting" and was "supported by the data reviewed." Ex. 263D, 2022 FDA Pharmacovigilance Review, Novo_GLP_MDL_002147735 at -7767 ("Our preferred term is ileus, which is supported by the data reviewed. This was also the consensus opinion of surgical and medical specialists and other scientific staff attending the DPV-I presentation at the October 13, 2022, Drug Safety Team meeting.").

182.    The Drug Safety Team meeting on October 13, 2022 included a surgical specialist from FDA's Division of Diabetes, Lipid Disorders, and Obesity (DDLO), who agreed "ileus was the preferred term, and that the surgical cases were causally unrelated to GLP-1 RA." Ex. 263D, 2022 FDA Pharmacovigilance Review, Novo_GLP_MDL_002147735 at -7767.

183.    On October 21, 2022, FDA sent Lilly a redlined Trulicity label ("October 21, 2022 Trulicity Redline"). Ex 208D, Trulicity USPI with Redline, LLY-GLPMDL-08097123.

184.    In the October 21, 2022 Trulicity Redline, FDA proposed adding the following additional language to Section 6.2 (Postmarketing Experience) in Section 6 (Adverse Reactions)

of the Trulicity label: "*Gastrointestinal*: ileus." Ex. 208D, Trulicity USPI with Redline, LLY-GLPMDL-08097123 at -7138.

185.    Section 6.2 (Postmarketing Experience) in Section 6 (Adverse Reactions) of the October 21, 2022 Trulicity Redline label includes the following language:

> **6.2 Postmarketing experience.** The following additional adverse reactions have been reported during post-approval use of TRULICITY. Because these events are reported voluntarily from a population of uncertain size, it is generally not possible to reliably estimate their frequency or establish a causal relationship to drug exposure. *Gastrointestinal*: ileus.

> Ex. 208D, Trulicity USPI with Redline, LLY-GLPMDL-08097123 at -7138.

186.    In the October 21, 2022 Trulicity Redline of the proposed Trulicity label, FDA included a comment that stated:

> "Adding 'ileus' to section 6.2 based upon a review of FAERS data of cases of intestinal obstruction and ileus with GLP1 RAs including dulaglutide. We note other terms are used in foreign labeling for dulaglutide such as 'bowel obstruction' or 'nonmechanical intestinal obstruction' but based on our review we concluded the term 'ileus' better reflects the adverse reaction and will more accurately communicate the potential risk to prescribers."

> Ex. 208D, Trulicity USPI with Redline, LLY-GLPMDL-08097123 at -7138, comment A30.

187.    On November 9, 2022, Lilly sent FDA's correspondence agreeing to add ileus as a reported adverse reaction in the Trulicity label.  Ex. 253D, Trulicity USPI with Redline, LLY-GLPMDL-17087798 at -7805, comment A25R22.

188.    Lilly stated in its November 9, 2022 correspondence to FDA: "the evidence does not support a causal association between dulaglutide and ileus," "[h]owever, Lilly recognizes the FDA's desire to capture this potential reaction across the class of GLP-1 products and therefore accepts the addition of 'ileus' in Section 6.2."  Ex. 253D, Trulicity USPI with Redline, LLY-GLPMDL-17087798 at -7805, comment A25R22.

189.    On November 17, 2022, FDA approved an updated version of the Trulicity label.

Ex. 163D, Trulicity Nov. 2022 Label.

190.    Section 5.6 in Section 5 (Warnings and Precautions) of the November 17, 2022

Trulicity label includes the following language:

> **5.6 Severe Gastrointestinal Disease.** Use of TRULICITY may be associated with gastrointestinal adverse reactions, sometimes severe [see Adverse Reactions (6.1)]. TRULICITY has not been studied in patients with severe gastrointestinal disease, including severe gastroparesis, and is therefore not recommended in these patients.

> Ex. 163D, Trulicity Nov. 2022 Label at 9.

