# EXHIBIT 53D

European Journal of Cancer 216 (2025) 115170



Contents lists available at ScienceDirect

# European Journal of Cancer

journal homepage: www.ejcancer.com



# Glucagon-like Peptide-1 Agonists Reduce Cardiovascular Events in Cancer Patients on Immune Checkpoint Inhibitors

Cho-Han Chiang [a,*,1], Junmin Song [b,1], Kuan-Yu Chi [b], Yu-Cheng Chang [c], Nutchapon Xanthavanij [a], Yu Chang [d], Yuan Ping Hsia [e,**], Cho-Hung Chiang [f], Azin Ghamari [g,h], Kerry L. Reynolds [i], Shuwen Lin [j], Xiaocao "Haze" Xu [k], Tomas G. Neilan [g,h]

[a] *Department of Medicine, Mount Auburn Hospital, Harvard Medical School, Cambridge, MA, USA*

[b] *Department of Medicine, Jacobi Medical Center, Albert Einstein College of Medicine, Bronx, NY, USA*

[c] *Department of Medicine, Danbury Hospital, Danbury, CT, USA*

[d] *Section of Neurosurgery, Department of Surgery, National Cheng Kung University Hospital, College of Medicine, National Cheng Kung University, Tainan, Taiwan*

[e] *Department of Family Medicine, Taipei Tzu Chi Hospital, Buddhist Tzu Chi Medical Foundation, New Taipei City, Taiwan*

[f] *Department of Internal Medicine, National Taiwan University Hospital, Taipei, Taiwan*

[g] *Cardiovascular Imaging Research Center, Department of Radiology and Division of Cardiology, Massachusetts General Hospital, Harvard Medical School, Boston, MA, USA*

[h] *Cardio-Oncology Program, Division of Cardiology, Department of Medicine, Massachusetts General Hospital, Harvard Medical School, Boston, MA, USA*

[i] *Division of Hematology and Oncology, Department of Medicine, Massachusetts General Hospital, Boston, MA, USA*

[j] *Department of Oncology, Montefiore Medical Center, Montefiore Einstein Cancer Center, Albert Einstein College of Medicine, Bronx, NY, USA*

[k] *Division of Hematology and Oncology, Department of Medicine, University of Vermont Medical Center, Burlington, VT, USA*

## ARTICLE INFO

*Keywords:*
Immune checkpoint inhibitor
Cardiovascular event
Immune-related adverse event
Glucagon-like peptide-1 agonists

## ABSTRACT

*Background:* Immune checkpoint inhibitors (ICIs) are associated with an increased risk of major adverse cardiovascular events (MACE). Glucagon-like peptide-1 agonists (GLP1a), initially developed for type 2 diabetes mellitus (T2DM), have shown promising results in reducing cardiovascular events. We aimed to investigate the effect of GLP1a on cardiovascular events in patients receiving ICIs.

*Methods:* We conducted a retrospective, propensity score-matched cohort study using the TriNetX database. We identified adults with cancer and T2DM who received ICIs between April 2013 and May 2023. The primary efficacy outcome was incident MACE, defined as a composite of myocardial infarction, need for coronary revascularization, heart failure, ischemic stroke, and cardiac arrest. The secondary efficacy outcomes were the individual components of MACE as well as myocarditis and pericarditis. Safety outcomes included the occurrence of immune-related adverse events, serious adverse events related to GLP1a use, and all-cause mortality.

*Results:* We identified 7651 patients eligible for inclusion, among which 479 received GLP1a and 7172 received non-GLP1a diabetes medications. After matching (469 patients each), baseline characteristics were well-balanced. Over a median 12-month follow-up, the GLP1a cohort had a significantly lower MACE incidence than the non-GLP1a cohort (9.0 vs. 17.1 events per 100 patient-years) with a 54 % lower risk of MACE (Hazard ratio (HR),0.46 [95 % CI: 0.32–0.67]). There were reductions in myocardial infarction or need for coronary revascularization, heart failure, and all-cause mortality, with no differences in other cardiovascular events. GLP1a use did not increase risk of adverse events, including pancreatitis, biliary disease, bowel obstruction, gastroparesis, and immune-related adverse events.

*Conclusion:* GLP1a use in cancer patients with T2DM receiving ICIs was associated with reduced MACE and all-cause mortality without an increased risk in serious adverse events.

\* Correspondence to: 330 Mt Auburn St, Cambridge, MA 02138, USA

\*\* Correspondence to: No. 289, Jianguo Rd., Xindian Dist., New Taipei City 231405, Taiwan

*E-mail addresses:* chohan.chiang@mah.harvard.edu (C.-H. Chiang), ustwhealth.datascience.group@gmail.com (Y.P. Hsia).

[1] These authors contribute equally.

https://doi.org/10.1016/j.ejca.2024.115170

Received 20 August 2024; Received in revised form 4 December 2024; Accepted 5 December 2024

Available online 11 December 2024

0959-8049/© 2024 Elsevier Ltd. All rights are reserved, including those for text and data mining, AI training, and similar technologies.

*C.-H. Chiang et al.*                                                                 *European Journal of Cancer 216 (2025) 115170*

## 1. Introduction

There are approximately 100 different approved indications for immune checkpoint inhibitors (ICIs) to treat various malignancies [1]. However, the use of ICIs may be associated with major adverse cardiovascular events (MACE), events that adversely affect patients' quality of life or survival outcomes [2–9]. Corticosteroids are the mainstay treatment for ICI-associated myocarditis but, to date, data on the prevention of ICI-associated cardiovascular events have been limited [4,10].

There is a growing body of evidence from randomized controlled trials showing that glucagon-like peptide-1 agonists (GLP1a), a class of antihyperglycemic agents initially indicated for the management of type 2 diabetes mellitus (T2DM), may also lower the risk of cardiovascular events [11]. Specifically, GLP1a have been shown to reduce myocardial infarction, stroke, heart failure, and cardiovascular death [12]. More recently, GLP1a have been approved for weight loss and reported to have cardiovascular benefits in patients with obesity but without T2DM [13]. The use of GLP1a is increasing especially as an approach to weight loss in the absence of diabetes mellitus. However, there are no data testing the effect of GLP1a on cardiovascular events among patients on an ICI and no data on the safety of GLP1a among patients on an ICI and concomitantly being prescribed a GLP1a. Therefore, this study aims to fill the critical knowledge gap by evaluating the cardiovascular effects and safety of GLP1a in patients undergoing ICI therapy.

## 2. Methods

### 2.1. Study design

We performed a retrospective, propensity score-matched cohort study using the TriNetX Analytics Network database, a collaborative research network comprising de-identified electronic health records from more than 70 participating healthcare organizations [14]. This network comprises a diverse patient population of over 101 million individuals, including data from academic medical centers, community hospitals, and specialty physician practices. TriNetX is compliant with the Health Insurance Portability and Accountability Act and offers a comprehensive repository of information on diagnoses, procedures, medications, and laboratory values [14].

