# EXHIBIT 57D

Received: 18 April 2024 | First decision: 22 May 2024 | Accepted: 18 June 2024

DOI: 10.1111/apt.18138

AP&T Alimentary Pharmacology & Therapeutics   **WILEY**

# Use of glucagon-like peptide-1 receptor agonists for type 2 diabetes mellitus and outcomes of inflammatory bowel disease

**Aakash Desai**[1] | **Jessica Petrov**[1] | **Jana G. Hashash**[1] | **Harsh Patel**[2] | **Bhaumik Brahmbhatt**[1] | **Gursimran S. Kochhar**[3] | **Francis A. Farraye**[1]

[1]Division of Gastroenterology and Hepatology, Mayo Clinic, Jacksonville, Florida, USA

[2]Division of Gastroenterology and Hepatology, University of Kansas Medical Center, Kansas City, Kansas, USA

[3]Division of Gastroenterology & Hepatology, Allegheny Health Network, Pittsburgh, Pennsylvania, USA

**Correspondence**
Francis A. Farraye, Division of Gastroenterology and Hepatology, Mayo Clinic, 4500 San Pablo S Rd, Jacksonville, FL 32256, USA.
Email: farraye.francis@mayo.edu

**Summary**

**Background:** Glucagon-like peptide-1 receptor agonists (GLP-1RA) show anti-inflammatory properties.

**Aim:** To evaluate their clinical impact on inflammatory bowel disease (IBD) outcomes.

**Methods:** Retrospective cohort study utilising the TriNetX database comparing IBD-specific outcomes in patients with ulcerative colitis (UC) or Crohn's disease (CD) and type 2 diabetes mellitus (T2DM) on GLP-1RA compared to oral hypoglycaemic agents. The primary outcome was hospitalisation requiring intravenous steroids and IBD-related surgery within 3 years. We performed 1:1 propensity score matching (PSM) for demographics, co-morbid conditions, BMI, laboratory values, HbA1c, and IBD medications including steroids.

**Results:** We identified 1130 patients in the UC GLP-1RA cohort (mean age: $58.9 \pm 11.6$ years, 56.3% female, 70.2% White, 57.2% with obesity) and 1140 patients in the CD GLP-1RA cohort (mean age: $56.7 \pm 11.5$, 61.9% female, 73.6% White, 56.2% with obesity). After PSM, there was no difference in the risk of intravenous steroid use (aHR: 1.21, 95% CI: 0.92–1.59) but a lower risk of colectomy (aHR: 0.37, 95% CI: 0.14–0.97) between the UC GLP-1RA and control cohort. There was no difference in the risk of intravenous steroid use (aHR: 1.04, 95% CI: 0.80–1.34) but a lower risk of surgery (aHR: 0.55, 95% CI: 0.36–0.84) between the CD GLP-1RA and CD control cohort. There was no difference in the risk of oral steroid use or advanced therapy initiation in the UC and CD GLP-1RA than control cohorts.

**Conclusions:** We found an association between lower risk of IBD-related surgery and GLP-1RA use for T2DM in patients with UC or CD.

## 1 | INTRODUCTION

An increasing number of long-term treatment options for patients with inflammatory bowel diseases (IBD) encompassing both ulcerative colitis (UC) and Crohn's disease (CD) are available although disease relapse continues to remain a management issue. There is ongoing interest in identifying therapies with alternate targets that can augment or supplement advanced therapies such as biologics and small molecules. Understanding that a hallmark of IBD pathogenesis is upregulation of the inflammatory cascade,

**Abbreviations:** aHR, adjusted hazard ratio; aHR, adjusted hazard ratio; CD, Crohn's disease; CI, confidence interval; DPP4i, dipeptidyl peptidase 4 inhibitors; GLP-1RA, glucagon-like peptide-1 receptor agonist; IBD, inflammatory bowel disease; OHA, oral hypoglycemic agent; PSM, propensity score matching; SGLT2i, sodium glucose co-transporter 2 inhibitors; T2DM, type 2 diabetes mellitus; UC, ulcerative colitis.

The Handling Editor for this article was Professor Cynthia Seow, and it was accepted for publication after full peer-review.

Case 2:24-md-03094-KSM    Document 693-7    Filed 05/19/26    Page 3 of 17

AP&T Alimentary Pharmacology & Therapeutics—WILEY | 621

medications with anti-inflammatory effects are of special interest. Another class of medications, the glucagon like peptide-1 receptor agonists (GLP-1RAs), have risen to the forefront of diabetes management and have emerged has a front-line therapy of obesity management. In addition to their ability to lower glucose levels and induce weight loss, the anti-inflammatory role of GLP-1RAs has been well-documented in multiple organ systems including the cardiovascular, hepatic, renal, and gastrointestinal systems.[1] Mechanistically, GLP-1 is released by enteroendocrine cells that are mostly located in the ileum and colon and its receptor are found on a number of immune cells including intestinal intraepithelial cells.[2,3] GLP-1RAs are thought to impact oxidative stress, immune cell recruitment, cytokine production, and modulate gut microbiota.[4] To date, the majority of studies supporting the use of GLP-1RA in modulating inflammation in IBD have been preclinical with only a handful of published small clinical trials and case reports.[5]

Preclinical studies have demonstrated the ability of GLP-1RAs to modulate chronic inflammation circuits, intestinal tight junctions, and dysbiosis of the gut microbiome.[6] Berthelsen et al[7] demonstrated that mice with colitis had higher levels of circulating GLP-1 and that liraglutide administration reduced colonic inflammation. In a proof-of-concept model, Wang et al. demonstrated that GLP-1 exerts an overall protective role on the intestine and is able to dampen inflammation, maintain the intestinal barrier, and modulate intestinal microbiota in mice with colitis.[8] Another group similarly found that GLP1 administration in mice with colitis decreased proinflammatory cytokines, preserved intestinal architecture, and decreased diarrhoea.[9]

Overall, the preclinical data supporting the putative role of GLP-1RA in treating IBD is promising, although the clinical data remains very limited and additional studies are needed. Therefore, we conducted a retrospective cohort study utilising a large prospectively maintained database to evaluate the impact of GLP-1RA for type 2 diabetes mellitus on IBD-specific outcomes in patients with UC and CD.

## 2 | METHODS

### 2.1 | Database

A retrospective cohort study was conducted using the U.S. Collaborative Network in TriNetX (Cambridge, MA, USA), a multi-institutional database. TriNetX is a global federated research network which provides real-time access to de-identified electronic health records of more than 100 million patients within 60 healthcare organisations in the USA. The de-identification process is determined and done at a network level and attested to through a formal determination by a qualified expert as defined in the HIPAA Privacy Rule. TriNetX obfuscates patient counts <10 to ensure patient anonymity. Clinical variables are derived directly from electronic health records of included healthcare organisations as well as

retrieved through a built-in natural language processing system that extracts variables from clinical documents. Robust quality assurance is achieved at the time of extraction from electronic health records before inclusion in the database, in a systemic and standardised format. The database contains inpatient and outpatient claims along with prescription drug claims. The interface only provides aggregate counts and statistical summaries to protect patient health information and ensures that the data remain de-identified at all levels of data retrieval and dissemination. Institutional Review Board approval was not required as the database contains de-identified data to protect patient confidentiality.

### 2.2 | Study participants and cohorts

A real-time search and analysis of the US Collaborative Network in the TriNetX platform was conducted from January 1, 2010 till December 31, 2022. The start period of the study was chosen as Liraglutide was first approved in the U.S. in January 2010.[10] Patients who were diagnosed with IBD included adults age ≥18 years of age who had an International Classification of Disease, Tenth Revision, Clinical Modification (ICD-10-CM) codes in their EHR for ulcerative colitis (K51*) or Crohn's disease (K50*) plus a RxNorm code for at least one of the following IBD-related medications: mesalamine, sulfasalazine, balsalazide, olsalazine, azathioprine, 6-mercaptopurine, methotrexate, infliximab, adalimumab, golimumab, certolizumab, vedolizumab, ustekinumab, tofacitinib, upadacitinib, ozanimod, prednisone or budesonide. The IBD cohort was divided into patients with ulcerative colitis or Crohn's disease. Complex case definitions for identification of IBD cohort which include ≥1 ICD-10-CM code plus a relevant IBD-related prescription from administrative and claims databases has been shown to have ≥80% positive predictive value and ≥85% specificity.[11] The TriNetX database has been used previously in prior published studies in patients with IBD.[12,13]

The GLP-1RA cohort included patients with either UC or CD and T2DM (E11.*) who had RxNorm codes for liraglutide, dulaglutide and semaglutide. Patients who were prescribed other GLP-1RA like exenatide, pramlintide and lixisenatide were not included due to very small sample sizes. The database allows creating temporal associations between different groups within a cohort. The functionality was used to ensure that prescription of a GLP-1RA occurred after the diagnosis of IBD. Patients were required to have a second prescription of the same GLP-1RA 1 year after the index prescription. This was done to prevent inclusion of patients that required early discontinuation of a GLP-1RA due to side effects or did not initiate a GLP-1RA due to insurance denial. Additionally, we wanted to ensure a minimum duration of exposure to a GLP-1RA. The control cohort included patients with either UC or CD and T2DM who had Rxnorm code for any sulfonylureas, dipeptidyl peptidase 4 inhibitors (DPP4i), sodium glucose co-transporter 2 inhibitors (SGLT2i), thiazolidinediones or metformin. Patients with potential exposures to any GLP-1RA were also excluded from the control cohort. Patients with UC who had a prior history of total colectomy prior to initiation of

13652036, 2024, 5, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/apt.18138 by Eli Lilly & Company, Wiley Online Library on [21/01/2026]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

13652036, 2024, 5, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/apt.18138 by Eli Lilly & Company, Wiley Online Library on [21/01/2026]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

the anti-diabetic medication of interest in the GLP-1RA and control cohort were excluded from the study.

