# EXHIBIT 59D

Received: 4 December 2021   |   Revised: 22 April 2022   |   Accepted: 22 April 2022

DOI: 10.1002/phar.2688

ORIGINAL RESEARCH ARTICLE



PHARMACOTHERAPY accp

# Association between glucagon-like peptide-1 receptor agonists and biliary-related diseases in patients with type 2 diabetes: A nationwide cohort study

Yaa-Hui Dong[1,2,3]   |   Jo-Hsuan Wu[4]   |   Chia-Hsuin Chang[5,6,7]   |   Jou-Wei Lin[5,8,9]   |   Li-Chiu Wu[5]   |   Sengwee Toh[10]

[1]Department of Pharmacy, College of Pharmaceutical Sciences, National Yang Ming Chiao Tung University, Taipei, Taiwan

[2]Institute of Public Health, School of Medicine, National Yang Ming Chiao Tung University, Taipei, Taiwan

[3]Institute of Hospital and Health Care Administration, School of Medicine, National Yang Ming Chiao Tung University, Taipei, Taiwan

[4]Shiley Eye Institute and Viterbi Family Department of Ophthalmology, Hamilton Glaucoma Center, University of California, San Diego, California, USA

[5]Department of Internal Medicine, National Taiwan University Hospital, Taipei, Taiwan

[6]Department of Medicine, College of Medicine, National Taiwan University, Taipei, Taiwan

[7]Institute of Epidemiology and Preventive Medicine, College of Public Health, National Taiwan University, Taipei, Taiwan

[8]Department of Internal Medicine, National Taiwan University Hospital Yunlin Branch, Douliou City, Taiwan

[9]Cardiovascular Center, National Taiwan University Hospital Yunlin Branch, Douliou City, Taiwan

[10]Department of Population Medicine, Harvard Medical School and Harvard Pilgrim Health Care Institute, Boston, Massachusetts, USA

**Correspondence**
Chia-Hsuin Chang, Department of Internal Medicine, National Taiwan University Hospital, 7, Section 1, Chung-Shan South Road, Taipei 100, Taiwan.
Email: chiahsuin123@yahoo.com.tw

Yaa-Hui Dong, Department of Pharmacy, College of Pharmaceutical Sciences, National Yang Ming Chiao Tung University, 155, Sec 2, Linong Street, Taipei 112, Taiwan.
Email: yaahuidong@gmail.com

**Funding information**
The study was partly supported by the research grant from National Taiwan University Hospital Yunlin Branch (YLH110.A003) and Ministry of Science and Technology, Taiwan (MOST 109-2314-B-002-153-MY2). The funding source had no role in study design, collection, analysis, and interpretation of data, writing of the report, and the decision to submit the article for publication.

## Abstract

**Study Objective:** Clinical trials have suggested that glucagon-like peptide-1 receptor agonists (GLP-1RAs) may be associated with a higher risk of biliary-related diseases in patients with type 2 diabetes. Limited real-world studies have examined the comparative biliary safety of GLP-1RAs versus other antihyperglycemic drugs. We aimed to estimate the comparative risk of biliary-related diseases between GLP-1RAs and sodium glucose cotransporter 2 inhibitors (SGLT2is), which are indicated for patients with similar diabetes severity in Taiwan.

**Design:** Retrospective cohort study.

**Data Source:** Taiwan National Health Insurance Database during 2011 to 2018.

**Patients:** Patients with type 2 diabetes who initiated GLP-1RAs or SGLT2is.

**Intervention:** GLP-1RAs versus SGLT2is.

**Measurements and Main Results:** We used an on-treatment approach to examine the effect of continuous use and an intention-to-treat approach to assess the effect of initiation of GLP-1RAs versus SGLT2is. We used Coxregression models to estimate the hazard ratios (HRs) and 95% confidenceintervals (CIs) for the composite hospitalized biliary-related diseases, including acute cholecystitis or cholecystectomy, choledocholithiasis, and acute cholangitis, after matching each GLP-1RA initiator to up to 10 SGLT2iinitiators using propensity scores (PSs). Among 78,253 PS-matched patients, GLP-1RA use was associated with a numerically higher risk of biliary-related diseases versus SGLT2i use in the on-treatment analysis, with an HR of 1.20 (95% CI, 0.93–1.56) for the composite outcome, an HR of 1.22 (95% CI, 0.92–1.62) for acute cholecystitis

This article is protected by copyright and is provided by the University of Wisconsin-Madison under license from John Wiley & Sons. All rights reserved.

484    PHARMACOTHERAPY    accp

or cholecystectomy, an HR of 1.20 (95% CI, 0.69–2.07) for choledocholithiasis, and an HR of 1.14 (95% CI, 0.82–2.42) for acute cholangitis. The HRs were more pronounced in the intention-to-treat analysis (1.27 [95% CI, 1.05–1.53] for the composite outcome, 1.29 [95% CI, 1.04–1.58] for acute cholecystitis or cholecystectomy, 1.74 [95% CI, 1.23–2.46] for choledocholithiasis, and 1.31 [95% CI, 0.89–1.94] for acute cholangitis). The increased risk of the composite outcome associated with GLP-1RAs was more evident in patients aged ≥60 years, women, and 120 days after treatment initiation. Liraglutide, but not dulaglutide, was associated with an elevated risk.

Conclusions: GLP-1RAs might be associated with an elevated risk of biliary-related diseases compared to SGLT2is in Asian patients with type 2 diabetes.

KEYWORDS
acute cholangitis, acute cholecystitis, biliary-related diseases, cholecystectomy, choledocholithiasis, cohort study, glucagon-like peptide-1 receptor agonists, pharmacoepidemiology, sodium glucose cotransporter 2 inhibitors, type 2 diabetes

# 1 | INTRODUCTION

Gallbladder and biliary tract diseases are the most common digestive tract diseases leading to medical resource utilization in the United States.[1] Besides the well-known risk factors such as old age, female sex, and obesity, emerging evidence suggests that diabetes, especially type 2 diabetes, is an independent risk factor for gallbladder and biliary tract diseases.[2] As the number of patients with diabetes increases worldwide, gallbladder and biliary tract diseases have become a substantial issue in diabetes management.

Glucagon-like peptide-1 receptor agonists (GLP-1RAs) are a class of incretin-based antihyperglycemic drugs.[3] In the Liraglutide Effect and Action in Diabetes: Evaluation of Cardiovascular Outcome Results (LEADER) trial, a pivotal cardiovascular outcome trial of GLP-1RAs, 3.1% and 1.9% of patients experienced acute gallstone diseases in the liraglutide and placebo groups, respectively.[4] The post-hoc analysis further found that liraglutide significantly increased the risk of acute gallbladder or biliary diseases (hazard ratio [HR], 1.60; 95% confidence [CI], 1.23–2.09) compared to placebo.[5] One meta-analysis of small efficacy trials also suggested that the use of GLP-1RAs was associated with an increased risk of cholelithiasis (odds ratio [OR] 1.31; 95% CI, 1.02–1.70) compared to placebo or non-GLP-1RA antihyperglycemic drugs.[6] Few real-world studies have examined the comparative biliary safety of GLP-1RAs versus other antihyperglycemic drugs.[7,8] One European pharmacovigilance analysis reported serious cholecystitis cases that might be associated with GLP-1RAs.[7] Another UK cohort study observed an increased risk of gallbladder and biliary tract diseases (HR, 1.79; 95% CI, 1.21–2.67) and cholecystectomy (HR, 2.08; 95% CI, 1.08–4.02) with the use of GLP-1RAs versus the use of two or more oral antihyperglycemic drugs (mostly metformin and sulfonylureas).[8]

There are some limitations in the existing studies. For example, patients enrolled in clinical trials may have different characteristics compared to those in the real-world environment. It is unclear if the biliary safety issues associated with GLP-1RAs observed in the trials are generalizable to real-world clinical practice. Moreover, previous studies mainly included Western populations, which generally have higher prevalence of biliary-related diseases.[9] The Western populations also tend to have high-fat, low-fiber dietary habits, and higher body mass index (BMI), which are major risk factors of cholesterol gallstones.[9] Therefore, it remains uncertain if existing evidence could be generalized to the Asian populations that tend to have lower prevalence of gallstones, low-fat and high-fiber diets, and lower BMI.[9]

As cardiovascular outcome trials indicate that GLP-1RAs have cardiovascular protective effects, GLP-1RAs are increasingly used among patients with type 2 diabetes. Therefore, it is important to quantify the biliary toxicity associated with GLP-1RA use in a contemporary setting. The present study aimed to estimate the risk of biliary-related diseases associated with GLP-1RAs in patients with type 2 diabetes from a nationwide Taiwanese database.

