# EXHIBIT 66D



DVD INCLUDED

# Goodman & Gilman's

# The Pharmacological Basis of THERAPEUTICS

## 12TH EDITION

**LAURENCE BRUNTON**

**BRUCE CHABNER · BJORN KNOLLMAN**

Universal Free E-Book Store

*Goodman & Gilman's*

# The Pharmacological Basis of
# THERAPEUTICS

twelfth edition

**editor**

## Laurence L. Brunton, PhD

Professor of Pharmacology and Medicine
School of Medicine, University of California, San Diego
La Jolla, California

**associate editors**

## Bruce A. Chabner, MD

Professor of Medicine
Harvard Medical School
Director of Clinical Research
Massachusetts General Hospital Cancer Center
Boston, Massachusetts

## Björn C. Knollmann, MD, PhD

Professor of Medicine and Pharmacology
Oates Institute for Experimental Therapeutics
Division of Clinical Pharmacology
Vanderbilt University School of Medicine
Nashville, Tennessee

 **Medical**

New York Chicago San Francisco Lisbon London Madrid Mexico City Milan
New Delhi San Juan Seoul Singapore Sydney Toronto

Universal Free E-Book Store

Copyright © 2011, 2006, 1996, 1990, 1985, 1980, 1975, 1970, 1965, 1955, 1941 by The McGraw-Hill Companies, Inc. All rights reserved. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written permission of the publisher.

ISBN: 978-0-07-176939-6

MHID: 0-07-176939-0

The material in this eBook also appears in the print version of this title: ISBN: 978-0-07-162442-8, MHID: 0-07-162442-2.

All trademarks are trademarks of their respective owners. Rather than put a trademark symbol after every occurrence of a trademarked name, we use names in an editorial fashion only, and to the benefit of the trademark owner, with no intention of infringement of the trademark. Where such designations appear in this book, they have been printed with initial caps.

McGraw-Hill eBooks are available at special quantity discounts to use as premiums and sales promotions, or for use in corporate training programs. To contact a representative please e-mail us at bulksales@mcgraw-hill.com.

TERMS OF USE

This is a copyrighted work and The McGraw-Hill Companies, Inc. ("McGrawHill") and its licensors reserve all rights in and to the work. Use of this work is subject to these terms. Except as permitted under the Copyright Act of 1976 and the right to store and retrieve one copy of the work, you may not decompile, disassemble, reverse engineer, reproduce, modify, create derivative works based upon, transmit, distribute, disseminate, sell, publish or sublicense the work or any part of it without McGraw-Hill's prior consent. You may use the work for your own noncommercial and personal use; any other use of the work is strictly prohibited. Your right to use the work may be terminated if you fail to comply with these terms.

THE WORK IS PROVIDED "AS IS." McGRAW-HILL AND ITS LICENSORS MAKE NO GUARANTEES OR WARRANTIES AS TO THE ACCURACY, ADEQUACY OR COMPLETENESS OF OR RESULTS TO BE OBTAINED FROM USING THE WORK, INCLUDING ANY INFORMATION THAT CAN BE ACCESSED THROUGH THE WORK VIA HYPERLINK OR OTHERWISE, AND EXPRESSLY DISCLAIM ANY WARRANTY, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. McGraw-Hill and its licensors do not warrant or guarantee that the functions contained in the work will meet your requirements or that its operation will be uninterrupted or error free. Neither McGraw-Hill nor its licensors shall be liable to you or anyone else for any inaccuracy, error or omission, regardless of cause, in the work or for any damages resulting therefrom. McGraw-Hill has no responsibility for the content of any information accessed through the work. Under no circumstances shall McGraw-Hill and/or its licensors be liable for any indirect, incidental, special, punitive, consequential or similar damages that result from the use of or inability to use the work, even if any of them has been advised of the possibility of such damages. This limitation of liability shall apply to any claim or cause whatsoever whether such claim or cause arises in contract, tort or otherwise.

Universal Free E-Book Store

receptors, but because the endogenous and exogenous ligands for these putative receptors are still unknown, these are referred to as *orphan receptors*. Orphan receptors are still found in the G–protein coupled receptor and nuclear hormone receptor families. Detailed knowledge of a drug's molecular target(s) can inform the development of new drugs with greater efficacy and lower toxicities. With the advent of transgenic animal models, it is now feasible to develop animal models that can test hypotheses regarding the possible physiological effects of altering a specific receptor's function and to predict the effects of receptor antagonists and agonists by genetically altering the receptor's expression and function. The methods and rationale currently used by the pharmaceutical industry to design and invent new drugs is covered fully in Chapter 1 and outlined briefly below.

