# EXHIBIT 68D



# Liraglutide after diet-induced weight loss for pain and weight control in knee osteoarthritis: a randomized controlled trial

*Henrik Gudbergsen,[1] Anders Overgaard,[1] Marius Henriksen,[1,2] Eva Ejlersen Wæhrens,[1,3] Henning Bliddal,[1] Robin Christensen,[1,4] Sabrina Mai Nielsen,[1,4] Mikael Boesen,[1,5] Filip Krag Knop,[6,7] Arne Astrup,[8] Marianne Uggen Rasmussen,[1] Cecilie Bartholdy,[1,2] Cecilie Laubjerg Daugaard,[1] Karen Ellegaard,[1] Berit Lilienthal Heitmann,[9,10] Else Marie Bartels,[1,11] Bente Danneskiold-Samsøe,[1] and Lars Erik Kristensen[1]*

[1]The Parker Institute, Bispebjerg-Frederiksberg Hospital, University of Copenhagen, Frederiksberg, Denmark; [2]Department of Physical and Occupational Therapy, Bispebjerg-Frederiksberg Hospital, University of Copenhagen, Copenhagen Denmark; [3]Research Initiative for Activity Studies and Occupational Therapy, Research Unit for General Practice, Institute of Public Health, University of Southern Denmark, Odense, Denmark; [4]Research Unit of Rheumatology, Department of Clinical Research, University of Southern Denmark, Odense University Hospital, Odense, Denmark; [5]Department of Radiology, Bispebjerg-Frederiksberg Hospital, University of Copenhagen, Frederiksberg, Denmark; [6]NNF Center for Clinical Metabolic Research, Gentofte Hospital, University of Copenhagen, Hellerup, Denmark; [7]Department of Clinical Medicine, Faculty of Health and Medical Sciences, University of Copenhagen, Copenhagen, Denmark; [8]Department of Nutrition, Exercise and Sports, Faculty of Science, University of Copenhagen, Copenhagen, Denmark; [9]Research Unit for Dietary Studies at The Parker Institute, Bispebjerg-Frederiksberg Hospital, University of Copenhagen, Frederiksberg, Denmark; [10]Department of Public Health, Section for General Medicine, University of Copenhagen, Copenhagen, Denmark; and [11]Department of Neurology, Bispebjerg-Frederiksberg Hospital, University of Copenhagen, Bispebjerg, Denmark

## ABSTRACT

**Background:** Weight loss is critical for preventing and managing obesity-related diseases. There is a notable lack of valid and reliable means to manage patients with overweight/obesity and knee osteoarthritis (KOA).

**Objective:** To determine the efficacy and safety of liraglutide in a 30 mg/d dosing in patients with overweight/obesity and KOA.

**Methods:** The trial was designed as a randomized controlled trial including patients between the age of 18 and 74 y with KOA and a BMI $\geq$27 (measured in kg/m$^2$). Patients underwent a pre–random assignment diet intervention (week –8 to 0). At week 0, patients having lost >5% of their body weight were randomly assigned to liraglutide 3 mg/d or placebo for 52 wk. The coprimary outcomes were changes in body weight and the Knee injury and Osteoarthritis Outcome Score (KOOS) pain subscale from week 0 to 52.

**Results:** In total, 168 patients enrolled and 156 were randomly assigned to receive liraglutide or placebo. Patients experienced a significant reduction in body weight and KOOS pain during the pre–random assignment dietary intervention period (week –8 to 0). From week 0 to 52 there was a significant difference in body weight between the liraglutide and placebo group (mean changes: −2.8 and +1.2 kg, respectively; group difference, 3.9 kg; 95% CI: −6.9, −1.0; $P$ = 0.008). There was, however, no group difference in KOOS pain (mean changes: 0.4 and –0.6 points, respectively; group difference, 0.9 points; 95% CI: −3.9, 5.7; $P$ = 0.71). Treatment-emergent adverse events related to the gastrointestinal system were experienced by 50.2% and 39.2% of patients in the liraglutide and placebo groups, respectively.

**Conclusions:** In patients with KOA and overweight/obesity liraglutide added after an 8-wk pre–random assignment diet induced a significant weight loss at >52 wk but did not reduce knee pain compared to placebo. This trial was registered at clinicaltrials.gov as NCT02905864. *Am J Clin Nutr* 2021;113:314–323.

**Keywords:** osteoarthritis, diet, obesity, intervention, liraglutide

## Introduction

Knee osteoarthritis (KOA) is the leading cause of pain and disability and a source of societal cost. With the increasing prevalence of patients with overweight and of older age, health issues related to KOA will intensify, consequently driving a need for improving treatment (1, 2).

Scientific literature has linked overweight to the development of KOA; the 2 conditions share pathogenic phenotypes, and the progress of one condition increases the probability of the other, possibly activating a vicious cycle (3, 4). Obesity rates have risen dramatically over the past decades, creating a global need to tackle its impact on public health (5, 6). Although challenging, weight loss is the primary strategy for achieving and maintaining a healthy state in order to prevent and manage obesity-related diseases (7, 8). Consequently, international guidelines recommend weight loss as a fundamental part of managing these patients (3, 4, 9, 10). Nevertheless, the majority of patients achieving a successful weight loss regain their weight and the upholding of a clinically significant weight loss over time remains a challenge (8).

The lack of widely available and feasible means to manage patients with KOA and overweight/obesity warrants further investigations (11–13). Glucagon-like peptide 1 receptor agonists (GLP-1-RAs) are widely used in managing type 2 diabetes,

Printed in USA. © The Author(s) 2021. Published by Oxford University Press on behalf of the American Society for Nutrition. All rights reserved. For permissions, please e-mail: journals.permissions@oup.com

and the body weight-lowering effects of GLP-1-RAs have prompted approval of the compound for the treatment of overweight/obesity. Exploiting an antiobesity medication to maintain, or even extend, weight loss in patients with KOA and overweight/obesity represents an attractive opportunity to decrease knee related symptoms. Consequently, we designed this study to test the hypotheses that in patients with overweight/obesity and KOA, a diet intervention combined with liraglutide 3 mg/d would induce and maintain a significantly greater reduction in knee pain and body weight compared to a diet intervention combined with an identically appearing liraglutide placebo treatment.

## Subjects and Methods

This study was an investigator-initiated, single-center, randomized, placebo-controlled, patient-, investigator-, and outcome-assessor–blinded parallel-group study (14). The study was conducted at the osteoarthritis outpatient clinic at the Parker Institute, a Danish institute specialized in musculoskeletal and dietary research (www.parkerinst.dk). The study was performed in accordance with the principles of the Declaration of Helsinki. The trial was approved by the regional ethics committee in the Capital Region of Denmark, the Danish Medicines Agency and the Danish Data Protection Agency.

