# EXHIBIT 71D

This article is protected by copyright and is provided by the University of Wisconsin-Madison under license from John Wiley & Sons. All rights reserved.



*Neurogastroenterol Motil* (2008) **20**, 649–659

doi: 10.1111/j.1365-2982.2007.01079.x

# GLP-1 suppresses gastrointestinal motility and inhibits the migrating motor complex in healthy subjects and patients with irritable bowel syndrome

P. M. HELLSTRÖM,* E. NÄSLUND,† T. EDHOLM,* P. T. SCHMIDT,* J. KRISTENSEN,* E. THEODORSSON,‡ J. J. HOLST§ & S. EFENDIC¶

*Department of Medicine, Karolinska Institutet, Karolinska University Hospital Solna, Stockholm, Sweden
†Deparment of Clinical Sciences, Karolinska Institutet, Danderyd Hospital, Stockholm, Sweden
‡Department of Clinical Chemistry, Neurochemistry Unit, Linköping, Sweden
§Department of Medical Physiology, University of Copenhagen, Copenhagen, Denmark
¶Department of Molecular Medicine and Surgery, Karolinska Institutet, Karolinska University Hospital Solna, Stockholm, Sweden

**Abstract** *Glucagon-like peptide-1 (GLP-1) is released after food intake to act as an incretin. GLP-1 also inhibits gastric emptying and increases satiety. In rats, GLP-1 inhibits small bowel motility. Our aim was to study the effects of GLP-1 on gastrointestinal motility in healthy subjects and patients with irritable bowel syndrome (IBS). Antro-duodeno-jejunal manometry was carried out during a 4-h control period with saline, followed by a 4-h period with intravenous GLP-1 (healthy: 0.7 and 1.2 pmol $kg^{-1}$ $min^{-1}$ (n = 16); IBS, 1.2 and 2.5 pmol $kg^{-1}$ $min^{-1}$ (n = 14). Plasma was analysed for GLP-1 and gut hormones, and gut tissue expression of GLP-1 receptor was studied. In healthy subjects, GLP-1 0.7 pmol $kg^{-1}$ $min^{-1}$ reduced the migrating motor complexes (MMCs) from a median of 2 (range 2–3) to 0.5 (0–2), and motility index from 4.9 ± 0.1 to 4.3 ± 0.3 ln $\sum(mmHg*s min^{-1})$ in jejunum, while GLP-1 1.2 pmol $kg^{-1}$ $min^{-1}$ diminshed MMCs from 2 (2–3) to 1.5 (1–2.5), and motility index from 5.2 ± 0.2 to 4.4 ± 0.2. In IBS patients, GLP-1 1.2 pmol $kg^{-1}$ $min^{-1}$ reduced the MMCs from 2.5 (2–3.5) to 1 (0–1.5) without affecting motility index. At 2.5 pmol $kg^{-1}$ $min^{-1}$ GLP-1 decreased MMCs from 2 (1.5–3) to 1 (0.5–1.5), and motility index from 5.2 ± 0.2 to 4.0 ± 0.5. Motility responses to GLP-1 were similar in antrum and duodenum. Presence of the GLP-1 receptor in the gut was verified by reverse transcriptase PCR. In conclusion, the gut peptide GLP-1 decreases motility in the antro-duodeno-jejunal region and inhibits the MMC in healthy subjects and IBS patients.*

**Keywords** *antro-duodeno-jejnunal motility, glucagon-like peptides, peptide hormones, proglucagon.*

## INTRODUCTION

Glucagon-like peptide-1 (GLP-1), a peptide released from the distal intestine, is considered an important regulator of postprandial insulin secretion from the pancreas in response to a meal.[1–3] In addition, GLP-1 regulates several gastrointestinal functions; it decreases gastric acid secretion,[4] gastrointestinal transit,[5–8] motility[6,9] and gastric wall tone.[10] It is not clear how these effects are brought about. Glucagon-like peptide-1 is rapidly inactivated with a plasma half-life of approximately 1–2 min.[11] The rapid inactivation of the peptide together with the fact that GLP-1 has no effect on intestinal smooth muscle strips *in vitro*,[7] makes direct endocrine or paracrine actions unlikely. Therefore, neurocrine action of GLP-1 is most likely. Experiments in rats[6,7,12–14] and pigs[15,16] suggest that effects of GLP-1 on gastrointestinal motility are exerted through interaction with centres in the brain or afferent neural pathways. These pathways entail inhibition of the vagal parasympathetic outflow involving nitric oxide (NO)-dependent mechanisms.[6,14,17]

In studies of the rat, we have shown that GLP-1 inhibits gastric emptying and the migrating myoelectric complex (MMC) during fasting, as well as after food intake with a retardation of gastrointestinal

*Address for correspondence*
Per M. Hellström MD, PhD, Department of Gastroenterology and Hepatology, Karolinska University Hospital Solna, SE-171 76 Stockholm, Sweden.
Tel: +46 8 51773877; fax: +46 8 51772058;
e-mail: per.hellstrom@ki.se
*Received*: 23 June 2007
*Accepted for publication*: 11 December 2007

© 2008 The Authors
Journal compilation © 2008 Blackwell Publishing Ltd

transit.[6,7] The findings are in agreement with others showing inhibitory effects of GLP-1 on gastrointestinal motility, including the MMC in humans.[5,9]

As disordered small bowel motility has been demonstrated in patients with irritable bowel syndrome (IBS), displaying aberrations of the MMC with increased phase II contraction frequency and amplitudes, as well as frequent clustered contractions,[18–24] we considered it of value to extend our investigations of possible actions of GLP-1 on the MMC to patients with IBS. As GLP-1 influences endocrine secretion of insulin, glucagon, pancreatic polypeptide (PP) and somatostatin,[25–28] we also measured, in addition to GLP-1, PP and somatostatin, motilin, peptide YY (PYY) and glucagon-like peptide-2 (GLP-2). To clarify presence of the GLP-1 receptor in gut smooth muscle wall, a reverse transcriptase PCR (RT-PCR) for the GLP-1 receptor was performed.

The novelty of the findings lies in the fact that GLP-1 can inhibit gastrointestinal motility not only in healthy subjects but also in patients with IBS, most likely through a GLP-1 receptor in the smooth muscle wall.

