# EXHIBIT 73D

database, encompassing 97 healthcare organizations and over 110 million patients. Adults (≥18 years) with type 2 diabetes and a BMI ≥30 undergoing esophagogastroduodenoscopy (EGD) or colonoscopy were included. Patients were divided into two groups: Cases (GLP-1RA users) and Controls (non-users). Exclusions included a history of bariatric surgery, type 1 diabetes, or gastroparesis. The primary outcome was pulmonary aspiration within three days post-endoscopy. Secondary outcomes included hypoglycemia, hyperglycemia, hypoxia with respiratory failure, bronchospasm, laryngospasm, bleeding, perforation, and cardiac arrhythmia. Propensity score matching (PSM) balanced cohorts for age, race, comorbidities, and medication use. Odds ratios (OR) with 95% confidence intervals (CI) were calculated, with significance set at p<0.05. Among eligible patients, 37,540 were in the GLP-1RA group, and 462,324 were in the non-use group. After PSM, each group comprised 37,538 patients. The average age was 58 years, with gastroesophageal reflux disease (43.8%) being the most common comorbidity. Opioids and NSAIDs were the most frequently used medications. For the primary outcome, pulmonary aspiration occurred in 27/37,311 patients undergoing EGD and 10/37,311 undergoing colonoscopy in the GLP-1RA group. This resulted in an OR of 0.365 (CI 0.177–0.755, p = 0.005) for EGD and 1.295 (CI 0.568–2.953, p = 0.538) for colonoscopy. Secondary outcomes showed no significant differences between groups for hypoglycemia, hyperglycemia, hypoxia with respiratory failure, bronchospasm, laryngospasm, perforation, or cardiac arrhythmia. Notably, bleeding rates were lower among GLP-1RA users: 433/37,311 for EGD and 251/37,311 for colonoscopy, with ORs of 0.728 (CI 0.630–0.841) and 0.701 (CI 0.579–0.849), respectively. In conclusion, GLP-1RA use did not significantly affect the risk of pulmonary aspiration during EGD or colonoscopy. However, the observed reduction in bleeding rates among GLP-1RA users warrants further investigation. Randomized controlled trials are needed to clarify the implications of GLP-1RA use on perioperative aspiration risk.

Table 1. Baseline characteristics of patients in cases (GLP-1RA) and controls (no GLP-1RA use) before and after propensity score matching.

