# EXHIBIT 74D

This article is protected by copyright and is provided by Wisconsin TechSearch under license from Wolters Kluwer Health. All rights reserved.

**EXHIBIT**
B. John
3/12/26 MA

# Association of Glucagon-Like Peptide-1 Receptor Agonists With Liver-Related Outcomes and All-Cause Mortality in Patients With Harmful Alcohol Use: A Target Trial Emulation Study

Binu V. John, MD, MPH, FACG[1,2], Dustin Bastaich, MS[3], Daniella Marchetti, PhD[4], Ponni Perumalswami, MD[5], Mixael Zirio Mustafa, MD[4] and Bassam Dahman, PhD[3,6], For the Veterans Analysis of Liver Disease (VALID) Group of Investigators

INTRODUCTION: Anecdotal observations report a decrease in craving for alcohol among patients taking glucagon-like peptide-1 receptor agonists (GLP-1 RA). We aimed to assess liver-related outcomes and mortality among individuals with harmful alcohol use who received GLP-1 RAs.

METHODS: We emulated a target trial using the electronic health records of US Veterans with positive alcohol use disorders-concise score (AUDIT-C), comparing new initiators of GLP-1 RA between 1/3/2017 and 9/30/2024, with controls, with follow-up until outcomes or study end. Each GLP-1 RA new user with a positive AUDIT-C screen was propensity score (PS) matched 1:1 with a patient not on a GLP-1 RA. The primary outcomes were the time to a composite outcome of decompensation, hepatocellular carcinoma, liver-related death, and all-cause mortality. The secondary outcome was the proportion of patients with positive AUDIT-C scores.

RESULTS: We matched 8,040 patients with positive AUDIT-C initiated on GLP-1 RA with 8,040 noninitiators. GLP-1 RA use was associated with a lower risk of composite liver-related outcomes (adjusted hazard ratio [aHR], 0.70; 95% confidence interval [CI] 0.56–0.87) and death (aHR 0.43, 95% CI 0.37–0.49). Among semaglutide users, a 1 mg/wk dose increase was associated with a reduced risk of composite liver-related outcomes (aHR 0.50, 95% CI 0.29–0.88) and death (aHR 0.33, 95% CI 0.19–0.58). GLP-1 RA use was also associated with lower odds of positive AUDIT-C during follow-up (adjusted Odds ratio 0.75, 95% CI 0.68–0.82).

DISCUSSION: In this observational target trial emulation study, GLP-1 RA use was associated with a lower risk of liver outcomes, death, and harmful alcohol use.

KEYWORDS: semaglutide; alcohol use disorder; alcohol-associated liver disease; AUDIT-C

ABBREVIATIONS: AUD, alcohol use disorder; ALD, alcohol-associated liver disease; AUDIT-C, Alcohol Use Disorders Identification Test-Concise; aHR, adjusted hazard ratio; aOR, adjusted odds ratio; BMI, body mass index; CI, confidence interval; CMRF, cardiometabolic risk factors; GLP-1, glucagon-like peptide-1; IQR, interquartile range; LRD, liver-related death; MetALD, Metabolic dysfunction and alcohol-associated steatotic liver disease; VA, Veterans Affairs; VALID, Veterans Analysis of Liver Disease cohort

SUPPLEMENTARY MATERIAL accompanies this paper at http://links.lww.com/AJG/D679; http://links.lww.com/AJG/D680

Am J Gastroenterol 2025;00:1–13. https://doi.org/10.14309/ajg.0000000000003585

[1]Division of Gastroenterology and Hepatology, Miami VA Health System, Miami, Florida, USA; [2]Division of Digestive Health and Liver Diseases, University of Miami Miller School of Medicine, Miami, Florida, USA; [3]Department of Biostatistics, Virginia Commonwealth University, Richmond, Virginia, USA; [4]Department of Psychology, Miami VA Health System, Miami, Florida, USA; [5]Division of Gastroenterology and Hepatology, Ann Arbor VA Medical Center, University of Michigan, Ann Arbor, Michigan, USA; [6]Department of Health Policy, Virginia Commonwealth University, Richmond, Virginia, USA. **Correspondence:** Binu V. John, MD, MPH. E-mail: Binu.John@miami.edu.

Received March 13, 2025; accepted May 22, 2025; published online June 10, 2025

© 2025 by The American College of Gastroenterology

LIVER

## INTRODUCTION

Glucagon-like peptide-1 receptor agonists (GLP-1 RA), primarily used in type 2 diabetes and obesity, have gained attention for their potential role in treating harmful alcohol use and alcohol-associated liver disease (ALD) (1). The rationale stems from anecdotal findings of an association between GLP-1 RA use and decreased craving for alcohol and other substances. It is hypothesized that GLP-1 RAs may act on central GLP-1 receptors associated with reward, such as the nucleus accumbens and the ventral tegmental area, reducing the rewarding effects of alcohol by modulating Gamma-aminobutyric acid release (2). Although a randomized double-blind placebo-controlled study showed that exenatide, a relatively weak GLP-1 agonist, did not significantly reduce the number of heavy drinking days, there was a significant reduction in heavy drinking days and total alcohol intake in patients with body mass index (BMI) $> 30$ kg/m$^2$ (3). Furthermore, exenatide reduced functional MRI alcohol cue reactivity in the ventral striatum and septal area. Clinical trials are being planned to examine the effects of more potent GLP-1 agonists on alcohol use disorder (AUD) (4). However, data on GLP-1 use and liver-related outcomes in patients with harmful alcohol use are lacking. Semaglutide is a GLP-1 RA shown to increase the resolution of metabolic dysfunction-associated steatohepatitis in patients with stage 2 or 3 fibrosis (5). Metabolic factors are increasingly more relevant in patients with ALD, and 99% of patients with ALD in the United States have at least 1 metabolic risk factor, with metabolic dysfunction and alcohol-associated steatotic liver disease (MetALD) 3 times more prevalent than ALD (6). Therefore, GLP-1 RAs are potentially attractive for treating MetALD and ALD (7).

Hence, the primary aim of this study was to examine the association between GLP-1 RA use and composite liver-related outcomes (hepatic decompensation, hepatocellular carcinoma [HCC], and liver-related death [LRD]) in a cohort of patients with harmful alcohol use. The secondary aim was to examine the association between GLP-1 agonists and harmful alcohol use, as measured by changes in AUD Identification Test-Concise (AUDIT-C) scores, comparing GLP-1 agonist initiators with matched noninitiator controls. The overall goal of this study was to explore the potential role of GLP-1 RA in the treatment of both ALD and AUD.

## METHODS

### Study design and data sources

We designed this observational analysis to emulate a target trial of GLP-1 RA compared with controls for the prevention of composite liver-related outcomes and all-cause mortality using the electronic health records of US Veterans from the Veterans Analysis of Liver Disease (VALID) cohort (8).

The VALID cohort includes 4.3 million Veterans with and without chronic liver disease, as previously described (9–11). Institutional review boards at participating Veterans Affairs (VA) medical centers approved the study and waived the requirement for informed consent.

### Subject identification, inclusion, and exclusion criteria

Eligibility criteria included patients aged 18 years or older in VALID with a positive AUDIT-C (12). AUDIT-C is a brief evidence-based screening test to identify patients with unhealthy alcohol use and is widely used in the Veterans Health Administration (VHA). A high AUDIT-C score (and unhealthy alcohol use per the US Preventative Task Force) was defined as $\geq 4$ for men and $\geq 3$ for women (12–14). Patients were included from 1/3/2017 until the data extraction date (09/30/2024).

The specification of the target trial protocol and the key components of our design to emulate the study design are summarized in Supplementary Table 1 (http://links.lww.com/AJG/D680). The intervention of interest was exposure to GLP-1 RAs used in the VHA during the study period and included semaglutide, liraglutide, exenatide, or dulaglutide. Other GLP-1 RAs, for example, lixisenatide, were not used in this veteran cohort. Exposure included a continuous prescription for at least 3 months during the study period, with a continuous prescription defined as a prescription release date within 15 days of the last prescription end date. Study inclusion required a positive AUDIT-C score within 12 months of drug initiation. Controls were Veterans with a positive AUDIT-C who had never received a GLP-1 RA, and their baseline was defined by assigning a random baseline date to patients with high AUDIT-C. Baseline covariates were measured 1 year before the time of initiating medication.

