# EXHIBIT 76D

S1389

### Demographic And Clinical Predictors Of 30-Day Readmission Following Ileal Pouch-Anal Anastomosis in Inflammatory Bowel Disease: Analysis From the Nationwide Readmission Database

Tushar Khanna, MD[1]*, Chun-Wei Pan, MD[2], Yichen Wang, MD[3], Priya Sehgal, MD[1], Gary Lichtenstein, MD[1].
[1]Penn Medicine, Philadelphia, PA; [2]Cook County Health, Chicago, IL; [3]Perelman School of Medicine at the University of Pennsylvania, Philadelphia, PA.

**Introduction:** Ulcerative colitis (UC) patients refractory to medical management often undergo ileal pouch-anal anastomosis (IPAA) surgery. Despite the potential for symptom improvement, readmissions following IPAA are a significant cause of morbidity and healthcare utilization. Hospital readmission rates are often used as a quality indicator for hospital care, There is limited large scale population level study that has adequately assessed demographics and predictors for readmission in patients undergoing IPAA.

**Methods:** A retrospective cross-sectional examination was conducted using data from the Nationwide Readmission Database (NRD) to evaluate discharges of all adult IBD patients that underwent IPAA between 2016-2019 using validated ICD 10 codes. The analysis includes detailed patient demographics, hospital characteristics, comorbidities, and outcomes at index and 30-day re-admission. Data for patients that were readmitted at 30-days was compared to patients that were not readmitted. Statistical analysis included descriptive statistics as well as chi-square tests for comparison, and Cox proportional hazards regression for predictor assessment.

**Results:** Out of 4,106 initial hospitalizations, 1,086 (26.44%) resulted in 30-day readmissions. Infection, dehydration, AKI and postprocedural complications were the most common primary diagnoses associated with first unplanned readmission 30 days after IPAA. There was a higher readmission rate among women ($P < 0.01$). A history of sepsis (HR 1.61, 95% CI 0.98-1.1), venous thromboembolism (VTE) (HR 1.74, 95% CI 0.91-3.35) and Elixhauser comorbidity Index (HR 1.04, 95% CI 0.98 - 1.1) were found to be independent predictors for readmission. Age, smoking or presence of congestive heart failure, chronic kidney disease, coronary artery disease, higher body mass index or diabetes did not independently confer an increased risk for readmission. Patients with unplanned 30-day readmission were also noted to have increased length of stay at index admission which is further noted to be an independent predictor for readmission (HR 1.01, 95% CI 1 - 1.02) as well.

**Conclusion:** This study found that the most common reasons for readmission post-IPAA included infection and dehydration. Female gender, history of sepsis, VTE, increased comorbidity index and prolonged index admission were identified as potential risk factors for readmission. Understanding vulnerable populations and minimizing modifiable risk factors is crucial for risk stratification and implementing targeted interventions to reduce readmissions for the IPAA patient population (see Figure 1).

| Predictors for 30-Day Readmission | Unadjusted Hazard Ratio | Adjusted Hazard Ratio |
|---|---|---|
| With each 1-year increase in age | 1 (0.61 - 1.01) | |
| Age Categories | | |
| 40-59 | 0.84 (0.68 - 1.03) | |
| 60-79 | 1.05 (0.79 - 1.38) | |
| 80+ | 0 (0 - 0) | |
| Female | 1.39 (1.15 - 1.67) | 1.38 (1.15 - 1.67) |
| Insurance | | |
| Medicaid | 0.99 (0.66 - 1.48) | |
| Private Insurance | 0.8 (0.57 - 1.11) | |
| Self-Pay | 0.95 (0.4 - 2.24) | |
| Other | 0.66 (0.36 - 1.21) | |
| Elixhauser Comorbidity | 1.05 (0.99 - 1.12) | 1.04 (0.98 - 1.1) |
| Median annual income in patient's zip code | | |
| 26th to 50th percentile | 0.94 (0.15 - -0.36) | |
| 51st to 75th percentile | 1.13 (0.17 - 0.8) | |
| 76th to 100th percentile | 1.01 (0.14 - 0.09) | |
| Hospital Bed Size | | |
| Medium | 1.39 (0.3 - 1.55) | |
| Large | 1.12 (0.22 - 0.58) | |
| Hospital Teaching Status | 1.02 (0.55 - 1.87) | |
| DM | 1.18 (0.83 - 1.7) | |
| Heart failure | 0.25 (0.03 - 1.9) | |
| Chronic Kidney Disease | 1.43 (0.83 - 2.45) | |
| OSA | 1.15 (0.71 - 1.87) | |
| Smoking | 1.08 (0.89 - 1.32) | |
| NAFLD | 0.33 (0.1 - 1.03) | |
| SBO | 1.11 (0.85 - 1.47) | |
| Sepsis | 1.71 (1.12 - 2.61) | 1.61 (0.98 - 1.1) |
| C.difficle infection | 1.22 (0.61 - 2.44) | |
| Abscess | 1.2 (0.66 - 2.18) | |
| Fistula Formation | 0.88 (0.26 - 3.03) | |
| VTE | 1.95 (0.99 - 3.83) | 1.74 (0.91 - 3.35) |
| Pulmonary Embolism | 0.6 (0.09 - 3.98) | |
| Infection | 1.1 (0.68 - 1.79) | |
| Obstruction | 0.92 (0.63 - 1.33) | |
| LOS | 1.01 (1.01 - 1.02) | 1.01 (1 - 1.02) |

[1389] **Figure 1.** Predictors for 30 day Readmission in ileal pouch-anal anastomosis surgery.

