# EXHIBIT 81D

Activate your eBook

EXHIBIT 3
WIT: Ling
DATE: 4-7-24
C. Campbell, RDR CRR CSR #13921

SUBSPECIALTY CONSULT SERIES

THE WASHINGTON MANUAL

# Gastroenterology
## SUBSPECIALTY CONSULT

### FOURTH EDITION

**EDITOR**

C. Prakash Gyawali

**EXECUTIVE EDITORS**

Thomas M. Ciesielski
Thomas M. De Fer

 Wolters Kluwer

**Washington** University in St. Louis
SCHOOL OF MEDICINE



# Access Your Enhanced eBook

**Your book purchase includes a complimentary download of the enhanced eBook for iOS, Android, PC and Mac.**

Enrich Your eBook Reading Experience with Enhanced Video, Audio and Interactive Capabilities!

* **Read directly on your preferred device(s),** such as computer, tablet, or smartphone
* **Easily convert to audiobook,** powering your content with natural language text-to-speech
* **Adapt for unique reading needs,** supporting learning disabilities, visual/auditory impairments, second-language or literacy challenges, and more



## Gyawali
### Scratch Gently to Reveal Code

**Scratch off the sticker with care.** Book cannot be returned once panel is scratched off.

 Wolters Kluwer

**Activate your eBook now:**

1. Go to **http://medicine.lww.com/activate**
2. Enter your 12-digit code in the box marked **Access Code** and select **Submit**
3. Fill out the form and click **Submit**
4. Follow the on screen instructions to start reading your eBook

**Already activated your eBook? View or download now:**

Log in at **https://wolterskluwer.vitalsource.com** or access on your mobile device using the VitalSource Bookshelf app

Questions or concerns? We are happy to help.
**Please contact us at 1-800-468-1128 or techsupp@lww.com**

# THE WASHINGTON MANUAL™

## Gastroenterology — Subspecialty Consult

### FOURTH EDITION

*Editor*

C. Prakash Gyawali, MD, MRCP

*Professor*
Division of Gastroenterology
Washington University School of Medicine
St. Louis, Missouri

*Executive Editors*

Thomas Ciesielski, MD

*Assistant Professor*
Division of General Medicine
Washington University School of Medicine
St. Louis, Missouri

Thomas M. De Fer, MD, FACP

*Professor of Medicine*
Associate Dean for Medical Student Education
Department of Medicine
Washington University School of Medicine
St. Louis, Missouri

Wolters Kluwer

Philadelphia · Baltimore · New York · London
Buenos Aires · Hong Kong · Sydney · Tokyo

*Executive Editor:* Sharon Zinner
*Development Editor:* Thomas Celona
*Editorial Coordinator:* Tim Rinehart
*Marketing Manager:* Phyllis Hitner
*Senior Production Project Manager:* Alicia Jackson
*Manager, Graphic Arts & Design:* Stephen Druding
*Senior Manufacturing Coordinator:* Beth Welsh
*Prepress Vendor:* Aptara, Inc.

4th edition

Copyright © 2021 Department of Medicine, Washington University School of Medicine.

Copyright © 2012, 2008, 2004 Department of Medicine, Washington University School of Medicine. All rights reserved. This book is protected by copyright. No part of this book may be reproduced or transmitted in any form or by any means, including as photocopies or scanned-in or other electronic copies, or utilized by any information storage and retrieval system without written permission from the copyright owner, except for brief quotations embodied in critical articles and reviews. Materials appearing in this book prepared by individuals as part of their official duties as U.S. government employees are not covered by the above-mentioned copyright. To request permission, please contact Wolters Kluwer at Two Commerce Square, 2001 Market Street, Philadelphia, PA 19103, via email at permissions@lww.com, or via our website at shop.lww.com (products and services).

9 8 7 6 5 4

Printed in the United States of America

Library of Congress Cataloging-in-Publication Data

Names: Gyawali, C. Prakash, editor. | Ciesielski, Thomas, editor. |
  Washington University (Saint Louis, Mo.). School of Medicine, sponsoring body.
Title: The Washington manual gastroenterology subspecialty consult /
  editor, C. Prakash Gyawali ; executive editor, Thomas Ciesielski.
Other titles: Gastroenterology subspecialty consult | Washington manual
  subspecialty consult series.
Description: Fourth edition. | Philadelphia : Wolters Kluwer, [2021] | Series: Washington manual subspecialty consult series | Includes bibliographical references and index. | Summary: "Advances in the field of gastroenterology since the last edition of this manual have been incorporated into the chapters in this edition. The manual continues to provide succinct, precise recommendations on the evaluation and management of common gastrointestinal symptoms and disorders. Each chapter has been thoroughly revised, and some chapters have been rewritten, to update content to modern concepts and guidelines. The chapters were written predominantly by Washington University subspecialty fellows, with support and guidance from their faculty mentors. Similar to previous editions, the fourth edition of the manual is targeted to medical students, novice and advanced trainees, physician extenders, nurse practitioners, other health care providers, and physicians, and will provide easy access to clinically relevant recommendations for diagnosis and management of gastrointestinal disorders"– Provided by publisher.
Identifiers: LCCN 2020022589 | ISBN 9781975113308 (paperback)
Subjects: MESH: Digestive System Diseases–diagnosis | Digestive System
  Diseases–therapy | Handbook
Classification: LCC RC801 | NLM WI 39 | DDC 616.3 -dc23
LC record available at https://lccn.loc.gov/2020022589

This work is provided "as is," and the publisher disclaims any and all warranties, express or implied, including any warranties as to accuracy, comprehensiveness, or currency of the content of this work.

This work is no substitute for individual patient assessment based upon healthcare professionals' examination of each patient and consideration of, among other things, age, weight, gender, current or prior medical conditions, medication history, laboratory data and other factors unique to the patient. The publisher does not provide medical advice or guidance and this work is merely a reference tool. Healthcare professionals, and not the publisher, are solely responsible for the use of this work including all medical judgments and for any resulting diagnosis and treatments.

Given continuous, rapid advances in medical science and health information, independent professional verification of medical diagnoses, indications, appropriate pharmaceutical selections and dosages, and treatment options should be made and healthcare professionals should consult a variety of sources. When prescribing medication, healthcare professionals are advised to consult the product information sheet (the manufacturer's package insert) accompanying each drug to verify, among other things, conditions of use, warnings and side effects and identify any changes in dosage schedule or contraindications, particularly if the medication to be administered is new, infrequently used or has a narrow therapeutic range. To the maximum extent permitted under applicable law, no responsibility is assumed by the publisher for any injury and/or damage to persons or property, as a matter of products liability, negligence law or otherwise, or from any reference to or use by any person of this work.

shop.lww.com

MPP0224

# Contributing Authors

**Bader A. Alajlan, MD**
*Fellow*
Division of Gastroenterology
Washington University School of Medicine
St. Louis, Missouri

**Saad Alghamdi, MD**
*Fellow*
Division of Gastroenterology
Washington University School of Medicine
St. Louis, Missouri

**Ghadah Al Ismail, MD**
*Adjunct Associate Professor*
Division of Gastroenterology
Washington University School of Medicine
St. Louis, Missouri

**Osama Altayar, MD**
*Instructor*
Division of Gastroenterology
Washington University School of Medicine
St. Louis, Missouri

**Surachai Amornsawadwattana, MD**
*Instructor*
Division of Gastroenterology
Washington University School of Medicine
St. Louis, Missouri

**Motaz H. Ashkar, MD**
*Fellow*
Division of Gastroenterology
Washington University School of Medicine
St. Louis, Missouri

**Ricardo Badillo, MD**
*Fellow*
Division of Gastroenterology
Washington University School of Medicine
St. Louis, Missouri

**Michael C. Bennett, MD**
*Assistant Professor*
Division of Gastroenterology
Washington University School of Medicine
St. Louis, Missouri

