# EXHIBIT 84D



*Alimentary Pharmacology & Therapeutics*

WILEY



AP&T Alimentary Pharmacology & Therapeutics

## RESEARCH COMMUNICATION

# Some Risks of Gastrointestinal Adverse Events Associated With Glucagon-Like PEPTIDE-1 Receptor Agonists Are Likely Explained by BMI

Benjamin Douglas Liu[1] 🔵 | Donovan Veccia[2] | Yan Sun[1] | Gengqing Song[2]

[1]Department of Medicine, MetroHealth Medical Center, Case Western Reserve University, Cleveland, Ohio, USA | [2]Division of Gastroenterology and Hepatology, MetroHealth Medical Center, Case Western Reserve University, Cleveland, Ohio, USA

**Correspondence:** Gengqing Song (songgavin2010@gmail.com)

**Received:** 20 April 2025 | **Revised:** 25 April 2025 | **Accepted:** 30 April 2025

**Handling Editor:** Jason A Tye-Din

**Funding:** The authors received no specific funding for this work.

**Keywords:** biliary disease | bupropion-naltrexone | glucagon-like Peptide-1 receptor agonist | pancreatitis | weight loss

## ABSTRACT

We performed a re-analysis of the gastrointestinal risks of glucagon-like peptide-1 receptor agonists (GLP-1 RA) in obese US adult patients without diabetes using the TriNetX database (GLP-1 RA $n = 8792$; Bupropion-naltrexone $n = 8792$) after accounting for initial BMI. GLP-1 RA users had higher risks of gastroparesis (aHR 2.30; 95% CI 1.19–4.46) and biliary disease (aHR 1.27; 95% CI 0.96–1.39) but did not have a conclusively elevated risk of acute pancreatitis or obstruction. Not matching for BMI suggested an elevated pancreatitis risk (aHR 1.75; 95% CI 1.13–2.70). Semaglutide conferred superior weight loss but increased biliary risk.

## 1 | Introduction

Glucagon-like peptide-1 receptor agonists (GLP-1 RA) for weight loss are associated with increased risks of pancreatitis, gastroparesis and bowel obstruction but not biliary disease when compared to bupropion-naltrexone (BN) [1]. A key limitation has been an inability to adjust for baseline BMI. We sought to re-examine this association with a more stringent criterion accounting for initial BMI.

## 2 | Methods

### 2.1 | Database

We performed a retrospective cohort study using TriNetX, a de-identified global health database. At the time of the study, the USA Network had 58 participating healthcare organisations contributing 112,810,999 patients. Additional details are available in the Supporting Information Methods.

### 2.2 | Patient Selection

We identified American adults (2011–2023) with a BMI of ≥ 30 or a diagnostic code of obesity 90 days before or up to 30 days after cohort entry (Table S1). GLP-1 RA cohort entry was defined as the date of first use of semaglutide or liraglutide, with the active comparator being the date of first use of BN, with both cohorts being exclusive. We modified the previous methodology [1] by having BN users explicitly documented as taking Contrave or taking BN at the weight loss dosage ratio of 8 mg naltrexone / 90 mg bupropion. As another modification, patients could never have a diagnosis of type 2 diabetes or an $HbA_1c \geq 6.5\%$. As a sub-analysis, we analysed liraglutide and semaglutide separately compared to BN, limited to when

*[handwritten note:] ICD K56.6 → "other and unspecified intestinal obstruction"*

© 2025 John Wiley & Sons Ltd.

both medications were available on the market. Finally, as a sensitivity analysis, we followed the previous methodology of limiting the diabetes exclusion diagnoses to 90 days before or 30 days after and any BN[1].

