# EXHIBIT 86D

## U.S. Emergency Department Visits Attributed by Clinicians to Semaglutide Adverse Events, 2022–2023

*Background:* Semaglutide is a glucagon-like peptide-1 receptor agonist approved for treatment of type 2 diabetes and obesity. In randomized controlled trials, semaglutide was associated with increased rates of nausea, diarrhea, vomiting, and constipation, and postmarketing studies of glucagon-like peptide-1 agonists before U.S. Food and Drug Administration (FDA) approval of semaglutide for weight loss found an increased risk for gastroparesis, pancreatitis, and bowel obstruction (1–3). The clinical manifestations that most commonly lead to emergency department (ED) visits for semaglutide adverse events in routine clinical practice, and the national burden of those visits, are unknown.

*Objective:* We used ED-based, nationally representative surveillance data to characterize and quantify U.S. ED visits that clinicians attributed to semaglutide adverse events.

*Methods:* The National Electronic Injury Surveillance System–Cooperative Adverse Drug Event Surveillance (NEISS-CADES) project, an active public health surveillance system based on a nationally representative, size-stratified probability sample of U.S. EDs, is a collaborative effort of the U.S. Centers for Disease Control and Prevention (CDC), U.S. Consumer Product Safety Commission, and FDA designed to detect ED visits attributable to medication harms. The NEISS-CADES data were used to identify cases of ED visits that clinicians attributed to semaglutide adverse events among adults aged 18 years or older from 1 January 2022 through 31 December 2023, the 2 years after its FDA approval for weight loss.

As described previously, trained abstractors at 82 hospitals that participate in NEISS-CADES reviewed all ED records to identify adverse events that treating clinicians attributed to use of drugs (4). To ensure the national representativeness of the data, each case is weighted based

Downloaded from https://annals.org by Theodore Lutton on 04/28/2026.

on the inverse probability of selection for hospitals in each stratum, and weights are adjusted for nonresponse and hospital nonparticipation and poststratified to adjust for the total number of hospital ED visits annually. National estimates and 95% CIs were calculated using the PROC SURVEYMEANS procedure in SAS version 9.4 (SAS Institute) to account for the weights and complex sample design. This activity was reviewed by CDC and deemed not research, and was conducted consistent with applicable federal law and CDC policy (45 CFR part 46; 21 CFR part 56; 42 USC §241(d); 5 USC §552a; 44 USC §3501 et seq).

*Results:* Based on 551 cases, there were an estimated 24 499 ED visits (95% CI, 17 022 to 31 976) that clinicians were attributed to semaglutide adverse events in 2022 through 2023 (Table 1); 82.6% (20 226 visits [CI, 13 607 to 26 846]) were in 2023. Of ED visits clinicians attributed to semaglutide adverse events, mean patient age was 50.9 years, and 73.2% of patients were female. Semaglutide was often the only medication implicated (81.7%) and was nearly always in injectable form (94.0%); 9.0% of visits involved medication errors. Overall, ED visits most commonly involved gastrointestinal effects (69.3%), hypoglycemia (16.5%), and allergic reactions (5.5%) (Table 2). Of all ED visits, nausea/vomiting (57.6%), abdominal pain (25.1%), and diarrhea (12.2%) were the gastrointestinal symptoms most commonly reported. Hospitalization was required in 37.6% (CI, 23.7% to 51.4%) of ED visits for hypoglycemia and 15.0% (CI, 9.4% to 20.6%) for gastrointestinal effects.

Of 551 cases, 6 patients (1.1%) were diagnosed with pancreatitis and 4 patients (0.7%) were diagnosed with semaglutide-attributed biliary disease. Semaglutide was implicated alone, without other documented antidiabetic medications, in 21 of 111 cases (18.9%) involving hypoglycemia.

*Discussion:* With more than 5 million patients dispensed semaglutide in 2023, the estimated 20 226 ED visits in 2023 suggests a rate of fewer than 4 ED visits for adverse events per 1000 patients dispensed semaglutide. Most ED visits were due to adverse effects previously observed during randomized controlled trials of semaglutide, including gastrointestinal adverse effects and hypoglycemia when combined with other diabetes agents (1, 2).

This study has limitations: Implicated drugs are identified based on clinician documentation; comorbid conditions and indication for semaglutide use are not systematically collected; and attribution of adverse events was based solely on ED clinicians' documentation. These limitations might explain the unexpected finding that semaglutide alone contributed to serious hypoglycemic episodes, even without concurrent insulin or sulfonylureas. Severe hypoglycemia is unexpected given semaglutide's mechanism of action and lack of hypoglycemic adverse events in randomized controlled trials of semaglutide for the treatment of obesity. However, a recent poison center study also raises the possibility that semaglutide alone might contribute to severe hypoglycemia (5).

