# EXHIBIT 88D

? Create Account



  **glp**

Search

Advanced

 Educational Items          Deep Search          Search display results for "glp"

Protected by US Patents

Abstract    Discussion Forum (0)

**Number: Mo1637**

EFFECTS OF GLP-1 RECEPTOR OR A DUAL GLP-1/GIP RECEPTOR AGONISTS ON GASTROINTESTINAL SYMPTOMS AND GASTRIC EMPTYING: RESULTS FROM A LARGE CLINICAL PRACTICE DATABASE

**Society:** AGA

**Track:** Functional GI and Motility Disorders

**Background:** There has been a considerable increase in the use of GLP-1 receptor agonists or dual agonists (collectively identified as GLP-RA) for indications of obesity and diabetes mellitus. At least one mechanism of action of these agents is to cause delay in gastric emptying (GE), which can cause profound symptoms and even increase the risk of complications. There is currently no robust real-world data on the impact of GLP-RA on gastrointestinal (GI) symptoms and GE. Our **aim** was to determine the prevalence of delayed GE and characteristics of GI symptoms following GLP-RA. **Methods:** Using diverse prescribing and health record data from the Mayo Clinic Platform (including primary care and referral patients), an initial 79,925 patients were found to have been prescribed GLP-RA. Of these, we studied a cohort of 839 who developed a relevant GI symptom and had a gastric emptying scintigraphy (GES). GES was performed using a standard, validated 320 kilocalorie, 30% fat egg meal in 696 patients. Demographics, clinical symptoms (using ICD-10 codes), GLP-RA type and doses, concomitant medications, and symptoms were recorded. **Results:** Of the ~80,000 patients prescribed a GLP-RA, 14,658 developed at least 1 GI symptom suggestive of gastroparesis, 3,993 developed at least 2 symptoms. Among those, 696 underwent validated GES, of which 35% (241/696) had delayed GE at 4hr; 134/696 fulfilled criteria of delayed GE at 2hr; however, 9 of them had a normal GE at 4hr. Of the 241 with delayed GE, 127 had preexisting GI symptoms and 38 had documentation of a prior delayed GES. Females were overrepresented in the group with delayed GE; however, the rest of the characteristics including the type and duration of GLP-RA used were similar between the groups with normal or delayed GE except for higher dosing for dulaglutide in patients with delayed and exenatide in patients with normal GE (**figure**). The distribution of GI symptoms among those with and without delayed GE was similar except for constipation which was more common in those with delayed GE (**table**). **Conclusions**: In this study, 18% of patients receiving GLP-RA developed at least 1 new GI symptom suggestive of gastroparesis, but only a third of those who underwent GES were found to have gastroparesis. This resembles findings from a prospective study of 67 patients treated with liraglutide (PMID:37927173). Females and symptom of constipation were more prevalent in those with delayed GE. These real-world data suggest that GI symptoms are prevalent in those treated with GLP-RA. However, not all these patients had impaired GE; symptoms likely represent a spectrum of mechanisms impacted by these drugs. Further characterization is needed to determine risk factors associated with bothersome GI symptomatology, as well as to identify patients at higher risk of complications like malnutrition and aspiration.

**Patient demographics and gastrointestinal symptoms for those who underwent gastric emptying scintigraphy (N=696)**

---

### EFFECTS OF GLP-1 RECEPTOR OR A DUAL GLP-1/GIP RECEPTOR AGONISTS ON GASTROINTESTINAL SYMPTOMS AND GASTRIC EMPTYING: RESULTS FROM A LARGE CLINICAL PRACTICE DATABASE

Dr. Camille Lupianez-Merly
Author(s): Camille Lupianez-Merly, Saam Dilmaghani, Roberto Blundo, Sarah Murray, Sara Then, Phil Fiero, Gianrico Farrugia, Michael Camilleri, Madhusudan Grover

DDW ePoster Library. Lupianez-Merly C. 05/20/2024; 413380; Mo1637

Abstract

Discussion Forum (0)

**Number: Mo1637**

EFFECTS OF GLP-1 RECEPTOR OR A DUAL GLP-

[ READ MORE ]

| Characteristics (Mean) | Normal GE (4hr) N=455 | Delayed GE (4hr) N=241 | p-value (F-exact) |
|---|---|---|---|
| Age (years) | 49.6 (36-53) | 49.9 (40-53) | 0.087 |
| Male | 154 (33.8%) | 59 (24.6%) | 0.012 |
| Female | 301 (66.2%) | 181 (75.4%) | 0.012 |
| BMI | 33.90kg/m$^2$ | 34.32kg/m$^2$ | 0.660 |
| Race | | | 0.210 |
| White | 404 (88.8%) | 207 (85.9%) | |
| Black | 21 (4.6%) | 17 (7.1%) | |
| Asian | 8 (1.8%) | 4 (1.7%) | |
| Native Hawaiian/Pacific Islander | 1 (0.2%) | 1 (0.4%) | |
| American Indian/Alaskan native | 3 (0.7%) | 6 (2.5%) | |
| Other/unknown | 18 (4.0%) | 6 (2.5%) | |
| **GLP-RA medication Rx** | | | 0.219 |
| Dulaglutide | 126 (27.7%) | 76 (31.5%) | |
| Exenatide | 50 (11.0%) | 19 (7.9%) | |
| Liraglutide | 133 (29.2%) | 58 (24.1%) | |
| Lixisenatide | 1 (0.2%) | 2 (0.8%) | |
| Semaglutide | 134 (29.5%) | 76 (31.5%) | |
| Tirzepatide | 11 (2.4%) | 10 (4.1%) | |
| Time between GLP-RA Rx and GES study (days) | 366 | 299 | 0.159 |
| **Symptoms** | | | |
| Nausea | 70% | 66% | 0.3 |
| Vomiting | 55% | 56% | 0.7 |
| Constipation | 40% | 50% | **0.01** |
| Diarrhea | 46% | 47% | 0.8 |
| Bloating | 28% | 28% | 0.99 |
| Abdominal pain | 48% | 54% | 0.13 |

BMI=body mass index; GE=gastric emptying; GES=gastric emptying scintigraphy; Rx=prescription

**Mean maximum dose of most recent GLP-RA prescribed in those with delayed (yes) and normal (no) GES using non-parametric Wilcoxon rank sum test. P-value represents comparison between two groups: delayed vs non-delayed GES.**



©2023 Mayo Foundation for Medical Education and Research | slide-1

## About Us

**Digestive Disease Week® (DDW)** is the world's premier meeting for physicians, researchers and industry in the fields of gastroenterology, hepatology, endoscopy and gastrointestinal surgery.

## Follow us

  

2024 © Digestive Disease Week®

USER TERMS AND CONDITIONS / PRIVACY POLICY
(Amended according to GDPR)