# EXHIBIT 90D

This material may be protected by Copyright law (Title 17 U.S. Code)

GLP-1 agonist use for weight loss (Table 1). Patients were categorized according to GLP-1 receptor agonist use before and after PSM. The average age was 46 years, and majority were females (81%) and Caucasian (64.5%). After PSM, the cohorts were balanced with 143,213 patients in both case and control groups. The primary outcome of a first diagnosis of acute pancreatitis at least 6 months after the initiation of GLP-1 agonist occurred in 106 patients (0.07%) in the GLP-1 agonist group and 3791 patients (0.08%) in the non-GLP-1 agonist group (odds ratio, 0.89; 95% confidence interval [CI], 0.73 to 1.08; p= 0.241). Majority of risk factors were higher in the GLP-1 agonist group, especially opioid use (47% vs 34%) and hypothyroidism (16.3% vs 7.4%). **Conclusions:** In this retrospective cohort study, we found that non-diabetic obese patients on GLP-1 for weight loss were not at increased risk of developing acute pancreatitis when compared to obese patients not on GLP-1 agonists. While these results are reassuring, further prospective studies are needed to confirm these findings.

**Table 1.** Baseline characteristics for patients categorized by anti-obesity medication use before and after propensity score matching. Significant p-values in bold.

| | Before Matching | | | After Matching | | |
|---|---|---|---|---|---|---|
| | Cases | Controls | p-Value | Cases | Controls | p-Value |
| n | 143214 | 4519844 | | 143213 | 143213 | |
| Age at Index | 46.55 ± 12.82 | 47.87 ± 17.12 | <0.001 | 46.55 ± 12.82 | 46.65 ± 12.94 | **0.036** |
| **Sex** | | | | | | |
| Male | 26881 (18.8%) | 1714101 (37.9%) | <0.001 | 26881 (18.8%) | 26737 (18.7%) | 0.490 |
| **Race** | | | | | | |
| White | 92304 (64.5%) | 2854237 (63.1%) | <0.001 | 92303 (64.5%) | 92573 (64.6%) | 0.292 |
| Black or African American | 24669 (17.2%) | 738311 (16.3%) | <0.001 | 24669 (17.2%) | 24587 (17.2%) | 0.685 |
| Asian | 1958 (1.4%) | 76568 (1.7%) | <0.001 | 1958 (1.4%) | 1885 (1.3%) | 0.236 |
| American Indian or Alaska Native | 439 (0.3%) | 19426 (0.4%) | <0.001 | 439 (0.3%) | 615 (0.4%) | **<0.001** |
| Native Hawaiian or Other Pacific Islander | 339 (0.2%) | 15538 (0.3%) | <0.001 | 339 (0.2%) | 506 (0.4%) | **<0.001** |
| Other Race | 3882 (2.7%) | 190860 (4.2%) | <0.001 | 3882 (2.7%) | 3802 (2.7%) | 0.355 |
| Unknown Race | 19623 (13.7%) | 624904 (13.8%) | 0.181 | 19623 (13.7%) | 19245 (13.4%) | **0.039** |
| **Ethnicity** | | | | | | |
| Hispanic or Latino | 9892 (6.9%) | 452383 (10.0%) | <0.001 | 9892 (6.9%) | 9776 (6.8%) | 0.391 |
| Not Hispanic or Latino | 98531 (68.8%) | 3066525 (67.8%) | <0.001 | 98530 (68.8%) | 102828 (71.8%) | **<0.001** |
| Unknown Ethnicity | 34791 (24.3%) | 1000936 (22.1%) | <0.001 | 34791 (24.3%) | 30609 (21.4%) | **<0.001** |
| **Comorbidities** | | | | | | |
| Alcohol related disorders | 6583 (4.6%) | 154028 (3.4%) | <0.001 | 6583 (4.6%) | 6521 (4.6%) | 0.579 |
| Bariatric surgery status | 8395 (5.9%) | 55056 (1.2%) | <0.001 | 8394 (5.9%) | 8238 (5.8%) | 0.213 |
| Cholecystectomy | 72 (0.1%) | 2600 (0.1%) | 0.259 | 72 (0.1%) | 75 (0.1%) | 0.805 |
| Cholelithiasis | 6972 (4.9%) | 121109 (2.7%) | <0.001 | 6971 (4.9%) | 6914 (4.9%) | 0.945 |
| Hypercalcemia | 1822 (1.3%) | 32761 (0.7%) | <0.001 | 1822 (1.3%) | 1718 (1.2%) | 0.079 |
| Hyperlipidemia, unspecified | 35321 (24.7%) | 676309 (15.0%) | <0.001 | 35320 (24.7%) | 35384 (24.7%) | 0.782 |
| Laparoscopy, surgical, repair of paraesophageal hernia, includes fundoplasty, when performed; without implantation of mesh | 349 (0.2%) | 3366 (0.1%) | <0.001 | 349 (0.2%) | 276 (0.2%) | **0.003** |
| Multiple sclerosis | 1127 (0.8%) | 25077 (0.6%) | <0.001 | 1127 (0.8%) | 1057 (0.7%) | 0.133 |
| Nicotine dependence | 15614 (10.9%) | 448120 (9.9%) | <0.001 | 15614 (10.9%) | 15549 (10.9%) | 0.697 |
| OPIOIDS | 67713 (47.3%) | 1523715 (33.7%) | <0.001 | 67712 (47.3%) | 67962 (47.5%) | 0.350 |
| Other hypothyroidism | 23295 (16.3%) | 333305 (7.4%) | <0.001 | 23294 (16.3%) | 23393 (16.3%) | 0.617 |
| Parkinson's disease | 187 (0.1%) | 14645 (0.3%) | <0.001 | 187 (0.1%) | 151 (0.1%) | 0.050 |
| Surgical Procedures on the Esophagus | 13556 (9.5%) | 189096 (4.2%) | <0.001 | 13555 (9.5%) | 13447 (9.4%) | 0.490 |
| Systemic sclerosis [scleroderma] | 192 (0.1%) | 4050 (0.1%) | <0.001 | 192 (0.1%) | 147 (0.1%) | **0.014** |

