# EXHIBIT 92D

Received: 14 January 2017 | Revised and accepted: 23 February 2017

DOI: 10.1111/dom.12926



EXHIBIT 5
WIT: Fang
DATE: 4-7-46
C. Campbell, RDR CRR CSR #13921

WILEY

**ORIGINAL ARTICLE**

# Safety issues with glucagon-like peptide-1 receptor agonists (pancreatitis, pancreatic cancer and cholelithiasis): Data from randomized controlled trials

Matteo Monami MD, PhD[1] | Besmir Nreu MD[1] | Alessia Scatena MD[2] |
Barbara Cresci MD[1] | Francesco Andreozzi MD[2,3] | Giorgio Sesti MD[2,3] |
Edoardo Mannucci MD[1]

[1]Department of Diabetology, Azienda
Ospedaliero Universitaria Careggi and
University of Florence, Florence, Italy

[2]Diabetology Unit, Osperdale San Donato
Arezzo, Arezzo, Italy

[3]Department of Medical and Surgical
Sciences, University Magna Graecia of
Catanzaro, Catanzaro, Italy

**Correspondence**
Matteo Monami MD, Diabetology, Azienda
Ospedaliero-Universitaria Careggi, Via delle
Oblate 4, 50141 Florence, Italy.
Email: matteo.monami@unifi.it

**Funding information**
This research was performed independently of
any funding, as part of the institutional activity
of the investigators.

**Aim:** Glucagon-like peptide 1 receptor agonists (GLP1-RA) have been associated with an increased risk of pancreatitis and pancreatic cancer. Prior meta-analyses of randomized controlled trials failed to show any significant increase of risk; however, those meta-analyses did not include the recently published cardiovascular outcome trials (CVOT) with GLP1-RA, which provide a substantial additional body of data. The aim of the present meta-analysis is to assess the effect of GLP1-RA on pancreatitis, pancreatic cancers and cholelithiasis.

**Materials and methods:** A Medline search for GLP-1 receptor agonists (exenatide, liraglutide, lixisenatide, albiglutide, dulaglutide or semaglutide) was performed, collecting all randomized clinical trials with a duration >11 weeks, enrolling patients with type 2 diabetes and comparing a GLP-1 receptor agonist with placebo or any other non-GLP-1 receptor agonist drug.

**Results:** Of the 113 trials fulfilling inclusion criteria, 13 did not report information on pancreatitis, whereas 72 reported no events in all treatment groups. The incidence of pancreatitis and pancreatic cancer with GLP1-RA was not significantly different from that observed in comparator arms (MH-OR [95% CI] 0.93 [0.65-1.34], $P = .71$, and 0.94 [0.52-1.70], $P = .84$, respectively), whereas, a significantly increased risk of cholelithiasis (MH-OR [95% CI] 1.30 [1.01-1.68], $P = .041$) was detected.

**Conclusions:** Presently available data confirm the safety of GLP-1 receptor agonists for pancreatitis. Conversely, therapy with those drugs is associated with an increased risk of cholelithiasis, which deserves further investigation.

**KEYWORDS**

meta-analysis, GLP-1 analogue

## 1 | INTRODUCTION

Glucagon-like peptide 1 receptor agonists (GLP1-RA) and dipeptidyl peptidase-4 inhibitors (DPP4i) have been associated with an increased risk of pancreatitis and pancreatic cancer.[1,2] Based on data from experimental studies in animal models,[1,3] it has been speculated that the chronic over-stimulation of GLP1 receptors in exocrine pancreatic cells could induce pancreatitis, ultimately leading to an increased risk of pancreatic cancer. This hypothesis has been supported by pharmacovigilance reports[2,4]; however, such reports may overestimate the actual risk, because of over-reporting of unexpected adverse events with newer therapies. Results of retrospective observational studies on this issue have been discordant, with a few surveys reporting an increased risk,[5] and a greater number of studies showing no association of incretin-based therapies with pancreatitis.[4,6-14] Meta-analyses of observational studies did not highlight any association of either GLP1-RA or DPP4i with pancreatitis.[15-17] The advantage of retrospective observational

This article is protected by copyright and is provided by the University of Wisconsin-Madison under license from John Wiley & Sons. All rights reserved.

studies is that they can collect wide samples of patients in real-life conditions; however, their results are inevitably affected by confounders, which cannot be entirely accounted for in adjusted models. Therefore, data from randomized clinical trials (RCTs), whenever available, should be considered the primary source of information for any relevant aspect of safety. Considering that pancreatitis, although more frequent in patients with type 2 diabetes than in the general population,[18] has a relatively low incidence, no single trial has sufficient statistical power to rule out an increase in pancreatitis risk with GLP1-RA. Prior meta-analyses of RCTs failed to show any significant risk of pancreatitis associated with GLP1-RA[17,19-23]; however, those meta-analyses did not include the recently published cardiovascular outcome trials (CVOT) with GLP1-RA,[24-26] which provide a substantial additional body of data. Interestingly, in one of those CVOTs, treatment with liraglutide was associated with an increased risk of cholelithiasis,[25] which had already been suggested as a possible adverse event related to GLP1-RA therapy.[27]

The aim of the present meta-analysis was assessment of the effect of GLP1-RA treatment on the incidence of pancreatitis, pancreatic cancer and cholelithiasis, collecting all available evidence from randomized controlled trials.

## 2 | MATERIALS AND METHODS

This analysis is part of a larger systematic review, the protocol of which (CRD42015020245) was published on the University of York (Centre for Reviews and Dissemination) website.[28]

### 2.1 | Data sources and searches

A Medline/Embase search for GLP-1 receptor agonists (exenatide, liraglutide, lixisenatide, albiglutide, dulaglutide or semaglutide) was performed, collecting all randomized clinical trials on humans published in English up to November 15, 2016. The identification of relevant abstracts, the selection of studies based on the criteria described below and the subsequent data extraction were performed independently by 2 of the authors (B. N., M. M.) and conflicts were resolved by a third investigator (E. M.). Completed but still unpublished trials were identified through a search of the www.clinicaltrials.gov website, using the same keywords. In addition, for approved drugs, Medical Reviews were retrieved from the Food and Drug Administration (FDA) website,[29] and the Summary of Product Characteristics from the European Medicines Agency (EMA) website,[30] for identification of further unpublished and otherwise undisclosed trials.

### 2.2 | Study selection

A meta-analysis was performed, including all randomized clinical trials with a duration of treatment of at least 12 weeks, enrolling patients with type 2 diabetes, comparing a GLP-1 receptor agonist with placebo or any other non-GLP-1 receptor agonist drug, provided that concurrent treatment was the same for all treatment arms, and that the doses of GLP-1 receptor agonist were among those approved by FDA and/or EMA.

