# EXHIBIT 93D

**Table 1.** Pooled outcomes for endoscopic stricturotomy and endoscopic stent placement for treatment of strictures in Inflammatory bowel disease

| Outcomes | Pooled proportions (95% confidence interval); I2% | |
| --- | --- | --- |
| | Endoscopic Stricturotomy (ESt) | Endoscopic stent placement (ESP) |
| Technical success | 95.7 % [CI 92.7 - 97.5%; I2 = 0%] | 93% [CI, 87.3 - 96.3; I2 = 0%] |
| Therapeutic success | 67.4% [CI 49.9 - 81.1%; I2 = 72.7%] | 60.9% [CI, 51.6 - 69.5; I2 = 13%] |
| Repeat intervention required | 39.9% [CI 11.6 -75.8%; I2 = 91.8%] | 9.6%  [CI 5.3 - 16.7; I2 = 0%] |
| Adverse events | 5.5% [CI 4.2 - 7.2%; I2 =0%] | 15.7% [CI 8.5 - 27.4%; I2 = 0%] |

### S1464

**GLP-1 Agonists are Associated With Lower Rates of IBD-Related Complications in Patients With Elevated BMI Compared to Bariatric Surgery: A Nationwide Cohort Analysis**

M Housam Nanah, MD[1]*, Robana Nanah, MD[2], Rama Nanah, MD[1], Rashid Abdel-Razeq, MD[1], Gauri Pikale, MD[3], Abdullah Hafeez, MD[4], Miguel D Regueiro, MD[1].
[1]Cleveland Clinic, Cleveland, OH; [2]University of Aleppo, Cleveland, OH; [3]Chicago Medical School at Rosalind Franklin University of Medicine and Science, Chicago, IL; [4]Landmark Medical Center, Cumberland, RI.

**Introduction:** The prevalence of obesity is rising worldwide with a parallel rise in inflammatory bowel disease (IBD). Studies on the impact of obesity on IBD are conflicting, but some suggest increased adverse events in IBD population with obesity with suggested improved outcomes in obese IBD patients undergoing bariatric surgery. Glucagon-like peptide (GLP-1) agonists are rapidly emerging as a less invasive alternative to bariatric surgery for the management of obesity with recent studies showing improved IBD outcomes with the use of GLP-1 agonists. However, GLP-1 agonists were never directly compared to bariatric surgery in obese IBD patients.
**Methods:** This is a retrospective cohort analysis using TrinetX, a database pulling from 80 healthcare organizations across the United States. Adult patients with IBD were identified using ICD-10 codes. Cohort was divided into patients with GLP-1 agonists prescription (dulaglutide, semaglutide, liraglutide, lixisenatide, exenatide or tirzepatide) who never underwent bariatric surgery and patients who underwent bariatric surgery but never received GLP-1 agonists. Cohorts were propensity score matched using demographics, comorbidities and IBD medications.
**Results:** A total of 189,703 obese IBD patient were found. Of which, around 15,000 patients got GLP-1 vs 1,240 underwent bariatric surgery. GLP-1 group were older at index (55 vs 47) year-old respectively. GLP-1 patients had higher rates of co-morbidities including diabetes (60% vs 28%), chronic kidney disease (14% vs 6%), cerebrovascular accident (10% vs 5%) and ischemic heart disease (22% vs 12%) but lower mood disorder (40% vs 50%) and anxiety rates (38% vs 40%) respectively compared to the bariatric group. GLP-1 agonists group also had higher rates of IBD related medications including steroids (71% vs 56%) and mesalamine (20% vs 14%) respectively. After propensity score matching, GLP-1 patients had significantly lower odds of emergency visits/hospitalization (OR 0.5), fistulas (OR 0.26), intestinal obstruction (OR 0.32), deep venous thrombosis (OR 0.54), pulmonary embolism (0.45), C-diff infection (0.5) and mortality (OR 0.31) but higher need for biologics (OR 1.42) despite having higher BMI mean compared to bariatric surgery group (36.4 vs 33.6).
**Conclusion:** Obese IBD patients on GLP-1 agonists had higher rates of comorbidities but less IBD related complications compared to patients who received bariatric surgery despite higher mean BMI (see Table 1).

