# EXHIBIT 94D





HOME

As you type keywords, suggestions will appear that you can s    From        To        Search



Advanced

   Educational Items        Display by Content Types

Protected by US Patents



Abstract    Discussion Forum **(0)**

**Number: Sa1964**

INCIDENCE OF GASTROINTESTINAL SIDE EFFECTS IN PATIENTS PRESCRIBED GLUCAGON-LIKE PEPTIDE-1 (GLP-1) ANALOGS: REAL-WORLD EVIDENCE

**Society:** AGA
**Track:** Obesity and Nutrition

**Background and aims:**
GLP-1 analogs are widely prescribed medications in patients with diabetes, obesity, and heart failure. There has been a recent concern about increased gastrointestinal side effects from GLP-1 analogs. Our study aimed to assess the incidence of adverse gastrointestinal events and the requirement of endoscopic procedures in patients prescribed GLP-1 analogs in a real-world setting.

**Methods**
TriNetX®, a global federated health research network providing access to electronic medical records (diagnoses, procedures, medications, laboratory values, genomic information) across large healthcare organizations, was queried using International Classification of Diseases (ICD)-10 codes, National Library of Medicine (NLM) Codes, Current Procedural Terminology (CPT ®), and Unified Medical Language System (UMLS) Codes. The intervention cohort consisted of patients with diabetes or obesity who were prescribed GLP-1 analogs between December 1, 2021, and November 30, 2022. The control group consisted of patients with diabetes or obesity who had an ambulatory visit between December 1, 2021, and December 21, 2021 and were not prescribed GLP-1 agonists. Propensity score matching (1:1) was done to control for the following variables: age, gender, race, ethnicity, Charleston comorbidity index, Body Mass Index (BMI), and Hb A1c. Outcomes were calculated 1 year from the index event, defined as GLP-1 analog prescription in the intervention group and ambulatory visit in the control group. The association of pre-defined outcomes was calculated using risk ratio (RR) and risk differences between the 2 groups.

**Results**
184,599 patients were identified in the GLP-1 cohort, and 1,646,372 patients were identified in the control cohort. After propensity matching, 148,366 patients from each cohort were used for analysis. Patients with GLP-1 analog prescription had significantly higher incidence of nausea and vomiting (9.0% RR 1.25 95% CI 1.22-1.29), gastroparesis (0.53 %, RR 1.66, 95% CI 1.48-1.86), GERD (7.5%, RR 1.52, 95% CI 1.47- 1.58), esophagitis (2.6%, RR 1.06, 95% CI 1.01-1.11), PPI prescription (27.1%, RR 1.27, 95% CI 1.25 - 1.29), need for EGD (4.2%, RR 1.26, 95% CI 1.22-1.31), drug-induced pancreatitis (0.04%, RR 4.79, 95% CI 2.62-8.67), cholecystitis (0.55%, RR 1.28, 95% CI 1.12-1.43), and cholecystectomy (0.44%, RR 1.5 95% CI 1.32-1.70). No statistically increased association was found for the incidence of acute pancreatitis (0.3%, RR 1.122, 95% CI 0.983 - 1.281) and bowel obstruction (0.76%, RR 0.7 0.65-0.76).

**Discussion**
Results from the large database show that the use of GLP -1 agonists in patients with DM and obesity is associated with GI side effects, including nausea, vomiting, gastroparesis, GERD, esophagitis, drug-induced pancreatitis, cholecystitis and need for upper-endoscopy. These data will help educate patients who are prescribed these medications.

1/12/26, 3:31 PM                    INCIDENCE OF GASTROINTESTINAL SIDE EFFECTS IN PATIENTS PRESCRIBED GLU... - Nathani P. - 414874 - May 18 2024

Case 2:24-cv-03094-KSM   Document 69-44   Filed 05/19/26   Page 3 of 4

Table 1: Incidence of outcomes in patients with GLP-1 analog prescription when compared to a propensity matched control group.

