# EXHIBIT 96D

*Inflammatory Bowel Diseases*, 2025, 31, 1961–1965
https://doi.org/10.1093/ibd/izae276
Advance access publication 28 November 2024
**Original Research Article - Clinical**



# Glucagon-Like Peptide 1 Receptor Agonists Are Not Associated With an Increased Risk of Ileus or Intestinal Obstruction in Patients with Inflammatory Bowel Disease—A Danish Nationwide Cohort Study

**Jan Nielsen, PhD,**[*,†] **Sonia Friedman, MD,**[‡] **Bente Mertz Nørgård, DMSc,**[*,†]
**Torben Knudsen, DMSc,**[§,¶] **Jens Kjeldsen, PhD,**[‖,**] **and Mette Wod, PhD**[*,†]

*Center for Clinical Epidemiology, Odense University Hospital, Odense, Denmark
†Research Unit of Clinical Epidemiology, Department of Clinical Research, University of Southern Denmark, Odense, Denmark
‡Gastroenterology Division, Tufts Medical Center, Tufts University School of Medicine, Boston, MA, USA
§Department of Medical Gastroenterology, Hospital of South West Jutland, Denmark
¶Department of Regional Health Research, University of Southern Denmark, Denmark
‖Department of Medical Gastrointestinal Diseases, Odense University Hospital, Odense, Denmark
**Research Unit of Medical Gastroenterology, Department of Clinical Research, University of Southern Denmark, Odense, Denmark.

Address correspondence to: Jan Nielsen, MSc, PhD, Center for Clinical Epidemiology, Odense University Hospital, Kløvervænget 30, entrance 216, DK-5000 Odense, Denmark. Phone +45 24 83 22 68 (jan.nielsen2@rsyd.dk).

**Background:** There is a global increase in the prevalence of obesity, including among individuals with inflammatory bowel disease (IBD). Glucagon-like peptide 1 receptor agonists (GLP-1RAs) are potential anti-obesity medications due to their weight-lowering effects. However, concerns exist regarding ileus and intestinal obstruction as a severe side effect.

**Methods:** This nationwide Danish cohort study evaluates the risk of ileus and intestinal obstruction in patients with IBD receiving GLP-1RAs. Patients with IBD and their exposure to GLP-1RAs were identified using Danish health registries. Cox regression analysis was used to estimate hazard ratios for the risk of ileus and intestinal obstruction adjusted for age at diagnosis of IBD, sex, type of IBD, prior ileus or intestinal obstruction, diabetes status, steroid use, and small bowel or colon surgery.

**Results:** This study found that GLP-1RA exposure was not associated with an increased risk of ileus or intestinal obstruction in patients with IBD.

**Conclusion:** This study suggests that GLP-1RAs do not increase the risk of ileus or intestinal obstruction in patients with IBD.

## Lay Summary

In this nationwide cohort study, we found no association between the use of Glucagon-like peptide 1 receptor agonists and the risk of ileus or intestinal obstruction in patients with IBD.

**Key Words:** GLP-1RA, inflammatory bowel disease, weight loss, ileus, intestinal obstruction

## Introduction

The worldwide prevalence of obesity has increased over the past 50 years. In 1975, less than 1% of the global population was obese with an increase to almost 13% in 2016.[1-5] Weight loss and a low body mass index (BMI) were common complications of inflammatory bowel disease (IBD) but recently, studies have shown an increased prevalence of obese adult patients with IBD which is similar to the healthy population. About 15%-40% of adults with ulcerative colitis (UC) and Crohn's disease (CD) are obese, and an additional 20%-40% are overweight (BMI between 25 and 29.9 kg/m²).[1-6] Obesity has been associated with low-grade chronic inflammation with activation of pro-inflammatory signaling pathways, infiltration of immune cells into adipose tissues, and increased synthesis of pro-inflammatory cytokines in adipocytes.[7]

Glucagon-like peptide 1 receptor agonists (GLP-1RA) are a newer class of antidiabetic drugs that have transformed the management of type 2 diabetes mellitus (T2DM). Glucagon-like peptide 1 receptor agonists, including semaglutide, liraglutide, exenatide, lixisenatide, dulaglutide, and albiglutide, are all approved for the treatment of patients with T2DM.[8] There is evidence that these drugs have anti-inflammatory properties although the exact mechanisms are still being researched.[9] The weight-lowering efficacy of GLP-1RAs, prompted investigations of GLP-1RAs in the treatment of obesity, with liraglutide and semaglutide licensed as anti-obesity agents regardless

Received for publication: June 27, 2024. Editorial Decision: November 3, 2024

© The Author(s) 2024. Published by Oxford University Press on behalf of Crohn's & Colitis Foundation. All rights reserved. For commercial re-use, please contact reprints@oup.com for reprints and translation rights for reprints. All other permissions can be obtained through our RightsLink service via the Permissions link on the article page on our site—for further information please contact journals.permissions@oup.com.

