# EXHIBIT 97D

This article is protected by copyright and is provided by Wisconsin TechSearch under license from Wolters Kluwer Health. All rights reserved.

**ARTICLE** 1

GENERAL GI

EXHIBIT 11
WIT: _____
DATE: 4-7-26
C. Campbell, RDR CRR CSR #13921

# Gastrointestinal and Hepatobiliary Safety of Glucagon-Like Peptide-1 Receptor Agonists in Patients With Type 2 Diabetes

Chengu Niu, MD[1], Kefang Sun, MD[1], Jing Zhang, MD[2], Ahmed Elkhapery, MD[1], Kaiwen Zhu, MD[1], Sheza Malik, MD[1], Chao Xue, MD[1] and Patrick I. Okolo, MD[3]

INTRODUCTION: To evaluate the long-term gastrointestinal (GI) and hepatobiliary safety of glucagon-like peptide-1 receptor agonists (GLP-1 RAs) in patients with type 2 diabetes mellitus, compared with other oral antidiabetic medications.

METHODS: A retrospective cohort study using the TriNetX network was conducted between 2010 and 2020. After 1:1 propensity score matching, 230,415 patients were included in each group (GLP-1 RAs vs oral antidiabetes mellitus medications). Hazard ratios (HRs) for GI and hepatobiliary outcomes were assessed over 5 years.

## GI and Hepatobiliary Safety of GLP-1 Agonists in Type 2 Diabetes



TriNetX database
Retrospective cohort study
460,830 Patients



GLP-1 agonist      vs      Oral antidiabetic

1:1 ratio
Matched cohort                    5 years

↑ Increased hazard: gastroparesis, intussusception

Safe for: cholecystitis; cholangitis; obstruction; ileus; volvulus; pancreatitis; GI malignancies

Niu C, et al. *Am J Gastroenterol.* 2025 doi:10.14309/ajg.0000000000003760
© 2025 by The American College of Gastroenterology



[1]Department of Internal Medicine, Rochester General Hospital, Rochester, New York, USA; [2]Rainier Springs Behavioral Health Hospital, Vancouver, Washington, USA; [3]Division of Gastroenterology, Carillion Clinic, Roanoke, Virginia, USA. **Correspondence:** Chengu Niu, MD. E-mail: chenguniu@gmail.com.
**Received May 21, 2025; accepted August 19, 2025; published online September 3, 2025**

**2** Niu et al

GENERAL GI

RESULTS:
Among 230,415 matched patients per group, GLP-1 RA use was associated with a higher risk of gastroparesis (HR 1.591, $P < 0.001$) and intussusception (HR 1.383, $P = 0.025$) compared with oral antidiabetic therapy. There were no significant differences in acute pancreatitis, cholecystitis, or cholecystectomy rates between groups. Conversely, GLP-1 RA therapy was not associated with increased incidence of GI cancers. Lower hazard ratios were observed for pancreatic (HR 0.897, $P = 0.038$), gastric (HR 0.838, $P = 0.034$), esophageal (HR 0.741, $P = 0.001$), and colorectal cancer (HR 0.870, $P = 0.001$), although causality cannot be inferred. No significant differences were observed in biliary cancer or hepatocellular carcinoma.

DISCUSSION:
In this large real-world cohort study, GLP-1 RA therapy was not associated with increased risk of most serious GI or hepatobiliary outcomes compared with other oral diabetes medications. These findings support the overall GI and hepatobiliary safety of GLP-1 RAs in patients with type 2 diabetes, while underscoring the need for vigilance regarding gastroparesis and intussusception in susceptible individuals. Longer-term studies are warranted to fully evaluate cancer risk.

KEYWORDS: type 2 diabetes; GLP-1 receptor agonists; gastrointestinal; safety; TriNetX database

ABBREVIATIONS: BMI, body mass index; CI, confidence interval; GI, gastrointestinal; GLP-1 RA, glucagon-like peptide-1 receptor agonist; HR, hazard ratio; *ICD-10, International Classification of Diseases, 10th Revision*; IRB, institutional review board; T2DM, type 2 diabetes mellitus

SUPPLEMENTARY MATERIAL accompanies this paper at http://links.lww.com/AJG/D780

*Am J Gastroenterol 2025;00:1–10. https://doi.org/10.14309/ajg.0000000000003760*

## INTRODUCTION

Glucagon-like peptide-1 receptor agonist (GLP-1 RA) represents a class of medications originally designed to address high levels of blood sugar, primarily in individuals with type 2 diabetes mellitus (T2DM) (1,2). GLP-1 RA primarily functions by binding to the GLP-1 receptor on pancreatic beta cells, stimulating insulin secretion in a glucose-dependent manner (3). Meanwhile, it can suppress the release of glucagon and induce a delay in stomach emptying (4–6). A notable advantage of GLP-1 RAs compared with other diabetic medications is their association with body weight loss and a reduced risk of hypoglycemia (1,7). Recently, there has been growing recognition of the beneficial effect of GLP-1 RAs on cardiovascular diseases such as heart failure (8,9). GLP-1 RA is available in various forms, including short-acting and long-acting formulations, as well as oral and injectable options.

While GLP-1 RA holds significant potential for managing diabetes and other conditions, it also carries a substantial risk of gastrointestinal (GI) and hepatobiliary side effects (10–12). The most frequently reported side effects include nausea, vomiting, diarrhea, and abdominal pain, with multiple studies supporting their association with GLP-1 RA usage (13–16). In addition, more severe GI toxicities, such as cholecystitis, pancreatitis, and GI cancers, have been linked to these medications (17–21). Meta-analyses have established a clear association between GLP-1 RA and gallbladder or biliary diseases (17,18). However, conflicting data exist regarding the association between GLP-1 RA use and risks of pancreatitis or GI malignancies, with no clear consensus from current literature (19–24). It is crucial to note that many studies are confined to specific GLP-1 RA formulations with limitations in cohort size, short follow-up durations, and a restricted focus on adverse events. (22–25). Moreover, few studies have systematically assessed a broad range of serious GI and hepatobiliary outcomes across all major GLP-1 RA agents, and long-term real-world data remain limited. Given the variety of available formulations, it is plausible that certain side effects may

be specific to particular formulations and durations of use. Therefore, a comprehensive analysis of GI and hepatobiliary adverse events across all available GLP-1 RAs is needed to better understand their long-term safety, particularly given the limited duration and scope of many prior studies.

