# EXHIBIT 98D

DIABETES RESEARCH AND CLINICAL PRACTICE 161 (2020) 108087



EXHIBIT 6
WIT: _____
DATE: 4-7-__
C. Campbell, RDR CRR CSR #13921

Contents available at ScienceDirect

## Diabetes Research and Clinical Practice

journal homepage: www.elsevier.com/locate/diabres

ELSEVIER



International Diabetes Federation



# Cholelithiasis in patients treated with Glucagon-Like Peptide-1 Receptor: An updated meta-analysis of randomized controlled trials



Check for updates

*Besmir Nreu, Ilaria Dicembrini [1], Federico Tinti, Edoardo Mannucci [1], Matteo Monami* *

*Diabetology, Careggi Hospital and University of Florence, Italy*

ARTICLE INFO

*Article history:*
Received 14 November 2019
Received in revised form
13 February 2020
Accepted 17 February 2020
Available online 19 February 2020

ABSTRACT

Glucagon-Like Peptide-1 Receptor Agonists (GLP1-RA) has been associated with cholelithiasis in a previous meta-analysis. The publication of new trials suggests the need for an update. We collected trials with GLP1-RA vs. other therapies, calculating Mantel-Haenszel odds ratio (MH-OR, 95%CI). GLP1-RA significantly increased the risk of cholelithiasis (MH-OR 1.28 [1.11, 1.48]).

© 2020 Elsevier B.V. All rights reserved.

*Keywords:*
Glucagon-Like Peptide-1 Receptor Agonists
Meta-analysis

## 1.    Introduction

Treatment with Glucagon-Like Peptide-1 Receptor Agonists (GLP1-RA) has been associated with the development of cholelithiasis [1,2]. Potential mechanisms underlying this association include the effect of weight loss, a direct action of GLP1 and its agonists on biliary secretion [3], and/or a drug-induced modification of gallbladder motility [2,4,5]. The risk of cholelithiasis associated with GLP1-RA has been detected through an analysis of the results of randomized clinical trials [1]. Since its first description, several new trials (including three cardiovascular outcome trials [6–12]) have been published, substantially increasing the available data set.

## 2.    Materials and methods

The present meta-analysisis a part of a wider and currently ongoing systematic review, which has been registered on the PROSPERO website (CRD42018115577; https://www.crd.york.ac.uk/PROSPERO/). This meta-analysis is reported following the criteria of PRISMA statement [13].

A MEDLINE, Cochrane database and clinicaltrials.gov search was performed to identify all clinical trials (English only), up to June 15th, 2019, with a duration of follow-up of at least 52 weeks, in which GLP-1RA (exenatide, liraglutide, lixisenatide, albiglutide, dulaglutide, and semaglutide) were compared with either placebo or active comparators. An attempt to retrieve results of completed, but yet unpublished

* Corresponding author at: Diabetology, Azienda Ospedaliero-Universitaria Careggi, Via delle Oblate 4, 50141 Florence, Italy.
E-mail address: matteo.monami@unifi.it (M. Monami).
[1] B.N. and I.D. equally contributed to the manuscript.
https://doi.org/10.1016/j.diabres.2020.108087
0168-8227/© 2020 Elsevier B.V. All rights reserved.

**2**                    DIABETES RESEARCH AND CLINICAL PRACTICE 161 (2020) 108087

trials, was performed by searching the www.clinicaltrials.gov register. Detailed information on the search string is reported in Table 1S.

The identification of relevant abstracts, the selection of studies, and extraction were performed independently by two of the authors (I.D. and B.N.), and conflicts resolved by a third investigator (E.M.).

For all published trials, results reported in published papers were used as the primary source of information; when data on cholelithiasis was not available in the primary publication, an attempt of retrieving information was made on clinicaltrials.gov. The quality of trials was assessed using the parameters proposed by the Cochrane Collaboration. The principal endpoint was cholelithiasis reported as a serious adverse event (Table 2S).

Mantel-Haenszel odds ratio (MH-OR) with 95% Confidence Interval (95% CI) was calculated forcholelithiasis on an intention-to-treat basis. A sensitivity analysis was performed with continuity correction, imputing one event for each treatment group in trials with zero events. Heterogeneity was assessed using I [2] statistics. Random-effects model was applied in the primary analysis, whereas fixed effect models were applied for sensitivity analysis. Trial Sequential Analysis was also performed, using the TSA software (version 1.0 beta, http://www.ctu.dk/tools-and-links). This method allows reducing the risk of type 1 error due to repetitive testing of accumulating data.

