# EXHIBIT 99D

## ORIGINAL ARTICLE: Clinical Endoscopy

# Glucagon-like peptide-1 receptor agonists and capsule endoscopy in patients with diabetes: a matched cohort study



**Tarek Odah, MD,**[1] **Asrita Vattikonda, MD,**[2] **Mark Stark, MD,**[1] **Bhaumik Brahmbhatt, MD,**[1] **Frank J. Lukens, MD,**[1] **Dilhana Badurdeen, MD,**[1] **Jana G. Hashash, MD, MSc,**[1] **Francis A. Farraye, MD, MSc**[1]

Jacksonville, Florida, USA

**Background and Aims:** Video capsule endoscopy (VCE) is valuable for assessing conditions like GI bleeding, anemia, and inflammatory bowel disease. Glucagon-like peptide-1 receptor agonists (GLP-1RAs) are prescribed for diabetes and weight loss, with their pharmacologic effects including delayed gastric emptying. This study investigates the impact of GLP-1RA use on VCE outcomes in patients with diabetes.

**Methods:** This retrospective cohort study involves patients with diabetes undergoing VCE while on GLP-1RAs matched in a 1:1 ratio with control subjects, who are not on GLP-1RAs, based on demographics and diabetes-related factors. The primary outcome was gastric transit time in VCE studies, whereas secondary outcomes were incomplete small-bowel evaluation and small-bowel transit time.

**Results:** In the GLP-1RA cohort with 68 patients, 5 (7%) experienced failure to pass the video capsule through the stomach; all control subjects passed the video capsule successfully ($P = .06$). GLP-1RA patients had a longer gastric transit time (99.3 ± 134.2 minutes) compared with control subjects (25.3 ± 31.6 minutes, $P < .001$). Multivariate analysis revealed GLP-1RA use was associated with an increased gastric transit time by 74.5 minutes (95% confidence interval, 33.8-115.2; $P < .001$) compared with control subjects, after adjusting for relevant factors. Sixteen GLP-1RA patients (23.5%) experienced incomplete passage of the video capsule through the small intestine, a significantly higher rate compared with 3 patients in the control group (4.4%, $P < .01$).

**Conclusions:** GLP-1RA use is associated with a prolonged gastric transit time and a higher rate of incomplete small-bowel evaluation during VCE. Future studies may be crucial for evaluating strategies to mitigate these effects. (Gastrointest Endosc 2025;101:393-401.)

Video capsule endoscopy (VCE), also known as capsule endoscopy, is a GI study that uses a pill camera to capture internal images of the digestive tract. The first VCE was performed in October 1999, and the U.S. Food and Drug Administration approved its use in the United States in 2001.[1]

VCE is helpful in the evaluation of various conditions such as GI bleeding, anemia, inflammatory bowel disease (IBD), and suspected neoplastic lesions. The key advantage of VCE lies in its capacity to assess segments of the small bowel that are challenging to visualize using conventional endo-scopic techniques because of the bowel's length and distance from the mouth and anus. Because the battery life of VCE typically lasts around 8 hours, incomplete small-bowel evaluations may occur in patients with prolonged gastric and small-bowel transit times, necessitating additional examinations and increased costs.[2] Factors contributing to incomplete small-bowel evaluations include advanced age, male sex, prolonged gastric transit time, diabetes, and Crohn's disease.[2-5]

Glucagon-like peptide-1 receptor agonists (GLP-1RAs) have emerged as a widely used class of medications for

*Abbreviations: CI, confidence interval; GLP-1RA, glucagon-like peptide-1 receptor agonist; IBD, inflammatory bowel disease; VCE, video capsule endoscopy.*

Copyright © 2025 by the American Society for Gastrointestinal Endoscopy
0016-5107/$36.00
https://doi.org/10.1016/j.gie.2024.07.014

Received May 12, 2024. Accepted July 21, 2024.

Current affiliations: Division of Gastroenterology and Hepatology (1), Department of Internal Medicine (2), Mayo Clinic, Jacksonville, Florida, USA.

Reprint requests: Tarek Odah, MD, Division of Gastroenterology and Hepatology, Mayo Clinic, 4500 San Pablo Rd S, Jacksonville, FL 32224.

managing diabetes and, more recently, for promoting weight loss.[6,7] The GLP-1RAs approved by the U.S. Food and Drug Administration are albiglutide, dulaglutide, exenatide, liraglutide, lixisenatide, semaglutide, and tirzepatide. These agents function by activating the GLP-1 receptor, thereby increasing glucose-dependent insulin secretion, reducing glucagon secretion, and delaying gastric emptying. Tirzepatide additionally activates the glucose-dependent insulinotropic peptide receptor, leading to insulin secretion.[8,9]

In recent years, the use of GLP-1RAs has notably surged.[10,11] However, along with this surge, concerns have emerged regarding their potential to delay gastric emptying and whether this could lead to prolonged gastric transit time, potentially causing incomplete small-bowel evaluations during VCE.[12,13] Presently, data on this topic are scarce. Our study aims to assess the effects of GLP-1RAs on VCE outcomes, particularly in patients with diabetes.

## METHODS

### Study design and database

This was a retrospective matched cohort study using a prospectively maintained electronic medical records dataset of a multicenter academic institution.

### Study population

We identified patients with a procedural code for VCE who were prescribed a GLP-1RA. GLP-1RAs included albiglutide, dulaglutide, exenatide, liraglutide, lixisenatide, semaglutide, and tirzepatide. The time period of the search was January 2017 to December 2023.

