**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| | ) | |
| **IN RE: GLUCAGON-LIKE PEPTIDE-1** | ) | **CIVIL ACTION** |
| **RECEPTOR AGONISTS (GLP-1 RAs)** | ) | |
| **PRODUCTS LIABILITY LITIGATION** | ) | **MDL No. 3094** |
| | ) | **2:24-md-03094-KSM** |
| **THIS DOCUMENT RELATES TO:** | ) | |
| | ) | **HON. KAREN SPENCER MARSTON** |
| *ALL ACTIONS / ALL CASES* | ) | |

**DEFENDANTS ELI LILLY AND COMPANY AND LILLY USA, LLC'S STATEMENT**
**OF UNDISPUTED FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY**
**JUDGMENT ON NON-GASTROPARESIS GASTROINTESTINAL AND**
**MISCELLANEOUS CLAIMS**

Eli Lilly and Company and Lilly USA, LLC ("Lilly") respectfully submit this Statement

of Undisputed Facts along with their Motion for Summary Judgment as to non-gastroparesis

gastrointestinal claims (the "GI Injuries") and other injuries asserted by Plaintiffs, *i.e.*, pancreatitis,

malnutrition, micronutrient deficiencies, Wernicke's Encephalopathy, muscle wasting,

dehydration, acute kidney injury, aspiration, and sequelae (the "Other Injuries").

**I.    LABELING HISTORY FOR LILLY'S GLP-1 RA MEDICINES**

    **A.    Non-Gastroparesis GI Injuries**

1.    On September 18, 2014, FDA approved the initial Trulicity label.  Section 5

(Warnings and Precautions) of the label stated:

> **5.6 Severe Gastrointestinal Disease** Use of TRULICITY may be associated with
> gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6.1)]*.
> TRULICITY has not been studied in patients with severe gastrointestinal disease,
> including severe gastroparesis, and is therefore not recommended in these patients.

Ex. 153D, 2014-09-18 Trulicity Label Approval at 20.

2.    Under the Adverse Reactions subsection of the Highlights of Prescribing

Information section, the September 18, 2014 Trulicity label stated: "The most common adverse

reactions, reported in ≥5% of patients treated with TRULICITY are: nausea, diarrhea, vomiting, abdominal pain, and decreased appetite (6.1)." *Id.* 16.

3.       Section 6 (Adverse Reactions) of the September 18, 2014 Trulicity label included the following information:

| Table 1: Adverse Reactions in Placebo-Controlled Trials Reported in ≥5% of TRULICITY-Treated Patients | | | |
|---|---|---|---|
| Adverse Reaction | Placebo (N=568) % | Trulicity 0.75 mg (N=836) % | Trulicity 1.5 mg (N=834) % |
| Nausea | 5.3 | 12.4 | 21.1 |
| Diarrhea[a] | 6.7 | 8.9 | 12.6 |
| Vomiting[b] | 2.3 | 6.0 | 12.7 |
| Abdominal Pain[c] | 4.9 | 6.5 | 9.4 |
| Decreased Appetite | 1.6 | 4.9 | 8.6 |
| Dyspepsia | 2.3 | 4.1 | 5.8 |
| Fatigue[d] | 2.6 | 4.2 | 5.6 |

*Gastrointestinal Adverse Reactions* In the pool of placebo-controlled trials, gastrointestinal adverse reactions occurred more frequently among patients who received TRULICITY than placebo (placebo 21.3%, 0.75 mg 31.6%, 1.5 mg 41.0%). More patients receiving TRULICITY 0.75 mg (1.3%) and TRULICITY 1.5 mg (3.5%) discontinued treatment due to gastrointestinal adverse reactions than patients receiving placebo (0.2%). Investigators graded the severity of gastrointestinal adverse reactions occurring on 0.75 mg and 1.5 mg of TRULICITY as "mild" in 58% and 48% of cases, respectively, "moderate" in 35% and 43% of cases, respectively, or "severe" in 7% and 11% of cases, respectively.

In addition to the reactions in Table 1, the following adverse reactions were reported more frequently in TRULICITY-treated patients than placebo (frequencies listed, respectively, as: placebo; 0.75 mg; 1.5 mg): constipation (0.7%, 3.9%, 3.7%), flatulence (1.4%, 1.4%, 3.4%), abdominal distension (0.7%, 2.9%, 2.3%), gastroesophageal reflux disease (0.5%, 1.7%, 2.0%), and eructation (0.2%, 0.6%, 1.6%).

*Id.* 20-21.

4.       The September 18, 2014 Trulicity label's Medication Guide stated: "TRULICITY may cause serious side effects, including: … severe stomach problems." *Id.* 36.

5.       The September 18, 2014 Trulicity label's Medication Guide stated: "Common side effects of TRULICITY may include nausea, diarrhea, vomiting, decreased appetite, and indigestion." *Id.*

6.　　　On March 12, 2026, FDA approved the current Trulicity label. Section 5 (Warnings and Precautions) of the label states:

> **5.6 Severe Gastrointestinal Adverse Reactions** Use of TRULICITY has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6)]*. In the pool of placebo-controlled trials, severe gastrointestinal adverse reactions were reported more frequently among patients receiving TRULICITY (0.75 mg 2.2%, 1.5 mg 4.3%) than placebo (1.4%). Severe gastrointestinal adverse reactions have also been reported postmarketing with GLP-1 receptor agonists. TRULICITY is not recommended in patients with severe gastroparesis.

Ex. 166D, 2026-03-12 Trulicity Label Approval at 9.

7.　　　Under the Adverse Reactions subsection of the Highlights of Prescribing Information section, the March 12, 2026 Trulicity label states that the "[m]ost common adverse reactions (incidence ≥5%) are nausea, diarrhea, vomiting, abdominal pain, and decreased appetite (6.1)." *Id.* 6.

8.　　　Section 6 (Adverse Reactions) of the March 12, 2026 Trulicity label includes the following information:

| Table 1: Adverse Reactions in Pool of Placebo-Controlled Trials That Occurred in ≥5% of TRULICITY-Treated Adult Patients with Type 2 Diabetes Mellitus | | | |
| --- | --- | --- | --- |
| **Adverse Reaction** | **Placebo (N=568) %** | **TRULICITY 0.75 mg (N=836) %** | **TRULICITY 1.5 mg (N=834) %** |
| Nausea | 5.3 | 12.4 | 21.1 |
| Diarrhea[a] | 6.7 | 8.9 | 12.6 |
| Vomiting[b] | 2.3 | 6.0 | 12.7 |
| Abdominal Pain[c] | 4.9 | 6.5 | 9.4 |
| Decreased Appetite | 1.6 | 4.9 | 8.6 |
| Dyspepsia | 2.3 | 4.1 | 5.8 |
| Fatigue[d] | 2.6 | 4.2 | 5.6 |

> *Gastrointestinal Adverse Reactions* In the pool of placebo-controlled trials, gastrointestinal (GI) adverse reactions occurred more frequently among patients who received TRULICITY compared to patients who received placebo (placebo 21%, 0.75 mg 32%, 1.5 mg 41%). A higher percentage of patients who received TRULICITY 0.75 mg (1.3%) and TRULICITY 1.5 mg (3.5%) discontinued treatment due to GI adverse reactions than patients who received placebo (0.2%). Investigators graded the severity of GI adverse reactions that occurred in those treated with 0.75 mg and 1.5 mg of TRULICITY as "mild" in 58% and 48% of

cases, respectively, "moderate" in 35% and 42% of cases, respectively, or "severe" in 7% and 11% of cases, respectively.

