**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAs) PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> *ALL ACTIONS / ALL CASES* | **CIVIL ACTION** <br><br> **MDL No. 3094** <br> **2:24-md-03094-KSM** |

**[PROPOSED ORDER]**

AND NOW, this _____ day of _____, 2026, upon consideration of Defendants Eli Lilly and Company and Lilly USA, LLC's Motion for Summary Judgment on Non-Gastroparesis Gastrointestinal and Miscellaneous Claims, briefing in support thereof, and any response in opposition and reply brief, it is hereby **ORDERED** THAT Lilly's Motion is **GRANTED**.

**IT IS SO ORDERED.**

_____
**KAREN SPENCER MARSTON, J.**