**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAs) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | CIVIL ACTION |
| | ) ) | MDL No. 3094 2:24-md-03094-KSM |
| THIS DOCUMENT RELATES TO: | ) ) | |
| *ALL ACTIONS / ALL CASES* | ) ) | HON. KAREN SPENCER MARSTON |

**DEFENDANTS ELI LILLY AND COMPANY**
**AND LILLY USA, LLC'S MOTION FOR SUMMARY JUDGMENT ON**
**GASTROPARESIS CLAIMS**

For the reasons set forth in the accompanying memorandum of law, Defendants Eli Lilly and Company and Lilly USA, LLC hereby move the Court for an order granting summary judgment in Lilly's favor regarding claims of gastroparesis and granting such other and further relief as the Court deems just and proper.[1]

---

[1] The following conventions may be used in the accompanying memorandum: ● Ex.__ refers to the Exhibit attached to Declaration of Lucas P. Przymusinski, M.D., J.D.; ● SUF ¶__ refers to a paragraph in Lilly's Statement of Undisputed Facts in Support of this Mot.; ● Mot. #1 (Gastroparesis 702) refers to the Mem. in Supp. of Lilly's Mot. to Exclude Gastroparesis General Causation Opinions and Testimony (Drs. Metz, Somsouk, and Pisegna); ● Mot. #2 (Gastroparesis MSJ) refers to the Mem. in Supp. of Lilly's Mot. Summary Judgment on Gastroparesis Claims; ● Mot. #3 (Issue 2 Drs. Metz & Ross 702) refers to the Mem. in Supp. of Lilly's Mot. to Exclude Warning Adequacy and/or Preemption Opinions and Testimony (Dr. Metz and Dr. Ross); ● Mot. #4 (Issue 2 Dr. Kessler 702) refers to the Mem. in Supp. of Lilly's Mot. to Exclude Warning Adequacy and/or Preemption Opinions and Testimony (Dr. Kessler) (which will be filed on May 27, 2026; ● Mot. #5 (Ileus & Obstruction 702) refers to the Mem. in Supp. of Lilly's Mot. to Exclude Ileus and Obstruction General Causation Opinions and Testimony (Drs. John, Lodhia, and Pisegna); ● Mot. #6 (Ileus & Obstruction MSJ) refers to the Mem. in Supp. of Lilly's Mot. for Summary Judgment on Ileus and Obstruction Claims; ● Mot. #7 (Gallbladder 702) refers to the Mem. in Supp. of Defs.' Joint Mot. to Exclude Opinions and Testimony of Dr. Lang; ● Mot. #8 Gallbladder MSJ) refers to the Mem. in Supp. of Lilly's Mot. for Summary Judgment on Gallbladder Claims ● Mot. #9 (Non-Gastroparesis GI & Misc. MSJ) refers to the Mem. in Supp. of Lilly's Mot. Summary Judgment on Non-Gastroparesis Gastrointestinal & Miscellaneous Claims ● Mot. #10 (Dr. Lansman 702) refers to the Mem. in Supp. of Defs.' Joint Mot. to Exclude Opinions and Testimony of Dr. Lansman.

Dated: May 19, 2026                              Respectfully submitted,


                                                 */s/ Diana M. Watral*
                                                 _____
                                                 Diana M. Watral, P.C. (admitted *pro hac vice*)
                                                 Mark Premo-Hopkins, P.C. (admitted *pro hac vice*)
                                                 Renee D. Smith (admitted *pro hac vice*)
                                                 **Kirkland & Ellis LLP**
                                                 333 W. Wolf Point Plaza
                                                 Chicago, IL 60654
                                                 Telephone: (312) 862-2000
                                                 Facsimile: (312) 862-2200
                                                 diana.watral@kirkland.com
                                                 mark.premohopkins@kirkland.com
                                                 renee.smith@kirkland.com

                                                 Samuel W. Silver (PA Bar No. 56596)
                                                 Catherine M. Recker (PA Bar No. 56813)
                                                 Bruce P. Merenstein (PA Bar No. 82609)
                                                 Abigail T. Burton (PA Bar No. 334450)
                                                 **Welsh & Recker, P.C.**
                                                 306 Walnut Street
                                                 Philadelphia, PA 19106
                                                 Telephone: (215) 972-6430
                                                 Facsimile: (985) 617-1021
                                                 ssilver@welshrecker.com
                                                 cmrecker@welshrecker.com
                                                 bmerenstein@welshrecker.com
                                                 aburton@welshrecker.com

                                                 *Attorneys for Defendants Eli Lilly and Company*
                                                 *and Lilly USA, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2026, a true and correct copy of the foregoing MOTION FOR SUMMARY JUDGMENT ON GASTROPARESIS CLAIMS was electronically filed using the Court's CM/ECF System, which will send notification of such filing to all counsel of record.

*/s/ Diana M. Watral*

Diana M. Watral, P.C.