IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAs) PRODUCTS LIABILITY LITIGATION | ) CIVIL ACTION ) ) MDL No. 3094 ) 2:24-md-03094-KSM |
| THIS DOCUMENT RELATES TO: | ) ) |
| *ALL ACTIONS / ALL CASES* | ) HON. KAREN SPENCER MARSTON ) |

**DEFENDANTS ELI LILLY AND COMPANY AND LILLY USA, LLC'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT ON GASTROPARESIS CLAIMS**

Defendants Eli Lilly and Company and Lilly USA, LLC ("Lilly") respectfully submit this Statement of Undisputed Facts along with their Motion for Summary Judgment on Gastroparesis Claims.

## I.    REGULATORY HISTORY FOR LILLY'S GLP-1 RA MEDICINES

### A.  Trulicity's Label At Approval

1.  In its Clinical Pharmacology Review of the Trulicity BLA, dated June 6, 2014, FDA stated that "[d]ulaglutide delayed the gastric emptying time by about 2 hours in T2D after the first dulaglutide dose based on the results from a scintigraphy study." Ex. 237D, FDA Clinical Pharmacology Review for Trulicity, LLY-GLPMDL-11074728 at -4739.

2.  FDA approved Lilly's BLA for Trulicity on September 18, 2014. Ex. 153D, 2014-09-18 Trulicity Approval Letter at 1.

3.  The Trulicity label, approved by FDA on September 18, 2014, stated in Section 5.6 of Warnings and Precautions:

> **Section 5.6 Severe Gastrointestinal Disease** Use of TRULICIY may be associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6.1)]*. TRULICITY has not been studied in patients with severe gastrointestinal

disease, including severe gastroparesis, and is therefore not recommended in these patients.

*Id.* 20.

4. The "Drug Interactions" subsection of the "Highlights of Prescribing Information" section of the Trulicity label approved by FDA on September 18, 2014, includes the following language: "Dulaglutide slows gastric emptying and may impact absorption of concomitantly administered oral medications (7.1, 12.3)." *Id.* 16.

5. Section 6.1 (Clinical Studies Experience) of Section 6 (Adverse Reactions) of the Trulicity label approved by FDA on September 18, 2014 includes the following information:

| Table 1: Adverse Reactions in Placebo-Controlled Trials Reported in ≥5% of TRULICITY-Treated Patients | | | |
|---|---|---|---|
| Adverse Reaction | Placebo (N=568) % | Trulicity 0.75 mg (N=836) % | Trulicity 1.5 mg (N=834) % |
| Nausea | 5.3 | 12.4 | 21.1 |
| Diarrhea[a] | 6.7 | 8.9 | 12.6 |
| Vomiting[b] | 2.3 | 6.0 | 12.7 |
| Abdominal Pain[c] | 4.9 | 6.5 | 9.4 |
| Decreased Appetite | 1.6 | 4.9 | 8.6 |
| Dyspepsia | 2.3 | 4.1 | 5.8 |
| Fatigue[d] | 2.6 | 4.2 | 5.6 |

*Gastrointestinal Adverse Reactions* In the pool of placebo-controlled trials, gastrointestinal adverse reactions occurred more frequently among patients who received TRULICITY than placebo (placebo 21.3%, 0.75 mg 31.6%, 1.5 mg 41.0%). More patients receiving TRULICITY 0.75 mg (1.3%) and TRULICITY 1.5 mg (3.5%) discontinued treatment due to gastrointestinal adverse reactions than patients receiving placebo (0.2%). Investigators graded the severity of gastrointestinal adverse reactions occurring on 0.75 mg and 1.5 mg of TRULICITY as "mild" in 58% and 48% of cases, respectively, "moderate" in 35% and 43% of cases, respectively, or "severe" in 7% and 11% of cases, respectively.

In addition to the reactions in Table 1, the following adverse reactions were reported more frequently in TRULICITY-treated patients than placebo (frequencies listed, respectively, as: placebo; 0.75 mg; 1.5 mg): constipation (0.7%, 3.9%, 3.7%), flatulence (1.4%, 1.4%, 3.4%), abdominal distension (0.7%, 2.9%, 2.3%), gastroesophageal reflux disease (0.5%, 1.7%, 2.0%), and eructation (0.2%, 0.6%, 1.6%).

*Id.* 20-21.

6. Section 7.1 (Oral Medications) of Section 7 (Drug Interactions) of the Trulicity label approved by FDA on September 18, 2014, includes the following language: "Trulicity slows gastric emptying and thus has the potential to reduce the rate of absorption of concomitantly administered oral medications." *Id.* 22.

7. Section 8.8 (Gastroparesis) of Section 8 (Use in Specific Populations) of the Trulicity label approved by FDA on September 18, 2014, includes the following language: "Dulaglutide slows gastric emptying. TRULICITY has not been studied in patients with preexisting gastroparesis." *Id.* 23.

8. Section 12.1 (Mechanism of Action) of Section 12 (Clinical Pharmacology) of the Trulicity label approved by FDA on September 18, 2014, includes the following language: "Dulaglutide also decreases glucagon secretion and slows gastric emptying." *Id.* 23-24.

9. Section 12.2 (Pharmacodynamics) of Section 12 (Clinical Pharmacology) of the Trulicity label approved by FDA on September 18, 2014, includes the following language: "Dulaglutide causes a delay of gastric emptying. The delay is largest after the first dose and diminishes with subsequent doses." *Id.*

10. Section 12.3 (Pharmacokinetics) of Section 12 (Clinical Pharmacology of the Trulicity label approved by FDA on September 18, 2014, includes the following language: "Dulaglutide slows gastric emptying and, as a result, may reduce the extent and rate of absorption of orally co-administered medications." *Id.*

11. The September 18, 2024 Trulicity label's Medication Guide stated: "TRULICITY may cause serious side effects, including: … severe stomach problems." *Id.* 36.

12. The September 18, 2024 Trulicity label's Medication Guide stated: "Common side effects of TRULICITY may include nausea, diarrhea, vomiting, decreased appetite, and indigestion." *Id.*

### B. Mounjaro's Label At Approval

13. FDA approved Lilly's NDA for Mounjaro on May 13, 2022. Ex. 126D, 2022-05-13 Mounjaro Approval Letter at 1.

14. A Clinical Review is a document prepared by FDA in connection with the approval of a new drug. *See, e.g.*, Ex. 256D, FDA Clinical Review for Mounjaro, LLY-GLPMDL-19614774.

15. In its Clinical Review of the Mounjaro NDA dated May 13, 2022, FDA stated, "[i]n humans, tirzepatide enhances the first- and second-phase insulin secretion rate, reduces fasting and postprandial glucagon concentrations, and delays gastric emptying." *Id.* at -4805.

16. The Mounjaro label, approved by FDA on May 13, 2022, stated in Section 5.6 of Warnings and Precautions:

> **Section 5.6 Severe Gastrointestinal Disease** Use of MOUNJARO has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions 6.1]*. MOUNJARO has not been studied in patients with severe gastrointestinal disease, including severe gastroparesis, and is therefore not recommended in these patients.

Ex. 126D, 2022-05-13 Mounjaro Approval Letter at 12.

17. The "Drug Interactions" subsection of the "Highlights of Prescribing Information" section of the Mounjaro label approved by FDA on May 13, 2022, includes the following language: "MOUNJARO delays gastric emptying and has the potential to impact the absorption of concomitantly administered oral medications." *Id.* 9.

18. Section 6.1 (Clinical Trials Experience) of Section 6 (Adverse Reactions) of the Mounjaro label approved by FDA on May 13, 2022, includes the following language:

> *Gastrointestinal Adverse Reactions* In the pool of placebo-controlled trials, gastrointestinal adverse reactions occurred more frequently among patients receiving MOUNJARO than placebo (placebo 20.4%, MOUNJARO 5 mg 37.1%, MOUNJARO 10 mg 39.6%, MOUNJARO 15 mg 43.6%). More patients receiving MOUNJARO 5 mg (3.0%), MOUNJARO 10 mg (5.4%), and MOUNJARO 15 mg (6.6%) discontinued treatment due to gastrointestinal adverse reactions than patients receiving placebo (0.4%). The majority of reports of nausea, vomiting,

4

and/or diarrhea occurred during dose escalation and decreased over time. The following gastrointestinal adverse reactions were reported more frequently in MOUNJARO-treated patients than placebo-treated patients (frequencies listed, respectively, as: placebo; 5 mg; 10 mg; 15 mg): eructation (0.4%, 3.0%, 2.5%, 3.3%); flatulence (0%, 1.3%, 2.5%, 2.9%); gastroesophageal reflux disease (0.4%, 1.7%, 2.5%, 1.7%); abdominal distension (0.4%, 0.4%, 2.9%, 0.8%).

*Id.* 14.

19. Section 7.2 (Oral Medications) of Section 7 (Drug Interactions) of the Mounjaro label approved by FDA on May 13, 2022, includes the following language: "MOUNJARO delays gastric emptying, and thereby has the potential to impact the absorption of concomitantly administered oral medications." *Id.* 15.

20. Section 8.3 (Females and Males of Reproductive Potential) of Section 8 (Use in Specific Populations) of the Mounjaro label approved by FDA on May 13, 2022, includes the following language: "Use of MOUNJARO may reduce the efficacy of oral hormonal contraceptives due to delayed gastric emptying." *Id.* 16.

21. Section 12.2 (Pharmacodynamics) of Section 12 (Clinical Pharmacology) of the Mounjaro label approved by FDA on May 13, 2022, includes the following language: "Tirzepatide delays gastric emptying. The delay is largest after the first dose and this effect diminishes over time." *Id.* 18.

22. Section 12.3 (Pharmacokinetics) of Section 12 (Clinical Pharmacology) of the Mounjaro label approved by FDA on May 13, 2022, includes the following language: "MOUNJARO delays gastric emptying, and thereby has the potential to impact the absorption of concomitantly administered oral medications *[see Drug Interactions (7.2)]*." *Id.* 19.

23. The May 13, 2022 Mounjaro label's Medication Guide stated: "MOUNJARO may cause serious side effects, including: … severe stomach problems." *Id.* 29.

24. The May 13, 2022 Mounjaro label's Medication Guide stated: "The most common side effects of MOUNJARO include: nausea, diarrhea, decreased appetite, vomiting, constipation, indigestion, stomach (abdominal pain)." *Id.* 30.

### C. FDA's August 2023 Information Request

25. On August 4, 2023, FDA requested from Lilly a "cumulative review of all cases of adverse reactions due to delayed gastric emptying" and "of all cases of severe/serious, prolonged, or worsening gastroparesis" for dulaglutide ("August 2023 FDA Trulicity Request"). Ex. 223D, 2023-08-04 FDA Information Request to Lilly re Trulicity, LLY-GLPMDL-09203920 at -3920.

26. In the August 2023 FDA Trulicity Request, FDA provided Lilly a list of preferred terms ("PT") from the Medical Dictionary for Regulatory Activities ("MedDRA") for Lilly to include in its "review of the published literature, clinical trial data, data from spontaneous reports, and reports from studies": "Bezoar; Diabetic gastroparesis; Diabetic gastropathy; Endoscopy upper gastrointestinal tract; Endoscopy upper gastrointestinal tract abnormal; Gastric atony; Gastric emptying study; Gastric hypomotility; Gastric residual increased; Gastrointestinal hypomotility; Gastrointestinal motility disorder; Gastroparesis postoperative; Impaired gastric emptying; and Regurgitation." *Id.* at -3920-21.

