**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAs) PRODUCTS LIABILITY LITIGATION** ) ) ) ) | **CIVIL ACTION** |
| ) | |
| **THIS DOCUMENT RELATES TO:** ) | **MDL No. 3094** |
| ) | **2:24-md-03094-KSM** |
| *ALL ACTIONS / ALL CASES* ) | |
| ) ) | |

**[PROPOSED ORDER]**

AND NOW, this _____ day of _____, 2026, upon consideration of Defendants Eli Lilly and Company and Lilly USA, LLC's Motion for Summary Judgment on Gastroparesis Claims, briefing in support thereof, and any response in opposition and reply brief, it is hereby **ORDERED** THAT Lilly's Motion is **GRANTED**.

**IT IS SO ORDERED.**

_____
**KAREN SPENCER MARSTON, J.**