# EXHIBIT 108D

Case 2:24-md-03094-KSM Document 696-8 Filed 05/19/20 Page 2 of 8

This material may be protected by Copyright law (Title 17 U.S. Code)

# Glucagon-like Peptide-1 Retards Gastric Emptying and Small Bowel Transit in the Rat

## Effect Mediated Through Central or Enteric Nervous Mechanisms

TESFAYE TOLESSA, MSc, MARK GUTNIAK, MD, PhD, JENS JUUL HOLST, MD, PhD, SUAD EFENDIC, MD, PhD, and PER M. HELLSTRÖM, MD, PhD

This study investigated effects of glucagon-like peptide-1(7–36)amide (GLP-1) on gastric emptying, small intestinal transit, and contractility of smooth muscle strips in rats. GLP-1 at doses of 10 and 20 pmol/kg/min administered intravenously dose-dependently retarded transit of the small intestine ($P < 0.001$), while only the higher dose of 20 pmol/kg/min retarded gastric emptying ($P < 0.01$). GLP-1 at concentrations up to $10^{-4}$ M did not affect the basal tone or contractility of the gastrointestinal muscle strips that were stimulated with electric field stimulation or acetylcholine. Our results demonstrate that small intestinal transit seems more sensitive than gastric emptying to inhibition by GLP-1 at physiologic levels in plasma. Furthermore, this inhibition appears to be mediated through central mechanisms rather than through peripheral actions. Thus, GLP-1 is suggested to inhibit gastric emptying and small intestinal transit through an indirect effect via central or enteric nervous mechanisms.

**KEY WORDS:** gastric emptying; gastrointestinal motility; glucagon-like peptide-1; rat; small intestine; smooth muscle.

The gene encoding glucagon is expressed in L cells of the small intestine as the 159-amino acid glucagon precursor proglucagon (1, 2), the main products of which are glicentin, which is further cleaved to glicentin-related pancreatic polypeptide, and oxyntomodulin, plus the two glucagon-related peptides, glucagon-like peptide-1, further truncated to glucagon-like peptide-1(7–36)amide (GLP-1), and glucagon-like peptide-2 (1–5).

Of these peptides produced in the distal intestine, GLP-1 enhances glucose-stimulated insulin secretion and inhibits glucagon secretion. GLP-1 is an important incretin, ie, a substance that enhances the insulinotropic effect of a glucose load at physiologic plasma concentrations (4, 6–8). Human studies show that GLP-1, at physiologic plasma concentrations, inhibits the rate of gastric emptying (9, 10), a mechanism that may further attenuate postprandial glucose increment.

The present study was undertaken to evaluate the effects of GLP-1 on gastric emptying and transit of

Manuscript received June 4, 1997; revised manuscript received June 9, 1998; accepted June 10, 1998.

From the Departments of Medicine, and Endocrinology and Metabolism, Karolinska Hospital, Karolinska Institute, Stockholm, Sweden; and Department of Physiology, Panum Institute, Copenhagen, Denmark.

Address for reprint requests: Per M. Hellström, Section of Gastroenterology, Department of Medicine, Karolinska Hospital, SE-171 76 Stockholm, Sweden.

0163-2116/98/1000-2284$15.00/0 © 1998 Plenum Publishing Corporation

contents in the small intestine, as these functions are of ultimate importance for preabsorptive delivery of nutrients to the small intestine in order to maintain a controlled metabolic balance. In addition, to further clarify the mechanism of action of GLP-1, studies on muscle strips from the stomach, pylorus, and duodenum using electric field stimulation for transmural nerve activation and acetylcholine (ACh) as a muscarinic receptor agonist were undertaken.

## MATERIALS AND METHODS

A total of 53 male Sprague-Dawley rats (B&K, Sollentuna, Sweden) weighing 300–350 g were used for the study. The experimental protocol was approved by the local ethics committee for animal experimentation.

**Preparation of Animals for Gastric Emptying and Transit Studies.** A total of 23 rats were anesthetized with pentobarbital (50 mg/kg intraperitoneally; Mebumal, Apoteksbolaget, Umeå, Sweden). Through a midline incision, an indwelling polyethylene catheter (PE 50, Clay Adams, Becton Dickinson, Parsippany, New Jersey) was implanted into the fundic part of the stomach for administration of a radioactive marker solution. All animals were also supplied with a jugular vein catheter for drug administration. The catheters were tunneled subcutaneously to exit at the back of the animal's neck. After surgery, the animals were housed singly and allowed to recover for at least seven days before experiments were undertaken. During the recovery period the rats were trained to accept experimental conditions. After a fasting period of 8 hr in wire-bottomed cages with free access to water, experiments were performed on conscious animals in Bollman cages.

