# EXHIBIT 109D







*REGULATORY*

**PEPTIDES**

Regulatory Peptides 98 (2001) 33–40

www.elsevier.com/locate/regpep

ELSEVIER

# The inhibitory mechanism of GLP-1, but not glucagon, on fasted gut motility is dependent on the L-arginine/nitric oxide pathway

Tesfaye Tolessa[a], Erik Näslund[b], Per M. Hellström[a],*

[a]*Department of Medicine, Karolinska Hospital, Karolinska Institutet, Stockholm, Sweden*
[b]*Division of Surgery, Karolinska Institutet Danderyd Hospital, Stockholm, Sweden*

Received 29 August 2000; received in revised form 19 October 2000; accepted 20 October 2000

## Abstract

Effects of glucagon-like peptide-1 (GLP-1) and glucagon on fasted gut motility in conscious rats were investigated as regards dependence on nitric oxide (NO). Small bowel motility was studied by electromyography and a jugular vein catheter was implanted for administration of drugs. GLP-1 (5–40 pmol kg$^{-1}$ min$^{-1}$) prolonged the cycle length and abolished phase III of the migrating myoelectric complex (MMC) ($P < 0.01$). Low doses of GLP-1 did not affect duration, propagation velocity or calculated length of phase III. At 1 mg kg$^{-1}$ $N^{\omega}$-nitro-L-arginine (L-NNA) blocked the GLP-1 response up to a dose of 10 pmol kg$^{-1}$ min$^{-1}$ ($P < 0.05$), while higher doses were able to overcome L-NNA-induced disinhibition of the GLP-1 response ($P < 0.05$). Similarly, L-arginine at 300 mg kg$^{-1}$ prevented L-NNA-induced disinhibition of the GLP-1 response ($P < 0.05$). Glucagon (200–1000 pmol kg$^{-1}$ min$^{-1}$) prolonged the cycle length and abolished phase III of MMC ($P < 0.01$) independent of NO. Again, low doses of glucagon did not affect duration, propagation velocity or calculated length of phase III. In conclusion, inhibition of fasted motility by GLP-1 at low doses is dependent on NO, while high doses of GLP-1 and glucagon exert effects on motility independently from NO. © 2001 Elsevier Science B.V. All rights reserved.

*Keywords:* Gastrointestinal motility; Glucagon; Glucagon-like peptide-1; Migrating myoelectric complex; Rat; Small intestine

## 1. Introduction

The glucagon gene is expressed differently in the intestines and in the pancreas [1,2]. In L-cells of the intestines proglucagon is processed to glicentin plus the two glucagon-like peptides, glucagon-like peptide-1(7-36)amide (GLP-1) and glucagon-like peptide-2 [1–4]. In pancreatic α-cells proglucagon is processed to the glicentin-related pancreatic polypeptide, glucagon and a major proglucagon fragment [1,2,4].

Of the intestinal products of proglucagon, GLP-1 stimulates insulin secretion, inhibits glucagon secretion and enhances insulin sensitivity with improvement of glucose disposal [3,5–7]. Experimental studies in the rat show that GLP-1 at physiological plasma concentrations probably has a role in the 'ileal brake' mechanism by its ability to slow gastric emptying [8], inhibit the migrating myoelectric complex (MMC) [9] and prolong small bowel transit time [8,9], a mechanism that may influence postprandial glucose metabolism. In contrast to this, the pancreatic end-product of proglucagon, the hormone glucagon, has its major metabolic impact in counter-regulating hypoglycemic effects of insulin in response to a meal. In addition, glucagon has well-known inhibitory effects on gastrointestinal motility, similar to those of GLP-1 [10].

The aim of this study was to investigate the NO dependence of the inhibitory effects of GLP-1 on the MMC of the small intestine in rats using pharmacological tools interacting with the L-arginine/NO pathway, and to compare the responses with those of glucagon.

*Corresponding author. Present address: Department of Internal Medicine, Unit of Gastroenterology, Karolinska Hospital, SE-171 76 Stockholm, Sweden. Tel.: +46-8-5177-3877; fax: +46-8-5177-2058.
*E-mail address:* per.hellstrom@medks.ki.se (P.M. Hellström).

0167-0115/01/$ – see front matter © 2001 Elsevier Science B.V. All rights reserved.
PII: S0167-0115(00)00220-2

34                          *T. Tolessa et al. / Regulatory Peptides 98 (2001) 33–40*

## 2. Materials and methods

A total number of 54 male Sprague–Dawley rats (B&K, Sollentuna, Sweden) weighing 300–350 g were used for the study. The experimental protocol was approved by the local Ethics Committee for Animal Experimentation in northern Stockholm, Sweden.

