# EXHIBIT 112D

EXHIBIT
DR. BRUMBACK
15
Juliana Zajicek, CSR - 4/24/26

Acta Diabetologica (2024) 61:1097–1105
https://doi.org/10.1007/s00592-024-02289-y

**ORIGINAL ARTICLE**

# A comprehensive meta-analysis on the association of SGLT2is and GLP-1RAs with vascular diseases, digestive diseases and fractures

**De-Hua Wang[1] · Yu-Xia Mo[2] · Xiang Tan[1] · Ji-Yong Xie[1] · Huan Wang[1] · Fei Wen[1]**

Received: 4 January 2024 / Accepted: 14 April 2024 / Published online: 7 May 2024
© Springer-Verlag Italia S.r.l., part of Springer Nature 2024

## Abstract

**Aim**  Sodium-glucose cotransporter-2 inhibitors (SGLT2is) and glucagon-like peptide 1 receptor agonists (GLP-1RAs) are two new classes of antidiabetic agents. We aimed to evaluate the association between these two drug classes and risk of various vascular diseases, digestive diseases and fractures.

**Methods**  Large randomized trials of SGLT2is and GLP-1RAs were included. Outcomes of interest were the various serious adverse events related to vascular diseases, digestive diseases and fractures. We performed meta-analyses using synthesize risk ratio (RR) and 95% confidence interval (CI) as effect size.

**Results**  We included 27 large trials. SGLT2is had significant association with less hypertension (RR 0.70, 95% CI 0.54–0.91), hypertensive crisis (RR 0.63, 95% CI 0.47–0.84), varicose vein (RR 0.34, 95% CI 0.13–0.92), and vomiting (RR 0.55, 95% CI 0.31–0.97); but more spinal compression fracture (RR 1.73, 95% CI 1.02–2.92) and tibia fracture. GLP-1RAs had significant association with more deep vein thrombosis (RR 1.92, 95% CI 1.23–3.00), pancreatitis (RR 1.54, 95% CI 1.07–2.22), and cholecystitis acute (RR 1.51, 95% CI 1.08–2.09); but less rib fracture (RR 0.59, 95% CI 0.35–0.97). Sensitivity analyses suggested that our findings were robust.

**Conclusions**  SGLT2is may have protective effects against specific vascular and digestive diseases, whereas they may increase the incidence of site-specific fractures (e.g., spinal compression fracture). GLP-1RAs may have protective effects against site-specific fractures (i.e., rib fracture), whereas they may increase the incidence of specific vascular and digestive diseases. These findings may help to make a choice between SGLT2is and GLP-1RAs in clinical practice.

**Keywords**  SGLT2is · GLP-1RAs · Vascular diseases · Digestive diseases · Fractures · Hypertension · Pancreatitis · Deep vein thrombosis

## Abbreviations

| | |
|---|---|
| SGLT2is | Sodium-glucose cotransporter 2 inhibitors |
| GLP-1RAs | Glucagon-like peptide 1 receptor agonists |
| SAEs | Serious adverse events |
| RR | Risk ratio |
| CI | Confidence interval |
| T2D | Type 2 diabetes |
| DVT | Deep vein thrombosis |
| IPPC | Injury, Poisoning and Procedural Complications |
| PRISMA | Preferred Reporting Items for Systematic Reviews and Meta-Analyses |

Managed by Massimo Federici .

De-Hua Wang and Yu-Xia Mo have equally contributed to this work.

✉ Huan Wang
25015635@qq.com

✉ Fei Wen
wenfei2006@126.com

[1] Department of Orthopedics, The People's Hospital of Rongchang District, Chongqing 402460, China

[2] Medical Department, The People's Hospital of Rongchang District, Chongqing 402460, China

## Background

Glucagon-like peptide 1 receptor agonists (GLP-1RAs) and sodium-glucose cotransporter-2 inhibitors (SGLT2is) are two new kinds of antidiabetic agents. Apart from their glucose-lowering effects, they are able to significantly reduce cardio-renal adverse events compared with placebo in patients with type 2 diabetes (T2D) [1–4]. More interestingly, SGLT2is are also able to improve long-term



1098

Acta Diabetologica (2024) 61:1097–1105

cardiovascular and renal outcomes in patients with heart failure regardless of with/without reduced ejection fraction and in patients with chronic kidney disease [5]. Several meta-analysis studies [6–10] showed that treatment with SGLT2is or GLP-1RAs could lead to significant reductions in blood pressure in T2D patients with hypertension and in patients with essential hypertension. This seems to suggest that SGLT2is and GLP-1RAs can be used for the secondary prevention of hypertension. However, the data assessing these two drug classes for the primary prevention of hypertension and other vascular diseases such as deep vein thrombosis (DVT) are limited. Although there are three meta-analysis studies [11–13] which evaluated the association of SGLT2is and/or GLP-1RAs with the various serious adverse events (SAEs) related to vascular diseases including hypertension and DVT, the findings of those studies [11–13] are not conclusive, due to the limited number of the included trials of SGLT2is and GLP-1RAs and the low incidence of the events of interest. Nowadays, several recent large randomized trials of SGLT2is and GLP-1RAs (such as, EMPA-KIDNEY [14], EMPEROR-Preserved [15], DELIVER [16], SOLOIST-WHF [17], SCORED [18], and AMPLITUDE-O [19]) are published and their data of various SAEs are available at ClinicalTrials.gov. This provides the basis for performing an updated meta-analysis of including these new data.

