# EXHIBIT 113D

Digestive Diseases and Sciences
https://doi.org/10.1007/s10620-025-09344-w

**ORIGINAL ARTICLE**



# Glucagon-Like Peptide-1 Receptor Agonist Therapy Does Not Increase Gastrointestinal Adverse Events in Patients with Inflammatory Bowel Disease

Jonathan Weng[1] · Madeline Alizadeh[2] · Sonia Friedman[3]

Received: 19 June 2025 / Accepted: 12 August 2025
© The Author(s), under exclusive licence to Springer Science+Business Media, LLC, part of Springer Nature 2025

## Abstract

**Background** As the prevalence of obesity rises among patients with inflammatory bowel disease (IBD), concerns have emerged regarding the gastrointestinal safety of glucagon-like peptide-1 receptor agonists (GLP-1 RAs), which are increasingly used for diabetes and weight management.

**Methods** We conducted a retrospective cohort study of adult patients with IBD on GLP-1 RA therapy within a large academic medical system between 2010 and 2024. We compared gastrointestinal adverse events—including ileus or bowel obstruction, bowel surgery, IBD-related hospitalization, and escalation of medical therapy—occurring in the one-year period preceding and following GLP-1 RA exposure, which was defined by at least two prescriptions within 90 days.

**Results** Among 271 patients (median age 62.8 years; 62% female; 64% ulcerative colitis), 80 completed 12 months and an additional 168 completed 6 months of GLP-1 RA therapy. Semaglutide was the most common agent (58%), followed by dulaglutide (28%), tirzepatide (14%), and liraglutide (1%). No significant difference in gastrointestinal adverse event rates was observed between pre- and post-treatment intervals when normalized for exposure time ($p \geq 0.10$ for all comparable adverse events). Median BMI declined modestly from 33.8 to 33.4 kg/m$^2$ at 12 months ($p = 0.20$). Subgroup analyses by agent, sex, IBD type, and GLP-1 RA indication yielded similar findings.

**Conclusions** GLP-1 RA therapy does not increase gastrointestinal adverse events in patients with IBD over 12 months, supporting its safety in this population.

**Keywords** Inflammatory bowel disease · GLP-1 receptor agonist · Gastrointestinal adverse events · Safety · Diabetes · Obesity

## Introduction

The global surge in obesity over recent decades has redefined the clinical profiles of many chronic conditions. Once primarily characterized by weight loss and malnutrition, inflammatory bowel disease (IBD), which includes Crohn's disease (CD) and ulcerative colitis (UC), now frequently coexists with obesity (body mass index [BMI] $\geq 30$ kg/m$^2$) [1]. Recent studies indicate that 15–40% of adults with IBD are obese, and an additional 20–40% are overweight (25 kg/m$^2 \leq$ BMI $< 30$ kg/m$^2$), paralleling trends observed in the general population [2–5]. This shift bears clinical importance as excess adiposity can sustain a state of chronic, low-grade inflammation through increased production of pro-inflammatory cytokines and immune cell activation, potentially worsening IBD outcomes [6, 7].

Glucagon-like peptide-1 receptor agonists (GLP-1 RAs) have concurrently emerged as a pivotal tool in managing type 2 diabetes mellitus and obesity. Glucagon-like peptide-1 (GLP-1) arises from the proglucagon gene expressed in enteroendocrine L cells of the small and large intestine. Among other functions, GLP-1 stimulates glucose-dependent insulin secretion from pancreatic beta cells, reduces glucagon secretion, delays gastric emptying, and suppresses

✉ Jonathan Weng
   Jonathan.Weng@tuftsmedicine.org

1   Department of Medicine, Tufts Medical Center, Boston, MA, USA

2   Institute for Genome Sciences, University of Maryland School of Medicine, Baltimore, MD, USA

3   Division of Gastroenterology and Hepatology, Tufts Medical Center, Boston, MA, USA

Published online: 19 August 2025



⚛ Springer

Digestive Diseases and Sciences

appetite [8–10]. GLP-1 RAs have not only demonstrated significant benefits in glycemic control and weight reduction but also shown promising anti-inflammatory effects with broad clinical utility [11–13]. Specifically in IBD, preclinical studies suggest that GLP-1 has protective effects in colitis by regulating immune function and promoting epithelial repair, offering a potentially safer alternative over traditional immunosuppressive regimens [11, 14–16].

Nonetheless, these agents are not without risks. Their therapeutic mechanism may also precipitate adverse effects ranging from mild nausea and bloating to more severe complications like ileus and bowel obstruction [17, 18]. For this reason, real-world adherence is suboptimal, with one study reporting discontinuation rates of 45.2% at 12 months and 64.7% at 24 months [19]. Although the most common side effects—including nausea, diarrhea, and vomiting—have been well documented, occurring in up to 51%, 20%, and 19% of patients, respectively [17, 20], rarer but more serious gastrointestinal adverse events remain less clearly characterized. For example, in patients receiving GLP-1 RA therapy, the reported incidence of ileus and bowel obstruction has been variable, with some studies suggesting increased rates [18, 21–23] and others showing no significant difference [24, 25].

