# EXHIBIT 115D

Received: 11 August 2023 | Revised: 18 January 2024 | Accepted: 22 January 2024

DOI: 10.1111/obr.13725

 Check for updates

# REVIEW

OBESITY Reviews    WILEY

# Weight reduction and the risk of gallbladder and biliary disease: A systematic review and meta-analysis of randomized clinical trials

Wenjia Yang[1] | Han Wu[1] | Xiaoling Cai[1] | Chu Lin[1] | Yingying Luo[1] | Suiyuan Hu[1] | Zonglin Li[1] | Ruoyang Jiao[1] | Shuzhen Bai[1] | Geling Liu[2] | Xiaolin Yang[2] | Linong Ji[1]

[1]Department of Endocrinology and Metabolism, Peking University People's Hospital, Beijing, China

[2]Department of Endocrinology and Metabolism (Section 1), Tangshan Gongren Hospital, Tangshan, Hebei, China

**Correspondence**
Xiaoling Cai, MD, and Linong Ji, MD, Department of Endocrinology and Metabolism, Peking University People's Hospital, No. 11, Xizhimen South Street, Xicheng District, Beijing 100044, China.
Email: dr_junel@sina.com; jiln@bjmu.edu.cn

**Funding information**
Beijing Municipal Natural Science Foundation, Grant/Award Number: 7202216; National Natural Science Foundation of China, Grant/Award Numbers: 81903711, 81970698, 81970708

## Summary

In this meta-analysis, we aim to evaluate the risk of gallbladder and biliary disease of weight management strategies and investigate the association between weight reduction and risk of gallbladder or biliary disease. Randomized controlled trials (RCTs) with a duration of at least 12 weeks that compare antiobesity medications (AOMs) with placebo or bariatric surgery with less intensive weight management strategy were concluded. Weight management strategy was associated with a significant increased risk of gallbladder or biliary disease (OR 1.361, 95% CI 1.147 to 1.614, $P < 0.001$, $I^2 = 3.5\%$), cholelithiasis, cholecystitis, and cholecystectomy compared with placebo or controls. The increased risk of gallbladder or biliary disease was observed both in pharmacotherapies subgroup and bariatric surgery subgroup. With regards of specific pharmacotherapies, an increased risk of gallbladder or biliary disease was observed in trials with glucagon-like peptide 1 receptor agonist (GLP-1 RA) treatments. In addition, trials with indication of obesity and overweight treatment and trials with higher doses showed significant higher risk of gallbladder or biliary disease compared with placebo or controls. In conclusion, weight management strategy was associated with an increased risk of gallbladder or biliary disease when compared with placebo or control groups.

**KEYWORDS**
gallbladder or biliary disease, meta-analysis, weight management

## 1 | INTRODUCTION

The prevalence of obesity and overweight has increased dramatically in recent decades worldwide. In 2020, the number of people with overweight or obesity has reached 2.6 billion, accounting for 38% of the world's population.[1] Obesity or overweight can lead to the development of a variety of comorbidities, including cardiovascular disease, type 2 diabetes mellitus, nonalcoholic fatty liver disease, and cancer.[2,3] This issue has grown to epidemic proportions, with over 4 million people dying each year as a result of being overweight or obese in 2017 according to the global burden of disease.[4]

Previous studies have demonstrated that a weight loss of >5% could significantly lower comorbidities in patients with obesity,[5,6]

**Abbreviations:** AOM, antiobesity medication; CI, confidence interval; GCCR, glucagon receptor; GIP, glucose-dependent insulinotropic polypeptide; GLP-1 RA, glucagon-like peptide 1 receptor agonist; OR, odd ratio; RCT, randomized controlled trial; SD, standard deviation; WMD, weighted mean difference.

Wenjia Yang and Han Wu contributed equally to this work and share first authorship.

    © 2024 World Obesity Federation.    **1**

This article is protected by copyright and is provided by the University of Wisconsin-Madison under license from John Wiley & Sons. All rights reserved.

leading to constant emergence of obesity treatment acting on different targets. Consequently, comprehensive understanding of the benefit–risk profiles of different weight management strategies is of great significance. Among the side effects of concern, risk of gallbladder-related disease and bile duct disease is increasingly attracting attention. In a large population-based study involving 71,369 patients, an increased risk of bile duct and gallbladder disease with the use of glucagon-like peptide 1 receptor agonists (GLP-1 RAs) was observed.[7] In a randomized clinical trial (RCT), high-dose GLP-1 RA for weight loss was also found to be associated with an increased risk of gallbladder-related events when compared with the placebo group, including cholelithiasis, cholecystitis, and cholecystectomies.[8] Furthermore, a recent meta-analysis of 76 RCTs revealed that the use of GLP-1 RAs was associated with an increased risk of bile duct and gallbladder disease.[9] As an essential strategy for the treatment in the morbidly obese in addition to pharmacotherapies, bariatric surgery was also found to be associated with increased risk of gallbladder and bile duct disease.[10]

As mentioned above, the higher rate of gallbladder and bile duct disorders was mainly observed in the treatment with GLP-1 analogs and bariatric surgery. There is a lack of comprehensive assessment regarding the risk of gallbladder and bile duct events focusing on different weight management strategies. Whether the increased risk of gallbladder disorders is an effect specifically related with GLP-1 analogs and bariatric surgery or an effect generally related with weight reduction has not been established. In this context, we conducted this systematic review and meta-analysis to thoroughly evaluate the risk of gallbladder or biliary disease of weight management strategies and investigate the association between weight reduction and risk of gallbladder or biliary disease.

