# EXHIBIT 144D



**U.S. FOOD & DRUG**
ADMINISTRATION

NDA 213051/S-020
NDA 213051/S-021

**SUPPLEMENT APPROVAL**

Novo Nordisk Inc.
Attention: Jigisha Varia
Director, Regulatory Affairs
P.O Box 846
800 Scudders Mill Road
Plainsboro, NJ 08536

Dear Jigisha Varia:

Please refer to your supplemental new drug applications (sNDAs) dated and received February 9 and June 6, 2024, and your amendments, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act (FDCA) for Rybelsus (semaglutide) tablets.

These Prior Approval sNDAs provide for the following:

S-020: Addition of Rybelsus formulation R2, new recommended dosage for formulation R2, and recommendations for switching between formulation R1 and R2. S-020 also provides for addition of a new drug product manufacturing site, Novo Nordisk Pharmaceutical Industries, Durham, North Carolina, (FEI: 3016799712) with a change in the drug product manufacturing process to use a hybrid continuous manufacturing process.

S-021: Revisions to subsection 8.2 *Lactation* of the Prescribing Information (PI) to include relevant results of trial NN9924-4669, entitled, *A trial investigating semaglutide and SNAC concentrations in breastmilk following administration of multiple doses of oral semaglutide in healthy, lactating females*.

This trial was conducted to address the following postmarketing requirement (PMR) established in the September 20, 2019, Approval letter.

> 3692-3    Conduct a milk-only lactation study in lactating women who have received Rybelsus (semaglutide) tablets therapeutically to assess concentrations of semaglutide and salcaprozate sodium (SNAC) in breast milk using a validated assay

During review of these supplements, editorial revisions were made to subsection 5.2 *Acute Pancreatitis* of the PI to improve clarity, "Severe Gastrointestinal Adverse Reactions" warning was added to section 5.6 WARNINGS AND PRECAUTIONS of the PI to align with the labeling for other glucagon-like peptide-1 (GLP-1) receptor agonists,

Reference ID: 5492467

NDA 213051/S-020
NDA 213051/S-021
Page 2

and "dysesthesia" and "alopecia" were added to subsection 6.1 *Clinical Trials Experience* of the PI.

The Medication Guide was also revised to reflect corresponding changes in the PI.

## APPROVAL & LABELING

We have completed our review of this application, as amended. It is approved, effective on the date of this letter, for use as recommended in the enclosed agreed-upon labeling with minor editorial revisions listed below and reflected in the enclosed labeling.

- Margin marks added to the PI to reflect Recent Major Changes
- Formatting of the Recent Major Changes section in the Highlights of the PI

## WAIVER OF ½ PAGE LENGTH REQUIREMENT FOR HIGHLIGHTS

Please note that we have previously granted a waiver of the requirements of 21 CFR 201.57(d)(8) regarding the length of Highlights of Prescribing Information.

## CONTENT OF LABELING

As soon as possible, but no later than 14 days from the date of this letter, submit the content of labeling [21 CFR 314.50(l)] in structured product labeling (SPL) format using the FDA automated drug registration and listing system (eLIST), as described at FDA.gov.[1] Content of labeling must be identical to the enclosed labeling (text for the Prescribing Information and Medication Guide), with the addition of any labeling changes in pending "Changes Being Effected" (CBE) supplements, as well as annual reportable changes not included in the enclosed labeling.

Information on submitting SPL files using eList may be found in the guidance for industry *SPL Standard for Content of Labeling Technical Qs and As*.[2]

The SPL will be accessible from publicly available labeling repositories.

Also within 14 days, amend all pending supplemental applications that include labeling changes for this NDA, including CBE supplements for which FDA has not yet issued an action letter, with the content of labeling [21 CFR 314.50(l)(1)(i)] in Microsoft Word format, that includes the changes approved in this supplemental application, as well as annual reportable changes. To facilitate review of your submission(s), provide a highlighted or marked-up copy that shows all changes, as well as a clean Microsoft

---

[1] http://www.fda.gov/ForIndustry/DataStandards/StructuredProductLabeling/default.htm
[2] We update guidances periodically. For the most recent version of a guidance, check the FDA Guidance Documents Database https://www.fda.gov/RegulatoryInformation/Guidances/default.htm.

**U.S. Food and Drug Administration**
Silver Spring, MD 20993
www.fda.gov

Reference ID: 5492467

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only          Novo_GLP_MDL_RYB_NDA_001247572

NDA 213051/S-020
NDA 213051/S-021
Page 3

Word version. The marked-up copy should provide appropriate annotations, including supplement number(s) and annual report date(s).

## CARTON AND CONTAINER LABELING

Submit final printed carton and container labeling that are identical to the enclosed carton and container labeling, as soon as they are available, but no more than 30 days after they are printed. Please submit these labeling electronically according to the guidance for industry Providing Regulatory Submissions in Electronic Format — Certain Human Pharmaceutical Product Applications and Related Submissions Using the eCTD Specifications. For administrative purposes, designate this submission "**Final Printed Carton and Container Labeling for approved NDA 213051/S-020**." Approval of this submission by FDA is not required before the labeling is used.

## REQUIRED PEDIATRIC ASSESSMENTS

Under the Pediatric Research Equity Act (PREA) (21 U.S.C. 355c), all applications for new active ingredients (which includes new salts and new fixed combinations), new indications, new dosage forms, new dosing regimens, or new routes of administration are required to contain an assessment of the safety and effectiveness of the product for the claimed indication in pediatric patients unless this requirement is waived, deferred, or inapplicable.

The following information was originally conveyed in the approval letter for NDA 213051, dated September 20, 2019, and is relied upon to satisfy the requirements of PREA for S-020. A new PMR set number was assigned for administrative purposes.

We are waiving the pediatric study requirement for ages 0 through 9 years (inclusive) because necessary studies are impossible or highly impracticable. This is because there are too few children in this age range with type 2 diabetes mellitus to study.

We are deferring submission of your pediatric study for ages 10 to 17 years (inclusive) for this application because this product is ready for approval for use in adults and the pediatric study has not been completed.

Your deferred pediatric study required under section 505B(a) of the FDCA is a required postmarketing study. The status of this postmarketing study must be reported annually according to 21 CFR 314.81 and section 505B(a)(3)(C) of the FDCA. This required study is listed below.

4766-1    Conduct a 52-week, randomized, double-blind, placebo-controlled parallel group study of the safety and efficacy of Rybelsus (semaglutide) tablets for the treatment of type 2 diabetes mellitus in pediatric patients ages 10

**U.S. Food and Drug Administration**
Silver Spring, MD 20993
www.fda.gov

Reference ID: 5492467

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only          Novo_GLP_MDL_RYB_NDA_001247573

NDA 213051/S-020
NDA 213051/S-021
Page 4

to 17 years (inclusive). Background therapy will consist of either metformin, insulin, or metformin plus insulin.

Draft Protocol Submission: November 2019
Final Protocol Submission: May 2020
Study Completion: December 2026
Final Report Submission: June 2027

## PROMOTIONAL MATERIALS

You may request advisory comments on proposed introductory advertising and promotional labeling. For  information about submitting promotional materials, see the final guidance for industry *Providing Regulatory Submissions in Electronic and Non-Electronic Format-Promotional Labeling and Advertising Materials for Human Prescription Drugs.*[3]

You must submit final promotional materials and Prescribing Information, accompanied by a Form FDA 2253, at the time of initial dissemination or publication [21 CFR 314.81(b)(3)(i)]. Form FDA 2253 is available at FDA.gov.[4] Information and Instructions for completing the form can be found at FDA.gov.[5]

All promotional materials that include representations about your drug product must be promptly revised to be consistent with the labeling changes approved in this supplement, including any new safety- related information [21 CFR 314.70(a)(4)]. The revisions in your promotional materials should include prominent disclosure of the important new safety-related information that appears in the revised labeling. Within 7 days of receipt of this letter, submit your statement of intent to comply with 21 CFR 314.70(a)(4).

## PATENT LISTING REQUIREMENTS

Pursuant to 21 CFR 314.53(d)(2) and 314.70(f), certain changes to an approved NDA submitted in a supplement require you to submit patent information for listing in the Orange Book upon approval of the supplement.  You must submit the patent information required by 21 CFR 314.53(d)(2)(i)(A) through (C) and 314.53(d)(2)(ii)(A) and (C), as applicable, to FDA on Form FDA 3542 within 30 days after the date of approval of the supplement for the patent information to be timely filed (see 21 CFR 314.53(c)(2)(ii)).  You also must ensure that any changes to your approved NDA that require the submission of a request to remove patent information from the Orange Book

---

[3] For the most recent version of a guidance, check the FDA guidance web page at https://www.fda.gov/media/128163/download.
[4] http://www.fda.gov/downloads/AboutFDA/ReportsManualsForms/Forms/UCM083570.pdf
[5] http://www.fda.gov/downloads/AboutFDA/ReportsManualsForms/Forms/UCM375154.pdf

**U.S. Food and Drug Administration**
Silver Spring, MD 20993
www.fda.gov

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only    Novo_GLP_MDL_RYB_NDA_001247574

NDA 213051/S-020
NDA 213051/S-021
Page 5

are submitted to FDA at the time of approval of the supplement pursuant to 21 CFR 314.53(d)(2)(ii)(B) and 314.53(f)(2)(iv).

## REPORTING REQUIREMENTS

We remind you that you must comply with reporting requirements for an approved NDA (21 CFR 314.80 and 314.81).

If you have any questions, contact Lindsey Kelly, Regulatory Project Manager, at 301-837-7654 or Lindsey.Kelly@fda.hhs.gov.

Sincerely,

*{See appended electronic signature page}*

Patrick Archdeacon, M.D.
Deputy Director
Division of Diabetes, Lipid Disorders, and Obesity
Office of Cardiology, Hematology, Endocrinology, and Nephrology
Office of New Drugs
Center for Drug Evaluation and Research

ENCLOSURES:
- Content of Labeling
  - Prescribing Information
  - Medication Guide
- Carton and Container Labeling

**U.S. Food and Drug Administration**
Silver Spring, MD 20993
www.fda.gov

Reference ID: 5492467

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only                Novo_GLP_MDL_RYB_NDA_001247575

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to use RYBELSUS® safely and effectively. See full prescribing information for RYBELSUS.**

**RYBELSUS (semaglutide) tablets, for oral use**
**Initial U.S. Approval: 2017**

---

**WARNING: RISK OF THYROID C-CELL TUMORS**
*See full prescribing information for complete boxed warning.*

- **In rodents, semaglutide causes thyroid C-cell tumors. It is unknown whether RYBELSUS causes thyroid C-cell tumors, including medullary thyroid carcinoma (MTC), in humans as the human relevance of semaglutide-induced rodent thyroid C-cell tumors has not been determined (5.1, 13.1).**
- **RYBELSUS is contraindicated in patients with a personal or family history of MTC or in patients with Multiple Endocrine Neoplasia syndrome type 2 (MEN 2). Counsel patients regarding the potential risk of MTC and symptoms of thyroid tumors (4, 5.1).**

---

------------------------------RECENT MAJOR CHANGES------------------------------
Warnings and Precautions, Pulmonary Aspiration During General Anesthesia or Deep Sedation (5.9) .....................................11/2024
Warning and Precautions, Severe Gastrointestinal Adverse Reactions (5.6) .............................................................................12/2024
Dosage and Administration, Overview of RYBELUS formulations (2.1), Recommended Dosage (2.3), Switching Patients between OZEMPIC and RYBELSUS (2.4) ...............................................................12/2024

------------------------------INDICATIONS AND USAGE------------------------------
RYBELSUS is a glucagon-like peptide-1 (GLP-1) receptor agonist indicated as an adjunct to diet and exercise to improve glycemic control in adults with type 2 diabetes mellitus (1).

Limitations of Use
- Not for treatment of type 1 diabetes mellitus (1).

------------------------------DOSAGE AND ADMINISTRATION------------------------------
- There are two RYBELSUS formulations (i.e., formulation R1 and formulation R2) with different recommended dosages (2.1)
  - These formulations are not substitutable on a mg per mg basis
  - Use either formulation but do not use both formulations at the same time.
- Take RYBELSUS on an empty stomach in the morning with water (up to 4 ounces of water); do not take with other liquids besides water. (2.2)
- After taking RYBELSUS, wait at least 30 minutes before eating food, drinking beverages, or taking other oral medications. (2.2).
- Swallow tablets whole. Do not split, crush, or chew tablets (2.2).
- See the Full Prescribing Information for instructions on switching from OZEMPIC to RYBELSUS and switching between the two different RYBELSUS formulations (2.4).

Recommended Dosage of Starting, Escalation, and Maintenance Dosage of RYBELSUS Formulations R1 and R2 (2.3)
*RYBELSUS (formulation R1)* (2.3)
- Day 1 to 30: Recommended starting dosage is 3 mg orally once daily for 30 days (this dosage is not effective for glycemic control)
- Days 31to 60: Increase the dosage to 7 mg orally once daily.
- On Day 61 or thereafter, if: (2.3)
  - No additional glycemic control is needed, maintain the dosage at 7 mg orally once daily.
  - Additional glycemic control is needed, increase the dosage to 14 mg orally once daily.

*RYBELSUS (formulation R2)* (2.3)
- Day 1 to 30: Recommended starting dosage is 1.5 mg orally once daily for 30 days (this dosage is not effective for glycemic control).
- Days 31to 60: Increase the dosage to 4 mg orally once daily.
- On Day 61 or thereafter, if: (2.3)
  - No additional glycemic control is needed, maintain the dosage at 4 mg orally once daily.
  - Additional glycemic control is needed, increase the dosage to 9 mg orally once daily.

------------------------------DOSAGE FORMS AND STRENGTHS------------------------------
- Tablets (formulation R1): 3 mg, 7 mg and 14 mg (3).
- Tablets (formulation R2): 1.5 mg, 4 mg and 9 mg (3).

------------------------------CONTRAINDICATIONS------------------------------
- Personal or family history of MTC or in patients with MEN-2 syndrome type 2 (4).
- Prior serious hypersensitivity reaction to semaglutide or any of the excipients in RYBELSUS (4).

