# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| | ) | |
| IN RE: GLUCAGON-LIKE PEPTIDE-1 | ) | CIVIL ACTION |
| RECEPTOR AGONISTS (GLP-1 RAs) | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | MDL No. 3094 |
| | ) | 2:24-md-03094-KSM |
| THIS DOCUMENT RELATES TO: | ) | |
| | ) | HON. KAREN SPENCER MARSTON |
| *ALL ACTIONS / ALL CASES* | ) | |

## DEFENDANTS ELI LILLY AND COMPANY
## AND LILLY USA, LLC'S MOTION FOR
## SUMMARY JUDGMENT ON GALLBLADDER CLAIMS

For the reasons set forth in the accompanying memorandum of law, Defendants Eli Lilly and Company and Lilly USA, LLC hereby move the Court for an order granting summary judgment in Lilly's favor regarding Gallbladder Claims, and granting such other and further relief as the Court deems just and proper.[1]

---

[1] The following conventions may be used in the accompanying memorandum: ● Ex.__ refers to the Exhibit attached to Declaration of Lucas P. Przymusinski, M.D., J.D.; ● SUF ¶__ refers to a paragraph in Lilly's Statement of Undisputed Facts in Support of this Mot.; ● Mot. #1 (Gastroparesis 702) refers to the Mem. in Supp. of Lilly's Mot. to Exclude Gastroparesis General Causation Opinions and Testimony (Drs. Metz, Somsouk, and Pisegna); ● Mot. #2 (Gastroparesis MSJ) refers to the Mem. in Supp. of Lilly's Mot. Summary Judgment on Gastroparesis Claims; ● Mot. #3 (Issue 2 Drs. Metz & Ross 702) refers to the Mem. in Supp. of Lilly's Mot. to Exclude Warning Adequacy and/or Preemption Opinions and Testimony (Dr. Metz and Dr. Ross); ● Mot. #4 (Issue 2 Dr. Kessler 702) refers to the Mem. in Supp. of Lilly's Mot. to Exclude Warning Adequacy and/or Preemption Opinions and Testimony (Dr. Kessler) (which will be filed on May 27, 2026); ● Mot. #5 (Ileus & Obstruction 702) refers to the Mem. in Supp. of Lilly's Mot. to Exclude Ileus and Obstruction General Causation Opinions and Testimony (Drs. John, Lodhia, and Pisegna); ● Mot. #6 (Ileus & Obstruction MSJ) refers to the Mem. in Supp. of Lilly's Mot. for Summary Judgment on Ileus and Obstruction Claims; ● Mot. #7 (Gallbladder 702) refers to the Mem. in Supp. of Defs.' Joint Mot. to Exclude Opinions and Testimony of Dr. Lang; ● Mot. #8 Gallbladder MSJ) refers to the Mem. in Supp. of Lilly's Mot. for Summary Judgment on Gallbladder Claims ● Mot. #9 (Non-Gastroparesis GI & Misc. MSJ) refers to the Mem. in Supp. of Lilly's Mot. Summary Judgment on Non-Gastroparesis Gastrointestinal & Miscellaneous Claims ● Mot. #10 (Dr. Lansman 702) refers to the Mem. in Supp. of Defs.' Joint Mot. to Exclude Opinions and Testimony of Dr. Lansman.

Dated: May 19, 2026

Respectfully submitted,

*/s/ Diana M. Watral*

Diana M. Watral, P.C. (admitted *pro hac vice*)
Mark Premo-Hopkins, P.C. (admitted *pro hac vice*)
Renee D. Smith (admitted *pro hac vice*)
**Kirkland & Ellis LLP**
333 W. Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
diana.watral@kirkland.com
mark.premohopkins@kirkland.com
renee.smith@kirkland.com

Samuel W. Silver (PA Bar No. 56596)
Catherine M. Recker (PA Bar No. 56813)
Bruce P. Merenstein (PA Bar No. 82609)
Abigail T. Burton (PA Bar No. 334450)
**Welsh & Recker, P.C.**
306 Walnut Street
Philadelphia, PA 19106
Telephone: (215) 972-6430
Facsimile: (985) 617-1021
ssilver@welshrecker.com
cmrecker@welshrecker.com
bmerenstein@welshrecker.com
aburton@welshrecker.com

*Attorneys for Defendants Eli Lilly and Company
and Lilly USA, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2026, a true and correct copy of the foregoing MOTION FOR SUMMARY JUDGMENT ON GALLBLADDER CLAIMS was electronically filed using the Court's CM/ECF System, which will send notification of such filing to all counsel of record.


/s/ Diana M. Watral
Diana M. Watral, P.C.