**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAs) PRODUCTS LIABILITY LITIGATION | ) ) ) ) CIVIL ACTION |
| THIS DOCUMENT RELATES TO: | ) ) MDL No. 3094 ) 2:24-md-03094-KSM |
| *ALL ACTIONS / ALL CASES* | ) ) ) ) |

**DEFENDANTS ELI LILLY AND COMPANY AND LILLY USA, LLC'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT ON GALLBLADDER CLAIMS**

Defendants Eli Lilly and Company and Lilly USA, LLC ("Lilly") respectfully submit this Statement of Undisputed Facts in support of their Motion for Summary Judgment on Gallbladder Claims.

## I.    INITIAL APPROVAL OF GLP-1 RA MEDICINES

1.    FDA approved Novo Nordisk, Inc.'s ("Novo") New Drug Application ("NDA") for Victoza on January 25, 2010, with the following indication: "Victoza is a glucagon-like peptide-1 (GLP-1) receptor agonist indicated as an adjunct to diet and exercise to improve glycemic control in adults with type 2 diabetes mellitus (1)." Ex. 167D, 2010-01-25 Victoza Label Approval at 12.

2.    FDA approved Lilly's Biologics License Application ("BLA") for Trulicity on September 18, 2014 with the following indication: "TRULICITY™ is a glucagon-like peptide (GLP-1) receptor agonist indicated as an adjunct to diet and exercise to improve glycemic control in adults with type 2 diabetes mellitus." Ex. 153D, 2014-09-18 Trulicity Label Approval at 16.

3.    Trulicity has never been approved by FDA as a weight loss medicine. Ex. 5D, Lang Rep. 8.

4. Trulicity is not associated with rapid weight loss. Ex. 166D, 2026-03-12 Trulicity Supplement Approval Letter, at 21-31.

5. FDA approved Novo's NDA for Saxenda on December 23, 2014, with the following indication: "Saxenda is a glucagon-like peptide-1 (GLP-1) receptor agonist indicated as an adjunct to a reduced-calorie diet and increased physical activity for chronic weight management in adult patients with an initial body mass index (BMI) of 30 kg/m$^2$ or greater (obese) (1) or 27 kg/m$^2$ or greater (overweight) in the presence of at least one weight-related comorbid condition (e.g. hypertension, type 2 diabetes mellitus, or dyslipidemia) (1)." Ex. 147D, 2014-12-23 Saxenda Label Approval at 12.

6. FDA approved Novo's NDA for Ozempic on December 5, 2017, with the following indication: "OZEMPIC is a glucagon-like peptide 1 (GLP-1) receptor agonist indicated as an adjunct to diet and exercise to improve glycemic control in adults with type 2 diabetes mellitus (1)." Ex. 134D, 2017-12-05 Ozempic Label Approval at 9.

7. FDA approved Novo's NDA for Rybelsus on September 20, 2019, with the following indication: "RYBELSUS is a glucagon-like peptide-1 (GLP-1) receptor agonist indicated as an adjunct to diet and exercise to improve glycemic control in adults with type 2 diabetes mellitus (1)." Ex. 140D, 2019-09-20 Rybelsus Label Approval at 9.

8. FDA approved Novo's NDA for Wegovy on June 4, 2021, with the following indication: "WEGOVY is a glucagon-like peptide-1 (GLP-1) receptor agonist indicated as an adjunct to a reduced calorie diet and increased physical activity for chronic weight management in adult patients with an initial body mass index (BMI) of 30 kg/m$^2$ or greater (obesity) or 27 kg/m$^2$ or greater (overweight) in the presence of at least one weight-related comorbid condition (e.g.,

hypertension, type 2 diabetes mellitus, or dyslipidemia). (1)." Ex. 175D, 2021-06-04 Wegovy Label Approval at 10.

9.     FDA approved Lilly's NDA for Mounjaro on May 13, 2022, with the following indication: "MOUNJARO™ is a glucose-dependent insulinotropic polypeptide (GIP) receptor and glucagon-like peptide-1 (GLP-1) receptor agonist indicated as an adjunct to diet and exercise to improve glycemic control in adults with type 2 diabetes mellitus." Ex. 126D, 2022-05-13 Mounjaro Label Approval at 9.

10.     FDA approved Lilly's NDA for Zepbound on November 8, 2023 with the following indication: "ZEPBOUND™ is a glucose-dependent insulinotropic polypeptide (GIP) receptor and glucagon-like peptide-1 (GLP-1) receptor agonist indicated as an adjunct to a reduced-calorie diet and increased physical activity for chronic weight management in adults with an initial body mass index (BMI) of: 30 kg/m$^2$ or greater (obesity) or 27 kg/m$^2$ or greater (overweight) in the presence of at least one weight-related comorbid condition (e.g., hypertension, dyslipidemia, type 2 diabetes mellitus, obstructive sleep apnea or cardiovascular disease)." Ex. 188D, 2023-11-08 Zepbound Label Approval at 10.

## II.     LABELING REGARDING GALLBLADDER DISEASE

11.     FDA had treated gallbladder diseases as adverse events of special interest in GLP-1 clinical trials, including for dulaglutide, before it first approved Trulicity in September 2014. *See* Ex. 37D, Ross Dep. 60:3-13 ("Q. Are you ready? Do you see that there's a table in—on that page, and it says, 'Summary of treatment emergent adverse events of special interest'? A. Yes. Q. And is it correct that one of the adverse events of special interest listed on that page is chole— cholelithiasis? A. In the—yes.").

12.     The Saxenda label approved by FDA on December 23, 2014, stated the following under Section 5 (Warnings and Precautions):

**5.3 Acute Gallbladder Disease** In Saxenda clinical trials, 1.5% of Saxenda-treated patients reported adverse events of cholelithiasis versus 0.5% of placebo-treated patients. The incidence of cholecystitis was 0.6% in Saxenda-treated patients versus 0.2% in placebo-treated patients. The majority of Saxenda-treated patients with adverse events of cholelithiasis and cholecystitis required cholecystectomy. Substantial or rapid weight loss can increase the risk of cholelithiasis; however, the incidence of acute gallbladder disease was greater in Saxenda-treated patients than in placebo-treated patients even after accounting for the degree of weight loss. If cholelithiasis is suspected, gallbladder studies and appropriate clinical follow-up are indicated.

*Id.* at 17.

13.     FDA maintains the FDA Adverse Event Reporting System (FAERS) Database, which includes "adverse event reports FDA has received from manufacturers as required by regulation …." FDA Adverse Event Reporting System Database, https://www.fda.gov/drugs/drug-approvals-and-databases/fda-adverse-event-reporting-system-faers-database.

