# EXHIBIT 168D



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

_____

**Food and Drug Administration**
**Silver Spring  MD  20993**

NDA 022341/S-004

**SUPPLEMENT APPROVAL**
**REMOVE REMS ELEMENT**

Novo Nordisk, Inc.
Attention: Anne Phillips, M.D.
Corporate Vice President, CMR
100 College Road West
Princeton, NJ 08540

Dear Dr. Phillips:

Please refer to your Supplemental New Drug Application (sNDA) dated November 19, 2010, received November 19, 2010, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act (FDCA) for VICTOZA (liraglutide [rDNA origin]) Injection.

We acknowledge receipt of your amendments dated December 22, 2010, January 5, April 28, and May 10 (2), and 17, 2011; and your risk evaluation and mitigation strategy (REMS) assessment dated January 25, 2011.

We also refer to our letter dated May 6, 2011, which required revisions to the communication plan of your REMS.  These revisions were required because your January 25, 2011, REMS assessment showed that the REMS was not meeting its goal of educating health care providers about the potential risks associated with the use of VICTOZA (liraglutide [rDNA origin]).  We acknowledge receipt of your revised REMS dated May 10 and 17, 2011.

This supplemental NDA provides for the addition of information regarding postmarketing reports of worsening renal function, including acute renal failure, to the package insert and corresponding text in the Medication Guide, and proposed modifications to the approved REMS.

We have completed our review of this supplemental application, as amended.  It is approved, effective on the date of this letter, for use as recommended in the enclosed, agreed-upon labeling text.

**CONTENT OF LABELING**

As soon as possible, but no later than 14 days from the date of this letter, submit the content of labeling [21 CFR 314.50(l)] in structured product labeling (SPL) format using the FDA automated drug registration and listing system (eLIST), as described at http://www.fda.gov/ForIndustry/DataStandards/StructuredProductLabeling/default.htm.  Content of labeling must be identical to the enclosed labeling (Physician Insert and Medication Guide)

Reference ID: 2948949

Confidential

NDA 022341/S-004
Page 2

with the addition of any labeling changes in pending "Changes Being Effected" (CBE) supplements, as well as annual reportable changes not included in the enclosed labeling.

Information on submitting SPL files using eLIST may be found in the guidance for industry titled "SPL Standard for Content of Labeling Technical Qs and As" at http://www.fda.gov/downloads/DrugsGuidanceComplianceRegulatoryInformation/Guidances/UCM072392.pdf.

The SPL will be accessible from publicly available labeling repositories.

Also within 14 days, amend all pending supplemental applications for this NDA, including CBE supplements for which FDA has not yet issued an action letter, with the content of labeling [21 CFR 314.50(l)(1)(i)] in MS Word format, that includes the changes approved in this supplemental application, as well as annual reportable changes and annotate each change. To facilitate review of your submission, provide a highlighted or marked-up copy that shows all changes, as well as a clean Microsoft Word version. The marked-up copy should provide appropriate annotations, including supplement number(s) and annual report date(s).

We request that the labeling approved today be available on your website within 10 days of receipt of this letter.

## RISK EVALUATION AND MITIGATION STRATEGY REQUIREMENTS

The REMS for VICTOZA (liraglutide [rDNA origin]) was originally approved on January 25, 2010. The REMS consisted of a Medication Guide, a communication plan, and a timetable for submission of assessments of the REMS.

Your proposed modification to the REMS consists of a request to eliminate the Medication Guide as an element of the approved REMS, and modifications to the communication plan to include a modified reminder *Dear Healthcare Provider* letter to be sent to the primary care physician audience within 60 days of approval of the REMS modification, and a revised *Direct Mail* letter to be sent to all prescribers of VICTOZA (liraglutide [rDNA origin]) on an annual basis for a total of 3 years following approval of this REMS modification.

We have determined that maintaining the Medication Guide as part of the approved labeling is adequate to address the serious and significant public health concern and meets the standard in 21 CFR 208.1 and, therefore, it is no longer necessary to include the Medication Guide as an element of the approved REMS to ensure that the benefits of the drug outweigh the risks.

Therefore, we agree with your proposal, and a Medication Guide is no longer required as part of the REMS for VICTOZA (liraglutide [rDNA origin]). We remind you that the Medication Guide will continue to be part of the approved labeling for VICTOZA (liraglutide [rDNA origin]) in accordance with 21 CFR 208.

Your proposed modified REMS, submitted on May 10 and 17, 2011, and appended to this letter, is approved. The modified REMS consists of a communication plan and a timetable for submission of assessments of the REMS.

Reference ID: 2948949

Confidential

Novo_GLP_MDL_000202584

NDA 022341/S-004
Page 3

The timetable for submission of assessments of the REMS will remain the same as that approved on January 25, 2010.

The revised REMS assessment plan should include, but is not limited to, the following:

1. Evaluation of healthcare providers' understanding of the serious risks of VICTOZA (liraglutide [rDNA origin])

2. An assessment of healthcare providers' awareness of:

   a. appropriate patient population characteristics, and
   b. the potential risk for medullary thyroid carcinoma
   c. the need for prompt evaluation of patients who develop symptoms suggestive of pancreatitis

3. Evaluation of healthcare providers' identification and treatment of:

   a. medullary thyroid carcinoma after initiation of VICTOZA (liraglutide [rDNA origin])
   b. acute pancreatitis after initiation of VICTOZA (liraglutide [rDNA origin])

4. Evaluation of the extent to which the communication plan is meeting the goals of the REMS and whether modifications to the elements or goals are needed

5. An assessment of the number of VICTOZA (liraglutide [rDNA origin]) prescribers identified to receive the *Dear Health Care Provider* (DHCP) letter and the number of DHCP letters mailed

6. An assessment of the percentage of targeted physicians who are presented with the Highlighted Information for Prescribers via Sales Specialists, the website, or medical information department

7. As required under section 505-1(g)(3)(B) and (C), information on the status of any postapproval study or clinical trial required under section 505(o)(3) or otherwise undertaken to investigate a safety issue.  With respect to any such postapproval study, you must include the status of such study, including whether any difficulties completing the study have been encountered.  With respect to any such postapproval clinical trial, you must include the status of such clinical trial, including whether enrollment has begun, the number of participants enrolled, the expected completion date, whether any difficulties completing the clinical trial have been encountered, and registration information with respect to requirements under subsections (i) and (j) of section 402 of the Public Health Service Act.  You can satisfy these requirements in your REMS assessments by referring to relevant information included in the most recent annual report required under section 506B and 21 CFR 314.81(b)(2)(vii) and including any material or significant updates to the status information since the annual report was prepared.  Failure to comply with the REMS assessments provisions in section 505-1(g) could result in enforcement action.

Reference ID: 2948949

Confidential

NDA 022341/S-004
Page 4

We remind you that in addition to the assessments submitted according to the timetable included in the approved REMS, you must submit a REMS assessment and may propose a modification to the approved REMS when you submit a supplemental application for a new indication for use as described in section 505-1(g)(2)(A) of FDCA.

If you currently distribute or plan to distribute an authorized generic product under this NDA, you must submit a complete proposed REMS that relates only to the authorized generic product. Submit a proposed REMS, REMS supporting document, and any required appended documents as a prior approval supplement. Approval of the proposed REMS is required before you may market your authorized generic product.

Prominently identify the submission containing the REMS assessments or proposed modifications of the REMS with the following wording in bold capital letters at the top of the first page of the submission as appropriate:

**NDA 022341 REMS ASSESSMENT**

**NEW SUPPLEMENT FOR NDA 022341**
    **PROPOSED REMS MODIFICATION**
    **REMS ASSESSMENT**

**NEW SUPPLEMENT (NEW INDICATION FOR USE)**
**FOR NDA 022341**
    **REMS ASSESSMENT**
    **PROPOSED REMS MODIFICATION (if included)**

## PROMOTIONAL MATERIALS

You may request advisory comments on proposed introductory advertising and promotional labeling. To do so, submit the following, in triplicate, (1) a cover letter requesting advisory comments, (2) the proposed materials in draft or mock-up form with annotated references, and (3) the package insert(s) to:

    Food and Drug Administration
    Center for Drug Evaluation and Research
    Division of Drug Marketing, Advertising, and Communications
    5901-B Ammendale Road
    Beltsville, MD 20705-1266

You must submit final promotional materials and package insert(s), accompanied by a Form FDA 2253, at the time of initial dissemination or publication [21 CFR 314.81(b)(3)(i)]. Form FDA 2253 is available at http://www.fda.gov/opacom/morechoices/fdaforms/cder.html; instructions are provided on page 2 of the form. For more information about submission of promotional materials to the Division of Drug Marketing, Advertising, and Communications (DDMAC), see http://www.fda.gov/AboutFDA/CentersOffices/CDER/ucm090142.htm.

Reference ID: 2948949

Confidential

Novo_GLP_MDL_000202586

NDA 022341/S-004
Page 5

All promotional materials that include representations about your drug product must be promptly revised to be consistent with the labeling changes approved in this supplement, including any new safety information [21 CFR 314.70(a)(4)]. The revisions in your promotional materials should include prominent disclosure of the important new safety information that appears in the revised package labeling. Within 7 days of receipt of this letter, submit your statement of intent to comply with 21 CFR 314.70(a)(4) to the address above or by fax to 301-847-8444.

## REPORTING REQUIREMENTS

We remind you that you must comply with reporting requirements for an approved NDA (21 CFR 314.80 and 314.81).

If you have any questions, please call Pooja Dharia, Pharm.D., Regulatory Project Manager, at (301) 796-5332.

Sincerely,

*{See appended electronic signature page}*

Mary Parks, M.D.
Director
Division of Metabolism and Endocrinology Products
Office of Drug Evaluation II
Center for Drug Evaluation and Research

ENCLOSURES:
  Package Insert
  Medication Guide
  REMS

Reference ID: 2948949

Novo_GLP_MDL_000202587

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to use Victoza safely and effectively. See full prescribing information for Victoza.**

Victoza® (liraglutide [rDNA origin] injection), solution for subcutaneous use
Initial U.S. Approval: 2010

---

**WARNING: RISK OF THYROID C-CELL TUMORS**
*See full prescribing information for complete boxed warning.*
- **Liraglutide causes thyroid C-cell tumors at clinically relevant exposures in rodents. It is unknown whether Victoza causes thyroid C-cell tumors, including medullary thyroid carcinoma (MTC), in humans, as human relevance could not be determined by clinical or nonclinical studies (5.1).**
- **Victoza is contraindicated in patients with a personal or family history of MTC or in patients with Multiple Endocrine Neoplasia syndrome type 2 (MEN 2) (5.1).**

---

-------------------------------RECENT MAJOR CHANGES-------------------------------
Warnings and Precautions: Renal Impairment (5.4)                05/2011

-------------------------------INDICATIONS AND USAGE-------------------------------
Victoza is a glucagon-like peptide-1 (GLP-1) receptor agonist indicated as an adjunct to diet and exercise to improve glycemic control in adults with type 2 diabetes mellitus (1).

**Important Limitations of Use (1.1):**
- Not recommended as first-line therapy for patients inadequately controlled on diet and exercise (5.1).
- Has not been studied sufficiently in patients with a history of pancreatitis. Use caution (5.2).
- Not for treatment of type 1 diabetes mellitus or diabetic ketoacidosis.
- Has not been studied in combination with insulin.

-------------------------------DOSAGE AND ADMINISTRATION-------------------------------
- Administer once daily at any time of day, independently of meals (2).
- Inject subcutaneously in the abdomen, thigh or upper arm (2).
- The injection site and timing can be changed without dose adjustment (2).
- Initiate at 0.6 mg per day for one week. This dose is intended to reduce gastrointestinal symptoms during initial titration, and is not effective for glycemic control. After one week, increase the dose to 1.2 mg. If the 1.2 mg dose does not result in acceptable glycemic control, the dose can be increased to 1.8 mg (2).
- When initiating Victoza, consider reducing the dose of concomitantly-administered insulin secretagogues to reduce the risk of hypoglycemia (2).

-------------------------------DOSAGE FORMS AND STRENGTHS-------------------------------
- Solution for subcutaneous injection, pre-filled, multi-dose pen that delivers doses of 0.6 mg, 1.2 mg, or 1.8 mg (6 mg/mL, 3 mL) (3).

-------------------------------CONTRAINDICATIONS-------------------------------
Do not use in patients with a personal or family history of medullary thyroid carcinoma or in patients with Multiple Endocrine Neoplasia syndrome type 2 (4).

-------------------------------WARNINGS AND PRECAUTIONS-------------------------------
- Thyroid C-cell tumors in animals: Human relevance unknown. Counsel patients regarding the risk of medullary thyroid carcinoma and the symptoms of thyroid tumors (5.1).
- Pancreatitis: In clinical trials, there were more cases of pancreatitis among Victoza-treated patients than among comparator-treated patients. If pancreatitis is suspected, Victoza and other potentially suspect drugs should be discontinued. Victoza should not be restarted if pancreatitis is confirmed. Use with caution in patients with a history of pancreatitis (5.2).
- Serious hypoglycemia: Can occur when Victoza is used with an insulin secretagogue (e.g. a sulfonylurea). Consider lowering the dose of the insulin secretagogue to reduce the risk of hypoglycemia (5.3).
- Renal Impairment: Has been reported postmarketing, usually in association with nausea, vomiting, diarrhea, or dehydration which may sometimes require hemodialysis. Use caution when initiating or escalating doses of Victoza in patients with renal impairment (5.4).
- Macrovascular outcomes: There have been no studies establishing conclusive evidence of macrovascular risk reduction with Victoza or any other antidiabetic drug (5.5).

-------------------------------ADVERSE REACTIONS-------------------------------
- The most common adverse reactions, reported in ≥5% of patients treated with Victoza and more commonly than in patients treated with placebo, are: headache, nausea, diarrhea and anti-liraglutide antibody formation (6).
- Immunogenicity-related events, including urticaria, were more common among Victoza-treated patients (0.8%) than among comparator-treated patients (0.4%) in clinical trials (6).

