# EXHIBIT 200D

The Wayback Machine - https://web.archive.org/web/20250428091310/https://www.fda.gov/drugs/fdas-adverse-event-reporting-system-faers/april-june-2022-potential-signals-…

# April – June 2022 | Potential Signals of Serious Risks/New Safety Information Identified by the FDA Adverse Event Reporting System (FAERS)

| Product Name: Trade (Active Ingredient) or Product Class | Potential Signal of a Serious Risk / New Safety Information | Additional Information (as of February 21, 2023) |
| --- | --- | --- |
| Afinitor (everolimus) Afinitor Disperz (everolimus) Rapamune (sirolimus) Zortress (everolimus) | Drug interaction | FDA is evaluating the need for regulatory action. |
| Bavencio (avelumab) Imfinzi (durvalumab) Jemperli (dostarlimab-gxly) Keytruda (pembrolizumab) Libtayo (cemiplimab-rwlc) Opdivo (nivolumab) Tecentriq (atezolizumab) | Keratoacanthoma | FDA is evaluating the need for regulatory action. |
| Cabometyx (cabozantinib) Cometriq (cabozantinib) Generic products containing cabozantinib | Bradyarrhythmia (including conduction defects and disorders of sinus node function) | FDA is evaluating the need for regulatory action. |
| Calquence (acalabrutinib) | Pneumonitis | FDA is evaluating the need for regulatory action. |
| Calquence (acalabrutinib) | Tumour lysis syndrome | FDA is evaluating the need for regulatory action. |

Case 2:24-md-03094-KSM   Document 698-50   Filed 05/19/26   Page 3 of 6

| Product Name: Trade (Active Ingredient) or Product Class | Potential Signal of a Serious Risk / New Safety Information | Additional Information (as of February 21, 2023) |
|---|---|---|
| Elzonris (tagraxofusp-erzs) | Tumour lysis syndrome | FDA is evaluating the need for regulatory action. |
| Certain everolimus product (generic product for the trade name Afinitor) | Product packaging confusion | FDA is evaluating the need for regulatory action. |

5/16/26, 6:06 PM

April - June 2022, Potential Signals of Serious Risks/New Safety Information Identified by the FDA Adverse Event Reporting Syste…

| Product Name: Trade (Active Ingredient) or Product Class | Potential Signal of a Serious Risk / New Safety Information | Additional Information (as of February 21, 2023) |
|---|---|---|
| Glucagon-like peptide 1 (GLP-1) receptor agonists | Intestinal obstruction | FDA is evaluating the need for regulatory action. |

- Adlyxin (lixisenatide)

- Byetta (exenatide)

- Bydureon (exenatide)

- Bydureon BCise (exenatide)

- Mounjaro (tirzepatide)
- Ozempic (semaglutide)
- Rybelsus (semaglutide)
- Saxenda (liraglutide recombinant)
- Soliqua 100/33 (insulin glargine and lixisenatide)
- Trulicity (dulaglutide)
- Wegovy (semaglutide)
- Xultophy 100/3.6 (insulin degludec and liraglutide) injection
- Victoza (liraglutide recombinant)

Case 2:24-md-03094-KSM    Document 698-50    Filed 05/19/26    Page 5 of 6

| Product Name: Trade (Active Ingredient) or Product Class | Potential Signal of a Serious Risk / New Safety Information | Additional Information (as of February 21, 2023) |
|---|---|---|
| Generic products containing glucagon-like peptide 1 (GLP-1) receptor agonists | | |
| Proglycem (diazoxide)<br><br>Generic products containing diazoxide | Pericardial effusion | FDA is evaluating the need for regulatory action. |
| Reblozyl (luspatercept-aamt) | Sickle cell anemia with crisis | FDA is evaluating the need for regulatory action. |
| Saxenda (liraglutide recombinant)<br><br>Victoza (liraglutide recombinant)<br><br>Xultophy 100/3.6 (insulin degludec and liraglutide) injection<br><br>Generic products containing liraglutide | Cutaneous amyloidosis | The "Postmarketing Experience" section of the labeling was updated to include the risk of cutaneous amyloidosis.<br><br>Saxenda labeling (https://web.archive.org/web/20250428091310/https://www.accessdata.fda.gov/drugsatfda_docs/label/2022/206321s015lbl.pdf) |
| Scenesse (afamelanotide) | Hypersensitivity | FDA is evaluating the need for regulatory action. |
| Talzenna (talazoparib) | Thrombotic microangiopathy | FDA decided that no action is necessary at this time based on available information. |
| Tazverik (tazemetostat) | Blood bromide increased | FDA is evaluating the need for regulatory action. |
| Tezspire (tezepelumab-ekko) | Anaphylactic reaction | FDA is evaluating the need for regulatory action. |
| Tyvaso (treprostinil)<br>Tyvaso DPI (treprostinil) | Bronchospasm | The "Warnings and Precautions" section of the labeling was updated May 2022 to include bronchospasm.<br><br>Tyvaso labeling (https://web.archive.org/web/20250428091310/https://www.accessdata.fda.gov/drugsatfda_docs/label/2022/022387s020lbl.pdf) |

Case 2:24-md-03094-KSM    Document 698-50    Filed 05/19/26    Page 6 of 6

| Product Name: Trade (Active Ingredient) or Product Class | Potential Signal of a Serious Risk / New Safety Information | Additional Information (as of February 21, 2023) |
|---|---|---|
| Zolgensma (onasemnogene abeparvovec-xioi) | Hepatotoxicity-associated fatality | The "Boxed Warning", "Warnings and Precautions", "Postmarketing Experience" and "Patient Counseling Information" sections of the labeling were updated in February 2023 to include fatal cases of acute liver failure. |

Zolgensma labeling (/web/20250428091310/https://www.fda.gov/media/126109/download)