# EXHIBIT 255D

Message
_____

**To:**         Kamath, Arati <arati.kamath@fda.hhs.gov> [Arati.Kamath@fda.hhs.gov]
**Subject:**    RE: [EXTERNAL] RE: NDA 217806/S-005 and S-011/Zepbound/FDA labeling comments 9-19-2024
**Attachments:** proposed-medguide.docx; proposed-medguide-clean.docx; proposed-uspi.docx; proposed-uspi-clean.docx

Hi Arati,

Please find attached both clean and tracked versions of the Zepbound USPI and Medication Guide.  Per FDA request, the USPI combines S-005, S-006, S-011, and S-015 revisions.  The Medication Guide combines S-005 and S015 revisions.  In addition, information regarding pulmonary aspiration has been excluded from these drafts as it is being handled separately per the SLC notification issued on 06 Sep 2024.

Please let me know if you have any questions.

*Kindly confirm receipt.*

Thank you!
Ingrid

_____

*I stand in solidarity against injustice and in support of humanity.*

Ingrid Hensley, PhD *(she/her/hers)*
Executive Director, Global Regulatory Affairs – North America
Eli Lilly and Company
Lilly Corporate Center, Indianapolis IN 46285 U.S.A.

CONFIDENTIALITY NOTICE: This email message (including all attachments) is for the sole use of the intended recipient(s) and may contain confidential information. Any unauthorized review, use, disclosure, copying or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**From:** Kamath, Arati <Arati.Kamath@fda.hhs.gov>
**Sent:** Friday, September 20, 2024 9:46 AM
**To:** Ingrid E Hensley
**Subject:** RE: [EXTERNAL] RE: NDA 217806/S-005 and S-011/Zepbound/FDA labeling comments 9-19-2024
**Importance:** High

**This Message Is From an External Sender**

This message came from outside your organization. Look at the sender's address to decide if it is safe to open.

| Report Suspicious |

Good Morning Ingrid,

Please send the updated PI and MG **no later than noon on Wednesday, September 25, 2024.**

Thank you,
Arati

Highly Confidential – Attorneys' Eyes – Outside Counsel Only                                    LLY-GLPMDL-18274886

Arati B. Kamath, Ph.D.
Phone: 301-796-3159
Fax: 301-595-2123
Arati.Kamath@fda.hhs.gov

**From:** Ingrid E Hensley ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
**Sent:** Thursday, September 19, 2024 5:34 PM
**To:** Kamath, Arati <Arati.Kamath@fda.hhs.gov>
**Subject:** [EXTERNAL] RE: NDA 217806/S-005 and S-011/Zepbound/FDA labeling comments 9-19-2024

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Arati,

To allow adequate time to respond to FDA's comments on S-005 and S-011 labeling, we request an extension to submit the single version of the Zepbound PI and the single version of the MG no later than **Wednesday, 25 September.  Is that timing acceptable?**

Thanks,
Ingrid

_____

_I stand in solidarity against injustice and in support of humanity._

Ingrid Hensley, PhD *(she/her/hers)*
Executive Director, Global Regulatory Affairs - North America
Eli Lilly and Company
Lilly Corporate Center, Indianapolis IN 46285 U.S.A.

CONFIDENTIALITY NOTICE: This email message (including all attachments) is for the sole use of the intended recipient(s) and may contain confidential information. Any unauthorized review, use, disclosure, copying or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**From:** Kamath, Arati <Arati.Kamath@fda.hhs.gov>
**Sent:** Thursday, September 19, 2024 8:38 AM
**To:** Ingrid E Hensley ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
**Subject:** [EXTERNAL] NDA 217806/S-005 and S-011/Zepbound/FDA labeling comments 9-19-2024
**Importance:** High

### This Message Is From an External Sender

This message came from outside your organization. Look at the sender's address to decide if it is safe to open.

Report Suspicious

Good Morning Ingrid,

With reference to Zepbound NDA 217806/S-005, submitted on December 8, 2023, and S-011 submitted on April 19, 2024, attached find the first round of FDA comments for the prescribing information (PI) and medication guide (MG).

Highly Confidential – Attorneys' Eyes – Outside Counsel Only

Please combine these revisions and your responses in a single version of the PI that includes revisions from S-005, S-006, S-011, and S-015, and a single version of the MG that includes revisions from S-005 and S-015.

Please accept all FDA edits with which you agree. The document that you return to us should only show in tracked changes: (1) any new edits you have made to our prior edits and (2) any new edits from you unrelated to our prior edits. If you do not agree with an FDA edit, add a comment bubble, that begins with "Applicant response to FDA change" or "Applicant comment."

We ask that you provide the revised labeling by **Monday, September 23, 2024.** The labeling can be sent to me via email and does not need to be submitted to the application until we have agreed-upon labeling.

We remind you that these edits do not reflect the final regulatory decision for this application.

**Please confirm receipt of this email** and let me know if you have any questions.

Thank you,
Arati

**Arati B. Kamath, Ph.D.**
Regulatory Project Manager
Diabetes, Lipid Disorders, and Obesity
Division of Regulatory Operations for Cardiology, Hematology, Endocrinology, and Nephrology
Office of Regulatory Operations
Center for Drug Evaluation and Research
U.S. Food and Drug Administration
Phone: 301-796-3159
Fax: 301-595-2123
Arati.Kamath@fda.hhs.gov

Highly Confidential – Attorneys' Eyes – Outside Counsel Only                                                    LLY-GLPMDL-18274888

1

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to use ZEPBOUND safely and effectively. See full prescribing information for ZEPBOUND.**

**ZEPBOUND® (tirzepatide) Injection, for subcutaneous use**
**Initial U.S. Approval: 2022**

---

**WARNING: RISK OF THYROID C-CELL TUMORS**
*See full prescribing information for complete boxed warning.*
- **In rats, tirzepatide causes thyroid C-cell tumors. It is unknown whether ZEPBOUND causes thyroid C-cell tumors, including medullary thyroid carcinoma (MTC), in humans as the human relevance of tirzepatide-induced rodent thyroid C-cell tumors has not been determined (5.1, 13.1).**
- **ZEPBOUND is contraindicated in patients with a personal or family history of MTC or in patients with Multiple Endocrine Neoplasia syndrome type 2 (MEN 2). Counsel patients regarding the potential risk of MTC and symptoms of thyroid tumors (4, 5.1).**

---

--------------------------- INDICATIONS AND USAGE ---------------------------
ZEPBOUND® is a glucose-dependent insulinotropic polypeptide (GIP) receptor and glucagon-like peptide-1 (GLP-1) receptor agonist indicated in combination with a reduced-calorie diet and increased physical activity:
- to reduce excess body weight and maintain weight reduction long term in adults with obesity, or adults with overweight in the presence of at least one weight-related comorbid condition. (1).

Limitations of Use:
- Coadministration with other tirzepatide-containing products or with any GLP-1 receptor agonist is not recommended. (1)

-----------------------DOSAGE AND ADMINISTRATION-----------------------
- The recommended starting dosage is 2.5 mg injected subcutaneously once weekly. (2.1)
- After 4 weeks, increase to 5 mg injected subcutaneously once weekly. (2.1)
- Increase the dosage in 2.5 mg increments after at least 4 weeks on the current dose. (2.1)
- The recommended maintenance dosages are 5 mg, 10 mg, or 15 mg injected subcutaneously once weekly. (2.1)
- Consider treatment response and tolerability when selecting the maintenance dosage. (2.1)
- The maximum dosage is 15 mg subcutaneously once weekly. (2.1)
- Administer in combination with a reduced-calorie diet and increased physical activity. (2.3)
- Administer once weekly at any time of day, with or without meals. (2.3)
- Inject subcutaneously in the abdomen, thigh, or upper arm. (2.3)
- Rotate injection sites with each dose. (2.3)

----------------------DOSAGE FORMS AND STRENGTHS----------------------
Injection: 2.5 mg, 5 mg, 7.5 mg, 10 mg, 12.5 mg, or 15 mg per 0.5 mL in single-dose pen or single-dose vial (3)

---------------------------- CONTRAINDICATIONS ----------------------------
- Personal or family history of medullary thyroid carcinoma or in patients with Multiple Endocrine Neoplasia syndrome type 2 (4)

- Known serious hypersensitivity to tirzepatide or any of the excipients in ZEPBOUND (4)

------------------------WARNINGS AND PRECAUTIONS----------------------
- *Severe Gastrointestinal Adverse Reactions:* Use has been associated with gastrointestinal adverse reactions, sometimes severe. Has not been studied in patients with severe gastrointestinal disease and is not recommended in these patients. (5.2)
- *Acute Kidney Injury:* Monitor renal function in patients reporting adverse reactions that could lead to volume depletion. (5.3)
- *Acute Gallbladder Disease:* Has been reported in clinical trials. If cholecystitis is suspected, gallbladder studies and clinical follow-up are indicated. (5.4)
- *Acute Pancreatitis:* Has been reported in clinical trials. Discontinue promptly if pancreatitis is suspected. Do not restart if pancreatitis is confirmed. (5.5)
- *Hypersensitivity Reactions:* Serious hypersensitivity reactions (e.g., anaphylaxis, angioedema) have been reported postmarketing with tirzepatide. If suspected, advise patients to promptly seek medical attention and discontinue ZEPBOUND. (5.6)
- *Hypoglycemia:* Concomitant use with insulin or an insulin secretagogue may increase the risk of hypoglycemia, including severe hypoglycemia. Reducing dose of insulin or insulin secretagogue may be necessary. Inform all patients of the risk of hypoglycemia and educate them on the signs and symptoms of hypoglycemia. (5.7)
- *Diabetic Retinopathy Complications in Patients with Type 2 Diabetes Mellitus:* Has been studied in patients with non-proliferative diabetic retinopathy requiring acute therapy, proliferative diabetic retinopathy, or diabetic macular edema. Monitor patients with a history of diabetic retinopathy for progression. (5.8)
- *Suicidal Behavior and Ideation:* Monitor for depression or suicidal thoughts. Discontinue ZEPBOUND if symptoms develop. (5.9)

------------------------------ADVERSE REACTIONS----------------------------
The most common adverse reactions, reported in ≥5% of patients treated with ZEPBOUND are: nausea, diarrhea, vomiting, constipation, abdominal pain, dyspepsia, injection site reactions, fatigue, hypersensitivity reactions, eructation, hair loss, gastroesophageal reflux disease. (6.1)

**To report SUSPECTED ADVERSE REACTIONS, contact Eli Lilly and Company at 1-800-LillyRx (1-800-545-5979) or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.**

------------------------------ DRUG INTERACTIONS ----------------------------
ZEPBOUND delays gastric emptying and has the potential to impact the absorption of concomitantly administered oral medications. (7.2)

-----------------------USE IN SPECIFIC POPULATIONS----------------------
- *Pregnancy:* May cause fetal harm. When pregnancy is recognized, discontinue ZEPBOUND. (8.1)
- *Females of Reproductive Potential:* Advise females using oral contraceptives to switch to a non-oral contraceptive method or add a barrier method of contraception for 4 weeks after initiation and for 4 weeks after each dose escalation. (8.3)

**See 17 for PATIENT COUNSELING INFORMATION and FDA-approved Medication Guide.**

**Revised: MM/YYYY**

---

**Commented [A3]: Lilly comment to FDA:**
Per FDA request on 19 September 2024, Lilly has combined responses to FDA comments for the following supplements into this single USPI:
  S-005: safety labeling update submitted 08Dec2023
  S-006: efficacy supplement submitted 18Dec2023
  S-011: safety labeling update submitted 19Apr2024
  S-015: indication wording submitted 28Jun2024
Section 16 also incorporates an annual reportable labeling change implemented 09Aug2024.

**Commented [A4]: Lilly comment to FDA:**
"secretagogue" has been added back to this sentence, as it seems to have been inadvertently deleted.

**Commented [A1]: Lilly comment to FDA:**
A colon and bullet point have been added to match what was submitted in Lilly's 26 August 2024 version of labeling that FDA acknowledged as agreed via email on 27 August 2024 (S-015).

**Commented [A2]: Lilly comment to FDA:**
Restored heading format.

---

**FULL PRESCRIBING INFORMATION: CONTENTS\***
**WARNING: RISK OF THYROID C-CELL TUMORS**
**1    INDICATIONS AND USAGE**
**2    DOSAGE AND ADMINISTRATION**
  2.1    Recommended Dosage
  2.2    Recommendations Regarding Missed Dose
  2.3    Important Administration Instructions
**3    DOSAGE FORMS AND STRENGTHS**
**4    CONTRAINDICATIONS**
**5    WARNINGS AND PRECAUTIONS**
  5.1    Risk of Thyroid C-Cell Tumors
  5.2    Severe Gastrointestinal Adverse Reactions
  5.3    Acute Kidney Injury

2

5.4  Acute Gallbladder Disease
5.5  Acute Pancreatitis
5.6  Hypersensitivity Reactions
5.7  Hypoglycemia
5.8  Diabetic Retinopathy Complications in Patients with Type 2 Diabetes Mellitus
5.9  Suicidal Behavior and Ideation
6  ADVERSE REACTIONS
6.1  Clinical Trials Experience
6.2  Postmarketing Experience
7  DRUG INTERACTIONS
7.1  Concomitant Use with Insulin or an Insulin Secretagogue (e.g., Sulfonylurea)
7.2  Oral Medications
8  USE IN SPECIFIC POPULATIONS
8.1  Pregnancy
8.2  Lactation
8.3  Females and Males of Reproductive Potential
8.4  Pediatric Use
8.5  Geriatric Use
8.6  Renal Impairment
8.7  Hepatic Impairment

10  OVERDOSAGE
11  DESCRIPTION
12  CLINICAL PHARMACOLOGY
12.1  Mechanism of Action
12.2  Pharmacodynamics
12.3  Pharmacokinetics
12.6  Immunogenicity
13  NONCLINICAL TOXICOLOGY
13.1  Carcinogenesis, Mutagenesis, Impairment of Fertility
14  CLINICAL STUDIES
14.1  Weight Reduction and Long-Term Maintenance Studies in Adults with Obesity or Overweight
16  HOW SUPPLIED/STORAGE AND HANDLING
16.1  How Supplied
16.2  Storage and Handling
17  PATIENT COUNSELING INFORMATION

* Sections or subsections omitted from the full prescribing information are not listed.

Highly  Confidential – Attorneys'  Eyes – Outside Counsel Only

LLY-GLPMDL-18274896

3

**FULL PRESCRIBING INFORMATION**

---

**WARNING: RISK OF THYROID C-CELL TUMORS**

- In rats, tirzepatide causes dose-dependent and treatment-duration-dependent thyroid C-cell tumors at clinically relevant exposures. It is unknown whether ZEPBOUND causes thyroid C-cell tumors, including medullary thyroid carcinoma (MTC), in humans as human relevance of tirzepatide-induced rodent thyroid C-cell tumors has not been determined *[see Warnings and Precautions (5.1) and Nonclinical Toxicology (13.1)]*.
- ZEPBOUND is contraindicated in patients with a personal or family history of MTC or in patients with Multiple Endocrine Neoplasia syndrome type 2 (MEN 2) *[see Contraindications (4)]*. Counsel patients regarding the potential risk for MTC with the use of ZEPBOUND and inform them of symptoms of thyroid tumors (e.g., a mass in the neck, dysphagia, dyspnea, persistent hoarseness). Routine monitoring of serum calcitonin or using thyroid ultrasound is of uncertain value for early detection of MTC in patients treated with ZEPBOUND *[see Contraindications (4) and Warnings and Precautions (5.1)]*.

---

**1    INDICATIONS AND USAGE**

ZEPBOUND® is indicated in combination with a reduced-calorie diet and increased physical activity to reduce excess body weight and maintain weight reduction long term in adults with obesity, or adults with overweight in the presence of at least one weight-related comorbid condition.

