# EXHIBIT 258D

 U.S. FOOD & DRUG
ADMINISTRATION

NDA 217806

**SUPPLEMENT REQUEST**

Eli Lilly and Company
Attention: Teresa Berg
Senior Director, Global Regulatory Affairs – Americas Region
Lilly Corporate Center, Drop Code 2543
Indianapolis, IN 46285

Dear Teresa Berg:

Please refer to your new drug application (NDA) for Zepbound (tirzepatide) injection.

We also refer to our Notification of Newly Identified Safety Signal (NISS) email dated April 28, 2025, in which we informed you that we are evaluating a NISS regarding intestinal obstruction and fecal impaction for the glucagon-like peptide-1 (GLP-1) receptor agonist class, of which Zepbound is a member.

We request that you submit draft labeling for your Prescribing Information (PI) proposing changes to the approved labeling in accordance with the requests below as a prior approval supplement (PAS) within 45 calendar days of the date of this letter.

    (1) In Section 5 Warnings and Precautions, under 'Severe Gastrointestinal Adverse Reactions' add the following statement: "Severe gastrointestinal adverse reactions have also been reported postmarketing with GLP-1 receptor agonists."

    (2) In Section 6 Adverse Reactions, under 'Postmarketing Experience', add "intestinal obstruction, severe constipation including fecal impaction"

To facilitate review of your submission, submit a highlighted or marked-up copy that shows all your proposed changes, as well as a clean Word version of the labeling. The marked-up copy should also include annotations that support all your proposed changes, including annual reportable changes. Your supplement must include updated content of labeling in structured product labeling (SPL) format, according to 21 CFR 314.50(l)(1)(i) (see FDA.gov[1]).

Your PI, approved in Physician Labeling Rule (PLR) format, must conform to the content and format regulations found in 21 CFR 201.56(d) and 201.57. Your PI must contain a summary of the essential scientific information needed for the safe and effective use of your product and must be informative and accurate and neither promotional in tone nor false or misleading. You must update your PI when new

---

[1] http://www.fda.gov/ForIndustry/DataStandards/StructuredProductLabeling/default.htm

Reference ID: 5675216

Highly Confidential – Attorneys' Eyes Only

LLY-GLPMDL-21569023

NDA 217806
Page 2

information becomes available that causes the labeling to become inaccurate, false, or misleading [see 21 CFR 201.56(a)].

Prior to submitting the labeling supplement, we encourage you to review the labeling review resources for the PI on the *Prescribing Information Resources* website.[2] For other prescription drug labeling resources such as those for FDA-approved patient labeling, carton and container labeling, labeling databases, and product databases, visit *FDA's Labeling Resources for Human Prescription Drugs* website.[3]

Prominently identify the submission with the following wording in bold capital letters at the top of the first page of the submission:

**NEW SUPPLEMENT FOR NDA 217806/S-000**
**PRIOR APPROVAL SUPPLEMENT**
**SAFETY-RELATED LABELING CHANGES**

Prominently identify subsequent submissions related to the safety-related labeling changes supplement with the following wording in bold capital letters at the top of the first page of the submission:

**NDA 217806/S-000**
**SAFETY-RELATED LABELING CHANGES - AMENDMENT**

If you have any questions, call Marisa Petruccelli, Safety Regulatory Project Manager, at (240) 402-6147.

Sincerely,

*{See appended electronic signature page}*

Melinda Wilson, PharmD, BCPS, RAC
Associate Director for Labeling
Division of Diabetes, Lipid Disorders, and Obesity
Office of Cardiology, Hematology, Endocrinology and Nephrology
Office of New Drugs
Center for Drug Evaluation and Research

---

[2] Prescribing Information Resources website: https://www.fda.gov/drugs/fdas-labeling-resources-human-prescription-drugs/prescribing-information-resources
[3] FDA's Labeling Resources for Human Prescription Drugs: https://www.fda.gov/drugs/laws-acts-and-rules/fdas-labeling-resources-human-prescription-drugs
**U.S. Food and Drug Administration**
Silver Spring, MD 20993
www.fda.gov

Reference ID: 5675216

Highly Confidential – Attorneys' Eyes Only

LLY-GLPMDL-21569024

--------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically. Following this are manifestations of any and all electronic signatures for this electronic record.**

--------------------------------------------------------------------------------

/s/

--------------------------------------------------------------

MELINDA W MATHENY
10/14/2025 04:40:11 PM

Reference ID: 5675216

Highly Confidential – Attorneys' Eyes Only                                    LLY-GLPMDL-21569025