191.    Section 6.2 (Postmarketing Experience) of the November 17, 2022 Trulicity label

includes the following language:

> **6.2 Postmarketing Experience** The following additional adverse reactions have been reported during post-approval use of TRULICITY. Because these events are reported voluntarily from a population of uncertain size, it is generally not possible to reliably estimate their frequency or establish a causal relationship to drug exposure. *Gastrointestinal*: ileus.

> Ex. 163D, Trulicity Nov. 2022 Label at 13.

192.    On June 15, 2023, FDA proposed adding the following additional language to

Section 6.2 (Postmarketing Experience) in Section 6 (Adverse Reactions) of the Mounjaro label:

"Gastrointestinal: ileus."  Ex. 250D, Mounjaro USPI with Redline, LLY-GLPMDL-17072386 at

-2392.

193.    On June 21, 2023, Lilly responded to FDA's proposed additional language to the

Mounjaro label (see *supra* ¶ 192).  Ex. 225D, Mounjaro USPI with Redline, LLY-GLPMDL-

09456832 at -6838, comment A7R6.

194.    On July 28, 2023, FDA approved an updated version of the Mounjaro label. Ex.

127D, Mounjaro July 2023 Label.

40

195.    Section 5.6 in Section 5 (Warnings and Precautions) of the July 28, 2023 Mounjaro label includes the following language:

**5.6 Severe Gastrointestinal Disease.** Use of MOUNJARO has been associated with gastrointestinal adverse reactions, sometimes severe [see Adverse Reactions 6.1]. MOUNJARO has not been studied in patients with severe gastrointestinal disease, including severe gastroparesis, and is therefore not recommended in these patients.

Ex. 127D, Mounjaro July 2023 Label at 4.

196.    Section 6.2 (Postmarketing Experience) of the July 28, 2023 Mounjaro label includes the following language:

**6.2 Postmarketing Experience** The following adverse reactions have been reported during post-approval use of MOUNJARO. Because these reactions are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure. *Gastrointestinal*: ileus.

Ex. 127D, Mounjaro July 2023 Label at 7.

### D.    *Novo Seeks Additional Intestinal Warnings*

197.    On February 17, 2025, Christina Talley at Novo emailed FDA stating "we plan to add the term 'intestinal obstruction' to the Postmarketing Experience section [6.2] of the labeling" for Victoza, Saxenda, Ozempic, Wegovy, Rybelsus, and Xultophy.  Ex. 267D, Emails between Novo and FDA, Novo_GLP_MDL_017197788 at -7789.

198.    On February 18, 2025, Marisa Petruccelli at FDA responded to Ms. Talley's email stating: "In our [2022] evaluation, we separated intestinal obstruction and ileus as different concepts (mechanical vs motility) and, based upon the information from the cases and biological plausibility, only the addition of ileus was supported." Ex. 267D, Novo_GLP_MDL_017197788.

199.    Ms. Petruccelli's February 18, 2025 email to Novo stated: "The inclusion of 'ileus' rather than 'intestinal obstruction' provides specific information to the prescriber.  We believe adding 'intestinal obstruction' to the prescribing information would imply a new safety signal for mechanical obstruction and would be misleading.  We request continued pharmacovigilance for

41

this signal and, if a new safety signal is supported, a regulatory submission." Ex. 267D, Novo_GLP_MDL_017197788.

200. On March 21, 2025, Novo submitted a Prior Approval Supplement proposing changes to the labels for Ozempic, Rybelsus, and Wegovy to add "intestinal obstruction" and "small intestinal obstruction" to Section 6.2 of the medicines' labels. Ex. 265D, 2025-03-21 Novo Prior Approval Supplement Labeling, Novo_GLP_MDL_015672728.