We conducted a search query and identified all adult (age ≥18) patients with cancer and T2DM who received ICIs between April 2013 and May 2023 using the International Classification of Diseases 10th revision (ICD-10) and TriNetX codes. We identified patients with T2DM as it is the primary indication for the use of a GLP1a [15], highly prevalent among cancer patients [16], and increases the risk of cardiovascular outcomes in cancer patients [17]. We defined the GLP1a (exposed) cohort as patients who had a prescription for GLP1a in the 12 months preceding the ICI start date and at least one prescription for GLP1a after the initiation of ICI therapy. The non-GLP1a (non-exposed) cohort consisted of patients who had a prescription for a non-GLP1a antihyperglycemic agent but not a GLP1a in the 12 months prior to and after the initiation of ICI therapy. We defined the index date as the time when patients were started on an ICI therapy. We collected data from 1 year before the index date, including age, sex, race, cancer type, metastatic disease, ICI type, cancer therapy, pre-existing cardiovascular disease and other underlying comorbidities, and use of cardiovascular and other antihyperglycemic agents. The ICIs and GLP1a used in the study are summarized in **Supplemental** Table 1. These data were identified using ICD-10 and TriNetX codes, which are also provided in **Supplemental** Table 1.

### 2.2. Outcome definition

The primary efficacy outcome was incident MACE, defined as a composite of myocardial infarction, heart failure, need for coronary revascularization, ischemic stroke, and cardiac arrest. We selected these

**Table 1**
Patient baseline characteristics before and after propensity score matching.

| Characteristic Name | Before propensity score matching | | | After propensity score matching | | |
|---|---|---|---|---|---|---|
| | GLP1a (n = 479) | non-GLP1a (n = 7172) | SMD | GLP1a (n = 469) | non-GLP1a (n = 469) | SMD |
| **Basic demographics** | | | | | | |
| Age at Index, mean | 62.6 ± 10.8 | 66.3 ± 10.4 | 0.35 | 62.6 ± 10.8 | 62.5 ± 11.1 | 0.01 |
| Male | 251 (52.4) | 4343 (60.6) | 0.17 | 250 (53.3) | 242 (51.6) | 0.03 |
| White | 345 (72.0) | 4474 (62.4) | 0.21 | 335 (71.4) | 352 (75.1) | 0.08 |
| Black or African American | 50 (10.4) | 736 (10.3) | 0.01 | 50 (10.7) | 50 (10.7) | 0.00 |
| Hispanic or Latino | 39 (8.1) | 443 (6.2) | 0.08 | 37 (7.9) | 33 (7.0) | 0.03 |
| Asian | 19 (4.0) | 679 (9.5) | 0.22 | 19 (4.1) | 10 (2.1) | 0.11 |
| **Exam values** | | | | | | |
| Hemoglobin A1c (HbA1c), mean | 7.7 ± 1.8 | 7.2 ± 1.7 | 0.27 | 7.7 ± 1.7 | 7.7 ± 1.7 | 0.00 |
| Body Mass Index (BMI), mean | 33.3 ± 8.4 | 28.9 ± 6.8 | 0.58 | 33.2 ± 8.5 | 32.8 ± 8.1 | 0.05 |
| **Immune checkpoint inhibitors** | | | | | | |
| Pembrolizumab | 252 (52.6) | 3393 (47.3) | 0.11 | 247 (52.7) | 246 (52.5) | 0.00 |
| Nivolumab | 140 (29.2) | 2224 (31.0) | 0.04 | 138 (29.4) | 142 (30.3) | 0.02 |
| Ipilimumab | 46 (9.6) | 676 (9.4) | 0.01 | 46 (9.8) | 42 (9.0) | 0.03 |
| Atezolizumab | 48 (10.0) | 805 (11.2) | 0.04 | 46 (9.8) | 51 (10.9) | 0.04 |
| Avelumab | 10 (2.1) | 60 (0.8) | 0.10 | 10 (2.1) | 10 (2.1) | 0.00 |
| Durvalumab | 22 (4.6) | 484 (6.7) | 0.09 | 22 (4.7) | 19 (4.1) | 0.03 |
| Cemiplimab | 10 (2.1) | 79 (1.1) | 0.08 | 10 (2.1) | 10 (2.1) | 0.00 |
| **Diabetes medications** | | | | | | |
| Sodium-glucose co-transporter 2 inhibitors | 85 (17.7) | 407 (5.7) | 0.38 | 76 (16.2) | 79 (16.8) | 0.02 |
| Sulfonylureas | 112 (23.4) | 1306 (18.2) | 0.13 | 108 (23.0) | 106 (22.6) | 0.01 |
| Alpha glucosidase inhibitors | 10 (2.1) | 39 (0.5) | 0.14 | 10 (2.1) | 10 (2.1) | 0.00 |
| Thiazolidinediones | 32 (6.7) | 239 (3.3) | 0.15 | 31 (6.6) | 21 (4.5) | 0.09 |
| Dipeptidyl peptidase 4 inhibitors | 47 (9.8) | 857 (11.9) | 0.07 | 45 (9.6) | 49 (10.4) | 0.03 |
| Insulin | 267 (55.7) | 3981 (55.5) | 0.00 | 259 (55.2) | 253 (53.9) | 0.03 |
| Metformin | 244 (50.9) | 3246 (45.3) | 0.11 | 237 (50.5) | 239 (51.0) | 0.01 |
| **Cardiovascular medications** | | | | | | |
| Angiotensin-converting enzyme inhibitors | 148 (30.9) | 1977 (27.6) | 0.07 | 141 (30.1) | 120 (25.6) | 0.10 |
| Angiotensin II inhibitors | 119 (24.8) | 1494 (20.8) | 0.10 | 116 (24.7) | 109 (23.2) | 0.03 |
| Beta-blockers | 190 (39.7) | 2959 (41.3) | 0.03 | 182 (38.8) | 165 (35.2) | 0.08 |
| Calcium channel blockers | 125 (26.1) | 2203 (30.7) | 0.10 | 124 (26.4) | 110 (23.5) | 0.07 |
| HMG CoA reductase inhibitors | 276 (57.6) | 3598 (50.2) | 0.15 | 267 (56.9) | 262 (55.9) | 0.02 |
| Aspirin | 105 (21.9) | 1812 (25.3) | 0.08 | 101 (21.5) | 113 (24.1) | 0.06 |