## 2.3 | Study aims

The primary aim of the study was to assess IBD-specific outcomes which was hospitalisation requiring intravenous methylprednisolone and IBD-related surgery within 3 years in the GLP-1RA and control cohorts. IBD-related surgery for the UC cohort was total colectomy while for CD was partial or total colectomy and/or enterectomy. Patients who underwent surgery were identified using either Current Procedural Terminology (CPT) or ICD-10 Procedural Coding System (PCS) codes which can be found in Table S1. A 3-year interval was felt to be an adequate period as it allowed for sufficient long-term follow-up without significantly affecting cohort sizes. The index event in the GLP-1RA cohort was the first prescription of GLP-1RA. The index event in the control cohort was the first prescription of either sulfonylureas, DPP4i, SGLT2i, thiazolidinediones or metformin. The time window for outcome ascertainment started at 6 months after the index event. A 6-month period was used to allow for sufficient trial of the GLP-1RA prior to outcome assessment and to account for potential insurance delays in the initiation of GLP-1RA.

The secondary aims of the study were as follows:

1. To compare the risk of oral steroid use and first-time advanced therapy initiation within 3 years between the GLP-1RA cohort and control cohort. Patients with oral steroid use were identified using the Rxnorm code for Prednisone. Advanced therapy initiation included patients who had Rxnorm codes for infliximab, adalimumab, golimumab, certolizumab, vedolizumab, ustekinumab, tofacitinib, upadacitinib, ozanimod or risankizumab. Mean faecal calprotectin was also compared between GLP-1RA and control cohorts.
2. To compare the risk of hospitalisation requiring intravenous methylprednisolone and IBD-related surgery for each GLP-1RA compared to the control cohort.
3. To compare the risk of hospitalisation requiring intravenous methylprednisolone and IBD-related surgery between the GLP-1RA cohort and each oral hypoglycemic agent (OHA) in the control cohort. Patients who were initiated on metformin or another OHA after initiation of the OHA of interest were excluded from the control cohort. This was done to prevent overlap of different OHA or confounding impact of combination OHA in the control cohort. Outcomes in patients on metformin were also compared to patients on GLP-1RA given evidence supporting its potential beneficial effects on IBD outcomes.[14-17]
4. To compare the risk of severe adverse events between the GLP-1RA cohort and control cohort for UC and CD. Severe adverse events included de-novo gallbladder/biliary disease (K80-83), acute pancreatitis (K85), gastroparesis (K31.84), ileus/intestinal obstruction (K56.6 and K56.7), acute kidney injury (N17) and thyroid malignancy (C73).

## 2.4 | Statistical analysis

All statistical analyses were conducted using the TriNetX software using the browser-based real-time analytics feature, TriNetx Live (TriNetX LLC, Cambridge, MA, USA). Baseline characteristics of cohorts were described using means, standard deviations, and proportions. Co-variates based on demographics, co-morbid diseases, laboratory parameters, historical IBD medication use and previous CD-related surgery were identified. One-to-one (1:1) propensity score matching (PSM) was performed to balance the following co-variates between the UC GLP-1RA and UC control cohorts: age, gender, race, nicotine dependence, alcohol-related disorders, primary sclerosing cholangitis, and IBD medications. Similar co-variates were matched in the CD GLP-1RA and CD control cohorts. To assess IBD disease severity, PSM was performed for oral and/or intravenous steroid use, mean haemoglobin, albumin, C-reactive protein and faecal calprotectin within 1 year prior to the index event in the UC cohort. Additional covariates that were matched in the CD cohorts were a history of CD-related surgery, intestinal obstruction and fistulising disease within 1 year prior to the index event. PSM was also performed for different groups of BMI, which included overweight (BMI: 25–29.9), obesity (30–39.9) and morbid obesity (≥40). PSM was performed for the severity of diabetes based on the use of long or intermediate-acting insulin therapy and HbA1c based on different sub-groups (6.5–8.5, 8.6 to 9.9 and ≥10). The database does not allow for 1:2 or 1:3 PSM. TriNetX platform uses input matrices of the user-identified covariates to conduct logistic regression analysis to obtain propensity scores for all individual subjects. The propensity scores generated are used to match patients using greedy nearest-neighbour algorithms with a calliper width of 0.1 pooled standardised differences. TriNetX randomises the order of rows to eliminate bias resulting from nearest-neighbour algorithms. P values after propensity-score matching indicate the success of matching a covariate between the two cohorts. After propensity-score matching, the risk of each IBD-specific outcome was calculated and expressed adjusted hazard ratios (aHR) and its associated confidence intervals (CI), together with the test for proportionality using R's survival package. The numbers are validated by comparing them with output from SAS version 9.4.

## 3 | RESULTS

### 3.1 | UC cohort characteristics

We identified 1130 patients in the UC GLP-1RA cohort. 546 (48.3%) were prescribed dulaglutide, 212 (18.7%) were prescribed liraglutide and 555 (49.1%) were prescribed semaglutide. The mean age of the cohort was 58.9 ± 11.6 years old, 56.3% were females and 70.2% were White. 40.7% of patients had a BMI between 30 and 39.9 kg/m² and 16.4% had a BMI ≥ 40 kg/m². In the cohort, 13.0% were prescribed prednisone and 9.4% required hospitalisation with intravenous steroids within 6 months prior to initiation

13652036, 2024, 5, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/apt.18138 by Eli Lilly & Company, Wiley Online Library on [21/01/2026]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

of a GLP-1RA. The mean disease duration of UC prior to initiation of GLP-1RA was 1537 days. We identified 4615 patients in the UC control cohort. The mean age of the cohort was $62.8 \pm 13$ years old, 44.5% were females and 71.6% were White. The mean disease duration prior to initiation of an OHA was 1042.9 days. The mean HbA1c during the follow-up period was similar between the two cohorts (7.18% vs. 7.17%, $p = 0.83$). The mean BMI in the UC GLP-1RA and control cohort after 2 years of follow-up was 34.4 and 33.3 kg/m$^2$, respectively. The mean total body weight in the UC GLP-1RA and control cohort after 2 years of follow-up was 214.2 and 208.8 lbs, respectively. Complete demographics and cohort characteristics before and after propensity score matching can be found in Table 1.

## 3.2 | UC outcomes after GLP-1RA

There were 123 patients (12.1%) in the UC GLP-1RA cohort and 104 (10.2%) in the UC control cohort that met the composite outcome. After PSM, there was no difference in the risk of a composite outcome (aHR: 1.12, 95% CI: 0.86–1.45) of intravenous steroids and colectomy between the UC GLP-1RA cohort and UC control cohort. There was no difference in the risk of intravenous steroid use (aHR: 1.21, 95% CI: 0.92–1.59); however, there was a lower risk of colectomy in the UC GLP-1RA cohort compared to the UC control cohort (aHR: 0.37, 95% CI: 0.14–0.97). There was no statistically significant difference in the risk of oral steroid use and initiation of advanced therapy between the two cohorts (Table 2).

## 3.3 | Outcomes based on the type of GLP-1RA and OHA

There was no statistically significant difference in the risk of composite outcome of intravenous steroids and colectomy among patients in the UC GLP-1RA cohort on dulaglutide (aHR: 1.16, 95% CI: 0.82–1.65) liraglutide (aHR: 0.85, 95% CI: 0.47–1.52) or semaglutide (aHR: 1.03, 95% CI: 0.71–1.49) compared to the UC control cohort (Table 3).

There was no statistically significant difference in the risk of the composite outcome of intravenous steroids and colectomy among patients in the UC GLP-1RA cohort compared to DPP4i, SGLT2i, sulfonylureas and metformin. There was a lower risk of colectomy in the UC GLP-1RA cohort compared to the control cohort on sulfonylureas and metformin.