# 2 | METHODS

## 2.1 | Data source

In 1995, the Taiwanese government launched a single-payer National Health Insurance (NHI) program, which covered more than 99% of the 23-million residents in 2019.[10] The Taiwan National Health Insurance Database (NHIRD) consists of complete demographic and enrollment records, procedure and diagnosis data from hospital admissions and outpatient visits, and pharmacy dispensing claims from hospital admissions and outpatient visits of the enrollees.[11] The National Health Insurance Administration (NHIA), which is in charge of the management of the NHI program and maintenance of the NHIRD, encourages health care facilities to upload laboratory test and physical examination results of each patient visit to the NHIA,

which enriches the encounter data in the NHIRD.[12] The data used in the current study were obtained from the Applied Health Research Data Integration Service of the NHIA, Taiwan (B201905310001). The study protocol was approved by the National Taiwan University Research Ethics Committee.

## 2.2 | Study population and study drugs

We used data from the NHIRD between January 1, 2011 and December 31, 2018. We identified patients with type 2 diabetes aged >20 years who initiated an GLP-1RA or a sodium glucose cotransporter 2 inhibitor (SGLT2i) from the NHIRD between January 1, 2012 (when the NHI began to cover the first GLP-1RA, liraglutide) and December 31, 2018 as the study population. This allowed patients included in 2012 to have sufficient data for measuring baseline characteristics.

We selected SGLT2is as an active comparison group for two reasons. First, according to the NHI payment guidelines and antihyperglycemic drug utilization patterns in Taiwan during the study period, metformin is the first-line treatment, while sulfonylureas and dipeptidyl peptidase-4 inhibitors (DPP-4is) are the most commonly used second-line therapies for patients with type 2 diabetes.[13] As third-line therapies, GLP-1RAs and SGLT2is are usually indicated when patients' glycemic control remain suboptimal after metformin, sulfonylureas, and DPP-4i treatment.[13] Therefore, GLP-1RA initiators would be more comparable to SGLT2i initiators than other oral antihyperglycemic drug initiators. Second, while the biological plausibility of GLP-1RAs contributing to biliary-related diseases is not fully understood, rapid weight loss may play an important role.[14] It remains unclear if there are weight-independent mechanisms that could also contribute to the association.[15] Both GLP-1RAs and SGLT2is have a weight-lowering effect.[4,16-18] The comparison therefore allowed us to explore potential weight-independent mechanisms.

We defined diabetes using inpatient and outpatient diagnosis codes for diabetes recorded between January 1, 2012 and December 31, 2017 (see Table S1 for lists of codes). We excluded patients with a diagnosis of type 1 diabetes between January 1, 2011 and December 31, 2018. Patients who received a study drug, either a GLP-1RA or a SGLT2i, after the type 2 diabetes diagnosis date between January 1, 2012 and December 31, 2018 were further identified. The cohort entry date was the date of the first dispensing of a study drug. Three GLP-1RAs and two SGLT2is were reimbursed for the treatment of type 2 diabetes (but not for obesity or heart failure) in Taiwan during the study period. We only focused on two GLP-1RAs (liraglutide and dulaglutide) and two SGLT2is (dapagliflozin and empagliflozin) because of the limited use of exenatide (one of the GLP-1RAs). See Table S1 for codes to identify the study drugs. We excluded patients with the following conditions on the cohort entry date: receiving both classes of GLP-1RAs or SGLT2is, simultaneously receiving liraglutide and dulaglutide, or simultaneously receiving dapagliflozin and empagliflozin. To identify new users of GLP-1RAs or SGLT2is, we also excluded patients who had used GLP-1RAs (for

SGLT2i users) or SGLT2is (for GLP-1RA users) for up to 2 years before the cohort entry date.

We excluded patients with age ≤ 20 years or > 100 years at cohort entry; patients with organ transplantation, cancer, liver cirrhosis, and dialysis recorded any time before cohort entry (see Table S2 for codes); and patients who had received cholecystectomy recorded any time before cohort entry (see Table S2 for codes) because they were no longer at risk of the outcome of interest. To guarantee that patients had interactions with the health care systems, we excluded patients without any hospital admission or outpatient visit within 1 year before cohort entry. To ensure that patients could be identified with the outcome records when they experienced the events, we also excluded a small proportion of patients who did not have any health encounter after cohort entry.

## 2.3 | Outcomes and follow-up

We defined the primary outcome, a composite of biliary-related diseases, as the first hospitalization for acute cholecystitis or cholecystectomy, choledocholithiasis, or acute cholangitis. We ascertained each outcome based on inpatient diagnosis or procedure codes recorded in any diagnosis or procedure positions or the Taiwan health insurance service claims codes (see Table S3 for codes).

To examine the effects of continuous use of GLP-1RAs versus SGLT2is, we applied an on-treatment approach that followed patients from cohort entry until the first of outcome occurrence, death, end of study period (December 31, 2018), change or discontinuation of the study treatment, or after 2 years of follow-up. Treatment change was defined as a dispensing of a GLP-1RA for SGLT2i initiators or a dispensing of a SGLT2i for GLP-1RA initiators. Treatment discontinuation was defined using a grace period of 30 days between the end of one dispensing and the date of the next dispensing, if any; and the discontinuation date was 30 days after the end of the last dispensing. Previous comparative studies of GLP-1RAs versus SGLT2is had a mean or median follow-up duration ranging from 7 to 18 months.[19-23] Moreover, based on the first reimbursement dates of GLP-1RAs (October 1, 2012) and SGLT2is (May 1, 2016) in Taiwan, GLP-1RA initiators might be followed up for more than 2 years while SGLT2i initiators might only be followed up for up to 2 years during our study period. To be comparable with prior studies and to ensure that we captured the outcome events in a comparable manner between the two treatment groups, we ended our follow-up at 2 years.

In clinical settings, it may take several weeks for patients undergoing serial examinations to accurately diagnose biliary conditions. Meanwhile, the effect of GLP-1RAs on biliary tract, if any, might not disappear immediately after stopping the drug. The on-treatment approach that censored patients at treatment discontinuation might underestimate the risk of biliary outcomes. Therefore, we also used an intention-to-treat approach to assess the effects of initiation of GLP-1RAs and to evaluate the robustness of the results, which followed patients from cohort entry to the earliest of outcome occurrence, death, end of study period, or at 2 years of follow-up.

## 2.4 | Covariates

We measured the following potential baseline confounders during the 180-day period before cohort entry: demographics (age, sex, recorded diabetes duration defined as the duration from the first recorded date of diabetes diagnosis to the cohort entry date), smoking status, comorbidities that might be associated with the risk of biliary-related outcomes and Charlson comorbidity index, use of other antihyperglycemic drugs and other medications that might be associated with the outcome risk, measures of resource utilization, and prescriber specialty.

Smoking status and comorbidities were captured based on inpatient and outpatient procedure or diagnosis files. Medication use was determined based on inpatient and outpatient pharmacy dispensing claims. Measures of resource utilization included number of hospital admissions and number of outpatient visits, overall and by specific cause (such as cardiovascular-related or biliary-related reasons). We also measured whether patients received abdominal echography or biliary-related examinations or procedures. Moreover, we captured the specialty of the physicians who prescribed the study drugs. See Tables S4 and S5 for details.