Both the affinity of a drug for its receptor and its intrinsic activity are determined by its chemical structure. This relationship frequently is quite stringent. Relatively minor modifications in the drug molecule may result in major changes in its pharmacological properties based on altered affinity for one or more receptors. The stringent nature of chemical structure to specificity of binding of a drug to its receptor is illustrated by the capacity of receptors to interact selectively with optical isomers, as described for the antimuscarinic actions of dl-hyoscyamine (atropine, effects of which are due to the l-isomer) versus d-hyoscyamine.

Exploitation of structure-activity relationships on many occasions has led to the synthesis of valuable therapeutic agents. Because changes in molecular configuration need not alter all actions and effects of a drug equally, it is sometimes possible to develop a congener with a more favorable ratio of therapeutic to adverse effects, enhanced selectivity among different cells or tissues, or more acceptable secondary characteristics than those of the parent drug. Therapeutically useful antagonists of hormones or neurotransmitters have been developed by chemical modification of the structure of the physiological agonist. Minor modifications of structure also can have profound effects on the pharmacokinetic properties of drugs. For example, addition of a phosphate ester at the N3 position in the antiseizure drug phenytoin (5,5-diphenyl-2,4-imidazolidinedione) produces a prodrug (FOSPHENYTOIN) that is more soluble in intravenous solutions than its parent. This modification results in far more reliable distribution in the body and a drug that must be cleaved by esterase to become active.

Given adequate information about both the molecular structures and the pharmacological activities of a relatively large group of congeners, it is possible to use computer analysis to identify the chemical properties (i.e., the pharmacophore) required for optimal action at the receptor: size, shape, position, and orientation of charged groups or hydrogen bond donors, and so on. Advances in molecular modeling of organic compounds and the methods for drug target (receptor) discovery and biochemical measurement of the primary actions of drugs at their receptors have enriched the quantitation of structure-activity relationships and its use in drug design (Carlson and McCammon, 2000). The importance of specific drug-receptor interactions can be evaluated further by analyzing the responsiveness of receptors that have been selectively mutated at individual amino acid residues. Such information increasingly is allowing the optimization or design of chemicals that can bind to a receptor with improved affinity, selectivity, or regulatory effect. Similar structure-based approaches also are used to improve pharmacokinetic properties of drugs, particularly if knowledge of their metabolism is known. Knowledge of the structures of receptors and of drug-receptor complexes, determined at atomic resolution by x-ray crystallography, is even more helpful in the design of ligands and in understanding the molecular basis of drug resistance and circumventing it (i.e., x-ray crystal structures of BCR-ABL and BCR-ABL mutants in complex with imatinib and other small molecule inhibitors). Emerging technology in the field of pharmacogenetics (Chapter 7) is improving our understanding of the nature of and variation in receptors, and is positioned to permit molecular diagnostics in individual patients to predict those who will most benefit from a particular drug (Jain, 2004).

## QUANTITATIVE ASPECTS OF DRUG INTERACTIONS WITH RECEPTORS

Receptor occupancy theory assumes that response emanates from a receptor occupied by a drug, a concept that has its basis in the law of mass action. The basic currency of receptor pharmacology is the *dose-response* (or concentration-response) *curve*, a depiction of the observed effect of a drug as a function of its concentration in the receptor compartment. Figure 3–2 shows a typical dose-response curve; it reaches a maximal asymptotic value when the drug occupies all the receptor sites.



**Figure 3–2.** *Graded responses (y axis as a percentage of maximal response) expressed as a function of the concentration of drug A present at the receptor.* The hyperbolic shape of the curve in panel **A** becomes sigmoid when plotted semi-logarithmically, as in panel **B**. The concentration of drug that produces 50% of the maximal response quantifies drug activity and is referred to as the $EC_{50}$ (effective concentration for 50% response). The range of concentrations needed to fully depict the dose-response relationship (~3 $\log_{10}$ [10] units) is too wide to be useful in the linear format of Figure 3–2A; thus, most dose-response curves use log [Drug] on the x axis, as in Figure 3–2B. Dose-response curves presented in this way are sigmoidal in shape and have three properties: threshold, slope, and maximal asymptote. These three parameters quantitate the activity of the drug.