### Subjects

Adult patients between the ages of 18 and 74 y with overweight [BMI $\geq$27 (measured in kg/m$^2$)], symptomatic KOA, early-to-moderate KOA changes in knee radiography, and stable body weight were eligible for enrollment. Patients with ongoing or recent participation in organized weight loss programs, current or recent use of medications that may cause weight loss or gain, and end-stage KOA on radiography were ineligible for enrollment. All eligibility criteria are listed in the **Online Supplementary Material, Supplemental Methods**.

The Parker Institute, Copenhagen University Hospital, Bispebjerg and Frederiksberg, is supported by a core grant from the Oak Foundation (OCAY-13-309). The trial was supported by Novo Nordisk A/S, both financially and through the delivery of active and placebo medicine, and by the Cambridge Weight Plan through the delivery of dietary supplements. The funding entities had no influence on the design of the study or in the implementation, analysis, and interpretation of data.

HG and AO contributed equally to this work.

Supplemental Methods, Supplemental Tables 1–4 are available from the "Supplementary data" link in the online posting of the article and from the same link in the online table of contents at https://academic.oup.com/ajcn/.

Address correspondence to HG (e-mail: rindelgudbergsen@gmail.com).

Abbreviations used: AC, available case; ADL, activity of daily living; eCRF, electronic case report file; GLP-1-RA, glucagon-like peptide 1 receptor agonist; ICOAP, intermittent and constant osteoarthritis pain; ITT, intention-to-treat; KOA, knee osteoarthritis; KOOS, Knee injury and Osteoarthritis Outcome Score; PP, per protocol; QoL, quality of life; RCT, randomized controlled trial; SAE, serious adverse event; TEAE, treatment-emergent adverse event; TESAE, treatment-emergent serious adverse event; WOMAC, Western Ontario and McMaster Universities Arthritis Index.

Received July 25, 2020. Accepted for publication October 14, 2020.

First published online January 20, 2021; doi: https://doi.org/10.1093/ajcn/nqaa328.

### Study procedures

Patients were enrolled in a pre–random assignment dietary intervention period (week –8 to 0) consisting of a supervised dietary weight loss program including dietetic counselling and a low-calorie formula diet from the Cambridge Weight Plan (800–1000 kcal/d). The formula diet consisted of ready-to-use meal bars and powders to mix with water to make shakes, soups, or porridge. To facilitate adherence to the program, patients were scheduled for weekly facility-based group sessions with 6 to 8 patients led by a dietician. The recommendations for daily nutrient intake were met during this period. Upon successfully achieving a weight loss of minimum 5% at week 0, patients continued with a tapering dietary intervention for 8 wk (week 0 to 8) and were randomly assigned in a 1:1 manner to receive either liraglutide 3 mg/d or identically appearing placebo from week 0 to 52.

Once randomly assigned, patients commenced treatment with liraglutide, or an identical placebo, starting with 0.6 mg/d and followed by incremental biweekly dose escalation steps of 0.6 mg/d to liraglutide 3 mg/d.

The initial 8 wk after random assignment included a dietician led partial reintroduction of regular meals in combination with formula diet products. In this period, all participants (irrespective of random assignment) were scheduled for group sessions led by a dietician every second week. No dietary consultancies were offered after week 8, but to prevent attrition patients were instructed to aim for an intake of 1200 kcal/d from week 0 to 8 and for an intake of 1500 kcal/d from week 8 to 52. In addition, patients were offered self-administration of 1 to 2 daily meal replacements with a formula diet from week 8 to 52.

From week 8 to 52 patients were seen every 4 wk in order to report patient reported outcomes and to receive handouts of study medication and meal replacements. A complete overview of study visits is available in the Online Supplementary Material, Supplemental Methods.

### Random assignment, allocation, and blinding

Stratified random assignment was carried out based on gender (male compared with female), age (<60 y compared with $\geq$60 y), and obesity class (BMI <40 compared with $\geq$40) status at study enrollment (week –8). A computer-generated random assignment sequence was produced using SAS PROC PLAN to generate 8 separate random assignment schedules prior to enrollment, allocating patients in permuted blocks of 2 to 6 to the liraglutide 3 mg/d or placebo group. The random assignment sequence was entered into the electronic case report file (eCRF) system by an independent data manager.

At week 0 the attending physician clicked the "random assignment button" in the eCRF system to couple the patient identifier, produced by the computer-generated allocation sequence, with one of the experimental arms. Following this allocation to 1 of the 2 experimental arms the patient identifier was automatically coupled to specific pens, each of them labelled by a single and unique dispensing unit number. The entire process was blinded for all investigators, clinical, academic, and administrative trial personnel.

## Outcomes

The coprimary outcomes were changes in body weight and the Knee injury and Osteoarthritis Outcome Score (KOOS) pain subscale from week 0 to 52 (0–100 scale with 100 indicating no symptoms). The confirmatory secondary outcomes were changes in the KOOS symptoms, activity of daily living (ADL), sport and recreation, and health-related quality of life (QoL) subscales, the Western Ontario and McMaster Universities Arthritis Index (WOMAC) pain, stiffness, and function subscales, the total score and subscales in the Intermittent and Constant Osteoarthritis Pain (ICOAP) questionnaire, BMI, waist circumference, and the waist/hip ratio from baseline (week 0) to the last visit in the main study period (week 52). Moreover, the proportion of patients with ≥5% or ≥10% weight loss at the last visit in the main study period (week 52) also constituted confirmatory secondary outcomes.

The safety outcomes included the incidence of adverse events (AEs), suicidal behavior and/or ideation measured with the Columbia-Suicide Severity Rating Scale (C-SSRS), depression measured with the Patient Health Questionnaire-9 (PHQ-9), and binge eating measured with the Binge Eating Scale (BES).

## Statistical analyses

The sample size of 150 was designed to provide a reasonable power (>80%) to detect a 5.5 kg difference in weight change and an 8-unit difference in the KOOS pain between the groups from week 0 to 52, i.e., after a successful 5% weight loss following the pre–random assignment dietary intervention period. For body weight, a 2-sample pooled $t$-test of a normal mean difference with a 2-sided significance level of 0.05 ($P < 0.05$), assuming a common SD of 10 kg (15, 16) and a sample size of 75 per group, has a power of 92% to detect a mean difference of 5.5 kg. For KOOS-pain, a 2-sample pooled $t$-test of a normal mean difference with a 2-sided significance level of 0.05 ($P < 0.05$), assuming a common SD of 15 KOOS-points, a sample size of 75 patients per group has a power of 90% to detect a mean difference of 8 KOOS-points (corresponding to a moderate effect size of 0.5) (17, 18). The combined power for the 2 endpoints is 83%. All power and sample size analyses were conducted using SAS Power and Sample Size (V.3.1; SAS Institute).