## MATERIALS AND METHODS

### Test subjects and patients

Twenty-two healthy male test subjects, 18–55 years of age were studied. They had no gastrointestinal symptoms or disease and had not had abdominal surgery. Sixteen patients (three males, 13 females), 22–59 years of age and fulfilling the Rome II criteria for IBS of both the diarrhoea- and constipation-predominant type[29] were enrolled. Patients were screened for inclusion in the study by physical examination, BMI 20–25, normal blood chemistry and colonoscopy. Test subjects abstained from alcohol, smoking and caffeine on the day before and during study. The study was approved by the Swedish Medical Products Agency and the Ethics Committee of the Karolinska Institutet. Informed consent was obtained from all subjects.

### Study design

The study was performed as a single-centre randomized placebo-controlled study, starting after an overnight fast. Each experiment consisted of two consecutive recording periods of 4 h with subjects in recumbent position.

In all groups, saline was administered intravenously (IV) for 4 h, then the following treatments were given IV for another 4 h:

1 Group I (controls): Saline IV ($n = 6$).
2 Group II (controls): GLP-1 0.7 pmol kg$^{-1}$ min$^{-1}$ ($n = 8$).
3 Group III (controls): GLP-1 1.2 pmol kg$^{-1}$ min$^{-1}$ ($n = 8$).
4 Group IV (IBS): GLP-1 1.2 pmol kg$^{-1}$ min$^{-1}$ ($n = 8$).
5 Group V (IBS): GLP-1 2.5 pmol kg$^{-1}$ min$^{-1}$ ($n = 8$).

Glucagon-like peptide-1 0.7 pmol kg$^{-1}$ min$^{-1}$ was chosen as this is considered to give physiological plasma concentrations of the peptide in most healthy subjects. To cover a 95% confidence interval for the responsiveness to GLP-1, the higher dose 1.2 pmol kg$^{-1}$ min$^{-1}$ was employed. As this dose was tolerable in the healthy, it was also used for baseline studies in IBS and doubled to achieve a dose–response relationship.

Two patients were removed from Group IV study group, not being able to complete the recording. A higher dose range was chosen for the IBS group to increase probability of achieving inhibition of motility under pathophysiological conditions.

In addition, in six patients undergoing surgery for gastric cancer, tissue specimens were obtained from the stomach and small intestine for RT-PCR for the GLP-1 receptor.

### Monitoring of test subjects

Heart rate, arterial blood pressure and peak expiratory flow (PEF) were monitored. Test subjects were questioned about adverse events during infusion and the day after the experiment.

### Motility recordings

The motility pattern of the proximal small intestine was monitored using a multichannel polyvinylchloride tube (L 250 cm, D 4.7 mm, eight channels 0.7-mm wide ending as side-holes, three located orally spaced 1.5 cm; another three side-holes located 11.5 cm more aborally spaced 2 cm; another separate side-hole located 13 cm further aborally; the last side-hole 15 cm further beyond; William Cook, Bjaeverskov, Denmark). The tube was passed nasally and positioned with its distal recording site at the angle of Treitz by fluoroscopy. The most proximal recording points were located in antrum, the middle group in duodenum, while the distal two were positioned in jejunum. Each channel was perfused with water 0.1 mL min$^{-1}$ from a low-compliance system (Arndorfer Medical Specialities, Greendale, WI, USA) and connected to external pressure transducers (Synectics, Stockholm, Sweden). Pressure transducers

© 2008 The Authors

were connected via a PC Polygraph HR (Synectics) to a computer (486D/66 MHz; Dell Corporation, Austin, TX, USA). The software program Polygram Lower GI 6.40 (Synectics) was used with sampling frequency 4 Hz. The pressure rise upon sudden occlusion of the channels exceeded 200 mmHg s$^{-1}$.

## Analysis of motility recordings

Recordings were judged by two independent observers. Baseline threshold for contractions was set at 10 mmHg. Migrating motor complexes were identified according to criteria of Vantrappen et al.:[30] (i) appearance of uninterrupted bursts of pressure waves with a frequency of 11–12 contractions per minute for at least 2 min (phase III); (ii) aboral migration of phase III activity passing at least the distal two registrations; and (iii) a period of complete quiescence following phase III. Duration of phase III was measured from onset of regular contractions to quiescence. Propagation velocity of phase III was calculated by dividing the traversed distance from onset of phase III by the time interval from one registration point to the next. Phase II was defined as having ≥2 phasic contractions per minute, whereas phase I was defined as <2 phasic contractions per minute.

The number of defined MMCs were identified by visual inspection. The over-all frequency of contractions, their amplitude and duration were computed during the respective 4-h infusion periods with saline and GLP-1 (omitting periods of MMCs). The motility index was derived from these variables as the logarithmic sum of the individual contraction amplitudes, their duration and frequency [ln $\sum$(mmHg*s min$^{-1}$)].

To clarify data, the percentual change of motility indices was computed. In addition, the delta-values of cumulated phase III activity of MMC were calculated to report the total number of phases III and their point of origin.

## Compounds

Glucagon-like peptide-1 was purchased from PolyPeptide Laboratories (Wolfenbüttel, Germany), dissolved and diluted in sterile 0.9% NaCl and filtered (Millex-Micropore, Billerica, MA, USA; pore size 0.22 $\mu$m). Vials of 10 mL were prepared, containing sterile GLP-1 (25 nmol mL$^{-1}$) with 0.25 mL albumin (200 mg mL$^{-1}$; Pharmacia, Uppsala, Sweden) added. Saline for intravenous infusions, 0.154 mol L$^{-1}$ NaCl, was purchased from Pharmacia (Stockholm, Sweden). Glucagon-like peptide-1 was diluted in saline in relation to body weight and infused at 1 mL min$^{-1}$ using an infusion

pump (IVAC; P.M.S. Instruments Ltd, Maidenhead, Berkshire, UK).

## Plasma concentrations of gastrointestinal peptide hormones

Blood samples were collected in cold heparinized tubes (10 mL) every hour throughout the experiment. Samples were centrifuged (1500 g, 4 °C, 10 min) and supernatants stored at −20 °C until analysis.

Before radioimmunoassay (RIA) of peptides GLP-1 and GLP-2 samples were extracted in 75% ethanol. No extraction was performed before RIA of PYY. Radioimmunoassay of GLP-1 was performed as described.[2] The detection limit was 7.8 pmol L$^{-1}$ and variation coefficient 7%. Radioimmunoassays of GLP-2 and PYY were performed as described elsewhere.[31] These assays had a detection limit of 5 and 1 pmol L$^{-1}$, and variation coefficient 2.3% and 5% respectively.