| Characteristics | Before Matching | | | After Matching | | |
|---|---|---|---|---|---|---|
| | Cases | Controls | p-Value | Cases | Controls | p-Value |
| N | 444,606 (100%) | 37,540 (100%) | | 37,538 (100%) | 37,538 (100%) | |
| Age at Index | 60.6 +/- 10.7 | 58.5 +/- 10.0 | <0.001 | 58.4 +/- 10.5 | 58.5 +/- 10.0 | 0.320 |
| Sex | | | | | | |
| Male | 205,455 (46.2%) | 15,852 (42.2%) | <0.001 | 15,734 (41.9%) | 15,851 (42.2%) | 0.387 |
| Female | 217,314 (48.9%) | 20,084 (53.5%) | <0.001 | 20,227 (53.9%) | 20,083 (53.5%) | 0.292 |
| Race | | | | | | |
| White | 273,296 (61.5%) | 23,379 (62.3%) | 0.002 | 23,740 (63.2%) | 23,377 (62.3%) | 0.006 |
| Black or African American | 80,996 (18.2%) | 6,318 (16.8%) | <0.001 | 6,272 (16.7%) | 6,318 (16.8%) | 0.653 |
| Asian | 12,558 (2.8%) | 902 (2.4%) | <0.001 | 906 (2.4%) | 902 (2.4%) | 0.924 |
| Native Hawaiian or Other Pacific Islander | 3,268 (0.7%) | 221 (0.6%) | 0.001 | 211 (0.6%) | 221 (0.6%) | 0.629 |
| Other Race | 15,532 (3.5%) | 1,526 (4.1%) | <0.001 | 1,582 (3.7%) | 1,526 (4.1%) | 0.006 |
| Ethnicity | | | | | | |
| Hispanic or Latino | 50,653 (11.4%) | 3,727 (9.9%) | <0.001 | 3,301 (8.8%) | 3,727 (9.9%) | <0.001 |
| Not Hispanic or Latino | 304,507 (68.5%) | 26,972 (71.8%) | <0.001 | 27,412 (73.0%) | 26,971 (71.8%) | <0.001 |
| Unknown Ethnicity | 89,446 (20.1%) | 6,841 (18.2%) | <0.001 | 6,825 (18.2%) | 6,840 (18.2%) | 0.887 |
| Comorbidities | | | | | | |
| BMI (Kg/m2) Mean ± SD | 368,380 (82.9%) 34.5 +/- 6.7 | 34,121 (90.9%) 36.5 +/- 7.3 | <0.001 | 34,641 (92.4%) 35.6 +/- 7.3 | 34,119 (90.9%) 36.5 +/- 7.3 | <0.001 |
| Alcohol Use Disorder | 20,547 (4.6%) | 1,332 (3.5%) | <0.001 | 1,084 (2.9%) | 1,332 (3.5%) | <0.001 |
| Smoking | 69,773 (15.7%) | 6,176 (16.5%) | <0.001 | 5,712 (15.2%) | 6,176 (16.5%) | <0.001 |
| Diaphragmatic hernia | 27,970 (6.3%) | 2,438 (6.5%) | 0.122 | 2,120 (5.6%) | 2,438 (6.5%) | <0.001 |
| GERD | 149,531 (33.6%) | 16,460 (43.8%) | <0.001 | 16,076 (42.8%) | 16,459 (43.8%) | 0.005 |
| Metabolic dysfunction Associated Steatohepatitis (MASH) | 6,935 (1.6%) | 1,493 (4.0%) | <0.001 | 1,241 (3.3%) | 1,491 (4.0%) | <0.001 |
| Obstructive Sleep Apnea (OSA) | 82,566 (18.6%) | 13,716 (36.5%) | <0.001 | 13,204 (35.2%) | 13,714 (36.5%) | <0.001 |
| Osteoarthritis | 132,757 (29.9%) | 15,091 (40.2%) | <0.001 | 14,715 (39.2%) | 15,090 (40.2%) | 0.005 |
| Type 2 Diabetes Mellitus | 275,118 (61.9%) | 35,364 (94.2%) | <0.001 | 35,365 (94.2%) | 35,362 (94.2%) | 0.963 |
| Heart Failure | 50,823 (11.4%) | 4,766 (12.7%) | <0.001 | 4,534 (12.1%) | 4,766 (12.7%) | 0.010 |
| Ischemic Heart Diseases | 98,218 (22.1%) | 9,556 (25.5%) | <0.001 | 9,225 (24.6%) | 9,556 (25.5%) | 0.005 |
| Acute Myocardial Infarction | 22,575 (5.1%) | 2,138 (5.7%) | <0.001 | 2,177 (5.8%) | 2,138 (5.7%) | 0.541 |
| Peptic Ulcer | 5,329 (1.2%) | 388 (1.0%) | 0.005 | 515 (0.8%) | 388 (1.0%) | <0.001 |
| Long term use of NSAID | 11,923 (2.7%) | 1,932 (5.1%) | <0.001 | 1,667 (4.4%) | 1,932 (5.1%) | <0.001 |
| Drug Use | | | | | | |
| Opioids | 229,284 (51.6%) | 23,295 (62.1%) | <0.001 | 23,056 (61.4%) | 23,297 (62.1%) | 0.070 |
| Platelet Aggregation Inhibitors | 160,224 (36.0%) | 17,186 (45.5%) | <0.001 | 16,961 (45.2%) | 17,084 (45.5%) | 0.367 |
| Anticoagulants | 142,755 (32.1%) | 14,766 (39.3%) | <0.001 | 14,514 (38.7%) | 14,758 (39.3%) | 0.068 |
| NSAID | 103,785 (23.3%) | 12,832 (34.2%) | <0.001 | 11,066 (29.5%) | 12,830 (34.2%) | <0.001 |