To mimic the randomization of the target trial, we matched each GLP-1 new initiator with 1 noninitiator control, with exact matching on baseline AUDIT-C, sex, presence of cirrhosis (or elevated Fib-4 as a surrogate marker of undiagnosed cirrhosis), presence of steatosis, Charleston Comorbidity Index, individual cardiometabolic risk factors (CMRF) associated with metabolic dysfunction-associated steatotic liver disease, and exposure to statins. In addition, we used the nearest-neighbor propensity scores (PS) with a 0.2 caliper for age, race/ethnicity, baseline BMI, aspartate aminotransferase (AST), alanine aminotransferase (ALT), total bilirubin, hemoglobin A1c, platelet count, serum albumin, and serum creatinine.

We excluded patients for the following: (i) with substance use disorders other than alcohol and tobacco, as identified by *International Classification of Diseases* (ICD) 9/10 codes (Supplementary Table 2, http://links.lww.com/AJG/D680); (ii) on GLP-1/glucose-dependent insulinotropic polypeptide (GIP) agonists (Tirzepatide) or on other treatments of AUD, including acamprosate, isulfiram, and gabapentin (13); (iii) with fewer than 180 days from baseline to the end of clinical follow-up; and (iv) with a diagnosis of HCC, decompensation, or death within 6 months of baseline.

### Covariates, exposures, and outcomes

Patient demographics (age, sex, and self-reported race/ethnicity) and baseline measurements (BMI, diabetes mellitus, AUDIT-C score, smoking status, and laboratory results) were extracted closest to the baseline date (within 1 year) for all participants. AUDIT-C was also captured longitudinally during the follow-up period. Steatosis was captured from abdominal imaging reports using natural language processing or based on a controlled attenuation parameter score of $>288$ dB/s from elastography reports, which has been validated against chart review (15). Statins exposure was captured from at least 1 year before the baseline date with continuous treatment for at least 3 months.

The primary outcome was composite liver-related outcomes, including HCC, hepatic decompensation, or LRD (9). Patients who required liver transplantation were censored at the time of transplant. HCC diagnosis, hepatic decompensation, and LRD were identified based on *ICD 9/10* codes (Supplementary Table 2, http://links.lww.com/AJG/D680), which have been extensively

validated and shown to have a high positive predictive value. LRD was identified based on the primary cause of death documented in the National Death Index, as previously described (16–18).

The secondary outcome was an AUDIT-C level above the threshold for harmful drinking (≥4 for males, ≥3 for females) during follow-up and after 1–12 months of follow-up. Participants were followed up until death or at the end of the study (09/30/2024).

### Statistical analysis

Descriptive statistics of baseline characteristics were compared between GLP-1 initiators and controls of both the overall cohort and after propensity score matching. Wilcoxon rank sum tests were used to compare continuous variables, whereas the $\chi^2$ test was used for binary and categorical variables.

The association between GLP-1 RA exposure and composite liver outcomes, including HCC, decompensation, and LRD, was estimated using a Cox proportional hazards model. We adjusted for variables that were not exactly matched with PS analysis, including BMI, ALT, platelet count, hemoglobin A1c, and total bilirubin. Events over time were visualized with survival plots for both outcomes by drug group.

Additional subgroup analyses were performed for patients receiving semaglutide only, those with (BMI ≥30 kg/m²) or without obesity, those with or without diabetes mellitus, and those with or without hepatic steatosis and cirrhosis. Subgroup analysis using semaglutide was specifically performed because it was the most common GLP-1 RA in the study, and we aimed to examine dose-response by examining the association of the weekly dose of semaglutide with outcomes. As patients were often started on low doses and titrated up, we used the stable maintenance dose for this analysis. We intentionally did not examine the association between the duration of GLP-1 exposure and outcomes because of the potential for survivor bias, where patients surviving longer/free of liver-related outcomes may be more likely to have longer GLP-1 exposure (19).

A separate matching was used for participants who had available follow-up AUDIT-C between 1 and 12 months after the prescription start (or attributed baseline date for controls). For patients with multiple AUDIT-C scores during follow-up, we calculated the mean AUDIT-C. Positive AUDIT-C at follow-up was modeled with a logistic regression model controlling for variables with a significant difference by the drug group. The results were summarized as odds ratios and their 95% confidence intervals (CIs). We also estimated the median change in AUDIT-C from baseline to follow-up using a multivariable linear regression model, where the outcome was the change in AUDIT-C between baseline and follow-up, adjusted for the same factors that were different between the 2 groups at baseline (age, creatinine, ALT, AST, serum albumin, total bilirubin, and Hgb A1c).

Because the secondary outcome (AUDIT-C changes) was assessed at 1–12 months postbaseline, but the timing of follow-up measurements varied; we did a time-stratified analysis (comparing w-6 vs 7–12 months) to evaluate the durability of effects. For this sensitivity analysis, we also did an exact matching for follow-up time so that patients in the GLP-1 RA group were matched to the control group by the number of months from baseline to the follow-up AUDIT-C.

Finally, to clarify if the improvement in liver-related outcomes was from changes in AUDIT-C or CMRF, we created new models adding both time updated changes in AUDIT-C among different

categories of BMI. Time-dependent AUDIT-C was captured through follow-up AUDIT-C being elevated or not elevated every 6 months until the end of follow-up. Time-dependent BMI was captured using categorical levels underweight, normal, overweight, and obese. We examined the association of GLP-1 RA with liver-related outcomes, comparing patients who had an improvement in AUDIT-C with those who did not, among patients who were underweight, normal weight, overweight, or obese.

Statistical significance was defined as $P < 0.05$. Statistical analyses were performed using SAS (version 9.4; SAS Inc., Cary, NC).

### Ethical compliance

All procedures performed in this study involving human participants were in accordance with the ethical standards of the institutional and/or national research committee and with the 1964 Declaration of Helsinki and its later amendments or comparable ethical standards.

## RESULTS

### Baseline characteristics

Of a total of 1,351,551 Veterans in VALID who had alcohol use documented by a high AUDIT-C score, 9,427 received GLP-1 RA. After excluding patients with other substance use disorders, those on pharmacotherapy for AUD with an approved medication or those who died or developed a liver-related complication within 6 months of baseline, there were 9,051 participants in the GLP-1 RA group and 1,267,632 who did not receive a GLP-1 RA (Figure 1).

A comparison of baseline characteristics of the GLP-1 RA and control groups before and after PS matching is presented in Table 1. After PS matching, 8,040 Veterans on GLP-1 RAs were matched 1:1 with controls. Among these, 3,896 patients in the GLP-1 RA group who had available AUDIT-C between 1 and 12 months after treatment initiation were separately matched 1:1 with controls who had available paired AUDIT-C, to examine the secondary outcome.

In the PS-matched comparison for liver-related outcomes, the 2 groups were exactly matched (by design) in the distribution of sex (91.2% male), cirrhosis or elevated Fib-4 (6.0%), steatosis (35.8%), Charleston Comorbidity Index, baseline AUDIT-C (4.0, interquartile range 1.0), exposure to statins (87.7%), diabetes or elevated glucose (74.0%), hypertension (50.9%), hypertriglyceridemia (47.5%), and low high-density lipoprotein (47.0%). Other variables that were significantly different between the 2 groups included in the GLP-1 RA group included younger age (64.0 vs 67.0 years), lower likelihood of being a current or former smoker (77.9% vs 80.0%), higher AST (28.0 vs 28.0 IU/mL), higher ALT (29.0 vs 28.0 IU/mL), higher total bilirubin (0.7 vs 0.7 mg/dL), higher hemoglobin A1c (7.7 vs 7.3%), and lower serum albumin (4.1. vs 4.1 g/dL), among patients in the GLP-1 RA group. These differences, while statistically significant, were minimally different in clinical significance.