S1390

### Outcomes of Patients With Inflammatory Bowel Disease on GLP-1 Receptor Agonists: A Propensity Score-Matched Analysis

Tushar Khanna, MD[1]*, Priya Sehgal, MD, MS, MPH[2], Aakash Desai, MD[3], Nahel Tunio, MD[4], Emad Mansoor, MD[5], Gary Lichtenstein, MD[1].
[1]Penn Medicine, Philadelphia, PA; [2]University of Pennsylvania, Philadelphia, PA; [3]Mayo Clinic, Jacksonville, FL; [4]Case Western Reserve University / MetroHealth, Cleveland, OH; [5]Digestive Health Institute, University Hospitals Cleveland Medical Center, Cleveland, OH.

**Introduction:** Glucagon-like peptide-1 receptor agonists (GLP-1RA) have a demonstrated efficacy in managing T2DM as well as obesity. However, the impact of GLP-1RA on patients with Inflammatory Bowel Disease (IBD) remains unclear. This study aims to evaluate IBD-related outcomes in patients treated with GLP-1RA using a large nationally representative population.

**Methods:** A retrospective cohort study was conducted using electronic health records from the TriNetX platform, encompassing data from 64 healthcare organizations within the US Collaborative Network, including 130 million patients. Patients with IBD & who had diabetes or BMI >30 were included & divided into 2 cohorts: Control Cohort, consisting of patients not on GLP-1RA & GLP-1RA cohort consisting of patients who had been on GLP-1RA. One to 1 propensity score matching (PSM) was applied to control for 67 baseline characteristics including demographics, BMI, diagnoses, labs & medication. Primary outcomes analyzed included effect on biomarkers as well as incidence of anti TNF & IV steroid use. Secondary outcomes analyzed include rates of intestinal obstruction, incidence of cardiovascular & diabetes associated comorbidities as well as adverse events while on GLP-1RA.

**Results:** There were 80,541 patients in Control Cohort & 8484 patients in the GLP-1RA cohort prior to PSM which yielded 7,599 patients in each cohort. Baseline characteristics after 1:1 propensity matching in both groups were well balanced including baseline BMI. The initiation of TNF-alpha inhibitors was lower in Cohort 2 compared to Cohort 1 (1.0% vs 1.5%, $P =0.006$). The prescription of IV steroids was also lower in Cohort 2 compared to Cohort 1 (17.2% vs 19.4%, $P =0.016$). Additionally, there was a decreased incidence of intestinal obstruction in Cohort 2 compared to Cohort 1 (1.1% vs 1.7%, $P =0.003$). There was no significant difference in clinical biomarkers ESR, CRP or fecal calprotectin between the 2 groups.

**Conclusion:** Our study found decreased rates of TNF-alpha inhibitor initiation, IV steroid use & intestinal obstruction amongst patients with IBD on GLP-1RA compared to those not on GLP-1R agonists. This association suggests a possible anti-inflammatory effect of GLP-1RA in IBD patients, indicating that GLP-1RA may be beneficial adjunctive therapies for patients with IBD who have comorbid diabetes or obesity. Further prospective studies are necessary to validate these findings & explore the potential underlying mechanisms.

Copyright © 2024 by The American College of Gastroenterology. Unauthorized reproduction of this article is prohibited.