**Jason G. Bill, MD**
*Fellow*
Division of Gastroenterology
Washington University School of Medicine
St. Louis, Missouri

**Elizabeth J. Blaney, MD**
*Assistant Professor*
Division of Gastroenterology
Washington University School of Medicine
St. Louis, Missouri

**Jeffrey W. Brown, MD**
*Instructor*
Division of Gastroenterology
Washington University School of Medicine
St. Louis, Missouri

**Chien-Huan Chen, MD, PhD**
*Professor*
Division of Gastroenterology
Washington University School of Medicine
St. Louis, Missouri

**Adeeti J. Chiplunker, MD**
*Fellow*
Division of Gastroenterology
Washington University School of Medicine
St. Louis, Missouri

**George P. Christophi, MD**
*Fellow*
Division of Gastroenterology
Washington University School of Medicine
St. Louis, Missouri

**Matthew A. Ciorba, MD**
*Associate Professor*
Division of Gastroenterology
Washington University School of Medicine
St. Louis, Missouri

**Jeffrey S. Crippin, MD**
*Professor*
Division of Gastroenterology
Washington University School of Medicine
St. Louis, Missouri

**Kelly C. Cushing, MD**
*Fellow*
Division of Gastroenterology
Washington University School of Medicine
St. Louis, Missouri

**Koushik K. Das, MD**
*Assistant Professor*
Division of Gastroenterology
Washington University School of Medicine
St. Louis, Missouri

**Dayna S. Early, MD**
*Professor*
Division of Gastroenterology
Washington University School of Medicine
St. Louis, Missouri

**Avegail Flores, MD**
*Assistant Professor*
Division of Gastroenterology
Washington University School of Medicine
St. Louis, Missouri

**Martin H. Gregory, MD**
*Fellow*
Division of Gastroenterology
Washington University School of Medicine
St. Louis, Missouri

**C. Prakash Gyawali, MD, MRCP**
*Professor*
Division of Gastroenterology
Washington University School of Medicine
St. Louis, Missouri

**Stephen Hasak, MD**
*Fellow*
Division of Gastroenterology
Washington University School of Medicine
St. Louis, Missouri

**Kevin M. Korenblat, MD**
*Professor*
Division of Gastroenterology
Washington University School of Medicine
St. Louis, Missouri

**Vladimir M. Kushnir, MD**
*Associate Professor*
Division of Gastroenterology
Washington University School of Medicine
St. Louis, Missouri

**Gabriel D. Lang, MD**
*Assistant Professor*
Division of Gastroenterology
Washington University School of Medicine
St. Louis, Missouri

**Mauricio Lisker-Melman, MD**
*Professor*
Division of Gastroenterology
Washington University School of Medicine
St. Louis, Missouri

**Scott A. McHenry, MD**
*Fellow*
Division of Gastroenterology
Washington University School of Medicine
St. Louis, Missouri

**Claire Meyer, MD**
*Fellow*
Division of Gastroenterology
Washington University School of Medicine
St. Louis, Missouri

**Daniel K. Mullady, MD**
*Professor*
Division of Gastroenterology
Washington University School of Medicine
St. Louis, Missouri

**Farhan Quader, MD**
*Fellow*
Division of Gastroenterology
Washington University School of Medicine
St. Louis, Missouri

**Rajeev Ramgopal, MD**
*Fellow*
Division of Gastroenterology
Washington University School of Medicine
St. Louis, Missouri

**Dominic N. Reeds, MD**
*Associate Professor*
Division of Nutritional Science
Division of Gastroenterology
Washington University School of Medicine
St. Louis, Missouri

**Benjamin D. Rogers, MD**
*Fellow*
Division of Gastroenterology
Washington University School of Medicine
St. Louis, Missouri

**Deborah C. Rubin, MD**
*Professor*
Division of Gastroenterology
Washington University School of Medicine
St. Louis, Missouri

**Jose B. Saenz, MD, PhD**
*Instructor*
Division of Gastroenterology
Washington University School of Medicine
St. Louis, Missouri

**Gregory S. Sayuk, MD, MPH**
*Associate Professor*
Division of Gastroenterology
Washington University School of Medicine
St. Louis, Missouri

**Yeshika Sharma, MD**
*Resident*
Department of Medicine
Washington University School of Medicine
St. Louis, Missouri

**Zachary L. Smith, MD**
*Assistant Professor*
Department of Surgery
Washington University School of Medicine
St. Louis, Missouri

**Rama Suresh, MD**
*Associate Professor*
Medical Oncology
Washington University School of Medicine
St. Louis, Missouri

**Ted Walker, MD**
*Fellow*
Division of Gastroenterology
Washington University School of Medicine
St. Louis, Missouri

**Michael J. Weaver, MD**
*Fellow*
Division of Gastroenterology
Washington University School of Medicine
St. Louis, Missouri



# Contents

Contributing Authors  iii

Chairman's Note  vi

Preface  vii

## PART I. APPROACH TO SPECIFIC SYMPTOMS

1. Dysphagia  1
   Farhan Quader and C. Prakash Gyawali

2. Nausea and Vomiting  8
   Benjamin D. Rogers and C. Prakash Gyawali

3. Diarrhea  18
   Adeeti J. Chiplunker

4. Constipation  30
   Jeffrey W. Brown and Ghadah Al Ismail

5. Abdominal Pain  38
   George P. Christophi

6. Acute Gastrointestinal Bleeding  45
   Jason G. Bill

7. Obscure Gastrointestinal Bleeding  57
   Chien-Huan Chen

8. Jaundice  65
   Surachai Amornsawadwattana

9. Abnormal Liver Chemistries  76
   Claire Meyer

10. Ascites  83
    Scott A. McHenry

11. Malnutrition  92
    Osama Altayar and Dominic N. Reeds

12. Obesity  101
    Michael C. Bennett and Vladimir M. Kushnir

## PART II. APPROACH TO SPECIFIC DISEASES

13. Esophageal Disorders  108
    Stephen Hasak and C. Prakash Gyawali

14. Gastric Disorders  128
    Jose B. Saenz

15. Small Bowel Disorders  142
    Martin H. Gregory and Deborah C. Rubin

16. Colon Neoplasms  157
    Ricardo Badillo, Rama Suresh, and Dayna S. Early

17. Inflammatory Bowel Disease  170
    Kelly C. Cushing and Matthew A. Ciorba

18. Irritable Bowel Syndrome  190
    Ted Walker and Gregory S. Sayuk

19. Acute Liver Disease  199
    Michael J. Weaver and Kevin M. Korenblat

20. Chronic Liver Disease  219
    Yeshika Sharma and Mauricio Lisker-Melman

21. Cirrhosis  247
    Rajeev Ramgopal and Jeffrey S. Crippin

22. Liver Transplantation  259
    Saad Alghamdi and Avegail Flores

23. Pancreatic Disorders  269
    Koushik K. Das

x | Contents

24.   Biliary Tract Disorders  297
      *Bader A. Alajlan and Gabriel D. Lang*

25.   Genetic Testing in Gastrointestinal Disease  315
      *Motaz H. Ashkar and Elizabeth J. Blaney*

26.   Gastrointestinal Procedures  334
      *Zachary L. Smith and Daniel K. Mullady*

Index  347

# Biliary Tract Disorders

**24**

Bader A. Alajlan and Gabriel D. Lang

## Introduction

Diseases of the biliary tract are frequently encountered in both primary care and specialty settings. They represent a broad spectrum of diseases, ranging from benign gallstone disease to life-threatening cholangitis and malignancies. Biliary tract disorders can be classified into three spectrums:

- Calculous biliary disease
- Acalculous biliary disease
- Neoplastic biliary disease

## Calculous Biliary Disease (Gallstone Disorders)

### GENERAL PRINCIPLES

#### Definition

- **Cholelithiasis:** The presence of concretions (gallstones) in the gallbladder or bile ducts.
- **Choledocholithiasis:** The presence of stones within the biliary system; including common bile duct, common hepatic duct, right and left hepatic ducts, and intrahepatic ducts.