### 2.3 | Descriptions, Matching and Outcomes

Propensity score matching (1:1) was based on similar methods [1], including demographics, history of alcohol use disorder, tobacco use, hyperlipidaemia and abdominal surgery (Table S1). Initial BMI was also matched between cohorts as a methodological modification. Sub-analyses also followed this matching. BMI was tracked on matched cohorts for over 24 months and reported as mean ± SD. The sensitivity analyses did not match the initial BMI, and differences were characterised. Kaplan–Meier and Cox-proportional hazards models were performed on matched cohorts. Patients were observed until the first occurrence of acute pancreatitis (K85), bowel obstruction (K56.6), gastroparesis (K31.84), or biliary disease (K81, K80.0–K80.4, K83.3), or censored on the last day of follow-up or death. Biliary disease was defined as bile duct stone, obstruction, biliary colic, or biliary fistula per the Medical Dictionary for Regulatory Activities

Version 22.0 [2]. Proportionality was tested using Schoenfeld residuals. Additional details about the statistical analyses are available in the Supporting Information Methods.

### 3 | Results

From a total of 112,810,999 eligible patients, 114,587 met criteria (105,793 for GLP-1 RA and 8794 for BN; Figure S1). Within the GLP-1 RA, 93,097 patients were exposed to semaglutide, 21,173 to liraglutide, of whom 8463 were exposed to both. Unmatched GLP-1 RA had an initial mean ± SD BMI of 37.9 ± 6 while BN had 36.9 ± 5.8 (Table S1). After propensity matching, there were 8792 patients in each cohort. The initial average BMI was 37 ± 5.9 (95% CI 36.87–37.13) for GLP-1 RA and 37.2 ± 5.8 (95% CI 37.08–37.32) for BN with overlapping 95% confidence intervals. Matched patients were predominantly female, white and not Hispanic/Latino; overall prevalence of hyperlipidaemia was 22% (Table S2). Matched GLP-1 RA experienced a statistically significant and dramatic reduction in BMI at 6 months ($-1.82 \pm 6.09 \text{ kg/m}^2$ vs. $-0.67 \pm 5.58 \text{ kg/m}^2$; $p < 0.0001$), which persisted at 12 and 24 months compared to BN (Figure S2).



**FIGURE 1** | Kaplan–Meier curves for buproprion-naltrexone (BN) as compared to liraglutide and semaglutide (GLP-1 RA) examining risk of acute pancreatitis, biliary events, bowel obstruction and gastroparesis. Biliary events = biliary disease based on the medical dictionary for regulatory activities version 22.0 including bile duct stone, bile duct obstruction, biliary colic and biliary fistula.

13652036, 2025, 1, .aded from https://onlinelibrary.wiley.com/doi/10.1111/apt.70190 by Portland State University, Wiley Online Library on [07/10/2025]. See the Term. .conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicab. .ve Commons License.

The mean follow-up duration was 412 days for the GLP-1 RA cohort and 1176 days for the BN cohort. A total of 18 patients in the GLP-1 RA and 40 in the BN developed acute pancreatitis at a rate of 1.814 per 1000 person-years and 1.413 per 1000 person-years. Kaplan–Meier analysis did not show any divergence (Figure 1) between the curves; this was confirmed by a log-rank $p$-value of 0.561 with an aHR of 1.19 (95% CI 0.66–2.14). Similarly, the incidence per 1000 person-years of bowel obstruction was 1.915 and 1.554 in the GLP-1 RA and BN cohorts, respectively, with an imprecise increase in risk (aHR 1.30; 95% CI 0.69–2.18); Kaplan–Meier log-rank $p$-value 0.483. However, there was a significantly elevated rate of gastroparesis at 1.915 per 1000 person-years in the GLP-1 RA cohort compared to 0.742 in the BN cohort, corresponding to an aHR of 2.30 (95% CI 1.19–4.46). Finally, 133 patients developed biliary disease in the GLP-1 RA and 9.5 in the BN cohorts at a rate of 13.4 and 9.4, respectively, per 1000 person-years; aHR 1.27 (95% CI 1.02–1.59). There were no violations of the proportionality assumption as confirmed by Schoenfeld residuals.