*Table 1.* Characteristics of Emergency Department Visits Attributed by Clinicians to Semaglutide Adverse Events: United States, 2022–2023*

| Patient and Case Characteristics | Cases (Unweighted), *n* | Nationally Weighted Estimates† | |
|---|---|---|---|
| | | Number | Percentage (95% CI) |
| **Age** | | | |
| 18–24 y | 26 | – | – |
| 25–34 y | 75 | 3472 | 14.2 (10.9–17.4) |
| 35–44 y | 98 | 3847 | 15.7 (12.0–19.4) |
| 45–54 y | 113 | 5513 | 22.5 (18.0–27.0) |
| 55–64 y | 128 | 5939 | 24.2 (20.1–28.4) |
| ≥65 y | 111 | 4719 | 19.3 (14.5–24.0) |
| **Sex** | | | |
| Female | 405 | 17 937 | 73.2 (68.8–77.6) |
| Male | 146 | 6562 | 26.8 (22.4–31.2) |
| **Race** | | | |
| White | 317 | 14 870 | 60.7 (46.1–75.3) |
| Black | 113 | 3831‡ | 15.6 (7.2–24.1) |
| Other | 18 | – | – |
| Unspecified | 103 | 5164‡ | 21.1 (5.8–36.4)‡ |
| **Ethnicity** | | | |
| Hispanic | 73 | 2071‡ | 8.5 (4.0–12.9) |
| Non-Hispanic | 374 | 16 748 | 68.4 (53.8–82.9) |
| Unspecified | 104 | 5679‡ | 23.2 (7.2–39.2)‡ |
| **Semaglutide dosage form** | | | |
| Injectable | 523 | 23 029 | 94.0 (90.9–97.1) |
| Oral | 28 | 1470 | 6.0 (2.9–9.1) |
| **Number of implicated medications§** | | | |
| 1 | 440 | 20 005 | 81.7 (77.0–86.4) |
| >1 | 111 | 4493 | 18.3 (13.6–23.0) |
| **Error documented** | | | |
| Yes | 55 | 2216 | 9.0 (6.1–12.0) |
| No | 496 | 22 283 | 91.0 (88.0–93.9) |
| **Total** | **551** | **24 499** | **100.0** |

* National estimates and 2-sided 95% CIs were calculated from statistical weighting of 551 cases from 82 nationally representative hospitals participating in the National Electronic Injury Surveillance System–Cooperative Adverse Drug Event Surveillance Project for 2022–2023, Centers for Disease Control and Prevention.
† National estimates may vary for similar numbers of cases because of statistical weighting. Estimates based on <20 cases or total estimates of <1200 visits are considered statistically unstable and are not shown (–). Estimates with a coefficient of variation >30% may be statistically unstable and are noted.
‡ Coefficient of variation >30%.
§ Includes prescription or over-the-counter medications, herbal or dietary supplements, homeopathic products, or vaccines.

Given these findings, clinicians could counsel patients when initiating semaglutide about the potential for severe gastrointestinal adverse effects and adjust coprescribed antidiabetic medications to decrease hypoglycemia risk. Additionally, when evaluating patients with new-onset gastrointestinal symptoms or hypoglycemia, clinicians could consider recent semaglutide use.

*Maribeth C. Lovegrove, MPH*
*Nimalie D. Stone, MD, MS*
*Andrew I. Geller, MD*
Division of Healthcare Quality Promotion, Centers for Disease
  Control and Prevention, Atlanta, Georgia

Downloaded from https://annals.org by Theodore Lutton on 04/28/2026.

# LETTERS

*Table 2.* Clinical Manifestations Attributed by Emergency Department Clinicians to Semaglutide Adverse Events: United States, 2022-2023*

| Clinical Manifestation and Disposition | Cases (Unweighted), *n* | Nationally Weighted Estimates† | |
|---|---|---|---|
| | | Number | Percentage (95% CI) |
| **Adverse event manifestation‡** | | | |
| Hypoglycemia | 111 | 4043 | 16.5 (10.6–22.4) |
|   With other diabetes agents§ | 90 | 3205 | 13.1 (7.8–18.3) |
|   Without other diabetes agents | 21 | – | – |
| Gastrointestinal effects‖ | 363 | 16 979 | 69.3 (63.2–75.4) |
|   Nausea and/or vomiting | 301 | 14 123 | 57.6 (52.3–63.0) |
|   Abdominal pain and/or discomfort | 133 | 6139 | 25.1 (18.9–31.2) |
|   Diarrhea | 67 | 3001 | 12.2 (9.2–15.3) |
|   Constipation | 21 | – | – |
| Allergic reaction | 29 | 1338 | 5.5 (3.7–7.2) |
| Dehydration | 15 | – | – |
| Other effects | 28 | – | – |
| **Disposition** | | | |
|   Not hospitalized | 453 | 20 124 | 82.1 (77.4–86.9) |
|   Hospitalized¶ | 98 | 4375 | 17.9 (13.1–22.6) |
| **Total** | **551** | **24 499** | **100.0** |

ED = emergency department.