**Table 2.** Outcomes between patients categorized by anti-obesity medication use, after propensity score matching, with Odds ratios and 95% confidence intervals. Significant p-values in bold.

| | Cases | Controls | OR (95% CI) | p-Value |
|---|---|---|---|---|
| Acute Pancreatitis | 106 (0.1%) | 3791 (0.1%) | 0.89 (0.73, 1.08) | 0.241 |

## Sa1960

### MULTI-CENTER RETROSPECTIVE ANALYSIS DEMONSTRATES INCREASING LDL AND HDL, NO ALTERATIONS WITH A1C LEVELS AFTER IMPLEMENTATION OF CHILD TAX CREDIT POLICY

Po-Ting Lu, Amy Mahar, Renee Bargman, Hal Sitt, Thomas Wallach

**Background:** The SARS-nCoV2 pandemic and public health emergency resulted in well-documented increases in obesity due non-pharmaceutical interventions such as school closures, closures of parks, recreational spaces, and many other sources of both nutrition and exercise. Pandemic-associated government interventions such as the child tax credit (CTC) were implemented to alleviate the financial burden experienced by families during that time. Literature has shown that this may have also impacted dietary quality, therefore we sought to examine whether the CTC dietary quality impacts altered metabolic outcomes in an urban pediatric population. **Methods:** This is a multi-center, retrospective chart review study of patients who presented to 10 New York City public hospitals and grouped into cohorts defined as pre- (before July 2020), during (July 2020 – December 2020) and post- (January 2021 – June 2023) policy implantation. Data extracted included date of visit, age at visit, first LDL, HDL, and HbA1c levels. The means and medians of these labs were calculated and grouped based on their respective cohorts. **Results:** A total of 18,916 individuals were included in the comparison. There was an overall increasing trend of both mean and median LDL and HDL prior to the pandemic. The mean LDL increased from pre-implementation levels of 82.6 mg/dL (n = 3,732) to 84.7 mg/dL (n = 1,839) during the policy implementation, to 85.2 mg/dL (n = 9,537) post-policy. Mean HDL increased from 50.4 (n = 5,256) to 51.6 (n = 2,179) to 52.0 (n = 11,481), and there was insignificant variable change in mean HbA1c trend. One-way ANOVA revealed no statistical significance in the LDL, HDL, and HbA1c groups. **Conclusion:** Our multi-center findings of low-income urban children using public insurance residing in New York City suggest that despite well documented increases in obesity in this cohort, metabolic labs did not shift in concerning manner, and may have improved in some regards during the period of public assistance. This suggests that pandemic non-pharmaceutical intervention associated weight gain has not significantly increased metabolic disease in this cohort. Mean LDL remained below clinical cut offs of 130 mg/dL, and HDL increased towards the goal of 60mg/dL. As some evidence exists that dietary quality may have improved for pediatric cohorts during this time (Um et al, 2023), and other data notes pediatric dietary improvement secondary to the child tax credit (CTC) (Adams et al, 2022), we suggest that this outcome may represent the impact of improved dietary quality, despite weight gain. These findings are limited in several ways (narrow age range, multiple possible confounding effects) but suggest a follow up study to be of importance in order to assess possible mitigating impact of associated public policy efforts on negative externalities of BMI percentile increases.

## Sa1961

### INCREASED RISK OF DE-NOVO GASTROPARESIS IN NON-DIABETIC OBESE PATIENTS ON GLP-1 RECEPTOR AGONISTS FOR WEIGHT LOSS: A MULTI-NETWORK STUDY

Sami Mesgun, Adily Elmi, Jaime Perez, Katarina B. Greer, Arthur R. Baluyut, Raj Shah, Brooke Glessing, Gregory S. Cooper, Emad Mansoor