### 2.3 | Data extraction and quality assessment

Results of trials were retrieved from the primary publication and, if needed, from other publications referring to the same trial. When information on published papers was unavailable, data were retrieved (in this hierarchical order) from FDA Medical Reviews, EMA Summaries of Product Characteristics, www.clinicaltrials.gov study results and trial results on manufacturers' company websites. Data retrieval was performed by 2 of the investigators (F. A. and B. C.) and conflicts were resolved by a third investigator (E. M.). Retrieved data included all outcomes reported below, in addition to the main features of each trial (concurrent therapy, principal endpoint, baseline characteristics of enrolled patients (age, BMI, duration of diabetes, HbA1c) and effects of treatment on HbA1c and BMI). For events of pancreatitis, acute pancreatitis only was retrieved from trials with adjudication; for all other trials, all cases of acute or unspecified pancreatitis reported by the investigators as serious adverse events were retrieved. The quality of trials was assessed using the Cochrane Collaboration's Tool for Assessing Risk of Bias in randomized controlled trials; quality was not used as a criterion for the selection of trials, but only for descriptive purposes.

### 2.4 | Data synthesis and analysis

The principal outcome of this analysis was the effect of GLP-1 receptor agonists, compared with placebo or other active drugs, on pancreatitis, pancreatic cancer and cholelithiasis. Heterogeneity (on all-cause mortality) was assessed by using $I^2$ statistics. In order to estimate possible publication/disclosure bias we used funnel plots and the Begg adjusted rank correlation test,[31,32] including published and unpublished, but disclosed, trials. Considering the differences across trials in molecules, treatment schedules, inclusion criteria and length of follow-up, a random-effects model was applied, calculating Mantel-Haenszel odds ratio with 95% Confidence Interval (MH-OR) for all the events defined above, on an intention-to-treat basis. This calculation excludes trials with zero events. In the case of trials with zero events in which the number of patients treated with the active drug is different from that of comparators, this exclusion could lead to a distortion. For this reason, for all principal endpoints, a sensitivity analysis was performed with continuity correction, imputing 1 event for each treatment group in trials with zero events. Subgroup analyses were performed, whenever possible, for all endpoints for different drugs of the class and different classes of comparators. In addition, a post-hoc meta-regression analysis was performed, exploring the moderating effect of mean age, duration of diabetes, HbA1c, fasting glucose and BMI at study entry, as well as reduction of HbA1c and BMI vs comparators. All analyses were performed using Comprehensive Meta-analysis Version 2 (Biostat, Englewood, New Jersey). The meta-analysis was reported following the PRISMA checklist.[33]

## 3 | RESULTS

Out of 1147 and 532 items identified through MEDLINE/Embase and www.clinicaltrials.gov or FDA/EMA websites, respectively, 113 trials were selected, as summarized in Figure S1, Supporting Information. The quality of trials (all with intention-to-treat analysis)

was generally good (Table S1, Supporting Information). The trials fulfilling the inclusion criteria enrolled 33 167 and 26 683 patients in GLP-1 receptor agonist and comparator arms, respectively, with a mean duration of treatment of 41.7 weeks. The main characteristics of the selected trials, and the outcomes of interest in each study, are reported in Table 1 and Table S1, Supporting Information. Search of the www.clinicaltrials.gov website allowed identification of 26 unpublished and undisclosed, although completed, trials (Table S2, Supporting Information).

## 3.1 | Pancreatitis

Of the 113 trials fulfilling inclusion criteria, 13 did not report information on pancreatitis, whereas 72 reported zero events in all treatment groups. The principal analysis was therefore performed on 28 trials, enrolling 17 623 and 15 569 patients in GLP-1 receptor agonist and comparator arms, respectively. The mean duration of diabetes and the BMI of patients included in those 28 trials were 9 years and 31.5 kg/m$^2$, respectively. The number of reported cases of acute or unspecified pancreatitis was 60 for GLP-1 receptor agonists and 55 for comparators.

$I^2$ was <0.001, suggesting no relevant heterogeneity. Funnel plot analysis (Figure S2, Supporting Information) and Kendall's tau (0.15; $P$ = .28) did not suggest any relevant publication bias. The incidence of pancreatitis with GLP-1 receptor was not significantly different from that observed in comparator arms (MH-OR [95% CI] 0.93 [0.65-1.34], was unavailable = .71; Figure S3, Supporting Information). Similar results were obtained in a post-hoc analysis excluding comparisons with DPP4 inhibitors (MH-OR 0.91 [0.63-1.33], $P$ = .64). This result was confirmed in the sensitivity analysis with continuity correction (MH-OR 0.83 [0.63-1.08], $P$ = .16). When trials with different molecules were analysed separately, a statistically significant increase in the incidence of pancreatitis was observed with albiglutide, but not with other molecules of the class (Figure 1). No significant between-group differences were observed in subgroup analyses with different comparators (Figure 2), or in trials with active comparators different from DPP4 inhibitors (MH-OR 1.54 [0.72-3.29], $P$ = .26). A post-hoc subgroup analysis was performed for trials with or without adjudication of events of pancreatitis. MH-OR with 95% CI was 0.87 [0.53-1.44] ($P$ = .60) in the 11 trials with adjudication, and 1.24 [0.61-2.53] ($P$ = .55) in the 17 trials without adjudication of incident cases of acute pancreatitis.

## 3.2 | Pancreatic cancer

Information on pancreatic cancer was not available in 18 trials; 81 trials reported zero events, whereas 15 studies reported at least 1 event. Those 15 studies enrolled 14 866 and 12 849 patients in GLP1-RA and comparator groups, respectively, and the number of reported pancreatic cancers was 24 for GLP-1 receptor agonists and 23 for comparators. MH-OR [95% CI] for pancreatic cancer with GLP1-RA treatment was 0.94 [0.52-1.70], $P$ = .84 (Figure S4, Supporting Information). Similar results were obtained in a post-hoc analysis excluding comparisons with DPP4 inhibitors (MH-OR 0.93 [0.51-1.69], $P$ = .80).

## 3.3 | Cholelithiasis

Information on cholelithiasis was reported in 90 trials, 26 of which had at least 1 event. $I^2$ was <0.001, suggesting no relevant heterogeneity. Kendall's tau (−0.19; $P$ = .16) did not suggest any relevant publication bias. Trials reporting at least 1 event enrolled 17 232 and 14 872 patients in GLP-1 receptor agonist and comparator arms, respectively. The number of reported cases of cholelithiasis was 141 for GLP-1 receptor agonists and 99 for comparators. Treatment with GLP1-RA was associated with a significant increase in incidence of cholelithiasis (MH-OR [95% CI] 1.30 [1.01-1.68], $P$ = .041; Figure 3); this result was confirmed in a post-hoc analysis excluding comparisons with DPP4 inhibitors (MH-OR 1.31 [1.02-1.70], $P$ = .036). Conversely, the difference was no longer statistically significant in the sensitivity analysis with continuity correction (MH-OR [95% CI] 1.15 [0.92-1.43], $P$ = 0.21). In meta-regression analyses, the effect of GLP1-RA on cholelithiasis was not significantly related to any of the moderators considered (age, duration of diabetes, baseline A1c, fasting glucose, BMI and variations of A1c and BMI during treatment; Table S3, Supporting Information).