**Table 1.** Baseline comparison (demographics, comorbidities and medications)

| | Before matching | | After matching | |
| --- | --- | --- | --- | --- |
| | Obese IBD on GLP-1 agonist | Obese IBD bariatric surgery | Obese IBD on GLP-1 agonist | Obese IBD bariatric surgery |
| Number | 15,087 | 1,243 | 1,207 | 1,207 |
| Age at index | 55.8 +/- 12.7 | 47+/- 12 | 47.7+/- 12.5 | 47.1+/-11.9 |
| Female | 61% | 78% | 80.9% | 87.6% |
| Race | | | | |
| White | 71.6% | 72.5% | 74.8% | 72.6% |
| Black | 12.1% | 10.8% | 10.5% | 10.9% |
| Hispanic | 5.8% | 6.6% | 5.8% | 6.5% |
| Asian | 1.2% | 0.8% | 0.8% | 0.8% |
| Other | 2.5% | 2.2% | 2.4% | 2.1% |
| Comorbidities | | | | |
| DM II | 60.7% | 28.8% | 29.4% | 28.9% |
| CKD | 14.4% | 6.0% | 4.6% | 6.1% |
| Cerebrovascular disease | 10.1% | 5.1% | 4.2% | 5.1% |
| Ischemic heart disease | 22.1% | 12.3% | 11.0% | 12.4% |
| End stage renal disease | 1.7% | 1.1% | 0.8% | 1.1% |
| Alcohol use disorder | 3.9% | 3.6% | 2.7% | 3.6% |
| Nicotine dependence | 16% | 15.7% | 13.7% | 15.8% |
| Anxiety | 38.3% | 40.8% | 38.1% | 40.8% |
| Mood disorder | 40.6% | 50% | 50.2% | 49.7% |
| Medications | | | | |
| Steroids | 71.9% | 56% | 56.1% | 56.4% |
| Mesalamine | 20.6% | 14.4% | 12.7% | 14.5% |
| Azathioprine | 5.8% | 3.7% | 3.3% | 3.7% |
| Mercaptopurine | 2.2% | 1.6% | 1.4% | 1.6% |
| Methotrexate | 4.2% | 2.8% | 2.4% | 2.8% |

**Outcomes after propensity score matching**

| | Obese IBD patients on GLP-1 agonist | Obese IBD patients after bariatric surgery | OR/CI | P |
| --- | --- | --- | --- | --- |
| Mean BMI after intervention | 36.45 | 33.6 | | < 0.0001 |
| ED or hospitalization | 26.7% | | 0.50 (0.4-0.64) | < 0.0001 |
| Mortality | 2.1% | 6.6% | 0.31 (0.19-0.48) | < 0.0001 |
| Total or partial colectomy | 0.83% | 0.92% | 0.9 (0.3-2.1) | 0.8190 |

Copyright © 2024 by The American College of Gastroenterology. Unauthorized reproduction of this article is prohibited.

**Table 1.** (*continued*)

Outcomes after propensity score matching

| | Obese IBD patients on GLP-1 agonist | Obese IBD patients after bariatric surgery | OR/CI | P |
|---|---|---|---|---|
| Fistula | 0.85% | 3.0% | 0.26 (0.13-0.54) | < 0.0001 |
| Intestinal obstruction | 4.0% | 11.4% | 0.32 (0.23-0.45) | < 0.0001 |
| DVT | 2.9% | 5.2% | 0.54 (0.35-0.83) | 0.0045 |
| PE | 1.5% | 3.2% | 0.45 (0.26-0.80) | 0.0058 |
| C.Diff infection | 8.3% | 15.4% | 0.5 (0.38-0.64) | < 0.0001 |
| Need for Steroids | 46.2% | 45.1% | 1.04 (0.78-1.39) | 0.7675 |
| Need for biologics. | 14.2% | 10.4% | 1.42 (1.11-1.82) | 0.0044 |

**S1465**

### Outcomes of Needle Knife Stricturotomy (NKSt) and NKSt With Balloon Dilation (NKSt-BD) in Patients With IBD Strictures: A Single Center Experience

*Ammad Javaid. Chaudhary, MD[1]\*, Muhammad Z. Khan, MD[1], Ali Jaan, MD[2], Abdullah Sohail, MD[3], Diana Jomaa, MD[1], Muhammad Shahzil, MD[4], Ahila Manivannan, MD[1], Hamza Asif, MD[5], Abdulmalik Saleem, MD[1], Muhammad Saad Faisal, MD[1], Taher Jamali, MD[6], Muhammad Salman Faisal, MD[1], Jason Schairer, MD[1].*
*[1]Henry Ford Health, Detroit, MI; [2]Rochester General Hospital, Rochester, NY; [3]University of Iowa Hospitals & Clinics, Iowa City, IA; [4]Penn State Health Milton S. Hershey Medical Center, Hershey, PA; [5]Khyber Teaching Hospital, Peshawar, North-West Frontier, Pakistan; [6]Henry Ford Hospital, Detroit, MI.*

**Introduction:** In recent years, endoscopic balloon dilatation (BD), and needle knife stricturotomy have emerged as safe and effective options for managing strictures associated with inflammatory bowel disease (IBD). These bowel sparing techniques, individually, have gained popularity and served as an alternative to surgical interventions. In this study, we delve into our tertiary care center's experience with using these techniques simultaneously, to treat IBD related strictures.

**Methods:** A retrospective chart review was performed on patients with Crohn's disease that underwent NKSt alone and NSKt with BD at our tertiary care center between 2018 to 2023. Retrospective demographic, clinical, and procedure-specific information was extracted from the electronic medical record. Patients with strictures related to a disease other than IBD were excluded from the study. All analyses were performed using SAS 9.4 (SAS Institute Inc., Cary, NC).