| Outcome | GLP-1 (intervention) cohort | Control cohort | Risk ratio | Risk difference | P value |
|---|---|---|---|---|---|
| ER visits | 22.0% | 22.2% | 0.991 (0.977, 1004) | -0.002 (-0.005, 0.001) | 0.171 |
| Hospital Admissions | 26.2% | 24.3% | 1.080 (1.067, 1.093) | 0.019 (0.016, 0.023) | <0.001 |
| Nausea and Vomiting | 9.0% | 7.2% | 1.253 (1.223, 1.285) | 0.018 (0.016, 0.020) | <0.001 |
| Gastroparesis | 0.5% | 0.3% | 1.788 (1.590, 2.010) | 0.002 (0.002, 0.003) | <0.001 |
| GERD | 7.5% | 4.8% | 1.571 (1.514, 1.630) | 0.027 (0.025, 0.029) | <0.001 |
| Esophagitis | 2.6% | 2.4% | 1.080 (1.032, 1.129) | 0.002 (0.001, 0.003) | <0.001 |
| Pancreatitis | 0.3% | 0.3% | 1.063 (0.933,1.212) | 0.000 (-0.000, 0.001) | 0.359 |
| Drug induced pancreatitis | 0% | 0% | 4.427 (2.479, 7.906) | 0.000 (0.000,0.000) | <0.001 |
| Cholecystitis | 0.6% | 0.4% | 1.284 (1.155, 1.426) | 0.001 (0.001, 0.002) | <0.001 |
| Bowel obstruction | 0.8% | 1.1% | 0.705 (0.653, 0.760) | -0.003 (-0.004, -0.003) | <0.001 |
| PPI prescription | 27.1% | 21.1% | 1.282 (1.265, 1.298) | 0.059 (0.056, 0.063) | <0.001 |
| EGDs | 4.2% | 3.3% | 1.262 (1.216, 1.309) | 0.009 (0.007,0.010) | <0.001 |
| Cholecystectomy | 0.4% | 0.3% | 1.497 (1.324, 1.692) | 0.001 (0.001,0.002) | <0.001 |

## INCIDENCE OF GASTROINTESTINAL SIDE EFFECTS IN PATIENTS PRESCRIBED GLUCAGON-LIKE PEPTIDE-1 (GLP-1) ANALOGS: REAL-WORLD EVIDENCE

Dr. Piyush Nathani

Author(s): Piyush Nathani, Madhav Desai, Harsh K. Patel, Rohit Nathani, Dhruvil Radadiya, Sachin Srinivasan, Anthony Mok, Alessandro Repici, Cesare Hassan, Prateek Sharma

DDW ePoster Library. Nathani P. 05/18/2024; 414874; Sa1964;

Abstract    Discussion Forum (0)

    

**Number: Sa1964**

INCIDENCE OF GASTROINTESTINAL SIDE EFFECTS IN PATIENTS PRESCRIBED GLUCAGON-LIKE PEPTIDE-1 (GLP-1) ANALOGS: REAL-WORLD EVIDENCE

READ MORE

## Trending Content 🗠



**COMPARISON OF COMBINED CHEMOTHERAPY AND STEREOTACTIC BODY RADIATION THERAPY WITH COMBINED CHEMOTHERAPY AND**
Lim A. May 6, 2025




**CD64 BINDING IS UNLIKELY TO CONTRIBUTE TO THE CLINICAL EFFICACY OF IL-23 INHIBITORS IN IBD**
Cohen-Solal J. May 4, 2025




**AN INTEGRATED SINGLE-CELL ATLAS ENABLES THE DISCOVERY AND VALIDATION OF A NOVEL CANDIDATE THERAPEUTIC TARGET FOR IN...**
Nayar S. May 4, 2025




**LONG-TERM EFFICACY AND SAFETY OF INTRAVENOUS TULISOKIBART IN PATIENTS WITH CROHN'S DISEASE: RESULTS FROM**
Siegel C. May 6, 2025
 



**EFFICACY AND SAFETY RESULTS OF TULISOKIBART REINDUCTION TREATMENT IN PARTICIPANTS WITH ULCERATIVE COLITIS IN THE**
Hoque S. May 6, 2025



**EFFECTIVENESS OF VEDOLIZUMAB VERSUS USTEKINUMAB/ RISANKIZUMAB FOR SMALL BOWEL CROHN'S DISEASE: A**
Tome J. May 6, 2025





**LONG-TERM EFFICACY AND SAFETY OF MIRIKIZUMAB FOLLOWING 104 WEEKS OF CONTINUOUS TREATMENT FOR CROHN'S DISEASE:**
Regueiro M. May 6, 2025





**COMBINED INHIBITION OF TL1A AND INTEGRIN β7 IS SUPERIOR TO EITHER MONOTHERAPY IN MOUSE MODELS OF COLITIS AND**
Siegel M. May 6, 2025





**DUAL-TARGETED THERAPY WITH RISANKIZUMAB AND UPADACITINIB IS CLINICALLY AND BIOCHEMICALLY EFFECTIVE IN MEDICALLY COM...**
Fear E. May 6, 2025





**MIRIKIZUMAB IS EQUALLY EFFECTIVE IN USTEKINUMAB-EXPOSED AND USTEKINUMAB-NAÏVE PATIENTS WITH UC: A MULTICENTRE**
Irving P. May 6, 2025



View More

## About Us

**Digestive Disease Week® (DDW)** is the world's premier meeting for physicians, researchers and industry in the fields of gastroenterology, hepatology, endoscopy and gastrointestinal surgery.

## Follow us

   

2026 © Digestive Disease Week®

USER TERMS AND CONDITIONS / PRIVACY POLICY
(Amended according to GDPR)