Downloaded from https://academic.oup.com/ibdjournal/article/31/7/1961/7911828 by Portland State University user on 06 October 2025

Downloaded from https://academic.oup.com/ibdjournal/article/31/7/1961/7911828 by Portland State University user on 06 October 2025

---

**Key Messages**

**What Is Already Known?**

Ileus was recently added as a possible side effect of Glucagon-like peptide 1 receptor agonist (GLP-1RA) by the FDA, and patients with inflammatory bowel disease (IBD) have an increased risk of intestinal complications.

**What Is New Here?**

Glucagon-like peptide 1 receptor agonist use was not associated with an increased risk of ileus and intestinal obstructions in this cohort study of patients with IBD.

**How Can This Study Help Patient Care?**

This study adds knowledge to the treatment of obesity in patients with IBD.

---

of diabetes status.[10] There are, however, suggestions that more severe side effects may occur with the use of GLP-1RAs—such as intestinal obstruction.[11] The Food and Drug Administration have recently added ileus as a possible adverse reaction during post-approval based on self-reported reactions from users (SUPPL-20).[12] Many patients with IBD do not have T2DM but still need the GLP-1RA medications for the obesity. Often patients with IBD have disease complications, including prior surgery and active inflammation, which may make them more susceptible to the gastrointestinal side effects of these drugs. There is a lack of data on the gastrointestinal complications of GLP-1RA medications in patients with IBD.

A Danish registry study in patients with both T2DM and IBD using GLP-1RAs or dipeptidyl peptidase IV inhibitors compared to other therapies for diabetes demonstrated a decreased risk of adverse events defined as a composite of the need for oral corticosteroids, need for anti-TNF-α treatment, IBD-related hospitalization, or IBD-related surgery between 2007 and 2019.[13] However, gastrointestinal side effects may discourage health care providers from using these drugs in patients with IBD. Common side effects include flatulence, dyspepsia, bloating, nausea, vomiting, abdominal pain, constipation, or diarrhea.[14] Nausea, diarrhea, and vomiting have been reported to occur in up to 51%, 20%, and 19%, respectively, of patients receiving GLP-1RA therapy.[14] The exact mechanisms behind these symptoms are unclear, but they are possibly related to delayed gastric emptying and reduced intestinal motility caused by these drugs, whereas direct effects on the brain and specifically in the area postrema could contribute to the development of nausea. In real-world studies, discontinuation rates reach 45.2% and 64.7% at 12 and 24 months, respectively.[15] Considering that the most common symptoms of IBD involve the gastrointestinal tract, managing gastrointestinal side effects might be challenging.[13]

As the incidence and prevalence of IBD and obesity are increasing worldwide, it is especially important to examine the effect of these new anti-obesity medications. Using nationwide data, we are uniquely positioned to examine important side effects of GLP-1RA in patients with IBD. We will specifically examine the risk of ileus and intestinal obstruction without hernia in patients with IBD who receive GLP-1RAs.

## Materials and Methods

### Data and Study Population

This is a nationwide population-based cohort study based on Danish health registries. Data were included from the following sources such as (1) The Central Person Register (CPR),[16] which contains basic data of all citizens of Denmark, (2) the Danish National Patient Registry (NPR),[17,18] which contains information on hospitalizations of all citizens of Denmark since 1977, and (3) the Danish National Prescription Registry (DNPR), which contains data on all redeemed prescriptions in Denmark since 1995.[19]

All patients with a primary discharge diagnosis with UC (ICD-10: K51, ICD-8: 563.19, 569.04) or CD (ICD-10: K50, ICD-8: 563.01) in Denmark prior to July 1st 2018 were identified in the NPR. It has been shown that the IBD diagnoses have a high validity in the NPR.[20] The type of IBD was based on the latest registered diagnosis. The study population was all patients with IBD alive and living in Denmark, and over 18 years old at the start of the study period. Patients were followed until a diagnosis of ileus or intestinal obstruction, death, emigration, or end of follow-up (June 30th 2024), whichever came first.