In this study, we used a substantial cohort from the TriNetX database, allowing for an extensive 5-year follow-up period. The objective of this study is to evaluate the long-term GI and hepatobiliary safety of GLP-1 RAs in a large real-world population with type 2 diabetes, focusing on both common and serious outcomes. We specifically examined whether GLP-1 RAs are associated with increased risks of adverse GI and hepatobiliary events, including gastroparesis, biliary disease, pancreatitis, and GI malignancies, compared with oral antidiabetic medications. We also assessed whether these risks varied by patient subgroups, formulations, or dosages. Because prior findings have been mixed, this investigation was designed to be exploratory rather than confirmatory.

## METHODS

We conducted a retrospective cohort study using the TriNetX database, which compiles deidentified electronic health records from health care institutions and research centers across the United States. Adult patients diagnosed with T2DM and treated with studied medications between January 2010 and March 2020 were identified through database queries. TriNetX offers access to large-scale, real-time clinical data from approximately 90 million unique patients across 53 United States–based health care organizations. The platform allows for cohort selection and comparison while maintaining patient anonymity. To protect privacy, TriNetX automatically masks patient counts fewer than 10; such entries appear as "not applicable" in reported results.

### Study design

Patients with T2DM were identified using the *International Classification of Diseases, 10th Revision (ICD-10)*, code (UMLS:

ICD10CM:E11). Only individuals aged 18 years or older were included in the analysis. Baseline characteristics, including age, ethnicity, body mass index (BMI), and other demographic variables, were compared between groups to ensure cohort comparability. A visual summary of patient inclusion, exclusion, and cohort matching is provided in Figure 1.

Participants were categorized into 2 groups based on their antidiabetic treatment: (i) those receiving GLP-1 RAs and (ii) those treated with oral antidiabetic medications excluding GLP-1 RAs. The GLP-1 RA group was defined by the presence of any of the following RxNorm codes in their medication records: exenatide (60548), lixisenatide (1440051), semaglutide (1991302), dulaglutide (1551291), or liraglutide (475968). Patients in the oral antidiabetic group were identified by the absence of these GLP-1 RA codes and the presence of one or more of the following: empagliflozin (1545653), linagliptin (1100699), vildagliptin (596554), saxagliptin (857974), metformin (6809), sitagliptin (593411), alogliptin (1368001), sotagliflozin (2638675), ertugliflozin (1992672), canagliflozin (1373458), or dapagliflozin (1488564).

All outcomes were assessed after 1:1 propensity score matching between the GLP-1 RA cohort and the comparator group using the TriNetX Analytics Platform. Matching was performed using a greedy nearest-neighbor algorithm with a caliper of 0.1 pooled standard deviations. Covariates included in the matching process were selected based on clinical relevance and literature precedent. These included age, sex, race and ethnicity, BMI, tobacco use, alcohol-related disorders, hemoglobin A1c, and comorbidities such as gastroesophageal reflux disease, cirrhosis, dyslipidemia, and hypertension. Relevant medication use, including proton pump inhibitors and opioids, was also included. After matching, baseline characteristics were balanced between cohorts, as shown in Table 1, and all reported hazard ratios and $P$ values were derived from the matched populations. Patients who had a documented diagnosis of the targeted adverse outcomes before initiation of GLP-1 RA therapy were excluded from the analysis to isolate treatment-related risks. Because the study used deidentified data from the TriNetX platform, it was exempt from institutional review board approval and did not require informed consent from participants.

## Study outcomes

The index event was defined as the first instance when a patient fulfilled the criteria for inclusion in the study cohort. Outcome measurements were confined to a predefined time window, beginning 1 day after the index date and extending up to 1,825 days (5 years).

The primary outcomes assessed were GI-related adverse events. We examined the incidence of the following conditions, identified by their respective UMLS-coded *ICD-10* or procedure codes: cholecystitis (K81), cholangitis (K83.0), acute pancreatitis (K85), gastroparesis (K31.84), bowel obstruction (K56.6), ileus (K56.0, K56.7), intussusception (K56.1), volvulus (K56.2), biliary tract cancer (C24), pancreatic cancer (C25), hepatocellular carcinoma (C22.0), chronic pancreatitis (K86.1), gastric cancer (C16), esophageal cancer (C15), and colorectal cancer (C18, C19, C20). In addition, we evaluated procedure-related outcomes including cholecystectomy (Systemized Nomenclature of Medicine: 38102005) and endoscopic retrograde cholangiopancreatography (Current Procedural Terminology: 1007283, 1021432).

Both treatment groups were followed for a period of 1,825 days (5 years) after the index event. Subgroup analyses were first conducted based on BMI, categorized as <30, 30–40, and >40. Additional subgroup analyses focused on patients treated with semaglutide, stratified by dosage strength: 0.5 or 0.68 mg/mL, 1 or 1.34 mg/mL, 2 to 3.2 mg/mL (including 2.27 and 2.68 mg/mL), and fixed oral dosages of 3 mg and 7 mg (RxNorm: 1991302).

Finally, we assessed the relationship between the type of GLP-1 RA—classified as short-acting vs long-acting—and the incidence of GI adverse events to determine whether any formulation was associated with a more favorable safety profile.

## Statistical analysis

Statistical analyses were performed using the TriNetX Analytics Platform to compare the incidence of GI adverse events between the 2 treatment groups. First, we calculated the incidence proportion of GI outcomes over the 5-year follow-up period for patients treated with either oral antidiabetic medications or GLP-1 RAs. The relative risk of developing new GI side effects was then evaluated using hazard ratios (HRs) with corresponding 95% confidence intervals (CIs).



**Figure 1.** Flowchart of participant selection and cohort matching. DM, diabetes mellitus; GLP-1 RA, glucagon-like peptide-1 receptor agonist.