Funnel plot for cholelithiasis was examined in order to estimate possible publication/disclosure bias.

| Study or Subgroup | Experimental Events | Total | Control Events | Total | Weight | Odds Ratio M-H, Random, 95% CI |
|---|---|---|---|---|---|---|
| Umpierrez 2014 (44) | 0 | 269 | 0 | 268 | | Not estimable |
| Sathyanarayana 2011 (49) | 0 | 12 | 0 | 12 | | Not estimable |
| Reusch 2014 (39) | 0 | 150 | 0 | 151 | | Not estimable |
| Leiter 2017 (42) | 0 | 285 | 0 | 281 | | Not estimable |
| Leiter 2014 (40) | 0 | 249 | 0 | 246 | | Not estimable |
| Miyagawa 2015 (43) | 0 | 281 | 0 | 70 | | Not estimable |
| Liang 2013 (51) | 0 | 34 | 0 | 36 | | Not estimable |
| Nauck 2009 (65) | 0 | 100 | 0 | 363 | | Not estimable |
| Nauck 2007 (55) | 0 | 253 | 0 | 248 | | Not estimable |
| Nauck 2016 (38) | 0 | 200 | 0 | 101 | | Not estimable |
| Arturi 2017 (67) | 0 | 10 | 0 | 22 | | Not estimable |
| Bunck 2009 (56) | 0 | 36 | 0 | 33 | | Not estimable |
| de Wit 2014 (63) | 0 | 26 | 0 | 24 | | Not estimable |
| Derosa 2010 (50) | 0 | 63 | 0 | 65 | | Not estimable |
| Derosa 2011 (52) | 0 | 52 | 0 | 49 | | Not estimable |
| Derosa 2013 (53) | 0 | 86 | 0 | 85 | | Not estimable |
| Giorgino 2015 (47) | 0 | 275 | 0 | 262 | | Not estimable |
| Kaku 2018 (70) | 0 | 480 | 0 | 121 | | Not estimable |
| Weinstock 2015 (45) | 0 | 606 | 2 | 177 | 0.2% | 0.06 [0.00, 1.21] |
| PIONEER-6 (30) | 1 | 1591 | 3 | 1592 | 0.4% | 0.33 [0.03, 3.21] |
| Diamant 2014 (60) | 0 | 233 | 1 | 234 | 0.2% | 0.33 [0.01, 8.22] |
| Ahren 2014 (36) | 0 | 302 | 2 | 710 | 0.2% | 0.47 [0.02, 9.79] |
| Gough 2015 (68) | 1 | 414 | 2 | 413 | 0.3% | 0.50 [0.04, 5.51] |
| ELIXA (74) | 21 | 3034 | 33 | 3034 | 6.7% | 0.63 [0.37, 1.10] |
| SUSTAIN-6 (71) | 9 | 1648 | 12 | 1649 | 2.7% | 0.75 [0.31, 1.78] |
| Tuttle 2018 (49) | 2 | 383 | 1 | 194 | 0.3% | 1.01 [0.09, 11.24] |
| EXSCEL (58) | 178 | 7356 | 146 | 7396 | 41.2% | 1.23 [0.99, 1.54] |
| HARMONY OUTCOMES (35) | 51 | 4731 | 41 | 4732 | 11.8% | 1.25 [0.82, 1.88] |
| Weissman 2014 (41) | 1 | 504 | 0 | 241 | 0.2% | 1.44 [0.06, 35.45] |
| Ahren 2017 (72) | 3 | 818 | 1 | 407 | 0.4% | 1.49 [0.15, 14.41] |
| Garber 2011 (69) | 1 | 498 | 0 | 248 | 0.2% | 1.50 [0.06, 36.92] |
| Pratley 2011 (66) | 1 | 439 | 0 | 219 | 0.2% | 1.50 [0.06, 37.01] |
| LEADER (62) | 145 | 4668 | 90 | 4672 | 28.5% | 1.63 [1.25, 2.13] |
| Rosenstock 2019 (73) | 5 | 1397 | 1 | 467 | 0.4% | 1.67 [0.20, 14.36] |
| REWIND (5) | 23 | 4949 | 13 | 4952 | 4.3% | 1.77 [0.90, 3.51] |
| Blonde 2015 (46) | 2 | 588 | 0 | 296 | 0.2% | 2.53 [0.12, 52.82] |
| Inagaki 2012 (61) | 1 | 215 | 0 | 212 | 0.2% | 2.97 [0.12, 73.37] |
| NCT01648582 | 1 | 263 | 0 | 263 | 0.2% | 3.01 [0.12, 74.26] |
| Davies 2015 (64) | 1 | 211 | 0 | 212 | 0.2% | 3.03 [0.12, 74.76] |
| Jaiswal 2015 (57) | 1 | 22 | 0 | 24 | 0.2% | 3.42 [0.13, 88.40] |
| Jabbour 2018 (59) | 3 | 461 | 0 | 233 | 0.2% | 3.56 [0.18, 69.30] |
| Home 2015 (37) | 1 | 271 | 0 | 392 | 0.2% | 4.35 [0.18, 107.26] |
| Gallwitz 2012 (54) | 2 | 490 | 0 | 487 | 0.2% | 4.99 [0.24, 104.20] |
| **Total (95% CI)** | | **38953** | | **35893** | **100.0%** | **1.28 [1.11, 1.48]** |
| Total events | **454** | | **348** | | | |