All adult patients were included in the initial cohort (n = 213). Individual chart reviews excluded from the main analysis 145 patients who did not have a diagnosis of diabetes at the time of the VCE procedure, were not confirmed to be on any of the GLP-1RAs at the time of the VCE procedure, or who had the VCE placed endoscopically. Figure 1 details patient selection criteria. After exclusion, the final patient cohort included 68 patients.

To obtain our matched control cohort, we randomly selected patients with diabetes who were not using any of the GLP-1RAs at the time of the VCE procedure, matching them by age, sex, ethnicity, diabetes duration, and diabetes-related end-organ damage. Frequency matching was used with 1:1 ratio.

### Data extraction

Charts of the patient cohorts were individually reviewed to obtain patients' demographics, diabetes-related characteristics, comorbidities, and medications. The primary outcome of interest was VCE gastric transit time, which was defined as the time from first gastric image to the first duodenal image. Secondary outcomes were the proportion of patients with incomplete small-bowel evaluation and small-bowel transit time of the capsule, representing the

duration from the initial duodenal image to the first cecal image.

Study data were collected and managed using REDCap electronic data capture tools hosted at Mayo Clinic.[14,15] REDCap is a secure, web-based software platform designed to support data capture for research studies that provides an intuitive interface for validated data capture, audit trails for tracking data manipulation and export procedures, automated export procedures for seamless data downloads to common statistical packages, and procedures for data integration and interoperability with external sources.

### Statistical analysis

Continuous variables are reported with measures of central tendency, including either mean and/or median, and measures of dispersion such as standard deviation, interquartile range, and range. Categorical variables are presented as frequencies and percentages. For comparing categorical variables, the Fisher exact test was used. For comparing the means of $\geq 3$ groups of a categorical variable, a 1-way analysis of variance was used. For comparing the median of 2 continuous variables, the Wilcoxon rank-sum test was used. For comparing continuous variables, a robust linear regression analysis was used. The significance level was set at $P < .05$.

### Ethical statement

Institutional review board approval was obtained to collect deidentified patient information through retrospective chart review at a large multicenter academic institution in the United States.

## RESULTS

### Patient characteristics

Sixty-eight patients met the inclusion criteria for the GLP-1RA cohort. Mean patient age at time of VCE study was $65.2 \pm 11.0$ years, and 51.5% were women. Patients were predominately white (85.3%, 58/68). All patients had a diagnosis of diabetes at the time of VCE study with a mean duration of disease of $13.8 \pm 7.9$ years. Of 68 patients, 60 (88.2%) had evidence of diabetes-related end-organ damage. Patient and matched control subject characteristics are shown in Tables 1 and 2.

### Gastric transit time

Five of 68 patients receiving GLP-1RA treatment experienced failure to pass the video capsule through the stomach, whereas all control group patients had successful passage ($P = .06$). Table 3 outlines the study results, detailing the proportion of patients passing the video capsule through the stomach and small bowel by the conclusion of the recording, along with the univariate and multivariate analyses of gastric and small-bowel transit times. Accounting for the time the video capsule remained in the stomach



**Figure 1.** Patient selection for the GLP-1RA cohort. *GLP-1RA*, Glucagon-like peptide-1 receptor agonist; *VCE*, video capsule endoscopy.

for these 5 patients, the median gastric transit time was 37.5 minutes (interquartile range, 22.2-120; range, 1-491) in GLP-1RA users compared with 16 minutes (interquartile range, 8.6-29.5; range, 1-182) in the matched control group, with statistical significance observed using the Wilcoxon rank-sum test ($P < .001$). Additionally, when comparing means instead of medians, the average gastric transit time among patients on GLP-1RAs was $99.3 \pm 134.2$ minutes, whereas matched control subjects had an average gastric transit time of $25.3 \pm 31.6$ minutes. GLP-1RA use was associated with an increase in gastric transit time by 74.0 minutes (95% confidence interval [CI], 40.9-107.1; $P < .001$) compared with the matched control cohort. Moreover, a robust multivariate linear regression model showed that GLP-1RA use was associated with a 74.5-minute increase in gastric transit time (95% CI, 33.8-115.2; $P < .001$) compared with the matched control cohort, after adjusting for age, sex, prokinetic use, diabetes duration, diabetes-related end-organ damage, diabetes-related altered GI function conditions, and comorbidities or medications reportedly associated with delayed gastric emptying.

Excluding the 5 patients who did not experience successful passage of the video capsule led to an average gastric transit time of $69.4 \pm 84.1$ minutes. When compared with the control cohort, this indicates an increase in the gastric

transit time of 44.1 minutes (95% CI, 21.8-66.4; $P < .001$) among patients on GLP-1RAs. Furthermore, a robust multivariate linear regression model demonstrated that GLP-1RA use was associated with an increase of 33.3 minutes in gastric transit time (95% CI, 12.8-53.8; $P = .002$) compared with the control cohort, specifically in patients who had a successful passage of the video capsule through the stomach.