The following GI adverse reactions were reported more frequently in TRULICITY-treated patients than placebo - treated patients (frequencies listed, respectively, as: placebo; 0.75 mg; 1.5 mg): constipation (0.7%, 3.9%, 3.7%), flatulence (1.4%, 1.4%, 3.4%), abdominal distension (0.7%, 2.9%, 2.3%), gastroesophageal reflux disease (0.5%, 1.7%, 2.0%), and eructation (0.2%, 0.6%, 1.6%).

*Id.* 11.

9.  The March 12, 2026 Trulicity label's Medication Guide states: "TRULICITY may cause serious side effects, including: … severe stomach problems." *Id.* 38.

10.  The March 12, 2026 Trulicity label's Medication Guide states: "The most common side effects of TRULICITY may include: nausea, diarrhea, vomiting, stomach (abdominal) pain, decreased appetite." *Id*. 39.

11.  On May 13, 2022, FDA approved the initial Mounjaro label.  Section 5 (Warnings and Precautions) stated:

> **5.6 Severe Gastrointestinal Disease** Use of MOUNJARO has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions 6.1]*.  MOUNJARO has not been studied in patients with severe gastrointestinal disease, including severe gastroparesis, and is therefore not recommended in these patients.

Ex. 126D, 2022-05-13 Mounjaro Label Approval at 12.

12.  Under the Adverse Reactions subsection of the Highlights of Prescribing Information section, the May 13, 2022 Mounjaro label stated: "The most common adverse reactions, reported in ≥5% of patients treated with MOUNJARO are: nausea, diarrhea, decreased appetite, vomiting, constipation, dyspepsia, and abdominal pain.  (6.1)." *Id*. 9.

13.  Section 6 (Adverse Reactions) of the May 13, 2022 Mounjaro label included the following information:

| Table 1: Adverse Reactions in Pool of Placebo-Controlled Trials Reported in ≥5% of MOUNJARO-treated Adult Patients with Type 2 Diabetes Mellitus | | | | |
|---|---|---|---|---|
| Adverse Reaction | Placebo (N=235) % | MOUNJARO 5 mg (N=237) % | MOUNJARO 10 mg (N=240) % | MOUNJARO 15 mg (N=241) % |
| Nausea | 4 | 12 | 15 | 18 |
| Diarrhea | 9 | 12 | 13 | 17 |
| Decreased Appetite | 1 | 5 | 10 | 11 |
| Vomiting | 2 | 5 | 5 | 9 |
| Constipation | 1 | 6 | 6 | 7 |
| Dyspepsia | 3 | 8 | 8 | 5 |
| Abdominal Pain | 4 | 6 | 5 | 5 |

*Gastrointestinal Adverse Reactions* In the pool of placebo-controlled trials, gastrointestinal adverse reactions occurred more frequently among patients receiving MOUNJARO than placebo (placebo 20.4%, MOUNJARO 5 mg 37.1%, MOUNJARO 10 mg 39.6%, MOUNJARO 15 mg 43.6%). More patients receiving MOUNJARO 5 mg (3.0%), MOUNJARO 10 mg (5.4%), and MOUNJARO 15 mg (6.6%) discontinued treatment due to gastrointestinal adverse reactions than patients receiving placebo (0.4%). The majority of reports of nausea, vomiting, and/or diarrhea occurred during dose escalation and decreased over time.

The following gastrointestinal adverse reactions were reported more frequently in MOUNJARO-treated patients than placebo-treated patients (frequencies listed, respectively, as: placebo; 5 mg; 10 mg; 15 mg): eructation (0.4%, 3.0%, 2.5%, 3.3%); flatulence (0%, 1.3%, 2.5%, 2.9%); gastroesophageal reflux disease (0.4%, 1.7%, 2.5%, 1.7%); abdominal distension (0.4%, 0.4%, 2.9%, 0.8%).

*Id.* 13-14.

14.    The May 13, 2022 Mounjaro label's Medication Guide stated: "MOUNJARO may cause serious side effects, including: … severe stomach problems. Stomach problems, sometimes severe, have been reported in people who use MOUNJARO." *Id*. 29.

15.    The May 13, 2022 Mounjaro label's Medication Guide stated: "The most common side effects of MOUNJARO include: nausea, diarrhea, decreased appetite, vomiting, constipation, indigestion, stomach (abdominal pain)." *Id.* 30.

16.    On January 20, 2026 FDA approved the current Mounjaro label. Section 5 (Warnings and Precautions) of the label states:

**5.6 Severe Gastrointestinal Adverse Reactions** Use of MOUNJARO has been associated with gastrointestinal adverse reactions, sometimes severe [see Adverse Reactions (6)]. In the pool of placebo-controlled trials in adults, severe gastrointestinal adverse reactions occurred more frequently among patients receiving MOUNJARO (5 mg 1.3%, 10 mg 0.4%, 15 mg 1.2%) than placebo (0.9%). Severe gastrointestinal adverse reactions have also been reported postmarketing with GLP-1 receptor agonists. MOUNJARO is not recommended in patients with severe gastroparesis.

Ex. 133D, 2026-01-20 Mounjaro Label Approval at 10.

17.    Under the Adverse Reactions subsection of the Highlights of Prescribing Information section, the January 20, 2026 Mounjaro states: "The most common adverse reactions, reported in ≥5% of patients treated with MOUNJARO are nausea, diarrhea, decreased appetite, vomiting, constipation, dyspepsia, and abdominal pain. (6.1)." *Id.* 6.

18.    Section 6 (Adverse Reactions) of the January 20, 2026 Mounjaro label includes the following information:

**Table 1: Adverse Reactions in Pool of Placebo-Controlled Trials Reported in ≥5% of MOUNJARO-treated Adult Patients with Type 2 Diabetes Mellitus**

| Adverse Reaction | Placebo (N=235) % | MOUNJARO 5 mg (N=237) % | MOUNJARO 10 mg (N=240) % | MOUNJARO 15 mg (N=241) % |
|---|---|---|---|---|
| Nausea | 4 | 12 | 15 | 18 |
| Diarrhea | 9 | 12 | 13 | 17 |
| Decreased Appetite | 1 | 5 | 10 | 11 |
| Vomiting | 2 | 5 | 5 | 9 |
| Constipation | 1 | 6 | 6 | 7 |
| Dyspepsia | 3 | 8 | 8 | 5 |
| Abdominal Pain | 4 | 6 | 5 | 5 |

*Gastrointestinal Adverse Reactions* In the pool of placebo-controlled trials in adults, gastrointestinal adverse reactions occurred more frequently among patients receiving MOUNJARO than placebo (placebo 20.4%, MOUNJARO 5 mg 37.1%, MOUNJARO 10 mg 39.6%, MOUNJARO 15 mg 43.6%). More patients receiving MOUNJARO 5 mg (3.0%), MOUNJARO 10 mg (5.4%), and MOUNJARO 15 mg (6.6%) discontinued treatment due to gastrointestinal adverse reactions than patients receiving placebo (0.4%). The majority of reports of nausea, vomiting, and/or diarrhea occurred during dose escalation and decreased over time.

The following gastrointestinal adverse reactions were reported more frequently in MOUNJARO-treated adult patients than placebo-treated patients (frequencies listed, respectively, as: placebo; 5 mg; 10 mg; 15 mg): eructation (0.4%, 3.0%,

6

2.5%, 3.3%), flatulence (0%, 1.3%, 2.5%, 2.9%), gastroesophageal reflux disease (0.4%, 1.7%, 2.5%, 1.7%), abdominal distension (0.4%, 0.4%, 2.9%, 0.8%).

*Id.* 11-12.