27. On August 4, 2023, FDA sent Lilly a letter requesting a "cumulative review of all cases of adverse reactions due to delayed gastric emptying" and "of all cases of severe/serious, prolonged, or worsening gastroparesis" for Mounjaro. Ex. 222D, 2023-08-04 FDA Information Request to Lilly re Mounjaro, LLY-GLPMDL-09199572 at -9572.

28. In its August 4, 2023 letter (SUF ¶ 27), FDA stated that Lilly's "analysis should include a review of the published literature, clinical trial data, data from spontaneous reports, and reports

6

from studies" and provided a list of MedDRA PTs for Lilly to include in its search. *Id.* at -9572-73.

29. In its August 4, 2023 letter (SUF ¶ 27), FDA provided a list of preferred terms ("PT") for the Medical Dictionary for Regulatory Activities ("MedDRA") for Lilly to include in its review: "Bezoar; Diabetic gastroparesis; Diabetic gastropathy; Endoscopy upper gastrointestinal tract; Endoscopy upper gastrointestinal tract abnormal; Gastric atony; Gastric emptying study; Gastric hypomotility; Gastric residual increased; Gastrointestinal hypomotility; Gastrointestinal motility disorder; Gastroparesis postoperative; Impaired gastric emptying; and Regurgitation." *Id.*

### D. Lilly's Regulatory Response

30. On October 2, 2023, Lilly sent its Regulatory Response for dulaglutide regarding aspiration and delayed gastric emptying to FDA, created in response to FDA's August 4, 2023 letter (SUF ¶ 25). Ex. 215D, 2023-10-02 Letter from Lilly to FDA re Request for Information for Dulaglutide, LLY-GLPMDL-08233432 at -3432; Ex. 216D, 2023-10-02 Dulaglutide Regulatory Response, LLY-GLPMDL-08233965 at -3965.

31. In its October 2, 2023, Regulatory Response for dulaglutide (SUF ¶ 30), Lilly indicated that it conducted a search of the Lilly Safety System ("LSS") and Clinical Trial ("CT") adverse event report databases using the MedDRA search terms listed by FDA in the August 2023 FDA Trulicity Request (SUF ¶ 25), namely: ""Bezoar," "Diabetic gastroparesis," "Diabetic gastropathy," "Endoscopy upper gastrointestinal tract," "Endoscopy upper gastrointestinal tract abnormal," "Gastric atony," "Gastric emptying study," "Gastric hypomotility," "Gastric residual increased," "Gastrointestinal hypomotility," "Gastrointestinal motility disorder," "Gastroparesis postoperative," "Impaired gastric emptying," and "Regurgitation." Ex. 216D, 2023-10-02 Dulaglutide Regulatory Response, LLY-GLPMDL-08233965 at -3984.

32. Lilly's October 2, 2023 Regulatory Response for dulaglutide (SUF ¶ 30) states that Lilly's search of 754 clinical trial patients identified 51 patients with a relevant treatment-emergent adverse event. *Id.* -3983, -4006.

33. In its October 2, 2023 Regulatory Response for dulaglutide (SUF ¶ 30), Lilly states that "the occurrence of potential gastroparesis events across CTs was low, with an incidence rate of less than 1%, and tended to occur more frequently among patients assigned to dulaglutide versus placebo. Importantly, these events tended to be nonserious." *Id.*

34. In its October 2, 2023 Regulatory Response for dulaglutide (SUF ¶ 30), Lilly estimated that approximately 17,286,000 patients were exposed to dulaglutide worldwide as of May 31, 2023. *Id.* -3983.

35. Lilly's October 2, 2023 Regulatory Response for dulaglutide (SUF ¶ 30) states that Lilly's search of postmarketing data identified 93 reports of serious adverse events that were either worsened or prolonged, including 25 cases of worsened potential gastroparesis and 4 cases of prolonged potential gastroparesis. *Id.* -4007.

36. Lilly's October 2, 2023 Regulatory Response for dulaglutide (SUF ¶ 30) states that "the review of reported serious (SAE), prolonged, or worsening potential gastroparesis, and bezoar did not provide important new safety information. Given the low numbers of these events in the [post-marketing] experience, it appears that the current text of the USPI is appropriate." *Id.* -4017.

37. In its October 2, 2023, Regulatory Response for dulaglutide (SUF ¶ 30), Lilly stated that "the review of the cases of serious/severe, worsening, and prolonged cases of potential gastroparesis, as well as bezoar did not reveal any new significant safety information beyond what is already described in the [United States Prescribing Information]. Thus, no updates to the [Core Data Sheet] or [United States Prescribing Information] are proposed." *Id.* -4018.

38. On October 2, 2023, Lilly sent its Regulatory Response for tirzepatide regarding aspiration and delayed gastric emptying to FDA, created in response to the August 4, 2023, FDA information request (SUF ¶ 27). Ex. 211D, 2023-10-02 Letter from Lilly to FDA re Request for Information for Tirzepatide, LLY-GLPMDL-08194485 at -4485; Ex. 213D, 2023-10-02 Regulatory Response: Information Request re Tirzepatide, LLY-GLPMDL-08194940 at -4940.

39. In its October 2, 2023, Regulatory Response for tirzepatide (SUF ¶ 38), Lilly indicated that it conducted a search of the LSS and CT adverse event report databases using the MedDRA search terms listed by FDA in its August 4, 2023 information request (SUF ¶ 27), namely: "Bezoar, Diabetic gastroparesis; Diabetic gastropathy; Endoscopy upper gastrointestinal tract; Endoscopy upper gastrointestinal tract abnormal; Gastric atony; Gastric emptying study; Gastric hypomotility; Gastric residual increased; Gastrointestinal hypomotility; Gastrointestinal motility disorder; Gastroparesis postoperative; Impaired gastric emptying; and Regurgitation." Ex. 213D, 2023-10-02 Regulatory Response: Information Request re Tirzepatide, LLY-GLPMDL-08194940 at -4956.

40. In its October 2, 2023 Regulatory Response for tirzepatide (SUF ¶ 38), Lilly stated that cases retrieved in searches of the LSS and CT database were reviewed to determine if the case met criteria for presentation in tabular format, namely the case must be (1) a serious or severe event, (2) prolonged, or (3) worsening. *Id.*

41. In its October 2, 2023 Regulatory Response for tirzepatide (SUF ¶ 38), Lilly's search of the LSS and CT databases retrieved 168 reports of treatment-emergent adverse events ("TEAE") from clinical trials, 158 of which were non-serious. After analysis, Lilly determined that 44 non-serious and 10 serious adverse events met criteria for further presentation. *Id.* -4958.

42. Lilly's search of postmarketing database retrieved 59 post-marketing reports of treatment-emergent adverse events, 17 of which met criteria for further presentation. *Id.* -4970.

43. In its October 2, 2023, Regulatory Response for tirzepatide (SUF ¶ 38), Lilly stated that "[t]aken together, the data of this review do not support a relationship between tirzepatide use and the development of gastroparesis. This conclusion reflects the [clinical trial] population and current labeling." *Id.* -4973.

### E. Zepbound Clinical Review

44. On November 7, 2023, FDA completed a clinical review for Lilly's NDA for Zepbound. Ex. 247D, Zepbound Clinical Review, LLY-GLPMDL-13534941.

45. FDA's Zepbound clinical review for Zepbound was signed by Raymond E. Soccio, MD, PHD, and Laura B. Higginbotham at FDA. *Id.* -5207.

46. In its clinical review for Zepbound (SUF ¶ 44), FDA stated that "[a]t this time, further language regarding gastroparesis in labeling is not supported. However, post-marketing reports of gastroparesis for tirzepatide or other incretin drugs will continue to be monitored, and labeling will be updated as needed." *Id.* -5180.

47. In its clinical review for Zepbound (SUF ¶ 44), FDA stated: "In general, the submission and data quality were very good … The Applicant's data were consistent across datasets, and tabulations could be cross-referenced to case report forms and patient narratives. All clinical items requested in meetings with FDA leading up to and after submission were provided and easy to locate." *Id.* -5062.

48. In its clinical review for Zepbound (SUF ¶ 44), FDA stated: "Labeling for this NDA was also reviewed collaboratively by Dr. Kelly Jackson from the Division of Medical Policy Programs (DMPP) and Dr. Ankur Kalola from the Office of Prescription Drug Promotion (OPDP)." *Id.* -5199.

49. In its clinical review for Zepbound (SUF ¶ 44), FDA stated: "GLP-1R agonists have a well-characterized safety profile, and the [chronic weight management] and [type 2 diabetes] development programs for tirzepatide (a GLP-1R agonist with dual agonism at the GIPR) have not identified any additional safety concerns." *Id.* -4960.

50. In its clinical review for Zepbound (SUF ¶ 44), FDA stated: "The prevalence, severity, and seriousness of GI [treatment-emergent adverse events] with tirzepatide are consistent with the extensive clinical experience with GLP-1R agonists, are monitorable and reversible, and severe and common GI adverse reactions will be clearly addressed in sections 5 and 6 of labeling of tirzepatide for [chronic weight management]." *Id.* -5114.

51. In its clinical review for Zepbound (SUF ¶ 44), FDA stated: "Due to the findings reported in study GPGR, the Clinical Pharmacology review team recommended that proposed labeling inform prescribers that concomitant use of tirzepatide with oral hormonal contraceptives may reduce the efficacy of the oral hormonal contraceptive. They acknowledged that tachyphylaxis may develop after multiple dosing as evident by the acetaminophen marker data from study GPGA in the tirzepatide 5 mg dose cohort." *Id.* -4977.

52. In its clinical review for Zepbound (SUF ¶ 44), FDA stated: "There are post-marketing reports of severe gastroparesis events in patients treated with incretin drugs, and some events were reported to persist after drug discontinuation. Delayed gastric emptying is an incretin pharmacodynamic effect that may contribute to the weight loss efficacy and to GI [adverse events]." *Id.* -5177.

53. In its clinical review for Zepbound (SUF ¶ 44), FDA stated: "Based on these narratives, it remains unclear how the diagnosis of gastroparesis was made in these subjects, and all three had other common GI AEs. Many other trials subjects without reported AEs of gastroparesis

11

had similar GI AEs, including many that led to study drug discontinuation. Gastroparesis was nonetheless a rare event reported in tirzepatide treated subjects (3/2519, 0.12%), and the three narratives are consistent with these events not being serious or severe." *Id.* at -5179.

54. In its clinical review for Zepbound (SUF ¶ 44), FDA stated: "Section 5 (Warning and Precautions) of labeling on 'Severe Gastrointestinal Diseases' will note that tirzepatide has not been studied in patients with severe gastrointestinal disease, including severe gastroparesis, and is therefore not recommended in these patients.'" *Id.* at -5179-80.

55. In its clinical review for Zepbound (SUF ¶ 44), FDA stated: "The observed safety concerns identified in these submissions can be adequately addressed with proposed product labeling and routine pharmacovigilance for the indicated population. In conclusion, no additional risk evaluation and mitigation strategy (REMS) is recommended for this product." *Id.* at -5193.

## F. Zepbound's Label At Approval

56. FDA approved Lilly's NDA for Zepbound on November 8, 2023. Ex. 188D, 2023-11-08 Zepbound Approval Letter at 1.

57. The Zepbound label, approved by FDA on November 8, 2023, stated in Section 5.2 of Warnings and Precautions:

> **Section 5.2 Severe Gastrointestinal Disease** Use of ZEPBOUND has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions 6.1]*. In clinical trials, severe gastrointestinal adverse reactions were reported more frequently among patients receiving ZEPBOUND (5 mg 1.7%, 10 mg 2.5%, 15 mg 3.1%) than placebo (1%). ZEPBOUND has not been studied in patients with severe gastrointestinal disease, including severe gastroparesis, and is therefore not recommended in these patients.