**Design of Gastric Emptying and Transit Studies.** Using a microinjection pump (CMA 100, Carnegie Medicine, Stockholm, Sweden), GLP-1 was infused during a loading period of 30 min. During the infusion of GLP-1, 0.4 ml of a radioactive transit marker solution consisting of polyethylene glycol 4000 containing 1.48 MBq of $[^{51}Cr]$ $Na_2CrO_4$ per milliliter of solution (pH 7.2, 300 mosm/kg) was administered slowly over a period of 30 sec via the gastric catheter. Then, after 30 min the rats were killed with an overdose of pentobarbital, the abdomen was opened, and the gastrointestinal tract carefully ligated at multiple points and removed *en bloc*.

In a first series of experiments, saline as control was infused for 30 min ($N = 7$), while in a second and third series of experiments, GLP-1 at doses of 10 ($N = 8$) and 20 ($N = 7$) pmol/kg/min, respectively, were infused for an equal time period.

**Preparation of Smooth Muscle Strips.** Muscle strips were obtained from the gastric fundus ($N = 7$), corpus ($N = 7$), pylorus ($N = 5$), and duodenum ($N = 6$) from a separate group of 12 animals under pentobarbital anesthesia (50 mg/kg intraperitoneally; Mebumal, Apoteksbolaget). Tissues were rapidly removed and placed in Krebs solution. The composition of the Krebs solution was as follows: 118 mM NaCl, 4.8 mM KCl, 1.2 mM $KH_2PO_4$, 1.2 mM $MgSO_4$, 2.5 mM $CaCl_2$, 25 mM $NaHCO_3$, 11 mM glucose, and 0.1% bovine serum albumin.

Muscle strips from the fundus, corpus, and duodenum were obtained by cutting sheets (4 $\times$ 15 mm) along the longitudinal axis of gastric and duodenal tissues. Muscle strips from the pylorus were prepared along their circular axis from wide rings (4 $\times$ 10 mm) cut open along the mesenteric attachment.

The strips were suspended in 5-ml chambers containing Krebs bicarbonate solution kept at 37°C and gassed with 95% $O_2$ and 5% $CO_2$, giving a pH of 7.4. The strips were allowed to equilibrate for 30 min and were then subjected to a tension of 9.81 mN for another 30 min with repeated washings with Krebs solution every 10 min. The tension was maintained by repeated adjustments before experiments were undertaken. Isometric contraction was measured using a Grass FT03C force displacement transducer (Grass Instrument Company, Quincy, Massachusetts) operating a Grass Polygraph 7B. Optimal tension was set to give a maximal contraction in response to ACh at a concentration of $10^{-3}$ M in all experiments. Electric field stimulations were carried out by alternating square wave pulses generated by a Grass S88 stimulator. The duodenal segment was placed between two wire electrodes giving a voltage drop of 7 V/cm across the tissue.

**Design of Muscle Strip Studies.** The maximal amplitude of the phasic contractions that developed within the first minute of continuous electric field stimulation during 2 min (2–32 Hz; 0.2 msec; 40 V; $N = 7$) and in response to ACh ($10^{-8}$–$10^{-3}$ M; $N = 6$) was expressed as the percentage of the maximal phasic contraction in response to ACh. The dose–response curves were constructed in a noncumulative manner by single electric field stimulations or addition of ACh in single doses at 5- to 8-min intervals, allowing sufficient time for the effect to become fully established.

In order to evaluate the influence of GLP-1 at a concentration of $10^{-6}$ M on basal muscular tone, isoprenaline at concentrations of $10^{-6}$–$10^{-4}$ M was used for reference. The influence of GLP-1 on responses to electric field stimulation and ACh was compared to that of atropine at a concentration of $10^{-6}$ M. After a series of electric field stimulations or ACh administrations, GLP-1 or atropine was added to the Krebs solution bathing the preparation 5 min before rechallenging with electric field stimulations or ACh.