### 2.1. Preparation of rats for electromyography

The rats were anaesthetized with pentobarbital (50 mg $kg^{-1}$ intraperitoneally; Apoteksbolaget, Umeå, Sweden) and through a midline incision three bipolar stainless steel electrodes (SS-5T, Clark Electromedical Instruments, Reading, UK) were implanted into the muscular wall of the small intestine 15 ($J_1$), 25 ($J_2$) and 35 ($J_3$) cm distal to the pylorus. All animals were supplied with one or two jugular vein catheters for administration of drugs. The electrodes and catheters were tunneled subcutaneously to exit at the back of the animal's neck. After surgery the animals were housed singly and allowed to recover for at least 7 days before experiments were undertaken. During recovery the rats were trained to accept experimental conditions. Experiments were then carried out in conscious animals after an 18-h fasting period in wire-bottomed cages with free access to water. During the experiments the rats were placed in Bollman cages. The electrodes were connected to an EEG preamplifier (7P5B) operating a Grass Polygraph 7B (Grass Instruments, Quincy, MA, USA). The time constant was set at 0.015 s and the low and high cut-off frequencies were set at 10 and 35 Hz, respectively.

### 2.2. Design of electromyography studies

All experiments started with a control recording of basal myoelectric activity with four activity fronts propagated over all three recording sites during a period of about 60 min.

Infusion of GLP-1 or glucagon was started immediately after the fifth activity front had passed the first electrode site using a microinjection pump (CMA 100, Carnegie Medicine, Stockholm, Sweden).

In a first series of experiments, GLP-1 at infusion rates of 1–40 pmol $kg^{-1}$ $min^{-1}$ were administered intravenously for 60 min after the control period ($n = 8$).

A second series of experiments was carried out according to the same protocol with intravenous infusion of glucagon at a rate of 100–1000 pmol $kg^{-1}$ $min^{-1}$ ($n = 8$).

In a third series of experiments; after a 1-h control period followed by either GLP-1 at 10, 20 or 40 pmol $kg^{-1}$ $min^{-1}$ (each $n = 6$) during an infusion period of 60 min; or glucagon at 500 or 1000 pmol $kg^{-1}$ $min^{-1}$ (each $n = 6$) intravenously during 60 min, a bolus dose of L-NNA 1 mg $kg^{-1}$ was given intravenously 10 min before the administration of GLP-1 or glucagon was repeated.

In a fourth series, GLP-1 10 pmol $kg^{-1}$ $min^{-1}$ was given intravenously after the 1-h control period and then, animals were treated with L-arginine 300 mg $kg^{-1}$, followed 10 min later by L-NNA 1 mg $kg^{-1}$ and then about 10 min later, another infusion of GLP-1 10 pmol $kg^{-1}$ $min^{-1}$ ($n = 6$).

Two animals in the first GLP-1 series were later discarded due to electrode failure.

### 2.3. Drugs and chemicals

Glucagon-like peptide-1 was purchased from PolyPeptide Laboratories Group (Wolfenbuttel, Germany). Glucagon was obtained as a gift from Novo Nordisk (Bagsvaerd, Denmark). $N^{\omega}$-nitro-L-arginine (L-NNA) and L-arginine were obtained from Sigma Chemicals Co. (St. Louis, MO). Saline solution (Natriumklorid 154 mmol $l^{-1}$, Baxter Medical AB, Kista, Sweden) was used for control infusions and for dilution of peptides and drugs, to which also bovine serum albumin (Sigma Chemicals Co.) was added in a concentration of 0.1%.

### 2.4. Data processing and statistical analysis

The main characteristic feature of myoelectric activity of the small intestine in the fasted state, the activity front, or phase III of MMC, was identified as a period of clearly distinguishable intense spiking activity with an amplitude at least twice that of the preceding baseline, propagating aborally through the whole recording segment and followed by a period of quiescence, phase I of MMC. Phase II of MMC was characterized as a period of irregular spiking preceding the activity front. Prolonged periods of more than 30 min with scattered spike potentials, but no discernible cyclic activity, were considered as periods of disrupted MMC activity. Periods with no detectable spike potentials were considered as quiescence. Calculations of characteristics of MMC, such as the MMC cycle length, and the duration, propagation velocity and calculated length of phase III, were accomplished using an evaluated computer program, which permits a detailed descriptive analysis of the MMC [11].

Data are expressed as means±standard error of the mean (S.E.M.) of n experiments. Data were statistically compared as repeated measures using Friedman's test followed by Dunn's post test or paired observations using Wilcoxon's matched-pairs test, where appropriate. $P < 0.05$ in two-tailed tests was considered statistically significant.