On the other hand, previous studies [20–23] consistently showed that GLP-1RAs were associated with the increased risks of overall gastrointestinal SAEs and gallbladder diseases; however, the association between GLP-1RAs and risk of pancreatitis is controversial. Several studies [21, 22, 24] revealed that GLP-1RAs (especially, liraglutide) were associated with a higher risk of pancreatitis, whereas in three meta-analyses [25–27] GLP-1RAs were not observed to have an elevated risk of pancreatitis. These meta-analyses [25–27] failed to include the large-scale trial of AMPLITUDE-O [19] assessing efpeglenatide, and evaluated only a limit number of digestive outcomes. Thus, there is a need for an updated meta-analysis of including the AMPLITUDE-O trial [19] and evaluating various digestive diseases possibly associated with GLP-1RAs.

Furthermore, it is also a controversy whether use of SGLT2is is linked with an increased risk of fractures. Three meta-analyses [28–30] found that use of this drug class was not significantly associated with an elevated risk of fractures, whereas a meta-analysis [31] observed that SGLT2is led to an increased trend in fracture risk. Meanwhile, three other meta-analyses/reviews [32–34] showed that SGLT2is (especially, canagliflozin, empagliflozin, and ertugliflozin) could increase the incidence of fractures. Until now, there has not been a meta-analysis which evaluated the risks of various fractures (such as tibia fracture, rib fracture, and spinal fracture) possibly associated with SGLT2is. Obviously, such a meta-analysis will help to address the above controversy.

Several new large trials of SGLT2is (e.g., EMPA-KIDNEY [14], DELIVER [16], SOLOIST-WHF [17], SCORED [18], and EMPEROR-Preserved [15]) have reported the data of the incidence of various fractures when reporting the SAEs related to Injury, Poisoning And Procedural Complications (IPPC) in ClinicalTrials.gov. These SAEs data can be used to perform the aforementioned meta-analysis to evaluate the association between use of SGLT2is and risks of various fractures.

Hence, we carried out a meta-analysis based on the data of the SAEs related to Vascular Disorders, Gastrointestinal Disorders, Hepatobiliary Disorders, and IPPC deriving from large randomized trials of SGLT2is and GLP-1RAs, in order to evaluate the association between use of SGLT2is or GLP-1RAs and the risks of various vascular diseases, digestive diseases and fractures.

## Methods

According to the Preferred Reporting Items for Systematic Reviews and Meta-Analyses (PRISMA) statement [35] we carried out this meta-analysis. We searched PubMed, Embase, and ClinicalTrials.gov to obtain relevant papers published before August 22, 2023. We designed the following search strategy for PubMed: (Sodium-Glucose Transporter 2 Inhibitors[MH] OR "Sodium glucose cotransporter 2 inhibitor*"[TIAB] OR "Sodium glucose co-transporter 2 inhibitor*"[TIAB] OR "Sodium glucose transporter 2 inhibitor*"[TIAB] OR SGLT*[TIAB] OR "glucagon-like peptide 1 receptor agonist*"[TIAB] OR "GLP1*"[TIAB] OR "Empagliflozin"[tiab] OR "Canagliflozin"[mh] OR "Canagliflozin"[tiab] OR "Dapagliflozin"[tiab] OR "sotagliflozin"[tiab] OR "ertugliflozin"[tiab] OR Gliflozin*[tiab] OR lixisenatide[TIAB] OR dulaglutide[TIAB] OR liraglutide[mh] OR liraglutide[TIAB] OR exenatide[mh] OR exenatide[TIAB] OR Efpeglenatide[TIAB] OR semaglutide[TIAB] OR albiglutide[TIAB]) AND ((randomized controlled trial [pt] OR controlled clinical trial [pt] OR randomized [tiab] OR placebo [tiab] OR drug therapy [sh] OR randomly [tiab] OR trial [tiab] OR groups [tiab]) NOT (animals [mh] NOT humans [mh])). Studies we included in this meta-analysis were the randomized controlled trials that met the following three requirements: ① trials enrolled more than 1000 subjects, ② trials compared GLP-1RAs or SGLT2is with a placebo or a different antidiabetic agent, and ③ trials reported various SAEs related to Vascular Disorders, Gastrointestinal Disorders, Hepatobiliary Disorders, and IPPC. The outcomes we assessed in this meta-analysis were the various SAEs related to Vascular Disorders, Gastrointestinal Disorders, Hepatobiliary Disorders, and IPPC; and they must be reported in at least four of the included trials.

 Springer

Acta Diabetologica (2024) 61:1097–1105

Two authors independently collected the outcome data from ClinicalTrials.gov. Meanwhile, two other authors independently performed the risk of bias assessment for included trials according to the Cochrane risk of bias assessment tool [36]. Any disagreements as for data collection and quality assessment would be solved by the involvement of a third author. Since this meta-analysis is an exploratory one, it has not been registered.

We performed meta-analyses on all outcomes of interest using risk ratio (RR) and its 95% confidence interval (CI) as effect size. The $I^2$ statistic was calculated for evaluating the magnitude of statistical heterogeneity. When $I^2 < 50\%$, we conducted a fixed-effects meta-analysis. Oppositely, when $I^2 \geq 50\%$, we conducted a random-effects meta-analysis. Sensitivity analyses were conducted by doing meta-analyses using both fixed-effects and random-effects models. The assessment of robustness was performed by observing the consistency between fixed-effects results and random-effects results. We evaluated the potential publication bias by drawing funnel plots and performing Egger's tests. $P < 0.05$ symbolized statistical significance. We did all statistical analyses using the Stata/MP 16.0 software.