The intersection of these trends poses a unique challenge: while the usage of GLP-1 RAs increases in tandem with the incidence of obesity, and while GLP-1 RAs themselves may offer therapeutic value to chronic inflammatory states like IBD, their gastrointestinal side effects raise concerns for patients with IBD. These patients may be more vulnerable to iatrogenic gastrointestinal adverse events, and such symptoms may be mistaken for an IBD flare, potentially prompting unnecessary diagnostic workup or treatment escalation. It is therefore critical to assess the safety profile of GLP-1 RAs in patients with IBD specifically. Our study aims to compare gastrointestinal outcomes—in particular, the incidence of ileus or bowel obstruction, bowel surgery, IBD-related hospitalization, and escalation of IBD therapy—before and after the initiation of GLP-1 RA therapy in patients with IBD.

## Methods

### Study Population

This was a retrospective cohort study of adult patients with IBD treated with GLP-1 RAs. Patients were identified through the Tufts Research Data Warehouse and the Tufts Medicine electronic health record (EHR) system, which include patients following at Tufts Medical Center, Lowell General Hospital, MelroseWakefield Hospital, and Tufts Medicine-affiliated community practices. Eligible patients were adults ($\geq$ 18 years old) with a diagnosis of IBD (ICD-10 code K50 or K51) and GLP-1 RA exposure between January 1, 2010, and October 31, 2024.

### Exposure and Timeline

As visualized in Fig. 1, GLP-1 RA exposure was defined as at least two filled GLP-1 RA prescriptions within a 90-day period. The GLP-1 RAs considered were dulaglutide, exenatide, liraglutide, lixisenatide, semaglutide, and tirzepatide. The index date ($t_0$) for each patient was defined as the date of the first GLP-1 RA prescription, marking the onset of the exposure period used for subsequent analysis, with the second GLP-1 RA prescription occurring within 90 days at $t_1$. Patients were considered exposed for 12 months following $t_0$ ($t_{12}$), including a halfway point at 6 months post-exposure ($t_6$). Pre-exposure control values were measured at 6 months ($t_{-6}$) and 12 months ($t_{-12}$) prior to $t_0$.



**Fig. 1** GLP-1 RA exposure was defined as at least two filled GLP-1 RA prescriptions within a 90-day period, with the first prescription occurring at $t_0$ and the second occurring at $t_1$. Patients were considered exposed until $t_{12}$, 12 months following $t_0$, with $t_6$ representing 6 months post-exposure. Pre-exposure controls were measured at 6 months ($t_{-6}$) and 12 months ($t_{-12}$) prior to $t_0$



Digestive Diseases and Sciences

## Outcomes and Variables of Interest

Baseline patient information was collected, including sex, age, and type and duration of IBD. BMI was collected at $t_{-12}$, $t_0$, $t_6$, and $t_{12}$. The primary outcome was a gastrointestinal adverse event, identified using codes from the International Classification of Diseases, Tenth Revision (ICD-10) and Current Procedural Terminology (CPT) (Online Resource 1), and defined as any of the following: 1) ileus or bowel obstruction; 2) bowel surgery; 3) hospitalization with IBD as the primary diagnosis; and 4) escalation of IBD therapy, which was subdivided into any prescription of systemic corticosteroids, cyclosporine, immunomodulators, or advanced therapies. Immunomodulators included mercaptopurine, azathioprine, and methotrexate. Advanced therapies included the following medications and their biosimilars: infliximab, adalimumab, golimumab, certolizumab, natalizumab, vedolizumab, ustekinumab, risankizumab, mirikizumab, tofacitinib, and upadacitinib. Outcomes were assessed between $t_{-12}$ and $t_{12}$, without the use of a buffer period, and rates were compared between the pre- and post-exposure periods. A sub-analysis comparing rates of adverse events in the 6-month periods between $t_{-6}$ and $t_0$ and between $t_0$ and $t_6$ was also performed.

## Statistical Analysis

Continuous variables collected at baseline, including age, BMI, and IBD duration, were analyzed using mean, median, and interquartile range (IQR). Paired comparisons of BMI and other continuous measures before and after GLP-1 RA initiation were performed using Welch's $t$-test. For categorical outcomes, Fisher's exact test was employed to compare event rates between comparator groups. McNemar's test was applied for paired data to evaluate differences in the incidence of adverse events before and after exposure for equivalent time periods. A significance threshold of $\alpha = 0.05$ was set for all analyses, which were conducted using the "stats", "RVAideMemoire", and "vctrs" packages in R version 4.1.3 (R Foundation for Statistical Computing, Vienna, Austria).

## Ethical Considerations

This study protocol was reviewed and approved by the Tufts Health Sciences Institutional Review Board. In view of the retrospective design of the study, the IRB granted a waiver of informed consent. Patient data were extracted from the EHR by authorized study personnel and de-identified prior to analysis.

## Results

### Baseline Patient Characteristics

A total of 271 adult patients with IBD who received GLP-1 RAs were included in the study (Table 1). At the start of GLP-1 RA therapy, the cohort had a median age of 62.8 years (IQR 54.9–67.8, range 25.6–90.8) with 168 female patients (62%) and 103 male patients (38%). UC was more common than CD, with 174 (64%) and 97 (36%) patients, respectively. The median duration of IBD was 5.1 years (IQR 2.9–7.3, range 0.5–15.5). In terms of GLP-1 RA usage, semaglutide was the most frequently prescribed (n = 157; 58%), followed by dulaglutide (n = 75; 28%), tirzepatide (n = 36; 14%), and liraglutide (n = 3; 1%). Indications for GLP-1 RA therapy were type 2 diabetes in 164 patients (61%) and obesity in 107 patients (39%).