## 2 | METHODS

The Preferred Reporting Items for Systematic Reviews and Meta-Analyses statement was used to conduct this meta-analysis.[11] The study protocol is available in the International Prospective Register of Systematic Reviews (registration No. CRD42023420918).

### 2.1 | Data sources and searches

Systematic searches were conducted in PubMed, Medline, Embase, the Cochrane Center Register of Controlled Trials for Studies, and Clinicaltrial.gov last updated on April 1, 2023. Two investigators (HW and WY) independently searched for clinical trials aiming at weight management treatment. The search strategy details are provided in Table S1.

### 2.2 | Study selection

The criteria for including studies in this meta-analysis were as follows: (1) (i) RCTs comparing different antiobesity medications (AOMs) with placebo, including GLP-1 RAs, dual glucose-dependent insulinotropic polypeptide (GIP) and GLP-1 RAs, GLP-1 and glucagon receptor (GCGR) dual-agonist, orlistat, lorcaserin, naltrexone–bupropion, phentermine–topiramate, and bimagrumab; or (ii) RCTs comparing bariatric surgery with other strategy resulting in significant difference of weight change between groups; (2) studies with duration ≥12 weeks; (3) the availability of both of the following outcome data: body weight change from baseline and number of gallbladder and biliary disease events.

### 2.3 | Outcome measures

In this meta-analysis, the primary outcome was the composite outcome of gallbladder or biliary disease, including all gallbladder- and biliary-related events. The secondary outcomes were cholecystectomy, cholecystitis, cholelithiasis, biliary disease, and bile duct or gallbladder cancer. In the sensitivity analysis, we evaluated associations with gallbladder or biliary diseases of the following subcategories: (1) AOMs and bariatric surgery, (2) different AOMs, (3) GLP-1-related treatments, including GLP-1 RAs, GLP-1/GCGR dual-agonists and dual GIP/GLP-1 RAs, and non-GLP-1-related treatments, including orlistat, lorcaserin, naltrexone–bupropion, phentermine–topiramate, and bimagrumab, (4) weight management therapies of different indications, including obesity and overweight, and type 2 diabetes with/without obesity or overweight, (5) AOMs of lower and higher doses: low doses of AOMs were defined as: liraglutide < 1.8 mg per day, subcutaneous semaglutide < 1.0 mg per week, oral semaglutide < 7.0 mg per day, dulaglutide < 1.5 mg per week, albiglutide < 50 mg per week, efpeglenatide < 4 mg per week, tirzepatide < 5 mg per week, orlistat < 360 mg per day, naltrexone–bupropion < 16 mg/360 mg per day, phentermine–topiramate < 15 mg/92 mg per day; high doses of AOMs were defined as: liraglutide ≥ 1.8 mg per day, subcutaneous semaglutide ≥ 1.0 mg per week, oral semaglutide ≥ 7.0 mg per day, dulaglutide ≥ 1.5 mg per week, albiglutide ≥ 50 mg per week, efpeglenatide ≥ 4 mg per week, tirzepatide ≥ 5 mg per week, orlistat ≥ 360 mg per day, naltrexone–bupropion ≥ 16 mg/360 mg per day, phentermine–topiramate ≥ 15 mg/92 mg per day. Studies with lixisenatide, exenatide, mazdutide, and BI456906 were not included in the dose subgroup analysis.

### 2.4 | Data extraction and quality assessments

We removed the duplicates and screened the remaining articles at the title and abstract level according to the predetermined inclusion and exclusion criteria for possible inclusions. The process of search and selection was performed by two independent blinded investigators (HW and WY). If either investigator considered a study potentially eligible, we further obtained and screened the full text. We invited a third investigator (CL) to join the discussion and resolved discrepancies by consensus.

Two investigators (SH and ZL) independently performed the data extraction from each publication using a standardized form: publication data, baseline characteristics of the study population (sample size, gender proportion, age, body mass index [BMI], baseline body weight), duration of follow-up, incidence of gallbladder and biliary disease, changes of body weight from baseline to study end point, and description of the weight management group and control group. Disagreements or discrepancies were resolved by discussion between the two investigators and a third investigator (XC).