------------------------------WARNINGS AND PRECAUTIONS------------------------------
- *Acute Pancreatitis*: Has been observed in patients treated with GLP-1 receptor agonists, including RYBELSUS. Discontinue promptly if pancreatitis is suspected. (5.2).
- *Diabetic Retinopathy Complications*: Has been reported in a cardiovascular outcomes trial with semaglutide injection. Patients with a history of diabetic retinopathy should be monitored (5.3).
- *Hypoglycemia with Concomitant of Insulin Secretagogues or Insulin:* May increase the risk of hypoglycemia, including severe hypoglycemia. Reducing the dosage of insulin secretagogue or insulin may be necessary (5.4).
- *Acute Kidney Injury*: Monitor renal function in patients with renal impairment reporting severe adverse gastrointestinal reactions (5.5).
- *Severe Gastrointestinal Adverse Reactions:* Use of RYBELSUS has been associated with gastrointestinal adverse reactions, sometimes severe. RYBELSUS is not recommended in patients with severe gastroparesis. (5.6).
- *Hypersensitivity Reactions*: Serious hypersensitivity reactions (e.g., anaphylaxis and angioedema) have been reported. Discontinue RYBELSUS if hypersensitivity reactions occur and monitor until signs and symptoms resolve (5.7).
- *Acute Gallbladder Disease:* If cholelithiasis or cholecystitis are suspected, gallbladder studies are indicated (5.8).
- *Pulmonary Aspiration During General Anesthesia or Deep Sedation*: Has been reported in patients receiving GLP-1 receptor agonists undergoing elective surgeries or procedures. Instruct patients to inform healthcare providers of any planned surgeries or procedures. (5.9).

------------------------------ADVERSE REACTIONS------------------------------
Most common adverse reactions (incidence $\geq 5\%$) are nausea, abdominal pain, diarrhea, decreased appetite, vomiting and constipation (6.1).

**To report SUSPECTED ADVERSE REACTIONS, contact Novo Nordisk Inc., at 1-833-457-7455 or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.**

------------------------------DRUG INTERACTIONS------------------------------
*Oral Medications:* RYBELSUS delays gastric emptying. Consider increased clinical or laboratory monitoring when co-administered with other oral medications that have a narrow therapeutic index or that require clinical monitoring. (7.2).

------------------------------USE IN SPECIFIC POPULATIONS------------------------------
- *Pregnancy*: See *Pregnancy* subsection (8.1).
- *Lactation*: Breastfeeding not recommended (8.2).
- *Females and Males of Reproductive Potential*: Discontinue RYBELSUS in women at least 2 months before a planned pregnancy due to the long washout period for semaglutide (8.3).

**See 17 for PATIENT COUNSELING INFORMATION and Medication Guide.**

**Revised: 12/2024**

Reference ID: 5492467

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only          Novo_GLP_MDL_RYB_NDA_001247576

**FULL PRESCRIBING INFORMATION: CONTENTS\***
**WARNING: RISK OF THYROID C-CELL TUMORS**

**1    INDICATIONS AND USAGE**
**2    DOSAGE AND ADMINISTRATION**
    2.1    Overview of RYBELUS formulations
    2.2    Important Administration Instructions
    2.3    Recommended Starting, Escalation, and Maintenance
           Dosage of RYBELSUS Formulation R1 and R2
    2.4    Switching Between RYBELSUS (Formulations R1 or R2) or
           from OZEMPIC to RYBELSUS
**3    DOSAGE FORMS AND STRENGTHS**
**4    CONTRAINDICATIONS**
**5    WARNINGS AND PRECAUTIONS**
    5.1    Risk of Thyroid C-Cell Tumors
    5.2    Acute Pancreatitis
    5.3    Diabetic Retinopathy Complications
    5.4    Hypoglycemia with Concomitant Use of Insulin
           Secretagogues or Insulin
    5.5    Acute Kidney Injury
    5.6    Severe Gastrointestinal Adverse Reactions
    5.7    Hypersensitivity Reactions
    5.8    Acute Gallbladder Disease
    5.9    Pulmonary Aspiration During General Anesthesia or Deep
           Sedation
**6    ADVERSE REACTIONS**
    6.1    Clinical Trials Experience
    6.2    Postmarketing Experience
**7    DRUG INTERACTIONS**
    7.1    Concomitant Use with an Insulin Secretagogue (e.g.,
           Sulfonylurea) or with Insulin
    7.2    Oral Medications
**8    USE IN SPECIFIC POPULATIONS**
    8.1    Pregnancy
    8.2    Lactation
    8.3    Females and Males of Reproductive Potential
    8.4    Pediatric Use
    8.5    Geriatric Use
    8.6    Renal Impairment
    8.7    Hepatic Impairment
**10   OVERDOSAGE**
**11   DESCRIPTION**
**12   CLINICAL PHARMACOLOGY**
    12.1   Mechanism of Action
    12.2   Pharmacodynamics
    12.3   Pharmacokinetics
    12.6   Immunogenicity
**13   NONCLINICAL TOXICOLOGY**
    13.1   Carcinogenesis, Mutagenesis, Impairment of Fertility
    13.2   Animal Toxicology and/or Pharmacology
**14   CLINICAL STUDIES**
    14.1   Overview of Clinical Studies
    14.2   Monotherapy Use of RYBELSUS in Patients with Type 2 Diabetes
           Mellitus
    14.3   Combination Therapy Use of RYBELSUS in Patients with Type 2
           Diabetes Mellitus
    14.4   Cardiovascular Outcomes Trial in Patients with Type 2 Diabetes
           Mellitus and Cardiovascular Disease
**16   HOW SUPPLIED/STORAGE AND HANDLING**
**17   PATIENT COUNSELING INFORMATION**

\*Sections or subsections omitted from the full prescribing information are not listed.

Reference ID: 5492467

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only          Novo_GLP_MDL_RYB_NDA_001247577

**FULL PRESCRIBING INFORMATION**

---

### WARNING:  RISK OF THYROID C-CELL TUMORS

- **In rodents, semaglutide causes dose-dependent and treatment-duration-dependent thyroid C-cell tumors at clinically relevant exposures. It is unknown whether RYBELSUS causes thyroid C-cell tumors, including medullary thyroid carcinoma (MTC), in humans as human relevance of semaglutide-induced rodent thyroid C-cell tumors has not been determined *[see Warnings and Precautions (5.1) and Nonclinical Toxicology (13.1)]*.**
- **RYBELSUS is contraindicated in patients with a personal or family history of MTC or in patients with Multiple Endocrine Neoplasia syndrome type 2 (MEN 2) *[see Contraindications (4)]*. Counsel patients regarding the potential risk for MTC with the use of RYBELSUS and inform them of symptoms of thyroid tumors (e.g. a mass in the neck, dysphagia, dyspnea, persistent hoarseness). Routine monitoring of serum calcitonin or using thyroid ultrasound is of uncertain value for early detection of MTC in patients treated with RYBELSUS *[see Contraindications (4) and Warnings and Precautions (5.1)]*.**

---

## 1 INDICATIONS AND USAGE

RYBELSUS is indicated as an adjunct to diet and exercise to improve glycemic control in adults with type 2 diabetes mellitus.

Limitations of Use

RYBELSUS is not indicated for use in patients with type 1 diabetes mellitus.

## 2 DOSAGE AND ADMINISTRATION

### 2.1  Overview of RYBELSUS Formulations

- There are two RYBELSUS formulations (i.e., formulation R1 and formulation R2) with different recommended dosages. Refer to recommendations on how to switch from one formulation to another formulation *[see Dosage and Administration (2.3, 2.4)]*.
  - o  RYBELSUS (formulation R1) includes strengths 3 mg, 7 mg, and 14 mg.
  - o  RYBELSUS (formulation R2) includes strengths 1.5 mg, 4 mg, and 9 mg.
- These formulations are not substitutable on a mg per mg basis.
- Use either RYBELSUS formulation R1or formulation R2; do not use both formulations at the same time.
- Do not take more than one tablet per day.

### 2.2  Important Administration Instructions

- Take RYBELSUS on an empty stomach in the morning with water (up to 4 ounces of water). Do not take RYBELSUS with other liquids besides water.
- After taking RYBELSUS, wait at least 30 minutes before eating food, drinking beverages, or taking other oral medications *[see Clinical Pharmacology (12.3)]*.
- Swallow tablets whole. Do not split crush, or chew.
- If a dose is missed, skip the missed dose, and take the next dose the following day.

### 2.3 Recommended Starting, Escalation, and Maintenance Dosage of RYBELSUS Formulations R1 and R2

RYBELSUS (formulation R1)

RYBELSUS (formulation R1) includes the following strengths:  3 mg, 7 mg, and 14 mg.

Recommend the following RYBELSUS (formulation R1) dosage to reduce the risk of gastrointestinal adverse reactions *[see Warnings and Precautions (5.6), see Adverse Reactions (6.1)]*:

Reference ID: 5492467

- *Starting Dosage (Initiation Phase) (Days 1 to 30):* The recommended starting dosage is 3 mg orally once daily (this dosage is not effective for glycemic control).
- *Escalation and Maintenance Dosage (Days 31 and beyond):*
  - Days 31 to 60: Increase the dosage to 7 mg orally once daily.
  - On Day 61 or thereafter, if:
    - No additional glycemic control is needed, maintain the dosage at 7 mg orally once daily.
    - Additional glycemic control is needed, increase the dosage to 14 mg orally once daily.

RYBELSUS (formulation R2)

RYBELSUS (formulation R2) includes the following strengths: 1.5 mg, 4 mg, and 9 mg.

Recommend the following RYBELSUS (formulation R2) dosage to reduce the risk of gastrointestinal adverse reactions *[see Warnings and Precautions (5.6), Adverse Reactions (6.1)]*:

- *Starting Dosage (Initiation Phase) (Days 1 through 30):* The recommended starting dosage is 1.5 mg orally once daily (this dosage is not effective for glycemic control).
- *Escalation and Maintenance Dosage (Days 31 and beyond):*
  - Days 31 to 60: Increase the dosage to 4 mg orally once daily.
  - On Day 61 or thereafter, if:
    - No additional glycemic control is needed maintain the dosage at 4 mg orally once daily.
    - Additional glycemic control is needed increase the dosage to 9 mg orally once daily.

**2.4 Switching Between RYBELSUS (Formulations R1 or R2) or from OZEMPIC to RYBELSUS**

Switching Between RYBELSUS Formulations

- Do not switch between RYBELSUS formulations during the initiation phase (Days 1-30) *[see Dosage and Administration (2.3)]*.
- After 30 days of RYBELSUS treatment (after the initiation phase) *[see Dosage and Administration (2.3)]*, patients may switch between RYBELSUS formulations (see Table 1).
- When switching between the formulations, initiate the other RYBELSUS formulation the day after discontinuing the previous RYBELSUS formulation.

**Table 1. Switching Between Escalation or Maintenance Dosage of RYBELSUS Formulations**

| RYBELSUS (formulation R1) * | RYBELSUS (formulation R2) * |
|---|---|
| 7 mg orally once daily | 4 mg orally once daily |
| 14 mg orally once daily | 9 mg orally once daily |

*Discontinue this formulation and initiate the alternate formulation the day after

Switching from OZEMPIC to RYBELSUS (formulation R1) or RYBELSUS (formulation R2)

*Switching from OZEMPIC to RYBELSUS (formulation R1)*

- One week after discontinuing 0.5 mg of subcutaneous OZEMPIC, start 7 mg or 14 mg of RYBELSUS (formulation R1) orally once daily.
- Switching recommendations for patients taking Ozempic 0.25 mg, 1 mg, or 2 mg subcutaneously once weekly to RYBELSUS (formulation R1) are not available.

*Switching from OZEMPIC to RYBELSUS (formulation R2)*

- One week after discontinuing 0.5 mg of subcutaneous OZEMPIC, start 4 mg or 9 mg of RYBELSUS (formulation R2) orally once daily.

Reference ID: 5492467

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only          Novo_GLP_MDL_RYB_NDA_001247579

- Switching recommendations for patients taking Ozempic 0.25 mg, 1 mg, or 2 mg subcutaneously once weekly to RYBELSUS (formulation R2) are not available.

## 3 DOSAGE FORMS AND STRENGTHS

RYBELSUS (semaglutide) tablets (formulation R1) are available as:

3 mg: white to light yellow, oval shaped debossed with "3" on one side and "novo" on the other side.
7 mg: white to light yellow, oval shaped debossed with "7" on one side and "novo" on the other side.
14 mg: white to light yellow, oval shaped debossed with "14" on one side and "novo" on the other side.

RYBELSUS (semaglutide) tablets (formulation R2) are available as:

- 1.5 mg: white to light yellow, round shaped debossed with "1.5" on one side and "novo" on the other side.
- 4 mg: white to light yellow, round shaped debossed with "4" on one side and "novo" on the other side.
- 9 mg: white to light yellow, round shaped debossed with "9" on one side and "novo" on the other side.

## 4 CONTRAINDICATIONS

RYBELSUS is contraindicated in patients with:

- A personal or family history of medullary thyroid carcinoma (MTC) or in patients with Multiple Endocrine Neoplasia syndrome type 2 (MEN 2) *[see Warnings and Precautions (5.1)]*.
- A prior serious hypersensitivity reaction to semaglutide or to any of the excipients in RYBELSUS. Serious hypersensitivity reactions including anaphylaxis and angioedema have been reported with RYBELSUS *[see Warnings and Precautions (5.7)]*.

## 5 WARNINGS AND PRECAUTIONS

### 5.1 Risk of Thyroid C-Cell Tumors

In mice and rats, semaglutide caused a dose-dependent and treatment-duration-dependent increase in the incidence of thyroid C-cell tumors (adenomas and carcinomas) after lifetime exposure at clinically relevant plasma exposures *[see Nonclinical Toxicology (13.1)]*. It is unknown whether RYBELSUS causes thyroid C-cell tumors, including medullary thyroid carcinoma (MTC), in humans as human relevance of semaglutide-induced rodent thyroid C-cell tumors has not been determined.

Cases of MTC in patients treated with liraglutide, another GLP-1 receptor agonist, have been reported in the postmarketing period; the data in these reports are insufficient to establish or exclude a causal relationship between MTC and GLP-1 receptor agonist use in humans.

RYBELSUS is contraindicated in patients with a personal or family history of MTC or in patients with MEN 2. Counsel patients regarding the potential risk for MTC with the use of RYBELSUS and inform them of symptoms of thyroid tumors (e.g., a mass in the neck, dysphagia, dyspnea, persistent hoarseness).

Routine monitoring of serum calcitonin or using thyroid ultrasound is of uncertain value for early detection of MTC in patients treated with RYBELSUS. Such monitoring may increase the risk of unnecessary procedures, due to the low test specificity for serum calcitonin and a high background incidence of thyroid disease. Significantly elevated serum calcitonin value may indicate MTC and patients with MTC usually have calcitonin values >50 ng/L. If serum calcitonin is measured and found to be elevated, the patient should be further evaluated. Patients with thyroid nodules noted on physical examination or neck imaging should also be further evaluated.

Reference ID: 5492467

**5.2 Acute Pancreatitis**

Acute pancreatitis, including fatal and non-fatal hemorrhagic or necrotizing pancreatitis, has been observed in patients treated with GLP-1 receptor agonists, including RYBELSUS *[see Adverse Reactions (6.1)]*.

After initiation of RYBELSUS, observe patients carefully for signs and symptoms of pancreatitis (including persistent severe abdominal pain, sometimes radiating to the back and which may or may not be accompanied by vomiting). If pancreatitis is suspected, discontinue RYBELSUS and initiate appropriate management.