### A.     Trulicity

14.     When FDA approved Trulicity in 2014, FDA did not treat gallbladder disease on a class-wide basis. Ex. 37D, Ross Dep. 145:11-21 ("Q. Is it correct that at the time the FDA approved Trulicity's BLA in 2014, the FDA did not treat gallbladder disease on a class basis? A. With the understanding that it had only the information that had been provided to it by the two manufacturers of the GLP-1 RAs that we discussed, sorry, discussed—discussion—that are under discussion today, that's correct.").

15.     On November 14, 2017, Lilly sent FDA a Periodic Safety Update Report ("PSUR") for Trulicity in which it stated: "[A] modest imbalance in rates of biliary tract [adverse events] when compared to placebo was observed in the 17 completed clinical trials, the rates of these events in the clinical trials where data are available as well as the largest, ongoing and blinded clinical trial, GBDJ, are within what would be expected for the general diabetic population." Ex. 261D, 2017-11-14 Letter from Lilly to FDA re Annual Report: Postmarketing Commitments, LLY-

GLPMDL-00998413 at -00998413; Ex. 203D, Periodic Safety Update Report for Dulaglutide, LLY-GLPMDL-00998436 at -00998473.

16.     Lilly provided FDA with the complete results from the REWIND trial in April 2019. Ex. 204D, Supplemental Biologics License Application and Request for Priority Review Designation, LLY-GLPMDL-01003997.

17.     On January 22, 2020, FDA sent Lilly redline edits to the proposed Trulicity label and added the following to Section 6.1 (Clinical Trials Experience): "In a 5-year cardiovascular outcome trial, cholelithiasis was reported in 3.2% of dulaglutide treated patients and 2.8% of placebo treated patients after adjusting for prior cholecystectomy. Acute cholecystitis was reported in 0.6% of dulaglutide treated patients and 0.4% of patients on placebo." Ex. 242D, 2020-01-22 Email from FDA to Lilly re Trulicity Label, LLY-GLPMDL-11524621 at -11524621, Trulicity Label Redline, LLY-GLPMDL-11524622 at -11524627.

18.     Lilly disagreed with FDA's addition of cholelithiasis and acute cholecystitis but agreed to add them to the label. Ex. 220D, 2/18/2020 Email from FDA and Attachment with Label Comments, LLY-GLPMDL-08501814 at -08501822.

19.     On February 21, 2020, FDA approved Trulicity as first type 2 diabetes medicine for reduction of major adverse cardiovascular events in adults with and without established cardiovascular disease. Ex. 262D, https://investor.lilly.com/news-releases/news-release-details/trulicityr-dulaglutide-first-and-only-type-2-diabetes-medicine.

20.     Trulicity's February 21, 2020 label included the following language under Section 6.1 (Clinical Trials Experience):

> *Cholelithiasis and Cholecystitis* In a cardiovascular outcomes trial with a median follow up of 5.4 years, cholelithiasis occurred at a rate of 0.62/100 patient-years in TRULICITY-treated patients and 0.56/100 patient-years in placebo-treated patients after adjusting for

prior cholecystectomy. Serious events of acute cholecystitis were reported in 0.5% and 0.3% of patients on TRULICITY and placebo respectively.

Ex. 160D, 2020-02 Trulicity Label (Ross Dep. Ex. 14) at 6.

21.    Dr. Ross was not aware that, in 2020, FDA had considered cholelithiasis and cholecystitis data and proposed adding warnings for cholelithiasis and cholecystitis to the Section 6 adverse reactions. Ex. 37D, Ross Dep. 162:6-163:8 ("Q. Okay. Dr. Ross, is it correct that you were not aware that the FDA, in 2020, had actually considered data on cholelithiasis and cholecystitis and, in fact, proposed to Lilly to add information on that in Section 6? … A. No. Q. And I know I asked a double negative. Meaning you were not aware of it; is that correct? A. Correct, correct. Q. Okay. Do you know if this proposed information was actually included in the Lilly label after the FDA's comments? A. I don't. You mean, was it included in the adverse reactions section? Q. Correct. Do you know if in the actual final approved label at that time? A. No. The only thing that I know is it was not in the warnings section.").

22.    Dr. Ross did not know about Lilly's 2020 label update adding gallbladder disorders to Section 6 until his deposition. Ex. 37D, Ross Dep. 329:24-330:2 ("Q. Because you didn't know this even existed until this deposition, correct? A. Correct.").

23.    Dr. Ross agreed that, as of February 2022, FDA had not concluded that GLP-1 RAs should have class labeling for gallbladder-related disease. Ex. 37D, Ross Dep. 176:24-177:6 ("Q. Is it correct that as of February 2022, the FDA had not yet concluded that GLP-1s should have class labeling for gallbladder-related disease? A. Although that does not – this doesn't affect my opinions at all, the answer is yes.").

24.    On August 24, 2021, FDA notified Lilly that it had begun evaluating a Newly Identified Safety Signal ("NISS") for Trulicity regarding gallbladder-related disorders. Ex. 277D,

2021-08-24 Email from FDA to Lilly re Notification of Newly Identified Safety Signal for Trulicity, LLY-GLPMDL-09716912.

25.    On February 25, 2022, FDA published its final report after conducting a "pharmacovigilance review" for cholecystitis and all GLP-1 RA medicines. Ex. 264D, Gallbladder DPV-1 Review, Novo_GLP_MDL_004636775 at –004636778.

26.    FDA recommended adding language "regarding acute cholecystitis and cholecystectomy to the Adverse Reactions, Postmarketing Experience section of the dulaglutide … product labeling." Ex. 264D, Gallbladder DPV-1 Review, Novo_GLP_MDL_004636775 at -004636779.

27.    On March 28, 2022, FDA requested under its Safety Labeling Change Notification ("SLCN") authority that Lilly add a warning of "acute gallbladder disease" to Section 5 (Warnings and Precautions). Ex. 252D, LLY-GLPMDL-17085976 (Ross Dep Ex. 17).

28.    FDA's 2022 Safety Label Change Notification was implemented for consistency across the class of GLP-1 RAs. Ex. 37D, Ross Dep. 182:13-183:2 ("Q. And do you see the third paragraph, the FDA concludes, since – I shouldn't say concludes. The FDA states, 'Since Trulicity was approved, they have become aware of postmarketing cases in FAERS and medical literature of acute events of gallbladder. We have determined that glucagon-like peptide-1 receptor agonists (GLP-1 RAs) represent a class of products that have potential for the same serious risk of acute gallbladder disease.' And is that your understanding of what FDA determined in March 2022? A. That's certainly what the letter says."); Ex. 37D, Ross Dep. 179:2-10 ("Q. Is it fair to say that, as to the GLP-1 without warnings, that DPV was doing this review to determine whether those GLP-1s should be updated with new safety information to achieve consistency across members of the class? A. With one correction or – that it actually would have been DDLO, rather than DPV").