**To report SUSPECTED ADVERSE REACTIONS, contact Novo Nordisk Inc. at 1-877-484-2869 or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.**

-------------------------------DRUG INTERACTIONS-------------------------------
- Victoza delays gastric emptying. May impact absorption of concomitantly administered oral medications. Use caution (7).

-------------------------------USE IN SPECIFIC POPULATIONS-------------------------------
- There are no data in patients below 18 years of age (8.4).
- Use with caution in patients with renal or hepatic impairment. Limited data (8.6, 8.7).

**See 17 for PATIENT COUNSELING INFORMATION and FDA-Approved Medication Guide.**

**Revised: 5/2011**

Reference ID: 2948949

**FULL PRESCRIBING INFORMATION:  CONTENTS\***
**BOXED WARNING:  RISK OF THYROID C-CELL TUMORS**

**1      INDICATIONS AND USAGE**
       1.1     Important Limitations of Use
**2      DOSAGE AND ADMINISTRATION**
**3      DOSAGE FORMS AND STRENGTHS**
**4      CONTRAINDICATIONS**
**5      WARNINGS AND PRECAUTIONS**
       5.1   Risk of Thyroid C-cell Tumors
       5.2   Pancreatitis
       5.3   Use with Medications Known to Cause Hypoglycemia
       5.4   Renal Impairment
       5.5   Macrovascular Outcomes
**6      ADVERSE REACTIONS**
       6.1    Clinical Trials Experience
       6.2    Post-Marketing Experience
**7      DRUG INTERACTIONS**
       7.1   Oral Medications
**8      USE IN SPECIFIC POPULATIONS**
       8.1   Pregnancy
       8.3   Nursing Mothers
       8.4   Pediatric Use
       8.5   Geriatric Use
       8.6   Renal Impairment
       8.7   Hepatic Impairment
       8.8   Gastroparesis

**10      OVERDOSAGE**
**11      DESCRIPTION**
**12      CLINICAL PHARMACOLOGY**
       12.1   Mechanism of Action
       12.2   Pharmacodynamics
       12.3   Pharmacokinetics
**13      NONCLINICAL TOXICOLOGY**
       13.1   Carcinogenesis, Mutagenesis, Impairment of Fertility
**14      CLINICAL STUDIES**
       14.1   Monotherapy
       14.2   Combination Therapy
**16      HOW SUPPLIED/STORAGE AND HANDLING**
       16.1   How Supplied
       16.2   Recommended Storage
**17      PATIENT COUNSELING INFORMATION**
       17.1   Risk of Thyroid C-cell Tumors
       17.2   Dehydration and Renal Failure
       17.3   Pancreatitis
       17.4   Never Share a Victoza Pen Between Patients
       17.5   Instructions
       17.6   Laboratory Tests
       17.7   FDA-Approved Medication Guide

\*Sections or subsections omitted from the full prescribing information are not listed.

Confidential                                                                 Novo_GLP_MDL_000202589

**FULL PRESCRIBING INFORMATION**

---

**WARNING:  RISK OF THYROID C-CELL TUMORS**

Liraglutide causes dose-dependent and treatment-duration-dependent thyroid C-cell tumors at clinically relevant exposures in both genders of rats and mice.  It is unknown whether Victoza causes thyroid C-cell tumors, including medullary thyroid carcinoma (MTC), in humans, as human relevance could not be ruled out by clinical or nonclinical studies. Victoza is contraindicated in patients with a personal or family history of MTC and in patients with Multiple Endocrine Neoplasia syndrome type 2 (MEN 2). Based on the findings in rodents, monitoring with serum calcitonin or thyroid ultrasound was performed during clinical trials, but this may have increased the number of unnecessary thyroid surgeries.  It is unknown whether monitoring with serum calcitonin or thyroid ultrasound will mitigate human risk of thyroid C-cell tumors.  Patients should be counseled regarding the risk and symptoms of thyroid tumors *[see Contraindications (4), Warnings and Precautions (5.1) and Nonclinical Toxicology (13.1)]*.

---

# 1    INDICATIONS AND USAGE

Victoza is indicated as an adjunct to diet and exercise to improve glycemic control in adults with type 2 diabetes mellitus.

## 1.1    Important Limitations of Use

- Because of the uncertain relevance of the rodent thyroid C-cell tumor findings to humans, prescribe Victoza only to patients for whom the potential benefits are considered to outweigh the potential risk. Victoza is not recommended as first-line therapy for patients who have inadequate glycemic control on diet and exercise.

- In clinical trials of Victoza, there were more cases of pancreatitis with Victoza than with comparators. Victoza has not been studied sufficiently in patients with a history of pancreatitis to determine whether these patients are at increased risk for pancreatitis while using Victoza.  Use with caution in patients with a history of pancreatitis.

- Victoza is not a substitute for insulin.  Victoza should not be used in patients with type 1 diabetes mellitus or for the treatment of diabetic ketoacidosis, as it would not be effective in these settings.

- The concurrent use of Victoza and insulin has not been studied.

# 2    DOSAGE AND ADMINISTRATION

Victoza can be administered once daily at any time of day, independently of meals, and can be injected subcutaneously in the abdomen, thigh or upper arm.  The injection site and timing can be changed without dose adjustment.

For all patients, Victoza should be initiated with a dose of 0.6 mg per day for one week.  The 0.6 mg dose is a starting dose intended to reduce gastrointestinal symptoms during initial titration, and is not effective for glycemic control.  After one week at 0.6 mg per day, the dose should be increased to 1.2 mg.  If the 1.2 mg dose does not result in acceptable glycemic control, the dose can be increased to 1.8 mg.

When initiating Victoza, consider reducing the dose of concomitantly administered insulin secretagogues (such as sulfonylureas) to reduce the risk of hypoglycemia *[see Warnings and Precautions (5.3) and Adverse Reactions (6)]*.

Reference ID: 2948949

Confidential

Victoza solution should be inspected prior to each injection, and the solution should be used only if it is clear, colorless, and contains no particles.

## 3    DOSAGE FORMS AND STRENGTHS

Solution for subcutaneous injection, pre-filled, multi-dose pen that delivers doses of 0.6 mg, 1.2 mg, or 1.8 mg (6 mg/mL, 3 mL).

## 4    CONTRAINDICATIONS

Victoza is contraindicated in patients with a personal or family history of medullary thyroid carcinoma (MTC) or in patients with Multiple Endocrine Neoplasia syndrome type 2 (MEN 2).

## 5    WARNINGS AND PRECAUTIONS

### 5.1    Risk of Thyroid C-cell Tumors

Liraglutide causes dose-dependent and treatment-duration-dependent thyroid C-cell tumors (adenomas and/or carcinomas) at clinically relevant exposures in both genders of rats and mice *[see Nonclinical Toxicology (13.1)]*. Malignant thyroid C-cell carcinomas were detected in rats and mice. A statistically significant increase in cancer was observed in rats receiving liraglutide at 8-times clinical exposure compared to controls. It is unknown whether Victoza will cause thyroid C-cell tumors, including medullary thyroid carcinoma (MTC), in humans, as the human relevance of liraglutide-induced rodent thyroid C-cell tumors could not be determined by clinical or nonclinical studies *[see Boxed Warning, Contraindications (4)]*.

In the clinical trials, there have been 4 reported cases of thyroid C-cell hyperplasia among Victoza-treated patients and 1 case in a comparator-treated patient (1.3 vs. 0.6 cases per 1000 patient-years). One additional case of thyroid C-cell hyperplasia in a Victoza-treated patient and 1 case of MTC in a comparator-treated patient have subsequently been reported. This comparator-treated patient with MTC had pre-treatment serum calcitonin concentrations >1000 ng/L suggesting pre-existing disease. All of these cases were diagnosed after thyroidectomy, which was prompted by abnormal results on routine, protocol-specified measurements of serum calcitonin. Four of the five liraglutide-treated patients had elevated calcitonin concentrations at baseline and throughout the trial. One liraglutide and one non-liraglutide-treated patient developed elevated calcitonin concentrations while on treatment.

Calcitonin, a biological marker of MTC, was measured throughout the clinical development program. The serum calcitonin assay used in the Victoza clinical trials had a lower limit of quantification (LLOQ) of 0.7 ng/L and the upper limit of the reference range was 5.0 ng/L for women and 8.4 ng/L for men. At Weeks 26 and 52 in the clinical trials, adjusted mean serum calcitonin concentrations were higher in Victoza-treated patients compared to placebo-treated patients but not compared to patients receiving active comparator. At these timepoints, the adjusted mean serum calcitonin values (~ 1.0 ng/L) were just above the LLOQ with between-group differences in adjusted mean serum calcitonin values of approximately 0.1 ng/L or less. Among patients with pre-treatment serum calcitonin below the upper limit of the reference range, shifts to above the upper limit of the reference range which persisted in subsequent measurements occurred most frequently among patients treated with Victoza 1.8 mg/day. In trials with on-treatment serum calcitonin measurements out to 5-6 months, 1.9% of patients treated with Victoza 1.8 mg/day developed new and persistent calcitonin elevations above the upper limit of the reference range compared to 0.8-1.1% of patients treated with control medication or the 0.6 and 1.2 mg doses of Victoza. In trials with on-treatment serum calcitonin measurements out to 12 months, 1.3% of patients treated with Victoza 1.8 mg/day had new and persistent elevations of calcitonin from below or within the reference range to above the upper limit of the reference range, compared to 0.6%, 0% and 1.0% of patients treated

Reference ID: 2948949

Novo_GLP_MDL_000202591

with Victoza 1.2 mg, placebo and active control, respectively.  Otherwise, Victoza did not produce consistent dose-dependent or time-dependent increases in serum calcitonin.

Patients with MTC usually have calcitonin values >50 ng/L.  In Victoza clinical trials, among patients with pre-treatment serum calcitonin <50 ng/L, one Victoza-treated patient and no comparator-treated patients developed serum calcitonin >50 ng/L.  The Victoza-treated patient who developed serum calcitonin >50 ng/L had an elevated pre-treatment serum calcitonin of 10.7 ng/L that increased to 30.7 ng/L at Week 12 and 53.5 ng/L at the end of the 6-month trial.  Follow-up serum calcitonin was 22.3 ng/L more than 2.5 years after the last dose of Victoza.  The largest increase in serum calcitonin in a comparator-treated patient was seen with glimepiride in a patient whose serum calcitonin increased from 19.3 ng/L at baseline to 44.8 ng/L at Week 65 and 38.1 ng/L at Week 104.  Among patients who began with serum calcitonin <20 ng/L, calcitonin elevations to >20 ng/L occurred in 0.7% of Victoza-treated patients, 0.3% of placebo-treated patients, and 0.5% of active-comparator-treated patients, with an incidence of 1.1% among patients treated with 1.8 mg/day of Victoza.  The clinical significance of these findings is unknown.

Counsel patients regarding the risk for MTC and the symptoms of thyroid tumors (e.g. a mass in the neck, dysphagia, dyspnea or persistent hoarseness).  It is unknown whether monitoring with serum calcitonin or thyroid ultrasound will mitigate the potential risk of MTC, and such monitoring may increase the risk of unnecessary procedures, due to low test specificity for serum calcitonin and a high background incidence of thyroid disease.  Patients with thyroid nodules noted on physical examination or neck imaging obtained for other reasons should be referred to an endocrinologist for further evaluation.  Although routine monitoring of serum calcitonin is of uncertain value in patients treated with Victoza, if serum calcitonin is measured and found to be elevated, the patient should be referred to an endocrinologist for further evaluation.

### 5.2    Pancreatitis
In clinical trials of Victoza, there were 7 cases of pancreatitis among Victoza-treated patients and 1 case among comparator-treated patients (2.2 vs. 0.6 cases per 1000 patient-years).  Five cases with Victoza were reported as acute pancreatitis and two cases with Victoza were reported as chronic pancreatitis.  In one case in a Victoza-treated patient, pancreatitis, with necrosis, was observed and led to death; however clinical causality could not be established.  One additional case of pancreatitis has subsequently been reported in a Victoza-treated patient.  Some patients had other risk factors for pancreatitis, such as a history of cholelithiasis or alcohol abuse.  There are no conclusive data establishing a risk of pancreatitis with Victoza treatment.  After initiation of Victoza, and after dose increases, observe patients carefully for signs and symptoms of pancreatitis (including persistent severe abdominal pain, sometimes radiating to the back and which may or may not be accompanied by vomiting).  If pancreatitis is suspected, Victoza and other potentially suspect medications should be discontinued promptly, confirmatory tests should be performed and appropriate management should be initiated.  If pancreatitis is confirmed, Victoza should not be restarted.  Use with caution in patients with a history of pancreatitis.

### 5.3    Use with Medications Known to Cause Hypoglycemia
Patients receiving Victoza in combination with an insulin secretagogue (e.g., sulfonylurea) may have an increased risk of hypoglycemia.  In the clinical trials of at least 26 weeks duration, hypoglycemia requiring the assistance of another person for treatment occurred in 7 Victoza-treated patients and in two comparator-treated patients.  Six of these 7 patients treated with Victoza were also taking a sulfonylurea.  The risk of hypoglycemia may be lowered by a reduction in the dose of sulfonylurea or other insulin secretagogues *[see Adverse Reactions (6.1)].*

Reference ID: 2948949

Novo_GLP_MDL_000202592

## 5.4    Renal Impairment

Victoza has not been found to be directly nephrotoxic in animal studies or clinical trials. There have been postmarketing reports of acute renal failure and worsening of chronic renal failure, which may sometimes require hemodialysis in Victoza-treated patients *[see Adverse Reactions (6.2)]*. Some of these events were reported in patients without known underlying renal disease. A majority of the reported events occurred in patients who had experienced nausea, vomiting, diarrhea, or dehydration *[see Adverse Reactions (6.1)]*. Some of the reported events occurred in patients receiving one or more medications known to affect renal function or hydration status. Altered renal function has been reversed in many of the reported cases with supportive treatment and discontinuation of potentially causative agents, including Victoza. Use caution when initiating or escalating doses of Victoza in patients with renal impairment *[see Use in Specific Populations (8.6)]*.