Limitations of Use

- ZEPBOUND contains tirzepatide. Coadministration with other tirzepatide-containing products or with any glucagon-like peptide-1 (GLP-1) receptor agonist is not recommended.

**2    DOSAGE AND ADMINISTRATION**

**2.1    Recommended Dosage**

- The recommended starting dosage of ZEPBOUND is 2.5 mg injected subcutaneously once weekly. The 2.5 mg dosage is for treatment initiation and is not approved as a maintenance dosage.
- After 4 weeks, increase the dosage to 5 mg injected subcutaneously once weekly.
- The dosage may be increased in 2.5 mg increments, after at least 4 weeks on the current dose, to minimize gastrointestinal adverse reactions *[see Warnings and Precautions (5.▒) and Adverse Reactions (6.1)]*.
- The recommended maintenance dosages of ZEPBOUND in adults are 5 mg, 10 mg, or 15 mg injected subcutaneously once weekly.
- Consider treatment response and tolerability when selecting the maintenance dosage *[see Adverse Reactions (6.1) and Clinical Studies (14.1)]*. If patients do not tolerate a maintenance dosage, consider a lower maintenance dosage.
- The maximum dosage of ZEPBOUND is 15 mg injected subcutaneously once weekly.

**2.2    Recommendations Regarding Missed Dose**

- If a dose is missed, instruct patients to administer ZEPBOUND as soon as possible within 4 days (96 hours) after the missed dose. If more than 4 days have passed, skip the missed dose and administer the next dose on the regularly scheduled day. In each case, patients can then resume their regular once weekly dosing schedule.
- The day of weekly administration can be changed, if necessary, as long as the time between the two doses is at least 3 days (72 hours).

**2.3    Important Administration Instructions**

- Prior to initiation of ZEPBOUND, train patients and caregivers on proper injection technique. Refer to the accompanying Instructions for Use for complete administration instructions with illustrations.
- Instruct patients using the single-dose vial to use a syringe appropriate for dose administration (e.g., a 1 mL syringe capable of measuring a 0.5 mL dose).
- Inspect ZEPBOUND visually before use. It should appear clear and colorless to slightly yellow. Do not use ZEPBOUND if particulate matter or discoloration is seen.
- Administer ZEPBOUND in combination with a reduced-calorie diet and increased physical activity.
- Administer ZEPBOUND once weekly at any time of day, with or without meals.

**Commented [A5]: Lilly comment to FDA:** Comma added to match what was submitted in Lilly's 26 August 2024 version of labeling that FDA acknowledged as agreed via email on 27 August 2024 (S-015).

**Commented [A6]: Lilly comment to FDA:** Corrected section number.

**Commented [A7]: Lilly comment to FDA:** Comma added to match what was submitted in Lilly's 26 August 2024 version of labeling that FDA acknowledged as agreed via email on 27 August 2024 (S-015).

Highly Confidential – Attorneys' Eyes – Outside Counsel Only

4

- Inject ZEPBOUND subcutaneously in the abdomen, thigh, or upper arm.
- Rotate injection sites with each dose.

## 3    DOSAGE FORMS AND STRENGTHS

Injection: Clear, colorless to slightly yellow solution in pre-filled single-dose pens or single-dose vials, each available in the following strengths:

- 2.5 mg/0.5 mL
- 5 mg/0.5 mL
- 7.5 mg/0.5 mL
- 10 mg/0.5 mL
- 12.5 mg/0.5 mL
- 15 mg/0.5 mL

## 4    CONTRAINDICATIONS

ZEPBOUND is contraindicated in patients with:

- A personal or family history of MTC or in patients with MEN 2 *[see Warnings and Precautions (5.1)]*.
- Known serious hypersensitivity to tirzepatide or any of the excipients in ZEPBOUND. Serious hypersensitivity reactions, including anaphylaxis and angioedema, have been reported with tirzepatide *[see Warnings and Precautions (5.6) and Adverse Reactions (6.2)]*.

## 5    WARNINGS AND PRECAUTIONS

### 5.1    Risk of Thyroid C-Cell Tumors

In rats, tirzepatide caused a dose-dependent and treatment-duration-dependent increase in the incidence of thyroid C-cell tumors (adenomas and carcinomas) in a 2-year study at clinically relevant plasma exposures *[see Nonclinical Toxicology (13.1)]*. It is unknown whether ZEPBOUND causes thyroid C-cell tumors, including MTC, in humans as human relevance of tirzepatide-induced rodent thyroid C-cell tumors has not been determined.

ZEPBOUND is contraindicated in patients with a personal or family history of MTC or in patients with MEN 2. Counsel patients regarding the potential risk for MTC with the use of ZEPBOUND and inform them of symptoms of thyroid tumors (e.g., a mass in the neck, dysphagia, dyspnea, persistent hoarseness).

Routine monitoring of serum calcitonin or using thyroid ultrasound is of uncertain value for early detection of MTC in patients treated with ZEPBOUND. Such monitoring may increase the risk of unnecessary procedures, due to the low test specificity for serum calcitonin and a high background incidence of thyroid disease. Significantly elevated serum calcitonin values may indicate MTC and patients with MTC usually have calcitonin values >50 ng/L. If serum calcitonin is measured and found to be elevated, the patient should be further evaluated. Patients with thyroid nodules noted on physical examination or neck imaging should also be further evaluated.

### 5.2    Severe Gastrointestinal Adverse Reactions

Use of ZEPBOUND has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6.1)]*. In a pool of two fixed dose clinical trials, severe gastrointestinal adverse reactions were reported more frequently among patients receiving ZEPBOUND (5 mg 1.7%, 10 mg 2.5%, 15 mg 3.1%) than placebo (1%).

ZEPBOUND has not been studied in patients with severe gastrointestinal disease, including severe gastroparesis, and is therefore not recommended in these patients.

### 5.3    Acute Kidney Injury

Use of ZEPBOUND has been associated with acute kidney injury, which can result from dehydration due to gastrointestinal adverse reactions to ZEPBOUND; including nausea, vomiting, and diarrhea *[see Adverse Reactions (6.1)]*.

In patients treated with GLP-1 receptor agonists, there have been postmarketing reports of acute kidney injury and worsening of chronic renal failure, which may sometimes require hemodialysis. Some of these events have been reported in patients without known underlying renal disease. A majority of the reported events occurred in patients who had

**Commented [A8]: FDA to Applicant:**
Disagree with proposed addition. In your supporting documentation for the addition of gastroparesis you cite Sodhi et al, an observational study with multiple limitations including methodological and quality control issues. In addition, you concluded that the data in your review did not provide evidence of a casual association between tirzepatide and gastroparesis.

The current PI contains information on GI adverse reactions and tolerability. The existing warning and precaution and section 6 describe GI adverse reactions with tirzepatide, including tolerability and discontinuation, "Across both trials, 4.8%, 6.3%, and 6.7% of patients treated with 5 mg, 10 mg, and 15 mg of ZEPBOUND, respectively, permanently discontinued treatment as a result of adverse reactions compared to 3.4% of patients treated with placebo. The majority of patients who discontinued ZEPBOUND due to adverse reactions did so during the first few months of treatment due to gastrointestinal adverse reactions."

Recommendations regarding dosage modifications due to adverse reactions are more appropriately communicated in Section 2.2. See edits above.

**Commented [A9R8]: Lilly comment to FDA:**
Lilly accepts FDA's deletion of the gastroparesis wording.

**Commented [A10]: Lilly comment to FDA (submitted 08DEC2023, Seq 0062):** Refer to Safety Topic Report (Malnutrition and Cachexia) submitted with the Mounjaro labeling update (NDA 215866, Seq No 0442).

**Commented [A11R10]: FDA to Applicant:**
We disagree with the proposed the addition of a warning and precaution regarding malnutrition. From the proposed language, it is unclear which events related to malnutrition have been reported, and you have not proposed labeling any specific adverse events. As your supporting document notes, malnutrition is a broad term that can refer to deficiencies or excesses in a person's intake of energy and/or nutrients, and as such the proposed warning may not be informative to a prescriber. The proposed mitigation strategies are likewise nonspecific ("nutritional guidance," "supplement and support") and not actionable for a prescriber. We are also concerned that describing "vitamin and mineral deficiency" could lead to unnecessary blood tests and screeing of tirzepatide-treated patients, with attendant costs and no clear benefit given the absence of data in your submission regarding micronutrient deficiencies.

In your supporting documentation, you provide mechanistic plausibility but do not recommend including malnutrition as an ADR for tirzepatide, as occurrence of malnutrition is likely dependent not only on tirzepatide use, but also on the contents of the patient's diet and other risk factors for malnutrition. It is unclear that the malnutrition events cited in the document are related to tirzepatide or with weight loss in general; information in the PI should be specific to tirzepatide rather than general practice of medicine information. Several of the case narratives in your document clearly describe acute severe gastrointestinal adverse reactions such as nausea and vomiting (which are already labeled in Section 5.2), and not chronic undernutrition as your proposed warning appears to intend. Overall, the data in your supporting document show that potential malnutrition-related events are rare in tirzepatide-treated patients (0.07% in trials and 0.0003% in post-marketing), with no cases of convincing causality.

**Commented [A12R10]: Lilly comment to FDA:**
Lilly accepts deletion of the malnutrition wording. For clarification, please note that at least 1 case related to vitamin deficiency has been reported with tirzepatide exposure, which was previously reported by Lilly. Refer to Safety Topic Report (Malnutrition and Cachexia) in NDA 215866, Seq No 0442.

Highly  Confidential – Attorneys'  Eyes – Outside Counsel Only

experienced nausea, vomiting, diarrhea, or dehydration. Monitor renal function in patients reporting adverse reactions to ZEPBOUND that could lead to volume depletion.

### 5.4    Acute Gallbladder Disease

Treatment with ZEPBOUND and GLP-1 receptor agonists is associated with an increased occurrence of acute gallbladder disease.

In a pool of two fixed dose clinical trials of ZEPBOUND, cholelithiasis was reported in 1.1% of ZEPBOUND-treated patients and 1% of placebo-treated patients, cholecystitis was reported in 0.7% of ZEPBOUND-treated patients and 0.2% of placebo-treated patients, and cholecystectomy was reported in 0.2% of ZEPBOUND-treated patients and no placebo-treated patients. Acute gallbladder events were associated with weight reduction. If cholecystitis is suspected, gallbladder diagnostic studies and appropriate clinical follow-up are indicated.

### 5.5    Acute Pancreatitis

Acute pancreatitis, including fatal and non-fatal hemorrhagic or necrotizing pancreatitis, has been observed in patients treated with GLP-1 receptor agonists or tirzepatide.

In clinical trials of tirzepatide for a different indication, 14 events of acute pancreatitis were confirmed by adjudication in 13 tirzepatide-treated patients (0.23 patients per 100 years of exposure) versus 3 events in 3 comparator-treated patients (0.11 patients per 100 years of exposure). In a pool of two fixed dose ZEPBOUND clinical trials, 0.2% of ZEPBOUND-treated patients had acute pancreatitis confirmed by adjudication (0.14 patients per 100 years of exposure) versus 0.2% of placebo-treated patients (0.15 patients per 100 years of exposure). ZEPBOUND has not been studied in patients with a prior history of pancreatitis. It is unknown if patients with a history of pancreatitis are at higher risk for development of pancreatitis on ZEPBOUND.

After initiation of ZEPBOUND, observe patients carefully for signs and symptoms of pancreatitis (including persistent severe abdominal pain, sometimes radiating to the back, which may or may not be accompanied by vomiting). If pancreatitis is suspected, discontinue ZEPBOUND and initiate appropriate management. If the diagnosis of pancreatitis is confirmed, ZEPBOUND should not be restarted.

### 5.6    Hypersensitivity Reactions

There have been postmarketing reports of serious hypersensitivity reactions (e.g., anaphylaxis, angioedema) in patients treated with tirzepatide. In a pool of two fixed dose ZEPBOUND clinical trials, 0.1% of ZEPBOUND-treated patients had severe hypersensitivity reactions compared to no placebo-treated patients. If hypersensitivity reactions occur, advise patients to promptly seek medical attention and discontinue use of ZEPBOUND. Do not use in patients with a previous serious hypersensitivity reaction to tirzepatide or any of the excipients in ZEPBOUND *[see Contraindications (4) and Adverse Reactions (6.2)]*.

Serious hypersensitivity reactions, including anaphylaxis and angioedema, have been reported with GLP-1 receptor agonists. Use caution in patients with a history of angioedema or anaphylaxis with a GLP-1 receptor agonist because it is unknown whether such patients will be predisposed to these reactions with ZEPBOUND.

### 5.7    Hypoglycemia

ZEPBOUND lowers blood glucose and can cause hypoglycemia.

In a trial of patients with type 2 diabetes mellitus and BMI ≥27 kg/m$^2$, hypoglycemia (plasma glucose <54 mg/dL) was reported in 4.2% of ZEPBOUND-treated patients versus 1.3% of placebo-treated patients. In this trial, patients taking ZEPBOUND in combination with an insulin secretagogue (e.g., sulfonylurea) had increased risk of hypoglycemia (10.3%) compared to ZEPBOUND-treated patients not taking a sulfonylurea (2.1%). There is also increased risk of hypoglycemia in patients treated with tirzepatide in combination with insulin *[see Drug Interactions (7.1)]*.

Hypoglycemia has also been associated with ZEPBOUND and GLP-1 receptor agonists in adults without type 2 diabetes mellitus *[see Adverse Reactions (6.1)]*.

Inform patients of the risk of hypoglycemia and educate them on the signs and symptoms of hypoglycemia. In patients with diabetes mellitus, monitor blood glucose prior to starting ZEPBOUND and during ZEPBOUND treatment. The risk of hypoglycemia may be lowered by a reduction in the dose of insulin or sulfonylurea (or other concomitantly administered insulin secretagogue).

Highly  Confidential – Attorneys' Eyes – Outside Counsel Only

LLY-GLPMDL-18274899

6

### 5.8 Diabetic Retinopathy Complications in Patients with Type 2 Diabetes Mellitus

Rapid improvement in glucose control has been associated with a temporary worsening of diabetic retinopathy. Tirzepatide has not been studied in patients with non-proliferative diabetic retinopathy requiring acute therapy, proliferative diabetic retinopathy, or diabetic macular edema. Patients with a history of diabetic retinopathy should be monitored for progression of diabetic retinopathy.

### 5.9 Suicidal Behavior and Ideation

Suicidal behavior and ideation have been reported in clinical trials with other weight reductionmanagement products. Monitor patients treated with ZEPBOUND for the emergence or worsening of depression, suicidal thoughts or behaviors, and/or any unusual changes in mood or behavior. Discontinue ZEPBOUND in patients who experience suicidal thoughts or behaviors. Avoid ZEPBOUND in patients with a history of suicidal attempts or active suicidal ideation.

### 6    ADVERSE REACTIONS

The following serious adverse reactions are described below or elsewhere in the prescribing information:

- Risk of Thyroid C-cell Tumors *[see Warnings and Precautions (5.1)]*
- Severe Gastrointestinal Adverse Reactions *[see Warnings and Precautions (5.2)]*
- Acute Kidney Injury *[see Warnings and Precautions (5.3)]*
- Acute Gallbladder Disease *[see Warnings and Precautions (5.4)]*
- Acute Pancreatitis *[see Warnings and Precautions (5.5)]*
- Hypersensitivity Reactions *[see Warnings and Precautions (5.6)]*
- Hypoglycemia *[see Warnings and Precautions (5.7)]*
- Diabetic Retinopathy Complications in Patients with Type 2 Diabetes Mellitus *[see Warnings and Precautions (5.8)]*
- Suicidal Behavior and Ideation *[see Warnings and Precautions (5.9)]*

#### 6.1    Clinical Trials Experience

Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in practice.