201. On April 28, 2025, FDA informed Lilly that it had "beg[un] evaluating a NISS on April 21, 2025, for the glucagon-like peptide-1 (GLP-1) agonist class, including your product [Trulicity, Mounjaro, and Zepbound], regarding intestinal obstruction and fecal impaction." Ex. 275D, 2025-04-28 Email from FDA to Lilly re Notification of Newly Identified Safety Signal for GLP-1s, LLY-GLPMDL-20890402 at -0403.

202. On September 16, 2025, FDA notified Lilly that it had classified the NISS for GLP-1s and the risk of intestinal obstruction and fecal impaction (*see supra* ¶ 201) "as a potential risk." Ex. 276D, 2025-09-16 Email from FDA to Lilly re Sponsor Notification of Section 921 Posting, LLY-GLPMDL-21570722 at -0723-24.

203. On October 14, 2025, FDA approved a supplemental new drug application for Ozempic ("FDA Ozempic Clinical Review"). Ex. 199D, Oct. 2025 Ozempic Approval Package for Application No. 209637Orig1s035, available at https://www.accessdata.fda.gov/drugsatfda_docs/nda/2026/209637Orig1s035.pdf.

204. The FDA Ozempic Clinical Review included an FDA Clinical Review(s) report for GLP-1 RAs ("Clinical Review Report for GLP-1 RAs") dated September 30, 2025. Ex. 199D, Oct. 2025 Ozempic Approval Package for Application No. 209637Orig1s035, GLP-1 RAs Clinical Review at 67-82.

205.    The Clinical Review Report for GLP-1 RAs stated in the "Discussions and Conclusions" section regarding "intestinal obstruction" and "severe constipation" that "a causal relationship cannot be confirmed by the available data."  Ex. 199D, Oct. 2025 Ozempic Approval Package for Application No. 209637Orig1s035, GLP-1 RAs Clinical Review at 81.

206.    The Clinical Review Report for GLP-1 RAs stated in the "Discussions and Conclusions" section: "In consultation with the Division of Gastroenterology (DG), DDLO determined that 'fecal impaction' seemed reasonable to include in labeling as a specific manifestation of severe constipation."  Ex. 199D, Oct. 2025 Ozempic Approval Package for Application No. 209637Orig1s035, GLP-1 RAs Clinical Review at 81.

207.    The Clinical Review Report for GLP-1 RAs stated "The following language is recommended for Section 6.2 of the GLP-1 RA class to provide additional details to prescribes and help inform them of these potential risks: *Gastrointestinal: ileus, intestinal obstruction, severe constipation including fecal impaction*.  Ex. 199D, Oct. 2025 Ozempic Approval Package for Application No. 209637Orig1s035, GLP-1 RAs Clinical Review at 81.

Dated: May 19, 2026

Respectfully submitted,

_/s/ Diana W. Watral_

Diana M. Watral, P.C. (admitted _pro hac vice_)
Mark Premo Hopkins, P.C. (admitted _pro hac vice_)
Renee D. Smith (admitted _pro hac vice_)
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
diana.watral@kirkland.com
mark.premohopkins@kirkland.com
renee.smith@kirkland.com

Samuel W. Silver (PA Bar No. 56596)
Catherine M. Recker (PA Bar No. 56813)
Bruce P. Merenstein (PA Bar No. 82609)
Abigail T. Burton (PA Bar No. 334450)
**WELSH & RECKER, P.C.**
306 Walnut Street
Philadelphia, PA 19106
Telephone:  (215) 972-6430
ssilver@welshrecker.com
cmrecker@welshrecker.com
bmerenstein@welshrecker.com
aburton@welshrecker.com

_Attorneys for Defendants Eli Lilly and Company
and Lilly USA, LLC_

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2026, a true and correct copy of the foregoing Statement of Undisputed Facts in Support of Motion for Summary Judgment on Ileus and Obstruction Claims was electronically filed using the Court's CM/ECF System, which will send notification of such filing to all counsel of record.

*/s/ Diana M. Watral*

Diana M. Watral, P.C.