*(continued on next page)*

*C.-H. Chiang et al.*    *European Journal of Cancer 216 (2025) 115170*

**Table 1** (*continued*)

| Characteristic Name | Before propensity score matching | | | After propensity score matching | | |
|---|---|---|---|---|---|---|
| | GLP1a (n = 479) | non-GLP1a (n = 7172) | SMD | GLP1a (n = 469) | non-GLP1a (n = 469) | SMD |
| **Cancer types** | | | | | | |
| Head and neck | 17 (3.5) | 423 (5.9) | 0.11 | 17 (3.6) | 14 (3.0) | 0.04 |
| Gastrointestinal or hepatobiliary | 76 (15.9) | 1592 (22.2) | 0.16 | 75 (16.0) | 71 (15.1) | 0.02 |
| Lung | 100 (20.9) | 2465 (34.4) | 0.31 | 99 (21.1) | 108 (23.0) | 0.05 |
| Melanoma | 81 (16.9) | 880 (12.3) | 0.13 | 78 (16.6) | 83 (17.7) | 0.03 |
| Breast | 44 (9.2) | 391 (5.5) | 0.14 | 41 (8.7) | 40 (8.5) | 0.01 |
| Gynecologic | 36 (7.5) | 434 (6.1) | 0.06 | 36 (7.7) | 44 (9.4) | 0.06 |
| Prostate | 21 (4.4) | 387 (5.4) | 0.05 | 21 (4.5) | 19 (4.1) | 0.02 |
| Urinary tract | 123 (25.7) | 1433 (20.0) | 0.14 | 120 (25.6) | 123 (26.2) | 0.01 |
| Hematologic | 26 (5.4) | 304 (4.2) | 0.06 | 26 (5.5) | 28 (6.0) | 0.02 |
| **Regional or distant metastasis** | | | | | | |
| Lymph nodes | 136 (28.4) | 2269 (31.6) | 0.07 | 132 (28.1) | 136 (29.0) | 0.02 |
| Respiratory or digestive organs | 129 (26.9) | 2321 (32.4) | 0.12 | 129 (27.5) | 126 (26.9) | 0.01 |
| Other unspecified sites | 151 (31.5) | 2853 (39.8) | 0.17 | 148 (31.6) | 142 (30.3) | 0.03 |
| **Underlying comorbidities** | | | | | | |
| Hypertension | 340 (71.0) | 4748 (66.2) | 0.10 | 330 (70.4) | 320 (68.2) | 0.05 |
| Ischemic heart diseases | 88 (18.4) | 1433 (20.0) | 0.04 | 82 (17.5) | 84 (17.9) | 0.01 |
| Hyperlipidemia | 301 (62.8) | 3731 (52.0) | 0.22 | 291 (62.0) | 287 (61.2) | 0.02 |
| Chronic kidney disease | 84 (17.5) | 1214 (16.9) | 0.02 | 81 (17.3) | 85 (18.1) | 0.02 |
| Chronic obstructive pulmonary disease | 43 (9.0) | 1068 (14.9) | 0.18 | 42 (9.0) | 42 (9.0) | 0.00 |
| Peptic ulcer disease | 10 (2.1) | 59 (0.8) | 0.11 | 10 (2.1) | 10 (2.1) | 0.00 |
| Liver cirrhosis | 30 (6.3) | 453 (6.3) | 0.00 | 29 (6.2) | 31 (6.6) | 0.02 |
| Dementia | 10 (2.1) | 47 (0.7) | 0.12 | 10 (2.1) | 10 (2.1) | 0.00 |
| Hemiplegia and hemiparesis | 10 (2.1) | 44 (0.6) | 0.13 | 10 (2.1) | 10 (2.1) | 0.00 |
| Connective tissue disease | 10 (2.1) | 43 (0.6) | 0.13 | 10 (2.1) | 10 (2.1) | 0.00 |
| Peripheral vascular disease | 11 (2.3) | 282 (3.9) | 0.09 | 11 (2.3) | 13 (2.8) | 0.03 |
| Human immunodeficiency virus (HIV) | 10 (2.1) | 34 (0.5) | 0.14 | 10 (2.1) | 10 (2.1) | 0.00 |
| **Potentially cardiotoxic therapies** | | | | | | |
| Alkylating agents | 10 (2.1) | 184 (2.6) | 0.03 | 10 (2.1) | 10 (2.1) | 0.00 |
| Antimetabolites | 91 (19.0) | 1777 (24.8) | 0.14 | 89 (19.0) | 85 (18.1) | 0.02 |
| Anthracyclines | 18 (3.8) | 285 (4.0) | 0.01 | 18 (3.8) | 13 (2.8) | 0.06 |
| VEGF tyrosine kinase inhibitors | 21 (4.4) | 148 (2.1) | 0.13 | 21 (4.5) | 14 (3.0) | 0.08 |
| VEGF monoclonal antibodies | 32 (6.7) | 353 (4.9) | 0.08 | 30 (6.4) | 28 (6.0) | 0.02 |

Note that TriNetX does not report exact values for samples less than 10 to protect patient identity. Values of 10 or less were represented as 10 in the table.
Abbreviations: GLP1a, Glucagon-like peptide 1 agonists; SMD, standardized mean difference; HMG, 3-hydroxy-3-methylglutaryl coenzyme-A; VEGF, Vascular endothelial growth factor

cardiovascular outcomes as they have been associated with the use of ICIs [2–4]. We excluded patients with a prior diagnosis of MACE to focus on the role of GLP1a in primary prevention. We also examined the effect of GLP1a on each of the individual components of the primary endpoint. Other secondary efficacy outcomes were myocarditis and pericarditis. The safety outcomes were serious adverse events including gastroparesis, biliary disease, bowel obstruction, and pancreatitis that are known to be associated with the use of GLP1a, as well as standard immune-related adverse events (irAEs) linked to ICI therapy [18–20], and all-cause mortality [21].

### 2.3. Statistical analysis

Cohorts were propensity score matched in a 1:1 ratio using pre-determined variables that included demographics, underlying comorbidities, cancer types, metastatic disease, the use of different ICIs, potentially cardiotoxic cancer therapy, hemoglobin A1c (HbA1c), body mass index (BMI), and the use of cardiovascular and diabetes medications. We summarized the variables used in the propensity score matching model in **Supplemental** Table 2. We selected these variables as they can predict the likelihood of the exposure, may act as potential confounding factors, or are associated with the primary outcomes [22]. We performed the matching process using the built-in function on the TriNetX platform. Propensity score matching was performed using a nearest neighbor greedy matching algorithm with a caliper of 0.1 times the pooled standard deviation. We compared the differences in baseline characteristics between the GLP1a and non-GLP1a cohorts using the standardized mean differences (SMDs). An SMD smaller than 0.1 suggests an acceptably balanced distribution of covariates between the GLP1a and non-GLP1a cohorts [23].

We estimated the association between GLP1a use and each outcome using the Cox proportional hazards model. Survival distributions of the outcomes between the two groups were compared using the log-rank test. A p-value $< 0.05$ was considered statistically significant. Kaplan-Meier survival curves were plotted to visualize the survival differences between the two cohorts. We performed sensitivity analyses by comparing the cardiovascular and mortality outcomes of patients on a GLP1a with those on a sodium-glucose co-transporter-2 inhibitors (SGLT2i) as SGLT2i have also been known to have cardioprotective effects [24]. We also compared the outcomes of patients on a GLP1a with those on a Dipeptidyl peptidase-4 inhibitor (DPP4i) as both GLP1a and DPP4i are incretin-based therapies. Both SGLT2i and DPP4i have also been recommended as second line therapies for the treatment of T2DM along with GLP1a [25]. All analyses were conducted on the TriNetX platform and Rstudio (R4.4.0).

### 3. Results

We identified 7651 patients eligible for inclusion, among which 479 received GLP1a and 7172 received non-GLP1a diabetes medications (**Supplemental** Fig. 1). Patients on a GLP1a had a higher mean BMI ($33.3 \pm 8.4$ vs. $28.9 \pm 6.8$ kg/m$^2$) than patients on a non-GLP1a. A total of 469 patients on a GLP1a were matched to patients on a non-GLP1a. After propensity score matching, all covariates, including basic demographics, pre-existing cardiovascular disease, other underlying comorbidities, and the use of cardiovascular and antihyperglycemic agents, were well balanced between the two groups (Table 1). The BMIs were similar ($33.2 \pm 8.5$ vs. $32.8 \pm 8.1$ kg/m$^2$). The mean ages for the GLP1a and non-GLP1a cohorts were $62.6 \pm 10.8$ and $62.5 \pm 11.1$ years, respectively. The mean hemoglobin A1c was similar ($7.7 \pm 1.7$ vs. $7.7 \pm 1.7$ %). The background prevalence of hypertension (70.4 % vs. 68.2 %) and hyperlipidemia (62.0 % vs 61.2 %) were also similar. The most common indications for the use of an ICI were urinary tract cancers

*C.-H. Chiang et al.*                                                                                                          *European Journal of Cancer 216 (2025) 115170*

**Table 2**

Cox proportional hazard analysis for the association between the use of GLP1a versus non-GLP1a on patient outcomes.