## 3.4 | CD cohort characteristics

We identified 1140 patients in the CD GLP-1RA cohort. 520 (45.6%) were prescribed dulaglutide, 212 (18.5%) were prescribed to liraglutide and 512 (44.9%) were prescribed semaglutide. The mean age of the cohort was $56.7 \pm 11.5$ years old, 61.9% were females and 73.6% were White. 7.4% of patients had BMI between 30–39.9 kg/m$^2$ and 18% had BMI $\geq$ 40 kg/m$^2$. In the cohort, 16% were prescribed prednisone and 10.6% required hospitalisation with intravenous steroids within 6 months prior to initiation of a GLP-1RA. 60.1% and 44.5% had a history of Prednisone use and hospitalisation requiring intravenous steroids respectively prior to initiation of a GLP-1RA. The mean Crohn's disease duration prior to initiation of GLP-1RA was 1854 days. We identified 4744 patients in the CD control cohort. The mean age of the cohort was $60 \pm 13.4$ years old, 52% were females and 74% were White. The mean Crohn's disease duration prior to initiation of an OHA was 1199 days. The mean HbA1c during the follow up period was similar between the two cohorts (7.2% vs. 7.1%, $p = 0.05$). The mean BMI in the UC GLP-1RA and control cohort after 2 years of follow up was 34.6 and 33.6 kg/m$^2$, respectively. The mean total body weight in the UC GLP-1RA and control cohort after 2 years of follow up was 217.5 and 210.5 lbs, respectively. Complete demographics and cohort characteristics before and after propensity score matching can be found in Table 4.

## 3.5 | CD outcomes after GLP-1RA

There were 154 patients (14.5%) in the CD GLP-1RA cohort and 151 (14.2%) in the CD control cohort that met the composite outcome. After PSM, there was no difference in the risk of a composite outcome (aHR: 0.97, 95% CI: 0.78–1.22) of intravenous steroids and surgery between the CD GLP-1RA cohort and the CD control cohort. There was no difference in the risk of intravenous steroids (aOR: 1.04, 95% CI: 0.80–1.34); however, there was a lower risk of surgery (aOR: 0.55, 95% CI: 0.36–0.84) in the CD GLP-1RA cohort compared to the CD control cohort. There was no difference in the risk of oral steroid use and initiation of advanced therapy between the two cohorts (Table 5).

## 3.6 | Outcomes based on type of GLP-1RA and OHA

There was no difference in the risk of hospitalisation requiring intravenous steroids among patients in the CD GLP-1RA cohort on dulaglutide, liraglutide and semaglutide (Table 6). There was also no difference in the risk of surgery in patients on dulaglutide (aHR: 1.01, 95% CI: 0.55–1.85) and liraglutide (aHR: 0.80, 95% CI: 0.32–1.98), however, there was a lower risk of surgery in patients on semaglutide (aHR: 0.27, 95% CI: 0.13–0.57) (Figure 1).

There was no statistically significant difference in the risk of hospitalisation requiring intravenous steroids among patients in the CD GLP-1RA cohort compared to DPP4i, SGLT2i, sulfonylureas and metformin (Table 6). There was a lower risk of surgery in patients in the CD GLP-1RA cohort compared to the CD control cohort on DPP4i (aHR: 0.37, 95% CI: 0.15–0.89), SGLTi (aHR: 0.36, 95% CI: 0.14–0.89) and sulfonylureas (aHR: 0.41, 95% CI: 0.20–0.80).

DESAI ET AL.

13652036, 2024, 5, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/apt.18138 by Eli Lilly & Company, Wiley Online Library on [21/01/2026]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

**TABLE 1** Baseline characteristics of patients in the UC-GLP-1RA cohort and UC control cohort before and after propensity score matching.

| | Before propensity score matching | | | After propensity score matching | | |
|---|---|---|---|---|---|---|
| | UC-GLP-1RA cohort ($n = 1130$) | UC control cohort ($n = 4615$) | *p* | UC-GLP-1RA cohort ($n = 1010$) | UC control cohort ($n = 1010$) | *p* |
| Demographics | | | | | | |
| Age at index (mean ± SD) | 58.9 ± 11.6 | 62.8 ± 13 | <0.0001 | 59.3 ± 11.6 | 58.6 ± 13.4 | 0.23 |
| Female sex | 637 (56.3%) | 2024 (44.5%) | <0.0001 | 554 (54.8%) | 554 (54.8%) | 1 |
| Race | | | | | | |
| White | 794 (70.2%) | 3254 (71.6%) | 0.36 | 716 (70.8%) | 726 (71.8%) | 0.62 |
| African American | 130 (11.5%) | 531 (11.6%) | 0.86 | 118 (11.6%) | 108 (10.6%) | 0.48 |
| Hispanic or Latino | 82 (7.2%) | 231 (5.0%) | 0.004 | 67 (6.6%) | 76 (7.5%) | 0.43 |
| Laboratory values | | | | | | |
| BMI groups kg/m$^2$ | | | | | | |
| 25–29.9 | 151 (13.3%) | 949 (20.8%) | <0.0001 | 144 (14.2%) | 141 (13.9%) | 0.84 |
| 30–39.9 | 460 (40.7%) | 1338 (29.4%) | <0.0001 | 402 (39.8%) | 389 (38.5%) | 0.55 |
| >=40 | 186 (16.4%) | 372 (8.1%) | <0.0001 | 152 (15.0%) | 145 (14.3%) | 0.66 |
| HbA1c groups % | | | | | | |
| 6.5–8.5 | 519 (45.9%) | 1389 (30.5%) | <0.0001 | 439 (43.4%) | 468 (46.3%) | 0.19 |
| 8.6–10 | 247 (21.8%) | 271 (5.9%) | <0.0001 | 162 (16.0%) | 150 (14.8%) | 0.46 |
| >=10 | 178 (15.7%) | 255 (5.6%) | <0.0001 | 135 (13.3%) | 123 (12.1%) | 0.42 |
| Haemoglobin g/dL | 13.2 ± 1.7 | 12.8 ± 2.2 | <0.0001 | 13.3 ± 1.8 | 13.2 ± 1.9 | 0.25 |
| Albumin g/dL | 4.11 ± 0.3 | 3.86 ± 0.6 | <0.0001 | 4.11 ± 0.3 | 4.07 ± 0.4 | 0.10 |
| C-reactive protein | 15 ± 27.1 | 30.2 ± 54.4 | 0.001 | 15.3 ± 27.5 | 19.4 ± 35 | 0.30 |
| Faecal calprotectin | 439 ± 831 | 640 ± 801 | 0.31 | 439 ± 869 | 688 ± 878 | 0.41 |
| Co-morbid conditions | | | | | | |
| Nicotine dependence | 85 (7.5%) | 356 (7.8%) | 0.72 | 76 (7.5%) | 80 (7.9%) | 0.73 |
| Alcohol-related disorders | 16 (1.4%) | 103 (2.2%) | 0.07 | 13 (1.2%) | 14 (1.3%) | 0.84 |
| Primary sclerosing cholangitis | 13 (1.1%) | 65 (1.4%) | 0.46 | 10 (1.0%) | 10 (1.0%) | 1 |
| IBD medications[a] | | | | | | |
| Prednisone | 148 (13.0%) | 892 (19.6%) | <0.0001 | 142 (13.5%) | 142 (13.5%) | 1 |
| Budesonide | 75 (6.6%) | 217 (4.7%) | 0.01 | 67 (6.3%) | 62 (5.8%) | 0.64 |
| Methylprednisolone | 107 (9.4%) | 614 (13.5%) | 0.0002 | 104 (9.8%) | 103 (9.8%) | 0.94 |
| Azathioprine | 100 (8.8%) | 321 (7.0%) | 0.04 | 81 (8.5%) | 83 (8.7%) | 0.87 |
| Mercaptopurine | 45 (3.9%) | 115 (2.5%) | 0.008 | 36 (3.8%) | 37 (3.9%) | 0.90 |
| Methotrexate | 62 (5.4%) | 155 (3.4%) | 0.0012 | 46 (4.8%) | 52 (5.5%) | 0.53 |
| TNFi | 152 (13.4%) | 376 (8.2%) | <0.0001 | 121 (12.8%) | 117 (12.3%) | 0.78 |
| Ustekinumab | 29 (2.5%) | 51 (1.1%) | 0.0002 | 23 (2.4%) | 23 (2.4%) | 1 |
| Vedolizumab | 42 (3.7%) | 110 (2.4%) | 0.01 | 37 (3.9%) | 34 (3.6%) | 0.71 |
| Long- or intermediate-acting insulin use[a] | | | | | | |
| Glargine | 279 (24.6%) | 451 (9.9%) | <0.0001 | 197 (19.5%) | 186 (18.4%) | 0.53 |
| Detemir | 81 (7.1%) | 149 (3.2%) | <0.0001 | 56 (5.5%) | 49 (4.8%) | 0.48 |
| Degludec | 49 (4.3%) | 92 (2.0%) | <0.0001 | 38 (3.7%) | 34 (3.3%) | 0.63 |
| Isophane | 55 (4.8%) | 163 (3.5%) | 0.04 | 46 (4.5%) | 44 (4.3%) | 0.82 |

Abbreviations: GLP-1RA, glucagon like peptide 1-receptor agonist; SD, standard deviation; TNFi, tumour necrosis factor inhibitor; UC, ulcerative colitis.

[a]Patients could have been on more than one medication.