## 2.5 | Statistical analysis

Using all the aforementioned claims-based covariates, we estimated the baseline propensity scores (PS) using a logistic regression model to predict the probabilities of initiating GLP-1RAs versus SGLT2is. Because we had many more SGLT2i initiators, we matched each GLP-1RA initiator to up to 10 SGLT2i initiators using a nearest-neighbor algorithm without replacement and a maximum matching caliper of 0.025 on the PS scale.[24] To evaluate covariate distribution before and after PS matching, we computed standardized differences for each variable with an absolute value less than 0.1 indicating balance between treatment groups.[25]

We estimated incidence rates of GLP-1RA and SGLT2i initiators based on a Poisson distribution. We plotted Kaplan–Meier curves to show the occurrence of outcome events over time. To evaluate the assumption of proportional hazards, we used the Schoenfeld residuals test, with a p-value <0.05 indicating potential violation of the assumption. We estimated HRs and 95% CIs of composite biliary-related diseases comparing GLP-1RAs with SGLT2is before and after PS matching using Cox proportional hazards models. We also examined the risks for the individual components of the composite outcome. All the analyses after PS matching accounted for the variable ratio matching. See Methods S1 for details.

## 2.6 | Subgroup analyses

We examined the association between GLP-1RAs and composite biliary-related diseases by patient characteristic (age, sex, overweight or obesity status, and recorded history of biliary-related diseases), individual GLP-1RA (liraglutide and dulaglutide), and follow-up duration

(from cohort entry to 120 days and from 121 days to the end of follow-up). See Table S6 for details of each analysis. We re-estimated the PS and re-matched patients within each subgroup.[26,27]

## 2.7 | Sensitivity analyses

Compared to most of health insurance claims databases that do not have results from laboratory tests, our study included two important clinical measurements in the sensitivity analysis to enhance confounding control, including glycated hemoglobin (HbA1c) measured within 90 days before cohort entry and estimated glomerular filtration rate (eGFR) within 180 days before cohort entry based on inpatient and outpatient health encounter records. The eGFR was estimated according to information on age, sex, and serum creatinine measured within 180 days before cohort entry.[28] See Table S7 for details of both measurements. We included HbA1c and eGFR in the PS model and examined the robustness of our results in the main analyses. Because not each patient had data on the two measurements, we used multiple imputation to handle missing data.[29-31] See Methods S1 for details.

## 3 | RESULTS

### 3.1 | Eligible study patients

We identified 148,021 patients with type 2 diabetes who received GLP-1RAs or SGLT2is between 2012 and 2018 in the NHIRD. After applying the eligibility criteria and excluding a small proportion of patients (3% of 148,021 patients) without any health encounter after cohort entry, we included a total of 120,333 eligible patients. Among GLP-1RA initiators (n = 13,807), liraglutide (71%) was prescribed more commonly than dulaglutide (29%). Among SGLT2i initiators (n = 106,526), dapagliflozin (56%) was used more frequently than empagliflozin (44%) (Figure 1).

Table 1 and Table S8 show the baseline claims-based patient characteristics between the treatment groups. The mean age of the cohort was 57 years and 56% were male. Before PS matching, GLP-1RA initiators were younger, tended to be female, had a shorter diabetes duration recorded in the database, and were less likely to have ischemic heart disease and myocardial infarction compared to SGLT2i initiators. However, GLP-1RA initiators tended to be overweight or obese and were more likely to have peripheral vascular disease, chronic kidney disease, and a higher Charlson comorbidity index than SGLT2i initiators. Similar proportions of GLP-1RA initiators and SGLT2i initiators received other oral anti-hyperglycemic medications (e.g., >80% used metformin, >50% used sulfonylureas, and >30% used DPP-4is), although GLP-1RA initiators were more likely to use insulin therapy and were more likely to have resource utilization. GLP-1RA initiators mainly received the treatment from endocrinologists (68%), while SGLT2i initiators tended to receive the treatment from prescribers with a wider range of specialties

**FIGURE 1**  Study cohort assembly. GLP-1RAs, glucagon-like peptide-1 receptor agonists; NHIRD, National Health Insurance Database; SGLT2is, sodium glucose cotransporter 2 inhibitors. [a]The cohort entry date was the date of the first dispensing of a study drug, either an GLP-1RA or an SGLT2i, after the type 2 diabetes diagnosis date

Patients with diabetes identified from the NHIRD between 2012 and 2017 (n=2,026,617)

> Excluded due to
> - Patients with type 1 diabetes between 2011 and 2018 (n=82,060)

Patients with type 2 diabetes between 2012 and 2017 (n=1,944,557)

> Excluded due to
> - Patients who did not receive anti-hyperglycemic treatments of GLP-1RAs or SGLT2is between 2012 and 2018 (n=1,796,536)

Patients with type 2 diabetes who received GLP-1RAs or SGLT2is between 2012 and 2018 (n=148,021)

> Excluded due to
> - Patients who received both classes of GLP-1RAs and SGLT2is on the cohort entry date[a] (n=68)
> - Patients who simultaneously received liraglutide and dulaglutide or patients who simultaneously received dapagliflozin and empagliflozin on the cohort entry date[a] (n=23)
> - Patients who had used SGLT2is up to two years before the cohort entry date[a] for GLP-1RA users (n=115)
> - Patients who had used GLP-1RAs up to two years before the cohort entry date[a] for SGLT2i users (n=200)

Patients with type 2 diabetes who initiated GLP-1RAs or SGLT2is between 2012 and 2018 (n=147,600)

> Excluded due to
> - Age ≤20 years or age >100 years (n=389)
> - Patients who had a diagnosis of organ transplantation, cancer, liver cirrhosis, or dialysis any time before the cohort entry date[a] (n=19,689)
> - Patients who had received cholecystectomy any time before the cohort entry date[a] (n=2,855)
> - Patients who had no interactions with the healthcare systems within one year before the cohort entry date[a] (n=79)
> - Patients who did not have any health encounter after the cohort entry date[a] (n=4,255)

Eligible study population (n=120,333)
- GLP-1RA initiators (n=13,807)
  - Liraglutide (n=9,748)
  - Dulaglutide (n=4,059)
- SGLT2i initiators (n=106,526)
  - Dapagliflozin (n=59,453)
  - Empagliflozin (n=47,073)

(endocrinologists: 35%, cardiologist or cardiovascular surgeon: 24%, others: 41%).

The c-statistic of the PS model was 0.805. After 1:10 variable-ratio matching, a total of 78,253 (65% of the study cohort, 97% of GLP-1RA initiators, and 60% of SGLT2i initiators) patients were included in the analysis. PS matching achieved balance in all baseline claims-based characteristics (Table 1 and Table S8) and overlapping PS distributions (Figure S1) between treatment groups.

## 3.2 | Risk of biliary-related diseases associated with GLP-1RAs versus SGLT2is

### 3.2.1 | Findings from the on-treatment analysis

In the unmatched cohort in the on-treatment analysis, there were 84 cases of composite biliary-related diseases during a mean follow-up of 0.74 years, which corresponded to a crude incidence

TABLE 1  Select baseline patient characteristics by study treatment before and after propensity score matching