The prespecified efficacy analyses used data from the full-analysis set, which included all patients who underwent random assignment and were subsequently referred to as the intention-to-treat (ITT) population. The effect of liraglutide and placebo on the 2 coprimary efficacy endpoints—body weight and KOOS pain—was determined using an ANCOVA model adjusted for stratification factors (sex, age category, and obesity class) and the level of the outcome at baseline. From this model, the observed differences in weight change and KOOS pain change between liraglutide treatment and placebo were estimated together with the associated 95% CI and the $P$ value corresponding to the test of the null hypothesis of no difference between treatments. For the primary analyses, missing outcome data were replaced with a single-imputation methodology, using a conservative nonresponder imputation technique carrying the level of the outcome forward from enrollment (–8 wk) (19). Furthermore, linear mixed models, including all follow-up data without imputation, were used. Missing data were handled implicitly via the mixed methods (maximum likelihood) approach. The risk of type 1 error related to having a coprimary endpoint was mitigated via a prespecified decision rule stating that the trial's primary objective would be met only if a statistically significant ($P < 0.05$) beneficial effect was demonstrated on both endpoints. Subsequently, among the confirmatory secondary outcomes, 5 were considered confirmatory secondary endpoints, as they could potentially be used to support the assessment of liraglutides impact on symptoms if $P < 0.01$ (i.e., $P < 0.05/5$).

Sensitivity analyses of the coprimary and confirmatory secondary outcomes included analysis of the available case (AC) population, analysis of the per protocol (PP) population, and an analysis of the ITT population utilizing multiple imputations. In the latter approach multiple imputations were performed separately for each group using chained equations with predictive mean matching for continuous outcomes and logistic regression imputation models for binary outcomes. Variables in the imputation model included all covariates in the analysis model and a total of 100 complete datasets were generated, with treatment effect estimates combined across datasets using Rubin's rules.

The analyses were carried out using the statistical software SAS, version 9.4 (SAS Institute Inc.) and R version 3.5.1 (20) with the packages mice (21), lme4 (22), and emmeans (23). All applicable statistical tests were 2-sided and performed using a 5% significance level.

## Results

### Characteristics of the patients

From November 14, 2016, through September 12, 2017, a total of 168 patients were enrolled in the pre–random assignment dietary intervention (week –8 to 0), and 156 patients were randomly assigned at week 0 (**Figure 1**). At baseline the average age was 59.2 y, 65% of all participants were women and the mean BMI was 32.1 (**Table 1**); 92.8% of the enrolled patients completed the pre–random assignment dietary intervention during which the 156 patients improved KOOS pain corresponding to a mean ± SD of 11.9 ± 15.1 points while losing a mean ± SD of 12.5 ± 3.8 kg.

A total of 66 patients (82.5%) in the liraglutide group, compared with 63 patients (82.9%) in the placebo group, completed the 52-wk study period, and a larger percentage of patients in the liraglutide group than in the placebo group withdrew from the study owing to treatment-emergent adverse events (TEAEs) [12.5% (10 of 80 patients) compared with 5.3% (4 of 76 patients)]. Patients in the liraglutide 3 mg/d and placebo groups were lost to follow-up at a median of 24 (IQR 12–36) and 24 (IQR 8–48) wk after random assignment, respectively.

Following dose escalation, all randomly assigned patients completing the study received the target dose of 3 mg/d liraglutide, or placebo in a 3 mg equivalent volume, in accordance with the guidelines for usage of liraglutide in managing overweight/obesity.

ANCOVA analysis of the ITT population revealed that at week 52, the liraglutide group achieved a mean weight change of −2.8 kg (95% CI: −5.3, −0.2 kg), whereas patients in the placebo group gained a mean of 1.2 kg (95% CI: −1.2, 3.6 kg), resulting in a group difference of −3.9 kg (95% CI: −6.9, −1.0 kg; $P = 0.008$) (**Table 2**). Analyses utilizing the least squares means method for body weight and KOOS pain showed similar results and revealed that body weight was maintained in the



**FIGURE 1** Flow of participants through the study. Patients were enrolled in a pre–random assignment dietary intervention period (week –8 to 0) that included a low-calorie diet from Cambridge Weight Plan and dietetic counselling. Upon successfully achieving a weight loss of minimum 5% at week 0, patients continued with a tapering dietary intervention for 8 wk (week 0 to 8) and were randomly assigned in a 1:1 manner to receive either liraglutide (3 mg/d) or identically appearing placebo throughout the 52-wk main study period (week 0 to 52). TEAEs, treatment-emergent adverse events.

placebo group while it decreased in liraglutide 3 mg/d group over the course of the 52-wk main study period (**Figure 2**). As illustrated in Figure 2, the liraglutide group had a better weight loss trajectory than did placebo, whereas the pain trajectories for the 2 groups were more difficult to interpret.

Change from week 0 to 52 in ICOAP total and subscales, as well as in the KOOS symptom, ADL sport and recreation, and health related QoL subscales showed no difference between the liraglutide and placebo groups (Table 2). These results were like those reported by use of WOMAC pain, stiffness, function, and total (Online Supplementary Material, **Supplemental Table 1**).

Compared to placebo a statistically significant greater proportion of patients in the liraglutide group lost ≥5% [35.0% compared with 17.1% (the liraglutide and placebo groups, respectively); $P = 0.024$], although that was not the case for patients losing >10% of their body weight [21.3% compared with 9.6% (the liraglutide and placebo groups, respectively); $P = 0.10$] (Table 2). The liraglutide group experienced a larger reduction than the placebo group in BMI (mean difference −1.3, 95% CI: −2.3, −0.3), whereas that was not the case for change in waist circumference and waist/hip ratio at week 52 (Table 2).