Radioimmunoassays of somatostatin-28, motilin and PP were performed by adsorbing the peptides onto Sep Pak C18 cartridges (Waters; Millipore Co., Milford, MA, USA). Samples were eluted and evaporated to dryness at 45 °C under nitrogen. The samples were reconstituted in phosphate buffer (0.05 mol L$^{-1}$, pH 7.4) and motilin was analysed as described.[32,33] The detection limit was 10 pmol L$^{-1}$ and variation coefficient 11%. Somatostatin-28 was analysed by a RIA kit (Peninsula, San Carlos, CA, USA). The detection limit was 2 pmol L$^{-1}$ and the coefficient of variation was 11%. Pancreatic polypeptide was analysed by a RIA kit (Phoenix Europe GmBH, Karlsruhe, Germany). The detection limit was 7 pmol L$^{-1}$ and variation coefficient 10%.

## Reverse transcriptase PCR of the GLP-1 receptor

During surgery segments (all n = 6) from macroscopically normal parts of the corpus, antrum, duodenum and ileum were removed and placed in RNA-later. The serosa and mucosa were scraped off and 50 mg of wall tissue was homogenized and total RNA purified using RNeasy kit and RNase-free DNase set (Qiagen, Hilden, Germany). The quality and concentration of the RNA was controlled with spectrophotometry ($\lambda$260/$\lambda$280) and agarose-gel electrophoresis. One microgram of total RNA from each preparation was used to synthesize single-stranded cDNA using 200 units of RNase-H reverse transcriptase and oligodeoxynucleotide (25 $\mu$g mL$^{-1}$; Invitrogen Ltd, Paisley, UK) as primer. The cDNA served as template for PCR, with a denaturation step 94 °C 3 min, followed by 45 cycles amplification (94 °C 30 s, 50.5 °C 45 s, 72 °C 45 s with

© 2008 The Authors
Journal compilation © 2008 Blackwell Publishing Ltd

P. M. Hellström *et al.* *Neurogastroenterology and Motility*

final extension duration of 10 min at 72 °C) using 2.5 U of DNA *taq* polymerase (Invitrogen) and specific primers for GLP-1 receptor (forward 5′-GTT CCC CTG CTG TTT GTT GT-3′ and reversed 5′-CTTGGCAAG-TCTGCA TTT GA-3′). The PCR product was loaded on 2% agarose-gel. After electrophoresis, DNA bands were visualized with ethidium bromide 0.5 $\mu$g mL$^{-1}$ under UV light and confirmed against negative controls. Expected length of the PCR product for GLP-1 receptor was 228 base pairs.

## Statistics

Results are presented as median and interquartile range (IQR), or mean and standard error of mean (SEM). When differences in baseline data were obtained between treated and untreated conditions, delta values were calculated. For statistical comparisons, the two-tailed Wilcoxon signed rank test or repeated MANOVA with Dunnet's multiple comparison post-test was used. The significance level was set at 0.05.

## RESULTS

### Motility in healthy controls

In control studies with saline, 1.5 (IQR 1–2) MMCs were recorded during the first 4-h period, and 2 (IQR 1–3) during the second period (ns). No differences were seen in the characteristics of phase III between the two periods. During the first 4-h period, the mean contraction frequency was 1.7 ± 0.2 min$^{-1}$, amplitude 32.8 ± 3.6 mmHg and duration 2.9 ± 0.1 s, *vs* 1.6 ± 0.2 min$^{-1}$, 30.5 ± 0.8 mmHg and 2.9 ± 0.1 s for the second period. This resulted in motility indices of 4.1 ± 0.3 and 4.1 ± 0.1, respectively.

### Effects of GLP-1 in healthy subjects

During the first 4-h period MMCs were registered in all, but one test subject in either group. The number of MMCs and motor activity are shown in Figs 1 & 2 and Table 1.

*Gastric antrum* Glucagon-like peptide-1 0.7 pmol kg$^{-1}$ min$^{-1}$ reduced the number of antral MMCs from 1 (IQR 1–2) to 0 (IQR 0–0) during the infusion ($P < 0.05$) without affecting the duration and propagation velocity of phase III. The over-all contraction frequency and duration were decreased, as was motility index from 4.5 ± 0.3 to 3.3 ± 0.2 ln $\sum$(mmHg*s min$^{-1}$) ($P < 0.01$). The contraction amplitude of single contractions was not changed (Table 1).

With GLP-1 1.2 pmol kg$^{-1}$ min$^{-1}$ the number of antral MMCs tended to be inhibited from 1 (IQR 0.5–1.5) to 0 (IQR 0–0) ($P < 0.062$), with no change of





**Figure 1** Influence of intravenous glucagon-like peptide-1 (GLP-1) on the migrating motor complex in the jejunum of healthy controls (dosage 0.7 and 1.2 pmol kg$^{-1}$ min$^{-1}$) and irritable bowel syndrome (IBS) patients (dosage 1.2 and 2.5 pmol kg$^{-1}$ min$^{-1}$).

© 2008 The Authors
Journal compilation © 2008 Blackwell Publishing Ltd



**Figure 2** Reduction of motility index by glucagon-like peptide-1 (GLP-1) in the jejunum of healthy controls and irritable bowel syndrome (IBS) patients. $^*P < 0.05$, $^{**}P < 0.01$.