Table 2: Comparison of outcomes between cases (GLP-1RA) and controls (no GLP-1RA) in EGD and colonoscopy after propensity score matching.

| Outcome | Cases | | Controls | | OR (95% CI) | | p-Value | |
|---|---|---|---|---|---|---|---|---|
| | EGD | Colonoscopy | EGD | Colonoscopy | EGD | Colonoscopy | EGD | Colonoscopy |
| Aspiration | 27 | 10 | 10 | 13 | 0.365 (0.177, 0.755) | 1.295 (0.568, 2.953) | N/A (Risk Diff p-value 0.005) | N/A (Risk diff p-value 0.538) |
| Hypoglycemia | 10 | 10 | 10 | 10 | 1.010 (0.420, 2.426) | 1.009 (0.420, 2.426) | N/A (Risk Diff p-value 0.983) | N/A (Risk diff p-value 0.983) |
| Hyperglycemia | 25 | 15 | 50 | 12 | 1.275 (0.750, 2.169) | 0.834 (0.390, 1.783) | N/A (Risk diff p-value 0.368) | N/A (Risk diff p-value 0.640) |
| Hypoxia w Respiratory Failure | 13 | 10 | 10 | 10 | 0.768 (0.317, 1.752) | 0.999 (0.416, 2.401) | N/A (Risk diff p-value 0.530) | N/A (Risk diff p-value 0.999) |
| Bronchospasm | 10 | 10 | 10 | 10 | 1.001 (0.417, 2.405) | 1.002 (0.417, 2.400) | N/A (Risk diff p-value 0.998) | N/A (Risk diff p-value 0.996) |
| Laryngospasm | 10 | 10 | 10 | 10 | 0.999 (0.416, 2.403) | 1.000 (0.416, 2.403) | N/A (Risk diff p-value 0.999) | N/A (Risk diff p-value 1.000) |
| Bleeding | 433 | 251 | 329 | 181 | 0.728 (0.630, 0.841) | 0.701 (0.579, 0.849) | N/A (Risk diff p-value 0.000) | N/A (Risk diff p-value 0.000) |
| Perforation | 15 | 17 | 10 | 10 | 0.665 (0.299, 1.481) | 0.847 (0.269, 1.252) | N/A (Risk diff p-value 0.315) | N/A (Risk diff p-value 0.176) |
| Cardiac Arrhythmia | 78 | 84 | 68 | 87 | 0.872 (0.629, 1.207) | 1.034 (0.766, 1.396) | N/A (Risk diff p-value 0.405) | N/A (Risk diff p-value 0.923) |

## Su2054

### ASSOCIATION BETWEEN SEMAGLUTIDE AND SEVERE GASTROINTESTINAL ADVERSE EFFECTS IN ADULTS WITH AND WITHOUT DIABETES: A REAL-WORLD CLAIMS DATA STUDY

Collin York, Lindsey Abdelfattah, Amresh Hanchate, Kristina Henderson-Lewis

OBJECTIVE: Glucagon-like peptide-1 receptor agonists (GLP-1 RA) are medications approved to treat type 2 diabetes mellitus (DM) and obesity. Gastrointestinal (GI) adverse effects (AE), including nausea, vomiting, and abdominal pain, are frequently reported in clinical trials for GLP-1 RA, and rare AE include pancreatitis and biliary disease. Patients who use GLP-1 RA in the real world are likely to be different than those in clinical trials. We aimed to characterize the cohort of patients who use the GLP-1 RA semaglutide using real-world data (RWD) with respect to presence of diabetes and demographic factors; characterize incidence of serious GI AE in the cohort; and identify variables that confer higher risk of serious GI AE. METHODS: We used a novel source of RWD, Merative MarketScan, a large commercial