### Liver-related outcomes and all-cause mortality comparing patients on GLP-1 receptor agonists with controls

A total of 139 composite liver events (HCC 9, decompensation 130, LRD 0) were observed in the GLP-1 RA group compared with 239 among controls (HCC 9, decompensation 227, LRD 3). Similarly, the number of deaths was lower (250 vs 726) and the time of death was longer (1,177 vs 758.5 days) in the GLP-1 RA

LIVER



**Figure 1.** Flow diagram. AUD, alcohol use disorder; AUDIT-C, AUD Identification Test-Concise; GLP-1 RA, glucagon-like peptide-1 receptor agonists; HCC, hepatocellular carcinoma; VALID, Veterans Analysis of Liver Disease.

group (Table 1). GLP-1 RA exposure was associated with a 30% reduction in the hazard of the composite outcome of HCC, decompensation, and LRD (adjusted hazard ratio [aHR] 0.70, 95% CI 0.56–0.87, $P = 0.001$), and a 57% reduction in the hazard of all-cause mortality (aHR 0.43, 95% CI 0.37–0.49, $P < 0.0001$), after adjusting for all the variables that were statistically different between the 2 groups after PS matching (age, smoking status, ALT, AST, serum albumin, total bilirubin, and hemoglobin A1c, Table 2 and Figure 2).

When stratified by the presence of steatosis, exposure to GLP-1 RAs trended toward a reduction in the risk of composite liver-related outcomes in patients with steatosis (aHR 0.75, 95% CI 0.57–1.00, $P = 0.05$) and was associated with a 33% reduction in patients without steatosis (aHR 0.67, 95% CI 0.48–0.93, $P = 0.02$) (Table 1), adjusting for the same variables as in the primary

analysis. GLP-1 RA exposure was associated with a reduction in the risk of all-cause mortality among both patients with (aHR 0.40, 95% CI 0.31–0.50, $P < 0.0001$) and without steatosis (aHR 0.45, 95% CI 0.37–0.54, $P < 0.0001$, Table 2). When stratified by the presence of cirrhosis, exposure to GLP-1 RAs was not associated with a significant reduction in the risk of composite liver-related outcomes in patients with cirrhosis (aHR 0.80, 95% CI 0.49–1.29, $P = 0.35$) but was associated with a 31% reduction in patients without cirrhosis (aHR 0.69, 95% CI 0.54–0.88, $P = 0.003$) (Table 2), adjusting for the same variables as in the primary analysis. GLP-1 RA exposure was associated with a reduction in the risk of all-cause mortality in both patients with (aHR 0.36, 95% CI 0.23–0.55, $P < 0.0001$) and without cirrhosis (aHR 0.44, 95% CI 0.37–0.51, $P < 0.0001$, Table 2).

**Table 1.** Baseline sample characteristics in overall and matched sample

| | Overall | | | Matched | | |
|---|---|---|---|---|---|---|
| | GLP-1 (N = 9,051) | Control (N = 1,267,632) | P value | GLP-1 (N = 8,040) | Control (N = 8,040) | Std diff (GLP-1 RA—control) |
| Age (yr), median (IQR) | 63.0 (16.0) | 67.0 (15.0) | <0.0001 | 64.0 (16.0) | 67.0 (15.0) | −0.193 |
| Sex, N (%) | | | | | | |
| Male | 8,061 (89.1%) | 1,179,222 (93.0%) | <0.0001 | 7,334 (91.2%) | 7,334 (91.2%) | 0 |
| Female | 990 (10.9%) | 88,410 (7.0%) | | 706 (8.8%) | 706 (8.8%) | 0 |
| Race/ethnicity, N (%) | | | | | | |
| White | 5,415 (59.8%) | 851,806 (67.2%) | <0.0001 | 4,926 (61.3%) | 4,955 (61.6%) | −0.008 |
| Black | 1,639 (18.1%) | 177,893 (14.0%) | | 1,391 (17.3%) | 1,443 (18.0%) | −0.018 |
| Hispanic/Latino | 622 (6.9%) | 58,908 (4.7%) | | 539 (6.7%) | 473 (5.9%) | 0.035 |
| Hispanic Black | 108 (1.2%) | 8,533 (0.7%) | | 82 (1.0%) | 105 (1.3%) | −0.030 |
| Asian | 54 (0.6%) | 8,293 (0.7%) | | 50 (0.6%) | 60 (0.8%) | −0.016 |
| Native American | 91 (1.0%) | 10,752 (0.9%) | | 79 (1.0%) | 72 (0.9%) | 0.009 |
| Pacific Islander | 110 (1.2%) | 10,553 (0.8%) | | 96 (1.2%) | 101 (1.3%) | −0.006 |
| Other/unknown | 1,012 (11.2%) | 140,894 (11.1%) | | 877 (10.9%) | 831 (10.3%) | 0.018 |
| BMI group, N (%) | | | | | | |
| <25 | 348 (3.8%) | 280,941 (22.2%) | <0.0001 | 303 (3.8%) | 322 (4.0%) | −0.007 |
| 25-27 | 528 (5.8%) | 229,073 (18.1%) | | 467 (5.8%) | 454 (5.7%) | 0.005 |
| 27.1–29.9 | 1,162 (12.8%) | 295,998 (23.4%) | | 1,027 (12.8%) | 1,021 (12.7%) | 0.002 |
| ≥30 | 7,013 (77.5%) | 461,620 (36.4%) | | 6,243 (77.7%) | 6,243 (77.7%) | 0 |
| GLP-1 RA type, N (%) | | | | | | |
| Semaglutide | 5,926 (65.5%) | — | — | 5,253 (65.3%) | — | |
| Semaglutide and other GLP-1 RA | 2,187 (24.2%) | — | | 1,968 (24.5%) | — | |
| Exenatide | 14 (0.2%) | — | | 14 (0.2%) | — | |
| Dulaglutide | 295 (3.3%) | — | | 237 (3.0%) | — | |
| Liraglutide | 533 (5.9%) | — | | 481 (6.0%) | — | |
| Multiple GLP-1 RA other than semaglutide | 96 (1.1%) | — | | 87 (1.1%) | — | |
| Cirrhosis or elevated FIB-4, N (%) | 656 (7.3%) | 139,628 (11.0%) | <0.0001 | 485 (6.0%) | 485 (6.0%) | 0 |
| Steatosis, N (%) | 3,371 (37.2%) | 290,351 (22.9%) | <0.0001 | 2,876 (35.8%) | 2,876 (35.8%) | 0 |
| Steatosis classification method, N (%) | | | | | | |
| Imaging | 3,168 (35.0%) | 281,079 (22.2%) | <0.0001 | 2,703 (33.6%) | 2,786 (34.7%) | −0.023 |
| CAP >288 dB/s on transient elastography | 28 (0.3%) | 1,011 (0.1%) | | 25 (0.3%) | 4 (0.1%) | 0.059 |
| Both | 175 (1.9%) | 8,261 (0.7%) | | 151 (1.9%) | 91 (1.1%) | 0.067 |
| Charleston Comorbidity Index, N (%) | | | | | | |
| 0 | 572 (6.3%) | 579,134 (45.7%) | <0.0001 | 537 (6.7%) | 537 (6.7%) | 0 |
| 1 | 2,196 (24.3%) | 310,049 (24.5%) | | 2,051 (25.5%) | 2,051 (25.5%) | 0 |
| 2 | 2,501 (27.6%) | 187,583 (14.8%) | | 2,315 (28.8%) | 2,315 (28.8%) | 0 |
| 3+ | 3,782 (41.8%) | 190,866 (15.1%) | | 3,137 (39.0%) | 3,137 (39.0%) | 0 |
| Smoker, N (%) | 7,066 (78.1%) | 1,008,947 (79.6%) | 0.0003 | 6,264 (77.9%) | 6,435 (80.0%) | −0.052 |
| AUDIT-C, median (IQR) | 4.0 (2.0) | 4.0 (2.0) | <0.0001 | 4.0 (1.0) | 4.0 (1.0) | 0 |
| Statins, N (%) | 7,843 (86.7%) | 734,828 (58.0%) | <0.0001 | 7,050 (87.7%) | 7,050 (87.7%) | 0 |
| Cardiometabolic risk factors, N (%) | | | | | | |
| BMI ≥ 25 (≥23 if Asian) | 8,703 (96.2%) | 986,691 (77.8%) | <0.0001 | 7,737 (96.2%) | 7,718 (96.0%) | 0.007 |
| Elevated glucose[a] | 6,723 (74.3%) | 306,864 (24.2%) | <0.0001 | 5,949 (74.0%) | 5,949 (74.0%) | 0 |
| Hypertension[b] | 4,762 (52.6%) | 503,559 (39.7%) | <0.0001 | 4,092 (50.9%) | 4,092 (50.9%) | 0 |
| Hypertriglyceridemia[c] | 4,378 (48.4%) | 385,385 (30.4%) | <0.0001 | 3,816 (47.5%) | 3,816 (47.5%) | 0 |
| Low HDL[d] | 4,344 (48.0%) | 363,940 (28.7%) | <0.0001 | 3,782 (47.0%) | 3,782 (47.0%) | 0 |
| At least 1 cardiometabolic risk factor, N (%) | 8,956 (99.0%) | 1,082,707 (85.4%) | <0.0001 | 7,952 (98.9%) | 7,969 (99.1%) | −0.008 |
| Baseline laboratory results, median (IQR) | | | | | | |