**Table 1.** Outcomes of patients with inflammatory bowel disease on GLP1 agonists

| Outcome | IBD patients not on GLP1 Agonist (N = 7,599) | IBD patients on GLP1 Agonist (N = 7,599) | Risk Difference (95% CI) | P-Value | Odds Ratio (95% CI) |
|---|---|---|---|---|---|
| CRP (mg/L) | 21.17 ± 41.50 | 19.29 ± 40.89 | | 0.264 | |
| Fecal Calprotectin (µg/g) | 270.15 ± 497.66 | 321.86 ± 552.26 | | 0.265 | |
| ESR (mm/h) | 28.63 ± 25.59 | 26.92 ± 25.60 | | 0.104 | |
| Intestinal Obstruction | 1.7% | 1.1% | 0.006 (0.002, 0.010) | 0.003 | 1.538 (1.159, 2.041) |
| TNF-alpha Inhibitors Initiation | 1.5% | 1.0% | 0.005 (0.001, 0.009) | 0.006 | 1.528 (1.126, 2.075) |
| Steroid Use | 19.4% | 17.2% | 0.022 (0.004, 0.040) | 0.016 | 1.158 (1.027, 1.306) |
| GERD | 11.5% | 10.5% | 1.03% (0.381, 2.44) | 0.152 | 1.11 (0.962,1.283) |
| Esophagitis | 1.9% | 1.2% | 0.006 (0.002, 0.010) | 0.002 | 1.514 (1.156, 1.985) |
| Cholecystitis | 0.8% | 0.7% | 0.001 (-0.002, 0.004) | 0.389 | 1.177 (0.812, 1.707) |
| NAFLD | 45.0% | 43.0% | 0.002 (-0.005, 0.009) | 0.642 | 1.042 (0.877, 1.237) |
| Myocardial Infarction | 2.5% | 1.4% | 0.011 (0.006, 0.015) | 0.001 | 1.775 (1.385, 2.274) |
| Peripheral Artery Disease | 2.8% | 2.3% | 0.005 (-0.000, 0.010) | 0.055 | 1.229 (0.995, 1.519) |
| Gastroparesis | 1.2% | 1.0% | 0.001 (-0.002, 0.005) | 0.456 | 1.126 (0.825, 1.536) |
| Stroke | 0.5% | 0.2% | 0.003 (0.002, 0.005) | 0.003 | 3.100 ( 1.615, 5.950) |
| Congestive Heart Failure | 4.3% | 2.8% | 0.016 (0.009, 0.022) | 0.001 | 1.587 (1.315, 1.916) |
| Pancreatitis | 0.92 % | 0.63% | 0.255 (0.03,0.541) | 0.0796 | 1.389 (0.962, 2.008) |

S1391

**Simple Educational Interventions Improve Use of Endoscopic Scoring Systems in IBD Patients Among Gastroenterology Fellows**

Lauren Cooper, MD*, Chansong Choi, MD.
University of Nebraska Medical Center, Omaha, NE.

**Introduction:** Standardized endoscopic scores in inflammatory bowel disease (IBD) are utilized to monitor response to therapies, predict clinical outcomes, and ensure appropriate communication among physicians and health systems. However, these scores are used inconsistently among gastroenterologists. We aimed to improve the use of standardized endoscopic scores in our institution.
**Methods:** The percentage of endoscopy reports using standardized endoscopic scoring in patients with established Ulcerative Colitis (UC) and Crohn's Disease (CD) was calculated. This data along with the importance of endoscopy reporting in IBD was presented to gastroenterology fellows and faculty at an educational conference. IBD scoring reference cards ("badge buddies") were provided.
**Results:** Prior to education from October 2023 to January 2024, standardized scores were used in 75/106 (70.7%) of all IBD endoscopy reports. With fellow involved in case, scores were used in 38/51 (74.5%) of all reports, 24/25 (96%) of UC reports, and 14/26 (53.8%) of CD reports. With no fellow in case, standardized score was used 37/55 (67.2%) of all reports, 18/27 (66.7%) of UC reports, and 19/28 (67.8%) of CD reports. After education from March to June 2024, fellows showed improvement with use of standardized scores in 34/39 (87.2%) of all reports and 14/18 (77.8%) of CD reports, but this did not reach statistical significance (chi square statistic = 2.22, 2.63 and $P$ = 0.14 and 0.10, respectively). After education, standardized scores were more likely to be used with fellow involvement versus no fellow (87.2% vs 51.1%, chi square statistic=12.66, $P$ = 0.00037).
**Conclusion:** A brief educational intervention was effective in improving the use of standardized endoscopy reporting in IBD patients among fellows, particularly with CD. There was no overall improvement after education when including cases with and without fellow involvement. Ongoing education regarding the use of IBD endoscopy reporting should be encouraged (see Figure 1).



[1391] **Figure 1.** Use of standardized endoscopy scoring before and after education left bar graph cluster: before education right bar graph cluster: after education blue: fellow orange: no fellow.

S1392

**Outcomes of Invisible Dysplasia Found on Random Biopsy Referred for Chromoendoscopy in a Community Practice**

Suvithan Rajadurai, MD[1]*, Samir Shah, MD[2].
[1]Brown Medicine/Lifespan, Providence, RI; [2]Gastroenterology Associates, Providence, RI.

**Introduction:** Patients with inflammatory bowel disease (IBD) have a higher risk of colorectal cancer compared to the general population. For patients with dysplasia found on random biopsy (invisible dysplasia), followup colonoscopy with dye chromoendoscopy (DCE) is recommended. However, there are only 2 published studies involving tertiary care centers showing the utility of chromoendoscopy in this setting. There are no studies of this to our knowledge in a community private practice setting.
**Methods:** We reviewed outpatient electronic records from patients referred for DCE at a community practice in the setting of dysplasia found by random biopsy on surveillance colonoscopy. Primary outcome was identification of index lesions on initial DCE. Secondary outcomes included if patients required surgical intervention, number of additional lesions on subsequent DCE, and median length of follow up.

© 2024 by The American College of Gastroenterology

Copyright © 2024 by The American College of Gastroenterology. Unauthorized reproduction of this article is prohibited.