#### Classification

- **Cholesterol stones**
    The most common type of gallstones are cholesterol stones, representing 75–90% of all gallstones.
    Cholesterol stones are formed when supersaturation of cholesterol occurs in bile in the presence of biliary stasis within the gallbladder and nucleation of cholesterol molecules to form crystals.
- **Brown stones**
    These form when bacteria within the biliary tree cause bilirubin to deconjugate and combine with calcium, forming an insoluble product, calcium bilirubinate.
    Brown stones are more commonly observed in Asia and usually present 2 years or more following cholecystectomy.
- **Black stones**
    Black stones develop in conditions associated with chronic hemolysis, most commonly sickle cell disease and hereditary spherocytosis.
    Black stones may also be seen in cirrhotic patients partly due to hemolysis from hypersplenism or spur cell anemia.

#### Epidemiology

- Gallstone disease is a common disorder, particularly in women and obese patients.
- Prevalence ranges from 10–20% in white Americans to as high as 73% in female Pima Indians.[1,2] Although cholelithiasis is common, 80% of patients with gallstones never develop symptoms or complications.[3] The risk of developing biliary colic and major complications is 2% per year.[4]

## Risk Factors

- Female sex (twice as common in women than in men)
- Advanced age
- Native Americans
- Multiparity
- Pregnancy
- Obesity
- Rapid weight loss
- Crohn disease (Bile salts pool depletion due to disease or removal of terminal ileum)
- Lipid abnormalities (high triglycerides)
- Total parenteral nutrition (TPN)
- Medication (oral contraceptives, steroids, estrogens, lipid-lowering agents, octreotide, and ceftriaxone)

## DIAGNOSIS

### Clinical Presentation

- Patients typically present with right upper quadrant pain when gallstones occlude the cystic duct, pass into the common bile duct, or erode through the wall of the gallbladder.
- Presentations of gallstone disease depend on the location of the stone in the biliary tree and include biliary pain, acute cholecystitis, choledoholithiasis, acute cholangitis, gallstone pancreatitis, Bouveret syndrome, and gallstone ileus.
- Stones may pass from the gallbladder into the common bile duct or develop de novo in the bile ducts.

#### History

- The most common presentation is right upper quadrant pain or biliary colic.
- The pain is caused by transient occlusion of the neck of the cystic duct by a gallstone.
- Biliary colic consists of sudden and intense epigastric or right upper quadrant pain that may radiate to the right scapula or shoulder. It can be precipitated by fatty meals, which induce gallbladder contraction. Associated nausea or vomiting may occur.
- Biliary colic is often a misnomer, as the pain is constant rather than colicky.
- After the initial attack, the chance of symptoms recurrence is 30–50% per year for the first 2 years. The interval between attacks is variable, and weeks or months may pass between episodes.[5]
- It is important to differentiate true biliary colic from nonspecific dyspepsia as it is a major determinant of the success of cholecystectomy in relieving symptoms.

### Diagnostic Testing

#### Laboratory Testing

- Typically, no laboratory abnormalities are noted unless a complication is present.
- Elevated levels of transaminases, alkaline phosphatase, and bilirubin can be seen with choledocholithiasis and elevations of amylase and lipase levels can be seen in those with pancreatitis.

#### Imaging

- **Transabdominal ultrasound (TUS)**
  - TUS has a 95% sensitivity and specificity for gallstones.[6]
  - TUS is sensitive for biliary dilation (77–87%) but less sensitive for common bile duct stones (32–90%). This is especially true for stones in the distal common bile duct as it is often obscured by bowel gas.[7]

The yield of TUS is highest after fasting, and stones are identified by the presence of mobile echogenic objects that produce acoustic shadowing.

Gallbladder sludge may also be seen as echogenic material that layers but does not produce acoustic shadowing.

- **Computed tomography (CT):** Cholelithiasis may also be identified by CT scanning, although the sensitivity is lower than that of ultrasonography (40% compared to 95% for TUS). CT is useful for demonstrating biliary dilatation and mass lesions. It is often the test of choice if there is a clinical suspicion of malignant biliary obstruction.

## TREATMENT

- Gallstones are often found incidentally during evaluation for other conditions. Because 80% of patients remain asymptomatic, prophylactic cholecystectomy is not indicated in the majority of patients.
  - Important exceptions are patients with a calcified or "porcelain" gallbladder and Native Americans with gallstones. These patients are at high risk for gallbladder cancer, so cholecystectomy should be performed in the absence of symptoms.
  - Patients with chronic medical conditions that can be adversely affected by an episode of cholecystitis or pancreatitis (e.g., brittle type 1 diabetes mellitus) may also benefit from elective cholecystectomy.
- Patient with symptomatic gallstones should be referred for cholecystectomy given their higher risk of symptoms recurrence.
- For choledocholithiasis, management options include nonsurgical treatments via endoscopic retrograde cholangiopancreatography (ERCP) and surgical approaches including cholecystectomy with laparoscopic stone removal.[8]
- ERCP affords the ability to both diagnose and extract bile duct stones in 95% of patients.[9]
- An ERCP should be performed in high-risk patients for choledocholithiasis even if both ultrasonography and a CT do not demonstrate choledocholithiasis.[10]
- In patients in whom clinical suspicion is intermediate further imaging via magnetic resonance cholangiopancreatography (MRCP) or endoscopic ultrasound (EUS) can be used to evaluate for choledocholithiasis. MRCP and EUS have been shown to have similar sensitivity and specificity in diagnosing choledocholithiasis (sensitivity 92–97% and specificity 92–96%).[11]
- Surgical candidates with choledocholithiasis who undergo biliary sphincterotomy should then have a cholecystectomy for definitive management of gallstones. While endoscopic sphincterotomy is somewhat protective against further episodes of choledocholithiasis, patients without subsequent cholecystectomy may be at an increased risk of recurrent symptoms or complications. It must be noted that this approach may be reasonable in some patients who are considered nonoperative candidates.[12]

### Medications

- Opioids can be used in patient who cannot use NSAIDs or who have severe pain.
- Anticholinergic agents do not appear to relieve biliary colic.[13]
- In patients who are poor surgical candidates, oral dissolution therapy with ursodiol or chenodiol can be attempted. However, this rarely results in complete resolution of stones, especially stones larger than 5 mm. Even after initial resolution, the recurrence rate is 45% in 5 years.[14]

### Surgical Management

- Laparoscopic cholecystectomy is the treatment of choice for symptomatic gallstones. The laparoscopic approach is associated with a significantly shorter hospital stay and quicker convalescence than with open cholecystectomy.[15]

- Less than 5% of laparoscopic cholecystectomies will be converted intraoperatively to an open procedure due to technical reasons.[15]
- Complications of cholecystectomy include bile duct injuries (0.14–0.3%) and bile leaks (0.3–0.9%).[16]

  Biliary peritonitis occurs when bile leaks into the peritoneal cavity leading to acute peritoneal inflammation and severe abdominal pain.

  The majority of bile leaks post cholecystectomy occurs at the cystic duct stump or duct of Luschka. Occasionally, large collections of bile (bilomas) can form around the biliary tree, resulting in pain and bacterial infections.

  Patients with bile leaks typically present shortly after surgery (2–10 days) with abdominal pain. CT scan usually reveals fluid or a biloma centered on the biliary tree. A hepatoiminodiacetic acid (HIDA) scan can confirm the diagnosis by revealing spillage of radioactive tracer into the abdominal cavity.

  Large bilomas may require percutaneous drainage, especially if infected.

  Endoscopic treatment of bile leaks is performed to encourage preferential flow of bile into the duodenum, which allows the leak site to heal. This is typically done by performing a biliary sphincterotomy, biliary stent placement, or both in combination.

  Most bile leaks heal within 4 weeks. The biliary stent should be removed at a follow-up interval of 4–8 weeks. A cholangiogram is performed at the time of stent removal to confirm resolution of the bile leak. Persistent leaks are uncommon but can be treated with longer duration stenting with or without a concomitant biliary sphincterotomy or with surgery.