In the sub-analyses, semaglutide had a statistically significantly superior weight loss at 6, 12 and 24 months compared to liraglutide and BN (Figure S3). When examining biliary disease outcomes, there was an increased risk of biliary disease with 10.94 events per 1000 person-years in the semaglutide-only group and 8.26 events per 1000 person-years in the matched BN cohort (aHR 1.34; 95% CI 1.08–1.66). Liraglutide, however, had 9.13 biliary disease events per 1000 person-years compared to 8.19 in the matched BN cohort (aHR 1.10; 95% CI 0.95–1.29) (Figure 2). Both semaglutide (aHR 2.07; 95% CI 1.06–4.07) and liraglutide (aHR 1.74; 95% CI 1.08–2.80) had significantly increased risks of gastroparesis compared to the BN cohort. There continued to

be no increased risk of acute pancreatitis or bowel obstruction compared to the BN cohort for both semaglutide and liraglutide (Figure 2).

After not matching the initial BMI and liberalising the diabetic exclusion criteria, we observed an increase in the risk of acute pancreatitis, with semaglutide and liraglutide having rates of 2.04 per 1000 person-years, and BN having 1.25 events per 1000 person-years (aHR 1.75; 95% CI 1.13–2.70) (Table S4). Contrary to our more stringent analyses, we no longer observed an increase in the risk of biliary disease with only 10.76 events per 1000 person-years and 9.11 events per 1000 person-years for the GLP-1 RA and BN cohorts, respectively (aHR 1.16; 95% CI 0.96–1.39) (Table S4). Finally, when examining initial BMIs, there was a significant difference between GLP-1 RA and BN in this unmatched liberalised cohort ($39.2 \pm 7.5 \, kg/m^2$ vs. $38.4 \pm 7.1 \, kg/m^2$; $p < 0.001$, Std Diff. 0.107) which appeared to be driven by differences in the percentage of patients with a BMI $\geq 45 \, kg/m^2$ (Table S3).

## 4 | Discussion

We have re-examined the association between GLP-1 RAs and adverse gastrointestinal events with BMI matching and stringent inclusion and exclusion criteria [1]. Three key findings emerged. First, our matched cohort analyses did not conclusively observe an increased risk of acute pancreatitis or bowel obstruction. Second, we observed an increased risk of biliary disease, specifically with semaglutide. Third, we confirmed a higher risk of gastroparesis in patients taking GLP-1 RAs for obesity than in patients taking BN.



**FIGURE 2** | Kaplan–Meier curves for buproprion-naltrexone (BN) as separately compared to liraglutide only and semaglutide only examining risk of acute pancreatitis, biliary events, bowel obstruction and gastroparesis. Biliary events = biliary disease based on the medical dictionary for regulatory activities version 22.0 including bile duct stone, bile duct obstruction, biliary colic and biliary fistula.

13652036, 2025, 1, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/apt.70190 by Portland State University, Wiley Online Library on [07/10/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

Our data suggest that initial BMI substantially influences the risk of these outcomes. This is best illustrated when the acute pancreatitis signal emerged, and the biliary disease signal diminished when we did not perform BMI matching and loosened our exclusion criteria. These findings are in line with prior research that indicates that BMI is an important risk factor for pancreatitis and biliary disease. Furthermore, our findings align with previous systematic reviews that show that there is not an increased risk of acute pancreatitis [3, 4], and there is an increased risk of gallbladder and biliary disease in patients taking GLP-1 RAs [5].

Despite these results, our findings should be interpreted within the limitations of an aggregate healthcare database. First, while we employed propensity score matching for multiple covariates, there are still unmeasured confounders, such as medication compliance, use of other over-the-counter medications and GLP-1 RA medication dosages. Moreover, differences in follow-up duration meant that BN users could have inherently greater event detection rates, although our time-to-event analyses strategy aimed to mitigate this effect. Finally, the risk of missing, inaccurate, or nonsensical data cannot be fully eliminated in any large-scale electronic database, necessitating a cautious interpretation of our findings.