* National estimates and 2-sided 95% CIs were calculated from statistical weighting of 551 cases from 82 nationally representative hospitals participating in the National Electronic Injury Surveillance System–Cooperative Adverse Drug Event Surveillance Project for 2022–2023, Centers for Disease Control and Prevention.

† National estimates may vary for similar numbers of cases because of statistical weighting. Estimates based on <20 cases or total estimates of <1200 visits are considered statistically unstable and are not shown (–).

‡ Adverse event manifestation categories are mutually exclusive and were assigned hierarchically as listed (from top to bottom). For example, an ED visit in which a patient experienced both hypoglycemia and gastrointestinal effects would be categorized only under hypoglycemia; an ED visit in which a patient experienced an allergic reaction and dehydration would be categorized under allergic reaction. Five cases in which the patient experienced a semaglutide medication error without any documented clinical manifestations are not shown.

§ Other diabetes agents included insulins (70 cases), biguanides (metformin; 25 cases), sodium-glucose cotransporter-2 inhibitors (15 cases), sulfonylureas (11 cases), thiazolidinediones (2 cases), oral combination products (2 cases), injectable combination products (1 case), and dipeptidyl peptidase 4 inhibitors (1 case).

‖ National estimates of ED visits involving specified gastrointestinal effects are not mutually exclusive (i.e., ED visits involving nausea and constipation would be included in the estimates for both nausea and constipation).

¶ Defined as hospital admission, observation status admission, or transfer to another facility.

*Nina J. Weidle, PharmD*
Division of Healthcare Quality Promotion, Centers for Disease Control and Prevention, and Chenega Enterprise Systems and Solutions, Atlanta, Georgia

*Jennifer N. Lind, PharmD, MPH, MBA*
Division of Healthcare Quality Promotion, Centers for Disease Control and Prevention, Atlanta, Georgia

*Pieter A. Cohen, MD*
Department of Medicine, Cambridge Health Alliance, Somerville, Massachusetts; and Division of Healthcare Quality Promotion, Centers for Disease Control and Prevention, Atlanta, Georgia

**Disclaimer:** The findings and conclusions in this report are those of the authors and do not necessarily represent the official position of the Centers for Disease Control and Prevention.

**Acknowledgment:** The authors thank Kathleen O. Rose, RN; Sandra K. Goring, RN; Veronica Smith, CPC; Arati Baral, MS; and Alex Tocitu, MBA, from Chenega Enterprise Systems and Solutions (contractor to CDC) for medical abstraction and programming assistance, as well as Tom Schroeder, MS; Michelle White; Omar Stokes; and data abstractors from the U.S. Consumer Product Safety Commission, for assistance with data acquisition. They also thank Kai McKeever Bullard, PhD, MPH, and Stephen R. Benoit, MD, MPH, from the CDC for thoughtful review of the manuscript. No individuals named herein received compensation for their contributions.

**Disclosures:** Disclosures are available with the article online.

**Reproducible Research Statement:** *Study protocol and data set:* Not available. *Statistical code:* Available to interested readers by contacting Ms. Lovegrove (e-mail, MLovegrove@cdc.gov). *Data set:* not available.

**Corresponding Author:** Pieter A. Cohen, Broadway Clinic, Cambridge Health Alliance, 300 Broadway, Somerville, MA 02143; e-mail, pcohen@challiance.org.

This article was published at Annals.org on 8 April 2025.

doi:10.7326/ANNALS-24-03258

## References

1. Lincoff AM, Brown-Frandsen K, Colhoun HM, et al; SELECT Trial Investigators. Semaglutide and cardiovascular outcomes in obesity without diabetes. N Engl J Med. 2023;389:2221-2232. [PMID: 37952131] doi:10.1056/NEJMoa2307563

2. Aroda VR, Bain SC, Cariou B, et al. Efficacy and safety of once-weekly semaglutide versus once-daily insulin glargine as add-on to metformin (with or without sulfonylureas) in insulin-naive patients with type 2 diabetes (SUSTAIN 4): a randomised, open-label, parallel-group, multicentre, multinational, phase 3a trial. Lancet Diabetes Endocrinol. 2017;5:355-366. [PMID: 28344112] doi:10.1016/S2213-8587(17)30085-2

3. Sodhi M, Rezaeianzadeh R, Kezouh A, et al. Risk of gastrointestinal adverse events associated with glucagon-like peptide-1 receptor agonists for weight loss. JAMA. 2023;330:1795-1797. [PMID: 37796527] doi:10.1001/jama.2023.19574

4. Budnitz DS, Shehab N, Lovegrove MC, et al. US emergency department visits attributed to medication harms, 2017-2019. JAMA. 2021;326:1299-1309. [PMID: 34609453] doi:10.1001/jama.2021.13844

5. Muschler K, Muschalek R, Hoyte C. Characterization of glucagon-like peptide-1 (GLP-1) agonist exposures reported to a single United States poison center. Clin Toxicol (Phila). 2025;63:133-136. [PMID: 39803696] doi:10.1080/15563650.2024.2444642

Downloaded from https://annals.org by Theodore Lutton on 04/28/2026.