**Background/Introduction:** Glucagon-like peptide-1 (GLP-1) receptor agonists are increasingly being prescribed for weight loss, while they were originally approved for type 2 diabetes. Prior studies have shown that chronic use of GLP-1 is associated with higher rates of gastroparesis, pancreatitis, biliary disease, and bowel obstruction in patients with diabetes. However, there are scarce data on adverse gastrointestinal effects among obese patients without diabetes. This study explored the risk of gastroparesis in non-diabetic patients with obesity on GLP-1 for weight loss. **Methods:** We performed a retrospective cohort study using a de-identified national database with 80 contributing health care organizations, including over 113 million patients (TriNetX Research Network, Cambridge, MA; date of data access: November 13, 2023; IRB exempt). We identified adult patients (age ≥ 18 years) with a diagnosis of obesity AND/OR with a BMI ≥ 30 kg/m². We categorized patients into two cohorts based on anti-obesity medication use (user, non-user; exenatide, semaglutide, liraglutide). We excluded patients with a diagnosis of diabetes, or a diagnosis of gastroparesis or pancreatitis occurring any time before up to 6 months after the index event (cases: date of medication initiation; controls: date of obesity diagnosis). We investigated the incidence of gastroparesis (ICD-10: K31.84) occurring at least 6 months after the index event. We performed 1:1 greedy nearest neighbor propensity score matching (PSM) (caliper of 0.1 standard deviations) to balance cohorts on age, race, ethnicity, comorbid conditions, traditional risk factors for gastroparesis, procedure history, and opioid use (Table 1). Estimates of odds ratios (OR) and 95% confidence intervals (CI) were used to describe the outcome risks. P-values of α < 0.05 were considered statistically significant. **Results:** Using the TriNetX database, we identified 143,214 patients who met the criteria of obesity (diagnosis code and/or BMI ≥ 30) and GLP-1 use for weight loss (Table 1). Patients were categorized according to GLP-1 use before and after PSM. The average age was 46 years, and majority were female (81%) and Caucasian (64.5%). We observed a high frequency of opioid use (47.3%) and hypothyroidism (16.3%). After PSM, the cohorts were balanced with 143,213 patients in both case and control groups. A new diagnosis of gastroparesis was found in 81 patients (0.1%) in the GLP-1 group and 1696 patients (0.04%) in the non-GLP-1 group (OR 1.52; 95% CI 1.22-1.90; P < 0.001). **Conclusion:** In this large retrospective cohort study, the use of GLP-1 for weight loss was associated with an increased risk of de-novo gastroparesis in obese, non-diabetic patients. Further studies are needed to identify specific risk factors for gastroparesis in patients on GLP-1 in order to refine patient selection for this class of medication.