## 4 | DISCUSSION

Evidence from clinical trials does not support the hypothesis of an increased risk of pancreatitis associated with treatment with GLP1-RA. Overall, available trials are sufficient to exclude an increase of risk greater than 34% of baseline. In addition, no signal of risk is detectable for pancreatic cancer. Conversely, GLP1-RA appears to be associated with an increased risk of cholelithiasis. These results are discordant from those of a previous meta-analysis[21] performed a few years ago, which did not include the most recent molecules of the class (albiglutide, dulaglutide and semaglutide), nor the now available CVOT.[24-26]

Evidence on the effects of treatments coming from randomized trials is usually considered superior to that collected with observational studies, because randomization avoids the risk of confounding bias. On the other hand, randomized trials enrol highly selected individuals who are not representative of all patients with type 2 diabetes in the general population. This can affect detection of some adverse events; patients at higher risk could have a lower chance of being included in trials. For example, in the case of pancreatitis, persons with diabetes and affected by alcohol abuse (which is a well-known risk factor for pancreatitis) are scarcely represented in clinical trials because of their lower adherence to treatments and procedures. If treatment with GLP1-RA increased pancreatitis only in this high-risk population, its effect would be entirely missed by randomized trials. However, in this specific case, the results of randomized trials are concordant with those of observational studies, which, overall, were unable to detect a relevant increase in risk.[15-17]

This meta-analysis explores endpoints (ie, pancreatitis, pancreatic cancer and cholelithiasis) different from those for which the trials were actually designed (ie, HbA1c or cardiovascular events). This is a serious limitation because, without formally established diagnostic criteria, and independent adjudication of cases, misdiagnosis is

MONAMI ET AL.

**TABLE 1**  Description of outcomes considered in the present meta-analysis

| First author (year)[a] | Comparator Drug | Dose GLP-1RA Mg | Trial duration weeks | Number of patients ID | Comp. | Pancreatitis ID | Comp. | Pancreatic cancer ID | Comp. | Cholelitiasis ID | Comp. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Albiglutide** | | | | | | | | | | | |
| Ahrén 2014 (1) | Glimepiride | 50 | 104 | 302 | 307 | 3 | 0 | 0 | 0 | 0 | 0 |
| | Placebo | | | 302 | 101 | 3 | 0 | 0 | 0 | 0 | 1 |
| | Sitagliptin | | | 302 | 302 | 3 | 0 | 0 | 0 | 0 | 1 |
| Rosenstock 2014 (2) | Lispro | 30 | 26 | 285 | 281 | 0 | 0 | 0 | 0 | 0 | 0 |
| Seino 2014 (3) | Placebo | 30 | 16 | 54 | 52 | 0 | 0 | 0 | 0 | 0 | 0 |
| Lepore 2016 (4) | Placebo | 15 to 30 | 12 | 40 | 30 | 0 | 0 | 0 | 0 | 0 | 0 |
| NCT01733758 (5) | Placebo | 30 to 50 | 26 | 310 | 77 | 0 | 0 | 1 | 0 | 0 | 0 |
| Leiter 2014 (6) | Sitagliptin | 30 | 52 | 249 | 246 | 2 | 0 | 0 | 0 | 0 | 0 |
| Reusch 2014 (7) | Placebo | 30 | 156 | 150 | 151 | 0 | 0 | 0 | 0 | 0 | 0 |
| Nauck 2016 (8) | Placebo | 30 to 50 | 52 | 200 | 101 | 0 | 0 | 1 | 0 | 0 | 0 |
| Weissman 2014 (9) | Glargine | 30 | 156 | 504 | 241 | 1 | 0 | 0 | 0 | 1 | 0 |
| Home 2015 (10) | Pioglitazone | 30 to 50 | 156 | 271 | 277 | 1 | 0 | 0 | 1 | 0 | 0 |
| | Placebo | 30 to 50 | 156 | 271 | 115 | 1 | 0 | 0 | 0 | 0 | 0 |
| **Dulaglutide** | | | | | | | | | | | |
| Blonde 2015 (11) | Glargine | 0.75 to 1.5 | 52 | 588 | 296 | 0 | 0 | 0 | 0 | 2 | 0 |
| NCT01648582 (12) | Glargine | 0.75 to 1.5 | 52 | 516 | 254 | 2 | 0 | 0 | 0 | 1 | 0 |
| Miyagawa 2015 (13) | Placebo | 0.75 | 52 | 280 | 70 | 0 | 0 | 0 | 0 | 1 | 0 |
| Araki 2015 (14) | Glargine | 0.75 | 26 | 181 | 180 | 0 | 0 | 0 | 0 | 1 | 0 |
| NCT01064687 (15) | Placebo | 0.75 to 1.5 | 26 | 560 | 141 | 0 | 0 | 1 | 0 | 1 | 0 |
| Giorgino 2015 (16) | Glargine | 0.75 to 1.5 | 78 | 545 | 262 | 2 | 0 | 0 | 0 | 0 | 0 |
| Umpierrez 2014 (17) | Metformin | 0.75 to 1.5 | 52 | 539 | 268 | 0 | 0 | 0 | 0 | 1 | 0 |
| Weinstock 2015 (18) | Sitagliptin | 0.75 to 1.5 | 104 | 606 | 177 | 0 | 2 | 0 | 0 | 0 | 0 |
| NCT01769378 (19) | Placebo | 1.5 | 24 | 240 | 60 | 0 | 0 | 0 | 0 | 0 | 0 |
| NCT01644500 (20) | Glimepiride | 0.75 to 1.5 | 26 | 536 | 271 | 0 | 0 | 0 | 0 | 1 | 0 |
| NCT01001104 (21) | Placebo | 0.75 | 12 | 35 | 37 | 0 | 0 | 0 | 1 | 0 | 0 |
| Grunberger 2012 (22) | Placebo | 1.5 | 12 | 29 | 32 | 0 | 1 | 0 | 0 | 0 | 1 |
| NCT01149421 (23) | Placebo | 0.75 to 1.5 | 26 | 505 | 250 | 0 | 0 | 0 | 0 | 2 | 0 |
| **Exenatide** | | | | | | | | | | | |
| Chaudhuri 2012 (24) | Placebo | 20 | 12 | 12 | 12 | NR | NR | NR | NR | NR | NR |
| Gudipaty 2014 (25) | Glimepiride | 20 | 26 | 17 | 17 | 1 | 0 | 0 | 0 | 0 | 0 |
| | Sitagliptin | 20 | 26 | 17 | 13 | 1 | 0 | 0 | 0 | 0 | 0 |
| Diamant 2014 (26) | Lispro | 20 | 30 | 247 | 263 | 0 | 0 | 1 | 0 | 0 | 0 |
| Bergenstal 2009 (27) | BiAsp | 20 | 24 | 124 | 248 | NR | NR | NR | NR | NR | NR |
| Xu 2015 (28) | Insulin | 10 or 20 | 48 | 142 | 138 | 1 | 0 | 0 | 0 | 0 | 0 |
| | Pioglitazone | | | 142 | 136 | 1 | 0 | 0 | 0 | 0 | 0 |
| Derosa 2010 (29) | Glibenclamide | 20 | 52 | 63 | 65 | 0 | 0 | 0 | 0 | 0 | 0 |
| Derosa 2011 (30) | Glimepiride | 20 | 52 | 52 | 49 | 0 | 0 | 0 | 0 | 0 | 0 |
| Gallwitz 2012 (31) | Glimepiride | 20 | 208 | 490 | 487 | 0 | 0 | 0 | 0 | 2 | 0 |
| DeFronzo 2005 (32) | Placebo | 10 or 20 | 30 | 223 | 113 | NR | NR | NR | NR | NR | NR |
| Buse 2004 (33) | Placebo | 10 or 20 | 30 | 248 | 123 | NR | NR | NR | NR | NR | NR |
| Bunck 2009 (34) | Glargine | 20 | 64 | 36 | 33 | 1 | 0 | 0 | 0 | 0 | 0 |
| Kendall 2005 (35) | Placebo | 10 or 20 | 30 | 486 | 247 | NR | NR | NR | NR | NR | NR |
| Nauck 2007 (36) | BiAsp | 20 | 52 | 253 | 248 | NR | NR | NR | NR | 0 | 0 |
| Moretto 2008 (37) | Placebo | 10 or 20 | 24 | 155 | 77 | NR | NR | NR | NR | NR | NR |
| Heine 2005 (38) | Glargine | 20 | 26 | 282 | 267 | 0 | 1 | 0 | 0 | 1 | 0 |
| Sathyanarayana 2011 (39) | None | 20 | 52 | 12 | 12 | 0 | 0 | 0 | 0 | 0 | 0 |
| Jaiswal 2015 (40) | Glargine | 20 | 78 | 22 | 24 | 0 | 0 | 0 | 0 | 1 | 0 |
| NCT00701935 (41) | Placebo | 20 | 26 | 43 | 37 | 0 | 0 | 0 | 0 | 0 | 0 |