**Results:** In this study involving 50 patients with IBD related fibrotic strictures, 39 (78%) patients underwent NKSt intervention, while 11 (22%) underwent simultaneous NKSt with balloon dilation (NKSt-BD). Patients who underwent NKSt-BD were younger (43.0 ± 10.9 vs 51.2 ± 15.8) and predominantly male (72.7%). (Table 1) NKSt alone was the most common intervention in IBD patients with anastomotic strictures (61.5%) while NKSt-BD was used in 6 patients with anastomotic strictures and 5 patients with non-anastomotic strictures. NKSt-BD was used mostly for longer strictures (2.7± 1.3 cm) and NKSt without BD was used for relatively shorter strictures (1.2 ± 1 cm). Bleeding was the most common peri-procedural complication (7.7%) followed by abdominal pain (2.5%) in NKSt group. No complications were observed in the NKSt-BD group. Only 4 patients in the NKSt group developed complications within 10 days of procedure. (Table 1) Symptoms recurred in 9 (23%) patients in NKSt group and 2 (18.1%) patients who underwent NKSt-BD. 15 (38.4%) patients in NKSt group and 7 (63.6%) patients in NKSt-BD had to undergo repeat endoscopy; 1 patient in the NKSt group underwent surgery.

**Conclusion:** Our study demonstrates the clinical and technical success of using NSKt in conjunction with BD compared to NSKt alone. The NSKt-BD group was effective and safer in longer fibrotic strictures, however statistical significance was not achieved likely due to the sample size. More multi-centre studies with larger population size need to be conducted to improve generalizability (see Figure 1).

Table 1. Basic demographic and Clinical Characteristics of IBD Patients who underwent Needle knife stricturotomy vs Needle knife stricturotomy with simultaneous balloon dilation.

| Variables | Subgroup | Type of Intervention | | p-value |
|---|---|---|---|---|
| | | NKSt N=39 | NKSt + Balloon Dilation N=11 | |
| Age in Years | Mean and SD | 51.2 ± 15.8 | 43.0 ± 10.9 | .11 |
| Gender | M | 16 (41.0) | 8 (72.7) | .06 |
| | F | 23 (58.9) | 3 (27.2) | |
| BMI in Kg/m2 | Mean and SD | 26 ± 4.9 | 25.5 ± 4.6 | .78 |
| Current treatment n (%) | Adalimumab | 7 (17.9) | 0 | .001 |
| | Infliximab | 4 (10.2) | 3 (27.2) | |
| | Risankizumab | 5 (12.8) | 5 (45.4) | |
| | Romosozumab | 1 (2.5) | 0 | |
| | Upadacitinib | 2 (5.1) | 0 | |
| | Ustekinumab | 4 (10.2) | 1 (9.0) | |
| | Vedolizumab | 3 (7.6) | 1 (9.0) | |
| Steroids | Budesonide | 2 (5.1) | 0 | |
| | Prednisone | 3 (7.6) | 4 (36.3) | |
| Aminosalicyclic Acid (5-ASA) | Balsalazide | 1 (2.5) | 0 | |
| | Mesalamine | 3 (7.6) | 0 | |
| | Sulfasalazine | 0 | 2 (18.1) | |
| Methotrexate | | 0 | 1 (9.0) | |
| Azathioprine | | 4 (10) | 0 | |
| None | | 9 (23.0) | 0 | |
| Steroids at the time of procedure | Yes | 7 (17.9) | 4 (36.3) | .19 |
| | No | 32 (82.0) | 7 (63.6) | |
| Predominant presenting symptoms n (%) | Abdominal pain | 19 (48.7) | 10 (91) | .06 |
| | Abdominal distension | 7 (17.9) | 0 | |
| | Diarrhea | 6 (15.3) | 0 | |
| | Blood in stool | 1 (2.5) | 1 (9) | |
| | Bloating | 2 (5.1) | 0 | |
| | Asymptomatic | 6 (15.3) | 1 (9.0) | |
| Location of stricture | Ileocolonic | 5 (12.8) | 0 | .39 |
| | Ileorectal | 1 (2.5) | 1 (9.0) | |
| | Inlet and loop ileostomy | 1 (2.5) | 0 | |
| | Site strictures Anal | 3 (7.6) | 1 (9.0) | |
| | Cecum | 2 (5.1) | 0 | |
| | Colonic | 14 (35.8) | 4 (36.3) | |
| | Ileum | 7 (17.9) | 1 (9.0) | |
| | Ileocecal anastomosis | 1 (2.5) | 0 | |
| | Rectum | 3 (7.6) | 4 (36.3) | |
| | Recto-sigmoid colon | 2 (5.1) | 0 | |
| Length of Stricture (cm) | Mean and SD | 1.2 ± 1 | 2.7 ± 1.3 | .19 |

[1465] **Figure 1.** Basic demographic and Clinical Characteristics of inflammatory bowel disease patients who underwent Needle knife stricturotomy vs Needle knife stricturotomy with simultaneous balloon dilation.

Copyright © 2024 by The American College of Gastroenterology. Unauthorized reproduction of this article is prohibited.