### Exposure

Exposure to GLP-1RAs (ATC: A10BJ06, Ozempic, Rubelsus, and Wegovy) was based on filled prescriptions from the DNPR. The exposure to GLP-1RAs was defined as a time-varying variable. Patients were considered exposed after the first redeemed prescription and for the following 6 months. If a new prescription was redeemed within 6 months of a previous prescription, the patient was considered exposed until 6 months after the new prescription. If a new prescription was not redeemed within 6 months of a previous prescription, the patient was no longer exposed. The patient could become re-exposed if a new prescription of GLP-1RAs was redeemed. Thus, patients could be both exposed and unexposed during the study period and have more than 1 time period under exposure.

### Outcome

The outcome was based on a primary discharge diagnosis from NPR and was defined as time to the first diagnosis with ICD-10: K56—covering paralytic ileus and intestinal obstruction without hernia—registered after July 1, 2018. Patients were allowed to have had ileus or intestinal obstruction prior to this date, hence the outcome was not necessarily the patient's first ileus or intestinal obstruction.

### Covariates

Covariates were selected at priority. From the CPR we retrieved data on sex and age at the diagnosis of IBD. From the NPR we retrieved information on the type of IBD, UC, or CD, surgery on the small bowel or colon (NOMESCO code JF*), and diabetes (ICD-8: 249.*, 250.*, ICD-10: E10, E11). Surgery and diabetes status were defined as time-varying variables, so if a patient with IBD had surgery or was diagnosed with diabetes during the study period, they changed the status. Steroid exposure was used as a proxy for IBD flare-ups.[21] Exposure to steroids was based on prescriptions from the DNPR (ATC: H02AB02, H02AB04, H02AB06, H02AB07, and H02AB09), and was defined as a time-varying variable in the same manner as GLP-1RA exposure.

## Statistical Methods

We constructed a descriptive table for the main covariates: sex, age at diagnosis of IBD, diabetes (any type), steroid use, prior ileus, and bowel surgery, for patients exposed to GLP-1RA during the study period, and the patients not exposed. The statistics are reported as exact numbers with proportions in percentages for ordinal covariates and statistics for age at diagnosis is reported as a median with 25 and 75 percentiles.

We used Cox regression to estimate crude and adjusted hazard ratios (HRs) for ileus or intestinal obstruction with exposure to GLP-1RA as a time-varying variable. July 1, 2018, was used as the left truncation date (when GLP-1RA became available in Denmark), and thus only time after this date contributed to the model. HRs were adjusted for age at diagnosis of IBD, sex, steroid use, prior ileus or intestinal obstruction, surgery on the small bowel or colon, diabetes (any type), and type of IBD.

Several sub-analyses were performed. An analysis restricted to patients with no prior ileus or intestinal obstruction, separate analyses for patients with and without a diabetes diagnosis before or during the study period, and separate analyses for patients with UC and CD.

All HRs for developing ileus or intestinal obstruction were reported with 95% confidence intervals (CIs). All calculations were performed using Stata release 18.[22]

## Approvals

This study abides by all applicable Danish laws regarding scientific research. The study was registered under the current joint notification of the Region of Southern Denmark (jnr. 21/21823).

## Results

Descriptive statistics are presented in Table 1. We found a total population of 61 927 patients with IBD, 41 191 (66.5%) had UC, and 20 736 (33.5%) CD. A total of 4430 (7.2%) patients redeemed a prescription for GLP-1RAs during the study period. There were no noteworthy differences between exposed and unexposed patients regarding age, steroid use, prior ileus or intestinal obstruction, and prior bowel surgery. Diabetes was more prevalent in the exposed group (25.3%) compared with the unexposed group (3.6%).

The total follow-up time was 348 687 person-years, distributed to 6838 years among exposed and 341 849 years among unexposed (Table 2). During the study period, 21 (0.5%) and 1766 (3.1%) patients developed ileus or intestinal obstruction while exposed or unexposed to GLP-1RAs, respectively. The overall crude HR was 0.66 (95% CI 0.43-1.01), and 0.57 (95% CI 0.36-0.88) after adjusting for age at diagnosis of IBD, sex, steroid use, prior ileus or intestinal obstruction, bowel surgery, diabetes, and type of IBD.