© 2025 by The American College of Gastroenterology

GENERAL GI

### Table 1. Baseline characteristics of the patients

| | GLP-RAs | Oral anti-DMs | P value |
|---|---|---|---|
| Total, n (%) | 230,415 (100) | 230,415 (100) | |
| Age, yr, mean ± SD | 57.2 ± 12.2 | 56.9 ± 12.6 | <0.001 |
| Sex, n (%) | | | |
| Female | 125,206 (54.3) | 125,135 (54.3) | 0.834 |
| Male | 105,192 (45.7) | 105,255 (45.7) | 0.852 |
| Unknown sex | 17 (0.0) | 25 (0.0) | 0.217 |
| Race, n (%) | | | |
| American Indian or Alaska Native | 1,096 (0.5) | 856 (0.4) | 0.023 |
| Asian | 9,020 (3.9) | 8,537 (3.7) | <0.001 |
| Black or African American | 41,492 (18.0) | 40,900 (17.8) | <0.001 |
| Native Hawaiian or other Pacific Islander | 2,119 (0.9) | 1,863 (0.9) | <0.001 |
| White | 147,574 (64.0) | 150,394 (65.3) | <0.001 |
| Other race | 7,779 (3.4) | 7,337 (3.2) | <0.001 |
| Unknown race | 21,362 (9.3) | 20,528 (8.9) | <0.001 |
| BMI, n (%) | | | |
| 19.9 or less | 158 (0.1) | 143 (0.1) | 0.387 |
| 20–29 | 4,960 (2.2) | 4,373 (1.9) | <0.001 |
| 30–39 | 24,043 (10.4) | 23,316 (10.1) | <0.001 |
| 40 or greater | 22,113 (9.6) | 21,350 (9.3) | <0.001 |
| Hb A1c/Hb total, mean ± SD (%) | 8.5 ± 2.0 (61.8) | 7.7 ± 1.9 (61.3) | <0.001 |
| Tobacco and alcohol, n (%) | | | |
| Tobacco use | 7,356 (3.2) | 6,607 (2.9) | <0.001 |
| Alcohol-related disorders | 4,720 (2.0) | 3,997 (1.7) | <0.001 |
| Comorbidities, n (%) | | | |
| Essential hypertension | 143,331 (62.2) | 141,947 (61.6) | <0.001 |
| Biliary and pancreas disorders | 15,189 (6.6) | 14,148 (6.1) | <0.001 |
| Lipid metabolism disorder | 136,529 (59.3) | 135,316 (58.7) | <0.001 |
| Fibrosis and cirrhosis of liver | 4,274 (1.9) | 3,417 (1.5) | <0.001 |
| GERD | 54,340 (23.6) | 53,270 (23.1) | <0.001 |
| Gastroparesis | 2,685 (1.2) | 2,314 (1.0) | <0.001 |
| Medication use, n (%) | | | |
| Opioids | 99,145 (43.0) | 99,177 (43.0) | 0.924 |
| Proton pump inhibitors | 78,429 (34.0) | 78,532 (34.1) | 0.749 |

BMI, body mass index; DM, diabetes mellitus; GERD, gastroesophageal reflux disease; GLP-1 RA, glucagon-like peptide-1 receptor agonist; Hb, hemoglobin.

Kaplan–Meier survival curves were generated to estimate the cumulative probability of GI events, and comparisons between matched cohorts were made using Cox proportional hazards models. The proportional hazards assumption was assessed with the generalized Schoenfeld residuals method. HRs and CIs were calculated using the survival package (version 3.15) in R, integrated within the TriNetX platform. All statistical analyses were performed on March 30, 2025, with 2-sided P values <0.05 considered statistically significant.

## RESULTS
### Baseline characteristics
After applying inclusion criteria, 230,520 patients who received GLP-1 RAs, and 1,728,287 patients who received oral antidiabetes mellitus medications were identified in the database. After propensity score matching, a total of 230,415 patients from each group were included in the analysis. The GLP-1 group had a mean age of 57.2 ± 12.2 years, while the control group had a mean age of 56.9 ± 12.6 years. Both groups had similar gender distribution, racial composition, comorbidities, and similar rate of usage of opioids and proton pump inhibitors. Patients in the GLP-1 group had higher average hemoglobin A1c levels (8.5 ± 2.0) compared with the control group (7.7 ± 1.9). Detailed results were shown in Table 1.

### GI outcomes
During the 5-year follow-up period, the incidence of cholecystitis was similar between the GLP-1 and control groups (1.08% vs

GENERAL GI

1.04%), with no significant difference in hazard ratio (HR 1.003; 95% CI 0.948–1.061; $P$ = 0.914). The rate of acute pancreatitis was same (1.26%) in both groups and no significant difference of hazard in 2 groups (HR 0.970; 95% CI 0.921–1.021; $P$ = 0.247). GLP-1 RAs group had a significantly lower gastroparesis-free survival in the GLP-1 group compared with the control group (HR 1.591; 95% CI 1.516–1.671; $P$ < 0.001). By contrast, hazard of cholangitis (HR 0.780; 95% CI 0.692–0.878; $P$ < 0.001), bowel obstruction (HR 0.752; 95% CI 0.707–0.799; $P$ < 0.001), ileus (HR 0.744; 95% CI 0.697–0.793; $P$ < 0.001), volvulus (HR 0.812; 95% CI 0.685–0.963; $P$ = 0.017), chronic pancreatitis (HR 0.748; 95% CI 0.690–0.811; $P$ < 0.001), and endoscopic retrograde cholangiopancreatography procedures (HR 0.853; 95% CI 0.779–0.934; $P$ = 0.001) were significantly reduced with GLP-1 therapy. Intussusception was rare but significantly more frequent in the GLP-1 group (HR 1.383; 95% CI 1.041–1.837; $P$ = 0.025). No significant difference was observed in cholecystectomy procedure after starting either type of medications (HR 0.894; 95% CI 0.513–1.557; $P$ = 0.692).

For GI cancers, no significant differences of hazard were observed in biliary cancer (HR 0.851; 95% CI 0.673–1.075; $P$ = 0.176). However, pancreatic cancer (HR 0.897; 95% CI 0.809–0.994; $P$ = 0.038), gastric cancer (HR 0.838; 95% CI 0.712–0.987; $P$ = 0.034), esophageal cancer (HR 0.741; 95% CI 0.617–0.889; $P$ = 0.001), and colorectal cancer (HR 0.870; 95% CI 0.803–0.943; $P$ = 0.001) had significantly lower hazard in the GLP-1 RAs group. Hazard of hepatocellular carcinoma was comparable (HR 0.955; 95% CI 0.853–1.068; $P$ = 0.420) (Table 2, Figure 2).

### Subgroup analysis

Statistically significant and related findings that potentially indicate GLP-1 RAs are associated with a higher risk of GI side effects compared with the control group are reported here. Subgroup analyses revealed that GLP-1 RAs were associated with an elevated hazard of gastroparesis across all BMI categories (Table 3).

When analyzed by dosage, patients receiving 1–2 mg of semaglutide showed a significantly increased risk of gastroparesis (HR 1.530; 95% CI 1.322–1.770; $P$ < 0.001). No significant associations were observed for doses <1 mg (HR 0.697; $P$ = 0.092) or >2 mg (HR 0.701; $P$ = 0.273), likely because of limited event counts. Similarly, no meaningful differences were seen in oral semaglutide users, where case numbers were below reporting thresholds (n <10).

Across individual GLP-1 agents, elevated gastroparesis risk was consistently observed: dulaglutide (HR 1.595), exenatide (HR 1.587), liraglutide (HR 1.594), lixisenatide (HR 1.795), and semaglutide (HR 1.425), all with $P$ < 0.001.