Heterogeneity: Tau² = 0.00; Chi² = 22.29, df = 24 (P = 0.56); I² = 0%
Test for overall effect: Z = 3.42 (P = 0.0006)

0.05   0.2   1   5   20
GLP-1 RA   Favours [control]

**Fig. 1 – Risk of cholelithaisis for GLP-1 RA versus placebo/active comparators (MH-OR, 95% CI: Mantel-Haenzel Odds Ratio, with 95% of Confidence Intervals).**

DIABETES RESEARCH AND CLINICAL PRACTICE 161 (2020) 108087    **3**

Subgroup analyses were performed, whenever possible, for different drugs of the class and different classes of comparators.

All analyses specified above were performed using Review Manager 5.3; Copenhagen: The Nordic Cochrane Centre, The Cochrane Collaboration, 2014.

## 3. Results

Fig. 1S reports the trial flow summary. A total of 43 trials (Table 3S) fulfilling inclusion criteria was identified. All studies reported information on cholelithiasis.

The quality of all trials was high for all items of the Cochrane tool in the large majority of studies, with the exception of "blinding of participants and personnel" due to the high number of open-label trials (Fig. 2S).

Out of 43 studies (38,953 patients in GLP-1RA and 35,893 in control group), 25 reported at least one case of cholelithiasis. No publication bias was detected at a visual analysis of the Funnel plot (Fig. 3S).

A significant increase in the risk of cholelithiasis was observed in patients treated with GLP-1 RA (MH-OR 1.28 [1.11, 1.48]; Fig. 1). This result was confirmed using a fixed-effect model (MH-OR 1.28 [1.11, 1.47]; $p < 0.001$) and in a sensitivity analysis with continuity correction (MH-OR 1.26 [1.10, 1.45]; $p = 0.001$). Trial Sequential Analysis (Fig. 4S) exhibited conclusive results and revealed that the relationship could hardly be altered by further trials.

No difference was observed when analyzing separately different comparators (Fig. 5S). In a subgroup analysis considering different molecules of the class, liraglutide was associated with a significantly increased risk of cholelithiasis, and exenatide LAR with a nonsignificant trend toward increased risk, as shown in Fig. 6S. Notably, $I^2$ revealed a relevant heterogeneity.

## 4. Discussion

The present meta-analysis confirms, on a larger data set, the previously described [1] association of treatment with GLP1-RA with cholelithiasis. Drug-induced weight loss could be a major pathogenetic determinant of GLP1-RA-associated cholelithiasis, as already observed with other weight-reducing therapies [14–16]. However, other mechanisms could also be involved, such as a direct action of GLP1 and its agonists on biliary secretion [3], and/or a drug-induced modification of gallbladder motility [2,4,5].

Data from observational studies are scarce and, to our knowledge, there is only one nested-case control study, describing a possible association between GLP1-RA and gallbladder disease; interestingly, this increased risk was limited to the first 6 months of treatment [17].

On the basis of the present meta-analysis, cholelithiasis deserved to be listed among drug warnings. In addition, it would be advisable to include cholelithiasis among adverse events of special interest in future trials with GLP1-RA; this would allow a clear definition of diagnostic criteria and

formal adjudication of cases, thus improving the reliability of results.

In fact, the lack of adjudication of events is one of the major limitations of the present meta-analysis: diagnoses were made by investigators on the basis of their personal clinical judgment, leaving the possibility of misclassifications. A further limitation is represented by the relatively small number of recorded events. However, the results obtained indicate a strong correlation between GLP1-RA and cholelithiasis and the trial sequential analysis seems to exclude that further trials can modify the outcome of the present analysis.

In conclusion, this updated meta-analysis of randomized clinical trials shows that GLP1-RA are associated with an increased risk of cholelithiasis, that should be listed among drug warnings and included as adverse event of special interest in future trials.

## Role of the funding source

This research was performed as a part of the institutional activity of the unit, with no specific funding. All expenses, including salaries of the investigators, were covered by public research funds assigned to the unit. The manuscript was drafted and revised by the authors in accordance with ICJME standards for authorship.

## Declaration of interests

MM has received speaking fees from Astra Zeneca, Bristol Myers Squibb, Boehringer-Ingelheim, Eli-Lilly, Merck, Novo Nordisk, Sanofi, and Novartis and research grants from Bristol Myers Squibb; ID has received speaking fees from Novonordisk; BN is presently employee of Novo Nordisk; FT has no conflicts of interest to declare; EM has received consultancy fees from Merck and Novartis speaking fees from Astra Zeneca, Bristol Myers Squibb, Boehringer-Ingelheim, Eli-Lilly, Merck, Novo Nordisk, Sanofi, and Novartis and research grants from Merck, Novartis, and Takeda.