## Small-bowel transit time and incomplete evaluation

Sixteen of 68 patients receiving GLP-1RA treatment (23.5%) demonstrated a lack of passage of the video capsule through the small intestine, whereas only 3 control subjects (4.4%) encountered similar issues ($P < .01$). The association between prolonged gastric transit time and incomplete small-bowel evaluation in patients using GLP-1RA was statistically significant ($P = .002$). Among patients on GLP-1RA treatment, the average small-bowel transit time was $262.5 \pm 100.0$ minutes, whereas the matched control subjects had an average small-bowel transit time of $237.8 \pm 85.5$ minutes. GLP-1RA use was associated with an increase in small-bowel transit time by 24.7 minutes (95% CI, –10.1 to 59.5; $P = .16$) compared with the matched control cohort. Furthermore, a robust multivariate linear regression model, adjusting for age, sex, prokinetic use, diabetes duration, diabetes-related end-organ

**TABLE 1. Baseline demographics and diabetes-related characteristics of patients on glucagon-like peptide-1 receptor agonists and control subjects**

| | Glucagon-like peptide-1 receptor agonist patients (n = 68) | Control subjects (n = 68) | P value |
|---|---|---|---|
| Age, y | 65.2 ± 11.0 | 65.2 ± 12.6 | .99 |
| Female sex, % | 51.5 (35/68) | 51.5 (35/68) | 1.00 |
| White ethnicity, % | 85.3 (58/68) | 85.3 (58/68) | 1.00 |
| Diabetes status, % | 100 (68/68) | 100 (68/68) | 1.00 |
| HbA$_{1c}$ level,* % | 6.6 ± 1.1 | 6.8 ± 1.0 | .46 |
| Blood glucose level,† mg/dL | 147.6 ± 45.9 | 137.7 ± 60.8 | .65 |
| Duration of diabetes, y | 13.8 ± 7.9 | 14.6 ± 8.9 | .64 |
| Patients with >10 y of diabetes duration, % | 69.4 (34/49) | 70.2 (40/57) | 1.00 |
| Patients with diabetes-related end-organ damage, % | 88.2 (60/68) | 88.2 (60/68) | 1.00 |
|    Cerebrovascular disease | 8.8 (6/68) | 11.8 (8/68) | |
|    Ischemic heart disease | 55.9 (38/68) | 48.5 (33/68) | |
|    Nephropathy | 48.5 (33/68) | 57.4 (39/68) | |
|    Neuropathy | 61.8 (42/68) | 45.6 (31/68) | |
|    Peripheral vascular disease | 13.2 (9/68) | 22.1 (15/68) | |
|    Retinopathy | 19.1 (13/68) | 11.8 (8/68) | |

Values are mean ± standard deviation or % (n/N).
*HbA$_{1c}$ within 3 months of video capsule endoscopy study.
†Blood glucose level on the day of the video capsule endoscopy study.

**TABLE 2. Comorbidities and medications reportedly associated with delayed gastric emptying**

| | Glucagon-like peptide-1 receptor agonist patients (n = 68) | Control subjects (n = 68) | P value |
|---|---|---|---|
| **Comorbidities** | 41/68 | 30/68 | .09 |
|    Gastroparesis | 3 | 0 | |
|    Constipation | 26 | 9 | |
|    Gastric bypass | 1 | 0 | |
|    Fundoplication | 3 | 2 | |
|    Hypothyroidism | 17 | 21 | |
|    Parkinsonism | 0 | 3 | |
|    Scleroderma | 1 | 0 | |
| **Medications** | 30/68 | 23/68 | .29 |
|    Antimuscarinic medications | 3 | 3 | |
|    Calcium channel blockers | 18 | 13 | |
|    Dopamine agonists | 6 | 1 | |
|    Opioid medications | 12 | 9 | |

damage, diabetes-related altered GI function conditions, and comorbidities or medications reportedly associated with delayed gastric emptying showed GLP-1RA use was associated with an increase in the small-bowel transit time by 19.1 minutes (95% CI, –25.3 to 63.5; P = .39) compared with the matched control cohort.

## Sensitivity analysis: excluding patients with IBD and history of foregut surgery

A sensitivity analysis compared gastric and small-bowel VCE transit times and passage assessment between patients receiving GLP-1RA and matched control subjects after excluding individuals with IBD and/or a history of foregut surgery (gastric bypass or fundoplication). This resulted in the exclusion of 7 patients from the GLP-1RA group and 9 patients from the control group. Table 4 presents the results of the sensitivity analysis. GLP-1RA users exhibited a significantly longer gastric transit time (84.5 ± 114.3 minutes) compared with control subjects (24.2 ± 31.2 minutes, P < .001). A robust multivariate linear regression model, adjusting for age, sex, prokinetic use, diabetes duration, diabetes-related end-organ damage, diabetes-related altered GI function conditions, and comorbidities or medications associated with delayed gastric emptying, showed that GLP-1RA use was associated with an increase in gastric transit time by 61.3 minutes (95% CI, 24.0-98.7; P < .01). There was no significant difference in the percentage of video capsules successfully passing through the stomach (GLP-1RA users vs control subjects: 95.1% vs 100%, respectively; P = .24). However, a significantly lower percentage of video capsules passed through the small bowel in the GLP-1RA group (78.7%) compared with the control group (94.9%, P = .01).

Odah et al
Case 2:24-md-03094-KSM   Document 693-49   Filed 05/19/26   Page 6 of 10
GLP-1RAs and capsule endoscopy in patients with diabetes

**TABLE 3. Comparative analysis: gastric and small-bowel transit times in glucagon-like peptide-1 receptor agonist patients vs control subjects with video capsule passage assessment**

| | Glucagon-like peptide-1 receptor agonist patients | Control subjects | *P* value |
|---|---|---|---|
| Gastric transit time, min | 99.3 ± 134.2 | 25.3 ± 31.6 | <.001 |
| Multivariate analysis for gastric transit time vs control* (regression coefficient) | 74.5 | N/A | <.001 |
| Video capsule passed through the stomach, % | 92.6 (63/68) | 100 (68/68) | .06 |
| Small-bowel transit time, min | 262.5 ± 100.0 | 237.8 ± 85.5 | .16 |
| Multivariate analysis for small-bowel transit time vs control* (regression coefficient) | 19.1 | N/A | .39 |
| Video capsule passed through the small bowel, % | 76.5 (52/68) | 95.6 (65/68) | <.01 |

Values are mean ± standard deviation or % (n/N).