19.     The January 20, 2026 Mounjaro label's Medication Guide states: "MOUNJARO may cause serious side effects, including: … severe stomach problems." *Id.* 31.

20.     The January 20, 2026 Mounjaro label's Medication Guide states: "The most common side effects of MOUNJARO include: nausea, diarrhea, decreased appetite, vomiting, constipation, indigestion, stomach (abdominal) pain." *Id.* 32.

21.     On November 8, 2023, FDA approved the initial Zepbound label.  Section 5 (Warnings and Precautions) stated:

> **5.2 Severe Gastrointestinal Disease** Use of ZEPBOUND has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions 6.1]*. In clinical trials, severe gastrointestinal adverse reactions were reported more frequently among patients receiving ZEPBOUND (5 mg 1.7%, 10 mg 2.5%, 15 mg 3.1%) than placebo (1%).  ZEPBOUND has not been studied in patients with severe gastrointestinal disease, including severe gastroparesis, and is therefore not recommended in these patients.

Ex. 188D, 2023-11-08 Zepbound Label Approval at 14.

22.     Under the Adverse Reactions subsection of the Highlights of Prescribing Information section, the November 8, 2023 Zepbound label stated: "The most common adverse reactions, reported in ≥5% of patients treated with ZEPBOUND are: nausea, diarrhea, vomiting, constipation, abdominal pain, dyspepsia, injection site reactions, fatigue, hypersensitivity reactions, eructation, hair loss, gastroesophageal reflux disease.  (6.1)." *Id.* 10.

23.     Section 6 (Adverse Reactions) of the November 8, 2023 Zepbound label included the following information:

| Table 2: Adverse Reaction (>2% and Greater than Placebo) in ZEPBOUND-Treated Adults with Obesity or Overweight for Chronic Weight Management | | | | |
|---|---|---|---|---|
| **Adverse Reaction** | **Placebo (N=958)** % | **ZEPBOUND 5 mg (N=630)** % | **ZEPBOUND 10 mg (N=948)** % | **ZEPBOUND 15 mg (N=941)** % |
| Nausea | 8 | 25 | 29 | 28 |
| Diarrhea[a] | 8 | 19 | 21 | 23 |
| Vomiting | 2 | 8 | 11 | 13 |
| Constipation[b] | 5 | 17 | 14 | 11 |
| Adnominal Pain[c] | 5 | 9 | 9 | 10 |
| Dyspepsia | 24 | 9 | 9 | 10 |
| Injection Site Reactions[d] | 32 | 6 | 8 | 8 |
| Fatigue[e] | 3 | 5 | 6 | 7 |
| Hypersensitivity Reactions | 3 | 5 | 5 | 5 |
| Eructation | 1 | 4 | 5 | 5 |
| Hair Loss | 1 | 5 | 4 | 5 |
| Gastroesophageal Reflux Disease | 2 | 4 | 4 | 5 |
| Flatulence | 2 | 3 | 3 | 4 |
| Abdominal Distention | 2 | 3 | 3 | 4 |
| Dizziness | 2 | 4 | 5 | 4 |
| Hypotension | 0 | 1 | 1 | 2 |

In ZEPBOUND clinical trials, gastrointestinal adverse reactions occurred more frequently among patients receiving ZEPBOUND (5 mg 56%, 10 mg 56%, 15 mg 56%) than placebo (30%). More patients receiving ZEPBOUND 5 mg (1.9%), ZEPBOUND 10 mg (3.3%), and ZEPBOUND 15 mg (4.3%) discontinued treatment due to gastrointestinal adverse reactions than patients receiving placebo (0.5%). The majority of nausea, vomiting, and/or diarrhea events occurred during dose escalation and decreased over time.

*Id.* 16-17.

24.     The November 8, 2023 Zepbound label's Medication Guide stated: "ZEPBOUND may cause serious side effects, including: … severe stomach problems. Stomach problems, sometimes severe, have been reported in people who use ZEPBOUND. " *Id.* 32.

25.     The November 8, 2023 Zepbound label's Medication Guide stated: "The most common side effects of ZEPBOUND include: nausea, diarrhea, vomiting, constipation, stomach (abdominal) pain, indigestion, injection site reactions, feeling tired, allergic reactions, belching, hair loss, heartburn." *Id.* 32-33.

26.     On February 25, 2026, FDA approved the current Zepbound label. Section 5 (Warnings and Precautions) of the label states:

**5.2 Severe Gastrointestinal Adverse Reactions** Use of ZEPBOUND has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6)]*. In a pool of two ZEPBOUND clinical trials for weight reduction (Studies 1 and 2), severe gastrointestinal adverse reactions were reported more frequently among patients receiving ZEPBOUND (5 mg 1.7%, 10 mg 2.5%, 15 mg 3.1%) than placebo (1%). Similar rates of severe gastrointestinal adverse reactions were observed in ZEPBOUND clinical trials for weight reduction and in ZEPBOUND clinical trials for OSA. Severe gastrointestinal adverse reactions have also been reported postmarketing with GLP-1 receptor agonists. ZEPBOUND is not recommended in patients with severe gastroparesis.

Ex. 196D, 2026-02-25 Zepbound Label Approval at 10.

27.     Under the Adverse Reactions subsection of the Highlights of Prescribing Information section, the February 25, 2026 Zepbound label states: "The most common adverse reactions, reported in ≥5% of patients treated with ZEPBOUND are: nausea, diarrhea, vomiting, constipation, abdominal pain, dyspepsia, injection site reactions, fatigue, hypersensitivity reactions, eructation, hair loss, gastroesophageal reflux disease. (6.1)." *Id.* 6.

28.     Section 6 (Adverse Reactions) of the February 25, 2026 Zepbound label includes the following information:

**Table 1: Adverse Reactions (2% and Greater than Placebo) in ZEPBOUND Treated Adults with Obesity or Overweight in Weight Reduction and Long-term Maintenance Trials (Study 1 and Study 2)**

| Adverse Reaction | Placebo (N=958) % | ZEPBOUND 5 mg (N=630) % | ZEPBOUND 10 mg (N=948) % | ZEPBOUND 15 mg (N=941) % |
|---|---|---|---|---|
| Nausea | 8 | 25 | 29 | 28 |
| Diarrhea[a] | 8 | 19 | 21 | 23 |
| Vomiting | 2 | 8 | 11 | 13 |
| Constipation[b] | 5 | 17 | 14 | 11 |
| Abdominal Pain[c] | 5 | 9 | 9 | 10 |
| Dyspepsia | 4 | 9 | 9 | 10 |
| Injection Site Reactions[d] | 2 | 6 | 8 | 8 |
| Fatigue[e] | 3 | 5 | 6 | 7 |
| Hypersensitivity Reactions | 3 | 5 | 5 | 5 |
| Eructation | 1 | 4 | 5 | 5 |
| Hair Loss | 1 | 5 | 4 | 5 |
| Gastroesophageal Reflux Disease | 2 | 4 | 4 | 5 |
| Flatulence | 2 | 3 | 3 | 4 |
| Abdominal Distension | 2 | 3 | 3 | 4 |
| Dizziness | 2 | 4 | 5 | 4 |
| Hypotension[f] | 0 | 1 | 1 | 2 |

*Gastrointestinal Adverse Reactions* In a pool of Study 1 and 2, gastrointestinal adverse reactions occurred more frequently among patients receiving ZEPBOUND (5 mg 56%, 10 mg 56%, 15 mg 56%) than placebo (30%). More patients receiving ZEPBOUND 5 mg (1.9%), ZEPBOUND 10 mg (3.3%), and ZEPBOUND 15 mg (4.3%) discontinued treatment due to gastrointestinal adverse reactions than patients receiving placebo (0.5%). The majority of nausea, vomiting, and/or diarrhea events occurred during dose escalation and decreased over time.