*Id.* 14.

58. The "Drug Interactions" subsection of the "Highlights of Prescribing Information" section of the Zepbound label approved by FDA on November 8, 2023, includes the following language:

12

"Zepbound delays gastric emptying and has the potential to impact the absorption of concomitantly administered oral medications." *Id.* 10.

59. Section 6.1 (Clinical Trials Experience) of Section 6 (Adverse Reactions) of the Zepbound label approved by FDA on November 8, 2023, includes the following language:

> *Gastrointestinal Adverse Reactions* In ZEPBOUND clinical trials, gastrointestinal adverse reactions occurred more frequently among patients receiving ZEPBOUND (5 mg 56%, 10 mg 56%, 15 mg 56%) than placebo (30%). More patients receiving ZEPBOUND 5 mg (1.9%), ZEPBOUND 10 mg (3.3%), and ZEPBOUND 15 mg (4.3%) discontinued treatment due to gastrointestinal adverse reactions than patients receiving placebo (0.5%). The majority of nausea, vomiting, and/or diarrhea events occurred during dose escalation and decreased over time.

*Id.* 17.

60. Section 7.2 (Oral Medications) of Section 7 (Drug Interactions) of the Zepbound label approved by FDA on November 8, 2023, includes the following language: "Zepbound delays gastric emptying and thereby has the potential to impact the absorption of concomitantly administered oral medications." *Id.* 18.

61. Section 8.3 (Females and Males of Reproductive Potential) of Section 8 (Use in Specific Populations) of the Zepbound label approved by FDA on November 8, 2023, includes the following language: "Use of Zepbound may reduce the efficacy of oral hormonal contraceptives due to delayed gastric emptying." *Id.* 19.

62. Section 12.2 (Pharmacodynamics) of Section 12 (Clinical Pharmacology) of the Zepbound label approved by FDA on November 8, 2023, includes the following language: "Tirzepatide delays gastric emptying. The delay is largest after the first dose and this effect diminishes over time." *Id.* 21.

63. Section 12.3 (Pharmacokinetics) of Section 12 (Pharmacodynamics) of the Zepbound label approved by FDA on November 8, 2023, includes the following language: "ZEPBOUND

13

delays gastric emptying and thereby has the potential to impact the absorption of concomitantly administered oral medications *[see Drug Interactions (7.2)]*." *Id.*

64. The November 8, 2023 Zepbound label's Medication Guide stated: "ZEPBOUND may cause serious side effects, including: … severe stomach problems." *Id.* 32.

65. The November 8, 2023 Zepbound label's Medication Guide also stated: "The most common side effects of ZEPBOUND include: nausea, diarrhea, vomiting, constipation, stomach (abdominal) pain, indigestion, injection site reactions, feeling tired, allergic reactions, belching, hair loss, heartburn." *Id.* 32-33.

### G. Safety Topic Reports on Gastroparesis

66. On November 21, 2023, Lilly approved an Abbreviated STR for tirzepatide regarding gastroparesis ("November 2023 Tirzepatide Gastroparesis ASTR"). Ex. 228D, Tirzepatide Abbreviated Safety Topic Report: Gastroparesis, LLY-GLPMDL-09599056 at -9060.

67. In the November 2023 Tirzepatide Gastroparesis ASTR (SUF ¶ 66), Lilly discussed adverse event reports from 29 clinical trials and 17 postmarketing cases, in addition to analyzing the Sodhi 2023 study. *Id.* at -9067, 76.

68. In the November 2023 Tirzepatide Gastroparesis ASTR (SUF ¶ 66), Lilly applied the following MedDRA search terms: bezoar, diabetic gastroparesis, diabetic gastropathy, endoscopy upper gastrointestinal tract, endoscopy upper gastrointestinal tract abnormal, gastric atony, gastric emptying study, gastric hypomotility, gastric residual increased, gastrointestinal hypomotility, gastrointestinal motility disorder, gastroparesis postoperative, impaired gastric emptying, and regurgitation. *Id.*

69. The MedDRA search terms Lilly used in the November 2023 Tirzepatide Gastroparesis ASTR (SUF ¶ 68) are the same terms included by FDA in its August 2023 FDA Mounjaro Request

(SUF ¶ 29). *Id.*; Ex. 222D, 2023-08-04 FDA Information Request to Lilly re Mounjaro, LLY-GLPMDL-09199572 at -9572-73.

70. In the November 2023 Tirzepatide Gastroparesis ASTR (SUF ¶ 66), Lilly stated that it had reviewed "clinical trials (CTs), postmarketing safety studies, pharmacoepidemiologic studies, published scientific literature, and spontaneously reported adverse events from postmarketing experience" and concluded that "the data in this review do not provide evidence of a causal association between tirzepatide and gastroparesis." Ex. 228D, Tirzepatide Abbreviated Safety Topic Report: Gastroparesis, LLY-GLPMDL-09599056 at -9060.

71. In the November 2023 Tirzepatide Gastroparesis ASTR (SUF ¶ 66), Lilly stated that it considered gastroparesis "a potential risk" and proposed adding warning language to better inform clinicians. *Id.* -9080.

72. In the November 2023 Tirzepatide Gastroparesis ASTR (SUF ¶ 66), Lilly stated that "[t]aken together, the data in this review do not provide evidence of a causal association between tirzepatide and gastroparesis. However, considering patients with known clinically significant gastric emptying abnormality including severe gastroparesis were excluded from [clinical trials], the mechanistic plausibility with the known effect of delaying gastric emptying, and the fact that cases have still been observed in [clinical trials] and in postmarketing setting, Lilly considers it as a potential risk and proposes to add language in the section 'C4 -Special Warnings and Special Precautions for Use" of the core data sheet to better inform the clinicians." *Id.* -9062.

73. Lilly's pharmacovigilance policies define a "potential risk" as "[a]n adverse event for which there is some basis for suspicion of a causal association with the medicinal product of interest but where this association has not been confirmed. Within the context of Lilly's process, a

15

potential risk represents a signal that has been determined by [Global Patient Safety] to meet the definition of a risk but has not met the threshold for inclusion in the Undesirable Effects section of the [Company Core Safety Information] or [Development Core Safety Information] in the [Investigator Brochure] as an adverse drug reaction and requires additional evaluation." Ex. 218D, Lilly Pharmacovigilance Policy SEQS301, LLY-GLPMDL-08450703 at -0726.

74. Lilly prepared a report dated December 20, 2023 ("December 2023 Dulaglutide Gastroparesis STR") regarding gastroparesis and dulaglutide. Ex. 239D, Dulaglutide Safety Topic Report: Gastroparesis, LLY-GLPMDL-11179886 at -9891.

75. In the December 2023 Dulaglutide Gastroparesis STR (SUF ¶ 74), Lilly discussed 27 clinical trials, 177 postmarketing cases, two observational studies, and the Sodhi 2023 study. *Id.* -9891-96.

76. In the December 2023 Dulaglutide Gastroparesis STR (SUF ¶ 74), Lilly stated, "This review presents relevant safety information pertaining to gastroparesis derived from nonclinical studies, clinical trials, postmarketing safety studies, published scientific literature including epidemiology data, and spontaneously reported AEs from the postmarketing experience[.]" *Id.* -9897.

77. In the December 2023 Dulaglutide Gastroparesis STR (SUF ¶ 74), Lilly applied the MedDRA search terms bezoar, diabetic gastroparesis, diabetic gastropathy, endoscopy upper gastrointestinal tract, endoscopy upper gastrointestinal tract abnormal, gastric atony, gastric emptying study, gastric hypomotility, gastric residual increased, gastrointestinal hypomotility, gastrointestinal motility disorder, gastroparesis postoperative, impaired gastric emptying, and regurgitation. *Id.* -9913.

78. The MedDRA search terms Lilly used in the December 2023 Dulaglutide Gastroparesis STR (SUF ¶ 77) are the same terms included by FDA in its August 2023 FDA Trulicity Request (SUF ¶ 26). *Id.*; Ex. 223D, 2023-08-04 FDA Information Request to Lilly re Trulicity, LLY-GLPMDL-09203920 at -3920-21.

79. In the December 2023 Dulaglutide Gastroparesis STR (SUF ¶ 74), Lilly stated "based upon the totality of the cumulative data including the Study GBDM, clinical trials, published scientific literature, and spontaneously reported AEs from postmarketing experience, gastroparesis, which includes observed cases of serious or severe and worsened symptoms, is considered a potential risk." Ex. 239D, Dulaglutide Safety Topic Report: Gastroparesis, LLY-GLPMDL-11179886 at -9950.

80. In the December 2023 Dulaglutide Gastroparesis STR (SUF ¶ 74), Lilly stated that it is "recommended that an addition to Section C4, Special Warning and Special Precaution for Use be added to the [Core Data Sheet]." *Id.*

81. In the December 2023 Dulaglutide Gastroparesis STR (SUF ¶ 74), Lilly concluded that "causality cannot be established for dulaglutide and events of gastroparesis." *Id.*

H. *Late-2023/Early-2024 Prior Approval Supplements for Lilly's GLP-1 RA Medicines*

82. On December 8, 2023, Lilly submitted a Prior Approval Supplement ("PAS") to FDA for Mounjaro with revised "[s]afety language for severe gastrointestinal disease." Ex. 212D, 2023-12-08 Mounjaro PAS, LLY-GLPMDL-08194890 at -4890.

83. As part of its December 8, 2023, PAS for Mounjaro (SUF ¶ 82), Lilly sent FDA the "Safety Topic Report: Gastroparesis" as a "Supporting Document." *Id.*

84. In its December 8, 2023, PAS for Mounjaro, Lilly attached revisions to the then-approved Mounjaro label. *Id.* Label 1.

17

85. Lilly's proposed Mounjaro label (SUF ¶ 84) added the following additional language to the "Highlights of Prescribing Information" section:

> Events related to impaired gastric emptying, including severe gastroparesis, have been reported. Monitor and consider dose modification or discontinuation in patients who develop severe gastrointestinal symptoms while on treatment.

*Id.*

86. Lilly's proposed additional language to the "Highlights of Prescribing Information" section of the proposed Mounjaro label (SUF ¶ 84) is in blue text below. *Id.*

87. The already-approved language combined with the proposed additional language in the "Highlights of Prescribing Information" section for the proposed Mounjaro label (SUF ¶ 84) then read:

> *Severe Gastrointestinal Disease:* Use may be associated with gastrointestinal adverse reactions, sometimes severe. Has not been studied in patients with severe gastrointestinal disease and is not recommended in these patients. Events related to impaired gastric emptying, including severe gastroparesis, have been reported. Monitor and consider dose modification or discontinuation in patients who develop severe gastrointestinal symptoms while on treatment. (5.6)

*Id.*

88. The proposed Mounjaro label (SUF ¶ 84) included the following additional language to Section 5.6 (Severe Gastrointestinal Disease) under Section 5 (Warnings and Precautions):

18

Events related to impaired gastric emptying, including severe gastroparesis, have been reported. Monitor and consider dose modification or discontinuation in patients who develop severe gastrointestinal symptoms while on treatment.

*Id.* Label 4.