**Design of Studies for Blood Sampling and Assays.** In separate experiments, saline as control ($N = 6$), or GLP-1 at a dose of 20 pmol/kg/min ($N = 6$), was infused for 30 min. Then, blood samples of 5 ml were obtained by heart puncture. Blood samples were collected using heparinized Vacutainer tubes (Becton Dickinson, Meylan Cedex, France). Samples were then centrifuged at 3000 rpm for 10 min and plasma was pipetted off and stored at $-70$°C for later analysis of GLP-1 and glucose levels.

Plasma concentrations of GLP-1 were measured by radioimmunoassay (RIA) as described previously (11). Plasma samples were measured using standards of GLP-1 and antiserum 89390 raised against synthetic proglucagon 78–107 amide. This antiserum requires the intact amidated C-terminal of GLP-1 and cross-reacts <0.01% with C-terminally truncated or extended forms. The detection limit of the assay is <1 pM and the intraassay coefficient of variation <5% at 20 pM. Before RIA of GLP-1, plasma was extracted with ethanol as described (12).

Blood glucose concentrations were measured with a glucose oxidase method (13).

**Drugs and Chemicals.** GLP-1 was purchased from Saxon Biochemicals GmbH (Hannover, Germany) and dissolved in saline (Natriumklorid 0.15 M; Baxter, Stockholm, Sweden) before use. Acetylcholine chloride, isoprenaline hydrochloride, and atropine sulfate were purchased from Sigma Chemical Co. (St. Louis, Missouri). For *in vitro* studies, all compounds were dissolved in Krebs solution, with an initial dissolution step to a stock solution of $10^{-3}$ M. Drug volume of 25–50 µl was mixed into the 5-ml organ bath. The solvent of the drugs had no detectable effect on the contractile activity of the preparation at 0.05–0.1% final concentration in the bath.

**Data Processing and Statistical Analysis.** Gastric emptying was calculated as the percentage of the radioactive marker retained in the stomach after 30 min compared with a standard of an equal volume of the radioactive marker (14).

Small bowel transit was computed as the geometric center for the distribution of radioactive marker along the gut. The small intestine was divided into 10 segments of equal size and for each segment the contents of the radioactive marker were determined. In brief, the relative amount of radioactive marker in each segment was multiplied by the individual number of each segment. The values obtained for each segment were then added to give the geometric center for the distribution of the radioactive marker. The length of small intestinal transit was taken to be the distance between the pylorus and the geometric center of the distribution of the marker (15, 16). The radioactive contents in stomach, intestinal segments, and standards were measured by a gamma radiation counter (Compucount, Beckman, Fullerton, California).

Basal tone of the smooth muscle strips was calculated relative to baseline tension. Frequency–response curves for electric field stimulation were calculated and presented in a linear fashion. In addition, concentration–response curves for ACh were calculated. In all cases evoked responses were expressed relative to the maximal contractile response to ACh ($10^{-3}$ M); negative values indicate relaxation, while positive values indicate contraction.

Data are expressed as means and 95% confidence interval within parenthesis of $N$ experiments. Data were statistically compared as repeated measures using ANOVA followed by Bonferroni post test or Student's $t$ test where appropriate. Dose–response relationships were evaluated employing regression statistics. $P < 0.05$ was considered statistically significant.

## RESULTS

**Effects of GLP-1 on Gastric Emptying.** Intravenous infusion of GLP-1 at a dose of 20 pmol/kg/min inhibited gastric emptying ($P < 0.01$) as reflected by a greater retention of the marker at 30 min. No effect was seen with the lower dose of GLP-1 (Figure 1).

**Effects of GLP-1 on Small Bowel Transit.** GLP-1 at doses of 10 and 20 pmol/kg/min slowed propulsion of contents through the small intestine during 30 min in



**Fig 1.** Gastric emptying of radioactive marker from the stomach of the rat 30 min after administration of marker in three separate groups of animals receiving saline (——●——) or glucagon-like peptide-1 (GLP-1) at doses of 10 (----▼----) and 20 (-·-·▲·-·-) pmol/kg/min intravenously. Mean values ± 95% confidence intervals. ** $P < 0.01$.

a dose-dependent manner (Figure 2). This effect was verified by a dose-dependent decrease of the geometric center of the marker in rats receiving increasing doses of GLP-1 (each $P < 0.001$) (Figure 3).