## 3. Results

Under fasting conditions, all rats exhibited a fasted motor pattern with recurring MMCs that were propagated through the intestinal segment under study.

T. Tolessa et al. / Regulatory Peptides 98 (2001) 33–40                    35

## 3.1. Effects of GLP-1 on MMC

Infusion of GLP-1 at doses of 1 and 2 pmol $kg^{-1}$ $min^{-1}$ had no effect on fasted motility. At doses of 5–40 pmol $kg^{-1}$ $min^{-1}$ GLP-1 increased the MMC cycle length and inhibited the MMC during the whole infusion period at doses of 10 pmol $kg^{-1}$ $min^{-1}$ and above ($P < 0.01$; Figs. 1 and 2). The dose–response relationship for the effect of GLP-1 on the MMC cycle length is given in Table 1. The characteristics of phase III of MMC were only negligibly affected during infusions of GLP-1 at 5 pmol $kg^{-1}$ $min^{-1}$. The duration of phase III decreased from 3.4±0.3 to 2.3±0.3 min ($P < 0.05$) at $J_1$, from 3.5±1.1 to 2.7±1.1 min (n.s.) at $J_2$, and from 3.5±0.7 to 2.1±0.9 min ($P < 0.05$) at $J_3$. The propagation velocity of phase III did not change from control values of 1.4±1.3 and 1.3±1.0 cm $min^{-1}$ from $J_1$ to $J_2$ and from $J_2$ to $J_3$, respectively. Similarly, the calculated length of phase III did not change from controls values of 7.4±2.2 and 8.4±3.1 min at $J_1$ and $J_2$, respectively. The general condition of the animals was not affected during infusions of GLP-1.

After pretreatment of the animals with L-NNA 1 mg $kg^{-1}$ the action of GLP 10 pmol $kg^{-1}$ $min^{-1}$ was effectively blocked and the recycling MMC pattern persisted during the infusion period ($P < 0.05$; Figs. 1 and 2). With GLP-1 at doses of 20 pmol $kg^{-1}$ $min^{-1}$ and above, the disinhibitory effect of L-NNA on the MMC was overcome ($P < 0.05$; Fig. 2, Table 2). Similarly, after administration of L-arginine at a high dose of 300 mg $kg^{-1}$ prior to administration of L-NNA 1 mg $kg^{-1}$, the MMC pattern was unaffected ($P < 0.05$; Fig. 1, Table 2).

## 3.2. Effects of glucagon on MMC

Infusions of glucagon at a dose of 100 pmol $kg^{-1}$ $min^{-1}$ had no effect on motility, while doses of 200–1000 pmol $kg^{-1}$ $min^{-1}$ increased the MMC cycle length and the MMC was completely inhibited during the whole infusion period with doses of 500 and 1000 pmol $kg^{-1}$ $min^{-1}$ ($P < 0.01$). The dose–response relationship for the effect of glucagon on the MMC cycle length is given in Table 1. The characteristics of phase III of MMC were not affected during infusions of glucagon at 200 pmol $kg^{-1}$ $min^{-1}$. The duration of phase III was unchanged from control values of



Fig. 1. Electromyographic recording from a rat showing the migrating myoelectric complex (MMC) propagated through the jejunum at 15 ($J_1$), 25 ($J_2$) and 35 ($J_3$) cm distal to the pylorus. (A) Effect of glucagon-like peptide-1 alone on the MMC. (B) Effect of glucagon-like peptide-1 on the MMC after pretreatment with $N^\omega$-nitro-L-arginine (L-NNA) 1 mg $kg^{-1}$ given before administration of glucagon-like peptide-1. (C) Effect of glucagon-like peptide-1 on the MMC after additional pretreatment with L-arginine 300 mg $kg^{-1}$ prior to L-NNA.

36                                    T. Tolessa et al. / Regulatory Peptides 98 (2001) 33–40



Fig. 2. Electromyographic recording from a rat showing the migrating myoelectric complex (MMC) propagated through the jejunum at 15 ($J_1$), 25 ($J_2$) and 35 ($J_3$) cm distal to the pylorus. (A) Effect of glucagon-like peptide-1 at a low dose of 10 pmol $kg^{-1}$ $min^{-1}$ on the MMC. (B) Effect of glucagon-like peptide-1 at 10 pmol $kg^{-1}$ $min^{-1}$ on the MMC after pretreatment with $N^{\omega}$-nitro-L-arginine (L-NNA) 1 mg $kg^{-1}$. (C) Effect of glucagon-like peptide-1 at a high dose of 20 pmol $kg^{-1}$ $min^{-1}$ on the MMC after pretreatment with L-NNA 1 mg $kg^{-1}$.