## Results

The study selection is shown in Supplementary Figure S1. We ultimately included 26 papers which reported a total of 27 trials, consisting of 13 trials of GLP-1RAs (i.e., AMPLITUDE-O [NCT03496298] [19], SUSTAIN-6 [NCT01720446] [37], REWIND [NCT01394952] [38], EXSCEL [NCT01144338] [39], SCALE [NCT01272219] [40], PIONEER 6 [NCT02692716] [41], LEADER [NCT01179048] [42], SURPASS-4 [NCT03730662] [43], PIONEER 3 [NCT02607865] [44], SUSTAIN-4 [NCT02128932] [45], SUSTAIN-2 [NCT01930188] [46], ELIXA [NCT01147250] [47], and Harmony Outcomes [NCT02465515] [48]), and 14 trials of SGLT2is (i.e., EMPA-KIDNEY [NCT03594110] [14], SCORED [NCT03315143] [18], SOLOIST-WHF [NCT03521934] [17], EMPEROR-Preserved [NCT03057951] [15], DELIVER [NCT03619213] [16], DAPA-HF [NCT03036124] [49], EMPEROR-Reduced [NCT03057977] [50], DAPA-CKD [NCT03036150] [51], CANVAS [NCT01032629] [52], CANVAS-R [NCT01989754] [52], DECLARE–TIMI 58 [NCT01730534] [53], VERTIS CV [NCT01986881] [54], CREDENCE [NCT02065791] [55], and EMPA-REG OUTCOME [NCT01131676] [56]). The characteristics of GLP-1RAs are detailed in a recent meta-analysis article [57], and those of included trials of SGLT2is are detailed in another meta-analysis article [5]. All of the included trials were of high quality. The included trials of GLP-1RAs contained a total of 69881 subjects (the GLP-1RA group: 37071; the control group: 32810), and those of SGLT2is contained a total of 90332 subjects (the SGLT2i group: 48446; the control group: 41886).

## SGLT2is and vascular diseases

Supplementary Figures S2–S55 show the detailed results of meta-analyses of SGLT2is and 54 kinds of Vascular Disorders. SGLT2is did not have significant association with 50 kinds of Vascular Diseases (Supplementary Table S1). SGLT2is had significant association with the lower risks of 4 kinds of Vascular Diseases (Fig. 1): Hypertension (RR 0.70, 95% CI 0.54–0.91; $P = 0.0084$; $I^2 = 14.9\%$), Hypertensive emergency (RR 0.49, 95% CI 0.24–1.00; $P = 0.0499$; $I^2 = 0$), Hypertensive crisis (RR 0.63, 95% CI 0.47–0.84; $P = 0.0015$; $I^2 = 0$), and Varicose vein (RR 0.34, 95% CI 0.13–0.92; $P = 0.0344$; $I^2 = 0$).

## SGLT2is and digestive diseases

Supplementary Figures S56–S183 show the detailed results of meta-analyses of SGLT2is and 128 kinds of digestive diseases. SGLT2is did not have significant association with 100 kinds of Gastrointestinal Disorders (Supplementary Table S2), and 27 kinds of Hepatobiliary Disorders (Supplementary Table S3). SGLT2is had significant association with the lower risk of one kind of digestive disease (Fig. 1), i.e., Vomiting (RR 0.55, 95% CI 0.31–0.97; $P = 0.0387$; $I^2 = 0$).

## SGLT2is and various fractures

Supplementary Figures S184–S286 show the detailed results of meta-analyses of SGLT2is and 103 kinds of IPPC. SGLT2is did not have significant association with 98 kinds of IPPC (Supplementary Table S4), including 35 kinds of fractures, e.g., Femoral neck fracture (RR 0.98, 95% CI 0.62–1.55; $P = 0.9292$; $I^2 = 0$), Femur fracture (RR 0.99, 95% CI 0.73–1.34; $P = 0.9354$; $I^2 = 0$), Hip fracture (RR 1.01, 95% CI 0.71–1.43; $P = 0.9562$; $I^2 = 0$), Humerus fracture (RR 0.88, 95% CI 0.61–1.27; $P = 0.4833$; $I^2 = 5.8\%$), Rib fracture (RR 1.07, 95% CI 0.74–1.56; $P = 0.7104$; $I^2 = 0$), Ankle fracture (RR 1.33, 95% CI 0.89–2.00; $P = 0.1649$; $I^2 = 0$), Fibula fracture (RR 1.27, 95% CI 0.64–2.51; $P = 0.4925$; $I^2 = 0$), and Foot fracture (RR 0.87, 95% CI 0.51–1.48; $P = 0.5987$; $I^2 = 0$). SGLT2is had significant association with the lower risks of 3 kinds of IPPC (Fig. 1), i.e., Ligament sprain (RR 0.30, 95% CI 0.11–0.87; $P = 0.0262$; $I^2 = 0$), Tendon rupture (RR 0.46, 95% CI 0.23–0.93; $P = 0.0296$; $I^2 = 0$), and Toxicity to various agents (RR 0.43, 95% CI 0.19–0.99; $P = 0.0485$; $I^2 = 0$); and with the higher risks of 2 kinds of IPPC (Fig. 1), i.e., Spinal compression fracture (RR 1.73, 95% CI 1.02–2.92; $P = 0.0422$; $I^2 = 0$), and Tibia fracture (RR 1.69, 95% CI 1.00–2.87; $P = 0.0496$; $I^2 = 27.4\%$).





**Fig. 1** Meta-analyses of SGLT2is and vascular diseases, digestive diseases and fractures (statistically significant results)

## GLP-1RAs and vascular diseases

Supplementary Figures S287–S313 show the detailed results of meta-analyses of GLP-1RAs and 27 kinds of Vascular Disorders. GLP-1RAs did not have significant association with 24 kinds of Vascular Diseases (Supplementary Table S5). GLP-1RAs had significant association with the higher risks of 3 kinds of Vascular Diseases (Fig. 2): Aortic aneurysm (RR 2.05, 95% CI 1.01–4.16; $P = 0.0474$; $I^2 = 0$), DVT (RR 1.92, 95% CI 1.23–3.00; $P = 0.0039$; $I^2 = 0$), and Haematoma (RR 3.30, 95% CI 1.17–9.31; $P = 0.0242$; $I^2 = 0$).