### Changes in BMI

Because changes in BMI with GLP-1 RA use may reflect medication adherence and efficacy, and because weight loss is dose-dependent [26], BMI differences across time points were assessed to determine if adverse events were more likely to occur in association with larger changes in weight. BMI measurements were collected at multiple time points: $t_{-12}$, $t_0$, $t_6$, and $t_{12}$ (Table 2). In the subgroup with 12 months of data following initiation of GLP-1 RA therapy (n = 80), there was a statistically non-significant

Table 1 Baseline demographic and clinical characteristics of the study cohort (n = 271)

|  | Cohort (n = 271) |
|---|---|
| Sex (n, %) |  |
| Female | 168 (62.0) |
| Male | 103 (38.0) |
| Age (median, IQR, range) | 62.8 [54.9,67.8] [25.6,90.8] |
| IBD type (n, %) |  |
| CD | 97 (35.8) |
| UC | 174 (64.2) |
| IBD disease duration (median, IQR, range) | 5.1 [2.9,7.3] [0.5,15.5] |
| GLP-1 RA (n, %) |  |
| Semaglutide | 157 (57.9) |
| Dulaglutide | 75 (27.7) |
| Tirzepatide | 36 (13.3) |
| Liraglutide | 3 (1.1) |
| GLP-1 RA indication (n, %) |  |
| Obesity | 107 (39.5) |
| Type 2 diabetes | 164 (60.5) |

Springer

Digestive Diseases and Sciences

Table 2 Comparison of adverse events before and after GLP-1 RA initiation. The first GLP-1 RA prescription occurred at $t_0$. $t_{-12}$ and $t_{-6}$ represent 12 months and 6 months before $t_0$, respectively, while $t_6$ and $t_{12}$ represent 6 months and 12 months after $t_0$, respectively. BMI values under the $t_{-12}$ to $t_0$ interval were measured at $t_{-12}$, those under $t_0$ to $t_6$ were measured at $t_6$, and those under $t_0$ to $t_{12}$ were measured at $t_{12}$

| | $t_{-12}$ to $t_0$ ($n=80$) | $t_{-6}$ to $t_0$ ($n=168$) | $t_0$ ($n=271$) | $t_0$ to $t_6$ ($n=168$) | $t_0$ to $t_{12}$ ($n=80$) | P-value (6 months) | P-value (12 months) |
|---|---|---|---|---|---|---|---|
| BMI (median, IQR, range) | 34.3 [31.6,38.9] [21.2,63.7] | | 33.8 [29.9,38.0] [20.9,59.4] | 32.6 [28.1,36.7] [21.9,54.9] | 33.4 [28.6,36.7] [20.6,53.2] | | 0.200 |
| Adverse events ($n$, %) | | | | | | | |
| Ileus / bowel obstruction | 4 (5.0) | 1 (0.6) | | 1 (0.6) | 2 (2.5) | ≥0.999 | 0.683 |
| Bowel surgery | 3 (3.8) | 0 (0) | | 0 (0) | 2 (2.5) | ≥0.999 | 0.617 |
| IBD hospitalization | 2 (2.5) | 0 (0) | | 0 (0) | 0 (0) | ≥0.999 | 0.480 |
| Systemic corticosteroid | 16 (20.0) | 13 (7.7) | | 13 (7.7) | 14 (17.5) | ≥0.999 | 0.831 |
| Cyclosporine | 0 (0) | 0 (0) | | 0 (0) | 0 (0) | ≥0.999 | ≥0.999 |
| Immunomodulator | 4 (5.0) | 3 (1.8) | | 1 (0.6) | 1 (1.3) | 0.480 | 0.248 |
| Advanced therapy | 10 (12.5) | 13 (7.7) | | 6 (3.6) | 8 (10.0) | 0.096 | 0.617 |

median BMI decrease from 33.8 kg/m$^2$ at $t_0$ to 33.4 kg/m$^2$ at $t_{12}$. The median BMI had a similarly non-significant decrease from 33.8 kg/m$^2$ at $t_0$ to 32.6 kg/m$^2$ at $t_6$ when accounting for all participants with 6 months of available data (n = 168). BMI data were unavailable for 23 patients; among the remaining cohort, 80 patients completed 12 months of GLP-1 RA therapy, and an additional 168 patients completed 6 months of treatment.