Two investigators (RJ and SB) independently assessed the quality of each included studies using version 2 of the Cochrane risk-of-bias tool for randomized trials (RoB2).[12] Each study is judged on five items: randomization process, deviations from the intended interventions, missing data, measurement of the outcome, and selection of the reported result. The Grading of Recommendations, Assessment, Development, and Evaluation (GRADE) approach was used to assess the quality of evidence for the primary outcome. The level of evidence was classified as high, moderate, low, or very low by reference to risk of bias, inconsistency between studies, indirectness, imprecision, and publication bias.[13]

## 2.5 | Data synthesis and analysis

In this meta-analysis, weighted mean differences (WMDs) and 95% confidence intervals (CIs) were calculated for continuous measures. We used mean changes from baseline and standard deviations (SDs) extracted from published data when reported. We calculated mean changes from baseline by subtracting baseline means from outcome means and calculated change SDs from baseline by using methods outlined in the Cochrane Handbook when authors reported results as measures before and after intervention.[12] When SDs were missing, we estimated them from standard errors or CIs. Odd ratios (ORs) and 95% CI were calculated for odds of gallbladder and biliary disease. Meta-regression analysis was performed to evaluate the association between change in body weight and risk of gallbladder or biliary disease. A $P$ value < 0.05 was considered statistically significant.

Between-study heterogeneity was assessed using the $Q$ test and $I^2$ statistic, with significance set at $P < 0.05$. Heterogeneity was considered low, moderate, substantial, or considerable for estimated $I^2$ value of 0%–40%, 30%–60%, 50%–90%, and 75%–100%, respectively. The random-effect model was used in this meta-analysis. Funnel plot was used to assess publication bias. Statistical analyses were conducted with Review Manager, version 5.4 (Nordic Cochrane Centre, Copenhagen, Denmark) and STATA statistical software package, version 17 (Stata Corp, College Station, TX, USA).

## 3 | RESULTS

In total, 65 studies were included in this meta-analysis, among which 37 RCTs with treatment of GLP-1 RAs, two RCTs with treatment of GLP-1/GCGR dual-agonist, five RCTs with treatment of orlistat, five RCTs with treatment of phentermine and topiramate, one RCTs with treatment of dual GIP/GLP-1 RA, two RCTs with treatment of naltrexone–bupropion, one RCT with treatment of bimagrumab, and 12 RCTs with bariatric surgery procedures, respectively (Figure 1). The baseline characteristics and risk of bias evaluation for the included studies were summarized in Tables S2 and S3. Funnel plots showed even distributions (Figure S1). The overall risk of bias was low (Figure S2).

## 3.1 | Risk of gallbladder or biliary disease

### 3.1.1 | Overall risk of gallbladder or biliary disease

Overall, weight management strategy was associated with a significant increased risk of gallbladder or biliary disease (OR 1.361, 95% CI 1.147 to 1.614, $P < 0.001$, $I^2 = 3.5\%$) compared with placebo or control groups. Meanwhile, weight management strategy was associated with a significant increased risk of cholelithiasis (OR 1.299, 95% CI 1.023 to 1.650, $P = 0.032$, $I^2 = 0.0\%$), cholecystitis (OR 1.414, 95% CI 1.091 to 1.833, $P = 0.009$, $I^2 = 0.0\%$), and cholecystectomy (OR 2.101, 95% CI 1.036 to 4.260, $P = 0.040$, $I^2 = 4.0\%$) compared with placebo or control groups. There was no increase in the risk of biliary disease (OR 1.572, 95% CI 0.907 to 2.723, $P = 0.107$, $I^2 = 0.0\%$) or bile duct and gallbladder cancer (OR 0.643, 95% CI 0.299 to 1.387, $P = 0.260$, $I^2 = 0.0\%$) compared with placebo or control groups (Figure 2). The GRADE level of evidence was moderate (risk of gallbladder or biliary disease, cholelithiasis, biliary disease, and bile duct and gallbladder cancer) and high (risk of cholecystitis, cholecystectomy) (Table S4).

### 3.1.2 | Specific weight management strategy and gallbladder or biliary disease

*AOM and bariatric surgery*
When we combined all the RCTs of AOMs as a whole, a significant increased risk of gallbladder or biliary disease (OR 1.312, 95% CI 1.125 to 1.531, $P = 0.001$, $I^2 = 0.1\%$), cholelithiasis (OR 1.295, 95% CI 1.013 to 1.657, $P = 0.039$, $I^2 = 0.0\%$), and cholecystitis (OR 1.397, 95% CI 1.076 to 1.813, $P = 0.012$, $I^2 = 0.0\%$) was observed when compared with placebo groups (Figure 3).

As for RCTs of bariatric surgery, only significant increased risk of gallbladder or biliary disease (OR 2.612, 95% CI 1.300 to 5.246, $P = 0.007$, $I^2 = 3.4\%$) was observed compared with control groups (Figure 3).