**5.3 Diabetic Retinopathy Complications**

In a pooled analysis of glycemic control trials with RYBELSUS, patients reported diabetic retinopathy related adverse reactions during the trial (4.2% with RYBELSUS and 3.8% with comparator) *[see Adverse Reactions (6.1)]*.

In a 2-year cardiovascular outcomes trial with semaglutide injection involving patients with type 2 diabetes mellitus and high cardiovascular risk, diabetic retinopathy complications (which was a 4-component adjudicated endpoint) occurred in patients treated with semaglutide injection (3%) compared to placebo (1.8%). The absolute risk increase for diabetic retinopathy complications was larger among patients with a history of diabetic retinopathy at baseline (semaglutide injection 8.2%, placebo 5.2%) than among patients without a known history of diabetic retinopathy (semaglutide injection 0.7%, placebo 0.4%).

Rapid improvement in glucose control has been associated with a temporary worsening of diabetic retinopathy. The effect of long-term glycemic control with semaglutide on diabetic retinopathy complications has not been studied. Patients with a history of diabetic retinopathy should be monitored for progression of diabetic retinopathy.

**5.4 Hypoglycemia with Concomitant Use of Insulin Secretagogues or Insulin**

Patients receiving RYBELSUS in combination with an insulin secretagogue (e.g., sulfonylurea) or insulin may have an increased risk of hypoglycemia, including severe hypoglycemia *[see Adverse Reactions (6.1) and Drug Interactions (7)]*.

The risk of hypoglycemia may be lowered by a reduction in the dosage of sulfonylurea (or other concomitantly administered insulin secretagogue) or insulin. Inform patients using these concomitant medications of the risk of hypoglycemia and educate them on the signs and symptoms of hypoglycemia.

**5.5 Acute Kidney Injury**

There have been postmarketing reports of acute kidney injury and worsening of chronic renal failure, which may sometimes require hemodialysis, in patients treated with GLP-1 receptor agonists, including semaglutide. Some of these events have been reported in patients without known underlying renal disease. A majority of the reported events occurred in patients who had experienced nausea, vomiting, diarrhea, or dehydration.

Monitor renal function when initiating or escalating doses of RYBELSUS in patients reporting severe adverse gastrointestinal reactions.

**5.6 Severe Gastrointestinal Adverse Reactions**

Use of RYBELSUS has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6.1)]*. In RYBELSUS clinical trials, severe gastrointestinal adverse reactions were reported more frequently among patients receiving RYBELSUS (7 mg 0.6%, 14 mg 2%) than placebo (0.3%).

RYBELSUS is not recommended in patients with severe gastroparesis.

**5.7 Hypersensitivity Reactions**

Serious hypersensitivity reactions (e.g., anaphylaxis, angioedema) have been reported in patients treated with RYBELSUS. If hypersensitivity reactions occur, discontinue use of RYBELSUS; treat promptly per standard of care, and monitor until signs and symptoms resolve. RYBELSUS is contraindicated in patients with a prior serious hypersensitivity reaction to semaglutide or to any of the excipients in RYBELSUS *[see Adverse Reactions (6.2)]*.

Reference ID: 5492467

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only　　　Novo_GLP_MDL_RYB_NDA_001247581

Anaphylaxis and angioedema have been reported with GLP-1 receptor agonists. Use caution in a patient with a history of angioedema or anaphylaxis with another GLP-1 receptor agonist because it is unknown whether such patients will be predisposed to anaphylaxis with RYBELSUS.

**5.8  Acute Gallbladder Disease**
Acute events of gallbladder disease such as cholelithiasis or cholecystitis have been reported in GLP-1 receptor agonist trials and postmarketing. In placebo-controlled trials, cholelithiasis was reported in 1% of patients treated with RYBELSUS 7 mg. Cholelithiasis was not reported in RYBELSUS 14 mg or placebo-treated patients *[see Adverse Reactions (6.1)]*. If cholelithiasis or cholecystitis is suspected, gallbladder studies and appropriate clinical follow-up are indicated *[see Adverse Reactions (6.2)]*.

**5.9  Pulmonary Aspiration During General Anesthesia or Deep Sedation**
RYBELSUS delays gastric emptying *[see Clinical Pharmacology (12.2)]*. There have been rare postmarketing reports of pulmonary aspiration in patients receiving GLP-1 receptor agonists undergoing elective surgeries or procedures requiring general anesthesia or deep sedation who had residual gastric contents despite reported adherence to preoperative fasting recommendations.

Available data are insufficient to inform recommendations to mitigate the risk of pulmonary aspiration during general anesthesia or deep sedation in patients taking RYBELSUS, including whether modifying preoperative fasting recommendations or temporarily discontinuing RYBELSUS could reduce the incidence of retained gastric contents. Instruct patients to inform healthcare providers prior to any planned surgeries or procedures if they are taking RYBELSUS.

## 6  ADVERSE REACTIONS
The following serious adverse reactions are described below or elsewhere in the prescribing information:

• Risk of Thyroid C-cell Tumors *[see Warnings and Precautions (5.1)]*
• Acute Pancreatitis *[see Warnings and Precautions (5.2)]*
• Diabetic Retinopathy Complications *[see Warnings and Precautions (5.3)]*
• Hypoglycemia with Concomitant Use of Insulin Secretagogues or Insulin *[see Warnings and Precautions (5.4)]*
• Acute Kidney Injury *[see Warnings and Precautions (5.5)]*
• Severe Gastrointestinal Adverse Reactions *[see Warnings and Precautions (5.6)]*
• Hypersensitivity Reactions *[see Warnings and Precautions (5.7)]*
• Acute Gallbladder Disease *[see Warnings and Precautions (5.8)]*
• Pulmonary Aspiration During General Anesthesia or Deep Sedation *[see Warnings and Precautions (5.9)]*

**6.1  Clinical Trials Experience**
Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in practice.

The safety of RYBELSUS (formulation R2 – 1.5 mg, 4 mg, and 9 mg strengths) *[see Dosage and Administration (2.2)]* and RYBELSUS (formulation R1 – 3 mg, 7, mg, and 14 mg strengths) *[see Dosage and Administration (2.3)]* has been established as an adjunct to diet and exercise to improve glycemic control in adults with type 2 diabetes mellitus based on adequate and well-controlled studies of RYBELSUS (formulation R1) in adult patients with type 2 diabetes mellitus *[see Clinical Pharmacology (12.3) and Clinical Studies (14)]*. Below is a display of the safety results of the adequate and well-controlled studies of RYBELSUS (formulation R1) in adult patients with type 2 diabetes mellitus.

Reference ID: 5492467

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only    Novo_GLP_MDL_RYB_NDA_001247582

Pool of Placebo-Controlled Trials

The data in Table 1 are derived from 2 placebo-controlled trials in adult patients with type 2 diabetes mellitus *[see Clinical Studies (14)]*. These data reflect exposure of 1071 patients to RYBELSUS with a mean duration of exposure of 41.8 weeks. The mean age of patients was 58 years, 3.9% were 75 years or older and 52% were male. In these trials, 63% were White, 6% were Black or African American, and 27% were Asian; 19% identified as Hispanic or Latino ethnicity. At baseline, patients had type 2 mellitus diabetes for an average of 9.4 years and had a mean HbA$_{1c}$ of 8.1%. At baseline, 20.1% of the population reported retinopathy. Baseline estimated renal function was normal (eGFR $\geq$90 mL/min/1.73m$^2$) in 66.2%, mildly impaired (eGFR 60 to 90 mL/min/1.73m$^2$) in 32.4% and moderately impaired (eGFR 30 to 60 mL/min/1.73m$^2$) in 1.4% of patients.

Pool of Placebo- and Active-Controlled Trials

The occurrence of adverse reactions was also evaluated in a larger pool of adult patients with type 2 diabetes mellitus participating in 9 placebo- and active-controlled trials *[see Clinical Studies (14)]*. In this pool, 4,116 patients with type 2 diabetes mellitus were treated with RYBELSUS for a mean duration of 59.8 weeks. The mean age of patients was 58 years, 5% were 75 years or older and 55% were male. In these trials, 65% were White, 6% were Black or African American, and 24% were Asian; 15% identified as Hispanic or Latino ethnicity. At baseline, patients had type 2 diabetes mellitus for an average of 8.8 years and had a mean HbA$_{1c}$ of 8.2%. At baseline, 16.6% of the population reported retinopathy. Baseline estimated renal function was normal (eGFR $\geq$90 mL/min/1.73m$^2$) in 65.9%, mildly impaired (eGFR 60 to 90 mL/min/1.73m$^2$) in 28.5%, and moderately impaired (eGFR 30 to 60 mL/min/1.73m$^2$) in 5.4% of the patients.

Common Adverse Reactions

Table 2 shows common adverse reactions, excluding hypoglycemia, associated with the use of RYBELSUS in adult patients with type 2 diabetes mellitus in the pool of placebo-controlled trials. These adverse reactions occurred more commonly on RYBELSUS than on placebo and occurred in at least 5% of patients treated with RYBELSUS.

**Table 2. Adverse Reactions in Placebo-Controlled Trials Reported in $\geq$5% of RYBELSUS-Treated Patients with Type 2 Diabetes Mellitus**

| Adverse Reaction | Placebo (N=362) % | RYBELSUS 7 mg (N=356) % | RYBELSUS 14 mg (N=356) % |
|---|---|---|---|
| Nausea | 6 | 11 | 20 |
| Abdominal Pain | 4 | 10 | 11 |
| Diarrhea | 4 | 9 | 10 |
| Decreased appetite | 1 | 6 | 9 |
| Vomiting | 3 | 6 | 8 |
| Constipation | 2 | 6 | 5 |

In the pool of placebo- and active-controlled trials, the types and frequency of common adverse reactions, excluding hypoglycemia, were similar to those listed in Table 1.

Gastrointestinal Adverse Reactions

In the pool of placebo-controlled trials, gastrointestinal adverse reactions occurred more frequently among patients who received RYBELSUS than placebo: RYBELSUS 14 mg once daily (41%), RYBELSUS 7 mg once daily (32%), and placebo (21%), including severe reactions (RYBELSUS 14 mg 2.0%, RYBELSUS 7 mg 0.6%, placebo 0.3%). The majority of reports of nausea, vomiting, and/or diarrhea occurred during dose escalation. A greater percentage of patients who received RYBELSUS 14 mg once daily (8%) and RYBELSUS 7 mg once daily (4%) discontinued treatment due to gastrointestinal adverse reactions than patients who received placebo (1%).

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only          Novo_GLP_MDL_RYB_NDA_001247583

In addition to the reactions in Table 1, the following gastrointestinal adverse reactions with a frequency of <5% occurred in RYBELSUS-treated patients (frequencies listed, respectively, as 14 mg once daily, 7 mg once daily, and placebo): abdominal distension (3%, 2%, and 1%), dyspepsia (0.6%, 3%, 0.6%), eructation (2%, 0.6%, 0%,), flatulence (1%, 2%, 0%), gastroesophageal reflux disease (2%, 2%, 0.3%), and gastritis (2%, 2%, 0.8%).

Other Adverse Reactions

*Pancreatitis:*  In the pool of placebo- and active-controlled trials with RYBELSUS, pancreatitis was reported as a serious adverse event in 6 RYBELSUS-treated patients (0.1 events per 100 patient years) versus 1 in comparator-treated patients (<0.1 events per 100 patient years).

*Diabetic Retinopathy Complications:*  In the pool of placebo- and active-controlled trials with RYBELSUS, patients reported diabetic retinopathy related adverse reactions during the trial (4.2% with RYBELSUS and 3.8% with comparator).

*Hypoglycemia:*  Table 3 summarizes the incidence of hypoglycemia by various definitions in the placebo-controlled trials.

**Table 3. Hypoglycemia Adverse Reactions in Placebo-Controlled Trials In Patients with Type 2 Diabetes Mellitus**

|  | Placebo | RYBELSUS 7 mg | RYBELSUS 14 mg |
|---|---|---|---|
| **Monotherapy** | | | |
| **(26 weeks)** | **N=178** | **N=175** | **N=175** |
| Severe* | 0% | 1% | 0% |
| Plasma glucose <54 mg/dL | 1% | 0% | 0% |
| **Add-on to metformin and/or sulfonylurea, basal insulin alone or metformin in combination with basal insulin in patients with moderate renal impairment** | | | |
| **(26 weeks)** | **N=161** | - | **N=163** |
| Severe* | 0% | - | 0% |
| Plasma glucose <54 mg/dL | 3% | - | 6% |
| **Add-on to insulin with or without metformin** | | | |
| **(52 weeks)** | **N=184** | **N=181** | **N=181** |
| Severe* | 1% | 0% | 1% |
| Plasma glucose <54 mg/dL | 32% | 26% | 30% |

*"Severe" hypoglycemia adverse reactions are episodes requiring the assistance of another person.

Hypoglycemia was more frequent when RYBELSUS was used in combination with insulin secretagogues (e.g., sulfonylureas) or insulin.

*Increases in Amylase and Lipase:*  In placebo-controlled trials, patients exposed to RYBELSUS 7 mg and 14 mg had a mean increase from baseline in amylase of 10% and 13%, respectively, and lipase of 30% and 34%, respectively. These changes were not observed in placebo-treated patients.

*Cholelithiasis:*  In placebo-controlled trials, cholelithiasis was reported in 1% of patients treated with RYBELSUS 7 mg. Cholelithiasis was not reported in RYBELSUS 14 mg or placebo-treated patients.

Reference ID: 5492467

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only          Novo_GLP_MDL_RYB_NDA_001247584

*Increases in Heart Rate:* In placebo-controlled trials, RYBELSUS 7 mg and 14 mg resulted in a mean increase in heart rate of 1 to 3 beats per minute. There was no change in heart rate in placebo-treated patients.

## 6.2 Postmarketing Experience

The following adverse reactions have been reported during post-approval use of semaglutide, the active ingredient of RYBELSUS. Because these reactions are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure.

- *Gastrointestinal:* ileus
- *Hypersensitivity:* anaphylaxis, angioedema, rash, urticaria
- *Hepatobiliary:* cholecystitis, cholelithiasis requiring cholecystectomy
- *Nervous system disorders:* dizziness, dysesthesia, dysgeusia
- *Pulmonary:* Pulmonary aspiration has occurred in patients receiving GLP-1 receptor agonists undergoing elective surgeries or procedures requiring general anesthesia or deep sedation
- *Skin and Subcutaneous Tissue*: alopecia

## 7  DRUG INTERACTIONS

### 7.1  Concomitant Use with an Insulin Secretagogue (e.g., Sulfonylurea) or with Insulin

RYBELSUS stimulates insulin release in the presence of elevated blood glucose concentrations.  Patients receiving RYBELSUS in combination with an insulin secretagogue (e.g., sulfonylurea) or insulin may have an increased risk of hypoglycemia, including severe hypoglycemia.