7

29.     FDA stated that it "intend[ed] to approve a labeling change common to all class members on the same day." Ex. 252D, LLY-GLPMDL-17085976 (Ross Dep. Ex. 17).

30.     FDA's pharmacovigilance review relied on data from other manufacturers, which was not available to Lilly at the time. Ex. 264D, Novo_GLP_MDL_004636775 at -00436780 (noting that FDA reviewed adverse event data for "[d]ulaglutide, exenatide immediate release (IR), lixisenatide and semaglutide for type 2 diabetes mellitus (T2DM) indication").

31.     Lilly submitted a rebuttal to FDA's Safety Labeling Changes Notification, which FDA responded to in May 2022. FDA's response relied on the He 2022 meta-analysis and its analysis of REWIND data to "conclude that the changes proposed in the SLC notification for the Trulicity USPI are warranted for acute events of gall bladder disease[.]" Ex. 264D, Novo_GLP_MDL_004636775 at -00436843-44.

32.     On May 20, 2022, Lilly submitted to FDA a PAS to update the Trulicity label per FDA's request in its March 28, 2022, letter (*see supra* ¶ 27). Ex. 210D, 2022-05-20 Trulicity PAS, LLY-GLPMDL-08175765 at -08175765.

33.     Lilly's proposed updated Trulicity label from May 20, 2022, included the following addition under Section 5 (Warnings and Precautions) per FDA's March 28, 2022, request:

> **5.8 Acute Gallbladder Disease** Acute events of gallbladder disease such as cholelithiasis or cholecystitis have been reported in GLP-1 receptor agonist trials and postmarketing. In a cardiovascular outcomes trial with a median follow up of 5.4 years, cholelithiasis occurred at a rate of 0.62/100 patient-years in TRULICITY-treated patients and 0.56/100 patient-years in placebo-treated patients after adjusting for prior cholecystectomy. Serious events of acute cholecystitis were reported in 0.5% and 0.3% of patients on TRULICITY and placebo respectively. If cholelithiasis is suspected, gallbladder studies and appropriate clinical follow-up are indicated.

Ex. 206D, Proposed Trulicity Label, LLY-GLPMDL-08096334 at -08096337.

34.    On June 10, 2022, FDA approved Trulicity label with the following warning for Acute Gallbladder Disease in Section 5 (Warnings and Precautions). This language matched Lilly's proposed label update.

> **5.8 Acute Gallbladder Disease** Acute events of gallbladder disease such as cholelithiasis or cholecystitis have been reported in GLP-1 receptor agonist trials and postmarketing. In a cardiovascular outcomes trial with a median follow up of 5.4 years, cholelithiasis occurred at a rate of 0.62/100 patient-years in TRULICITY-treated patients and 0.56/100 patient-years in placebo-treated patients after adjusting for prior cholecystectomy. Serious events of acute cholecystitis were reported in 0.5% and 0.3% of patients on TRULICITY and placebo respectively. If cholelithiasis is suspected, gallbladder studies and appropriate clinical follow-up are indicated.

Ex. 162D, 2022-06-10 Trulicity Label at 9.

35.    The most recent Trulicity label, approved in March 2026, includes the following under Section 5 (Warnings and Precautions). This is the same language that FDA added in 2022.

> **5.8 Acute Gallbladder Disease** Acute events of gallbladder disease such as cholelithiasis or cholecystitis have been reported in GLP-1 receptor agonist trials and postmarketing. In a cardiovascular outcomes trial with a median follow up of 5.4 years, cholelithiasis occurred at a rate of 0.62/100 patient-years in TRULICITY-treated patients and 0.56/100 patient-years in placebo-treated patients after adjusting for prior cholecystectomy. Serious events of acute cholecystitis were reported in 0.5% and 0.3% of patients on TRULICITY and placebo respectively. If cholelithiasis is suspected, gallbladder studies and appropriate clinical follow-up are indicated.

Ex. 166D, 2026-03 Trulicity Label at 10.

### B.    Mounjaro

36.    The initial FDA-approved Mounjaro label included the following language under Section 5 (Warnings and Precautions):

> **5.8 Acute Gallbladder Disease** Acute events of gallbladder disease such as cholelithiasis or cholecystitis have been reported in GLP-1 receptor agonist trials and postmarketing. In MOUNJARO placebo-controlled clinical trials, acute gallbladder disease (cholelithiasis, biliary colic, and cholecystectomy) was reported by 0.6% of MOUNJARO-treated patients and 0% of placebo-treated patients. If cholelithiasis is suspected, gallbladder diagnostic studies and appropriate clinical follow-up are indicated.

Ex. 126D, Mounjaro Label Approval, May 2022 at 12.

9

37.     The most recent Mounjaro label, approved in January 2026, includes the following warning under Section 5 (Warnings and Precautions). This is nearly identical to the warning included in Mounjaro's initial approval with the exception of specifying that the clinical trials occurred in adults.

> **5.8 Acute Gallbladder Disease** Acute events of gallbladder disease such as cholelithiasis or cholecystitis have been reported in GLP-1 receptor agonist trials and postmarketing. In MOUNJARO placebo-controlled clinical trials in adults, acute gallbladder disease (cholelithiasis, biliary colic, and cholecystectomy) was reported by 0.6% of MOUNJARO-treated patients and 0% of placebo-treated patients. If cholelithiasis is suspected, gallbladder diagnostic studies and appropriate clinical follow-up are indicated.

Ex. 133D, 2026-01 Mounjaro Label at 5.

**C.     Zepbound**

38.     The initial FDA-approved Zepbound label included the following language under Section 5 (Warnings and Precautions):

> **5.4 Acute Gallbladder Disease** Treatment with ZEPBOUND and GLP-1 receptor agonists is associated with an increased occurrence of acute gallbladder disease. In clinical trials of ZEPBOUND, cholelithiasis was reported in 1.1% of ZEPBOUND-treated patients and 1% of placebo-treated patients, cholecystitis was reported in 0.7% of ZEPBOUND-treated patients and 0.2% of placebo-treated patients, and cholecystectomy was reported in 0.2% of ZEPBOUND-treated patients and no placebo-treated patients. Acute gallbladder events were associated with weight reduction. If cholecystitis is suspected, gallbladder diagnostic studies and appropriate clinical follow-up are indicated.

Ex. 188D, 2023-11 Zepbound Label at 15.