## 5.5    Macrovascular Outcomes

There have been no clinical studies establishing conclusive evidence of macrovascular risk reduction with Victoza or any other antidiabetic drug.

## 6    ADVERSE REACTIONS
## 6.1    Clinical Trials Experience

Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in practice.

The safety of Victoza was evaluated in a 52-week monotherapy trial and in five 26-week, add-on combination therapy trials.  In the monotherapy trial, patients were treated with Victoza 1.2 mg daily, Victoza 1.8 mg daily, or glimepiride 8 mg daily.  In the add-on to metformin trial, patients were treated with Victoza 0.6 mg, Victoza 1.2 mg, Victoza 1.8 mg, placebo, or glimepiride 4 mg.  In the add-on to glimepiride trial, patients were treated with Victoza 0.6 mg, Victoza 1.2 mg, Victoza 1.8 mg, placebo, or rosiglitazone 4 mg.  In the add-on to metformin + glimepiride trial, patients were treated with Victoza 1.8 mg, placebo, or insulin glargine.  In the add-on to metformin + rosiglitazone trial, patients were treated with Victoza 1.2 mg, Victoza 1.8 mg or placebo *[see Clinical Studies (14)]*.

*Withdrawals*

The incidence of withdrawal due to adverse events was 7.8% for Victoza-treated patients and 3.4% for comparator-treated patients in the five controlled trials of 26 weeks duration or longer.  This difference was driven by withdrawals due to gastrointestinal adverse reactions, which occurred in 5.0% of Victoza-treated patients and 0.5% of comparator-treated patients.  The most common adverse reactions leading to withdrawal for Victoza-treated patients were nausea (2.8% versus 0% for comparator) and vomiting (1.5% versus 0.1% for comparator).  Withdrawal due to gastrointestinal adverse events mainly occurred during the first 2-3 months of the trials.

Tables 1, 2 and 3 summarize the adverse events reported in ≥5% of Victoza-treated patients in the six controlled trials of 26 weeks duration or longer.

**Table 1 Adverse events reported in ≥5% of Victoza-treated patients or ≥5% of glimepiride-treated patients: 52-week monotherapy trial**

|  | All Victoza<br>N = 497 | Glimepiride<br>N = 248 |
|---|---|---|
| **Adverse Event Term** | (%) | (%) |

Reference ID: 2948949

Confidential

Novo_GLP_MDL_000202593

| | | |
|---|---|---|
| Nausea | 28.4 | 8.5 |
| Diarrhea | 17.1 | 8.9 |
| Vomiting | 10.9 | 3.6 |
| Constipation | 9.9 | 4.8 |
| Upper Respiratory Tract Infection | 9.5 | 5.6 |
| Headache | 9.1 | 9.3 |
| Influenza | 7.4 | 3.6 |
| Urinary Tract Infection | 6.0 | 4.0 |
| Dizziness | 5.8 | 5.2 |
| Sinusitis | 5.6 | 6.0 |
| Nasopharyngitis | 5.2 | 5.2 |
| Back Pain | 5.0 | 4.4 |
| Hypertension | 3.0 | 6.0 |

**Table 2 Adverse events reported in ≥5% of Victoza-treated patients and occurring more frequently with Victoza compared to placebo: 26-week combination therapy trials**

| Add-on to Metformin Trial | | | |
|---|---|---|---|
| | All Victoza + Metformin N = 724 | Placebo + Metformin N = 121 | Glimepiride + Metformin N = 242 |
| **Adverse Event Term** | (%) | (%) | (%) |
| Nausea | 15.2 | 4.1 | 3.3 |
| Diarrhea | 10.9 | 4.1 | 3.7 |
| Headache | 9.0 | 6.6 | 9.5 |
| Vomiting | 6.5 | 0.8 | 0.4 |
| **Add-on to Glimepiride Trial** | | | |
| | All Victoza + Glimepiride N = 695 | Placebo + Glimepiride N = 114 | Rosiglitazone + Glimepiride N = 231 |
| **Adverse Event Term** | (%) | (%) | (%) |
| Nausea | 7.5 | 1.8 | 2.6 |
| Diarrhea | 7.2 | 1.8 | 2.2 |
| Constipation | 5.3 | 0.9 | 1.7 |
| Dyspepsia | 5.2 | 0.9 | 2.6 |
| **Add-on to Metformin + Glimepiride** | | | |
| | Victoza 1.8 + Metformin + Glimepiride N = 230 | Placebo + Metformin + Glimepiride N = 114 | Glargine + Metformin + Glimepiride N = 232 |
| **Adverse Event Term** | (%) | (%) | (%) |
| Nausea | 13.9 | 3.5 | 1.3 |
| Diarrhea | 10.0 | 5.3 | 1.3 |
| Headache | 9.6 | 7.9 | 5.6 |
| Dyspepsia | 6.5 | 0.9 | 1.7 |
| Vomiting | 6.5 | 3.5 | 0.4 |
| **Add-on to Metformin + Rosiglitazone** | | | |
| | All Victoza + Metformin + Rosiglitazone N = 355 | Placebo + Metformin + Rosiglitazone N = 175 | |
| **Adverse Event Term** | (%) | (%) | |
| Nausea | 34.6 | 8.6 | |
| Diarrhea | 14.1 | 6.3 | |
| Vomiting | 12.4 | 2.9 | |
| Decreased Appetite | 9.3 | 1.1 | |
| Anorexia | 9.0 | 0.0 | |
| Headache | 8.2 | 4.6 | |
| Constipation | 5.1 | 1.1 | |
| Fatigue | 5.1 | 1.7 | |

Reference ID: 2948949

Confidential

Novo_GLP_MDL_000202594

**Table 3 Treatment-Emergent Adverse Events in 26 Week Open-Label Trial versus Exenatide (Adverse events with frequency ≥5% and occurring more frequently with Victoza compared to exenatide are listed)**

|  | Victoza 1.8 mg once daily + metformin and/or sulfonylurea N = 235 | Exenatide 10 mcg twice daily + metformin and/or sulfonylurea N = 232 |
|---|---|---|
| **Preferred Term** | (%) | (%) |
| Diarrhea | 12.3 | 12.1 |
| Dyspepsia | 8.9 | 4.7 |
| Constipation | 5.1 | 2.6 |

*Gastrointestinal adverse events*
In the five clinical trials of 26 weeks duration or longer, gastrointestinal adverse events were reported in 41% of Victoza-treated patients and were dose-related. Gastrointestinal adverse events occurred in 17% of comparator-treated patients. Events that occurred more commonly among Victoza-treated patients included nausea, vomiting, diarrhea, dyspepsia and constipation. In a 26-week study of Victoza versus exenatide, both in combination with metformin and/or sulfonylurea [*see Clinical Studies (14.2)*] overall gastrointestinal adverse event incidence rates, including nausea, were similar in patients treated with Victoza and exenatide.

In five clinical trials of 26 weeks duration or longer, the percentage of patients who reported nausea declined over time. Approximately 13% of Victoza-treated patients and 2% of comparator-treated patients reported nausea during the first 2 weeks of treatment.

In a 26 week study of Victoza versus exenatide, both in combination with metformin and/or sulfonylurea [*see Clinical Studies (14.2)*], the proportion of patients with nausea also declined over time.

*Immunogenicity*
Consistent with the potentially immunogenic properties of protein and peptide pharmaceuticals, patients treated with Victoza may develop anti-liraglutide antibodies. Approximately 50-70% of Victoza-treated patients in the five clinical trials of 26 weeks duration or longer were tested for the presence of anti-liraglutide antibodies at the end of treatment. Low titers (concentrations not requiring dilution of serum) of anti-liraglutide antibodies were detected in 8.6% of these Victoza-treated patients. Sampling was not performed uniformly across all patients in the clinical trials, and this may have resulted in an underestimate of the actual percentage of patients who developed antibodies. Cross-reacting anti-liraglutide antibodies to native glucagon-like peptide-1 (GLP-1) occurred in 6.9% of the Victoza-treated patients in the 52-week monotherapy trial and in 4.8% of the Victoza-treated patients in the 26-week add-on combination therapy trials. These cross-reacting antibodies were not tested for neutralizing effect against native GLP-1, and thus the potential for clinically significant neutralization of native GLP-1 was not assessed. Antibodies that had a neutralizing effect on liraglutide in an *in vitro* assay occurred in 2.3% of the Victoza-treated patients in the 52-week monotherapy trial and in 1.0% of the Victoza-treated patients in the 26-week add-on combination therapy trials.

Among Victoza-treated patients who developed anti-liraglutide antibodies, the most common category of adverse events was that of infections, which occurred among 40% of these patients compared to 36%, 34% and 35% of antibody-negative Victoza-treated, placebo-treated and active-control-treated patients,

Reference ID: 2948949

respectively. The specific infections which occurred with greater frequency among Victoza-treated antibody-positive patients were primarily nonserious upper respiratory tract infections, which occurred among 11% of Victoza-treated antibody-positive patients; and among 7%, 7% and 5% of antibody-negative Victoza-treated, placebo-treated and active-control-treated patients, respectively. Among Victoza-treated antibody-negative patients, the most common category of adverse events was that of gastrointestinal events, which occurred in 43%, 18% and 19% of antibody-negative Victoza-treated, placebo-treated and active-control-treated patients, respectively. Antibody formation was not associated with reduced efficacy of Victoza when comparing mean $HbA_{1c}$ of all antibody-positive and all antibody-negative patients. However, the 3 patients with the highest titers of anti-liraglutide antibodies had no reduction in $HbA_{1c}$ with Victoza treatment.

In clinical trials of Victoza, events from a composite of adverse events potentially related to immunogenicity (e.g. urticaria, angioedema) occurred among 0.8% of Victoza-treated patients and among 0.4% of comparator-treated patients. Urticaria accounted for approximately one-half of the events in this composite for Victoza-treated patients. Patients who developed anti-liraglutide antibodies were not more likely to develop events from the immunogenicity events composite than were patients who did not develop anti-liraglutide antibodies.

*Injection site reactions*
Injection site reactions (e.g., injection site rash, erythema) were reported in approximately 2% of Victoza-treated patients in the five clinical trials of at least 26 weeks duration. Less than 0.2% of Victoza-treated patients discontinued due to injection site reactions.

*Papillary thyroid carcinoma*
In clinical trials of Victoza, there were 6 reported cases of papillary thyroid carcinoma in patients treated with Victoza and 1 case in a comparator-treated patient (1.9 vs. 0.6 cases per 1000 patient-years). Most of these papillary thyroid carcinomas were <1 cm in greatest diameter and were diagnosed in surgical pathology specimens after thyroidectomy prompted by findings on protocol-specified screening with serum calcitonin or thyroid ultrasound.

*Hypoglycemia*
In the clinical trials of at least 26 weeks duration, hypoglycemia requiring the assistance of another person for treatment occurred in 7 Victoza-treated patients (2.6 cases per 1000 patient-years) and in two comparator-treated patients. Six of these 7 patients treated with Victoza were also taking a sulfonylurea. One other patient was taking Victoza in combination with metformin but had another likely explanation for the hypoglycemia (this event occurred during hospitalization and after insulin infusion) (Table 4). Two additional cases of hypoglycemia requiring the assistance of another person for treatment have subsequently been reported in patients who were not taking a concomitant sulfonylurea. Both patients were receiving Victoza, one as monotherapy and the other in combination with metformin. Both patients had another likely explanation for the hypoglycemia (one received insulin during a frequently-sampled intravenous glucose tolerance test, and the other had intracranial hemorrhage and uncertain food intake).

Reference ID: 2948949

Confidential

Novo_GLP_MDL_000202596

**Table 4 Incidence (%) and Rate (episodes/patient year) of Hypoglycemia in the 52-Week Monotherapy Trial and in the 26-Week Combination Therapy Trials**

| | Victoza Treatment | Active Comparator | Placebo Comparator |
|---|---|---|---|
| **Monotherapy** | **Victoza (N = 497)** | **Glimepiride (N = 248)** | **None** |
| Patient not able to self-treat | 0 | 0 | - |
| Patient able to self-treat | 9.7 (0.24) | 25.0 (1.66) | - |
| Not classified | 1.2 (0.03) | 2.4 (0.04) | - |
| **Add-on to Metformin** | **Victoza + Metformin (N = 724)** | **Glimepiride + Metformin (N = 242)** | **Placebo + Metformin (N = 121)** |
| Patient not able to self-treat | 0.1 (0.001) | 0 | 0 |
| Patient able to self-treat | 3.6 (0.05) | 22.3 (0.87) | 2.5 (0.06) |
| **Add-on to Glimepiride** | **Victoza + Glimepiride (N = 695)** | **Rosiglitazone + Glimepiride (N = 231)** | **Placebo + Glimepiride (N = 114)** |
| Patient not able to self-treat | 0.1 (0.003) | 0 | 0 |
| Patient able to self-treat | 7.5 (0.38) | 4.3 (0.12) | 2.6 (0.17) |
| Not classified | 0.9 (0.05) | 0.9 (0.02) | 0 |
| **Add-on to Metformin + Rosiglitazone** | **Victoza + Metformin + Rosiglitazone (N = 355)** | **None** | **Placebo + Metformin + Rosiglitazone (N = 175)** |
| Patient not able to self-treat | 0 | - | 0 |
| Patient able to self-treat | 7.9 (0.49) | - | 4.6 (0.15) |
| Not classified | 0.6 (0.01) | - | 1.1 (0.03) |
| **Add-on to Metformin + Glimepiride** | **Victoza + Metformin + Glimepiride (N = 230)** | **Insulin glargine + Metformin + Glimepiride (N = 232)** | **Placebo + Metformin + Glimepiride (N = 114)** |
| Patient not able to self-treat | 2.2 (0.06) | 0 | 0 |
| Patient able to self-treat | 27.4 (1.16) | 28.9 (1.29) | 16.7 (0.95) |
| Not classified | 0 | 1.7 (0.04) | 0 |

In a pooled analysis of clinical trials, the incidence rate (per 1,000 patient-years) for malignant neoplasms (based on investigator-reported events, medical history, pathology reports, and surgical reports from both blinded and open-label study periods) was 10.9 for Victoza, 6.3 for placebo, and 7.2 for active comparator. After excluding papillary thyroid carcinoma events *[see Adverse Reactions (6.1)]*, no particular cancer cell type predominated. Seven malignant neoplasm events were reported beyond 1 year of exposure to study medication, six events among Victoza-treated patients (4 colon, 1 prostate and 1 nasopharyngeal), no events with placebo and one event with active comparator (colon). Causality has not been established.