Pool of Placebo-Controlled Weight Reduction Trials in Adults with Obesity or Overweight, with or without Type 2 Diabetes (Study 1 and Study 2)

ZEPBOUND was evaluated for safety in a pool of two randomized, double-blind, placebo-controlled trials that included 2519 adult patients with obesity or overweight treated with ZEPBOUND for up to 72 weeks and a 4-week off drug follow-up period (Study 1 and Study 2) *[see Clinical Studies (14.1)]*. The mean age of patients was 47 years and 37% were male. The population was 72% White, 12% Asian, 8% Black or African American, and 7% American Indian or Alaska Native; 51% identified as Hispanic or Latino ethnicity. Baseline characteristics included an average BMI of 37.4 kg/m², 29% with a BMI ≥40 kg/m², 41% with hypertension, 37% with dyslipidemia, 25% with type 2 diabetes mellitus, 7% with obstructive sleep apnea, and 4% with cardiovascular disease.

Across both trials, 4.8%, 6.3%, and 6.7% of patients treated with 5 mg, 10 mg, and 15 mg of ZEPBOUND, respectively, permanently discontinued treatment as a result of adverse reactions compared to 3.4% of patients treated with placebo. The majority of patients who discontinued ZEPBOUND due to adverse reactions did so during the first few months of treatment due to gastrointestinal adverse reactions.

Additional Weight Reduction Trials in Adults with Obesity or Overweight (Study 3 and Study 4)

In a clinical trial that included an intensive lifestyle intervention triallead-in period (Study 3), 287 patients were treated with ZEPBOUND for up to 72 weeks. In a randomized withdrawal trial (Study 4), 783 patients were treated with ZEPBOUND for up to 36 weeks, and 335 of these patients were treated for up to 88 weeks *[see Clinical Studies (14.1)]*. In Study 3, 10% of ZEPBOUND-treated patients and 2% of placebo-treated patients discontinued drug due to adverse reactions. In Study 4, 7% of patients discontinued ZEPBOUND treatment before randomized withdrawal at Week 36 due to adverse reactions. In Study 3 and Study 4, adverse reactions were similar to those reported in the two pooled ZEPBOUND clinical trials (Study 1 and Study 2).

Common Adverse Reactions

Table 1 shows common adverse reactions associated with the use of ZEPBOUND in the pool of two placebo-controlled trials for weight reduction and long-term maintenance of body weight (Study 1 and Study 2). These adverse reactions

**Commented [A13]:** Lilly comment to FDA (submitted 08DEC2023, Seq 0062): The Zepbound label states that suicidal behavior and ideation have been reported "in clinical trials" for chronic weight management products. We have proposed similar language for Mounjaro to adopt that class labeling. However, we understand that FDA has recently requested information from manufacturers of GLP-1 RAs regarding suicidal behavior and ideation. We therefore request FDA's comment on whether, in light of the data FDA has received regarding other treatments, "in clinical trials" should be removed from this sentence.

**Commented [A14R13]:** FDA to Applicant: As you are aware from the January 2024 DSC - [ HYPERLINK "https://www.fda.gov/drugs/drug-safety-and-availability/update-fdas-ongoing-evaluation-reports-suicidal-thoughts-or-actions-patients-taking-certain-type" ], additional evaluations are planned and if warranted, based on available data when the evaluations are completed we will determine if changes to the labeling are needed.

**Commented [A15R13]:** Lilly comment to FDA: Lilly acknowledges FDA's comment above. Further, Lilly requests to retain the term "management" in alignment with the label submitted on 26 August 2024, which the FDA confirmed as "agreed" via email on 27 August 2024 (S-015). This terminology is also used in the Wegovy USPI and should be applied consistently within the weight management product class as appropriate.

**Commented [A16]:** FDA to Applicant: Relocated this information here so that the reader understands that the last statement above and the additional AR presented below. Revised study descriptions for clarity.

**Commented [A17R16]:** Lilly comment to FDA: Lilly accepts the addition of this paragraph and has revised the study description to better reflect the study design. In addition, we relocated the paragraph to follow the Study 1 and 2 description so that all Common Adverse Reactions and Other Adverse Reactions follow. Sources: GPHM CSR Table GPHM.8.2 GPHN CSR Figure GPHN.4.1 GPHN CSR Table GPHN.5.50

**Commented [A18]:** FDA to Applicant: Revised the study description for brevity and to align with Section 1 and Section 14.

**Commented [A19R18]:** Lilly comment to FDA: Lilly accepts the text "weight reduction" and has added "and long-term maintenance of body weight" in alignment with Section 1 and Section 14. This text was also included in the label submitted on 26 August 2024, which the FDA confirmed as agreed upon via email on 27 August 2024 (S-015).

Highly Confidential – Attorneys' Eyes – Outside Counsel Only

LLY-GLPMDL-18274900

7

occurred more commonly with ZEPBOUND than with placebo and occurred in at least 2% of patients treated with ZEPBOUND.

**Table 1: Adverse Reactions (≥2% and Greater than Placebo) in ZEPBOUND-Treated Adults with Obesity or Overweight (Study 1 and Study 2)**

| Adverse Reaction | Placebo (N=958) % | ZEPBOUND 5 mg (N=630) % | ZEPBOUND 10 mg (N=948) % | ZEPBOUND 15 mg (N=941) % |
|---|---|---|---|---|
| Nausea | 8 | 25 | 29 | 28 |
| Diarrhea[a] | 8 | 19 | 21 | 23 |
| Vomiting | 2 | 8 | 11 | 13 |
| Constipation[b] | 5 | 17 | 14 | 11 |
| Abdominal Pain[c] | 5 | 9 | 9 | 10 |
| Dyspepsia | 4 | 9 | 9 | 10 |
| Injection Site Reactions[d] | 2 | 6 | 8 | 8 |
| Fatigue[e] | 3 | 5 | 6 | 7 |
| Hypersensitivity Reactions | 3 | 5 | 5 | 5 |
| Eructation | 1 | 4 | 5 | 5 |
| Hair Loss | 1 | 5 | 4 | 5 |
| Gastroesophageal Reflux Disease | 2 | 4 | 4 | 5 |
| Flatulence | 2 | 3 | 3 | 4 |
| Abdominal Distension | 2 | 3 | 3 | 4 |
| Dizziness | 2 | 4 | 5 | 4 |
| Hypotension[f] | 0 | 1 | 1 | 2 |

[a]   Includes diarrhea, frequent bowel movements.
[b]   Includes constipation, feces hard.
[c]   Includes abdominal discomfort, abdominal pain, abdominal pain lower, abdominal pain upper, abdominal tenderness.
[d]   Includes multiple related adverse event terms, such as injection site bruising, injection site erythema, injection site pruritus, injection site pain, injection site rash, injection site reaction.
[e]   Includes asthenia, fatigue, lethargy, malaise.
[f]   Includes blood pressure decreased, hypotension, orthostatic hypotension.

Additional Weight Reduction Trials in Adults with Obesity or Overweight (Study 3 and Study 4)

In an intensive lifestyle intervention trial (Study 3), 287 patients were treated with ZEPBOUND for up to 72 weeks. In a randomized withdrawal trial (Study 4), 783 patients were treated with ZEPBOUND for up to 36 weeks, and 335 of these patients were treated for up to 88 weeks [see Clinical Studies (14.1)]. In Study 3, 10% of ZEPBOUND-treated patients and 2% of placebo-treated patients discontinued drug due to adverse reactions. In Study 4, 7% of patients discontinued ZEPBOUND treatment before randomized withdrawal at Week 36 due to adverse reactions. In Study 3 and Study 4, adverse reactions were similar to those reported in the two pooled ZEPBOUND clinical trials (Study 1 and Study 2).

Other Adverse Reactions

*Gastrointestinal Adverse Reactions*

In a pool of Study 1 and Study 2, gastrointestinal adverse reactions occurred more frequently among patients receiving ZEPBOUND (5 mg 56%, 10 mg 56%, 15 mg 56%) than placebo (30%). More patients receiving ZEPBOUND 5 mg (1.9%), ZEPBOUND 10 mg (3.3%), and ZEPBOUND 15 mg (4.3%) discontinued treatment due to gastrointestinal adverse reactions than patients receiving placebo (0.5%). The majority of nausea, vomiting, and/or diarrhea events occurred during dose escalation and decreased over time.

**Commented [A20]:** Lilly comment to FDA: See rationale above for edits to and relocation of this text.

**Commented [A21]:** Lilly comment to FDA: Relocated heading to currently approved ZEPBOUND USPI location after text on Common Adverse Reactions.

Highly  Confidential – Attorneys'  Eyes – Outside Counsel Only

LLY-GLPMDL-18274901

8

### Hypotension

In a pool of Study 1 and 2, hypotension occurred more frequently among patients taking ZEPBOUND (1.6%) than patients taking placebo (0.1%). Hypotension was more frequently seen in ZEPBOUND-treated patients on concomitant antihypertensive therapy (2.2%) compared to ZEPBOUND-treated patients not on antihypertensive therapy (1.2%). Hypotension also occurred in association with gastrointestinal adverse events and dehydration.

### Hypersensitivity Reactions

In a pool of Study 1 and 2, immediate hypersensitivity reactions (within one day after drug administration) occurred in 2.1% of ZEPBOUND-treated patients compared to 0.4% of placebo-treated patients, while non-immediate hypersensitivity reactions occurred in 3.5% of ZEPBOUND-treated patients compared to 2.7% of placebo-treated patients. Among ZEPBOUND-treated patients, hypersensitivity reactions were more frequent in those with anti-tirzepatide antibodies (6.2%) compared to those who did not develop anti-tirzepatide antibodies (3%) *[see Clinical Pharmacology (12.6)]*. The majority of the hypersensitivity reactions in trials were skin reactions (e.g., rash, itching).

### Injection Site Reactions

In ZEPBOUND-treated patients in a pool of Study 1 and 2, injection site reactions were more frequent in those with anti-tirzepatide antibodies (11.3%) compared to those who did not develop anti-tirzepatide antibodies (1%) *[see Clinical Pharmacology (12.6)]*.

### Hair Loss

Hair loss adverse reactions in ZEPBOUND-treated patients were associated with weight reduction. In a pool of Study 1 and 2, hair loss was reported more frequently in female than male patients in the ZEPBOUND (7.1% female versus 0.5% male) and placebo (1.3% female versus 0% male) treatment groups. No ZEPBOUND-treated patients and one placebo-treated patient discontinued study treatment due to hair loss.

### Other Adverse Reactions

### Acute Kidney Injury

In a pool of Study 1 and 2, acute kidney injury was reported in 0.5% of ZEPBOUND-treated patients compared to 0.2% of placebo-treated patients.

### Acute Gallbladder Disease

In a pool of Study 1 and 2, cholelithiasis was reported in 1.1% of ZEPBOUND-treated patients and 1% of placebo-treated patients, cholecystitis was reported in 0.7% of ZEPBOUND-treated patients and 0.2% of placebo-treated patients, and cholecystectomy was reported in 0.2% of ZEPBOUND-treated patients and no placebo-treated patients.

### Hypoglycemia

In Study 2, a trial of patients with type 2 diabetes mellitus and BMI ≥27 kg/m$^2$, hypoglycemia (plasma glucose <54 mg/dL) was reported in 4.2% of ZEPBOUND-treated patients versus 1.3% of placebo-treated patients.

In Study 1, a trial of ZEPBOUND in adults with obesity/overweight without type 2 diabetes mellitus, there was no systematic capturing of hypoglycemia, but plasma glucose <54 mg/dL was reported in 0.3% of ZEPBOUND-treated patients versus no placebo-treated patients.

### Heart Rate Increase

In a pool of Study 1 and 2, treatment with ZEPBOUND resulted in a mean increase in heart rate of 1 to 3 beats per minute compared to no increase in placebo-treated patients.

### Dysesthesia

In a pool of Study 1 and 2, dysesthesia occurred more frequently among patients receiving ZEPBOUND (5 mg 0.16%, 10 mg 0.21%, 15 mg 0.43%) than placebo (0.10%).

### Dysgeusia

In the a pool of Study 1 and Study 2, dysgeusia was reported by 0.4% of ZEPBOUND-treated patients and no 0% of placebo-treated patients.

### Dry Mouth

In the a pool of Study 1 and Study 2, dry mouth or dry throat was reported by 1% of ZEPBOUND-treated patients and 0.1% of placebo-treated patients.

### Laboratory Abnormalities

### Amylase and Lipase Increase

In a pool of Study 1 and 2, treatment with ZEPBOUND resulted in mean increases from baseline in serum pancreatic amylase concentrations of 20% to 25% and serum lipase concentrations of 28% to 35%, compared to mean increases

**Commented [A22]:** FDA to Applicant: This adverse reaction has occurred in clinical trials at greater incidence in Zepbound treated patients than placebo treated. The occurrence is more frequent at higher doses. Provide incidence of dysesthesia by dose.

**Commented [A23R22]:** Lilly comment to FDA: The incidence of dysesthesia by dose has been added as requested. These data are from the safety topic report and included a cluster of terms for the event of dysesthesia. The preferred terms included for this calculation were: allodynia, burning sensation, dysaesthesia, hyperaesthesia, hyperpathia, pain of skin, sensitive skin, skin burning sensation, skin discomfort, and skin sensitization. Source: Tables 10 and 11 in Appendix 1 of Regulatory Response for Altered Skin Sensation (NDA217806, seq 0141)

**Commented [A24]:** FDA to Applicant: In addition to dysgeusia above, we have also added dry mouth here under the heading of "Other Adverse Reactions." We identified dry mouth as a common adverse reaction in Study 3 (SURMOUNT-3, 8/287=2.8% tirzepatide-treated versus 0/292 placebo-treated). For consistency with elsewhere in Section 6.1, we included here only the incidences in Studies 1 and 2.

**Commented [A25R24]:** Lilly comment to FDA: Lilly accepts the addition of the incidence of dry mouth. Source: ISS Addendum Table ISS.4.9 (NDA217806, seq 0009)

Highly Confidential – Attorneys' Eyes – Outside Counsel Only

LLY-GLPMDL-18274902

9

from baseline in pancreatic amylase of 2.1% and serum lipase of 5.8% in placebo-treated patients. The clinical significance of elevations in amylase or lipase with ZEPBOUND is unknown in the absence of other signs and symptoms of pancreatitis.

### 6.2    Postmarketing Experience

The following adverse reactions have been reported during post-approval use of tirzepatide, the active ingredient in ZEPBOUND. Because these reactions are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or to establish a causal relationship to drug exposure.

*Hypersensitivity:* anaphylaxis, angioedema

*Gastrointestinal:* ileus

## 7    DRUG INTERACTIONS

### 7.1    Concomitant Use with Insulin or an Insulin Secretagogue (e.g., Sulfonylurea)

ZEPBOUND lowers blood glucose. When initiating ZEPBOUND, consider reducing the dose of concomitantly administered insulin or insulin secretagogues (e.g., sulfonylureas) to reduce the risk of hypoglycemia *[see Warnings and Precautions (5.7)]*.

### 7.2    Oral Medications

ZEPBOUND delays gastric emptying and thereby has the potential to impact the absorption of concomitantly administered oral medications. Caution should be exercised when oral medications are concomitantly administered with ZEPBOUND.

Monitor patients on oral medications dependent on threshold concentrations for efficacy and those with a narrow therapeutic index (e.g., warfarin) when concomitantly administered with ZEPBOUND.

Advise patients using oral hormonal contraceptives to switch to a non-oral contraceptive method, or add a barrier method of contraception, for 4 weeks after initiation with ZEPBOUND and for 4 weeks after each dose escalation. Hormonal contraceptives that are not administered orally should not be affected *[see Use in Specific Populations (8.3) and Clinical Pharmacology (12.2, 12.3)]*.

## 8    USE IN SPECIFIC POPULATIONS

### 8.1    Pregnancy

Pregnancy Exposure Registry

There will be a pregnancy exposure registry that monitors pregnancy outcomes in women exposed to ZEPBOUND (tirzepatide) during pregnancy. Pregnant patients exposed to ZEPBOUND and healthcare providers are encouraged to contact Eli Lilly and Company at 1-800-LillyRx (1-800-545-5979).