| Outcomes | GLP1a | | Non-GLP1a | | Hazard ratio (95 % CI) | P-value (Log-rank) |
|---|---|---|---|---|---|---|
| | At risk patients | Patients with Outcomes | At risk patients | Patients with Outcomes | | |
| *Cardiovascular outcomes* | | | | | | |
| Major adverse cardiovascular events | 469 | 42 | 469 | 80 | 0.46 (0.32 −0.67) | < 0.001 |
| Myocardial infarction | 469 | 4 | 469 | 13 | 0.28 (0.09 −0.86) | 0.017 |
| Heart failure | 469 | 35 | 469 | 68 | 0.46 (0.30 −0.69) | < 0.001 |
| Ischemic stroke | 469 | 8 | 469 | 9 | 0.79 (0.30 −2.04) | 0.624 |
| Cardiac arrest | 469 | 1 | 469 | 4 | 0.22 (0.03 −1.98) | 0.138 |
| Myocarditis | 469 | 1 | 469 | 2 | 0.44 (0.04 −4.89) | 0.494 |
| Pericarditis | 469 | 8 | 469 | 12 | 0.60 (0.24 −1.50) | 0.252 |
| *Safety outcomes* | | | | | | |
| All-cause mortality | 469 | 58 | 469 | 140 | 0.37 (0.27 −0.50) | < 0.001 |
| Pancreatitis | 426 | 23 | 425 | 25 | 0.82 (0.47 −1.45) | 0.502 |
| Biliary disease | 453 | 5 | 457 | 4 | 1.16 (0.31 −4.32) | 0.825 |
| Bowel obstruction | 453 | 12 | 447 | 9 | 1.21 (0.51 −2.88) | 0.662 |
| Gastroparesis | 466 | 2 | 462 | 3 | 0.58 (0.10 −3.50) | 0.551 |
| **Other immune-related adverse events** | | | | | | |
| Cutaneous | 366 | 75 | 390 | 60 | 1.22 (0.87 −1.72) | 0.246 |
| Hepatitis | 444 | 15 | 456 | 13 | 1.10 (0.52 −2.31) | 0.807 |
| Colitis | 414 | 34 | 424 | 59 | 0.52 (0.34 −0.79) | 0.002 |
| Pneumonitis | 468 | 1 | 469 | 3 | 0.30 (0.03 −2.85) | 0.263 |
| Hypothyroidism | 387 | 69 | 403 | 66 | 1.00 (0.71 −1.40) | 0.986 |

Abbreviations: GLP1a, Glucagon-like peptide 1 agonists; HR, hazard ratio; CI, confidence intervals
Note: The results presented are from a univariate Cox regression model

(25.6 % vs. 26.2 %), lung cancer (21.1 % vs. 23.0 %), and melanoma (16.6 % vs. 17.7 %). The most commonly prescribed ICIs were pembrolizumab (52.7 % vs. 52.5 %) and nivolumab (29.4 % vs 30.3 %).

### 3.1. Cardiovascular events

Over the median follow-up period of 12 months, 42 and 80 MACE events occurred among the GLP1a and non-GLP1a cohorts, resulting in incidence rates of 9.0 and 17.1 events per 100 patient-years, respectively. In a univariate Cox proportional hazards analysis, patients on a GLP1a had an approximately 54 % lower risk of MACE than patients on a non-GLP1a (Hazard ratio (HR), 0.46 [95 % CI: 0.32–0.67]) (Table 2). Patients on a GLP1a had a lower risk of myocardial infarction or need for coronary revascularization (HR, 0.28 [95 % CI: 0.09–0.96]) and heart failure (HR, 0.46 [95 % CI 0.30–0.69]) than those on a non-GLP1a. There were no differences in the rates of myocarditis, pericarditis, cardiac arrest, or ischemic stroke between the two cohorts. The Kaplan-Meier survival curves showing the cardiovascular outcomes between the GLP1a and non-GLP1a cohorts for MACE and the secondary endpoints are shown in Supplemental Figures 2–8.

### 3.2. Safety outcomes

The risk for adverse events that have been reported to be increased in patients receiving GLP1a, including pancreatitis, biliary disease, bowel obstruction, and gastroparesis, were similar between the GLP1a and non-GLP1a cohorts. The risk for irAEs, including cutaneous irAEs, hepatitis, pneumonitis, and hypothyroidism were similar between the two cohorts (Table 2). Over the study period, there were 58 and 140 deaths in the GLP1a and non-GLP1a cohorts, respectively. Patients on a GLP1a had an approximately 63 % lower risk of all-cause mortality than patients on non-GLP1a (HR, 0.37 [95 % CI: 0.27–0.50]) (Table 2 **and Supplemental Figure 9**).

### 3.3. Sensitivity analyses

Patients on a GLP1a but not on an SGLT2i have a non-statistically significant trend toward a lower risk of MACE (HR, 0.65 [95 % CI 0.36–1.18]; p-value = 0.156) and heart failure (HR, 0.57 [95 % CI 0.29–1.10]; p-value = 0.087) compared with patients on an SGLT2i but not on a GLP1a. There were no differences in other cardiovascular and mortality outcomes between patients on a GLP1a versus those on an SGLT2i. When compared with patients on a DPP4i (not on GLP1a), patients on a GLP1a (not on DPP4i) had a lower risk of MACE (HR, 0.54 [95 % CI: 0.34–0.84]), heart failure (HR, 0.48 [95 % CI: 0.29–0.78]), and all-cause mortality (HR, 0.59 [95 % CI: 0.39–0.88]). There were no differences in cardiac arrest, myocardial infarction, myocarditis, pericarditis, or ischemic stroke between the GLP1a and DPP4i cohorts (Fig. 1).

## 4. Discussion

In this propensity score-matched cohort study, we compared the cardiovascular and safety outcomes of patients with cancer who were treated with ICIs and received concomitant GLP1a versus other antihyperglycemic agents. We report three novel findings. First, patients who received GLP1a had fewer cardiovascular events than those who received non-GLP1a antihyperglycemic agents. Second, GLP1a did not appear to increase the risk of serious adverse events previously associated with the use of GLP1a. Third, within the limitations of an observational study, there appeared to be a mortality benefit among patients who received GLP1a compared with those who received non-GLP1a antihyperglycemic agents. To the best of our knowledge, these are the first data describing the association between GLP1a and improved cardiovascular and mortality outcomes among cancer patients treated with ICIs.

GLP1a were initially developed to lower blood glucose in patients with T2DM and more recently found to aid in weight loss for patients with obesity [15]. These agents stimulate the GLP1 receptor and promote insulin secretion, thereby improving the regulation of glucose metabolism [26]. Data from multiple large, randomized studies indicates that GLP1a can reduce the risk of death and serious adverse cardiovascular events [13, 27–29]. These cardiovascular benefits have been noted in both diabetic and obese patients. Preclinical studies appeared to support the hypothesis that GLP1a might provide cardiovascular benefits during cancer therapy. For instance, exenatide, a type of GLP1a, has been shown to reduce oxidative stress and enhance autophagy in cardiomyocytes treated with doxorubicin [30].

C.-H. Chiang et al.