AP&T Alimentary Pharmacology & Therapeutics-WILEY | 625

13652036, 2024, 5, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/apt.18138 by Eli Lilly & Company, Wiley Online Library on [21/01/2026]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

**TABLE 2** UC outcomes in patients in the UC GLP-1RA cohort and UC control cohort after propensity score matching expressed as adjusted hazard ratios with 95% confidence intervals.

| UC outcomes | Cohorts | N (%) | aHR | 95% CI | Log rank p value |
|---|---|---|---|---|---|
| Composite outcome[a] | UC-GLP-1RA | 123 (12.1%) | 1.12 | 0.86–1.45 | 0.39 |
| | UC Control | 104 (10.2%) | | | |
| Intravenous steroids | UC-GLP-1RA | 119 (11.7%) | 1.21 | 0.92–1.59 | 0.15 |
| | UC Control | 93 (9.2%) | | | |
| Total colectomy | UC-GLP-1RA | <10[b] | 0.37 | 0.14-0.97 | 0.03 |
| | UC Control | 15 (1.48%) | | | |
| Initiation of advanced therapy[c] | UC-GLP-1RA | 31 (3.6%) | 0.82 | 0.51–1.33 | 0.43 |
| | UC Control | 36 (4.2%) | | | |
| Oral steroids | UC-GLP-1RA | 331 (32.7%) | 1.12 | 0.96–1.31 | 0.14 |
| | UC Control | 284 (28.1%) | | | |
| | | Mean | p value | | |
| Faecal calprotectin | UC-GLP-1RA | $324.7 \pm 533$ | 0.67 | | |
| | UC Control | $369.7 \pm 624$ | | | |

Abbreviations: aHR, adjusted hazard ratio; CI, confidence interval; GLP-1RA, glucagon like peptide 1-receptor; UC, ulcerative colitis.

[a]Composite outcome includes intravenous steroid use and/or total colectomy.

[b]TriNetX obfuscates patient counts ≥1 and <10.

[c]Initiation of advanced therapy in bio-naïve patients.

## 3.7 | Safety of GLP-1RA compared to OHA

There was no difference in the risk of gallbladder/biliary disease, acute pancreatitis, gastroparesis, ileus/intestinal obstruction and AKI between the UC GLP-1RA and UC control cohort. Similarly, there was no difference in the risk of adverse events between CD GLP-1RA and CD control cohort (Table 7).

## 4 | DISCUSSION

Our study explores the impact of GLP-1RA therapy on the outcomes of patients with IBD.

We conducted a retrospective cohort study using a large multi-institutional database to assess the impact of GLP-1RA on IBD-specific outcomes in patients with T2DM. We decided to include objective disease outcomes for our primary aim which included hospitalisation requiring intravenous steroids and/or IBD-related surgery. Our study found that GLP-1RA use was not associated with a decreased risk of IBD-related hospitalisation requiring intravenous steroids compared to patients on OHA however, there was a decreased risk of surgery in patients with UC and CD over a 3-year period. There was no statistically significant difference in the risk of oral steroid use and initiation of advanced therapy between the two cohorts for UC and CD. We did not observe a decreased risk of colectomy based on the type of GLP-1RA in patients with UC, however, in patients with CD, a decreased risk of surgery was only seen in patients on semaglutide. There was a lower risk of colectomy observed in patients with UC on semaglutide compared to the control cohort; however, this did not

risk statistical significance likely due to the sample size and low event rate in both groups. For our secondary analyses comparing GLP-1RA to each OHA in patients with IBD, we also observed a decreased risk of surgery, specifically when compared to sulfonylurea and metformin for UC and compared to DPP4i, SGLTi and sulfonylurea for CD.

There is limited data on the use of GLP-1RA in patients with IBD, especially evaluating their impact on the disease course of IBD. Existing evidence suggests that GLP-1RA may offer a novel therapeutic approach for managing IBD. A retrospective cohort study from Denmark evaluated clinical outcomes which was a composite of need for oral corticosteroids, TNFi use, IBD-related hospitalisation or surgery in patients GLP-1RA and DPP4i compared to other antidiabetic therapies. The authors found a lower risk of adverse clinical events in the GLP-1RA cohort compared other antidiabetics.[18] Our findings differ from the Danish study which can be explained by differences in study design, cohort set up which also included simultaneous use of DPP4i, time period of the study affecting the availability of multiple advanced therapies and follow up period. Our study showed a lower risk of surgery in patients with UC and CD on GLP1-RA; however, this was not observed in the Danish study after adjusted estimates. Interestingly, our study did not a lower risk of intravenous or oral steroid use in the GLP-1RA cohort. There could be two explanations for this. First could be related to differences in GLP-1RA dosing as the proportion of patients that received maximum dose is unknown. Patients on lower doses may not have experienced potential beneficial effects of GLP-1RA leading to relapse of IBD due to the other risk factors however, they may not have severe disease activity or complications that would require surgical intervention. Second could be related to gastrointestinal

DESAI ET AL.

TABLE 3    Risk of primary outcome based on type of GLP1-RA and OHA in patients with UC in the GLP-1RA cohort and control cohort after propensity score matching expressed adjusted hazard ratios with 95% confidence intervals.

| Outcomes | GLP1-RA cohorts N (%) | Control cohort N (%) | aHR | 95% CI | Log rank p value |
|---|---|---|---|---|---|
| Type of GLP1-RA | | | | | |
| Dulaglutide | | | | | |
| Composite outcome[a] | 70 (14.2%) | 57 (11.6%) | 1.16 | 0.82–1.65 | 0.37 |
| Intravenous steroids | 66 (13.4%) | 55 (11.2%) | 1.13 | 0.79–1.62 | 0.48 |
| Colectomy | <10 | <10 | 0.95 | 0.23–3.81 | 0.94 |
| Liraglutide | | | | | |
| Composite outcome[a] | 22 (11.2%) | 23 (11.7%) | 0.85 | 0.47–1.52 | 0.58 |
| Intravenous steroids | 19 (9.7%) | 22 (11.2%) | 0.76 | 0.41–1.41 | 0.38 |
| Colectomy | <10 | <10 | 0.84 | 0.17–4.17 | 0.83 |
| Semaglutide | | | | | |
| Composite outcome[a] | 57 (10.8%) | 56 (10.7%) | 1.03 | 0.71–1.49 | 0.85 |
| Intravenous steroids | 54 (10.3%) | 53 (10.1%) | 1.03 | 0.71–1.51 | 0.84 |
| Colectomy | <10 | <10 | 0.74 | 0.25–2.16 | 0.59 |
| Type of OHA | | | | | |
| DPP4i | | | | | |
| Composite outcome | 28 (10.1%) | 29 (10.5%) | 0.88 | 0.52–1.49 | 0.65 |
| Intravenous steroids | 28 (10.1%) | 27 (9.7%) | 0.96 | 0.56–1.63 | 0.88 |
| Colectomy | <10 | <10 | 0.46 | 0.04–5.08 | 0.51 |
| SGLT2i | | | | | |
| Composite outcome[a] | 54 (14.3%) | 40 (10.6%) | 1.008 | 0.66–1.51 | 0.96 |
| Intravenous steroids | 53 (14.0%) | 35 (9.2%) | 1.13 | 0.74–1.74 | 0.56 |
| Colectomy | <10 | <10 | 0.30 | 0.05–1.58 | 0.13 |
| Sulfonylureas | | | | | |
| Composite outcome[a] | 48 (11.3%) | 52 (12.3%) | 0.82 | 0.55–1.21 | 0.32 |
| Intravenous steroids | 48 (11.3%) | 43 (10.1%) | 1.01 | 0.67–1.53 | 0.92 |
| Colectomy | <10 | <10 | 0.08 | 0.01–0.67 | 0.003 |
| Metformin | | | | | |
| Composite outcome[a] | 75 (11.6%) | 74 (11.4%) | 1.05 | 0.76–1.45 | 0.75 |
| Intravenous steroids | 73 (11.3%) | 64 (9.9%) | 1.19 | 0.85–1.66 | 0.30 |
| Colectomy | <10 | 12 (1.8%) | 0.17 | 0.03–0.77 | 0.009 |

Abbreviations: aOR, adjusted hazard ratio; CI, confidence interval; DPP4i, dipeptidyl peptidase IV inhibitor; GLP-1RA, glucagon like peptide 1-receptor; OHA, oral hypoglycemic agent; SGLT2i, sodium glucose cotransporter-2 inhibitor; UC, ulcerative colitis.

[a]Composite outcome includes intravenous steroid use and/or total colectomy TriNetX obfuscates patient counts ≥1 and <10.