| Variables[a] | Before matching, n = 120,333 | | | After variable-ratio matching, n = 78,253 | | |
|---|---|---|---|---|---|---|
| | GLP-1RAs | SGLT2is | Standardized difference | GLP-1RAs | SGLT2is | Standardized difference |
| | n = 13,807 | n = 106,526 | | n = 13,449 | n = 64,804 | |
| | | | | n = 13,449[b] | n = 13,449[b] | |
| **Demographics** | | | | | | |
| Age (years), mean (SD) | 54.14 (13.90) | 57.07 (12.57) | −0.221 | 54.14 (13.88) | 53.87 (13.29) | 0.020 |
| Male sex | 6729 (48.74) | 61,037 (57.30) | −0.172 | 6598 (49.06) | 6623 (49.25) | −0.004 |
| Recorded diabetes duration (days),[c] mean (SD) | 976.70 (661.27) | 1117.62 (658.83) | −0.214 | 981.43 (660.43) | 983.06 (644.56) | −0.003 |
| Smoking | 253 (1.83) | 1848 (1.73) | 0.007 | 246 (1.83) | 248 (1.84) | −0.001 |
| **Comorbidities** | | | | | | |
| Overweight or obesity | 1441 (10.44) | 4032 (3.78) | 0.261 | 1301 (9.67) | 1303 (9.69) | −0.001 |
| Hypertension | 9243 (66.94) | 71,050 (66.70) | 0.005 | 8958 (66.61) | 8836 (65.70) | 0.019 |
| Ischemic heart disease | 2673 (19.36) | 26,262 (24.65) | −0.128 | 2582 (19.20) | 2546 (18.93) | 0.007 |
| Myocardial infarction | 241 (1.75) | 3561 (3.34) | −0.102 | 234 (1.74) | 240 (1.78) | −0.003 |
| Congestive heart failure | 1058 (7.66) | 8979 (8.43) | −0.028 | 1007 (7.49) | 995 (7.40) | 0.003 |
| Cerebrovascular disease | 1245 (9.02) | 10,415 (9.78) | −0.026 | 1187 (8.83) | 1166 (8.67) | 0.006 |
| Peripheral vascular disease | 583 (4.22) | 2499 (2.35) | 0.105 | 552 (4.10) | 567 (4.22) | −0.006 |
| Disorders of lipid metabolism | 10,640 (77.06) | 80,416 (75.49) | 0.037 | 10,358 (77.02) | 10,325 (76.77) | 0.006 |
| Calculus of gallbladder or bile duct without cholecystitis | 162 (1.17) | 1197 (1.12) | 0.005 | 156 (1.16) | 172 (1.28) | −0.011 |
| Charlson comorbidity index, mean (SD) | 2.96 (1.89) | 2.56 (1.75) | 0.221 | 2.93 (1.87) | 2.94 (1.91) | −0.005 |
| **Non- anti-hyperglycemic medication use** | | | | | | |
| ACEIs/ARBs | 8550 (61.93) | 65,221 (61.23) | 0.014 | 8267 (61.47) | 8156 (60.64) | 0.017 |
| Beta-blocking agents | 4689 (33.96) | 38,750 (36.38) | −0.051 | 4492 (33.40) | 4420 (32.86) | 0.011 |
| Calcium channel blockers | 3944 (28.57) | 29,604 (27.79) | 0.017 | 3778 (28.09) | 3721 (27.67) | 0.009 |
| Diuretics | 2679 (19.40) | 15,826 (14.86) | 0.121 | 2503 (18.61) | 2430 (18.07) | 0.014 |
| Other anti-hypertensive agents | 902 (6.53) | 5387 (5.06) | 0.063 | 837 (6.22) | 828 (6.16) | 0.003 |
| Nitrates | 1572 (11.39) | 14,386 (13.50) | −0.064 | 1505 (11.19) | 1468 (10.92) | 0.009 |
| Anti-arrhythmic agents | 396 (2.87) | 3551 (3.33) | −0.027 | 390 (2.90) | 369 (2.74) | 0.009 |
| Digoxin | 185 (1.34) | 1758 (1.65) | −0.026 | 178 (1.32) | 180 (1.34) | −0.001 |
| Aspirin | 4095 (29.66) | 34,510 (32.40) | −0.059 | 3941 (29.30) | 3900 (29.00) | 0.007 |
| Clopidogrel | 886 (6.42) | 8851 (8.31) | −0.072 | 858 (6.38) | 849 (6.31) | 0.003 |
| Warfarin | 143 (1.04) | 1103 (1.04) | <0.001 | 136 (1.01) | 143 (1.06) | −0.005 |
| New oral anticoagulants | 187 (1.35) | 2405 (2.26) | −0.068 | 183 (1.36) | 187 (1.39) | −0.003 |
| Statins | 8514 (61.66) | 66,791 (62.70) | −0.021 | 8296 (61.68) | 8254 (61.37) | 0.006 |
| Fibrates | 1997 (14.46) | 13,982 (13.13) | 0.039 | 1926 (14.32) | 1958 (14.56) | −0.007 |
| Number of cardiovascular-related medications,[d] mean (SD) | 2.81 (1.96) | 2.84 (1.91) | −0.016 | 2.77 (1.95) | 2.74 (1.95) | 0.016 |
| **Anti-hyperglycemic medication use** | | | | | | |
| Insulin | 7769 (56.27) | 24,201 (22.72) | 0.731 | 7413 (55.12) | 7373 (54.82) | 0.006 |
| Metformin | 11,701 (84.75) | 94,966 (89.15) | −0.131 | 11,478 (85.34) | 11,584 (86.13) | −0.023 |
| Sulfonylurea | 7831 (56.72) | 59,361 (55.72) | 0.020 | 7622 (56.67) | 7610 (56.58) | 0.002 |
| Dipeptidyl peptidase-4 inhibitors | 5411 (39.19) | 33,955 (31.87) | 0.153 | 5207 (38.72) | 5171 (38.45) | 0.005 |
| Pioglitazones | 2875 (20.82) | 20,735 (19.46) | 0.034 | 2797 (20.80) | 2823 (20.99) | −0.005 |
| Alpha-glucosidase inhibitors | 2747 (19.90) | 18,380 (17.25) | 0.068 | 2647 (19.68) | 2570 (19.11) | 0.014 |
| Glinides | 243 (1.76) | 992 (0.93) | 0.072 | 230 (1.71) | 209 (1.55) | 0.012 |

TABLE 1 (Continued)

| Variables[a] | Before matching, n = 120,333 | | | After variable-ratio matching, n = 78,253 | | |
|---|---|---|---|---|---|---|
| | GLP-1RAs | SGLT2is | Standardized difference | GLP-1RAs | SGLT2is | Standardized difference |
| | n = 13,807 | n = 106,526 | | n = 13,449 | n = 64,804 | |
| | | | | n = 13,449[b] | n = 13,449[b] | |
| Number of oral anti-hyperglycemic medications,[e] mean (SD) | 2.23 (1.08) | 2.14 (1.04) | 0.083 | 2.23 (1.07) | 2.23 (1.10) | 0.001 |
| Resource utilization | | | | | | |
| Number of hospitalization, mean (SD) | 0.29 (0.62) | 0.20 (0.52) | 0.152 | 0.28 (0.61) | 0.29 (0.62) | −0.003 |
| Number of hospitalization due to cardiovascular-related reasons,[f] mean (SD) | 0.21 (0.53) | 0.16 (0.47) | 0.108 | 0.21 (0.52) | 0.21 (0.53) | 0.003 |
| Number of hospitalization due to biliary-related reasons,[g] mean (SD) | <0.01 (0.05) | <0.01 (0.05) | 0.003 | <0.01 (0.05) | <0.01 (0.05) | 0.003 |
| Number of hospitalization due to acute pancreatitis, mean (SD) | <0.01 (0.06) | <0.01 (0.07) | −0.011 | <0.01 (0.06) | <0.01 (0.05) | 0.008 |
| Number of outpatient visits, mean (SD) | 19.49 (12.07) | 17.63 (11.09) | 0.161 | 19.35 (11.98) | 19.34 (12.12) | 0.001 |
| Number of outpatient visits due to cardiovascular-related reasons,[f] mean (SD) | 7.99 (5.67) | 7.46 (5.02) | 0.098 | 7.92 (5.61) | 7.90 (5.62) | 0.005 |
| Number of outpatient visits due to biliary-related reasons,[g] mean (SD) | 0.01 (0.28) | 0.02 (0.33) | −0.011 | 0.01 (0.27) | 0.01 (0.29) | −0.001 |
| Abdominal echography | 2173 (15.74) | 12,857 (12.07) | 0.106 | 2075 (15.43) | 2125 (15.80) | −0.010 |
| Biliary-related examinations or procedures[h] | 16 (0.12) | 121 (0.11) | 0.001 | 16 (0.12) | 17 (0.13) | −0.002 |
| Prescriber specialty[i] | | | | | | |
| Cardiologist or cardiovascular surgeon | 656 (4.75) | 25,380 (23.83) | −0.566 | 656 (4.88) | 598 (4.45) | 0.020 |
| Endocrinologist | 9353 (67.74) | 37,263 (34.98) | 0.694 | 9017 (67.05) | 9212 (68.50) | −0.031 |
| Other specialty | 3798 (27.51) | 43,883 (41.19) | −0.291 | 3776 (28.08) | 3639 (27.06) | 0.023 |

Abbreviations: ACEIs, angiotensin-converting enzyme inhibitors; ARBs, angiotensin II receptor blockers; GLP-1RAs, glucagon-like peptide-1 receptor agonists; SD, standard deviation; SGLT2is, sodium glucose cotransporter 2 inhibitors.