Additional sensitivity analyses of the ITT population by use of multiple imputation, as well as the AC and PP populations, revealed the robustness of the primary analyses (Online Supplementary Material, **Supplemental Tables 2, 3, and 4**). In the analysis of patients who completed the study and adhered to the

318    Gudbergsen et al.

**TABLE 1**   Baseline characteristics of all randomly assigned participants (the ITT population)[1]

| Characteristic | Total ($n = 156$) | Liraglutide ($n = 80$) | Placebo ($n = 76$) |
|---|---|---|---|
| Female sex, $n$ (%) | 101 (65%) | 52 (65%) | 49 (64%) |
| Age, y | 59.2 ± 10.3 | 59.2 ± 10.8 | 59.3 ± 9.7 |
| Height, m | 170.6 ± 8.8 | 171.2 ± 8.1 | 170.0 ± 9.6 |
| Kellgren Lawrence score, $n$ (%) | | | |
|    Kellgren Lawrence score 1 | 23 (14.9%) | 10 (12.4%) | 13 (17.1%) |
|    Kellgren Lawrence score 2 | 68 (43.6%) | 35 (43.8%) | 33 (43.4%) |
|    Kellgren Lawrence score 3 | 65 (41.7%) | 35 (43.8%) | 30 (39.5%) |
| Weight, kg | 93.6 ± 16.6 | 96.3 ± 18.2 | 90.8 ± 14.3 |
| Change in weight from enrollment, kg | −12.5 ± 3.8 | −12.8 ± 4.0[4] | −12.1 ± 3.6[4] |
| BMI | 32.1 ± 4.9 | 32.8 ± 5.5 | 31.3 ± 4.0 |
| Waist circumference, cm | 103.7 ± 12.7 | 105.5 ± 13.9 | 101.8 ± 11.1 |
| Hip circumference, cm | 113.4 ± 11.1 | 115.2 ± 12.5 | 111.4 ± 9.1 |
| KOOS score,[2] points | | | |
|    Pain | 77.8 (69.4–86.1) | 76.4 (69.4–87.5) | 77.8 (69.4–86.1) |
|      Change in pain from enrollment | 11.1 (2.8–19.4) | 11.1 (2.8–19.4)[4] | 11.1 (5.6–18.1)[4] |
|    Symptoms | 82.1 (67.9–89.3) | 80.4 (67.9–89.3) | 82.1 (67.9–89.3) |
|    Function in activities of daily living | 85.3 (73.5–92.6) | 83.8 (71.3–91.2) | 86.8 (76.5–94.1) |
|    Knee-related quality of life | 50.0 (37.5–62.5) | 50.0 (37.5–56.3) | 56.3 (37.5–68.8) |
|    Function in sports and recreation | 50.0 (30.0–75.0) | 50.0 (30.0–67.5) | 52.5 (30.0–75.0) |
| ICOAP questionnaire,[3] points | | | |
|    Total score | 15.9 (6.8–29.5) | 15.9 (6.8–28.4) | 18.2 (9.1–29.5) |
|    Constant pain subscore | 10.0 (0.0–25.0) | 10.0 (0.0–25.0) | 10.0 (0.0–25.0) |
|    Intermittent pain subscore | 25.0 (8.3–33.3) | 20.8 (8.3–33.3) | 25.0 (12.5–33.3) |

[1] Values are means ± SDs or medians (Q1–Q3). ICOAP, intermittent and constant osteoarthritis pain; ITT, intention-to-treat; KOOS, Knee injury and Osteoarthritis Outcome Score; OA, osteoarthritis; Q, quartile.

[2] For all 5 subscales, the KOOS ranges from 0 to 100, with higher scores indicating improved disease status.

[3] The ICOAP questionnaire is a diagnosis-specific 11-item questionnaire designed to assess the pain experience within the last week among people suffering from knee and hip OA. The questionnaire is divided into 2 domains, a 5-item scale for constant pain and a 6-item scale for intermittent pain. Normalized scores, for the 2 subscales and for the total pain score, range from zero (no pain) to 100 (extreme pain).

[4] Patients were not allocated into groups until week 0, hence, the groups did not formally exist from enrollment and until the end of the run-in diet period (week –8 to 0).

protocol (the PP population), the liraglutide group experienced a mean weight change of −4.3 kg (95% CI: −6.8, −1.8 kg), whereas patients in the placebo group had a mean change in body weight of −0.9 kg (95% CI: −3.4, −0.5 kg), resulting in a group difference of −3.4 kg (95% CI: −6.3, −0.5 kg).

**Safety**

Among patients in the safety population, all randomly assigned patients having received ≥1 dose of study medication, >90% of patients experienced TEAEs, and the most common side effects in the liraglutide group were related to the gastrointestinal system (**Table 3**).

In general, the incidence of TEAEs and the maximum reported severity of the TEAEs was higher in the liraglutide group than in the placebo group. The number of TEAEs leading to withdrawal was 10 and 4 patients in the liraglutide and liraglutide placebo groups, respectively. The TEAEs leading to withdrawal were for the liraglutide group ($n = 10$): 8 reported gastrointestinal (GI) symptoms as reason for discontinuation. One of these also reported neurological symptoms (depression and a cold sensation), another patient reported only neurological symptoms as reason for discontinuation (dizziness). Lastly, 1 patient dropped out of the study due to breast cancer. For the placebo group ($n = 4$): 2 patients reported GI symptoms as reason for discontinuation, 1 with the addition of neurological symptoms

(dizziness) and the other with the addition of depression. One dropped out due to backpain and the last dropout of the group was because of skin irritation as well as allergies.

The incidence of serious adverse events (SAEs) and treatment-emergent SAEs (TESAEs) was similar in the 2 groups. No patients died during the study. Nine patients reported 13 cases of TESAEs. One patient was excluded during the first week of the study as community-based screening showed malignancy of the breast tissue, and a case of monoclonal B-cell lymphocytosis was reported at posttrial follow-up.

Gastrointestinal TESAEs consisted of 1 patient from the liraglutide group with ileus leading to surgery and 1 patient from the placebo group with cholecystitis treated with analgesics. During the posttrial follow-up period, 1 case from the liraglutide group experienced acute abdominal symptoms. Two patients in the placebo group experienced cardiac incidents. One patient with severe ventricular tachycardia registered 5 events, all treated with an implantable cardioverter defibrillator. The second patient experienced atrial fibrillation and was treated with direct current cardioversion. TESAEs arising from the musculoskeletal system consisted of 1 work-related fracture of the humerus, and 1 patient from the liraglutide group suffered palsy of the foot.

No adverse effects with respect to safety variables or cases of binge eating were observed in association with usage of study medication or following treatment cessation. No clinically relevant between-group differences were observed with respect