**Table 1** Effects of GLP-1 on gastrointestinal motility in healthy controls

| Treatment | Contraction frequency $(1\ min^{-1})$ | Contraction amplitude (mmHg) | Contraction duration (s) |
|---|---|---|---|
| Gastric antrum | | | |
| Saline '0.7' | 0.6 ± 0.1 | 49.8 ± 10.7 | 3.1 ± 0.2 |
| GLP-1 0.7 (pmol $kg^{-1}\ min^{-1}$) | 0.4 ± 0.1$^*$ | 29.2 ± 3.7 | 2.7 ± 0.2$^*$ |
| Saline '1.2' | 8.1 ± 6.8 | 30.8 ± 5.8 | 2.8 ± 0.1 |
| GLP-1 1.2 (pmol $kg^{-1}\ min^{-1}$) | 0.9 ± 0.2$^\dagger$ | 25.8 ± 5.2 | 2.5 ± 0.1$^*$ |
| Duodenum | | | |
| Saline '0.7' | 1.9 ± 0.5 | 29.0 ± 3.7 | 2.9 ± 0.1 |
| GLP-1 0.7 (pmol $kg^{-1}\ min^{-1}$) | 2.1 ± 0.7 | 22.6 ± 1.2 | 2.7 ± 0.1 |
| Saline '1.2' | 1.6 ± 0.3 | 33.2 ± 3.8 | 2.9 ± 0.1 |
| GLP-1 1.2 (pmol $kg^{-1}\ min^{-1}$) | 1.1 ± 0.2$^*$ | 24.3 ± 2.2 | 2.8 ± 0.1 |
| Jejunum | | | |
| Saline '0.7' | 1.8 ± 0.2 | 27.5 ± 1.5 | 2.9 ± 0.1 |
| GLP-1 0.7 (pmol $kg^{-1}\ min^{-1}$) | 1.3 ± 0.3 | 24.3 ± 1.1 | 2.7 ± 0.1 |
| Saline '1.2' | 2.4 ± 0.4 | 26.2 ± 0.9 | 2.8 ± 0.1 |
| GLP-1 1.2 (pmol $kg^{-1}\ min^{-1}$) | 1.2 ± 0.2$^{**}$ | 24.6 ± 1.7 | 2.8 ± 0.1 |

GLP-1, glucagon-like peptide-1. $^*P < 0.05$, $^{**}P < 0.01$, $^\dagger$ns, due to variability in baseline recordings.

duration and propagation velocity of phase III. During GLP-1, the over-all contraction duration decreased, but not its frequency (Table 1). At the same time, the motility index tended to be reduced from 4.5 ± 0.1 to 3.6 ± 0.3 ln $\sum(mmHg^*s\ min^{-1})$ ($P < 0.055$).

Calculation of the cumulated number of phase III of MMC verified that all phase III activity was abolished in the antrum with either dose of GLP-1,

and no propagation over to the duodenum took place (Fig. 3).

*Duodenum* Glucagon-like peptide-1 0.7 pmol $kg^{-1}$ $min^{-1}$ reduced the number of duodenal MMCs from 1 (IQR 1–2) to 0 (IQR 0–0) ($P < 0.05$) without affecting the duration and propagation velocity of phase III. The over-all contraction amplitude tended to be reduced

© 2008 The Authors
Journal compilation © 2008 Blackwell Publishing Ltd

P. M. Hellström *et al.*                                    *Neurogastroenterology and Motility*



**Figure 3** Cumulated change of phase III of the migrating motor complex in healthy controls [glucagon-like peptide-1 (GLP-1) 0.7 and 1.2 pmol kg$^{-1}$ min$^{-1}$] and irritable bowel syndrome (IBS) patients (GLP-1 1.2 and 2.5 pmol kg$^{-1}$ min$^{-1}$). *$P < 0.05$.

($P < 0.055$), while frequency and duration, as well as the motility index did not change.

Glucagon-like peptide-1 1.2 pmol kg$^{-1}$ min$^{-1}$ had no effect on MMCs in the duodenum, which was unchanged. This dose decreased the over-all contraction frequency, while other characteristics of contractile activity were unaffected (Table 1). The motility index was reduced from $5.0 \pm 0.2$ to $4.2 \pm 0.3$ ln $\sum$(mmHg*s min$^{-1}$) ($P < 0.02$).

The cumulated number of phase III was reduced to null only with GLP-1 0.7 pmol kg$^{-1}$ min$^{-1}$, as no duodenal component of phase III was recovered in the group receiving GLP-1 1.2 pmol kg$^{-1}$ min$^{-1}$ neither during saline or GLP-1 infusion and thus, no propagation took place (Fig. 3).

*Jejunum* Glucagon-like peptide-1 0.7 pmol kg$^{-1}$ min$^{-1}$ tended to reduce the number of jejunal MMCs from 2 (IQR 2–3) to 0.5 (IQR 0–2) ($P < 0.062$) (Fig. 1) without effect on duration or propagation velocity of phase III of MMC. The characteristics of over-all contractile activity did not change, even if the motility index was reduced.

With GLP-1 1.2 pmol kg$^{-1}$ min$^{-1}$ the number of MMCs did not change significantly, nor did the characteristics of phase III activity. At this dose, the over-all contraction frequency decreased, as did the motility index, while other characteristics of contractile activity remained unchanged (Fig. 2, Table 1).

Cumulation of the number of phase III revealed inhibition of phase III with both doses of GLP-1. However, propagation was detectable as no additional recording point was located further beyond in the jejunum (Fig. 3).

By calculating the percentual difference between the 4-h control period of and the 4-h GLP-1 infusion period, a reduction in the number of MMCs as well as motility index was seen with GLP-1 (Fig. 4).



**Figure 4** Percentage reduction of the migrating motor complex (upper panel) and motility index (lower panel) in the jejunum of healthy controls (healthy; 0.7 and 1.2 pmol kg$^{-1}$ min$^{-1}$) and irritable bowel syndrome (IBS) patients (IBS; 1.2 and 2.5 pmol kg$^{-1}$ min$^{-1}$).

## Effects of GLP-1 in irritable bowel syndrome

During the first 4-h period MMCs were registered in all, but one test subject in the high dose group. The antroduodeno-jejunal motor activity is shown in Table 2.

*Gastric antrum* Glucagon-like peptide-1 1.2 pmol kg$^{-1}$ min$^{-1}$ numerically reduced the number of antral MMCs from 2 (IQR 1–3.5) to 1 (IQR 0–1.5) ($P < 0.062$). The duration and propagation velocity of phase III activity were not changed. The over-all contraction frequency was reduced, but amplitude and duration were not changed (Table 2). The decrease in motility index from $4.7 \pm 0.3$ to $3.7 \pm 0.2$ ln $\sum$(mmHg*s min$^{-1}$) tended to be significant ($P < 0.062$).

At 2.5 pmol kg$^{-1}$ min$^{-1}$, GLP-1 reduced the number of MMCs numerically without affecting the characteristics of phase III. At this dosage, the over-all contraction frequency decreased as did their duration, but not amplitude (Table 2). The motility index decreased from $4.7 \pm 0.2$ to $3.4 \pm 0.5$ ln $\sum$(mmHg*s min$^{-1}$) ($P < 0.01$).