insurance claims database that includes prescriptions and diagnosis codes. In our cohort, we included patients with incident fills of semaglutide from January 1, 2020 through September 30, 2022. Patients with DM were identified, and demographic data, including sex and age, were collected. Patients without a diagnosis of DM were assumed to be using semaglutide for weight loss. Patients were followed for 90 days for short-term incidence of unique hospitalizations or emergency department (ED) visits with a primary discharge diagnosis of biliary disease, pancreatitis, nausea/vomiting, or abdominal pain. Logistic regression was used to analyze the relationship between demographic covariates, presence of DM, and any qualifying AE by 90 days. RESULTS: 262,052 patients with an incident fill of semaglutide were identified, including 217,733 (83.1%) with DM and 44,319 (16.9%) without DM. DM patients were 41.9% male, whereas non-DM patients were 18.5% male (p<0.001). Incidence of hospitalization or ED visits with a primary discharge diagnosis of pancreatitis or biliary disease was 0.2%, and 2.1% with a primary discharge diagnosis of nausea/vomiting or abdominal pain. In a logistic regression model that adjusted for covariates including sex, age, year prescribed, and region of country, presence of DM (OR = 1.28, p<.001) was associated with higher incidence of hospital or ED visits for any of these GI complications. CONCLUSIONS: In a large national cohort of patients with incident fills of semaglutide, patients using the medication for weight loss were more likely to be female, and presence of DM was associated with higher incidence of GI-related hospitalizations or ED visits. Limitations to our study include limited follow-up time and the possibility of unmeasured confounds; for example, DM patients may be generally sicker than non-DM patients, which could explain their increased risk of early GI-related hospitalizations and ED visits. Future studies are needed with longer follow-up time and adequate controlling for confounds.

## Su2055

### TIRZEPATIDE SHOWS LOWER RISK OF GASTROINTESTINAL SIDE EFFECTS COMPARED TO OTHER GLUCAGON-LIKE PEPTIDE-1 (GLP-1) RECEPTOR AGONISTS: A REAL-WORLD ANALYSIS OF OVER 1 MILLION PATIENTS

Fouad Jaber, Kinan Obeidat, Mohammad Adam, Yazan Sallam, Anas Alselek, Mohammad Jaber, Dushyant S. Dahiya, Raed Darwish, Hassam Ali, Rehman A. Sheikh

Introduction Tirzepatide, a dual GLP-1 and GIP receptor agonist, has shown superior efficacy in glycemic control and weight loss compared to GLP-1 receptor agonists (GLP-1 RAs). However, its dual agonist action may increase gastrointestinal (GI) side effects, such as constipation, nausea/vomiting, gastroparesis, and GERD, though data are limited. This study compares the risk of GI side effects and overall safety between tirzepatide and other GLP-1 RAs. Methods We conducted a retrospective cohort study using the TriNetX US Collaborative Network, a database encompassing data from 69 healthcare institutions. Adults (≥18 years) prescribed tirzepatide or single-agent GLP-1 receptor agonists for type 2 diabetes or obesity were identified using ICD-10 and CPT codes. Patients with pregnancy, liver cirrhosis, IBD, heart failure, chronic pancreatitis, or active malignancy were excluded. Primary endpoints were gastroparesis, reflux, Barrett's esophagus, and GERD at 6 months, 1 year, and 2 years. Secondary outcomes included constipation, dyspepsia, nausea/vomiting, biliary disease, acute pancreatitis, and bowel obstruction. One-to-one propensity score matching was utilized to balance cohorts for demographics and clinical factors, and adjusted odds ratios (aORs) with 95% confidence intervals (CIs) were calculated for outcome analysis. Results A total of 81,738 patients received Tirzepatide, while 851,379 patients were treated with other GLP-1 receptor agonists. After propensity score matching, the cohorts were well-balanced in terms of demographic and clinical characteristics (Table 1). At 6 months, Tirzepatide was associated with a significantly lower risk of gastroparesis (aOR: 0.280, 95% CI: 0.239, 0.328), GERD (aOR: 0.473, 95% CI: 0.459, 0.487), and Barrett's esophagus (aOR: 0.431, 95% CI: 0.370, 0.502). Additionally, the risk of acute pancreatitis (aOR: 0.314, 95% CI: 0.293, 0.336), IBS (aOR: 0.414, 95% CI: 0.379, 0.453), and bowel obstruction (aOR: 0.353, 95% CI: 0.280, 0.445) were also significantly lower in the Tirzepatide cohort. The risk of nausea and vomiting was significantly lower in the Tirzepatide group (aOR: 0.291, 95% CI: 0.258, 0.328), as was the risk of constipation (aOR: 0.380, 95% CI: 0.370, 0.391) and dyspepsia (aOR: 0.421, 95% CI: 0.385, 0.461). The results were consistent at 1-year and 2 years follow-up. Similarly, Tirzepatide was associated with lower risks of biliary diseases, including cholecystitis, cholelithiasis, choledocholithiasis, and cholecystectomy at 6 months, (Table 2), but not at 1 year or 2-year follow-up. Conclusion Our study provides real-world evidence that Tirzepatide has a significantly lower risk of GI side effects compared to GLP-1 RAs, suggesting a favorable GI safety profile for patients with obesity or type 2 diabetes. However, long-term studies are needed to confirm these findings.