© 2025 by The American College of Gastroenterology

LIVER

**Table 1.** (*continued*)

| | Overall | | | Matched | | |
|---|---|---|---|---|---|---|
| | GLP-1 (N = 9,051) | Control (N = 1,267,632) | P value | GLP-1 (N = 8,040) | Control (N = 8,040) | Std diff (GLP-1 RA—control) |
| Alanine aminotransferase (IU/mL) | 29.0 (21.0) | 26.0 (17.0) | **<0.0001** | 29.0 (21.0) | 28.0 (20.0) | 0.073 |
| Aspartate aminotransferase (IU/mL) | 23.0 (13.0) | 24.0 (12.0) | **<0.0001** | 23.0 (13.0) | 23.0 (11.7) | 0.055 |
| Platelet count (x10⁶/ml) | 225.0 (79.0) | 228.0 (76.0) | 0.1027 | 225.0 (77.0) | 224.0 (77.0) | 0.010 |
| Serum albumin (g/dL) | 4.1 (0.5) | 4.1 (0.5) | **<0.0001** | 4.1 (0.5) | 4.1 (0.5) | 0.078 |
| Creatinine (mg/dL) | 1.0 (0.3) | 1.0 (0.3) | **<0.0001** | 1.0 (0.3) | 1.0 (0.3) | −0.124 |
| Total bilirubin (mg/dL) | 0.7 (0.2) | 0.8 (0.2) | **<0.0001** | 0.7 (0.2) | 0.7 (0.3) | 0.003 |
| A1c (%) | 7.8 (2.2) | 5.7 (0.6) | **<0.0001** | 7.7 (2.1) | 7.3 (2.4) | 0.090 |
| Follow-up time for liver-related events, median (IQR) | N Med (IQR) | N Med (IQR) | | N Med (IQR) | N Med (IQR) | |
| HCC (Number of events) | 9 | 1,004 | | 9 | 9 | |
| Time to HCC (d), median (IQR) | 1,028 (815) | 633 (581.5) | | 1,028 (815) | 466 (556) | |
| Decompensation (number of events) | 157 | 22,098 | | 130 | 227 | |
| Time to decompensation (d), median (IQR) | 982 (1,040) | 778 (806) | | 992.5 (1,061) | 816 (801) | |
| Liver-related death (number of events) | 3 | 1,192 | | 0 | 3 | |
| Time to liver-related death (d), median (IQR) | 389 (495) | 469 (336.5) | | NA | 532 (236) | |
| Overall mortality (number of events) | 305 | 79,543 | | 250 | 726 | |
| Time to overall mortality (d), median (IQR) | 1,163 (832) | 736 (663) | | 1,177 (906) | 758.5 (670) | |

*P* values for continuous measurements were computed using Kruskal-Wallis tests, and for categorical measurements, $\chi^2$ tests were used.
Bold denotes $p < 0.05$.
AUDIT-C, AUD Identification Test-Concise; BMI, body mass index (Smoker includes current or former smoker); CAP, controlled attenuation parameter; FIB, fibrosis; GLP-1 RA, glucagon-like peptide-1 receptor agonists; HCC, hepatocellular carcinoma; HDL, high-density lipoprotein; IQR, interquartile range; NA, not applicable.
Cardiometabolic risk factors:
[a]Fasting serum glucose ≥5.6 mmol/L or 2-hr postload glucose levels ≥ 7.8 mmol/L or HbA1c ≥ 5.7% or diabetes.
[b]Blood pressure ≥130/85 mm Hg or antihypertensive drug treatment.
[c]Plasma triglycerides ≥1.7 mmol/L or lipid-lowering treatment.
[d]Male HDL-cholesterol ≤1.0 mmol/L and female HDL-cholesterol ≤1.3 mmol/L or lipid-lowering treatment.

Similarly, exposure to GLP-1 RAs was associated with a significant reduction in the hazard of composite liver-related outcomes in patients with obesity (aHR 0.77, 95% CI 0.60–0.98, $P = 0.04$) and in nonobese patients (aHR 0.56, 95% CI 0.36–0.87, $P = 0.01$; Table 2). In addition, GLP-1 RA exposure was associated with a reduction in the risk of all-cause mortality among patients with (aHR 0.43, 95% CI 0.36–0.51, $P < 0.0001$) and without obesity (aHR 0.44, 95% CI 0.33–0.58, $P < 0.0001$).

Similar findings were observed when stratified by the presence of diabetes, where GLP-1 RA exposure was associated with a significant reduction in composite liver-related outcomes in patients with diabetes (aHR 0.68, 95% CI 0.54–0.85, $P = 0.0001$) but not in those without (aHR 0.79, 95% CI 0.31–2.01, $P = 0.61$, Table 2). However, GLP-1 RA exposure was associated with a reduction in all-cause mortality in both patients with (aHR 0.42, 95% CI 0.36–0.48, $P < 0.0001$) and without diabetes (aHR 0.43, 95% CI 0.23–0.79, $P = 0.001$).

We examined the interactions between diabetes and obesity. Our findings indicated that GLP-1 RAs were associated with improved liver-related outcomes in patients with both diabetes and obesity (aHR 0.74, 95% CI 0.58–0.96, $P = 0.02$), as well as in those with diabetes and no obesity (aHR 0.55, 95% CI 0.35–0.86,

$P = 0.01$), but not in patients with obesity and no diabetes (aHR 0.83, 95% CI 0.32–2.15, $P = 0.71$) or diabetes or obesity (not estimable due to low event rates, Supplementary Table 3, http://links.lww.com/AJG/D680). By contrast, GLP-1 RAs were associated with improved all-cause mortality in patients with diabetes and obesity (aHR 0.43, 95% CI 0.36–0.51, $P < 0.0001$), obesity without diabetes (aHR 0.32, 95% CI 0.15–0.69, $P = 0.004$), and diabetes without obesity (aHR 0.41, 95% CI 0.31–0.55, $P < 0.0001$) but not in patients without diabetes or obesity (aHR 0.69, 95% CI 0.23–2.09, $P = 0.51$).