  A much more uncommon form of a bile leak or biliary injury is secondary to a transected common hepatic duct. This type of injury requires surgical repair.

## COMPLICATIONS

- A major complication from gallstone disease is acute cholecystitis.

## Acute Choleycystitis

## GENERAL PRINCIPLES

### Definition

Acute calculous cholecystitis consists of inflammation or hemorrhagic necrosis, with variable infection, ulceration, and neutrophilic infiltration of the gallbladder wall, usually resulting from impaction of a stone in the cystic duct.

### Epidemiology

Acute cholecystitis develops in 20% of symptomatic biliary colic patients per year.[15]

### Etiology

Cystic duct occlusion results in bile stasis, gallbladder wall edema, gallbladder distention, inflammatory exudate, and bacterial infection.

## DIAGNOSIS

### Clinical Presentation

- Patients typically present with steady upper abdominal pain that lasts hours (>6 hours) to days, with associated nausea, vomiting, and fever.

- If bacteremic, patients may present with high fever, rigors, and severe abdominal tenderness.
- Examination often reveals right upper quadrant tenderness or a positive Murphy sign, consisting of pain with palpation of the right upper quadrant during inspiration with subsequent inhibition of inspiration. Murphy sign can also be elicited during ultrasonography, when pressure is applied directly on the gallbladder with the ultrasound probe.

### Diagnostic Testing

#### Laboratory Testing

- Most patients have a modest leukocytosis and normal or only slightly increased transaminases and bilirubin, usually not more than twice the upper limit of normal.
- Significantly elevated transaminases or bilirubin should raise the suspicion of choledocholithiasis.

#### Imaging

- Patients with suspected acute cholecystitis should undergo ultrasonography. Important findings include gallstones, sonographic Murphy sign, gallbladder wall thickening (>5 mm), and pericholecystic fluid.
- If the diagnosis remains in doubt, cholescintigraphy (HIDA, *para*-isopropyl iminodiacetic acid, or diisopropyl iminodiacetic acid scan) should be performed. Radiolabeled iminodiacetic acid derivatives are administered, which are rapidly extracted by the liver and then excreted into bile. A normal study shows radioactivity in the gallbladder, common bile duct, and small intestine within 60 minutes. In acute cholecystitis, there is delayed filling of the gallbladder because of cystic duct obstruction.

## TREATMENT

- Patients with acute cholecystitis are made NPO and given intravenous fluids.
- NSAIDs or opioids are administered to control pain.
- Broad-spectrum antibiotics are used to treat secondary bacterial infections.
- Nasogastric suction can be performed if the abdomen is distended or if the patient is vomiting.
- Prompt surgical consultation should be obtained. Definitive management is cholecystectomy.
- Most clinicians recommend waiting 24–48 hours to perform cholecystectomy until the patient has clinically stabilized, but surgery can be performed more urgently if the condition deteriorates.
- If possible, cholecystectomy should be performed during the initial hospitalization. Procedural delays have been shown to increase costs without clinical benefit.[17,18]
- Patients who are poor surgical candidates, have severe cholecystitis, or failed medical therapy may require percutaneous cholecystostomy. This approach resolves acute cholecystitis in approximately 90% of patients. Elective removal of the catheter can be considered once the tract is mature (usually 3–6 weeks) and cholecystitis has resolved. Stone extraction can then be attempted when the tract is mature. This may obviate the need for surgery.[19]
- Transmural EUS-guided gallbladder drainage using lumen apposing metal stents is a novel alternative approach to percutaneous therapy with a high clinical success rate in treating acute cholecystitis. Although long-term data regarding the use of this therapy are limited.[19]

## COMPLICATIONS

Complications of acute cholecystitis include gallbladder perforation, emphysematous cholecystitis caused by gas-forming bacteria, and gallstone ileus.

# Acute Cholangitis

## GENERAL PRINCIPLES

### Definition

Acute cholangitis consists of inflammation of the bile duct, typically from bacterial infection stemming from an obstructed duct.[20]

### Etiology

- Choledocholithiasis causes most cases of cholangitis, although patients with biliary neoplasms or inflammatory biliary strictures can develop cholangitis, especially if they have undergone prior biliary interventions (e.g., ERCP).
- Gallstones can cause cholangitis even after a cholecystectomy, as stones are retained in the common bile duct with some frequency, and can be present for years before causing biliary obstruction.
- The most common bacterial pathogens are enterobacteria (68%), enterococci (14%), bacteroides (10%), and *Clostridium* species (7%).

### Risk Factors

- Choledocholithiasis
- Instrumentation of the biliary tract

## DIAGNOSIS

### Clinical Presentation

- Patients may present with fever (90–95%), abdominal pain (90%), and/or jaundice (80%).
- Approximately 40% of patients present with all three of the above components (Charcot triad: pain, jaundice, and fever). Charcot triad has 36% sensitivity and 93% specificity[21] for the diagnosis of cholangitis.
- If suppurative cholangitis develops, patients will additionally present with mental status changes and hypotension (Reynolds pentad). Although Reynolds pentad has a low sensitivity (<10%) for acute cholangitis.[21]

### Diagnostic Testing

This diagnosis must be made quickly, as patients with cholangitis are at a high risk of developing severe sepsis.

#### Laboratory Testing

- Most patients will have leukocytosis with a neutrophil predominance.
- Most patients will have a cholestatic pattern to their liver function tests with elevated alkaline phosphatase and bilirubin above >2 mg/dL.
- High aminotransferases to levels around or higher than 2000 IU/L can be seen, especially with acute hepatic necrosis and microabscess formation in the liver.
- Blood cultures are frequently positive if gram-negative bacteria are the cause of the infection, especially in cases of suppurative cholangitis (50–70%).
- Patients who have had recent biliary surgery, biliary instrumentation or stents are more likely to harbor *Enterococcus* or hospital-acquired organisms such as *Pseudomonas* species, methicillin-resistant *Staphylococcus aureus* or vancomycin-resistant *Enterococcus*.

#### Imaging

- All patients with Charcot triad and abnormal liver test should proceed directly to ERCP to both confirm the diagnosis and to provide biliary drainage.

- Patients with indeterminate findings for cholangitis should undergo TUS or abdominal CT to evaluate for ductal dilatation or common bile duct stones.
- A negative study finding, however, does not rule out cholangitis, because the common duct may not be dilated early in the course of disease and common duct stones may be missed.

#### Diagnostic Procedures

- ERCP should be performed urgently in suspected cases of cholangitis, especially if the patient is clinically deteriorating.[22]
- If ERCP is unsuccessful or cannot be performed, percutaneous transhepatic cholangiography (PTC) or surgical decompression should be pursued.
- Both of these procedures have higher morbidity and mortality rates than ERCP.

## TREATMENT

- Broad-spectrum antibiotics and aggressive fluid resuscitation should be immediately started if cholangitis is suspected.
  - Typically, ureidopenicillins, carbapenems, or the combination of third/fourth-generation cephalosporins + metronidazole are the empiric antibiotics of choice.
  - If the patient is penicillin allergic, metronidazole with either aztreonam or ciprofloxacin can be used.
  - Eighty percent of patients will have an initial response to antibiotics and supportive therapy.
  - Antibiotics are typically given for a total of 7–14 days.
- ERCP allows for drainage of the biliary tree and may resolve biliary obstruction from choledocholithiasis. In the event that the obstruction is insurmountable, either due to a large stone or a neoplasm, a stent can be placed to maintain bile flow.
- **Mirizzi syndrome**
  - A stone impacted in the cystic duct or neck of the gallbladder that causes external compression of the common bile duct. Typically presents with pain and jaundice.
  - Surgery is the mainstay of therapy.
- **Gallstone pancreatitis** is discussed in detail in Chapter 23.
- **Porcelain gallbladder**
  - Characterized by calcification of the gallbladder due to chronic inflammation of the gallbladder secondary to gallstones.
  - Carries a 2–3% risk of adenocarcinoma of gallbladder.[23]
  - Patients with porcelain gallbladder should be referred for prophylactic cholecystectomy.
- **Gallstone ileus**
  - Consists of mechanical intestinal obstruction resulting from the passage of a large gallstone (typically 25 mm or larger) into the bowel lumen.[24]
  - The process starts with a gallstone eroding through the gallbladder wall into the small intestine. The stone can then cause obstruction, usually at the terminal ileum. Patients typically present with acute partial small bowel obstruction.
  - Rarely, the stone can become impacted within the pyloric channel or duodenum, causing gastric outlet obstruction (Bouveret syndrome).
  - Gallstone ileus is responsible for 0.1–4% of all cases of intestinal obstruction and develops in 0.3–3% of all cholelithiasis patients. It is associated with high mortality (6.7–18%). It is seen more commonly in the elderly (eighth decade) and in women.[24]
  - The diagnosis is suggested by air in the biliary tree with dilated loops of bowel and air fluid levels on an x-ray study, with or without an ectopic gallbladder.