In conclusion, our findings highlight that accounting for initial BMI provides a different picture of the gastrointestinal risks of GLP-1 RAs. While GLP-1 RAs continue to have an elevated risk of gastroparesis, they do not appear to be associated with acute pancreatitis or bowel obstruction, but are associated with increased risks of biliary disease. By clarifying these risk profiles, we hope to aid clinicians and patients in balancing the substantial obesity-related benefits of GLP-1 RAs against potential gastrointestinal adverse effects.

---

## Author Contributions

**Benjamin Douglas Liu:** conceptualization, investigation, methodology, writing – review and editing, writing – original draft, visualization. **Donovan Veccia:** visualization, writing – review and editing. **Yan Sun:** writing – review and editing. **Gengqing Song:** supervision, writing – original draft, conceptualization, writing – review and editing.

## Acknowledgements

The authors have nothing to report.

## Conflicts of Interest

The authors declare no conflicts of interest.

## Data Availability Statement

All raw output data from TriNetX are available by contacting the corresponding author.

## References

1. M. Sodhi, R. Rezaeianzadeh, A. Kezouh, and M. Etminan, "Risk of Gastrointestinal Adverse Events Associated With Glucagon-Like Peptide-1 Receptor Agonists for Weight Loss," *JAMA* 330, no. 18 (2023): 1795–1797, https://doi.org/10.1001/jama.2023.19574.

2. ICH, "Medical Dictionary for Regulatory Activities (MedDRA) Version 22.0," (2024), https://www.meddra.org.

3. M. Monami, I. Dicembrini, C. Nardini, I. Fiordelli, and E. Mannucci, "Glucagon-Like Peptide-1 Receptor Agonists and Pancreatitis: A Meta-Analysis of Randomized Clinical Trials," *Diabetes Research and Clinical Practice* 103, no. 2 (2014): 269–275, https://doi.org/10.1016/j.diabres.2014.01.010.

4. X. Zhang, M. Wang, X. Wang, et al., "Comparison of New Glucose-Lowering Drugs on the Risk of Pancreatitis in Type 2 Diabetes: A Network Meta-Analysis," *Endocrine Practice: Official Journal of the American College of Endocrinology and the American Association of Clinical Endocrinologists* 28, no. 3 (2022): 333–341, https://doi.org/10.1016/j.eprac.2021.12.007.

5. L. He, J. Wang, F. Ping, et al., "Association of Glucagon-Like Peptide-1 Receptor Agonist Use With Risk of Gallbladder and Biliary Diseases: A Systematic Review and Meta-Analysis of Randomized Clinical Trials," *JAMA Internal Medicine* 182, no. 5 (2022): 513–519, https://doi.org/10.1001/jamainternmed.2022.0338.

## Supporting Information

Additional supporting information can be found online in the Supporting Information section.

13652036, 2025, 1, ...oaded from https://onlinelibrary.wiley.com/doi/10.1111/apt.70190 by Portland State University, Wiley Online Library on [07/10/2025]. See the Terms ...conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Commons License.

**Supplemental Table 1:** Diagnostic, Procedure, and Medication Codes Used for Query, Propensity Matching, or Outcomes. *Contrave or 8mg/90mg. **ICD-10** = International Classification of Diseases Version 10, **CPT** = Current Procedural Terminology, **RxNorm** = US Normalized Drug Names. **TNX** = TriNetX Curated