Δ π EXHIBIT 9
Deponent Samsouk
Date 3.12.26 LLM
WWW.DEPOBOOK.COM

**Table 1. Baseline characteristics for patients categorized by anti-obesity medication use before and after propensity score matching. Significant p-values in bold.**

| | Before Matching | | | After Matching | | |
|---|---|---|---|---|---|---|
| | Cases | Controls | p-Value | Cases | Controls | p-Value |
| n | 143214 | 4519844 | | 143213 | 143213 | |
| Age at Index | 46.55 ± 12.82 | 47.87 ± 17.12 | <0.001 | 46.55 ± 12.82 | 46.65 ± 12.94 | 0.036 |
| Sex | | | | | | |
| Male | 26881 (18.8%) | 1714101 (37.9%) | <0.001 | 26881 (18.8%) | 26737 (18.7%) | 0.490 |
| Race | | | | | | |
| White | 92304 (64.5%) | 2854237 (63.1%) | <0.001 | 92303 (64.5%) | 92573 (64.6%) | 0.292 |
| Black or African American | 24669 (17.2%) | 738311 (16.3%) | <0.001 | 24669 (17.2%) | 24587 (17.2%) | 0.685 |
| Asian | 1958 (1.4%) | 76568 (1.7%) | <0.001 | 1958 (1.4%) | 1885 (1.3%) | 0.236 |
| American Indian or Alaska Native | 439 (0.3%) | 19426 (0.4%) | <0.001 | 439 (0.3%) | 615 (0.4%) | <0.001 |
| Native Hawaiian or Other Pacific Islander | 339 (0.2%) | 15538 (0.3%) | <0.001 | 339 (0.2%) | 506 (0.4%) | <0.001 |
| Other Race | 3882 (2.7%) | 190860 (4.2%) | <0.001 | 3882 (2.7%) | 3802 (2.7%) | 0.355 |
| Unknown Race | 19623 (13.7%) | 624904 (13.8%) | 0.181 | 19623 (13.7%) | 19245 (13.4%) | 0.039 |
| Ethnicity | | | | | | |
| Hispanic or Latino | 9892 (6.9%) | 452383 (10.0%) | <0.001 | 9892 (6.9%) | 9776 (6.8%) | 0.391 |
| Not Hispanic or Latino | 98531 (68.8%) | 3066525 (67.8%) | <0.001 | 98530 (68.8%) | 102828 (71.8%) | <0.001 |
| Unknown Ethnicity | 34791 (24.3%) | 1000936 (22.1%) | <0.001 | 34791 (24.3%) | 30609 (21.4%) | <0.001 |
| Comorbidities | | | | | | |
| Alcohol related disorders | 6583 (4.6%) | 154028 (3.4%) | <0.001 | 6583 (4.6%) | 6521 (4.6%) | 0.579 |
| Bariatric surgery status | 8395 (5.9%) | 55056 (1.2%) | <0.001 | 8394 (5.9%) | 8238 (5.8%) | 0.213 |
| Cholecystectomy | 72 (0.1%) | 2600 (0.1%) | 0.259 | 72 (0.1%) | 75 (0.1%) | 0.805 |
| Cholelithiasis | 6972 (4.9%) | 121109 (2.7%) | <0.001 | 6971 (4.9%) | 6963 (4.9%) | 0.945 |
| Hypercalcemia | 1822 (1.3%) | 32761 (0.7%) | <0.001 | 1822 (1.3%) | 1718 (1.2%) | 0.079 |
| Hyperlipidemia, unspecified | 35321 (24.7%) | 676309 (15.0%) | <0.001 | 35320 (24.7%) | 35384 (24.7%) | 0.782 |
| Laparoscopy, surgical, repair of paraesophageal hernia, includes fundoplasty, when performed; without implantation of mesh | 349 (0.2%) | 3366 (0.1%) | <0.001 | 349 (0.2%) | 276 (0.2%) | 0.003 |
| Multiple sclerosis | 1127 (0.8%) | 25077 (0.6%) | <0.001 | 1127 (0.8%) | 1057 (0.7%) | 0.133 |
| Nicotine dependence | 15614 (10.9%) | 448120 (9.9%) | <0.001 | 15614 (10.9%) | 15549 (10.9%) | 0.697 |
| OPIOIDS | 67713 (47.3%) | 1523715 (33.7%) | <0.001 | 67712 (47.3%) | 67962 (47.5%) | 0.350 |
| Other hypothyroidism | 23295 (16.3%) | 333305 (7.4%) | <0.001 | 23294 (16.3%) | 23393 (16.3%) | 0.617 |
| Parkinson's disease | 187 (0.1%) | 14645 (0.3%) | <0.001 | 187 (0.1%) | 151 (0.1%) | 0.050 |
| Surgical Procedures on the Esophagus | 13556 (9.5%) | 189096 (4.2%) | <0.001 | 13555 (9.5%) | 13447 (9.4%) | 0.490 |
| Systemic sclerosis [scleroderma] | 192 (0.1%) | 4050 (0.1%) | <0.001 | 192 (0.1%) | 147 (0.1%) | 0.014 |