(Continued)

MONAMI ET AL.    WILEY 1237

**TABLE 1** Continued

| First author (year)[a] | Comparator Drug | Dose GLP-1RA Mg | Trial duration weeks | Number of patients | | Pancreatitis | | Pancreatic cancer | | Cholelitiasis | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ID | Comp. | ID | Comp. | ID | Comp. | ID | Comp. |
| Kadowaki 2009 (42) | Placebo | 20 | 12 | 37 | 40 | 0 | 0 | 0 | 0 | 0 | 0 |
| Davis 2007 (43) | Insulin | 10 or 20 | 16 | 33 | 16 | 0 | 0 | 0 | 0 | 0 | 0 |
| Barnett 2007 (44) | Glargine | 20 | 16 | 138 | 138 | 0 | 0 | 0 | 1 | 0 | 0 |
| Gao 2009 (45) | Placebo | 20 | 16 | 234 | 232 | 0 | 0 | 0 | 0 | 0 | 0 |
| Gill 2010 (46) | Placebo | 20 | 12 | 28 | 26 | 0 | 0 | 0 | 0 | 0 | 0 |
| Liutkus 2010 (47) | Placebo | 20 | 26 | 111 | 54 | 0 | 0 | 0 | 0 | 0 | 0 |
| Gallwitz 2011 (48) | Aspart 30/70 | 20 | 26 | 181 | 173 | 0 | 0 | 0 | 0 | 0 | 0 |
| NCT00375492 (49) | Placebo | 20 | 24 | 98 | 98 | 0 | 0 | 0 | 0 | 0 | 0 |
| Davies 2009 (50) | Glargine | 20 | 26 | 118 | 116 | 0 | 0 | 0 | 0 | 0 | 0 |
| Kadowaki 2011 (51) | Placebo | 10 or 20 | 24 | 145 | 36 | 0 | 0 | 0 | 0 | 0 | 0 |
| NCT00667732 (52) | Placebo | 20 | 24 | 17 | 17 | 0 | 0 | 0 | 0 | 0 | 0 |
| Apovian 2010 (53) | Placebo | 20 | 24 | 96 | 98 | 0 | 0 | 0 | 0 | 0 | 0 |
| Gurkan 2014 (54) | Glargine | 20 | 26 | 17 | 17 | NR | NR | NR | NR | NR | NR |
| Wu 2011 (55) | Placebo | 20 | 16 | 12 | 11 | NR | NR | NR | NR | NR | NR |
| Yuan 2012 (56) | Metformin | 20 | 26 | 33 | 26 | 0 | 0 | 0 | 0 | 0 | 0 |
| Liang 2013 (57) | Placebo | 20 | 52 | 34 | 36 | 0 | 0 | 0 | 0 | 0 | 0 |
| Buse 2011 (58) | Placebo | 20 | 30 | 137 | 122 | 0 | 0 | 0 | 0 | 0 | 0 |
| Zinman 2007 (59) | Placebo | 10 or 20 | 16 | 121 | 112 | 0 | 0 | 0 | 0 | 0 | 0 |
| DeFronzo 2010 (60) | None | 20 | 20 | 47 | 45 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Rosiglitazone | | | 45 | 45 | 0 | 0 | 0 | 0 | 0 | 0 |
| Derosa 2013 (61) | Placebo | 20 | 52 | 86 | 85 | NR | NR | NR | NR | NR | NR |
| *Exenatide once-weekly* | | | | | | | | | | | |
| Kim 2007 (62) | Placebo | 2 | 15 | 15 | 14 | 0 | 0 | 0 | 0 | 0 | 0 |
| Bergenstal 2010 (63) | Pioglitazone | 2 | 26 | 160 | 165 | 0 | 2 | 0 | 0 | 0 | 2 |
| | Sitagliptin | | | 160 | 166 | 0 | 0 | 0 | 0 | 0 | 0 |
| Diamant 2012 (64) | Glargine | 2 | 84 | 233 | 223 | 1 | 0 | 0 | 0 | 0 | 1 |
| NCT01652729 (65) | Placebo | 2 | 28 | 181 | 61 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Sitagliptin | | | 181 | 122 | 0 | 0 | 0 | 0 | 0 | 0 |
| Davies 2013 (66) | Detemir | 2 | 26 | 111 | 105 | 0 | 0 | 0 | 0 | 0 | 0 |
| Inagaki 2012 (67) | Glargine | 2 | 52 | 215 | 212 | 0 | 0 | 0 | 0 | 1 | 0 |
| Russell-Jones 2012 (68) | Metformin | 2 | 26 | 248 | 409 | 0 | 0 | 0 | 0 | 0 | 0 |
| *Liraglutide* | | | | | | | | | | | |
| Pratley 2011 (69) | Sitagliptin | 1.2 to 1.8 | 52 | 446 | 219 | 1 | 0 | 1 | 0 | 1 | 0 |
| Mathieu 2014 (70) | Aspart | 0.6 to 1.8 | 28 | 88 | 89 | 0 | 1 | 0 | 0 | 0 | 0 |
| D'Alessio 2015 (71) | Glargine | 0.6 to 1.8 | 24 | 489 | 489 | 1 | 0 | 1 | 1 | 0 | 0 |
| De Wit 2014 (72) | None | 0.6 to 1.8 | 52 | 26 | 24 | 0 | 0 | 0 | 0 | 0 | 0 |
| Lind 2015 (73) | Placebo | 0.6 to 1.8 | 24 | 64 | 60 | 0 | 0 | 0 | 0 | 0 | 0 |
| Marre 2009 (74) | Placebo | 0.6 to 1.8 | 26 | 695 | 114 | 1 | 0 | 0 | 0 | 3 | 1 |
| | Rosiglitazone | | | 695 | 232 | 1 | 0 | 0 | 0 | 3 | 1 |
| Nauck 2009 (75) | Glimepiride | 0.6 to 1.8 | 104 | 724 | 242 | 1 | 1 | 0 | 0 | 0 | 0 |
| | Placebo | | | 724 | 121 | 1 | 0 | 0 | 0 | 0 | 0 |
| Garber 2011 (76) | Glimepiride | 1.2 to 1.8 | 104 | 498 | 248 | 2 | 0 | 0 | 0 | 1 | 0 |
| Zinman 2009 (77) | Placebo | 1.2 to 1.8 | 26 | 355 | 175 | 0 | 0 | 0 | 0 | 0 | 1 |
| Russell-Jones 2009 (78) | Glargine | 1.8 | 26 | 230 | 232 | 0 | 0 | 0 | 0 | NR | NR |
| | Placebo | | | 230 | 114 | 0 | 0 | 0 | 0 | NR | NR |
| Marso 2016 (79) | Placebo | 1.8 | 198 | 4668 | 4672 | 18 | 23 | 13 | 5 | 68 | 50 |
| Davies 2016 (80) | Placebo | 1.8 | 26 | 140 | 139 | 1 | 0 | 0 | 0 | 0 | 0 |
| Forst 2012 (81) | None | 1.8 | 12 | 21 | 19 | NR | NR | NR | NR | NR | NR |
| Seino 2010 (82) | Glibenclamide | 0.9 | 52 | 268 | 132 | 0 | 0 | 0 | 0 | 0 | 1 |