We performed a number of sub-analyses. In the analyses, which only included patients with no prior ileus or intestinal obstruction, there was no statistically increased risk of ileus associated with GLP-1RA exposure (adjusted HR 0.58 (95% CI 0.34-0.97)). The other sub-analyses on patients with diabetes (adjusted HR 0.59 (95% CI 0.32-1.10)) and without diabetes (adjusted HR 0.48 (95% CI 0.25-0.93)) and type of IBD (UC: adjusted HR 0.42 (95% CI 0.21-0.86)), CD: (adjusted HR 0.74 (95% CI 0.42-1.30)) also

**Table 1.** Characteristics of the study cohort of patients with IBD, stratified according to exposure to GLP-1RA during the study period.

| | Patients exposed to GLP-1RA during the study period | Patients not exposed to GLP-1RA during the study period |
|---|---|---|
| Number of patients | 4430 | 57 497 |
| Age at diagnosis (median with 25 and 75 percentiles) | 36 (26-48) | 35 (24-50) |
| Sex | | |
| Female N (%) | 2685 (60.6) | 31 059 (54.0) |
| Male N (%) | 1745 (39.4) | 26 438 (46.0) |
| Type of IBD | | |
| Ulcerative colitis, n (%) | 2930 (66.1) | 38 261 (66.5) |
| Crohn's disease, n (%) | 1500 (33.9) | 19 236 (33.5) |
| Patients with diabetes[a], n (%) | 1121 (25.3) | 2074 (3.6) |
| Steroid exposure during the study period, n (%) | 1237 (27.9) | 14 630 (25.4) |
| Patients with ileus or intestinal obstruction prior to study period, n (%) | 234 (5.3) | 3574 (6.2) |
| Patients with surgery on the small bowel or colon prior to or during the study period, n (%) | 1307 (29.5) | 16 233 (28.2) |

Abbreviations: IBD, inflammatory bowel disease; GLP-1 RAs, glucagon-like peptide 1 receptor agonists.
[a]All types of diabetes.

showed no increased risk of ileus or intestinal obstruction in patients with IBD exposed to GLP-1 RA compared with patients not exposed to GLP-1 RA. All results are shown in Table 2.

## Discussion

This nationwide study found no increased risk of ileus or intestinal obstruction in patients with IBD exposed to GLP-1RAs. A total of 7.2% of patients with IBD redeemed at least 1 prescription of GLP-1RAs, and the distribution of patients with UC and CD was comparable between the exposed and unexposed groups. There were more patients with diabetes in the group who received GLP-1RAs (25.3%) compared with the group not exposed to GLP-1RAs (3.6%).

The lack of association between GLP-1RAs and ileus or intestinal obstruction is reassuring as GLP-1RAs used for weight loss and diabetes have increased rapidly during the last few years.[23]

Glucagon-like peptide 1 receptor agonists have had a rise in popularity, and emergency medicine clinicians are advised to have increased awareness of adverse effects of GLP-1RAs—especially gastrointestinal intestinal adverse events.[24] Even though GLP-1RAs reduce gastrointestinal motility,[25] and have been found to increase the risk of bowel obstruction,[26] we found no increased risk of ileus or intestinal obstruction in patients with IBD receiving GLP-1RAs. A large

Downloaded from https://academic.oup.com/ibdjournal/article/31/7/1961/7911828 by Portland State University user on 06 October 2025

**Table 2.** Hazard ratios for being diagnosed with ileus or intestinal obstruction in IBD patients exposed to GLP-1RA compared to patients not exposed. Univariable and multivariable Cox proportional hazards regression model with crude and adjusted estimates with 95% confidence intervals (95% CI).