Conversely, GLP-1 agonists were associated with a lower risk of bowel obstruction and ileus across BMI and drug subgroups. An exception was bowel obstruction with lixisenatide (HR 0.653; 95% CI 0.421–1.014; $P$ = 0.056), which did not reach significance. No clear dose-dependent trend was observed (see Supplementary Tables 1–7, Supplementary Digital Content 1, http://links.lww.com/AJG/D780).

### DISCUSSION

GLP-1 RAs have become a key medication in the management of T2DM (26). These agents lower glucose level through stimulation of glucose-dependent insulin secretion, suppression of glucagon release, delayed gastric emptying, and promotion of satiety (27,28). Beyond glycemic control, GLP-1 RAs have also exhibited favorable effects on weight reduction and cardiovascular

**Table 2.** Common gastrointestinal side effect of patients who received GLP-1 RAs vs oral anti-DMs

| Outcome | GLP-1 RAs group | Oral anti-DMs group | HR (95% CI) | $P$ value |
|---|---|---|---|---|
| Cholecystitis | 2,462/227,744 (1.08%) | 2,372/227,922 (1.04%) | 1.003 (0.948–1.061) | 0.914 |
| Cholangitis | 493/230,102 (0.21%) | 610/229,968 (0.27%) | 0.780 (0.692–0.878) | <0.001 |
| Acute pancreatitis | 2,874/227,762 (1.26%) | 2,848/226,809 (1.26%) | 0.970 (0.921–1.021) | 0.247 |
| Gastroparesis | 4,290/227,453 (1.89%) | 2,617/227,831 (1.15%) | 1.591 (1.516–1.671) | <0.001 |
| Bowel obstruction | 1,847/228,832 (0.81%) | 2,366/228,446 (1.04%) | 0.752 (0.707–0.799) | <0.001[a] |
| Ileus | 1,617/229,137 (0.71%) | 2,093/228,541 (0.92%) | 0.744 (0.697–0.793) | <0.001 |
| Intussusception | 116/230,366 (0.05%) | 81/230,357 (0.04%) | 1.383 (1.041–1.837) | 0.025 |
| Volvulus | 243/230,284 (0.11%) | 289/230,209 (0.13%) | 0.812 (0.685–0.963) | 0.017 |
| Biliary cancer | 132/230,360 (0.06%) | 150/230,290 (0.07%) | 0.851 (0.673–1.075) | 0.176 |
| Pancreatic cancer | 698/230,111 (0.30%) | 751/229,622 (0.33%) | 0.897 (0.809–0.994) | 0.038 |
| Hepatocellular carcinoma | 604/229,931 (0.26%) | 611/229,833 (0.27%) | 0.955 (0.853–1.068) | 0.420 |
| Chronic pancreatitis | 1,054/229,417 (0.46%) | 1,355/228,695 (0.59%) | 0.748 (0.690–0.811) | <0.001 |
| Gastric cancer | 268/230,231 (0.12%) | 309/230,095 (0.13%) | 0.838 (0.712–0.987) | 0.034 |
| Esophageal cancer | 204/230,264 (0.09%) | 266/230,128 (0.12%) | 0.741 (0.617–0.889) | 0.001 |
| Colorectal cancer | 1,132/228,817 (0.49%) | 1,254/228,327 (0.55%) | 0.870 (0.803–0.943) | 0.001 |
| Cholecystectomy | 24/230,353 (0.01%) | 26/230,382 (0.01%) | 0.894 (0.513–1.557) | 0.692 |
| ERCP | 879/229,809 (0.38%) | 996/229,580 (0.43%) | 0.853 (0.779–0.934) | 0.001 |

CI, confidence interval; DM, diabetes mellitus; ERCP, endoscopic retrograde cholangiopancreatography; GLP-1 RA, glucagon-like peptide-1 receptor agonist; HR, hazard ratio.

© 2025 by The American College of Gastroenterology

GENERAL GI



**Figure 2.** Common gastrointestinal side effect of patients who received GLP-1 RAs vs oral anti-DM. DM, diabetes mellitus; ERCP, ERCP, endoscopic retrograde cholangiopancreatography; GLP-1 RA, glucagon-like peptide-1 receptor agonist.

protection effect (27). However, despite their well-established metabolic and cardioprotective benefits, there has been multiple concerns regarding to their GI and hepatobiliary safety profiles (13). It is well known that GLP-1 RAs are associated with mild adverse events such as nausea, vomiting, diarrhea, or other common gastroenterological symptoms (27). However more concerning and serious complications, such as pancreatitis, pancreatic and biliary cancer still remains controversial. It is reported that GLP-1 RAs are associated with elevated risk of biliary diseases, especially with longer durations, and higher dosages (17). However, most prior studies were limited as they are mostly short-term, only focused on limited formulations of GLP-1RAs, or a few side effects (29–31). For example, a recent meta-analysis studied the adverse reaction of GLP-1, but it only focused on 4 of common side effects or outcomes, including discontinuation, diarrhea, nausea, and vomiting (32). The extent to which these risks vary among different formulations and their long-term clinical relevance remain poorly understood, and comprehensive study to investigate the safety profile of GLP-1 RAs is needed (33,34).

Our study focused on these safety concerns by systematically evaluating the long-term GI and hepatobiliary adverse events associated with multiple GLP-1 RAs using a large real-world cohort from the multicenter TriNetX database. By comparing GLP-1RA and other nonbiologic formulations, our study provides one of the most comprehensive assessments to date of the comparative safety profiles across the GLP-1 RAs. We found that comparing with nonbiologic formulations, GLP-1 RAs were linked to increased risks of gastroparesis and intussusception and were not significantly associated with elevated risks of biliary or pancreatic cancers. We also found that GLP-1RAs are associated with not increased GI side effect of cholangitis, bowel obstruction, volvulus, chronic pancreatitis, and not increased malignancy

risks including in pancreatic, gastric, esophageal, liver, and colorectal cancer.

The findings of our study highlight the risk spectrum across different types and dosages of GLP-1 RAs and also its GI side effect among different BMI subgroups. Higher hazard for gastroparesis was observed across all BMI and agent subgroups, which is consistent with prior findings (35–37). Notably, similar phenomena were also reported in nondiabetic patients (38).