All the authors approved the final version of this manuscript. Dr. Matteo Monami is the person who takes full responsibility for the work as a whole, including the study design, access to data, and the decision to submit and publish the manuscript.

## Contributors

MM and EM were involved in each of the following points:

1. Design
2. Data Collection
3. Analysis
4. Writing manuscript

ID, BN, and FT were involved in each of the following points:

1. Data Collection
2. Manuscript revision

**4**                DIABETES RESEARCH AND CLINICAL PRACTICE 161 (2020) 108087

## Appendix A.  Supplementary material

Supplementary data to this article can be found online at https://doi.org/10.1016/j.diabres.2020.108087.

REFERENCES

[1] Monami M, Nreu B, Scatena A, et al. Safety issues with glucagon-like peptide-1 receptor agonists (pancreatitis, pancreatic cancer and cholelithiasis): Data from randomized controlled trials. Diabetes Obes Metab 2017;19:1233–41.

[2] Marathe CS, Rayner CK, Jones KL, Horowitz M. Effects of GLP-1 and incretin-based therapies on gastrointestinal motor function. Exp Diabetes Res 2011;2011:10.

[3] Nexoe-Larsen CC, Sorensen PH, Hausner H, et al. Effects of liraglutide on gallbladder emptying: A randomized, placebo-controlled trial in adults with overweight or obesity. Diabetes Obes Metab 2018;20:2557–64.

[4] Pi-Sunyer X, Astrup A, Fujioka K, et al. A randomized, controlled trial of 3.0 mg of liraglutide in weight management. N Engl J Med 2015;373:11–22.

[5] Keller J, Trautmann ME, Haber H, et al. Effect of exenatide on cholecystokinin-induced gallbladder emptying in fasting healthy subjects. Regul Pept 2012;179:77–83.

[6] Gerstein HC, Colhoun HM, Dagenais GR, et al. Dulaglutide and cardiovascular outcomes in type 2 diabetes (REWIND): a double-blind, randomised placebo-controlled trial. The Lancet 2019.

[7] Hernandez AF, Green JB, Janmohamed S, et al. Albiglutide and cardiovascular outcomes in patients with type 2 diabetes and cardiovascular disease (Harmony Outcomes): a double-blind, randomised placebo-controlled trial. The Lancet 2018;392:1519–29.

[8] Holman RR, Bethel MA, Mentz RJ, et al. Effects of once-weekly exenatide on cardiovascular outcomes in type 2 diabetes. N Engl J Med 2017;377:1228–39.

[9] Husain M, Birkenfeld AL, Donsmark M, et al. Oral semaglutide and cardiovascular outcomes in patients with type 2 diabetes. N Engl J Med 2019:null.

[10] Marso SP, Bain SC, Consoli A, et al. Semaglutide and cardiovascular outcomes in patients with type 2 diabetes. N Engl J Med 2016;375:1834–44.

[11] Marso SP, Daniels GH, Brown-Frandsen K, et al. Liraglutide and cardiovascular outcomes in type 2 diabetes. N Engl J Med 2016;375:311–22.

[12] Pfeffer MA, Claggett B, Diaz R, et al. Lixisenatide in patients with type 2 diabetes and acute coronary syndrome. N Engl J Med 2015;373:2247–57.

[13] Moher D, Liberati A, Tetzlaff J, Altman DG. Preferred reporting items for systematic reviews and meta-analyses: the PRISMA statement. PLoS Med 2009;151:264–9.

[14] Filippatos TD, Derdemezis CS, Gazi IF, Nakou ES, Mikhailidis DP, Elisaf MS. Orlistat-associated adverse effects and drug interactions: a critical review. Drug Saf 2008;31:53–65.

[15] Manatsathit W, Leelasinjaroen P, Al-Hamid H, Szpunar S, Hawasli A. The incidence of cholelithiasis after sleeve gastrectomy and its association with weight loss: a two-centre retrospective cohort study. Int J Surg (Lond, Engl) 2016;30:13–8.

[16] Novo Nordisk. Saxenda® (liraglutide [rDNA origin] injection). www.novo-pi.com/saxenda.pdf (accessed 7 September 2016); 2016. p. 2–4 [accessed last accessed 14/11/2019].

[17] Faillie JL, Yu OH, Yin H, Hillaire-Buys D, Barkun A, Azoulay L. Association of bile duct and gallbladder diseases with the use of incretin-based drugs in patients with type 2 diabetes mellitus. JAMA Internal Med 2016;176:1474–81.