*N/A*, Not applicable.

*Adjusting for age, sex, prokinetic use, diabetes duration, diabetes-related end-organ damage, diabetes-related altered GI function conditions (gastroparesis and constipation), and comorbidities or medications (gastric bypass, fundoplication, hypothyroidism, parkinsonism, scleroderma, antimuscarinic medications, calcium channel blockers, dopamine agonists, and opioid medications) reportedly associated with delayed gastric emptying.

**TABLE 4. Sensitivity analysis: gastric and small-bowel transit times in glucagon-like peptide-1 receptor agonist patients vs control subjects, with video capsule passage assessment after excluding patients with inflammatory bowel disease and with history of foregut surgery**

| | Glucagon-like peptide-1 receptor agonist patients | Control subjects | *P* value |
|---|---|---|---|
| Gastric transit time, min | 84.5 ± 114.3 | 24.2 ± 31.2 | <.001 |
| Multivariate analysis for gastric transit time vs control* (regression coefficient) | 61.3 | N/A | <.01 |
| Video capsule passed through the stomach, % | 95.1 (58/61) | 100 (59/59) | .24 |
| Small-bowel transit time, min | 261.0 ± 101.2 | 240.9 ± 87.2 | .28 |
| Multivariate analysis for small-bowel transit time vs control* (regression coefficient) | 16.2 | N/A | .49 |
| Video capsule passed through the small bowel, % | 78.7 (48/61) | 94.9 (56/59) | .01 |

Values are mean ± standard deviation or % (n/N).

N/A, Not applicable.

*Adjusting for age, sex, prokinetic use, diabetes duration, diabetes-related end-organ damage, diabetes-related altered GI function conditions (gastroparesis and constipation), and comorbidities or medications (hypothyroidism, parkinsonism, scleroderma, antimuscarinic medications, calcium channel blockers, dopamine agonists, and opioid medications) reportedly associated with delayed gastric emptying.

## Type of GLP-1RA

Returning to the main study cohort, it was noted that within our GLP-1RA cohort, patients were prescribed liraglutide (33.8%, 23/68), dulaglutide (32.4%, 22/68), semaglutide (32.4%, 22/68), or tirzepatide (1.5%, 1/68). After excluding 1 patient who was taking tirzepatide, there were no significant differences in the mean gastric or small-bowel transit times among the various GLP-1RA treatments ($P = .96$ and $P = .23$, respectively). Table 5 presents the distribution of patients taking various GLP-1RA treatments, mean transit times, and side effects.

## Prescription pattern and timing of GLP-1RA administration

Healthcare providers prescribed GLP-1RA primarily for diabetes control in 89.7% of patients (61/68), whereas it was prescribed for both diabetes and weight loss control in 10.3% of patients (7/68). Among the 36 patients with recorded data on the initiation time of GLP-1RAs, the average duration of treatment before undergoing VCE was 659.5 ± 601.8 days. For the 12 patients with available data, the last dose of GLP-1RA taken before the VCE study was administered was 5.1 ± 3.7 days, with only 1 patient taking the last

dose more than a week before the VCE procedure. Among these patients, 9 were on semaglutide, with the last dose on average taken 5.1 ± 4.3 days before VCE, whereas the remaining 3 patients were on dulaglutide, with the last dose on average taken 5 ± 1.7 days before VCE.

## Prokinetic use and indications for VCE in the GLP-1RA and control cohorts

Prokinetic agents were administered on the day of the VCE study in 1 patient from the GLP-1RA group and in 3 patients in the control cohort. The prokinetic agent used was metoclopramide in all patients except for 1 in the control cohort, who received erythromycin instead. All patients who received prokinetic treatment underwent a complete small-bowel evaluation.

The most common indication for undergoing VCE study among the GLP-1RA cohort was assessment for iron deficiency anemia (52.9%, 36/68) followed by GI bleeding (30.9%, 21/68), IBD (14.7%, 10/68), or small-bowel obstruction (1.5%, 1/68). In contrast, the control cohort underwent VCE for evaluation of iron deficiency anemia (35.3%, 24/68), GI bleeding (45.6%, 31/68), IBD (16.2%, 11/68), neoplasia (1.5%, 1/68), and weight loss (1.5%, 1/68). It is noteworthy

**TABLE 5. Distribution of patients taking various glucagon-like peptide-1 receptor agonist treatment, mean transit time, and side effects**

| Type of glucagon-like peptide-1 receptor agonist | Proportion (%) | Gastric transit time (min) | Small-bowel transit time (min) | Side effects |
|---|---|---|---|---|
| Dulaglutide | 32.4 (22/68) | 98.4 ± 126.2 | 295.3 ± 88.9 | Abdominal pain (3/22), constipation (1/22) |
| Liraglutide | 33.8 (23/68) | 87.8 ± 124.3 | 237.7 ± 120.0 | Nausea (1/23), vomiting (1/23) |
| Semaglutide | 32.4 (22/68) | 95.0 ± 135.2 | 260.6 ± 74.8 | Vomiting (1/22), abdominal pain (1/22), diarrhea (1/22) |
| Tirzepatide | 1.5 (1/68) | 475.5 | N/A | N/A |

Values are mean ± standard deviation and n/N in parentheses.
N/A, Not applicable.

that within the GLP-1RA cohort, 1 patient had a diagnosis of ulcerative colitis and 3 patients had Crohn's disease, whereas in the control cohort, 2 patients had ulcerative colitis and 5 patients had Crohn's disease.