*Id.* 12-13.

29.     The February 25, 2026 Zepbound label's Medication Guide states: "ZEPBOUND may cause serious side effects, including: … severe stomach problems." *Id.* 40.

30.     The February 25, 2026 Zepbound label's Medication Guide states: "The most common side effects of Zepbound include: nausea, diarrhea, vomiting, constipation, stomach (abdominal) pain, indigestion, injection site reactions, feeling tired, allergic reactions, belching, hair loss, heartburn." *Id.* 41.

**B.      Other Injuries (Kidney Conditions and Dehydration, Pancreatitis, and Pulmonary Aspiration)**

**1.      Trulicity**

31.     Section 5 (Warnings and Precautions) of the September 18, 2014 Trulicity label stated:

**5.5 Renal Impairment** In patients treated with GLP-1 receptor agonists, there have been postmarketing reports of acute renal failure and worsening of chronic renal failure, which may sometimes require hemodialysis. Some of these events were reported in patients without known underlying renal disease. A majority of reported events occurred in patients who had experienced nausea, vomiting, diarrhea, or dehydration. Because these reactions may worsen renal function, use caution when initiating or escalating doses of TRULICITY in patients with renal impairment. Monitor renal function in patients with renal impairment reporting severe adverse gastrointestinal reactions *[see Dosage and Administration (2.3), Use in Specific Populations (8.7)]*.

Ex. 153D, 2014-09-18 Trulicity Label Approval at 19.

32.     Under Patient Counseling Information (Section 17), the September 18, 2014 Trulicity label stated: "Patients treated with TRULICITY should be advised of the potential risk of dehydration due to gastrointestinal adverse reactions and take precautions to avoid fluid depletion, Inform patients treated with TRULICITY of the potential risk for worsening renal function and explain the associated signs and symptoms of renal impairment, as well as the possibility of dialysis as a medical intervention if renal failure occurs." *Id.* 33.

33.     The September 18, 2014 Trulicity label's Medication Guide stated: "TRULICIY may cause serious side effects, including: … kidney problems (kidney failure).  In people who have kidney problems, diarrhea, nausea, and vomiting may cause a loss of fluids (dehydration) which may cause kidney problems to get worse." *Id.* 36.

34.     The Trulicity label has always included language regarding renal events in the Highlights section, Section 5 (Warnings and Precautions), Section 17 (Patient Counseling Information), and the Medication Guide.  Ex. 153D, 2014-09-18 Trulicity Label Approval at 16, 19-20, 33, 36; Ex. 154D, 2017-01-27 Trulicity Label Approval at 5, 8, 23, 26; Ex. 155D, 2017-08-01 Trulicity Label Approval at 5, 8, 23, 26; Ex. 156D, 2018-06-29 Trulicity Label Approval at 5, 8, 24, 27; Ex. 157D, 2018-09-21 Trulicity Label Approval at 5, 8, 24, 27; Ex. 158D, 2019-01-15 Trulicity Label Approval at 5, 8, 26, 28; Ex. 160D, 2020-02-21 Trulicity Label Approval at 6, 9, 29, 32; Ex. 159D, 2020-09-03 Trulicity Label Approval at 6, 9, 31, 33; Ex. 161D, 2021-09-30 Trulicity Label Approval at 5, 8, 30, 32; Ex. 162D, 2022-06-10 Trulicity Label Approval at 6, 9, 31, 33; Ex. 163D, 2022-11-17 Trulicity Label Approval at 6, 9, 36, 38; Ex. 164D, 2024-11-01 Trulicity Label Approval at 6, 9-10, 36, 38; Ex. 165D, 2025-05-28 Trulicity Label Approval at 6, 9, 36, 38; Ex. 166D, 2026-03-12 Trulicity Label Approval at 6, 9, 36, 38.

35.     Section 5 (Warnings and Precautions) of the September 18, 2014 Trulicity label stated:

> **5.2 Pancreatitis** In Phase 2 and Phase 3 clinical studies, 12 (3.4 cases per 1000 patient years) pancreatitis-related adverse reactions were reported in patients exposed to TRULICITY versus 3 in non-incretin comparators (2.7 cases per 1000 patient years).  An analyses of adjudicated events revealed 5 cases of confirmed pancreatitis in patients exposed to TRULICITY (1.4 cases per 1000 patient years) versus 1 case in non-incretin comparators (0.88 cases per 1000 patient years).  After initiation of TRULICITY, observe patients carefully for signs and symptoms of pancreatitis, including persistent severe abdominal pain.  If pancreatitis is suspected, promptly discontinue TRULICITY.  If pancreatitis is confirmed, TRULICITY should not be restarted.  TRULICITY has not been evaluated in patients with a prior history of pancreatitis.  Consider other antidiabetic therapies in patients with a history of pancreatitis.

Ex. 153D, 2014-09-18 Trulicity Label Approval at 19.

36.     Under Section 17 (Patient Counseling Information), the September 18, 2014 Trulicity label stated: "Inform patients that persistent severe abdominal pain, that may radiate to the back and which may (or may not) be accompanied by vomiting, is the hallmark symptom of acute pancreatitis.  Instruct patients to discontinue TRULICITY promptly, and to contact their physician, if persistent severe abdominal pain occurs." *Id.* 33.

37.     The Trulicity label has always included language regarding pancreatitis in the Highlights section, Section 5 (Warnings and Precautions), Section 6 (Adverse Reactions), Section 17 (Patient Counseling Information), and the Medication Guide.  Ex. 153D, 2014-09-18 Trulicity Label Approval at 16, 19, 20, 33, 36; Ex. 154D, 2017-01-27 Trulicity Label Approval at 5, 7, 8, 23, 26; Ex. 155D, 2017-08-01 Trulicity Label Approval at 5, 7, 8, 23, 26; Ex. 156D, 2018-06-29 Trulicity Label Approval at 5, 7, 8, 24, 27; Ex. 157D, 2018-09-21 Trulicity Label Approval at 5, 7, 8, 24, 27; Ex. 158D, 2019-01-15 Trulicity Label Approval at 5, 7, 8, 26, 28; Ex. 160D, 2020-02-21 Trulicity Label Approval at 6, 8, 9, 29, 32; Ex. 159D, 2020-09-03 Trulicity Label Approval at 6, 8-9, 31, 33; Ex. 161D, 2021-09-30 Trulicity Label Approval at 5, 7, 8, 30, 32; Ex.

162D, 2022-06-10 Trulicity Label Approval at 6, 8-9, 31, 33; Ex. 163D, 2022-11-17 Trulicity Label Approval at 6, 9, 10, 36, 38; Ex. 164D, 2024-11-01 Trulicity Label Approval at 6, 9, 10, 36, 38; Ex. 165D, 2025-05-28 Trulicity Label Approval at 6, 9, 10, 36, 38; Ex. 166D, 2026-03-12 Trulicity Label Approval at 6, 9, 10, 36, 38.

38.    On November 1, 2024, FDA approved the Trulicity label with the following language under Section 5 (Warning and Precautions):

> **5.9 Pulmonary Aspiration during General Anesthesia or Deep Sedation** TRULICITY delays gastric emptying *[see Clinical Pharmacology (12.2)]*. There have been rare postmarketing reports of pulmonary aspiration in patients receiving GLP-1 receptor agonists undergoing elective surgeries or procedures requiring general anesthesia or deep sedation who had residual gastric contents despite reported adherence to preoperative fasting recommendations. Available data are insufficient to inform recommendations to mitigate the risk of pulmonary aspiration during general anesthesia or deep sedation in patients taking TRULICITY, including whether modifying preoperative fasting recommendations or temporarily discontinuing TRULICITY could reduce the incidence of retained gastric contents. Instruct patients to inform healthcare providers prior to any planned surgeries or procedures if they are taking TRULICITY.