89. Lilly's proposed additional language to Section 5.6 (Severe Gastrointestinal Disease) under Section 5 (Warnings and Precautions) of the proposed Mounjaro label (SUF ¶ 84) is in blue text below. *Id.*

90. The existing language combined with the proposed additional language in Section 5.6 (Severe Gastrointestinal Disease) under Section 5 (Warnings and Precautions) of the proposed Mounjaro label (SUF ¶ 84) then read:

> **5.6    Severe Gastrointestinal Disease** Use of MOUNJARO has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions 6.1]*. MOUNJARO has not been studied in patients with severe gastrointestinal disease, including severe gastroparesis, and is therefore not recommended in these patients. Events related to impaired gastric emptying, including severe gastroparesis, have been reported. Monitor and consider dose modification or discontinuation in patients who develop severe gastrointestinal symptoms while on treatment.

*Id.*

91. On December 8, 2023, Lilly submitted a PAS to FDA for Zepbound with revised "[s]afety language for severe gastrointestinal disease." Ex. 214D, 2023-12-08 Zepbound PAS with Label Redline, LLY-GLPMDL-08224729 at -4729.

92. As part of its December 8, 2023, PAS for Zepbound (SUF ¶ 91), Lilly sent FDA the "Safety Topic Report: Gastroparesis" as a "Supporting Document." *Id.*

93. In its December 8, 2023, PAS for Zepbound (SUF ¶ 91), Lilly attached revisions to the then-approved Zepbound label. *Id.* Label 1.

94. Lilly's proposed Zepbound label (SUF ¶ 93) added the following additional language to the "Highlights of Prescribing Information" section:

> Events related to impaired gastric emptying, including severe gastroparesis, have been reported. Monitor and consider dose modification or discontinuation in patients who develop severe gastrointestinal symptoms while on treatment.

> *Id.*

95. Lilly's proposed additional language to the "Highlights of Prescribing Information" section of the proposed Zepbound label (SUF ¶ 93) is in blue text below. *Id.*

96. The already-approved language combined with the proposed additional language in the "Highlights of Prescribing Information" section of the proposed Zepbound (SUF ¶ 93) label then read:

> *Severe Gastrointestinal Disease:* Use has been associated with gastrointestinal adverse reactions, sometimes severe. Has not been studied in patients with severe gastrointestinal disease and is not recommended in these patients. Events related to impaired gastric emptying, including severe gastroparesis, have been reported. Monitor and consider dose modification or discontinuation in patients who develop severe gastrointestinal symptoms while on treatment. (5.2)

> *Id.*

97. The proposed Zepbound label (SUF ¶ 93) included the following additional language to Section 5.2 (Severe Gastrointestinal Disease) under Section 5 (Warnings and Precautions):

> Events related to impaired gastric emptying, including severe gastroparesis, have been reported. Monitor and consider dose modification or discontinuation in patients who develop severe gastrointestinal symptoms while on treatment.

> *Id.* Label 7.

98. Lilly's proposed additional language to Section 5.2 (Severe Gastrointestinal Disease) under Section 5 (Warnings and Precautions) of the proposed Zepbound label (SUF ¶ 93) is in blue text below. *Id.*

> **5.2    Severe Gastrointestinal Disease**
> Use of ZEPBOUND has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6.1)]*. In clinical trials, severe gastrointestinal adverse reactions were reported more frequently among patients receiving ZEPBOUND (5 mg 1.7%, 10 mg 2.5%, 15 mg 3.1%) than placebo (1%). ZEPBOUND has not been studied in patients with severe gastrointestinal disease, including severe gastroparesis, and is therefore not recommended in these patients. Events related to impaired gastric emptying, including severe gastroparesis, have been reported. Monitor and consider dose modification or discontinuation in patients who develop severe gastrointestinal symptoms while on treatment.
>
> **A**    **Author**
> **Lilly comment to FDA:** Refer to Safety Topic Report (Gastroparesis) submitted with the Mounjaro labeling update (NDA 215866, Seq No 0442).

99. The already-approved language combined with the proposed additional language in Section 5.2 (Severe Gastrointestinal Disease) under Section 5 (Warnings and Precautions) of the proposed Zepbound label (SUF ¶ 93) then read:

> **5.2    Severe Gastrointestinal Disease** Use of ZEPBOUND has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6.1)]*. In clinical trials, severe gastrointestinal adverse reactions were reported more frequently among patients receiving ZEPBOUND (5 mg 1.7%, 10 mg 2.5%, 15 mg 3.1%) than placebo (1%). ZEPBOUND has not been studied in patients with severe gastrointestinal disease, including severe gastroparesis, and is therefore not recommended in these patients. Events related to impaired gastric emptying, including severe gastroparesis, have been reported. Monitor and consider dose modification or discontinuation in patients who develop severe gastrointestinal symptoms while on treatment.

*Id.*

100.    On January 23, 2024, Lilly submitted a PAS to FDA for Trulicity "with new safety language for severe gastrointestinal disease." Ex. 217D, 2024-01-23 Trulicity PAS with Label Redline, LLY-GLPMDL-08258483 at -8483.

101.    As part of its January 23, 2024, PAS for Trulicity (SUF ¶ 100), Lilly sent FDA the "Safety Topic Report: Gastroparesis" as a "Supporting Document." *Id.*

102.    In its January 23, 2024, PAS for Trulicity (SUF ¶ 100), Lilly attached revisions to the then-approved Trulicity label. *Id.* 3.

103. Lilly's proposed Trulicity label (SUF ¶ 102) added the following additional language to the "Highlights of Prescribing Information" section:

Events related to impaired gastric emptying, including severe gastroparesis have been reported. Monitor and consider dose modification or discontinuation in patients who develop severe gastrointestinal symptoms while on treatment.

*Id.*

104. Lilly's proposed additional language to the "Highlights of Prescribing Information" section of the proposed Trulicity label (SUF ¶ 102) is in blue text below. *Id.*

105. The already-approved language combined with the proposed additional language in the "Highlights of Prescribing Information" section of the proposed Trulicity label (SUF ¶ 102) then read:

*Severe Gastrointestinal Disease*: Use may be associated with gastrointestinal adverse reactions, sometimes severe. Has not been studied in patients with severe

gastrointestinal disease and is not recommended in these patients. Events related to impaired gastric emptying, including severe gastroparesis, have been reported. Monitor and consider dose modification or discontinuation in patients who develop severe gastrointestinal symptoms while on treatment (5.6).

*Id.*

106.    The proposed Trulicity label (SUF ¶ 102) included the following additional language to Section 5.6 (Severe Gastrointestinal Disease) under Section 5 (Warnings and Precautions):

Events related to impaired gastric emptying, including severe gastroparesis, have been reported. Monitor and consider dose modification or discontinuation in patients who develop severe gastrointestinal symptoms while on treatment.

*Id.* 6-7.

107.    Lilly's proposed additional language to Section 5.6 (Severe Gastrointestinal Disease) under Section 5 (Warnings and Precautions) of the proposed Trulicity label (SUF ¶ 102) is in blue text below. *Id.*



108.    The already-approved language combined with the proposed additional language in Section 5.6 (Severe Gastrointestinal Disease) under Section 5 (Warnings and Precautions) of the proposed Trulicity label (SUF ¶ 102) then read:

**5.6 Severe Gastrointestinal Disease** Use of TRULICITY may be associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6.1)]*. TRULICITY has not been studied in patients with severe gastrointestinal disease, including severe gastroparesis, and is therefore not recommended in these patients. Events related to impaired gastric emptying, including severe gastroparesis, have been reported. Monitor and consider dose modification or discontinuation in patients who develop severe gastrointestinal symptoms while on treatment.

*Id.*

109.    On September 19, 2024, FDA sent Lilly a draft of the Zepbound label ("September 2024 Zepbound Draft Label") in response to Lilly's PAS (SUF ¶ 91). Ex. 219D, 2024-09-19 Email from FDA to Lilly with Zepbound Label Redline, LLY-GLPMDL-08491238 at -1238-39.

110.    FDA made "redline" edits to the "Highlights of Prescribing Information" section of the September 2024 Zepbound Draft Label (SUF ¶ 109) that included deleting the following language:

> Events related to impaired gastric emptying, including severe gastroparesis, have been reported. Monitor and consider dose modification or discontinuation in patients who develop severe gastrointestinal symptoms while on treatment.

*Id.* Label 1.

111.    In the September 2024 Zepbound Draft Label (SUF ¶ 109), FDA's proposed added language appears as blue text, and FDA's deleted language appears as red text that is struck through. *Id.*



112.    FDA made "redline" edits to Section 5.6 (Severe Gastrointestinal Disease) under Section 5 (Warnings and Precautions) of the September 2024 Zepbound Draft Label (SUF ¶ 109) that included deleting the following language:

> Events related to impaired gastric emptying, including severe gastroparesis, have been reported. Monitor and consider dose modification or discontinuation in patients who develop severe gastrointestinal symptoms while on treatment.

*Id.* Label 5.

113.   In the September 2024 Zepbound Draft Label (SUF ¶ 109), FDA's proposed added language appears as blue text, and FDA's proposed deleted language appears as red text that is struck through. *Id.*



114.   In Section 5.6 (Severe Gastrointestinal Disease) under Section 5 (Warnings and Precautions) of the September 2024 Zepbound Draft Label (SUF ¶ 109), FDA stated in a comment bubble:

> Disagree with proposed addition. In your supporting documentation for the addition of gastroparesis you cite Sodhi et al, an observational study with multiple limitations including methodological and quality control issues. In addition, you concluded that the data in your review did not provide evidence of a casual [sic] association between tirzepatide and gastroparesis. The current PI contains information on GI adverse reactions and tolerability. The existing warning and precaution and section 6 describe GI adverse reactions with tirzepatide, including tolerability and discontinuation, "Across both trials, 4.8%, 6.3%, and 6.7% of patients treated with 5 mg, 10 mg, and 15 mg of ZEPBOUND, respectively, permanently discontinued treatment as a result of adverse reactions compared to 3.4% of patients treated with placebo. The majority of patients who discontinued ZEPBOUND due to adverse reactions did so during the first few months of treatment due to gastrointestinal adverse reactions." Recommendations regarding dosage modifications due to adverse reactions are more appropriately communicated in Section 2.2. See edits above.

*Id.*

25

115.    On October 10, 2024, FDA sent Lilly a draft of the Trulicity label ("October 2024 Trulicity Draft Label") in response to Lilly's PAS (SUF ¶ 100). Ex. 244D, 2024-10-10 Email from FDA to Lilly with Trulicity Label Redline, LLY-GLPMDL-11984127 at -4127.

116.    FDA made "redline" edits to the "Highlights of Prescribing Information" section of the October 2024 Trulicity Draft Label (SUF ¶ 115) that included deleting the following language:

> Events related to impaired gastric emptying, including severe gastroparesis, have been reported. Monitor and consider dose modification or discontinuation in patients who develop severe gastrointestinal symptoms while on treatment.

*Id.* 5.

117.    In the October 2024 Trulicity Draft Label (SUF ¶ 115), FDA's proposed added language appears as blue text, and FDA's deleted language appears as red text that is struck through. *Id.*



118.    In the "Highlights of Prescribing Information" section of the October 2024 Trulicity Draft Label (SUF ¶ 115), FDA stated in a comment bubble: "Disagree with the proposed addition. See comments in FPI." *Id.*

119.    FDA made "redline" edits to Section 5.6 (Severe Gastrointestinal Disease) under Section 5 (Warnings and Precautions) of the October 2024 Trulicity Draft Label (SUF ¶ 115) that included deleting the following language:

> Events related to impaired gastric emptying, including severe gastroparesis, have been reported. Monitor and consider dose modification or discontinuation in patients who develop severe gastrointestinal symptoms while on treatment.