**Effects of GLP-1 on Contractility in Smooth Muscle Strips.** All muscle strips exhibited a steady tonic baseline activity with spontaneous contractions. GLP-1 ($10^{-6}$ M) did not affect the basal tone of muscle strips from the gastric fundus, corpus, or duodenum, or strips from the pylorus. For comparison, isoprenaline ($10^{-6}$–$10^{-4}$ M) dose-dependently decreased basal tone in muscle strips of the fundus, corpus, and duodenum, respectively, as did atropine ($10^{-6}$ M), although only numerically in the corpus (Figure 4). In addition, GLP-1 did not affect contractile responses to electric field stimulation (1–32 Hz) in the fundus, corpus, pylorus, or duodenum or to ACh ($10^{-8}$–$10^{-3}$ M) (data not shown, $N = 4$), while the responses to electric field stimulation were inhibited by about 56 (range 51–63)% with atropine ($10^{-6}$ M) (Figure 5).

**Effects of GLP-1 on Circulating Levels of GLP-1 and Glucose.** Infusions of GLP-1 at a dose of 20 pmol/kg/min increased the levels of GLP-1 in plasma from 15 ± 20 pmol/liter in controls to 78 ± 55 pmol/liter in rats receiving GLP-1 ($P < 0.01$). In the same rats, blood glucose levels were 7.8 ± 2.0 mmol/liter in controls and 6.7 ± 1.5 mmol/liter in those receiving GLP-1.

## DISCUSSION

In the present study, gastric emptying was retarded by intravenous administration of GLP-1 at a dose of 20 pmol/kg/min, whereas the lower dosage had no



**Fig 2.** Distribution of radioactive marker in the small intestine after 30 min in control rats receiving saline (upper panel) and in rats receiving glucagon-like peptide-1 (GLP-1) intravenously at a dose of 10 pmol/kg/min (middle panel) or 20 pmol/kg/min (lower panel). Mean values ± 95% confidence intervals. * $P < 0.05$, ** $P < 0.01$.



**Fig 3.** Geometric center for the distribution of radioactive marker in the small intestine after 30 min in control rats receiving saline or in rats receiving glucagon-like peptide-1 (GLP-1) at doses of 10 or 20 pmol/kg/min. Mean values ± 95% confidence intervals. *** $P < 0.001$.

effect. Transit of contents in the small intestine was inhibited at the lower dosage of GLP-1, 10 pmol/kg/min, which increases plasma concentrations of the peptide within a physiological range (10). Our results are in agreement with previous studies in man showing that GLP-1 retards gastric emptying (9, 10), and preliminary reports in rats indicating that GLP-1 disrupts the MMC and induces quiescence of the myoelectric activity of the small intestine (17, 18).

The observation that a higher dosage of GLP-1 was required to retard gastric emptying suggests that GLP-1 targets the motor function of the small intestine rather than that of the stomach. Whether this also applies to other functions of the small intestine, such as nutrient absorption or fluid and electrolyte transport, is not yet known. However, studies on gastric functions have shown that GLP-1 inhibits not

only motility, but also gastric acid secretion (9). This opens the possibility that GLP-1 may also influence intestinal secretory mechanisms.

The mechanism for the inhibitory action of GLP-1 on smooth muscle function is not yet known. GLP-1 may interact with the GLP-1 receptor that is coupled to adenylate cyclase, which, when activated, increases cAMP production. This acts via stimulation of protein kinase A and myosin-light-chain kinase plus facilitated $Ca^{2+}$ extrusion from the cell to inhibit contraction (19). GLP-1 may also interact with the autonomic nervous system that regulates gastrointestinal functions. GLP-1 strongly inhibits vagally mediated gastric acid secretion (20), and this effect is lost after vagotomy (21). These findings are in agreement with our present data that demonstrate no local inhibitory effect of GLP-1 in muscle strips from different parts and muscle layers of the proximal gastrointestinal tract, either contracted by electric field stimulation or by a muscarinic agonist. Taken together with the presence of binding sites for GLP-1 in brain nuclei associated with the circumventricular organ (21), the cloning of a GLP-1 receptor from brain (22) and the possible passage of GLP-1 across the blood–brain barrier (23) indicate that the gastrointestinal motor control exerted by GLP-1 is centrally mediated, most likely via the vagus nerve.