Table 1
Cycle length of the migrating myoelectric complex at three levels in the rat jejunum 15 ($J_1$), 25 ($J_2$) and 35 ($J_3$) cm distal to pylorus during infusion of glucagon-like peptide-1 or glucagon[a]

| Cycle length (min) | Control | Glucagon-like peptide-1 | | | |
|---|---|---|---|---|---|
| | | 5 pmol $kg^{-1}min^{-1}$ | 10 pmol $kg^{-1}min^{-1}$ | 20 pmol $kg^{-1}min^{-1}$ | 40 pmol $kg^{-1}min^{-1}$ |
| $J_1$ | 14.4±2.3 | 30.3±9.3* | 60.9±17.4* | 63.7±17.3** | 69.5±20.1** |
| $J_2$ | 14.3±2.0 | 27.7±13.1 | 65.2±9.2** | 68.2±21.2** | 72.1±21.7** |
| $J_3$ | 16.4±3.1 | 34.1±10.9* | 66.8±10.9** | 72.1±13.1** | 83.0±20.8** |
| | | Glucagon | | | |
| | | 200 pmol $kg^{-1}$ $min^{-1}$ | 500 pmol $kg^{-1}$ $min^{-1}$ | 1000 pmol $kg^{-1}$ $min^{-1}$ | |
| $J_1$ | 15.1±5.3 | 28.7±9.0 | 64.9±16.4** | 83.7±15.3** | |
| $J_2$ | 18.1±3.0 | 29.7±14.5 | 69.2±11.2** | 78.8±21.0** | |
| $J_3$ | 17.3±3.5 | 37.1±13.9* | 76.8±13.9** | 82.5±13.9** | |

[a] Values are mean±standrad error of the mean. Friedman's test with Dunn's post-test. * $P<0.05$, ** $P<0.01$.

4.2±1.3 min at $J_1$, 4.5±0.9 min at $J_2$ and 4.5±1.2 min at $J_3$. The propagation velocity of phase III did not change from control values of 1.4±1.3 and 1.3±1.0 cm $min^{-1}$, from $J_1$ to $J_2$ and from $J_2$ to $J_3$, respectively. Likewise, the calculated length of phase III did not change from controls values of 7.4±2.2 and 8.4±3.1 min at $J_1$ and $J_2$, respectively. The general condition of the animals was not affected during infusions of glucagon.

After pretreatment of the animals with L-NNA 1 mg $kg^{-1}$ the response to glucagon at doses of 500 and 1000

pmol $kg^{-1}$ $min^{-1}$ was unaffected and the recycling MMC pattern abolished during the whole infusion period (Fig. 3, Table 2).

## 4. Discussion

GLP-1 is an important incretin that stimulates insulin release in order to lower blood glucose during feeding, whereas glucagon exerts its major function in maintaining

Table 2

Cycle length of the migrating myoelectric complex at three levels in the rat jejunum 15 ($J_1$), 25 ($J_2$) and 35 ($J_3$) cm distal to pylorus during infusion of glucagon-like peptide-1 or glucagon in combination with $N^\omega$-nitro-L-arginine and L-arginine[a]

| Cycle length (min) | Control | Glucagon-like peptide-1, $N^\omega$-nitro-L-arginine and L-arginine | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | GLP-1 (10 pmol kg$^{-1}$ min$^{-1}$) | L-NNA (1 mg kg$^{-1}$)+ GLP-1 (10 pmol kg$^{-1}$min$^{-1}$) | L-Arg (300 mg kg$^{-1}$)+ L-NNA (1 mg kg$^{-1}$)+ GLP-1 (10 pmol kg$^{-1}$ min$^{-1}$) | GLP-1 (20 pmol kg$^{-1}$min$^{-1}$) | L-NNA (1 mg kg$^{-1}$)+ GLP-1 (20 pmol kg$^{-1}$ min$^{-1}$) | GLP-1 (40 pmol kg$^{-1}$ min$^{-1}$) | L-NNA (1 mg kg$^{-1}$)+ GLP-1 (40 pmol kg$^{-1}$ min$^{-1}$) |
| $J_1$ | 15.5±4.3 | 60.9±12.1* | 16.4±3.0# | 57.0±9.8+ | 67.9±11.4* | 53.6±7.4 | 67.7±27.1* | 73.5±20.1 |
| $J_2$ | 16.3±2.1 | 64.1±10.0* | 18.2±5.6# | 60.1±7.2' | 70.2±19.2* | 57.3±10.3 | 76.2±20.9* | 75.1±11.7 |
| $J_3$ | 16.4±4.1 | 67.8±10.1* | 17.8±4.5# | 65.0±3.9+ | 75.1±15.1* | 59.0±9.5 | 85.9±18.1* | 83.0±20.8 |
| | | Glucagon and $N^\omega$-nitro-L-arginine | | | | | | |
| | | Glucagon (500 pmol kg$^{-1}$ min$^{-1}$) | L-NNA (1 mg kg$^{-1}$)+ Glucagon (500 pmol kg$^{-1}$ min$^{-1}$) | Glucagon (1000 pmol kg$^{-1}$ min$^{-1}$) | L-NNA (1 mg kg$^{-1}$)+ Glucagon (1000 pmol kg$^{-1}$ min$^{-1}$) | | | |
| $J_1$ | 14.7±3.3 | 61.3±20.1* | 66.4±25.1 | 77.9±23.8* | 87.0±34.1 | | | |
| $J_2$ | 16.9±3.0 | 65.9±21.0* | 74.1±24.2 | 81.9±37.5* | 79.3=41.0 | | | |
| $J_3$ | 16.9±3.1 | 77.7±23.9* | 76.9±23.8 | 87.1±29.1* | 86.3=31.1 | | | |