## GLP-1RAs and digestive diseases

Supplementary Figures S314–S396 show the detailed results of meta-analyses of GLP-1RAs and 83 kinds of digestive diseases. GLP-1RAs did not have significant association with 61 kinds of Gastrointestinal Disorders (Supplementary Table S6), and 19 kinds of Hepatobiliary Disorders (Supplementary Table S7). GLP-1RAs had significant association with the higher risks of 3 kinds of digestive diseases (Fig. 2):

Gastric ulcer haemorrhage (RR 2.47, 95% CI 1.06–5.76; $P = 0.0369$; $I^2 = 0$), Pancreatitis (RR 1.54, 95% CI 1.07–2.22; $P = 0.0214$; $I^2 = 0$), and Cholecystitis acute (RR 1.51, 95% CI 1.08–2.09; $P = 0.0147$; $I^2 = 30.0\%$).

## GLP-1RAs and various fractures

Supplementary Figures S397–S462 show the detailed results of meta-analyses of GLP-1RAs and 66 kinds of IPPC. GLP-1RAs did not have significant association with 65 kinds of IPPC (Supplementary Table S8), including 25 kinds of fractures, e.g., Ankle fracture (RR 1.07, 95% CI 0.70–1.63; $P = 0.7543$; $I^2 = 0$), Humerus fracture (RR 0.77, 95% CI 0.48–1.23; $P = 0.2716$; $I^2 = 0$), Femur fracture (RR 0.87, 95% CI 0.57–1.32; $P = 0.5021$; $I^2 = 0$), Hand fracture (RR 0.57, 95% CI 0.22–1.45; $P = 0.2394$; $I^2 = 0$), Hip fracture (RR 1.14, 95% CI 0.72–1.80; $P = 0.5881$; $I^2 = 21.1\%$), Femoral neck fracture (RR 1.03, 95% CI 0.56–1.92; $P = 0.9188$; $I^2 = 0$), Radius fracture (RR 1.01, 95% CI 0.47–2.17; $P = 0.9802$; $I^2 = 0$), and Spinal compression fracture (RR 1.49, 95% CI 0.61–3.61; $P = 0.3807$; $I^2 = 0$). GLP-1RAs had significant association with the lower risk of one kind of



Acta Diabetologica (2024) 61:1097–1105



**Fig. 2** Meta-analyses of GLP-1RAs and vascular diseases, digestive diseases and fractures (statistically significant results)

IPPC (Fig. 2), i.e., Rib fracture (RR 0.59, 95% CI 0.35–0.97; $P = 0.0390$; $I^2 = 0$).

### Sensitivity analyses and publication bias evaluation

The results of sensitivity analyses are provided in Supplementary Figures S463–S923 (Supplementary Figures S463–S747 for SGLT2is; Supplementary Figures S748–S923 for GLP-1RAs). For all the 461 outcomes assessed in this study, the random-effects results were substantially consistent with the fixed-effects results, which suggested that our findings were robust. The funnel plots including the $P$ values from Egger's tests are presented in Supplementary Figures S924–S1384 (Supplementary Figures S924–S1208 for SGLT2is; Supplementary Figures S1209–S1384 for GLP-1RAs). For the analyses of SGLT2is, there was no any potential publication bias for Hypertension (Egger's $P = 0.0823$), Hypertensive emergency (Egger's $P = 0.8631$), Hypertensive crisis (Egger's $P = 0.4158$), Varicose vein (Egger's $P = 0.1214$), Vomiting (Egger's $P = 0.5203$), Spinal compression fracture (Egger's $P = 0.5295$), and Tibia fracture (Egger's $P = 0.5164$). For the

analyses of GLP-1RAs, there was no any potential publication bias for Aortic aneurysm (Egger's $P = 0.9192$), DVT (Egger's $P = 0.9058$), Haematoma (Egger's $P = 0.5507$), Gastric ulcer haemorrhage (Egger's $P = 0.8488$), Pancreatitis (Egger's $P = 0.4974$), Cholecystitis acute (Egger's $P = 0.5587$), and Rib fracture (Egger's $P = 0.4539$). Moreover, there was no any potential publication bias for most of the other outcomes.

## Discussion

Based on the data from the 14 large randomized trials of SGLT2is, we performed meta-analyses on a total of 285 kinds of vascular diseases, digestive diseases, and IPPC. Accordingly, we identified that use of SGLT2is was significantly associated with the lower risks of 8 kinds of specific diseases, i.e., hypertension, hypertensive crisis, hypertensive emergency, varicose vein, vomiting, ligament sprain, tendon rupture, and toxicity to various agents. However, use of SGLT2is was significantly linked to the higher risks of 2 kinds of specific diseases, i.e., spinal compression fracture,



Springer

1102                                                                                                    Acta Diabetologica (2024) 61:1097–1105

and tibia fracture. These findings suggest that SGLT2is may have protective effects against specific vascular and digestive diseases, whereas they may increase the incidence of site-specific fractures (i.e., spinal compression fracture, and tibia fracture). Three previous meta-analyses [11–13] including a total of 9 or 10 trials of SGLT2is showed that SGLT2is were significantly associated with the reduced risks of hypertensive emergency, and hypertension. Our meta-analysis including more trials and therefore having a greater statistical power confirmed these findings, and further revealed a protective effect of SGLT2is on hypertensive crisis. These findings may suggest a new application situation of SGLT2is: being used for the primary and secondary prevention of hypertension. The mechanisms of lowering blood pressure of SGLT2is are a recent research hotspot, and this drug class has been found to reduce blood pressure by its diuretic effect, decreasing the sympathetic nerve activities, and inhibiting the intrarenal renin-angiotensin system [58–60]. On the other hand, in this meta-analysis SGLT2is were observed to be associated with more spinal compression fracture and tibia fracture. This finding, in some degree, is similar with the finding from a network meta-analysis [33] that two gliflozins (namely, empagliflozin and ertugliflozin) could increase the risk of fracture. However, the 95% CIs of RRs for spinal compression fracture and tibia fracture in our meta-analysis were relatively wide, and therefore the results of these two outcomes should be explain with caution and more confirmations are needed.