## Gastrointestinal Adverse Events

In the pre-treatment period ($t_{-12}$ to $t_0$), adverse events were infrequent. Ileus and bowel obstruction were reported in 4 patients, bowel surgery in 3 patients, and IBD-related hospitalization in 2 patients. Comparatively, in the corresponding post-exposure period ($t_0$ to $t_{12}$), the incidence of these events remained low with no statistically significant differences observed between the pre- and post-treatment intervals (Table 2). The single patient who experienced ileus within 6 months following initiation of GLP-1 RA therapy had a BMI decrease of 8.81 kg/m$^2$. Of the two patients with ileus by the 12-month mark, one showed a BMI decrease of 4.67 kg/m$^2$, while the other had a BMI increase of 1.28 kg/m$^2$. Similarly, for the two patients who required bowel surgery, one had also experienced ileus (with a BMI decrease of 4.67 kg/m$^2$), and the other had a BMI decrease of 2.16 kg/m$^2$. No IBD-associated hospitalizations were observed in the post-exposure period. There were also no significant differences in the use of systemic corticosteroids, cyclosporine, immunomodulators, or advanced therapies. This also proved true when analyzing the 6-month treatment window ($t_{-6}$ to $t_0$ and $t_0$ to $t_6$).

## Stratified Analysis

At 12 months post-exposure ($t_{12}$), subgroup comparisons between patients receiving the two most frequently prescribed GLP-1 RAs, semaglutide (n = 48) and dulaglutide (n = 30), revealed no significant differences in age, IBD type, IBD duration, median change in BMI, and adverse event rate (Table 3). When stratified by sex, no significant differences were noted in these parameters (Table 4). Likewise, comparative analysis between patients with UC (n = 56) and CD (n = 24) demonstrated similar age, IBD duration, BMI change, and adverse event rate (Table 5). Stratification by GLP-1 RA indication noted significant differences in age—median 64.9 years (IQR 58.6–73.3) for type 2 diabetes versus median 59.1 years (IQR 53.3–64.8) for obesity—and in the distribution of GLP-1 RA agents, with nearly all patients with obesity receiving semaglutide (n = 22; 92%) and patients with diabetes primarily receiving semaglutide (n = 26; 46%) or dulaglutide (n = 28; 50%). No significant differences were observed in IBD duration, BMI change, or adverse event rate (Table 6).

## Discussion

In this retrospective cohort study, we found no significant increase in the risk of serious gastrointestinal adverse events—including ileus, bowel obstruction, bowel surgery, IBD-related hospitalization, and escalation of medical therapy—among patients with IBD treated with GLP-1 RAs. Stratified analyses by GLP-1 RA type, sex, and IBD type further demonstrated similar rates of adverse events between pre- and post-exposure periods. Additionally, our analysis revealed a modest, though not statistically

Springer

Digestive Diseases and Sciences

**Table 3** Subgroup analysis stratifying patients prescribed semaglutide versus dulaglutide at one year after GLP-1 RA initiation

|  | Semaglutide ($n=48$) | P-value | Dulaglutide ($n=30$) | P-value |
|---|---|---|---|---|
| Change in BMI from $t_0$ to $t_{12}$ (median, IQR) | -1.6 [-2.8,+0.18] |  | -0.9 [-2.0,+0.30] | 0.201 |
| Change in BMI, accounting for pre-exposure change from $t_{-12}$ to $t_0$ (median, IQR) | -0.4 [-2.9,+2.2] |  | -0.5 [-2.9,+1.1] | 0.902 |
| Age (median, IQR) | 60.3 [53.5,66.7] |  | 68.4 [61.3,73.7] | 0.025 |
| Sex ($n$, %) |  |  |  |  |
| Female | 30 (62.5) |  | 17 (56.7) | 0.641 |
| Male | 18 (37.5) |  | 13 (43.3) |  |
| IBD type ($n$, %) |  |  |  |  |
| CD | 15 (31.3) |  | 9 (30.0) | ≥0.999 |
| UC | 33 (68.8) |  | 21 (70.0) |  |
| IBD duration (median, IQR) | 5.3 [3.3,7.4] |  | 4.7 [2.9,7.6] | 0.924 |
| Adverse events ($n$, %) |  |  |  |  |
| Systemic corticosteroid |  |  |  |  |
| None | 32 (66.7) | 0.422 | 21 (70.0) | 0.723 |
| Before, not after | 9 (18.8) |  | 3 (10.0) |  |
| After, not before | 5 (10.4) |  | 5 (16.7) |  |
| Both before and after GLP-1 RA | 2 (4.2) |  | 1 (3.3) |  |
| Advanced therapy |  |  |  |  |
| None | 39 (81.3) | ≥0.999 | 28 (93.3) | 0.480 |
| Before, not after | 1 (2.1) |  | 2 (6.7) |  |
| After, not before | 1 (2.1) |  | 0 (0) |  |
| Both before and after GLP-1 RA | 7 (14.6) |  | 0 (0) |  |

**Table 4** Subgroup analysis stratifying male versus female patients at one year after GLP-1 RA initiation

|  | Male ($n=32$) | P-value | Female ($n=48$) |
|---|---|---|---|
| Age (median, IQR) | 67.1 [57.8,72.1] | 0.135 | 61.5 [55.2,66.9] |
| IBD type ($n$, %) |  | 0.619 |  |
| CD | 11 (34.4) |  | 13 (27.1) |
| UC | 21 (65.5) |  | 35 (72.9) |
| IBD duration (median, IQR) | 5.8 [3.5,7.8] | 0.261 | 4.7 [2.8,7.2] |
| Change in BMI (median, IQR) | -1.8 [-2.8,+0.18] | 0.636 | -1.2 [-2.3,+0.58] |
| Adverse events ($n$, %) |  |  |  |
| Systemic corticosteroid |  | ≥0.999 |  |
| None | 20 (62.5) |  | 34 (70.8) |
| Before, not after | 5 (15.6) |  | 7 (14.6) |
| After, not before | 4 (12.5) |  | 6 (12.5) |
| Both before and after GLP-1 RA | 3 (9.4) |  | 1 (2.1) |
| Advanced therapy |  | ≥0.999 |  |
| None | 26 (81.3) |  | 43 (89.6) |
| Before, not after | 2 (6.3) |  | 1 (2.1) |
| After, not before | 1 (3.1) |  | 0 (0) |
| Both before and after GLP-1 RA | 3 (9.4) |  | 4 (8.3) |