*Different AOMs*
In the RCTs of pharmacotherapies, GLP-1 RA treatment (OR 1.386, 95% CI 1.106 to 1.736, $P = 0.005$, $I^2 = 10.6\%$) was associated with significant increased risk of gallbladder or biliary disease compared with placebo, while dual GIP/GLP-1 RA and GLP-1/GCGR dual-agonist (OR 0.639, 95% CI 0.188 to 2.178, $P = 0.474$, $I^2 = 0.0\%$),



**FIGURE 1**    Flow diagram of included studies.

| | OR | 95%CI | | | P | $I^2$ |
|---|---|---|---|---|---|---|
| Gallbladder or biliary disease | 1.361 | 1.147 | 1.614 | | <0.001 | 3.5 |
| Cholelithiasis | 1.299 | 1.023 | 1.65 | | 0.032 | 0 |
| Cholecystitis | 1.414 | 1.091 | 1.833 | | 0.009 | 0 |
| Biliary disease | 1.572 | 0.907 | 2.723 | | 0.107 | 0 |
| Cholecystectomy | 2.101 | 1.036 | 4.26 | | 0.04 | 4 |
| Bile duct and gallbladder cancer | 0.643 | 0.299 | 1.387 | | 0.26 | 0 |

**FIGURE 2**    Overall risk of gallbladder or biliary disease.

orlistat treatment (OR 0.797, 95% CI 0.483 to 1.313, $P = 0.372$, $I^2 = 0.0\%$), and phentermine–topiramate treatment (OR 3.062, 95% CI 0.937 to 10.010, $P = 0.064$, $I^2 = 0.0\%$) showed similar risk of gallbladder or biliary disease compared with placebo (Figure 3).

*GLP-1-related and non-GLP-1-related treatments*
In the RCTs of pharmacotherapies, GLP-1-related weight management strategies (including GLP-1 RAs, dual GIP/GLP-1 RA, and GLP-1/GCGR dual-agonist treatments) showed significant increased risk of gallbladder or biliary disease (OR 1.370, 95% CI 1.123 to 1.672, $P = 0.002$, $I^2 = 4.5\%$) compared with placebo. Non-GLP-1-related treatments showed similar risk of gallbladder or biliary disease (OR 1.031, 95% CI 0.703 to 1.511, $P = 0.877$, $I^2 = 0.0\%$) compared with placebo (Figure 3).

*AOMs with different doses*
In the RCTs of pharmacotherapies, higher doses of AOMs treatment was associated with significant increased risk of gallbladder or biliary disease (OR 1.45, 95% CI 1.171 to 1.797, $P = 0.001$, $I^2 = 7.3\%$) and cholecystitis (OR 1.584, 95% CI 1.129 to 2.222, $P = 0.008$, $I^2 = 0.0\%$) compared with placebo. Lower doses of AOMs treatment showed similar risk of gallbladder or biliary disease with placebo (Figure 3).

### 3.1.3  |  Weight management therapies of different indications

The use of treatments for obesity and overweight management showed a significant increased risk of gallbladder or biliary disease

OBESITY Reviews —WILEY— 5



**FIGURE 3** Risk of gallbladder or biliary disease with different weight loss therapy categories.

(OR 1.900, 95% CI 1.479 to 2.441, $P < 0.001$, $I^2 = 0.0\%$), while for the treatments with indication of diabetes, no significant differences in the risk of gallbladder or biliary disease was observed (OR 1.127, 95% CI 0.937 to 1.357, $P = 0.205$, $I^2 = 0.0\%$) (Figure 3).

## 3.2 | Weigh reduction

### 3.2.1 | Overall weight reduction

Compared with placebo or control groups, the included weight management strategy led to significant greater weight reduction from baseline (WMD $= -4.639$ kg, 95% CI $-5.181$ to $-4.204$, $P < 0.001$, $I^2 = 97.2\%$) (Figure 4).

### 3.2.2 | Specific weight management strategy

*AOM and bariatric surgery*

Compared with the placebo group, weight management pharmacotherapies resulted in $-3.984$ kg (95% CI $-4.467$ to $-3.500$, $P < 0.001$, $I^2 = 97.3\%$) weight change. When compared with the control group, bariatric surgery resulted in $-14.880$ kg (95% CI $-18.926$ to $-10.834$, $P < 0.001$, $I^2 = 93.9\%$) weight change (Figure 4).



**FIGURE 4** Weight reduction with different therapies.

*Different AOMs*

Regarding weight management pharmacotherapies, GLP-1 RA treatment resulted in −3.670 kg (95% CI −4.291 to −3.049, P < 0.001, $I^2$ = 97.5%) weight change when compared with placebo. Dual GIP/GLP-1 RA and GLP-1/GCR treatment resulted in −5.733 kg (95% CI −6.997 to −4.459, P < 0.001, $I^2$ = 74.0%) weight change when compared with placebo. Orlistat and phentermine–topiramate treatments were also associated with significant weight reduction when compared with placebo (WMD = −1.835 kg, 95% CI −2.039 to −1.630, P < 0.001, $I^2$ = 13.4%; WMD = −7.135 kg, 95% CI −9.704 to −4.566, P < 0.001, $I^2$ = 94.5%, respectively) (Figure 4).

*GLP-1-related and non-GLP-1-related treatments*

Compared with the placebo group, GLP-1-related pharmacotherapies, including GLP-1 RA, dual GIP/GLP-1 RA, and GLP-1/GCR treatment, resulted in −3.884 kg (95% CI −4.480 to −3.287, P < 0.001, $I^2$ = 97.3%) weight change. When combined non-GLP-1-related pharmacotherapies as a whole, including orlistat, phentermine–topiramate, naltrexone bupropion, and bimagrumab, significant weight reduction was also observed (WMD = −4.588 kg, 95% CI −5.545 to −3.631, P < 0.001, $I^2$ = 97.3%) when compared with placebo (Figure 4).