When initiating RYBELSUS, consider reducing the dose of concomitantly administered insulin secretagogue (such as sulfonylureas) or insulin to reduce the risk of hypoglycemia *[see Warnings and Precautions (5.4) and Adverse Reactions (6.1)]*.

### 7.2  Other Oral Drugs

RYBELSUS causes a delay of gastric emptying, and thereby has the potential to impact the absorption of other oral drugs. Levothyroxine exposure was increased 33% (90% CI: 125-142) when administered with RYBELSUS in a drug interaction study *[see Clinical Pharmacology (12.3)]*.

When co-administering RYBELSUS with other oral drugs that have a narrow therapeutic index or that require clinical monitoring, consider increased clinical or laboratory monitoring *[see Dosage and Administration (2)]*.

## 8  USE IN SPECIFIC POPULATIONS

### 8.1  Pregnancy

Risk Summary

Available data with RYBELSUS use in pregnant women are insufficient to evaluate for a drug-associated risk of major birth defects, miscarriage or other adverse maternal or fetal outcomes. There are clinical considerations regarding the risks of poorly controlled diabetes in pregnancy *(see Clinical Considerations)*. Based on animal reproduction studies, there may be potential risks to the fetus from exposure to RYBELSUS during pregnancy. RYBELSUS should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

In pregnant rats administered semaglutide during organogenesis, embryofetal mortality, structural abnormalities and alterations to growth occurred at maternal exposures below the maximum recommended human dose (MRHD) based on AUC. In rabbits and cynomolgus monkeys administered semaglutide during organogenesis, early pregnancy losses and structural abnormalities were observed at exposure below the MRHD (rabbit) and ≥10-fold the MRHD (monkey). These findings coincided with a marked maternal body weight loss in both animal species *(see Data)*.

Reference ID: 5492467

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only    Novo_GLP_MDL_RYB_NDA_001247585

The estimated background risk of major birth defects is 6–10% in women with pre-gestational diabetes with an HbA$_{1c}$ >7 and has been reported to be as high as 20–25% in women with a HbA$_{1c}$ >10. In the U.S. general population, the estimated background risk of major birth defects and miscarriage in clinically recognized pregnancies is 2-4% and 15-20%, respectively.

Clinical Considerations
*Disease Associated Maternal and Fetal Risk:*  Poorly controlled diabetes during pregnancy increases the maternal risk for diabetic ketoacidosis, pre- eclampsia, spontaneous abortions, preterm delivery, and delivery complications. Poorly controlled diabetes increases the fetal risk for major birth defects, stillbirth, and macrosomia related morbidity.

Data
*Animal Data:*  In a combined fertility and embryofetal development study in rats, subcutaneous doses of 0.01, 0.03 and 0.09 mg/kg/day (0.2-, 0.7-, and 2.1-fold the MRHD) were administered to males for 4 weeks prior to and throughout mating and to females for 2 weeks prior to mating, and throughout organogenesis to Gestation Day 17. In parental animals, pharmacologically mediated reductions in body weight gain and food consumption were observed at all dose levels. In the offspring, reduced growth and fetuses with visceral (heart blood vessels) and skeletal (cranial bones, vertebra, ribs) abnormalities were observed at the human exposure.

In an embryofetal development study in pregnant rabbits, subcutaneous doses of 0.0010, 0.0025 or 0.0075 mg/kg/day (0.06-, 0.6-, and 4.4-fold the MRHD) were administered throughout organogenesis from Gestation Day 6 to 19. Pharmacologically mediated reductions in maternal body weight gain and food consumption were observed at all dose levels. Early pregnancy losses and increased incidences of minor visceral (kidney, liver) and skeletal (sternebra) fetal abnormalities were observed at ≥0.0025 mg/kg/day, at clinically relevant exposures.

In an embryofetal development study in pregnant cynomolgus monkeys, subcutaneous doses of 0.015, 0.075, and 0.15 mg/kg twice weekly (1.9-, 9.9-, and 29-fold the MRHD) were administered throughout organogenesis, from Gestation Day 16 to 50. Pharmacologically mediated, marked initial maternal body weight loss and reductions in body weight gain and food consumption coincided with the occurrence of sporadic abnormalities (vertebra, sternebra, ribs) at ≥0.075 mg/kg twice weekly (≥9X human exposure).

In a pre- and postnatal development study in pregnant cynomolgus monkeys, subcutaneous doses of 0.015, 0.075, and 0.15 mg/kg twice weekly (1.3-, 6.4-, and 14-fold the MRHD) were administered from Gestation Day 16 to 140. Pharmacologically mediated marked initial maternal body weight loss and reductions in body weight gain and food consumption coincided with an increase in early pregnancy losses and led to delivery of slightly smaller offspring at ≥0.075 mg/kg twice weekly (≥6X human exposure).

Salcaprozate sodium (SNAC), an absorption enhancer in RYBELSUS, crosses the placenta and reaches fetal tissues in rats. In a pre- and postnatal development study in pregnant Sprague Dawley rats, SNAC was administered orally at 1,000 mg/kg/day (exposure levels were not measured) on Gestation Day 7 through lactation day 20. An increase in gestation length, an increase in the number of stillbirths and a decrease in pup viability were observed.

**8.2  Lactation**
Risk Summary
A clinical lactation study reported semaglutide concentrations below the lower limit of quantification in human breast milk. However, salcaprozate sodium (SNAC) and/or its metabolites are present in human milk. Since the activity of enzymes involved in SNAC clearance may be lower in infants compared to adults, higher SNAC plasma levels may occur in neonates and infants. Because of the unknown potential for serious adverse reactions in the breastfed infant due to the possible accumulation of SNAC, and because there are alternative formulations of semaglutide that do not contain SNAC that can be used during lactation, advise patients that breastfeeding is not recommended during treatment with RYBELSUS.

Reference ID: 5492467

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only        Novo_GLP_MDL_RYB_NDA_001247586

**8.3  Females and Males of Reproductive Potential**
Discontinue RYBELSUS in women at least 2 months before a planned pregnancy due to the long washout period for semaglutide *[see Use in Specific Populations (8.1)]*.

**8.4  Pediatric Use**
The safety and effectiveness of RYBELSUS have not been established in pediatric patients.

**8.5  Geriatric Use**
In the pool of glycemic control trials, 1,229 (30%) RYBELSUS-treated patients were 65 years of age and over and 199 (5%) RYBELSUS-treated patients were 75 years of age and over *[see Clinical Studies (14)]*. In PIONEER 6, the cardiovascular outcomes trial, 891 (56%) RYBELSUS-treated patients were 65 years of age and over and 200 (13%) RYBELSUS-treated patients were 75 years of age and over.

No overall differences in safety or effectiveness for RYBELSUS have been observed between patients 65 years of age and older and younger adult patients.

**8.6  Renal Impairment**
The recommended dosage of RYBELSUS in patients with renal impairment is the same as those with normal renal function.

The safety and effectiveness of RYBELSUS was evaluated in a 26-week clinical study that included 324 patients with moderate renal impairment (eGFR 30 to 59 mL/min/1.73 m$^2$) *[see Clinical Studies (14.1)]*. In patients with renal impairment including end-stage renal disease (ESRD), no clinically relevant change in semaglutide pharmacokinetics was observed *[see Clinical Pharmacology (12.3)]*.

**8.7  Hepatic Impairment**
The recommended dosage in patients with hepatic impairment is the same as those with normal hepatic function.

In a study in subjects with different degrees of hepatic impairment, no clinically relevant change in semaglutide pharmacokinetics was observed *[see Clinical Pharmacology (12.3)]*.

**10  OVERDOSAGE**
In the event of overdose, appropriate supportive treatment should be initiated according to the patient's clinical signs and symptoms. Consider contacting the Poison Help line (1-800-222-1222) or a medical toxicologist for additional overdosage management recommendations. A prolonged period of observation and treatment for these symptoms may be necessary, taking into account the long half-life of RYBELSUS of approximately 1 week.

**11  DESCRIPTION**
RYBELSUS tablets, for oral use, contain semaglutide, a GLP-1 receptor agonist. The peptide backbone is produced by yeast fermentation. The main protraction mechanism of semaglutide is albumin binding, facilitated by modification of position 26 lysine with a hydrophilic spacer and a C18 fatty di-acid. Furthermore, semaglutide is modified in position 8 to provide stabilization against degradation by the enzyme dipeptidyl-peptidase 4 (DPP-4). A minor modification was made in position 34 to ensure the attachment of only one fatty di-acid. The molecular formula is $C_{187}H_{291}N_{45}O_{59}$ and the molecular weight is 4113.58 g/mol.

Reference ID: 5492467

Structural formula:

Semaglutide is a white to almost white hygroscopic powder.

Each tablet of:

- RYBELSUS (formulation R1) contains 3 mg, 7 mg or 14 mg of semaglutide and the following inactive ingredients: magnesium stearate, microcrystalline cellulose, povidone and salcaprozate sodium (SNAC).
- RYBELSUS (formulation R2) contains 1.5 mg, 4 mg, 9 mg of semaglutide and the following inactive ingredients: SNAC and magnesium stearate.

## 12  CLINICAL PHARMACOLOGY
### 12.1  Mechanism of Action
Semaglutide is a GLP-1 analogue with 94% sequence homology to human GLP-1. Semaglutide acts as a GLP-1 receptor agonist that selectively binds to and activates the GLP-1 receptor, the target for native GLP-1.

GLP-1 is a physiological hormone that has multiple actions on glucose, mediated by the GLP-1 receptors.

The principal mechanism of protraction resulting in the long half-life of semaglutide is albumin binding, which results in decreased renal clearance and protection from metabolic degradation. Furthermore, semaglutide is stabilized against degradation by the DPP-4 enzyme.

Semaglutide reduces blood glucose through a mechanism where it stimulates insulin secretion and lowers glucagon secretion, both in a glucose-dependent manner. Thus, when blood glucose is high, insulin secretion is stimulated and glucagon secretion is inhibited. The mechanism of blood glucose lowering also involves a minor delay in gastric emptying in the early postprandial phase.

### 12.2  Pharmacodynamics
The pharmacodynamic evaluations described below were in patients with type 2 diabetes mellitus who received once weekly subcutaneous injections of placebo or semaglutide injection over 12 weeks (semaglutide injection-treated patients were started on lower dosages and then titrated up to 1 mg once weekly).  RYBELSUS is not approved for subcutaneous use.

Fasting and Postprandial Glucose
Semaglutide reduces fasting and postprandial glucose concentrations. In patients with type 2 diabetes mellitus, treatment with semaglutide injection 1 mg resulted in reductions in glucose in terms of absolute change from baseline and relative reduction compared to placebo of 29 mg/dL (22%) for fasting glucose, 74 mg/dL (36%) for 2 hour postprandial glucose, and 30 mg/dL (22%) for mean 24 hour glucose concentration.

Reference ID: 5492467

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only          Novo_GLP_MDL_RYB_NDA_001247588

Insulin Secretion
Both first- and second-phase insulin secretion are increased in patients with type 2 diabetes mellitus treated with semaglutide compared with placebo.

Glucagon Secretion
Semaglutide lowers the fasting and postprandial glucagon concentrations.

Glucose dependent insulin and glucagon secretion
Semaglutide lowers high blood glucose concentrations by stimulating insulin secretion and lowering glucagon secretion in a glucose-dependent manner.

During induced hypoglycemia, semaglutide did not alter the counter regulatory responses of increased glucagon compared to placebo and did not impair the decrease of C-peptide in patients with type 2 diabetes mellitus.

Gastric emptying
Semaglutide causes a delay of early postprandial gastric emptying, thereby reducing the rate at which glucose appears in the circulation postprandially.

Cardiac Electrophysiology
The effect of subcutaneously administered semaglutide on cardiac repolarization was tested in a thorough QTc trial. At an average exposure level 4-fold higher than that of the maximum recommended dose of RYBELSUS, semaglutide does not prolong QTc intervals to any clinically relevant extent.

## 12.3  Pharmacokinetics

Semaglutide estimated mean steady-state concentration was 6.7 nmol/L and 14.6 nmol/L following once daily oral administration of 7 mg and 14 mg of RYBELSUS (formulation R1), respectively, in patients with type 2 diabetes mellitus.

Semaglutide exposures increased in a dose-proportional manner.  Steady-state exposure was achieved following 4-5 weeks of RYBELSUS oral administration.

Absorption
Semaglutide is co-formulated with salcaprozate sodium which facilitates the absorption of semaglutide after oral RYBELSUS administration. The absorption of semaglutide predominantly occurs in the stomach.

Semaglutide estimated absolute bioavailability was approximately:

- 0.4-1% after oral administration of 3 mg, 7 mg, and 14 mg of RYBELSUS (formulation R1).
- 1-2% after oral administration of 1.5 mg, 4 mg, and 9 mg of RYBELSUS (formulation R2).

Semaglutide maximum concentration was reached approximately 1-hour after oral RYBELSUS administration.

*Effect of RYBELSUS Formulation:*  There were no clinically significant differences observed in the mean steady state $AUC_{0-24h,ss}$ and $C_{max,ss}$ between the 3 mg, 7 mg, and 14 mg doses of RYBELSUS (formulation R1) and the 1.5 mg, 4 mg, and 9 mg doses of RYBELSUS (formulation R2), respectively, in a clinical study conducted in healthy subjects.

*Effect of Volume and Timing of Water Consumption:*  Single 10 mg doses of oral semaglutide (formulation R1) were administered with 50 mL or 240 mL of water after an 8-hour overnight fast and a continued fast of 4 hours post-dose in healthy subjects.   Semaglutide absorption (i.e., area under the curve (AUC) and peak concentrations (Cmax)) were higher following dosing with 50 mL water compared to that of 240 mL water.

Reference ID: 5492467

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only          Novo_GLP_MDL_RYB_NDA_001247589

For 10 days, healthy subjects received 10 mg of oral semaglutide (formulation R1) once daily doses with 50 mL or 120 mL of water under fasting conditions with post-dose fasting period of 15, 30, 60, or 120 minutes. In this study, semaglutide absorption (i.e., AUC and $C_{max}$) was higher after a longer post-dose fasting period. There were no clinically significant differences in semaglutide absorption with administration of 50 mL or 120 mL of water.

Distribution
Semaglutide absolute volume of distribution is approximately 8 L in patients with type 2 diabetes. Semaglutide is > 99% bound to plasma albumin.

Elimination
Semaglutide elimination half-life is approximately one week with an absolute clearance of approximately 0.04 L/hour in patients with type 2 diabetes. Semaglutide is present in the circulation for about five weeks after the last RYBELSUS dose.

*Metabolism:* The primary route of elimination for semaglutide is metabolism following proteolytic cleavage of the peptide backbone and sequential beta-oxidation of the fatty acid side chain.