39.     The most recent Zepbound label, approved in February 2026, includes a warning for gallbladder disease under Section 5 (Warnings and Precautions):

> **5.4 Acute Gallbladder Disease** Treatment with ZEPBOUND and GLP-1 receptor agonists is associated with an increased occurrence of acute gallbladder disease. In a pool of two ZEPBOUND clinical trials for weight reduction (Studies 1 and 2), cholelithiasis was reported in 1.1% of ZEPBOUND-treated patients and 1% of placebo-treated patients, cholecystitis was reported in 0.7% of ZEPBOUND-treated patients and 0.2% of placebo-treated patients, and cholecystectomy was reported in 0.2% of ZEPBOUND-treated patients and no placebo-treated patients. Acute gallbladder events were associated with weight reduction. Similar rates of cholelithiasis were reported in ZEPBOUND clinical

10

trials for weight reduction and in ZEPBOUND trials for OSA. If cholecystitis is suspected, gallbladder diagnostic studies and appropriate clinical follow-up are indicated.

Ex. 196D, 2026-02 Zepbound Label at 10-11.

## III.    SCIENTIFIC LITERATURE AND EXPERT OPINIONS AND TESTIMONY

### A.    Scientific Literature

40.    Dong et al. stated that "[m]ore data are needed to clarify whether the risk of biliary-related diseases varies by individual GLP-1RA." Ex. 59D, Dong et al., *Association between glucagon-like peptide-1 receptor agonists and biliary-related diseases in patients with type 2 diabetes: A nationwide cohort study* (2022) at 492.

41.    A 2016 study by Faillie et al. addressed whether GLP-1 RAs or other medicines "may be associated with an increased risk of bile duct and gallbladder disease."  The only GLP-1 RAs that Faillie et al. 2016 studied were exenatide (Byetta) and liraglutide. Ex. 60D, Faillie et al., *Association of Bile Duct and Gallbladder Diseases with the Use of Incretin-Based Drugs in Patients with Type 2 Diabetes Mellitus* (2016) at 1474-1475.

42.    He (Long) et al. stated that "when assessing the safety of GLP-1 RAs, factors such as drug specificity, dose, treatment duration, and use for weight loss should be considered to comprehensively understand their potential impact on biliary diseases." Ex. 70D, He et al., *Association between GLP-1 RAs and DPP-4 inhibitors with biliary disorders: pharmacovigilance analysis* (2025) at 8.

43.    He (Long) et al. concluded that "[a]lthough GLP-1 RAs as a class do not exhibit a disproportionate correlation with biliary diseases, specific agents like semaglutide and liraglutide demonstrate marked signal intensity, suggesting a potential risk." *Id.* at 9.

44.    Nauck et al. stated that "more evidence is needed regarding the relative effects of individual GLP-1RAs on gallbladder events and the underlying mechanisms." Ex. 95D, Nauck et

al., *Effects of Liraglutide Compared with Placebo on Events of Acute Gallbladder or Biliary Disease in Patients with Type 2 Diabetes at High Risk for Cardiovascular Events in the LEADER Randomized Trial* (2019) at 1917.

45.     Niu et al. studied the association between GLP-1 RAs including dulaglutide and risks of adverse gastrointestinal and hepatobiliary events, including biliary disease. The authors stated: "Patients prescribed GLP-1 RAs frequently experience greater and more sustained weight reduction, improved glycemic control, and may be more likely to engage in healthier lifestyle behaviors compared with those treated with other oral antidiabetic agents. These factors, which are not fully captured within the TriNetX dataset, could influence the risk of … other GI complications. Moreover … rapid weight reduction has been implicated in the development of gallstone disease, potentially affecting biliary outcomes. Given these unmeasured confounders and the limitations in clinical granularity, the observed findings should be interpreted as associative rather than causal." Ex. 97D, Niu et al., *Gastrointestinal and Hepatobiliary Safety of Glucagon-like Peptide-1 Receptor Agonists in Patients with Type 2 Diabetes* (2025) at 8.

46.     Wang et al. conducted a meta-analysis to evaluate the association between sodium-glucose cotransporter-2 inhibitors and GLP-1 RAs and various diseases, including acute cholecystitis.  Wang et al. summarized the advantages and disadvantages of their meta-analysis, stating: "[T]he findings of this study should be explained as *hypothesis-generating* but not definitive, and need to be confirmed by future studies." Ex. 112D, Wang et al., *A comprehensive meta-analysis on the association of SGLT2is and GLP-1RAs with vascular diseases, digestive diseases and fractures* (2024) at 6 (emphasis added).

47.     Derington et al. found "a decreased risk for gallstones and acute cholecystitis with dulaglutide vs semaglutide (gallstones: HR, 0.72; 95% CI, 0.54-0.95; acute cholecystitis: HR, 0.62;

95% CI, 0.39-0.99). Ex. 56D, Derington et al., *Liraglutide vs Semaglutide vs Dulaglutide in Veterans with Type 2 Diabetes* (2025) at 1.

### B.    Dr. Lang's Class-Wide Treatment Of GLP-1 RA Medicines

48.    Dr. Lang's report briefly mentions that Lilly's warnings were insufficient. Ex. 5D, Lang Rep. 1 ("Unfortunately, these warnings were insufficient for many patients who had been using GLP-1 RAs for many years and experienced severe injuries secondary to their gallbladder etiology."); *id.* 19 ("Despite these safety issues and concerns, the sponsors of GLP-1 RAs failed to adequately convey the true risk of gallbladder disease and disorders secondary to their drugs.").

49.    In his expert report, Dr. Lang opined that "GLP-1 RAs cause and/or significantly contribute to the development of gallbladder disorders and diseases." Ex. 5D, Lang Rep. 3.

50.    Dr. Lang's opinions address causation as to the entire class of GLP-1 RAs. Ex. 29D, Lang Dep. 27:18-22 ("Q. Okay. I just wanted to confirm. You're only offering an opinion as to the class of GLP-1 RAs. Correct? A. That is correct.").

51.    Dr. Lang did not assess data for Trulicity, separate from other GLP-1 RA medicines. *See* Ex. 29D, Lang Dep. 95:20-96:6 ("I did not look at Trulicity separate from data on all drugs in that same class.").

52.    Dr. Lang admitted that, if limited to data on Lilly's Trulicity, he could not reliably conclude a cause-and-effect relationship exists between Trulicity and gallbladder disorders or diseases. Ex. 29D, Lang Dep. 95:22-97:4 ("Q. If you were limited to data just on Trulicity, could you reliably conclude that a cause-and-effect relationship exists between Trulicity and gallbladder disorders or diseases? … THE WITNESS: Again, I did not look at Trulicity separate from data on all drugs in that same class. Q. So no? A. So no.").