**Laboratory Tests**
In the five clinical trials of at least 26 weeks duration, mildly elevated serum bilirubin concentrations (elevations to no more than twice the upper limit of the reference range) occurred in 4.0% of Victoza-treated patients, 2.1% of placebo-treated patients and 3.5% of active-comparator-treated patients. This

Confidential

finding was not accompanied by abnormalities in other liver tests. The significance of this isolated finding is unknown.

**6.2     Post-Marketing Experience**
The following additional adverse reactions have been reported during post-approval use of Victoza. Because these events are reported voluntarily from a population of uncertain size, it is generally not possible to reliably estimate their frequency or establish a causal relationship to drug exposure.

Gastrointestinal: nausea, vomiting and diarrhea sometimes resulting in dehydration. *[see Warnings and Precautions (5.4) and Patient Counseling Information (17.2)]*

Renal and Urinary Disorders: increased serum creatinine, acute renal failure or worsening of chronic renal failure, which may sometimes require hemodialysis. *[see Warnings and Precautions (5.4) and Patient Counseling Information (17.2)]*

**7     DRUG INTERACTIONS**
**7.1     Oral Medications**
Victoza causes a delay of gastric emptying, and thereby has the potential to impact the absorption of concomitantly administered oral medications. In clinical pharmacology trials, Victoza did not affect the absorption of the tested orally administered medications to any clinically relevant degree. Nonetheless, caution should be exercised when oral medications are concomitantly administered with Victoza.

**8     USE IN SPECIFIC POPULATIONS**
**8.1     Pregnancy**
Pregnancy Category C.
There are no adequate and well-controlled studies of Victoza in pregnant women. Victoza should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus. Liraglutide has been shown to be teratogenic in rats at or above 0.8 times the human systemic exposures resulting from the maximum recommended human dose (MRHD) of 1.8 mg/day based on plasma area under the time-concentration curve (AUC). Liraglutide has been shown to cause reduced growth and increased total major abnormalities in rabbits at systemic exposures below human exposure at the MRHD based on plasma AUC.

Female rats given subcutaneous doses of 0.1, 0.25 and 1.0 mg/kg/day liraglutide beginning 2 weeks before mating through gestation day 17 had estimated systemic exposures 0.8-, 3-, and 11-times the human exposure at the MRHD based on plasma AUC comparison. The number of early embryonic deaths in the 1 mg/kg/day group increased slightly. Fetal abnormalities and variations in kidneys and blood vessels, irregular ossification of the skull, and a more complete state of ossification occurred at all doses. Mottled liver and minimally kinked ribs occurred at the highest dose. The incidence of fetal malformations in liraglutide-treated groups exceeding concurrent and historical controls were misshapen oropharynx and/or narrowed opening into larynx at 0.1 mg/kg/day and umbilical hernia at 0.1 and 0.25 mg/kg/day.

Pregnant rabbits given subcutaneous doses of 0.01, 0.025 and 0.05 mg/kg/day liraglutide from gestation day 6 through day 18 inclusive, had estimated systemic exposures less than the human exposure at the MRHD of 1.8 mg/day at all doses, based on plasma AUC. Liraglutide decreased fetal weight and dose-dependently increased the incidence of total major fetal abnormalities at all doses. The incidence of malformations exceeded concurrent and historical controls at 0.01 mg/kg/day (kidneys, scapula), ≥ 0.01

Reference ID: 2948949

Confidential                                                  Novo_GLP_MDL_000202598

mg/kg/day (eyes, forelimb), 0.025 mg/kg/day (brain, tail and sacral vertebrae, major blood vessels and heart, umbilicus), $\geq$ 0.025 mg/kg/day (sternum) and at 0.05 mg/kg/day (parietal bones, major blood vessels). Irregular ossification and/or skeletal abnormalities occurred in the skull and jaw, vertebrae and ribs, sternum, pelvis, tail, and scapula; and dose-dependent minor skeletal variations were observed. Visceral abnormalities occurred in blood vessels, lung, liver, and esophagus. Bilobed or bifurcated gallbladder was seen in all treatment groups, but not in the control group.

In pregnant female rats given subcutaneous doses of 0.1, 0.25 and 1.0 mg/kg/day liraglutide from gestation day 6 through weaning or termination of nursing on lactation day 24, estimated systemic exposures were 0.8-, 3-, and 11-times human exposure at the MRHD of 1.8 mg/day, based on plasma AUC. A slight delay in parturition was observed in the majority of treated rats. Group mean body weight of neonatal rats from liraglutide-treated dams was lower than neonatal rats from control group dams. Bloody scabs and agitated behavior occurred in male rats descended from dams treated with 1 mg/kg/day liraglutide. Group mean body weight from birth to postpartum day 14 trended lower in $F_2$ generation rats descended from liraglutide-treated rats compared to $F_2$ generation rats descended from controls, but differences did not reach statistical significance for any group.

### 8.3    Nursing Mothers
It is not known whether Victoza is excreted in human milk. Because many drugs are excreted in human milk and because of the potential for tumorigenicity shown for liraglutide in animal studies, a decision should be made whether to discontinue nursing or to discontinue Victoza, taking into account the importance of the drug to the mother. In lactating rats, liraglutide was excreted unchanged in milk at concentrations approximately 50% of maternal plasma concentrations.

### 8.4    Pediatric Use
Safety and effectiveness of Victoza have not been established in pediatric patients. Victoza is not recommended for use in pediatric patients.

### 8.5    Geriatric Use
In the Victoza clinical trials, a total of 797 (20%) of the patients were 65 years of age and over and 113 (2.8%) were 75 years of age and over. No overall differences in safety or effectiveness were observed between these patients and younger patients, but greater sensitivity of some older individuals cannot be ruled out.

### 8.6    Renal Impairment
There is limited experience with Victoza in patients with mild, moderate, and severe renal impairment, including end-stage renal disease. However, there have been postmarketing reports of acute renal failure and worsening of chronic renal failure, which may sometimes require hemodialysis *[see Warnings and Precautions (5.4) and Adverse Reactions (6.2)]*. Victoza should be used with caution in this patient population. No dose adjustment of Victoza is recommended for patients with renal impairment *[see Clinical Pharmacology (12.3)]*.

### 8.7    Hepatic Impairment
There is limited experience in patients with mild, moderate or severe hepatic impairment. Therefore, Victoza should be used with caution in this patient population. No dose adjustment of Victoza is recommended for patients with hepatic impairment *[see Clinical Pharmacology (12.3)]*.

Reference ID: 2948949

Confidential

**8.8    Gastroparesis**

Victoza slows gastric emptying. Victoza has not been studied in patients with pre-existing gastroparesis.

**10    OVERDOSAGE**

In a clinical trial, one patient with type 2 diabetes experienced a single overdose of Victoza 17.4 mg subcutaneous (10 times the maximum recommended dose). Effects of the overdose included severe nausea and vomiting requiring hospitalization. No hypoglycemia was reported. The patient recovered without complications. In the event of overdosage, appropriate supportive treatment should be initiated according to the patient's clinical signs and symptoms.

**11    DESCRIPTION**

Victoza contains liraglutide, an analog of human GLP-1 and acts as a GLP-1 receptor agonist. The peptide precursor of liraglutide, produced by a process that includes expression of recombinant DNA in *Saccharomyces cerevisiae*, has been engineered to be 97% homologous to native human GLP-1 by substituting arginine for lysine at position 34. Liraglutide is made by attaching a C-16 fatty acid (palmitic acid) with a glutamic acid spacer on the remaining lysine residue at position 26 of the peptide precursor. The molecular formula of liraglutide is $C_{172}H_{265}N_{43}O_{51}$ and the molecular weight is 3751.2 Daltons. The structural formula (Figure 1) is:



**Figure 1 Structural Formula of liraglutide**

Victoza is a clear, colorless solution. Each 1 mL of Victoza solution contains 6 mg of liraglutide. Each pre-filled pen contains a 3 mL solution of Victoza equivalent to 18 mg liraglutide (free-base, anhydrous) and the following inactive ingredients: disodium phosphate dihydrate, 1.42 mg; propylene glycol, 14 mg; phenol, 5.5 mg; and water for injection.

**12    CLINICAL PHARMACOLOGY**

**12.1    Mechanism of Action**

Liraglutide is an acylated human Glucagon-Like Peptide-1 (GLP-1) receptor agonist with 97% amino acid sequence homology to endogenous human GLP-1(7-37). GLP-1(7-37) represents <20% of total circulating endogenous GLP-1. Like GLP-1(7-37), liraglutide activates the GLP-1 receptor, a membrane-bound cell-surface receptor coupled to adenylyl cyclase by the stimulatory G-protein, Gs, in pancreatic beta cells. Liraglutide increases intracellular cyclic AMP (cAMP) leading to insulin release in the presence of elevated glucose concentrations. This insulin secretion subsides as blood glucose concentrations decrease and approach euglycemia. Liraglutide also decreases glucagon secretion in a glucose-dependent manner. The mechanism of blood glucose lowering also involves a delay in gastric emptying.

Confidential

GLP-1(7-37) has a half-life of 1.5-2 minutes due to degradation by the ubiquitous endogenous enzymes, dipeptidyl peptidase IV (DPP-IV) and neutral endopeptidases (NEP).  Unlike native GLP-1, liraglutide is stable against metabolic degradation by both peptidases and has a plasma half-life of 13 hours after subcutaneous administration.  The pharmacokinetic profile of liraglutide, which makes it suitable for once daily administration, is a result of self-association that delays absorption, plasma protein binding and stability against metabolic degradation by DPP-IV and NEP.

### 12.2    Pharmacodynamics

Victoza's pharmacodynamic profile is consistent with its pharmacokinetic profile observed after single subcutaneous administration as Victoza lowered fasting, premeal and postprandial glucose throughout the day *[see Clinical Pharmacology (12.3)]*.

Fasting and postprandial glucose was measured before and up to 5 hours after a standardized meal after treatment to steady state with 0.6, 1.2 and 1.8 mg Victoza or placebo.  Compared to placebo, the postprandial plasma glucose $AUC_{0-300min}$ was 35% lower after Victoza 1.2 mg and 38% lower after Victoza 1.8 mg.

*Glucose-dependent insulin secretion*

The effect of a single dose of 7.5 mcg/kg (~ 0.7 mg) Victoza on insulin secretion rates (ISR) was investigated in 10 patients with type 2 diabetes during graded glucose infusion.  In these patients, on average, the ISR response was increased in a glucose-dependent manner (Figure 2).



**Figure 2 Mean Insulin Secretion Rate (ISR) versus Glucose Concentration Following Single-Dose Victoza 7.5 mcg/kg (~ 0.7 mg) or Placebo in Patients with Type 2 Diabetes (N=10) During Graded Glucose Infusion**

*Glucagon secretion*

Victoza lowered blood glucose by stimulating insulin secretion and lowering glucagon secretion.  A single dose of Victoza 7.5 mcg/kg (~ 0.7 mg) did not impair glucagon response to low glucose concentrations.

*Gastric emptying*

Reference ID: 2948949

Victoza causes a delay of gastric emptying, thereby reducing the rate at which postprandial glucose appears in the circulation.

*Cardiac Electrophysiology (QTc)*
The effect of Victoza on cardiac repolarization was tested in a QTc study. Victoza at steady state concentrations with daily doses up to 1.8 mg did not produce QTc prolongation.

## 12.3   Pharmacokinetics

*Absorption* - Following subcutaneous administration, maximum concentrations of liraglutide are achieved at 8-12 hours post dosing. The mean peak ($C_{max}$) and total (AUC) exposures of liraglutide were 35 ng/mL and 960 ng·h/mL, respectively, for a subcutaneous single dose of 0.6 mg. After subcutaneous single dose administrations, $C_{max}$ and AUC of liraglutide increased proportionally over the therapeutic dose range of 0.6 mg to 1.8 mg. At 1.8 mg Victoza, the average steady state concentration of liraglutide over 24 hours was approximately 128 ng/mL. $AUC_{0-\infty}$ was equivalent between upper arm and abdomen, and between upper arm and thigh. $AUC_{0-\infty}$ from thigh was 22% lower than that from abdomen. However, liraglutide exposures were considered comparable among these three subcutaneous injection sites. Absolute bioavailability of liraglutide following subcutaneous administration is approximately 55%.

*Distribution* - The mean apparent volume of distribution after subcutaneous administration of Victoza 0.6 mg is approximately 13 L. The mean volume of distribution after intravenous administration of Victoza is 0.07 L/kg. Liraglutide is extensively bound to plasma protein (>98%).

*Metabolism* - During the initial 24 hours following administration of a single [$^3$H]-liraglutide dose to healthy subjects, the major component in plasma was intact liraglutide. Liraglutide is endogenously metabolized in a similar manner to large proteins without a specific organ as a major route of elimination.

*Elimination* - Following a [$^3$H]-liraglutide dose, intact liraglutide was not detected in urine or feces. Only a minor part of the administered radioactivity was excreted as liraglutide-related metabolites in urine or feces (6% and 5%, respectively). The majority of urine and feces radioactivity was excreted during the first 6-8 days. The mean apparent clearance following subcutaneous administration of a single dose of liraglutide is approximately 1.2 L/h with an elimination half-life of approximately 13 hours, making Victoza suitable for once daily administration.