Risk Summary

Weight loss offers no benefit to a pregnant patient and may cause fetal harm. Advise pregnant patients that weight loss is not recommended during pregnancy and to discontinue ZEPBOUND when a pregnancy is recognized *(see Clinical Considerations)*. Available data with tirzepatide in pregnant patients are insufficient to evaluate for a drug-related risk of major birth defects, miscarriage, or other adverse maternal or fetal outcomes. Based on animal reproduction studies, there may be risks to the fetus from exposure to tirzepatide during pregnancy.

In pregnant rats administered tirzepatide during organogenesis, fetal growth reductions and fetal abnormalities occurred at clinical exposure in maternal rats based on AUC. In rabbits administered tirzepatide during organogenesis, fetal growth reductions were observed at clinically relevant exposures based on AUC. These adverse embryo/fetal effects in animals coincided with pharmacological effects on maternal weight and food consumption *(see Data)*.

The estimated background risk of major birth defects and miscarriage for the indicated population is increased when compared to the general population. In the U.S. general population, the estimated background risk of major birth defects and miscarriage in clinically recognized pregnancies is 2-4% and 15-20%, respectively.

Clinical Considerations

*Disease-Associated Maternal and/or Embryo/Fetal Risk*

Appropriate weight gain based on pre-pregnancy weight is currently recommended for all pregnant patients, including those with obesity or overweight, due to the obligatory weight gain that occurs in maternal tissues during pregnancy.

Highly  Confidential – Attorneys'  Eyes – Outside Counsel Only

10

<u>Data</u>

*Animal Data*

In pregnant rats given twice weekly subcutaneous doses of 0.02, 0.1, and 0.5 mg/kg tirzepatide [0.03-, 0.07-, and 0.5-fold the maximum recommended human dose (MRHD) of 15 mg once weekly based on AUC] during organogenesis, increased incidences of external, visceral, and skeletal malformations, increased incidences of visceral and skeletal developmental variations, and decreased fetal weights coincided with pharmacologically-mediated reductions in maternal body weights and food consumption at 0.5 mg/kg. In pregnant rabbits given once weekly subcutaneous doses of 0.01, 0.03, or 0.1 mg/kg tirzepatide (0.01-, 0.06-, and 0.2-fold the MRHD) during organogenesis, pharmacologically mediated effects on the gastrointestinal system resulting in maternal mortality or abortion in a few rabbits occurred at all dose levels. Reduced fetal weights associated with decreased maternal food consumption and body weights were observed at 0.1 mg/kg. In a pre- and post-natal study in rats administered subcutaneous doses of 0.02, 0.10, or 0.25 mg/kg tirzepatide twice weekly from implantation through lactation, $F_1$ pups from $F_0$ maternal rats given 0.25 mg/kg tirzepatide had statistically significant lower mean body weight when compared to controls from post-natal day 7 through post-natal day 126 for males and post-natal day 56 for females.

## 8.2    Lactation

<u>Risk Summary</u>

There are no data on the presence of tirzepatide or its metabolites in animal or human milk, the effects on the breastfed infant, or the effects on milk production. The developmental and health benefits of breastfeeding should be considered along with the mother's clinical need for ZEPBOUND and any potential adverse effects on the breastfed infant from ZEPBOUND or from the underlying maternal condition.

## 8.3    Females and Males of Reproductive Potential

<u>Contraception</u>

Use of ZEPBOUND may reduce the efficacy of oral hormonal contraceptives due to delayed gastric emptying. This delay is largest after the first dose and diminishes over time. Advise patients using oral hormonal contraceptives to switch to a non-oral contraceptive method, or add a barrier method of contraception, for 4 weeks after initiation with ZEPBOUND and for 4 weeks after each dose escalation *[see Drug Interactions (7.2) and Clinical Pharmacology (12.2, 12.3)]*.

## 8.4    Pediatric Use

The safety and effectiveness of ZEPBOUND have not been established in pediatric patients.

## 8.5    Geriatric Use

In a pool of two fixed dose ZEPBOUND clinical trials (Study 1 and Study 2), 226 (9%) ZEPBOUND-treated patients were 65 years of age or older, and 13 (0.5%) ZEPBOUND-treated patients were 75 years of age or older at baseline.

No overall differences in safety or effectiveness of ZEPBOUND have been observed between patients 65 years of age and older and younger adult patients.

## 8.6    Renal Impairment

No dosage adjustment of ZEPBOUND is recommended for patients with renal impairment. In subjects with renal impairment including end-stage renal disease (ESRD), no change in tirzepatide pharmacokinetics (PK) was observed *[see Clinical Pharmacology (12.3)]*. Monitor renal function in patients reporting adverse reactions to ZEPBOUND that could lead to volume depletion *[see Warnings and Precautions (5.3)]*.

## 8.7    Hepatic Impairment

No dosage adjustment of ZEPBOUND is recommended for patients with hepatic impairment. In a clinical pharmacology study in subjects with varying degrees of hepatic impairment, no change in tirzepatide PK was observed *[see Clinical Pharmacology (12.3)]*.

## 10    OVERDOSAGE

In the event of an overdosage, contact the Poison Help Line (1-800-222-1222) or a medical toxicologist for additional overdosage management recommendations. Appropriate supportive treatment should be initiated according to the

Highly Confidential – Attorneys' Eyes – Outside Counsel Only

LLY-GLPMDL-18274904

11

patient's clinical signs and symptoms. A period of observation and treatment for these symptoms may be necessary, taking into account the half-life of tirzepatide of approximately 5 days.

## 11    DESCRIPTION

ZEPBOUND (tirzepatide) injection, for subcutaneous use, contains tirzepatide, a GIP receptor and GLP-1 receptor agonist. Tirzepatide is based on the GIP sequence and contains aminoisobutyric acid (Aib) in positions 2 and 13, a C-terminal amide, and Lys residue at position 20 that is attached to 1,20-eicosanedioic acid via a linker. The molecular weight is 4813.53 Da and the empirical formula is $C_{225}H_{348}N_{48}O_{68}$.

Structural formula:

ZEPBOUND is a clear, colorless to slightly yellow, sterile solution for subcutaneous use. Each single-dose pen or single-dose vial contains preservative-free 0.5 mL solution of 2.5 mg, 5 mg, 7.5 mg, 10 mg, 12.5 mg, or 15 mg of tirzepatide and the following excipients: sodium chloride (4.1 mg), sodium phosphate dibasic heptahydrate (0.7 mg), and water for injection. Hydrochloric acid solution and/or sodium hydroxide solution may have been added to adjust the pH. ZEPBOUND has a pH of 6.5 – 7.5.

## 12    CLINICAL PHARMACOLOGY

### 12.1    Mechanism of Action

Tirzepatide is a GIP receptor and GLP-1 receptor agonist. It contains a C20 fatty diacid that enables albumin binding and prolongs the half-life. Tirzepatide selectively binds to and activates both the GIP and GLP-1 receptors, the targets for native GIP and GLP-1.

GLP-1 is a physiological regulator of appetite and caloric intake. Nonclinical studies suggest the addition of GIP may further contribute to the regulation of food intake.

Both GIP receptors and GLP-1 receptors are found in areas of the brain involved in appetite regulation. Animal studies show that tirzepatide distributes to and activates neurons in brain regions involved in regulation of appetite and food intake.

GIP receptors are also expressed in adipose tissue. In isolated adipocytes, GIP and tirzepatide bind to and activate GIP receptors to regulate glucose uptake and modulate lipid uptake and lipolysis. In animal studies, tirzepatide activity on GIP receptors modulates fat utilization.

### 12.2    Pharmacodynamics

Tirzepatide lowers body weight with greater fat mass loss than lean mass loss.

Tirzepatide decreases calorie intake. The effects are likely mediated by affecting appetite and eating behaviors.

Tirzepatide stimulates insulin secretion in a glucose-dependent manner and reduces glucagon secretion. Tirzepatide increases insulin sensitivity, as demonstrated in a hyperinsulinemic euglycemic clamp study in patients with type 2 diabetes mellitus after 28 weeks of treatment. These effects can lead to a reduction of blood glucose.

Tirzepatide delays gastric emptying. The delay is largest after the first dose and this effect diminishes over time.

### 12.3    Pharmacokinetics

The pharmacokinetics of tirzepatide is similar between healthy subjects and patients with overweight or obesity. Steady-state plasma tirzepatide concentrations were achieved following 4 weeks of once weekly administration. Tirzepatide exposure increases in a dose-proportional manner.

**Commented [A26]: FDA to Applicant:** We disagree with the added language in the last paragraph proposed in section 12.1. For the statement "In human adipocytes, tirzepatide binds to and activates GIP receptors to regulate glucose uptake and modulate lipid uptake and lipolysis.", the in vitro studies provided to support this labeling claim do not demonstrate that tirzepatide modulates lipid uptake and lipolysis in vivo. Additionally, by adding the sentence "Tirzepatide modulates fat utilization through the GIP receptor." this paragraph appears to be promotional and implies that tirzepatide provides an additional benefit of lipid modulation/lipolysis that is associated with GIP receptor agonism.

**Commented [A27R26]: Lilly comment to FDA:** Lilly respectfully proposes revisions to the last paragraph in Section 12.1.
In recent years data have emerged suggesting that GIP is an important physiologic contributor to metabolic function in addition to GLP-1.

Since tirzepatide is both a GIP and GLP-1 receptor agonist with greater potency for the GIP receptor than the GLP-1 receptor, we believe it is relevant to describe, for HCPs, receptor expression, function and tirzepatide mechanism of action as it relates to both GIP and GLP-1.

These revisions are supported by the studies cited and the proposed revisions to the text clarify that the results are based on nonclinical studies. Including these results in labeling answers important questions Lilly frequently receives from clinicians regarding the GIP-related mechanism.

First 2 sentences of last paragraph:
Lilly revised the sentence "in human adipocytes, tirzepatide binds to and activates GIP receptors to regulate glucose uptake and modulate lipid uptake and lipolysis" to make it clear that the studies were in vitro ("isolated human adipocytes"). Lilly proposes the first 2 sentences of the last paragraph to factually explain the expression of GIPR and it's role in adipose tissue.

ENDO190 data was generated using human or mouse adipocytes in vitro. The data from this study is reported in recent a peer-reviewed journal, Cell Metabolism (Regmi 2024). The in vitro data in isolated adipocytes show that GIP:
• enhanced glucose uptake and insulin-mediated glucose uptake (consistent with data using Tirzepatide)

**Commented [A28]: FDA to Applicant:** We disagree with your proposed added language in section 12.2 regarding "increasing feelings of satiety and fullness," "decreasing feelings of fullness," and "reduces food cravings and preference for high sugar and high fat foods." You have not established how these changes are mechanistically related to the drug's clinical effects of weight loss. Further, you have provided insufficient evidence to demonstrate that the patient-reported outcome (PRO) measures administered in Studies GPHH and GPGU (Appetite Visual Analog Scale (VAS), Retrospective Appetite VAS, and Food Craving Scale, version II) are fit-for-purpose in the specified context of use. While we acknowledge the submitted literature evidence, it is difficult to fully evaluate each measurement property of the PRO measures solely on literature given the considerable variability observed in the context of use (e.g., (design of studies, limited details on methodology, different instruments, different study populations, etc.). We remind you that labeling must be

**Commented [A29R28]: Lilly comment to FDA:** Lilly accepts the deletion of text regarding feelings of satiety and fullness, food cravings and food preferences. Lilly accepts text "The effects are likely mediated by affected appetite", and propose to include "and eating behaviors" to replace the details of eating behavior constructs (hunger, satiety, craving, food preferences).

Highly Confidential – Attorneys' Eyes – Outside Counsel Only

12

Absorption

Following subcutaneous administration, the median time (range) to maximum plasma concentration of tirzepatide is 24 hours (8 to 72 hours). The mean absolute bioavailability of tirzepatide following subcutaneous administration is 80%. Similar exposure was achieved with subcutaneous administration of tirzepatide in the abdomen, thigh, or upper arm.

Distribution

The mean [coefficient of variation (CV)%] apparent steady-state volume of distribution of tirzepatide following subcutaneous administration in patients with overweight or obesity is approximately 9.7 L (28.5%). Tirzepatide is highly bound to plasma albumin (99%).

Elimination

The apparent population mean clearance (CV%) of tirzepatide in patients with overweight or obesity is 0.056 L/h (20.9%) with an elimination half-life of approximately 5 days.

*Metabolism*

Tirzepatide is metabolized by proteolytic cleavage of the peptide backbone, beta-oxidation of the C20 fatty diacid, and amide hydrolysis.

*Excretion*

The primary excretion routes of tirzepatide metabolites are via urine and feces. Intact tirzepatide is not observed in urine or feces.

Specific Populations

The intrinsic factors of age (18 to 84 years), sex, race (71% White, 11% Asian, 9% American Indian or Alaska Native, and 8% Black or African American), ethnicity, or body weight do not have a clinically relevant effect on the PK of tirzepatide.

*Patients with Renal Impairment*

Renal impairment does not impact the pharmacokinetics of tirzepatide. The pharmacokinetics of tirzepatide after a single 5 mg dose were evaluated in patients with different degrees of renal impairment (mild, moderate, severe, ESRD) compared with subjects with normal renal function. Data from clinical studies have also shown that renal impairment in patients with overweight or obesity does not impact the pharmacokinetics of tirzepatide *[see Use in Specific Populations (8.6)]*.

*Patients with Hepatic Impairment*

Hepatic impairment does not impact the pharmacokinetics of tirzepatide. The pharmacokinetics of tirzepatide after a single 5 mg dose were evaluated in patients with different degrees of hepatic impairment (mild, moderate, severe) compared with subjects with normal hepatic function *[see Use in Specific Populations (8.7)]*.

Drug Interaction Studies

*Potential for Tirzepatide to Influence the Pharmacokinetics of Other Drugs*

In vitro studies have shown low potential for tirzepatide to inhibit or induce CYP enzymes, and to inhibit drug transporters.

ZEPBOUND delays gastric emptying and thereby has the potential to impact the absorption of concomitantly administered oral medications *[see Drug Interactions (7.2)]*.

The impact of tirzepatide on gastric emptying was greatest after a single dose of 5 mg and diminished after subsequent doses.

Following a first dose of tirzepatide 5 mg, acetaminophen maximum concentration ($C_{max}$) was reduced by 55%, and the median peak plasma concentration ($t_{max}$) occurred 1 hour later. After coadministration at Week 6 with tirzepatide 15 mg, there was no meaningful impact on acetaminophen $C_{max}$ and $t_{max}$. Overall acetaminophen exposure ($AUC_{0-24hr}$) was not influenced.

Following administration of a combined oral contraceptive (0.035 mg ethinyl estradiol and 0.25 mg norgestimate) in the presence of a single dose of tirzepatide 5 mg, mean $C_{max}$ of ethinyl estradiol, norgestimate, and norelgestromin was reduced by 59%, 66%, and 55%, while mean AUC was reduced by 20%, 21%, and 23%, respectively. A delay in $t_{max}$ of 2.5 to 4.5 hours was observed.

## 12.6   Immunogenicity

The observed incidence of anti-drug antibodies is highly dependent on the sensitivity and specificity of the assay. Differences in assay methods preclude meaningful comparisons of the incidence of anti-drug antibodies in the trials described below with the incidence of anti-drug antibodies in other trials.

Highly  Confidential – Attorneys'  Eyes – Outside Counsel Only                    LLY-GLPMDL-18274906

13

During the 72-week treatment period with anti-drug antibodies (ADA) sampling in Studies 1 and 2 *[see Clinical Studies (14)]*, 64.5% (1591/2467) of ZEPBOUND-treated patients developed anti-tirzepatide antibodies. In these trials, anti-tirzepatide antibody formation in 40% and 16.5% of ZEPBOUND-treated patients showed cross-reactivity to native GIP or native GLP-1, respectively.