European Journal of Cancer 216 (2025) 115170



| Outcome | HR (95% CI) | p-value |
|---|---|---|
| **MACE** | | |
| GLP1a vs. SGLT2i | 0.65 (0.36-1.18) | 0.156 |
| GLP1a vs. DPP4i | 0.54 (0.34-0.84) | 0.006 |
| **Myocardial infarction** | | |
| GLP1a vs. SGLT2i | 1.00 (0.20-4.96) | 0.999 |
| GLP1a vs. DPP4i | 0.47 (0.14-1.57) | 0.208 |
| **Heart failure** | | |
| GLP1a vs. SGLT2i | 0.57 (0.29-1.10) | 0.087 |
| GLP1a vs. DPP4i | 0.48 (0.29-0.78) | 0.003 |
| **Ischemic stroke** | | |
| GLP1a vs. SGLT2i | 0.99 (0.29-3.41) | 0.983 |
| GLP1a vs. DPP4i | 0.63 (0.22-1.77) | 0.376 |
| **Cardiac arrest** | | |
| GLP1a vs. SGLT2i | 0.33 (0.03-3.19) | 0.315 |
| GLP1a vs. DPP4i | 0.32 (0.03-3.04) | 0.293 |
| **Pericarditis** | | |
| GLP1a vs. SGLT2i | 0.66 (0.11-3.95) | 0.647 |
| GLP1a vs. DPP4i | 0.82 (0.28-2.43) | 0.716 |
| **All-cause mortality** | | |
| GLP1a vs. SGLT2i | 0.88 (0.53-1.45) | 0.607 |
| GLP1a vs. DPP4i | 0.59 (0.39-0.88) | 0.009 |

**Fig. 1.** Sensitivity analysis comparing the effects of GLP1a versus other diabetes medications on patient outcomes. Abbreviations: DPP4i, Dipeptidyl peptidase-4 inhibitor; GLP1a, Glucagon-like peptide 1 agonists; HR, hazard ratio; MACE, major adverse cardiovascular event; SGLT2i, Sodium-glucose cotransporter-2 inhibitors.

Additionally, exenatide helped prevent cardiomyocyte death by reducing mitochondrial dysfunction and stress in the endoplasmic reticulum [31,32]. There are no experimental data investigating the use of GLP1a in ICI-treated cells or mice. Nevertheless, ICIs have been shown to accelerate the rate of atherosclerotic plaque progression, leading to a higher risk of atherosclerosis-related cardiovascular events [6] and, in mouse models, liraglutide and semaglutide have been demonstrated to attenuate the development of atherosclerotic plaque lesions [33]. We found that the use of GLP1a was associated with a lower rate of atherosclerosis-related cardiovascular events such as myocardial infarction. We also tested the association between ICI use and the development of myocarditis and pericarditis. ICIs may promote lymphocytic infiltration to the myocardium, thereby leading to the development of myocarditis [34,35]. Correspondingly, in mice that received islet or cardiac allotransplantation, GLP1a have been demonstrated to act as a T lymphocyte-negative costimulatory molecule, thereby reducing T lymphocyte infiltration and prolonging allograft survival [36]. However, within the limitations of the sample size, our analysis did not show a lower rate of myocarditis or pericarditis on a GLP1a.

Several randomized controlled trials have shown that another novel class of antihyperglycemic agent, SGLT2i, provides cardiovascular benefits in various non-cancer populations [37–39]. Subsequent observation studies, focusing on cancer patients receiving anthracyclines, demonstrated that SGLT2i reduce the risk of incident heart failure in this

population [40,41]. In our sensitivity analysis, patients on a GLP1a had a similar risk of MACE compared with those on an SGLT2i. Even though there have been no direct head-to-head trials comparing these two antihyperglycemic agents, data from observational studies and meta-analyses performed in non-cancer populations suggest that there are likely no differences in cardiovascular benefits between GLP1a and SGLT2i [42–44].

A finding of this study was that GLP1a reduced all-cause mortality by approximately 60 % compared to non-GLP1a. Various clinical observational studies have explored the relationship between GLP1a and cancer risk, but the results have been inconsistent. These inconsistencies likely stem from variations in cancer types studied, GLP1a dosages, and differences in controls and matching variables [21, 45, 46]. However, a systematic review and meta-analysis of 52 trials found no increased risk of incident breast cancer associated with GLP1a use (risk ratio, 0.98 [95 % CI: 0.76–1.26]) [47]. Conversely, preclinical studies suggest that GLP1a may augment anti-tumor immunity, possibly through increasing CD3 + T cell and activated effector memory CD8 + T cell infiltration in tumors [36]. Despite concerns that GLP1a may increase the risk of serious gastrointestinal adverse events, with studies indicating a six-fold increased risk of pancreatitis [38], our safety analysis found no association between GLP1a use and an increased risk of pancreatitis compared to other glucose-lowering agents. Additionally, there were no increased signals for other adverse events, such as biliary disease, bowel

*C.-H. Chiang et al.*    *European Journal of Cancer 216 (2025) 115170*

obstruction, and gastroparesis.

This study should be considered in light of its design. As an observational study, the GLP1a and non-GLP1a cohorts were not randomized, which may result in residual confounding factors affecting the association between GLP1a use and cardiovascular and safety outcomes. However, we employed propensity score matching to minimize baseline differences and potential confounders, incorporating critical variables such as BMI and HbA1c. Nevertheless, the possibility of residual confounding cannot be entirely ruled out. We relied on ICD and TriNetX diagnostic codes to identify cardiovascular outcomes, which may potentially introduce biases from mis-coding or mis-diagnosis of outcomes, but such biases are likely to impact both GLP1a and non-GLP1a groups to a similar extent and should have a limited effect on risk estimation. Our study could not distinguish whether the observed survival benefits of GLP1a were attributable to antitumor effects or cardiovascular benefits, as we did not have data on tumor-specific endpoints such as treatment response, progression-free survival, or cause of death. Additionally, we did not have information on the doses or lines of ICIs received by patients, which could influence the reported risk estimates. The findings of this study are specific to patients with T2DM. Therefore, whether these results may be generalized to patients without diabetes is unclear and warrants further investigation in future studies.

## 5. Conclusion

In this propensity score-matched cohort study, GLP1a were associated with a reduction in MACE and all-cause mortality without any safety signals among patients with cancer and T2DM receiving ICIs. These results support the further investigation on the use of GLP1a as a potential cardioprotective agent in patients receiving ICIs and the continuation of a GLP1a among patients being treated with an ICI.

## Ethics approval statement

This database is compliant with the General Data Protection Regulation and Health Insurance Portability & Accountability Act (HIPPA). This study has been deemed exempt by the National Cheng Kung University Hospital's Institutional Review Board (IRB).

## Disclosures

Dr Neilan reported receipt of personal fees for consulting from Bristol Myers Squibb, Genentech, Roivant, Roche, and Sanofi, and receipt of grants from Bristol Myers Squibb, Abbott, and AstraZeneca. Dr Neilan is supported by a gift from A. Curt Greer and Pamela Kohlberg and from Christina and Paul Kazilionis, the Michael and Kathryn Park Endowed Chair in Cardiology, and a Hassenfeld Scholar Award and has additional grant funding from the National Institutes of Health/NHLBI (R01HL137562, K24HL150238). Dr. Reynolds is on the Advisory Board of Regeneron and SAGA Diagnostics. Dr. Reynolds has received educational fees from MedScape and CME Outfitters and research support from Bristol Myers Squibb. The remaining authors have nothing to disclose.

## Funding

No funding directly related to the project.