(GI) side effects from GLP1-RA use which could lead to erroneous prescription of steroids due to concern for disease relapse of IBD. The Danish only observed lower risk of IBD-related hospitalisation and steroid initiation. The authors note the possibility of a more aggressive optimization of maintenance therapy and the role of uncontrolled diabetes in the GLP-1RA and DPP4i cohort which may have influenced the use of oral steroids. In our sub-group analysis based on type of GLP-1RA, our study showed a lower risk of surgery in patients with CD on semaglutide, but this was not observed for other GLP-1RA. Previous published studies have shown better glycemic control and higher weight loss in patients on semaglutide compared to dulaglutide and liraglutide.[19–22] We did not observe a difference in the mean BMI (34.0 vs. 34.1, $p = 0.87$) and HbA1c (6.8 vs. 7.0, $p = 0.12$) in the semaglutide cohort compared to the control. This indicates other potential mechanisms which need to be further elucidated. Further research is needed to confirm our findings and to understand the long-term implications of GLP-1RA in patients with IBD. Our previously published study on the effectiveness of semaglutide in 150 patients with IBD and obesity found similar but significant weight loss in the IBD and non-IBD cohorts between 6–15 months. This study did not show improved IBD-specific outcomes after semaglutide however, the study was limited by sample size and did not include patients with T2DM.[23]

The relationship between use of DPP4i and IBD is unclear. While there are no studies besides the Danish study which have evaluated its impact on IBD-specific outcomes, there is evidence suggesting an

13652036, 2024, 5, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/apt.18138 by Eli Lilly & Company, Wiley Online Library on [21/01/2026]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

AP&T Alimentary Pharmacology & Therapeutics—WILEY | 627

**TABLE 4**  Baseline characteristics of patients in the CD-GLP-1RA cohort and CD control cohort before and after propensity score matching.

| | Before propensity score matching | | | After propensity score matching | | |
|---|---|---|---|---|---|---|
| | CD-GLP-1RA cohort (n = 1140) | CD control cohort (n = 4744) | p | CD-GLP-1RA cohort (n = 1058) | CD control cohort (n = 1058) | p |
| **Demographics** | | | | | | |
| Age at index (mean ± SD) | 56.7 ± 11.5 | 60 ± 13.4 | <0.0001 | 57 ± 11.5 | 56.7 ± 13.5 | 0.64 |
| Female sex | 706 (61.9%) | 2417 (52.0%) | <0.0001 | 648 (61.2%) | 644 (60.8%) | 0.85 |
| **Race** | | | | | | |
| White | 840 (73.6%) | 3438 (74.0%) | 0.80 | 782 (73.9%) | 793 (74.9%) | 0.58 |
| African American | 142 (12.4%) | 597 (12.8%) | 0.71 | 131 (12.3%) | 121 (11.4%) | 0.50 |
| Hispanic | 71 (6.2%) | 185 (3.9%) | 0.001 | 63 (5.9%) | 58 (5.4%) | 0.63 |
| **Laboratory values** | | | | | | |
| BMI groups kg/m$^2$ | | | | | | |
| 25–29.9 | 143 (12.5%) | 938 (20.2%) | <0.0001 | 134 (12.6%) | 129 (12.1%) | 0.74 |
| 30–39.9 | 85 (7.4%) | 382 (8.2%) | 0.39 | 80 (7.5%) | 74 (6.9%) | 0.61 |
| >=40 | 206 (18%) | 411 (8.8%) | <0.0001 | 176 (16.6%) | 167 (15.7%) | 0.59 |
| HbA1c groups % | | | | | | |
| 6.5–8.5 | 507 (44.4%) | 1370 (29.5%) | <0.0001 | 453 (42.8%) | 451 (42.6%) | 0.93 |
| 8.6–10 | 244 (21.4%) | 257 (5.53%) | <0.0001 | 168 (15.8%) | 163 (15.4%) | 0.76 |
| >=10 | 152 (13.3%) | 237 (5.1%) | <0.0001 | 119 (11.2%) | 115 (10.8%) | 0.78 |
| Haemoglobin g/dL | 13.2 ± 1.6 | 12.6 ± 2.1 | <0.0001 | 13.2 ± 1.6 | 13.2 ± 1.7 | 0.70 |
| Albumin g/dL | 4.06 ± 0.4 | 3.82 ± 0.6 | <0.0001 | 4.06 ± 0.4 | 4 ± 0.5 | 0.05 |
| C-reactive protein mg/L | 15.7 ± 31 | 27.5 ± 48.4 | <0.0001 | 16.1 ± 33 | 20.1 ± 29.1 | 0.12 |
| Faecal calprotectin ug/g | 255 ± 275 | 388 ± 565 | 0.09 | 260 ± 283 | 326 ± 435 | 0.36 |
| **Co-morbid conditions** | | | | | | |
| Nicotine dependence | 178 (16.3%) | 801 (18.2%) | 0.15 | 160 (16.8%) | 145 (15.2%) | 0.34 |
| Alcohol-related disorders | 28 (2.5%) | 164 (3.7%) | 0.06 | 26 (2.7%) | 24 (2.5%) | 0.77 |
| Primary sclerosing cholangitis | 11 (1.0%) | 39 (0.88%) | 0.69 | 10 (0.9%) | 10 (0.9%) | 1 |
| Intestinal obstruction | 39 (3.4%) | 219 (4.7%) | 0.05 | 35 (3.3%) | 23 (2.1%) | 0.11 |
| Anal fistula | 16 (1.4%) | 63 (1.3%) | 0.90 | 16 (1.5%) | 14 (1.3%) | 0.71 |
| Fistula of intestine | 10 (0.8%) | 67 (1.4%) | 0.13 | 10 (0.9%) | 10 (0.9%) | 1 |
| Rectal fistula | 10 (0.8%) | 67 (1.4%) | 0.13 | 10 (0.9%) | 10 (0.9%) | 1 |
| Anorectal fistula | 10 (0.8%) | 37 (0.7%) | 0.78 | 10 (0.9%) | 10 (0.9%) | 1 |
| **IBD medications**[a] | | | | | | |
| Prednisone | 284 (24.9%) | 1183 (25.4%) | 0.68 | 263 (24.9%) | 258 (24.4%) | 0.80 |
| Budesonide | 120 (10.5%) | 433 (9.3%) | 0.21 | 109 (10.3%) | 91 (8.6%) | 0.18 |
| Methylprednisolone | 199 (17.4%) | 845 (18.2%) | 0.55 | 184 (17.4%) | 176 (16.6%) | 0.64 |
| Azathioprine | 114 (10.4%) | 383 (8.7%) | 0.06 | 103 (10.8%) | 97 (10.2%) | 0.65 |
| Mercaptopurine | 43 (3.9%) | 149 (3.3%) | 0.36 | 37 (3.9%) | 36 (3.7%) | 0.90 |
| Methotrexate | 74 (6.8%) | 184 (4.1%) | 0.0003 | 58 (6.1%) | 65 (6.8%) | 0.51 |
| TNFi | 238 (21.9%) | 645 (14.6%) | <0.0001 | 195 (20.5%) | 197 (20.7%) | 0.90 |
| Ustekinumab | 59 (5.4%) | 128 (2.9%) | <0.0001 | 49 (5.1%) | 45 (4.7%) | 0.67 |
| Vedolizumab | 52 (4.7%) | 114 (2.5%) | 0.0002 | 41 (4.3%) | 45 (4.7%) | 0.65 |
| **Surgery**[b] | | | | | | |
| Sigmoid colon excision | 10 (0.8%) | 129 (2.7%) | 0.0002 | 10 (0.9%) | 10 (0.9%) | 1 |
| Large intestine excision | 10 (0.8%) | 109 (2.3%) | 0.001 | 10 (0.9%) | 10 (0.9%) | 1 |

(Continues)

13652036, 2024, 5, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/apt.18138 by Eli Lilly & Company, Wiley Online Library on [21/01/2026]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

Case 2:24-md-03094-KSM   Document 693-7   Filed 05/19/26   Page 10 of 17

**TABLE 4** (Continued)

| | Before propensity score matching | | | After propensity score matching | | |
|---|---|---|---|---|---|---|
| | CD-GLP-1RA cohort (n = 1140) | CD control cohort (n = 4744) | p | CD-GLP-1RA cohort (n = 1058) | CD control cohort (n = 1058) | p |
| Cecum excision | 10 (0.8%) | 102 (2.1%) | 0.003 | 10 (0.9%) | 10 (0.9%) | 1 |
| Rectum excision | 10 (0.8%) | 79 (1.7%) | 0.04 | 10 (0.9%) | 10 (0.9%) | 1 |
| Ileum excision | 10 (0.8%) | 73 (1.5%) | 0.07 | 10 (0.9%) | 11 (1.0%) | 0.82 |
| Descending colon excision | 10 (0.8%) | 31 (0.6%) | 0.45 | 10 (0.9%) | 11 (1.0%) | 0.82 |
| Transverse colon excision | 10 (0.8%) | 45 (0.9%) | 0.77 | 10 (0.9%) | 10 (0.9%) | 1 |
| Ascending colon excision | 10 (0.8%) | 44 (0.9%) | 0.82 | 10 (0.9%) | 10 (0.9%) | 1 |
| Enterectomy | 10 (0.8%) | 14 (0.3%) | 0.006 | 10 (0.9%) | 10 (0.9%) | 1 |

Abbreviations: CD, Crohn's disease; GLP-1RA, glucagon like peptide 1-receptor agonist; SD, standard deviation; TNFi, tumour necrosis factor inhibitor.

[a]Patients could have been on more than one medication.