[a]Data are presented as number (%) of patents unless otherwise specified.

[b]One GLP-1RA initiator versus one randomly sampled SGLT2i initiator in each matched subset.

[c]Duration from the date of first recorded diabetes diagnosis to the date of cohort entry.

[d]Cardiovascular-related medications included ACEIs/ARBs, beta-blocking agents, calcium channel blockers, diuretics, other anti-hypertensive agents, nitrates, anti-arrhythmic agents, digoxin, aspirin, clopidogrel, warfarin, new oral anti-coagulants, statins, and fibrates.

[e]Oral anti-hyperglycemic medications included metformin, sulfonylureas. Glinides, pioglitazone, alpha-glucosidase inhibitors, and dipeptidyl peptidase-4 inhibitors.

[f]Cardiovascular-related reasons included hypertension, ischemic heart disease, myocardial infarction, congestive heart failure, cerebrovascular disease, peripheral vascular disease, and disorders of lipid metabolism.

[g]Biliary-related reasons included acute cholecystitis or cholecystectomy, choledocholithiasis, and acute cholangitis.

[h]Biliary-related examinations or procedures included fiber choledochoscopy or transduodenal choledochoscopy, choledochocystography, endoscopic retrograde cholangiopancreatography, percutaneous transhepatic cholangiography, percutaneous transhepatic cholangiography drainage, percutaneous gall bladder drainage, endoscopic retrograde biliary drainage, endoscopic nasobiliary drainage, transduodenal cholecystolithotomy, endoscopic sphincterotomy, and endoscopic balloon sphincteroplasty.

[i]The specialty of the physicians who prescribed the study drugs.

TABLE 2  Follow-up and event rates of composite and individual biliary-related diseases by study treatment after propensity score matching

| | On-treatment approach | | Intention-to-treat approach | |
| --- | --- | --- | --- | --- |
| | n = 78,253 | | n = 78,253 | |
| | GLP-1RAs | SGLT2is | GLP-1RAs | SGLT2is |
| | n = 13,449 | n = 64,804 | n = 13,449 | n = 64,804 |
| **Composite biliary-related diseases** | | | | |
| Total follow-up person-years | 9983 | 50,443 | 18,177 | 79,682 |
| Mean follow-up years (SD)[a] | 0.74 (0.62) | 0.79 (0.28) | 1.35 (0.67) | 1.29 (0.29) |
| Number of cases | 81 | 320 | 159 | 527 |
| Incidence rate per 1000 person-years (95% CI)[a] | 8.11 (6.53–10.09) | 6.74 (5.34–8.50) | 8.75 (7.49–10.22) | 6.86 (5.73–8.21) |
| **Acute cholecystitis or cholecystectomy** | | | | |
| Total follow-up person-years | 9988 | 50,475 | 18,200 | 79,761 |
| Mean follow-up years (SD)[a] | 0.74 (0.62) | 0.79 (0.28) | 1.35 (0.67) | 1.29 (0.29) |
| Number of cases | 67 | 254 | 129 | 418 |
| Incidence rate per 1000 person-years (95% CI)[a] | 6.71 (5.28–8.52) | 5.47 (4.23–7.08) | 7.09 (5.96–8.42) | 5.64 (4.63–6.88) |
| **Choledocholithiasis** | | | | |
| Total follow-up person-years | 10,016 | 50,559 | 18,265 | 79,989 |
| Mean follow-up years (SD)[a] | 0.74 (0.62) | 0.79 (0.28) | 1.36 (0.66) | 1.29 (0.29) |
| Number of cases | 17 | 75 | 50 | 127 |
| Incidence rate per 1000 person-years (95% CI)[a] | 1.70 (1.06–2.73) | 1.47 (0.89–2.41) | 2.74 (2.07–3.61) | 1.55 (1.06–2.26) |
| **Acute cholangitis** | | | | |
| Total follow-up person-years | 10,016 | 50,571 | 18,274 | 80,001 |
| Mean follow-up years (SD)[a] | 0.74 (0.62) | 0.79 (0.28) | 1.36 (0.66) | 1.29 (0.29) |
| Number of cases | 18 | 69 | 37 | 119 |
| Incidence rate per 1000 person-years (95% CI)[a] | 1.80 (1.13–2.85) | 1.32 (0.78–2.23) | 2.02 (1.47–2.79) | 1.48 (1.00–2.18) |

Abbreviations: CI, confidence interval; GLP-1RAs, glucagon-like peptide-1 receptor agonists; IQR, interquartile range; SD, standard deviation; SGLT2is, sodium glucose cotransporter 2 inhibitors.
[a]Data were weighted by the inverse of the matching ratio.

rate of 8.20 (95% CI, 6.62–10.15) per 1000 person-years, for GLP-1RA initiators. There were 560 cases during a mean follow-up of 0.77 years, which corresponded to a crude incidence rate of 6.81 (95% CI, 6.27–7.40) per 1000 person-years, among the SGLT2i initiators. Most events were acute cholecystitis or cholecystectomy, followed by choledocholithiasis and acute cholangitis (Table S9). GLP-1RA initiators tended to have a higher incidence rate of composite biliary-related diseases than SGLT2i initiators (Tables S9 and S10).

After PS matching, the incidence rate of composite biliary-related diseases was 8.11 (95% CI, 6.53–10.09) per 1000 person-years for GLP-1RA initiators and 6.74 (95% CI, 5.34–8.50) per 1000 person-years for SGLT2i initiators (Table 2). The Kaplan–Meier curves of composite biliary-related diseases for GLP-1RAs and SGLT2is after PS matching are shown in Figure S2a. The Schoenfeld residuals test yielded a p-value of 0.47. The HR of the composite outcome was 1.20 (95% CI, 0.93–1.56). Use of GLP-1RAs was also associated with numerically increased risks of individual outcomes versus SGLT2is, with an HR of 1.22 (95% CI, 0.92–1.62) for acute cholecystitis or

cholecystectomy, an HR of 1.20 (95% CI, 0.69–2.07) for choledocholithiasis, and an HR of 1.14 (95% CI, 0.82–2.42) for acute cholangitis (Table 3).

### 3.2.2 | Findings from the intention-to-treat analysis

Mean follow-up was greater in the intention-to-treat analysis in the unmatched cohort (1.35 years for GLP-1RAs and 1.18 years for SGLT2is) (Table S9). The results before and after PS matching were similar to those from the on-treatment analysis (see Table 2 and Table S9 for outcome incidence, Table 3 and Table S10 for HRs, and Figure S2b for Kaplan–Meier curves). However, the comparative risks of GLP-1RAs versus SGLT2is after PS matching were more pronounced in the intention-to-treat analysis, with an HR of 1.27 (95% CI, 1.05–1.53) for the composite outcome, an HR of 1.29 (95% CI, 1.04–1.58) for acute cholecystitis or cholecystectomy, an HR of 1.74 (95% CI, 1.23–2.46) for choledocholithiasis, and an HR of 1.31 (95% CI, 0.89–1.94) for acute cholangitis (Table 3).

TABLE 3 Hazard ratios and 95% confidence intervals of composite and individual biliary-related diseases comparing GLP-1RAs with SGLT2is after propensity score matching

| | Hazard ratios (95% confidence interval) | |
| --- | --- | --- |
| | On-treatment approach | Intention-to-treat approach |
| Composite biliary-related diseases | 1.20 (0.93–1.56) | 1.27 (1.05–1.53) |
| Individual biliary-related diseases | | |
| Acute cholecystitis or cholecystectomy | 1.22 (0.92–1.62) | 1.29 (1.04–1.58) |
| Choledocholithiasis | 1.20 (0.69–2.07) | 1.74 (1.23–2.46) |
| Acute cholangitis | 1.14 (0.82–2.42) | 1.31 (0.89–1.94) |

Abbreviations: GLP-1RAs, glucagon-like peptide-1 receptor agonists; SGLT2is, sodium glucose cotransporter 2 inhibitors.