**TABLE 2**  Changes in coprimary and confirmatory secondary outcomes between baseline and week 52 in the ITT population[1]

| Characteristic | Liraglutide ($n = 80$) | Placebo ($n = 76$) | Estimated treatment difference, liraglutide vs. placebo (95% CI) | P value |
|---|---|---|---|---|
| Coprimary outcomes[2] | | | | |
| Change in body weight, kg | −2.8 (−5.3, −0.2) | 1.2 (−1.2, 3.6) | −3.9 (−6.9, −1.0) | 0.008 |
| Change in KOOS pain, score | 0.4 (−3.3, 4.0) | −0.6 (−4.4, 3.3) | 0.9 (−3.9, 5.7) | 0.71 |
| Secondary outcomes | | | | |
| ICOAP questionnaire | | | | |
| Change in total score | −0.3 (−4.4, 3.9) | 3.1 (−1.3, 7.4) | −3.3 (−8.7, 2.1) | 0.23 |
| Change in constant pain subscore[3] | 0.4 (−4.2, 4.9) | 5.9 (1.1, 10.6) | −5.5 (−11.4, 0.4) | 0.067 |
| Change in intermittent pain subscore[3] | −0.8 (−5.2, 3.6) | 0.7 (−3.9, 5.3) | −1.5 (−7.2, 4.2) | 0.61 |
| KOOS score, points | | | | |
| Change in symptoms[3] | −1.2 (−4.7, 2.3) | 0.3 (−3.3, 3.9) | −1.5 (−6.0, 3.0) | 0.52 |
| Change in function in activities of daily living[3] | 1.4 (−2.0, 4.8) | −1.6 (−5.1, 1.9) | 3.1 (−1.3, 7.5) | 0.17 |
| Change in knee-related quality of life[3] | 3.1 (−0.8, 7.1) | 0.7 (−3.4, 4.8) | 2.4 (−2.7, 7.6) | 0.35 |
| Change in function in sports and recreation | −1.3 (−6.4, 3.8) | −0.8 (−6.1, 4.4) | −0.4 (−7.0, 6.2) | 0.90 |
| Anthropometry | | | | |
| Change in BMI | −1.0 (−1.8, −0.1) | 0.3 (−0.5, 1.2) | −1.3 (−2.3, −0.3) | 0.010 |
| Change in waist circumference, cm | −1.4 (−3.6, 0.8) | 0.9 (−1.2, 3.0) | −2.3 (−4.9, 0.2) | 0.074 |
| Change in waist-hip circumference, ratio | 0.0 (−0.01, 0.01) | 0.0 (−0.01, 0.01) | 0.0 (−0.01, 0.01) | 0.89 |
| Responder indices | | | | |
| Loss of ≥5% body weight, no. (%) | 28 (35.0%) | 13 (17.1%) | 2.5 (1.1, 5.6) | 0.024 |
| Loss of ≥10% body weight, no. (%) | 17 (21.3%) | 7 (9.6%) | 2.3 (0.9, 6.1) | 0.10 |
| OMERACT-OARSI,[4] no. (%) | 15 (18.8%) | 8 (10.5%) | 1.9 (0.8, 4.9) | 0.17 |

[1] All analyses are based on the ITT population; missing data due to withdrawal from the trial are replaced with a nonresponder imputation (i.e., value at enrollment carried forward). Values are lsmeans (95% CI) and differences in lsmeans (95% CI) for continuous outcomes, derived from an ANCOVA model adjusting for stratification factors (sex, age category, and obesity class), and the level of the outcome at baseline. For dichotomous outcomes, values are $n$ (%) and ORs (95% CI), derived from a logistic regression adjusting for similar the same fixed effects and covariates as the ANCOVA. ICOAP, intermittent and constant osteoarthritis pain; ITT, intention-to-treat; KOOS, Knee injury and Osteoarthritis Outcome Score.

[2] In this trial there are 2 (coprimary) efficacy endpoints, and the trial's primary objective is met if a statistically significant ($P < 0.05$) beneficial effect is demonstrated on both endpoints.

[3] These 5 confirmatory secondary endpoints were planned to be used to support an independent efficacy claim if $P < 0.01$ (0.05/5).

[4] The Outcome Measures in Rheumatology-Osteoarthritis Research Society International (OMERACT-OARSI) response criterion was calculated based on 3 questions regarding knee pain, physical function, and the patients' global assessment of disease impact on their daily life.

to mental health assessments related to questionnaire-based depression or suicidal behavior.

## Discussion

This is the first investigation specifically designed to examine the efficacy of liraglutide 3 mg/d to further reduce or maintain weight loss and knee pain symptoms in patients with KOA and overweight/obesity. The study found that liraglutide, when used in conjunction with a reduced-calorie diet and following a dietary intervention diet, was associated with weight loss compared to placebo. This study, however, did not find that liraglutide treatment added after the dietary intervention could further improve knee-related pain, nor any other knee-related symptom. Consequently, this trial met only 1 of the 2 coprimary endpoints.

It is important to note that KOA symptoms, including knee pain, were ameliorated significantly at the time of random assignment. This initial symptomatic relief was induced by the 8-wk pre–random assignment dietary intervention, and this observation was similar to those in our previous studies on dietary interventions for KOA (15, 16, 24). By consequence, the participants had mild to moderate knee pain and symptoms at random assignment, which may have limited the potential for further symptomatic improvement (25). Nevertheless, weight

loss–related improvement in KOA symptoms was stable throughout the 52 wk in both groups, confirming that maintenance of weight loss is important in relation to the symptomatic improvement induced by an initial decrease of body weight in patients with KOA (26).

The additional 2.8-kg weight loss induced by liraglutide treatment (3.9 kg over placebo) corresponds to ~4%, which seemingly is not enough to elicit an overall symptomatic benefit compared to placebo (3). Although twice as many participants in the liraglutide group achieved an additional 5% weight loss (35% compared with 17%), this disparity did not translate into an overall group difference in the symptomatic improvement.

Our results confirm the ability of liraglutide to induce weight loss among patients with obesity, as well as patients with overweight and a comorbid condition (27–29). However, the additional weight loss achieved in the liraglutide group was comparable to the weight loss observed among placebo-treated groups in previous studies (27–29). One explanation for this finding may be the large effect of our pre–random assignment dietary intervention. In our study, the weight loss was ~12.5 kg prior to random assignment. In a similar study (28), the pre–random assignment weight loss was 6.3 kg, and the subsequent liraglutide-associated weight loss was 5.9 kg (compared with 3.9 kg in the present study). Thus, it could seem that the participants' potential

320 Gudbergsen et al.



**FIGURE 2** Least squares means during the 52-wk study period (after achieving at ≥5% weight loss initially), according to randomly assigned treatment group: (A) body weight, and (B) KOOS pain subscale. The effect of liraglutide and placebo on body weight and KOOS pain, determined using repeated measures linear mixed model regression analyses adjusted for stratification factors (sex, age category, obesity class), and the level at baseline. The KOOS pain score is based on a 0–100 scale with 100 indicating no symptoms. Analyses include all follow-up data (16 time points from week 0 to 52), missing data was handled implicitly via the mixed methods (maximum likelihood) approach. The dotted line indicates the pre–random assignment dietary intervention period from week −8 to 0. From week 0 (time of random assignment) and onward, solid points indicate the liraglutide group, whereas hollow points indicate the placebo group. The error bars indicate SEs. *Differences between groups are lsmeans at latest follow-up (i.e., week 52). KOOS, Knee injury and Osteoarthritis Outcome Score.

for weight loss as well as symptom reduction was fully exploited in the pre–random assignment dietary intervention period.