The cumulated number of phase III of MMC was decreased with GLP-1 1.2 pmol kg$^{-1}$ min$^{-1}$, while 2.5 pmol kg$^{-1}$ min$^{-1}$ abolished all phase III activity in the antrum. At the low dosage, only one phase III was

© 2008 The Authors

**Table 2** Effects of GLP-1 on gastrointestinal motility in irritable bowel syndrome patients

| Treatment | Contraction frequency (# $min^{-1}$) | Contraction amplitude (mmHg) | Contraction duration (s) |
|---|---|---|---|
| Gastric antrum | | | |
| Saline '1.2' | $1.3 \pm 0.2$ | $32.0 \pm 3.7$ | $2.9 \pm 0.1$ |
| GLP-1 1.2 (pmol $kg^{-1}$ $min^{-1}$) | $0.7 \pm 0.2^{*}$ | $25.4 \pm 2.2$ | $2.7 \pm 0.1$ |
| Saline '2.5' | $1.2 \pm 0.2$ | $32.9 \pm 5.8$ | $3.1 \pm 0.1$ |
| GLP-1 2.5 (pmol $kg^{-1}$ $min^{-1}$) | $0.7 \pm 0.1^{*}$ | $24.9 \pm 5.5$ | $2.5 \pm 0.1^{*}$ |
| Duodenum | | | |
| Saline '1.2' | $2.2 \pm 0.5$ | $28.9 \pm 4.7$ | $2.9 \pm 0.1$ |
| GLP-1 1.2 (pmol $kg^{-1}$ $min^{-1}$) | $1.2 \pm 0.3^{*}$ | $26.9 \pm 1.6$ | $2.9 \pm 0.1$ |
| Saline '2.5' | $1.6 \pm 0.4$ | $32.3 \pm 5.6$ | $2.9 \pm 0.1$ |
| GLP-1 2.5 (pmol $kg^{-1}$ $min^{-1}$) | $0.8 \pm 0.2^{*}$ | $29.7 \pm 5.3$ | $2.6 \pm 0.1^{**}$ |
| Jejunum | | | |
| Saline '1.2' | $1.6 \pm 0.2$ | $27.6 \pm 3.3$ | $2.8 \pm 0.1$ |
| GLP-1 1.2 (pmol $kg^{-1}$ $min^{-1}$) | $1.0 \pm 0.3^{*}$ | $25.5 \pm 0.9$ | $2.7 \pm 0.1$ |
| Saline '2.5' | $2.0 \pm 0.2$ | $28.6 \pm 2.6$ | $3.0 \pm 0.1$ |
| GLP-1 2.5 (pmol $kg^{-1}$ $min^{-1}$) | $1.0 \pm 0.2^{**}$ | $28.1 \pm 4.1$ | $2.7 \pm 0.1^{**}$ |

GLP-1, glucagon-like peptide-1. $^{*}P < 0.05$, $^{**}P < 0.01$.

propagated into the duodenum, none with the high dose of GLP-1 (Fig. 3).

*Duodenum* Glucagon-like peptide-1 1.2 pmol $kg^{-1}$ $min^{-1}$ neither affected the number of duodenal MMCs nor the characteristics of phase III. The over-all contraction frequency decreased and motility index was reduced from $5.1 \pm 0.4$ to $4.3 \pm 0.3$ ln $\sum$(mmHg*s $min^{-1}$) ($P < 0.05$), but other contraction characteristics were unchanged (Table 2).

Glucagon-like peptide-1 2.5 pmol $kg^{-1}$ $min^{-1}$ numerically reduced the number of MMCs, without affecting the characteristics of phase III. The over-all contraction frequency and duration were decreased, as was the motility index from $4.8 \pm 0.3$ to $3.9 \pm 0.3$ ln $\sum$(mmHg*s $min^{-1}$) ($P < 0.05$) (Table 2).

The cumulated number of phase III was reduced only with GLP-1 1.2 pmol $kg^{-1}$ $min^{-1}$, whereas the higher dose 2.5 pmol $kg^{-1}$ $min^{-1}$ increased the occurrence of phase III, which were all propagated into the jejunum (Fig. 3).

*Jejunum* Glucagon-like peptide-1 1.2 pmol $kg^{-1}$ $min^{-1}$ reduced the number of jejunal MMCs ($P < 0.03$) with no effect on duration or propagation velocity of phase III (Fig. 1). Similarly, the over-all contraction frequency was reduced, whereas amplitude, duration, or motility index were unchanged (Fig. 2 and Table 2).

At 2.5 pmol $kg^{-1}$ $min^{-1}$, GLP-1 numerically reduced the MMCs without affecting characteristics of phase III (Fig. 1). The over-all contraction frequency decreased along with contraction duration and motility index (Fig. 2). The contraction amplitude remained unchanged (Table 2).

With both doses of GLP-1 the cumulated number of phase III was reduced, most obviously with 2.5 pmol $kg^{-1}$ $min^{-1}$ (Fig. 3).

By calculating the percentual decrease between the 4-h control of and 4-h GLP-1 infusion period, a reduction in the number of MMCs, as well as motility index was obtained with GLP-1 in IBS (Fig. 4).

## Plasma concentrations of gastrointestinal peptide hormones

During saline infusion, plasma concentrations of GLP-1 were low. Infusion of GLP-1 resulted in increased plasma concentrations (all $P < 0.01$), which stabilized in the high physiological or supraphysiological range.[34] Plasma concentrations of somatostatin, motilin and PP and GLP-2 were unaffected, while PYY decreased with both doses in healthy subjects ($P < 0.05$), at the highest dose of GLP-1 in IBS 1 ($P < 0.05$) (Fig. 5).

## Glucagon-like peptide-1 receptor

Reverse transcriptase PCR performed on intestinal tissue from different patients revealed presence of mRNA encoding for the GLP-1 receptor in all tissues tested (Fig. 6).

## Vital signs and adverse events

Arterial blood pressure, heart rate and PEF were unchanged during infusion of GLP-1. No side effects were observed with GLP-1, albeit slight nausea reported in two IBS patients with GLP-1 2.5 pmol $kg^{-1}$ $min^{-1}$.

© 2008 The Authors
Journal compilation © 2008 Blackwell Publishing Ltd

P. M. Hellström *et al.*                                                                      *Neurogastroenterology and Motility*



Figure 5 Graphs showing the concentrations of C-terminal glucagon-like peptide-1 (GLP-1), somatostatin, motilin, pancreatic polypeptide, GLP-2 and peptide YY (PYY) during a 4-h period with infusion of saline before infusion of GLP-1 for another 4-h period. Healthy controls received intravenous infusions of 0.7 pmol kg$^{-1}$ min$^{-1}$ ($\nabla$) or 1.2 pmol kg$^{-1}$ min$^{-1}$ ($\triangle$), whereas IBS patients received 1.2 pmol kg$^{-1}$ min$^{-1}$ ($\blacktriangledown$) or 2.5 pmol kg$^{-1}$ min$^{-1}$ ($\blacktriangle$). $^*P < 0.05$, $^{**}P < 0.01$.