Δ π EXHIBIT 4
Deponent Pisegna A
Date 3/31/26 Rptr. bt
WWW.DEPOBOOK.COM

AGA Abstracts

AGA Abstracts

| Baseline Variable | Before Matching | | | After Matching | | |
|---|---|---|---|---|---|---|
| | Cohort 1 (N = 81,738) | Cohort 2 (N = 851,379) | P-Value | Cohort 1 (N = 81,623) | Cohort 2 (N = 81,623) | P-Value |
| Age at Index | 51.5 ± 13.4 | 53.7 ± 14.3 | <0.001 | 51.5 ± 13.4 | 51.5 ± 13.4 | 0.999 |
| Gender | | | | | | |
| Male | 25,722 (31.5%) | 306,210 (36.5%) | <0.001 | 25,722 (31.5%) | 25,755 (31.6%) | 0.860 |
| Female | 51,790 (63.5%) | 498,442 (59.5%) | <0.001 | 51,790 (63.5%) | 51,771 (63.4%) | 0.922 |
| Unknown Gender | 4,111 (5.0%) | 33,674 (4.0%) | <0.001 | 4,111 (5.0%) | 4,097 (5.0%) | 0.874 |
| Race | | | | | | |
| Black or African American | 11,974 (14.7%) | 155,213 (18.5%) | <0.001 | 11,974 (14.7%) | 11,991 (14.7%) | 0.905 |
| White | 56,590 (69.3%) | 513,804 (61.3%) | <0.001 | 56,590 (69.3%) | 56,625 (69.4%) | 0.851 |
| American Indian or Alaska Native | 307 (0.4%) | 4,468 (0.5%) | <0.001 | 307 (0.4%) | 289 (0.4%) | 0.460 |
| Native Hawaiian or Other Pacific Islander | 118 (0.1%) | 1,367 (0.2%) | 0.209 | 118 (0.1%) | 101 (0.1%) | 0.250 |
| Asian | 1,394 (1.7%) | 20,330 (2.4%) | <0.001 | 1,394 (1.7%) | 1,404 (1.7%) | 0.849 |
| Other Race | 2,166 (2.7%) | 36,410 (4.3%) | <0.001 | 2,166 (2.7%) | 2,146 (2.6%) | 0.758 |
| Ethnicity | | | | | | |
| Not Hispanic or Latino | 56,548 (69.3%) | 521,334 (62.2%) | <0.001 | 56,548 (69.3%) | 56,576 (69.3%) | 0.881 |
| Hispanic or Latino | 5,370 (6.6%) | 76,893 (9.2%) | <0.001 | 5,370 (6.6%) | 5,365 (6.6%) | 0.960 |
| Comorbidities and medications | | | | | | |
| Type 2 Diabetes Mellitus | 27,874 (34.1%) | 438,184 (52.3%) | <0.001 | 27,874 (34.1%) | 27,871 (34.1%) | 0.988 |
| Gastroparesis | 422 (0.5%) | 5,663 (0.7%) | <0.001 | 422 (0.5%) | 402 (0.5%) | 0.485 |
| Alcohol Use | 498 (0.6%) | 4,283 (0.5%) | <0.001 | 498 (0.6%) | 459 (0.6%) | 0.206 |
| Acute Pancreatitis | 453 (0.6%) | 5,162 (0.6%) | 0.033 | 453 (0.6%) | 342 (0.4%) | <0.001 |
| Nicotine Dependence | 7,436 (9.1%) | 85,279 (10.2%) | <0.001 | 7,436 (9.1%) | 7,399 (9.1%) | 0.750 |
| Opioids and Opiate Analogues | 113 (0.1%) | 1,211 (0.1%) | 0.665 | 113 (0.1%) | 95 (0.1%) | 0.212 |