### Subgroup analysis: dose-response relationship of semaglutide with liver-related outcomes and all-cause mortality

In a subgroup analysis of patients on semaglutide, exposure to semaglutide was associated with a significant reduction in the risk of composite liver-related outcomes (aHR 0.52, 95% CI 0.40–0.67, $P < 0.0001$) and all-cause mortality (aHR 0.20, 95% CI 0.16–0.25, $P < 0.0001$; Table 2). In addition, a dose-response relationship was observed, with each 1 mg per week increase in the dose of semaglutide associated with a 50% reduction in the risk of composite liver-related outcomes (aHR 0.50, 95% CI 0.29–0.88, $P = 0.02$) and a significant reduction in the risk of all-

LIVER

**Table 2.** Hazard ratios of composite liver outcomes and overall mortality analysis

| | Overall matched sample | | | |
| | Composite liver outcomes | | Overall mortality | |
| Variable | HR (95% CI) | P value | HR (95% CI) | P value |
|---|---|---|---|---|
| Number of events/total participants | 368/16,080 | | 976/16,080 | |
| Drug (GLP-1 RA vs control) | 0.70 (0.56, 0.87) | 0.0013 | 0.43 (0.37, 0.49) | <0.0001 |
| Semaglutide subgroup analysis | | | | |
| Number of events/total participants | 296/14,442 | | 729/14,442 | |
| Drug (Semaglutide vs control) | 0.52 (0.40, 0.67) | <0.0001 | 0.20 (0.16, 0.25) | <0.0001 |
| Semaglutide dose response | | | | |
| Number of events/total participants | 83/7,221 | | 93/7,221 | |
| Per 1 mg per wk increase in dose | 0.50 (0.29, 0.88) | 0.0155 | 0.33 (0.19, 0.58) | 0.0001 |
| Non-semaglutide GLP-1 subgroup analysis | | | | |
| Number of events/total participants | 72/1,638 | | 247/1,638 | |
| Drug (non-semaglutide GLP-1 RA vs control) | 1.80 (1.07, 3.03) | 0.0279 | 1.25 (0.96, 1.62) | 0.1004 |
| Stratified by steatosis | | | | |
| Steatosis | | | | |
| Number of events/total participants | 209/5,752 | | 383/5,752 | |
| Drug (GLP-1 RA vs control) | 0.75 (0.57, 1.00) | 0.0510 | 0.40 (0.31, 0.50) | <0.0001 |
| No steatosis | | | | |
| Number of events/total participants | 159/10,328 | | 593/10,328 | |
| Drug (GLP-1 RA vs control) | 0.67 (0.48, 0.93) | 0.0171 | 0.45 (0.37, 0.54) | <0.0001 |
| Stratified by cirrhosis | | | | |
| Cirrhosis | | | | |
| Number of events/total participants | 75/970 | | 112/970 | |
| Drug (GLP-1 RA vs control) | 0.80 (0.49, 1.29) | 0.3525 | 0.36 (0.23, 0.55) | <0.0001 |
| No cirrhosis | | | | |
| Number of events/total participants | 293/15,110 | | 864/15,110 | |
| Drug (GLP-1 RA vs control) | 0.69 (0.54, 0.88) | 0.0027 | 0.44 (0.37, 0.51) | <0.0001 |
| Stratified by obesity (BMI ≥ 30) | | | | |
| Obese (BMI ≥ 30) | | | | |
| Number of events/total participants | 275/12,486 | | 720/12,486 | |
| Drug (GLP-1 RA vs control) | 0.77 (0.60, 0.98) | 0.0358 | 0.43 (0.36, 0.51) | <0.0001 |
| Not obese (BMI < 30) | | | | |
| Number of events/total participants | 93/3,594 | | 256/3,594 | |
| Drug (GLP-1 RA vs control) | 0.56 (0.36, 0.87) | 0.0107 | 0.44 (0.33, 0.58) | <0.0001 |
| Stratified by diabetes[a] | | | | |
| Diabetes | | | | |
| Number of events/total participants | 348/11,898 | | 894/11,898 | |
| Drug (GLP-1 RA vs control) | 0.68 (0.54, 0.85) | 0.0006 | 0.42 (0.36, 0.48) | <0.0001 |
| No diabetes | | | | |
| Number of events/total participants | 20/4,182 | | 82/4,182 | |
| Drug (GLP-1 RA vs control) | 0.79 (0.31, 2.01) | 0.6133 | 0.43 (0.23, 0.79) | 0.0069 |

The hazard ratio of composite liver outcomes was estimated with a Fine-Gray competing risk model with death as a competing risk, and the hazard ratio of overall mortality was estimated with Cox proportional hazard models. These models adjusted for age, smoking status, alanine aminotransferase, aspartate aminotransferase, serum albumin, total bilirubin, and A1c.
[a]Diabetes was considered as fasting serum glucose ≥ 5.6 mmol/L, 2-hour postprandial glucose levels ≥ 7.8 mmol/L, HbA1c ≥ 5.7%, documented diagnosis code for diabetes, or prescription of diabetes medication.
Bold denotes $p < 0.05$.
BMI, body mass index; GLP-1 RA, glucagon-like peptide-1 receptor agonists; HR, hazard ratio.

© 2025 by The American College of Gastroenterology

8    John et al

LIVER



**Figure 2.** Estimated survival function for composite liver outcomes and all-cause mortality of patients on GLP-1 receptor agonists vs controls. GLP-1 RA, glucagon-like peptide-1 receptor agonists.

cause mortality (aHR 0.33, 95% CI 0.19–0.58, $P = 0.0001$) after adjusting for age, race/ethnicity, BMI, smoking status, ALT, AST, serum albumin, total bilirubin, and hemoglobin A1c. Exposure to a non-semaglutide GLP-1 RA was associated with an increase in liver-related outcome (aHR 1.80, 95% CI 1.07–3.03, $P = 0.03$) and no change in all-cause mortality (aHR 1.25, 95% CI 0.96–1.62, $P = 0.10$, Table 2).

### Changes in AUDIT-C at follow-up comparing patients on GLP-1 receptor agonists with controls

We compared the rates of positive AUDIT-C ($\geq 4$ in males and $\geq 3$ in females) up to 12 months after baseline for the GLP-1 RA agonists and controls. Among the 7,792 participants (matched 1:1) with baseline and follow-up AUDIT-C, 3,375 had a positive AUDIT-C during follow-up. GLP-1 RA exposure was associated with a reduction in the odds of a positive AUDIT-C at follow-up (adjusted Odds ratio (aOR) 0.75, 95% CI 0.68–0.82, $P < 0.0001$; Table 3).

This protective association of GLP-1 RA was observed in patients with steatosis (aOR 0.76, 95% CI 0.65–0.89, $P = 0.0001$) and without (aOR 0.74, 95% CI 0.66–0.83, $P < 0.0001$), those with diabetes (aHR 0.79, 95% CI 0.71–0.88, $P < 0.00001$) and without (aHR 0.64, 95% CI 0.53–0.76, $P < 0.0001$), and patients with obesity (aOR 0.71, 95% 0.64–0.79, $P < 0.0001$) but not without (aOR 0.85, 95% CI 0.70–1.03, $P = 0.10$). Reduced odds of GLP-1 RA with a positive AUDIT-C were also not seen in patients with cirrhosis (aHR 0.81, 95% CI 0.54–1.23, $P = 0.32$) but were observed in those without cirrhosis (aHR 0.75, 95% CI 0.68–0.82, $P < 0.0001$).

A subgroup analysis of patients on semaglutide revealed similar findings, with semaglutide exposure associated with lower odds of a positive AUDIT-C at follow-up (aOR 0.75, 95% CI 0.68–0.82, $P < 0.0001$). However, unlike liver-related outcomes and mortality, we did not find a dose-response relationship between a 1 mg increase in the semaglutide dose and a positive AUDIT-C during follow-up (aOR 0.92, 95% CI 0.80–1.06, $P = 0.24$). Exposure to a non-semaglutide GLP-1 RA trended toward

lower likelihood of a positive AUDIT-C at follow-up (aOR 0.77, 95% CI 0.57–1.04, $P = 0.09$) but was not statistically significant.

When examining the interactions between diabetes and obesity and changes in AUDIT-C, GLP-1 RAs were associated with lower odds of a positive AUDIT-C at follow-up in patients with both diabetes and obesity (aOR 0.76, 95% CI 0.70–0.86, $P < 0.0001$), obesity, and no diabetes (aOR 0.62, 95% CI 0.51–0.76, $P < 0.0001$), but not in patients with diabetes and no obesity (aOR 0.88, 95% CI 0.71–1.08, $P = 0.23$), and among participants with neither diabetes nor obesity (aOR 0.72, 95% CI 0.44–1.18, $P = 0.20$, Supplementary Table 4, http://links.lww.com/AJG/D680).