Abdominal ultrasonography is useful in detecting biliary stones, and barium upper gastrointestinal series may be needed to detect a duodenal-biliary fistula.

Treatment is surgical enterotomy with removal of the stones. In addition, cholecystectomy with surgical closure of the duodenal fistula may be performed. However, this procedure is associated with high morbidity and mortality and should be pursued only in patients in excellent general health.

- **Hemobilia**

  This manifestation can range from a microscopic bleed due to stone-induced biliary mucosal injury to major bleed due to gallstone-induced pseudoaneurysm.

  10% of major hemobilia cases are secondary to gallstone disease. These cases are treated with angiography using selective embolization.[25]

## Acalculous Biliary Disease

### ACUTE ACALCULOUS CHOLECYSTITIS

- An acute inflammatory disease of the gallbladder not associated with gallstones but associated with biliary stasis due to impaired gallbladder motility from ischemia. This condition is usually encountered in the setting of other significant comorbid illnesses.
- Acute acalculous cholecystitis should be excluded in critically ill patients who develop sepsis of unclear origin.
- Complications can occur rapidly in these patients. Therefore, early antibiotics followed by cholecystectomy or cholecystostomy tube placement is paramount.

### SPHINCTER OF ODDI DYSFUNCTION (SOD)

- A benign and acalculous obstructive disorder that occurs at the level of the sphincter of Oddi.
- Classification of biliary SOD has recently changed based in Rome IV criteria to two types instead of three.
- Sphincter of Oddi stenosis (formally type I biliary SOD) is defined as biliary type pain, abnormal liver test, and biliary duct dilation. This is typically treated with endoscopic biliary sphincterotomy.
- Functional biliary sphincter of Oddi disorder (formally type II biliary SOD) is defined as biliary type pain and abnormal liver test or biliary duct dilation. This is also treated with endoscopic biliary sphincterotomy.
- The previously named type III SOD is no longer recognized as a clinical entity and should not be treated with biliary sphincterotomy.

### GALLBLADDER POLYPS

- Occur in 1–10% of the general population.
- Most (>95%) of these polyps are benign and non-neoplastic. Cholesterol polyps are the most common type, followed by inflammatory polyps and gallbladder adenomyomas.
- Patients with gallbladder polyps larger than 10 mm or patient with any size gallbladder polyp and gallstones or primary sclerosing cholangitis (PSC) should undergo cholecystectomy given the high risk for gallbladder malignancy.[26]
- Patients with gallbladder polyps less than 10 mm in size need TUS assessment every 6–12 months to exclude rapid growth. If the polyp remains stable in size after 2 years, no further follow-up is recommended.[26]

## BILIARY CYSTS

- Choledochal cysts are congenital anomalies of the biliary tract. They are more common in females and Asia. The majority of cases are diagnosed before age 30.
- Symptoms vary from abdominal pain, intermittent jaundice, abdominal masses, and recurrent cholangitis. Complications include recurrent cholangitis, cyst rapture, acute pancreatitis, and malignancy.
- Some biliary cysts are a result of pancreaticobiliary maljunction. These patients are at an increased risk for gallbladder adenocarcinoma and should have a cholecystectomy.
- Biliary cysts are classified based on anatomical features and are all treated surgically except for type III choledochal cysts which can be treated endoscopically.

## BENIGN BILIARY STRICTURES

- These can result from multiple etiologies: postsurgical, chronic pancreatitis, infection, HIV cholangiopathy, ischemia, autoimmune cholangiopathy, or PSC.
- Chronic pancreatitis–induced biliary strictures have a variable presentation ranging from incidental to abdominal pain, overt jaundice, and cholangitis. Patients with persistent symptoms and CBD >12 mm or alkaline phosphatase >3 times normal should be considered for therapy. Endoscopic therapy with remediation of the stricture (dilation and serial stenting) can be attempted, although several treatment sessions are often required and long-term success is suboptimal (10–40%) especially in patient with calcific chronic pancreatitis. Recent reports describe improved results with the use of fully covered metal stents left in place for 6–12 months. Surgical management should be considered in operative candidates.
- Postcholecystectomy biliary strictures can be a result of an injury to the right hepatic duct during cholecystectomy and typically present years later with segmental cholangitis and right hepatic atrophy. This is treated surgically. Postcholecystectomy biliary strictures can also be a result of injuries to the CHD or CBD. Patients with this type of injury present with pain, abnormal liver function tests, and biliary dilation. These patients can be treated with biliary stenting.
- Postliver transplant strictures commonly occur at the ductal anastomosis and have a favorable response to multiple sessions of biliary stenting, especially if treated within 6 months of liver transplantation. Nonanastomotic strictures usually present with multiple intra- and extrahepatic strictures and usually due to hepatic artery thrombosis. Nonanastomotic strictures are difficult to treat and less responsive to stenting. As such, many patients with diffuse strictures may require retransplantation.
- HIV cholangiopathy is an infectious phenomenon (commonly from *Cryptosporidium parvum*) that occurs when the CD4 count is less than 100/µL. Patients usually present with abdominal pain and diarrhea. Imaging findings are consistent with sclerosing cholangitis with papillary stenosis. Treatment is primarily endoscopic, although the approach varies with the anatomic abnormality identified.
- IgG4 cholangiopathy is the biliary manifestation of IgG4-related system disease and associated with autoimmune pancreatitis. It is characterized by increased serum levels of IgG4 and intra- and extrahepatic biliary strictures. Multifocal infiltrate of IgG4-containing lymphoplasmacytic infiltrates are seen in the liver and bile ducts. Patients typically have good response to steroids.

## MALIGNANT BILIARY STRICTURES

- Malignant biliary strictures are secondary to ampullary cancer, pancreatic cancer, cholangiocarcinoma, lymphoma, gallbladder cancer, metastatic disease, and external compression from large lymph nodes.

- Cross-sectional imaging followed by EUS for tissue sampling is typical for most of these malignancies.
- Treatment of malignant biliary obstruction often requires a multidisciplinary approach including oncology, surgery, and gastroenterology.

## Primary Sclerosing Cholangitis (PSC)

### GENERAL PRINCIPLES

#### Definition

- PSC consists of inflammation and fibrosis of the intra- and extrahepatic bile ducts secondary to an autoimmune or idiopathic mechanism.[27] The disease, as discussed here, is from a biliary perspective. Please see Chapter 19 for further details on PSC.
- PSC is insidious in onset. It typically presents with fatigue, jaundice, and cholestasis. It progresses irreversibly to end-stage liver disease (ESLD).[28]

#### Epidemiology

- Seventy-five percent of patients are male.
- The average age at diagnosis is 40 years, although the disease can often be diagnosed in childhood.

#### Etiology

- The etiology of PSC is unknown.
- Animal and *in vitro* models have identified infections, autoimmunity, cytokines, and bile acid transporter or ion channel abnormalities as underlying causes for PSC.