| Search Terms | Associated Code |
| --- | --- |
| Obesity | **ICD-10** = E66.0, E66.1, E66.2, E66.8, E66.9, Z68.3, Z68.4. **TNX** = 9083 $\geq$ 30kg/m$^2$ |
| Bupropion-Naltrexone | **RxNorm** = 7243* + 42347* |
| Diabetes, Type 2 Mellitus | **ICD-10** = E11, **TNX** = 9037 $\geq$ 6.5% |
| Semaglutide | **RxNorm** = 1991302 |
| Liraglutide | **RxNorm** = 475968 |
| Abdominal Surgery | **CPT** = 1007214, 1007344, 1007422, 1007570, 1007578, 1007591, 1007695, 1007795, 1007845, 1007908, 1007952 |
| Tobacco Use | **ICD-10** = Z72.0 |
| Alcohol use Disorder | **ICD-10** = F10 |
| Hyperlipidemia | **ICD-10** = E78.5 |
| Pancreatitis | **ICD-10** = K85 |
| Bowel Obstruction | **ICD-10** = K56.6 |
| Gastroparesis | **ICD-10** = K31.84 |
| Biliary Disease | **ICD-10** = K81, K80.0 – K80.4, K83.3 |

Supplemental Table 2: Cohort Characteristics Before and After Propensity Score Matching

| Characteristic | Before Matching Cohort, No. (%) | | | After Matching Cohort, No. (%) | | |
|---|---|---|---|---|---|---|
| | GLP-1 RA | BN | Std Diff. | GLP-1 RA | BN | Std Diff. |
| Total No. | 105,793 | 8,794 | | 8,792 | 8,792 | |
| Age, mean (SD), y | 46.6 (13.2) | 46.0 (12.8) | 0.046 | 46.0 (12.8) | 46.0 (12.8) | 0.002 |
| Sex | | | | | | |
| Female | 78,174 (73.9) | 7,263 (82.6) | 0.212 | 7,253 (82.5) | 7,261 (82.6) | 0.002 |
| Male | 22,254 (21.0) | 1,298 (14.8) | 0.164 | 1,290 (14.7) | 1,298 (14.8) | 0.003 |
| Ethnicity | | | | | | |
| Hispanic/LatinX | 7,729 (7.3) | 636 (7.2) | 0.003 | 640 (7.3) | 636 (7.2) | 0.002 |
| Not Hispanic/LatinX | 70,999 (67.1) | 7,034 (80.0) | 0.295 | 7,056 (80.3) | 7,032 (80.0) | 0.007 |
| Unknown | 27,065 (25.6) | 1,124 (12.8) | 0.33 | 1,096 (12.5) | 1,124 (12.8) | 0.01 |
| Race | | | | | | |
| Asian | 1,641 (1.6) | 74 (0.8) | 0.065 | 79 (0.9) | 74 (0.8) | 0.006 |
| Black | 19,134 (18.1) | 995 (11.3) | 0.192 | 987 (11.2) | 995 (11.3) | 0.003 |
| White | 66,771 (63.1) | 6,725 (76.5) | 0.294 | 6,666 (75.8) | 6,723 (76.5) | 0.015 |
| Other | 3,252 (3.1) | 188 (2.1) | 0.059 | 179 (2.0) | 188 (2.1) | 0.007 |
| Unknown | 14,368 (13.6) | 789 (9.0) | 0.146 | 850 (9.7) | 789 (9.0) | 0.024 |
| Comorbidities | | | | | | |
| Hyperlipidemia | 23,008 (21.7) | 1,929 (21.9) | 0.005 | 1,928 (21.9) | 1,929 (21.9) | <0.001 |
| Nicotine Use | 2,813 (2.7) | 284 (3.2) | 0.034 | 259 (2.9) | 283 (3.2) | 0.016 |
| Alcohol use disorder (Tobacco) | 1,704 (1.6) | 180 (2.0) | 0.033 | 146 (1.7) | 179 (2.0) | 0.028 |
| Initial BMI mean (SD), kg/m2 | 37.9 (6.0) | 36.9 (5.8) | 0.179 | 37 (5.9) | 37.2 (5.8) | 0.048 |
| 30 - 35 kg/m2 | 42,318 (40.0) | 3,464 (39.4) | 0.0125 | 3,481 (39.6) | 3,463 (39.4) | 0.0038 |
| 35 - 40 kg/m2 | 41,143 (38.9) | 3,062 (34.8) | 0.0845 | 3,064 (34.9) | 3,061 (34.8) | 0.0006 |
| 40 - 45 kg/m2 | 27,930 (26.4) | 2,018 (22.9) | 0.0801 | 2,022 (23.0) | 2,017 (22.9) | 0.0014 |
| ≥45 kg/m2 | 19,519 (18.5) | 1,260 (14.3) | 0.1118 | 1,235 (14.0) | 1,260 (14.3) | 0.0076 |
| Major Abdominal Surgery | | | | | | |
| Esophageal Procedures | 8,687 (8.2) | 645 (7.3) | 0.033 | 591 (6.7) | 645 (7.3) | 0.024 |
| Stomach Procedures | 1,704 (1.6) | 174 (2.0) | 0.028 | 143 (1.6) | 174 (2.0) | 0.027 |
| Intestinal Procedures (Excl. Rectum) | 554 (0.5) | 47 (0.5) | 0.001 | 35 (0.4) | 47 (0.5) | 0.02 |
| Meckel's Diverticulum/Mesentery Procedures | 10 (<0.1) | 0 (0) | 0.014 | 0 (0) | 0 (0) | -- |
| Appendix Procedures | 520 (0.5) | 46 (0.5) | 0.004 | 30 (0.3) | 46 (0.5) | 0.028 |
| Colon and Rectum Procedures | 12,024 (11.4) | 902 (10.3) | 0.036 | 842 (9.6) | 902 (10.3) | 0.023 |
| Anus Procedures | 1,060 (1.0) | 102 (1.2) | 0.015 | 74 (0.8) | 102 (1.2) | 0.032 |
| Liver Procedures | 425 (0.4) | 28 (0.3) | 0.014 | 15 (0.2) | 28 (0.3) | 0.03 |
| Biliary Tract Procedures | 2,153 (2.0) | 225 (2.6) | 0.035 | 193 (2.2) | 225 (2.6) | 0.024 |
| Pancreas Procedures | 10 (<0.1) | 10 (0.1) | 0.042 | 10 (0.1) | 10 (0.1) | <0.001 |
| Abdomen/Peritoneum/Omentum Procedures | 1,787 (1.7) | 137 (1.6) | 0.01 | 114 (1.3) | 137 (1.6) | 0.022 |