**Table 2. Outcomes between patients categorized by anti-obesity medication use, after propensity score matching, with Odds ratios and 95% confidence intervals. Significant p-values in bold.**

| | Cases | Controls | OR (95% CI) | p-Value |
|---|---|---|---|---|
| Gastroparesis | 81 (0.1%) | 1696 (0.04%) | 1.52 (1.22, 1.9) | <0.001 |

## Sa1962

### DELAYED GASTRIC EMPTYING AS A CONSEQUENCE OF PATIENTS ON NEW-GENERATION GLP1-RAS: AN ANALYSIS FROM THE FAERS DATABASE

Kalpana Gopalkrishnan, Patrick Chang, Frederick W. Chang, William Minteer, Morgan C. Goodman, Denis Nguyen, Jennifer Phan

Background: Data is limited for gastric emptying issues in patients on Glucagon-Like Peptide 1 receptor agonists (GLP-1 RA) undergoing endoscopy. However, there is ongoing discussion regarding perioperative and operative risk . Given the rising ubiquity of GLP-1 RAs, it is important to understand the association with GLP-1 RA and delayed gastric emptying as a procedural consideration. The objective of this study is to characterize the gastrointestinal motility adverse events using the FDA's Adverse Event Reporting System (FAERS) database. Methods: Data points from 2017 to 2023 were gathered using relevant search terms using both generic and brand names of the latest generation of GLP-1 receptor agonists. Reported events adhere to the international safety reporting guidance issued by the International Conference on Harmonisation and all submissions are evaluated by clinical reviewers in the Center for Drug Evaluation and Research to inform safety of FDA approved drugs. Complications and patient problems were organized by categories and counted. GLP-1 RAs included are semaglutide and tirzepatide, as well as the brand names Ozempic, Wegovy, Rybelsus, and Mounjaro. Results: From 2017 to 2023, there were a total of 27,830 adverse events attributed to GLP-1 RA reported on the FAERS database (Table 1). Of these events, 15,399 (55.3%) were gastrointestinal (GI) issues and of these GI issues, delayed gastric emptying accounted for 2437 (15.8%) events. Of the 2437 that delayed gastric emptying, 151 (6.2%) involved an intestinal obstruction. In terms of procedural complications, endoscopy was listed as the reason of use for a GLP-1 RA for 4 cases, while colonoscopy was listed as the reason of use for 10 cases. Discussion: While there is substantial data related to the adverse association between GLP-1 RA and delayed gastric emptying, there is limited information on the influence on procedures like endoscopy and colonoscopy. This study provides nationally verified data of identified cases for gastrointestinal motility adverse events on GLP1-RA. There is an increase in annual trend in use of GLP-1 RA, however, reported adverse events as related to endoscopic procedures remains unclear.