(Continued)

MONAMI ET AL.

**TABLE 1**  Continued

| First author (year)[a] | Comparator Drug | Dose GLP-1RA Mg | Trial duration weeks | Number of patients ID | Number of patients Comp. | Pancreatitis ID | Pancreatitis Comp. | Pancreatic cancer ID | Pancreatic cancer Comp. | Cholelithiasis ID | Cholelithiasis Comp. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kaku 2010 (83) | Placebo | 0.6 | 52 | 88 | 88 | 0 | 0 | 0 | 0 | 0 | 0 |
| NCT00614120 (84) | Glimepiride | 0.6 to 1.8 | 16 | 698 | 231 | 0 | 0 | 0 | 0 | 0 | 0 |
| NCT01617434 (85) | Placebo | 1.8 | 26 | 225 | 225 | 0 | 0 | 0 | 0 | 0 | 0 |
| Bailey 2016 (86) | Sitagliptin | 0.6 to 1.8 | 26 | 202 | 204 | 0 | 0 | 0 | 0 | 0 | 0 |
| Zang 2016 (87) | Sitagliptin | 1.8 | 26 | 183 | 184 | 0 | 0 | 0 | 0 | 0 | 0 |
| Yang 2011 (88) | Glimepiride | 0.6 to 1.8 | 16 | 698 | 231 | 0 | 0 | NR | NR | NR | NR |
| Li 2012 (89) | Insulin | 0.6 | 12 | 42 | 42 | NR | NR | NR | NR | NR | NR |
| Davies 2015 (90) | Placebo | 1.8 | 56 | 211 | 212 | 0 | 0 | 0 | 0 | 0 | 0 |
| Nandy 2014 (91) | Placebo | 1.8 | 12 | 16 | 16 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Glimepiride | | | 16 | 17 | 0 | 0 | 0 | 0 | 0 | 0 |
| Idorn 2016 (92) | Placebo | 1.8 | 12 | 25 | 22 | 0 | 0 | 0 | 0 | 0 | 0 |
| von Scholten 2016 (93) | Placebo | 1.8 | 12 | 32 | 32 | 0 | 0 | 0 | 0 | 0 | 0 |
| Retnakaran 2014 (94) | Placebo | 1.8 | 48 | 26 | 25 | 0 | 0 | 0 | 0 | 0 | 0 |
| Vanderheiden 2016 (95) | Placebo | 1.8 | 26 | 35 | 36 | NR | NR | NR | NR | NR | NR |
| Kumarathurai 2016 (96) | Placebo | 1.8 | 12 | 39 | 39 | 0 | 0 | 0 | 0 | 0 | 0 |
| Charbonnel 2013 (97) | Sitagliptin | 1.2 | 26 | 327 | 326 | 0 | 0 | 0 | 0 | 0 | 0 |
| Smits 2016 (98) | Placebo | 1.8 | 12 | 19 | 17 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Sitagliptin | | | 19 | 19 | 0 | 0 | 0 | 0 | 0 | 0 |
| *Lixisenatide* | | | | | | | | | | | |
| Ratner 2010 (99) | Placebo | 10 or 20 | 13 | 107 | 109 | 0 | 0 | 0 | 0 | NR | NR |
| NCT00976937 (100) | Sitagliptin | 20 | 24 | 158 | 161 | 0 | 0 | 0 | 0 | 0 | 1 |
| Pfeffer 2015 (101) | Placebo | 20 | 108 | 3034 | 3034 | 5 | 8 | 3 | 9 | 14 | 7 |
| Bolli 2014 (102) | Placebo | 20 | 24 | 322 | 160 | 0 | 0 | NR | NR | NR | NR |
| Seino 2012 (103) | Placebo | 20 | 24 | 154 | 157 | 0 | 0 | NR | NR | NR | NR |
| Riddle 2013 (104) | Placebo | 20 | 24 | 328 | 167 | 0 | 1 | 0 | 0 | 0 | 0 |
| Yu Pan 2014 (105) | Placebo | 20 | 24 | 196 | 194 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ahrén 2013 (106) | Placebo | 20 | 24 | 510 | 170 | 0 | 0 | NR | NR | NR | NR |
| Fonseca 2012 (107) | Placebo | 20 | 12 | 239 | 122 | 0 | 0 | 0 | 0 | NR | NR |
| NCT01798706 (108) | Placebo | 20 | 24 | 176 | 174 | 0 | 1 | 0 | 0 | 0 | 0 |
| Pinget 2013 (109) | Placebo | 20 | 24 | 323 | 161 | 0 | 0 | 0 | 0 | 0 | 0 |
| Riddle 2013 (110) | Placebo | 20 | 24 | 223 | 223 | 1 | 0 | 1 | 0 | 0 | 0 |
| Rosenstock 2014 (111) | Placebo | 20 | 24 | 574 | 285 | 5 | 2 | NR | NR | NR | NR |
| Rosenstock 2016 (112) | Glargine | 20 | 30 | 234 | 467 | 0 | 0 | 0 | 1 | 0 | 0 |
| *Semaglutide* | | | | | | | | | | | |
| Marso 2016 (113) | Placebo | 0.5 to 1.0 | 109 | 1,648 | 1,649 | 9 | 12 | 1 | 4 | 38 | 31 |

Abbreviations: Comp., comparator; GLP-1RA, glucagon-like peptide-1 receptor agonists; ID, investigational drug (GLP-1RA); NR, not reported.
[a]See supplementary materials for references.

possible. Interestingly, when a subgroup analysis was performed, including only trials with formal adjudication of cases of acute pancreatitis, GLP1-RA confirmed their safety, with an upper confidence limit of 1.44.