| | Exposed | | Non-exposed | | Hazard ratio (95% CI) | |
|---|---|---|---|---|---|---|
| | No of events | Years at risk | No of events | Years at risk | Crude | Adjusted[a] |
| Main analysis | | | | | | |
| | 21 | 6838 | 1766 | 341 849 | 0.66 (0.43-1.01) | 0.57 (0.36-0.88) |
| Sub-analyses | | | | | | |
| No prior ileus or intestinal obstruction | 15 | 6476 | 1110 | 323 269 | 0.70 (0.42-1.17) | 0.58 (0.34-0.97) |
| Diabetes status | | | | | | |
| Diabetes[b] | 12 | 2719 | 92 | 12 385 | 0.61 (0.33-1.13) | 0.59 (0.32-1.10) |
| No diabetes | 9 | 4119 | 1674 | 329 463 | 0.48 (0.25-0.93) | 0.48 (0.25-0.93) |
| Type of IBD | | | | | | |
| Ulcerative colitis | 8 | 4727 | 839 | 227 621 | 0.51 (0.25-1.02) | 0.42 (0.21-0.86) |
| Crohn's disease | 13 | 2111 | 927 | 114 228 | 0.84 (0.49-1.46) | 0.74 (0.42-1.30) |

Abbreviations: GLP-1 RAs, glucagon-like peptide 1 receptor agonists; IBD, inflammatory bowel disease.
[a]Adjusted for age at diagnosis of IBD, sex, type of IBD, steroid use, prior ileus or intestinal obstruction, diabetes status, and small bowel or colon surgery. Hazard ratios in the sub-analyses were not adjusted for the stratifying factor.
[b]All types of diabetes.

population-based study by Faillie et al. indicates that the use of GLP-1RAs is associated with intestinal obstruction compared with the use of sodium-glucose cotransporter 2 inhibitors in patients with type 2 diabetes.[11] Our study on patients with IBD did not support this association. Although patients with CD have more bowel obstructions compared with patients with UC,[27] we saw no statistically increased risk of ileus or intestinal obstruction in patients with CD exposed to GLP-1RAs in this study.

Ueda et al. showed no association between GLP-1RAs and bowel obstruction in a large Scandinavian tri-national study examining the general population.[28] They examined individuals receiving drugs normally used in the treatment of diabetes (comparing dipeptidyl peptidase IV inhibitors and GLP-1RAs with sodium-glucose cotransporter 2 inhibitors). We examined patients with preexisting bowel problems and found the same lack of association in this specific population of patients with IBD. By only including patients with IBD, we were able to compare patients with similar bowel problems.

A major strength of this study is that it is a nationwide cohort study on all patients with IBD in Denmark by July 1st, 2018. Another strength is that this study is based on Danish health registries with high validity.[18,19] There is a very high completeness of all hospital discharges and outpatient visits of 99% in the NPR[29] and the validity of diagnoses of IBD is high.[20,30] We used a primary discharge diagnosis of IBD to ensure a valid diagnosis. Furthermore, information on redeemed prescriptions of GLP-1RA is extracted from the DNPR. Thereby, the risk of recall bias is eliminated. Another strength of the study is that there was a complete follow-up of all patients, thereby preventing selection bias. Differential misclassification was avoided due to independent registration of exposure status and outcome assessment.

The main limitation of this study is that we did not have data on BMI. Furthermore, we did not have clinical data on disease activity, severity, and extent of disease. Whether GLP-1RA patients were withdrawn because of patients' wishes, side effects, or because of lack of effect cannot be determined from these data. Even though the Danish

registers have high validity, there are no studies on the validity of the codes for ileus and intestinal obstruction. This could potentially lead to misclassification. This potential misclassification is, however, most likely the same in the exposed and unexposed groups.

As this is a non-randomized study, the impact of unknown confounders cannot be ruled out. The impact of unknown confounders would unlikely affect the results as there is a lack of association between GLP-1RA and ileus or intestinal obstruction. We did not have information on drug adherence?. Redeemed prescriptions are, however, less biased than self-reported medication. We did not have information on the dose of GLP-1RAs. In a sub-analysis, we did, however, exclude patients with diabetes, as the dose of GLP-1RAs is much lower in the treatment of diabetes compared to weight loss indications. It did not change the conclusion of this study. We did not have data on the location of the disease. This could have been useful as up to 87% of patients with CD with ileocecal disease will need resection for stricture eventually.[31]

In conclusion, exposure to GLP-1RA does not seem to increase the risk of ileus or intestinal obstruction in patients with IBD. However, due to few outcome events, this study should be replicated in a study population with longer exposure time and more outcomes before any final conclusions can be made.

## Funding

None declared.

## Conflict of Interest

None declared.

## Ethical Considerations

According to Danish law, no ethical approvals of register-based studies are necessary. The study was noninterventional and did not require direct patient contact.