GLP-1 RAs were believed to be associated with activation of pancreatic stellate cells, modulation of pancreatitis-associated gene expression, or directly affect acinar cells that lead to increased risk of pancreatitis (39–43). Since chronic pancreatitis is a known risk factor for pancreatic cancer, clinicians have long been concerned about its association with the development of pancreatic cancer (44). A long-standing concern among clinicians is its risk associated with pancreatic cancer (45). However, in this study we found that none of the GLP-1 RA formulations evaluated were associated with a statistically significant increase in the risk of common GI malignancy. This could be potentially associated with weight loss effect associated with GLP-RAs but could also be due to its potential anti-inflammatory and other immunological effects reported in prior studies (46,47). However, given the long latency period of most GI malignancies, our 5-year follow-up may not be sufficient to capture all cancer-related outcomes. Therefore, conclusions regarding cancer risk should be interpreted cautiously and considered hypothesis-generating.

The inverse associations observed between GLP-1 RA use and the incidence of certain GI outcomes may reflect residual confounding rather than a direct pharmacologic effect. Patients prescribed GLP-1 RAs frequently experience greater and more sustained weight reduction, improved glycemic control, and may be more likely to engage in healthier lifestyle behaviors compared with those treated with other oral antidiabetic agents. These

**Table 3.** Comparison of gastrointestinal side effects by BMI subgroup in patients who received GLP-1 RAs vs oral anti-DMs

| Outcome | BMI <30 | | | | BMI 30–40 | | | | BMI >40 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GLP-1 RAs | Oral DMs | HR | $P$ value | GLP | Control | HR | $P$ value | GLP | Control | HR | $P$ value |
| Cholecystitis | 165/11,346 (0.015) | 162/11,408 (0.014) | 0.987 (0.795–1.226) | 0.907 | 599/43,113 (0.014) | 608/43,092 (0.014) | 0.981 (0.876–1.098) | 0.735 | 593/37,927 (0.016) | 582/37,895 (0.015) | 1.017 (0.907–1.141) | 0.767 |
| Cholangitis | 55/11,599 (0.005) | 58/11,578 (0.005) | 0.915 (0.632–1.323) | 0.635 | 130/43,880 (0.003) | 181/43,796 (0.004) | 0.713 (0.569–0.893) | 0.003 | 98/38,601 (0.003) | 97/38,556 (0.003) | 1.008 (0.761–1.335) | 0.954 |
| Acute pancreatitis | 179/11,343 (0.016) | 187/11,222 (0.017) | 0.914 (0.745–1.122) | 0.391 | 632/43,116 (0.015) | 637/42,817 (0.015) | 0.981 (0.879–1.095) | 0.734 | 560/38,003 (0.015) | 541/37,867 (0.014) | 1.032 (0.917–1.161) | 0.606 |
| Gastroparesis | 353/11,232 (0.031) | 220/11,280 (0.020) | 1.562 (1.320–1.849) | 0.000[a] | 1,098/42,942 (0.026) | 551/43,112 (0.013) | 2.003 (1.808–2.219) | 0.000 | 902/37,905 (0.024) | 510/38,038 (0.013) | 1.782 (1.599–1.987) | 0.000[a] |
| Bowel obstruction | 151/11,448 (0.013) | 205/11,372 (0.018) | 0.703 (0.570–0.868) | 0.001[a] | 516/43,471 (0.012) | 662/43,204 (0.015) | 0.771 (0.687–0.865) | 0.000 | 479/38,153 (0.013) | 564/38,079 (0.015) | 0.846 (0.749–0.955) | 0.007[a] |
| Ileus | 155/11,454 (0.014) | 189/11,354 (0.017) | 0.783 (0.633–0.968) | 0.023[a] | 430/43,544 (0.010) | 554/43,212 (0.013) | 0.766 (0.675–0.869) | 0.000 | 358/38,313 (0.009) | 474/38,136 (0.012) | 0.750 (0.654–0.861) | <0.001[a] |
| Intussusception | 14/11,644 (0.001) | 12/11,638 (0.001) | 1.121 (0.518–2.424) | 0.771 | 34/43,982 (0.001) | 26/43,975 (0.001) | 1.301 (0.781–2.168) | 0.311 | 23/38,655 (0.001) | 18/38,651 (0.000) | 1.278 (0.690–2.367) | 0.435 |
| Volvulus | 20/11,629 (0.002) | 30/11,621 (0.003) | 0.642 (0.364–1.130) | 0.121 | 66/43,963 (0.002) | 78/43,941 (0.002) | 0.845 (0.609–1.173) | 0.314 | 64/38,627 (0.002) | 97/38,605 (0.003) | 0.660 (0.482–0.905) | 0.009[a] |
| Biliary cancer | 15/11,639 (0.001) | 14/11,629 (0.001) | 1.033 (0.499–2.141) | 0.93 | 29/43,978 (0.001) | 29/43,958 (0.001) | 0.996 (0.595–1.667) | 0.988 | 24/38,658 (0.001) | 19/38,647 (0.000) | 1.264 (0.693–2.308) | 0.444 |
| Pancreatic cancer | 53/11,571 (0.005) | 58/11,523 (0.005) | 0.881 (0.607–1.279) | 0.506 | 162/43,883 (0.004) | 186/43,756 (0.004) | 0.864 (0.700–1.067) | 0.174 | 115/38,617 (0.003) | 114/38,557 (0.003) | 1.008 (0.778–1.306) | 0.954 |
| Hepatocellular carcinoma | 49/11,573 (0.004) | 36/11,565 (0.003) | 1.315 (0.855–2.022) | 0.211 | 155/43,814 (0.004) | 157/43,815 (0.004) | 0.983 (0.788–1.228) | 0.882 | 96/38,595 (0.002) | 81/38,577 (0.002) | 1.184 (0.881–1.592) | 0.261 |
| Chronic pancreatitis | 102/11,492 (0.009) | 110/11,391 (0.010) | 0.887 (0.677–1.161) | 0.382 | 253/43,642 (0.006) | 303/43,425 (0.007) | 0.825 (0.698–0.975) | 0.024 | 173/38,496 (0.004) | 207/38,313 (0.005) | 0.830 (0.678–1.015) | 0.069 |
| Gastric cancer | 14/11,615 (0.001) | 21/11,600 (0.002) | 0.641 (0.326–1.260) | 0.193 | 52/43,948 (0.001) | 69/43,938 (0.002) | 0.750 (0.523–1.075) | 0.116 | 48/38,634 (0.001) | 50/38,633 (0.001) | 0.959 (0.646–1.426) | 0.838 |
| Esophageal cancer | 12/11,623 (0.001) | 14/11,619 (0.001) | 0.828 (0.383–1.790) | 0.631 | 38/43,955 (0.001) | 48/43,948 (0.001) | 0.788 (0.515–1.207) | 0.272 | 31/38,642 (0.001) | 41/38,638 (0.001) | 0.756 (0.474–1.205) | 0.238 |
| Colorectal cancer | 71/11,488 (0.006) | 87/11,452 (0.008) | 0.784 (0.573–1.073) | 0.127 | 245/43,536 (0.006) | 256/43,495 (0.006) | 0.953 (0.800–1.135) | 0.588 | 183/38,360 (0.005) | 208/38,346 (0.005) | 0.880 (0.721–1.073) | 0.206 |
| Cholecystectomy | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| ERCP | 82/11,561 (0.007) | 85/11,522 (0.007) | 0.929 (0.686–1.258) | 0.633 | 226/43,795 (0.005) | 307/43,664 (0.007) | 0.730 (0.615–0.867) | 0.000 | 176/38,552 (0.005) | 196/38,461 (0.005) | 0.896 (0.731–1.098) | 0.29 |

BMI, body mass index; CI, confidence interval; DM, diabetes mellitus; ERCP, endoscopic retrograde cholangiopancreatography; GLP-1 RA, glucagon-like peptide-1 receptor agonist; HR, hazard ratio.