## Endoscopic placement for VCE in GLP-1RA patients: clinical characteristics and transit results

Twelve patients receiving GLP-1RAs were excluded from the primary analysis because of endoscopic placement of the video capsule. These patients had an average age of 61.1 ± 15.2 years, all identified as white ethnicity, and 83.3% were diagnosed with diabetes (10/12). Among them, 7 were prescribed dulaglutide, 3 semaglutide, and 2 liraglutide, with 83.3% (10/12) receiving these medications for diabetic control and the remaining 2 prescribed solely for weight loss. Despite the endoscopic placement of the video capsule, only 75% of the capsules (9/12) successfully traversed the small intestine. One of 3 patients who failed to pass the video capsule through the small intestine experienced its migration back to the stomach, where it remained until the conclusion of the study; another patient had the capsule retained within a pouch-like surgical site, whereas the third patient exhibited slow transition of the capsule through the small intestine with no evidence of retention. The average small-bowel transit time was 289.4 ± 39.3 minutes, which showed no statistical significance compared with the control subjects not on GLP-1RAs in the primary analysis ($P$ = .19). Endoscopic placement of the video capsule was primarily because of a planned upper endoscopy (9/12), history of gastroparesis (2/12), or a prior incomplete evaluation of the small intestine during a previous VCE study (1/12).

## DISCUSSION

Our study found a significant association between GLP-RA use and increased gastric transit time among patients who underwent VCE studies, with an average increase of 74 minutes compared with matched control subjects. This change persisted even after adjusting for factors such as age, sex, prokinetic use, duration of diabetes, diabetes-related end-organ damage, diabetes-related altered GI function conditions, and comorbidities or medications associated with delayed gastric emptying. Additionally, a noteworthy finding was that 7.4% of patients on GLP-1RAs failed to pass the video capsule from the stomach, an occurrence not observed in the control group. To date, no studies have examined the outcomes of VCE studies comparing patients on GLP-1RAs with control subjects. However, in 2017 Nakatani et al[16] investigated the impact of liraglutide, a GLP-1RA, on VCE study outcomes by comparing 7 patients with diabetic neuropathy with 7 patients with diabetes but without neuropathy. They observed a nonsignificant increase in the gastric transit time of 32 minutes after administering liraglutide. It is worth mentioning that in 2020, Wegeberg et al[17] conducted a study involving patients with type 1 diabetes and distal symmetric polyneuropathy, using a wireless motility capsule to measure gastric emptying time through changes in bowel pH rather than visual appearance of bowel areas as in VCE studies, revealing no difference in gastric emptying between 19 patients who had been taking liraglutide for 26 weeks and 20 patients on a placebo.

In our study, the matched control group exhibited an average gastric transit time of 25 minutes, with a median of 16 minutes during VCE studies. These findings align closely with previous research, which reported a mean gastric transit time of 28 minutes and a median ranging from 18 to 22 minutes.[18-21] Regarding the influence of diabetes on gastric transit time, whereas 2 studies observed a disparity between patients with diabetes and those without,[4,22] most other studies did not find such a distinction.[19,20,23-25] During our investigation, we identified only 1 patient without diabetes who underwent a VCE study and was treated with GLP-1RAs. This patient was subsequently excluded from our analysis to maintain uniformity, giving us a control cohort comprising all patients with diabetes who we matched to the GLP-1RA cohort based on age, sex, ethnicity, duration of diabetes in years, and proportion of patients with diabetes-related end-organ damage. However, we speculate that if our study included patients without diabetes on GLP-1RAs alongside matched control subjects, a potential association between GLP-1RAs and prolonged gastric transit time might have been elucidated, given our study's use of matched control subjects.

The effect of GLP-1RAs on delaying gastric emptying has been extensively studied, but their impact on small-bowel

motility remains less explored. Studies by Hellström et al[26] and Thazhath et al[27] suggested that GLP-1RAs may inhibit small-bowel motility. In our study, we observed a nonsignificant difference of 24.7 minutes in small-bowel transit time in the GLP-1RA group compared with the matched control subjects. However, what proved statistically significant and clinically relevant was the higher percentage of patients experiencing incomplete small-bowel evaluation with VCE among those on GLP-1RAs compared with the control group (23.5% vs 4.4%). The observed disparity was probably because of the extended gastric transit time in the GLP-1RA cohort. Our study revealed a statistically significant association between prolonged gastric transit time and incomplete small-bowel evaluation. The elevated rate of incomplete small-bowel evaluations may lead to missed diagnoses, treatment delays, further diagnostic procedures, patient dissatisfaction, and increased healthcare costs.

Previous research has shown that patients with surgically altered gastric anatomy experience rapid gastric transit and high rates of complete small-bowel evaluation during VCE.[28-31] Conversely, IBD, especially Crohn's disease, is known to be associated with increased retention of the video capsule within the GI tract.[32,33] To address the impact of IBD and/or a history of foregut surgery, we performed a sensitivity analysis excluding these patients. The results of this analysis closely paralleled those of the main study, underscoring the robustness of our findings across diverse patient populations.