Ex. 164D, 2024-11-01 Trulicity Label Approval at 10.

39.    Since November 1, 2024, the Trulicity label has always included language regarding pulmonary aspiration in the Highlights section, Section 5 (Warnings and Precautions), Section 6 (Adverse Reactions), and Section 17 (Patient Counseling Information). Ex. 164D, 2024-11-01 Trulicity Label Approval at 6, 10, 36, 38; Ex. 165D, 2025-05-28 Trulicity Label Approval at 6, 10, 36, 38; Ex. 166D, 2026-03-12 Trulicity Label Approval at 6, 10, 36, 38.

### 2.    Mounjaro

40.    Section 5 (Warnings and Precautions) of the May 13, 2022 Mounjaro label stated:

> **5.5 Acute Kidney Injury** MOUNJARO has been associated with gastrointestinal adverse reactions, which include nausea, vomiting, and diarrhea *[see Adverse Reactions (6.1)]*. These events may lead to dehydration, which if severe could cause acute kidney injury. In patients treated with GLP-1 receptor agonists, there have been postmarketing reports of acute kidney injury and worsening of chronic renal failure, which may sometimes require hemodialysis. Some of these events

13

have been reported in patients without known underlying renal disease.  A majority of the reported events occurred in patients who had experienced nausea, vomiting, diarrhea, or dehydration.  Monitor renal function when initiating or escalating doses of MOUNJARO in patients with renal impairment reporting severe gastrointestinal adverse reactions.

Ex. 126D, 2022-05-13 Mounjaro Label Approval at 12.

41.     Under the Warnings and Precautions subsection of the Highlights of Prescribing Information section, the May 13, 2022 Mounjaro label stated: "*Acute Kidney Injury*: Monitor renal function in patients with renal impairment reporting severe adverse gastrointestinal reactions. (5.5)." *Id.* 9.

42.     Section 6 (Adverse Reactions) of the May 13, 2022 Mounjaro label lists "Acute Kidney Injury *[see Warnings and Precautions (5.5)]*." *Id.* (alteration marks in original).

43.     Under Section 17 (Patient Counseling Information), the May 13, 2022 Mounjaro label stated: "Advise patients treated with MOUNJARO of the potential risk of dehydration due to gastrointestinal adverse reactions and take precautions to avoid fluid depletion.  Inform patients of the potential risk for worsening renal function and explain the associated signs and symptoms of renal impairment, as well as the possibility of dialysis as a medical intervention if renal failure occurs *[see Warnings and Precautions (5.5]*." *Id.* 26 (alteration marks in original).

44.     The May 13, 2022 Mounjaro Medication Guide stated: "MOUNJARO may cause serious side effects, including: … kidney problems (kidney failure).  In people who have kidney problems, diarrhea, nausea, and vomiting may cause a loss of fluids (dehydration) which may cause kidney problems to get worse.  It is important for you to drink fluids to help reduce your chance of dehydration." *Id.* 29.

45.     The Mounjaro label has always included language regarding kidney injuries in the Highlights section, Section 5 (Warnings and Precautions), Section 6 (Adverse Reactions), Section 17 (Patient Counseling Information), and the Medication Guide.  Ex. 126D, 2022-05-13

14

Mounjaro Label Approval at 9, 12, 26, 29; Ex. 127D, 2023-07-28 Mounjaro Label Approval at 6, 9, 10, 23, 26; Ex. 128D, 2024-11-01 Mounjaro Label Approval at 6, 9, 10, 24, 27; Ex. 129D, 2025-05-28 Mounjaro Label Approval at 6, 9, 10, 24, 27; Ex. 130D, 2025-09-25 Mounjaro Label Approval at 5, 8, 9, 23, 26; Ex. 131D, 2025-12-19 Mounjaro Label Approval at 6, 9, 10, 26, 29; Ex. 132D, 2026-01-07 Mounjaro Label Approval at 5, 8-9, 26, 29; Ex. 133D, 2026-01-20 Mounjaro Label Approval at 6, 10, 11, 28, 31.

46.    Section 5 (Warnings and Precautions) of the May 13, 2022 Mounjaro label stated:

**5.2 Pancreatitis** Acute pancreatitis, including fatal and non-fatal hemorrhagic or necrotizing pancreatitis, has been observed in patients treated with GLP-1 receptor agonists.  In clinical studies, 14 events of acute pancreatitis were confirmed by adjudication in 13 MOUNJARO-treated patients (0.23 patients per 100 years of exposure) versus 3 events in 3 comparator-treated patients (0.11 patients per 100 years of exposure).  MOUNJARO has not been studied in patients with a prior history of pancreatitis.  It is unknown if patients with a history of pancreatitis are at higher risk for development of pancreatitis on MOUNJARO.  After initiation of MOUNJARO, observe patients carefully for signs and symptoms of pancreatitis (including persistent severe abdominal pain, sometimes radiating to the back and which may or may not be accompanied by vomiting).  If pancreatitis is suspected, discontinue MOUNJARO and initiate appropriate management.

Ex. 126D, 2022-05-13 Mounjaro Label Approval at 11-12.

47.    Under Section 17 (Patient Counseling Information), the May 13, 2022 Mounjaro label stated: "Inform patients of the potential risk for pancreatitis.  Instruct patients to discontinue MOUNJARO promptly and contact their healthcare provider if pancreatitis is suspected (severe abdominal pain that may radiate to the back, and which may or may not be accompanied by vomiting)." *Id.* 26.

48.    The Mounjaro label has always included language regarding pancreatitis in the Highlights section, Section 5 (Warnings and Precautions), Section 6 (Adverse Reactions), Section 17 (Patient Counseling Information), and the Medication Guide.  Ex. 126D, 2022-05-13 Mounjaro Label Approval at 9, 11-12, 26, 29; Ex. 127D, 2023-07-28 Mounjaro Label Approval at

15

6, 9, 10, 23, 26; Ex. 128D, 2024-11-01 Mounjaro Label Approval at 6, 9, 10, 24, 27; Ex. 129D, 2025-05-28 Mounjaro Label Approval at 6, 9, 10, 24; Ex. 130D, 2025-09-25 Mounjaro Label Approval at 5, 8, 9, 23, 25; Ex. 131D, 2025-12-19 Mounjaro Label Approval at 6, 9, 10, 26, 29; Ex. 132D, 2026-01-07 Mounjaro Label Approval at 5, 8, 9, 26, 29; Ex. 133D, 2026-01-20 Mounjaro Label Approval at 6, 9, 11, 28, 31.

49.     On November 1, 2024, FDA approved the Mounjaro label with the following language under Section 5 (Warnings and Precautions):

> **5.9 Pulmonary Aspiration During General Anesthesia or Deep Sedation** MOUNJARO delays gastric emptying *[see Clinical Pharmacology (12.2)]*.  There have been rare postmarketing reports of pulmonary aspiration in patients receiving GLP-1 receptor agonists undergoing elective surgeries or procedures requiring general anesthesia or deep sedation who had residual gastric contents despite reported adherence to preoperative fasting recommendations.  Available data are insufficient to inform recommendations to mitigate the risk of pulmonary aspiration during general anesthesia or deep sedation in patients taking MOUNJARO, including whether modifying preoperative fasting recommendations or temporarily discontinuing MOUNJARO could reduce the incidence of retained gastric contents. Instruct patients to inform healthcare providers prior to any planned surgeries or procedures if they are taking MOUNJARO.