*Id.* 9.

120.    In the October 2024 Trulicity Draft Label (SUF ¶ 115), FDA's proposed added language appears as blue text, and FDA's proposed deleted language appears as red text that is struck through. *Id.*



121.    In Section 5.6 (Severe Gastrointestinal Disease) under Section 5 (Warnings and Precaution) of the October 2024 Trulicity Draft Label (SUF ¶ 115), FDA stated in a comment bubble:

> Disagree with proposed addition. The current PI contains information on GI adverse reactions and tolerability. See edits to WP title to better describe the risk and the addition of the incidence of GI ARs to the WP. In addition, recommendations regarding dosage modifications due to adverse reactions are more appropriately communicated in Section 2. See edits above.

*Id.*

122.    On October 10, 2024, FDA sent Lilly a draft of the Mounjaro label ("October 2024 Mounjaro Draft Label") in response to Lilly's PAS (SUF ¶ 82). Ex. 243D, 2024-10-10 Email from FDA to Lilly with Mounjaro Label Redline, LLY-GLPMDL-11809161 at -9162.

123.    FDA made "redline" edits to the "Highlights of Prescribing Information" section of the October 2024 Mounjaro Draft Label (SUF ¶ 122) that included deleting the following language:

> Events related to impaired gastric emptying, including severe gastroparesis, have been reported. Monitor and consider dose modification or discontinuation in patients who develop severe gastrointestinal symptoms while on treatment.

*Id.* Label 1.

124.    In the October 2024 Mounjaro Draft Label (SUF ¶ 122), FDA's proposed added language appears as blue text, and FDA's deleted language appears as red text that is struck through. *Id.*

125.    FDA made "redline" edits to Section 5.6 (Severe Gastrointestinal Disease) under Section 5 (Warnings and Precautions) of the October 2024 Mounjaro Draft Label (SUF ¶ 122) that included deleting the following language:

> Events related to impaired gastric emptying, including severe gastroparesis, have been reported. Monitor and consider dose modification or discontinuation in patients who develop severe gastrointestinal symptoms while on treatment.

*Id*. Label 4-5.

126.    In the October 2024 Mounjaro Draft Label (SUF ¶ 122), FDA's proposed added language appears as blue text, and FDA's proposed deleted language appears as red text that is struck through. *Id*.



*Id.*

127.    In Section 5.6 (Severe Gastrointestinal Disease) under Section 5 (Warnings and Precautions) of the October 2024 Mounjaro Draft Label (SUF ¶ 122), FDA stated in a comment bubble:

> Disagree with proposed addition. In your supporting documentation for the addition of gastroparesis you cite Sodhi et al, an observational study with multiple limitations including methodological and quality control issues. In addition, you concluded that the data in your review did not provide evidence of a casual [sic] association between tirzepatide and gastroparesis. The current PI contains information on GI adverse reactions and tolerability. The existing warning and precaution and section 6 describe GI adverse reactions with tirzepatide, including tolerability and discontinuation. Recommendations regarding dosage modifications due to adverse reactions are more appropriately communicated in Section 2.1. See edits above.

> *Id.*

128.    On October 18, 2024, FDA sent Lilly a letter in response to Lilly's December 8, 2023, Zepbound PAS stating: "We have completed our review of these applications, as amended.

They are approved, effective on the date of this letter, for use as recommended in the enclosed agreed-upon labeling." Ex. 190D, 2024-10-18 Zepbound Label Approval at 2.

129.    In the "Highlights of Prescribing Information" section, the Zepbound label approved by FDA on October 18, 2024, stated the following:

> *Severe Gastrointestinal Adverse Reactions*: Use has been associated with gastrointestinal adverse reactions, sometimes severe. Has not been studied in patients with severe gastrointestinal disease and is not recommended in these patients. (5.2)

> *Id.* Label 1.

130.    In Section 5.6 under Section 5 (Warnings and Precautions), the Zepbound label approved by FDA on October 18, 2024, stated the following:

> **5.2 Severe Gastrointestinal Adverse Reactions** Use of ZEPBOUND has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6.1)]*. In a pool of two ZEPBOUND clinical trials (Studies 1 and 2), severe gastrointestinal adverse reactions were reported more frequently among patients receiving ZEPBOUND (5mg 1.7%, 10 mg 2.5%, 15 mg 3.1%) than placebo (1%). ZEPBOUND has not been studied in patients with severe gastrointestinal disease, including severe gastroparesis, and is therefore not recommended in these patients.

> *Id.* Label 4.

131.    On November 1, 2024, FDA sent Lilly a letter in response to Lilly's January 23, 2024, Trulicity PAS stating: "We have completed our review of this application, as amended. It is approved, effective on the date of this letter, for use as recommended in the enclosed agreed-upon labeling." Ex. 164D, 2024-11-01 Trulicity Label Approval at 1.

132.    In the "Highlights of Prescribing Information" section, the Trulicity label approved by FDA on November 1, 2024, stated the following:

> *Severe Gastrointestinal Adverse Reactions*: Use may be associated with gastrointestinal adverse reactions, sometimes severe. Has not been studied in patients with severe gastrointestinal disease and is not recommended in these patients (5.6).

*Id.* 6.

133.   In Section 5.6 under Section 5 (Warnings and Precautions), the Trulicity label approved by FDA on November 1, 2024, stated the following:

> **5.6 Severe Gastrointestinal Adverse Reactions** Use of TRULICITY has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6.1)]*. In the pool of placebo-controlled trials, severe gastrointestinal adverse reactions were reported more frequently among patients receiving TRULICITY (0.75 mg 2.2%, 1.5 mg 4.3%) than placebo (1.4%). TRULICITY has not been studied in patients with severe gastrointestinal disease, including severe gastroparesis, and is therefore not recommended in these patients."

> *Id.* 10.

134.   On November 1, 2024, FDA sent Lilly a letter in response to Lilly's December 8, 2023, Mounjaro PAS stating: "We have completed our review of this application, as amended. It is approved, effective on the date of this letter, for use as recommended in the enclosed agreed-upon labeling." Ex. 128D, 2024-11-01 Mounjaro Label Approval at 1.

135.   In the "Highlights of Prescribing Information" section, the Mounjaro label approved by FDA on November 1, 2024, stated the following:

> *Severe Gastrointestinal Adverse Reactions*: Use may be associated with gastrointestinal adverse reactions, sometimes severe. Has not been studied in patients with severe gastrointestinal disease and is not recommended in these patients. (5.6)

> *Id.* Label 1.

136.   In Section 5.6 under Section 5 (Warnings and Precautions), the Mounjaro label approved by FDA on November 1, 2024, stated the following:

> **5.6 Severe Gastrointestinal Adverse Reactions** Use of MOUNJARO has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions 6.1]*. In the pool of placebo-controlled trials, severe gastrointestinal adverse reactions occurred more frequently among patients receiving MOUNJARO (5 mg 1.3%, 10 mg 0.4%, 15 mg 1.2%) than placebo (0.9%). MOUNJARO has not been studied in patients with severe gastrointestinal disease, including severe gastroparesis, and is therefore not recommended in these patients.

*Id.* Label 4.

### I. Lilly's GLP-1 RA Medicines Labels Following PAS Decisions

137.    The Zepbound label approved by FDA on December 20, 2024, included the following language under Section 5.2 of Section 5 (Warnings and Precautions):

> **5.2 Severe Gastrointestinal Adverse Reactions** Use of ZEPBOUND has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6.1)]*. In a pool of two ZEPBOUND clinical trials for weight reduction (Studies 1 and 2), severe gastrointestinal Reference ID: 5501094 5 adverse reactions were reported more frequently among patients receiving ZEPBOUND (5 mg 1.7%, 10 mg 2.5%, 15 mg 3.1%) than placebo (1%). Similar rates of severe gastrointestinal adverse reactions were observed in ZEPBOUND clinical trials for weight reduction and in ZEPBOUND clinical trials for OSA. ZEPBOUND has not been studied in patients with severe gastrointestinal disease, including severe gastroparesis, and is therefore not recommended in these patients.

Ex. 191D, 2024-12-20 Zepbound Label Approval at Label 4-5.

138.    The Zepbound label approved by FDA on February 7, 2025, included the following language under Section 5.2 of Section 5 (Warnings and Precautions):

> **5.2 Severe Gastrointestinal Adverse Reactions** Use of ZEPBOUND has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6.1)]*. In a pool of two ZEPBOUND clinical trials for weight reduction (Studies 1 and 2), severe gastrointestinal adverse reactions were reported more frequently among patients receiving ZEPBOUND (5 mg 1.7%, 10 mg 2.5%, 15 mg 3.1%) than placebo (1%). Similar rates of severe gastrointestinal adverse reactions were observed in ZEPBOUND clinical trials for weight reduction and in ZEPBOUND clinical trials for OSA. ZEPBOUND has not been studied in patients with severe gastrointestinal disease, including severe gastroparesis, and is therefore not recommended in these patients.

Ex. 192D, 2025-02-07 Zepbound Label Approval at Label 4-5.

139.    The Trulicity label approved by FDA on May 28, 2025, included the following language under Section 5.6 of Section 5 (Warnings and Precautions):

> **5.6 Severe Gastrointestinal Adverse Reactions** Use of TRULICITY has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6)]*. In the pool of placebo-controlled trials, severe gastrointestinal adverse reactions were reported more frequently among patients receiving

32

TRULICITY (0.75mg 2.2%, 1.5 mg 4.3%) than placebo (1.4%). TRULICITY is not recommended in patients with severe gastroparesis.

Ex. 165D, 2025-05-28 Trulicity Label Approval at 9.

140.    The Mounjaro label approved by FDA on May 28, 2025, included the following language under Section 5.6 of Section 5 (Warnings and Precautions):

**5.6 Severe Gastrointestinal Adverse Reactions** Use of MOUNJARO has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6)]*. In the pool of placebo-controlled trials, severe gastrointestinal adverse reactions occurred more frequently among patients receiving MOUNJARO (5 mg 1.3%, 10 mg 0.4%, 15 mg 1.2%) than placebo (0.9%). MOUNJARO is not recommended in patients with severe gastroparesis.

Ex. 129D, 2025-05-28 Mounjaro Label Approval at 9.

141.    The Mounjaro label approved by FDA on September 25, 2025, included the following language under Section 5.6 of Section 5 (Warnings and Precautions):

**5.6 Severe Gastrointestinal Adverse Reactions** Use of MOUNJARO has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6)]*. In the pool of placebo-controlled trials, severe gastrointestinal adverse reactions occurred more frequently among patients receiving MOUNJARO (5 mg 1.3%, 10 mg 0.4%, 15 mg 1.2%) than placebo (0.9%). MOUNJARO is not recommended in patients with severe gastroparesis.

Ex. 130D, 2025-09-25 Mounjaro Label Approval at Label 4.

142.    The Zepbound label approved by FDA on September 25, 2025, included the following language under Section 5.2 of Section 5 (Warnings and Precautions):

**5.2 Severe Gastrointestinal Adverse Reactions** Use of ZEPBOUND has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6.1)]*. In a pool of two ZEPBOUND clinical trials for weight reduction (Studies 1 and 2), severe gastrointestinal adverse reactions were reported more frequently among patients receiving ZEPBOUND (5 mg 1.7%, 10 mg 2.5%, 15 mg 3.1%) than placebo (1%). Similar rates of severe gastrointestinal adverse reactions were observed in ZEPBOUND clinical trials for weight reduction and in ZEPBOUND clinical trials for OSA. ZEPBOUND is not recommended in patients with severe gastroparesis.