In addition, GLP-1 has been shown to stimulate somatostatin release from isolated rat pancreatic islet cells (24). Therefore, somatostatin may also mediate the inhibition of motility as seen in this study. However, our previous work has shown that at the dosages of GLP-1 employed in this study, circulating levels of



**Fig 4.** Change of basal muscle tone in smooth muscle strips from the gastric fundus and corpus and duodenum of the rat after administration of glucagon-like peptide-1 (GLP-1, $10^{-6}$ M, ■), atropine ($10^{-6}$ M, ▨), or isoprenaline ($10^{-6}$–$10^{-4}$ M, ▦, ▣, ■). Results are expressed relative to the maximal contractile response to acetylcholine ($10^{-3}$ M) in each respective muscle strip. Mean values ± 95% confidence intervals ($N = 6$–7). * $P < 0.05$.



**Fig 5.** Frequency–response curves for electric field stimulation (1–32 Hz, 0.2 msec; 40 V; 2 min) alone (—●—) and in combination with glucagon-like peptide-1 (GLP-1, $10^{-4}$ M, --■--), or atropine ($10^{-6}$ M, ···◆···) in muscle strips from the gastric fundus and corpus, pylorus, and duodenum of the rat. Results are expressed relative to the maximal contractile response to acetylcholine ($10^{-3}$ M) in each respective smooth muscle strip. Mean values ± 95% confidence intervals ($N = 5$–10). * $P < 0.05$.

somatostatin are unchanged and do not reach concentrations needed to achieve inhibition of motility (17).

The metabolic consequences of an inhibited gastrointestinal motility are obvious. Under physiological conditions, retarded gastric emptying is associated with slow delivery of nutrients for digestion and absorption from the small intestine, which will lead to reduced requirements of insulin (25).

In diabetes mellitus, the demand of ingested nutrients overrides the amount of insulin available for release. This deficiency of insulin results in hyperglycemia. In such a situation, a retarded gastric emptying may be beneficial to decrease the nutritional requirements of insulin release in order to maintain metabolic balance. Thus, the inhibitory action of GLP-1 on gastric emptying may contribute to the antidiabetogenic action of the peptide. This approach may be most suitable for non-insulin-dependent diabetes mellitus, where insulin supply is too low and additional treatment with a different therapeutic approach

has to be considered, but may also be of value in insulin-dependent diabetes mellitus where GLP-1 may have an insulin-sparing effect.

Many gut hormones other than GLP-1 have been considered, as incretin candidates are potent inhibitors of gastrointestinal motility. Similar effects on motility have been attributed to gastric inhibitory peptide/glucose-dependent insulinotropic peptide (GIP), which, however, has less insulin-releasing properties than GLP-1 (6, 29) and inhibits gastric emptying only at high plasma concentrations (30). Cholecystokinin (CCK), which is well-known to exert inhibitory effects on gastric emptying (31), also has been recognized as an incretin (32, 33). Since an incretin should potentiate glucose-induced insulin release, we cannot exclude the possibility that the inhibitory effect of incretins on gastrointestinal motility are mediated by insulin *per se.* However, this seems less likely as insulin in itself does not cause inhibition of motility, but instead induces a fedlike motility pattern in the dog, sheep (34), and rat (17). Thus, distinct mechanisms prevail for smooth muscle inhi-

bition in the gastrointestinal tract and insulin release in the pancreas. Therefore, it seems that the inhibitory effects exerted by certain incretins on gastrointestinal motility are not due to the characteristics of an incretin, but rather, there is an additional effect that may act in concert with the insulin-releasing property of an incretin to achieve metabolic control.

In the present study, GLP-1 caused only a numerical decrease of the blood glucose level. Thus, our data provide no evidence of a significant insulin release. This is in agreement with earlier findings showing that the insulin stimulatory effect of GLP-1 is glucose-dependent (7, 35–37). As the data did not indicate insulin release in this study but profound inhibition of motility occurred, it seems that at normoglycemia the actions of GLP-1 are primarily directed towards an inhibition of motility in the regulation of metabolic homeostasis.

In conclusion, at physiological plasma concentrations GLP-1 retards gastric emptying and slows transit of contents through the small intestine, most likely via central or enteric nervous mechanisms. Thus, the inhibitory effects of GLP-1 on motility are suggested to provide an additional mechanism for maintenance of metabolic homeostasis, in addition to increased insulin release and decreased glucagon release.