[a] Values are mean±standrad error of the mean. Wilcoxon matched-pairs test. * $P < 0.05$, ** $P < 0.01$ (control vs. GLP-1/glucagon). # $P < 0.05$ (GLP-1/glucagon vs. L-NNA + GLP-1/glucagon). + $P < 0.05$ (L-NNA + GLP-1 vs. L-Arg + L-NNA + GLP-1).



Fig. 3. Electromyographic recording from a rat showing the migrating myoelectric complex (MMC) propagated through the jejunum at 15 ($J_1$), 25 ($J_2$) and 35 ($J_3$) cm distal to the pylorus. (A) Effect of glucagon 500 pmol kg$^{-1}$ min$^{-1}$ alone on the MMC. (B) Effect of glucagon 500 pmol kg$^{-1}$ min$^{-1}$ on the MMC after pretreatment with $N^\omega$-nitro-L-arginine (L-NNA) 1 mg kg$^{-1}$.

blood glucose levels during fasting [12]. Hence, in a metabolic sense, GLP-1 seems very unlike glucagon, but in terms of gut motor control GLP-1 and glucagon are alike and both peptides have well-known inhibitory effects on motility in common [13]. A metabolic relevance has been ascribed to the gastric inhibitory action of GLP-1 as inhibition of gastric emptying has been claimed to outweigh the insulin-releasing effect of GLP-1 in regulating postprandial glucose metabolism [14]. The motility inhib-

itory effect of glucagon has been used clinically in order to improve diagnostic visualisation of the gastrointestinal tract when examined radiologically or endoscopically [10].

Studies of the MMC in the fasted state offer a reliable evaluation of gut motility as the presence of a motor pattern can be predicted to recur within certain intervals with phase I, II and the characteristic phase III indicating maximal contractile activity. After food intake, however, the motility pattern changes to an undefined pattern of

irregular spiking activity throughout the small intestine. Therefore, the effects of GLP-1 and glucagon on gut motor function were studied and compared in the fasted state.

In our hands, intravenous infusions of GLP-1 at doses as low as 5 pmol $kg^{-1}$ $min^{-1}$ disrupted the MMC and dose-dependently induced myoelectric quiescence. This effect is in agreement with our earlier studies of GLP-1 and gut motor control in the rat [9] where a dose of 10 pmol $kg^{-1}$ $min^{-1}$ was shown to produce a marked and reproducible quiescence. For comparison, intravenous infusions of glucagon invariably caused disruption of the MMC and myoelectric quiescence at doses of 500 pmol $kg^{-1}$ $min^{-1}$ and above.

The difference in sensitivity for inhibition of motility between GLP-1 and glucagon suggest that separate receptors are activated by the two peptides. The physiological effects of GLP-1 reflect the functions of the organs where specific GLP-1 receptors are expressed. These organs include the gastrointestinal tract, mainly the stomach and the small intestine [15,16]. The presence of chyme or undigested fat in the ileum inhibits gastric emptying and jejunal motility, that has been referred to as the 'ileal brake' [17–21]. As chyme and fat are potent stimulators of GLP-1 release, it has been suggested that GLP-1 is a candidate hormone regulating the 'ileal brake' mechanism [14,22–24], an effect requiring intact vagal innervation [25–27]. The inhibitory action of glucagon on gut motility is produced at about a 50-fold higher dose than that of GLP-1, and similar to those of vasoactive intestinal peptide (VIP) [28]. Being operative during fasting, glucagon mobilises glucose from the liver to maintain blood glucose concentrations and there is no obvious physiological role for the peptide in inhibiting gut motility. Thus, the doses used to obtain an inhibition of gut motility are achieved at pharmacologic or even suprapharmacologic plasma concentrations of the peptide, as nausea is commonly experienced in humans.