Based on the data from the 13 large randomized trials of GLP-1RAs, we performed meta-analyses on a total of 176 kinds of vascular diseases, digestive diseases, and IPPC. Accordingly, we identified that use of GLP-1RAs was significantly associated with the higher risks of 6 kinds of specific diseases, i.e., aortic aneurysm, DVT, haematoma, gastric ulcer haemorrhage, pancreatitis, and cholecystitis acute. However, use of GLP-1RAs was significantly linked to the lower risk of one kind of specific disease, i.e., rib fracture. These findings suggest that GLP-1RAs may have protective effects against site-specific fractures (i.e., rib fracture), whereas they may increase the incidence of specific vascular and digestive diseases. Similarly, two meta-analyses [61, 62] revealed that GLP-1RAs (especially, liraglutide and lixisenatide) were associated with the decreased risks of bone fracture compared to placebo or other anti-hyperglycemic agents. This seems also to suggest the anti-fracture effects of GLP-1RAs. Meanwhile, two other meta-analyses [13, 63] produced the consistent finding regarding to the outcome of DVT that GLP-1RAs (especially, semaglutide) were associated with more DVT. On the contrary, two meta-analyses [25, 26] including only seven trials of GLP-1RAs did not reveal a statistically significant association between use of GLP-1RAs and an increased risk of pancreatitis. This probably is because the

limited number of included trials led to a limited statistical power. In contrast, our meta-analysis included 13 large trials of GLP-1RAs, and therefore had a sufficient power to reveal the statistically significant association of GLP-1RAs with more pancreatitis.

This meta-analysis has three main advantages. First, heterogeneity for all outcomes of interest was absent or low, for which the possible reason is that the incidence of various outcomes in the included trials was consistently low. Second, given the low incidence of the outcomes assessed in this study, we performed meta-analyses only on those outcomes that were reported in at least four of the included trials. This reduced the likelihood that the limited number of included studies led to biased estimates. Last, there was no any potential publication bias observed in most of the outcomes assessed in this meta-analysis, and sensitivity analyses suggested that our findings were robust. In contrast, this study has two main disadvantages. First, the outcomes of interest for this meta-analysis were the various SAEs reported in the included trials, but not the primary outcomes assessed in the trials. Therefore, the findings of this study should be explained as hypothesis-generating but not definitive, and need to be confirmed by future studies. Second, the underlying mechanisms for the association of SGLT2is with more fractures and that of GLP-1RAs with less fractures are not fully clarified. However, the possible mechanisms are as follows: SGLT2is might increase the risk of fracture by activating the fibroblast growth factor 23, 1,25-dihydroxyvitamin D, and parathyroid hormone axis [64], whereas GLP-1RAs might reduce the risk of fracture by promoting osteoblast differentiation and inhibiting osteoclast activity [65, 66]. More relevant mechanistic studies are needed.

In conclusion, SGLT2is may have protective effects against specific vascular and digestive diseases, whereas they may increase the incidence of site-specific fractures (i.e., spinal compression fracture, and tibia fracture). GLP-1RAs may have protective effects against site-specific fractures (i.e., rib fracture), whereas they may increase the incidence of specific vascular and digestive diseases. These findings may help to make a choice between SGLT2is and GLP-1RAs in clinical practice.

**Supplementary Information** The online version contains supplementary material available at https://doi.org/10.1007/s00592-024-02289-y.

**Funding** This work was supported by The Health Commission of Chongqing (2022WSJK063, F.W).

**Data availability** The data that support the findings of this study are available from the corresponding author on reasonable request.

## Declarations

**Conflicts of interest** He authors declare that they have no conflict of interest.

 Springer

Acta Diabetologica (2024) 61:1097–1105

**Ethical approval** Ethical approval was not required because this article does not contain any studies with human subjects or animals performed by any of the authors.

**Informed consent** Informed consent was not required because this article does not contain any studies with human subjects performed by any of the authors.

# References

1. Zelniker TA, Wiviott SD, Raz I et al (2019) Sglt2 inhibitors for primary and secondary prevention of cardiovascular and renal outcomes in type 2 diabetes: a systematic review and meta-analysis of cardiovascular outcome trials. Lancet 393(10166):31–39. https://doi.org/10.1016/S0140-6736(18)32590-X

2. Neuen BL, Young T, Heerspink H et al (2019) Sglt2 inhibitors for the prevention of kidney failure in patients with type 2 diabetes: a systematic review and meta-analysis. Lancet Diabetes Endo 7(11):845–854. https://doi.org/10.1016/S2213-8587(19)30256-6

3. Sattar N, Lee M, Kristensen SL et al (2021) Cardiovascular, mortality, and kidney outcomes with glp-1 receptor agonists in patients with type 2 diabetes: a systematic review and meta-analysis of randomised trials. Lancet Diabetes Endo 9(10):653–662. https://doi.org/10.1016/S2213-8587(21)00203-5

4. Kristensen SL, Rorth R, Jhund PS et al (2019) Cardiovascular, mortality, and kidney outcomes with glp-1 receptor agonists in patients with type 2 diabetes: a systematic review and meta-analysis of cardiovascular outcome trials. Lancet Diabetes Endo 7(10):776–785. https://doi.org/10.1016/S2213-8587(19)30249-9

5. Writing Committee, Smart-C Steering Committee (2022) Impact of diabetes on the effects of sodium glucose co-transporter-2 inhibitors on kidney outcomes: collaborative meta-analysis of large placebo-controlled trials. Lancet 400(10365):1788–1801. https://doi.org/10.1016/S0140-6736(22)02074-8