significant, reduction in BMI following GLP-1 RA initiation. These findings add to the emerging body of literature supporting the safety of GLP-1 RAs in IBD [27–30], reinforcing their role as a metabolic and weight-loss therapy that does not exacerbate gastrointestinal complications in this patient population.

In part because of their anti-inflammatory properties, GLP-1 RAs were identified via studies in animal models

⚫ Springer

Digestive Diseases and Sciences

**Table 5** Subgroup analysis stratifying patients with UC versus CD at one year after GLP-1 RA initiation

|  | UC (n=56) | P-value | CD (n=24) | P-value |
|---|---|---|---|---|
| Age (median, IQR) | 63.4 [57.9,70.9] |  | 63.0 [54.8,68.9] | 0.537 |
| IBD duration (median, IQR) | 4.8 [3.0,7.3] |  | 5.3 [3.3,7.9] | 0.752 |
| Change in BMI (median, IQR) | -1.4 [-2.9,+0.32] |  | -1.7 [-2.2,-0.02] | 0.296 |
| Adverse events (n, %) |  |  |  |  |
| Systemic corticosteroid |  | ≥0.999 |  | ≥0.999 |
| None | 38 (67.9) |  | 16 (66.7) |  |
| Before, not after | 9 (16.1) |  | 3 (12.5) |  |
| After, not before | 8 (14.3) |  | 2 (8.3) |  |
| Both before and after GLP-1 RA | 1 (1.8) |  | 3 (12.5) |  |
| Advanced therapy |  | ≥0.999 |  | 0.480 |
| None | 50 (89.3) |  | 19 (79.2) |  |
| Before, not after | 1 (1.8) |  | 2 (8.3) |  |
| After, not before | 1 (1.8) |  | 0 (0) |  |
| Both before and after GLP-1 RA | 4 (7.1) |  | 3 (12.5) |  |

**Table 6** Subgroup analysis stratifying patients with a GLP-1 RA indication of type 2 diabetes versus obesity at one year after GLP-1 RA initiation

|  | Type 2 diabetes (n=56) | P-value | Obesity (n=24) | P-value |
|---|---|---|---|---|
| Age (median, IQR) | 64.9 [58.6,73.3] |  | 59.1 [53.3,64.8] | 0.015 |
| IBD duration (median, IQR) | 4.8 [3.2,7.2] |  | 5.9 [2.9,7.9] | 0.482 |
| Change in BMI (median, IQR) | -1.5 [-2.8,+0.26] |  | -1.7 [-2.2,+0.43] | 0.157 |
| GLP-1 RA (n, %) |  |  |  | <0.001 |
| Semaglutide | 26 (46.4) |  | 22 (91.7) |  |
| Dulaglutide | 28 (50.0) |  | 2 (8.3) |  |
| Tirzepatide | 1 (1.8) |  | 0 (0) |  |
| Liraglutide | 1 (1.8) |  | 0 (0) |  |
| Adverse events (n, %) |  |  |  |  |
| Systemic corticosteroid |  | ≥0.999 |  | ≥0.999 |
| None | 39 (69.6) |  | 15 (62.5) |  |
| Before, not after | 7 (12.5) |  | 3 (12.5) |  |
| After, not before | 8 (14.3) |  | 4 (16.7) |  |
| Both before and after GLP-1 RA | 2 (3.6) |  | 2 (8.3) |  |
| Advanced therapy |  | ≥0.999 |  | ≥0.999 |
| None | 49 (87.5) |  | 20 (83.3) |  |
| Before, not after | 1 (1.8) |  | 0 (0) |  |
| After, not before | 2 (3.6) |  | 1 (4.2) |  |
| Both before and after GLP-1 RA | 4 (7.1) |  | 3 (12.5) |  |

as a promising candidate in the treatment of IBD years before their current meteoric rise in popularity. [13, 15] More recently, clinical studies have supported this connection. A large-scale study of US veterans found that GLP-1 RAs, compared to other common antihyperglycemic agents, were associated with a reduced risk of IBD, with a hazard ratio of 0.88 (95% confidence interval: 0.82–0.94) [31]. Similarly, a case report documented complete symptomatic remission of UC with liraglutide therapy, [32] though symptomatic remission alone does not meet current IBD treatment goals as outlined in the STRIDE-II consensus [33].