*AOMs with different doses*

In the RCTs of pharmacotherapies, higher doses of AOMs treatment resulted in −5.002 kg compared with the placebo group (95% CI −5.719 to −4.286, P < 0.001, $I^2$ = 97.8%), while lower doses of AOMs treatment resulted in −3.031 kg compared with the placebo group (95% CI −3.795 to −2.267, P < 0.001, $I^2$ = 91.2%).

### 3.2.3 | Weight management therapies of different indications

For indication of obesity and overweight, weight management strategies resulted in −6.678 kg (95% CI −7.617 to −5.738, P < 0.001, $I^2$ = 98.1%) weight change compared with placebo or control groups. With indication of diabetes, glucose-lowering therapies resulted in −3.263 kg (95% CI −3.735 to −2.791, P < 0.001, $I^2$ = 94.3%) weight change compared with placebo or control groups (Figure 4).

### 3.3 | Association between weight reduction and gallbladder or biliary disease

### 3.3.1 | Overall association between weight reduction and gallbladder or biliary disease

According to the results of meta-regression analyses, a greater weight reduction difference between weight management therapies and placebo or control groups was significantly associated with the risk of gallbladder or biliary disease ($\beta$ = −0.070, 95% CI −0.109 to −0.032, P < 0.001) (Figure 5) and the risk of cholelithiasis ($\beta$ = −0.053, 95% CI −0.104 to −0.002, P = 0.041). Weight reduction difference between weight management therapies and placebo or control groups was not associated with risks of cholecystectomy, bile duct and gallbladder cancer, biliary disease, or cholecystitis (Table S4).

### 3.3.2 | Specific weight management strategy and gallbladder or biliary disease

*AOM and bariatric surgery*

Among the included weight management strategies, a greater weight reduction difference between pharmacotherapies and placebo was significantly associated with the risk of gallbladder or biliary disease ($\beta$ = −0.121, 95% CI −0.194 to −0.047, P = 0.002) and the risk of cholelithiasis ($\beta$ = −0.116, 95% CI −0.196 to −0.036, P = 0.006), while weight reduction difference between bariatric surgery and control groups was not associated with significant increased risk of gallbladder or biliary disease ($\beta$ = −0.047, 95% CI −0.130 to 0.035, P = 0.236) (Table S5).

**FIGURE 5** Meta-regression analysis of the association between weight reduction and the risk of gallbladder or biliary disease.



### Different AOMs

Regarding weight management pharmacotherapies, a greater weight reduction difference between GLP-1 RA treatment and placebo was significantly associated with the risk of gallbladder or biliary disease ($\beta = -0.112$, 95% CI $-0.197$ to $-0.026$, $P = 0.011$) and cholelithiasis ($\beta = -0.208$, 95% CI $-0.208$ to $-0.038$, $P = 0.006$). The weight reduction difference between dual GIP/GLP-1 RA, GLP-1/GCGR dual-agonist treatment, and placebo was not associated with significant increased risk of gallbladder or biliary disease ($\beta = -0.288$, 95% CI $-1.359$ to $0.783$, $P = 0.520$). In RCTs with treatment of orlistat or phentermine–topiramate, the weight reduction difference between medication group and placebo group was not associated with significant increased risk of gallbladder or biliary disease either ([$\beta = -0.317$, 95% CI $-1.535$ to $0.902$, $P = 0.511$], [$\beta = -0.089$, 95% CI $-0.719$ to $0.542$, $P = 0.716$], respectively) (Table S5).

### GLP-1-related and non-GLP-1-related treatments

As for the pharmacotherapies, a greater weight reduction difference between GLP-1-related treatment (including GLP-1 RAs, dual GIP/GLP-1 RA and GLP-1/GCGR dual-agonist treatments) and placebo was significantly associated with the risk of gallbladder or biliary disease ($\beta = -0.105$, 95% CI $-0.189$ to $-0.021$, $P = 0.015$) and the risk of cholelithiasis ($\beta = -0.126$, 95% CI $-0.210$ to $-0.042$, $P = 0.004$). A greater weight reduction difference between non-GLP-1-related treatment and placebo was also significantly associated with the risk of gallbladder or biliary disease ($\beta = -0.214$, 95% CI $-0.414$ to $-0.014$, $P = 0.038$) (Table S5).

### AOMs with different doses

According to the results of meta-regression analyses, a greater weight reduction difference between higher doses of AOMs and placebo was significantly associated with the risk of gallbladder or biliary disease

($\beta = -0.112$, 95% CI $-0.196$ to $-0.037$, $P = 0.005$) and the risk of cholelithiasis ($\beta = -0.124$, 95% CI $-0.211$ to $-0.038$, $P = 0.006$). Weight reduction difference between lower doses of AOMs and placebo was not associated with significant increased risk of gallbladder or biliary disease ($\beta = -0.184$, 95% CI $-0.551$ to $0.184$, $P = 0.305$) (Table S5).