*Excretion:* The primary excretion routes of semaglutide-related material are via the urine and feces. Approximately 3% of the absorbed dose is excreted in the urine as intact semaglutide.

Specific Populations
No clinically significant differences in semaglutide pharmacokinetics were observed based on age ($\geq$ 18 years old), sex, race (White, Asian, or Black or African American), ethnicity, body weight (40-188 kg), upper GI disease (i.e. chronic gastritis and/or gastroesophageal reflux disease), hepatic impairment (i.e., mild, moderate, severe based on the Child-Pugh system), and renal impairment (i.e., mild, moderate, severe, end staged renal disease).

Drug Interaction Studies
*Clinical Studies and Model-Informed Approaches:* The delay of gastric emptying with semaglutide may influence the absorption of concomitantly administered oral drugs. Trials were conducted to study the potential effect of semaglutide on the absorption of oral drugs taken with semaglutide administered orally at steady-state exposure.

*Levothyroxine:* Total thyroxine (i.e., adjusted for endogenous levels) AUC of was increased by 33% following administration of a single dose of levothyroxine 600 mcg concomitantly administered with oral semaglutide. Maximum exposure ($C_{max}$) was unchanged.

*Other Drugs:* No clinically significant differences in semaglutide pharmacokinetics were observed when used concomitantly with omeprazole. No clinically significant differences in the pharmacokinetics of the following drugs were observed when used concomitantly with semaglutide: lisinopril, S-warfarin, R-warfarin, metformin, digoxin, ethinyl estradiol, levonorgestrel, furosemide, or rosuvastatin.

*In Vitro Studies:* Semaglutide has very low potential to inhibit or induce CYP enzymes, and to inhibit drug transporters.

**12.6 Immunogenicity**
The observed incidence of anti-drug antibodies is highly dependent on the sensitivity and specificity of the assay. Differences in assay methods preclude meaningful comparisons of the incidence of anti-drug antibodies in the studies described below with the incidence of anti-drug antibodies in other studies, including those of semaglutide or of other semaglutide products.

During the 26-78 week treatment periods in 5 clinical trials in adults with type 2 diabetes mellitus *[see Clinical Studies (14.2 and 14.3)]* and 1 clinical trial in Japanese adults with type 2 diabetes mellitus, 14/2924 (0.5%) of

Reference ID: 5492467

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only          Novo_GLP_MDL_RYB_NDA_001247590

RYBELSUS-treated patients developed anti-semaglutide antibodies. Of these 14 RYBELSUS-treated patients, 7 patients (0.2% of the total RYBELSUS-treated study population) developed antibodies that cross-reacted with native GLP-1. No identified clinically significant effect of anti-semaglutide antibodies on pharmacokinetics of RYBELSUS was observed. There is insufficient information to characterize the effects of anti-semaglutide antibodies on pharmacodynamics, safety, or effectiveness of semaglutide.

## 13 NONCLINICAL TOXICOLOGY
### 13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility
In a 2-year carcinogenicity study in CD-1 mice, subcutaneous doses of 0.3, 1 and 3 mg/kg/day [9-, 33- and 113-fold the maximum recommended human dose (MRHD) of RYBELSUS 14 mg, based on AUC] were administered to the males, and 0.1, 0.3 and 1 mg/kg/day (3-, 9-, and 33-fold MRHD) were administered to the females. A statistically significant increase in thyroid C-cell adenomas and a numerical increase in C-cell carcinomas were observed in males and females at all dose levels (>3X human exposure).

In a 2-year carcinogenicity study in Sprague Dawley rats, subcutaneous doses of 0.0025, 0.01, 0.025 and 0.1 mg/kg/day were administered (below quantification, 0.8-, 1.8- and 11-fold the exposure at the MRHD). A statistically significant increase in thyroid C-cell adenomas was observed in males and females at all dose levels, and a statistically significant increase in thyroid C-cell carcinomas was observed in males at $\geq 0.01$ mg/kg/day, at clinically relevant exposures.

Human relevance of thyroid C-cell tumors in rats is unknown and could not be determined by clinical studies or nonclinical studies *[see Boxed Warning and Warnings and Precautions (5.1)]*.

Semaglutide was not mutagenic or clastogenic in a standard battery of genotoxicity tests (bacterial mutagenicity (Ames), human lymphocyte chromosome aberration, rat bone marrow micronucleus).
In a combined fertility and embryo-fetal development study in rats, subcutaneous doses of 0.01, 0.03 and 0.09 mg/kg/day (0.2-, 0.7- and 2.1-fold the MRHD) were administered to male and female rats. Males were dosed for 4 weeks prior to mating, and females were dosed for 2 weeks prior to mating and throughout organogenesis until Gestation Day 17. No effects were observed on male fertility. In females, an increase in estrus cycle length was observed at all dose levels, together with a small reduction in numbers of corpora lutea at $\geq 0.03$ mg/kg/day. These effects were likely an adaptive response secondary to the pharmacological effect of semaglutide on food consumption and body weight.

### 13.2 Animal Toxicology and/or Pharmacology
Increase in lactate levels and decrease in glucose levels in the plasma and cerebrospinal fluid (CSF) were observed in mechanistic studies with SNAC in rats. Small but statistically significant increases in lactate levels (up to 2-fold) were observed in a few animals at approximately the clinical exposure. At higher exposures these findings were associated with moderate to marked adverse clinical signs (lethargy, abnormal respiration, ataxia, and reduced activity, body tone and reflexes) and marked decreases in plasma and CSF glucose levels. These findings are consistent with inhibition of cellular respiration and lead to mortality at SNAC concentrations $\geq 100$-times the clinical $C_{max}$.

## 14 CLINICAL STUDIES
### 14.1 Overview of Clinical Studies
RYBELSUS has been studied as monotherapy and in combination with metformin, sulfonylureas, sodium-glucose co-transporter-2 (SGLT-2) inhibitors, insulins, and thiazolidinediones in patients with type 2 diabetes mellius. The efficacy of RYBELSUS was compared with placebo, empagliflozin, sitagliptin, and liraglutide. RYBELSUS has also been studied in patients with type 2 diabetes mellitus with mild and moderate renal impairment.

In patients with type 2 diabetes mellitus, RYBELSUS produced clinically significant reduction from baseline in HbA$_{1c}$ compared with placebo.

Reference ID: 5492467

The effectiveness of RYBELSUS (formulation R2 – 1.5 mg, 4 mg, and 9 mg strengths) *[see Dosage and Administration (2.2)]* and RYBELSUS (formulation R1 – 3 mg, 7, mg, and 14 mg strengths) *[see Dosage and Administration (2.3)]* has been established as an adjunct to diet and exercise to improve glycemic control in adults with type 2 diabetes mellitus based on adequate and well-controlled studies of RYBELSUS (formulation R1) in adult patients with type 2 diabetes mellitus *[see Clinical Pharmacology (12.3)]*. Below is a display of the efficacy results of the adequate and well-controlled studies of RYBELSUS (formulation R1) in adult patients with type 2 diabetes mellitus.

The efficacy of RYBELSUS was not impacted by baseline age, sex, race, ethnicity, BMI, body weight, duration of diabetes, and degree of renal impairment.

**14.2  Monotherapy Use of RYBELSUS in Patients with Type 2 Diabetes Mellitus**
In a 26-week double-blind trial (NCT02906930), 703 adult patients with type 2 diabetes mellitus inadequately controlled with diet and exercise were randomized to RYBELSUS 3 mg, RYBELSUS 7 mg or RYBELSUS 14 mg once daily or placebo. Patients had a mean age of 55 years and 51% were men. The mean duration of type 2 diabetes mellitus was 3.5 years, and the mean BMI was 32 kg/m$^2$. Overall, 75% were White, 5% were Black or African American, and 17% were Asian; 26% identified as Hispanic or Latino ethnicity.

Monotherapy with RYBELSUS 7 mg and RYBELSUS 14 mg once daily for 26 weeks resulted in a statistically significant reduction in HbA$_{1c}$ compared with placebo (see Table 4).

**Table 4. Results at Week 26 in a Trial of RYBELSUS as Monotherapy in Adult Patients with Type 2 Diabetes Mellitus Inadequately Controlled with Diet and Exercise**

|  | Placebo | RYBELSUS 7 mg | RYBELSUS 14 mg |
|---|---|---|---|
| Intent-to-Treat (ITT) Population (N)[a] | 178 | 175 | 175 |
| HbA$_{1c}$ (%) |  |  |  |
| Baseline (mean) | 7.9 | 8.0 | 8.0 |
| Change at week 26[b] | -0.3 | -1.2 | -1.4 |
| Difference from placebo[b] [95% CI] |  | −0.9 [−1.1; −0.6][c] | −1.1 [−1.3; −0.9][c] |
| Patients (%) achieving HbA$_{1c}$ <7% | 31 | 69 | 77 |
| FPG (mg/dL) |  |  |  |
| Baseline (mean) | 160 | 162 | 158 |
| Change at week 26[b] | -3 | -28 | -33 |

[a]The intent-to-treat population includes all randomized patients. At week 26, the primary HbA$_{1c}$ endpoint was missing for 5.6%, 8.6% and 8.6% of patients randomized to placebo, RYBELSUS 7 mg and RYBELSUS 14 mg, respectively. Missing data were imputed by a pattern mixture model using multiple imputation (MI). Pattern was defined by randomized treatment and treatment status at week 26. During the trial, additional anti-diabetic medication was initiated as an add on to randomized treatment by 15%, 2% and 1% of patients randomized to placebo, RYBELSUS 7 mg and RYBELSUS 14 mg, respectively.
[b]Estimated using an ANCOVA model based on data irrespectively of discontinuation of trial product or initiation of rescue medication adjusted for baseline value and region.
[c]p<0.001 (unadjusted 2-sided) for superiority, controlled for multiplicity.

The mean baseline body weight was 88.6 kg, 89.0 kg and 88.1 kg in the placebo, RYBELSUS 7 mg, and RYBELSUS 14 mg arms, respectively. The mean changes from baseline to week 26 were -1.4 kg, -2.3 kg and -3.7 kg in the placebo, RYBELSUS 7 mg, and RYBELSUS 14 mg arms, respectively. The difference from placebo (95% CI) for RYBELSUS 7 mg was -0.9 kg (-1.9, 0.1) and for RYBELSUS 14 mg was -2.3 kg (-3.1, -1.5).

Reference ID: 5492467

**14.3  Combination Therapy Use of RYBELSUS in Patients with Type 2 Diabetes Mellitus**

Combination with Metformin

In a 26-week trial (NCT02863328), 822 adult patients with type 2 mellitus diabetes were randomized to RYBELSUS 14 mg once daily or empagliflozin 25 mg once daily, all in combination with metformin. Patients had a mean age of 58 years and 50% were men. The mean duration of type 2 diabetes mellitus was 7.4 years, and the mean BMI was 33 kg/m². Overall, 86% were White, 7% were Black or African American, and 6% were Asian; 24% identified as Hispanic or Latino ethnicity.

Treatment with RYBELSUS 14 mg once daily for 26 weeks resulted in a statistically significant reduction in $HbA_{1c}$ compared to empagliflozin 25 mg once daily (see Table 5).

**Table 5. Results at Week 26 in a Trial of RYBELSUS Compared to Empagliflozin in Adult Patients with Type 2 Diabetes Mellitus in Combination with Metformin**

|  | RYBELSUS 14 mg | Empagliflozin 25 mg |
|---|---|---|
| Intent-to-Treat (ITT) Population (N)[a] | 411 | 410 |
| $HbA_{1c}$ (%) |  |  |
|     Baseline (mean) | 8.1 | 8.1 |
|     Change at week 26[b] | -1.3 | -0.9 |
|     Difference from empagliflozin[b] [95% CI] | -0.4 [-0.6, -0.3][c] |  |
| Patients (%) achieving $HbA_{1c}$ <7% | 67 | 40 |
| FPG (mg/dL) |  |  |
|     Baseline (mean) | 172 | 174 |
|     Change at week 26[b] | -36 | -36 |

[a]The intent-to-treat population includes all randomized patients. At week 26, the primary $HbA_{1c}$ endpoint was missing for 4.6% and 3.7% of patients randomized to RYBELSUS 14 mg and empagliflozin 25 mg, respectively. Missing data were imputed by a pattern mixture model using multiple imputation (MI). Pattern was defined by randomized treatment and treatment status at week 26. During the trial, additional anti-diabetic medication was initiated as an add on to randomized treatment by 1.9% and 1.2% of patients randomized to RYBELSUS 14 mg and empagliflozin 25 mg, respectively.
[b]Estimated using an ANCOVA based on data irrespectively of discontinuation of trial product or initiation of rescue medication adjusted for baseline value and region.
[c]p<0.001 (unadjusted 2-sided) for superiority, controlled for multiplicity.

The mean baseline body weight was 91.9 kg and 91.3 kg in the RYBELSUS 14 mg and empagliflozin 25 mg arms, respectively. The mean changes from baseline to week 26 were -3.8 kg and -3.7 kg in the RYBELSUS 14 mg and empagliflozin 25 mg arms, respectively. The difference from empagliflozin (95% CI) for RYBELSUS 14 mg was -0.1 kg (-0.7, 0.5).

Combination with Metformin or Metformin with Sulfonylurea

In a 26-week, double-blind trial (NCT02607865), 1864 adult patients with type 2 mellitus diabetes on metformin alone or metformin with sulfonylurea were randomized to RYBELSUS 3 mg, RYBELSUS 7 mg, RYBELSUS 14 mg or sitagliptin 100 mg once daily. Patients had a mean age of 58 years and 53% were men. The mean duration of type 2 diabetes mellitus was 8.6 years, and the mean BMI was 32 kg/m². Overall, 71% were White, 9% were Black or African American, and 13% were Asian; 17% identified as Hispanic or Latino ethnicity.

Treatment with RYBELSUS 7 mg and RYBELSUS 14 mg once daily for 26 weeks resulted in a statistically significant reduction in $HbA_{1c}$ compared to sitagliptin 100 mg once daily (see Table 6).