53.    Dr. Lang did not assess causation for Mounjaro, separate from other GLP-1 RA medicines. *See* Ex. 29D, Lang Dep. 27:18-22 ("Q. Okay. I just wanted to confirm. You're only

offering an opinion as to the class of GLP-1 RAs. Correct? A. That is correct."); *id.* at 96:10-18 (Q. Okay. Likewise, if you were limited to data just on Mounjaro, could you reliably conclude that a cause-and-effect relationship exists between Mounjaro and gallbladder disorder or diseases? A. Same answer, which is – which is, I did not look at each individual drug, and I cannot answer that question with any degree of confidence.").

54.     Dr. Lang did not assess causation for Zepbound, separate from other GLP-1 RA medicines. *See* Ex. 29D, Lang Dep. 27:18-22 ("Q. Okay. I just wanted to confirm. You're only offering an opinion as to the class of GLP-1 RAs. Correct? A. That is correct."); *id.* at 96:10-18 (Q. Okay. Likewise, if you were limited to data just on Mounjaro, could you reliably conclude that a cause-and-effect relationship exists between Mounjaro and gallbladder disorder or diseases? A. Same answer, which is – which is, I did not look at each individual drug, and I cannot answer that question with any degree of confidence."); *id.* at 96:24-97:4 (Q. Okay. And if you were limited to data just on Zepbound, could you reliably conclude that a cause-and-effect relationship exists between Zepbound and gallbladder disorders or diseases? A. Same answer.").

55.     Dr. Lang testified that he is "not here to discuss individual medicines" and their side effects and adverse event rates related to gallbladder disease. Ex. 29D, Lang Dep. 28:16-29:10 ("Q. So you are not offering an opinion on the relationship between Ozempic and gallbladder disease specifically. Correct? [objection] The Witness: I'm—yeah, I'm here to discuss the overall class of medicines on—you know, my belief is that all of these medicines, you know, definitely have the same mechanism of action. So if you look at that, then I would believe that all the medicines have—you know, affect the gallbladder and biliary system to some degree. But I'm not here to discuss individual medicines and their, you know, side effects and adverse event rates related to gallbladder or biliary disease.").

56. Dr. Lang treated "cause," "significantly contribute," and "associated with" as synonymous for purposes of his opinions and described the opinion as showing only a relationship between the drugs and the outcome. Ex. 29D, Lang Dep. 31:16-24 ("Q. In your opinion, what's the difference between causation and association? A. To the best of my ability, I would assume that causation is when you have more of an exact mechanism, and association is when you see that things are related or interact with each other but the exact mechanism is a little bit unclear."); *id.* at 51:10-21 ("A. … it's always hard as a physician to say 'cause' because I think that a lot of these are multifactorial. … But, you know, 'significantly contribute,' 'cause,' 'associated with,' I think, are all, to me, synonyms in this case of showing a relationship between the drugs and the outcome that we're discussing today.").

57. In Dr. Lang's own words, all he can offer is an opinion about "a relationship between the drugs and the outcome." Ex. 29D, Lang Dep. 51:16-21 ("A. But, you know, 'significantly contribute,' 'cause,' 'associated with,' I think, are all, to me, synonyms in this case of showing a relationship between the drugs and the outcome that we're discussing today.").

58. Dr. Lang assumed that GLP-1 RAs as a class have a consistent gallbladder risk profile. Ex. 29D, Lang Dep. 254:3-7 ("Q. You have an assumption that GLP-1 RAs as a class have a consistent gallbladder risk profile. Is that fair? A. Yes.").

59. Dr. Lang testified that weight loss associated with the various GLP-1 RA medicines can differ depending on the particular medicine and the dosing of that medicine. Ex. 29D, Lang Dep. 88:6-13 ("Q. Do you know whether the weight loss associated with the different medicines in the class are the same? A. My crude understanding is that the weight loss can differ depending on the medicine and the dosing, but I'm not – I don't prescribe the medicine. I'm not a weight loss – medical weight loss doctor.").

15

60.     Dr. Lang testified that differences exist in the rates of gallbladder adverse effects across the various GLP-1 RA medicines. Ex. 29D, Lang Dep. 90:8-14 ("Q. And based on your review, are the rates of gallbladder adverse effects the same or different for each of the different GLP-1 RA medicines? A. Based on – based on the review of the literature, I think that some differences likely exist."); *id.* at 174:4-10 ("Q. … I just want to confirm. You acknowledge that the rate of gallbladder outcomes is different for each of the different medicines within the class. Correct? A. I believe that there's some variation in that based on the studies.").

61.     Dong (2022) found a different result with respect to the risk of gallbladder conditions for liraglutide (HR 1.60; CI, 1.23-2.09) than for dulaglutide (HR 0.99; CI 0.59-1.65). Ex. 59D, Dong 2022 at 484, 492; Ex. 29D, Lang Dep. 275:5-9 ("Q. Is it correct that the Dong study found a different result with respect to the risk of gallbladder conditions for liraglutide than for dulaglutide? A. Yes. …").

62.     Dong (2022), Ex. 59D, found that liraglutide, but not dulaglutide, was associated with an elevated risk of gallbladder disease. Ex. 29D, Lang Dep. 275:5-9 ("Q. Is it correct that the Dong study found a different result with respect to the risk of gallbladder conditions for liraglutide than for dulaglutide? A. Yes.); *id.* at 275:17-25 (Q. Liraglutide, but not dulaglutide, was associated with an elevated risk. Did I read that correctly? A. Yes. Q. And is that consistent with your understanding of what the Dong study showed? A. Yes.").

63.     Nreu (2020) did not find a statistically significant risk between dulaglutide and cholelithiasis. Ex. 98D, Nreu (2020) at 2-3; Ex. 29D, Lang Dep. 280:11-281:5 ("Q. Is it correct that Nreu … also does not find a statistically significant increased risk of cholelithiasis with dulaglutide? A. That is correct. Q. Is it correct that Nreu does find a statistically significant

16

increased risk in one study of liraglutide? … A. … the overall effect would be statistically significant for that group.").

64.     Dr. Lang opines that "[v]arious risk factors contribute to the formation of cholelithiasis, including obesity; female sex; pregnancy; rapid weight loss; diabetes mellitus; diet high in fat and cholesterol; family history; certain medications; and underlying diseases such as cirrhosis and Crohn's disease." Ex. 5D, Lang Rep. 4.

65.     Dr. Lang testified that it is an "interesting hypothesis" that GLP-1 RA medicines have an additive or independent effect on gallbladder events beyond weight loss. Ex. 29D, Lang Dep. 244:24-245:10 ("A. … I think that what I [was] thinking of was the study where we discussed that the vast majority of weight loss may occur early on in the treatment of initiating the drug, but that the effect of the GLP-1s on gallbladder events may continue longer than the actual weight loss. And to me that shows, you know, the interesting hypothesis that it's likely that these drugs have an additive or independent effect just from the weight loss alone.").