## Specific Populations

*Elderly* - Age had no effect on the pharmacokinetics of Victoza based on a pharmacokinetic study in healthy elderly subjects (65 to 83 years) and population pharmacokinetic analyses of patients 18 to 80 years of age *[see Use in Specific Populations (8.5)]*.

*Gender* - Based on the results of population pharmacokinetic analyses, females have 34% lower weight-adjusted clearance of Victoza compared to males. Based on the exposure response data, no dose adjustment is necessary based on gender.

*Race and Ethnicity* - Race and ethnicity had no effect on the pharmacokinetics of Victoza based on the results of population pharmacokinetic analyses that included Caucasian, Black, Asian and Hispanic/Non-Hispanic subjects.

*Body Weight* - Body weight significantly affects the pharmacokinetics of Victoza based on results of population pharmacokinetic analyses. The exposure of liraglutide decreases with an increase in baseline

Reference ID: 2948949

body weight.  However, the 1.2 mg and 1.8 mg daily doses of Victoza provided adequate systemic exposures over the body weight range of 40 – 160 kg evaluated in the clinical trials.  Liraglutide was not studied in patients with body weight >160 kg.

*Pediatric* - Victoza has not been studied in pediatric patients *[see Use in Specific Populations (8.4)]*.

*Renal Impairment* - The single-dose pharmacokinetics of Victoza were evaluated in subjects with varying degrees of renal impairment.  Subjects with mild (estimated creatinine clearance 50-80 mL/min) to severe (estimated creatinine clearance <30 mL/min) renal impairment and subjects with end-stage renal disease requiring dialysis were included in the trial.  Compared to healthy subjects, liraglutide AUC in mild, moderate, and severe renal impairment and in end-stage renal disease was on average 35%, 19%, 29% and 30% lower, respectively *[see Use in Specific Populations (8.6)]*.

*Hepatic Impairment* - The single-dose pharmacokinetics of Victoza were evaluated in subjects with varying degrees of hepatic impairment.  Subjects with mild (Child Pugh score 5-6) to severe (Child Pugh score > 9) hepatic impairment were included in the trial.  Compared to healthy subjects, liraglutide AUC in subjects with mild, moderate and severe hepatic impairment was on average 11%, 14% and 42% lower, respectively *[see Use in Specific Populations (8.7)]*.

*Drug Interactions*
*In vitro assessment of drug-drug interactions*
Victoza has low potential for pharmacokinetic drug-drug interactions related to cytochrome P450 (CYP) and plasma protein binding.

*In vivo assessment of drug-drug interactions*
The drug-drug interaction studies were performed at steady state with Victoza 1.8 mg/day.  Before administration of concomitant treatment, subjects underwent a 0.6 mg weekly dose increase to reach the maximum dose of 1.8 mg/day.  Administration of the interacting drugs was timed so that $C_{max}$ of Victoza (8-12 h) would coincide with the absorption peak of the co-administered drugs.

*Digoxin*
A single dose of digoxin 1 mg was administered 7 hours after the dose of Victoza at steady state.  The concomitant administration with Victoza resulted in a reduction of digoxin AUC by 16%; $C_{max}$ decreased by 31%.  Digoxin median time to maximal concentration ($T_{max}$) was delayed from 1 h to 1.5 h.

*Lisinopril*
A single dose of lisinopril 20 mg was administered 5 minutes after the dose of Victoza at steady state.  The co-administration with Victoza resulted in a reduction of lisinopril AUC by 15%; $C_{max}$ decreased by 27%.  Lisinopril median $T_{max}$ was delayed from 6 h to 8 h with Victoza.

*Atorvastatin*
Victoza did not change the overall exposure (AUC) of atorvastatin following a single dose of atorvastatin 40 mg, administered 5 hours after the dose of Victoza at steady state.  Atorvastatin $C_{max}$ was decreased by 38% and median $T_{max}$ was delayed from 1 h to 3 h with Victoza.

*Acetaminophen*

Confidential

Victoza did not change the overall exposure (AUC) of acetaminophen following a single dose of acetaminophen 1000 mg, administered 8 hours after the dose of Victoza at steady state. Acetaminophen $C_{max}$ was decreased by 31% and median $T_{max}$ was delayed up to 15 minutes.

*Griseofulvin*
Victoza did not change the overall exposure (AUC) of griseofulvin following co-administration of a single dose of griseofulvin 500 mg with Victoza at steady state. Griseofulvin $C_{max}$ increased by 37% while median $T_{max}$ did not change.

*Oral Contraceptives*
A single dose of an oral contraceptive combination product containing 0.03 mg ethinylestradiol and 0.15 mg levonorgestrel was administered under fed conditions and 7 hours after the dose of Victoza at steady state. Victoza lowered ethinylestradiol and levonorgestrel $C_{max}$ by 12% and 13%, respectively. There was no effect of Victoza on the overall exposure (AUC) of ethinylestradiol. Victoza increased the levonorgestrel $AUC_{0-\infty}$ by 18%. Victoza delayed $T_{max}$ for both ethinylestradiol and levonorgestrel by 1.5 h.

## 13     NONCLINICAL TOXICOLOGY
### 13.1     Carcinogenesis, Mutagenesis, Impairment of Fertility
A 104-week carcinogenicity study was conducted in male and female CD-1 mice at doses of 0.03, 0.2, 1.0, and 3.0 mg/kg/day liraglutide administered by bolus subcutaneous injection yielding systemic exposures 0.2-, 2-, 10- and 45-times the human exposure, respectively, at the MRHD of 1.8 mg/day based on plasma AUC comparison. A dose-related increase in benign thyroid C-cell adenomas was seen in the 1.0 and the 3.0 mg/kg/day groups with incidences of 13% and 19% in males and 6% and 20% in females, respectively. C-cell adenomas did not occur in control groups or 0.03 and 0.2 mg/kg/day groups. Treatment-related malignant C-cell carcinomas occurred in 3% of females in the 3.0 mg/kg/day group. Thyroid C-cell tumors are rare findings during carcinogenicity testing in mice. A treatment-related increase in fibrosarcomas was seen on the dorsal skin and subcutis, the body surface used for drug injection, in males in the 3 mg/kg/day group. These fibrosarcomas were attributed to the high local concentration of drug near the injection site. The liraglutide concentration in the clinical formulation (6 mg/mL) is 10-times higher than the concentration in the formulation used to administer 3 mg/kg/day liraglutide to mice in the carcinogenicity study (0.6 mg/mL).

A 104-week carcinogenicity study was conducted in male and female Sprague Dawley rats at doses of 0.075, 0.25 and 0.75 mg/kg/day liraglutide administered by bolus subcutaneous injection with exposures 0.5-, 2- and 8-times the human exposure, respectively, resulting from the MRHD based on plasma AUC comparison. A treatment-related increase in benign thyroid C-cell adenomas was seen in males in 0.25 and 0.75 mg/kg/day liraglutide groups with incidences of 12%, 16%, 42%, and 46% and in all female liraglutide-treated groups with incidences of 10%, 27%, 33%, and 56% in 0 (control), 0.075, 0.25, and 0.75 mg/kg/day groups, respectively. A treatment-related increase in malignant thyroid C-cell carcinomas was observed in all male liraglutide-treated groups with incidences of 2%, 8%, 6%, and 14% and in females at 0.25 and 0.75 mg/kg/day with incidences of 0%, 0%, 4%, and 6% in 0 (control), 0.075, 0.25, and 0.75 mg/kg/day groups, respectively. Thyroid C-cell carcinomas are rare findings during carcinogenicity testing in rats.

Human relevance of thyroid C-cell tumors in mice and rats is unknown and could not be determined by clinical studies or nonclinical studies *[see Boxed Warning and Warnings and Precautions (5.1)]*.

Confidential

Novo_GLP_MDL_000202604

Liraglutide was negative with and without metabolic activation in the Ames test for mutagenicity and in a human peripheral blood lymphocyte chromosome aberration test for clastogenicity. Liraglutide was negative in repeat-dose *in vivo* micronucleus tests in rats.

In rat fertility studies using subcutaneous doses of 0.1, 0.25 and 1.0 mg/kg/day liraglutide, males were treated for 4 weeks prior to and throughout mating and females were treated 2 weeks prior to and throughout mating until gestation day 17. No direct adverse effects on male fertility was observed at doses up to 1.0 mg/kg/day, a high dose yielding an estimated systemic exposure 11- times the human exposure at the MRHD, based on plasma AUC. In female rats, an increase in early embryonic deaths occurred at 1.0 mg/kg/day. Reduced body weight gain and food consumption were observed in females at the 1.0 mg/kg/day dose.

## 14    CLINICAL STUDIES

A total of 4445 patients with type 2 diabetes participated in 6 phase 3 trials. There were 5 double-blind (one of these trials had an open-label active control insulin glargine arm), randomized, controlled clinical trials, one of 52 weeks duration and four of 26 weeks duration. There was also a 26 week open-label trial comparing Victoza to twice-daily exenatide. These multinational trials were conducted to evaluate the glycemic efficacy and safety of Victoza in type 2 diabetes as monotherapy and in combination with one or two oral anti-diabetic medications. The 5 add-on combination therapy trials enrolled patients who were previously treated with anti-diabetic therapy, and approximately two-thirds of patients in the monotherapy trial also were previously treated with anti-diabetic therapy. In total, 272 (6%) of the 4445 patients in these 6 trials were new to anti-diabetic therapy. In these 6 clinical trials, patients ranged in age from 19-80 years old and 54% were men. Approximately 79% of patients were Caucasian, and 6% were Black. In the 3 trials where ethnicity was captured, 23% of patients were Hispanic/Latino (n=399). In each of these trials, treatment with Victoza produced clinically and statistically significant improvements in hemoglobin $A_{1c}$ and fasting plasma glucose (FPG) compared to placebo. Victoza did not have adverse effects on blood pressure.

All Victoza-treated patients started at 0.6 mg/day. The dose was increased in weekly intervals by 0.6 mg to reach 1.2 mg or 1.8 mg for patients randomized to these higher doses. Victoza 0.6 mg is not effective for glycemic control and is intended only as a starting dose to reduce gastrointestinal intolerance *[see Dosage and Administration (2)]*.

### 14.1    Monotherapy

In this 52-week trial, 746 patients were randomized to Victoza 1.2 mg, Victoza 1.8 mg, or glimepiride 8 mg. Patients who were randomized to glimepiride were initially treated with 2 mg daily for two weeks, increasing to 4 mg daily for another two weeks, and finally increasing to 8 mg daily. Treatment with Victoza 1.8 mg and 1.2 mg resulted in a statistically significant reduction in $HbA_{1c}$ compared to glimepiride (Table 5). The percentage of patients who discontinued due to ineffective therapy was 3.6% in the Victoza 1.8 mg treatment group, 6.0% in the Victoza 1.2 mg treatment group, and 10.1% in the glimepiride-treatment group.

**Table 5 Results of a 52-week monotherapy trial[a]**

|  | Victoza 1.8 mg | Victoza 1.2 mg | Glimepiride 8 mg |
|---|---|---|---|
| **Intent-to-Treat Population (N)** | 246 | 251 | 248 |
| **$HbA_{1c}$ (%) (Mean)** |  |  |  |
| Baseline | 8.2 | 8.2 | 8.2 |
| Change from baseline (adjusted mean)[b] | -1.1 | -0.8 | -0.5 |

Reference ID: 2948949

| | | | |
|---|---|---|---|
| Difference from glimepiride arm (adjusted mean)[b] 95% Confidence Interval | -0.6** (-0.8, -0.4) | -0.3* (-0.5, -0.1) | |
| Percentage of patients achieving $A_{1c}$ <7% | 51 | 43 | 28 |
| **Fasting Plasma Glucose (mg/dL) (Mean)** | | | |
| Baseline | 172 | 168 | 172 |
| Change from baseline (adjusted mean)[b] | -26 | -15 | -5 |
| Difference from glimepiride arm (adjusted mean)[b] 95% Confidence Interval | -20** (-29, -12) | -10* (-19, -1) | |
| **Body Weight (kg) (Mean)** | | | |
| Baseline | 92.6 | 92.1 | 93.3 |
| Change from baseline (adjusted mean)[b] | -2.5 | -2.1 | +1.1 |
| Difference from glimepiride arm (adjusted mean)[b] 95% Confidence Interval | -3.6** (-4.3, -2.9) | -3.2** (-3.9, -2.5) | |

[a]Intent-to-treat population using last observation on study
[b]Least squares mean adjusted for baseline value
*p-value <0.05
**p-value <0.0001



*p-value = 0.0014 for VICTOZA 1.2 mg compared to glimepiride.  †p-value < 0.0001 for VICTOZA 1.8 mg compared to glimepiride.
P values derived from change from baseline ANCOVA model.

**Figure 3 Mean HbA$_{1c}$ for patients who completed the 52-week trial and for the Last Observation Carried Forward (LOCF, intent-to-treat) data at Week 52 (Monotherapy)**

## 14.2    Combination Therapy
*Add-on to Metformin*
In this 26-week trial, 1091 patients were randomized to Victoza 0.6 mg, Victoza 1.2 mg, Victoza 1.8 mg, placebo, or glimepiride 4 mg (one-half of the maximal approved dose in the United States), all as add-on to metformin.  Randomization occurred after a 6-week run-in period consisting of a 3-week initial forced metformin titration period followed by a maintenance period of another 3 weeks.  During the titration period, doses of metformin were increased up to 2000 mg/day.