Of the ZEPBOUND-treated patients, 2.8% and 2.7% developed neutralizing antibodies against tirzepatide activity on the GIP or GLP-1 receptors, respectively, and 0.8% and 0.1% developed neutralizing antibodies against native GIP or GLP-1, respectively.

There was no identified clinically significant effect of anti-tirzepatide antibodies on pharmacokinetics or effectiveness of ZEPBOUND. More ZEPBOUND-treated patients who developed anti-tirzepatide antibodies experienced hypersensitivity reactions or injection site reactions than those who did not develop these antibodies *[see Adverse Reactions (6.1)]*.

## 13    NONCLINICAL TOXICOLOGY

### 13.1    Carcinogenesis, Mutagenesis, Impairment of Fertility

A 2-year carcinogenicity study was conducted with tirzepatide in male and female rats at doses of 0.15, 0.50, and 1.5 mg/kg (0.1-, 0.4-, and 1-fold the MRHD of 15 mg once weekly based on AUC) administered by subcutaneous injection twice weekly. A statistically significant increase in thyroid C-cell adenomas was observed in male rats (≥0.5 mg/kg) and female rats (≥0.15 mg/kg), and a statistically significant increase in thyroid C-cell adenomas and carcinomas combined was observed in male and female rats at all doses examined. In a 6-month carcinogenicity study in rasH2 transgenic mice, tirzepatide at doses of 1, 3, and 10 mg/kg administered by subcutaneous injection twice weekly was not tumorigenic.

Tirzepatide was not genotoxic in a rat bone marrow micronucleus assay.

In fertility and early embryonic development studies, male and female rats were administered twice weekly subcutaneous doses of 0.5, 1.5, or 3 mg/kg (0.3-, 1-, and 2-fold and 0.3-, 0.9-, and 2-fold, respectively, the MRHD of 15 mg once weekly based on AUC). No effects of tirzepatide were observed on sperm morphology, mating, fertility, and conception. In female rats, an increase in the number of females with prolonged diestrus and a decrease in the mean number of corpora lutea resulting in a decrease in the mean number of implantation sites and viable embryos was observed at all dose levels. These effects were considered secondary to the pharmacological effects of tirzepatide on food consumption and body weight.

## 14    CLINICAL STUDIES

### 14.1    Weight Reduction and Long-term Maintenance Studies in Adults with Obesity or Overweight

Weight Reduction in Adults with Obesity or Overweight, with or without Type 2 Diabetes Mellitus (Study 1 and Study 2)

*Overview of Study 1 and Study 2*

The efficacy of ZEPBOUND for weight reduction and long-term maintenance of body weight in conjunction with a reduced-calorie diet and increased physical activity was studied in two randomized, double-blind, placebo-controlled fixed-dosage trials (Study 1 and Study 2) in adults aged 18 years and older. Study 1 excluded patients with type 2 diabetes mellitus, and Study 2 only enrolled patients only if they had with type 2 diabetes mellitus. In Studies 1 and 2, all patients received instruction on a reduced-calorie diet (approximately 500 kcal/day deficit) and increased physical activity counseling (recommended minimum of 150 min/week) that began with the first dose of study medication or placebo and continued throughout the trial. Patients also received counseling on behavior modification strategies to adhere to diet and exercise recommendations. In both trials, weight reduction was assessed after 72 weeks of treatment (at least 52 weeks at maintenance dose).

Study 1 (NCT04184622) was a 72-week trial that enrolled 2,539 adult patients with obesity (BMI ≥30 kg/m$^2$), or with overweight (BMI 27 to <30 kg/m$^2$) and at least one weight-related comorbid condition, such as dyslipidemia, hypertension, obstructive sleep apnea, or cardiovascular disease; patients with type 2 diabetes mellitus were excluded. Patients were randomized in a 1:1:1:1 ratio to once-weekly fixed dosage of ZEPBOUND 5 mg, ZEPBOUND 10 mg, ZEPBOUND 15 mg, or placebo, forwith an escalation/titration period of up to 20 weeks followed by the maintenance period. At baseline, mean age was 45 years (range 18-84 years), 68% were female, 71% were White, 11% were Asian, 9% were American Indian/Alaska Native, and 8% were Black or African American. A total of 48% were Hispanic or Latino ethnicity. Mean baseline body weight was 104.8 kg and mean BMI was 38 kg/m$^2$. Baseline characteristics included 32% with hypertension, 30% with dyslipidemia, 8% with obstructive sleep apnea, and 3% with cardiovascular disease.

Study 2 (NCT04657003) was a 72-week trial that enrolled 938 adult patients with BMI ≥27 kg/m$^2$ and type 2 diabetes mellitus. Patients included in the trial had HbA1c 7-10% and were treated with either diet and exercise alone, or any oral

**Commented [A30]: FDA to Applicant:** Revisions to this section to improve clarity. Studies 1 and 2 are listed together due to similarities in study design. Studies 3 and 4 are listed separately due to differences in study design. Additional edits made to the study description and results for Study 3 and Study 4 to improve clarity.

**Commented [A31R30]: Lilly comment to FDA:** Lilly accepts revisions to the organization of this section to improve the clarity. Some editorial changes are proposed throughout as noted in the comments and shown with tracked changes.

**Commented [A32]: Lilly comment to FDA:** Lilly accepts deletion of chronic weight management. The text "long-term maintenance" was added in alignment with the label submitted on 26 August 2024, which the FDA confirmed as "agreed" via email on 27 August 2024 (S-015).

**Commented [A33]: Lilly comment to FDA:** Edit proposed for readability.

**Commented [A34]: FDA to Applicant:** Relocated information to respective trial descriptions for Studies 1, 2, 3 and 4.

**Commented [A35R34]: Lilly comment to FDA:** Accept relocation of information respective to trial descriptions, and made clarifying edits as shown.

**Commented [A36]: Lilly comment to FDA:** Revised for readability here and under Study 2 description.

14

anti-hyperglycemic agent except dipeptidyl peptidase-4 (DPP-4) inhibitors or GLP-1 receptor agonists. Patients who were taking insulin or injectable GLP-1 receptor agonists for type 2 diabetes mellitus were excluded. Patients were randomized in a 1:1:1 ratio to once-weekly fixed dosage of ZEPBOUND 10 mg, ZEPBOUND 15 mg, or placebo for~with an escalation-titation period of up to 20 weeks followed by the maintenance period. At baseline, mean age was 54 years (range 18-85 years), 51% were female, 76% were White, 13% were Asian, and 8% were Black or African American. A total of 60% were Hispanic or Latino ethnicity. Mean baseline body weight was 100.7 kg and mean BMI was 36.1 kg/m². Baseline characteristics included 66% with hypertension, 61% with dyslipidemia, 8% with obstructive sleep apnea, and 10% with cardiovascular disease.

*Results for Study 1 and Study 2*

The proportions of patients who discontinued study drug in Study 1 were 14.3%, 16.4%, and 15.1% for the 5 mg, 10 mg, and 15 mg ZEPBOUND-treated groups, respectively, and 26.4% for the placebo-treated group. The proportions of patients who discontinued study drug in Study 2 were 9.3% and 13.8% for the 10 mg and 15 mg ZEPBOUND-treated groups, respectively, and 14.9% for the placebo-treated group.

For Studies 1 and 2, weight reduction was assessed after 72 weeks of treatment (at least 52 weeks at maintenance dose). In both studies, the primary efficacy parameters were mean percent change in body weight and the percentage of patients achieving ≥5% weight reduction from baseline to Week 72 (see Table 3).

After 72 weeks of treatment, ZEPBOUND resulted in a statistically significant reduction in body weight compared with placebo, and greater proportions of patients treated with ZEPBOUND 5 mg, 10 mg, and 15 mg achieved at least 5% weight reduction compared to placebo. Among patients treated with ZEPBOUND 10 mg and 15 mg, greater proportions of patients achieved at least 10%, 15%, and 20% weight reduction compared to placebo (see Table 3). A reduction in body weight was observed with ZEPBOUND irrespective of age, sex, race, ethnicity, baseline BMI, and glycemic status.

**Table 3: Changes in Body Weight at Week 72 in Studies 1 and 2 in Patients with Obesity or Overweight**

| Intention-to-Treat (ITT) Population[a] | Study 1 | | | | Study 2 | | |
|---|---|---|---|---|---|---|---|
| | Placebo N = 643 | ZEPBOUND 5 mg N = 630 | ZEPBOUND 10 mg N = 636 | ZEPBOUND 15 mg N = 630 | Placebo N = 315 | ZEPBOUND 10 mg N = 312 | ZEPBOUND 15 mg N = 311 |
| Body Weight | | | | | | | |
| Baseline mean (kg) | 104.8 | 102.9 | 105.8 | 105.6 | 101.7 | 100.9 | 99.6 |
| % Change from baseline[b] | -3.1 | -15.0 | -19.5 | -20.9 | -3.2 | -12.8 | -14.7 |
| % Difference from placebo[b] (95% CI) | | -11.9 (-13.4, -10.4)[d] | -16.4 (-17.9, -14.8)[d] | -17.8 (-19.3, -16.3)[d] | | -9.6 (-11.1, -8.1)[d] | -11.6 (-13.0, -10.1)[d] |
| % of Patients losing ≥5% body weight | 34.5 | 85.1 | 88.9 | 90.9 | 32.5 | 79.2 | 82.8 |
| % Difference from placebo (95% CI) | | 50.3 (44.3, 56.2)[c,d] | 54.6 (49.1, 60.0)[c,d] | 56.4 (50.9, 62.0)[c,d] | | 46.8 (39.5, 54.1)[c,d] | 50.4 (43.1, 57.8)[c,d] |
| % of Patients losing ≥10% body weight | 18.8 | 68.5 | 78.1 | 83.5 | 9.5 | 60.5 | 64.8 |
| % Difference from placebo (95% CI) | | 49.3 (43.6, 54.9)[c,e] | 59.5 (54.2, 64.9)[c,d] | 64.8 (59.6, 70.1)[c,d] | | 51.0 (44.4, 57.7)[c,d] | 55.3 (48.6, 62.0)[c,d] |
| % of Patients losing ≥15% body weight | 8.8 | 48.0 | 66.6 | 70.6 | 2.7 | 39.7 | 48.0 |
| % Difference from placebo (95% CI) | | 38.7 (33.6, 43.7)[c,e] | 58.1 (53.2, 63.0)[c,d] | 62.0 (57.2, 66.8)[c,d] | | 37.0 (31.1, 42.9)[c,d] | 45.4 (39.4, 51.4)[c,d] |
| % of Patients losing ≥20% body weight | 3.1 | 30.0 | 50.1 | 56.7 | 1.0 | 21.5 | 30.8 |
| % Difference from placebo (95% CI) | | 26.6 (22.4, 30.7)[c,e] | 47.3 (42.7, 51.9)[c,d] | 53.8 (49.3, 58.3)[c,d] | | 20.5 (15.7, 25.4)[c,d] | 29.7 (24.3, 35.0)[c,d] |

Abbreviations: ANCOVA = analysis of covariance; CI = confidence interval; N = number of patients randomly assigned to study drug.

Highly Confidential – Attorneys' Eyes – Outside Counsel Only                    LLY-GLPMDL-18274908

15

[a]    The intention-to-treat population includes all randomly assigned patients. For Study 1 at Week 72, body weight was missing for 21.6%, 10.2%, 10.5%, and 9.4% of patients randomly assigned to placebo, ZEPBOUND 5 mg, 10 mg, and 15 mg, respectively. For Study 2 at Week 72, body weight was missing for 11.1%, 4.8%, and 8.4% of patients randomly assigned to placebo, ZEPBOUND 10 mg, and 15 mg, respectively. The missing values were imputed by a hybrid approach using retrieved dropouts from the same treatment group (if missing not due to COVID-19) or using all non-missing data assuming missing at random (for missing solely due to COVID-19).

[b]    Least-squares mean from ANCOVA adjusted for baseline value and other stratification factors.

[c]    Analyzed using logistic regression adjusted for baseline value.

[d]    p-value<0.001 (unadjusted 2-sided) for superiority, controlled for type I error rate.

[e]    Not controlled for type I error rate.

The cumulative frequency distributions of change in body weight are shown in Figure 1 for Study 1 and Figure 2 for Study 2. One way to interpret this figure is to select a change in body weight of interest on the horizontal axis and note the corresponding proportions of patients (vertical axis) in each treatment group who achieved at least that degree of weight reduction. For example, note that the vertical line arising from -10% in Figure 1 intersects the ZEPBOUND 15 mg and placebo curves at approximately 83.5%, and 18.8%, respectively, which correspond to the values shown in Table 3.

**Figure 1: Changes in Body Weight (%) from Baseline to Week 72 in Study 1 in Patients with Obesity or Overweight (without Type 2 Diabetes)**



Note: Based on average percent weight change of each randomized patient within each specific treatment arm from 100 imputed datasets including observed data and imputed data using hybrid approach for missing values.

Highly Confidential – Attorneys' Eyes – Outside Counsel Only

LLY-GLPMDL-18274909

16

**Figure 2: Changes in Body Weight (%) from Baseline to Week 72 in Study 2 in Patients with Obesity or Overweight and Type 2 Diabetes**



Note: Based on average percent weight change of each randomized patient within each specific treatment arm from 100 imputed datasets including observed data and imputed data using hybrid approach for missing values.

The time courses of weight reduction with ZEPBOUND and placebo from baseline through Week 72 are depicted in Figure 3 for Study 1 and Figure 4 for Study 2.

Highly Confidential – Attorneys' Eyes – Outside Counsel Only          LLY-GLPMDL-18274910

17

**Figure 3: Change from Baseline (%) in Body Weight in Study 1 in Patients with Obesity or Overweight (without Type 2 Diabetes)**



| Number of patients | | | | | |
|---|---|---|---|---|---|
| ZEPBOUND 5mg | 630 | 601 | 579 | 566 | 630 |
| ZEPBOUND 10mg | 636 | 593 | 584 | 569 | 636 |
| ZEPBOUND 15mg | 630 | 595 | 582 | 571 | 630 |
| Placebo | 643 | 593 | 522 | 504 | 643 |

Note: Displayed results are from the Intent-to-Treat Population. (1) Observed mean value from Week 0 to Week 72, and (2) least-squares mean ± standard error at Week 72 hybrid imputation (HI).

Highly  Confidential – Attorneys'  Eyes – Outside Counsel Only

LLY-GLPMDL-18274911

18

Figure 4: Change from Baseline (%) in Body Weight in Study 2 in Patients with Obesity or Overweight and Type 2 Diabetes



Number of patients
ZEPBOUND 10mg    312         301            298            287    312
ZEPBOUND 15mg    311         302            292            285    311
Placebo          315         301            283            280    315

Note: Displayed results are from the Intent-to-Treat Population. (1) Observed mean value from Week 0 to Week 72, and (2) least squares mean ± standard error at Week 72 hybrid imputation (HI).

Changes in waist circumference and cardiometabolic parameters with ZEPBOUND are shown in Table 4 for Study 1 and Study 2.