## CRediT authorship contribution statement

**Junmin Song:** Writing – original draft, Validation, Methodology, Investigation, Formal analysis, Data curation. **Cho-Han Chiang:** Writing – review & editing, Writing – original draft, Methodology, Investigation, Formal analysis, Data curation, Conceptualization. **Yu-Cheng Chang:** Resources, Project administration, Methodology, Data curation. **Kuan-Yu Chi:** Project administration, Methodology, Investigation, Formal analysis, Data curation. **Yu Chang:** Software, Resources, Project administration. **Nutchapon Xanthavanij:** Software, Resources, Methodology, Investigation. **Cho-Hung Chiang:** Project administration, Methodology, Investigation. **Yuan Ping Hsia:** Visualization, Validation, Project administration. **Kerry Reynolds:** Visualization, Validation, Conceptualization. **Azin Ghamari:** Writing – original draft, Visualization, Validation. **Xiaocao "Haze" Xu:** Writing – review & editing, Visualization, Validation. **Shuwen Lin:** Writing – review & editing, Visualization, Validation. **Tomas Neilan:** Writing – review & editing, Writing – original draft, Validation, Supervision, Methodology, Investigation, Conceptualization.

## Declaration of Competing Interest

The authors declare the following financial interests/personal relationships which may be considered as potential competing interests: Dr Neilan reported receipt of personal fees for consulting from Bristol Myers Squibb, Genentech, Roivant, Roche, and Sanofi, and receipt of grants from Bristol Myers Squibb, Abbott, and AstraZeneca. Dr Neilan is supported by a gift from A. Curt Greer and Pamela Kohlberg and from Christina and Paul Kazilionis, the Michael and Kathryn Park Endowed Chair in Cardiology, and a Hassenfeld Scholar Award and has additional grant funding from the National Institutes of Health/NHLBI (R01HL137562, K24HL150238). Dr. Reynolds is on the Advisory Board of Regeneron and SAGA Diagnostics. Dr. Reynolds has received educational fees from MedScape and CME Outfitters and research support from Bristol Myers Squibb. The remaining authors have nothing to disclose.

## Appendix A. Supporting information

Supplementary data associated with this article can be found in the online version at doi:10.1016/j.ejca.2024.115170.

## References

[1] Ribas A, Wolchok JD. Cancer immunotherapy using checkpoint blockade. Science 2018;359(6382):1350–5.

[2] Ball S, Ghosh RK, Wongsaengsak S, Bandyopadhyay D, Ghosh GC, Aronow WS, et al. Cardiovascular toxicities of immune checkpoint inhibitors: JACC review topic of the week. J Am Coll Cardiol 2019;74(13):1714–27.

[3] Dolladille C, Akroun J, Morice P-M, Dompmartin A, Ezine E, Sassier M, et al. Cardiovascular immunotoxicities associated with immune checkpoint inhibitors: a safety meta-analysis. Eur Heart J 2021;42(48):4964–77.

[4] Mahmood SS, Fradley MG, Cohen JV, Nohria A, Reynolds KL, Heinzerling LM, et al. Myocarditis in patients treated with immune checkpoint inhibitors. J Am Coll Cardiol 2018;71(16):1755–64.

[5] Chiang CH, Chiang CH, Ma KS, Hsia YP, Lee YW, Wu HR, et al. The incidence and risk of cardiovascular events associated with immune checkpoint inhibitors in Asian populations. Jpn J Clin Oncol 2022;52(12):1389–98.

[6] Drobni ZD, Alvi RM, Taron J, Zafar A, Murphy SP, Rambarat PK, et al. Association between immune checkpoint inhibitors with cardiovascular events and atherosclerotic plaque. Circulation 2020;142(24):2299–311.

[7] Gong J, Drobni ZD, Zafar A, Quinaglia T, Hartmann S, Gilman HK, et al. Pericardial disease in patients treated with immune checkpoint inhibitors. J Immunother Cancer 2021;9(6).

[8] Gong J, Drobni ZD, Alvi RM, Murphy SP, Sullivan RJ, Hartmann SE, et al. Immune checkpoint inhibitors for cancer and venous thromboembolic events. Eur J Cancer 2021;158:99–110.

[9] Thuny F, Naidoo J, Neilan TG. Cardiovascular complications of immune checkpoint inhibitors for cancer. Eur Heart J 2022;43(42):4458–68.

[10] Zhang L, Zlotoff DA, Awadalla M, Mahmood SS, Nohria A, Hassan MZO, et al. Major adverse cardiovascular events and the timing and dose of corticosteroids in immune checkpoint inhibitor-associated myocarditis. Circulation 2020;141(24): 2031–4.

[11] Marsico F, Paolillo S, Gargiulo P, Bruzzese D, Dell'Aversana S, Esposito I, et al. Effects of glucagon-like peptide-1 receptor agonists on major cardiovascular events in patients with Type 2 diabetes mellitus with or without established cardiovascular disease: a meta-analysis of randomized controlled trials. Eur Heart J 2020;41(35):3346–58.

[12] Marx N, Husain M, Lehrke M, Verma S, Sattar N. GLP-1 receptor agonists for the reduction of atherosclerotic cardiovascular risk in patients with type 2 diabetes. Circulation 2022;146(24):1882–94.

*C.-H. Chiang et al.*

*European Journal of Cancer 216 (2025) 115170*

[13] Lincoff AM, Brown-Frandsen K, Colhoun HM, Deanfield J, Emerson SS, Esbjerg S, et al. Semaglutide and cardiovascular outcomes in obesity without diabetes. N Engl J Med 2023;389(24):2221–32.

[14] Palchuk MB, London JW, Perez-Rey D, Drebert ZJ, Winer-Jones JP, Thompson CN, et al. A global federated real-world data and analytics platform for research. JAMIA Open 2023;6(2):ooad035.

[15] Nauck MA, Quast DR, Wefers J, Meier JJ. GLP-1 receptor agonists in the treatment of type 2 diabetes - state-of-the-art. Mol Metab 2021;46:101102.

[16] Rey-Reñones C, Baena-Díez JM, Aguilar-Palacio I, Miquel C, Grau M. Type 2 diabetes mellitus and cancer: epidemiology, physiopathology and prevention. Biomedicines 2021;9(10):1429.

[17] Wild SH, Walker JJ, Morling JR, McAllister DA, Colhoun HM, Farran B, et al. Cardiovascular disease, cancer, and mortality among people with type 2 diabetes and alcoholic or nonalcoholic fatty liver disease hospital admission. Diabetes Care 2018;41(2):341–7.

[18] Darnell EP, Mooradian MJ, Baruch EN, Yilmaz M, Reynolds KL. Immune-related adverse events (irAEs): diagnosis, management, and clinical pearls. Curr Oncol Rep 2020;22(4):39.

[19] Das S, Johnson DB. Immune-related adverse events and anti-tumor efficacy of immune checkpoint inhibitors. J Immunother Cancer 2019;7(1):306.

[20] Brahmer JR, Abu-Sbeih H, Ascierto PA, Brufsky J, Cappelli LC, Cortazar FB, et al. Society for immunotherapy of cancer (SITC) clinical practice guideline on immune checkpoint inhibitor-related adverse events. J Immunother Cancer 2021;9(6).

[21] He L, Wang J, Ping F, Yang N, Huang J, Li Y, et al. Association of glucagon-like peptide-1 receptor agonist use with risk of gallbladder and biliary diseases: a systematic review and meta-analysis of randomized clinical trials. JAMA Intern Med 2022;182(5):513–9.

[22] Brookhart MA, Schneeweiss S, Rothman KJ, Glynn RJ, Avorn J, Stürmer T. Variable selection for propensity score models. Am J Epidemiol 2006;163(12): 1149–56.