[b]Patients could have had more than one surgery or procedure code associated with one surgery.

**TABLE 5** CD outcomes in patients in the CD GLP-1RA cohort and CD control cohort after propensity score matching expressed adjusted hazard ratios with 95% confidence intervals.

| CD outcomes | Cohorts | N (%) | aHR | 95% CI | Log rank p value |
|---|---|---|---|---|---|
| Composite outcome[a] | CD-GLP-1RA | 154 (14.5%) | 0.97 | 0.78–1.22 | 0.85 |
| | CD Control | 151 (14.2%) | | | |
| Intravenous steroids | CD-GLP-1RA | 125 (11.8%) | 1.04 | 0.80–1.34 | 0.75 |
| | CD Control | 116 (10.9%) | | | |
| Surgery | CD-GLP-1RA | 34 (3.2%) | 0.55 | 0.36–0.84 | 0.005 |
| | CD Control | 58 (5.4%) | | | |
| Initiation of advanced therapy[b] | CD-GLP-1RA | 50 (6.8%) | 1.31 | 0.86–2.00 | 0.19 |
| | CD Control | 39 (5.1%) | | | |
| Oral steroids | CD-GLP-1RA | 361 (34.1%) | 1.10 | 0.95–1.28 | 0.19 |
| | CD Control | 313 (29.5%) | | | |
| | | Mean | P value | | |
| Faecal calprotectin | CD-GLP-1RA | 260±391 | 0.29 | | |
| | CD Control | 324±487 | | | |

Abbreviations: aHR, adjusted hazard ratio; CI, confidence interval; CD, Crohn's disease; GLP-1RA, Glucagon like peptide 1-receptor.

[a]Composite outcome includes intravenous steroid use and/or IBD-related surgery.

[b]Initiation of advanced therapy in bio-naïve patients.

increased risk of IBD in patients on DPP4i. Abrahami et. al conducted a retrospective cohort study from a U.K. database and found that the use of DPP4i was associated with an increased risk of IBD (HR: 1.75, 95% CI: 1.22–2.49), with a higher risk associated with increased duration of use.[24] A subsequent meta-analysis from 16 individual studies found an increased risk of IBD (RR: 3.01, 95% CI: 2.30–3.93) after a sensitivity analysis using a fixed-effects model.[25] There are no published studies that have assessed the risk of IBD in patients on GLP-1RA. Our study observed a lower risk of surgery in patients on GLP-1RA compared to DPP4i in patients with CD but not UC.

Although our study only observed a lower risk of surgery in patients with IBD on GLP-1RA, there was no increased risk of oral or intravenous steroid use. This could potentially indicate the safety of GLP-1RA use in patients with IBD, however, would require randomised clinical trials to confirm our findings. While the advent of GLP-1RA has marked a significant advancement in the management of obesity, these agents are often marred by their dose-dependent GI side effects like nausea, vomiting, diarrhoea and constipation.[26] Recent studies have also raised concerns regarding the potential for more serious GI side effects like pancreatitis, bowel obstruction and gastroparesis in patients on semaglutide.[27,28] Our study did not find any increased risk of these severe adverse events in patients on GLP-1RA compared to oral hypoglycemic agents. Given the overlap of these symptoms in patients with IBD experiencing disease

13652036, 2024, 5, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/apt.18138 by Eli Lilly & Company, Wiley Online Library on [21/01/2026]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

AP&T Alimentary Pharmacology & Therapeutics—WILEY | 629

13652036, 2024, 5, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/apt.18138 by Eli Lilly & Company, Wiley Online Library on [21/01/2026]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

**TABLE 6** Risk of primary outcome based on the type of GLP1-RA and OHA in patients with UC in the GLP-1RA cohort and control cohort after propensity score matching expressed adjusted hazard ratios with 95% confidence intervals.

| Outcomes | GLP1-RA cohorts N (%) | Control cohort N (%) | aHR | 95% CI | Log rank p value |
|---|---|---|---|---|---|
| Type of GLP1-RA | | | | | |
| Dulaglutide | | | | | |
| Composite outcome | 77 (15.5%) | 64 (12.9%) | 1.16 | 0.83–1.62 | 0.35 |
| Intravenous steroids | 58 (11.6%) | 49 (9.8%) | 1.14 | 0.77–1.66 | 0.49 |
| Surgery | 22 (4.4%) | 21 (4.2%) | 1.01 | 0.55–1.85 | 0.96 |
| Liraglutide | | | | | |
| Composite outcome | 42 (15.9%) | 37 (14.0%) | 1.02 | 0.65–1.59 | 0.91 |
| Intravenous steroids | 33 (12.5%) | 31 (11.7%) | 0.95 | 0.58–1.55 | 0.84 |
| Surgery | <10[a] | <10[a] | 0.80 | 0.32-1.98 | 0.63 |
| Semaglutide | | | | | |
| Composite outcome | 60 (12%) | 74 (14.8%) | 0.84 | 0.59–1.18 | 0.31 |
| Intravenous steroids | 53 (10.6%) | 55 (11%) | 1.01 | 0.69–1.48 | 0.92 |
| Surgery | 10 (2%) | 33 (6.6%) | 0.27 | 0.13–0.57 | 0.001 |
| Type of OHA | | | | | |
| DPP4i | | | | | |
| Composite outcome | 43 (16.9%) | 36 (14.2%) | 1.13 | 0.72–1.76 | 0.58 |
| Intravenous steroids | 37 (14.6%) | 26 (10.2%) | 1.37 | 0.83–2.26 | 0.24 |
| Surgery | 10 (3.9%) | 17 (6.7%) | 0.37 | 0.15–0.89 | 0.02 |
| SGLT2i | | | | | |
| Composite outcome | 41 (13.4%) | 40 (13.1%) | 0.74 | 0.48–1.16 | 0.19 |
| Intravenous steroids | 37 (12.1%) | 30 (9.8%) | 0.91 | 0.56–1.48 | 0.71 |
| Surgery | <10[a] | 14 (4.6%) | 0.36 | 0.14–0.89 | 0.02 |
| Sulfonylureas | | | | | |
| Composite outcome | 55 (12.9%) | 58 (13.6%) | 0.88 | 0.61–1.27 | 0.50 |
| Intravenous steroids | 47 (11.0%) | 36 (8.4%) | 1.24 | 0.80–1.91 | 0.32 |
| Surgery | 12 (2.8%) | 27 (6.3%) | 0.41 | 0.20–0.80 | 0.007 |
| Metformin | | | | | |
| Composite outcome | 133 (14.5%) | 107 (11.6%) | 1.17 | 0.90–1.51 | 0.22 |
| Intravenous steroids | 108 (11.7%) | 86 (9.3%) | 1.18 | 0.89–1.56 | 0.24 |
| Surgery | 29 (3.1%) | 34 (3.7%) | 0.78 | 0.48–1.29 | 0.34 |

*Note*: Composite outcome includes intravenous steroid use and/or CD-related surgery.

Abbreviations: aOR, adjusted hazard ratio; CD, Crohn's disease; CI, confidence interval; DPP4i, dipeptidyl peptidase IV inhibitor; GLP-1RA, glucagon like peptide 1-receptor; OHA, oral hypoglycemic agent; SGLT2i, sodium glucose cotransporter-2 inhibitor.

[a]TriNetX obfuscates patient counts ≥1 and <10.

relapse, it is crucial for healthcare providers to be mindful of these side effects and ensure patient education on symptom management, adequate follow-up and clear guidelines on how to proceed should GI adverse events arise.[26]

Our study has several notable strengths. To our knowledge, this is the first study from the U.S. and the largest study evaluating IBD-specific outcomes in patients with UC and CD using GLP-1RA. We had a diverse cohort from healthcare organisations across the U.S. allowing for generalizability when interpreting its results. The database allows for propensity score matching which reduces the impact of confounding variables despite the retrospective nature of the study. In addition to utilising an active comparator design, we were also able to conduct head-to-head comparison of GLP-1RA to each specific OHA for our secondary analysis.

Our study also has several limitations which require consideration. We did not evaluate IBD outcomes over longer periods as this would significantly decrease cohort sizes. We were unable to evaluate endoscopic activity in our PSM and outcomes as endoscopy data is not available from TriNetX. Similarly, given that TriNetX is an administrative and claims database, data regarding patient-reported symptoms is not available, hence we were unable to include this in PSM as a measure of disease severity and as an outcome of the study. However, we instead included oral and/or intravenous steroid use, laboratory parameters and CD-related

13652036, 2024, 5, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/apt.18138 by Eli Lilly & Company, Wiley Online Library on [21/01/2026]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License



**Risk of intravenous (IV) steroids and surgery based on type of GLP-1RA**

**FIGURE 1** Forest plot depicting risk of hospitalisation requiring intravenous steroids and IBD-related surgery based on type of GLP-1RA compared to the control cohort in patients with UC and CD. aHR, adjusted hazard ratio; CD, Crohn's disease; CI, confidence interval; GLP-1RA, glucagon-like peptide-1 receptor agonist; IBD, inflammatory bowel disease; UC, ulcerative colitis.