### 3.2.3 | Findings from the subgroup analyses

Among each patient subgroup, baseline characteristics were well balanced between treatment groups after PS matching (Tables S11–S16). Figure 2 and Table S17 show the results from subgroup analyses after matching. In the on-treatment analysis, the increased risk of composite biliary-related diseases appeared to be more apparent in patients aged >60 years (HR, 1.40; 95% CI, 0.97–2.00) and women (HR, 1.23; 95% CI, 0.86–1.76). An elevated risk associated with GLP-1RAs was also observed in patients who were not overweight or obese (HR, 1.27; 95% CI, 0.97–1.66) and patients without underlying biliary-related disease history (HR, 1.17; 95% CI, 0.87–1.58). Liraglutide (HR, 1.33; 95% CI, 1.00–1.77), but not dulaglutide, was associated with a higher risk. The results did not change materially in the intention-to-treat analysis; however, the elevated risk seemed to be more apparent 120 days after treatment initiation (Figure 2 and Table S17).

### 3.2.4 | Findings from sensitivity analyses

A total of 98,746 patients (82% of the eligible patients) had data on HbA1c and 100,328 patients (83% of the eligible patients) had data on eGFR. There were 91,305 patients (76%) with information on both clinical measurements (Table S18). In the cohort matched on claims-based covariates, the distribution of HbA1c was similar between treatment groups, but GLP-1RA initiators still had lower eGFR values than SGLT2i initiators (Table S19). When we applied multiple imputation to additionally incorporate HbA1c and eGFR in the analysis, the results were not substantially different from those estimated with the claims-based covariates only (Figure 3).

### 4 | DISSCUSSION

In this large-scale, population-based cohort study comparing GLP-1RAs with SGLT2is in Asian patients with type 2 diabetes, we found an increased risk of biliary-related diseases associated with GLP-1RA treatment. The elevated risk was more apparent in patients aged >60 years and women, and was observed even in the presumably low-risk patients who were not overweight or obese or who had no recorded history of biliary-related diseases. Liraglutide, but not dulaglutide, was associated with a higher risk. The increased risk associated GLP-1RAs appeared to be more apparent 120 days after treatment initiation.

### 4.1 | Comparison with available real-world evidence

One pharmacovigilance study. Identified 100 serious cholecystitis cases that might be associated with GLP-1RAs from the EudraVigilance spontaneous reporting database. However, the relative risk comparing GLP-1RAs with other anti-hyperglycemic drugs was not available.[7] Another population-based UK cohort study included patients with type 2 diabetes who initiated a new non-insulin antihyperglycemic drug (n = 71,369).[8] The mean age of the cohort was 62 years and 59% were male. The proportion of patients with BMI ≥ 30 kg/m$^2$ was 93% in GLP-1RA users (n = 693) and 55% in patients who used at least two oral antihyperglycemic drugs (n = 67,406), and 68% of GLP-1RA users and 40% of patients in the comparison group had HbA1c >8.0%. Current use of GLP-1RAs was associated with an increased risk of gallbladder and biliary tract diseases (adjusted HR, 1.79; 95% CI, 1.21–2.67) and of cholecystectomy (adjusted HR, 2.08; 95% CI, 1.08–4.02) compared to current use of at least two oral antihyperglycemic drugs. Instead, current use of DPP-4is did not show any association (adjusted HR, 0.99; 95% CI, 0.75–1.32).

The present Taiwanese cohort study included patients with type 2 diabetes who initiated GLP-1RAs or SGLT2is, both of which are indicated for patients with similar diabetes severity. The mean age was 57 years, 56% were male, 5% were overweight or obese, and 27% had HbA1$_c$ > 8.0%. Extending findings from the existing UK cohort study,[8] we observed a higher risk of biliary-related diseases associated with GLP-1RAs compared to SGLT2is. Our results highlight the importance of examining the comparative biliary safety of antihyperglycemic drugs in Asian patients with type 2 diabetes, who generally have lower BMI than patients in the Western countries.

### 4.2 | Biological plausibility of GLP-1RA-associated biliary toxicity

Although the biological plausibility behind biliary toxicity of GLP-1RAs remains unclear, existing evidence suggests that it may involve weight-dependent mechanisms. The rapid weight-lowering effect of GLP-1RAs may lead to cholesterol saturation in the bile duct and increase the risk of gallstone formation.[14] Furthermore, the activation of GLP-1 receptor on cholangiocytes may result in increased cellular proliferation and elevated risk of cholestasis.[32,33] Small-scale clinical trials have observed that exenatide and liraglutide can reduce gallbladder emptying or prolong time to maximum postprandial



| | On-treatment approach | | | Intention-to-treat approach | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Subgroup | Hazard ratio (95% confidence interval) | GLP-1RAs versus SGLT2is | Subgroup | Hazard ratio (95% confidence interval) | GLP-1RAs versus SGLT2is |
| **Age** | >60 years (n=27,317) | 1.40 (0.97-2.00) | | >60 years (n=27,317) | 1.38 (1.06-1.79) | |
| | <60 years (n=50,490) | 1.08 (0.75-1.56) | | <60 years (n=50,490) | 1.17 (0.89-1.52) | |
| **Sex** | Female (n=36,781) | 1.23 (0.86-1.76) | | Female (n=36,781) | 1.32 (1.01-1.72) | |
| | Male (n=41,309) | 1.15 (0.80-1.66) | | Male (n=41,309) | 1.25 (0.96-1.63) | |
| **Overweight or obesity** | No (n=72,960) | 1.27 (0.97-1.66) | | No (n=72,960) | 1.35 (1.11-1.64) | |
| | Yes (n=5,016) | 0.57 (0.20-1.62) | | Yes (n=5,016) | 0.55 (0.25-1.18) | |
| **History of biliary-related diseases** | No (n=75,672) | 1.17 (0.87-1.58) | | No (n=75,672) | 1.30 (1.05-1.60) | |
| | Yes (n=2,460) | 1.34 (0.81-2.22) | | Yes (n=2,460) | 1.10 (0.72-1.69) | |
| **GLP-1RAs** | Liraglutide (n=58,661) | 1.33 (1.00-1.77) | | Liraglutide (n=58,661) | 1.32 (1.07-1.62) | |
| | Dulaglutide (n=41,414) | 0.99 (0.59-1.65) | | Dulaglutide (n=41,414) | 1.15 (0.79-1.68) | |
| **Follow-up duration** | 1 to 120 days (n=78,253) | 1.20 (0.82-1.75) | | 1 to 120 days (n=78,253) | 1.15 (0.81-1.63) | |
| | >120 days (n=50,003) | 1.19 (0.83-1.69) | | >120 days (n=69,159) | 1.34 (1.07-1.67) | |

FIGURE 2  Hazard ratios and 95% confidence intervals of composite biliary-related diseases comparing GLP-1RAs with SGLT2is after propensity score matching[a], by patient characteristic, individual GLP-1RA, and follow-up duration. GLP-1RAs, glucagon-like peptide-1 receptor agonists; SGLT2is, sodium glucose cotransporter 2 inhibitors. [a]We re-estimated the propensity scores and re-matched patients in each patient subgroup

| | On-treatment approach | | Intention-to-treat approach | |
| --- | --- | --- | --- | --- |
| | Hazard ratio (95% confidence interval) | GLP-1 RAs versus SGLT2is | Hazard ratio (95% confidence interval) | GLP-1 RAs versus SGLT2is |
| Composite biliary-related diseases | 1.22 (0.94-1.58) | | 1.25 (1.04-1.52) | |
| Individual biliary-related diseases | | | | |
| Acute cholecystitis or cholecystectomy | 1.22 (0.92-1.63) | | 1.27 (1.03-1.56) | |
| Choledocholithiasis | 1.41 (0.81-2.45) | | 1.81 (1.27-2.57) | |
| Acute cholangitis | 1.41 (0.81-2.46) | | 1.23 (0.82-1.83) | |

FIGURE 3  Hazard ratios and 95% confidence intervals of composite and individual biliary-related diseases comparing GLP-1RAs with SGLT2is after propensity score matching, with additional adjustment for HbA1c and eGFR in the propensity score model. eGFR, estimated glomerular filtration rate; GLP-1RAs, glucagon-like peptide-1 receptor agonists; HbA1c, glycated hemoglobin A1c; SGLT2is, sodium glucose cotransporter 2 inhibitors

gallbladder ejection fraction, which may explain the biliary-related adverse effect.[34-36] Animal studies have also shown that liraglutide decreased the abundance and diversity of intestinal microbiota, probably due to longer transit time of intestinal content[37,38]; this may therefore affect bile-acid pool composition and bile acid metabolism.[39,40] By comparing GLP-1RAs with SGLT2is, both with weight-lowering effects, our findings suggest that weight-independent mechanisms may also play a role in the association between GLP-1RAs and biliary-related outcomes.