Intervention tolerance was generally good, and few SAEs had a suspected or probable relation to the study drug. The safety profile of liraglutide was consistent with results previously reported from studies utilizing liraglutide in doses ≤1.8 mg/d in type 2 diabetes and doses ≤3 mg/d in studies within weight management (28, 30, 31). This study confirmed a well-known pattern of patients receiving liraglutide reporting gastrointestinal TEAEs more frequently than patients receiving liraglutide placebo. Of particular interest is the observation that 2 cases of knee pain leading to arthroplasty surgery were observed in the placebo group compared with none in the liraglutide group.

One limitation of this study included random assignment of patients who successfully lost 5% of their body weight from week −8 to 0, as a favorable long-term weight loss may be attributable, in part, to a successful weight loss during the pre–random assignment dietary intervention. Non–randomly assigned patients may achieve smaller long-term weight loss. In addition, this study was not designed with enough power to allow conclusions about the safety in managing patients with KOA and overweight/obesity. Strengths of this study include low attrition rates compared to other studies investigating the use of liraglutide 3 mg/d and a diet intervention (29, 32). Moreover, we included patients with a Kellgren Lawrence score of 1, which consisted of ∼15% of the population, and allowed for younger patients to be included to allow for early stage KOA patients in the trial. This we

**TABLE 3**  Adverse events in the safety population[1]

| | Liraglutide ($n = 80$) | Placebo ($n = 76$) | Difference (95% CI)[2] |
|---|---|---|---|
| Exposure time, patient y | 75.7 | 70.2 | — |
| TEAE, $n$ (%) | 77 (96%) | 71 (93%) | 0.03 (−0.04, 0.10) |
| TEAE, no. of events (rate) | 526 (6.95) | 370 (5.27) | 1.68 (0.88, 2.48) |
| Max reported severity of TEAEs,[3] $n$ (%) | | | |
|   Mild | 14 (18%) | 28 (37%) | −0.19 (−0.33, −0.06) |
|   Moderate | 27 (34%) | 16 (21%) | 0.13 (−0.01, 0.27) |
|   Severe | 36 (45%) | 27 (36%) | 0.09 (−0.06, 0.25) |
| TEAEs, relationship to trial medication, no. of events (rate) | | | |
|   Not related | 259 (3.42) | 237 (3.38) | 0.05 (−0.55, 0.64) |
|   Probably not related | 50 (0.66) | 29 (0.41) | 0.25 (0.01, 0.48) |
|   Probably related | 217 (2.87) | 104 (1.48) | 1.39 (0.91, 1.86) |
| TEAEs, classification, no. of events (rate) | | | |
|   Gastrointestinal | 264 (3.49) | 144 (2.05) | 1.44 (0.90, 1.97) |
|   Nervous system | 84 (1.11) | 80 (1.14) | −0.03 (−0.37, 0.31) |
|   Infections & infestations | 40 (0.53) | 38 (0.54) | −0.01 (−0.25, 0.22) |
|   General and administrative site conditions | 4 (0.05) | 3 (0.04) | 0.01 (−0.06, 0.08) |
|   Musculoskeletal and connective tissue disorders | 57 (0.75) | 42 (0.60) | 0.15 (−0.11, 0.42) |
|   Respiratory, thoracic, and mediastinal disorders | 2 (0.03) | 2 (0.03) | 0.00 (−0.06, 0.05) |
|   Skin and subcutaneous tissue disorders | 72 (0.95) | 58 (0.83) | 0.12 (−0.18, 0.43) |
|   Injury, poisoning, and procedural complications | 3 (0.04) | 2 (0.03) | 0.01 (−0.05, 0.07) |
| SAE,[4] no. of patients (%) | 7 (9%) | 6 (8%) | 0.01 (−0.08, 0.10) |
| SAE, no. of events (rate) | 7 (0.09) | 10 (0.14) | −0.05 (−0.16, 0.06) |
| TESAE, no. of events (rate) | 4 (0.05) | 9 (0.13) | −0.08 (−0.17, 0.02) |
| Deaths, no. of events (rate) | 0 (0.00) | 0 (0.00) | 0.00 (−) |

[1]SAE; serious adverse event, TEAE; treatment-emergent adverse event, TESAE; treatment-emergent serious adverse event.

[2]Differences are reported as crude risk differences (95% CI) for no. of patients with events and as crude rate differences (95% CI) for no. of events.

[3]The severity of an adverse event refers to the maximum intensity of the event. An event was considered severe (compared with mild or moderate) if it interfered substantially with the patient's usual functioning.

[4]An adverse event was classified as serious if it was fatal or life-threatening, required or prolonged inpatient hospitalization, was disabling, resulted in a congenital anomaly or birth defect, or required medical or surgical intervention to prevent permanent impairment or damage.

believe increases the external validity but on the other hand opens for misclassification and less indirect comparison with similar trials conducted in this patient group.

Weight loss has previously been shown to be a highly relevant and achievable approach for patients with KOA and overweight/obesity (15, 16, 24, 25, 33–35). The study adds to the current evidence base that liraglutide 3 mg/d induces and maintains weight loss and doubles the proportion of patients achieving a body weight loss of >5% over the course of 52 wk. As such, combining diet intervention with liraglutide may provide a manageable approach for healthcare professionals facing an increasing need to manage patients affected by KOA and overweight (12).

In conclusion, liraglutide treatment added after a diet-induced reduction of both body weight and knee pain in patients with KOA and overweight/obesity provided weight loss over 1 y while it did not reduce knee pain any further compared to placebo.

## Data Sharing

Data described in the manuscript, code book, and analytic code will be made available upon request pending approvals from the Danish Data Protection Agency and the Danish Research Ethics Committee.

The authors' responsibilities were as follows—HG, MH, EEW, HB, RC, MB, FKK, AA, KE, LEK: conceptualizing, designing, writing, reviewing, and approving the manuscript; AO, SMN, MUR, CB, CLD, BLH, EMB, BD-S: writing, reviewing, and approving the manuscript; HG, AO, MH, HB, RC, SMN, LEK: data analysis process; HG, AO, HB, CB, CLD, KE: acquisition of study data; and all authors: read and approved the final manuscript. MH receives fees for advisory board services from the Thuasne Group. MB has received speaker fees from Esaote, Abbvie, Eli Lilly, Pfizer, Janssen-Cilag, and UCB pharmaceuticals and is a shareholder in Image Analysis Group, UK. FKK has received lecture fees from, participated in advisory boards of, consulted for, and/or received research grants from Amgen, AstraZeneca, Boehringer Ingelheim, Carmot Therapeutics, Eli Lilly, Gubra, Medimmune, MSD/Merck, Mundipharma, Norgine, Novo Nordisk, Sanofi, Zealand Pharma, and Bayer. AA is a member of advisory boards/a consultant for Acino, Switzerland; BioCare Copenhagen, DK; Gelesis, USA; Groupe Éthique et Santé, France; McCain Foods Limited, USA; Navamedic, DK; Novo Nordisk, DK; Pfizer, USA; Saniona, DK; Weight Watchers, USA; and Zaluvida, Switzerland; he is the recipient of travel grants and honoraria as speaker for a wide range of Danish and international concerns; commercial interests: co-owner and member of the board of the consultancy company Dentacom Aps, Denmark 2005; cofounder and co-owner of UCPH spin-outs Mobile Fitness A/S (2005), and Flaxslim ApS. LEK has received fees for speaking and consultancy from Pfizer, AbbVie, Amgen, Sanofi, UCB, Celgene, BMS, Biogen, Novo Nordisk, MSD, Novartis, Eli Lilly, and Janssen Pharmaceutica. All other authors report no conflicts of interest.