**Figure 6** PCR product of 228 base pairs (bp) of human glucagon-like peptide-1 (GLP-1) receptor from different gastrointestinal tissues compared to a 50-step bp ladder.

## DISCUSSION

With reference to the motility index as a general measure of gastrointestinal motility, we found a dose-related inhibitory motility response in both normal subjects and IBS patients with GLP-1. A similar responsiveness throughout all recording points in the antro-duodeno-jejunal region was found. On the whole, the MMC pattern was inhibited, although sometimes with a tendency to be statistically significant. There was a great variability of the occurrence of phase III of MMC in the baseline control recordings, which was most outspoken in the IBS group and thus tended to reduce the statistical validity in motility recordings between controls and GLP-1 infusions. Calculations of the cumulated number of phase III of MMC indicate an inhibition of the antral and jejunal components of the MMC, whereas the duodenal component was less affected, sometimes even with increased motility. In those cases where not all phase III was abolished, the MMC was propagated aborally in a regular fashion. Work by Schirra and collaborators found similar inhibitory motor actions of GLP-1 in the antro-duodenal region in healthy controls,[5,9,10] whereas in the pylorus an increased motor activity was found,[9] which may serve to enhance inhibition of gastric

© 2008 The Authors
Journal compilation © 2008 Blackwell Publishing Ltd

emptying[5,35,36] before absorption can take place in the small intestine.

Glucagon-like peptide-1 at high plasma concentrations had an inhibitory effect on fasting gastrointestinal motility, as reflected by our recordings from antrum to jejunum. The motility changes were not reflected by changes in blood plasma concentrations of somatostatin, PP or PYY; rather the release of PYY was inhibited. This is commensurate with our previous report of GLP-1 on gastric emptying.[34] Simultaneously, no inhibition was seen on the release of GLP-2 pointing at a possibility of a specific negative feedback on cells containing PYY, but not those containing also GLP-1 and GLP-2 (L-cells).[37] Neither did GLP-1 affect plasma levels of PP or somatostatin, as previously suggested for human pancreatic islets,[25] nor did GLP-1 decrease motilin to inhibit motility.

The GLP-1 effects were chiefly observed in the duodenum and jejunum, most likely due to the fact that fasting gastrointestinal motor activity exhibits a more regular pattern at the angle of Treitz. Of the different motility characteristics studied, we found contraction frequency and motility index to discern the most clear-cut effects of GLP-1. The MMC is seen as an integrative neurally regulated gastrointestinal function, which turns on and off at irregular intervals, why complete reliance on this function as a representative of gut motility may result in erratic conclusions. Taken together, we found that the contraction frequency and motility index displayed the most reliable inhibition of the motility response to GLP-1.

Using motility index as the basis for our observations, we arrive at similar conclusions as previously in the rat where GLP-1 exerts profound inhibitory actions on motility.[6,7] This finding is in agreement with those of others studying different animal species[16,38,39] and man,[5,9] in whom also the metabolic impact of an inhibited antro-duodenal motility was shown.[40] We were not able to obtain any dose–response relationship for GLP-1, which might be due to the small group studied. To substantiate our findings, we were able to show the presence of a PCR product corresponding to the GLP-1 receptor in the gut suggested to be found on afferent neurons in the enteric nervous system.[7,41]

Irritable bowel syndrome patients are considered to have a reduced tolerance to distention of the colon.[42] According to the findings of Cook et al.,[43] the intolerance to distention should be specific to the colon. However, the disorder seems not to be confined to the colon, as verified by Trimble et al.[44] Specifically, studies indicate that the small bowel may be involved

in IBS. In studies using prolonged manometry of the small bowel in man Kellow and Phillips[18] found that changes in motility were correlated to symptoms. This was extended to continuous 72-h recordings of duodeno-jejunal contractile activity in 12 twelve ambulant subjects. Major differences compared to controls were found in the awake state. Irritable bowel syndrome patients had shorter postprandial motor activity than that of controls, and diurnal MMC intervals were shorter in diarrhoea-predominant than in constipation-predominant IBS.[19] Provocative challenges such as psychological stress[21] and peripheral injection of CRH[45] to man also changed motility of the small intestine. In addition, experimental data using balloon distension of the intestine indicate that IBS patients tolerate smaller volumes than controls[46] and abnormal postprandial jejunal motor activity is related to mechanoreceptor-related hypersensitivity.[23] Furthermore, in IBS patients, gas retention of the jejunum can be challenged with duodenal lipid perfusion.[47] Together with the suggestion of inflammatory changes and neuropathy in the small bowel of IBS patients,[48] findings point at an involvement of the small bowel in IBS. Thus, recording of small bowel motor activity may be of relevance in IBS patients, especially evaluating drug effects in individuals.

Glucagon-like peptide-1 exerts an inhibitory action on gastrointestinal motility and is suggested to be a mediator of the inhibitory ileal brake mechanism.[9,39] As reduced tolerance for distension of the bowel may contribute to the abdominal pain complaints in IBS patients, relaxation of the gut muscle wall may be beneficial in IBS. Hoelzl et al.[49] suggest that differences between normal subjects and IBS patients in compliance of the bowel wall should account for differences in their visceral pain threshold. In support of this, IBS patients report discomfort during the rapid rising but not during the plateau phase of distention.[50] Hence, by decreasing bowel tone and wall tension GLP-1 would permit greater compliance of the gut, which would lower the sensitivity of stretch receptors within the gut wall considered to play a role in the hypersensitivity pattern associated with IBS.[51] Such peripheral mechanisms are consistent with the clinical findings of Fielding[52] that IBS patients report tenderness on abdominal palpation more commonly than do normal subjects.

To conclude, in studies of gastrointestinal motility, GLP-1 reduces motility in the antro-duodeno-jejunal region and inhibits the MMC in healthy subjects as well as in patients, suggesting that GLP-1 may be used to alleviate symptoms in IBS.