Table 1: Baseline characteristics of the included cohorts before and after matching

| Outcome | aOR | 95% CI |
|---|---|---|
| Gastroparesis | 0.280 | (0.239, 0.328) |
| GERD | 0.473 | (0.459, 0.487) |
| Barrett's Esophagus | 0.431 | (0.370, 0.502) |
| Constipation | 0.380 | (0.370, 0.391) |
| Acute Pancreatitis | 0.314 | (0.293, 0.336) |
| IBS | 0.414 | (0.379, 0.453) |
| Bowel Obstruction | 0.353 | (0.280, 0.445) |
| Cholecystitis | 0.425 | (0.357, 0.505) |
| Cholecystectomy | 0.667 | (0.299, 1.484) |
| Cholelithiasis | 0.421 | (0.385, 0.461) |
| Choledocholithiasis | 0.480 | (0.392, 0.588) |
| Dyspepsia | 0.421 | (0.385, 0.461) |
| Nausea and Vomiting | 0.291 | (0.258, 0.328) |
| * Abbreviations: GERD: Gastroesophageal reflux disease, IBS: irritable bowel syndrome | | |

Table 2: Outcomes of interests at 6 months.

## Su2056

### IMPACT OF GLUCAGON LIKE PEPTIDE-1 RECEPTOR AGONISTS ON WEIGHT LOSS AND DISEASE ACTIVITY IN INFLAMMATORY BOWEL DISEASE PATIENTS ON TUMOR NECROSIS FACTOR-ALPHA INHIBITORS

Ravi Teja Pasam, Lindsay M. Clarke, Bryn Falahee, Pichamol Jirapinyo, Jessica R. Allegretti, Colleen R. Kelly

**Introduction** Tumor necrosis factor-alpha inhibitors (TNFi) have been associated with weight gain. However, there is paucity of data regarding the response to glucagon like peptide-1 receptor agonist (GLP-1 RA) therapy among patients on TNFi. To address this, a retrospective cohort study was conducted to assess the outcomes of GLP-1 RA in patients with inflammatory bowel disease (IBD). **Methods** A retrospective chart review of all patients with IBD, who have been on GLP-1 RA, was conducted at our institution. Patients who have been initiated on and continued GLP-1RA for 12 months were included in the study. Primary outcome of interest was a weight loss of 5% or greater at 12-months post GLP-1 RA initiation (≥5% WL). Secondary outcomes were weight loss of 10% or greater at 12-months post-GLP-1 RA initiation (≥10% WL) and IBD flare post- GLP-1 RA initiation, which was a composite of change or escalation of IBD medication, steroid therapy and IBD related emergency room visits/hospitalization/surgery. Chi-square test and Fisher exact test were used to test the association between the categorical variables. **Results** A total of 175 patients were included in the study. The cohort mean age was 54.97 ± 12.97 years with female predominance (60.57%), and 51.43% had Crohn's disease (CD) while 46.86% had ulcerative colitis (UC) (Table 1). TNFi was the treatment for IBD in 53 patients (30.29%), as monotherapy (43) or in combination with immunomodulators (10). There was no significant difference in the proportion of patient with ≥5% WL in patients on TNFi versus those not on TNFi (66.04% vs 58.20%, p-value = 0.33). Patients on TNFi were associated with a higher rate of ≥10% WL (52.83% vs 36.89%; p-value = 0.049). Rates of IBD flare were similar between these groups of patients (13.21% vs 13.11%, p-value = 0.99). There were no significant differences in these outcomes in subgroup analysis among patients with UC and CD. **Conclusion** The efficacy of GLP-1 RA in patients with IBD is not attenuated by TNFi. The IBD outcomes between patients on TNFi and those not on TNFi were comparable while on GLP-1 RA therapies.