We also did sensitivity analysis, comparing improvements in AUDIT-C among individuals who had a follow-up AUDIT-C between 2 and 6 months from baseline, and those where the follow-up AUDIT-C was 7–12 months from the baseline by re-doing the matching and matching the patients in GLP-1 RA and control groups exactly for the month of assessment of the follow-up AUDIT-C. The histogram for the timing of the follow up AUDIT-C showed that most of the follow-up AUDIT-C was at 12 months, with otherwise similar distributions throughout months 2–11 (Supplementary Figure 1, http://links.lww.com/AJG/D679). Among patients who had a follow-up AUDIT-C between 2 and 6 months, GLP-1 RA use was associated with a 35% reduction in elevated AUDIT-C at follow-up (aOR 0.65, 95% CI 0.55–0.78, $P < 0.0001$, Supplementary Table 5, http://links.lww.com/AJG/D680). In patients where the follow-up AUDIT-C was between 7 and 12 months, GLP-1 RA use was associated with a 17% reduction in elevated AUDIT-C at follow-up (aOR 0.83, 95% CI 0.73–0.94, $P = 0.003$). The reduction in harmful AUDIT-C was seen at both 2–6 and 7–12 months in patients on sem-aglutide, but without a dose-response relationship at either the 2–6 month or 7–12-month time points. Non-semaglutide GLP-1 RA use was not associated with a reduction in harmful alcohol use at either the 2–6-month or 7–12-month subgroup.

When comparing changes in AUDIT-C scores between baseline and follow-up, there was a consistent pattern of greater decrease in AUDIT-C in the GLP-1 RA group (Supplementary Table 6 (http://links.lww.com/AJG/D680) and Figure 3). This

**Table 3.** Odds ratio of elevated AUDIT-C at follow-up in GLP-1 RA compared with control

| Variable | Overall matched sample with follow-up AUDIT-C | |
| --- | --- | --- |
| | OR (95% CI) | P value |
| Number of events (elevated AUDIT-C)/total participants | 3,375/7,792 | |
| Drug (GLP-1 RA vs control) | 0.75 (0.68, 0.82) | <0.0001 |
| Semaglutide subgroup analysis | | |
| Number of events (elevated AUDIT-C)/ total participants | 3,067/7,072 | |
| Drug (semaglutide vs control) | 0.75 (0.68, 0.82) | <0.0001 |
| Semaglutide dose response | | |
| Number of events (elevated AUDIT-C)/ total participants | 1,406/3,536 | |
| Per 1 mg per wk increase in dose | 0.92 (0.80, 1.06) | 0.2393 |
| Non-semaglutide GLP-1 subgroup analysis | | |
| Number of events (elevated AUDIT-C)/ total participants | 308/720 | |
| Drug (non-semaglutide GLP-1 vs control) | 0.77 (0.57, 1.04) | 0.0858 |
| Stratified by steatosis | | |
| Steatosis | | |
| Number of events (elevated AUDIT-C)/ total participants | 1,096/2,594 | |
| Drug (GLP-1 RA vs control) | 0.76 (0.65, 0.89) | 0.0007 |
| No steatosis | | |
| Number of events (elevated AUDIT-C)/ total participants | 2,279/5,198 | |
| Drug (GLP-1 RA vs control) | 0.74 (0.66, 0.83) | <0.0001 |
| Stratified by cirrhosis | | |
| Cirrhosis | | |
| Number of events (elevated AUDIT-C)/ total participants | 178/386 | |
| Drug (GLP-1 RA vs control) | 0.81 (0.54, 1.23) | 0.3223 |
| No cirrhosis | | |
| Number of events (elevated AUDIT-C)/ total participants | 3,197/7,406 | |
| Drug (GLP-1 RA vs control) | 0.75 (0.68, 0.82) | <0.0001 |
| Stratified by obesity (BMI ≥ 30) | | |
| Obese (BMI ≥ 30) | | |
| Number of events (elevated AUDIT-C)/ total participants | 2,620/5,968 | |
| Drug (GLP-1 RA vs control) | 0.71 (0.64, 0.79) | <0.0001 |
| Not obese (BMI < 30) | | |
| Number of events (elevated AUDIT-C)/ total participants | 755/1,824 | |
| Drug (GLP-1 RA vs control) | 0.85 (0.70, 1.03) | 0.0988 |
| Stratified by diabetes[a] | | |
| Diabetes | | |

**Table 3.** (continued)

| Variable | Overall matched sample with follow-up AUDIT-C | |
| --- | --- | --- |
| | OR (95% CI) | P value |
| Number of events (elevated AUDIT-C)/ total participants | 2,437/5,774 | |
| Drug (GLP-1 RA vs control) | 0.79 (0.71, 0.88) | <0.0001 |
| No diabetes | | |
| Number of events (elevated AUDIT-C)/ total participants | 938/2,018 | |
| Drug (GLP-1 RA vs control) | 0.64 (0.53, 0.76) | <0.0001 |

The odds ratio for drug group was estimated with a multivariable logistic regression model with the event as elevated AUDIT-C at follow-up. The multivariable logistic regression model adjusted for age, creatinine, alanine aminotransferase, aspartate aminotransferase, serum albumin, total bilirubin, and A1c. Follow-up is considered between 1 mo and 1 yr.
[a]Diabetes was considered as fasting serum glucose ≥5.6 mmol/L, 2-hour postprandial glucose levels ≥ 7.8 mmol/L, HbA1c ≥ 5.7%, documented diagnosis code for diabetes, or prescription of diabetes medication.
Bold denotes $p < 0.05$.
AUDIT-C, AUD Identification Test-Concise; BMI, body mass index; GLP-1 RA, glucagon-like peptide-1 receptor agonists; OR, odds ratio.

greater decrease in the GLP-1 RA group was observed among most subgroups, including those with and without steatosis, with and without diabetes, obese patients, and those without cirrhosis, but not in nonobese patients or those with cirrhosis. The median change in AUDIT-C from baseline to follow-up comparing GLP-1 RA vs placebo was −0.35 (95% CI −0.46 to −0.24, 95% CI $P < 0.0001$), indicating that the drop in AUDIT-C was 0.35 points greater in the GLP-1 RA group compared with controls. Although a subgroup analysis among patients treated with semaglutide was also associated with a 0.35-point greater decrease in AUDIT-C, no dose-response relationship was observed.

To explore if the improvements in liver-related outcomes were from changes in AUDIT-C or improvement in CMRF, we added time-dependent improvements in AUDIT-C across categorical levels of BMI (underweight, normal, overweight, and obese). When modeling composite liver outcomes, the 3-way interaction between BMI, AUDIT-C, and GLP-1 RA exposure was tested and was found to be not significant, so it was removed from the model. The interaction between GLP-1 RA and time-dependent AUDIT-C was also not significant ($P = 0.58$) and neither was the interaction between GLP-1 RA and BMI ($P = 0.16$). However, we observed that GLP-1 RAs were associated with a greater reduction in liver-related outcomes than controls among those with an improvement in AUDIT-C compared with those without an improvement in AUDIT-C across individuals in 3 BMI categories—those with normal BMI (HR: 0.19 vs 0.24), those who were overweight (HR: 0.18 vs 0.22), and obese (0.42 vs 0.51, Supplementary Table 7, http://links.lww.com/AJG/D680). Hazard ratios were not estimable for underweight BMI because of lack of events in this category.

### Changes in weight-comparing patients on GLP-1 receptor agonists with controls

As expected, patients in the GLP-1 RA had greater weight loss than the controls (−7.10 lbs, 95% CI −7.73 to −6.48, $P < 0.0001$,

LIVER

Supplementary Table 8, http://links.lww.com/AJG/D680). The decrease in weight was numerically higher with semaglutide (−7.71 lbs, 95% CI −8.36 to −7.06, $P < 0.0001$), with a 1 mg increase in the dose of semaglutide associated with a 5.68 lb. greater weight loss than controls (−5.68, 95% CI −6.63 to −4.73, $P < 0.0001$). Higher weight loss was observed in the GLP-1 RA group among all subgroups; however, the degree of weight loss was relatively lower in patients with cirrhosis (−4.50, 95% CI −7.13 to −1.86, $P = 0.0008$) and those who were nonobese at baseline (−4.60, 95% CI −5.73 to −3.48, $P < 0.0001$).