#### Pathophysiology

- Both intra- and extrahepatic bile ducts can become strictured.
- The disease process is usually diffuse, with obliterative fibrosis distributed throughout the biliary system.
- Tight strictures predispose the patient to intermittent obstruction of biliary flow with subsequent bacterial cholangitis.

#### Risk Factors

- Up to 70% of PSC occurs in the setting of inflammatory bowel disease (IBD), with ulcerative colitis accounting for 90% of those cases.[29]
- No relationship exists between the duration and severity of IBD and the development of PSC.
- Although colectomy is curative for colonic disease in ulcerative colitis, it does not eliminate the risk of PSC.

#### Associated Conditions

- Metabolic bone disease, most commonly osteoporosis, occurs frequently in PSC.
- Patients with PSC have a 10–30% chance of developing cholangiocarcinoma, which is often difficult to diagnose in the setting of PSC.
- Despite knowing that patients with PSC are at high risk for cholangiocarcinoma, no effective screening method has been identified.
- Patients with PSC with concomitant IBD have an increased risk of colon cancer, this risk is increased three- to fivefold in patients with PSC and IBD as compared with those with IBD alone.[30]

### DIAGNOSIS

#### Clinical Presentation

- The onset of disease is often insidious, with the gradual onset of fatigue, pruritus, and jaundice.
- Pruritus can be particularly severe in PSC and difficult to manage.
- The exact mechanism remains unknown but may involve the accumulation of pruritogenic substances secondary to decreased bile excretion or increased opioidergic tone.
- If advanced liver disease has developed, patients can present with variceal bleeding, encephalopathy, or ascites.
- Steatorrhea and malabsorption of fat-soluble vitamins may develop late in disease because of decreased secretion of bile acids.

#### Diagnostic Testing

*Laboratory Testing*

- Approximately 25% of patients are diagnosed from abnormal laboratory tests before symptoms have developed.
- Most have significantly elevated alkaline phosphatase, γ-glutamyltransferase, and bilirubin.
- Transaminases are elevated to a lesser degree.
- In addition, many patients will have positive antinuclear antibodies and antineutrophil cytoplasmic antibodies (p-ANCA) levels, suggesting that PSC is immune mediated.
- Patients with IBD who present with elevated alkaline phosphatase levels should have an aggressive evaluation for PSC.

*Imaging*

- Definitive diagnosis is made by imaging of the biliary tree. MRCP is a noninvasive option with similar diagnostic accuracy and should be used instead of ERCP whenever possible.
- The classic finding is multifocal stricturing of the intra- and extrahepatic bile ducts with intervening normal or dilated segments. This is often described as a "string of beads" appearance.
- Secondary causes of strictures, including trauma, ischemia, tumors, IgG4-related disease, and certain infections (Cytomegalovirus, *Cryptosporidium*), need to be excluded.
- A minority of patients who do not have the classic cholangiographic findings demonstrate small duct cholangitis on liver biopsy.

### TREATMENT

- Various medical therapies, such as immunosuppressants, corticosteroids, and antibiotics, have not been proved successful in slowing progression of disease or improve survival, although ursodeoxycholic acid (15 mg/kg/day) improves biochemical abnormalities.
- Management is therefore primarily supportive until ESLD develops, at which point liver transplantation is offered.
- Referral for transplantation should be made when MELD exceeds 14. Although additional MELD points may be offered in specific clinical situation like intractable pruritus, those with cholangiocarcinoma <3 cm in size, and those with recurrent episodes of bacterial cholangitis.

- The survival rate 10 years after transplantation is 70%, although patients with PSC have a higher retransplantation rate than all other patients with ESLD caused by recurrent disease.
- Medications:

  Pruritus often respond to bile acid–binding resins, such as cholestyramine at a dose of 4 g PO BID to QID.[31]

  Antihistamines seem to have no effect on pruritus beyond possible sedation effects.[32] Nonpharmacologic therapies of pruritus that have shown a promise include photodynamic therapy and, in extreme cases, liver transplantation.

## COMPLICATIONS

- **Dominant stricture**

  Approximately 40–60% of patients develop a dominant stricture.

  If cholangiography demonstrates a dominant stricture in a patient with elevated liver function tests, treatment via balloon dilatation is often successful. Stent placement can be performed, although a long-term endoscopic stenting to prevent recurrent stricture formation is not supported by controlled data.

  It can be difficult to differentiate a dominant stricture from cholangiocarcinoma.

  Tumor markers, such as carbohydrate antigen 19-9 (CA 19-9), carcinoembryonic antigen, and cytologic brushings or forceps biopsies with fluorescence in situ hybridization (FISH) may be of some value in identifying patients with cholangiocarcinoma. Although the sensitivity of these tests are modest.

  Cholangioscopy allows direct visualization of the bile duct during ERCP and affords the ability to directly sample the stricture, potentially improving the detection of early cholangiocarcinoma.

- **Bacterial cholangitis**

  Bacterial cholangitis is more frequent in patients who have had manipulation of the biliary tract or have developed a dominant stricture.

  Patients typically present with fever and worsening jaundice, and they often have recurrent episodes.

  After empiric antibiotics are started, treatment is directed at relieving the obstruction, usually endoscopically.

  ERCP allows dilation of large strictures, biliary decompression, and removal of stones. Prospective studies have not shown any benefit in placing endoprostheses across PSC strictures.

  Long-term prophylactic antibiotics have not been shown to have any benefit in preventing cholangitis.

## OUTCOME/PROGNOSIS

PSC follows a slowly progressive course, with a median survival of 10 years from diagnosis.

## Neoplastic Biliary Disease

Most neoplastic biliary diseases are asymptomatic early in the disease course. Symptoms are vague and may include prolonged abdominal pain, which may be difficult to differentiate from biliary pain, or acute cholecystitis. Other common symptoms include nausea, vomiting, weight loss, and jaundice. These vague symptoms make early diagnosis of these malignancies extremely difficult. Tumor markers such as carcinoembryonic antigen and CA 19-9 can be elevated, as are liver function tests. Cross-sectional imaging, either CT or MRI, remains the best ways to identify these neoplastic processes.

## Gallbladder Carcinoma

### GENERAL PRINCIPLES

#### Definition

This consists of neoplasia involving the gallbladder, typically adenocarcinoma.

#### Epidemiology

- Gallbladder cancer is the most common biliary tract malignancy.[33]
- It is predominantly seen in elderly women. It is the most common gastrointestinal malignancy in Native Americans.
- Up to 80% of patients have a history of gallstones.
- Approximately 90% of patients are diagnosed after the neoplasm has spread beyond the gallbladder.
- Patients who have a calcified or "porcelain" gallbladder are at high risk of gallbladder cancer and should undergo cholecystectomy even if asymptomatic.
- Other risk factor also includes gallstones >3 cm, adenomatous gallbladder polyps >1 cm, abnormal pancreaticobiliary junction, segmental adenomyomatosis, chronic *Salmonella typhi* carriers, PSC, and xanthogranulomatous cholecystitis.[34]

### DIAGNOSIS

- Imaging

  Ultrasonography often detects masses within the gallbladder lumen or irregular gallbladder wall thickening. A normal ultrasound does not rule out gallbladder cancer, however.

  CT demonstrates masses and gallbladder thickening and provides additional evidence for extent of disease.

- Diagnostic procedures

  Fine-needle aspiration during EUS has also been used to evaluate peripancreatic and periportal lymphadenopathy in patients with gallbladder cancer.[35]

  ERCP or PTC is indicated in patients with evidence of biliary obstruction.

  Histologic diagnosis for tumors that appear unresectable can be accomplished with percutaneous biopsy or ERCP.

### TREATMENT

- Most patients present with advanced unresectable disease.
- The overall 5-year survival rate is <5%, and patients with advanced cancer have a median survival of only 45–127 days.

#### Surgical Management

- Patients stage I–III cancer may be surgically resectable.
- Depending on the extent of diseases spread, surgery may require a cholecystectomy or an extensive resection.