**Supplemental Table 3:** Liberalized Cohort BMI Before and After Matching, Without Explicit BMI Matching and Without Strict Diabetes Exclusion Nor Strict Buproprion-Naltrexone Dosage Inclusion Criteria

| Characteristic | Before Matching | | | | After Matching | | |
|---|---|---|---|---|---|---|---|
| | Cohort, No. (%) | | | | Cohort, No. (%) | | |
| | GLP-1 RA | BN | Std Diff. | | GLP-1 RA | BN | Std Diff. |
| Initial Aggregate BMI mean (SD), kg/m2 | 39.1 (7.4) | 38.4 (7.1) | 0.094 | | 39.2 (7.5) | 38.4 (7.1) | 0.107 |
| 30 - 35 kg/m2 | 79,527 (40.8) | 5,208 (38.4) | 0.05 | | 5,693 (41.7) | 5,243 (38.4) | 0.068 |
| 35 - 40 kg/m2 | 79,721 (40.9) | 4,828 (35.6) | 0.109 | | 5,570 (40.8) | 4,860 (35.6) | 0.105 |
| 40 - 45 kg/m2 | 55,357 (28.4) | 3,277 (24.0) | 0.101 | | 3,836 (28.1) | 3,277 (24.0) | 0.094 |
| ≥45 kg/m2 | 39,179 (20.1) | 2,157 (15.8) | 0.114 | | 2,840 (20.8) | 2,157 (15.8) | 0.131 |