**Table 1. Reported adverse reactions to GLP-1 RA associated with delayed gastric emptying**

| Reaction Type | Number of Cases |
|---|---|
| Constipation | 1953 |
| Impaired Gastric Emptying | 211 |
| Intestinal Obstruction | 82 |
| Bowel Movement Irregularity | 51 |
| Small Intestinal Obstruction | 35 |
| Ileus | 29 |
| Obstructive Pancreatitis | 28 |
| Gastrointestinal Motility Disorder | 17 |
| Ileus Paralytic | 12 |
| Obstruction Gastric | 5 |
| Gastric Hypomotility | 5 |
| Megacolon | 3 |
| Mechanical Ileus | 3 |
| Intestinal Pseudo-Obstruction | 1 |
| Volvulus of Small Bowel | 1 |
| Intestinal Atony | 1 |
| Gastric Ileus | 1 |

**Figure 1. Reported adverse events associated with GLP-1 R agonists on the FAERS database**



## Sa1963

### GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS DO NOT INCREASE THE RISK FOR ACUTE PANCREATITIS AND ARE NOT ASSOCIATED WITH COMPLICATIONS IN PATIENTS WITH OBESITY WHO DEVELOP IT: A POPULATION-BASED COHORT STUDY IN THE UNITED STATES

Luis M. Nieto, Sharon Narvaez, Pedro Palacios Argueta, Olanrewaju Adeniran, Laura Davisson, Shailendra Singh, Shyam Thakkar

Introduction Acute pancreatitis (AP) is an inflammatory condition that has been associated with a high morbidity and mortality in patients with obesity. There is a paucity of data on the impact of obesity and glucagon-like peptide-1 receptor agonists (GLP-1 RAs) on AP outcomes. Therefore, we aim outcomes of AP in patients with obesity while on this medication class. Methods We used the large population-based TriNetX platform to perform a retrospective cohort analysis. We included patients with obesity (BMI 30 or greater) who received GLP-1 RAs drugs (semaglutide, liraglutide, dulaglutide and tirzepatide) between January 1, 2015, and October 31, 2023. This cohort of patients were matched with patients who did not receive GLP-1 RAs according to age, demographics, comorbidities, and medication by using 1:1 propensity matching. Different etiologies of AP including alcohol-induced, trauma, biliary, class Ia drug-induced, hypertriglyceridemia, and post-ERCP were excluded from both cohorts to avoid confounding. The primary outcomes were risk of developing AP, parenteral nutrition support, systemic complication (sepsis, systemic inflammatory response syndrome (SIRS), shock, mechanical ventilation, acute kidney injury (AKI)) and local pancreatic complication. The secondary outcome was mortality of all-causes of patients with MAFLD during the study period. Cox proportional hazards models were used to estimate hazard ratios (HRs). Results A total of 93,853 adult patients were identified who had obesity. 3,757 individuals had obesity and were taking GLP -1 RAs; 2,667 out of 3,757 (mean [SD] age, 50.0 [11.7] years; 1,761 [66.03%] female) were matched with 2,667 individuals (mean [SD] age, 50.4 [14.4] years; 1,802 [67.57%] female) who did not take GLP-1 No differences were found between the groups in risk of developing AP, needs of parenteral nutrition, systemic or local complications of the pancreas if they develop it. However, lower need of mechanical ventilation was seen in the GLP -1 RAs group (HR, 0.19; 95% CI, 0.06-0.54) if they develop complicated AP. Also, lower all-cause mortality was found in patients with MAFLD who received GLP-1 agonists during the study period (HR, 0.33; 95% CI, 0.23-0.46). Discussion The findings using this multicenter large population-based study suggest that GLP-1 RA use in patients with obesity does not increase the risk for AP and does not increase the risk of complicated pancreatitis if they have an episode. Also, this drug class may decrease mechanical ventilation requirements in those patients, events that are linked

AGA Abstracts