On the other hand, an incorrect classification of cases could have interfered with the results on cholelithiasis, which were not formally adjudicated in any trial. Notably, a screening for a pre-existing gallbladder stone disease is not usually required prior to enrolling patients in a trial with a GLP1-RA; gastrointestinal side effects of those drugs (particularly nausea and vomiting) could induce the prescription of diagnostic procedures, leading to the identification of pre-existing, but previously unknown, cases of cholelithiasis. It should be considered that obesity *per se* is a risk factor for gallstones,[34] and that a majority of patients enrolled in trials with GLP1-RA are affected by obesity. GLP1-RA induces a relevant weight loss,[35] which could contribute to the pathogenesis of cholelithiasis.[36] In the present analysis, a post-hoc meta-regression failed to detect any correlation between GLP1-RA-induced weight loss and risk of cholelithiasis. This result should be interpreted with caution, because of the relatively small sample size and the risk of ecological fallacy. However, it is also possible that the chronic over-stimulation of GLP1 receptors leads to cholelithiasis, either by altering bile composition[37] or by




| | N trials | MH-OR, 95% CI | p |
|---|---|---|---|
| Overall | 25 | 0.93 | [0.65; 1.34] 0.71 |
| Albiglutide | 4 | 5.01 | [1.06; 28.61] 0.040 |
| Dulaglutide | 4 | 0.60 | [0.10; 3.57] 0.57 |
| Exenatide b.i.d. | 4 | 2.30 | [0.46; 11.52] 0.31 |
| Exenatide OW | 2 | 1.03 | [0.11; 9.39] 0.98 |
| Liraglutide | 8 | 0.87 | [0.51; 1,51] 0.63 |
| Semaglutide | 1 | 0.75 | [0.31; 1.78] 0.51 |
| Lixisenatide | 5 | 0.72 | [0.32; 1.66] 0.45 |

Favours GLP-1RA    Favours comparators

**FIGURE 1**  MH-OR with 95% CI for pancreatitis with different GLP-1 receptor agonists

| | N trials | MH-OR, 95% CI | p |
|---|---|---|---|
| Placebo | 13 | 0.78 | [0.52; 1.17] 0.23 |
| Insulin | 9 | 1.61 | [0.56; 4.62] 0.38 |
| Sulfonylureas | 4 | 1.91 | [0.43; 8.57] 0.40 |
| Glitazones | 4 | 1.11 | [0.23; 5.39] 0.90 |
| DPP-4 inhibitors | 5 | 1.49 | [0.27; 8.33] 0.65 |

Favours GLP-1RA    Favours comparators

**FIGURE 2**  MH-OR with 95% CI for pancreatitis for GLP-1 receptor agonists vs placebo or other active comparators



| Study name | MH odds ratio | Lower limit | Upper limit | Z-Value | p-Value | | Relative weight | GLP-1 RA Events | GLP-1 RA Patients | Comparator Events | Comparator Patients |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Seino 2010 | 0,16 | 0,01 | 4,03 | -1,11 | 0,268 | | 0,63 | 0 | 268 | 1 | 132 |
| Zinman 2009 | 0,16 | 0,01 | 4,04 | -1,11 | 0,268 | | 0,63 | 0 | 355 | 1 | 175 |
| Diamant 2012 | 0,32 | 0,01 | 7,84 | -0,70 | 0,483 | | 0,63 | 0 | 233 | 1 | 223 |
| NCT00976937 | 0,34 | 0,01 | 8,35 | -0,66 | 0,507 | | 0,63 | 0 | 158 | 1 | 161 |
| Grunberger 2012 | 0,36 | 0,01 | 9,09 | -0,62 | 0,532 | | 0,62 | 0 | 29 | 1 | 32 |
| Bergenstal 2010 | 0,41 | 0,02 | 8,60 | -0,57 | 0,566 | | 0,70 | 0 | 160 | 2 | 381 |
| Ahrén 2014 | 0,47 | 0,02 | 9,79 | -0,49 | 0,625 | | 0,70 | 0 | 302 | 2 | 710 |
| Marre 2009 | 0,75 | 0,12 | 4,48 | -0,32 | 0,748 | | 2,01 | 3 | 695 | 2 | 346 |
| Miyagawa 2015 | 0,76 | 0,03 | 18,77 | -0,17 | 0,865 | | 0,63 | 1 | 280 | 0 | 70 |
| NCT01064687 | 0,76 | 0,03 | 18,72 | -0,17 | 0,866 | | 0,63 | 1 | 280 | 0 | 70 |
| Marso 2016 (SUSTAIN-6) | 1,23 | 0,76 | 1,99 | 0,85 | 0,394 | | 28,13 | 38 | 1,648 | 31 | 1,649 |
| Marso 2016 (LEADER) | 1,37 | 0,95 | 1,97 | 1,67 | 0,096 | | 47,88 | 68 | 4,668 | 50 | 4,672 |
| Weissman 2014 | 1,44 | 0,06 | 35,45 | 0,22 | 0,824 | | 0,63 | 1 | 504 | 0 | 241 |
| Pratley 2011 | 1,48 | 0,06 | 36,43 | 0,24 | 0,811 | | 0,63 | 1 | 446 | 0 | 219 |
| NCT01648582 | 1,48 | 0,06 | 36,49 | 0,24 | 0,810 | | 0,63 | 1 | 516 | 0 | 254 |
| Umpierrez 2014 | 1,50 | 0,06 | 36,84 | 0,25 | 0,805 | | 0,63 | 1 | 539 | 0 | 268 |
| Garber 2011 | 1,50 | 0,06 | 36,92 | 0,25 | 0,805 | | 0,63 | 1 | 498 | 0 | 248 |
| NCT01644500 | 1,52 | 0,06 | 37,46 | 0,26 | 0,798 | | 0,63 | 1 | 336 | 0 | 271 |
| Pfeffer 2015 (ELIXA) | 2,00 | 0,81 | 4,97 | 1,50 | 0,134 | | 7,83 | 14 | 3,034 | 7 | 3,034 |
| NCT01149421 | 2,49 | 0,12 | 52,01 | 0,59 | 0,557 | | 0,70 | 2 | 505 | 0 | 250 |
| Blonde 2015 | 2,53 | 0,12 | 52,82 | 0,60 | 0,550 | | 0,70 | 2 | 588 | 0 | 296 |
| Heine 2005 | 2,85 | 0,12 | 70,29 | 0,64 | 0,522 | | 0,63 | 1 | 282 | 0 | 267 |
| Inagaki 2012 | 2,97 | 0,12 | 73,37 | 0,67 | 0,506 | | 0,63 | 1 | 215 | 0 | 212 |
| Araki 2015 | 3,00 | 0,12 | 74,13 | 0,67 | 0,502 | | 0,63 | 1 | 181 | 0 | 180 |
| Jaiswal 2015 | 3,42 | 0,13 | 88,40 | 0,74 | 0,459 | | 0,61 | 1 | 22 | 0 | 24 |
| Gallwitz 2012 | 4,99 | 0,24 | 104,20 | 1,04 | 0,300 | | 0,70 | 2 | 490 | 0 | 487 |
| Overall MH-OR | 1,30 | 1,01 | 1,68 | 2,05 | 0,041 | | 100,00 | 141 | 17,232 | 99 | 14,872 |