Downloaded from https://academic.oup.com/ibdjournal/article/31/7/1961/7911828 by Portland State University user on 06 October 2025

Downloaded from https://academic.oup.com/ibdjournal/article/31/7/1961/7911828 by Portland State University user on 06 October 2025

## References

1. Lynn AM, Harmsen WS, Aniwan S, Tremaine WJ, Loftus EV. Su1855—prevalence of obesity and influence on phenotype within a population-based cohort of inflammatory bowel disease patients. *Gastroenterology.* 2018;154(6):S-608. doi:10.1016/s0016-5085(18)32201-7

2. Lynn AM, Harmsen WS, Tremaine WJ, Loftus EV. Su1872—trends in the prevalence of overweight and obesity at the time of inflammatory bowel disease diagnosis: a population-based study. *Gastroenterology.* 2018;154(6):S-614–S-615. doi:10.1016/s0016-5085(18)32218-2

3. Moran GW, Dubeau M-F, Kaplan GG, Panaccione R, Ghosh S. The increasing weight of Crohn's disease subjects in clinical trials: a hypothesis-generatings time-trend analysis. *Inflamm Bowel Dis.* 2013;19(13):2949-2956. doi:10.1097/MIB.0b013e31829936a4

4. Nic Suibhne T, Raftery TC, McMahon O, Walsh C, O'Morain C, O'Sullivan M. High prevalence of overweight and obesity in adults with Crohn's disease: associations with disease and lifestyle factors. *J Crohns Colitis.* 2013;7(7):e241-e248. doi:10.1016/j.crohns.2012.09.009

5. Steed H, Walsh S, Reynolds N. A brief report of the epidemiology of obesity in the inflammatory bowel disease population of Tayside, Scotland. *Obes. Facts.* 2009;2(6):370-372. doi:10.1159/000262276

6. Losurdo G, La Fortezza RF, Iannone A, et al. Prevalence and associated factors of obesity in inflammatory bowel disease: a case-control study. *World J Gastroenterol.* 2020;26(47):7528-7537. doi:10.3748/wjg.v26.i47.7528

7. Kawai T, Autieri MV, Scalia R. Adipose tissue inflammation and metabolic dysfunction in obesity. *Am J Physiol Cell Physiol.* 2021;320(3):C375-C391. doi:10.1152/ajpcell.00379.2020

8. Upadhyay J, Polyzos SA, Perakakis N, et al. Pharmacotherapy of type 2 diabetes: an update. *Metabolism.* 2018;78(Jan):13-42. doi:10.1016/j.metabol.2017.08.010

9. Al-Dwairi A, Alqudah TE, Al-Shboul O, Alqudah M, Mustafa AG, Alfaqih MA. Glucagon-like peptide-1 exerts anti-inflammatory effects on mouse colon smooth muscle cells through the cyclic adenosine monophosphate/nuclear factor-κB pathway in vitro. *J Inflamm Res.* 2018;11(Mar):95-109. doi:10.2147/JIR.S152835

10. Yazıcı D, Yapıcı Eser H, Kıyıcı S, et al. Clinical impact of glucagon-like peptide-1 receptor analogs on the complications of obesity. *Obes Facts.* 2023;16(2):149-163. doi:10.1159/000526808

11. Faillie J-L, Yin H, Yu OHY, et al. Incretin-based drugs and risk of intestinal obstruction among patients with type 2 diabetes. *Clin Pharmacol Ther.* 2022;111(1):272-282. doi:10.1002/cpt.2430

12. Anon. Drug safety-related labeling changes (SrLC). Accessed June 19, 2024. https://www.accessdata.fda.gov/scripts/cder/safetylabelingchanges/index.cfm?event=searchdetail.page&DrugNameID=2183

13. Villumsen M, Schelde AB, Jimenez-Solem E, Jess T, Allin KH. GLP-1 based therapies and disease course of inflammatory bowel disease. *EClinicalMedicine.* 2021;37(Jun):100979. doi:10.1016/j.eclinm.2021.100979

14. Arvanitakis K, Koufakis T, Popovic D, et al. GLP-1 receptor agonists in obese patients with inflammatory bowel disease: from molecular mechanisms to clinical considerations and practical recommendations for safe and effective use. *Curr Obes Rep.* 2023;12(2):61-74. doi:10.1007/s13679-023-00506-3