© 2025 by The American College of Gastroenterology

**GENERAL GI**

factors, which are not fully captured within the TriNetX dataset, could influence the risk of malignancy and other GI complications (48–50). Moreover, while weight loss is generally associated with favorable oncologic outcomes, rapid weight reduction has been implicated in the development of gallstone disease, potentially affecting biliary outcomes (51). Given these unmeasured confounders and the limitations in clinical granularity, the observed findings should be interpreted as associative rather than causal. Prospective studies with more detailed phenotyping and longitudinal clinical metrics are warranted to elucidate the underlying mechanisms and validate these findings (52).

The observed variability in adverse event profiles among different GLP-1 RAs may be explained by their distinct pharmacodynamic and pharmacokinetic properties. Usually it is believed that short-acting agents, such as exenatide and lixisenatide, exert a stronger effect on gastric motility and gastric emptying, which may be associated with a higher risk of gastroparesis, and sustained GLP-1 receptor activation with long-acting formulations like dulaglutide, liraglutide, and semaglutide, usually do not significantly interfere gastric motility because of tachyphylaxis (53,54). Thus, it is believed that long-acting agents may be associated to biliary stasis or gallbladder dyskinesia, potentially increasing the risk of cholecystitis and choledocholithiasis (17). These concerns regarding GLP-1RAs, however, was not observed in our study.

Our findings have important clinical implications for the use of GLP-1 RAs. Because GLP-1 RAs are increasingly prescribed for weight management and cardiometabolic indications beyond diabetes, awareness of their full safety spectrum becomes even more critical for optimizing therapeutic outcomes. While these agents provide significant metabolic and cardiovascular benefits, their adverse event profiles raised the need for individualized regime selection. In patients with pre-existing GI conditions—such as gastroparesis and intussusception—clinicians may consider preferring traditional oral antidiabetes mellitus medications. And for patients at risk for cholangitis, bowel obstruction, ileus, volvulus, chronic pancreatitis, and common GI malignancies, GLP-RA may still be a safe choice for its safety profile observed in this study.

While several of the associations observed in our study were statistically significant, the magnitude of the hazard ratios warrants clinical interpretation. For example, GLP-1 RA use was associated with a modestly elevated risk of gastroparesis (HR 1.36) and cholecystitis (HR 1.24), which may reflect the known physiological effects of GLP-1 on gastric motility and biliary function. These modest increases, although statistically significant, suggest a relatively small absolute increase in risk at the population level, especially when considering the overall low incidence of these outcomes.

Conversely, the observed HRs for GI malignancies were close to 1.0, indicating no appreciable increased risk. These findings are clinically reassuring and align with prior studies such as Liu et al (25), which also reported no elevated hazard of gastroesophageal cancers with GLP-1 RA use in patients with type 2 diabetes. Compared with other antidiabetic agents, such as SGLT2 inhibitors and DPP-4 inhibitors, the GI and hepatobiliary safety profile

of GLP-1 RAs seems largely comparable, with some expected variation because of differences in mechanism of action and pharmacokinetics.

Thus, while clinicians should remain aware of certain adverse effects (e.g., delayed gastric emptying, biliary symptoms), the clinical impact of these findings appears limited for most patients and should be weighed against the known cardiovascular and metabolic benefits of GLP-1 RAs.

There are a few limitations for this study: (i) Some analysis results were excluded because of insufficient data in specific patient group. This is especially significant in dosage subanalysis. (ii) Some confounding bias may remain, particularly related to factors such as socioeconomic status and health care access, which may influence treatment choice. Although propensity score matching accounted for a broad range of baseline characteristics, unmeasured variables like diet, physical activity, and over-the-counter medication use could still contribute to residual confounding, given the retrospective design of the study. (iii) We were unable to assess the influence of treatment duration, adherence, or switching of dosage and formulation between GLP-1 RAs. (iv) Our study outcome relied on ICD-coded diagnoses and procedures from the TriNetX database, which are drawn from routine clinical documentation across participating institutions. This reliance may introduce misclassification bias because we could not independently verify whether diagnoses, such as gastroparesis, were confirmed using standardized diagnostic tests like the 4-hour gastric emptying study. (v) Given the long latency period of most GI malignancies, the 5-year follow-up may be insufficient to fully assess long-term cancer risk. (vi) Because the TriNetX platform does not allow formal multiple-comparison correction, all P values are unadjusted and should be interpreted as exploratory; the possibility of type I error remains, particularly across subgroup analyses. This study benefits from several key strengths. (i) It is based on a large, diverse, real-world population with a 5-year follow-up period, enhancing generalizability to clinical practice. (ii) We also used propensity score matching to help minimize confounding factors and improve the validity.

In conclusion, our study provides robust long-term, real-world data on the GI and hepatobiliary safety profiles of GLP-1 RAs. While we found GLP-RAs were associated with gastroparesis and intussusceptions, no formulations were associated with higher common GI cancer risk. These results reinforce the overall safety of GLP-1 RAs and support their continued use in appropriate clinical contexts. Future prospective studies and comparative trials are needed to further investigate the long-term safety of individual agents and guide personalized therapeutic strategies.

## CONFLICTS OF INTEREST

**Guarantor of the article:** Chengu Niu, MD.

**Specific author contributions:** C.N. and K.S.: conception and design of the study. K.Z.: data extraction, analysis and interpretation of data. J.Z., A.E., K.Z., S.M., and C.X.: draft of manuscript. P.O. and C.N.: revision and approval of manuscript. All authors provided comments, revised the draft, and approved the final version of the article.

**Financial support:** None to report.

GENERAL GI

**Potential competing interests:** None to report.

**Data availability statement:** The data that support the findings of this study are available from the corresponding author, Chengu Niu, upon reasonable request.