In our study, the comparison between liraglutide, dulaglutide, and semaglutide revealed no statistically significant difference in either gastric or small-bowel transit times. We opted to exclude tirzepatide from the comparison of GLP-1RA types, because only 1 patient was on this medication and the video capsule did not pass the stomach by the end of the recording. The currently available GLP-1RAs in the United States are administered by subcutaneous injection, except for semaglutide, which is available in both oral and subcutaneous formulations. Dulaglutide, semaglutide, tirzepatide, and extended-release exenatide have a half-life of 5 to 7 days, whereas immediate-release exenatide and liraglutide have a half-life of less than a day.[34] In our study, the interval between the last dose of GLP-1RA and the VCE study was available for a subset of patients on either dulaglutide or semaglutide, averaging 5.1 days.

The use of GLP-1RAs has been linked to residual gastric contents during upper endoscopy, as demonstrated by the studies of Silveira et al[35] and Garza et al.[36] In contrast, a retrospective study by Anazco et al[37] found only 2 definite cases of pulmonary aspiration out of 4134 endoscopic procedures involving GLP-1RAs. However, the study followed a stringent definition of pulmonary aspiration, and it was not confirmed whether all patients prescribed GLP-1RAs were actively using them at the time of endoscopy. In contrast, a large population-based retrospective cohort study by Yeo et al,[38] using the TriNetX dataset, reported a higher risk of aspiration pneumonia among GLP-1RA users, with a hazard ratio of 1.33 compared with nonusers.

Recently, the American Society of Anesthesiologists issued consensus-based guidelines regarding the preoperative care of patients receiving GLP-1RAs.[39] The recommendations suggest withholding the medication on the day of surgery or procedure for patients on daily dosing and discontinuing it a week before the procedure for patients on weekly dosing schedules. Alternatively, the American Gastroenterological Association observed a lack of data supporting the cessation of GLP-1RAs before elective endoscopy and advocated for the application of best practices when conducting endoscopic procedures on patients using GLP-1RAs.[40] This recommendation was endorsed by the American Gastroenterological Association's clinical practice update.[41]

Although no previous studies have examined methods to alleviate the impact of GLP-1RAs on VCE study outcomes, there are several options to consider along with their associated considerations. One approach is to consider, on a case-by-case basis, withholding dulaglutide, semaglutide, tirzepatide, and extended-release exenatide for at least 2 weeks before elective VCE studies to ensure a more thorough small-bowel evaluation, whereas immediate-release exenatide and liraglutide might be withheld for a shorter period because of their shorter half-life. However, some considerations arise: first, the lack of substantial data suggesting a correlation between GLP-1RA half-life and gastric emptying,[42] and, second, the potential for poor glycemic control when the diabetic medication is withheld. Another approach involves the endoscopic placement of the video capsule into the duodenum, although this approach is invasive and impractical for all patients. Additionally, our study findings indicate that even with endoscopic video capsule placement during GLP-1RA treatment, 3 of 12 patients did not have a complete small-bowel evaluation, with 1 patient experiencing migration of the video capsule to the stomach, another with capsule retention in a pouch-like surgical site, and a third having slow capsule transit through the small intestine.

Alternatively, using a video capsule with an extended battery life exceeding 8 hours, as assessed by Choi et al[43] and Ou et al,[44] could potentially increase complete small-bowel evaluations by 9% and 5%, respectively. However, these studies did not evaluate patients on GLP-1RAs, and statistical significance was not achieved. Another potential approach involves administering a prokinetic to patients on GLP-1RAs with the aim of increasing the rate of complete small-bowel evaluation. However, the association of prokinetics with outcomes in VCE studies has shown inconclusive findings, with 1 study suggesting an increase in the rate of complete small-bowel evaluation[3] and 4 other studies, including 2 meta-analyses, not demonstrating this association.[18,45-47] Additionally, there is concern that using prokinetics, some of which have the potential to decrease small-bowel transit time, could lead to a lower diagnostic yield in VCE studies.[48] Furthermore, the use of prokinetics in conjunction with GLP-1RAs has not been previously evaluated. Future prospective studies may be necessary to

compare these various options and determine which is more feasible and yields the highest rate of complete small-bowel evaluation without compromising diagnostic accuracy or causing unnecessary invasiveness or adverse events.

This study is the first to assess the impact of GLP-1RAs on gastric and small-bowel transit times and incomplete small-bowel evaluation during VCE studies, comparing with control subjects matched for demographics and diabetic-related characteristics, which provides valuable insights. Additionally, the relatively large sample size enhances statistical power, whereas objective measurements help minimize bias. However, limitations exist, including those inherent in retrospective designs and the potential for selection bias introduced through matching. Although efforts were made to randomly match cohorts and control for confounding variables, the availability of suitable matches may have been limited. Furthermore, the study's exclusive focus on patients with diabetes may limit generalizability, although matching based on diabetic characteristics aimed to mitigate this limitation and enhance applicability to patients without diabetes. Additionally, with an average $HbA_{1c}$ of 6.7 in this study, indicating well-controlled diabetes, our findings suggest that results with patients with prediabetes or without diabetes might theoretically be similar. However, it remains unclear whether results would differ in patients and matched control subjects with poorly controlled diabetes and a higher average $HbA_{1c}$, because poorly controlled diabetes is often associated with delayed gastric emptying and potentially incomplete small-bowel evaluation.[49] Moreover, because our study was conducted at a multicenter academic institution, the patient population seen in this study may differ from that in nonreferral settings, thereby limiting the generalizability of our findings to general practice.

In conclusion, our study of patients undergoing VCE while on GLP-1RAs indicates an association with longer gastric transit time and a higher rate of incomplete small-bowel evaluation, alongside a nonsignificant increase in small-bowel transit time, compared with those not on GLP-1RAs. Strategies to address these effects include temporarily withholding the medication, endoscopic video capsule placement, using a video capsule with an extended battery life, or administering prokinetics. However, the efficacy and feasibility of these methods remain poorly studied. Future prospective research is essential to confirm our findings and identify optimal approaches to enhance the comprehensiveness of small-bowel evaluation, potentially reducing the necessity for additional diagnostic procedures and associated healthcare expenses.