Ex. 128D, 2024-11-01 Mounjaro Label Approval at 6.

50.     Since November 1, 2024, the Mounjaro label has always included language regarding pulmonary aspiration in the Highlights section, Section 5 (Warnings and Precautions), Section 6 (Adverse Reactions), and Section 17 (Patient Counseling Information).  Ex. 128D, 2024-11-01 Mounjaro Label Approval at 6, 10, 25; Ex. 129D, 2025-05-28 Mounjaro Label Approval at 6, 10, 24; Ex. 130D, 2025-09-25 Mounjaro Label Approval at 5, 9, 24; Ex. 131D, 2025-12-19 Mounjaro Label Approval at 6, 10, 27; Ex. 132D, 2026-01-07 Mounjaro Label Approval at 5, 9, 27; Ex. 133D, 2026-01-20 Mounjaro Label Approval at 6, 10, 11, 28.

16

C.      **Zepbound**

51.     Section 5 (Warnings and Precautions) of the November 8, 2023 Zepbound label stated:

> **5.3 Acute Kidney Injury** Use of ZEPBOUND has been associated with acute kidney injury, which can result from dehydration due to gastrointestinal adverse reactions to ZEPBOUND; including nausea, vomiting, and diarrhea *[see Adverse Reactions (6.1)]*. In patients treated with GLP-1 receptor agonists, there have been postmarketing reports of acute kidney injury and worsening of chronic renal failure, which may sometimes require hemodialysis. Some of these events have been reported in patients without known underlying renal disease. A majority of the reported events occurred in patients who had experienced nausea, vomiting, diarrhea, or dehydration. Monitor renal function in patients reporting adverse reactions to ZEPBOUND that could lead to volume depletion.

Ex. 188D, 2023-11-08 Zepbound Label Approval at 14.

52.     Under the Warnings and Precautions subsection of the Highlights of Prescribing Information section, the November 8, 2023 Zepbound label stated: "*Acute Kidney Injury*: Monitor renal function in patients reporting adverse reactions that could lead to volume depletion. (5.3)." *Id.* 10.

53.     Under Section 6 (Adverse Reactions), the November 8, 2023 Zepbound label stated: "*Acute Kidney Injury* In clinical trials, acute kidney injury was reported in 0.5% of ZEPBOUND-treated patients compared to 0.2% of placebo-treated patients." *Id.* 16.

54.     Under Section 17 (Patient Counseling Information), the November 8, 2023 Zepbound label stated: "Advise patients treated with ZEPBOUND of the potential risk of dehydration due to gastrointestinal adverse reactions and take precautions to avoid fluid depletion. Inform patients of the potential risk for worsening renal function and explain the associated signs and symptoms of renal impairment, as well as the possibility of dialysis as a medical intervention if renal failure occurs *[see Warnings and Precaution (5.3)]*." *Id.* 29.

55.     The November 8, 2023 Zepbound label's Medication Guide stated: "ZEPBOUND may cause serious side effects, including: … kidney problems (kidney failure).  Diarrhea, nausea, and vomiting may cause a loss of fluids (dehydration) which may cause kidney problems.  It is important for you to drink fluids to help reduce your chance of dehydration." *Id.* 32.

56.     The Zepbound label has always included language regarding renal events in the Highlights section, Section 5 (Warnings and Precautions), Section 6 (Adverse Reactions), Section 17 (Patient Counseling Information), and the Medication Guide.  Ex. 188D, 2023-11-08 Zepbound Label Approval at 10, 14, 16, 29, 32; Ex. 189D, 2024-03-28 Zepbound Label Approval at 5, 9-10, 11, 25, 28; Ex. 190D, 2024-10-18 Zepbound Label Approval at 7, 10-11, 12, 32; Ex. 191D, 2024-12-20 Zepbound Label Approval at 6, 10, 11, 35, 38; Ex. 192D, 2025-02-07 Zepbound Label Approval at 4, 8, 9, 33; Ex. 193D, 2025-09-25 Zepbound Label Approval at 5, 9, 10, 34, 37; Ex. 194D, 2026-01-07 Zepbound Label Approval at 5, 9, 10, 34, 37; Ex. 195D, 2026-01-20 Zepbound Label Approval at 6, 10, 12, 37, 40; Ex. 196D, 2026-02-25 Zepbound Label Approval at 6, 10, 12, 37, 40.

57.     Section 5 (Warnings and Precautions) of the November 8, 2023 Zepbound label stated:

> **5.5 Acute Pancreatitis** Acute pancreatitis, including fatal and non-fatal hemorrhagic or necrotizing pancreatitis, has been observed in patients treated with GLP-1 receptor agonists or tirzepatide.  In clinical trials of tirzepatide for a different indication, 14 events of acute pancreatitis were confirmed by adjudication in 13 tirzepatide-treated patients (0.23 patients per 100 years of exposure) versus 3 events in 3 comparator-treated patients (0.11 patients per 100 years of exposure).  In ZEPBOUND clinical trials, 0.2% of ZEPBOUND-treated patients had acute pancreatitis confirmed by adjudication (0.14 patients per 100 years of exposure) versus 0.2% of placebo-treated patients (0.15 patients per 100 years of exposure).  ZEPBOUND has not been studied in patients with a prior history of pancreatitis.  It is unknown if patients with a history of pancreatitis are at higher risk for development of pancreatitis on ZEPBOUND.  After initiation of ZEPBOUND, observe patients carefully for signs and symptoms of pancreatitis (including persistent severe abdominal pain, sometimes radiating to the back, which may or

18

may not be accompanied by vomiting).  If pancreatitis is suspected, discontinue ZEPBOUND and initiate appropriate management.  If the diagnosis of pancreatitis is confirmed, ZEPBOUND should not be restarted.

Ex. 188D, 2023-11-08 Zepbound Label Approval at 15.

58.    Under Section 17 (Patient Counseling Information), the November 8, 2023 Zepbound label stated: "Inform patients of the potential risk for pancreatitis.  Instruct patients to discontinue ZEPBOUND promptly and contact their healthcare provider if pancreatitis is suspected (severe abdominal pian that may radiate to the back, and which may or may not be accompanied by vomiting)." *Id.* 29.

59.    The Zepbound label has always included language regarding pancreatitis in the Highlights section, Section 5 (Warnings and Precautions), Section 6 (Adverse Reactions), Section 17 (Patient Counseling Information), and the Medication Guide.  Ex. 188D, 2023-11-08 Zepbound Label Approval at 10, 15, 16, 29, 32; Ex. 189D, 2024-03-28 Zepbound Label Approval at 5, 10, 11, 25, 28; Ex. 190D, 2024-10-18 Zepbound Label Approval at 7, 11, 12, 32, 35; Ex. 191D, 2024-12-20 Zepbound Label Approval at 6, 10, 11, 35, 38; Ex. 192D, 2025-02-07 Zepbound Label Approval at 4, 8, 9, 33; Ex. 193D, 2025-09-25 Zepbound Label Approval at 5, 9, 10, 34, 37; Ex. 194D, 2026-01-07 Zepbound Label Approval at 5, 9, 10, 35, 37; Ex. 195D, 2026-01-20 Zepbound Label Approval at 6, 11, 12, 37, 40; Ex. 196D, 2026-02-25 Zepbound Label Approval at 6, 11, 12, 37, 40.

60.    On October 18, 2024, FDA approved the Zepbound label with the following language under Section 5 (Warnings and Precautions).