Ex. 193D, 2025-09-25 Zepbound Label Approval at Label 5.

143.    The Mounjaro label approved by FDA on December 19, 2025, included the following

language under Section 5.6 of Section 5 (Warnings and Precautions):

> **5.6 Severe Gastrointestinal Adverse Reactions** Use of MOUNJARO has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6)]*. In the pool of placebo-controlled trials in adults, severe gastrointestinal adverse reactions occurred more frequently among patients receiving MOUNJARO (5 mg 1.3%, 10 mg 0.4%, 15 mg 1.2%) than placebo (0.9%). Severe gastrointestinal adverse reactions have also been reported postmarketing with GLP-1 receptor agonists. MOUNJARO is not recommended in patients with severe gastroparesis.

> Ex. 131D, 2025-12-19 Mounjaro Label Approval at Label 4.

144.    The Mounjaro label approved by FDA on January 7, 2026, included the following language

under Section 5.6 of Section 5 (Warnings and Precautions):

> **5.6 Severe Gastrointestinal Adverse Reactions** Use of MOUNJARO has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6)]*. In the pool of placebo-controlled trials in adults, severe gastrointestinal adverse reactions occurred more frequently among patients receiving MOUNJARO (5 mg 1.3%, 10 mg 0.4%, 15 mg 1.2%) than placebo (0.9%). Severe gastrointestinal adverse reactions have also been reported postmarketing with GLP-1 receptor agonists. MOUNJARO is not recommended in patients with severe gastroparesis.

> Ex. 132D, 2026-01-07 Mounjaro Label Approval at Label 5.

145.    The Zepbound label approved by FDA on January 7, 2026, included the following language

under Section 5.2 of Section 5 (Warnings and Precautions):

> **5.2 Severe Gastrointestinal Adverse Reactions** Use of ZEPBOUND has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6.1)]*. In a pool of two ZEPBOUND clinical trials for weight reduction (Studies 1 and 2), severe gastrointestinal adverse reactions were reported more frequently among patients receiving ZEPBOUND (5 mg 1.7%, 10 mg 2.5%, 15 mg 3.1%) than placebo (1%). Similar rates of severe gastrointestinal adverse reactions were observed in ZEPBOUND clinical trials for weight reduction and in ZEPBOUND clinical trials for OSA. ZEPBOUND is not recommended in patients with severe gastroparesis.

> Ex. 194D, 2026-01-07 Zepbound Label Approval at Label 5.

146.    The current Mounjaro label approved by FDA on January 20, 2026, includes the following warning under Section 5.6 of Section 5 (Warnings and Precautions):

**5.6 Severe Gastrointestinal Adverse Reactions** Use of MOUNJARO has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6)]*. In the pool of placebo-controlled trials in adults, severe gastrointestinal adverse reactions occurred more frequently among patients receiving MOUNJARO (5 mg 1.3%, 10 mg 0.4%, 15 mg 1.2%) than placebo (0.9%). Severe gastrointestinal adverse reactions have also been reported postmarketing with GLP-1 receptor agonists. MOUNJARO is not recommended in patients with severe gastroparesis.

Ex. 133D, 2026-01-20 Mounjaro Label Approval at Label 5.

147.    The January 20, 2026 Mounjaro label's Medication Guide states: "MOUNJARO may cause serious side effects, including: … severe stomach problems." *Id.* 31.

148.    The January 20, 2026 Mounjaro label's Medication Guide states: "The most common side effects of MOUNJARO include: nausea, diarrhea, decreased appetite, vomiting, constipation, indigestion, stomach (abdominal) pain." *Id*. 32.

149.    The Zepbound label approved by FDA on January 20, 2026, included the following language under Section 5.2 of Section 5 (Warnings and Precautions):

**5.2 Severe Gastrointestinal Adverse Reactions** Use of ZEPBOUND has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6.1)]*. In a pool of two ZEPBOUND clinical trials for weight reduction (Studies 1 and 2), severe gastrointestinal adverse reactions were reported more frequently among patients receiving ZEPBOUND (5 mg 1.7%, 10 mg 2.5%, 15 mg 3.1%) than placebo (1%). Similar rates of severe gastrointestinal adverse reactions were observed in ZEPBOUND clinical trials for weight reduction and in ZEPBOUND clinical trials for OSA. ZEPBOUND is not recommended in patients with severe gastroparesis.

Ex. 195D, 2026-01-20 Zepbound Label Approval at Label 5.

150.    The current Zepbound label approved by FDA on February 25, 2026, includes the following language under Section 5.2 of Section 5 (Warnings and Precautions):

**5.2 Severe Gastrointestinal Adverse Reactions** Use of ZEPBOUND has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse*

*Reactions (6)]*. In a pool of two ZEPBOUND clinical trials for weight reduction (Studies 1 and 2), severe gastrointestinal adverse reactions were reported more frequently among patients receiving ZEPBOUND (5 mg 1.7%, 10 mg 2.5%, 15 mg 3.1%) than placebo (1%). Similar rates of severe gastrointestinal adverse reactions were observed in ZEPBOUND clinical trials for weight reduction and in ZEPBOUND clinical trials for OSA. Severe gastrointestinal adverse reactions have also been reported postmarketing with GLP-1 receptor agonists. ZEPBOUND is not recommended in patients with severe gastroparesis.

Ex. 196D, 2026-02-25 Zepbound Label Approval at 10.

151.    The February 25, 2026 Zepbound label's Medication Guide states: "ZEPBOUND may cause serious side effects, including: … severe stomach problems." *Id*. 40.

152.    The February 25, 2026 Zepbound label's Medication Guide states: "The most common side effects of Zepbound include: nausea, diarrhea, vomiting, constipation, stomach (abdominal) pain, indigestion, injection site reactions, feeling tired, allergic reactions, belching, hair loss, heartburn." *Id*. 41.

153.    The current Trulicity label approved by FDA on March 12, 2026, includes the following under Section 5.6 of Section 5 (Warnings and Precautions):

> **5.6 Severe Gastrointestinal Adverse Reactions** Use of TRULICITY has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6)]*. In the pool of placebo-controlled trials, severe gastrointestinal adverse reactions were reported more frequently among patients receiving TRULICITY (0.75 mg 2.2%, 1.5 mg 4.3%) than placebo (1.4%). Severe gastrointestinal adverse reactions have also been reported postmarketing with GLP-1 receptor agonists. TRULICITY is not recommended in patients with severe gastroparesis.

Ex. 166D, 2026-03-12 Trulicity Label Approval at 9.

154.    The March 12, 2026 Trulicity label's Medication Guide states: "TRULICITY may cause serious side effects, including: … "severe stomach problems." *Id*. 38.

155.    The March 12, 2026 Trulicity label's Medication Guide states: "The most common side effects of TRULICITY may include: nausea, diarrhea, vomiting, stomach (abdominal) pain, decreased appetite." *Id*. 39.

## II.    REGULATORY HISTORY FOR OTHER GLP-1 RA MEDICINES

156.    On November 14, 2024, FDA requested that Novo Nordisk ("Novo") add Section 5.6 "Severe Gastrointestinal Adverse Reactions" to the Warnings and Precautions ("November 2024 Wegovy Request") for Wegovy "to harmonize labeling for this risk across the GLP-1 RA class." Ex. 296D, Wegovy Label Redline, Novo_GLP_MDL_WEG_NDA_001187633 at _7644.

157.    Section 5.6 of the Wegovy label included in the November 2024 Wegovy Request (SUF ¶ 156) stated:

> **5.6 Severe Gastrointestinal Adverse Reactions** Use of WEGOVY has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6.1)]*. In WEGOVY clinical trials, severe gastrointestinal adverse reactions were reported more frequently among patients receiving WEGOVY (1.7 mg X%, 2.4 mg X%) than placebo (X%). WEGOVY has not been studied in patients with severe gastrointestinal disease, including severe gastroparesis, and is therefore not recommended in these patients.

*Id.*

158.    On November 20, 2024, FDA requested that Novo add Section 5.6 "Severe Gastrointestinal Adverse Reactions" to the Warnings and Precautions ("November 2024 Rybelsus Request") for Rybelsus "to harmonize labeling for this risk across the GLP-1 RA class." Ex. 268D, Rybelsus Label Redline, Novo_GLP_MDL_RYB_NDA_001104562 at _4603.

159.    Section 5.6 of the Rybelsus label included in the November 2024 Rybelsus Request (SUF ¶ 158) stated:

> **5.6 Severe Gastrointestinal Adverse Reactions** Use of RYBELSUS has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6.1)]*. In RYBELSUS clinical trials, severe gastrointestinal adverse reactions were reported more frequently among patients receiving RYBELSUS (7 mg X%, 14 mg X%) than placebo (X%). RYBELSUS has not been studied in patients with severe gastrointestinal disease, including severe gastroparesis, and is therefore not recommended in these patients.

*Id.*

160.    The Wegovy label approved by FDA on November 27, 2024, included the following language under Section 5.6 of Section 5 (Warnings and Precautions):

> **5.6 Severe Gastrointestinal Adverse Reactions** Use of WEGOVY has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6.1)]*. In WEGOVY clinical trials, severe gastrointestinal adverse reactions were reported more frequently among patients receiving WEGOVY (4.1%) than placebo (0.9%). WEGOVY is not recommended in patients with severe gastroparesis.

> Ex. 180D, 2024-11-27 Wegovy Label Approval at 11.

161.    The Rybelsus label approved by FDA on December 9, 2024, included the following language under Section 5.6 of Section 5 (Warnings and Precautions):

> **5.6 Severe Gastrointestinal Adverse Reactions** Use of RYBELSUS has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6.1)]*. In RYBELSUS clinical trials, severe gastrointestinal adverse reactions were reported more frequently among patients receiving RYBELSUS (7 mg 0.6%, 14 mg 2%) than placebo (0.3%). RYBELSUS is not recommended in patients with severe gastroparesis.

Ex. 144D, 2024-12-09 Rybelsus Label Approval at 12.

162.    On December 20, 2024, FDA requested that Novo add Section 5.7 "Severe Gastrointestinal Adverse Reactions" to the Warnings and Precautions ("December 2024 Ozempic Request") for Ozempic "to harmonize labeling for this risk across the GLP-1 RA class." Ex. 197D, Ozempic Label Redline, Novo_GLP_MDL_OZM_NDA_005135901 at _5908.

163.    Section 5.7 of the Ozempic label included in the December 2024 Ozempic Request (SUF ¶ 162) stated:

> **5.7 Severe Gastrointestinal Adverse Reactions** Use of OZEMPIC has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6.1)]*. In OZEMPIC clinical trials, severe gastrointestinal adverse reactions were reported more frequently among patients receiving OZEMPIC (0.5 mg X%, 1 mg X%) than placebo (X%). OZEMPIC is not recommended in patients with severe gastroparesis.

*Id.*

38

164. The Ozempic label approved by FDA on January 28, 2025, included the following language under Section 5.7 of Section 5 (Warnings and Precautions):

> **5.7 Severe Gastrointestinal Adverse Reactions** Use of OZEMPIC has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6.1)]*. In OZEMPIC clinical trials, severe gastrointestinal adverse reactions were reported more frequently among patients receiving OZEMPIC (0.5 mg 0.4%, 1 mg 0.8%) than placebo (0%). OZEMPIC is not recommended in patients with severe gastroparesis.

> Ex. 138D, 2025-01-28 Ozempic Label Approval at 11.