### ACKNOWLEDGMENTS

The study was supported by the Swedish Medical Research Council (no. 7916), the Magnus Bergvall fund, the Åke Wiberg fund, and the Swedish Diabetes Association. The work was conducted as a collaboration between Addis Ababa University and Karolinska Institutet supported by SAREC (Swedish Agency for Research Cooperation with Developing Countries) (Grant No. S2/ETI 12).

### REFERENCES

1. Mojsov S, Heinrich G, Wilson IB, Ravazzola M, Orci L, Habener JF: Preproglucagon gene expression in pancreas and intestine diversifies at the level of posttranslational processing. J Biol Chem 261:11880–11886, 1986
2. Ørskov C, Holst JJ, Knuhtsen S, Baldissera FGA, Poulsen SS, Nielsen OV: Glucagon-like peptides GLP-1 and GLP-2, predicted products of the glucagon gene, are secreted separately from the pig small intestine, but not pancreas. Endocrinology 119:1467–1475, 1986
3. Ørskov C, Holst JJ, Poulsen SS, Kirkegaard P: Pancreatic and intestinal processing of proglucagon in man. Diabetologia 30:874–881, 1987
4. Holst JJ, Ørskov C, Nielsen OV, Schwartz TW: Truncated glucagon-like peptide I, an insulin-releasing hormone from the distal gut. FEBS Lett 211:169–174, 1987
5. Holst JJ: Enteroglucagon. Adv Metab Dis 11:392–419, 1988
6. Kreymann B, Ghatei MA, Williams G, Bloom SR: Glucagon-like peptide-1 7-36: A physiological incretin in man. Lancet 2:1300–1303, 1987
7. Mojsov S, Weir GC, Habener JF: Insulinotropin: Glucagon-like peptide-I (7-37) co-encoded in the glucagon gene is a potent stimulator of insulin release in the perfused rat pancreas. J Clin Invest 79:616–619, 1987
8. Ørskov C, Holst JJ, Nielsen OV: Effect of truncated glucagon-like peptide-1 (proglucagon-(78–107) amide) on endocrine secretion from pig pancreas, antrum, and non-antral stomach. Endocrinology 123:2009–2013, 1988
9. Wettergren A, Schjoldager B, Mortensen PE, Myhre J, Christiansen J, Holst JJ: Truncated GLP-1 (proglucagon 78–107-amide) inhibits gastric and pancreatic functions in man. Dig Dis Sci 38:665–673, 1993
10. Gutniak MK, Juntti-Berggren L, Hellström PM, Guenifi A, Holst JJ, Efendic S: Glucagon-like peptide I enhances the insulinotropic effect of glibenclamide in NIDDM patients and in the perfused rat pancreas. Diabetes Care 19:857–863, 1996
11. Ørskov C, Rabenhøj L, Wettergren A, Kofod H, Holst JJ: Tissue and plasma concentrations of amidated and glycine extended glucagon-like peptide-1 in humans. Diabetes 43:535–539, 1994
12. Deacon CF, Johnsen AH, Holst JJ: Degradation of glucagon-like peptide-1 by human plasma *in vitro* yields an N-terminally truncated peptide that is a major endogenous metabolite in vivo. J Clin Endocrinol Metab 80:952–957, 1995
13. Hjelm M, de Verdier C: A methodological study of the enzymatic determination of glucose in blood. Scand J Clin Lab Invest 15:415–428, 1963
14. Hellström PM, Nylander G, Rosell PM: Effects of neurotensin on the transit of gastrointestinal contents in the rat. Acta Physiol Scand 115:239–243, 1982
15. Miller MS, Galligan JJ, Burks TF: Accurate measurement of intestinal transit in the rat. J Pharmacol Methods 6:211–217, 1981
16. Hellström PM, Johansson C: Neuropeptide Y inhibits the migrating myoelectric complex and delays small intestinal transit in man. J Gastrointest Motil 1:35–41, 1989
17. Tolessa T, Gutniak M, Efendic S, Hellström PM: Inhibition of migrating myoelectric complex by glucagon-like peptide-1, but not glucagon, is partially mediated through nitric oxide and partially direct. Neurogastroenterol Motil 8:194A, 1996
18. Giralt M, Guo X, Vergara P: Glucagon-like-peptide-1 induces inhibitory actions in the gastrointestinal tract of the rat. Neurogastroenterol Motil 8:173A, 1996
19. Wheeler MB, Lu M, Dillon JS, Leng XH, Chen C, Boyd AE: Functional expression of the rat glucagon-like peptide-I receptor, evidence for coupling to both adenylyl cyclase and phospholipase C. Endocrinology 133:57–62, 1993
20. Wettergren A, Petersen H, Ørskov C, Christiansen J, Sheikh SP, Holst JJ: Glucagon-like peptide-1 (GLP-1) 7-36 amide and peptide YY from the L-cell in the ileal mucosa are potent inhibitors of vagally induced gastric acid in man. Scand J Gastroenterol 29:501–505, 1994
21. Ørskov C, Wettergren A, Poulsen SDS, Holst JJ: Is the effect of glucagon-like peptide-1 on gastric emptying centrally mediated? Diabetologia 38:A39, 1995
22. Wei Y, Mojsov S: Tissue-specific expression of the human receptor for glucagon-like peptide-I: brain, heart and pancreatic forms have the same deduced amino acid sequences. FEBS Lett 358:219–224, 1995
23. Ørskov C, Poulsen SS, Møller M, Holst JJ: Glucagon-like