The GLP-1 receptor has a wide distribution in peripheral tissues such as pancreas, stomach, intestine, heart, lung and kidney been identified as a member of the G-protein-coupled family of receptors that include also receptors for glucagon, VIP, secretin, glucose-dependent insulinotropic peptide (GIP), pituitary adenylate cyclase activating peptide (PACAP) 27 and 38, growth hormone releasing hormone (GHRH), calcitonin and parathyroid hormone (PTH), all known to signal through the cAMP pathway [12]. The affinity for the binding of GLP-1 is approximately 1 nM, whereas all of the other peptides of the glucagon superfamily bind poorly with the exception of glucagon, which is a full agonist with a binding affinity 100 to 1000-fold less than that of GLP-1 [12]. The glucagon and GLP-1 receptors are quite similar with a 47% amino acid identity, yet glucagon binds to the glucagon receptor with a dissociation constant ($K_d$) that is approximately 1000-fold less that the $K_d$ for glucagon binding to the GLP-1 receptor [29]. Thus, data speak in favour of receptor selectivity for

the two peptides, even though glucagon has been claimed a weak agonist at the GLP-1 receptor in various in vitro systems [12].

The glucagon receptor also has a wide distribution in the body. Apart from islets of the pancreas where it regulates insulin secretion, numerous other tissues including smooth muscle of the gastrointestinal tract express glucagon receptors which act through the cAMP-signaling pathway in the rat [30] and man [31].

The present study shows that the inhibitory response of GLP-1 on MMC was possible to disinhibit by pretreatment with L-NNA acting as a NOS inhibitor at a dose presumed to block about 70% of the enzyme activity (Iversen, unpublished observation). However, the effect L-NNA of was overcome by higher doses of GLP-1, but it is less likely that competitive conditions between GLP-1 and L-NNA prevail in the interaction with NOS, as is the possibility of a binding between either GLP-1 and NOS, or GLP-1 and L-NNA. More likely, GLP-1 acts in parallel to a NO-dependent smooth muscle inhibitory mechanism, which may amplify the action of the peptide. The fact that administration of L-arginine prior to L-NNA prevented the effect of NOS inhibition is commensurate with a permissive effect of NO in the motility response to GLP-1.

Previous in vitro studies have shown gastric and intestinal smooth muscle strips to be insensitive to the GLP-1 [8]. Thus, an intact extrinsic or intrinsic nervous system of the gut seems necessary for the response to GLP-1 to take place. More specifically, effects of GLP-1 have been claimed to be transmitted through nervous structures from the brain, most likely the vagal nerves [25,26,32]. In fact, vagus nerve activity is considered to involve nitrergic transmission [33–35] which may act in concert with GLP-1 to mediate inhibition of gut motility. Commensurate with this, earlier studies indicate a close relationship between relaxatory responses of the gut and NO [36], including regulation of the MMC where VIP has been a suggested co-transmitter of the inhibitory NO response [28].

The inhibitory action of glucagon on motility was achieved at much higher doses than those used with GLP-1 and no evidence of involvement of a NO-dependent response was found. This may explain why high doses of glucagon were required in order to obtain a similar inhibitory response to that of GLP-1. Another possibility for the high doses needed to inhibit the MMC is a weak agonist action of glucagon at the GLP-1 receptor as suggested in other species [12].

In conclusion, at comparatively low doses GLP-1 partly dependent on nitrergic transmission, causes inhibition of the MMC. In a broad perspective we believe that the sensitive inhibition of gastrointestinal motility may be of importance for the metabolic effects of GLP-1 by slowing pre-absorptive delivery of nutrients to the absorptive surface of the small intestine. By contrast, the high doses of glucagon required to abolish the MMC remains a pharmacological effect of the peptide. Thus, in terms of

*T. Tolessa et al. / Regulatory Peptides 98 (2001) 33–40*                    39

fasted gut motility the effect of GLP-1 is not that glucagon-like.

## Acknowledgements

The study was supported by the Swedish Medical Research Council (No. 7916, 13150), the Magnus Bergvall Fund, the Ruth and Rickard Juhlin Fund, the Professor Nanna Svartz' Fund, the Åke Wiberg Fund and the AMF Sjukförsäkringar Jubilee Foundation and funds of Karolinska Institutet. This work was conducted as part of a collaboration between Addis Ababa University, Faculty of Medicine, and the Karolinska Institutet and was supported by SAREC (Swedish Agency for Research Cooperation with Developing Countries) (Grant No. S2/ETI 12).