6. Hu M, Cai X, Yang W, Zhang S, Nie L, Ji L (2020) Effect of hemoglobin a1c reduction or weight reduction on blood pressure in glucagon-like peptide-1 receptor agonist and sodium-glucose cotransporter-2 inhibitor treatment in type 2 diabetes mellitus: a meta-analysis. J Am Heart Assoc 9(7):e15323. https://doi.org/10.1161/JAHA.119.015323

7. Tsapas A, Karagiannis T, Kakotrichi P et al (2021) Comparative efficacy of glucose-lowering medications on body weight and blood pressure in patients with type 2 diabetes: a systematic review and network meta-analysis. Diabetes Obes Metab 23(9):2116–2124. https://doi.org/10.1111/dom.14451

8. Ren B, Chen M (2022) Effect of sodium-glucose cotransporter-2 inhibitors on patients with essential hypertension and pre-hypertension: a meta-analysis. Ther Adv Endocrinol. https://doi.org/10.1177/20420188221142450

9. Kennedy C, Hayes P, Salama S, Hennessy M, Fogacci F (2023) The effect of semaglutide on blood pressure in patients without diabetes: a systematic review and meta-analysis. J Clin Med. https://doi.org/10.3390/jcm12030772

10. Zhang Q, Zhou S, Liu L (2023) Efficacy and safety evaluation of sglt2i on blood pressure control in patients with type 2 diabetes and hypertension: a new meta-analysis. Diabetol Metab Syndr 15(1):118. https://doi.org/10.1186/s13098-023-01092-z

11. Yin DG, Qiu M, Duan XY (2021) Association between sglt2is and cardiovascular and respiratory diseases: a meta-analysis of large trials. Front Pharmacol. https://doi.org/10.3389/fphar.2021.724405

12. Zou HT, Yang GH, Cai YJ, Chen H, Zheng XQ, Hu R (2022) Are high- or low-dose sglt2 inhibitors associated with cardiovascular and respiratory adverse events? A meta-analysis. J Cardiovasc Pharm 79(5):655–662. https://doi.org/10.1097/FJC.0000000000001222

13. Liao XX, Li WQ, Peng ZK, Yu HB, Tan J (2022) Three new categories of hypoglycaemic agents and various cardiovascular diseases: a meta-analysis. J Clin Pharm Ther 47(5):636–642. https://doi.org/10.1111/jcpt.13588

14. Herrington WG, Staplin N, Wanner C et al (2023) Empagliflozin in patients with chronic kidney disease. New Engl J Med 388(2):117–127. https://doi.org/10.1056/NEJMoa2204233

15. Anker SD, Butler J, Filippatos G et al (2021) Empagliflozin in heart failure with a preserved ejection fraction. New Engl J Med 385(16):1451–1461. https://doi.org/10.1056/NEJMoa2107038

16. Solomon SD, McMurray J, Claggett B et al (2022) Dapagliflozin in heart failure with mildly reduced or preserved ejection fraction. New Engl J Med 387(12):1089–1098. https://doi.org/10.1056/NEJMoa2206286

17. Bhatt DL, Szarek M, Steg PG et al (2021) Sotagliflozin in patients with diabetes and recent worsening heart failure. New Engl J Med 384(2):117–128. https://doi.org/10.1056/NEJMoa2030183

18. Bhatt DL, Szarek M, Pitt B et al (2021) Sotagliflozin in patients with diabetes and chronic kidney disease. New Engl J Med 384(2):129–139. https://doi.org/10.1056/NEJMoa2030186

19. Gerstein HC, Sattar N, Rosenstock J et al (2021) Cardiovascular and renal outcomes with efpeglenatide in type 2 diabetes. New Engl J Med 385(10):896–907. https://doi.org/10.1056/NEJMoa2108269

20. Sim R, Chong CW, Loganadan NK et al (2022) Comparative effectiveness of cardiovascular, renal and safety outcomes of second-line antidiabetic drugs use in people with type 2 diabetes: a systematic review and network meta-analysis of randomised controlled trials. Diabetic Med 39(3):e14780. https://doi.org/10.1111/dme.14780

21. Liu L, Chen J, Wang L, Chen C, Chen L (2022) Association between different glp-1 receptor agonists and gastrointestinal adverse reactions: a real-world disproportionality study based on fda adverse event reporting system database. Front Endocrinol. https://doi.org/10.3389/fendo.2022.1043789

22. Shetty R, Basheer FT, Poojari PG, Thunga G, Chandran VP, Acharya LD (2022) Adverse drug reactions of glp-1 agonists: a systematic review of case reports. Diabetes Metab Synd 16(3):102427. https://doi.org/10.1016/j.dsx.2022.102427

23. He L, Wang J, Ping F et al (2022) Association of glucagon-like peptide-1 receptor agonist use with risk of gallbladder and biliary diseases: a systematic review and meta-analysis of randomized clinical trials. Jama Intern Med 182(5):513–519. https://doi.org/10.1001/jamainternmed.2022.0338

24. Wang YW, Lin JH, Yang CS (2022) Meta-analysis of the association between new hypoglycemic agents and digestive diseases. Medicine 101(34):e30072. https://doi.org/10.1097/MD.0000000000030072

25. Singh AK, Gangopadhyay KK, Singh R (2020) Risk of acute pancreatitis with incretin-based therapy: a systematic review and updated meta-analysis of cardiovascular outcomes trials. Expert Rev Clin Phar 13(4):461–468. https://doi.org/10.1080/17512433.2020.1736041

26. Abd EAM, Cahyadi O, Meier JJ, Schmidt WE, Nauck MA (2020) Incretin-based glucose-lowering medications and the risk of acute pancreatitis and malignancies: a meta-analysis based on cardiovascular outcomes trials. Diabetes Obes Metab 22(4):699–704. https://doi.org/10.1111/dom.13924