While these findings are promising, GLP-1 RAs continue to be scrutinized for their side effect profile. Common adverse effects, such as nausea, vomiting, and diarrhea, affect up to half of all users and have led to high discontinuation rates. [17, 19, 20] These gastrointestinal symptoms overlap with those of IBD and have raised concerns about the risk of more serious events, including ileus and bowel obstruction. [18, 21–23] Indeed, one large population-based study reported an increased risk of intestinal obstruction with GLP-1 RA therapy compared to sodium-glucose cotransporter 2 inhibitors [18]. The safety of GLP-1 RAs in patients with IBD in particular remains

Digestive Diseases and Sciences

incompletely understood, though recent studies seem to support their safety in this population. [27–29] A nationwide Danish cohort study by Nielsen et al. found that GLP-1 RA exposure was not associated with an increased risk of ileus or intestinal obstruction in patients with IBD [27], while Levine et al. reported no significant changes in rates of IBD exacerbation, measured as a composite of IBD-related hospitalization, corticosteroid use, medication escalation, or IBD-related surgery [28]. Our findings are consistent with these observations, as we detected no increased risk of serious gastrointestinal adverse events during the first year of GLP-1 RA therapy. Although intestinal obstruction occurs more commonly in CD than in UC [34], and a recent Mendelian randomization study suggested that GLP-1 RA exposure may be associated with an elevated risk of developing UC but not CD, [35] our subgroup analyses did not reveal any differential impact between IBD types.

When stratifying by GLP-1 RA indication, we found that patients taking GLP-1 RAs for obesity were younger and almost exclusively prescribed semaglutide, whereas those treated for type 2 diabetes were older and primarily received semaglutide or dulaglutide, the latter of which is approved by the U.S. Food and Drug Administration only for type 2 diabetes. Tirzepatide, a newer dual glucose-dependent insulinotropic polypeptide (GIP) and GLP-1 RA with superior weight-loss efficacy, [26, 36] was less frequently used in our cohort. This study's modest, non-significant BMI decrease likely reflects a combination of GLP-1 RA selection, diabetes as the predominant indication, and a limited sample size. Because GLP-1 RAs exert dose-dependent effects on both weight reduction and gastrointestinal side effects, [26, 37] future studies should examine whether higher-efficacy agents like tirzepatide yield more substantial weight loss and, if so, whether this correlates with an increased risk of gastrointestinal adverse events.

A major strength of this study is its use of a paired comparison design, which minimizes confounding by comparing outcomes before and after GLP-1 RA exposure within each individual patient. This design, along with consistent findings across both 6- and 12-month follow-up intervals and stratification by type of GLP-1 RA and IBD, reinforces the reliability of our results. Nevertheless, the retrospective nature of the study limited our ability to control for all potential confounders, and our reliance on EHR data precluded comprehensive assessment of IBD activity and severity. A notable limitation is the lack of GLP-1 RA dosage information, which may explain the unexpectedly minimal changes in BMI. It is possible that more pronounced weight loss—reflecting greater GLP-1 RA efficacy—could be associated with both enhanced therapeutic benefits and increased adverse events. Furthermore, the low incidence of adverse events suggests that our cohort may have been relatively

healthy at baseline, and a more severely ill population might reveal different outcomes.

Further research with extended follow-up is needed to evaluate long-term safety beyond one year of exposure, especially as GLP-1 RAs continue to broaden in their range of clinical applications. Prospective studies incorporating detailed clinical, endoscopic, and biomarker data will be essential for clarifying the specific therapeutic role of GLP-1 RAs in IBD management.

In summary, this study found no increased risk of serious gastrointestinal adverse events in patients with IBD receiving GLP-1 RA therapy over a 6- to 12-month period, providing reassuring evidence of its safety in this population.

**Supplementary Information** The online version contains supplementary material available at https://doi.org/10.1007/s10620-025-09344-w.

**Acknowledgments** Data collection was assisted by the Tufts Clinical and Translational Science Institute. The project described was supported by the National Center for Advancing Translational Sciences, National Institutes of Health, Award Number UM1TR004398. The content is solely the responsibility of the authors and does not necessarily represent the official views of the NIH.

**Author Contributions** J.W. and S.F. conceptualized and designed the study. J.W. collected the data and drafted the manuscript. M.A. performed the data analysis. All authors contributed to data interpretation, revised the manuscript, and approved the final version of the manuscript.

**Data Availability** No datasets were generated or analysed during the current study.

## Declarations

**Conflict of Interest** The authors declare no competing interests related to the content of this article.

# References

1. Arvanitakis K, Koufakis T, Popovic D et al. GLP-1 Receptor Agonists in Obese Patients with Inflammatory Bowel Disease: from Molecular Mechanisms to Clinical Considerations and Practical Recommendations for Safe and Effective Use. *Curr Obes Rep.* 2023;12:61–74. https://doi.org/10.1007/s13679-023-00506-3.

2. Singh S, Dulai PS, Zarrinpar A, Ramamoorthy S, Sandborn WJ. Obesity in IBD: epidemiology, pathogenesis, disease course and treatment outcomes. *Nat Rev Gastroenterol Hepatol.* 2017;14:110–121. https://doi.org/10.1038/nrgastro.2016.181.

3. Flores A, Burstein E, Cipher DJ, Feagins LA. Obesity in Inflammatory Bowel Disease: A Marker of Less Severe Disease. *Dig Dis Sci* 2015;60:2436–2445. https://doi.org/10.1007/s10620-015-3629-5.