### 3.3.3 | Weight management therapies of different indications

Results of meta-regression indicated that the weight reduction difference between treatment with indication of obesity and overweight and placebo or control groups was significantly associated with the risk of gallbladder or biliary disease ($\beta = -0.074$, 95% CI $-0.131$ to $-0.016$, $P = 0.014$), while the weight reduction difference between treatment with indication of diabetes and placebo or control groups was not associated with significant increased risk of gallbladder or biliary disease ($\beta = -0.477$, 95% CI $-0.103$ to $0.007$, $P = 0.089$) (Table S5).

## 4 | DISCUSSION

According to our meta-analysis, intensive weight management strategies were associated with increased risk of gallbladder or biliary disease composite outcome, cholelithiasis, cholecystitis, and cholecystectomy when compared with placebo or control groups. The increased risk was observed both in RCTs evaluating pharmacotherapies and RCTs focusing on bariatric surgery, which was mainly driven by GLP-1 RAs. The risk of the composite outcome was increased in RCTs of participants receiving treatment with higher doses of AOMs

and with indication of obesity and overweight. In addition, a greater weight reduction difference between weight management strategy and placebo or control groups was significantly associated with the risk of gallbladder or biliary disease. The significant association was observed in trials of patients receiving pharmacotherapies, especially with higher doses of AOMs, and treated for weight management.

Previously, several studies have explored the association between GLP-1 RA use and the risk of gallbladder or biliary disease. In 2017, a meta-analysis assessing the safety of GLP-1 RA found that therapy with GLP-1 RAs was associated with an increased risk of cholelithiasis.[14] An updated meta-analysis of RCTs further confirmed this conclusion.[10] Subsequently, He et al. conducted a more comprehensive meta-analysis focusing on the gallbladder or biliary disease composite outcome.[9] Unfortunately, the exploration was limited to studies specifically evaluating GLP-1 RA treatment. Whether the observed increased risk was GLP-1 RA treatment related or weight reduction related remained unknown. In response to this knowledge gap, we conducted this first meta-analysis assessing the association between weight management strategy and risk of gallbladder or biliary disease. Multiple underlying mechanisms might be implicated in the increased risk. First, cholesterol is transferred from the fatty tissue and excreted in the bile, resulting in an increased bile-cholesterol saturation index.[15,16] Additionally, weight loss results in a reduction in the secretion of cholecystokinin, leading to decreased gallbladder motility and delayed gallbladder emptying, which also contributes to cholesterol crystal formation and gallstone development.[17]

In the sensitivity analysis, a significant increased risk of composite outcome was observed in GLP-1-related therapies in this meta-analysis, which was mainly driven by the effect of GLP-1 RA. Meanwhile, the meta-regression analysis indicated that weight reduction difference between GLP-1 RA treatment and placebo groups was positively associated with the risk of gallbladder or biliary disease. The results were consistent with previous studies.[9,14,15] In addition to the weight loss effect of GLP-1 analogs, independent mechanisms with the use of GLP-1 analogs may also contribute to the increased risk of gallbladder and biliary disease. Experimental studies demonstrated that the postprandial FGF19 and GLP-2 concentrations were decreased and postprandial cholecystokinin was increased with GLP-1 analog use, which may result in delayed postprandial gallbladder refilling.[18] Cholangiocytes are susceptible to GLP-1 and respond with increased proliferation and functional activity, which may increase the risk of duct obstruction.[19,20] These findings all provided strong evidence for the association between GLP-1 RA treatment and gallbladder and biliary disease adverse effect. In this regard, the risk of gallbladder or biliary disease should be fully considered when prescribing GLP-1 RA treatment, especially for the patients with previous disease history. In the sensitivity analysis regarding different AOM doses, higher risk of gallbladder or biliary diseases was found in RCTs with higher doses of AOM treatment. A similar result was observed in a previous meta-analysis focusing on GLP-1 analogs.[9] These findings suggested that the potential increased risk of gallbladder or biliary disease should be taken into account when incremental dose is prescribed.

The anatomical change after gastric bypass—duodenal exclusion—have been proven to be associated with decreased gallbladder motility secondary to reduced reflex secretion of cholecystokinin.[16] Although an increased risk of gallbladder or biliary disease was also found with bariatric surgery procedure, meta-regression analysis did not reveal significant association between weight reduction and increased risk. Similarly, a previous meta-analysis that included cohort studies and case-control studies also found that the level of postoperative total weight loss was not a risk factor for cholelithiasis after bariatric surgery.[21] However, we should interpret the result with caution. There was high heterogeneity among the included studies. Multiple factors might contribute to the high heterogeneity, such as surgical procedure and the use of ursodeoxycholic acid before procedure. On account of the small number of eligible included studies, further subgroup analysis could not provide convincing results. In addition, few included studies provided the exact proportion of ursodeoxycholic acid use. Also, the significant weight reduction resulted from bariatric surgery might reach a plateau so that the risk of gallbladder or biliary did not increase further. As a result, linear association could not be observed. More studies reporting gallbladder- or biliary-related events with bariatric surgery procedure are still needed to further test the association. Physicians should fully evaluate the risk before performing, because the anatomical and functional changes brought on by bariatric surgery make the management of gallbladder and bile duct disease more challenging.