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only    Novo_GLP_MDL_RYB_NDA_001247593

**Table 6. Results at Week 26 in a Trial of RYBELSUS Compared to Sitagliptin 100 mg Once Daily in Adult Patients with Type 2 Diabetes Mellitus in Combination with Metformin or Metformin with Sulfonylurea**

| | RYBELSUS 7 mg | RYBELSUS 14 mg | Sitagliptin 100 mg |
|---|---|---|---|
| Intent-to-Treat (ITT) Population (N)[a] | 465 | 465 | 467 |
| HbA$_{1c}$ (%) | | | |
| Baseline (mean) | 8.4 | 8.3 | 8.3 |
| Change at week 26[b] | -1.0 | -1.3 | -0.8 |
| Difference from sitagliptin[b] [95% CI] | -0.3 [-0.4; -0.1][c] | -0.5 [-0.6; -0.4][c] | |
| Patients (%) achieving HbA$_{1c}$ <7% | 44 | 56 | 32 |
| FPG (mg/dL) | | | |
| Baseline (mean) | 170 | 168 | 172 |
| Change at week 26[b] | -21 | -31 | -15 |

[a]The intent-to-treat population includes all randomized patients. At week 26, the primary HbA$_{1c}$ endpoint was missing for 5.8%, 6.2% and 4.5% of patients randomized to RYBELSUS 7 mg, RYBELSUS 14 mg and sitagliptin 100 mg, respectively. Missing values were imputed by a pattern mixture model using multiple imputation (MI). Pattern was defined by randomized treatment and treatment status at week 26. During the trial, additional anti-diabetic medication was initiated as an add on to randomized treatment by 2.4%, 1.1% and 2.8% of patients randomized to RYBELSUS 7 mg, RYBELSUS 14 mg and sitagliptin 100 mg, respectively.
[b]Estimated using an ANCOVA based on data irrespectively of discontinuation of trial product or initiation of rescue medication adjusted for baseline value, background medication and region.
[c]p<0.001 (unadjusted 2-sided) for superiority, controlled for multiplicity.

The mean baseline body weight was 91.3 kg, 91.2 kg and 90.9 kg in the RYBELSUS 7 mg, RYBELSUS 14 mg and sitagliptin 100 mg arms, respectively. The mean changes from baseline to week 26 were -2.2 kg, -3.1 kg and -0.6 kg in the RYBELSUS 7 mg, RYBELSUS 14 mg and sitagliptin 100 mg arms, respectively. The difference from sitagliptin (95% CI) for RYBELSUS 7 mg was -1.6 kg (-2.0, -1.1) and RYBELSUS 14 mg was -2.5 kg (-3.0, -2.0).

Combination with Metformin or Metformin with SGLT-2 Inhibitors
In a 26-week, double-blind, double-dummy trial (NCT02863419), 711 adult patients with type 2 diabetes mellitus on metformin alone or metformin with SGLT-2 inhibitors were randomized to RYBELSUS 14 mg once daily, liraglutide 1.8 mg subcutaneous injection once daily or placebo. Patients had a mean age of 56 years and 52% were men. The mean duration of type 2 diabetes mellitus was 7.6 years, and the mean BMI was 33 kg/m$^2$. Overall, 73% were White, 4% were Black or African American, and 13% were Asian; 6% identified as Hispanic or Latino ethnicity.

Treatment with RYBELSUS 14 mg once daily for 26 weeks resulted in statistically significant reductions in HbA$_{1c}$ compared to placebo. Treatment with RYBELSUS 14 mg once daily for 26 weeks resulted in non-inferior reductions in HbA$_{1c}$ compared to liraglutide 1.8 mg (see Table 7).

**Table 7. Results at Week 26 in a Trial of RYBELSUS Compared to Liraglutide and Placebo in Adult Patients with Type 2 Diabetes Mellitus in Combination with Metformin or Metformin with SGLT-2i**

| | Placebo | RYBELSUS 14 mg | Liraglutide 1.8 mg |
|---|---|---|---|
| Intent-to-Treat (ITT) Population (N)[a] | 142 | 285 | 284 |
| HbA$_{1c}$ (%) | | | |
| Baseline (mean) | 7.9 | 8.0 | 8.0 |
| Change at week 26[b] | -0.2 | -1. 2 | -1.1 |
| Difference from placebo[b] [95% CI] | | -1.1 [-1.2 ; -0.9][c] | |

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only                Novo_GLP_MDL_RYB_NDA_001247594

| | | | |
|---|---|---|---|
| Difference from liraglutide[b] [95% CI] | | -0.1 [-0.3; 0.0] | |
| Patients (%) achieving HbA$_{1c}$ <7% | 14 | 68 | 62 |
| FPG (mg/dL) | | | |
| Baseline (mean) | 167 | 167 | 168 |
| Change at week 26[b] | -7 | -36 | -34 |

[a]The intent-to-treat population includes all randomized patients. At week 26, the primary HbA$_{1c}$ endpoint was missing for 5.6%, 4.2% and 2.5% of patients randomized to placebo, liraglutide 1.8 mg and RYBELSUS 14 mg, respectively. Missing values were imputed by a pattern mixture model using multiple imputation (MI). Pattern was defined by randomized treatment and treatment status at week 26. During the trial, additional anti-diabetic medication was initiated as an add on to randomized treatment by 7.7%, 3.2% and 3.5% of patients randomized to placebo, liraglutide 1.8 mg and RYBELSUS 14 mg respectively.
[b]Estimated using an ANCOVA based on data irrespectively of discontinuation of trial product or initiation of rescue medication adjusted for baseline value, background medication and region.
[c]p<0.001 (unadjusted 2-sided) for superiority, controlled for multiplicity.

The mean baseline body weight was 93.2 kg, 95.5 kg and 92.9 kg in the placebo, liraglutide 1.8 mg, and RYBELSUS 14 mg arms, respectively. The mean changes from baseline to week 26 were -0.5 kg, -3.1 kg and -4.4 kg in the placebo, liraglutide 1.8 mg, and RYBELSUS 14 mg arms, respectively. The difference from placebo (95% CI) for RYBELSUS 14 mg was -3.8 kg (-4.7, -3.0). The difference from liraglutide 1.8 mg for RYBELSUS 14 mg was -1.2 (-1.9, -0.6).

<u>Combination in patients with Type 2 Diabetes Mellitus and Moderate Renal Impairment with Metformin alone, Sulfonylurea alone, Basal Insulin alone, or Metformin in Combination with either Sulfonylurea or Basal Insulin</u>
In a 26-week, double-blind trial (NCT02827708), 324 adult patients with moderate renal impairment (eGFR$_{CKD-EPI}$ 30−59 mL/min/1.73 m$^2$) were randomized to RYBELSUS 14 mg or placebo once daily. RYBELSUS was added to the patient's stable pre-trial antidiabetic regimen. The insulin dose was reduced by 20% at randomization for patients on basal insulin. Dose reduction of insulin and sulfonylurea was allowed in case of hypoglycemia; up titration of insulin was allowed but not beyond the pre-trial dose.

Patients had a mean age of 70 years and 48% were men. The mean duration of type 2 diabetes mellitus was 14 years, and the mean BMI was 32 kg/m$^2$. Overall, 96% were White, 4% were Black or African American, and 0.3% were Asian; 6.5% identified as Hispanic or Latino ethnicity. 39.5% of patients had an eGFR value of 30 to 44 mL/min/1.73 m$^2$.

Treatment with RYBELSUS 14 mg once daily for 26 weeks resulted in a statistically significant reduction in HbA$_{1c}$ from baseline compared to placebo (see Table 8).

**Table 8. Results at Week 26 in a Trial of RYBELSUS Compared to Placebo in Patients with Moderate Renal Impairment**

| | Placebo | RYBELSUS 14 mg |
|---|---|---|
| Intent-to-Treat (ITT) Population (N)[a] | 161 | 163 |
| HbA$_{1c}$ (%) | | |
| Baseline (mean) | 7.9 | 8.0 |
| Change at week 26[b] | -0.2 | -1.0 |
| Difference from placebo[b] [95% CI] | | -0.8 [-1.0; -0.6][c] |
| Patients (%) achieving HbA$_{1c}$ <7% | 23 | 58 |
| FPG (mg/dL) | | |
| Baseline (mean) | 164 | 164 |
| Change at week 26[b] | -7 | -28 |

Reference ID: 5492467

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only          Novo_GLP_MDL_RYB_NDA_001247595

[a]The intent-to-treat population includes all randomized patients including patients on rescue medication. At week 26, the primary HbA$_{1c}$ endpoint was missing for 3.7% and 5.5% of patients randomized to placebo and RYBELSUS 14 mg, respectively. Missing values were imputed by a pattern mixture model using multiple imputation (MI). Pattern was defined by randomized treatment and treatment status at week 26. During the trial, additional anti-diabetic medication was initiated as an add on to randomized treatment by 10% and 4.3% of patients randomized to placebo and RYBELSUS 14 mg, respectively.
[b]Estimated using an ANCOVA based on data irrespectively of discontinuation of trial product or initiation of rescue medication adjusted for baseline value, background medication, renal status and region.
[c]p<0.001 (unadjusted 2-sided) for superiority, controlled for multiplicity.

The mean baseline body weight was 90.4 kg and 91.3 kg in the placebo and RYBELSUS 14 mg arms, respectively. The mean changes from baseline to week 26 were -0.9 kg and -3.4 kg in the placebo and RYBELSUS 14 mg arms, respectively. The difference from placebo (95% CI) for RYBELSUS 14 mg was -2.5 kg (-3.2, -1.8).

Combination with Insulin with or without Metformin
In a 26-week double blind trial (NCT03021187), 731 adult patients with type 2 diabetes mellitus inadequately controlled on insulin (basal, basal/bolus or premixed) with or without metformin, were randomized to RYBELSUS 3 mg,
7 mg and 14 mg once daily or placebo once daily. All patients reduced their insulin dose by 20% at randomization to reduce the risk of hypoglycemia. Patients were allowed to increase the insulin dose only up to the starting insulin dose prior to randomization.

Patients had a mean age of 61 years and 54% were men. The mean duration of type 2 diabetes mellitus was 15 years, and the mean BMI was 31 kg/m$^2$. Overall, 51% were White, 7% were Black or African American, and 36% were Asian; 13% identified as Hispanic or Latino ethnicity.

Treatment with RYBELSUS 7 mg and 14 mg once daily for 26 weeks resulted in a statistically significant reduction in HbA$_{1c}$ from baseline compared to placebo once daily (see Table 9).

**Table 9. Results at Week 26 in a Trial of RYBELSUS Compared to Placebo in Adult Patients with Type 2 Diabetes Mellitus in Combination with Insulin alone or with Metformin**

|  | Placebo | RYBELSUS 7 mg | RYBELSUS 14 mg |
|---|---|---|---|
| Intent-to-Treat (ITT) Population (N)[a] | 184 | 182 | 181 |
| HbA$_{1c}$ (%) |  |  |  |
| Baseline (mean) | 8.2 | 8.2 | 8.2 |
| Change at week 26[b] | -0.1 | -0.9 | -1.3 |
| Difference from placebo[b] [95% CI] |  | -0.9 [-1.1; -0.7][c] | -1.2 [-1.4; -1.0][c] |
| Patients (%) achieving HbA$_{1c}$ <7% | 7 | 43 | 58 |
| FPG (mg/dL) |  |  |  |
| Baseline (mean) | 150 | 153 | 150 |
| Change at week 26[b] | 5 | -20 | -24 |

[a]The intent-to-treat population includes all randomized patients. At week 26, the primary HbA$_{1c}$ endpoint was missing for 4.3%, 4.4%, and 4.4% of patients randomized to placebo, RYBELSUS 7 mg and RYBELSUS 14 mg, respectively. Missing values were imputed by a pattern mixture model using multiple imputation (MI). Pattern was defined by randomized treatment and treatment status at week 26. During the trial, additional anti-diabetic medication was initiated as an add on to randomized treatment by 4.9%, 1.1 % and 2.2% of patients randomized to placebo, RYBELSUS 7 mg and RYBELSUS 14 mg, respectively.
[b]Estimated using an ANCOVA based on data irrespectively of discontinuation of trial product or initiation of rescue medication adjusted for baseline value, background medication and region.
[c]p<0.001 (unadjusted 2-sided) for superiority, controlled for multiplicity.

The mean baseline body weight was 86.0 kg, 87.1 kg and 84.6 kg in the placebo, RYBELSUS 7 mg, and RYBELSUS 14 mg arms, respectively. The mean changes from baseline to week 26 were -0.4 kg, -2.4 kg and

Reference ID: 5492467

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only                    Novo_GLP_MDL_RYB_NDA_001247596

-3.7 kg in the placebo, RYBELSUS 7 mg, and RYBELSUS 14 mg arms, respectively. The difference from placebo (95% CI) for RYBELSUS 7 mg was -2.0 kg (-3.0, -1.0), and for RYBELSUS 14 mg was -3.3 kg (-4.2, -2.3).

**14.4 Cardiovascular Outcomes Trial in Patients with Type 2 Diabetes Mellitus and Cardiovascular Disease**

PIONEER 6 (NCT02692716) was a multi-center, multi-national, placebo-controlled, double-blind trial. In this trial, 3,183 adult patients with inadequately controlled type 2 diabetes mellitus and atherosclerotic cardiovascular disease were randomized to RYBELSUS 14 mg once daily or placebo for a median observation time of 16 months. The trial compared the risk of a Major Adverse Cardiovascular Event (MACE) between RYBELSUS 14 mg and placebo when these were added to and used concomitantly with standard of care treatments for diabetes and cardiovascular disease. The primary endpoint, MACE, was the time to first occurrence of a three-part composite outcome which included cardiovascular death, non-fatal myocardial infarction and non-fatal stroke.

Patients eligible to enter the trial were 50 years of age or older and had established, stable, cardiovascular, cerebrovascular, peripheral artery disease, chronic kidney disease or NYHA class II and III heart failure or were 60 years of age or older and had other specified risk factors for cardiovascular disease. In total, 1,797 patients (56.5%) had established cardiovascular disease without chronic kidney disease, 354 patients (11.1%) had chronic kidney disease only, and 544 patients (17.1%) had both cardiovascular disease and kidney disease; 488 patients (15.3%) had cardiovascular risk factors without established cardiovascular disease or chronic kidney disease. The mean age at baseline was 66 years, and 68% were men. The mean duration of diabetes was 14.9 years, and mean BMI was 32 kg/m$^2$. Overall, 72% were White, 6% were Black or African American, and 20% were Asian; 16% identified as Hispanic or Latino ethnicity. Concomitant diseases of patients in this trial included, but were not limited to, heart failure (12%), history of ischemic stroke (8%) and history of a myocardial infarction (36%). In total, 99.7% of the patients completed the trial and the vital status was known at the end of the trial for 100%.

For the primary analysis, a Cox proportional hazards model was used to test for non-inferiority of RYBELSUS 14 mg to placebo for time to first MACE using a risk margin of 1.3. Type-1 error was controlled across multiple tests using a hierarchical testing strategy. Non-inferiority to placebo was established, with a hazard ratio equal to 0.79 (95% CI: 0.57, 1.11) over the median observation time of 16-months. The proportion of patients who experienced at least one MACE was 3.8% (61/1591) for RYBELSUS 14 mg and 4.8% (76/1592) for placebo.