66.     Dr. Lang testified that there's no consensus within the medical community of the mechanism by which GLP-1 RAs cause gallbladder disease. Ex. 29D, Lang Dep. 136:2-12, 136:25-137:4 ("Q. Just to confirm, there's no consensus within the medical community of the mechanism by which GLP-1 RAs cause gallbladder disease. Correct? A. Correct. I don't think that as of now there's one distinct entity of the ones listed here or others that may be proposed that is the singular factor that causes the drug to have this effect on the gallbladder and biliary system."; "Q. … you're not opining that any one of these is definitively the mechanism of action. Correct? A. That is correct.")

67.     Dr. Lang testified that the exact biological mechanism by which a GLP-1 RA medicine could cause gallbladder disease is "unknown." Ex. 29D, Lang Dep. 246:13-20 ("Q. And

17

there are mechanisms that would indicate, is it correct, that as of today, we don't know one way or another? A. Correct. I think we discussed earlier that the exact mechanism, I think, is unknown, that it's – that I would – I would believe that it's a culmination of factors that may cause this."); *id.* at 89:19-90:7 ("Q. Okay. And do all of the GLP-1 RAs have the same magnitude of effect on gallbladder emptying? A. I don't think that that is well-enough known to comment on. I believe that the early studies would show that different drugs affect the gallbladder in different – in different ways but that they all have some sort of effect on gallbladder emptying or gallbladder refilling or the time to maximum gallbladder contraction. But the exact way in which the GLP-1s do that I think remains unknown at this time.").

68.     Dr. Lang testified that "as of today, we don't know one way or another" whether GLP-1 medicines pose gallbladder risks independent of weight loss. Ex. 29D, Lang Dep. 245:22-246:11 ("Q. You are not offering today an opinion to a reasonable degree of scientific certainty that GLP-1s do, in fact, have an independent effect on gallbladder conditions that is separate from a weight loss effect? A. I – [objection omitted] THE WITNESS: I do believe that there are – there are mechanisms that would indicate that there is more to this theory of gallbladder and biliary-type adverse events with the drugs than just the weight loss itself.); *id.* at 246:13-20 ("Q. And there are mechanisms that would indicate, is it correct, that as of today, we don't know one way or another? A. Correct. I think we discussed earlier that the exact mechanism, I think, is unknown, that it's – that I would – I would believe that it's a culmination of factors that may cause this.").

69.     Dr. Lang testified that his report did not disclose a method by which he tested whether GLP-1 RAs as a class have a consistent gallbladder risk profile. Ex. 29D, Lang Dep. 254:3-17 ("Q. You have an assumption that GLP-1 RAs as a class have a consistent gallbladder risk profile. Is that fair? A. Yes."; "Q. And is it correct that in your report you do not address a

18

methodology by which you looked at studies to determine if that is actually correct? A. I – correct. I think that the weight of the evidence here is interpreting the variety of data that exists out in the world to come to a – to try to do your best and fairest way to come to a conclusion on that topic.").

70.     Dr. Lang testified that he did not perform a literature search for biliary disease or gallbladder disease with respect to individual GLP-1 RA medicines. Ex. 29D, Lang Dep. 254:18-255:13 ("Q. And is it correct that in forming your opinions in this case, you didn't specifically do a literature search looking for whether the risk profile of one GLP-1 RA medicine was the same as another GLP-1 RA medicine for gallbladder conditions? … THE WITNESS: That was not the main part of the search. The search was, as a broad search, intended to look at the class of drugs and the effect, not to compare individual drugs. Q. Was it any – was it any specific part of the search? A. I did not – I did not search biliary disease or gallbladder disease with specific drugs as part of the search.").

71.     Dr. Lang does not offer any opinions about the adequacy of GLP-1 RA labeling, including Lilly's GLP-1 RA labels. Ex. 29D, Lang Dep. 14:22-15:5 ("Q. Okay. And you're not offering opinions on FDA labeling and regulations. Correct? A. I am not qualified to do that. Q. Okay. So just to be clear, you're not offering any opinions as to the labels of GLP-1s. Correct? A. That is correct."); *id.* at 30:15-20 ("Q. … you're not offering an opinion on the content of the product labeling for any GLP-1 RA. Correct? A. That is correct."); *id.* at 95:9-15 ("Q. When you say 'warning,' though, here, just to be clear, you're not offering an opinion about the labeling – product labeling for these medicines. Correct? A. That is correct. I'm not offering that opinion."); *id.* at 260:1-17 ("Q. And is it – is it fair to say you're not an expert on what level of evidence is required to include a condition in the Warnings and Precautions section of a label? A. That is correct. … A. I am not a regulatory expert, and I do not know what the bases are to put – you know,

to put those warnings in. I don't think that I can fairly comment on those."); *id.* at 260:18-261:17 ("Q. And is it correct that you are not opining to a reasonable degree of scientific certainty that gallbladders were added to the Warnings and Precautions section of Trulicity because Lilly determined that causation had been established? A. I – I'm not here to discuss the warning labels. … THE WITNESS: Again, I'm not a regulatory expert and don't have an opinion on the – on the labels.").

### C.    Dr. David Ross's Warning Opinion (Trulicity Only)

72.    Dr. Ross defines "biliary disease" and "acute gallbladder disease" "to cover the spectrum of conditions that include cholelithiasis (gallstones), which can cause inflammation (cholecystitis), and can lead to severe and even life-threatening illness, often requiring surgical removal of the gallbladder (cholecystectomy) for definitive treatment." Ex. 18D, Ross Rep. 8 n.5.

73.    In his expert report, Dr. Ross opined that Lilly possessed "newly acquired information" ("NAI") representing "overwhelming evidence of a causal association" between Trulicity and acute gallbladder disease, and that Lilly should have submitted a "changes being effected" ("CBE") supplement to add this risk to the Warnings and Precautions section of the Trulicity label (Section 5) "no later than December 2017." Ex. 18D, Ross Rep. 7, 27, 79; Ex. 37D, Ross Dep. 29:4-19 ("Q. – is it correct you're not offering an opinion that the Trulicity warnings were inadequate before December 2017? A. Correct. Q. Is it correct that your opinion is that Lilly should have submitted a CBE, or changes being effected, to add warnings about the risk of acute gallbladder disease to the warnings and precaution section? A. Yes. Q. And is it correct that your opinion is Lilly should have submitted that CBE by December of 2017? A. Yes.").

74.    Dr. Ross does not offer an opinion about the adequacy of the Mounjaro label. Ex. 37D, Ross Dep. 24:10-14 ("Q. Okay. As of today, is it correct you're not planning to offer opinions on the labeling adequacy of Mounjaro? A. That is correct.").