Treatment with Victoza 1.2 mg and 1.8 mg as add-on to metformin resulted in a significant mean HbA$_{1c}$ reduction relative to placebo add-on to metformin and resulted in a similar mean HbA$_{1c}$ reduction relative to glimepiride 4 mg add-on to metformin (Table 6).  The percentage of patients who discontinued due to ineffective therapy was 5.4% in the Victoza 1.8 mg + metformin treatment group, 3.3% in the Victoza 1.2 mg + metformin treatment group, 23.8% in the placebo + metformin treatment group, and 3.7% in the glimepiride + metformin treated group.

Reference ID: 2948949

**Table 6 Results of a 26-week trial of Victoza as add-on to metformin[a]**

| | Victoza 1.8 mg + Metformin | Victoza 1.2 mg + Metformin | Placebo + Metformin | Glimepiride 4 mg[†] + Metformin |
|---|---|---|---|---|
| **Intent-to-Treat Population (N)** | 242 | 240 | 121 | 242 |
| **HbA$_{1c}$ (%) (Mean)** | | | | |
| Baseline | 8.4 | 8.3 | 8.4 | 8.4 |
| Change from baseline (adjusted mean)[b] | -1.0 | -1.0 | +0.1 | -1.0 |
| Difference from placebo + metformin arm (adjusted mean)[b] 95% Confidence Interval | -1.1** (-1.3, -0.9) | -1.1** (-1.3, -0.9) | | |
| Difference from glimepiride + metformin arm (adjusted mean)[b] 95% Confidence Interval | 0.0 (-0.2, 0.2) | 0.0 (-0.2, 0.2) | | |
| Percentage of patients achieving A$_{1c}$ <7% | 42 | 35 | 11 | 36 |
| **Fasting Plasma Glucose (mg/dL) (Mean)** | | | | |
| Baseline | 181 | 179 | 182 | 180 |
| Change from baseline (adjusted mean)[b] | -30 | -30 | +7 | -24 |
| Difference from placebo + metformin arm (adjusted mean)[b] 95% Confidence Interval | -38** (-48, -27) | -37** (-47, -26) | | |
| Difference from glimepiride + metformin arm (adjusted mean)[b] 95% Confidence Interval | -7 (-16, 2) | -6 (-15, 3) | | |
| **Body Weight (kg) (Mean)** | | | | |
| Baseline | 88.0 | 88.5 | 91.0 | 89.0 |
| Change from baseline (adjusted mean)[b] | -2.8 | -2.6 | -1.5 | +1.0 |
| Difference from placebo + metformin arm (adjusted mean)[b] 95% Confidence Interval | -1.3* (-2.2, -0.4) | -1.1* (-2.0, -0.2) | | |
| Difference from glimepiride + metformin arm (adjusted mean)[b] 95% Confidence Interval | -3.8** (-4.5, -3.0) | -3.5** (-4.3, -2.8) | | |

[a]Intent-to-treat population using last observation on study

[b]Least squares mean adjusted for baseline value

[†] For glimepiride, one-half of the maximal approved United States dose.

*p-value <0.05

**p-value <0.0001

*Add-on to Sulfonylurea*

In this 26-week trial, 1041 patients were randomized to Victoza 0.6 mg, Victoza 1.2 mg, Victoza 1.8 mg, placebo, or rosiglitazone 4 mg (one-half of the maximal approved dose in the United States), all as add-on to glimepiride. Randomization occurred after a 4-week run-in period consisting of an initial, 2-week, forced-glimepiride titration period followed by a maintenance period of another 2 weeks. During the titration period, doses of glimepiride were increased to 4 mg/day. The doses of glimepiride could be reduced (at the discretion of the investigator) from 4 mg/day to 3 mg/day or 2 mg/day (minimum) after randomization, in the event of unacceptable hypoglycemia or other adverse events.

Treatment with Victoza 1.2 mg and 1.8 mg as add-on to glimepiride resulted in a statistically significant reduction in mean HbA$_{1c}$ compared to placebo add-on to glimepiride (Table 7). The percentage of patients who discontinued due to ineffective therapy was 3.0% in the Victoza 1.8 mg + glimepiride treatment group, 3.5% in the Victoza 1.2 mg + glimepiride treatment group, 17.5% in the placebo + glimepiride treatment group, and 6.9% in the rosiglitazone + glimepiride treatment group.

Reference ID: 2948949

Confidential

**Table 7 Results of a 26-week trial of Victoza as add-on to sulfonylurea[a]**

| | Victoza 1.8 mg + Glimepiride | Victoza 1.2 mg + Glimepiride | Placebo + Glimepiride | Rosiglitazone 4 mg[†] + Glimepiride |
|---|---|---|---|---|
| **Intent-to-Treat Population (N)** | 234 | 228 | 114 | 231 |
| **HbA$_{1c}$ (%) (Mean)** | | | | |
| Baseline | 8.5 | 8.5 | 8.4 | 8.4 |
| Change from baseline (adjusted mean) [b] | -1.1 | -1.1 | +0.2 | -0.4 |
| Difference from placebo + glimepiride arm (adjusted mean) [b] 95% Confidence Interval | -1.4** (-1.6, -1.1) | -1.3** (-1.5, -1.1) | | |
| Percentage of patients achieving A$_{1c}$ <7% | 42 | 35 | 7 | 22 |
| **Fasting Plasma Glucose (mg/dL) (Mean)** | | | | |
| Baseline | 174 | 177 | 171 | 179 |
| Change from baseline (adjusted mean) [b] | -29 | -28 | +18 | -16 |
| Difference from placebo + glimepiride arm (adjusted mean) [b] 95% Confidence Interval | -47** (-58, -35) | -46** (-58, -35) | | |
| **Body Weight (kg) (Mean)** | | | | |
| Baseline | 83.0 | 80.0 | 81.9 | 80.6 |
| Change from baseline (adjusted mean) [b] | -0.2 | +0.3 | -0.1 | +2.1 |
| Difference from placebo + glimepiride arm (adjusted mean) [b] 95% Confidence Interval | -0.1 (-0.9, 0.6) | 0.4 (-0.4, 1.2) | | |

[a] Intent-to-treat population using last observation on study

[b] Least squares mean adjusted for baseline value

[†] For rosiglitazone, one-half of the maximal approved United States dose.

**p-value <0.0001

*Add-on to Metformin and Sulfonylurea*

In this 26-week trial, 581 patients were randomized to Victoza 1.8 mg, placebo, or insulin glargine, all as add-on to metformin and glimepiride. Randomization took place after a 6-week run-in period consisting of a 3-week forced metformin and glimepiride titration period followed by a maintenance period of another 3 weeks. During the titration period, doses of metformin and glimepiride were to be increased up to 2000 mg/day and 4 mg/day, respectively. After randomization, patients randomized to Victoza 1.8 mg underwent a 2 week period of titration with Victoza. During the trial, the Victoza and metformin doses were fixed, although glimepiride and insulin glargine doses could be adjusted. Patients titrated glargine twice-weekly during the first 8 weeks of treatment based on self-measured fasting plasma glucose on the day of titration. After Week 8, the frequency of insulin glargine titration was left to the discretion of the investigator, but, at a minimum, the glargine dose was to be revised, if necessary, at Weeks 12 and 18. Only 20% of glargine-treated patients achieved the pre-specified target fasting plasma glucose of ≤100 mg/dL. Therefore, optimal titration of the insulin glargine dose was not achieved in most patients.

Treatment with Victoza as add-on to glimepiride and metformin resulted in a statistically significant mean reduction in HbA$_{1c}$ compared to placebo add-on to glimepiride and metformin (Table 8). The percentage of patients who discontinued due to ineffective therapy was 0.9% in the Victoza 1.8 mg + metformin + glimepiride treatment group, 0.4% in the insulin glargine + metformin + glimepiride treatment group, and 11.3% in the placebo + metformin + glimepiride treatment group.

Reference ID: 2948949

Confidential

**Table 8 Results of a 26-week trial of Victoza as add-on to metformin and sulfonylurea[a]**

| | Victoza 1.8 mg + Metformin + Glimepiride | Placebo + Metformin + Glimepiride | Insulin glargine[†] + Metformin + Glimepiride |
|---|---|---|---|
| **Intent-to-Treat Population (N)** | 230 | 114 | 232 |
| **HbA$_{1c}$ (%) (Mean)** | | | |
| Baseline | 8.3 | 8.3 | 8.1 |
| Change from baseline (adjusted mean)[b] | -1.3 | -0.2 | -1.1 |
| Difference from placebo + metformin + glimepiride arm (adjusted mean)[b] 95% Confidence Interval | -1.1** (-1.3, -0.9) | | |
| Percentage of patients achieving A$_{1c}$ <7% | 53 | 15 | 46 |
| **Fasting Plasma Glucose (mg/dL) (Mean)** | | | |
| Baseline | 165 | 170 | 164 |
| Change from baseline (adjusted mean)[b] | -28 | +10 | -32 |
| Difference from placebo + metformin + glimepiride arm (adjusted mean)[b] 95% Confidence Interval | -38** (-46, -30) | | |
| **Body Weight (kg) (Mean)** | | | |
| Baseline | 85.8 | 85.4 | 85.2 |
| Change from baseline (adjusted mean)[b] | -1.8 | -0.4 | 1.6 |
| Difference from placebo + metformin + glimepiride arm (adjusted mean)[b] 95% Confidence Interval | -1.4* (-2.1, -0.7) | | |

[a]Intent-to-treat population using last observation on study

[b]Least squares mean adjusted for baseline value

[†] For insulin glargine, optimal titration regimen was not achieved for 80% of patients.

*p-value <0.05

**p-value <0.0001

*Victoza versus Exenatide, Both as Add-on to Metformin and/or Sulfonylurea Therapy*

In this 26–week, open-label trial, 464 patients on a background of metformin monotherapy, sulfonylurea monotherapy or a combination of metformin and sulfonylurea were randomized to once daily Victoza 1.8 mg or exenatide 10 mcg twice daily.  Maximally tolerated doses of background therapy were to remain unchanged for the duration of the trial.  Patients randomized to exenatide started on a dose of 5 mcg twice-daily for 4 weeks and then were escalated to 10 mcg twice daily.

Treatment with Victoza 1.8 mg resulted in statistically significant reductions in HbA$_{1c}$ and FPG relative to exenatide (Table 9). The percentage of patients who discontinued for ineffective therapy was 0.4% in the Victoza treatment group and 0% in the exenatide treatment group.  Both treatment groups had a mean decrease from baseline in body weight of approximately 3 kg.

Reference ID: 2948949

Confidential

Novo_GLP_MDL_000202609

**Table 9 Results of a 26-week open-label trial of Victoza versus Exenatide (both in combination with metformin and/or sulfonylurea)** [a]

| | Victoza 1.8 mg once daily + metformin and/or sulfonylurea | Exenatide 10 mcg twice daily + metformin and/or sulfonylurea |
|---|---|---|
| **Intent-to-Treat Population (N)** | 233 | 231 |
| **HbA$_{1c}$ (%) (Mean)** | | |
| Baseline | 8.2 | 8.1 |
| Change from baseline (adjusted mean) [b] | -1.1 | -0.8 |
| Difference from exenatide arm (adjusted mean) [b] 95% Confidence Interval | -0.3** (-0.5, -0.2) | |
| Percentage of patients achieving A$_{1c}$ <7% | 54 | 43 |
| **Fasting Plasma Glucose (mg/dL) (Mean)** | | |
| Baseline | 176 | 171 |
| Change from baseline (adjusted mean) [b] | -29 | -11 |
| Difference from exenatide arm (adjusted mean) [b] 95% Confidence Interval | -18** (-25, -12) | |

[a] Intent-to-treat population using last observation carried forward
[b] Least squares mean adjusted for baseline value
**p-value <0.0001

*Add-on to Metformin and Thiazolidinedione*
In this 26-week trial, 533 patients were randomized to Victoza 1.2 mg, Victoza 1.8 mg or placebo, all as add-on to rosiglitazone (8 mg) plus metformin (2000 mg). Patients underwent a 9 week run-in period (3-week forced dose escalation followed by a 6-week dose maintenance phase) with rosiglitazone (starting at 4 mg and increasing to 8 mg/day within 2 weeks) and metformin (starting at 500 mg with increasing weekly increments of 500 mg to a final dose of 2000 mg/day). Only patients who tolerated the final dose of rosiglitazone (8 mg/day) and metformin (2000 mg/day) and completed the 6-week dose maintenance phase were eligible for randomization into the trial.

Treatment with Victoza as add-on to metformin and rosiglitazone produced a statistically significant reduction in mean HbA$_{1c}$ compared to placebo add-on to metformin and rosiglitazone (Table 10). The percentage of patients who discontinued due to ineffective therapy was 1.7% in the Victoza 1.8 mg + metformin + rosiglitazone treatment group, 1.7% in the Victoza 1.2 mg + metformin + rosiglitazone treatment group, and 16.4% in the placebo + metformin + rosiglitazone treatment group.

Reference ID: 2948949

**Table 10 Results of a 26-week trial of Victoza as add-on to metformin and thiazolidinedione[a]**

| | Victoza 1.8 mg + Metformin + Rosiglitazone | Victoza 1.2 mg + Metformin + Rosiglitazone | Placebo + Metformin + Rosiglitazone |
|---|---|---|---|
| **Intent-to-Treat Population (N)** | 178 | 177 | 175 |
| **HbA$_{1c}$ (%) (Mean)** | | | |
| Baseline | 8.6 | 8.5 | 8.4 |
| Change from baseline (adjusted mean)[b] | -1.5 | -1.5 | -0.5 |
| Difference from placebo + metformin + rosiglitazone arm (adjusted mean)[b] 95% Confidence Interval | -0.9** (-1.1, -0.8) | -0.9** (-1.1, -0.8) | |
| Percentage of patients achieving A$_{1c}$ <7% | 54 | 57 | 28 |
| **Fasting Plasma Glucose (mg/dL) (Mean)** | | | |
| Baseline | 185 | 181 | 179 |
| Change from baseline (adjusted mean)[b] | -44 | -40 | -8 |
| Difference from placebo + metformin + rosiglitazone arm (adjusted mean)[b] 95% Confidence Interval | -36** (-44, -27) | -32** (-41, -23) | |
| **Body Weight (kg) (Mean)** | | | |
| Baseline | 94.9 | 95.3 | 98.5 |
| Change from baseline (adjusted mean)[b] | -2.0 | -1.0 | +0.6 |
| Difference from placebo + metformin + rosiglitazone arm (adjusted mean)[b] 95% Confidence Interval | -2.6** (-3.4, -1.8) | -1.6** (-2.4, -1.0) | |

[a]Intent-to-treat population using last observation on study
[b]Least squares mean adjusted for baseline value
**p-value <0.0001

## 16    HOW SUPPLIED/STORAGE HANDLING

### 16.1    How Supplied

Victoza is available in the following package sizes containing disposable, pre-filled, multi-dose pens. Each individual pen delivers doses of 0.6 mg, 1.2 mg, or 1.8 mg (6 mg/mL, 3 mL).