Table 4: Changes in Anthropometry and Cardiometabolic Parameters at Week 72 in Studies 1 and 2 in Patients with Obesity or Overweight

| Intention-to-Treat (ITT) Population[a] | Study 1 | | | | Study 2 | | |
|---|---|---|---|---|---|---|---|
| | Placebo N = 643 | ZEPBOUND 5 mg N = 630 | ZEPBOUND 10 mg N = 636 | ZEPBOUND 15 mg N = 630 | Placebo N = 315 | ZEPBOUND 10 mg N = 312 | ZEPBOUND 15 mg N = 311 |
| Waist Circumference (cm) | | | | | | | |
| Baseline mean | 114.0 | 113.2 | 114.8 | 114.4 | 116.0 | 114.2 | 114.6 |
| Change from baseline[b] | -4.0 | -14.0 | -17.7 | -18.5 | -3.3 | -10.8 | -13.1 |
| Difference from placebo[b] (95% CI) | | -10.1 (-11.6, -8.6)[e] | -13.8 (-15.2, -12.3)[d] | -14.5 (-15.9, -13.0)[d] | | -7.4 (-9.0, -5.9)[d] | -9.8 (-11.2, -8.3)[d] |
| Systolic Blood Pressure (mmHg) | | | | | | | |
| Baseline mean | 122.9 | 123.6 | 123.8 | 123.0 | 131.0 | 130.6 | 130.0 |
| Change from baseline[b] | -1.0 | -6.6 | -7.7 | -7.4 | -1.2 | -5.6 | -7.1 |
| Difference from placebo[b] (95% CI) | | -5.6 (-7.2, -3.9)[e] | -6.7 (-8.4, -5.0)[e] | -6.4 (-8.0, -4.8)[e] | | -4.4 (-6.7, -2.1)[e] | -5.9 (-8.3, -3.6)[e] |

Highly Confidential – Attorneys' Eyes – Outside Counsel Only

LLY-GLPMDL-18274912

19

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Diastolic Blood Pressure (mmHg)** | | | | | | | |
| Baseline mean | 79.6 | 79.3 | 79.9 | 79.3 | 79.4 | 80.2 | 79.7 |
| Change from baseline[b] | -0.8 | -4.9 | -5.0 | -4.5 | -0.3 | -2.1 | -2.9 |
| Difference from placebo[b] (95% CI) | | -4.1 (-5.2, -3.0)[e] | -4.2 (-5.3, -3.0)[e] | -3.7 (-4.8, -2.7)[e] | | -1.8 (-3.3, -0.4)[e] | -2.7 (-4.2, -1.2)[e] |
| **Pulse Rate (beats per minute)** | | | | | | | |
| Baseline mean | 72.9 | 72.4 | 71.8 | 72.4 | 74.8 | 75.9 | 75.6 |
| Change from baseline[f] | 0.1 | 0.6 | 2.3 | 2.6 | -0.5 | 0.6 | 1.0 |
| Difference from placebo[f] (95% CI) | | 0.5 (-0.5, 1.5)[e] | 2.2 (1.2, 3.2)[e] | 2.5 (1.5, 3.4)[e] | | 1.2 (-0.1, 2.5)[e] | 1.5 (0.2, 2.8)[e] |
| **Total Cholesterol (mg/dL)** | | | | | | | |
| Baseline mean[g] | 187.5 | 187.1 | 190.6 | 187.5 | 174.9 | 173.9 | 167.0 |
| % change from baseline[b] | -1.8 | -3.8 | -4.4 | -6.3 | 2.8 | -2.8 | -1.0 |
| Relative difference from placebo[b] (95% CI) | | -2.1 (-4.5, 0.4)[c,e] | -2.7 (-5.1, -0.2)[c,e] | -4.6 (-6.8, -2.2)[c,e] | | -5.5 (-8.7, -2.2)[c,e] | -3.8 (-7.1, -0.3)[c,e] |
| **LDL Cholesterol (mg/dL)** | | | | | | | |
| Baseline mean[g] | 109.4 | 108.7 | 112.3 | 109.3 | 92.4 | 90.5 | 85.7 |
| % change from baseline[b] | -1.7 | -4.6 | -5.6 | -7.1 | 7.4 | 1.8 | 4.1 |
| Relative difference from placebo[b] (95% CI) | | -2.9 (-6.6, 0.9)[c,e] | -4.0 (-7.5, -0.5)[c,e] | -5.5 (-8.9, -2.0)[c,e] | | -5.2 (-10.1, 0.1)[c,e] | -3.0 (-8.4, 2.6)[c,e] |
| **HDL (mg/dL)** | | | | | | | |
| Baseline mean[g] | 46.6 | 47.6 | 47.6 | 47.6 | 42.7 | 43.8 | 42.2 |
| % change from baseline[b] | -0.7 | 6.9 | 9.2 | 8.0 | 0.2 | 8.2 | 9.7 |
| Relative difference from placebo[b] (95% CI) | | 7.7 (4.6, 10.8)[c,e] | 9.9 (6.7, 13.2)[c,e] | 8.7 (5.7, 11.8)[c,e] | | 8.0 (4.2, 11.8)[c,e] | 9.5 (5.6, 13.5)[c,e] |
| **Non-HDL (mg/dL)** | | | | | | | |
| Baseline mean[g] | 138.3 | 137.0 | 140.4 | 137.5 | 129.6 | 127.2 | 121.9 |
| % change from baseline[b] | -2.3 | -8.0 | -9.4 | -11.7 | 3.7 | -6.6 | -5.2 |
| Relative difference from placebo[b] (95% CI) | | -5.8 (-8.9, -2.6)[c,e] | -7.2 (-10.3, -4.1)[c,e] | -9.6 (-12.4, -6.6)[c,e] | | -9.9 (-14.1, -5.6)[c,e] | -8.5 (-12.9, -4.0)[c,e] |
| **Triglycerides (mg/dL)** | | | | | | | |
| Baseline mean[g] | 130.8 | 128.7 | 125.7 | 128.1 | 165.0 | 158.8 | 158.5 |
| % change from baseline[b] | -5.6 | -21.2 | -23.8 | -29.1 | -3.3 | -27.1 | -27.3 |
| Relative difference from placebo[b] (95% CI) | | -16.5 (-21.2, -11.4)[c,e] | -19.3 (-23.9, -14.4)[c,e] | -24.9 (-29.1, -20.4)[c,e] | | -24.6 (-30.0, -18.7)[c,e] | -24.8 (-30.3, -18.9)[c,e] |
| **HbA1c (%)** | | | | | | | |
| Baseline mean | 5.6 | 5.6 | 5.5 | 5.6 | 8.0 | 8.0 | 8.1 |
| Change from baseline[b] | -0.1 | -0.4 | -0.4 | -0.4 | -0.5 | -2.1 | -2.1 |
| Difference from placebo[b] (95% CI) | | -0.3 (-0.3, -0.2)[e] | -0.4 (-0.4, -0.3)[e] | -0.4 (-0.4, -0.3)[e] | | -1.6 (-1.7, -1.4)[d] | -1.6 (-1.8, -1.4)[d] |

Abbreviations: ANCOVA = analysis of covariance; CI = confidence interval; N = number of patients randomly assigned to study drug.

[a] The intention-to-treat population includes all randomly assigned patients. The missing values were imputed by a hybrid approach using retrieved dropouts from the same treatment group (if missing not due to COVID-19) or using all non-missing data assuming missing at random (for missing solely due to COVID-19).

[b] Least-squares mean from ANCOVA adjusted for baseline value and other stratification factors.

[c] Analyzed using log-transformed data.

[d] p-value<0.001 (unadjusted 2-sided) for superiority, controlled for type I error rate.

Highly Confidential – Attorneys' Eyes – Outside Counsel Only

LLY-GLPMDL-18274913

20

e   Not controlled for type I error rate.
f   Least-squares mean from mixed model for repeated measures adjusted for baseline value and other stratification factors.
g   Baseline value is the geometric mean.

Weight Reduction Following Intensive Lifestyle Intervention in Adults with Obesity or Overweight (Study 3)

*Overview of Study 3*

Study 3 (NCT04657016) was an 84-week trial with a 12-week intensive lifestyle intervention lead-in period (Week -12 to Week 0), followed by a 72-week randomized treatment period of ZEPBOUND versus placebo (Week 0 to Week 72). Only patients who lost ≥5% body weight during the 12-week lifestyle lead-in period entered the 72-week randomized treatment period. The 84-week trial initially enrolled 806 adult patients (aged 18 years and older) with obesity (BMI ≥30 kg/m$^2$), or with overweight (BMI 27 to <30 kg/m$^2$) and at least one weight-related comorbid condition, such as dyslipidemia, hypertension, obstructive sleep apnea, or cardiovascular disease; patients with type 2 diabetes mellitus were excluded. During the 12-week intensive lifestyle intervention lead-in period, all patients received instruction to exercise for at least 150 minutes per week and to reduce their caloric intake to approximately 1,200 kcal/day (females) or 1,500 kcal/day (males). Patients also received counseling on behavior modification strategies to adhere to diet and exercise recommendations. At the end of the 12-week intensive lifestyle intervention lead-in period, 579 patients who achieved ≥5% weight reduction were randomized in a 1:1 ratio to ZEPBOUND or placebo for 72 weeks. ZEPBOUND dosages were escalated over a period of up to 20 weeks to a maximum tolerated dosage (MTD) of 10 mg or 15 mg subcutaneous once weekly. During the randomized treatment period, patients received instruction on a reduced-calorie diet (approximately 500 kcal/day deficit) and increased physical activity counseling (recommended to a minimum of 150 min/week) that began with the first dose of study medicationZEPBOUND or placebo and continued throughout the 72-week treatment period. Weight reduction was assessed after 72 weeks of treatment (after at least 52 weeks at maintenance dose).

For the 579 patients who were randomized, mean body weight at enrollment prior to entering the 12-week lifestyle lead-in period (Week -12) was 109.7109.5 kg and mean BMI was 35.835.6 kg/m$^2$. At randomization (Week 0), after the 12-week intensive lifestyle lead-in period, mean body weight was 101.9 kg and mean BMI was 35.9 kg/m$^2$. The mean age of patients randomized to treatment was 46 years (range 18-77 years), 63% were female, 86% were White, 11% were Black or African American, and 1% were Asian. A total of 54% were Hispanic or Latino ethnicity. Baseline characteristics for the 579 randomized patients included 34% with hypertension, 26% with dyslipidemia, 10% with obstructive sleep apnea, and 2% with cardiovascular disease.

*Results for Study 3*

At the end of the 12-week intensive lifestyle intervention lead-in, for patients who subsequently entered the randomized treatment period (n=579), the average body weight loss due to lifestyle was 6.9% (Week -12 to Week 0). The time course of weight reduction during this lead-in and from Week 0 to Week 72 with ZEPBOUND and placebo are depicted in Figure 5. The proportions of patients who discontinued study drug after randomization were 21.3% for the ZEPBOUND-treated group and 30.5% for the placebo-treated group.

---

Commented [A37]: FDA to Applicant: Revised trial description to clarify differences in design from other studies discussed in this section.

Commented [A38R37]: Lilly comment to FDA: Lilly accepts the revised trial description for Study 3 with revisions noted below.

Commented [A39]: Lilly comment to FDA: Deleted 84-week as it is redundant with the first sentence.

Commented [A40]: Lilly comment to FDA: Lilly proposes to remove "to a" for consistency with edits made to the Study 1 and 2 overview above. We also changed "study medication" to ZEPBOUND for additional clarity.

Commented [A41]: Lilly comment to FDA: Lilly proposes to remove "after" for clarity and consistency with text for Study 1 and 2 above.

Commented [A42]: Lilly comment to FDA: Corrected body weight and BMI for the 579 randomized patients at enrollment. Source: GPHM CSR Table GPHM.8.7

Commented [A43]:

Commented [A44R43]:

Commented [A45]: Lilly comment to FDA: Moved sentence from below the table to be consistent with location of similar text in Study 4 results.

Commented [A46]:

Commented [A47]:

Highly Confidential – Attorneys' Eyes – Outside Counsel Only

LLY-GLPMDL-18274914

21

**Figure 5: Change in Body Weight (%) After** ~~12-Week~~ **Intensive Lifestyle Intervention Lead-In** ~~Followed by Randomized Treatment~~ **(Study 3) in Patients with Obesity or Overweight**



Number of patients
Lead-in lifestyle  579
ZEPBOUND MTD  287  279  266  262  287
Placebo  292  260  228  223  292

Note: Displayed results are from the randomized Population. (1) Observed mean value from Week -12 to Week 72, and (2) least squares mean ± standard error at Week 72 hybrid imputation (HI). Change from Week -12 is not a primary endpoint in Study 3.

~~The proportions of patients who discontinued study drug after randomization were 21.3% for the ZEPBOUND-treated group and 30.5% for the placebo-treated group.~~

For Study 3, the primary efficacy ~~parameters~~endpoint ~~were~~was mean percent change in body weight from randomization (Week 0) to Week 72 ~~and the percentage of patients achieving ≥5% weight reduction from randomization (Week 0 to Week 72~~. Treatment with ZEPBOUND resulted in a statistically significant reduction in body weight ~~compared to placebo~~ from randomization (Week 0) to Week 72. ~~A greater proportion of patients treated with ZEPBOUND achieved at least 5%, 10%, 15% and 20% weight reduction compared to placebo~~ (see Table 5). ~~At the end of the treatment period, 94% of patients in the ZEPBOUND group maintained ≥80% of the body weight reductions achieved during the 12-week lead-in period, compared to 43.8% of patients in the placebo group.~~

**Table 5: Changes in Body Weight After** ~~12-Week~~ **Intensive Lifestyle Intervention Lead-In** ~~Followed by Randomized Treatment~~ **(Study 3) in Patients with Obesity or Overweight**

|  | Study 3 N = 579[a] | |
| --- | --- | --- |
| Body weight | | |
| Mean (kg) at Week -12 | 109.5 | |
| | **Placebo N = 292** | **ZEPBOUND MTD (10 mg or 15 mg)[f] N = 287** |
| Intention-to-Treat (ITT) Population[a,b] | | |
| Body Weight | | |
| Mean (kg) at Week 0 | 101.3 | 102.5 |

**Commented [A48]:** Lilly comment to FDA: Lilly accepts revision to figure title and has proposed edits to more accurately describe data being presented in the graph and for consistency with the Figure 6 title.

**Commented [A49]:** Lilly comment to FDA: Lilly respectfully requests to maintain data on the co-primary and key secondary endpoints. See comment below for rationale.

**Commented [A50]:** Lilly comment to FDA: Lilly proposes to retain the results from the pre-specified, type 1 error-controlled analyses of ≥80% maintained weight reduction, which was agreed by FDA in 8 October 2020 (ref ID 4683358) correspondence. This information is clinically relevant to providers as lifestyle is first line treatment. It is useful for providers to know drug effect vs placebo after lifestyle intervention with one of the main clinical considerations being how well weight reduction is maintained.

**Commented [A51]:** Lilly comment to FDA: Lilly accepts revision to table title and has proposed edits to more accurately describe data being presented in the table and for consistency with the Figure 5 title.

**Commented [A52]:** FDA to Applicant: Add rows at the top addressing the mean body weight at baseline (Week -12) for all 579 subjects who underwent randomization at Week 0 in Table 5 (see example).

Update the footnote (a) to note that the intention-to-treat (randomized) population does not include the subjects who were enrolled but not randomized, and state the number of subjects who entered the pre-randomization lead-in periods but were not randomized in each study. In study 3, the number of subjects not randomized should also be broken down to include the number who discontinued the study during the lifestyle lead-in period from Week -12 to Week 0, plus the number who were not randomized due to <5% body weight loss at Week 0.

Lilly comment to FDA: Mean body weight at baseline added (Source: GPHM CSR Table GPHM.8.7).

Footnote (a) has been edited as requested. Source for screening to Week 0 disposition - GPHM CSR Table GPHM.8.1.

**Commented [A53]:** Lilly comment to FDA: Added overall patient number and footnote for consistency with Table 7 format.