[23] Zhang Z, Kim HJ, Lonjon G, Zhu Y. Balance diagnostics after propensity score matching. Ann Transl Med 2019;7(1):16.

[24] Verma S, McMurray JJV. SGLT2 inhibitors and mechanisms of cardiovascular benefit: a state-of-the-art review. Diabetologia 2018;61(10):2108–17.

[25] Davies MJ, D'Alessio DA, Fradkin J, Kernan WN, Mathieu C, Mingrone G, et al. Management of hyperglycemia in type 2 diabetes, 2018. A consensus report by the American Diabetes Association (ADA) and the European Association for the Study of Diabetes (EASD). Diabetes Care 2018;41(12):2669–701.

[26] Drucker DJ. Mechanisms of action and therapeutic application of glucagon-like peptide-1. Cell Metab 2018;27(4):740–56.

[27] Gerstein HC, Colhoun HM, Dagenais GR, Diaz R, Lakshmanan M, Pais P, et al. Dulaglutide and cardiovascular outcomes in type 2 diabetes (REWIND): a double-blind, randomised placebo-controlled trial. Lancet 2019;394(10193):121–30.

[28] Kristensen SL, Rørth R, Jhund PS, Docherty KF, Sattar N, Preiss D, et al. Cardiovascular, mortality, and kidney outcomes with GLP-1 receptor agonists in patients with type 2 diabetes: a systematic review and meta-analysis of cardiovascular outcome trials. Lancet Diabetes Endocrinol 2019;7(10):776–85.

[29] Kosiborod MN, Abildstrøm SZ, Borlaug BA, Butler J, Rasmussen S, Davies M, et al. Semaglutide in patients with heart failure with preserved ejection fraction and obesity. N Engl J Med 2023;389(12):1069–84.

[30] Lee KH, Cho H, Lee S, Woo JS, Cho BH, Kang JH, et al. Enhanced-autophagy by exenatide mitigates doxorubicin-induced cardiotoxicity. Int J Cardiol 2017;232: 40–7.

[31] Younce CW, Burmeister MA, Ayala JE. Exendin-4 attenuates high glucose-induced cardiomyocyte apoptosis via inhibition of endoplasmic reticulum stress and activation of SERCA2a. Am J Physiol Cell Physiol 2013;304(6):C508–18.

[32] Chang G, Zhang D, Liu J, Zhang P, Ye L, Lu K, et al. Exenatide protects against hypoxia/reoxygenation-induced apoptosis by improving mitochondrial function in H9c2 cells. Exp Biol Med 2014;239(4):414–22.

[33] Rakipovski G, Rolin B, Nøhr J, Klewe I, Frederiksen KS, Augustin R, et al. The GLP-1 analogs liraglutide and semaglutide reduce atherosclerosis in ApoE(-/-) and LDLr (-/-) mice by a mechanism that includes inflammatory pathways. JACC Basic Transl Sci 2018;3(6):844–57.

[34] Love VA, Grabie N, Duramad P, Stavrakis G, Sharpe A, Lichtman A. CTLA-4 ablation and interleukin-12 driven differentiation synergistically augment cardiac pathogenicity of cytotoxic T lymphocytes. Circ Res 2007;101(3):248–57.

[35] Okazaki T, Tanaka Y, Nishio R, Mitsuiye T, Mizoguchi A, Wang J, et al. Autoantibodies against cardiac troponin I are responsible for dilated cardiomyopathy in PD-1-deficient mice. Nat Med 2003;9(12):1477–83.

[36] Ben Nasr M, Usuelli V, Dellepiane S, Seelam AJ, Fiorentino TV, D'Addio F, et al. Glucagon-like peptide 1 receptor is a T cell-negative costimulatory molecule. Cell Metab 2024;36(6):1302–19. e12.

[37] Packer M, Anker SD, Butler J, Filippatos G, Pocock SJ, Carson P, et al. Cardiovascular and renal outcomes with empagliflozin in heart failure. N Engl J Med 2020;383(15):1413–24.

[38] Voors AA, Angermann CE, Teerlink JR, Collins SP, Kosiborod M, Biegus J, et al. The SGLT2 inhibitor empagliflozin in patients hospitalized for acute heart failure: a multinational randomized trial. Nat Med 2022;28(3):568–74.

[39] McMurray JJV, Solomon SD, Inzucchi SE, Køber L, Kosiborod MN, Martinez FA, et al. Dapagliflozin in patients with heart failure and reduced ejection fraction. N Engl J Med 2019;381(21):1995–2008.

[40] Gongora CA, Drobni ZD, Quinaglia Araujo Costa Silva T, Zafar A, Gong J, Zlotoff DA, et al. Sodium-glucose Co-transporter-2 inhibitors and cardiac outcomes among patients treated with anthracyclines. JACC Heart Fail 2022;10(8):559–67.

[41] Abdel-Qadir H, Carrasco R, Austin PC, Chen Y, Zhou L, Fang J, et al. The association of sodium-glucose cotransporter 2 inhibitors with cardiovascular outcomes in anthracycline-treated patients with cancer. JACC CardioOncol 2023;5 (3):318–28.

[42] Xie Y, Bowe B, Xian H, Loux T, McGill JB, Al-Aly Z. Comparative effectiveness of SGLT2 inhibitors, GLP-1 receptor agonists, DPP-4 inhibitors, and sulfonylureas on risk of major adverse cardiovascular events: emulation of a randomised target trial using electronic health records. Lancet Diabetes Endocrinol 2023;11(9):644–56.

[43] Fu EL, Clase CM, Janse RJ, Lindholm B, Dekker FW, Jardine MJ, et al. Comparative effectiveness of SGLT2i versus GLP1-RA on cardiovascular outcomes in routine clinical practice. Int J Cardiol 2022;352:172–9.

[44] Chiang CH, Chiang CH, Chiang CH, Ma KS, Peng CY, Hsia YP, et al. Impact of sodium-glucose cotransporter-2 inhibitors on heart failure and mortality in patients with cancer. Heart 2023;109(6):470–7.

[45] Bezin J, Gouverneur A, Pénichon M, Mathieu C, Garrel R, Hillaire-Buys D, et al. GLP-1 receptor agonists and the risk of thyroid cancer. Diabetes Care 2023;46(2): 384–90.

[46] Wang J, Kim CH. Differential risk of cancer associated with glucagon-like peptide-1 receptor agonists: analysis of real-world databases. Endocr Res 2022;47(1):18–25.

[47] Piccoli GF, Mesquita LA, Stein C, Aziz M, Zoldan M, Degobi NAH, et al. Do GLP-1 receptor agonists increase the risk of breast cancer? A systematic review and meta-analysis. J Clin Endocrinol Metab 2021;106(3):912–21.