**TABLE 7** Severe adverse events in the GLP-1RA and control cohort expressed as adjusted odds ratio with 95% CI.

| Adverse events | GLP-1RA | Control | aOR | 95% CI | *p* value |
|---|---|---|---|---|---|
| Ulcerative colitis | | | | | |
| Gallbladder/biliary disease | 38 (4.8%) | 27 (3.3%) | 1.49 | 0.90–2.47 | 0.11 |
| Acute pancreatitis | 11 (1.19%) | 10 (1.11%) | 1.07 | 0.45–2.54 | 0.87 |
| Gastroparesis | 15 (1.6%) | 10 (1.09%) | 1.50 | 0.67–3.37 | 0.31 |
| Ileus/Intestinal obstruction | 13 (1.4%) | 20 (2.2%) | 0.64 | 0.31–1.29 | 0.21 |
| Acute kidney injury | 55 (7.0%) | 59 (7.3%) | 0.95 | 0.65–1.39 | 0.81 |
| Thyroid malignancy | 0 | <10 | – | – | – |
| Crohn's disease | | | | | |
| Gallbladder/biliary disease | 35 (4.3%) | 40 (4.8%) | 0.89 | 0.56–1.41 | 0.62 |
| Acute pancreatitis | 11 (1.1%) | 18 (1.9%) | 0.58 | 0.27–1.25 | 0.16 |
| Gastroparesis | 35 (3.5%) | 27 (2.7%) | 1.30 | 0.78–2.17 | 0.30 |
| Ileus/Intestinal obstruction | 27 (3.1%) | 31 (3.6%) | 0.85 | 0.50–1.45 | 0.56 |
| Acute kidney injury | 64 (8.0%) | 62 (7.3%) | 1.10 | 0.76–1.58 | 0.60 |
| Thyroid malignancy | <10 | 0 | – | – | – |

surgery in the previous 1 year prior to initiation of anti-diabetic therapy. Data regarding dose escalation or switch of an advanced therapy is difficult to ascertain due to constraints of the database, hence we are not able to report this as an outcome of the study. We did report data regarding the new initiation of an advanced therapy; however, it is possible this could represent a change in advanced therapy if patients were already on one outside of a healthcare organisation not part of the database. We were unable to assess the impact of TNFi drug levels on IBD outcomes due to the small sample size and unclear validity regarding complete data representation in the database. We cannot completely exclude the possibility of immortal time bias; however, our follow-up/outcome ascertainment was 6 months after the index prescription of GLP-1RA and OHA. As noted above, there is limited data regarding the dosing of GLP1-RA which could have impacted the results of the study. Finally, as with all database studies, there is always a concern for misdiagnosis, residual confounding and under-reporting of some variables.

In conclusion, our study showed an association between a lower risk of surgery and GLP-1RA use for T2DM in patients with UC and CD compared to other oral hypoglycemic agents. The beneficial effects of GLP-1RA in IBD and T2DM could be limited to semaglutide and in comparison, to specific OHAs; however, our findings need to be confirmed in future randomised clinical trials.

## AUTHOR CONTRIBUTIONS

**Aakash Desai:** Methodology; data curation; formal analysis; writing – original draft. **Jessica Petrov:** Writing – original draft. **Jana G.**

Hashash: Writing – review and editing. **Harsh Patel:** Writing – review and editing. **Bhaumik Brahmbhatt:** Writing – review and editing. **Gursimran S. Kochhar:** Writing – review and editing. **Francis A. Farraye:** Conceptualization; supervision; writing – review and editing.

## ACKNOWLEDGEMENTS

Dr. Francis A. Farraye is the gurantor of this article. All authors approved the final version of the manuscript.

## FUNDING INFORMATION

None.

## CONFLICT OF INTEREST STATEMENT

AD, JP, HP and BB: None exist. JGH: Consultant for BMS. GSK: Speaker: Lilly Pharma. Advisor Board: GIE Medical, Lilly Pharma, CorEvitas Research Foundation, Pharmacocosmos. Consultant: Pentax endoscopy, Boston Scientific Endoscopy, Olympus Endoscopy, Takeda Pharmaceuticals, Exact SciencesStock Options Digbi Health. FAF: Consultant for AbbVie, Avalo Therapeutics, Bausch, BMS, Braintree Labs, Fresenius Kabi, GI Reviewers, GSK, IBD Educational Group, Iterative Health, Janssen, Pharmacosmos, Pfizer, Sandoz Immunology, Sebela, Viatris. DSMB for Eli Lilly.

## AUTHORSHIP

*Guarantor of the article*: Francis A. Farraye, MD, MSc.

## ORCID

*Aakash Desai* https://orcid.org/0000-0002-6604-7712
*Gursimran S. Kochhar* https://orcid.org/0000-0002-0597-2760

## REFERENCES

1. Bendotti G, Montefusco L, Lunati ME, Usuelli V, Pastore I, Lazzaroni E, et al. The anti-inflammatory and immunological properties of GLP-1 receptor agonists. Pharmacol Res. 2022;182:106320. https://doi.org/10.1016/j.phrs.2022.106320

2. Azmy Nabeh O, Ishak Attallah M, El-Sayed El-Gawhary N. The pivotal relation between glucagon-like peptides, NFκB and inflammatory bowel disease. Clin Exp Pharmacol Physiol. 2020;47(10):1641–8. https://doi.org/10.1111/1440-1681.13361

3. Lourie J. A novel use of Liraglutide: induction of partial remission in ulcerative colitis and ankylosing spondylitis. Clin Dermatol. 2019;6:281. https://doi.org/10.23937/2378-3656/1410281

4. Kato S, Sato T, Fujita H, Kawatani M, Yamada Y. Effects of GLP-1 receptor agonist on changes in the gut bacterium and the underlying mechanisms. Sci Rep. 2021;11(1):9167. https://doi.org/10.1038/s41598-021-88612-x

5. Hunt JE, Holst JJ, Jeppesen PB, Kissow H. GLP-1 and intestinal diseases. Biomedicine. 2021;9(4):383. https://doi.org/10.3390/biomedicines9040383

6. Arvanitakis K, Koufakis T, Popovic DS, Maltese G, Mustafa O, Doumas M, et al. GLP-1 receptor agonists in obese patients with inflammatory bowel disease: from molecular mechanisms to clinical considerations and practical recommendations for safe and effective use. Curr Obes Rep. 2023;12(2):61–74. https://doi.org/10.1007/s13679-023-00506-3

7. Bang-Berthelsen CH, Holm TL, Pyke C, Simonsen L, Søkilde R, Pociot F, et al. GLP-1 induces barrier protective expression in Brunner's glands and regulates colonic inflammation. Inflamm Bowel Dis. 2016;22(9):2078–97. https://doi.org/10.1097/mib.0000000000000847

8. Wang W, Zhang C, Zhang H, Li L, Fan T, Jin Z. The alleviating effect and mechanism of GLP-1 on ulcerative colitis. Aging. 2023;15(16):8044–60. https://doi.org/10.18632/aging.204953

9. Anbazhagan AN, Thaqi M, Priyamvada S, Jayawardena D, Kumar A, Gujral T, et al. GLP-1 nanomedicine alleviates gut inflammation. Nanomedicine. 2017;13(2):659–65. https://doi.org/10.1016/j.nano.2016.08.004

10. Drucker DJ, Dritselis A, Kirkpatrick P. Liraglutide. Nat Rev Drug Discov. 2010;9(4):267–8. https://doi.org/10.1038/nrd3148

11. Hutfless S, Jasper RA, Tilak A, Ghosh T, Kedia S, Liu S, et al. A systematic review of Crohn's disease case definitions in administrative or claims databases. Inflamm Bowel Dis. 2022;29(5):705–15. https://doi.org/10.1093/ibd/izac131

12. Hashash JG, Desai A, Kochhar GS, Farraye FA. Efficacy of paxlovid and lagevrio for COVID-19 infection in patients with inflammatory bowel disease: a propensity-matched study. Clin Gastroenterol Hepatol. 2022;21(3):841–843.e4. https://doi.org/10.1016/j.cgh.2022.09.011

13. Desai A, Hashash JG, Kochhar GS, Hayney MS, Caldera F, Farraye FA. Recombinant zoster vaccine [RZV] is effective in patients with inflammatory bowel disease: a US propensity matched cohort study. J Crohns Colitis. 2024;18:828–35. https://doi.org/10.1093/ecco-jcc/jjae008

14. Lee SY, Lee SH, Yang EJ, Kim E-K, Kim J-K, Shin D-Y, et al. Metformin ameliorates inflammatory bowel disease by suppression of the STAT3 signaling pathway and regulation of the between Th17/Treg balance. PLoS One. 2015;10(9):e0135858. https://doi.org/10.1371/journal.pone.0135858

15. Al-Dwairi A, Alqudah M, Al-Shboul O, Alfaqih M, Alomari D. Metformin exerts anti-inflammatory effects on mouse colon smooth muscle cells in vitro. Exp Ther Med. 2018;16(2):985–92. https://doi.org/10.3892/etm.2018.6222