### 4.3 | Potential differential influence on biliary-related diseases across individual GLP-1RAs

We found that the risk of biliary-related diseases was greater among patients receiving liraglutide but not dulaglutide. In the LEADER trial with a median follow-up of 3.8 years, 3.1% and 1.9% of

patients had acute gallstone diseases in the liraglutide and placebo groups, respectively ($p$-value < 0.001).[4] However, in the Researching Cardiovascular Events with a Weekly Incretin in Diabetes (REWIND) trial with a median follow-up of 5.4 years, severe hepatobiliary adverse events were similar between dulaglutide and placebo groups (2.4% vs. 2.1%, $p$-value = 0.45).[16]

In contrast to having a fatty acid side chain on liraglutide to non-covalently bind to albumin, dulaglutide is covalently linked to a modified human immunoglobulin G fragment.[41] Whether the differences in structure between the two GLP-1RAs contribute to differential biliary toxicity needs further investigation. On the other hand, our findings should be interpreted with caution because liraglutide was reimbursed earlier than dulaglutide in Taiwan. This led to fewer patients receiving dulaglutide and lower number of events for dulaglutide in the present study, resulting in less precise HR estimates. More data are needed to clarify whether the risk of biliary-related diseases varies by individual GLP-1RA.

PHARMACOTHERAPY   accp   493

## 4.4 | Strength and limitation of our study

To our knowledge, our study is the first study to examine the risk of biliary-related diseases associated with GLP-1RAs in Asian patients with type 2 diabetes in real-world settings. A comprehensive list of biliary-related diseases was chosen as the study outcomes to enhance clinical relevance. Compared to most claims-based studies, we were able to additionally capture information on HbA1c and eGFR to improve confounding control. To mitigate possible confounding effects of baseline characteristics, we matched the two groups of patients on important risk factors for biliary-related diseases including several proxies for severity of diabetes (such as diabetes duration and number of antihyperglycemic drugs used), overweight or obesity status, and several drugs that may influence the outcome risk (such as statins and fibrates), through PS matching. Unlike prior studies, we used an active comparison approach by comparing GLP-1RAs and SGLT2is. The comparison of two drug classes minimized baseline confounding,[42] reflected treatment choice in real-world settings, and allowed us to explore weight-independent mechanisms for biliary-related toxicity.

Our study has several limitations. First, we examined the comparative biliary risk between GLP-1RAs and SGLT2is, both of which are comparable treatment options in Taiwan. We need to recognize this comparison may underestimate the biliary risk of GLP-1RAs because some of the effects may be mediated through their common weight-lowering property. However, biliary toxicity has not been reported for SGLT2is use by any animal or clinical studies. Second, we did not use DPP-4is, another class of incretin-based medications, as a comparator. This was because most GLP-1RA initiators in Taiwan have previously received DPP-4is[43] (also shown in Table 1); therefore, patients receiving these drugs might have different diabetes severity, which may introduce residual confounding.

Third, we capped follow-up at 2 years and the mean follow-up duration was approximately 0.8 in the on-treatment analysis and 1.2 years in the intention-to-treat analysis. Therefore, we could not investigate long-term effects of the study drugs. Fourth, we could not rule out the possibility that patients receiving GLP-1RAs experienced more gastrointestinal upsets and hence received more examinations, leading to differential outcome identification. At baseline, GLP-1RA initiators were more likely to receive abdominal echography than SGLT2i initiators. However, our study outcomes were hospitalized events, so the study findings were unlikely to be driven solely by detection bias. Fifth, given the limited number of patients in the subgroup analyses, we could not precisely estimate the risks in certain patient subgroups, especially in the on-treatment follow-up scheme. Finally, there might be residual confounding despite having controlled for a large number of potential confounders.

## 5 | CONCLUSION

GLP-1RA use might be associated with an elevated risk of biliary-related diseases compared to SGLT2i use in Asian patients with type 2 diabetes.

### ACKNOWLEDGMENT

The authors would like to thank for Chun-Yu Chen (Institute of Public Health, School of Medicine, National Yang Ming Chiao Tung University, Taipei, Taiwan) for assisting with literature review and manuscript revision.

### CONFLICT OF INTEREST

All the authors declared no other relationships or activities that could appear to have influenced the submitted work.

### ORCID

*Yaa-Hui Dong* 🄳 https://orcid.org/0000-0003-0748-7993
*Jo-Hsuan Wu* 🄳 https://orcid.org/0000-0002-9435-746X

### REFERENCES

1. Peery AF, Crockett SD, Murphy CC, et al. Burden and cost of gastrointestinal, liver, and pancreatic diseases in the United States: update 2018. *Gastroenterology*. 2019;156(1):254-272.
2. Aune D, Vatten LJ. Diabetes mellitus and the risk of gallbladder disease: a systematic review and meta-analysis of prospective studies. *J Diabetes Complications*. 2016;30(2):368-373.
3. Drucker DJ. Mechanisms of action and therapeutic application of glucagon-like peptide-1. *Cell Metab*. 2018;27(4):740-756.
4. Marso SP, Daniel GH, Brown-Frandsen K, et al. Liraglutide and cardiovascular outcomes in type 2 diabetes. *N Engl J Med*. 2016;375(4):311-322.
5. Nauck MA, Muus Ghorbani ML, Kreiner E, Saevereid HA, Buse JB. LEADER Publication Committee on behalf of the LEADER Trial Investigators. Effects of liraglutide compared with placebo on events of acute gallbladder or biliary disease in patients with type 2 diabetes at high risk for cardiovascular events in the LEADER randomized trial. *Diabetes Care*. 2019;42(10):1912-1920.
6. Monami M, Nreu B, Scatena A, et al. Safety issues with glucagon-like peptide-1 receptor agonists (pancreatitis, pancreatic cancer and cholelithiasis): data from randomized controlled trials. *Diabetes Obes Metab*. 2017;19(9):1233-1241.
7. Pizzimenti V, Giandalia A, Cucinotta D, et al. Incretin-based therapy and acute cholecystitis: a review of case reports and EudraVigilance spontaneous adverse drug reaction reporting database. *J Clin Pharm Ther*. 2016;41(2):116-118.
8. Faillie JL, Yu OH, Yin H, Hillaire-Buys D, Barkun A, Azoulay L. Association of bile duct and gallbladder diseases with the use of incretin-based drugs in patients with type 2 diabetes mellitus. *JAMA Intern Med*. 2016;176(10):1474-1481.
9. UpToDate®. Gallstones: epidemiology, risk factors, and prevention. Accessed February 10, 2022. https://www.uptodate.com/contents/gallstones-epidemiology-risk-factors-and-prevention?search=biliary%20disease&topicRef=654&source=see_link
10. National Health Insurance Administration. 2019–2020. National Health Insurance Annual Report. Accessed January 17, 2021. https://www.nhi.gov.tw/Content_List.aspx?n=9223A12B5B31CB37&topn=4864A82710DE35ED
11. Lin LY, Warren-Gash C, Smeeth L, Chen PC. Data resource profile: the National Health Insurance Research Database (NHIRD). *Epidemiol Health*. 2018;40:e2018062.
12. Lee PC, Kao FY, Liang FW, Lee YC, Li ST, Lu TH. Existing data sources in clinical epidemiology: the Taiwan National Health Insurance Laboratory Databases. *Clin Epidemiol*. 2021;13:175-181.
13. National Health Insurance Drug Payment Guideline. Summary of Amendments. Chapter 5: Hormones & drugs affecting hormonal