## References

1. Felson DT, Lawrence RC, Dieppe PA, Hirsch R, Helmick CG, Jordan JM, Kington RS, Lane NE, Nevitt MC, Zhang Y, et al. Osteoarthritis: new insights. Part 1: the disease and its risk factors. Ann Intern Med [Internet] 2000 [cited 2019 Mar 17];133:635–46. Available from: http://www.ncbi.nlm.nih.gov/pubmed/11033593.

Gudbergsen et al.

2. Hunter DJ, Schofield D, Callander E. The individual and socioeconomic impact of osteoarthritis. Nat Rev Rheumatol [Internet] 2014 [cited 2019 Jun 2];10:437–41. Available from: http://www.nature.com/articles/nrrheum.2014.44.

3. Bliddal H, Leeds AR, Christensen R. Osteoarthritis, obesity and weight loss: evidence, hypotheses and horizons - a scoping review. Obes Rev [Internet] 2014 [cited 2019 Mar 17];15:578–86. Available from: http://doi.wiley.com/10.1111/obr.12173.

4. Coggon D, Reading I, Croft P, McLaren M, Barrett D, Cooper C. Knee osteoarthritis and obesity. Int J Obes Relat Metab Disord [Internet] 2001 [cited 2019 Mar 17];25:622–7. Available from: http://www.nature.com/articles/0801585.

5. Finucane MM, Stevens GA, Cowan MJ, Danaei G, Lin JK, Paciorek CJ, Singh GM, Gutierrez HR, Lu Y, Bahalim AN, et al. National, regional, and global trends in body-mass index since 1980: systematic analysis of health examination surveys and epidemiological studies with 960 country-years and 9·1 million participants. Lancet (London, England) [Internet] 2011 [cited 2019 Mar 17];377:557–67. Available from: https://linkinghub.elsevier.com/retrieve/pii/S0140673610620375.

6. Ogden CL, Carroll MD, Kit BK, Flegal KM. Prevalence of childhood and adult obesity in the United States, 2011–2012. JAMA [Internet] 2014 [cited 2019 Mar 17];311:806–14. Available from: http://jama.jamanetwork.com/article.aspx?doi=10.1001/jama.2014.732.

7. Greenway FL. Physiological adaptations to weight loss and factors favouring weight regain. Int J Obes (Lond) [Internet] 2015 [cited 2019 Mar 17];39:1188–96. Available from: http://www.nature.com/articles/ijo201559.

8. Hawkes C, Jewell J, Allen K. A food policy package for healthy diets and the prevention of obesity and diet-related non-communicable diseases: the NOURISHING framework. Obes Rev [Internet] 2013 [cited 2019 Mar 17];14 Suppl 2:159–68. Available from: http://doi.wiley.com/10.1111/obr.12098.

9. Fernandes L, Hagen KB, Bijlsma JWJ, Andreassen O, Christensen P, Conaghan PG, Doherty M, Geenen R, Hammond A, Kjeken I, et al. EULAR recommendations for the non-pharmacological core management of hip and knee osteoarthritis. Ann Rheum Dis [Internet] 2013 [cited 2019 Mar 17];72:1125–35. Available from: http://ard.bmj.com/lookup/doi/10.1136/annrheumdis-2012-202745.

10. Hochberg MC, Altman RD, April KT, Benkhalti M, Guyatt G, McGowan J, Towheed T, Welch V, Wells G, Tugwell P, et al. American College of Rheumatology 2012 recommendations for the use of nonpharmacologic and pharmacologic therapies in osteoarthritis of the hand, hip, and knee. Arthritis Care Res (Hoboken) [Internet] 2012 [cited 2019 Mar 17];64:465–74. Available from: http://www.ncbi.nlm.nih.gov/pubmed/22563589.

11. Krebs EE, Gravely A, Nugent S, Jensen AC, DeRonne B, Goldsmith ES, Kroenke K, Bair MJ, Noorbaloochi S. Effect of opioid vs nonopioid medications on pain-related function in patients with chronic back pain or hip or knee osteoarthritis pain. JAMA [Internet] 2018 [cited 2019 Oct 6];319:872. Available from: http://www.ncbi.nlm.nih.gov/pubmed/29509867.

12. Kahan S, Manson JE. Obesity Treatment, Beyond the Guidelines: Practical Suggestions for Clinical Practice. JAMA 2019;321(14):1349–50.

13. Elfhag K, Rössner S. Who succeeds in maintaining weight loss? A conceptual review of factors associated with weight loss maintenance and weight regain. Obes Rev [Internet] 2005 [cited 2019 Oct 6];6:67–85. Available from: http://doi.wiley.com/10.1111/j.1467-789X.2005.00170.x.

14. Gudbergsen H, Henriksen M, Wæhrens EE, Overgaard A, Bliddal H, Christensen R, Boesen MP, Knop FKK, Astrup A, Rasmussen MU, et al. Effect of liraglutide on body weight and pain in patients with overweight and knee osteoarthritis: protocol for a randomised, double-blind, placebo-controlled, parallel-group, single-centre trial. BMJ Open [Internet] 2019 [cited 2019 Jun 2];9:e024065. Available from: http://www.ncbi.nlm.nih.gov/pubmed/31061017.

15. Christensen R, Bartels EM, Astrup A, Bliddal H. Effect of weight reduction in obese patients diagnosed with knee osteoarthritis: A systematic review and meta-analysis [Internet]. Ann Rheum Dis 2007 [cited 2020 Aug 28];66:433–9. Available from: https://pubmed.ncbi.nlm.nih.gov/17204567/.

16. Christensen R, Astrup A, Bliddal H. Weight loss: the treatment of choice for knee osteoarthritis? A randomized trial. Osteoarthr Cartil [Internet] 2005 [cited 2019 Mar 23];13:20–7. Available from: http://www.ncbi.nlm.nih.gov/pubmed/15639633.