© 2008 The Authors
Journal compilation © 2008 Blackwell Publishing Ltd

P. M. Hellström *et al.*                                                   *Neurogastroenterology and Motility*

## ACKNOWLEDGMENTS

The study was supported by the Swedish Research Council (7916), the Bengt Ihre fund and the Karolinska Institutet.

## REFERENCES

1 Kreymann B, Williams G, Ghatei MA, Bloom SR. Glucagon-like peptide-1 7-36: a physiological incretin in man. *Lancet* 1987; 2: 1300–4.

2 Elliott RM, Morgan LM, Tredger JA, Deacon S, Wright J, Marks V. Glucagon-like peptide-1 (7-36)amide and glucose-dependent insulinotropic polypeptide secretion in reponse to nutrient ingestion in man: acute post-prandial and 24-h secretion patterns. *J Endocrinol* 1993; 138: 159–66.

3 Edwards CM, Todd JF, Mahmoudi M *et al.* Glucagon-like peptide 1has a physiological role in the control of postprandial glucose in humans: studies with the antagonist exendin 9-39. *Diabetes* 1999; 48: 86–93.

4 Schjoldager BT, Mortensen PE, Christiansen J, Ørskov C, Holst JJ. GLP-1 (glucagon-like peptide 1) and truncated GLP-1, fragments of human proglucagon, inhibit gastric acid secretion in humans. *Dig Dis Sci* 1989; 34: 703–8.

5 Schirra J, Kuwert P, Wank U *et al.* Differential effects of subcutaneous GLP-1 on gastric emptying, gastroduodenal motility, and pancreatic function in man. *Proc Assoc Am Physicians* 1997; 109: 84–97.

6 Tolessa T, Gutniak M, Holst JJ, Efendic S, Hellström PM. Inhibitory effect of glucagon-like peptide-1 on small bowel motility. Fasting but not fed motility inhibited via nitric oxide independently of insulin and somatostatin. *J Clin Invest* 1998; 102: 764–74.

7 Tolessa T, Gutniak M, Holst JJ, Efendic S, Hellström PM. Glucagon-like peptide-1 retards gastric emptying and small bowel transit in the rat: effect mediated through central or enteric nervous mechanisms. *Dig Dis Sci* 1998; 43: 2284–90.

8 Schirra J, Leicht P, Hildebrand P *et al.* Mechanisms of the antidiabetic action of subcutaneous glucagon-like peptide-1(7-36)amide in non-insulin dependent diabetes mellitus. *J Endocrinol* 1998; 156: 177–86.

9 Schirra J, Houck P, Wank U, Arnold R, Göke B, Katschinski M. Effects of glucagon-like peptide-1(7-36)amide on antro-pyloro-duodenal motility in the interdigestive state and with duodenal lipid perfusion in humans. *Gut* 2000; 46: 622–31.

10 Schirra J, Wank U, Arnold R, Göke B, Katschinski M. Effects of glucagon-like peptide-1 (7-36)amide on motility and sensation of the proximal stomach in humans. *Gut* 2002; 50: 341–8.

11 Deacon CF, Pridal L, Klarskov L, Olesen M, Holst JJ. Glucagon-like peptide 1 undergoes differential tissue-specific metabolism in the anesthetized pig. *Am J Physiol* 1996; 271: E458–64.

12 Imeryuz N, Yegen BC, Bozkurt A, Coskun T, Villanueva-Penacarrillo ML, Ulusoy NB. Glucagon-like peptide 1 inhibits gastric emptying via vagal afferent-mediated central mechanism. *Am J Physiol* 1997; 273: G920–7.

13 Gulpinar MA, Bozkurt A, Coskun T, Ulusoy NB, Yegen BC. Glucagon-like peptide (GLP-1) is involved in the central modulation of fecal output in rats. *Am J Physiol* 2000; 278: G924–9.

14 Näslund E, Skogar S, Efendic S, Hellström PM. Glucagon-like peptide-1 analogue LY315902: effect on intestinal motility and release of insulin and somatostatin. *Regul Pept* 2002; 106: 89–95.

15 Wettergren A, Wøjdemann M, Holst JJ. The inhibitory effect of glucagon-like peptide-1 (7-36)amide on antral motility is antagonized by its N-terminally truncated primary metabolite GLP-1 (9-36)amide. *Peptides* 1998; 19: 877–82.

16 Wettergren A, Wøjdemann M, Holst JJ. Glucagon-like peptide-1 inhibits gastropancreatic function by inhibiting central parasympathetic outflow. *Am J Physiol* 1998; 275: G984–92.

17 Tolessa T, Näslund E, Hellström PM. The inhibitory mechanism of GLP-1, but not glucagon, on fasted gut motility is dependent on the L-arginine/nitric oxide pathway. *Regul Pept* 2001; 98: 33–40.

18 Kellow JE, Phillips SF. Altered small bowel motility in irritable bowel syndrome is correlated with symptoms. *Gastroenterology* 1987; 92: 1885–93.

19 Kellow JE, Gill RC, Wingate DL. Prolonged ambulant recordings of small bowel motility demonstrate abnormalities in the irritable bowel syndrome. *Gastroenterology* 1990; 98: 1208–18.

20 Lind CD. Motility disorders in the irritable bowel syndrome. *Gastroenterol Clin North Am* 1991; 20: 279–95.

21 Kellow JE, Langeluddecke PM, Eckersley GM, Jones MP, Tennant CC. Effects of acute psychologic stress on small-intestinal motility in health and the irritable bowel syndrome. *Scand J Gastroenterol* 1992; 27: 53–8.

22 Schmidt T, Hackelsberger N, Widmer R, Meisel C, Pfeiffer A, Kaess H. Ambulatory 24-hour jejunal motility in diarrhea-predominant irritable bowel syndrome. *Scand J Gastroenterol* 1996; 31: 581–9.

23 Evans PR, Bennett EJ, Bak YT, Tennant CC, Kellow JE. Jejunal sensorimotor dysfunction in irritable bowel syndrome: clinical and psychosocial features. *Gastroenterology* 1996; 110: 393–404.

24 Small PK, Loudon MA, Hau CM, Noor N, Campbell FC. Large-scale ambulatory study of postprandial jejunal motility in irritable bowel syndrome. *Scand J Gastroenterol* 1997; 32: 39–47.

25 Fehmann HC, Hering BJ, Wolf MJ *et al.* The effects of glucagon-like petide-I (GLP-I) on homrone secretion from isolated human pancreatic islets. *Pancreas* 1995; 11: 196–200.