| Baseline Characteristics | | | | |
|---|---|---|---|---|
| | Overall (175) | Ulcerative Colitis (82) | Crohn's Disease (90) | IBD-Indeterminate (3) |
| Age, years (Mean ± SD) | 54.97 ± 12.97 | 57.67 ± 11.74 | 52.77 ± 13.22 | 54 (30-57)* |
| Female Sex, N (%) | 106 (60.57) | 49 (59.76) | 55 (61.11) | 2 (66.67) |
| IBD duration, Median (Q1-Q3) | | 20 (14-29.5) | 18 (10-29) | 7 (7-24) |
| Steroids at Baseline, N (%) | 6 (3.43) | 1 (1.22) | 5 (5.56) | 0 |
| IBD Therapy, N (%) | | | | |
| 5-ASA only | 39 (22.29) | 27 (32.93) | 12 (13.33) | |
| Immunomodulator | 8 (4.57) | 2 (2.44) | 5 (5.56) | 1 (33.33) |
| Anti-TNF | 43 (24.57) | 7 (8.54) | 35 (38.89) | 1 (33.33) |
| Anti-integrin | 9 (5.14) | 3 (3.66) | 5 (5.56) | 1 (3.33) |
| IL-12/23 or IL-23 | 11 (6.29) | 2 (2.44) | 9 (10.00) | |
| Small Molecule | 1 (0.57) | 1 (1.22) | 0 | |
| Biologic + IMM | 12 (6.86) | 5 (6.10) | 7 (7.78) | |
| Other | 2 (1.14) | 1 (1.22) | 1 (1.11) | |
| None | 49 (28.00) | 33 (40.24) | 16 (17.78) | |
| Unknown | 1 (0.57) | 1 (1.22) | | |
| GLP-1 RA, N (%) | | | | |
| Dulaglutide | 52 (29.71) | 26 (31.17) | 26 (28.89) | |
| Liraglutide | 34 (19.43) | 16 (19.51) | 18 (20.00) | |
| Semaglutide | 75 (42.86) | 36 (43.90) | 37 (41.11) | 2 (6.67) |
| Tirzepatide | 13 (7.43) | 4 (4.88) | 8 (8.89) | 1 (33.33) |
| Exenatide | 1 (0.57) | | 1 (1.11) | |
| Baseline BMI, kg/m² (Median, Quartile1-Quartile3) | 36 (32.25-40.90) | 35.22 (32.02-39.60) | 37.26 (33.04-42.61) | 42.17 (30.71-42.37) |
| Outcomes in patients on TNFi vs non-TNFi | | | | |
| | Overall (175) | Ulcerative Colitis (82) | Crohn's Disease (90) | IBD-Indeterminate (3) |
| Weight loss ≥5%, N (%) | 35 (66.04) vs 71 (58.20) | 8 (72.73) vs 42 (59.15) | 26 (63.41) vs 28 (57.14) | NA |
| Weight loss ≥10%, N (%) | 28 (52.83) vs 45 (36.89) | 7 (63.64) vs 29 (40.85) | 20 (48.78) vs 15 (30.61) | NA |
| IBD flare | 7 (13.21) vs 16 (13.11) | 1 (9.09) vs 12 (16.90) | 5 (12.20) vs 3 (6.12) | NA |

*- Median (Quartile1 – Quartile3); TNFi: Tumor necrosis factor - alpha inhibitors; IBD – Inflammatory bowel disease; NA – not applicable.