## DISCUSSION

In this national cohort of Veterans with harmful alcohol use, GLP-1 RA exposure was associated with a 30% decrease in composite liver outcomes and 59% decrease in all-cause mortality. A comparison of semaglutide and other GLP-1 RA indicate that the reduction in liver-related outcomes and all-cause mortality was driven by semaglutide but not the other GLP-1 RAs. In fact, there was an increase in liver-related outcomes in the non-semaglutide GLP-1 RA arm, with no change in all-cause mortality. The paradoxical increase in liver-related outcomes in the non-semaglutide group needs further evaluation; however, the greater benefit of semaglutide compared with others is consistent with the stronger GLP-1R agonism of this drug and improved cardiovascular outcomes shown with this agent in clinical trials that have not been demonstrated with other GLP-1 RAs. We also observed a dose-response relationship with higher weekly doses of semaglutide associated with a greater reduction in both composite liver outcomes and all-cause mortality. In addition, exposure to GLP-1 RA was associated with a lower likelihood of positive AUDIT-C at follow-up. The improvements in AUDIT-C were greater in patients between 2-month and 6-month follow-up, suggesting a greater improvement in alcohol use early after drug initiation. However, the benefits of GLP-1 RA on harmful alcohol use were sustained even in patients with follow-up AUDIT-C between 7 and 12 months.

The reduction in composite liver-related outcomes was driven primarily by a reduction in decompensation and is not surprising as a potential decrease in alcohol use with GLP-1 RA use is likely to reduce decompensation before other liver outcomes. However, there was a decrease in all-cause mortality associated with GLP-1 RA use, likely driven by improvements in cardiovascular outcomes, which have been demonstrated in clinical trials. We observed improvements in liver-related outcomes in both patients with and without diabetes, as well as among obese patients, but not in nonobese patients or those with cirrhosis. This lack of improvement in nonobese patients and those with cirrhosis may represent a type II error owing to low numbers in these subgroups. For example, a post hoc power analysis showed only 27.3% power to detect a difference in hazard between GLP-1 RA and controls among patients with cirrhosis, with a calculated sample size of 4,145 patients needed to achieve 80% power to detect differences.

GLP-1 RAs can potentially improve liver disease outcomes through multiple mechanisms—by treating both metabolic syndrome and by reducing alcohol craving to treat AUD and therefore may be most effective in patients with MetALD (2,3,5). Our results suggest that the effects of GLP-1 RAs on liver-related outcomes in patients with harmful alcohol use may be most beneficial in patients with both diabetes and obesity, indicating a potential interaction between these conditions in modulating

treatment response (20). These findings are similar to those observed in a prior clinical trial of a weak GLP-1 agonist (exenatide), which reduced alcohol use in patients with obesity (BMI >30 kg/m²), but not among patients without (3). However, the pilot clinical trial with exenatide was not designed or powered to examine liver-related outcomes or all-cause mortality. Although GLP-1 RAs have been associated with improved liver-related outcomes in previous retrospective studies among patients with metabolic syndrome (21–23), we believe that the demonstration of improved liver-related outcomes in patients with harmful alcohol use is novel. In a large observational study using the TriNetX platform, Wang et al examined incident AUD diagnoses at 12 months in patients on semaglutide compared with those on other pharmacotherapies for obesity and AUD (23). They found that compared with non-GLP-1 RA anti-obesity medications, semaglutide was associated with a significantly lower risk of recurrent AUD (0.37% vs 0.73%; HR: 0.50, 95% CI: 0.39–0.63). Similarly, compared with naltrexone or topiramate, semaglutide was associated with a significantly lower risk of incident AUD (0.35% vs 0.78%; HR: 0.44, 95% CI: 0.32–0.61). However, the outcome in this study was assessed using the incident diagnosis for AUD using *ICD* codes, which are typically underused in most healthcare systems. The study was not designed to examine liver-related outcomes or mortality, and because of the limited granularity of data, no dose-response relationship could be demonstrated. However, patients on semaglutide for obesity (presumably at a higher dose) had a greater reduction in AUD diagnosis than those without, which is consistent with our findings. A systematic review examining GLP-1 RA in AUD identified 2 small RCTs and 4 observational studies. Although the data suggest that GLP-1 RAs may reduce alcohol consumption and improve outcomes in some individuals, the authors concluded that the results were heterogeneous and inconclusive (24).

Our study has several strengths. First, the VA healthcare database captures rich data on demographic factors, medical records, laboratory, imaging, and healthcare encounters for both outpatients and inpatients and obtains at least once a year evaluation of alcohol use using AUDIT-C, regardless of underlying AUD. This enabled the capture of serial changes in alcohol use. This offers an advantage over the capture of AUD using *ICD* codes, which are less sensitive. Granular imaging data and the ability to capture steatosis (often from abdominal imaging performed for liver-unrelated reasons) using natural language processing allowed us to perform subgroup analyses in patients with steatosis, and the availability of laboratory data enabled the identification of patients with advanced fibrosis or cirrhosis (using Fib-4) that may be missed while using *ICD* codes. The availability of medication refill dates and dosages allowed us to examine the dose-dependent relationship between semaglutide use and outcomes. The study demonstrated novel improvements in decompensation and liver-related events, as well as all-cause mortality.

This study has several potential limitations. As in any observational study, assignment to GLP-1 RA was not randomized; therefore, despite the use of propensity score matching, the study may have been affected by residual confounding. For example, several variables associated with AUD that could potentially confound the association of GLP-1 RA with harmful alcohol use include adverse socioeconomic determinants of health including issues related to education, literacy, employment, housing, economic circumstances, social environment, upbringing, primary



**Figure 3.** Average AUDIT-C at baseline and follow-up comparing patients on GLP-1 receptor agonists and controls, in men and women, and patients with and without diabetes and obesity. AUDIT-C, Alcohol Use Disorder Identification Test-Concise; BMI, body mass index; GLP-1 RA, glucagon-like peptide-1 receptor agonists.

support group, family history of mental and behavioral disorders, and problems with lifestyle such as a lack of physical exercise, inappropriate diet, and eating habits. These variables were challenging to identify and match for in our study. Second, we assessed alcohol use using the AUDIT-C, which does not directly correlate with the number of grams of alcohol consumed.

LIVER

However, AUDIT-C is recommended by the US Preventive Services Task Force as having the best accuracy for assessing unhealthy alcohol use in adults, with good sensitivity and specificity for detecting the full spectrum of unhealthy alcohol use, and performs significantly better than reported self-drinking (12,13). Third, the Veteran population is predominantly male. Thus, the evidence of a beneficial effect of GLP-1 RAs on female patients and non-Veterans with elevated AUDIT-C scores is less compelling, and additional studies are needed to corroborate these findings in different populations.

Fourth, the dose-response analysis for semaglutide assumed stable maintenance doses, but patients who tolerated higher doses may inherently differ from those who discontinued therapy because of adverse effects or disease progression, raising a potential for survival bias. However, for most patients on semaglutide, the dose was initiated at 0.25 mg weekly and escalated every 4 weeks until they reached a stable dose between 3 and 6 months and most patients maintained at stable dose from that point. We excluded patients with fewer than 180 days of follow-up to help reduce this potential for bias. Finally, because semaglutide is approved for patients who are obese or overweight or have type 2 diabetes, further studies are needed to examine the role of GLP-1 RAs in patients without diabetes and obesity. Our findings are consistent with those that describe improvements in tobacco and other substance use disorders with GLP-1 RA and support future prospective clinical trials of GLP-1 RAs for the treatment of MetALD and AUD (25–28).

In conclusion, in this target trial emulation study of Veterans with harmful alcohol use, GLP-1 RA use was associated with reduced composite liver outcomes, all-cause mortality, and reduced likelihood of harmful alcohol use during follow-up.