#### Palliative Management

- Patients with unresectable disease may be given chemotherapy with agents such as 5-fluorouracil, Adriamycin, gemcitabine, and nitrosoureas, but results are not encouraging.
- Most patients with unresectable disease will require palliative treatments such as endoscopic stent placement or percutaneous biliary drainage.

## Cholangiocarcinoma

### GENERAL PRINCIPLES

#### Definition

Neoplasia developing within the bile ducts.

#### Epidemiology

- The reported incidence of cholangiocarcinoma in the United States is 2 cases per 100,000 population. This malignancy is increasing in incidence.
- Cholangiocarcinoma is classified by anatomical location: intrahepatic cholangiocarcinoma (10%), hilar cholangiocarcinoma (60%), and distal extrahepatic bile duct cancers (30%).[36]
- The increase in incidence is mainly seen in intrahepatic cholangiocarcinoma.[37,38]

#### Etiology

Unknown.

#### Pathophysiology

Chronic biliary inflammation is thought to contribute to cancer formation.

#### Associated Conditions

- The strongest association is with PSC.
- Also seen with chronic liver disease, ulcerative colitis, parasitic biliary disease, choledochal cysts, pancreaticobiliary maljunction, viral hepatitis (HBV and HCV), toxic exposures, and smoking.

### DIAGNOSIS

#### Clinical Presentation

- Patients typically present with anorexia, weight loss, acholic stool, abdominal pain, pruritus, and jaundice when the tumor causes significant obstruction.
- Some bile duct tumors spread diffusely throughout the liver, making it difficult to distinguish from PSC.
- Most tumors are locally invasive and do not metastasize.
- Prognosis is grim, with rare patient survival of >1 year.

#### Diagnostic Testing

*Laboratory Testing*
- Most patients have elevated alkaline phosphatase and bilirubin levels.
- Aminotransferases may be moderately increased.
- Elevated CA 19-9 levels have a wide variation in sensitivity (50–90%) and specificity (50–90%) as tumor marker in cholangiocarcinoma.
- CA 19-9 has been used to help in the diagnosis of cholangiocarcinoma, follow treatment effect, assess recurrence of disease, and for cholangiocarcinoma surveillance in PSC patients. This marker can also be also elevated in benign biliary disease such as cholangitis and benign biliary obstruction, although CA 19-9 concentrations >1000 unit/mL are typically consistent with advanced metastatic disease.

*Imaging*
- Ultrasonography and abdominal CT scan are useful in identifying intrahepatic or extrahepatic ductal dilation, but the primary tumors are often difficult to visualize.

- Magnetic resonance imaging (MRI) or MRCP may be more sensitive in identifying the primary tumor.

*Diagnostic Procedures*
- ERCP or PTC provides direct imaging of the biliary system and can define the extent of tumor spread.
- During ERCP, a tissue diagnosis can be made using cytology brushes or cholangioscopic biopsies.
- Biopsies obtained through percutaneous or transluminal means are not recommended because of the danger of tumor seeding and are relative contraindication for liver transplantation in some institutes.
- Regional lymph node sampling can be performed via EUS in early-stage disease to evaluate for surgical resectability or liver transplantation.
- The histologic diagnosis of cholangiocarcinoma may be challenging, because many tumors are well differentiated and occur in the setting of PSC.

### TREATMENT

- Surgical resection or liver transplantation represents the only options for long-term survival.
- Chemotherapy and radiation therapy are uniformly ineffective in prolonging survival.

#### Surgical Management

- Distal extrahepatic and intrahepatic tumors are more likely to be resectable than proximal extrahepatic tumors.
- A high recurrence rate is seen after resection. Adjuvant chemoradiation has not been shown to improve survival.
- Liver transplantation combined with neoadjuvant chemoradiation has led to increased survival rates in patients with locally unresectable cancer with otherwise normal hepatic and biliary function and patients with a history of PSC.

#### Palliative Management

- Patients with unresectable tumors are usually offered ERCP with stent placement versus percutaneous biliary drainage.
- Recent preliminary reports of other palliative treatments (e.g., photodynamic therapy) have been encouraging, but more studies are needed before this treatment becomes widely adopted.

### OUTCOME/PROGNOSIS

- Median survival for resectable tumors is 3 years, but falls to 1 year if the tumor is unresectable.
- Death usually results from recurrent biliary sepsis or liver abscess formation.

## Ampullary Carcinoma

### GENERAL PRINCIPLES

#### Definition

This consists of neoplasia developing within the ampulla of Vater.

## Epidemiology

- Reported incidence in United States is six cases per million population and it is increasing.[39]
- The incidence is dramatically increased with hereditary polyposis syndromes, such as familial adenomatous polyposis (FAP) and hereditary nonpolyposis colorectal cancer (HNPCC), compared with the general population.

## DIAGNOSIS

### Clinical Presentation

Patients usually present with jaundice. Other manifestations include pruritus, abdominal pain, bleeding, and acholic stools. Cholangitis or pancreatitis from malignant obstruction are uncommon.

### Diagnostic Testing

- Liver function test usually show a cholestatic pattern.
- Imaging studies with CT typically reveal intra- and extrahepatic bile duct dilatation as well as pancreatic ductal dilatation.
- ERCP is the singlemost useful endoscopic study for diagnostic confirmation with direct visualization of the ampulla and ability to biopsy, as well as decompress the biliary tract.
- EUS is helpful for the preoperative staging of these patients.

## TREATMENT

- Ampullary adenomas and early carcinomas may be amenable to endoscopic or local surgical resection (ampullectomy).
- Patients with invasive carcinoma should be referred to surgery.
- Patients who have unresectable tumors are usually offered ERCP with stent placement for palliative decompression.

## OUTCOME/PROGNOSIS

- Five-year overall survival based on stages range from 0% in advanced disease to 84% in early-stage disease.
- The outcome of resected tumors depends upon the extent of local invasion, surgical margins, and the presence or absence of nodal metastases. The five-year survival rates can range from 60–80% in patients without nodal involvement to 20–50% in patients with nodal involvement.[40]