Supplemental Table 4: Adjusted and Unadjusted Hazard Ratios for Liraglutide and Semaglutide combined (GLP-1 RA) versus Bupropion-Naltrexone Examining Risk of Acute Pancreatitis, Biliary Events, Bowel Obstruction and Gastroparesis. Biliary Events = Biliary Disease Based on the Medical Dictionary for Regulatory Activities Version 22.0 Including Bile Duct Stone, Bile Duct Obstruction, Biliary Colic, and Biliary Fistula

| Outcome | Unadjusted Hazard Ratio HR (95% CI) | Schoenfeld Proportionality | Adjusted Hazard Ratio HR (95% CI) | Schoenfeld Proportionality |
|---|---|---|---|---|
| Acute Pancreatitis | 1.02 (0.79 – 1.32) | 0.93 | 1.19 (0.66 – 2.14) | 0.72 |
| Bowel Obstruction | 0.90 (0.70 – 1.15) | 0.92 | 1.23 (0.69 – 2.19) | 0.80 |
| Gastroparesis | 1.46 (1.04 – 2.03) | 0.40 | 2.3 (1.19 – 4.46) | 0.45 |
| Biliary Events | 1.02 (0.92 – 1.12) | 0.04 | 1.27 (1.02 – 1.59) | 0.29 |

**Supplemental Figure 1:** Patient Selection Flow Sheet.



**Supplemental Figure 2:** BMI Changes Overtime for Liraglutide and Semaglutide combined (GLP-1 RA) versus Bupropion-Naltrexone with 95% Confidence Intervals.



**Supplemental Figure 3:** BMI Lost for Liraglutide and Semaglutide individually compared to Bupropion-Naltrexone (BN).



**Supplemental Methods**

While allowing for patient-level analyses, TriNetX reports only population-level data to maintain patient privacy. Furthermore, TriNetX rounds all counts from one to ten to ten to maintain anonymity. Given the de-identified and aggregated nature of the data in the database at the standard defined in Section §164.514(a) of the HIPAA Privacy Rule, the Metrohealth Medical Center Institutional Review Board has deemed studies using the TriNetX database as exempt from requiring IRB approval. The results reported here follow the Strengthening the Reporting of Observational Studies in Epidemiology guidelines for cohort studies[1].

All statistical analyses were conducted on TriNetX or in R. Outcomes were described using means, standard deviations (SD), and proportions as appropriate. Independent t-tests were utilized to compare the means between two independent groups where appropriate. One-to-one propensity score matching for the study was performed within the TriNetX platform based on relevant covariates using greedy nearest neighbor algorithms with a caliper width of 0.1 pooled SDs. Characteristics with a standardized mean difference between cohorts lower than 0.1 were considered well-matched[2]. Kaplan-Meier analysis was performed on these propensity-matched groups as described by Austin et al., 2014 and significant differences were evaluated using the log-rank test[3]. Patients were censored after their last data point on record or when deceased. We obtained hazard ratios with 95% confidence intervals using a univariate Cox-proportional hazard ratios model. TriNetX tests for proportionality using the scaled Schoenfeld residual method. E-value sensitivity analysis was performed to investigate the chance of residual confounding. Figures and analysis were generated in Microsoft Excel (Redmond, Washington, USA) version 2208 and RStudio version 2023.3.0.386 (Boston, Massachusetts, USA). A $p$ - value < 0.05 was considered significant.

**References**

1.      von Elm E, Altman DG, Egger M, Pocock SJ, Gøtzsche PC, Vandenbroucke JP. The Strengthening the Reporting of Observational Studies in Epidemiology (STROBE) statement: guidelines for reporting observational studies. *Lancet (London, England)*. Oct 20 2007;370(9596):1453-7. doi:10.1016/s0140-6736(07)61602-x

2.      Haukoos JS, Lewis RJ. The Propensity Score. *Jama*. Oct 20 2015;314(15):1637-8. doi:10.1001/jama.2015.13480

3.      Austin PC. The use of propensity score methods with survival or time-to-event outcomes: reporting measures of effect similar to those used in randomized experiments. 2014;33(7):1242-1258. doi:https://doi.org/10.1002/sim.5984