Favours GLP1-RA    Favours Comparators

$I^2 < 0.001$; Kendall's tau: -0.19; p=0.16

**FIGURE 3**  MH-OR with 95% CI for cholelitiasis in all trials included in the meta-analysis

biliary motility.[38] Notably, results of the present meta-analysis on incident cholelithiasis are concordant with those of a large-scale retrospective observational study.[39] In addition, a relevant increase in the risk of cholelithiasis is observed also with some forms of bariatric surgery,[40] which also increase endogenous GLP-1 secretion[41]; in that case, however, a massive and rapid weight loss could have contributed to the increase of risk. The possibility of a direct effect of GLP1 receptor stimulation on the development of cholelithiasis or cholecystitis deserves to be explored through specifically designed studies.

The small number of cases and the relatively short duration of trials prevent any reasonable conclusion on pancreatic cancer, although no signal of risk was detected. Theoretically, a greater number of trials with a much larger sample size and a considerably longer duration of treatment would be needed for a reliable assessment of pancreatic cancer risk. Since such a massive amount of data is unlikely to be collected in randomized trials, observational studies could be a better source of information in this context. The small sample size suggests caution also in the interpretation of subgroup analyses on pancreatitis, that is, those on individual GLP1-RA, and those of trials with different comparators. Although the present results seem to suggest a difference across GLP1-RA with respect to the risk of pancreatitis, this aspect should be further investigated, either with larger-scale trials or with specifically designed mechanistic studies.

In conclusion, evidence from available randomized clinical trials does not suggest any relevant increase in the risk of pancreatitis during treatment with GLP1-RA. Conversely, therapy with those drugs is associated with an increased risk of cholelithiasis, which does not appear to be fully explained by weight loss, and which deserves further investigation.

## ACKNOWLEDGEMENTS

Informed consent was not necessary because no experimentation with human subjects was performed.

## Conflict of interest

M. M. has received speaking fees from Bristol Myers Squibb, Eli-Lilly, Merck, Novonordisk, and Takeda, and research grants from Bristol Myers Squibb. N. B., A. S., B. C., F. A. have no conflicts of interest. G. S. has received consultancy fees from Servier, Intarcia, Novo Nordisk, Janssen, Boehringer Ingelheim, Eli Lilly, Astra Zeneca, MSD Italy, Sanofi, Pfizer and Abbott, and speaking fees from Novo Nordisk, MSD Italy, Boehringer Ingelheim, Eli Lilly, Janssen, Astra Zeneca, Theras Lifetech and Takeda. E. M. has received consultancy fees from Merck and Novartis, speaking fees from Astra Zeneca, Bristol Myers Squibb, Merck and Novartis, and research grants from Merck, Novartis and Takeda.

## Author contributions

M. M. was involved in design, data collection, analysis and writing the manuscript. B. N., A. S. and B. C. were involved in data collection and manuscript revision. G. S. was involved in design and reviewing the manuscript. E. M. was involved in design, data collection, analysis and writing the manuscript. All authors approved the final version of this manuscript.

## REFERENCES

1. Butler PC, Elashoff M, Elashoff R, Gale EA. A critical analysis of the clinical use of incretin-based therapies: are the GLP-1 therapies safe? *Diabetes Care.* 2013;36:2118-2125.
2. Elashoff M, Matveyenko AV, Gier B, Elashoff R, Butler PC. Pancreatitis, pancreatic, and thyroid cancer with glucagon-like peptide-1-based therapies. *Gastroenterology.* 2011;141:150-156.
3. Gier B, Matveyenko AV, Kirakossian D, Dawson D, Dry SM, Butler PC. Chronic GLP-1 receptor activation by exendin-4 induces expansion of pancreatic duct glands in rats and accelerates formation of dysplastic lesions and chronic pancreatitis in the Kras(G12D) mouse model. *Diabetes.* 2012;61:1250-1262.
4. Faillie JL, Azoulay L, Patenaude V, Hillaire-Buys D, Suissa S. Incretin based drugs and risk of acute pancreatitis in patients with type 2 diabetes: cohort study. *BMJ.* 2014;348:g2780.
5. Singh S, Chang HY, Richards TM, Weiner JP, Clark JM, Segal JB. Glucagonlike peptide 1-based therapies and risk of hospitalization for acute pancreatitis in type 2 diabetes mellitus: a population-based matched case-control study. *JAMA Intern Med.* 2013;173:534-539.
6. Thomsen RW, Pedersen L, Møller N, Kahlert J, Beck-Nielsen H, Sørensen HT. Incretin-based therapy and risk of acute pancreatitis: a nationwide population-based case-control study. *Diabetes Care.* 2015;38:1089-1098.
7. Montilla S, Marchesini G, Sammarco A, et al; AIFA Anti-diabetics Monitoring Group. Drug utilization, safety, and effectiveness of exenatide, sitagliptin, and vildagliptin for type 2 diabetes in the real world: data from the Italian AIFA Anti-diabetics Monitoring Registry. *Nutr Metab Cardiovasc Dis.* 2014;24:1346-1353.
8. Li X, Zhang Z, Duke J. Glucagon-like peptide 1-based therapies and risk of pancreatitis: a self-controlled case series analysis. *Pharmacoepidemiol Drug Saf.* 2014;23:234-239.
9. Wenten M, Gaebler JA, Hussein M, et al. Relative risk of acute pancreatitis in initiators of exenatide twice daily compared with other anti-diabetic medication: a follow-up study. *Diabet Med.* 2012;29:1412-1418.
10. Romley JA, Goldman DP, Solomon M, McFadden D, Peters AL. Exenatide therapy and the risk of pancreatitis and pancreatic cancer in a privately insured population. *Diabetes Technol Ther.* 2012;14:904-911.
11. Garg R, Chen W, Pendergrass M. Acute pancreatitis in type 2 diabetes treated with exenatide or sitagliptin: a retrospective observational pharmacy claims analysis. *Diabetes Care.* 2010;33:2349-2354.
12. Dore DD, Seeger JD, Arnold Chan K. Use of a claims-based active drug safety surveillance system to assess the risk of acute pancreatitis with exenatide or sitagliptin compared to metformin or glyburide. *Curr Med Res Opin.* 2009;25:1019-1027.
13. Giorda CB, Picariello R, Nada E, et al. Incretin therapies and risk of hospital admission for acute pancreatitis in an unselected population of European patients with type 2 diabetes: a case-control study. *Lancet Diabetes Endocrinol.* 2014;2:111-115.
14. Funch D, Gydesen H, Tornøe K, Major-Pedersen A, Chan KA. A prospective, claims-based assessment of the risk of pancreatitis and pancreatic cancer with liraglutide compared to other antidiabetic drugs. *Diabetes Obes Metab.* 2014;16:273-275.
15. Giorda CB, Sacerdote C, Nada E, Marafetti L, Baldi I, Gnavi R. Incretin-based therapies and acute pancreatitis risk: a systematic review and meta-analysis of observational studies. *Endocrine.* 2015;48:461-471.
16. Wang T, Wang F, Gou Z, et al. Using real-world data to evaluate the association of incretin-based therapies with risk of acute pancreatitis: a meta-analysis of 1,324,515 patients from observational studies. *Diabetes Obes Metab.* 2015;17:32-41.
17. Li L, Shen J, Bala MM, et al. Incretin treatment and risk of pancreatitis in patients with type 2 diabetes mellitus: systematic review and meta-analysis of randomised and non-randomised studies. *BMJ.* 2014;348:g2366.