15. Weiss T, Yang L, Carr RD, et al. Real-world weight change, adherence, and discontinuation among patients with type 2 diabetes initiating glucagon-like peptide-1 receptor agonists in the UK. *BMJ Open Diabetes Res Care.* 2022;10(1):e002517. doi:10.1136/bmjdrc-2021-002517

16. Pedersen CB, Gøtzsche H, Møller JO, Mortensen PB. The Danish civil registration system. A cohort of eight million persons. *Dan Med Bull.* 2006;53(4):441-449. https://ugeskriftet.dk/dmj/danish-civil-registration-system

17. Lynge E, Sandegaard JL, Rebolj M. The Danish national patient register. *Scand J Public Health.* 2011;39(7 Suppl):30-33. doi:10.1177/1403494811401482

18. Schmidt M, Schmidt SAJ, Sandegaard JL, Ehrenstein V, Pedersen L, Sørensen HT. The Danish National Patient Registry: a review of content, data quality, and research potential. *Clin Epidemiol.* 2015;7(Nov):449-490. doi:10.2147/CLEP.S91125

19. Pottegård A, Schmidt SAJ, Wallach-Kildemoes H, Sørensen HT, Hallas J, Schmidt M. Data resource profile: the Danish national prescription registry. *Int J Epidemiol.* 2017;46(3):798-798f. doi:10.1093/ije/dyw213

20. Albaek Jacobsen H, Jess T, Larsen L. Validity of inflammatory bowel disease diagnoses in the Danish national patient registry: a population-based study from the North Denmark Region. *Clin Epidemiol.* 2022;14(Oct):1099-1109. doi:10.2147/CLEP.S378003

21. Burisch J, Zhang H, Choong CK-C, et al. Validation of claims-based indicators used to identify flare-ups in inflammatory bowel disease. *Therap Adv Gastroenterol.* 2021;14(Mar):17562848211004841. doi:10.1177/17562848211004841

22. StataCorp. 2023. *Stata Statistical Software: Release 18.* StataCorp LLC.

23. Watanabe JH, Kwon J, Nan B, Reikes A. Trends in glucagon-like peptide 1 receptor agonist use, 2014 to 2022. *J Am Pharm Assoc.* 2024;64(1):133-138. doi:10.1016/j.japh.2023.10.002

24. Long B, Pelletier J, Koyfman A, Bridwell RE. GLP-1 agonists: a review for emergency clinicians. *Am J Emerg Med.* 2024;78(Apr):89-94. doi:10.1016/j.ajem.2024.01.010

25. Marathe CS, Rayner CK, Jones KL, Horowitz M. Effects of GLP-1 and incretin-based therapies on gastrointestinal motor function. *Exp Diabetes Res.* 2011;2011:279530. doi:10.1155/2011/279530

26. Sodhi M, Rezaeianzadeh R, Kezouh A, Etminan M. Risk of gastrointestinal adverse events associated with glucagon-like peptide-1 receptor agonists for weight loss. *JAMA.* 2023;330(18):1795-1797. doi:10.1001/jama.2023.19574

27. Goldstone RN, Steinhagen RM. Abdominal emergencies in inflammatory bowel disease. *Surg Clin North Am.* 2019;99(6):1141-1150. doi:10.1016/j.suc.2019.08.007

28. Ueda P, Wintzell V, Melbye M, et al. Use of DPP4 inhibitors and GLP-1 receptor agonists and risk of intestinal obstruction: Scandinavian cohort study. *Clin Gastroenterol Hepatol.* 2023;22(6):1226-1237.e14. doi:10.1016/j.cgh.2023.08.034

29. Andersen TF, Madsen M, Jørgensen J, Mellemkjoer L, Olsen JH. The Danish National Hospital register. a valuable source of data for modern health sciences. *Dan Med Bull.* 1999;46(3):263-268.

30. Fonager K, Sørensen HT, Rasmussen SN, Møller-Petersen J, Vyberg M. Assessment of the diagnoses of Crohn's disease and ulcerative colitis in a Danish hospital information system. *Scand J Gastroenterol.* 1996;31(2):154-159. doi:10.3109/00365529609031980

31. Ford MM. Crohn's disease obstructions. *Clin Colon Rectal Surg.* 2021;34(4):227-232. doi:10.1055/s-0041-1729926