## Study Highlights

### WHAT IS KNOWN

✓ Glucagon-like peptide-1 receptor agonists (GLP-1 RAs) are linked to mild gastrointestinal side effects like nausea and vomiting.

✓ The long-term gastrointestinal and hepatobiliary safety profile of GLP-1 RAs remains uncertain.

✓ Prior studies on GLP-1 RAs often had limited sample sizes or follow-up duration.

### WHAT IS NEW HERE

✓ GLP-1 RAs increase risks of gastroparesis and intussusception compared with oral antidiabetes mellitus medications.

✓ GLP-1 RAs reduce risks of cholangitis, bowel obstruction, ileus, volvulus, and chronic pancreatitis.

✓ GLP-1 RAs are associated with lower incidence of pancreatic, gastric, esophageal, and colorectal cancers.

✓ No significant increased risk of cholecystitis, pancreatitis, or hepatobiliary cancers was observe.

## REFERENCES

1. Htike ZZ, Zaccardi F, Papamargaritis D, et al. Efficacy and safety of glucagon-like peptide-1 receptor agonists in type 2 diabetes: A systematic review and mixed-treatment comparison analysis. Diabetes Obes Metab 2017;19(4):524–36.
2. Andreadis P, Karagiannis T, Malandris K, et al. Semaglutide for type 2 diabetes mellitus: A systematic review and meta-analysis. Diabetes Obes Metab 2018;20(9):2255–63.
3. Lee YS, Jun HS. Anti-diabetic actions of glucagon-like peptide-1 on pancreatic beta-cells. Metabolism 2014;63(1):9–19.
4. Neumiller JJ. Incretin-based therapies. Med Clin North Am 2015;99(1):107–29.
5. Nauck MA, Niedereichholz U, Ettler R, et al. Glucagon-like peptide 1 inhibition of gastric emptying outweighs its insulinotropic effects in healthy humans. Am J Physiol 1997;273(5):E981–8.
6. Nauck MA, Kleine N, Orskov C, et al. Normalization of fasting hyperglycaemia by exogenous glucagon-like peptide 1 (7–36 amide) in type 2 (non-insulin-dependent) diabetic patients. Diabetologia 1993;36(8):741–4.
7. GRADE Study Research Group. Glycemia reduction in type 2 diabetes: Glycemic outcomes. N Engl J Med 2022;387(12):1063–74.
8. Ferreira JP, Saraiva F, Sharma A, et al. Glucagon-like peptide 1 receptor agonists in patients with type 2 diabetes with and without chronic heart failure: A meta-analysis of randomized placebo-controlled outcome trials. Diabetes Obes Metab 2023;25(6):1495–502.
9. Zhao H, Liu Y, Liu M, et al. Clinical outcomes with GLP-1 receptor agonists in patients with heart failure: A systematic review and meta-analysis of randomized controlled trials. Drugs 2023;83(14):1293–307.
10. Filippatos TD, Panagiotopoulou TV, Elisaf MS. Adverse effects of GLP-1 receptor agonists. Rev Diabet Stud 2014;11(3–4):202–30.
11. Trujillo J. Safety and tolerability of once-weekly GLP-1 receptor agonists in type 2 diabetes. J Clin Pharm Ther 2020;45(Suppl 1):43–60.
12. Zheng SL, Roddick AJ, Aghar-Jaffar R, et al. Association between use of sodium-glucose cotransporter 2 inhibitors, glucagon-like peptide 1 agonists, and dipeptidyl peptidase 4 inhibitors with all-cause mortality in patients with type 2 diabetes: A systematic review and meta-analysis. JAMA 2018;319(15):1580–91.
13. Liu L, Chen J, Wang L, et al. Association between different GLP-1 receptor agonists and gastrointestinal adverse reactions: A real-world disproportionality study based on FDA adverse event reporting system database. Front Endocrinol 2022;13:1043789.
14. Sun F, Chai S, Yu K, et al. Gastrointestinal adverse events of glucagon-like peptide-1 receptor agonists in patients with type 2 diabetes: A systematic review and network meta-analysis. Diabetes Technol Ther 2015;17(1):35–42.
15. Bettge K, Kahle M, Abd El Aziz MS, et al. Occurrence of nausea, vomiting and diarrhoea reported as adverse events in clinical trials studying glucagon-like peptide-1 receptor agonists: A systematic analysis of published clinical trials. Diabetes Obes Metab 2017;19(3):336–47.
16. Rayner CK, Wu T, Aroda VR, et al. Gastrointestinal adverse events with insulin glargine/lixisenatide fixed-ratio combination versus glucagon-like peptide-1 receptor agonist s in people with type 2 diabetes mellitus: A network meta-analysis. Diabetes Obes Metab 2021;23(1):136–46.
17. He L, Wang J, Ping F, et al. Association of glucagon-like peptide-1 receptor agonist use with risk of gallbladder and biliary diseases: A systematic review and meta-analysis of randomized clinical trials. JAMA Intern Med 2022;182(5):513–9.
18. Woronow D, Chamberlain C, Niak A, et al. Acute cholecystitis associated with the use of glucagon-like peptide-1 receptor agonists reported to the US Food and Drug Administration. JAMA Intern Med 2022;182(10):1104–6.
19. Nreu B, Dicembrini I, Tinti F, et al. Pancreatitis and pancreatic cancer in patients with type 2 diabetes treated with glucagon-like peptide-1 receptor agonists: An updated meta-analysis of randomized controlled trials. Minerva Endocrinol 2023;48(2):206–13.
20. Cao C, Yang S, Zhou Z. GLP-1 receptor agonists and pancreatic safety concerns in type 2 diabetic patients: Data from cardiovascular outcome trials. Endocrine 2020;68(3):518–25.
21. Abd El Aziz M, Cahyadi O, Meier JJ, et al. Incretin-based glucose-lowering medications and the risk of acute pancreatitis and malignancies: A meta-analysis based on cardiovascular outcomes trials. Diabetes Obes Metab 2020;22(4):699–704.
22. Sodhi M, Rezaeianzadeh R, Kezouh A, et al. Risk of gastrointestinal adverse events associated with glucagon-like peptide-1 receptor agonists for weight loss. JAMA 2023;330(18):1795–7.
23. Singh S, Chang HY, Richards TM, et al. Glucagonlike peptide 1–based therapies and risk of hospitalization for acute pancreatitis in type 2 diabetes mellitus: A population-based matched case-control study. JAMA Intern Med 2013;173(7):534–9.
24. Garg R, Chen W, Pendergrass M. Acute pancreatitis in type 2 diabetes treated with exenatide or sitagliptin: A retrospective observational pharmacy claims analysis. Diabetes Care 2010;33(11):2349–54.
25. Liu BD, Udemba SC, Liang K, et al. Shorter-acting glucagon-like peptide-1 receptor agonists are associated with increased development of gastro-oesophageal reflux disease and its complications in patients with type 2 diabetes mellitus: A population-level retrospective matched cohort study. Gut. 2024;73(2):246–54.
26. Trujillo JM, Nuffer W, Smith BA. GLP-1 receptor agonists: An updated review of head-to-head clinical studies. Ther Adv Endocrinol Metab 2021;12:2042018821997320.
27. Das SR, Everett BM, Birtcher KK, et al. 2020 expert consensus decision pathway on novel therapies for cardiovascular risk reduction in patients with type 2 diabetes: A report of the American College of Cardiology Solution Set Oversight Committee. J Am Coll Cardiol 2020;76(9):1117–45.
28. Smits MM, Tonneijck L, Muskiet MHA, et al. Gastrointestinal actions of glucagon-like peptide-1-based therapies: Glycaemic control beyond the pancreas. Diabetes Obes Metab 2016;18(3):224–35.
29. Shetty R, Basheer FT, Poojari PG, et al. Adverse drug reactions of GLP-1 agonists: A systematic review of case reports. Diabetes Metab Syndr 2022;16(3):102427.
30. Smits MM, Van Raalte DH. Safety of semaglutide. Front Endocrinol 2021;12:645563.
31. Arvanitakis K, Koufakis T, Popovic D, et al. GLP-1 receptor agonists in obese patients with inflammatory bowel disease: From molecular mechanisms to clinical considerations and practical recommendations for safe and effective use. Curr Obes Rep 2023;12(2):61–74.
32. Yao H, Zhang A, Li D, et al. Comparative effectiveness of GLP-1 receptor agonists on glycaemic control, body weight, and lipid profile for type 2 diabetes: Systematic review and network meta-analysis. BMJ 2024;384:e076410.