## DISCLOSURE

The following authors disclosed financial relationships: J. G. Hashash: Advisory board for Bristol Myers Squibb. F. A. Farraye: Consultant for AbbVie, Avalo Therapeutics, Bristol Myers Squibb, Braintree Labs, Fresenius Kabi, GSK, Iterative Health, Janssen, Pfizer, Pharmacosmos, Sandoz Immunology, Sebela, and Viatris; independent contractor for GI Reviewers and IBD Educational Group; Data Safety Monitoring Board for Lilly. All other authors disclosed no financial relationships.

## ACKNOWLEDGMENTS

We thank Dr Michael B. Wallace for his critical review of the manuscript. The data underlying this article can be shared on reasonable request to the corresponding author.

## REFERENCES

1. Adler SN. The history of time for capsule endoscopy. Ann Transl Med 2017;5:194.
2. Westerhof J, Weersma RK, Koornstra JJ. Risk factors for incomplete small-bowel capsule endoscopy. Gastrointest Endosc 2009;69:74-80.
3. Selby W. Complete small-bowel transit in patients undergoing capsule endoscopy: determining factors and improvement with metoclopramide. Gastrointest Endosc 2005;61:80-5.
4. Triantafyllou K, Kalantzis C, Papadopoulos AA, et al. Video-capsule endoscopy gastric and small bowel transit time and completeness of the examination in patients with diabetes mellitus. Dig Liver Dis 2007;39:575-80.
5. Höög CM, Bark L, Arkani J, et al. Capsule retentions and incomplete capsule endoscopy examinations: an analysis of 2300 examinations. Gastroenterol Res Pract 2012;2012:518718.
6. White GE, Shu I, Rometo D, et al. Real-world weight-loss effectiveness of glucagon-like peptide-1 agonists among patients with type 2 diabetes: a retrospective cohort study. Obesity 2023;31:537-44.
7. Popoviciu MS, Păduraru L, Yahya G, et al. Emerging role of GLP-1 agonists in obesity: a comprehensive review of randomised controlled trials. Int J Mol Sci 2023;24:10449.
8. Nauck MA, Quast DR, Wefers J, et al. GLP-1 receptor agonists in the treatment of type 2 diabetes—state-of-the-art. Mol Metab 2021;46:101102.
9. Karagiannis T, Avgerinos I, Liakos A, et al. Management of type 2 diabetes with the dual GIP/GLP-1 receptor agonist tirzepatide: a systematic review and meta-analysis. Diabetologia 2022;65:1251-61.
10. Kosiborod M, Aroda VR, Broe Honore J, et al. Trends in initiation of GLP-1 RA in patients with type 2 diabetes during 2014–2019: a US database study. Eur Heart J 2021;42(Suppl 1):ehab724.2957.
11. Watanabe JH, Kwon J, Nan B, et al. Trends in glucagon-like peptide 1 receptor agonist use, 2014 to 2022. J Am Pharm Assoc 2024;64:133-8.
12. Maselli DB, Camilleri M. Effects of GLP-1 and its analogs on gastric physiology in diabetes mellitus and obesity. Adv Exp Med Biol 2021;1307:171-92.
13. Imeryüz N, Yeğen BC, Bozkurt A, et al. Glucagon-like peptide-1 inhibits gastric emptying via vagal afferent-mediated central mechanisms. Am J Physiol 1997;273:G920-7.
14. Harris PA, Taylor R, Thielke R, et al. Research electronic data capture (REDCap)—a metadata-driven methodology and workflow process for providing translational research informatics support. J Biomed Inform 2009;42:377-81.
15. Harris PA, Taylor R, Minor BL, et al. The REDCap consortium: building an international community of software platform partners. J Biomed Inform 2019;95:103208.
16. Nakatani Y, Maeda M, Matsumura M, et al. Effect of GLP-1 receptor agonist on gastrointestinal tract motility and residue rates as evaluated by capsule endoscopy. Diabetes Metab 2017;43:430-7.

17. Wegeberg AL, Hansen CS, Farmer AD, et al. Liraglutide accelerates colonic transit in people with type 1 diabetes and polyneuropathy: a randomised, double-blind, placebo-controlled trial. United Eur Gastroenterol J 2020;8:695-704.

18. Niv E, Bonger I, Barkay O, et al. Effect of erythromycin on image quality and transit time of capsule endoscopy: a two-center study. World J Gastroenterol 2008;14:2561-5.

19. Hejazi RA, Bashashati M, Saadi M, et al. Video capsule endoscopy: a tool for the assessment of small bowel transit time. Front Med 2016;3:6.

20. Flemming J, Cameron S. Small bowel capsule endoscopy: indications, results, and clinical benefit in a university environment. Medicine 2018;97:e0148.

21. O'Grady J, Murphy CL, Barry L, et al. Defining gastrointestinal transit time using video capsule endoscopy: a study of healthy subjects. Endosc Int Open 2020;8:E396-400.

22. Freitas M, Macedo Silva V, Xavier S, et al. Prolonged gastric transit time in small-bowel capsule endoscopy: Which patients are at risk and what are the implications? Turk J Gastroenterol 2023;34:227-33.

23. Alim S, Matin A, Man M, et al. Factors affecting capsule endoscopy transit time [abstract]. Gastrointest Endosc 2007;65:AB344.