> **5.10 Pulmonary Aspiration During General Anesthesia or Deep Sedation**
> ZEPBOUND delays gastric emptying *[see Clinical Pharmacology (12.2)]*.  There have been rare postmarketing reports of pulmonary aspiration in patients receiving GLP-1 receptor agonists undergoing elective surgeries or procedures requiring general anesthesia or deep sedation who had residual gastric contents despite reported adherence to preoperative fasting recommendations.  Available data are insufficient to inform recommendations to mitigate the risk of pulmonary aspiration

19

during general anesthesia or deep sedation in patients taking ZEPBOUND, including whether modifying preoperative fasting recommendations or temporarily discontinuing ZEPBOUND could reduce the incidence of retained gastric contents. Instruct patients to inform healthcare providers prior to any planned surgeries or procedures if they are taking ZEPBOUND.

Ex. 190D, 2024-10-18 Zepbound Label Approval at 12.

61.    Since October 18, 2024, the Zepbound label has always included language regarding pulmonary aspiration in the Highlights section, Section 5 (Warnings and Precautions), Section 6 (Adverse Reactions), and Section 17 (Patient Counseling Information).  Ex. 190D, 2024-10-18 Zepbound Label Approval at 7, 12, 33; Ex. 191D, 2024-12-20 Zepbound Label Approval at 6, 11, 36; Ex. 192D, 2025-02-07 Zepbound Label Approval at 4, 9, 34; Ex. 193D, 2025-09-25 Zepbound Label Approval at 5, 10, 35; Ex. 194D, 2026-01-07 Zepbound Label Approval at 5, 10, 35; Ex. 195D, 2026-01-20 Zepbound Label Approval at 6, 11-12, 37; Ex. 196D, 2026-02-25 Zepbound Label Approval at 6, 11, 12, 37.

## II.    LILLY'S SAFETY TOPIC REPORT ON MALNUTRITION, CACHEXIA, AND RELATED CONDITIONS

62.    On November 21, 2023, Lilly approved an Abbreviated Safety Topic Report for Mounjaro titled "Malnutrition and Cachexia [(wasting syndrome)]" ("Malnutrition STR"). Ex. 238D, Safety Topic Report for Mounjaro on Malnutrition and Cachexia, LLY-GLPMDL-11156746 at -6749.

63.    In the Malnutrition STR, Lilly stated: "This review presents relevant tirzepatide safety information pertaining to malnutrition and cachexia derived from non-clinical studies, completed clinical trials, post-marketing safety studies, pharmacoepidemiological studies, published scientific literature, and spontaneously reported adverse events from post-marketing experience cumulatively through 16 October 2023 and from the clinical trial database for ongoing clinical trials cumulatively through 24 July 2023." *Id.*

64. In the Malnutrition STR, Lilly stated: "Malnutrition encompasses both overnutrition (overweight and obesity) and undernutrition (underweight, micronutrient deficiencies, wasting, and stunting) (Dent et al. 2023)." *Id.* -6751. "Malnutrition in the context of undernutrition can be defined as 'a state resulting from lack of intake or uptake of nutrition that leads to altered body composition (decreased fat free mass) and body cell mass leading to diminished physical and mental function and impaired clinical outcome from disease.'" *Id.* -6752. "Cachexia is a synonym for the chronic disease-related malnutrition with inflammation." *Id.*

65. As part of Lilly's work on the Malnutrition STR, "[c]linical trials irrespective of indication and the Lilly Safety System (LSS) databases were searched for preferred terms: Malnutrition, Cachexia, Underweight, Sarcopenia, Sarcopenic obesity, Kwashiorkor, Protein deficiency, Adult failure to thrive, Starvation, Marasmus and Starvation ketoacidosis." *Id.* -6749. Lilly's "literature search did not identify any epidemiological studies associating GLP-1 RAs or tirzepatide with malnutrition and cachexia." *Id.*

66. In the Malnutrition STR, Lilly stated: "In the completed Phase 2 and Phase 3 clinical trials, the incidence of malnutrition and cachexia according to the defined search strategy in the tirzepatide arm was 0.07% (6 participants of 8830). None of the participants in the placebo or comparator arms reported malnutrition and cachexia." *Id.*

67. In the Malnutrition STR, Lilly stated: "In the ongoing blinded clinical trials, 22 participants reported 26 events of malnutrition and cachexia." *Id.* -6750.

68. In the Malnutrition STR, Lilly stated: "The search of LSS post-marketing cases retrieved a total of 35 cases with 36 events (32 non-serious events and 4 serious adverse events) cumulatively through 16 October 2023. Ten cases were considered for the analysis, and the

remaining 25 were excluded from further analysis because they did not pertain to malnutrition or cachexia." *Id.*

69.    In the Malnutrition STR, Lilly stated: "In the pooled safety population, the incidence of malnutrition and cachexia, according to the search criteria outlined in Table 2, was reported in 6 participants (0.07%) in the tirzepatide arm." *Id.* -6758.

70.    Lilly's Malnutrition STR included a table with the following malnutrition/cachexia events from ongoing clinical studies:

| Events | n | Severity[a] | | | Action Taken with Study Drug | | | |
|---|---|---|---|---|---|---|---|---|
| MedDRA Preferred Term | | Mild | Moderate | Severe | Discontinued/ Withdrawn | Reduced | Not Changed | Not Applicable |
| Malnutrition | 6 | 2 | 2 | 2 | 2 | | 3 | 1 |
| Cachexia | 5 | 3 | 1 | 1 | 2 | | | 3 |
| Sarcopenia | 5 | | 4 | | 1 | 2 | 1 | 1 |
| Starvation[b] | 3 | 2 | | | | | 2 | |
| Underweight | 2 | 1 | 1 | | | 1 | 1 | |
| Marasmus | 1 | | 1 | | 1 | | | |
| Protein deficiency | 1 | | 1 | | | | | 1 |
| Starvation ketoacidosis | 1 | | | 1 | 1 | | | |
| Total | 24 | 8 | 10 | 4 | 7 | 3 | 7 | 6 |

Table 5.    Summary of Malnutrition/Cachexia Events Reported in Ongoing Clinical Studies

a    Information regarding severity missing for 2 events.
b    Three events reported for 1 patient.

*Id.* -6764.

71.    Lilly's Malnutrition STR included a table with the following malnutrition/cachexia events from postmarketing data.

| Table 7. | List of Adverse Event Terms Reported for Malnutrition and Cachexia | | |
| --- | --- | --- | --- |
| **MedDRA Preferred Terms** | **Serious Events** | **Non-serious Events** | **Total Number of Events** |
| Starvation | 0 | 25 | 25 |
| Malnutrition | 1 | 4 | 5 |
| Marasmus | 2 | 0 | 2 |
| Protein deficiency | 0 | 2 | 2 |
| Sarcopenia | 0 | 1 | 1 |
| Starvation ketoacidosis | 1 | 0 | 1 |
| **Total events** | **4** | **32** | **36** |

Abbreviation: MedDRA = Medical Dictionary for Regulatory Activities.

*Id.* -6766.

72.     As part of its Malnutrition STR, Lilly discussed a Mounjaro clinical study participant who, "28 days after receiving the last dose of tirzepatide, … was admitted to the hospital with progressive alteration in mental status and increasing lethargy and diagnosed with severe malnutrition." *Id.* -6760.

73.     In its Malnutrition STR, regarding the study participant in SUF ¶ 60, Lilly stated: "During investigation, the findings on MRI [of the Mounjaro clinical study participant] were suggestive of Wernicke's encephalopathy, but thiamine levels did not support the diagnosis," and "[a]lthough Wernicke's syndrome was not confirmed, malnutrition was well documented for this case." *Id.* -6760-61.