165. On April 22, 2025, FDA requested that Novo add the following language to Section 5.6 "Severe Gastrointestinal Adverse Reactions" of the Warnings and Precautions ("April 2025 Victoza Request") for Victoza: "In VICTOZA clinical trials, severe gastrointestinal adverse reactions were reported more frequently among patients receiving VICTOZA (1.2 mg 4.4 %, 1.8 mg 4.2 %) than placebo (1.1 %)." Ex. 266D, 2025-04-22 Email from FDA to Novo re Saxenda and Victoza Label, Novo_GLP_MDL_017055498 at _5499; Ex. 266D, Victoza Label Redline, Novo_GLP_MDL_017055541 at _5545.

166. Section 5.6 of the Victoza label included in the April 2025 Victoza Request (SUF ¶ 165) stated:

> **5.6 Severe Gastrointestinal Adverse Reactions** Use of GLP-1 receptor agonists, including VICTOZA, has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6)]*. In VICTOZA clinical trials, severe gastrointestinal adverse reactions were reported more frequently among patients receiving VICTOZA (1.2 mg 4.4%, 1.8 mg 4.2%) than placebo (1.1%). VICTOZA is not recommended in patients with severe gastroparesis.

> Ex. 266D, Victoza Label Redline, Novo_GLP_MDL_017055541 at _5545.

167. On April 22, 2025, FDA requested that Novo add the following language to Section 5.7 "Severe Gastrointestinal Adverse Reactions" of the Warnings and Precautions ("April 2025 Saxenda Request") for Saxenda: "In SAXENDA clinical trials, severe gastrointestinal adverse reactions were reported more frequently among patients receiving SAXENDA (4.8%) than

39

placebo (1.4%).". Ex. 266D, 2025-04-22 Email from FDA to Novo re Saxenda and Victoza Label, Novo_GLP_MDL_017055498 at _5499; Ex. 266D, Saxenda Label Redline, Novo_GLP_MDL_017055508 at _5514.

168.    Section 5.7 of the Saxenda label included in the April 2025 Saxenda Request (SUF ¶ 167) stated:

> **5.7 Severe Gastrointestinal Adverse Reactions** Use of GLP-1 receptor agonists, including liraglutide, has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6)]*. In SAXENDA clinical trials, severe gastrointestinal adverse reactions were reported more frequently among patients receiving SAXENDA (4.8%) than placebo (1.4%). SAXENDA is not recommended in patients with severe gastroparesis.

Ex. 266D, Saxenda Label Redline, Novo_GLP_MDL_017055508 at _5514.

169.    The Saxenda label approved by FDA on May 28, 2025, included the following language under Section 5.7 of Section 5 (Warnings and Precautions):

> **5.7 Severe Gastrointestinal Adverse Reactions** Use of GLP-1 receptor agonists, including liraglutide, has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6)]*. In SAXENDA clinical trials, severe gastrointestinal adverse reactions were reported more frequently among patients receiving SAXENDA (4.8%) than placebo (1.4%). SAXENDA is not recommended in patients with severe gastroparesis.

Ex. 150D, 2025-05-28 Saxenda Label Approval at 11.

170.    The Victoza label approved by FDA on May 28, 2025, included the following language under Section 5.6 of Section 5 (Warnings and Precautions):

> **5.6 Severe Gastrointestinal Adverse Reactions** Use of GLP-1 receptor agonists, including VICTOZA, has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6)]*. In VICTOZA clinical trials, severe gastrointestinal adverse reactions were reported more frequently among patients receiving VICTOZA (1.2 mg 4.4 %, 1.8 mg 4.2 %) than placebo (1.1 %). VICTOZA is not recommended in patients with severe gastroparesis.

Ex. 173D, 2025-05-28 Victoza Label Approval, Novo_GLP_MDL_015552337 at _2345.

40

171.   The Wegovy label approved by FDA on August 15, 2025, included the following

language under Section 5.6 of Section 5 (Warnings and Precautions):

**5.6 Severe Gastrointestinal Adverse Reactions** Use of WEGOVY has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6.1)]*. In WEGOVY clinical trials in adults for weight reduction, severe gastrointestinal adverse reactions were reported more frequently among patients receiving WEGOVY (4.1%) than placebo (0.9%). WEGOVY is not recommended in patients with severe gastroparesis.

Ex. 181D, 2025-08-15 Wegovy Label Approval at 16.

172.   The current Ozempic label approved by FDA on October 14, 2025, includes the following

language under Section 5.7 of Section 5 (Warnings and Precautions):

**5.7 Severe Gastrointestinal Adverse Reactions** Use of OZEMPIC has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6)]*. In OZEMPIC clinical trials, severe gastrointestinal adverse reactions were reported more frequently among patients receiving OZEMPIC (0.5 mg 0.4%, 1 mg 0.8%) than placebo (0%). Severe gastrointestinal adverse reactions have also been reported postmarketing with GLP-1 receptor agonists. OZEMPIC is not recommended in patients with severe gastroparesis.

Ex. 139D, 2025-10-14 Ozempic Label Approval at 11.

173.   The Saxenda label approved by FDA on October 14, 2025, included the following

language under Section 5.7 of Section 5 (Warnings and Precautions):

**5.7 Severe Gastrointestinal Adverse Reactions** Use of GLP-1 receptor agonists, including liraglutide, has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6)]*. In SAXENDA clinical trials, severe gastrointestinal adverse reactions were reported more frequently among patients receiving SAXENDA (4.8%) than placebo (1.4%). Severe gastrointestinal adverse reactions have also been reported postmarketing with GLP-1 receptor agonists. SAXENDA is not recommended in patients with severe gastroparesis.

Ex. 151D, 2025-10-14 Saxenda Label Approval at 11.

174.   The current Victoza label approved by FDA on October 14, 2025, includes the following

language under Section 5.6 of Section 5 (Warnings and Precautions):

**5.6 Severe Gastrointestinal Adverse Reactions** Use of GLP-1 receptor agonists, including liraglutide, has been associated with gastrointestinal adverse reactions,

sometimes severe *[see Adverse Reactions (6)]*. In VICTOZA clinical trials, severe gastrointestinal adverse reactions were reported more frequently among patients receiving VICTOZA (1.2 mg 4.4%, 1.8 mg 4.2%) than placebo (1.1%). Severe gastrointestinal adverse reactions have also been reported postmarketing with GLP-1 receptor agonists. VICTOZA is not recommended in patients with severe gastroparesis.

Ex. 174D, 2025-10-14 Victoza Label Approval at 10.

175.    The Wegovy label approved by FDA on October 14, 2025, included the following language under Section 5.6 of Section 5 (Warnings and Precautions):

**5.6 Severe Gastrointestinal Adverse Reactions** Use of WEGOVY has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6)]*. In WEGOVY clinical trials in adults for weight reduction, severe gastrointestinal adverse reactions were reported more frequently among patients receiving WEGOVY (4.1%) than placebo (0.9%). Severe gastrointestinal adverse reactions have also been reported postmarketing with GLP-1 receptor agonists. WEGOVY is not recommended in patients with severe gastroparesis.

Ex. 182D, 2025-10-14 Wegovy Label Approval at 11.

176.    The Rybelsus label approved by FDA on October 17, 2025, included the following language under Section 5.6 of Section 5 (Warnings and Precautions):

**5.6 Severe Gastrointestinal Adverse Reactions** Use of RYBELSUS has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6)]*. In RYBELSUS clinical trials, severe gastrointestinal adverse reactions were reported more frequently among patients receiving RYBELSUS (7 mg 0.6%, 14 mg 2%) than placebo (0.3%). Severe gastrointestinal adverse reactions have also been reported postmarketing with GLP-1 receptor agonists. RYBELSUS is not recommended in patients with severe gastroparesis.

Ex. 145D, 2025-10-17 Rybelsus Label Approval at 11.

177.    The Wegovy label approved by FDA on November 21, 2025, included the following language under Section 5.6 of Section 5 (Warnings and Precautions):

**5.6 Severe Gastrointestinal Adverse Reactions** Use of WEGOVY has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6.1)]*. In WEGOVY clinical trials in adults for weight reduction, severe gastrointestinal adverse reactions were reported more frequently among patients receiving WEGOVY (4.1%) than placebo (0.9%). Severe gastrointestinal adverse

reactions have also been reported postmarketing with GLP-1 receptor agonists. WEGOVY is not recommended in patients with severe gastroparesis.

Ex. 183D, 2025-11-21 Wegovy Label Approval at 10.

178.   On December 22, 2025, FDA notified Novo that it had completed its review of the Wegovy tablet NDA and approved of the use of Wegovy tablet to "reduce the risk of major adverse cardiovascular (CV) events (CV death, nonfatal myocardial infarction, or non-fatal stroke) in adults with established CV disease and either obesity or overweight" and " reduce excess body weight and maintain weight reduction long term in adults with obesity or overweight in the presence of at least one weight-related comorbid condition." Ex. 117D, 2025-12-22 Wegovy Tablet Label Approval at Label 1.

179.   The Wegovy tablet label approved by FDA on December 22, 2025, included the following language under Section 5.6 of Section 5 (Warnings and Precautions):

> **5.6 Severe Gastrointestinal Adverse Reactions** Use of WEGOVY has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6.1)]*. In clinical trials for adults for weight reduction, severe gastrointestinal adverse reactions were reported more frequently among patients receiving WEGOVY than placebo. Severe gastrointestinal adverse reactions were reported in 4.1% and 0.9% of WEGOVY-injection and placebo-treated patients, respectively, and in 2% of WEGOVY tablet-treated and 0% of placebo-treated patients, respectively. Severe gastrointestinal adverse reactions have also been reported postmarketing with GLP-1 receptor agonists. WEGOVY is not recommended in patients with severe gastroparesis.

Ex. 117D, 2025-12-22 Wegovy Tablet Label Approval at Label 8.

180.   The Wegovy label (including the Wegovy tablet) approved by FDA on January 29, 2026, included the following language under Section 5.6 of Section 5 (Warnings and Precautions):

> **5.6 Severe Gastrointestinal Adverse Reactions** Use of WEGOVY has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6.1)]*. In clinical trials for adults for weight reduction, severe gastrointestinal adverse reactions were reported more frequently among patients receiving WEGOVY than placebo. Severe gastrointestinal adverse reactions were reported in 4.1% and 0.9% of WEGOVY-injection and placebo-treated patients, respectively, and in 2% of WEGOVY tablet-treated and 0% of placebo-treated

patients, respectively. Severe gastrointestinal adverse reactions have also been reported postmarketing with GLP-1 receptor agonists. WEGOVY is not recommended in patients with severe gastroparesis.

Ex. 184D, 2026-01-29 Wegovy Label Approval at 12.

181.    The current Rybelsus label approved by FDA on January 30, 2026, includes the following language under Section 5.6 of Section 5 (Warnings and Precautions):

> **5.6 Severe Gastrointestinal Adverse Reactions** Use of semaglutide tablets has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6.1)]*. In clinical trials, severe gastrointestinal adverse reactions were reported more frequently among patients who received semaglutide tablets (7 mg 0.6%, 14 mg 2%) than placebo (0.3%). Severe gastrointestinal adverse reactions have also been reported postmarketing with GLP 1 receptor agonists. RYBELSUS and OZEMPIC tablets are not recommended in patients with severe gastroparesis.

Ex. 146D, 2026-01-30 Rybelsus Label Approval at 10.