peptide-1 receptors in the subfornical organ and the area postrema are accessible to circulating glucagon-like peptide-1. Diabetes 45:832–835, 1996

24. d'Alessio DA, Fujimoto WY, Ensinck JW: Effects of glucagon-like peptide I-(7-36) on release of insulin, glucagon, and somatostatin by rat pancreatic islet cell monolayer cultures. Diabetes 38:1534–1538, 1989

25. Ishii M, Nakamura T, Kasai F, Onuma T, Baba T, Takebe K: Altered postprandial insulin requirement in IDDM patients with gastroparesis. Diabetes Care 17:901–903, 1994

26. Krarup T, Schwartz TW, Hilsted J, Madsbad S, Overlaege O, Sestoft L: Impaired response of pancreatic polypeptide to hypoglycaemia: an early sign of autonomic neuropathy in diabetics. Br Med J 2:1544–1546, 1979

27. Cryer PE: Hypoglycaemia-associated autonomic failure. *In* Hypoglycaemia and Diabetes. BM Frier, M Fisher (eds). London, Arnold, 1993, pp 275–283

28. Horowitz M, Dent J: Disordered gastric emptying: mechanical basis, assessment and treatment. Bailliere's Clin Gastroenterol 5:371–407, 1991

29. Kreymann B, Ghatei MA, Schusdziarra V, Bloom SR, Classen M: Does the incretin effect exist for GIP or GLP-1 7-36 amide at physiological glucose concentrations in man? Digestion 46(suppl 1):59, 1990

30. Brown JC, Dryburgh JR, Ross SA, Dupré J: Identification and actions of gastric inhibitory polypeptide. Recent Prog Horm Res 31:487–532, 1975

31. Schang JC, Kelly KA: Inhibition of canine interdigestive proximal gastric motility by cholecystokinin octapeptide. Am J Physiol 240:G217–G220, 1981

32. Szecowka J, Lins PE, Efendic S: Effects of cholecystokinin, gastric inhibitory polypeptide, and secretin on insulin and glucagon secretion in rats. Endocrinology 110:1268–1272, 1982

33. Rushakoff RJ, Goldfine ID, Carter JD, Liddle RA: Physiological concentrations of cholecystokinin stimulate amino acid-release in humans. J Clin Endocrinol Metab 65:395–401, 1987

34. Bueno L, Ruckebusch Y: Insulin and jejunal electrical activity in dogs and sheep. Am J Physiol 230:G1538–G1544, 1977

35. Shima K, Hirota M, Ohboshi C: Effect of glucagon-like peptide-1 on insulin secretion. Regul Pept 22:245–252, 1988

36. Komatsu R, Matsuyama T, Namba M, Watanabe N, Itoh H, Kono N, Tarui S: Glucagonostatic and insulinotropic action of glucagonlike peptide I-(7-36)-amide. Diabetes 38:902–905, 1989

37. Gefel D, Hendrick GK, Mojsov S, Habener JF, Weir GC: Glucagon-like peptide-I analogs: effects on insulin secretion and adenosine 3′,5′-monophosphate formation. Endocrinology 126:2164–2168, 1990