## References

[1] Ørskov C, Holst JJ, Knuhtsen S, Baldiserra FGA, Poulsen SS, Nielsen OV. Glucagon-like peptides GLP-1 and GLP-2, predicted products of the glucagon gene, are secreted separately from the pig small intestine, but not pancreas. Endocrinology 1986;119:1467–75.

[2] Mojsov S, Heinrich G, Wilson IB, Ravazzola M, Orci L, Habener JF. Preproglucagon gene expression in pancreas and intestine diversifies at the level of posttranslational processing. J Biol Chem 1986;261:11880–6.

[3] Holst JJ, Ørskov C, Nielsen OV, Schwartz TW. Truncated glucagon-like peptide I., an insulin-releasing hormone from the distal gut. FEBS Lett 1987;211:169–74.

[4] Ørskov C, Holst JJ, Poulsen SS, Kirkegaard P. Pancreatic and intestinal processing of proglucagon in man. Diabetologia 1987;30:874–81.

[5] Kreymann B, Ghatei MA, Williams G, Bloom SR. Glucagon-like peptide-1 7-36: a physiological incretin in man. Lancet 1987;2:1300–3.

[6] Mojsov S, Weir GC, Habener JF. Insulinotropin: glucagon-like peptide-I (7-37) co-encoded in the glucagon gene is a potent stimulator of insulin release in the perfused rat pancreas. J Clin Invest 1987;79:616–9.

[7] Ørskov C, Holst JJ, Nielsen OV. Effect of truncated glucagon-like peptide-1 (proglucagon-(78-107)amide) on endocrine secretion from pig pancreas, antrum, and non-antral stomach. Endocrinology 1988;123:2009–13.

[8] Tolessa T, Gutniak M, Holst JJ, Efendic S, Hellström PM. Glucagon-like peptide-1 retards gastric emptying and small bowel transit in the rat. Effect mediated through central or enteric nervous mechanisms. Dig Dis Sci 1998;43:2284–90.

[9] Tolessa T, Gutniak M, Holst JJ, Efendic S, Hellström PM. Inhibitory effect of glucagon-like peptide-1 on small bowel motility. Fasting but not fed motility inhibited via nitric oxide independently of insulin and somatostatin. J Clin Invest 1998;102:764–74.

[10] Lefèbvre PJ. Glucagon and its family revisited. Diabetes Care 1995;18:715–30.

[11] Bränström R, Hellström PM. Characteristics of fasting and fed myoelectric activity in rat small intestine: evaluation by computer analysis. Acta Physiol Scand 1996;158:53–62.

[12] Fehmann HC, Göke R, Göke B. Cell and molecular biology of the incretin hormones glucagon-like peptide-I and glucose-dependent insulin releasing polypeptide. Endocr Rev 1995;16:390–410.

[13] Diamant B, Picazo J. Spasmolytic action and clinical use of glucagon. In: Lefèbvre PJ, editor, Glucagon, Handbook of Experimental Pharmacology, Vol. II, Berlin: Springer, 1983, pp. 610–43.

[14] Nauck MA, Niedereichholtz U, Ettler R, Holst JJ, Ørskov C, Ritzel R, Schmiegel WH. Glucagon-like peptide 1 inhibition of gastric emptying outweighs its insulinotropic effects in healthy humans. Am J Physiol 1997;273:E981–8.

[15] Campos RV, Lee YC, Drucker DJ. Divergent tissue-specific and developmental expression of receptors for glucagon and glucagon-like peptide-1 in mouse. Endocrinology 1994;134:2156–64.

[16] Bullock BP, Heller RS, Habener JF. Tissue distribution of messenger ribonucleic acid encoding the rat glucagon-like peptide-1 receptor. Endocrinology 1996;137:2968–78.

[17] Layer P, Holst JJ, Grandt D, Goebell H. Ileal release of glucagon-like peptide-1 (GLP-1): association with inhibition of gastric acid secretion in humans. Dig Dis Sci 1995;40:1074–82.

[18] Spiller RC, Trotman IF, Adrian TE, Bloom SR, Misiewicz JJ, Silk DB. Further characterization of the 'ileal brake' reflex in man: effect of ileal infusion of partial digests of fat, protein, and starch on jejunal motility and release of neurotensin, enteroglucagon, and peptide YY. Gut 1988;29:1042–51.

[19] Layer P, Holst JJ. GLP-1: a humoral mediator of the ileal brake in humans? Digestion 1993;54:385–6.