27. Zhang X, Wang M, Wang X et al (2022) Comparison of new glucose-lowering drugs on the risk of pancreatitis in type 2 diabetes:



1104                                                                                                              Acta Diabetologica (2024) 61:1097–1105

a network meta-analysis. Endocr Pract 28(3):333–341. https://doi.org/10.1016/j.eprac.2021.12.007

28. Li CX, Liu LY, Zhang CX et al (2023) Comparative safety of different sodium-glucose transporter 2 inhibitors in patients with type 2 diabetes: a systematic review and network meta-analysis of randomized controlled trials. Front Endocrinol. https://doi.org/10.3389/fendo.2023.1238399

29. Wang X, Zhang F, Zhang Y et al (2023) Effect of sglt2 inhibitors on fractures, bmd, and bone metabolism markers in patients with type 2 diabetes mellitus: a systematic review and meta-analysis. Osteoporosis Int. https://doi.org/10.1007/s00198-023-06908-2

30. Hidayat K, Du X, Shi BM (2019) Risk of fracture with dipeptidyl peptidase-4 inhibitors, glucagon-like peptide-1 receptor agonists, or sodium-glucose cotransporter-2 inhibitors in real-world use: systematic review and meta-analysis of observational studies. Osteoporosis Int 30(10):1923–1940. https://doi.org/10.1007/s00198-019-04968-x

31. Qiu M, Ding LL, Zhang M, Zhou HR (2021) Safety of four sglt2 inhibitors in three chronic diseases: a meta-analysis of large randomized trials of sglt2 inhibitors. Diabetes Vasc Dis Re 18(2):1476853704. https://doi.org/10.1177/14791641211011016

32. Mascolo A, Di Napoli R, Balzano N et al (2022) Safety profile of sodium glucose co-transporter 2 (sglt2) inhibitors: a brief summary. Front Cardiovasc Med. https://doi.org/10.3389/fcvm.2022.1010693

33. Zhang YS, Zheng YD, Yuan Y, Chen SC, Xie BC (2021) Effects of anti-diabetic drugs on fracture risk: a systematic review and network meta-analysis. Front Endocrinol. https://doi.org/10.3389/fendo.2021.735824

34. Fitchett D (2019) A safety update on sodium glucose co-transporter 2 inhibitors. Diabetes Obes Metab. https://doi.org/10.1111/dom.13611

35. Moher D, Liberati A, Tetzlaff J, Altman DG (2009) Preferred reporting items for systematic reviews and meta-analyses: the prisma statement. Plos Med 6(7):e1000097. https://doi.org/10.1371/journal.pmed.1000097

36. Higgins JP, Altman DG, Gøtzsche PC et al (2011) The cochrane collaboration's tool for assessing risk of bias in randomised trials. BMJ-Brit Med J. https://doi.org/10.1136/bmj.d5928

37. Marso SP, Bain SC, Consoli A et al (2016) Semaglutide and cardiovascular outcomes in patients with type 2 diabetes. New Engl J Med 375(19):1834–1844. https://doi.org/10.1056/NEJMoa1607141

38. Gerstein HC, Colhoun HM, Dagenais GR et al (2019) Dulaglutide and cardiovascular outcomes in type 2 diabetes (rewind): a double-blind, randomised placebo-controlled trial. Lancet 394(10193):121–130. https://doi.org/10.1016/S0140-6736(19)31149-3

39. Holman RR, Bethel MA, Mentz RJ et al (2017) Effects of once-weekly exenatide on cardiovascular outcomes in type 2 diabetes. New Engl J Med 377(13):1228–1239. https://doi.org/10.1056/NEJMoa1612917

40. le Roux CW, Astrup A, Fujioka K et al (2017) 3 years of liraglutide versus placebo for type 2 diabetes risk reduction and weight management in individuals with prediabetes: a randomised, double-blind trial. Lancet 389(10077):1399–1409. https://doi.org/10.1016/S0140-6736(17)30069-7

41. Husain M, Birkenfeld AL, Donsmark M et al (2019) Oral semaglutide and cardiovascular outcomes in patients with type 2 diabetes. New Engl J Med 381(9):841–851. https://doi.org/10.1056/NEJMoa1901118

42. Marso SP, Daniels GH, Brown-Frandsen K et al (2016) Liraglutide and cardiovascular outcomes in type 2 diabetes. New Engl J Med 375(4):311–322. https://doi.org/10.1056/NEJMoa1603827

43. Del PS, Kahn SE, Pavo I et al (2021) Tirzepatide versus insulin glargine in type 2 diabetes and increased cardiovascular risk (surpass-4): a randomised, open-label, parallel-group, multicentre, phase 3 trial. Lancet 398(10313):1811–1824. https://doi.org/10.1016/S0140-6736(21)02188-7

44. Rosenstock J, Allison D, Birkenfeld AL et al (2019) Effect of additional oral semaglutide vs sitagliptin on glycated hemoglobin in adults with type 2 diabetes uncontrolled with metformin alone or with sulfonylurea: the pioneer 3 randomized clinical trial. Jama-J Am Med Assoc 321(15):1466–1480. https://doi.org/10.1001/jama.2019.2942

45. Aroda VR, Bain SC, Cariou B et al (2017) Efficacy and safety of once-weekly semaglutide versus once-daily insulin glargine as add-on to metformin (with or without sulfonylureas) in insulin-naive patients with type 2 diabetes (sustain 4): a randomised, open-label, parallel-group, multicentre, multinational, phase 3a trial. Lancet Diabetes Endo 5(5):355–366. https://doi.org/10.1016/S2213-8587(17)30085-2

46. Ahrén B, Masmiquel L, Kumar H et al (2017) Efficacy and safety of once-weekly semaglutide versus once-daily sitagliptin as an add-on to metformin, thiazolidinediones, or both, in patients with type 2 diabetes (sustain 2): a 56-week, double-blind, phase 3a, randomised trial. Lancet Diabetes Endo 5(5):341–354. https://doi.org/10.1016/S2213-8587(17)30092-X