4. Pringle PL, Stewart KO, Peloquin JM et al. Body Mass Index, Genetic Susceptibility, and Risk of Complications Among Individuals with Crohn's Disease. *Inflamm Bowel Dis.* 2015;21:2304–2310. https://doi.org/10.1097/MIB.0000000000000498.

5. Nic Suibhne T, Raftery TC, McMahon O, Walsh C, O'Morain C, O'Sullivan M. High prevalence of overweight and obesity in adults with Crohn's disease: associations with disease and lifestyle

factors. *J Crohns Colitis.* 2013;7:e241–e248. https://doi.org/10.1016/j.crohns.2012.09.009.

6. Kawai T, Autieri MV, Scalia R. Adipose tissue inflammation and metabolic dysfunction in obesity. *Am J Physiol Cell Physiol* 2021;320:C375–C391. https://doi.org/10.1152/ajpcell.00379.2020.

7. Mahmoud M, Syn WK. Impact of Obesity and Metabolic Syndrome on IBD Outcomes. *Dig Dis Sci* 2024;69:2741–2753. https://doi.org/10.1007/s10620-024-08504-8.

8. Lee YS, Jun HS. Anti-diabetic actions of glucagon-like peptide-1 on pancreatic beta-cells. *Metabolism* 2014;63:9–19. https://doi.org/10.1016/j.metabol.2013.09.010.

9. Koliaki C, Doupis J. Incretin-based therapy: a powerful and promising weapon in the treatment of type 2 diabetes mellitus. *Diabetes Ther* 2011;2:101–121. https://doi.org/10.1007/s13300-011-0002-3.

10. Shah M, Vella A. Effects of GLP-1 on appetite and weight. *Rev Endocr Metab Disord* 2014;15:181–187. https://doi.org/10.1007/s11154-014-9289-5.

11. Zatorski H, Salaga M, Fichna J. Role of glucagon-like peptides in inflammatory bowel diseases-current knowledge and future perspectives. *Naunyn Schmiedebergs Arch Pharmacol* 2019;392:1321–1330. https://doi.org/10.1007/s00210-019-01698-z.

12. Azmy Nabeh O, Ishak Attallah M, El-Sayed El-Gawhary N. The pivotal relation between glucagon-like peptides, NFkappaB and inflammatory bowel disease. *Clin Exp Pharmacol Physiol.* 2020;47:1641–1648. https://doi.org/10.1111/1440-1681.13361.

13. Al-Dwairi A, Alqudah TE, Al-Shboul O, Alqudah M, Mustafa AG, Alfaqih MA. Glucagon-like peptide-1 exerts anti-inflammatory effects on mouse colon smooth muscle cells through the cyclic adenosine monophosphate/nuclear factor-kappaB pathway in vitro. *J Inflamm Res* 2018;11:95–109. https://doi.org/10.2147/JIR.S152835.

14. Hunt JE, Holst JJ, Jeppesen PB, Kissow H. 2021 GLP-1 and Intestinal Diseases. *Biomedicines.* 9(4). https://doi.org/10.3390/biomedicines9040383

15. Schmidt PT, Hartmann B, Bregenholt S, Hoist JJ, Claesson MH. Deficiency of the intestinal growth factor, glucagon-like peptide 2, in the colon of SCID mice with inflammatory bowel disease induced by transplantation of CD4+ T cells. *Scand J Gastroenterol* 2000;35:522–527. https://doi.org/10.1080/003655200750023796.

16. Yusta B, Baggio LL, Koehler J et al. GLP-1R Agonists Modulate Enteric Immune Responses Through the Intestinal Intraepithelial Lymphocyte GLP-1R. *Diabetes* 2015;64:2537–2549. https://doi.org/10.2337/db14-1577.

17. Liu L, Chen J, Wang L, Chen C, Chen L. Association between different GLP-1 receptor agonists and gastrointestinal adverse reactions: A real-world disproportionality study based on FDA adverse event reporting system database. *Front Endocrinol (Lausanne)* 2022;13:1043789. https://doi.org/10.3389/fendo.2022.1043789.

18. Faillie JL, Yin H, Yu OHY et al. Incretin-Based Drugs and Risk of Intestinal Obstruction Among Patients With Type 2 Diabetes. *Clin Pharmacol Ther.* 2022;111:272–282. https://doi.org/10.1002/cpt.2430.

19. Weiss T, Yang L, Carr RD, et al. 2022 Real-world weight change, adherence, and discontinuation among patients with type 2 diabetes initiating glucagon-like peptide-1 receptor agonists in the UK. *BMJ Open Diabetes Res Care* 10(1). https://doi.org/10.1136/bmjdrc-2021-002517

20. Filippatos TD, Panagiotopoulou TV, Elisaf MS. Adverse Effects of GLP-1 Receptor Agonists. *Rev Diabet Stud. Fall-Winter* 2014;11:202–230. https://doi.org/10.1900/RDS.2014.11.202.

21. Wu T, Zhang Y, Shi Y et al. Safety of Glucagon-Like Peptide-1 Receptor Agonists: A Real-World Study Based on the US FDA Adverse Event Reporting System Database. *Clin Drug Investig.* 2022;42:965–975. https://doi.org/10.1007/s40261-022-01202-1.