For other non-GLP-1-related weight management pharmacotherapies, the risk of gallbladder or biliary disease was similar with placebo, and no significant association between weight reduction and increased risk was observed. Except for orlistat, phentermine–topiramate and naltrexone–bupropion are medications mainly acting on the central nervous system. Does targeting different levels of weight reduction result in different adverse effects on gallbladder or biliary disease? Does the direct effect on the digestive system lead to a stronger impact, demonstrating a significant association? Based on the current limited evidence, the answer for the above question was not available. In addition, results from this meta-analysis demonstrated a relatively high OR value with AOMs such as phentermine–topiramate treatment, indicating a lack of statistically significance. It is possible that the association might be significant with more eligible included studies. To resolve this issue, more studies focusing on non-GLP-1-related weight management pharmacotherapies with adequate reports of gallbladder or biliary disease and studies exploring the possible association from the perspective of underlying mechanisms are expected.

The risk of gallbladder or biliary disease was higher in trials with intention of weight management than of diabetes treatment. Meanwhile, significant association between weight reduction and increased risk was only observed in trials with intention of weight reduction. Most of the RCTs for diabetes treatment were GLP-1 RA-related strategies. The possible explanation for this difference might be that the participants in trials with intention of weight management usually use higher doses than the trials focusing on diabetes treatment used. Higher doses and more intensive weight reduction might lead to a

higher risk of gallbladder or biliary disease. Given that, the balance of benefit and risk should be of concern for these patients, especially for those with a higher risk of developing gallbladder or biliary disease and those with a high risk of an unfavorable prognosis.

Our meta-analysis has some limitations. First, although we attempted to collect gallbladder or biliary disease events in different weight management strategies, the number of eligible studies was limited, especially trials with respect to non-GLP-1-related pharmacotherapy and bariatric surgery. In addition, we combined data from trials that varied in intervention duration, baseline characteristics, and doses of medications, which might result in heterogeneity to the meta-analysis. Moreover, parts of the included studies did not provide definite diagnostic criteria or prescription of gallbladder- or bile duct-related events. To overcome this limitation, we used a random-effects model and performed multiple sensitivity analyses to minimize heterogeneity. Diet and exercise are fundamental strategies in weight management. However, we did not analyze the association between weight reduction brought on by lifestyle intervention and the risk of gallbladder or biliary diseases in the current meta-analysis, which needs future research to elucidate.

## 5 | CONCLUSIONS

In conclusion, the current meta-analysis indicated that the weight management strategy was associated with an increased risk of gallbladder or biliary disease composite outcome, cholelithiasis, cholecystitis, and cholecystectomy when compared with placebo or control groups. The weight reduction difference between weight management strategy and placebo or control group was significantly associated with the risk of gallbladder or biliary disease. Future trials regarding weight management should adequately provide data of gallbladder- or bile duct-related events and further investigate the underlying mechanism. In clinical practice, the risk of gallbladder and biliary disease should be fully considered, especially in patients receiving GLP-1 RA treatment or bariatric surgery for weight management.

## AUTHOR CONTRIBUTIONS

Linong Ji and Xiaoling Cai designed the study. Han Wu, Suiyuan Hu, Zonglin Li, Ruoyang Jiao, and Shuzhen Bai conducted the data collection. Wenjia Yang, Xiaoling Cai, Chu Lin, Geling Liu, Xiaolin Yang, and Yingying Luo conducted the statistical analysis. Wenjia Yang drafted the manuscript.

## ACKNOWLEDGMENTS

The authors would like to thank all the doctors, nurses, and technicians for their work during the study at Department of Endocrinology and Metabolism, Peking University People's Hospital.

## CONFLICT OF INTEREST STATEMENT

All the authors declare no conflicts of interest.

## DATA AVAILABILITY STATEMENT

The data generated and/or analyzed during the current study are available from the corresponding author upon reasonable request.

## ORCID

*Wenjia Yang* https://orcid.org/0000-0003-0610-5121
*Xiaoling Cai* https://orcid.org/0000-0002-7881-0543
*Chu Lin* https://orcid.org/0000-0002-2365-9831