# 16  HOW SUPPLIED/STORAGE AND HANDLING
How Supplied
RYBELSUS (formulation R1) strengths are available as follows:

| Tablet Strength | Description | Package Configuration | NDC Number |
|---|---|---|---|
| 3 mg | White to light yellow, oval shaped debossed with "3" on one side and "novo" on the other side | Bottle of 30 tablets | 0169-4303-30 |
| 7 mg | White to light yellow, oval shaped debossed with "7" on one side and "novo" on the other side | Bottle of 30 tablets | 0169-4307-30 |
| 14 mg | White to light yellow, oval shaped debossed with "14" on one side and "novo" on the other side | Bottle of 30 tablets | 0169-4314-30 |

RYBELSUS (formulation R2) strengths are available as follows:

| Tablet Strength | Description | Package Configuration | NDC Number |
|---|---|---|---|
| 1.5 mg | White to light yellow, round shaped debossed with "1.5" on one side and "novo" on the other side | Bottle of 30 tablets | 0169-4815-30 |

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only    Novo_GLP_MDL_RYB_NDA_001247597

| 4 mg | White to light yellow, round shaped debossed with "4" on one side and "novo" on the other side | Bottle of 30 tablets | 0169-4804-30 |
| 9 mg | White to light yellow, round shaped debossed with "9" on one side and "novo" on the other side | Bottle of 30 tablets | 0169-4809-30 |

Storage and Handling
Store at 68°F to 77°F (20°C to 25°C); excursions permitted to 59°F to 86°F (15°C to 30°C) [see USP Controlled Room Temperature]. Store and dispense in the original bottle.

Store tablet in the original bottle until use to protect tablets from moisture. Store product in a dry place away from moisture.

## 17  PATIENT COUNSELING INFORMATION
Advise the patient to read the FDA-approved patient labeling (Medication Guide).

Risk of Thyroid C-cell Tumors
Inform patients that semaglutide causes thyroid C-cell tumors in rodents and that the human relevance of this finding has not been determined. Counsel patients to report symptoms of thyroid tumors (e.g., a lump in the neck, hoarseness, dysphagia, or dyspnea) to their physician *[see Boxed Warning and Warnings and Precautions (5.1)]*.

Acute Pancreatitis
Inform patients of the potential risk for acute pancreatitis and its symptoms: severe abdominal pain that may radiate to the back, and which may or may not be accompanied by vomiting.  Instruct patients to discontinue RYBELSUS promptly and contact their physician if pancreatitis is suspected *[see Warnings and Precautions (5.2)]*.

Diabetic Retinopathy Complications
Inform patients to contact their physician if changes in vision are experienced during treatment with RYBELSUS *[see Warnings and Precautions (5.3)]*.

Hypoglycemia with Concomitant Use of Insulin Secretagogues or Insulin
Inform patients that the risk of hypoglycemia is increased when RYBELSUS is used with an insulin secretagogue (such as a sulfonylurea) or insulin. Educate patients on the signs and symptoms of hypoglycemia *[see Warnings and Precautions (5.4)]*.

Dehydration and Renal Failure
Advise patients treated with RYBELSUS of the potential risk of dehydration due to gastrointestinal adverse reactions and take precautions to avoid fluid depletion. Inform patients of the potential risk for worsening renal function and explain the associated signs and symptoms of renal impairment, as well as the possibility of dialysis as a medical intervention if renal failure occurs *[see Warnings and Precautions (5.5)]*.

Severe Gastrointestinal Adverse Reactions
Inform patients of the potential risk of severe gastrointestinal adverse reactions. Instruct patients to contact their healthcare provider if they have severe or persistent gastrointestinal symptoms *[see Warnings and Precautions (5.6)]*.

Hypersensitivity Reactions
Inform patients that serious hypersensitivity reactions have been reported during postmarketing use of RYBELSUS. Advise patients on the symptoms of hypersensitivity reactions and instruct them to stop taking RYBELSUS and seek medical advice promptly if such symptoms occur *[see Warnings and Precautions (5.7)]*.

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only          Novo_GLP_MDL_RYB_NDA_001247598

Acute Gallbladder Disease

Inform patients of the potential risk for cholelithiasis or cholecystitis. Instruct patients to contact their physician if cholelithiasis or cholecystitis is suspected for appropriate clinical follow-up *[see Warnings and Precautions (5.8)]*.

Pulmonary Aspiration During General Anesthesia or Deep Sedation:

Inform patients that RYBELSUS may cause their stomach to empty more slowly which may lead to complications with anesthesia or deep sedation during planned surgeries or procedures. Instruct patients to inform healthcare providers prior to any planned surgeries or procedures if they are taking RYBELSUS *[see Warnings and Precautions (5.9)]*.

Pregnancy

Advise a pregnant woman of the potential risk to a fetus. Advise women to inform their healthcare provider if they are pregnant or intend to become pregnant *[see Use in Specific Populations (8.1), (8.3)]*.

Lactation

RYBELSUS passes into breast milk, and it is not known how it affects your baby. Advise females not to breastfeed during treatment with RYBELSUS *[see Use in Specific Populations (8.2)]*.

Females and Males of Reproductive Potential

Discontinue RYBELSUS at least 2 months before a planned pregnancy due to the long washout period for semaglutide *[see Use in Specific Populations (8.3)]*.

Manufactured by:
Novo Nordisk A/S
DK-2880 Bagsvaerd
Denmark

For additional information about RYBELSUS contact:
Novo Nordisk Inc.
800 Scudders Mill Road
Plainsboro, NJ 08536
1-833-457-7455
Version: 8

*RYBELSUS® and OZEMPIC® are registered trademarks of Novo Nordisk A/S.*

Patent Information: http://www.novonordisk-us.com/products/product-patents.html

© 2024 Novo Nordisk

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only        Novo_GLP_MDL_RYB_NDA_001247599

| **Medication Guide**<br>RYBELSUS® (reb-EL-sus)<br>(semaglutide)<br>tablets, for oral use |
|---|

Read this Medication Guide before you start using RYBELSUS and each time you get a refill. There may be new information. This information does not take the place of talking to your healthcare provider about your medical condition or your treatment.

**What is the most important information I should know about RYBELSUS?**

**RYBELSUS may cause serious side effects, including:**

- **Possible thyroid tumors, including cancer.** Tell your healthcare provider if you get a lump or swelling in your neck, hoarseness, trouble swallowing, or shortness of breath. These may be symptoms of thyroid cancer. In studies with rodents, RYBELSUS and medicines that work like RYBELSUS caused thyroid tumors, including thyroid cancer. It is not known if RYBELSUS will cause thyroid tumors or a type of thyroid cancer called medullary thyroid carcinoma (MTC) in people.

- Do not use RYBELSUS if you or any of your family have ever had a type of thyroid cancer called medullary thyroid carcinoma (MTC), or if you have an endocrine system condition called Multiple Endocrine Neoplasia syndrome type 2 (MEN 2).

**What is RYBELSUS?**

RYBELSUS is a prescription medicine used along with diet and exercise to improve blood sugar (glucose) in adults with type 2 diabetes.

- RYBELSUS is not for use in people with type 1 diabetes.

It is not known if RYBELSUS is safe and effective for use in children.

**Do not use RYBELSUS if:**

- you or any of your family have ever had a type of thyroid cancer called medullary thyroid carcinoma (MTC) or if you have an endocrine system condition called Multiple Endocrine Neoplasia syndrome type 2 (MEN 2).

- you have had a serious allergic reaction to semaglutide or any of the ingredients in RYBELSUS. See the end of this Medication Guide for a complete list of ingredients in RYBELSUS. Symptoms of a serious allergic reaction include:
  - o swelling of your face, lips, tongue or throat
  - o problems breathing or swallowing
  - o severe rash or itching
  - o fainting or feeling dizzy
  - o very rapid heartbeat

**Before using RYBELSUS, tell your healthcare provider if you have any other medical conditions, including if you:**

- have or have had problems with your pancreas or kidneys.

- have a history of vision problems related to your diabetes.

- are scheduled to have surgery or other procedures that use anesthesia or deep sleepiness (deep sedation).

- are pregnant or plan to become pregnant. It is not known if RYBELSUS will harm your unborn baby. You should stop using RYBELSUS 2 months before you plan to become pregnant. Talk to your healthcare provider about the best way to control your blood sugar if you plan to become pregnant or while you are pregnant.

- are breastfeeding or plan to breastfeed. Breastfeeding is not recommended during treatment with RYBELSUS.

**Tell your healthcare provider about all the medicines you take,** including prescription and over-the-counter medicines, vitamins, and herbal supplements. RYBELSUS may affect the way some medicines work and some medicines may affect the way RYBELSUS works.

**Before using RYBELSUS, talk to your healthcare provider about low blood sugar and how to manage it.** Tell your healthcare provider if you are taking other medicines to treat diabetes, including insulin or sulfonylureas.

Know the medicines you take.  Keep a list of them to show your healthcare provider and pharmacist when you get a new medicine.

**How should I take RYBELSUS?**

- Take RYBELSUS exactly as your healthcare provider tells you to.
- Do not take more than 1 tablet each day.
- Take RYBELSUS by mouth on an empty stomach in the morning.

Reference ID: 5492467

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only

Novo_GLP_MDL_RYB_NDA_001247600

- Take RYBELSUS with a sip of plain water (no more than 4 ounces). Do not take RYBELSUS with any other liquids besides water.
- Do not split, crush or chew. Swallow RYBELSUS whole.
- After 30 minutes, you can eat, drink, or take other oral medicines.
- If you miss a dose of RYBELSUS, skip the missed dose and go back to your regular schedule.
- If you take too much RYBELSUS, call your healthcare provider or Poison Help line at 1-800-222-1222, or go to the nearest hospital emergency room right away.

**Your dose of RYBELSUS and other diabetes medicines may need to change because of:**
change in level of physical activity or exercise, weight gain or loss, increased stress, illness, change in diet, fever, trauma, infection, surgery or because of other medicines you take.

**What are the possible side effects of RYBELSUS?**

**RYBELSUS may cause serious side effects, including:**

- **See "What is the most important information I should know about RYBELSUS?"**
- **inflammation of your pancreas (pancreatitis).** Stop using RYBELSUS and call your healthcare provider right away if you have severe pain in your stomach area (abdomen) that will not go away, with or without vomiting. You may feel the pain from your abdomen to your back.
- **changes in vision.** Tell your healthcare provider if you have changes in vision during treatment with RYBELSUS.
- **low blood sugar (hypoglycemia).** Your risk for getting low blood sugar may be higher if you use RYBELSUS with another medicine that can cause low blood sugar, such as a sulfonylurea or insulin. **Signs and symptoms of low blood sugar may include:**

  | | | |
  |---|---|---|
  | o dizziness or light-headedness | o blurred vision | o anxiety, irritability, or mood changes |
  | o sweating | o slurred speech | o hunger |
  | o confusion or drowsiness | o shakiness | o weakness |
  | o headache | o fast heartbeat | o feeling jittery |

- **kidney problems (kidney failure).** In people who have kidney problems, diarrhea, nausea, and vomiting may cause a loss of fluids (dehydration) which may cause kidney problems to get worse. It is important for you to drink fluids to help reduce your chance of dehydration.
- **severe stomach problems.** Stomach problems, sometimes severe, have been reported in people who use RYBELSUS. Tell your healthcare provider if you have stomach problems that are severe or will not go away.
- **serious allergic reactions.** Stop using RYBELSUS and get medical help right away, if you have any symptoms of a serious allergic reaction including:
  - o swelling of your face, lips, tongue or throat
  - o problems breathing or swallowing
  - o severe rash or itching
  - o fainting or feeling dizzy
  - o very rapid heartbeat
- **gallbladder problems.** Gallbladder problems have happened in some people who take RYBELSUS. Tell your healthcare provider right away if you get symptoms of gallbladder problems, which may include:

  | | |
  |---|---|
  | o pain in your upper stomach (abdomen) | o yellowing of skin or eyes (jaundice) |
  | o fever | o clay-colored stools |

- **food or liquid getting into the lungs during surgery or other procedures that use anesthesia or deep sleepiness (deep sedation).** RYBELSUS may increase the chance of food getting into your lungs during surgery or other procedures. Tell all your healthcare providers that you are taking RYBELSUS before you are scheduled to have surgery or other procedures.

**The most common side effects of RYBELSUS may include** nausea, stomach (abdominal) pain, diarrhea, decreased appetite, vomiting and constipation. Nausea, vomiting and diarrhea are most common when you first start RYBELSUS.

Talk to your healthcare provider about any side effect that bothers you or does not go away. These are not all the possible side effects of RYBELSUS.

Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

**How should I store RYBELSUS?**

- Store RYBELSUS at room temperature between 68°F and 77°F (20°C to 25°C).
- Store in a dry place away from moisture.

Reference ID: 5492467

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only          Novo_GLP_MDL_RYB_NDA_001247601

- Store tablets in the original closed RYBELSUS bottle until you are ready to take one. Do not store in any other container.
- **Keep RYBELSUS and all medicines out of the reach of children.**

**General information about the safe and effective use of RYBELSUS.**

Medicines are sometimes prescribed for purposes other than those listed in a Medication Guide. Do not use RYBELSUS for a condition for which it was not prescribed. Do not give RYBELSUS to other people, even if they have the same symptoms that you have. It may harm them. You can ask your pharmacist or healthcare provider for information about RYBELSUS that is written for health professionals.

**What are the ingredients in RYBELSUS?**
**Active Ingredient:** semaglutide
**Inactive Ingredients:**

- RYBELSUS (formulation R1): magnesium stearate, microcrystalline cellulose, povidone and salcaprozate sodium
- RYBELSUS (formulation R2): salcaprozate sodium and magnesium stearate

Manufactured by: Novo Nordisk A/S, DK-2880 Bagsvaerd, Denmark
RYBELSUS® is a registered trademark of Novo Nordisk A/S.
PATENT Information: http://www.novonordisk-us.com/products/product-patents.html
© 2024 Novo Nordisk
For more information, go to www.RYBELSUS.com or call 1-833-GLP-PILL.

This Medication Guide has been approved by the U.S. Food and Drug Administration.                    Revised: 12/2024

Reference ID: 5492467

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only          Novo_GLP_MDL_RYB_NDA_001247602



Regulatory Operations

Carton: 2010-22-004-33-301
Current 2

Lacquerform 90605-1
Lacquerfree area: ▒

ORAL Sema
Carton for 40 ml Bottle Pack
50mg

**Colour:**
**PMS 280C +**
PMS 2010C +
**Black +**
PMS 354C

---

**Please read to help ensure RYBELSUS works as planned:**

Take on an empty stomach when you first wake up.

Take with no more than 4 ounces of water.

Wait 30 minutes before eating, drinking, or taking other oral medications.

**Store tablets in the closed Rybelsus bottle until you are ready to take one.**
**Swallow tablet whole. Do not cut, crush, or chew.**

8-0515-31-301-X

---

**Recommended Dosage:** See Prescribing Information for full administration instructions.
**The enclosed bottle is child-resistant.**
Keep out of reach of children.