20

75.     Dr. Ross does not offer an opinion about the adequacy of the Zepbound label. Ex. 37D, Ross Dep. 24:15-18 ("Q. And is it also correct you're not going to be offering opinions on the labeling adequacy of Zepbound? A. That is correct.").

76.     Dr. Ross does not offer an opinion that the Trulicity label was inadequate before December 2017. Ex. 37D, Ross Dep. 29:4-8 ("Q. Is it correct you're not offering an opinion that the Trulicity warnings were inadequate before December 2017? A. Correct.").

77.     Dr. Ross does not offer an opinion that the Trulicity label was inadequate after June 2022. Ex. 37D, Ross Dep. 26:1-6 ("Q. Is it correct that you are not offering an opinion that the Trulicity labels were inadequately warned about gallbladder conditions after June 2022? A. That is correct.").

78.     Dr. Ross relies in part on a 2016 study by Faillie to support his opinion that Lilly had newly acquired information to use the CBE process to update the Trulicity label. (Rep. at 27).

79.     Dr. Ross believes that a February 2013 internal draft clinical safety summary ("CSS") constitutes newly acquired information. Ex. 18D, Ross Rep. 35-37; Ex. 37D, Ross Dep. 70:22-71:3 ("Q. Okay. You believe that the information you're talking about starting on Page 35, through about Page 40, is an example of newly acquired information that's identified in your report? A. Yes.").

80.     Dr. Ross agrees that the 2013 CSS states it was a draft that should be considered rough. Ex. 37D, Ross Dep. 75:18-20 ("Q. And do you see it says, 'This draft should be considered rough'? A. Yes.").

81.     The final CSS submitted to FDA included additional data on gastrointestinal events. Ex. 37D, Ross Dep. Ex. 5; *see also* Ross Dep. 78:6–79:3 ("Q. 'Potentially clinically important gastrointestinal events'? A. Yes. Q. And you see it says, 'Early in clinical development, Lilly

observed a potential imbalance in the reporting of cholelithiasis in Study GBDN' – A. Yes. Q. – 'among dulaglutide and other comparator groups, and, therefore, follow this event carefully throughout the clinical development program'; is that correct? A. Yes. Q. And this was submitted to the FDA, it looks like, September 2013? A. This would have been part of the NDA, yes. Q. And that was many months after the rough draft from David Hyslop in February 2013; is that correct? A. That would be approximately seven months, I believe.").

82.     Dr. Ross admits there was no study or published data reporting a statistically significant association between gallbladder disease and Trulicity by December 2017. Ex. 37D, Ross Dep. 150:18-151:7 ("Q. Aside from the February 2013 document that we discussed, … do you identify in your report any … study that shows a statistically significant association between Trulicity and cholelithiasis at any point? A. With the understanding that, A, that is not a requirement to add a warning to a label. And, B, none of these studies were powered or prospectively designed to study that, no."); *id.* at 151:11-24 ("Q. Here, let me just ask it for cholecystitis. Aside—do you identify in your report any study that shows a statistically significant association between Trulicity and cholecystitis at any point? A. Again, with the understanding that, A, studies were not powered or designed to look at differences between groups on that particular endpoint, and that statistical significance is absolutely not listed or required in the regs, no.").

83.     Dr. Ross relies on five dulaglutide-associated case reports of cholecystitis before 2021 that were included in FDA's 2021 DPV-I review: "1 was received in 2016, 2 in 2017, 1 in 2018, 1 in 2019," and none in 2020. Ex. 18D, Ross Rep. 65.

84.     Dr. Ross relies on Saxenda's December 2014 label as newly acquired information to support his opinion that "Eli Lilly should have added a similar warning to the Trulicity labeling." Ex. 18D, Ross Rep. 41-42.

22

85.     Dr. Ross testified that another company's Periodic Safety Update Reports are generally not publicly available. Ex. 37D, Ross Dep. 92:23-93:1 ("Q. And are one—one sponsor's or one applicant's PSURs generally publicly available? A. No.").

86.     Dr. Ross testified that he "would not have expected" Lilly to have had access to "Novo's July 2013 through June 2014 PSUR." Ex. 37D, Ross Dep. 93:2-16 ("Q. Do you expect that Lilly would have had available to it, for example, the March 2015—I'm sorry, the Novo's July 2013 through June 2014 PSUR? A. I'm going to answer that in two parts. So, first and foremost, I'm aware that I made a mistake on the materials considered list and listed PSURs and others as being publicly available. That was incorrect, and that was a mistake on—that was a typo, if you will. But, anyway, no, I would not have expected that.").

87.     Dr. Ross agreed that FDA would have had access to Saxenda submission materials that were unavailable to Lilly. Ex. 37D, Ross Dep. 64:25–65:4 ("Q. And the FDA would have had access to additional materials regarding the Saxenda submission that Lilly wouldn't have had, correct? A. Yes.").

88.     An adverse event of special interest is a serious or non-serious adverse event that is "of scientific and medical concern specific to the sponsor's product or programme, for which ongoing monitoring and rapid communication by the investigator to the sponsor can be appropriate. Such an event might warrant further investigation to characterize and understand it." Ex. 198D, FDA, E19 A Selective Approach to Safety Data Collection in Specific Late-Stage Pre-Approval or Post-Approval Clinical Trials Guidance for Industry at 12 (Dec. 2022), https://www.fda.gov/media/163670/download.

89.     Dr. Ross testified that FDA was aware, at approval, that Trulicity and Saxenda were in the same established pharmaceutical class. Ex. 37D, Ross Dep. 66:4–11 ("Q. Okay. Can you

23

answer my question of, is it correct the FDA was aware in—before September 2014 that Trulicity and Saxenda were in the same established pharmaceutical class? A. The FDA was one of the entities that knew that, was aware of that, yes.").

90.    On September 11, 2014, the FDA Endocrinologic and Metabolic Drugs Advisory Committee looked at the safety profile of Saxenda, including concerns for gallbladder-related events. Ex. 37D, Ross Dep. 60:14-61:5 ("Q. Okay. And is it correct that on September 11, 2014, there was a meeting of the FDA Endocrinologic and Metabolic Drugs Advisory Committee regarding Saxenda? A. Okay."); *id.* at 60:24-61 ("Q. Okay. And is it correct that at that meeting, members of the FDA specifically looked at the question of the safety profile of liraglutide, a chemical name for Saxenda, including concern for gallbladder-related events? A. That's correct.").