2 x Victoza pen    NDC 0169-4060-12
3 x Victoza pen    NDC 0169-4060-13

Each Victoza pen is for use by a single patient.  A Victoza pen should never be shared between patients, even if the needle is changed.

### 16.2    Recommended Storage

Prior to first use, Victoza should be stored in a refrigerator between 36°F to 46°F (2°C to 8°C) (Table 11). Do not store in the freezer or directly adjacent to the refrigerator cooling element.  Do not freeze Victoza and do not use Victoza if it has been frozen.

After initial use of the Victoza pen, the pen can be stored for 30 days at controlled room temperature (59°F to 86°F; 15°C to 30°C) or in a refrigerator (36°F to 46°F; 2°C to 8°C).  Keep the pen cap on when not in use.  Victoza should be protected from excessive heat and sunlight.  Always remove and safely discard the needle after each injection and store the Victoza pen without an injection needle attached. This will reduce the potential for contamination, infection, and leakage while also ensuring dosing accuracy.

Reference ID: 2948949

**Table 11 Recommended Storage Conditions for the Victoza Pen**

| Prior to first use | After first use | |
|---|---|---|
| Refrigerated 36°F to 46°F (2°C to 8°C) | Room Temperature 59°F to 86°F (15°C to 30°C) | Refrigerated 36°F to 46°F (2°C to 8°C) |
| Until expiration date | 30 days | |

## 17    PATIENT COUNSELING INFORMATION

### 17.1    Risk of Thyroid C-cell Tumors

Patients should be informed that liraglutide causes benign and malignant thyroid C-cell tumors in mice and rats and that the human relevance of this finding is unknown.  Patients should be counseled to report symptoms of thyroid tumors (e.g., a lump in the neck, hoarseness, dysphagia or dyspnea) to their physician.

### 17.2    Dehydration and Renal Failure

Patients treated with Victoza should be advised of the potential risk of dehydration due to gastrointestinal adverse reactions and take precautions to avoid fluid depletion. Patients should be informed of the potential risk for worsening renal function, which in some cases may require dialysis.

### 17.3    Pancreatitis

Patients should be informed that persistent severe abdominal pain, that may radiate to the back and which may (or may not) be accompanied by vomiting, is the hallmark symptom of acute pancreatitis.  Patients should be instructed to discontinue Victoza promptly, and to contact their physician, if persistent severe abdominal pain occurs *[see Warnings and Precautions (5.2)]*.

### 17.4    Never Share a Victoza Pen Between Patients

Counsel patients that they should never share a Victoza pen with another person, even if the needle is changed.  Sharing of the pen between patients may pose a risk of transmission of infection.

### 17.5    Instructions

Patients should be informed of the potential risks and benefits of Victoza and of alternative modes of therapy.  Patients should also be informed about the importance of adherence to dietary instructions, regular physical activity, periodic blood glucose monitoring and $A_{1c}$ testing, recognition and management of hypoglycemia and hyperglycemia, and assessment for diabetes complications.  During periods of stress such as fever, trauma, infection, or surgery, medication requirements may change and patients should be advised to seek medical advice promptly.

Patients should be advised that the most common side effects of Victoza are headache, nausea and diarrhea.  Nausea is most common when first starting Victoza, but decreases over time in the majority of patients and does not typically require discontinuation of Victoza.

Physicians should instruct their patients to read the Patient Medication Guide before starting Victoza therapy and to reread each time the prescription is renewed.  Patients should be instructed to inform their doctor or pharmacist if they develop any unusual symptom, or if any known symptom persists or worsens.

Reference ID: 2948949

## 17.6    Laboratory Tests

Patients should be informed that response to all diabetic therapies should be monitored by periodic measurements of blood glucose and $A_{1c}$ levels, with a goal of decreasing these levels towards the normal range. $A_{1c}$ is especially useful for evaluating long-term glycemic control.

## 17.7    FDA-Approved Medication Guide

See separate leaflet.

Date of Issue: May XX, 2011
Version: 3

*Victoza® is a registered trademark of Novo Nordisk A/S.*

Victoza® is covered by US Patent Nos. 6,268,343, 6,458,924 and 7,235,627 and other patents pending.

Victoza® Pen is covered by US Patent Nos. 6,004,297, 6,235,004, 6,582,404 and other patents pending.

© 2010-11 Novo Nordisk

Manufactured by:
Novo Nordisk A/S
DK-2880 Bagsvaerd, Denmark

For information about Victoza contact:
Novo Nordisk Inc.
100 College Road West
Princeton, NJ 08540
1-877-484-2869

Reference ID: 2948949

Confidential                                                                                          Novo_GLP_MDL_000202613

**Medication Guide**
**Victoza® (VIC-tow-za)**
**(liraglutide [rDNA origin])**
**Injection**

Read this Medication Guide and Patient Instructions for Use that come with Victoza before you start using Victoza and each time you get a refill. There may be new information.  This Medication Guide does not take the place of talking with your healthcare provider about your medical condition or your treatment.  If you have questions about Victoza after reading this information, ask your healthcare provider or pharmacist.

**What is the most important information I should know about Victoza?**

Serious side effects may happen in people who take Victoza, including:

1. **Possible thyroid tumors, including cancer**.  During the drug testing process, the medicine in Victoza caused rats and mice to develop tumors of the thyroid gland. Some of these tumors were cancers. It is not known if Victoza will cause thyroid tumors or a type of thyroid cancer called medullary thyroid cancer in people. If medullary thyroid cancer occurs, it may lead to death if not detected and treated early. If you develop tumors or cancer of the thyroid, your thyroid may have to be surgically removed.

    - Before you start taking Victoza, tell your healthcare provider if you or any of your family members have had thyroid cancer, especially medullary thyroid cancer, or Multiple Endocrine Neoplasia syndrome type 2. Do not take Victoza if you or any of your family members have medullary thyroid cancer, or if you have Multiple Endocrine Neoplasia syndrome type 2. People with these conditions already have a higher chance of developing medullary thyroid cancer in general and should not take Victoza.

    - While taking Victoza, tell your healthcare provider if you get a lump or swelling in your neck, hoarseness, trouble swallowing, or shortness of breath. These may be symptoms of thyroid cancer.

2. **Inflammation of the pancreas (pancreatitis),** which may be severe and lead to death.

    **Before taking Victoza, tell your healthcare provider if you have had:**

    - pancreatitis
    - stones in your gallbladder (gallstones)
    - a history of alcoholism
    - high blood triglyceride levels

    These medical conditions can make you more likely to get pancreatitis in general.  It is not known if having these conditions will lead to a higher chance of getting pancreatitis while taking Victoza.

Reference ID: 2948949

**While taking Victoza:**

Stop taking Victoza and call your healthcare provider right away if you have pain in your stomach area (abdomen) that is severe and will not go away.  The pain may happen with or without vomiting.  The pain may be felt going from your abdomen through to your back. This type of pain may be a symptom of pancreatitis.

**What is Victoza?**

- Victoza is an injectable prescription medicine that may improve blood sugar (glucose) in adults with type 2 diabetes mellitus, and should be used along with diet and exercise.

- Victoza is not recommended as the first choice of medication for treating diabetes.

- Victoza is not insulin.

- It is not known if Victoza is safe and effective when used with insulin.

- Victoza is not for use in people with type 1 diabetes or people with diabetic ketoacidosis.

- It is not known if Victoza is safe and effective in children.  Victoza is not recommended for use in children.

**Who should not use Victoza?**

Do not use Victoza if:

- you or any of your family members have a history of medullary thyroid cancer.

- you have Multiple Endocrine Neoplasia syndrome type 2 (MEN 2).  This is a disease where people have tumors in more than one gland in their body.

Talk with your healthcare provider if you are not sure if you have any of these conditions.

**What should I tell my healthcare provider before using Victoza?**

Before taking Victoza, tell your healthcare provider if you:

- have any of the conditions listed in the section "What is the most important information I should know about Victoza?"

- are allergic to liraglutide or any of the other ingredients in Victoza. See the end of this Medication Guide for a list of ingredients in Victoza.

- have severe problems with your stomach, such as slowed emptying of your stomach (gastroparesis) or problems with digesting food.

- have or have had kidney or liver problems.

- have any other medical conditions.

Reference ID: 2948949

Confidential                                                                 Novo_GLP_MDL_000202615

- are pregnant or plan to become pregnant. It is not known if Victoza will harm your unborn baby. Tell your healthcare provider if you become pregnant while taking Victoza.

- are breastfeeding or plan to breastfeed.  It is not known if Victoza passes into your breast milk.  You and your healthcare provider should decide if you will take Victoza or breastfeed.  You should not do both without talking with your healthcare provider first.

Tell your healthcare provider about all the medicines you take including prescription and non-prescription medicines, vitamins, and herbal supplements. Victoza slows stomach emptying and can affect medicines that need to pass through the stomach quickly.  Victoza may affect the way some medicines work and some other medicines may affect the way Victoza works.  Tell your healthcare provider if you take other diabetes medicines, especially sulfonylurea medicines or insulin.

Know the medicines you take.  Keep a list of them with you to show your healthcare provider and pharmacist each time you get a new medicine.

**How should I use Victoza?**

- Use Victoza exactly as prescribed by your healthcare provider.  Your dose should be increased after using Victoza for one week.  After that, do not change your dose unless your healthcare provider tells you to.

- Victoza is injected 1 time each day, at any time during the day.

- You can take Victoza with or without food.

- Victoza comes in a prefilled pen.

- Your healthcare provider must teach you how to inject Victoza before you use it for the first time.  If you have questions or do not understand the instructions, talk to your healthcare provider or pharmacist.  See the Patient Instructions for Use that come with this Medication Guide for detailed information about the right way to use your Victoza pen.

- Pen needles are not included.  You may need a prescription to get pen needles from your pharmacist.  Ask your healthcare provider which needle size is best for you.

- When starting a new prefilled Victoza pen, you must follow the "First Time Use for Each New Pen" (see the detailed Patient Instructions for Use that comes with this Medication Guide).  You only need to do this 1 time with each new pen. You should also do this if you drop your pen.  If you do the "First Time Use for Each New Pen" before each injection, you will run out of medicine too soon.

- Inject your dose of Victoza under the skin (subcutaneous injection) in your stomach area (abdomen), upper leg (thigh), or upper arm, as instructed by your healthcare provider. **Do not inject into a vein or muscle.**

Reference ID: 2948949

- If you take too much Victoza, call your healthcare provider right away.  Too much Victoza may cause severe nausea and vomiting.

- Follow your healthcare provider's instructions for diet, exercise, how often to test your blood sugar, and when to get your HbA$_{1c}$ checked.  If you stop using Victoza your blood sugar levels may increase.  First talk to your healthcare provider if you want to stop taking Victoza.

- Your dose of diabetes medicines may need to be changed if your body is under certain types of stress.  Tell your healthcare provider if you:
  - have fever
  - have trauma
  - have an infection
  - plan to have or have had surgery

- Never share your Victoza pen or needles with another person.  You may give an infection to them, or get an infection from them.

**What are the possible side effects of Victoza?**

**Victoza may cause serious side effects, including:**

- See "What is the most important information I should know about Victoza?"

- **Low blood sugar (hypoglycemia).**  Your risk for getting low blood sugar is higher if you take Victoza with another medicine that can cause low blood sugar, such as a sulfonylurea.  In some people, the blood sugar may get so low that they need another person to help them.  The dose of your sulfonylurea medicine may need to be lowered while you use Victoza.  Signs and symptoms of low blood sugar may include:
  - shakiness
  - sweating
  - headache
  - drowsiness
  - weakness
  - dizziness
  - confusion
  - irritability
  - hunger
  - fast heartbeat
  - feeling jittery

Talk to your healthcare provider about how to recognize and treat low blood sugar.  Make sure that your family and other people who are around you a lot know how to recognize and treat low blood sugar.

- **Kidney problems (kidney failure).** Victoza may cause nausea, vomiting or diarrhea leading to loss of fluids (dehydration). Dehydration may cause kidney failure which can lead to the need for dialysis. This can happen in people who have never had kidney problems before. Drinking plenty of fluids may reduce your chance of dehydration.

Call your healthcare provider right away if you have nausea, vomiting, or diarrhea that does not go away, or if you cannot drink liquids by mouth.

Common side effects of Victoza include:

Reference ID: 2948949

Confidential

- headache
- nausea
- diarrhea

Nausea is most common when first starting Victoza, but decreases over time in most people as their body gets used to the medicine.

Tell your healthcare provider if you have any side effect that bothers you or that does not go away.

These are not all the side effects with Victoza. For more information, ask your healthcare provider or pharmacist.

Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

**How should I store Victoza?**
**Before use:**

- Store your new, unused Victoza pen in the refrigerator at 36ºF to 46ºF (2ºC to 8ºC).

- Do not freeze Victoza or use Victoza if it has been frozen. Do not store Victoza near the refrigerator cooling element.

**Pen in use:**

- Store your Victoza pen for 30 days either at 59ºF to 86ºF (15ºC to 30ºC), or in a refrigerator at 36ºF to 46ºF (2°C to 8°C).