Highly Confidential – Attorneys' Eyes – Outside Counsel Only

LLY-GLPMDL-18274915

22

| | | |
|---|---|---|
| % Change from randomization at Week 72[c] | 2.5 | -18.4 |
| % Difference from placebo, at Week 72[c] (95% CI) | | -20.8 (-23.2, -18.5)[e] |
| % of Patients losing ≥5% body weight | 16.5 | 87.5 |
| % Difference from placebo (95% CI) | | 71.1 (63.6, 78.5)[d,e] |
| % of Patients losing ≥10% body weight | 8.9 | 78.7 |
| % Difference from placebo (95% CI) | | 67.9 (60.7, 75.1)[d,e] |
| % of Patients losing ≥15% body weight | 4.2 | 65.4 |
| % Difference from placebo (95% CI) | | 61.3 (54.5, 68.1)[d,e] |
| % of Patients losing ≥20% body weight | 2.2 | 44.7 |
| % Difference from placebo (95% CI) | | 42.6 (36.0, 49.1)[d,e] |

Abbreviations: ANCOVA = analysis of covariance; CI = confidence interval; MTD = maximum tolerated dose; N = number of patients randomly assigned to study drug.

a    The intent-to-treat population included oOnly randomized patients with ≥5% weight loss at Week 0 after 12 weeks of intensive lifestyle intervention. During the 12-week lead-in period, 227 of 806 patients (28.2%) discontinued from the study. Of these 141 (17.5%) discontinued due to not achieving the randomization criteria of ≥5% weight reduction.

b    The intent-to-treat population includes all randomly assigned patients. For Study 3 at Week 72, body weight was missing for 23.6% and 8.7% of patients randomly assigned to placebo and ZEPBOUND MTD (10 or 15 mg). The missing values were imputed by a hybrid approach using retrieved dropouts from the same treatment group (if missing not due to COVID-19) or using all non-missing data assuming missing at random (for missing solely due to COVID-19).

c    Least-squares mean from ANCOVA adjusted for baseline value and other stratification factors.

d    Analyzed using logistic regression adjusted for baseline value.

e    p-value<0.001 (unadjusted 2-sided) for superiority, controlled for type I error rate.

f    A total of 86.4% of patients had a MTD of 15 mg based on their final dose during the double-blind treatment period.

Changes in waist circumference and cardiometabolic parameters with ZEPBOUND are shown in Table 6.

**Table 6: Changes in Anthropometry and Cardiometabolic Parameters After 12-Week Intensive Lifestyle Intervention Lead-In Followed by Randomized Treatment (Study 3) in Patients with Obesity or Overweight**

| Intention-to-Treat (ITT) Population[a] | All Randomized Patients N=579 | | Placebo N=292 | | ZEPBOUND MTD (10 mg or 15 mg) N=287 | | |
|---|---|---|---|---|---|---|---|
| | Baseline (Week -12) | Change from Week -12 to Week 0 | Randomization (Week 0) | Change from Week 0 to Week 72 | Randomization (Week 0) | Change from Week 0 to Week 72 | Difference from placebo, Week 0 to Week 72 (95% CI) |
| Waist circumference (cm)[i] | 116.1 | -6.7 | 109.6 | 0.2[b] | 109.3 | -14.6[b] | -14.8[b] (-17.2, -12.5)[d] |
| Systolic Blood Pressure (mmHg)[i] | 126.2 | -5.0 | 120.8 | 3.5[b] | 121.7 | -5.1[b] | -8.6[b] (-11.3, -6.0)[e] |
| Diastolic Blood Pressure (mmHg)[i] | 81.7 | -2.9 | 78.3 | 2.1[b] | 79.3 | -3.2[b] | -5.3[b] (-6.9, -3.7)[e] |
| Pulse Rate (beats per minute)[i] | 73.0 | -1.6 | 70.7 | 0.9[f] | 72.2 | 2.7[f] | 1.8[f] (0.3, 3.4)[e] |

Commented [A54]: FDA to Applicant: For this study, we disagree with including the percentage of patients achieving 5%, 10%, or 15% weight loss in Table 5 or the corresponding results text. Even though 5% weight loss was a co-primary endpoint, and 10% and 15% were multiplicity controlled key secondary endpoints, we have concerns about clinical meaningfulness and interpretability.

In general, we now question the relevance of responder analyses on continuous variables like body weight (see Abugov, Ret al. "Should responder analyses be conducted on continuous outcomes?." Pharmaceutical statistics vol. 22,2 [2023]: 312-327). For Study 3, weight loss threshold responder data is especially difficult to interpret and unsuitable for labeling purposes. Since all subjects at randomization had already achieved clinically meaningful weight loss of at least 5%, the responder analyses for additional weight loss beyond that are of uncertain meaningfulness and should not be labeled in Section 14.

Commented [A55R54]: Lilly comment to FDA: Lilly disagrees and respectfully requests to retain the percentage of patients achieving 5%, 10%, 15%, and 20% weight loss in Table 5.

1.The percentage of patients achieving 5%, 10%, 15%, and 20% weight reduction from randomization were prespecified endpoints that were controlled for multiplicity. The protocol and statistical analysis plan (SAP) were reviewed by FDA and no comments were made regarding potential limitations for labeling such data.  Moreover, in 25 July 2019 (ref ID 4468078) and 8 October 2020 (ref ID 4683358) correspondence, FDA provided feedback aligning to the study design and endpoints, which included:
    a.12-week intensive lifestyle lead-in to achieve ≥5% weight reduction before randomization to tirzepatide or placebo
    b.Co-primary endpoints: Percent change in body weight **AND** proportion of participants with ≥5% body weight reduction

Commented [A56]: FDA to Applicant: Update the footnotes to reflect revised table.

Commented [A57R56]: Lilly comment to FDA: Lilly respectfully requests to maintain the data on the co-primary and key secondary endpoints in the table and therefore the related footnotes have also been maintained. See comment above for rationale.

Commented [A58]: Lilly comment to FDA: Removed Zepbound here as both Zepbound and placebo are shown in the table.

Commented [A59]: Lilly comment to FDA: Lilly accepts revision to table title and has proposed edits to more accurately describe data being presented in the table and for consistency with the Figure 5 title.

Commented [A60]: FDA to Applicant: Add observed mean data to the 2 new columns in Table 6, showing study 3 changes in anthropometry and cardiometabolic parameters that occurred with intensive lifestyle modification pre-randomization. We acknowledge that study 3 did not have endpoints comparing baseline (Week -12) to randomization (Week 0), but the changes observed during this lifestyle lead-in period are necessary to understand the observed results

Commented [A61R60]: Lilly response to FDA: Lilly accepts the addition of the observed data for baseline (week -12) and change from week-12 to week 0.

Sources:
ISE Table ISE.4.7: Waist circumference
ISE Table ISE.4.6: SBP, DBP, pulse rate
ISE Table ISE.4.5: HbA1c

23

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HbA1c (%)[f] | 5.5 | -0.1 | 5.4 | 0.0[b] | 5.3 | -0.4[b] | -0.4[b] (-0.5, -0.3)[e] |
| Total Cholesterol (mg/dL)[g,f] | 180.2 | -8.6 | 181.6 | 4.3 | 181.7 | -2.4 | -6.4[b] (-9.0, -3.6)[c,e] |
| LDL Cholesterol (mg/dL)[g,f] | 111.6 | -3.5 | 107.5 | 4.4 | 108.0 | -5.6 | -9.6[b] (-13.7, -5.4)[c,e] |
| HDL (mg/dL)[g,f] | 48.4 | -1.2 | 47.8 | 5.4 | 46.9 | 15.2 | 9.3[b] (4.5, 14.2)[c,e] |
| Non-HDL (mg/dL)[g,f] | 133.2 | -7.4 | 131.5 | 4.4 | 132.4 | -8.8 | -12.6[b] (-15.9, -9.3)[c,e] |
| Triglycerides (mg/dL)[g,f] | 123.1 | -18.6 | 108.8 | 2.1 | 111.7 | -23.5 | -25.1[b] (-30.9, -18.9)[c,e] |

Abbreviations: ANCOVA = analysis of covariance; CI = confidence interval; N = number of patients randomly assigned to study drug.

[a] The intent-to-treat population included all randomly assigned patients. The missing values were imputed by a hybrid approach using retrieved dropouts from the same treatment group (if missing not due to COVID-19) or using all non-missing data assuming missing at random (for missing solely due to COVID-19).

[b] Least-squares mean from ANCOVA adjusted for baseline value and other stratification factors.

[c] Analyzed using log-transformed data.

[d] p-value<0.001 (unadjusted 2-sided) for superiority, controlled for type I error rate.

[e] Not controlled for type I error rate.

[f] Least-squares mean from mixed model for repeated measures adjusted for baseline value and other stratification factors.

[g] Baseline and randomization values were the geometric mean.

[h] Observed means are shown for change from Week -12 to Week 0. Least-square means are shown for change from Week 0 to Week 72.

Weight Reduction Following Randomized Withdrawal in Adults with Obesity or Overweight (Study 4)

Overview of Study 4

Study 4 (NCT04660643) was an 88-week randomized withdrawal trial in which all patients received open-label ZEPBOUND during a 36-week lead-in period, followed by randomization to either continue ZEPBOUND or switch to placebo for 52 weeks. The 88-week trial enrolled 783 adult patients (aged 18 years and older) with obesity (BMI ≥30 kg/m², or with overweight (BMI 27 to <30 kg/m²) and at least one weight-related comorbid condition, such as dyslipidemia, hypertension, obstructive sleep apnea, or cardiovascular disease; patients with type 2 diabetes mellitus were excluded. All patients received instruction on a reduced-calorie diet (approximately 500 kcal/day deficit) and increased physical activity counseling (recommended minimum of 150 min/week) that began with the first dose of study medication ZEPBOUND, during the lead-in period, or placebo and continued throughout the trial. During the 36-week open-label ZEPBOUND lead-in period, ZEPBOUND dosages were escalated over a period of up to 20 weeks increased to an MTD of 10 mg or 15 mg subcutaneous once weekly over an escalation period of up to 20 weeks. After the lead-in period, patients were randomized at Week 36 to continue ZEPBOUND or switch to placebo for 52 weeks.

Of the 783 patients who started ZEPBOUND at Week 0, 113 patients (14.4%) discontinued treatment before randomization at Week 36, and adverse events were the most common reason for discontinuation (n=53, 6.8%). At Week 36, a total of 670 patients were randomized in a 1:1 ratio to ZEPBOUND MTD or placebo for 52 weeks. For the 670 randomized patients, at study entry (Week 0) mean body weight was 107.0107.3 kg and mean BMI was 38.338.4 kg/m², and at randomization (Week 36) mean body weight was 85.2 kg and mean BMI was 30.5 kg/m². Among the randomized patients, the mean age was 49 years (range 19-81 years), 71% were female, 80% were White, 11% were Black or African American, and 7% were Asian. A total of 44% were Hispanic or Latino ethnicity. Baseline characteristics for the 670 randomized patients included 35.2% with hypertension, 31.632% with dyslipidemia, 12.1% with obstructive sleep apnea, and 6.1% with cardiovascular disease.

Results for Study 4

After open-label ZEPBOUND treatment during the 36-week lead-in period (Week 0 to Week 36), patients had an average body weight loss of 20.9% (Week 0 to Week 36). The time course of weight reduction from Week 0 through Week 88 is depicted in Figure 6. The proportions of patients who discontinued study drug after randomization at Week 36 were 10.4% for the ZEPBOUND-treated group and 17.9% for the placebo-treated group. Patients randomized at Week 36 had an average body weight loss of 20.9% after 36-week treatment with ZEPBOUND (Week 0 to Week 36).

Commented [A62]: FDA to Applicant: Draft footnotes for Table 6 stating these are observed values, and there was no pre-specified comparison of Weeks -12 and 0 for data modeling and statistical testing. Please update/confirm the footnotes to reflect the data presented in the table.

Commented [A63R62]: Lilly comment to FDA: Footnote g is edited to state that the geometric mean is presented for both baseline and randomization values.
Footnote h has been added to explain that the change from week -12 to week 0 are means based on observed values. We do not consider it necessary to state that there was no pre-specified comparison from week-12 to week 0 because the table shows all randomized patients (579) were included during the lead-in and there was no comparison group.

Commented [A64]: Lilly comment to FDA:
Lilly accepts the revised trial description for study 4 with the revisions noted below.

Commented [A65]: Lilly comment to FDA:
Deleted 88-week here as it is redundant with the first sentence.

Commented [A66]: Lilly comment to FDA:
Edited sentence to change "study medication" to ZEPBOUND and deleted "or placebo" because the first dose of study medication was Zepbound for all patients in Study 4.

Also edited escalation sentence for consistency with Study 3 above.

Commented [A67]: Lilly comment to FDA:
Edited sentence to change "study medication" to ZEPBOUND and deleted "or placebo" because the first dose of study medication was Zepbound for all patients in Study 4.

Commented [A68]: Lilly comment to FDA:
Corrected body weight and BMI for the 670 randomized patients at enrollment (week 0).
Source: GPHN CSR Table GPHN.8.7

Commented [A69]: Lilly comment to FDA:
Removed decimals for consistency with presentation of data in other study descriptions.

Commented [A70]: Lilly comment to FDA:
Deleted this sentence as it duplicates the first sentence.

24

Figure 6: Change in Body Weight (%) After 36-Week Open-Label Treatment Followed by Randomized Withdrawal (Study 4) in Patients with Obesity or Overweight



Note: Displayed results are from the randomized Population:
- Displayed results are observed mean value from Week 0 to Week 88
- least squares mean ± standard error at Week 88 hybrid imputation (HI)
- Change from Week 0 was not a primary endpoint in Study 4.

Note: Displayed results are from the randomized population. (1) Displayed results are observed mean value from Week 0 to Week 88 and (2) least squares mean ± standard error at Week 88 hybrid imputation (HI). Change from Week 0 was not a primary endpoint in Study 4.

**Commented [A71]: Lilly comment to FDA:** Format of note revised for consistency with other figure footnotes.

For Study 4, the primary efficacy parameterendpoint was mean percent change in body weight from randomization (Week 36) to Week 88. After weight loss with ZEPBOUND treatment during the open-label lead-in period (Week 0 to Week 36), continued treatment with ZEPBOUND resulted in a statistically significant reduction in body weight compared with increased body weight in the placebo group from randomization (Week 36) to Week 88 (see Table 7). A greater proportion of patients treated with ZEPBOUND (from Week 0 to Week 88) achieved at least 5%, 10%, 15% and 20% weight reduction compared to placebo.

**Commented [A72]: Lilly comment to FDA:** Lilly respectfully requests to maintain data on the primary and key secondary endpoints. See rationale provided below.

**Commented [A73]: FDA to Applicant:** Add rows at the top addressing the mean body weight at baseline (Week 0) for all subjects who underwent randomization at Week 36 in Table 7.

Update the footnote (a) to note that the intention-to-treat (randomized) population does not include the subjects who were enrolled but not randomized, and state the number of subjects who entered the pre-randomization lead-in periods but were not randomized in each study. In study 4, this number of subjects not randomized is the 113 who discontinued open-label tirzepatide from Week 0 to Week 36.

**Commented [A74R73]: Lilly comment to FDA:** Mean body weight at baseline added (Source: GPHN CSR Table GPHN.8.7).

Footnote (a) has been edited as requested.
Source for patients who discontinued study drug during open-label period is GPHN CSR Table GPHN.8.1.

Table 7: Changes in Body Weight After 36-Week Open-Label Treatment Followed by Randomized Withdrawal (Study 4) in Patients with Obesity or Overweight

| | Study 4 N=670[a] | |
|---|---|---|
| Body weight | | |
| Mean at Week 0 (kg) | 107.3 | |
| Intention-to-Treat (ITT) Population[b] | Placebo N=335 | ZEPBOUND (MTD 10 mg or 15 mg)[e] N=335 |

Highly Confidential – Attorneys' Eyes – Outside Counsel Only

LLY-GLPMDL-18274918

25

| Body Weight | | |
|---|---|---|
| Mean at Week 36 (kg) | 85.8 | 84.6 |
| % change from Week 36 at Week 88[b] | 14.0 | -5.5 |
| % difference from placebo at Week 88 (95% CI)[b] | | -19.4 (-21.2, -17.7)[d] |
| % of Patients losing ≥5% body weight (from Week 0 to Week 88) | 70.3 | 97.3 |
| % Difference from placebo (95% CI) | | 27.0 (21.0, 33.0)[c,e] |
| % of Patients losing ≥10% body weight (from Week 0 to Week 88) | 46.2 | 92.1 |
| % Difference from placebo (95% CI) | | 45.7 (38.6, 52.8)[c,e] |
| % of Patients losing ≥15% body weight (from Week 0 to Week 88) | 25.9 | 84.1 |
| % Difference from placebo (95% CI) | | 58.1 (50.6, 65.6)[c,e] |
| % of Patients losing ≥20% body weight (from Week 0 to Week 88) | 12.6 | 69.5 |
| % Difference from placebo (95% CI) | | 56.8 (49.8, 63.9)[c,e] |

Abbreviations: ANCOVA = analysis of covariance; CI = confidence interval; MTD = maximum tolerated dose; N = number of patients randomly assigned to study drug.