**Supplemental Table 1.** Disease, medication, and outcome definitions

| Disease or medication | ICD-10 codes or TriNetX codes |
| --- | --- |
| Type 2 diabetes mellitus | E11 |
| Cancers | Malignancy of lip, oral cavity, and pharynx (C00-C14), Malignancy of digestive organs (C15-26), Malignancy of respiratory and intrathoracic organs (C30-39), Malignancy of bone and articular cartilage (C40-41), Malignancy of skin, including melanoma (C43-44), Malignancy of mesothelial and soft tissue (C45-49), Malignancy of breast (C50), Malignancy of female genital organs (C51-58), Malignancy of male genital organs (C60-63), Malignancy of urinary tract (C64-68), or Malignancy of lymphoid, hematopoietic, and related tissues (C81-96) |
| GLP1a | Lixisenatide (1440051), semaglutide (1991302), exenatide (60548), albiglutide (1534763), liraglutide (475968), dulaglutide (1551291), or tirzepatide (2601723) |
| Immune checkpoint inhibitors | Nivolumab (1587876, J9299, J9298), pembrolizumab (1547545, J9271), atezolizumab (1792776, J9022), ipilimumab (1094833, J9228), durvalumab (1919503, J9173), cemiplimab (2058826, J9199), or avelumab (1875534, J9023) |
| Diabetes medications except GLP1a | Metformin (6809), insulin (HS501), sulfonylureas (A10BB), alpha glucosidase inhibitors (A10BF), DPP4i (A10BH), TZD (A10BG), or SGLT2i (A10BK) |
| Outcome | |
| *Cardiovascular outcome* | |
| Major adverse cardiovascular events | Composite of acute myocardial infarction (I21), STEMI and NSTEMI (I22), heart failure (I50), cerebral infarction (I63), cerebral ischemia (I67.82), percutaneous transluminal coronary angioplasty (CPT:1021163, SNOMED:11101003, PCS:02733ZZ, PCS:02723ZZ, PCS:02713ZZ, PCS:02703ZZ), or use of intravenous loop diuretics (CV702) including furosemide, torsemide, and bumetanide |
| Myocarditis | I40, I51.4 |
| Pericarditis | I30, I31 |
| Myocardial infarction | Acute myocardial infarction (I21), STEMI and NSTEMI (I22), or percutaneous transluminal coronary angioplasty (CPT:1021163, |

|  |  |
|---|---|
|  | SNOMED:11101003, PCS:02733ZZ, PCS:02723ZZ, PCS:02713ZZ, PCS:02703ZZ) |
| Heart failure | Heart failure (I50) or use of intravenous loop diuretics including furosemide, torsemide, and bumetanide |
| Ischemic stroke | I63, I67.82 |
| Cardiac arrest | I46 |
| *Adverse outcome* |  |
| All-cause mortality | Deceased |
| Pancreatitis | K80.2, K85 |
| Biliary disease | K80.5, K81, K83.0 |
| Bowel obstruction | K56 |
| Gastroparesis | K31.84 |
| **Immune-related adverse events** |  |
| Cutaneous | Composite of Stevens-Johnson syndrome (L51.1), Toxic epidermal necrolysis (L51.2), Stevens-Johnson syndrome-toxic epidermal necrolysis overlap syndrome (L53.3), bullous pemphigoid (L12.0), dermatitis and eczema (L20-L30), vitiligo (L80), Urticaria (L50), other follicular disorders (L73) |
| Hepatitis | K75 |
| Colitis | K52 |
| Pneumonitis | J84.114, J70.2 |
| Hypothyroidism | Use of levothyroxine (10582) |

Abbreviations: DPP4i, dipeptidyl peptidase-4 inhibitors; GLP1a, glucagon-like peptide 1 agonists; SGLT2i, sodium-glucose cotransporter-2 inhibitors; TZD, thiazolidinediones

**Supplemental Table 2.** Variables used in the propensity score matching model

| Characteristic Name | Codes |
| --- | --- |
| **Basic demographics** | |
| Age at Index, mean | Built in variable |
| Male | Built in variable |
| White | Built in variable |
| Black or African American | Built in variable |
| Hispanic or Latino | Built in variable |
| Asian | Built in variable |
| **Exam values** | |
| Hemoglobin A1c, mean | 9037 |
| BMI, mean | 9083 |
| **Immune checkpoint inhibitors** | |
| Pembrolizumab | 1547545 |
| Nivolumab | 1597876 |
| Ipilimumab | 1094833 |
| Atezolizumab | 1792776 |
| Avelumab | 1875534 |
| Durvalumab | 1919503 |
| Cemiplimab | 2058826 |
| **Diabetes medications** | |
| Sodium-glucose co-transporter 2 inhibitors | A10BK |
| Sulfonylureas | A10BB |
| Alpha glucosidase inhibitors | A10BF |
| Thiazolidinediones | A10BG |
| Dipeptidyl peptidase 4 inhibitors | A10BH |
| Insulin | HS501 |
| Metformin | 6809 |
| **Cardiovascular medications** | |
| ACE inhibitors | CV800 |
| Angiotensin II inhibitors | CV805 |
| Beta-blockers | CV100 |
| Calcium channel blockers | C08 |
| HMG CoA reductase inhibitors | C10AA |
| Aspirin | 1191 |
| **Underlying comorbidities** | |
| Head and neck | C00-C14 |
| Gastrointestinal or hepatobiliary | C15-C26 |
| Lung | C34 |
| Melanoma | C43 |
| Breast | C50 |
| Gynecologic | C51-C58 |
| Male reproductive | C60-C63 |
| Urinary tract | C64-C68 |
| Hematologic | C81-C96 |
| **Regional or distant metastasis** | |
| Lymph nodes | C77 |
| Respiratory or digestive organs | C78 |
| Other unspecified sites | C79 |
| **Underlying comorbidities** | |
| Hypertension | I10 |
| Ischemic heart diseases | I20-I25 |
| Hyperlipidemia | E78 |
| Chronic kidney disease | N18 |
| Chronic obstructive pulmonary disease | J44 |
| Peptic ulcer disease | K27 |
| Liver cirrhosis | K74.6 |
| Dementia | F03 |
| Hemiplegia and hemiparesis | G81 |
| Connective tissue disease | M35 |
| Peripheral vascular disease | I73 |
| Human immunodeficiency virus (HIV) | B20 |
| **Potentially cardiotoxic therapies** | |
| Alkylating agents | L01A |
| Antimetabolites | L01B |
| Anthracyclines | L01DB |

| | |
|---|---|
| VEGF tyrosine kinase inhibitors | L01EK |
| VEGF monoclonal antibodies | L01FG |

Abbreviations: BMI, body mass index; VEGFR, vascular endothelial growth factor

**Supplemental Figure 1.** Flowchart showing patient selection



**Supplemental Figure 2.** Kaplan Meier Survival Curve comparing major adverse cardiovascular events between GLP1a and non-GLP1a



Abbreviations: GLP1a, glucagon-like peptide 1 agonists

**Supplemental Figure 3.** Kaplan Meier Survival Curve comparing myocardial infarction between GLP1a and non-GLP1a



Abbreviations: GLP1a, glucagon-like peptide 1 agonists

**Supplemental Figure 4.** Kaplan Meier Survival Curve comparing heart failure between GLP1a and non-GLP1a



Abbreviations: GLP1a, glucagon-like peptide 1 agonists

**Figure 5.** Kaplan Meier Survival Curve comparing ischemic stroke between GLP1a and non-GLP1a



Abbreviations: GLP1a, glucagon-like peptide 1 agonists

**Supplemental Figure 6.** Kaplan Meier Survival Curve comparing cardiac arrest between GLP1a and non-GLP1a



Abbreviations: GLP1a, glucagon-like peptide 1 agonists

**Supplemental Figure 7.** Kaplan Meier Survival Curve comparing myocarditis between GLP1a and non-GLP1a



Abbreviations: GLP1a, glucagon-like peptide 1 agonists

**Supplemental Figure 8.** Kaplan Meier Survival Curve comparing pericarditis between GLP1a and non-GLP1a



Abbreviations: GLP1a, glucagon-like peptide 1 agonists

**Supplemental Figure 9.** Kaplan Meier Survival Curve comparing all-cause mortality between GLP1a and non-GLP1a



Abbreviations: GLP1a, glucagon-like peptide 1 agonists