16. Wanchaitanawong W, Thinrungroj N, Chattipakorn SC, Chattipakorn N, Shinlapawittayatorn K. Repurposing metformin as a potential treatment for inflammatory bowel disease: evidence from cell to the clinic. Int Immunopharmacol. 2022;112:109230. https://doi.org/10.1016/j.intimp.2022.109230

17. Wang Y, Wang Z, Yang H, Chen S, Zheng D, Liu X, et al. Metformin ameliorates chronic colitis-related intestinal fibrosis via inhibiting TGF-β1/Smad3 signaling. Front Pharmacol. 2022;13:887497. https://doi.org/10.3389/fphar.2022.887497

18. Villumsen M, Schelde AB, Jimenez-Solem E, Jess T, Allin KH. GLP-1 based therapies and disease course of inflammatory bowel disease. EClinicalMedicine. 2021;37:100979. https://doi.org/10.1016/j.eclinm.2021.100979

19. Pratley RE, Aroda VR, Lingvay I, Lüdemann J, Andreassen C, Navarria A, et al. Semaglutide versus dulaglutide once weekly in patients with type 2 diabetes (SUSTAIN 7): a randomised, open-label, phase 3b trial. Lancet Diabetes Endocrinol. 2018;6(4):275–86. https://doi.org/10.1016/s2213-8587(18)30024-x

20. Pratley RE, Catarig A, Lingvay I, Viljoen A, Paine A, Lawson J, et al. An indirect treatment comparison of the efficacy of semaglutide 1.0 mg versus dulaglutide 3.0 and 4.5 mg. Diabetes Obes Metab. 2021;23(11):2513–20. https://doi.org/10.1111/dom.14497

21. Rubino DM, Greenway FL, Khalid U, O'Neil PM, Rosenstock J, Sørrig R, et al. Effect of weekly subcutaneous Semaglutide vs daily Liraglutide on body weight in adults with overweight or obesity without diabetes. JAMA. 2022;327(2):138–50. https://doi.org/10.1001/jama.2021.23619

22. Xie Z, Yang S, Deng W, Li J, Chen J. Efficacy and safety of liraglutide and semaglutide on weight loss in people with obesity or overweight:

13652036, 2024, 5, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/apt.18138 by Eli Lilly & Company, Wiley Online Library on [21/01/2026]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

Case 2:24-md-03094-KSM    Document 693-7    Filed 05/19/26    Page 14 of 17    DESAI ET AL.

a systematic review. Clin Epidemiol. 2022;14:1463–76. https://doi.org/10.2147/clep.s391819

23. Desai A, Khataniar H, Hashash JG, Farraye FA, Regueiro M, Kochhar GS. Effectiveness and safety of semaglutide for weight loss in patients with inflammatory bowel disease and obesity. Inflamm Bowel Dis. 2024;izae090. https://doi.org/10.1093/ibd/izae090

24. Abrahami D, Douros A, Yin H, Yu OHY, Renoux C, Bitton A, et al. Dipeptidyl peptidase-4 inhibitors and incidence of inflammatory bowel disease among patients with type 2 diabetes: population based cohort study. BMJ. 2018;360:k872. https://doi.org/10.1136/bmj.k872

25. Radel JA, Pender DN, Shah SA. Dipeptidyl peptidase-4 inhibitors and inflammatory bowel disease risk: a meta-analysis. Ann Pharmacother. 2019;53(7):697–704. https://doi.org/10.1177/1060028019827852

26. Gorgojo-Martínez JJ, Mezquita-Raya P, Carretero-Gómez J, Castro A, Cebrián-Cuenca A, de Torres-Sánchez A, et al. Clinical recommendations to manage gastrointestinal adverse events in patients treated with Glp-1 receptor agonists: a multidisciplinary expert consensus. J Clin Med. 2023;12(1):145. https://doi.org/10.3390/jcm12010145

27. Wharton S, Davies M, Dicker D, Lingvay I, Mosenzon O, Rubino DM, et al. Managing the gastrointestinal side effects of GLP-1 receptor agonists in obesity: recommendations for clinical practice. Postgrad Med. 2021;134(1):14–9. https://doi.org/10.1080/00325481.2021.2002616

28. Sodhi M, Rezaeianzadeh R, Kezouh A, Etminan M. Risk of gastrointestinal adverse events associated with glucagon-like Peptide-1 receptor agonists for weight loss. JAMA. 2023;330(18):1795–7. https://doi.org/10.1001/jama.2023.1957

## SUPPORTING INFORMATION

Additional supporting information will be found online in the Supporting Information section.

**How to cite this article:** Desai A, Petrov J, Hashash JG, Patel H, Brahmbhatt B, Kochhar GS, et al. Use of glucagon-like peptide-1 receptor agonists for type 2 diabetes mellitus and outcomes of inflammatory bowel disease. Aliment Pharmacol Ther. 2024;60:620–632. https://doi.org/10.1111/apt.18138

13652036, 2024, 5, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/apt.18138 by Eli Lilly & Company, Wiley Online Library on [21/01/2026]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

**Supplementary Table 1: List of ICD-10-CM, CPT and ICD-10-PCS codes used for identification cohorts and outcomes**

| Terms | ICD-10-CM/CPT/ICD-10-PCS codes |
|---|---|
| | |
| *IBD* | |
| Ulcerative Colitis | K51* |
| Crohn's disease | K50* |
| | |
| *IBD medications* | |
| | |
| Mesalamine | 52582 |
| Balsalazide | 18747 |
| Olsalazine | 32385 |
| Sulfasalazine | 9524 |
| Azathioprine | 1256 |
| Mercaptopurine | 103 |
| Methotrexate | 6851 |
| Infliximab | 191831 |
| Adalimumab | 327361 |
| Golimumab | 819300 |
| Certolizumab | 709271 |
| Vedolizumab | 1538097 |
| Ustekinumab | 847083 |
| Tofacitinib | 1357536 |
| Upadacitinib | 2196092 |
| | |
| *Glucagon-like peptide-1 receptor agonists* | |
| Dulaglutide | 1551291 |
| Semaglutide | 1991302 |
| Liraglutide | 475968 |
| | |
| *Surgery* | |
| | |
| Colectomy, partial | 1007455 |
| Colectomy, total, abdominal, with proctectomy; with ileoanal anastomosis, includes loop ileostomy, and rectal mucosectomy, when performed | 44157 |
| Colectomy, total, abdominal, with proctectomy; with ileoanal anastomosis, creation of ileal reservoir (S or J), includes | 44158 |

| | |
|---|---|
| loop ileostomy, and rectal mucosectomy, when performed | |
| Laparoscopy, surgical; colectomy, total abdominal, with proctectomy, with ileoanal anastomosis, creation of ileal reservoir (S or J), with loop ileostomy, includes rectal mucosectomy, when performed | 44211 |
| Proctectomy, partial, with rectal mucosectomy, ileoanal anastomosis, creation of ileal reservoir (S or J), with or without loop ileostomy | 45113 |
| Colectomy, total, abdominal, with proctectomy | 1007468 |
| Colectomy, total, abdominal, with proctectomy; with ileostomy | 44155 |
| Colectomy, total, abdominal, with proctectomy; with continent ileostomy | 44156 |
| Laparoscopy, surgical; colectomy, total, abdominal, with proctectomy, with ileostomy | 44212 |
| Gastrointestinal System/Resection/Large Intestine | 0DTE |
| Gastrointestinal System/Excision/Large Intestine | 0DBE |
| Gastrointestinal System/Excision/Large Intestine, Right | 0DBF |
| Gastrointestinal System/Excision/Large Intestine, Left | 0DBG |
| Gastrointestinal System/Excision/Ascending colon | 0DBK |
| Gastrointestinal System/Excision/Transverse colon | 0DBL |
| Gastrointestinal System/Excision/Descending colon | 0DBM |
| Gastrointestinal System/Excision/Sigmoid colon | 0DBN |
| Gastrointestinal System/Excision/Rectum | 0DBP |
| Laparoscopy, surgical, mobilization (take down) of splenic flexure performed in conjunction with partial colectomy | 44213 |
| laparoscopy, surgical; Colectomy, partial, with anastomosis | 44204 |
| laparoscopy, surgical; Colectomy, partial, with end colostomy and closure of distal segment | 44206 |

| | |
|---|---|
| laparoscopy, surgical; Colectomy, partial, with anastomosis, with coloproctostomy | 44207 |
| laparoscopy, surgical; colectomy, partial, with anastomosis, with coloproctostomy (low pelvic anastomosis) with colostomy | 44208 |
| Gastrointestinal System/Excision/Small Intestine | 0DB8 |
| Gastrointestinal System/Excision/Jejunum | 0DBA |
| Gastrointestinal System/Excision/Ileum | 0DBB |
| Gastrointestinal System/Excision/Ileocecal valve | 0DBC |

ICD-10-CM: International Classification of Disease, Tenth Revision, Clinical Modification; CPT – Current Procedural Terminology; ICD-10-PCS – International Classification of Disease, Tenth Revision, Procedure Coding System