494 | PHARMACOTHERAPY accp

mechanism (The change took effect on 1 August 2016). Accessed January 17, 2021. https://www.nhi.gov.tw/Resource/bulletin/6342_1050055307A-2.pdf

14. Erlinger S. Gallstones in obesity and weight loss. *Eur J Gastroenterol Hepatol*. 2000;12(12):1347-1352.

15. Haider S, Lipska KJ. Glucagon-like peptide-1 receptor agonists-how safe are they? *JAMA Intern Med Published Online March*. 2022;28:520-521. doi:10.1001/jamainternmed.2022.0335

16. Gerstein HC, Colhoun HM, Dagenais GR, et al. Dulaglutide and cardiovascular outcomes in type 2 diabetes (REWIND): a double-blind, randomised placebo-controlled trial. *Lancet*. 2019;394(10193):121-130.

17. Wiviott SD, Raz I, Bonaca MP, et al. DECLARE–TIMI 58 investigators. Dapagliflozin and cardiovascular outcomes in type 2 diabetes. *N Engl J Med*. 2019;380(4):347-357.

18. Zinman B, Wanner C, Lachin JM, et al. Empagliflozin, cardiovascular outcomes, and mortality in type 2 diabetes. *N Engl J Med*. 2015;373(22):2117-2128.

19. Patorno E, Goldfine AB, Schneeweiss S, et al. Cardiovascular outcomes associated with canagliflozin versus other non-gliflozin antidiabetic drugs: population based cohort study. *BMJ*. 2018;360:k119.

20. Patorno E, Pawar A, Gessette LG, et al. Comparative effectiveness and safety of sodium-glucose cotransporter 2 inhibitors versus glucagon-like peptide 1 receptor agonists in older adults. *Diabetes Care*. 2021;44(3):826-835.

21. Patorno E, Htoo PT, Glynn RJ, et al. Sodium-glucose cotransporter-2 inhibitors versus glucagon-like peptide-1 receptor agonists and the risk for cardiovascular outcomes in routine care patients with diabetes across categories of cardiovascular disease. *Ann Intern Med*. 2021;174(11):1528-1541.

22. Pineda ED, Liao IC, Godley PJ, Michel JB, Rascati KJ. Cardiovascular outcomes among patients with type 2 diabetes newly initiated on sodium-glucose cotransporter-2 inhibitors, glucagon-like peptide-1 receptor agonists, and other antidiabetic medications. *J Manag Care Spec Pharm*. 2020;26(5):610-618.

23. Longato E, Camillo BD, Sparacino G, Gubian L, Avogaro A, Fadinin GP. Cardiovascular outcomes of type 2 diabetic patients treated with SGLT-2 inhibitors versus GLP-1 receptor agonists in real-life. *BMJ Open Diab REs Care*. 2020;8(1):e001451.

24. Division of Pharmacoepidemiology and Pharmacoeconomics, Department of Medicine, Brigham and Women's Hospital and Harvard Medical School, Boston, MA. The nearest-neighbor matching algorithm in the Pharmacoepidemiology Toolbox. Accessed January 17, 2021. http://www.drugepi.org/dope-downloads/

25. Austin PC. An introduction to propensity score methods for reducing the effects of confounding in observational studies. *Multivariate Behav Res*. 2011;46(3):399-424.

26. Rassen JA, Glynn RJ, Rothman KJ, Setoguchi S, Schneeweiss S. Applying propensity scores estimated in a full cohort to adjust for confounding in subgroup analyses. *Pharmacoepidemiol Drug Saf*. 2012;21(7):697-709.

27. Wang SV, Jin Y, Fireman B, et al. Relative performance of propensity score matching strategies for subgroup analyses. *Am J Epidemiol*. 2018;187(8):1799-1807.

28. Levey AS, Stevens LA, Schmid CH, Zhang YL, Castro AF 3rd, Feldman HI. CKD-EPI (chronic kidney disease epidemiology collaboration). A new equation to estimate glomerular filtration rate. *Ann Intern Med*. 2009;150(9):604-612.

29. Granger E, Sergeant JC, Lunt M. Avoiding pitfalls when combining multiple imputation and propensity scores. *Stat Med*. 2019;38(26):5120-5132.

30. SAS Institute Inc. SAS/STAT® 14.1 User's Guide The MI procedure. Accessed October 1, 2021. https://support.sas.com/documentation/onlinedoc/stat/141/mi.pdf

31. SAS Institute Inc. SAS/STAT® 13.1 User's guide The MIANALYZE procedure. Accessed October 1, 2021. https://support.sas.com/documentation/onlinedoc/stat/131/mianalyze.pdf

32. Marzioni M, Alpini G, Saccomanno S, et al. Glucagon-lie peptide-1 and its receptor agonist exendin-4 modulate cholangiocyte adaptive response to cholestasis. *Gastroenterology*. 2007;133(1):244-255.

33. Marzioni M, Alpini G, Saccomanno S, et al. Exendin-4, a glucagon-like peptide 1 receptor agonist, protects cholangiocytes from apoptosis. *Gut*. 2009;58(7):990-997.

34. Keller J, Trautmann ME, Haber H, et al. Effect of exenatide on cholecystokinin-induced gallbladder emptying in fasting healthy subjects. *Regul Pept*. 2012;179(1–3):77-83.

35. Nexøe-Larsen CC, Sørensen PH, Hausner H, et al. Effects of liraglutide on gallbladder emptying: a randomized, placebo-controlled trial in adults with overweight or obesity. *Diabetes Obes Metab*. 2018;20(11):2557-2564.

36. Gether IM, Nexøe-Larsen C, Knop FK. New avenues in the regulation of gallbladder motility-implications for the use of glucagon-like peptide-derived drugs. *J Clin Endocrinol Metab*. 2019;104(7):2463-2472.

37. Wang L, Li P, Tang Z, Yan X, Feng B. Structural modulation of the gut microbiota and the relationship with body weight: compared evaluation of liraglutide and saxagliptin treatment. *Sci Rep*. 2016;6:33251.

38. Zhao L, Chen Y, Xia F, et al. A glucagon-like peptide-1 receptor agonist lowers weight by modulating the structure of gut microbiota. *Front Endocrinol (Lausanne)*. 2018;9:233.

39. Grigor'eva IN, Romanova TI. Gallstone disease and microbiome. *Microorganisms*. 2020;8(6):835.

40. Wang Q, Jiao L, He C, et al. Alteration of gut microbiota in association with cholesterol gallstone formation in mice. *BMC Gastroenterol*. 2017;17(1):74.

41. Gentilella R, Pechtner V, Corcos A, Consoli A. Glucagone-like peptide-1 receptor agonist in type 2 diabetes treatment: are they all the same? *Diabetes Metab Res Rev*. 2019;35(1):e3070.

42. Lund JL, Richardson DB, Stürmer T. The active comparator, new user study design in pharmacoepidemiology: historical foundations and contemporary application. *Curr Epidemiol Rep*. 2015;2(4):221-228.

43. Yang CT, Yang CY, Ou HT, Kuo S. Comparative cardiovascular safety of GLP-1 receptor agonists versus other glucose-lowering agents in real-world patients with type 2 diabetes: a nationwide population-based cohort study. *Cardiovasc Diabetol*. 2020;19(1):83.

## SUPPORTING INFORMATION

Additional supporting information may be found in the online version of the article at the publisher's website.

**How to cite this article:** Dong Y-H, Wu J-H, Chang C-H, Lin J-W, Wu L-C, Toh S. Association between glucagon-like peptide-1 receptor agonists and biliary-related diseases in patients with type 2 diabetes: A nationwide cohort study. *Pharmacotherapy*. 2022;42:483-494. doi: 10.1002/phar.2688