17. Roos EM. What is the minimal clinically important change in the KOOS in different settings. [Internet]. Available from: http://koos.nu/.

18. Roos EM, Lohmander LS. The knee injury and osteoarthritis outcome score (KOOS): from joint injury to osteoarthritis [Internet]. Health Qual Life Outcomes. BioMed Central; 2003 [cited 2020 Oct 6]. p. 64. Available from: /pmc/articles/PMC280702/?report = abstract.

19. Ware JH. Interpreting incomplete data in studies of diet and weight loss. N Engl J Med [Internet] 2003 [cited 2019 Jun 2];348:2136–7. Available from: http://www.nejm.org/doi/abs/10.1056/NEJMe030054.

20. R Core team. R: A language and environment for statistical computing. R Found Stat Comput Vienna, Austria [Internet]. R Foundation for Statistical Computing; 2018. Available from: https//:www.R-project-org/.

21. Buuren S, Groothuis-Oudshoorn K. mice: Multivariate Imputation by Chained Equations in R. J Stat Softw [Internet] 2011 [cited 2019 Mar 17];45:1–67. Available from: http://www.jstatsoft.org/v45/i03/.

22. Bates D, Mächler M, Bolker B, Walker S. Fitting linear mixed-effects models using lme4. J Stat Softw [Internet] 2015 [cited 2019 Mar 17];67:1–48. Available from: http://www.jstatsoft.org/v67/i01/.

23. Lenth R. emmeans: Estimated Marginal Means, aka Least-Squares Means. R Packag version 123. 2018.

24. Christensen R, Henriksen M, Leeds AR, Gudbergsen H, Christensen P, Sørensen TJ, Bartels EM, Riecke BF, Aaboe J, Frederiksen R, et al. Effect of weight maintenance on symptoms of knee osteoarthritis in obese patients: a twelve-month randomized controlled trial. Arthritis Care Res 2015;67:640–50.

25. Messier SP, Mihalko SL, Legault C, Miller GD, Nicklas BJ, DeVita P, Beavers DP, Hunter DJ, Lyles MF, Eckstein F, et al. Effects of intensive diet and exercise on knee joint loads, inflammation, and clinical outcomes among overweight and obese adults with knee osteoarthritis. JAMA [Internet] 2013 [cited 2019 Mar 23];310:1263. Available from: http://www.ncbi.nlm.nih.gov/pubmed/24065013.

26. Riddle DL, Stratford PW. Body weight changes and corresponding changes in pain and function in persons with symptomatic knee osteoarthritis: a cohort study. Arthritis Care Res (Hoboken) [Internet] 2013 [cited 2019 Oct 6];65:15–22. Available from: http://doi.wiley.com/10.1002/acr.21692.

27. Pi-Sunyer X, Astrup A, Fujioka K, Greenway F, Halpern A, Krempf M, Lau DCW, le Roux CW, Violante Ortiz R, Jensen CB, et al. A randomized, controlled trial of 3.0 mg of liraglutide in weight management. N Engl J Med [Internet] 2015 [cited 2019 Mar 18];373:11–22. Available from: http://www.ncbi.nlm.nih.gov/pubmed/26132939.

28. Wadden TA, Hollander P, Klein S, Niswender K, Woo V, Hale PM, Aronne L, NN8022-1923 Investigators. Weight maintenance and additional weight loss with liraglutide after low-calorie-diet-induced weight loss: the SCALE Maintenance randomized study. Int J Obes (Lond) [Internet] 2013 [cited 2019 Mar 17];37:1443–51. Available from: http://www.nature.com/articles/ijo2013120.

29. Blackman A, Foster GD, Zammit G, Rosenberg R, Aronne L, Wadden T, Claudius B, Jensen CB, Mignot E. Effect of liraglutide 3.0 mg in individuals with obesity and moderate or severe obstructive sleep apnea: the SCALE Sleep Apnea randomized clinical trial. Int J Obes (Lond) [Internet] 2016 [cited 2019 Mar 17];40:1310–9. Available from: http://www.nature.com/articles/ijo201652.

30. Astrup A, Carraro R, Finer N, Harper A, Kunesova M, Lean MEJ, Niskanen L, Rasmussen MF, Rissanen A, Rössner S, et al. Safety, tolerability and sustained weight loss over 2 years with the once-daily human GLP-1 analog, liraglutide. Int J Obes (Lond) [Internet] 2012 [cited 2019 Mar 17];36:843–54. Available from: http://www.nature.com/doifinder/10.1038/ijo.2011.158.

31. Blonde L, Russell-Jones D. The safety and efficacy of liraglutide with or without oral antidiabetic drug therapy in type 2 diabetes: an overview of the LEAD 1–5 studies. Diabetes Obes Metab [Internet] 2009 [cited 2019 Mar 17];11 Suppl 3:26–34. Available from: http://doi.wiley.com/10.1111/j.1463-1326.2009.01075.x.

32. Davies MJ, Bergenstal R, Bode B, Kushner RF, Lewin A, Skjøth TV, Andreasen AH, Jensen CB, DeFronzo RA, NN8022-1922 Study Group. Efficacy of liraglutide for weight loss among patients with

type 2 diabetes: the SCALE diabetes randomized clinical trial. JAMA [Internet] 2015 [cited 2019 Mar 17];314:687–99. Available from: http://jama.jamanetwork.com/article.aspx?doi = 10.1001/jama.2 015.9676.

33. Messier SP, Loeser RF, Miller GD, Morgan TM, Rejeski WJ, Sevick MA, Ettinger WH, Pahor M, Williamson JD. Exercise and dietary weight loss in overweight and obese older adults with knee osteoarthritis: The arthritis, diet, and activity promotion trial. Arthritis Rheum [Internet] 2004 [cited 2019 Mar 23];50: 1501–10. Available from: http://www.ncbi.nlm.nih.gov/pubmed/ 15146420.

34. Christensen P, Henriksen M, Bartels EM, Leeds AR, Larsen TM, Gudbergsen H, Riecke BF, Astrup A, Heitmann BL, Boesen M, et al. Long-term weight-loss maintenance in obese patients with knee osteoarthritis: a randomized trial. Am J Clin Nutr [Internet] 2017 [cited 2019 Mar 24];106:ajcn158543. Available from: http://www.ncbi.nlm.n ih.gov/pubmed/28747328.

35. Bliddal H, Leeds AR, Stigsgaard L, Astrup A, Christensen R. Weight loss as treatment for knee osteoarthritis symptoms in obese patients: 1-year results from a randomised controlled trial. Ann Rheum Dis [Internet] 2011 [cited 2019 Jun 2];70:1798–803. Available from: http://www.ncbi.nlm.nih.gov/pubmed/21821622.