26 Holst JJ, Ørskov C, Nielsen OV, Schwartz TW. Truncated glucagon-like petide I, an insulin -releasing hormone from the distal gut. *FEBS Lett* 1987; 211: 169–74.

27 Mojsov S, Weir GC, Habener JF. Insulinotropin: glucagon-like peptide-I (7-37) co-encoded in the glucagon gene is a potent stimulator of insulin release in the perfused rat pancreas. *J Clin Invest* 1987; 79: 616–9.

28 Ørskov C, Holst JJ, Nielsen OV. Effect of truncated glucagon-like peptide-1 (proglucagon-(78-107)amide) on endocrine secretion from pig pancreas, antrum, and non-antral stomach. *Endocrinology* 1988; 123: 2009–13.

29 Thompson WG, Longstreth GF, Drossman DA, Heaton KW, Irvine EJ, Müller-Lissner SA. Functional bowel disorders and functional abdominal pain. *Gut* 1999; 45(Suppl. 2): 1143–7.

© 2008 The Authors
Journal compilation © 2008 Blackwell Publishing Ltd

30 Vantrappen G, Janssens J, Hellemans J, Ghoos Y. The interdigestive motor complex of normal subjects and patients with bacterial overgrowth of the small intestine. *J Clin Invest* 1977; **59**: 1158–66.

31 Schmidt PT, Ljung T, Hartmann B, Hare KJ, Holst JJ, Hellström PM. Tissue levels and postprandial secretion of the intestinal growth factor, GLP-2, in inflammatory bowel disease: comparison with PYY. *Eur J Gastroenterol Hepatol* 2005; **17**: 207–12.

32 Nilsson BI, Svenberg T, Tollström T, Hellström PM, Samuelson K, Schnell PO. Relationship between interdigestive gallbladder emptying, plasma motilin and migrating motor complex in man. *Acta Physiol Scand* 1990; **139**: 55–61.

33 Lördal M, Theodorsson E, Hellström PM. Tachykinins influence interdigestive rhythm and contractile strength of human small intestine. *Dig Dis Sci* 1997; **42**: 1940–9.

34 Näslund E, Bogefors J, Skogar S *et al.* GLP-1 slows solid gastric emptying and inhibits insulin, glucagon, and PYY release in humans. *Am J Physiol* 1999; **277**: R910–6.

35 Gutniak M, Juntti-Berggren L, Hellström PM, Guenifi A, Holst JJ, Efendic S. Glucagon-like peptide I enhances the insulinotropic effect of glibenclamide in NIDDM patients and in the perfused rat pancreas. *Diabetes Care* 1996; **19**: 857–63.

36 Gutniak M, Svartberg J, Hellström PM, Holst J, Adner N, Ahren B. Antidiabetogenic action of glucagon-like peptide-1 related to administration relative to meal intake in subjects with type 2 diabetes. *J Intern Med* 2001; **250**: 81–7.

37 Mortensen K, Christensen LL, Holst JJ, Ørskov C. GLP-1 and GIP are co-localized in a subset of endocrine cells in the small intestine. *Regul Pept* 2003; **114**: 189–96.

38 Giralt M, Vergara P. Sympathetic pathways mediate GLP-1 actions in the gastrointestinal tract of the rat. *Regul Pept* 1998; **74**: 19–25.

39 Giralt M, Vergara P. Glucagon-like peptide-1 (GLP-1) participation in ileal brake induced by intraluminal peptones in rat. *Dig Dis Sci* 1999; **44**: 322–9.

40 Schirra J, Houck P, Wank U, Arnold R, Göke B, Katschinski M. Effects of glucagon-like peptide-1(7-36)amide on antro-pyloro-duodenal motility in the interigestive state and with duodenal lipid perfusion in humans. *Gut* 2006; **46**: 622–31.

41 Näslund E, Bogefors J, Grybäck P *et al.* GLP-1 inhibits gastric emptying of water but does not influence plasma vasopressin. *Scand J Gastroenterol* 2001; **36**: 156–62.

42 Ritchie J. Pain from distention of the pelvic colon by inflating a balloon in the irritable colon syndrome. *Gut* 1973; **14**: 125–32.

43 Cook I, van Eeden A, Collins SM. Patients with irritable bowel syndrome have greater pain tolerance than normal subjects. *Gastroenterology* 1987; **93**: 727–33.

44 Trimble KC, Farouk R, Pryde A, Douglas S, Heading R. Heightened visceral sensation in functional GI disease is not site specific. Evidence for a generalized disorder of gut sensitivity. *Dig Dis Sci* 1995; **40**: 1607–13.

45 Fukudo S, Nomura T, Hongo M. Impact of corticotropin-releasing hormone on gastrointestinal motility and adrenocorticotropic hormone in normal controls and patients with irritable bowel syndrome. *Gut* 1998; **42**: 845–9.

46 Accarino AM, Azpiroz F, Malagelada JR. Selective dysfunction of mechanosensitive intestinal afferents in irritable bowel syndrome. *Gastroenterology* 1995; **108**: 927–31.

47 Serra J, Salvioli B, Azpiroz F, Malagelada JR. Lipid-induced intestinal gas retention in irritable bowel syndrome. *Gastroenterology* 2002; **123**: 700–6.

48 Törnblom H, Lindberg G, Nyberg B, Veress B. Full-thickness biopsy of the jejunum reveals inflammation and enteric neuropathy in irritable bowel syndrome. *Gastroenterology* 2002; **123**: 1972–9.

49 Hoelzl R, Erasmus L, Kratzmair M. Peripheral transduction mechanisms in visceral pain perception of irrtable bowel patients. In: Singer M, Goebell H, eds. *Nerves and the Gastrointestinal Tract, Falk Symposium 50.* Lancaster: Kluwer Academic, 1989: 797–8.

50 Lembo T, Munakata J, Mertz H *et al.* Evidence for the hypersensitivity of lumbar planchnic afferents in irritable bowel syndrome. *Gastroenterology* 1994; **107**: 1686–96.

51 Whitehead W, Holtkotter B, Enck P *et al.* Tolerance to rectosigmoid distention in irritable bowel syndrome. *Gastroenterology* 1990; **98**: 1187–92.

52 Fielding J. The diagnostic sensitivity of physical signs in the irritable bowel syndrome. *Ir Med J* 1981; **74**: 143–4.

© 2008 The Authors
Journal compilation © 2008 Blackwell Publishing Ltd          659