Table 1. Baseline demographic and clinical data for patients with IBD on glucagon like peptide-1 receptor agonists, and outcomes of patients on tumor necrosis factor-alpha inhibitors

## Su2057

### A GENETIC RISK SCORE ASSOCIATED WITH NAUSEA RESULTING FROM GLP-1 RECEPTOR AGONIST TREATMENT: A POST-HOC ANALYSIS OF A RANDOMIZED CONTROLLED TRIAL OF LIRAGLUTIDE

Thomas W. Fredrick, Jessica Atieh, Daniel B. Maselli, Diego Anazco, Lizeth Cifuentes, Maria A. Espinosa, Jose L. Villamarin, Deborah J. Eckert, Serban Ciotlos, Timothy R. O'Connor, Michael Camilleri, Andres Acosta

**Introduction:** Glucagon-like peptide-1 receptor agonists (GLP-1RAs) are effective therapies for obesity and type 2 diabetes mellitus; however, gastrointestinal adverse effects (AEs) are common. These AEs, in turn, limit GLP-1RA tolerability. We previously reported a machine-learning (ML) assisted genetic risk score [GRS] (PMID: 38826309) that incorporates SNPs in 10 genes related to genetic predisposition to obesity or satiation (including *SIM1*, *PCSK1*, *SH2B1*, *LEPR*, *UCP2*, *FTO*, *TNFRSF11A*, and *ADRA2A*) and GLP-1 receptor *(GLP-1R)* or endogenous GLP-1 synthesis *(TCF7L2)* associated with calories to satiation $(CTS_{GRS})$. Previous research showed a low $CTS_{GRS}$ score is associated with 2-fold greater weight loss with liraglutide treatment. **Aim:** To investigate the role of $CTS_{GRS}$ to identify patients receiving GLP-1RAs at higher risk of experiencing AEs. **Methods:** We performed a post-hoc analysis of a randomized, placebo-controlled trial investigating the effect of liraglutide on gastric emptying, weight loss, and other physiologic parameters in obesity (PMID 35894080). Among the 136 participants, 110 had genetic data available. We applied the ML-assisted $CTS_{GRS}$ to assess for associations with AEs observed in this trial. Statistical analysis was performed in using Chi Square probability for categorical variables and student's T-test and Wilcoxon Rank-Sums for continuous variables. **Results:** Demographic and physiologic details of low-$CTS_{GRS}$ and high-$CTS_{GRS}$ participants are highlighted in Table 1. Of reported AEs, high-$CTS_{GRS}$ patients receiving liraglutide were significantly more likely to develop nausea (68%) than low-$CTS_{GRS}$ patients (30 %), (OR 5.0, p=0.0058), a distinction not seen in patients receiving placebo (19% vs 13%, p=0.5562). Two individuals in each $CTS_{GRS}$ group withdrew from the trial secondary to nausea, and 1 high-$CTS_{GRS}$ individual decreased their medication dose due to nausea. The development of nausea was not associated with changes in total body weight loss at 5 or 16 weeks. High-$CTS_{GRS}$ patients receiving liraglutide were also significantly more likely to report headache (Table 2, p=0.0096). There was a trend for high-$CTS_{GRS}$ to be more likely to experience GI-related side effects (73% vs 53%). High-$CTS_{GRS}$ was not associated with significant changes in gastric emptying, gastric accommodation, or change in Kcal consumed in an ad libitum meal. **Conclusions:** A ML-assisted genetic risk score, specifically elevated $CTS_{GRS}$, was associated with increased risk of nausea and headaches in adults receiving liraglutide. Viewed in concert with our previously published data showing low-$CTS_{GRS}$ was associated with enhanced weight loss from liraglutide, these data implicate unique profiles in pertinent targeted genes in pathways regulating satiation can both optimize efficacy and tolerability of GLP-1RAS for chronic weight management.