## CONFLICTS OF INTEREST

**Guarantor of the article:** Binu V. John, MD, MPH and Bassam Dahman, PhD.

**Specific author contributions:** B.V.J. and B.D. have full access to all the data in the study and are responsible for the integrity of the data and accuracy of the data analysis. Concept and design: B.V.J. Acquisition, analysis, and interpretation of data: B.V.J, D.B., B.D. Drafting of the manuscript: B.V.J. Critical revision of the manuscript for important intellectual content: All authors. Statistical analysis: D.B., B.V.J and B.D. Obtained funding: B.V.J and B.D. Administrative, technical, or material support: All authors. Supervision: B.V.J.

**Financial support:** This study was supported by the VA Office of Research and Development CSR and D VA MERIT I01CX002654 01A1 (Binu V. John). Services supporting this analysis and interpretation of data for this research project were also generated by the South Florida Foundation for Research and Education and the VCU Massey Cancer Center Biostatistics Shared Resource, the latter, supported in part by funding from the NIH-NCI Cancer Center Support Grant P30 CA016059 (Bassam Dahman). The funding agencies played no role in any aspect of the study, including the design, conduct, management, analysis, reporting, or decision to submit the manuscript for publication.

**Potential competing interests:** Dr. John received institutional research support from Exact Sciences, Genentech, and Takeda, which was unrelated to this study. None of the other authors has any personal or financial conflicts of interest concerning this publication. Disclaimer: The authors conducted this study based on their personal capacity. The opinions expressed in this article are the author's own

and do not reflect the views of the Department of VA or the United States government.

**Data availability statement:** The United States Department of Veterans Affairs (VA) places legal restrictions on access to Veterans' healthcare data, including identifying and sensitive patient information. The analytic datasets used in this study were not permitted to leave the VA firewall without a data-use agreement. This limitation is consistent with those of other studies based on VA data. However, VA data are freely available to researchers behind the VA firewall, with an approved VA study protocol. For more information, please visit https://www.virec.research.va.gov or contact the VA Information Resource Center (VIReC) at Virec@Va.gov.

## REFERENCES

1. Martinelli S, Mazzotta A, Longaroni M, et al. Potential role of glucagon-like peptide-1 (GLP-1) receptor agonists in substance use disorder: A systematic review of randomized trials. Drug Alcohol Depend 2024;264: 112424.
2. Chuong V, Farokhnia M, Khom S, et al. The glucagon-like peptide-1 (GLP-1) analogue semaglutide reduces alcohol drinking and modulates central GABA neurotransmission. JCI Insight 2023;8(12):e170671.
3. Klausen MK, Jensen ME, Møller M, et al. Exenatide once weekly for alcohol use disorder investigated in a randomized, placebo-controlled clinical trial. JCI Insight 2022;7(19):e159863.
4. Diaz LA, Winder GS, Leggio L, et al. New insights into the molecular basis of alcohol abstinence and relapse in alcohol-associated liver disease. Hepatology. 2025;82(1):254–271.
5. Newsome PN, Buchholtz K, Cusi K, et al.; NN9931-4296 Investigators. A placebo-controlled trial of subcutaneous semaglutide in nonalcoholic steatohepatitis. N Engl J Med 2021;384(12):1113–24.
6. Lee BP, Dodge JL, Terrault NA. National prevalence estimates for steatotic liver disease and subclassifications using consensus nomenclature. Hepatology 2024;79(3):666–73.
7. Marek GW, Malhi H. MetALD: Does it require a different therapeutic option? Hepatology 2024;80(6):1424–40.
8. Matthews AA, Danaei G, Islam N, et al. Target trial emulation: Applying principles of randomised trials to observational studies. BMJ 2022;378: e071108.
9. John BV, Bastaich D, Amoli MM, et al.; Veterans Analysis of Liver Disease (VALID) group of investigators. Association of HDV infection and HCC, hepatic decompensation, and all-cause and liver-related death in a national cohort. Hepatology 2025;81(6):1822–35.
10. John BV, Amoli MM, Evon DM, et al. Hepatitis Delta testing trends in a US national cohort: An analysis of patient and provider-level predictive factors. Hepatol Commun 2024;8(5):e0401.
11. John BV, Ferreira RD, Doshi A, et al. Third dose of COVID-19 mRNA vaccine appears to overcome vaccine hyporesponsiveness in patients with cirrhosis. J Hepatol 2022;77(5):1349–58.
12. Bush K, Kivlahan DR, McDonell MB, et al.; for the Ambulatory Care Quality Improvement Project (ACQUIP). The AUDIT alcohol consumption questions (AUDIT-C): An effective brief screening test for problem drinking. Ambulatory Care Quality Improvement Project (ACQUIP). Alcohol Use Disorders Identification Test. Arch Intern Med 1998;158(16):1789–95.
13. US Preventive Services Task Force, Curry SJ, Krist AH, Owens DK, et al. Screening and behavioral counseling interventions to reduce unhealthy alcohol use in adolescents and adults: US Preventive Services Task Force Recommendation Statement. JAMA 2018;320(18):1899–909.
14. Bradley KA, DeBenedetti AF, Volk RJ, et al. AUDIT-C as a brief screen for alcohol misuse in primary care. Alcohol Clin Exp Res 2007;31(7):1208–17.
15. John BV, Bastaich DR, Mezzacappa C, et al. Identifying metabolic dysfunction associated steatotic liver disease using natural language processing in a U.S National Cohort. Am J Gastroenterol 2025.
16. John BV, Dang Y, Kaplan DE, et al. Liver stiffness measurement and risk prediction of hepatocellular carcinoma after HCV eradication in veterans with cirrhosis. Clin Gastroenterol Hepatol 2024;22(4):778–88.e7.
17. John BV, Aitcheson G, Schwartz KB, et al. Male sex is associated with higher rates of liver-related mortality in primary biliary cholangitis and cirrhosis. Hepatology 2021;74(2):879–91.
18. Chin A, Bastaich DR, Dahman B, et al. Refractory hepatic hydrothorax is associated with increased mortality with death occurring at lower

MELD-Na compared to cirrhosis and refractory ascites. Hepatology 2024; 79(4):844–56.

19. Sy RW, Bannon PG, Bayfield MS, et al. Survivor treatment selection bias and outcomes research: A case study of surgery in infective endocarditis. Circ Cardiovasc Qual Outcomes 2009;2(5):469–74.

20. Peeraphatdit T, Ahn JC, Choi DH, et al. A cohort study examining the interaction of alcohol consumption and obesity in hepatic steatosis and mortality. Mayo Clin Proc 2020;95(12):2612–20.

21. Wester A, Shang Y, Toresson Grip E, et al. Glucagon-like peptide-1 receptor agonists and risk of major adverse liver outcomes in patients with chronic liver disease and type 2 diabetes. Gut 2024;73(5):835–43.

22. Kanwal F, Kramer JR, Li L, et al. GLP-1 receptor agonists and risk for cirrhosis and related complications in patients with metabolic dysfunction-associated steatotic liver disease. JAMA Intern Med 2024;16: e244661.

23. Wang L, Berger NA, Kaelber DC, et al. Association of GLP-1 receptor agonists and hepatocellular carcinoma incidence and hepatic

decompensation in patients with type 2 diabetes. Gastroenterology 2024; 167(4):689–703.

24. Subhani M, Dhanda A, King JA, et al. Association between glucagon-like peptide-1 receptor agonists use and change in alcohol consumption: A systematic review. EClinicalMedicine 2024;78:102920.

25. Wang W, Volkow ND, Berger NA, et al. Associations of semaglutide with incidence and recurrence of alcohol use disorder in real-world population. Nat Commun 2024;15(1):4548.

26. Wang W, Volkow ND, Berger NA, et al Association of semaglutide with tobacco use disorder in patients with type 2 diabetes: Target trial emulation using real-world data. Ann Intern Med 2024;177(8):1016–27.

27. Wang W, Volkow ND, Berger NA, et al Association of semaglutide with reduced incidence and relapse of cannabis use disorder in real-world populations: A retrospective cohort study. Mol Psychiatry 2024;29(8):2587–98.

28. Hendershot CS, Bremmer MP, Paladino MB, et al Once-weekly semaglutide in adults with alcohol use disorder: A randomized clinical trial. JAMA Psychiatry 2025;82(4):395–405.

LIVER

© 2025 by The American College of Gastroenterology