## REFERENCES

1. Diehl AK. Epidemiology and natural history of gallstone disease. *Gastroenterol Clin North Am.* 1991;20(1):1–19.
2. Stinton LM, Myers RP, Shaffer EA. Epidemiology of gallstones. *Gastroenterol Clin North Am.* 2010;39(2):157–169, vii.
3. Sakorafas GH, Milingos D, Peros G. Asymptomatic cholelithiasis: is cholecystectomy really needed? A critical reappraisal 15 years after the introduction of laparoscopic cholecystectomy. *Dig Dis Sci.* 2007;52(5):1313–1325.
4. Stinton LM, Shaffer EA. Epidemiology of gallbladder disease: cholelithiasis and cancer. *Gut Liver.* 2012;6(2):172–187.
5. Festi D, Reggiani ML, Attili AF, et al. Natural history of gallstone disease: expectant management or active treatment? Results from a population-based cohort study. *J Gastroenterol Hepatol.* 2010;25(4):719–724.
6. Bortoff GA, Chen MY, Ott DJ, et al. Gallbladder stones: imaging and intervention. *Radiographics.* 2000;20(3):751–766.
7. Gurusamy KS, Giljaca V, Takwoingi Y, et al. Ultrasound versus liver function tests for diagnosis of common bile duct stones. *Cochrane Database Syst Rev.* 2015;(2):CD011548.
8. Hungness ES, Soper NJ. Management of common bile duct stones. *J Gastrointest Surg.* 2006;10(4):612–619.
9. Fogel EL, McHenry L, Sherman S, et al. Therapeutic biliary endoscopy. *Endoscopy.* 2005;37(2):139–145.
10. ASGE Standards of Practice Committee: Maple JT, Ben-Menachem T, Anderson MA, et al. The role of endoscopy in the evaluation of suspected choledocholithiasis. *Gastrointest Endosc.* 2010;71(1):1–9.
11. Verma D, Kapadia A, Eisen GM, et al. EUS vs MRCP for detection of choledocholithiasis. *Gastrointest Endosc.* 2006;64(2):248–254.
12. Boerma D, Rauws EA, Keulemans YC, et al. Wait-and-see policy or laparoscopic cholecystectomy after endoscopic sphincterotomy for bile-duct stones: a randomised trial. *Lancet.* 2002;360(9335):761–765.
13. Tytgat GN. Hyoscine butylbromide—a review on its parenteral use in acute abdominal spasm and as an aid in abdominal diagnostic and therapeutic procedures. *Curr Med Res Opin.* 2008;24(11):3159–3173.
14. Petroni ML, Jazrawi RP, Pazzi P, et al. Risk factors for the development of gallstone recurrence following medical dissolution. The British-Italian Gallstone Study Group. *Eur J Gastroenterol Hepatol.* 2000;12(6):695–700.
15. Strasberg SM. Clinical practice. Acute calculous cholecystitis. *N Engl J Med.* 2008;358(26):2804–2811.
16. Strasberg SM, Hertl M, Soper NJ. An analysis of the problem of biliary injury during laparoscopic cholecystectomy. *J Am Coll Surg.* 1995;180(1):101–125.
17. Wilson E, Gurusamy K, Gluud C, et al. Cost-utility and value-of-information analysis of early versus delayed laparoscopic cholecystectomy for acute cholecystitis. *Br J Surg.* 2010;97(2):210–219.
18. Gurusamy K, Samraj K, Gluud C, et al. Meta-analysis of randomized controlled trials on the safety and effectiveness of early versus delayed laparoscopic cholecystectomy for acute cholecystitis. *Br J Surg.* 2010;97(2):141–150.
19. Baron TH, Grimm IS, Swanstrom LL. Interventional approaches to gallbladder disease. *N Engl J Med.* 2015;373(4):357–365.
20. Qureshi WA. Approach to the patient who has suspected acute bacterial cholangitis. *Gastroenterol Clin North Am.* 2006;35(2):409–423.
21. Rumsey S, Winders J, MacCormick AD. Diagnostic accuracy of Charcot's triad: a systematic review. *ANZ J Surg.* 2017;87(4):232–238.
22. Lai EC, Mok FP, Tan ES, et al. Endoscopic biliary drainage for severe acute cholangitis. *N Engl J Med.* 1992;326(24):1582–1586.
23. Khan ZS, Livingston EH, Huerta S. Reassessing the need for prophylactic surgery in patients with porcelain gallbladder: case series and systematic review of the literature. *Arch Surg.* 2011;146(10):1143–1147.
24. Halabi WJ, Kang CY, Ketana N, et al. Surgery for gallstone ileus: a nationwide comparison of trends and outcomes. *Ann Surg.* 2014;259(2):329–335.
25. Luu MB, Deziel DJ. Unusual complications of gallstones. *Surg Clin North Am.* 2014;94(2):377–394.
26. American Society for Gastrointestinal Endoscopy Standards of Practice Committee: Anderson MA, Appalaneni V, Ben-Menachem T, et al. The role of endoscopy in the evaluation and treatment of patients with biliary neoplasia. *Gastrointest Endosc.* 2013;77(2):167–174.
27. LaRusso NF, Shneider BL, Black D, et al. Primary sclerosing cholangitis: summary of a workshop. *Hepatology.* 2006;44(3):746–764.
28. Lee YM, Kaplan MM. Primary sclerosing cholangitis. *N Engl J Med.* 1995;332(14):924–933.
29. Chapman R, Fevery J, Kalloo A, et al. Diagnosis and management of primary sclerosing cholangitis. *Hepatology.* 2010;51(2):660–678.
30. Zheng HH, Jiang XL. Increased risk of colorectal neoplasia in patients with primary sclerosing cholangitis and inflammatory bowel disease: a meta-analysis of 16 observational studies. *Eur J Gastroenterol Hepatol.* 2016;28(4):383–390.

31. Mela M, Mancuso A, Burroughs AK. Review article: pruritus in cholestatic and other liver diseases. *Aliment Pharmacol Ther*. 2003;17(7):857–870.
32. Holtmeier J, Leuschner U. Medical treatment of primary biliary cirrhosis and primary sclerosing cholangitis. *Digestion*. 2001;64(3):137–150.
33. Jones RS. Carcinoma of the gallbladder. *Surg Clin North Am*. 1990;70(6):1419–1428.
34. Cariati A, Piromalli E, Cetta F. Gallbladder cancers: associated conditions, histological types, prognosis, and prevention. *Eur J Gastroenterol Hepatol*. 2014;26(5):562–569.
35. Chang KJ. State of the art lecture: endoscopic ultrasound (EUS) and FNA in pancreatico-biliary tumors. *Endoscopy*. 2006;38(Suppl 1):S56–S60.
36. Rizvi S, Gores GJ. Pathogenesis, diagnosis, and management of cholangiocarcinoma. *Gastroenterology*. 2013;145(6):1215–1229.
37. Shaib YH, Davila JA, McGlynn K, et al. Rising incidence of intrahepatic cholangiocarcinoma in the United States: a true increase? *J Hepatol*. 2004;40(3):472–477.
38. Khan SA, Thomas HC, Davidson BR, et al. Cholangiocarcinoma. *Lancet*. 2005;366(9493):1303–1314.
39. Castro FA, Koshiol J, Hsing AW, et al. Biliary tract cancer incidence in the United States—demographic and temporal variations by anatomic site. *Int J Cancer*. 2013;133(7):1664–1671.
40. Beger HG, Treitschke F, Gansauge F, et al. Tumor of the ampulla of Vater: experience with local or radical resection in 171 consecutively treated patients. *Arch Surg*. 1999;134(5):526–532.

# Genetic Testing in Gastrointestinal Disease

## Motaz H. Ashkar and Elizabeth J. Blaney

## Introduction

- About 5–10% of cancers are linked to a hereditary cancer predisposition syndrome.[1]
- The diagnosis of a hereditary cancer syndrome guides the index patient surveillance and management strategy, as well as risk assessment and screening intervals for immediate and extended family members.[1]
- A familial form of cancer is suspected in the following setting:
  Early age of diagnosis
  Synchronous or metachronous tumors
  Multiple primary tumor types
  Family history of the same cancer type in one or more first-degree relatives
  High rate of cancer occurrence in a family
  Associated congenital anomalies or known phenotypic syndromes
- Many gastrointestinal diseases have known causative mutations and testing is available for clinical use (Table 25-1).
- In addition to determining risk for heritable diseases, genetic testing is also used to determine polymorphisms that can guide pharmacotherapy.
- Genetic counseling should be offered to all patients before testing due to potential psychological impact and possibility of insurance or employment discrimination in the event of a positive test result.

## Lynch Syndrome

### GENERAL PRINCIPLES

- Lynch syndrome is also known as **hereditary nonpolyposis colorectal cancer** (HNPCC). This is an autosomal dominant (AD) condition, representing the most common cause of inherited colorectal cancer (CRC) syndromes and accounts for 3% of all CRC.[2]
- Lynch syndrome is the result of germline mutation in DNA **mismatch repair** (MMR) genes causing changes in tumor DNA nucleotide length (termed microsatellites instability [MSI]) and subsequently, loss of expression in *MLH1, MSH2, MSH6*, and *PMS2* proteins.
- Deletion in the *EPCAM* gene causing loss of *MSH2* protein expression.
- Several regulatory genes for cell growth and cellular apoptosis are affected by *MMR* gene mutations and accumulation of MSI abnormalities, promoting cells vulnerability and the carcinogenesis process in HNPCC.
- Germline mutations of *MLH1* or *MSH2* account for 90% of Lynch syndrome cases.

### DIAGNOSIS

#### Clinical Presentation

- Colorectal cancer:
  The lifetime risk of CRC in Lynch syndrome patients reaches 70% by age 70 and it depends on the gender (males > females) and the (MMR) gene mutation (*MLH1* > *MSH2* > *MSH6*).