18. Méndez-Bailón M, de Miguel Yanes JM, Jiménez-García R, Hernández-Barrera V, Pérez-Farinós N, López-de-Andrés A. National trends in incidence and outcomes of acute pancreatitis among type 2 diabetics and non-diabetics in Spain (2001-2011). *Pancreatology*. 2015;15:64-70.

19. Peng H, Want LL, Aroda VR. Safety and tolerability of glucagon-like peptide-1 receptor agonists utilizing data from the exenatide clinical trial development program. *Curr Diab Rep*. 2016;16:44.

20. Jensen TM, Saha K, Steinberg WM. Is there a link between liraglutide and pancreatitis? A post hoc review of pooled and patient-level data from completed liraglutide type 2 diabetes clinical trials. *Diabetes Care*. 2015;38:1058-1066.

21. Meier JJ, Nauck MA. Risk of pancreatitis in patients treated with incretin-based therapies. *Diabetologia*. 2014;57:1320-1324.

22. Monami M, Dicembrini I, Nardini C, Fiordelli I, Mannucci E. Glucagon-like peptide-1 receptor agonists and pancreatitis: a meta-analysis of randomized clinical trials. *Diabetes Res Clin Pract*. 2014;103:269-275.

23. Alves C, Batel-Marques F, Macedo AF. A meta-analysis of serious adverse events reported with exenatide and liraglutide: acute pancreatitis and cancer. *Diabetes Res Clin Pract*. 2012;98:271-284.

24. Pfeffer MA, Claggett B, Diaz R, et al; ELIXA Investigators. Lixisenatide in patients with type 2 diabetes and acute coronary syndrome. *N Engl J Med*. 2015;373:2247-2257.

25. Marso SP, Daniels GH, Brown-Frandsen K, et al; LEADER Steering Committee; LEADER Trial Investigators. Liraglutide and cardiovascular outcomes in type 2 diabetes. *N Engl J Med*. 2016;375:311-322.

26. Marso SP, Bain SC, Consoli A, et al; SUSTAIN-6 Investigators. Semaglutide and cardiovascular outcomes in patients with type 2 diabetes. *N Engl J Med*. 2016;375:1834-1844.

27. Korkmaz H, Araz M, Alkan S, Akarsu E. Liraglutide-related cholelithiasis. *Aging Clin Exp Res*. 2015;2:751-753.

28. http://www.crd.york.ac.uk/PROSPERO/display_record.asp?ID=CRD42015020245. Accessed November 3, 2016.

29. U.S. Food & Drug Administration. http://www.fda.gov. Accessed November 3, 2016.

30. European Medicines Agency. http://www.ema.europa.eu/ema/. Accessed November 3, 2016.

31. Begg CB, Mazumdar M. Operating characteristics of a rank correlation test for publication bias. *Biometrics*. 1994;50:1088-1101.

32. Egger M, Davey SG, Schneider M, Minder C. Bias in meta-analysis detected by a simple, graphical test. *BMJ*. 1997;315:629-634.

33. Moher D, Liberati A, Tetzlaff J, Altman DG. Preferred reporting items for systematic reviews and meta-analyses: the PRISMA statement. *Ann Intern Med*. 2009;151:264-269.

34. Aune D, Norat T, Vatten LJ. Body mass index, abdominal fatness and the risk of gallbladder disease. *Eur J Epidemiol*. 2015;30:1009-1019.

35. Monami M, Dicembrini I, Marchionni N, Rotella CM, Mannucci E. Effects of glucagon-like peptide-1 receptor agonists on body weight: a meta-analysis. *Exp Diabetes Res*. 2012; [Epub-ahead of print].

36. Manatsathit W, Leelasincharoen P, Al-Hamid H, Szpunar S, Hawasli A. The incidence of cholelithiasis after sleeve gastrectomy and its association with weight loss: a two-centre retrospective cohort study. *Int J Surg*. 2016;30:13-18.

37. Smits MM, Tonneijck L, Muskiet MH, et al. Biliary effects of liraglutide and sitagliptin, a 12-week randomized placebo-controlled trial in type 2 diabetes patients. *Diabetes Obes Metab*. 2016;18:1217-1225.

38. Keller J, Trautmann ME, Haber H, et al. Effect of exenatide on cholecystokinin-induced gallbladder emptying in fasting healthy subjects. *Regul Pept*. 2012;179:77-83.

39. Faillie JL, Yu OH, Yin H, Hillaire-Buys D, Barkun A, Azoulay L. Association of bile duct and gallbladder diseases with the use of incretin-based drugs in patients with type 2 diabetes mellitus. *JAMA Intern Med*. 2016;176:1474-1481.

40. Desbeaux A, Hec F, Andrieux S, et al. Risk of biliary complications in bariatric surgery. *J Visc Surg*. 2010;147:e217-e220.

41. Yu EW, Wewalka M, Ding SA, et al. Effects of gastric bypass and gastric banding on bone remodeling in obese patients with type 2 diabetes. *J Clin Endocrinol Metab*. 2016;101:714-722.

## SUPPORTING INFORMATION

Additional Supporting Information may be found online in the supporting information tab for this article.

**How to cite this article:** Monami M, Nreu B, Scatena A, et al. Safety issues with glucagon-like peptide-1 receptor agonists (pancreatitis, pancreatic cancer and cholelithiasis): Data from randomized controlled trials. *Diabetes Obes Metab*. 2017;19:1233–1241. https://doi.org/10.1111/dom.12926