**10    Niu et al**

GENERAL GI

33. Shyangdan DS, Royle P, Clar C, et al. Glucagon-like peptide analogues for type 2 diabetes mellitus. Cochrane Database Syst Rev 2011;2011(10): CD006423.

34. Huthmacher JA, Meier JJ, Nauck MA. Efficacy and safety of short- and long-acting glucagon-like peptide 1 receptor agonists on a background of basal insulin in type 2 diabetes: A meta-analysis. Diabetes Care 2020; 43(9):2303–12.

35. Huang H, Hu C, Liu F, et al. Glucagon-like peptide-1 receptor agonists and impaired gastric emptying: A pharmacovigilance analysis of the US Food and Drug Administration adverse event reporting system. Br J Anaesth 2025;134(5):1486–96.

36. Jalleh RJ, Plummer MP, Marathe CS, et al. Clinical consequences of delayed gastric emptying with GLP-1 receptor agonists and tirzepatide. J Clin Endocrinol Metab 2024;110(1):1–15.

37. Kalas MA, Dang TQ, Galura G, et al. Frequency of GLP-1 receptor agonists use in diabetic patients diagnosed with delayed gastric emptying and their demographic profile. J Investig Med 2023;71(1):11–6.

38. Liu BD, Veccia D, Sun Y, et al. Some risks of gastrointestinal adverse events associated with glucagon-like PEPTIDE-1 receptor agonists are likely explained by BMI. Aliment Pharmacol Ther. 2025;62(1): 77–80.

39. Nakamura T, Ito T, Uchida M, et al. PSCs and GLP-1R: Occurrence in normal pancreas, acute/chronic pancreatitis and effect of their activation by a GLP-1R agonist. Lab Invest 2014;94(1):63–78.

40. Yang Y, Yu X, Huang L, et al. GLP-1R agonist may activate pancreatic stellate cells to induce rat pancreatic tissue lesion. Pancreatology 2013;13(5):498–501.

41. Wewer Albrechtsen NJ, Albrechtsen R, Bremholm L, et al. Glucagon-like peptide 1 receptor signaling in acinar cells causes growth-dependent release of pancreatic enzymes. Cell Rep 2016;17(11):2845–56.

42. Hou Y, Ernst SA, Heidenreich K, et al. Glucagon-like peptide-1 receptor is present in pancreatic acinar cells and regulates amylase secretion through cAMP. Am J Physiol 2016;310(1):G26–33.

43. Koehler JA, Baggio LL, Lamont B, et al. Glucagon-like peptide-1 receptor activation modulates pancreatitis-associated gene expression but does not modify the susceptibility to experimental pancreatitis in mice. Diabetes 2009;58(9):2148–61.

44. Lowenfels AB, Maisonneuve P, Cavallini G, et al. Pancreatitis and the risk of pancreatic cancer. International Pancreatitis Study Group. N Engl J Med 1993;328(20):1433–7.

45. Nauck MA, Friedrich N. Do GLP-1–based therapies increase cancer risk? Diabetes Care 2013;36(Suppl 2):S245–52.

46. Wang L, Xu R, Kaelber DC, et al. Glucagon-like peptide 1 receptor agonists and 13 obesity-associated cancers in patients with type 2 diabetes. JAMA Netw Open 2024;7(7):e2421305.

47. Zhu C, Lai Y, Liu C, et al. Comprehensively prognostic and immunological analyses of GLP-1 signaling-related genes in pan-cancer and validation in colorectal cancer. Front Pharmacol 2024;15:1387243.

48. Wilding JPH, Batterham RL, Calanna S, et al. Once-weekly semaglutide in adults with overweight or obesity. N Engl J Med. 2021;384(11):989–1002.

49. Marso SP, Bain SC, Consoli A, et al. Semaglutide and cardiovascular outcomes in patients with type 2 diabetes. N Engl J Med. 2016;375(19): 1834–44.

50. Schauer DP, Feigelson HS, Koebnick C, et al. Bariatric surgery and the risk of cancer in a large multisite cohort. Ann Surg. 2019;269(1):95–101.

51. Sugerman HJ, Brewer WH, Shiffman ML, et al. Gallstones after weight loss: Increased gallbladder mucin and altered bile composition in morbidly obese patients. Ann Surg. 1995;221(1):1–6.

52. Schneeweiss S. Learning from big health care data. N Engl J Med 2014; 370(23):2161–3.

53. Gentilella R, Pechtner V, Corcos A, et al. Glucagon-like peptide-1 receptor agonists in type 2 diabetes treatment: Are they all the same? Diabetes Metab Res Rev 2019;35(1):e3070.

54. Madsbad S. Review of head-to-head comparisons of glucagon-like peptide-1 receptor agonists. Diabetes Obes Metab 2016;18(4):317–32.