24. Jiang X, Qian YY, Liu X, et al. Impact of magnetic steering on gastric transit time of a capsule endoscopy (with video). Gastrointest Endosc 2018;88:746-54.

25. Al Hillan A, Curras-Martin D, Carson M, et al. Capsule endoscopy transit time to duodenum: relation to patient demographics. Cureus 2020;12:e6894.

26. Hellström PM, Näslund E, Edholm T, et al. GLP-1 suppresses gastrointestinal motility and inhibits the migrating motor complex in healthy subjects and patients with irritable bowel syndrome. Neurogastroenterol Motil 2008;20:649-59.

27. Thazhath SS, Marathe CS, Wu T, et al. The glucagon-like peptide 1 receptor agonist exenatide inhibits small intestinal motility, flow, transit, and absorption of glucose in healthy subjects and patients with type 2 diabetes: a randomized controlled trial. Diabetes 2016;65:269-75.

28. Stanich PP, Kleinman B, Porter KM, et al. Video capsule endoscopy after bariatric and gastric surgery: oral ingestion is associated with satisfactory completion rate. J Clin Gastroenterol 2015;49:31-3.

29. Peleg N, Yanai H, Gingold-Belfer R, et al. Video capsule endoscopy after bariatric surgery: a tertiary referral center experience. Dig Dis 2022;41:233-8.

30. Dray X, Riccioni ME, Wurm Johansson G, et al. Feasibility and diagnostic yield of small-bowel capsule endoscopy in patients with surgically altered gastric anatomy: the SAGA study. Gastrointest Endosc 2021;94:589-97.

31. Sellers E, Brock A. Safety and efficacy of wireless capsule endoscopy in patients with surgically altered upper gastrointestinal anatomy. Laparosc Endosc Robot Surg 2018;1:12-4.

32. Rezapour M, Amadi C, Gerson LB. Retention associated with video capsule endoscopy: systematic review and meta-analysis. Gastrointest Endosc 2017;85:1157-68.

33. Liao Z, Gao R, Xu C, et al. Indications and detection, completion, and retention rates of small-bowel capsule endoscopy: a systematic review. Gastrointest Endosc 2010;71:280-6.

34. Cornell S. A review of GLP-1 receptor agonists in type 2 diabetes: a focus on the mechanism of action of once-weekly agents. J Clin Pharm Ther 2020;45(Suppl 1):17-27.

35. Silveira SQ, da Silva LM, de Campos Vieira Abib A, et al. Relationship between perioperative semaglutide use and residual gastric content: a retrospective analysis of patients undergoing elective upper endoscopy. J Clin Anesth 2023;87:111091.

36. Garza K, Aminpour E, Shah J, et al. Glucagon-like peptide-1 receptor agonists increase solid gastric residue rates on upper endoscopy especially in patients with complicated diabetes: a case-control study. Am J Gastroenterol 2024;119:1081-8.

37. Anazco D, Fansa S, Hurtado MD, et al. Low incidence of pulmonary aspiration during upper endoscopy in patients prescribed a glucagon-like peptide 1 receptor agonist. Clin Gastroenterol Hepatol 2024;22:1333-35.e1332.

38. Yeo YH, Gaddam S, Ng WH, et al. Increased risk of aspiration pneumonia associated with endoscopic procedures among patients with glucagon-like peptide 1 receptor agonist use. Gastroenterology 2024;167:402-4.e403.

39. Joshi GP, Abdelmalak BB, Weigel WA, et al. American Society of Anesthesiologists consensus-based guidance on preoperative management of patients (adults and children) on glucagon-like peptide-1 (glp-1) receptor agonists. ASA; News, June 29, 2023.

40. American Gastroenterological Association A A, ASGE and NASPGHAN. No data to support stopping GLP-1 agonists prior to elective endoscopy. Multi-society statement, August 11, 2023.

41. Hashash JG, Thompson CC, Wang AY. AGA rapid clinical practice update on the management of patients taking GLP-1 receptor agonists prior to endoscopy: communication. Clin Gastroenterol Hepatol 2024;22:705-7.

42. Joshi GP. Anesthetic considerations in adult patients on glucagon-like peptide-1 receptor agonists: gastrointestinal focus. Anesth Analg 2024;138:216-20.

43. Choi EH, Mergener K, Semrad C, et al. A multicenter, prospective, randomized comparison of a novel signal transmission capsule endoscope to an existing capsule endoscope. Gastrointest Endosc 2013;78:325-32.

44. Ou G, Shahidi N, Galorport C, et al. Effect of longer battery life on small bowel capsule endoscopy. World J Gastroenterol 2015;21:2677-82.

45. Almeida N, Figueiredo P, Freire P, et al. The effect of metoclopramide in capsule enteroscopy. Dig Dis Sci 2010;55:153-7.

46. Koulaouzidis A, Giannakou A, Yung DE, et al. Do prokinetics influence the completion rate in small-bowel capsule endoscopy? A systematic review and meta-analysis. Curr Med Res Opin 2013;29:1171-85.

47. Kotwal VS, Attar BM, Gupta S, et al. Should bowel preparation, antifoaming agents, or prokinetics be used before video capsule endoscopy? A systematic review and meta-analysis. Eur J Gastroenterol Hepatol 2014;26:137-45.

48. Westerhof J, Koornstra JJ, Hoedemaker RA, et al. Diagnostic yield of small bowel capsule endoscopy depends on the small bowel transit time. World J Gastroenterol 2012;18:1502-7.

49. Young CF, Moussa M, Shubrook JH. Diabetic gastroparesis: a review. Diabetes Spectrum 2020;33:290-7.