74.     In the Malnutrition STR, Lilly stated: "The incidence of malnutrition/cachexia was low in the completed clinical trials and was very rarely reported in the post-marketing dataset." *Id.* -6750.

75.     In the Malnutrition STR, Lilly stated: "The occurrence of malnutrition is likely dependent not only on tirzepatide use, but also on the contents of the patient's diet and other risk factors for malnutrition.  For this reason, the addition of malnutrition as an ADR for tirzepatide is not recommended." *Id.*

23

### III.    FDA REJECTS LILLY'S MALNUTRITION PRIOR APPROVAL SUPPLEMENTS

76.    On December 8, 2023, Lilly submitted Prior Approval Supplements ("PASs") to FDA for the Mounjaro and Zepbound labels.  Ex. 212D, 2023-12-08 Mounjaro PAS and Label Redline, LLY-GLPMDL-08194890 at -4890; Ex. 214D, 2023-12-08 Zepbound PAS and Label Redline, LLY-GLPMDL-08224729 at -4729.

77.    Lilly submitted its Malnutrition STR (SUF ¶ 50) along with its PASs.  *Id.*

78.    In the Mounjaro PAS (SUF ¶ 64), Lilly proposed adding the following warning to the Mounjaro label:

> **5.7 Malnutrition** Events related to malnutrition have been reported, including severe, in patients receiving MOUNJARO.  Risks associated with malnutrition include, but are not limited to, vitamin and mineral deficiency, protein deficiency, and low body weight.  Nutritional guidance and, as needed, supplementation or support, should be considered.  Discontinuation should be considered for severe or persistent cases.

Ex. 212D, 2023-12-08 Mounjaro PAS and Label Redline, LLY-GLPMDL-08194890 at Label 5.

79.    In the Zepbound PAS (SUF ¶ 64), Lilly proposed adding the following warning to the Zepbound label.

> **5.3 Malnutrition** Events related to malnutrition have been reported, including severe, in patients receiving ZEPBOUND. Risks associated with malnutrition include, but are not limited to, vitamin and mineral deficiency, protein deficiency, and low body weight. Nutritional guidance and, as needed, supplementation or support, should be considered. Discontinuation should be considered for severe or persistent cases.

Ex. 214D, 2023-12-08 Zepbound PAS and Label Redline, LLY-GLPMDL-08224729 at Label 5.

80.    On September 19, 2024, FDA sent Lilly comments in response to the Zepbound PAS (SUF ¶ 64).  Ex. 219D, 2024-09-19 Email from FDA to Lilly with Zepbound Label Redline, LLY-GLPMDL-08491238 at -1239.

81.    In its September 19, 2024 response (SUF ¶ 68), FDA "disagree[d]" with the proposed malnutrition warning from SUF ¶ 67. *Id.* Label 5.

82.     In its September 19, 2024 response (SUF ¶ 68), FDA stated that "[a]s your supporting document notes, malnutrition is a broad term that can refer to deficiencies or excesses in a person's intake of energy and/or nutrients." *Id.*

83.     In its September 19, 2024 response (SUF ¶ 68), FDA stated that "[w]e are also concerned that describing 'vitamin and mineral deficiency' could lead to unnecessary blood tests and screeing [*sic*] of tirzepatide-treated patients, with attendant costs and no clear benefit given the absence of data in your submission regarding micronutrient deficiencies." *Id.*

84.     In its September 19, 2024 response (SUF ¶ 68), FDA stated that "occurrence of malnutrition is likely dependent not only on tirzepatide use, but also on the contents of the patient's diet and other risk factors for malnutrition." *Id.*

85.     In its September 19, 2024 response (SUF ¶ 68), FDA stated that "[o]verall, the data in your supporting document show that potential malnutrition-related events are rare in tirzepatide-treated patients (0.07% in trials and 0.0003% in post-marketing), with no cases of convincing causality." *Id.*

86.     On October 10, 2024, FDA sent Lilly comments in response to the Mounjaro PAS (SUF ¶ 64) . Ex. 243D, 2024-10-10 Email from FDA to Lilly with Mounjaro Label Redline, LLY-GLPMDL-11809161 at -9162.

87.     In its October 10, 2024 response (SUF ¶ 74), FDA "disagree[d] with the proposed [] addition of a warning and precaution regarding malnutrition." *Id.* Label 5.

88.     In its October 10, 2024 response (SUF ¶ 74), FDA stated that "[a]s your supporting document notes, malnutrition is a broad term that can refer to deficiencies or excesses in a person's intake of energy and/or nutrients." *Id.*

89.     In its October 10, 2024 response (SUF ¶ 74), FDA stated that "[w]e are also concerned that describing 'vitamin and mineral deficiency' could lead to unnecessary blood tests and screening of tirzepatide-treated patients, with attendant costs and no clear benefit given the absence of data in your submission regarding micronutrient deficiencies." *Id.*

90.     In its October 10, 2024 response (SUF ¶ 74), FDA stated that "occurrence of malnutrition is likely dependent not only on tirzepatide use, but also on the contents of the patient's diet and other risk factors for malnutrition." *Id.*

91.     In its October 10, 2024 response (SUF ¶ 74), FDA stated that "[o]verall, the data in your supporting document show that potential malnutrition-related events are rare in tirzepatide-treated patients (0.07% in trials and 0.0003% in post-marketing), with no cases of convincing causality." *Id.*

## IV.     PLAINTIFFS' EXPERT TESTIMONY

92.     Dr. David Metz testified "[t]hat's what [GLP-1 RAs] do.  They cause nausea.  They cause dyspepsia.  They cause vomiting.  They delay gastric emptying."  Ex. 33D, Metz Dep. 237:10-17.

Dated: May 19, 2026                              Respectfully submitted,


                                                 */s/ Diana M. Watral*
                                                 Diana M. Watral, P.C. (admitted pro hac vice)
                                                 Mark Premo-Hopkins, P.C. (admitted pro hac vice)
                                                 Renee D. Smith (admitted pro hac vice)
                                                 **Kirkland & Ellis LLP**
                                                 333 W. Wolf Point Plaza
                                                 Chicago, IL 60654
                                                 Telephone: (312) 862-2000
                                                 Facsimile: (312) 862-2200
                                                 diana.watral@kirkland.com
                                                 mark.premohopkins@kirkland.com
                                                 renee.smith@kirkland.com

                                                 Samuel W. Silver (PA Bar No. 56596)
                                                 Catherine M. Recker (PA Bar No. 56813)
                                                 Bruce P. Merenstein (PA Bar No. 82609)
                                                 Abigail T. Burton (PA Bar No. 334450)
                                                 **Welsh & Recker, P.C.**
                                                 306 Walnut Street
                                                 Philadelphia, PA 19106
                                                 Telephone: (215) 972-6430
                                                 Facsimile: (985) 617-1021
                                                 ssilver@welshrecker.com
                                                 cmrecker@welshrecker.com
                                                 bmerenstein@welshrecker.com
                                                 aburton@welshrecker.com


                                                 *Attorneys for Defendants Eli Lilly and Company
                                                 and Lilly USA, LLC*

27

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2026, a true and correct copy of the foregoing Statement of Undisputed Facts in Support of Lilly's Motion for Summary Judgment on Non-Gastroparesis Gastrointestinal and Miscellaneous Claims was electronically filed using the Court's CM/ECF System, which will send notification of such filing to all counsel of record.

*/s/ Diana M. Watral*

Diana M. Watral, P.C.

28