182.    The current Saxenda label approved by FDA on February 25, 2026, includes the following language under Section 5.7 of Section 5 (Warnings and Precautions):

> **5.7 Severe Gastrointestinal Adverse Reactions** Use of GLP-1 receptor agonists, including liraglutide, has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6)]*. In SAXENDA clinical trials, severe gastrointestinal adverse reactions were reported more frequently among patients receiving SAXENDA (4.8%) than placebo (1.4%). Severe gastrointestinal adverse reactions have also been reported postmarketing with GLP-1 receptor agonists. SAXENDA is not recommended in patients with severe gastroparesis.

Ex. 152D, 2026-02-25 Saxenda Label Approval at 10.

183.    The Wegovy label (including the Wegovy tablet) approved by FDA on February 25, 2026, includes the following language under Section 5.6 of Section 5 (Warnings and Precautions):

> **5.6 Severe Gastrointestinal Adverse Reactions** Use of WEGOVY has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6.1)]*. In clinical trials for adults for weight reduction, severe gastrointestinal adverse reactions were reported more frequently among patients receiving WEGOVY than placebo. Severe gastrointestinal adverse reactions were reported in 4.1% and 0.9% of WEGOVY-injection and placebo-treated patients, respectively, and in 2% of WEGOVY tablet-treated and 0% of placebo-treated

patients, respectively. Severe gastrointestinal adverse reactions have also been reported postmarketing with GLP-1 receptor agonists. WEGOVY is not recommended in patients with severe gastroparesis

Ex. 185D, 2026-02-25 Wegovy Label Approval at 12.

184.    The Wegovy label (including the Wegovy tablet) approved by FDA on March 19, 2026,

included the following language under Section 5.6 of Section 5 (Warnings and Precautions):

> **5.6 Severe Gastrointestinal Adverse Reactions** Use of WEGOVY has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6)]*. In clinical trials for adults for weight reduction, severe gastrointestinal adverse reactions were reported more frequently among patients receiving WEGOVY than placebo. Severe gastrointestinal adverse reactions were reported in 4.1% and 0.9% of WEGOVY injection and placebo-treated patients, respectively, and in 2% of WEGOVY tablet-treated and 0% of placebo-treated patients, respectively. Severe gastrointestinal adverse reactions have also been reported postmarketing with GLP-1 receptor agonists. WEGOVY is not recommended in patients with severe gastroparesis.

Ex. 186D, 2026-03-19 Wegovy Label Approval at 16.

185.    The current Wegovy label (including the Wegovy tablet) approved by FDA on May 5,

2026, includes the following language under Section 5.6 of Section 5 (Warnings and

Precautions):

> **5.6 Severe Gastrointestinal Adverse Reactions** Use of WEGOVY has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6)]*. In clinical trials for adults for weight reduction, severe gastrointestinal adverse reactions were reported more frequently among patients receiving WEGOVY than placebo. Severe gastrointestinal adverse reactions were reported in 4.1% and 0.9% of WEGOVY injection and placebo-treated patients, respectively, and in 2% of WEGOVY tablet-treated and 0% of placebo-treated patients, respectively. Severe gastrointestinal adverse reactions have also been reported postmarketing with GLP-1 receptor agonists. WEGOVY is not recommended in patients with severe gastroparesis.

Ex.    187D,    2026-05-05    Wegovy    Approval    Letter    at    13 (https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm#drugName1; https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=218316).

### III.    PLAINTIFF'S GASTROPARESIS EXPERTS

45

### A. Dr. David Metz

186.    Dr. Metz stated in his expert report in this case, "It is not a supposition as to whether GLP-1 drugs can cause delay in gastric emptying. It is, in fact, a mechanism of the drug's action." Ex.12D Metz Rep. at 134; *see also* Ex. 33D Metz Dep. Tr. at 20:4-11.

187.    Dr. Metz was asked to evaluate whether "GLP-1 inhibitors cause prolonged symptoms of gastroparesis in some patients after the drug has been withdrawn and if so, what is the mechanism of the effect[.]" Ex. 12D Metz Rep. at 17.

188.    Dr. Metz concluded "[a]n application of the Bradford Hill methodology to this question compels the conclusion that, at this time, causality of prolonged symptoms of gastroparesis after cessation of a GLP-1 drug cannot be supported." *Id.* at 141.

189.    Dr. Metz stated that he is "unaware of anybody from Lilly withholding substantive information that FDA had asked for." Ex. 33D Metz Dep. Tr. at 38:2-4. ("Q. You have a disagreement with Lilly's position on whether and to what extent there was reasonable evidence of a causal association between its medications and drug-induced gastroparesis? A. Yes. Q. But otherwise - - you're not aware of, based on your review, anybody at Lilly purposefully withholding anything from FDA as part of consideration of that? A. I am unaware of anybody from Lilly withholding substantive information that FDA had asked for.")

190.    Dr. Metz stated that doctors tend to look at the "highlights section" of a medicine's labels. *Id.* at 40:8-12 ("Q. And when you say 'the top half,' are you talking about the highlights section? A. Yeah, the highlights. Docs tend to look at the highlight because they're always cutting corners.")

191.    Dr. Metz stated that he did not review any "back and forth with the FDA around the Zepbound approval[.]" *Id.* at 46:4-9.  ("Q. Did you see any back and forth – setting aside the clinical trial data for the Zepbound, did you see any back and forth with the FDA around the

Zepbound approval, whether that's FDA consideration of labeling or anything like that? A. No.")

192.   Dr. Metz stated that he did not review any of the "back and forth between Lilly and the FDA around specific label language or contents[.]" *Id.* at 117:25-118:5. ("Q. Okay. As part of your work in forming your opinions, Dr. Metz, did you - -  with regard to Lilly, did you review any of the back and forth between Lilly and the FDA around specific label language or contents? A. No.")

193.   Dr. Metz stated that he was unaware of any published or unpublished data indicating that a drug effect for GLP-1 RAs could persist after washout of the medication for a period of six months. *Id.* at 62:22-64:1 ("Q. There's no known data that you're aware of that a drug effect for GLP-1 RAs could persist after washout of the medication up to a period of six months; right? … A. I know of no published data. … Q. Outside of what you assume based on the fact that people filed a lawsuit, are you aware of any actual, unpublished study, something that's in the works, that would support the position that a drug effect from a GLP-1 RAs could persist after washout of the medication up to a period of six months? … A. I'm not aware of anything that's in the works.")

194.   Dr. Metz could not identify any studies which observed a statistically significant increased point estimate or association between a Lilly medication and gastroparesis. *Id.* at 95:9-96:3 ("Q. With regard to these 15 observational studies that were done between 2023 and 2025, reflected in your table, none of them identify a statistically significant increase[d] point estimate or association between a Lilly medication on one hand and gastroparesis on the other hand. True? A. Gastroparesis is a weakness of stomach emptying. One of the ways of showing it is to do a gastric emptying scan and the specific diagnosis of more than 10 percent retention

47

at four hours after an eight-hour fast in the appropriate setting is relevant. These patients were acutely ill. This was not the time to do any gastric emptying studies. So you don't expect that there would be any point estimates of any kind of emptying, but you have indirect evidence in all of these cases of nonobstructive functional delay; and therefore, that is by definition in my opinion, compatible with drug-induced gastroparesis.")

195.   Dr. Metz stated that FDA was aware of the clinical trial adverse event reports and post-market adverse event reports he reviewed in preparing his expert report. *Id.* at 115:5-23 ("Are you asking me, was FDA aware of all of these reports?  And I'm going to say, yes, they were.").

196.   The language that Dr. Metz proposes for the Trulicity label is "[t]hat there were events relating to delayed gastric emptying that could have been severe[.]" *Id.* at 81:14-24 ("Q. All right. So at that point in time, based on your review of the labeling, you think that the label should have been – should have included additional language to explain to physicians that there were events related to impaired gastric emptying that were being seen, that they could be severe, including gastroparesis, right? … A. That there were events relating to delayed gastric emptying that could have been severe, yes.").

197.   In his report, Dr. Metz writes, "the term prolonged is defined as being continued Gastroparesis diagnosis or report of symptoms listed in the Gastroparesis Cardinal Symptoms Index for more than 6 months following cessation of GLP-1 treatment where an episode of acute and medically treated gastroparesis (Index Event) occurred post commencement of GLP-1 use." Metz Rep. at 137-38.

198.   Dr. Metz agrees, "[t]here simply is no reported literature of any kind that has investigated the question of prolonged or permanent gastroparesis injury with these medications." *Id.* at 139.

### B. Dr. Joeseph Pisegna

199. Dr. Pisegna agreed that he principally relied on biologic plausibility to conclude that tirzepatide can cause ileus and did not evaluate the epidemiological literature. Ex. 35D Pisegna Dep. Tr. at 52:13- 21. ("Q. Let me make sure I understand the significance of this last paragraph in your ileus section. Do I understand it correctly that you are saying, you didn't evaluate the epidemiological literature, but you principally are relying on the biologically plausible mechanism that you describe to conclude that tirzepatide can cause ileus? A. Yes. That would be a succinct way of stating that.")

### C. Dr. Daniel Raines

200. Dr. Raines testified, "independently there's evidence that GLP-1s cause delay in gastric emptying, and I think that's pretty well-established, at least in the literature that we -- like we review in gastroenterology[.]" Ex. 36D, Raines Dep. Tr. at 121:12-15.

### D. Dr. Ma Somsouk

201. Dr. Somsouk is not offering an opinion regarding whether GLP-1 RA medications can cause the development of gastroparesis. Ex. 19D, Somsouk Rep. at 33:21-24. ("Q. You are not offering an opinion on whether GLP-1 RA medications can cause the development of gastroparesis in this litigation; correct? A. That is correct.").

202. Dr. Somsouk opined on whether there is an association between GLP-1 RA medications and gastroparesis, but not on whether GLP-1 RA medications can cause gastroparesis, because "[t]hat's what [he] was asked to do, and [he] was requested of that from the legal team." *Id.* at 33:21-34:13.

Dated: May 19, 2026                    Respectfully submitted,


                                       */s/ Diana M. Watral*
                                       _____
                                       Diana M. Watral, P.C. (admitted *pro hac vice*)
                                       Mark Premo-Hopkins, P.C. (admitted *pro hac vice*)
                                       Renee D. Smith (admitted *pro hac vice*)
                                       **Kirkland & Ellis LLP**
                                       333 W. Wolf Point Plaza
                                       Chicago, IL 60654
                                       Telephone: (312) 862-2000
                                       Facsimile: (312) 862-2200
                                       diana.watral@kirkland.com
                                       mark.premohopkins@kirkland.com
                                       renee.smith@kirkland.com

                                       Samuel W. Silver (PA Bar No. 56596)
                                       Catherine M. Recker (PA Bar No. 56813)
                                       Bruce P. Merenstein (PA Bar No. 82609)
                                       Abigail T. Burton (PA Bar No. 334450)
                                       **Welsh & Recker, P.C.**
                                       306 Walnut Street
                                       Philadelphia, PA 19106
                                       Telephone: (215) 972-6430
                                       Facsimile: (985) 617-1021
                                       ssilver@welshrecker.com
                                       cmrecker@welshrecker.com
                                       bmerenstein@welshrecker.com
                                       aburton@welshrecker.com

                                       *Attorneys for Defendants Eli Lilly and Company
                                       and Lilly USA, LLC*

50

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2026, a true and correct copy of the foregoing Statement of Undisputed Facts in Support of Lilly's Motion for Summary Judgment on Gastroparesis Claims was electronically filed using the Court's CM/ECF System, which will send notification of such filing to all counsel of record.

*/s/ Diana M. Watral*
Diana M. Watral, P.C.

51