[20] Miller LJ, Malagelada JR, Taylor WF, Go VL. Intestinal control of human postprandial gastric function: the role of components of jejunoileal chyme in regulating gastric secretion and gastric emptying. Gastroenterology 1981;80:763–9.

[21] Spiller RC, Trotman IF, Higgins BE, Ghatei MA, Grimble GK, Lee YC, Bloom SR, Misiewicz JJ, Silk DB. The ileal brake: inhibition of jejunal motility after ileal fat perfusion in man. Gut 1984;25:365–74.

[22] Wettergren A, Schjoldager B, Mortensen PE, Myhre J, Christiansen J, Holst JJ. Truncated GLP-1 (proglucagon 78-107 amide) inhibits gastric and pancreatic functions in man. Dig Dis Sci 1993;38:665–73.

[23] Willms B, Werner J, Holst JJ, Ørskov C, Creutzfeldt W, Nauck MA. Gastric emptying, glucose responses and insulin secretion after a liquid test meal: effects of exogenous glucagon-like peptide-1 (GLP-1) (7-36)amide in type 2 (non-insulin-dependent) diabetic patients. J Clin Endocrinol Metab 1996;81:327–32.

[24] Schirra J, Katschinski M, Weidmann C, Schäfer T, Wank U, Arnold R, Göke B. Gastric emptying and release of incretin hormones after glucose ingestion in humans. J Clin Invest 1996;97:92–103.

[25] Wettergren A, Wojdemann M, Meisner S, Stadil F, Holst JJ. The inhibitory effect of glucagon-like peptide-1 (GLP-1) 7-36 amide on gastric acid secretion in humans depends on an intact vagal innervation. Gut 1997;40:597–601.

[26] Imeryuz N, Yegen BC, Bozkurt A, Coskun T, Villanueva-Penacarrillo ML. Glucagon-like peptide-1 inhibits gastric emptying via vagal afferent-mediated central mechanisms. Am J Physiol 1997;273:G920–7.

[27] Schirra J, Leicht P, Hildebrand P, Beglinger C, Arnold R, Göke B, Katschinski M. Mechanisms of the antidiabetic action of subcutaneous glucagon-like peptide-1(7-36)amide in non-insulin dependent diabetes mellitus. J Endocrinol 1998;156:177–86.

[28] Hellström PM, Ljung T. Nitrergic inhibition of migrating myoelectric complex in the rat is mediated by vasoactive intestinal peptide. Neurogastroenterol Mot 1996;8:299–306.

[29] Buggy JJ, Livingston JN, Rabin DU, Yoo-Warren H. Glucagon-like peptide receptor chimeras reveal domains that determine specificity of glucagon binding. J Biol Chem 1995;270:7474–8.

[30] Jelinek LJ, Lok S, Rosenberg GB, Smith RA, Grant FJ, Biggs S, Bensch PA, Kuijper JL, Sheppard PO, Sprecher CA, O'Hara PJ, Foster D, Walker KM, Chen LHJ, McKerman PA, Kindsvogel W. Expression cloning and signaling properties of the rat glucagon receptor. Science 1993;259:1614–6.

*T. Tolessa et al. / Regulatory Peptides 98 (2001) 33–40*

[31] Lok S, Kuijper JL, Jelinek LJ, Kramer JM, Whitmore TE, Sprecher CA, Mathewes S, Grant FJ, Biggs SH, Rosenberg GB, Sheppard PO, O'Hara PJ, Foster DC, Kindsvogel W. The human glucagon receptor encoding gene: structure, cDNA sequence and chromosomal localization. Gene 1994;140:203–9.

[32] Wettergren A, Wojdemann M, Holst JJ. Glucagon-like peptide-1 inhibits gastropancreatic function by inhibiting central parasympathetic outflow. Am J Physiol 1998;275:G984–92.

[33] Meulemans AL, Helsen LF, Schuurkes JA. Role of NO in vagally-mediated relaxations of guinea-pig stomach. Naunyn Schmiedeberg's Arch Pharmacol 1993;347:225–30.

[34] Meulemans AL, Eelen JG, Schuurkes JA. NO mediates gastric relaxation after brief vagal stimulation in anesthetized dogs. Am J Physiol 1995;269:G255–61.

[35] Iversen HH, Celsing F, Leone AM, Gustafsson LE, Wiklund NP. Nerve-induced release of nitric oxide in the rabbit gastrointestinal tract as measured by in vivo microdialysis. Br J Pharmacol 1997;120:702–6.

[36] Bult H, Boeckxstaens GE, Pelckmans PA, Jordaens FH, van Maercke YM, Herman AG. Nitric oxide as an inhibitory non-adrenergic non-cholinergic neurotransmitter. Nature 1990;345:346–7.