47. Pfeffer MA, Claggett B, Diaz R et al (2015) Lixisenatide in patients with type 2 diabetes and acute coronary syndrome. New Engl J Med 373(23):2247–2257. https://doi.org/10.1056/NEJMoa1509225

48. Hernandez AF, Green JB, Janmohamed S et al (2018) Albiglutide and cardiovascular outcomes in patients with type 2 diabetes and cardiovascular disease (harmony outcomes): a double-blind, randomised placebo-controlled trial. Lancet 392(10157):1519–1529. https://doi.org/10.1016/S0140-6736(18)32261-X

49. McMurray J, Solomon SD, Inzucchi SE et al (2019) Dapagliflozin in patients with heart failure and reduced ejection fraction. New Engl J Med 381(21):1995–2008. https://doi.org/10.1056/NEJMoa1911303

50. Packer M, Anker SD, Butler J et al (2020) Cardiovascular and renal outcomes with empagliflozin in heart failure. New Engl J Med 383(15):1413–1424. https://doi.org/10.1056/NEJMoa2022190

51. Heerspink H, Stefánsson BV, Correa-Rotter R et al (2020) Dapagliflozin in patients with chronic kidney disease. New Engl J Med 383(15):1436–1446. https://doi.org/10.1056/NEJMoa2024816

52. Neal B, Perkovic V, Mahaffey KW, de Zeeuw D (2017) Canagliflozin and cardiovascular and renal events in type 2 diabetes. New Engl J Med 377(7):644–657. https://doi.org/10.1056/NEJMoa1611925

53. Wiviott SD, Raz I, Bonaca MP et al (2019) Dapagliflozin and cardiovascular outcomes in type 2 diabetes. New Engl J Med 380(4):347–357. https://doi.org/10.1056/NEJMoa1812389

54. Cannon CP, Pratley R, Dagogo-Jack S et al (2020) Cardiovascular outcomes with ertugliflozin in type 2 diabetes. New Engl J Med. https://doi.org/10.1056/NEJMoa2004967

55. Perkovic V, Jardine MJ, Neal B et al (2019) Canagliflozin and renal outcomes in type 2 diabetes and nephropathy. New Engl J Med 380(24):2295–2306. https://doi.org/10.1056/NEJMoa1811744

56. Zinman B, Wanner C, Lachin JM et al (2015) Empagliflozin, cardiovascular outcomes, and mortality in type 2 diabetes. New Engl J Med 373(22):2117–2128. https://doi.org/10.1056/NEJMoa1504720

57. Sohn M, Frias JP, Lim S (2023) Cardiovascular efficacy and safety of antidiabetic agents: a network meta-analysis of randomized controlled trials. Diabetes Obes Metab. https://doi.org/10.1111/dom.15251



Acta Diabetologica (2024) 61:1097–1105

58. Vallon V, Verma S (2021) Effects of sglt2 inhibitors on kidney and cardiovascular function. Annu Rev Physiol. https://doi.org/10.1146/annurev-physiol-031620-095920

59. Oshima N, Onimaru H, Yamashiro A et al (2023) Sglt2 and sglt1 inhibitors suppress the activities of the rvlm neurons in newborn wistar rats. Hypertens Res. https://doi.org/10.1038/s41440-023-01417-5

60. Miyata KN, Lo CS, Zhao S et al (2021) Angiotensin ii up-regulates sodium-glucose co-transporter 2 expression and sglt2 inhibitor attenuates ang ii-induced hypertensive renal injury in mice. Clin Sci 135(7):943–961. https://doi.org/10.1042/CS20210094

61. Zhang YS, Weng WY, Xie BC et al (2018) Glucagon-like peptide-1 receptor agonists and fracture risk: a network meta-analysis of randomized clinical trials. Osteoporosis Int 29(12):2639–2644. https://doi.org/10.1007/s00198-018-4649-8

62. Cheng L, Hu Y, Li YY et al (2019) Glucagon-like peptide-1 receptor agonists and risk of bone fracture in patients with type 2 diabetes: a meta-analysis of randomized controlled trials. Diabetes-Metab Res 35(7):e3168. https://doi.org/10.1002/dmrr.3168

63. Yin DG, Ding LL, Zhou HR, Qiu M, Duan XY (2021) Comprehensive analysis of the safety of semaglutide in type 2 diabetes: a meta-analysis of the sustain and pioneer trials. Endocr J 68(6):739–742. https://doi.org/10.1507/endocrj.EJ21-0129

64. Blau JE, Bauman V, Conway EM et al (2018) Canagliflozin triggers the fgf23/1,25-dihydroxyvitamin d/pth axis in healthy volunteers in a randomized crossover study. JCI Insight. https://doi.org/10.1172/jci.insight.99123

65. Kalaitzoglou E, Fowlkes JL, Popescu I, Thrailkill KM (2019) Diabetes pharmacotherapy and effects on the musculoskeletal system. Diabetes-Metab Res 35(2):e3100. https://doi.org/10.1002/dmrr.3100

66. Adil M, Khan RA, Kalam A et al (2017) Effect of anti-diabetic drugs on bone metabolism: evidence from preclinical and clinical studies. Pharmacol Rep 69(6):1328–1340. https://doi.org/10.1016/j.pharep.2017.05.008

**Publisher's Note** Springer Nature remains neutral with regard to jurisdictional claims in published maps and institutional affiliations.

Springer Nature or its licensor (e.g. a society or other partner) holds exclusive rights to this article under a publishing agreement with the author(s) or other rightsholder(s); author self-archiving of the accepted manuscript version of this article is solely governed by the terms of such publishing agreement and applicable law.