22. Gudin B, Ladhari C, Robin P et al. Incretin-based drugs and intestinal obstruction: A pharmacovigilance study. *Therapie* 2020;75:641–647. https://doi.org/10.1016/j.therap.2020.02.024.

23. Sodhi M, Rezaeianzadeh R, Kezouh A, Etminan M. Risk of Gastrointestinal Adverse Events Associated With Glucagon-Like Peptide-1 Receptor Agonists for Weight Loss. *JAMA.* 2023;330:1795–1797. https://doi.org/10.1001/jama.2023.19574.

24. Ueda P, Wintzell V, Melbye M et al. Use of DPP4 Inhibitors and GLP-1 Receptor Agonists and Risk of Intestinal Obstruction: Scandinavian Cohort Study. *Clin Gastroenterol Hepatol.* 2024;22:1226-1237 e14. https://doi.org/10.1016/j.cgh.2023.08.034.

25. Alfehaid L, Alyami M, Almohareb S, Alshaya O, Almutairi A. 2025 Evaluating bowel obstruction and ileus events in patients on GLP-1 receptor agonists: a systematic review and meta-analysis. *Expert Opin Drug Saf* 1–9. https://doi.org/10.1080/14740338.2025.2465870

26. Popoviciu MS, Paduraru L, Yahya G, Metwally K, Cavalu S. 2023 Emerging Role of GLP-1 Agonists in Obesity: A Comprehensive Review of Randomised Controlled Trials. *Int J Mol Sci* 24(13). https://doi.org/10.3390/ijms241310449

27. Nielsen J, Friedman S, Norgard BM, Knudsen T, Kjeldsen J, Wod M. Glucagon-Like Peptide 1 Receptor Agonists Are Not Associated With an Increased Risk of Ileus or Intestinal Obstruction in Patients with Inflammatory Bowel Disease-A Danish Nationwide Cohort Study. *Inflamm Bowel Dis.* 2024. https://doi.org/10.1093/ibd/izae276.

28. Levine I, Sekhri S, Schreiber-Stainthorp W et al. GLP-1 Receptor Agonists Confer No Increased Rates of IBD Exacerbation Among Patients With IBD. *Inflamm Bowel Dis.* 2025;31:467–475. https://doi.org/10.1093/ibd/izae250.

29. Anderson SR, Ayoub M, Coats S, McHenry S, Tan T, Deepak P. Safety and Effectiveness of Glucagon-like Peptide-1 Receptor Agonists in Inflammatory Bowel Disease. *Am J Gastroenterol.* 2024. https://doi.org/10.14309/ajg.0000000000003208.

30. Villumsen M, Schelde AB, Jimenez-Solem E, Jess T, Allin KH. GLP-1 based therapies and disease course of inflammatory bowel disease. *EClinicalMedicine.* 2021;37:100979. https://doi.org/10.1016/j.eclinm.2021.100979.

31. Xie Y, Choi T, Al-Aly Z. Mapping the effectiveness and risks of GLP-1 receptor agonists. *Nat Med.* 2025. https://doi.org/10.1038/s41591-024-03412-w.

32. Lourie J. 2019 A Novel Use of Liraglutide: Induction of Partial Remission in Ulcerative Colitis and Ankylosing Spondylitis. *Clinical Medical Reviews and Case Reports.* 6(8). https://doi.org/10.23937/2378-3656/1410281

33. Turner D, Ricciuto A, Lewis A et al. STRIDE-II: An Update on the Selecting Therapeutic Targets in Inflammatory Bowel Disease (STRIDE) Initiative of the International Organization for the Study of IBD (IOIBD): Determining Therapeutic Goals for Treat-to-Target strategies in IBD. *Gastroenterology.* 2021;160:1570–1583. https://doi.org/10.1053/j.gastro.2020.12.031.

34. Goldstone RN, Steinhagen RM. Abdominal Emergencies in Inflammatory Bowel Disease. *Surg Clin North Am* 2019;99:1141–1150. https://doi.org/10.1016/j.suc.2019.08.007.

35. Yang Y, Liu W, Zhang Z et al. Exploring glucagon-like peptide-1 receptor agonists as potential disease-modifying agents in autoimmune diseases. *J Autoimmun* 2025;153:103414. https://doi.org/10.1016/j.jaut.2025.103414.

36. Frias JP, Davies MJ, Rosenstock J et al. Tirzepatide versus Semaglutide Once Weekly in Patients with Type 2 Diabetes. *N Engl J Med* 2021;385:503–515. https://doi.org/10.1056/NEJMoa2107519.

Digestive Diseases and Sciences

37. Gorgojo-Martinez JJ, Mezquita-Raya P, Carretero-Gomez J, et al. 2022 Clinical Recommendations to Manage Gastrointestinal Adverse Events in Patients Treated with Glp-1 Receptor Agonists: A Multidisciplinary Expert Consensus. *J Clin Med.* 12(1). https://doi.org/10.3390/jcm12010145

**Publisher's Note** Springer Nature remains neutral with regard to jurisdictional claims in published maps and institutional affiliations.

Springer Nature or its licensor (e.g. a society or other partner) holds exclusive rights to this article under a publishing agreement with the author(s) or other rightsholder(s); author self-archiving of the accepted manuscript version of this article is solely governed by the terms of such publishing agreement and applicable law.

🕭 Springer