## REFERENCES

1. World Obesity Federation. 2023. World Obesity Atlas. https://data.worldobesity.org/publications/?cat=19. Accessed 5th June 2023.
2. Guh DP, Zhang W, Bansback N, Amarsi Z, Birmingham CL, Anis AH. The incidence of co-morbidities related to obesity and overweight: a systematic review and meta-analysis. *BMC Public Health*. 2009;9(1):88. doi:10.1186/1471-2458-9-88
3. Pi-Sunyer X. The medical risks of obesity. *Postgrad Med*. 2009;121(6):21-33. doi:10.3810/pgm.2009.11.2074
4. World Health Organization. Obesity and overweight. 2023. https://www.who.int/health-topics/obesity#tab=tab_1. Accessed 5th June 2023.
5. The Look AHEAD Research Group. Eight-year weight losses with an intensive lifestyle intervention: the look AHEAD study. *Obesity (Silver Spring, Md)*. 2014;22(1):5-13. doi:10.1002/oby.20662
6. Wing RR, Lang W, Wadden TA, et al. Benefits of modest weight loss in improving cardiovascular risk factors in overweight and obese individuals with type 2 diabetes. *Diabetes Care*. 2011;34(7):1481-1486. doi:10.2337/dc10-2415
7. Faillie JL, Yu OH, Yin H, Hillaire-Buys D, Barkun A, Azoulay L. Association of bile duct and gallbladder diseases with the use of incretin-based drugs in patients with type 2 diabetes mellitus. *JAMA Intern Med*. 2016;176(10):1474-1481. doi:10.1001/jamainternmed.2016.1531
8. Pi-Sunyer X, Astrup A, Fujioka K, et al. A randomized, controlled trial of 3.0mg of liraglutide in weight management. *N Engl J Med*. 2015;373(1):11-22. doi:10.1056/NEJMoa1411892
9. He L, Wang J, Ping F, et al. Association of glucagon-like peptide-1 receptor agonist use with risk of gallbladder and biliary diseases: a systematic review and meta-analysis of randomized clinical trials. *JAMA Intern Med*. 2022;182(5):513-519. doi:10.1001/jamainternmed.2022.0338
10. Leyva-Alvizo A, Arredondo-Saldaña G, Leal-Isla-Flores V, et al. Systematic review of management of gallbladder disease in patients undergoing minimally invasive bariatric surgery. *Surg Obes Relat Dis*. 2020;16(1):158-164. doi:10.1016/j.soard.2019.10.016
11. Moher D, Liberati A, Tetzlaff J, Altman DG. Preferred reporting items for systematic reviews and meta-analyses: the PRISMA statement. *BMJ*. 2009;339(jul21 1):b2535. doi:10.1136/bmj.b2535
12. Higgins J, Thomas J (Eds). *Cochrane Handbook for Systematic Reviews of Interventions*. Cochrane; 2023. Version 6.4, 2023 [updated August 2023]. www.training.cochrane.org/handbook
13. Guyatt GH, Oxman AD, Vist GE, et al. GRADE: an emerging consensus on rating quality of evidence and strength of recommendations. *BMJ*. 2008;336:924-926.
14. Monami M, Nreu B, Scatena A, et al. Safety issues with glucagon-like peptide-1 receptor agonists (pancreatitis, pancreatic cancer and cholelithiasis): data from randomized controlled trials. *Diabetes Obes Metab*. 2017;19(9):1233-1241. doi:10.1111/dom.12926
15. Nreu B, Dicembrini I, Tinti F, Mannucci E, Monami M. Cholelithiasis in patients treated with glucagon-like peptide-1 receptor: an updated meta-analysis of randomized controlled trials. *Diabetes Res Clin Pract*. 2020;161:108087. doi:10.1016/j.diabres.2020.108087

16. Gustafsson U, Benthin L, Granström L, Groen AK, Sahlin S, Einarsson C. Changes in gallbladder bile composition and crystal detection time in morbidly obese subjects after bariatric surgery. *Hepatology*. 2005;41(6):1322-1328. doi:10.1002/hep.20686

17. Chearskul S, Delbridge E, Shulkes A, Proietto J, Kriketos A. Effect of weight loss and ketosis on postprandial cholecystokinin and free fatty acid concentrations. *Am J Clin Nutr*. 2008;87(5):1238-1246. doi:10.1093/ajcn/87.5.1238

18. Nerild HH, Brønden A, Gether IM, et al. Liraglutide changes postprandial responses of gut hormones involved in the regulation of gallbladder motility. *Diabetes Obes Metab*. 2023;25(6):1632-1637. doi:10.1111/dom.15017

19. Marzioni M, Alpini G, Saccomanno S, et al. Glucagon-like peptide-1 and its receptor agonist exendin-4 modulate cholangiocyte adaptive response to cholestasis. *Gastroenterology*. 2007;133(1):244-255. doi:10.1053/j.gastro.2007.04.007

20. Marzioni M, Alpini G, Saccomanno S, et al. Exendin-4, a glucagon-like peptide 1 receptor agonist, protects cholangiocytes from apoptosis. *Gut*. 2009;58(7):990-997. doi:10.1136/gut.2008.150870

21. Dai Y, Luo B, Li W. Incidence and risk factors for cholelithiasis after bariatric surgery: a systematic review and meta-analysis. *Lipids Health Dis*. 2023;11(1):5. doi:10.1186/s12944-023-01774-7

## SUPPORTING INFORMATION

Additional supporting information can be found online in the Supporting Information section at the end of this article.

**How to cite this article:** Yang W, Wu H, Cai X, et al. Weight reduction and the risk of gallbladder and biliary disease: A systematic review and meta-analysis of randomized clinical trials. *Obesity Reviews*. 2024;1-10. doi:10.1111/obr.13725