Store in a dry place away from moisture.
Store at 68°F to 77°F (20°C to 25°C); excursions permitted to 59°F to 86°F (15°C to 30°C) [see USP Controlled Room Temperature].
**DO NOT FREEZE.**

**Ingredients:** Each tablet of RYBELSUS contains 1.5 mg of semaglutide and the following inactive ingredients: salcaprozate sodium and magnesium stearate.

---

NDC XXXX-XXXX-XX          List XXXXXX

**RYBELSUS®** 1.5 mg

(semaglutide) Tablets
1.5 mg

Rx only

**DISPENSE WITH MEDICATION GUIDE**

Note to Pharmacist: Individual strengths of Rybelsus are not substitutable on a mg-to-mg basis

New Formulation (Formulation R2)

**30 tablets**

22-004-33

---

PATENT Information:
http://www.novonordisk-us.com/products/product-patents.html
*RYBELSUS is a registered trademark of Novo Nordisk A/S.*
© 202X Novo Nordisk A/S

Manufactured by:
Novo Nordisk A/S
DK-2880 Bagsvaerd, Denmark

For more information contact:
Novo Nordisk Inc.
Plainsboro, NJ 08536
1-833-GLP-PILL
(Se habla español)
www.RYBELSUS.com

NOT TO BE USED BARCODE
USED FOR VISUAL PLACEMENT

---

NDC XXXX-XXXX-XX

**RYBELSUS®**
(semaglutide) Tablets
1.5 mg

1.5 mg

List XXXXXX

**DO NOT DISCARD BOX**
**KEEP IN ORIGINAL BOTTLE.**

---

GTIN/Serial No./EXP./LOT:
YYYY-MM-DD

---

8-0515-31-301-X.indd  1

6/12/2021  14:42:52

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only

Novo_GLP_MDL_RYB_NDA_001247603



**Regulatory Operations**

Carton: 2010-22-004-33-301
Current 2

Lacquerform 30605-1
Lacquer free area: ☑

ORAL Sema
Carton for 40 ml Bottle Pack
50mg

**Colour:**
**PMS 280C +**
PMS 2010C +
**Black +**
PMS 354C

NDC XXXX-XXXX-XX

**RYBELSUS®** 1.5 mg
(semaglutide) Tablets
1.5 mg

DO NOT DISCARD BOX
KEEP IN ORIGINAL BOTTLE.

List XXXXXX

**Please read to help ensure
RYBELSUS works as planned:**

Take on an empty stomach
when you first wake up.

Take with no more than
4 ounces of water.

Wait **30** Minutes    Wait 30 minutes before eating,
drinking, or taking other oral
medications.

**Store tablets in the closed Rybelsus
bottle until you are ready to take one.**
**Swallow tablet whole. Do not cut,
crush, or chew.**

8-0515-31-310-X

**Recommended Dosage:** See
Prescribing Information for full
administration instructions.
**The enclosed bottle is
child-resistant.**
Keep out of reach of children.

**Store in a dry place away from
moisture.**
Store at 68°F to 77°F (20°C to
25°C); excursions permitted to
59°F to 86°F (15°C to 30°C)
[see USP Controlled Room
Temperature].
**DO NOT FREEZE.**

**Ingredients:** Each tablet of
RYBELSUS contains 1.5 mg of
semaglutide and the following
inactive ingredients: salcaprozate
sodium and magnesium stearate.

NDC XXXX-XXXX-XX          List XXXXXX

**RYBELSUS®** 1.5 mg
(semaglutide) Tablets
1.5 mg
**Sample.**
**Not for Resale.**
Rx only
**DISPENSE WITH
MEDICATION GUIDE**

Note to Pharmacist:
Individual strengths
of Rybelsus are not
substitutable on a
mg-to-mg basis

New Formulation
(Formulation R2)

**30 tablets**

PATENT Information:
http://www.novonordisk-us.com/
products/product-patents.html
*RYBELSUS is a registered
trademark of Novo Nordisk A/S.*
© 202X Novo Nordisk A/S

Manufactured by:
Novo Nordisk A/S
DK-2880 Bagsvaerd, Denmark
For more information contact:
Novo Nordisk Inc.
Plainsboro, NJ 08536
1-833-GLP-PILL
(Se habla español)
www.RYBELSUS.com

NOT TO BE USED BARCODE
USED FOR VISUAL PLACEMENT

22-004-33

GTIN/Serial No./EXP./LOT:
YYYY-MM-DD

8 0515 31 310 X.indd   1

6/12/2021  14:41:52

Reference ID: 5492467

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only                    Novo_GLP_MDL_RYB_NDA_001247604

VV-LAB-122241
1.0

Regulatory Operations

Carton: 2010-126x28-201
Current: 3

Bottle Pack 4 side panel

**Colour:**
**PMS 280C** + PMS 2010C + **Black** + PMS 354C



Store in the original bottle. Store at 68°F to 77°F (20°C to 25°C). Keep out of reach of children.

Manufactured by: Novo Nordisk A/S

NDC XXXX-**XXXX**-XX    Rx only

**RYBELSUS®** 1.5 mg
(semaglutide) Tablets

Note to Pharmacist: Individual strengths of Rybelsus are not substitutable on a mg-to-mg basis

New Formulation (Formulation R2)

30 tablets

Store tablets in this closed bottle until you are ready to take one. Take tablet on an empty stomach when you first wake up. Take with no more than 4 ounces of plain water. Wait at least 30 minutes before eating, drinking, or taking other oral medications. Recommended Dosage: See Prescribing Information.

EXP./LOT:  YYYY–MM–DD

8-0515-31-201-X

8-0515-31-201-X.indd  1

6/12/2024  14:20:39

Reference ID: 5492467

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only

Novo_GLP_MDL_RYB_NDA_001247605

VV-LAB-122242
1.0

Regulatory Operations

Carton: 2010-126x28-201
Current: 3

Bottle Pack 4 side panel

**Colour:**
**PMS 280C** + PMS 2010C +
**Black** + PMS 354C



Store in the original bottle.
Store at 68°F to 77°F
(20°C to 25°C).
Keep out of
reach of children.

Sample.
Not for Resale.

Manufactured by:
Novo Nordisk A/S

NDC XXXX-XXXX-XX     Rx only

**RYBELSUS®** 1.5 mg
(semaglutide) Tablets

Note to Pharmacist: Individual
strengths of Rybelsus are not
substitutable on a mg-to-mg basis

New Formulation (Formulation R2)

30 tablets

Store tablets in this closed
bottle until you are ready to
take one. Take tablet on an
empty stomach when you first
wake up. Take with no more
than 4 ounces of plain water.
Wait at least 30 minutes
before eating, drinking, or
taking other oral medications.
Recommended Dosage:
See Prescribing Information.

EXP./LOT: YYYY-MM-DD

8-0515-31-
211-X

8-0515-31-211-X.indd   1

6/12/2024   14:20:11

Reference ID: 5492467

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only

Novo_GLP_MDL_RYB_NDA_001247606



Regulatory Operations

Carton: 2010-22-004-33-301
Current 2

Lacquerform 30605-1
Lacquer free area as

ORAL Sema
Carton for 40 ml Bottle Pack
50mg

**Colour:**
**PMS 280C +**
PMS 2010C +
**Black +**
PMS 2346C

---

List XXXXXX

**4 mg**

NDC XXXX-XXXX-XX
**RYBELSUS®**
(semaglutide) Tablets
4 mg

DO NOT DISCARD BOX
KEEP IN ORIGINAL BOTTLE.

---

**Please read to help ensure
RYBELSUS works as planned:**

Take on an empty stomach
when you first wake up.

Take with no more than
4 ounces of water.

**Wait
30
Minutes**  Wait 30 minutes before eating,
drinking, or taking other oral
medications.

**Store tablets in the closed Rybelsus
bottle until you are ready to take one.**
**Swallow tablet whole. Do not cut,
crush, or chew.**

8-0516-31-301-X

---

**Recommended Dosage:** See
Prescribing Information for full
administration instructions.
**The enclosed bottle is
child-resistant.**
Keep out of reach of children.

**Store in a dry place away from
moisture.**
Store at 68°F to 77°F (20°C to
25°C); excursions permitted to
59°F to 86°F (15°C to 30°C)
[see USP Controlled Room
Temperature].
**DO NOT FREEZE.**

**Ingredients:** Each tablet of
RYBELSUS contains 4 mg of
semaglutide and the following
inactive ingredients: salcaprozate
sodium and magnesium stearate.

---

NDC XXXX-XXXX-XX        List XXXXXX

**RYBELSUS®    4 mg**

(semaglutide) Tablets
4 mg

Rx only

**DISPENSE WITH
MEDICATION GUIDE**

**Note to Pharmacist:
Individual strengths
of Rybelsus are not
substitutable on a
mg-to-mg basis**

**New Formulation
(Formulation R2)**

**30 tablets**

novo nordisk®

22-004-33

---

PATENT Information:
http://www.novonordisk-us.com/
products/product-patents.html
*RYBELSUS is a registered
trademark of Novo Nordisk A/S.*
© 202X Novo Nordisk A/S

Manufactured by:
Novo Nordisk A/S
DK-2880 Bagsvaerd, Denmark

For more information contact:
Novo Nordisk Inc.
Plainsboro, NJ 08536
1-833-GLP-PILL
(Se habla español)

**www.RYBELSUS.com**

NOT TO BE USED BARCODE
USED FOR VISUAL PLACEMENT

---

GTIN/Serial No./EXP/LOT:
YYYY-MM-DD

---

8-0516-31-301-X.indd  1

6/12/2021  14:42:28

Reference ID: 5492467

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only

VV-LAB-122243
1.0

Regulatory Operations

Carton: 2010-126x28-201
Current: 3

Bottle Pack 4 side panel

**Colour:**
**PMS 280C** + PMS 2010C +
**Black** + PMS 2346C



Store in the original bottle.
Store at 68°F to 77°F
(20°C to 25°C).
Keep out of
reach of children.

Manufactured by:
Novo Nordisk A/S

NDC XXXX-**XXXX**-XX    Rx only

**RYBELSUS®** 4 mg
(semaglutide) Tablets

Note to Pharmacist: Individual
strengths of Rybelsus are not
substitutable on a mg-to-mg basis

New Formulation (Formulation R2)

30 tablets

Store tablets in this closed
bottle until you are ready to
take one. Take tablet on an
empty stomach when you first
wake up. Take with no more
than 4 ounces of plain water.
Wait at least 30 minutes
before eating, drinking, or
taking other oral medications.
Recommended Dosage:
See Prescribing Information.

EXP./LOT:
YYYY-MM-DD

8-0516-31-
201-X

8-0516-31-201-X.indd  1

6/12/2024  14:20:48

Reference ID: 5492467

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only

Novo_GLP_MDL_RYB_NDA_001247608



Regulatory Operations

Carton: 2010-22-004-33-301
Current 2

Lacquerform 30605-1
Lacquer free area: —

ORAL Sema
Carton for 40 ml Bottle Pack
50mg

**Colour:**
**PMS 280C +**
PMS 2010C +
**Black +**
PMS 313C

**Please read to help ensure RYBELSUS works as planned:**

Take on an empty stomach when you first wake up.

Take with no more than 4 ounces of water.

Wait **30** Minutes — Wait 30 minutes before eating, drinking, or taking other oral medications.

**Store tablets in the closed Rybelsus bottle until you are ready to take one. Swallow tablet whole. Do not cut, crush, or chew.**

8-0517-31-301-X

**Recommended Dosage:** See Prescribing Information for full administration instructions. **The enclosed bottle is child-resistant.** Keep out of reach of children.

Store in a dry place away from moisture. Store at 68°F to 77°F (20°C to 25°C); excursions permitted to 59°F to 86°F (15°C to 30°C) [see USP Controlled Room Temperature]. **DO NOT FREEZE.**

**Ingredients:** Each tablet of RYBELSUS contains 9 mg of semaglutide and the following inactive ingredients: salcaprozate sodium and magnesium stearate.

NDC XXXX-XXXX-XX          List XXXXXX

**RYBELSUS®**  9 mg

(semaglutide) Tablets
9 mg

Rx only

**DISPENSE WITH MEDICATION GUIDE**

Note to Pharmacist. Individual strengths of Rybelsus are not substitutable on a mg-to-mg basis

New Formulation (Formulation R2)

**30 tablets**

novo nordisk

22-004-33

NDC XXXX-XXXX-XX
(semaglutide) Tablets
9 mg

**RYBELSUS®**  9 mg

**DO NOT DISCARD BOX
KEEP IN ORIGINAL BOTTLE.**

List XXXXXX

PATENT Information:
http://www.novonordisk-us.com/ products/product-patents.html
*RYBELSUS is a registered trademark of Novo Nordisk A/S.*
© 202X Novo Nordisk A/S.
Manufactured by:
Novo Nordisk A/S
DK-2880 Bagsvaerd, Denmark
For more information contact:
Novo Nordisk Inc.
Plainsboro, NJ 08536
1-833-GLP-PILL
(Se habla español)
**www.RYBELSUS.com**

NOT TO BE USED BARCODE
USED FOR VISUAL PLACEMENT

GTIN/Serial No./EXP/LOT:
YYYY-MM-DD

8 0517 31 301 X.indd  1                                    6/12/2021  14:42:35

Reference ID: 5492467

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only                    Novo_GLP_MDL_RYB_NDA_001247609

VV-LAB-122244
1.0

Regulatory Operations

Carton: 2010-126x28-201
Current: 3

Bottle Pack 4 side panel

Colour:
**PMS 280C** + PMS 2010C +
**Black** + PMS 313C



Store in the original bottle.
Store at 68°F to 77°F
(20°C to 25°C).
Keep out of
reach of children.

Manufactured by:
Novo Nordisk A/S

NDC XXXX-**XXXX**-XX     Rx only
**RYBELSUS®**  9 mg
(semaglutide) Tablets

Note to Pharmacist: Individual
strengths of Rybelsus are not
substitutable on a mg-to-mg basis

New Formulation (Formulation R2)

30 tablets

**Store tablets in this closed
bottle until you are ready to
take one. Take** tablet on an
empty stomach when you first
wake up. **Take** with no more
than 4 ounces of plain water.
**Wait** at least 30 minutes
before eating, drinking, or
taking other oral medications.
**Recommended Dosage:**
See Prescribing Information.

EXP./LOT:    YYYY–MM–DD

8-0517-31-
201-X

8-0517-31-201-X.indd  1

6/12/2024  14:20:51

Reference ID: 5492467

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only

Novo_GLP_MDL_RYB_NDA_001247610

---------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically. Following this are manifestations of any and all electronic signatures for this electronic record.**

---------------------------------------------------------------------------------

/s/

----------------------------------------------------------

PATRICK ARCHDEACON
12/09/2024 03:25:43 PM

Reference ID: 5492467

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only          Novo_GLP_MDL_RYB_NDA_001247611