91.    Dr. Ross agreed that FDA would have been aware of the gallbladder issues raised at the FDA advisory committee meeting (¶ 2) when FDA approved Trulicity. Ex. 37D, Ross Dep. 61:22-62:3 ("Q. And you would agree that members of the FDA were certainly aware of the gallbladder issues raised at the Saxenda 2014 meeting before they approved the Trulicity BLA? A. Both Lilly and the FDA were aware of them.").

92.    Dr. Ross agrees that newly acquired information "is data, analyses, or other information not previously submitted to FDA." Ex. 37D, Ross Dep. 224:1-6 ("Q. Okay. And I think we've already talked about NAI at length today. Just to be clear, NAI is data, analyses, or other information not previously submitted to FDA, correct? A. Correct."). Dr. Ross testified that FDA "did not have a CBE submitted by Lilly tying all this together. That would be newly acquired information. That would meet the definition." Ex. 37D, Ross Dep. 113:22-114:18 ("Q. I was asking you whether there's anything before December 2017 that showed a different – or, excuse me, a greater frequency in acute gallbladder disease that the FDA didn't already know about when it

approved Trulicity in 2014? A. Yes. Q. What? A. It did not have a CBE submitted by Lilly tying all this together. That would be newly acquired information. That would meet the definition. It's – and, again, I have to emphasize, it's a misconception that newly acquired information is – excludes anything that has been previously submitted that forms part of a new analysis. That's just not correct. And the definition makes that very clear."); *id*. at 114:19-116:2 ("Q. Okay. Aside from the CBE, the February 2013 document, and the document we looked at regarding P-values, anything else that you are pointing to that you believe shows that before 20—before December 2017 Lilly had information that showed a greater frequency of acute gallbladder disease than what the FDA already knew about when it approved Trulicity in 2014. A. . . . Bottom line is, if Lilly says, we're not going to pull all these dots together and connect them, because the FDA already has the dots, F – newly acquired information is meant to include connecting the dots.").

93.    The only post-February 2020 information Dr. Ross references to show newly acquired information is from FDA's 2021 DPV-1 review came from two dulaglutide case reports in 2021 and FDA's Safety Label Change Notification requiring an update to the Trulicity label in March 2022. Ross Rep. 65, 66.

94.    The He 2022 article stated that "whether increased risk of gallbladder-related events is a class effect of GLP-1 RAs has not been established[.]" Ex. 69D, He et al., *Association of Glucagon-Like Peptide-1 Receptor Agonist Use With Risk of Gallbladder and Biliary Diseases* (2022) at 514; Ex. 37D, Ross Dep. 185:17-186:22 ("Q. And do you see the second full paragraph where Dr. He says, 'Whether increased risk of gallbladder-related diseases, a class effect of GLP-1 RAs has not been established.' … A. Okay. Q. Yes. I appreciate. You're right. I stopped at the end. But is it correct that in May 2022, Dr. He stated that whether increased risk of gallbladder-related events is a class effect of GLP-1s has not been established and prescribing information for

25

all GLP-1 RA medications does not provide a warning regarding increased risk of gallbladder disorders. Is that what Dr. He says? A. Yes.").

95. Dr. Ross agreed that adding information to a prescription drug label under FDA's reasonable-evidence standard does not necessarily mean the medication caused the adverse event or outcome. Ex. 37D, Ross Dep. 22:4-23:7 ("Q. Is it correct that the regulatory standard to include – the regulatory causation standard for the warnings and precautions section of the label is 'reasonable evidence of a causal association'? A. Yes. Q. And would you agree that if there's information added to a prescription drug label because of reasonable evidence of an association under the FDA regulations, that does not mean the medication caused the adverse event or outcome? … A. Say – to use the language in the regulation, it does not mean necessarily that there's a causal relationship. Q. Okay. And would you agree that the standard for adding warnings to a drug label is lower than the level of proof required for robust epidemiological conclusions? A. I believe so.").

96. Dr. Ross agreed that the standard FDA applied for its 2022 Safety Label Change Notification is different from the standard for making a CBE label change. Ex. 37D, Ross Dep. 183:3-17 ("Q. Okay. And the letter said, 'We consider this information to be new safety information as defined in Section 505-1 B.3 of the FDCA'; is that correct? A. Yes. Q. And is new safety information – that's a specific defined term, correct? A. Yes. Q. And it's different, is it not, than the definition of newly acquired information relevant to the CBE standard? A. I believe that's correct.").

97. Dr. Ross opines that failure to include information in the Warnings and Precautions Section also omitted that information from the subsections "Recent Major Changes" and "Highlights of Prescribing Information" which are more prominent and in two places in the label.

26

Ex. 18D, Ross Rep. 81; Ex. 37D, Ross Dep. 166:10-23 ("Q. And do you see that, in fact, in February 2020, information about cholelithiasis and cholecystitis was added to the adverse reaction section? A. I just want to make sure, because I did not see anything at all mentioning the approval letter from FDA about cholelithiasis or cholecystitis. And I don't see it here under recent major changes. So I'm just trying to – so it's certainly not in the highlights of prescribing information.").

### D.      Dr. David Kessler's Testimony

98.      Dr. David Kessler testified that "once you warn . . . you've warned." Ex. 28D, Kessler Dep. 515:21-516:2 ("Q. As to ileus, as of 2022, when the label is changed, you are not saying that ileus is not adequately warned of, right? A. I think that once you warn of ileus, you've warned of ileus. Correct.").

Dated: May 19, 2026

Respectfully submitted,

*/s/ Diana M. Watral*

Diana M. Watral, P.C. (admitted *pro hac vice*)
Mark Premo-Hopkins, P.C. (admitted *pro hac vice*)
Renee D. Smith (admitted *pro hac vice*)
**Kirkland & Ellis LLP**
333 W. Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
diana.watral@kirkland.com
mark.premohopkins@kirkland.com
renee.smith@kirkland.com

Samuel W. Silver (PA Bar No. 56596)
Catherine M. Recker (PA Bar No. 56813)
Bruce P. Merenstein (PA Bar No. 82609)
Abigail T. Burton (PA Bar No. 334450)
**Welsh & Recker, P.C.**
306 Walnut Street
Philadelphia, PA 19106
Telephone: (215) 972-6430
Facsimile: (985) 617-1021
ssilver@welshrecker.com
cmrecker@welshrecker.com
bmerenstein@welshrecker.com
aburton@welshrecker.com

*Attorneys for Defendants Eli Lilly and Company
and Lilly USA, LLC*

28

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 19, 2026, a true and correct copy of the foregoing STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF LILLY'S MOTION FOR SUMMARY JUDGMENT ON GALLBLADDER CLAIMS was electronically filed using the Court's CM/ECF System, which will send notification of such filing to all counsel of record.


*/s/ Diana M. Watral*
    Diana M. Watral, P.C.