- When carrying the pen away from home, store the pen at a temperature between 59ºF to 86ºF (15ºC to 30ºC) and keep it dry.

- If Victoza has been exposed to temperatures above 86ºF (30ºC), it should be thrown away.

- Protect your Victoza pen from heat and sunlight.

- Keep the pen cap on when your Victoza pen is not in use.

- Use your Victoza pen within 30 days after the first day it is stored outside the refrigerator. After these 30 days, throw away your Victoza pen even if some medicine is left in the pen.

- Do not use Victoza after the expiration date printed on the carton.

**Do not store the Victoza pen with the needle attached.** Always safely remove and safely throw away the needle after each injection. This may help prevent contamination, infection and leakage. It also helps to make sure that you get the correct dose of Victoza. See the Patient Instructions for Use for information about how to dispose of used pen needles and used Victoza pens.

Reference ID: 2948949

Confidential

**Keep your Victoza pen, pen needles, and all medicines out of the reach of children.**

**General information about Victoza**
Medicines are sometimes prescribed for purposes other than those listed in a Medication Guide.  Do not use Victoza for a condition for which it was not prescribed.  Do not give Victoza to other people, even if they have the same symptoms you have. It may harm them.

This Medication Guide summarizes the most important information you should know about using Victoza.  If you would like more information, talk with your healthcare provider.  You can ask your pharmacist or healthcare provider for information about Victoza that is written for health professionals.

For more information, go to victoza.com or call 1-877-484-2869.

**What are the ingredients in Victoza?**

**Active Ingredient:** liraglutide
**Inactive Ingredients:** disodium phosphate dihydrate, propylene glycol, phenol and water for injection

Manufactured by:
Novo Nordisk A/S
DK-2880 Bagsvaerd, Denmark

For information about Victoza contact:
Novo Nordisk Inc.
100 College Road West
Princeton, NJ 08540
1-877-484-2869

Issued: May XX, 2011
Version: 2

This Medication Guide has been approved by the U.S. Food and Drug Administration.

Victoza® is a registered trademark of Novo Nordisk A/S.

Victoza® is covered by US Patent Nos. 6,268,343, 6,458,924 and 7,235,627 and other patents pending.

Victoza® pen is covered by US Patent Nos. 6,004,297, 6,235,004, 6,582,404 and other patents pending.

© 2010-2011 Novo Nordisk

Reference ID: 2948949

Confidential

APPENDIX A: REMS

Initial REMS approval: 01/ 2010

Most recent modification: 05/ 2011

**NDA 22-341 VICTOZA® (liraglutide [rDNA origin] injection)**

Novo Nordisk Inc.

100 College Road West, Princeton, NJ 08540

Phone: 609-987-5831

**RISK EVALUATION AND MITIGATION STRATEGY (REMS)**

**I.      GOAL**

- To inform providers about the potential risk of medullary thyroid carcinoma and the risk of acute pancreatitis (including necrotizing pancreatitis) associated with VICTOZA®.

**II.     REMS ELEMENTS**

**A. Communication Plan**

Novo Nordisk will implement the following elements of a communication plan to healthcare providers (HCP) likely to prescribe VICTOZA® to support implementation of this REMS:

The communication plan will include:

> **i.** *A Reminder Dear HCP (DHCP) Letter for Primary Care Providers* addressing the potential risk of medullary thyroid tumors and the risk of acute pancreatitis and appropriate patient selection will be mailed to HCPs.  The timing of the mailing will be within 60 days after approval of this REMS modification. The Reminder DHCP Letter will contain the FDA-approved labeling.  The intended audience for this Reminder DHCP letter will be primary healthcare providers who are likely to prescribe VICTOZA® and others identified through professional organizations (e.g. AMA). These include physicians, nurse practitioners, and physicians' assistants, predominantly in the specialties of Internal Medicine and Family Practice.  Any newly identified (through 3 years after product

Confidential

approval) primary care prescribers of VICTOZA® will be fully detailed on the contents of the Communication Plan.

In addition, the *Reminder Dear Healthcare Professional Letter for Primary Healthcare Providers* will be distributed by Novo Nordisk representatives during the first discussion of VICTOZA® with all primary care providers visited during the first six months after approval of this REMS modification. The Novo Nordisk representative will discuss the risk message contained in the DHCP letter with the primary care provider visited.

Please see the appended *Reminder Dear Healthcare Professional Letter for Primary Healthcare Providers.*

**ii. A *Direct Mail Letter*** containing the information included in the DHCP letter will also be mailed once per year, beginning 6 months following dissemination of the Reminder DHCP Letter for Primary Care Providers for a total of 3 years following approval of this REMS modification to all prescribers who are likely to prescribe VICTOZA®.

Please see the appended *Direct Mail Letter.*

*In addition, Novo Nordisk will send the DHCP Letter and the Direct Mail Letter to MedWatch at the same time the letters are disseminated to the target audience.*

Novo Nordisk will make the REMS, the Direct Mail letter, the Medication Guide, and professional labeling available via a REMS-specific linkage from the VICTOZA® website. The Medication Guide and professional labeling will also be available via hardcopy from Novo Nordisk representatives and through Novo Nordisk's Call Center.

Please see the appended VICTOZA® REMS landing page screenshot.

**B. Timetable for Submission of Assessments**

Novo Nordisk will submit REMS Assessments to FDA at 1 year, 2 years, 3 years, and 7 years from the date of the approval of the initial REMS. The assessments should be submitted by March 24 of each year. To facilitate inclusion of as much information as possible while allowing reasonable time to prepare the submission, the reporting interval covered by each assessment should conclude no earlier than 60 days before the submission date for that assessment. Novo Nordisk will submit each assessment so that it will be received by the FDA on or before the due date .

Reference ID: 2948949

APPENDIX B: REMINDER DEAR HEALTHCARE PROFESSIONAL LETTER FOR PRIMARY CARE PROVIDERS

**IMPORTANT DRUG WARNING REMINDER CONCERNING VICTOZA®**

**SUBJECT:  POTENTIAL RISKS OF THYROID C-CELL TUMORS AND ACUTE PANCREATITIS ASSOCIATED WITH VICTOZA®**

Dear Primary Care Provider:

This letter is to remind you of important safety information about VICTOZA® (liraglutide [rDNA origin]) injection. This letter is being sent to you because a recent assessment of healthcare providers' understanding of the serious risks of VICTOZA® showed that some primary care providers are not fully aware of the serious risks associated with the use of VICTOZA®.

VICTOZA® is indicated as an adjunct to diet and exercise to improve glycemic control in adults with type 2 diabetes mellitus.

The Food and Drug Administration (FDA) has required Novo Nordisk to communicate the following risk information to potential prescribers.

You should note the following potential serious risks of VICTOZA®:

- There is potential risk of thyroid C-cell tumors, including medullary thyroid carcinoma (MTC) associated with VICTOZA®

- VICTOZA® may increase the risk of acute pancreatitis

Because of these risks, VICTOZA® is <u>not</u> recommended as first-line therapy for patients who have inadequate glycemic control on diet and exercise.

Additional information about these risks is provided in the remainder of this letter.

**<u>Potential Risk of Thyroid C-Cell Tumors, including Medullary Thyroid Carcinoma</u>**
- Liraglutide causes dose-dependent and treatment-duration-dependent thyroid C-cell tumors at clinically relevant exposures in both genders of rats and mice.  It is unknown whether VICTOZA® causes thyroid C-cell tumors, including medullary thyroid carcinoma (MTC), in humans, as human relevance could not be ruled out by clinical or nonclinical studies.
- VICTOZA® is contraindicated in patients with a personal or family history of MTC and in patients with Multiple Endocrine Neoplasia syndrome type 2 (MEN2).
- Patients with thyroid nodules noted on physical examination or neck imaging obtained for other reasons should be referred to an endocrinologist for further evaluation.
- Although routine monitoring of serum calcitonin is of uncertain value in patients treated with VICTOZA®, if serum calcitonin is measured and found to be elevated, the patient should be referred to an endocrinologist for further evaluation.

**<u>Risk of Acute Pancreatitis</u>**
- In clinical trials studying VICTOZA®, there were more cases of pancreatitis in patients treated with VICTOZA® than in patients treated with comparators.
- After initiation of VICTOZA®, and after dose increases, observe patients carefully for signs and symptoms of pancreatitis (including persistent severe abdominal pain, sometimes radiating to the back, and which may or may not be accompanied by vomiting).

Reference ID: 2948949

- If pancreatitis is suspected, VICTOZA® and other potentially suspect drugs should be discontinued promptly, confirmatory tests should be performed and appropriate management should be initiated.
- If pancreatitis is confirmed, VICTOZA® should not be restarted.
- Use with caution in patients with a history of pancreatitis.

**Medullary Thyroid Cancer Registry**

To further assess risk, Novo Nordisk will be systematically monitoring cases of medullary thyroid cancer (MTC) via MTC case series registry to identify any increase in the incidence of MTC related to the introduction of VICTOZA® into the US marketplace. All cases of medullary thyroid cancer, regardless of potential association with any drug treatment, should be reported to your state cancer registry.

To find out information on how to report a case to your state cancer registry, go to http://www.naaccr.org/Membership/MembershipDirectory.aspx.

**Adverse Events**

Healthcare professionals should report any serious adverse events thought to be associated with VICTOZA® use to:

- Novo Nordisk at 1-877-4-VICTOZA (1-877-484-2869)
- FDA's MedWatch reporting system:
    - by phone at 1-800-FDA-1088 (1-800-332-1088)
    - by facsimile at 1-800-FDA-0178 (1-800-332-0178)
    - by mail using FDA Form 3500
    - online (http://www.fda.gov/medwatch/index.html)

Sincerely,

Alan C. Moses, M.D.

Global Chief Medical Officer, Novo Nordisk
Enclosure: VICTOZA® Full Prescribing Information

Reference ID: 2948949

APPENDIX C: DIRECT MAIL LETTER
**IMPORTANT DRUG WARNING CONCERNING VICTOZA®**

**SUBJECT: POTENTIAL RISKS OF THYROID C-CELL TUMORS AND ACUTE PANCREATITIS ASSOCIATED WITH VICTOZA®**

Dear Healthcare Professional:

This letter is to remind you of important safety information about VICTOZA® (liraglutide [rDNA origin]) injection. VICTOZA® is indicated as an adjunct to diet and exercise to improve glycemic control in adults with type 2 diabetes mellitus.

The Food and Drug Administration (FDA) has required Novo Nordisk to communicate the following risk information to potential prescribers.

You should note the following potential serious risks of VICTOZA®:

- There is potential risk of thyroid C-cell tumors, including medullary thyroid carcinoma (MTC) associated with VICTOZA®

- VICTOZA® may increase the risk of acute pancreatitis

Because of these risks, VICTOZA® is <u>not</u> recommended as first-line therapy for patients who have inadequate glycemic control on diet and exercise.

Additional information about these risks is provided in the remainder of this letter.

**<u>Potential Risk of Thyroid C-Cell Tumors, including Medullary Thyroid Carcinoma</u>**
- Liraglutide causes dose-dependent and treatment-duration-dependent thyroid C-cell tumors at clinically relevant exposures in both genders of rats and mice.  It is unknown whether VICTOZA® causes thyroid C-cell tumors, including medullary thyroid carcinoma (MTC), in humans, as human relevance could not be ruled out by clinical or nonclinical studies.
- VICTOZA® is contraindicated in patients with a personal or family history of MTC and in patients with Multiple Endocrine Neoplasia syndrome type 2 (MEN2).
- Patients with thyroid nodules noted on physical examination or neck imaging obtained for other reasons should be referred to an endocrinologist for further evaluation.
- Although routine monitoring of serum calcitonin is of uncertain value in patients treated with VICTOZA®, if serum calcitonin is measured and found to be elevated, the patient should be referred to an endocrinologist for further evaluation.

**<u>Risk of Acute Pancreatitis</u>**
- In clinical trials studying VICTOZA®, there were more cases of pancreatitis in patients treated with VICTOZA® than in patients treated with comparators.
- After initiation of VICTOZA®, and after dose increases, observe patients carefully for signs and symptoms of pancreatitis (including persistent severe abdominal pain, sometimes radiating to the back, and which may or may not be accompanied by vomiting).
- If pancreatitis is suspected, VICTOZA® and other potentially suspect drugs should be discontinued promptly, confirmatory tests should be performed and appropriate management should be initiated.
- If pancreatitis is confirmed, VICTOZA® should not be restarted.
- Use with caution in patients with a history of pancreatitis.

Reference ID: 2948949

**Medullary Thyroid Cancer Registry**

To further assess risk, Novo Nordisk will be systematically monitoring cases of medullary thyroid cancer (MTC) via MTC case series registry to identify any increase in the incidence of MTC related to the introduction of VICTOZA® into the US marketplace. All cases of medullary thyroid cancer, regardless of potential association with any drug treatment, should be reported to your state cancer registry.

To find out information on how to report a case to your state cancer registry, go to http://www.naaccr.org/Membership/MembershipDirectory.aspx.


**Adverse Events**

Healthcare professionals should report any serious adverse events thought to be associated with VICTOZA® use to:

- Novo Nordisk at 1-877-4-VICTOZA (1-877-484-2869)
- FDA's MedWatch reporting system:
  - by phone at 1-800-FDA-1088 (1-800-332-1088)
  - by facsimile at 1-800-FDA-0178 (1-800-332-0178)
  - by mail using FDA Form 3500
  - online (http://www.fda.gov/medwatch/index.html)


Sincerely,



Alan C. Moses, M.D.

Global Chief Medical Officer, Novo Nordisk
Enclosure: VICTOZA® Full Prescribing Information


Reference ID: 2948949

Confidential                    Novo_GLP_MDL_000202625



Reference ID: 2948949

Confidential

--------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

--------------------------------------------------------------------------------

/s/

-------------------------------------------------

MARY H PARKS
05/18/2011

Confidential                                                  Novo_GLP_MDL_000202627