[a]  The intent-to-treat population included all randomly assigned patients and did not include 113 patients who were enrolled but not randomized. At Week 88, body weight was missing for 13.7% and 7.5% of patients randomly assigned to placebo and ZEPBOUND MTD (10 or 15 mg), respectively. The missing values were imputed by a hybrid approach using retrieved dropouts from the same treatment group (if missing not due to COVID-19) or using all non-missing data assuming missing at random (for missing solely due to COVID-19).

[b]  Least-squares mean from ANCOVA adjusted for baseline value and other stratification factors.

[c]  Analyzed using logistic regression adjusted for baseline value.

[d]  p-value<0.001 (unadjusted 2-sided) for superiority, controlled for type I error rate.

[e]  A total of 91.0% of patients had an MTD of 15 mg based on their final dose during the double-blind treatment period.

Changes in waist circumference and cardiometabolic parameters in Study 4 are shown in Table 8.

**Table 8: Mean Changes in Anthropometry and Cardiometabolic Parameters After 36-Week Open-Label Treatment Followed by Randomized Withdrawal (Study 4) in Patients with Obesity or Overweight**

| Intention-to-Treat (ITT) Population[a] | All Randomized Patients N=670 | | Placebo N=335 | | ZEPBOUND MTD (10 mg or 15 mg) N=335 | | |
|---|---|---|---|---|---|---|---|
| | Baseline (Week 0) | Change from Week 0 to Week 36 | Randomization (Week 36) | Change from Week 36 to Week 88 | Randomization (Week 36) | Change from Week 36 to Week 88 | Difference from placebo, Week 36 to Week 88 (95% CI) |
| Waist circumference (cm)[c] | 115.2 | -17.8 | 98.2 | 7.8[b] | 96.8 | -4.3[b] | -12.1[b] (-13.5, -10.6)[d] |
| Systolic Blood Pressure (mmHg)[c] | 126.1 | -11.2 | 114.8 | 8.2[b] | 115.0 | 2.0[b] | -6.2[b] (-8.2, -4.3)[e] |
| Diastolic Blood Pressure (mmHg)[c] | 80.9 | -5.1 | 76.2 | 3.2[b] | 75.4 | -0.7[b] | -3.8[b] (-5.2, -2.4)[e] |

**Commented [A75]:** FDA to Applicant: As detailed above for Study 3, for Study 4 we also disagree with including responder threshold data in Section 14 due to concerns about clinical meaningfulness and interpretability.

In Study 4, it is not clear how to interpret this responder data since many subjects randomized to placebo still had achieved clinically meaningful 5% weight loss at end of study, despite weight regain during Weeks 36 to 88. This weight regain was ongoing at the end of study (based on the graph in Figure 6), so further weight regain would be anticipated over subsequent weeks after Week 88, making the responder threshold analysis response at Week 88 of uncertain relevance. The proposed responder analysis does not convey a relevant treatment effect, so it is not informative to providers and it should be deleted.

**Commented [A76R75]:** Lilly comment to FDA: Lilly disagrees and respectfully requests to retain the percentage of patients achieving 5%, 10%, 15%, or 20% weight loss in Table 7 and text above the table.
1. Please see rationale provided for clinical relevance of 5%, 10%, and 15% weight reduction thresholds for Study 3.
2. The study design informs how individuals treated with tirzepatide for weight management may respond with continued treatment or off treatment for an extended period of time. Any change in weight with placebo treatment beyond Week 88 is speculation. If increased weight regain is assumed beyond Week 88, this would lead to an under-rather than over-estimation of tirzepatide's impact on weight relative to specific weight change thresholds.
3. The percentage of patients achieving 5%, 10%, 15%, and 20% weight reduction from Week 0 were prespecified endpoints that were controlled for multiplicity. The protocol and statistical analysis plan (SAP) were reviewed by FDA and no comments were made regarding potential limitations for labeling such data. In correspondence dated 25 July 2019 (ref ID 4468078), FDA recommended that Lilly include the proportion of subjects who lose ≥5% of baseline body weight (Week 0) as a co-primary endpoint. In correspondence dated 8 Oct 2020 (ref ID 4683358), FDA:
• aligned that the 36-week open-label tirzepatide (maximum tolerated dose) lead-in period, followed by 1:1 randomized withdrawal and entry into a 52-week placebo-controlled treatment period was reasonable. FDA also agreed with the plan to randomize all patients, regardless of weight loss during the open-label period.

**Commented [A77]:** FDA to Applicant: As above for study 3, add observed data to the two new columns in this table for study 4, showing changes in anthropometry and cardiometabolic parameters that occurred on open-label tirzepatide pre-randomization. We acknowledge that study 4 did not have endpoints comparing baseline (Week 0) to randomization (Week 36), but the changes observed during this lifestyle lead-in period are necessary to understand the observed results after randomized withdrawal (from Week 36 to Week 88). This study 4 table revision will allow the reader to understand the improvements in cardiometabolic parameters during the tirzepatide lead-in (Week 0 to Week 36 column), providing crucial context to the observed divergence from Week 36 to Week 88 between the placebo group (marked worsening of cardiometabolic parameters) and the tirzepatide group (small continued improvements). We note that these results during the randomized period of study 4

**Commented [A78R77]:** Lilly response to FDA: Lilly accepts the addition of the observed data for baseline (week 0) and change from week 0 to week 36.
Sources:
ISE Table ISE.5.7: Waist circumference
ISE Table ISE.5.6: SBP, DBP, pulse rate
ISE Table ISE.5.5: HbA1c
ISE Table ISE.5.4: Total Cholesterol, LDL-C, HDL-C, Non-HDL-C and Triglycerides

Highly Confidential – Attorneys' Eyes – Outside Counsel Only

LLY-GLPMDL-18274919

26

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Pulse Rate (beats per minute)[g,h] | 72.5 | 5.0 | 77.8 | -5.2[f] | 77.1 | -2.1[f] | 3.1[f] (1.9, 4.3)[e] |
| HbA1c (%)[g] | 5.5 | -0.5 | 5.0 | 0.3[b] | 5.1 | -0.0[b] | -0.3 (-0.3, -0.2)[e] |
| Total Cholesterol (mg/dL)[g,h] | 186.3 | -12.4 | 176.1 | 8.0 | 175.9 | 2.7 | -4.9[b] (-7.4, -2.4)[c,e] |
| LDL Cholesterol (mg/dL)[g,h] | 108.8 | -1.9 | 107.6 | 3.2 | 105.9 | -3.5 | -6.5[b] (-10.0, -2.9)[c,e] |
| HDL (mg/dL)[g,h] | 49.9 | -2.7 | 47.3 | 14.8 | 47.7 | 18.7 | 3.4[b] (0.2, 6.6)[c,e] |
| Non-HDL (mg/dL)[g,h] | 135.6 | -9.8 | 126.3 | 5.1 | 126.0 | -3.4 | -8.1[b] (-11.3, -4.8)[c,e] |
| Triglycerides (mg/dL)[g,h] | 121.4 | -40.4 | 85.5 | 13.5 | 90.9 | -4.8 | -16.1[b] (-21.7, -10.0)[c,e] |

Abbreviations: ANCOVA = analysis of covariance; CI = confidence interval; N = number of patients randomly assigned to study drug.

a  The intent-to-treat population included all randomly assigned patients. The missing values were imputed by a hybrid approach using retrieved dropouts from the same treatment group (if missing not due to COVID-19) or using all non-missing data assuming missing at random (for missing solely due to COVID-19).

b  Least-squares mean from ANCOVA adjusted for baseline value and other stratification factors.

c  Analyzed using log-transformed data.

d  p-value<0.001 (unadjusted 2-sided) for superiority, controlled for type I error rate.

e  Not controlled for type I error rate.

f  Least-squares mean from mixed model for repeated measures adjusted for baseline value and other stratification factors.

g  Baseline and randomization values are the geometric mean.

h  Observed means are shown for change from Week 0 to Week 36. Least-square means are shown for change from Week 36 to Week 88.

*Commented [A79]: FDA to Applicant: Provide footnotes for Table 8 stating these are observed values, and there was no pre-specified comparison of Weeks 0 and 36 for data modeling and statistical testing.*

*Commented [A80R79]: Lilly comment to FDA: Footnote g is edited to state that the geometric mean is presented for both the baseline and randomization values. Footnote h has been added to explain that the change from week 0 to week 36 are means based on observed values. We do not find it necessary to state that there was no pre-specified comparison from week 0 to week 36 because the table shows all randomized patients (670) were included during the lead-in and there was no comparison group.*

*Commented [A81]: Lilly Comment to FDA: Added "4 single-dose vials" based on annual reportable change implemented on 09 August 2024.*

*Commented [A82]: Lilly Comment to FDA: Added "4 pack Vial NDC" information based on annual reportable change implemented on 09 August 2024.*

## 16  HOW SUPPLIED/STORAGE AND HANDLING

### 16.1  How Supplied

ZEPBOUND is a clear, colorless to slightly yellow solution available in cartons containing 4 pre-filled single-dose pens, 1 single-dose vial, or 4 single-dose vials as follows:

| Total Strength per Total Volume | 4 pack Pen NDC | 1 pack Vial NDC | 4 pack Vial NDC |
|---|---|---|---|
| 2.5 mg/0.5 mL | 0002-2506-80 | 0002-0152-01 | 0002-0152-04 |
| 5 mg/0.5 mL | 0002-2495-80 | 0002-0243-01 | 0002-0243-04 |
| 7.5 mg/0.5 mL | 0002-2484-80 | 0002-1214-01 | 0002-1214-04 |
| 10 mg/0.5 mL | 0002-2471-80 | 0002-1340-01 | 0002-1340-04 |
| 12.5 mg/0.5 mL | 0002-2460-80 | 0002-1423-01 | 0002-1423-04 |
| 15 mg/0.5 mL | 0002-2457-80 | 0002-2002-01 | 0002-2002-04 |

### 16.2  Storage and Handling

- Store ZEPBOUND in a refrigerator at 2°C to 8°C (36°F to 46°F).
- If needed, each single-dose pen or single-dose vial can be stored unrefrigerated at temperatures not to exceed 30°C (86°F) for up to 21 days. If ZEPBOUND is stored at room temperature, it should not be returned to the refrigerator.
- Discard if not used within 21 days after removing from the refrigerator.
- Do not freeze ZEPBOUND. Do not use ZEPBOUND if frozen.
- Store ZEPBOUND in the original carton to protect from light.

Highly Confidential – Attorneys' Eyes – Outside Counsel Only

27

## 17    PATIENT COUNSELING INFORMATION

Advise the patient to read the FDA-approved patient labeling *(Medication Guide and Instructions for Use)*.

Risk of Thyroid C-Cell Tumors

Inform patients that ZEPBOUND causes thyroid C-cell tumors in rats and that the human relevance of this finding has not been determined. Counsel patients to report symptoms of thyroid tumors (e.g., a lump in the neck, persistent hoarseness, dysphagia, or dyspnea) to their healthcare provider *[see Boxed Warning and Warnings and Precautions (5.1)]*.

Severe Gastrointestinal Adverse Reactions

Inform patients of the potential risk of severe gastrointestinal adverse reactions. Instruct patients to contact their healthcare provider if they have severe or persistent gastrointestinal symptoms *[see Warnings and Precautions (5.2)]*.

Acute Kidney Injury

Advise patients treated with ZEPBOUND of the potential risk of dehydration due to gastrointestinal adverse reactions and take precautions to avoid fluid depletion. Inform patients of the potential risk for worsening renal function and explain the associated signs and symptoms of renal impairment, as well as the possibility of dialysis as a medical intervention if renal failure occurs *[see Warnings and Precautions (5.3)]*.

Acute Gallbladder Disease

Inform patients of the risk of acute gallbladder disease. Instruct patients to contact their healthcare provider for appropriate clinical follow-up if gallbladder disease is suspected *[see Warnings and Precautions (5.4)]*.

Acute Pancreatitis

Inform patients of the potential risk for pancreatitis. Instruct patients to discontinue ZEPBOUND promptly and contact their healthcare provider if pancreatitis is suspected (severe abdominal pain that may radiate to the back, and which may or may not be accompanied by vomiting) *[see Warnings and Precautions (5.5)]*.

Hypersensitivity Reactions

Inform patients that serious hypersensitivity reactions have been reported with use of tirzepatide. Advise patients on the symptoms of hypersensitivity reactions and instruct them to stop taking ZEPBOUND and seek medical advice promptly if such symptoms occur *[see Warnings and Precautions (5.6)]*.

Hypoglycemia

Inform patients of the risk of hypoglycemia and educate patients on the signs and symptoms of hypoglycemia. Advise patients on insulin or insulin secretagogue therapy that they may have an increased risk of hypoglycemia when using ZEPBOUND and to report signs and/or symptoms of hypoglycemia to their healthcare provider *[see Warnings and Precautions (5.7)]*.

Diabetic Retinopathy Complications

Inform patients with type 2 diabetes mellitus to contact their healthcare provider if changes in vision are experienced during treatment with ZEPBOUND *[see Warnings and Precautions (5.8)]*.

Suicidal Behavior and Ideation

Advise patients to report emergence or worsening of depression, suicidal thoughts or behavior, and/or any unusual changes in mood or behavior. Inform patients that if they experience suicidal thoughts or behaviors, they should stop taking ZEPBOUND *[see Warnings and Precautions (5.9)]*.

Pregnancy

Advise a pregnant patient of the potential risk to a fetus. Advise patients to inform their healthcare provider if they are pregnant or intend to become pregnant during treatment with ZEPBOUND. Advise patients that there will be a pregnancy exposure registry that monitors pregnancy outcomes in women exposed to ZEPBOUND during pregnancy *[see Use in Specific Populations (8.1)]*.

Contraception

Use of ZEPBOUND may reduce the efficacy of oral hormonal contraceptives. Advise patients using oral hormonal contraceptives to switch to a non-oral contraceptive method or add a barrier method of contraception for 4 weeks after initiation with ZEPBOUND and for 4 weeks after each dose escalation *[see Drug Interactions (7.2), Use in Specific Populations (8.3), and Clinical Pharmacology (12.3)]*.

Administration

Instruct patients how to prepare and administer the correct dose of ZEPBOUND and assess their ability to inject subcutaneously to ensure the proper administration of ZEPBOUND. Instruct patients using the single-dose vial to use a

Highly Confidential – Attorneys' Eyes – Outside Counsel Only                    LLY-GLPMDL-18274921

28

syringe appropriate for dose administration (e.g., a 1 mL syringe capable of measuring a 0.5 mL dose) *[see Dosage and Administration (2.3)]*.

<u>Missed Doses</u>

Inform patients if a dose is missed, it should be administered as soon as possible within 4 days after the missed dose. If more than 4 days have passed, the missed dose should be skipped and the next dose should be administered on the regularly scheduled day. In each case, inform patients to resume their regular once weekly dosing schedule *[see Dosage and Administration (2.2)]*.

**Marketed by: Lilly USA, LLC, Indianapolis, IN 46285, USA**

Copyright © 2023, YYYY, Eli Lilly and Company. All rights reserved.

<u>00.01</u>-NL-ZEP-0003-USPI-YYYYMMDD

Highly Confidential – Attorneys' Eyes – Outside Counsel Only          LLY-GLPMDL-18274922