# EXHIBIT 259D

Case 2:24-md-03094-KSM    Document 701-9    Filed 05/20/26    Page 2 of 28

# 2.7.4. Summary of Clinical Safety

## Dulaglutide
## Type 2 Diabetes Mellitus

Lilly Research Laboratories
Eli Lilly and Company
Indianapolis, Indiana, USA

### Confidential Information

The information contained in this document is confidential. It is the property of
Eli Lilly and Company or its subsidiaries and should not be copied by or distributed to
persons not involved in the review of clinical investigations for dulaglutide (LY2189265),
unless such persons are bound by a confidentiality agreement with Eli Lilly and Company
or its subsidiaries. This document and its associated attachments or appendices are
subject to United States Freedom of Information Act Exemption 4.

This document and its appendices may contain protected personal data and/or
commercially confidential information exempt from public disclosure. In accordance with
HMA/EMA recommendations on transparency (EMA/484118/2010), Eli Lilly and Company
requests consultation regarding release/redaction prior to any public release of this
document or its appendices.

Document Electronically Approved by Lilly on date provided below.

Approval Date: 06-Sep-2013 GMT

EXHIBIT __5__
WIT: Ross
DATE: 3-9-26
MLG, CSR, RPR, CRR, CCR

(LY2189265)

**2.7.4. summary-clin-safety**                                    **Page 2**

## Table of Contents

**Section**                                                        **Page**

2.7.4.    Summary of Clinical Safety .................................................................................. 1

2.7.4.1.    Exposure to the Drug .......................................................................... 32

2.7.4.1.1. Overall Safety Evaluation Plan and Narratives of Safety Studies ........................... 32

2.7.4.1.1.1. Overview of Clinical Program Contributing to Safety Assessments ................ 32

2.7.4.1.1.2. Important Attributes of Phase 2 and/or Phase 3 Studies Affecting Safety
Assessments ...................................................................................... 36

2.7.4.1.1.3. General Considerations for Analysis and Presentation ................................. 37

2.7.4.1.1.4. Rationale and Strategy for Dulaglutide Safety Analyses ................................ 38

2.7.4.1.1.4.1. Integrations of Patient-Level Data .................................................... 38

2.7.4.1.1.5. Primary Analysis Methods ........................................................................ 44

2.7.4.1.1.5.1. Special Analysis Considerations .................................................... 44

2.7.4.1.1.5.1.1. Handling Data for Patients in Treatment Sequences ........................... 44

2.7.4.1.1.5.1.2. Exposure-Adjusted Incidence Rates ................................................. 45

2.7.4.1.1.5.2. Frequently Used Analysis Methods ................................................. 45

2.7.4.1.1.5.2.1. Categorical Data .......................................................................... 45

2.7.4.1.1.5.2.2. Continuous Data .......................................................................... 45

2.7.4.1.1.5.3. Changes to Planned Analyses ........................................................ 48

2.7.4.1.1.6. Overview of Analyses Presented ................................................................ 49

2.7.4.1.2. Overall Extent of Exposure ........................................................................... 49

2.7.4.1.2.1. Comparison to Placebo (AS1) ..................................................................... 54

2.7.4.1.2.2. Comparison of Dulaglutide Doses (AS3) ...................................................... 54

2.7.4.1.2.3. Exposure to Drug Compared with Time in Planned Treatment Period
(AS1 and AS3) .................................................................................... 58

2.7.4.1.3. Demographic and Other Characteristics of Study Population ................................. 59

2.7.4.1.3.1. Patient Demographics and Baseline Characteristics ...................................... 59

2.7.4.1.3.2. Other Patient Characteristics ..................................................................... 65

2.7.4.1.3.2.1. Preexisting Conditions ................................................................... 65

2.7.4.1.3.2.2. Historical Illnesses ......................................................................... 65

2.7.4.1.3.2.3. Concomitant Medications ............................................................... 65

2.7.4.1.3.2.3.1. Concomitant Medications at Baseline .............................................. 66

2.7.4.1.3.2.3.2. Concomitant Medications Postbaseline .......................................... 66

2.7.4.1.3.3. Patient Disposition ..................................................................................... 67

2.7.4.2.    Adverse Events .................................................................................... 72

2.7.4.2.1. Analysis of Adverse Events ........................................................................... 72

2.7.4.2.1.1. Common Adverse Events ........................................................................... 72

2.7.4.2.1.1.1. Overview of Treatment-Emergent Adverse Events ............................. 72

(LY2189265)

**2.7.4. summary-clin-safety**                                                    **Page 3**

2.7.4.2.1.1.2. Treatment-Emergent Adverse Events ...................................................... 78

2.7.4.2.1.1.2.1. Comparison to Placebo (AS1) ..................................................... 78

2.7.4.2.1.1.2.2. Comparison of Dulaglutide Doses (AS3) ......................................... 81

2.7.4.2.1.1.2.3. Comparison of Dulaglutide Doses by Concomitant
Antihyperglycemic Therapy ................................................................. 84

2.7.4.2.1.1.2.4. Comparison of Dulaglutide and All Comparators (AS7) .................... 85

2.7.4.2.1.1.3. Treatment-Emergent Adverse Events by Maximum Severity .................. 87

2.7.4.2.1.1.3.1. Comparison to Placebo (AS1) ..................................................... 87

2.7.4.2.1.1.3.2. Comparison of Dulaglutide Doses (AS3) ......................................... 87

2.7.4.2.1.1.4. Treatment-Emergent Adverse Events Considered Possibly Related
to Study Drug, Device, or Procedure by Investigator .............................. 87

2.7.4.2.1.2. Deaths .................................................................................................. 88

2.7.4.2.1.3. Other Serious Adverse Events ................................................................ 92

2.7.4.2.1.3.1. Comparison to Placebo (AS1) ......................................................... 92

2.7.4.2.1.3.2. Comparison of Dulaglutide Doses (AS3) ............................................. 93

2.7.4.2.1.3.3. Comparison of Dulaglutide Doses by Concomitant
Antihyperglycemic Therapy ................................................................. 96

2.7.4.2.1.3.4. Comparison of Dulaglutide and All Comparators (AS7) .......................... 97

2.7.4.2.1.4. Other Significant Adverse Events:  Discontinuation from Study Drug or
Study due to Adverse Events .................................................................. 98

2.7.4.2.1.4.1. Comparison to Placebo (AS1) ......................................................... 99

2.7.4.2.1.4.2. Comparison of Dulaglutide Doses (AS3) ............................................. 105

2.7.4.2.1.4.3. Comparison of Dulaglutide Doses by Concomitant
Antihyperglycemic Therapy ................................................................. 114

2.7.4.2.1.5. Analysis of Adverse Events by Organ System or Syndrome .......................... 115

2.7.4.2.2. Narratives ............................................................................................. 115

2.7.4.3.    Clinical Laboratory Evaluations ..................................................................... 116

2.7.4.4.    Vital Signs, Physical Findings, and Other Observations Related to Safety .......... 117

2.7.4.4.1. Physical Characteristics (Safety in Dulaglutide-Treated Patients with
Greatest Weight Loss) ............................................................................. 117

2.7.4.4.2. Special Safety Topics ............................................................................... 122

2.7.4.4.2.1. Overall and Specific Gastrointestinal Tolerability .................................... 122

2.7.4.4.2.1.1. Incidence of Gastrointestinal Adverse Events ................................... 122

2.7.4.4.2.1.2. Time Course of Nausea and Vomiting ............................................. 123

2.7.4.4.2.1.3. Effect of Dose Titration on Gastrointestinal Events ............................ 127

2.7.4.4.2.1.4. Incidence of Gastrointestinal Events versus Metformin and
Exenatide Twice Daily ....................................................................... 129

2.7.4.4.2.1.5. Potentially Clinically Important Gastrointestinal Events ...................... 131

2.7.4.4.2.1.5.1. Appendicitis ....................................................................... 132

2.7.4.4.2.1.5.2. Cholelithiasis ...................................................................... 132

(LY2189265)

**2.7.4. summary-clin-safety** **Page 4**

2.7.4.4.2.1.5.3. Gastrointestinal Obstruction .................................................. 133
2.7.4.4.2.1.6. Gastrointestinal Tolerability Conclusions ................................ 133
2.7.4.4.2.2. Exocrine Pancreas Safety .......................................................... 134
2.7.4.4.2.2.1. Nonclinical Observations with GLP-1 Receptor Agonists ....... 134
2.7.4.4.2.2.2. Nonclinical Observations with Dulaglutide ............................. 135
2.7.4.4.2.2.3. Risk Mitigation During Dulaglutide Development and
Ascertainment of Cases of Pancreatitis .................................................... 137
2.7.4.4.2.2.4. Cases Reported as Pancreatitis TEAE by Investigators and Cases
Determined as Pancreatitis by Adjudication ............................................ 138
2.7.4.4.2.2.4.1. Case Ascertainment and Adjudication Process ................... 138
2.7.4.4.2.2.4.2. Investigator-Reported Events of Pancreatitis and Events
Determined to be Pancreatitis by Adjudication ................................. 144
2.7.4.4.2.2.4.3. Exposure-Adjusted Incidence Rates ................................... 145
2.7.4.4.2.2.4.3.1.   Treatment-Emergent Pancreatitis as
Reported by Investigators ........................................................ 145
2.7.4.4.2.2.4.3.2.   Treatment-Emergent Pancreatitis as
Determined by Adjudication .................................................... 145
2.7.4.4.2.2.4.4. Potentially Clinically Important Cases ................................ 146
2.7.4.4.2.2.4.4.1.   Cases of Severe Pancreatitis, TEAE Reported by the
Investigator and/or Event as Determined by Adjudication ............... 146
2.7.4.4.2.2.4.4.2.   Cases with Inconclusive Outcome of Adjudication
("Unknown if Pancreatitis") ..................................................... 149
2.7.4.4.2.2.4.5. Potentially Missed Cases ................................................... 158
2.7.4.4.2.2.5. Pancreatic Enzymes ............................................................. 158
2.7.4.4.2.2.5.1. Screening and Baseline ...................................................... 158
2.7.4.4.2.2.5.2. Postbaseline Changes ......................................................... 163
2.7.4.4.2.2.6. Exocrine Pancreas Conclusions ............................................ 177
2.7.4.4.2.3. Thyroid Safety ........................................................................ 178
2.7.4.4.2.3.1. Background ........................................................................... 178
2.7.4.4.2.3.1.1. Nonclinical Observations with GLP-1 Receptor Agonists ..... 178
2.7.4.4.2.3.1.2. Nonclinical Observations with Dulaglutide ......................... 179
2.7.4.4.2.3.1.3. Dulaglutide Clinical Development Program ......................... 180
2.7.4.4.2.3.2. Calcitonin ............................................................................ 181
2.7.4.4.2.3.2.1. Baseline Calcitonin ............................................................ 181
2.7.4.4.2.3.2.2. Postbaseline Calcitonin ...................................................... 182
2.7.4.4.2.3.2.2.1.   Time Course .................................................................. 182
2.7.4.4.2.3.2.2.2.   Calcitonin Thresholds ................................................... 182

(LY2189265)

Confidential    LLY-GLPMDL-00344794

**2.7.4. summary-clin-safety**                                              **Page 5**

2.7.4.4.2.3.3. Thyroid Neoplasia, Including Malignancies ...........................................193

2.7.4.4.2.3.4. Potentially Clinically Important Cases ....................................................196

2.7.4.4.2.3.5. Thyroid Safety Conclusions ...................................................................198

2.7.4.4.2.4. Hypoglycemia .............................................................................................199

2.7.4.4.2.4.1. Background ...............................................................................................199

2.7.4.4.2.4.2. Hypoglycemia and Dulaglutide Clinical Development ...........................199

2.7.4.4.2.4.3. Comparison to Placebo ...........................................................................202

2.7.4.4.2.4.4. Impact of Concomitant Antihyperglycemic Treatment on
Hypoglycemia ...........................................................................................205

2.7.4.4.2.4.5. Comparison to Active Comparators .......................................................206

2.7.4.4.2.4.6. Comparison of Dulaglutide Doses ..........................................................207

2.7.4.4.2.4.7. Severe Hypoglycemia .............................................................................209

2.7.4.4.2.4.8. Hypoglycemia Conclusions ....................................................................214

2.7.4.4.2.5. Immunogenicity and Hypersensitivity Reactions ......................................215

2.7.4.4.2.5.1. Methods for Detecting and Characterizing Dulaglutide Anti-drug
Antibodies .................................................................................................217

2.7.4.4.2.5.2. Treatment-Emergent Dulaglutide Anti-Drug Antibodies ......................220

2.7.4.4.2.5.2.1. Incidence of Dulaglutide Anti-Drug Antibodies at Baseline .............220

2.7.4.4.2.5.2.2. Postbaseline Incidence of Treatment-Emergent Dulaglutide
Anti-drug Antibodies in Individual Phase 2 and 3 Studies ................223

2.7.4.4.2.5.2.3. Overall Incidence of Treatment-Emergent Anti-drug Antibodies
in Patients Exposed to Dulaglutide and Changes in Titer Over
Time ...................................................................................................227

2.7.4.4.2.5.2.4. Incidence of Dulaglutide Anti-Drug Antibodies by Dose.................233

2.7.4.4.2.5.2.5. Dulaglutide Neutralizing Anti-drug Antibodies ...............................234

2.7.4.4.2.5.2.6. Cross Reactive and Neutralizing Anti-Drug Antibodies Specific
for Native Sequence GLP-1 ...............................................................234

2.7.4.4.2.5.2.7. Exenatide and Dulaglutide Anti-drug Antibodies in Patients
Treated with Exenatide Twice Daily ..................................................234

2.7.4.4.2.5.3. Treatment-Emergent Adverse Events Indicating Potential
Hypersensitivity ........................................................................................235

2.7.4.4.2.5.4. Treatment-Emergent Adverse Events Indicating Potential
Hypersensitivity by Dulaglutide Anti-drug Antibody Status....................236

2.7.4.4.2.5.5. Potentially Clinically Relevant Cases of Systemic Hypersensitivity
Adverse Events or Immunogenicity Response...........................................240

2.7.4.4.2.5.6. Immunogenicity and Hypersensitivity Conclusions and Summary ..........248

2.7.4.4.2.6. Injection Site Reactions ..............................................................................250

2.7.4.4.2.6.1. Overall Injection Site Reactions ............................................................250

2.7.4.4.2.6.2. Potentially Immune-Mediated Injection Site Adverse Events .................254

2.7.4.4.2.6.3. Injection Site Adverse Events Conclusions ...........................................263

(LY2189265)

**2.7.4. summary-clin-safety**                                                    **Page 6**

2.7.4.4.2.7. Cardiovascular Safety ................................................................264

2.7.4.4.2.7.1. Background ...........................................................................264

2.7.4.4.2.7.1.1. GLP-1 Receptor Agonist Class...........................................264

2.7.4.4.2.7.1.2. Dulaglutide Development Program (Nonclinical and Early
Clinical Data)...............................................................264

2.7.4.4.2.7.1.3. Comprehensive Approach to Cardiovascular Safety Assessments......265

2.7.4.4.2.7.2. Central Tendency of Vital Signs ...........................................267

2.7.4.4.2.7.2.1. Systolic Blood Pressure.......................................................267

2.7.4.4.2.7.2.1.1.    Study GBDN (Ambulatory Monitoring)..............................267

2.7.4.4.2.7.2.1.2.    Integrated Analyses .......................................................268

2.7.4.4.2.7.2.2. Diastolic Blood Pressure .....................................................270

2.7.4.4.2.7.2.2.1.    Study GBDN ................................................................270

2.7.4.4.2.7.2.2.2.    Integrated Analyses .......................................................271

2.7.4.4.2.7.2.3. Heart Rate............................................................................271

2.7.4.4.2.7.2.3.1.    Study GBDN ................................................................271

2.7.4.4.2.7.2.3.2.    Integrated Analyses .......................................................272

2.7.4.4.2.7.3. Assessments to Understand Clinical Importance of Changes in Vital
Signs.........................................................................274

2.7.4.4.2.7.3.1. Systolic Blood Pressure........................................................275

2.7.4.4.2.7.3.1.1.    Threshold and Treatment-Emergent Assessments ..............275

2.7.4.4.2.7.3.1.2.    Adverse Events Assessments..........................................276

2.7.4.4.2.7.3.2. Heart Rate............................................................................277

2.7.4.4.2.7.3.2.1.    Threshold and Treatment-Emergent Assessments ..............277

2.7.4.4.2.7.3.2.2.    Baseline Characteristics of Patients Overall and
Patients with Notable Baseline Changes in Heart Rate ....................................278

2.7.4.4.2.7.3.2.3.    Analysis of Heart Rate by Baseline Body Weight
Quartile and Baseline Body Mass Index Group ....................................280

2.7.4.4.2.7.3.2.4.    Adverse Events and Electrocardiogram
Assessments of Arrhythmias ....................................................284

2.7.4.4.2.7.3.2.5.    Potentially Clinically Important Heart Rates in
Phase 2 and 3 Studies ....................................................285

2.7.4.4.2.7.4. Electrocardiograms: Quantitative Parameters ............................286

2.7.4.4.2.7.4.1. QTc Interval.........................................................................287

2.7.4.4.2.7.4.2. QRS Complex .....................................................................288

2.7.4.4.2.7.4.3. Electrocardiogram-Derived Heart Rate..................................288

(LY2189265)

Confidential                                                    LLY-GLPMDL-00344796

**2.7.4. summary-clin-safety**                                                      **Page 7**

2.7.4.4.2.7.4.4. PR Interval.................................................................................289

2.7.4.4.2.7.5. Lipids .......................................................................................297

2.7.4.4.2.7.6. Creatine Phosphokinase ............................................................301

2.7.4.4.2.7.7. Meta-Analysis of Major Adverse Cardiovascular Events.........301

2.7.4.4.2.7.8. Cardiovascular Safety Conclusions ...........................................301

2.7.4.4.2.8. Renal Safety ....................................................................................305

2.7.4.4.2.8.1. Assessment of Renal Safety in the Overall Phase 2 and 3 Study
Population ...........................................................................................308

2.7.4.4.2.8.1.1. Comparison to Placebo (AS1).............................................310

    2.7.4.4.2.7.4.4.1.   Study GBDN ............................................................289

    2.7.4.4.2.7.4.4.2.   Integrated Database ................................................290

    2.7.4.4.2.7.4.4.3.   Assessments to Understand Clinical Importance of
    Changes in PR Interval.................................................................291

    2.7.4.4.2.7.4.4.4.   Potentially Clinically Important (2nd degree, 3rd
    degree, and Variable) Atrioventricular Blocks in Phase 2 and 3 Studies ...........295

    2.7.4.4.2.8.1.1.1.   Serum Creatinine and eGFR ...............................310

    2.7.4.4.2.8.1.1.2.   Albuminuria ...........................................................317

    2.7.4.4.2.8.1.1.3.   Shifts in Chronic Kidney Disease Stage ..............317

    2.7.4.4.2.8.1.2.1.   Serum Creatinine and eGFR ...............................319

    2.7.4.4.2.8.1.2.2.   Albuminuria ...........................................................320

    2.7.4.4.2.8.1.2.3.   Shift in Chronic Kidney Disease Stage ...............320

    2.7.4.4.2.8.3.1.1.   Serum Creatinine and eGFR ...............................337

    2.7.4.4.2.8.3.1.2.   Albuminuria ...........................................................340

    2.7.4.4.2.8.3.1.3.   Shifts in Chronic Kidney Disease Stage ..............341

    2.7.4.4.2.8.3.2.1.   Serum Creatinine and eGFR ...............................342

2.7.4.4.2.8.1.2. Comparison of Dulaglutide Doses (AS3)...............................318

2.7.4.4.2.8.1.3. Dulaglutide versus Active Comparators ...............................321

2.7.4.4.2.8.1.4. Dulaglutide Compared with Insulin Glargine .......................321

2.7.4.4.2.8.2. Assessment of Incidence of Acute Renal Failure (ARF) in the
Patients with Type 2 Diabetes ..........................................................322

2.7.4.4.2.8.3. Assessment of Renal Safety in the Patients with Type 2 Diabetes
and Renal Dysfunction.......................................................................336

2.7.4.4.2.8.3.1. Comparison to Placebo (AS1) ..............................................336

2.7.4.4.2.8.3.2. Comparison of Dulaglutide Doses (AS3)..............................342

(LY2189265)

Confidential                                                      LLY-GLPMDL-00344797

**2.7.4. summary-clin-safety**                                              **Page 8**

2.7.4.4.2.8.3.2.2.  Albuminuria ........................................................................346

2.7.4.4.2.8.3.2.3.  Shift in Chronic Kidney Disease (CKD) Stage....................347

2.7.4.4.2.8.3.3. Treatment-Emergent Adverse Events in the Renal Impairment
Subgroup (Renal Subpopulation 3).....................................................348

2.7.4.4.2.8.3.4. Serious Adverse Events in the Renal Impairment Subgroup
(Renal Subpopulation 3)......................................................................349

2.7.4.4.2.8.3.5. Gastrointestinal Tolerability in the Renal Impairment
Subpopulation (Renal Subpopulation 3) (Based on Specific
Queries) ...............................................................................................350

2.7.4.4.2.8.3.6. Other Safety Topics in the Renal Impairment Subpopulation
(Renal Subpopulation 3).....................................................................350

2.7.4.4.2.8.3.7. Hypoglycemia in Patients with Type 2 Diabetes and eGFR Less
Than 60 mL/min/1.73 m$^2$....................................................................355

2.7.4.4.2.8.4. Conclusions Regarding Renal Safety ....................................................356

2.7.4.4.2.9. Hepatic Safety ........................................................................................359

2.7.4.4.2.9.1. Hepatic Analytes...................................................................................359

2.7.4.4.2.9.1.1. Change from Baseline...........................................................................360

2.7.4.4.2.9.1.2. Treatment-Emergent Abnormal Hepatic Analytes ...........................362

2.7.4.4.2.9.1.3. Summary of Hepatic Analytes.............................................................369

2.7.4.4.2.9.2. Potentially Clinically Important Cases ................................................369

2.7.4.4.2.9.2.1. Cases Fulfilling Criteria for Potential Hepatotoxicity ......................370

2.7.4.4.2.9.2.2. Patients with ALT or AST Values Greater than or Equal to 5x
ULN .....................................................................................................371

2.7.4.4.2.9.2.3. Patients with ALT or AST More than 3x ULN on at least 3
Consecutive Visits/Measurements ......................................................372

2.7.4.4.2.9.2.4. Patients with Hyperbilirubinemia .......................................................372

2.7.4.4.2.9.2.5. Patients with other Hepatic Conditions Considered Serious ..............374

2.7.4.4.2.9.3. Analyses of Hepatic-Specific SMQs ...................................................374

2.7.4.4.2.9.4. Hepatic Safety Conclusions .................................................................375

2.7.4.4.2.10.    Malignancy............................................................................................375

2.7.4.4.2.10.1.    Malignant and Unspecified Tumors Standardised MedDRA
Queries .................................................................................................376

2.7.4.4.2.10.2.    Potentially Clinically Important Cases................................................380

2.7.4.4.2.10.3.    Malignancy Conclusions .....................................................................381

2.7.4.5.    Safety in Special Groups and Situations .............................................381

2.7.4.5.1. Intrinsic Factors ....................................................................................381

2.7.4.5.1.1. Subgroup-by-Treatment Interactions of Treatment-Emergent Adverse
Events ...................................................................................................382

2.7.4.5.1.1.1. Age Group-by-Treatment Interactions.................................................382

(LY2189265)

Confidential                                                              LLY-GLPMDL-00344798

**2.7.4. summary-clin-safety**                                      **Page 9**

2.7.4.5.1.1.1.1. Patients <65 years versus ≥65 years ..................................................382

2.7.4.5.1.1.1.2. Patients <75 years versus ≥75 years ..................................................383

2.7.4.5.1.1.1.3. Conclusions ...........................................................................................383

2.7.4.5.1.1.2. Baseline Body Mass Index-by-Treatment Interactions............................384

2.7.4.5.1.2. Subgroup-by-Treatment Interactions of Serious Adverse Events................385

2.7.4.5.2. Extrinsic Factors ..............................................................................................388

2.7.4.5.3. Drug Interactions .............................................................................................388

2.7.4.5.4. Use in Pregnancy and Lactation ......................................................................388

2.7.4.5.5. Overdose...........................................................................................................392

2.7.4.5.6. Drug Abuse .......................................................................................................392

2.7.4.5.7. Withdrawal and Rebound .................................................................................392

2.7.4.5.8. Effects on Ability to Drive or Operate Machinery or Impairment of Mental Ability............................................................................................................................392

2.7.4.5.9. Device Safety ....................................................................................................393

2.7.4.5.10.   Summary of Safety in Clinical Pharmacology Studies ...................................396

2.7.4.5.10.1.   Clinical Pharmacology Program.................................................................396

2.7.4.5.10.2.   Overall Safety Evaluation Plan and Narratives of Safety Studies.............397

2.7.4.5.10.3.   Overall Extent of Drug Exposure ..............................................................397

2.7.4.5.10.4.   Demographic and Other Characteristics of Study Population ..................401

2.7.4.5.10.5.   Adverse Events...........................................................................................405

2.7.4.5.10.5.1.   Adverse Event Reporting ........................................................................405

2.7.4.5.10.5.2.   Deaths......................................................................................................405

2.7.4.5.10.5.3.   Serious Adverse Events............................................................................406

2.7.4.5.10.5.4.   Study Discontinuations ............................................................................411

2.7.4.5.10.5.5.   Summary of Treatment-Emergent Adverse Events ...............................413

2.7.4.5.10.5.5.1.   Safety in Clinical Pharmacology Special Population Studies ........417

2.7.4.5.10.5.5.1.1.   Renal Impairment .......................................................................417

2.7.4.5.10.5.5.1.2.   Hepatic Impairment ....................................................................418

2.7.4.5.10.5.5.1.3.   Elderly Patients............................................................................419

2.7.4.5.10.5.5.1.4.   Subjects with Hypertension on Lisinopril Therapy ...........419

2.7.4.5.10.5.5.2.   Special Safety Topics................................................................420

2.7.4.5.10.5.5.2.1.   Gastrointestinal Adverse Events ....................................420

2.7.4.5.10.5.5.2.2.   Pancreatitis ...................................................................423

2.7.4.5.10.5.5.2.3.   Injection Site Reactions ................................................424

2.7.4.5.10.5.5.2.4.   Hypoglycemia ...............................................................425

2.7.4.5.10.5.5.2.5.   Cardiovascular Safety ...................................................426

(LY2189265)

**2.7.4. summary-clin-safety**                                          **Page 10**

2.7.4.5.10.6.   Clinical Laboratory Evaluations ........................................................... 427

2.7.4.5.10.7.   Vital Signs, Physical Findings, and Other Observations Related to
Safety ................................................................................................ 427

2.7.4.5.10.7.1.   Immunogenicity ..................................................................... 428

2.7.4.5.10.8.   Electrocardiogram Assessments ...................................................... 429

2.7.4.5.10.8.1.   Thorough QTc Study GBCC ................................................. 429

2.7.4.5.10.8.2.   PR and QRS Interval Analysis from Study GBCC ............................ 430

2.7.4.5.11.   Safety and Dulaglutide Dose Recommendation ................................. 434

2.7.4.6.   Postmarketing Data .......................................................................... 438

(LY2189265)

Confidential

**2.7.4. summary-clin-safety**                                        **Page 11**

## List of Tables

| Table | | Page |
|---|---|---|
| Table 2.7.4.1. | Completed Clinical Pharmacology/Biopharmaceutic, Phase 2 and 3 Clinical, and Device Studies Contributing to Safety Assessments in the Dulaglutide Marketing Application | 33 |
| Table 2.7.4.2. | Dulaglutide Clinical Studies Ongoing as of 19 April 2013 | 35 |
| Table 2.7.4.3. | Analysis Sets for Patient-Level Integrations of Dulaglutide Phase 2 and 3 Study Data | 42 |
| Table 2.7.4.4. | Summary of Exposure to Dulaglutide and Comparators in Completed Phase 2 and 3 Studies (Safety Population, Studies GBCF, GBCJ, GBCK, GBCZ, GBDA, GBDB, GBDC, GBDD, GBDN) | 51 |
| Table 2.7.4.5. | Summary of Patient Exposure to Study Treatment by Duration Thresholds in Completed Phase 2 and 3 Studies (Safety Population, Studies GBCF, GBCJ, GBCK, GBCZ, GBDA, GBDB, GBDC, GBDD, GBDN) (AS6) | 52 |
| Table 2.7.4.6. | Summary of Patient Exposure to Study Treatment, Observations Through 26 Weeks of the Planned Treatment Period - Placebo-Controlled Studies With 0.75 mg and 1.5 mg Dulaglutide (Safety Population, Studies GBCF, GBDA, GBDN) (AS1) | 55 |
| Table 2.7.4.7. | Summary of Patient Exposure to Study Treatment, All Observations During the Planned Treatment Period - Phase 2 and 3 Studies With 0.75 mg and 1.5 mg Dulaglutide (Safety Population, Studies GBCF, GBDA, GBDB, GBDC, GBDD, GBDN) (AS3) | 56 |
| Table 2.7.4.8. | Summary of Exposure to Study Treatment and Time in Planned Treatment Period, Observations Through 26 Weeks of the Planned Treatment Period – Placebo-Controlled Studies with 0.75 mg and 1.5 mg Dulaglutide (Safety Population, Studies GBCF, GBDA, GBDN) (AS1) | 58 |
| Table 2.7.4.9. | Summary of Exposure to Study Treatment and Time in Planned Treatment Period, All Observations During the Planned Treatment Period - Phase 2 and 3 Studies with 0.75 mg and 1.5 mg Dulaglutide (Safety Population, Studies GBCF, GBDA, GBDB, GBDC, GBDD, GBDN) (AS3) | 59 |
| Table 2.7.4.10. | Summary of Baseline Characteristics in Phase 3 Studies and Study H9X-MC-GBDN (Safety Population, Studies GBCF, GBDA, GBDB, GBDC, GBDD, GBDN) | 61 |

(LY2189285)

**2.7.4. summary-clin-safety**

Table 2.7.4.11.  Summary and Analysis of Treatment-Emergent Adverse Events
Occurring in at least 5% of Patients during the Planned Treatment
Period or While Patients Received Study Drug, Observations
Through 26 Weeks of the Planned Treatment Period – Placebo-
Controlled Studies with 0.75 mg and 1.5 mg Dulaglutide (Safety
Population, Studies GBCF, GBDA, GBDN) (AS1)....................................74

Table 2.7.4.12.  Summary and Analysis of Treatment-Emergent Adverse Events
Occurring in at least 5% of Patients during the Planned Treatment
Period or While Patients Received Study Drug, All Observations
During the Planned Treatment Period – Phase 2 and 3 Studies with
0.75 mg and 1.5 mg Dulaglutide (Safety Population, Studies GBCF,
GBDA, GBDB, GBDC, GBDD, GBDN) (AS3)...........................................76

Table 2.7.4.13.  Summary and Analysis of Treatment-Emergent Adverse Events
Occurring in at Least 2% of Patients By Descending Frequency of
Preferred Term - Observations Through 26 Weeks of the Planned
Treatment Period - Placebo-Controlled Studies With 0.75 mg and
1.5 mg Dulaglutide Groups (Safety Population, Studies GBCF,
GBDA, GBDN) (AS1)..............................................................................79

Table 2.7.4.14.  Summary and Analysis of Treatment-Emergent Adverse Events
Occurring in at Least 2% of Patients By Descending Frequency of
Preferred Term - All Observations During the Planned Treatment
Period - Phase 2 and 3 Studies With 0.75 mg and 1.5 mg Dulaglutide
Doses (Safety Population, Studies GBCF, GBDA, GBDB, GBDC,
GBDD, GBDN) (AS3)..............................................................................82

Table 2.7.4.15.  Index of Treatment-Emergent Adverse Event Summaries in Phase 3
Clinical Study Reports............................................................................84

Table 2.7.4.16.  All Dulaglutide versus All Comparator Analysis of Treatment-
Emergent Adverse Events in at least 5% of Dulaglutide Patients, By
Descending Frequency of Preferred Term, Full Duration of Phase 2
and 3 Studies of at Least 26 Weeks in Length (Safety Population,
Studies GBCF, GBDA, GBDB, GBDC, GBDD, GBDN) (AS7) ...................86

Table 2.7.4.17.  Listing of Deaths in Dulaglutide Phase 2 and 3 Studies................................90

Table 2.7.4.18.  Summary of Serious Adverse Events by Preferred Term, Occurring
in Two or More Dulaglutide-Treated Patients, Observations Through
26 Weeks of the Planned Treatment Period – Placebo-Controlled
Studies with 0.75 mg and 1.5 mg Dulaglutide (Safety Population,
Studies GBCF, GBDA, GBDN) (AS1) .........................................................93

(LY2189265)

Confidential                                      LLY-GLPMDL-00344802

**2.7.4. summary-clin-safety**                                    **Page 13**

Table 2.7.4.19.   Summary of Serious Adverse Events by Preferred Term, Occurring in Two or More Dulaglutide-Treated Patients, All Observations During the Planned Treatment Period – Phase 2 and 3 Studies with 0.75 mg and 1.5 mg Dulaglutide (Safety Population, Studies GBCF, GBDA, GBDB, GBDC, GBDD, GBDN) (AS3)..............................95

Table 2.7.4.20.   By-Study Summary of Serious Adverse Events During Planned Treatment Period in Completed Phase 3 Studies (Safety Population, Studies GBCF, GBDA, GBDB, GBDC, GBDD)..............................97

Table 2.7.4.21.   Summary and Analysis of Adverse Events by Preferred Term Reported as the Reason for Discontinuation from Study or Study Drug, Observations Through 26 Weeks of the Planned Treatment Period – Placebo-Controlled Studies with 0.75 mg and 1.5 mg Dulaglutide (Safety Population, Studies GBCF, GBDA, GBDN) (AS1)..............................100

Table 2.7.4.22.   Summary and Analysis of Adverse Events by Preferred Term Reported as the Reason for Discontinuation of Study Drug or Study, All Observations During the Planned Treatment Period – Phase 2 and 3 Studies with 0.75 mg and 1.5 mg Dulaglutide (Safety Population, Studies GBCF, GBDA, GBDB, GBDC, GBDD, GBDN) (AS3)..............................106

Table 2.7.4.23.   By-Study Summary of Important Adverse Events Reported as Reason for Discontinuation from Study Drug or Study (Safety Population, Studies GBDA, GBDB, GBDC, GBDD)..............................114

Table 2.7.4.24.   Index of Treatment-Emergent Adverse Event Summaries Associated with Special Safety Topics..............................115

Table 2.7.4.25.   Summary of Body Weight Change at Week 4, Week 12 to 14, and Week 26 Stratified by Greatest Weight Loss – Dulaglutide-Treated Patients in Phase 2 and 3 (Safety Population, Studies GBCF, GBCJ, GBCK, GBCZ, GBDA, GBDB, GBDC, GBDD, GBDN) (AS6)..............................118

Table 2.7.4.26.   Summary of Treatment-Emergent Adverse Events of Special Interest Occurring Up to 26 Weeks Stratified by Greatest Weight Loss - Dulaglutide-Treated Patients in Phase 2 and 3 Studies (Safety Population, Studies GBCF, GBCJ, GBCK, GBCZ, GBDA, GBDB, GBDC, GBDD, GBDN) (AS6)..............................120

Table 2.7.4.27.   Summary of Gastrointestinal Treatment-Emergent Adverse Events Occurring in at Least 2% of Patient Receiving Exenatide Twice Daily or Dulaglutide (0.75 and 1.5 mg) From Baseline to 52 Weeks, Patients Receiving Metformin Plus Pioglitazone as Concomitant Therapy (Safety Population, Study H9X-MC-GBDA) ..............................130

(LY2189265)

Confidential                                    LLY-GLPMDL-00344803

**2.7.4. summary-clin-safety**                                           **Page 14**

Table 2.7.4.28.   Summary of Gastrointestinal Treatment-Emergent Adverse Events Occurring in at Least 2% of Patients Receiving Metformin or Dulaglutide (0.75 or 1.5 mg) From Baseline to 52 Weeks, Patients with Early Type 2 Diabetes (Safety Population, Study H9X-MC-GBDC)..........................131

Table 2.7.4.29.   Summary of Appendicitis Events by Treatment in Phase 2 and 3 Studies..........................132

Table 2.7.4.30.   Summary of Cholelithiasis Events by Treatment in Phase 2 and 3 Studies..........................133

Table 2.7.4.31.   Collage of Incidence of Treatment-Emergent Pancreatitis, As Determined by Adjudication, All Postbaseline Observations Including Follow-up (Safety Population, Studies GBCJ, GBCK, GBCZ, GBDN, GBCF, GBDC, GBDA, GBDB, and GBDD)..........................141

Table 2.7.4.32.   Listing of Pancreatitis with Investigator-Reported Pancreatitis or Pancreatitis as Determined by Adjudication in Phase 2 and 3 Clinical Studies (Safety Population, Studies GBCJ, GBCK, GBCZ, GBDN, GBCF, GBDC, GBDA, GBDB, and GBDD)..........................151

Table 2.7.4.33.   Listing of Reference Limits used in Evaluation of Pancreatic Enzymes..........................158

Table 2.7.4.34.   Summary of Repeated Measures Analysis of Pancreatic Enzymes, Observations Through 26 Weeks - Placebo-Controlled Studies With 0.75 mg and 1.5 mg Dulaglutide (Studies GBCF, GBDA, and GBDN) (AS1)..........................163

Table 2.7.4.35.   Summary of Repeated Measures Analysis of Pancreatic Enzymes, All Observations During Planned Treatment Period - Phase 2 and 3 Studies With 0.75 mg and 1.5 mg Dulaglutide (Safety Population, Studies GBCF, GBDA, GBDB, GBDC, GBDD, GBDN) (AS3)..........................167

Table 2.7.4.36.   Summary of Pancreatic Enzymes at Baseline, Last On-Study Visit, and Follow-Up – All Patients with Received Dulaglutide in Phase 2 and 3 Studies (Safety Population, Studies GBCF, GBCJ, GBCK, GBCZ, GBDA, GBDB, GBDC, GBDD, GBDN)..........................168

Table 2.7.4.37.   Summary of Maximum Postbaseline Pancreatic Enzymes - Comparison by Concomitant Antihyperglycemic Medication Postbaseline in Phase 2 and 3 Studies with Dulaglutide 0.75 mg and 1.5 mg – Observations through 26 Weeks (Safety Population, Studies GBCF, GBDA, GBDB, GBDC, GBDD, GBDN)..........................172

(LY2189265)

**2.7.4. summary-clin-safety**                                          **Page 15**

Table 2.7.4.38.    Summary of Maximum Postbaseline Pancreatic Enzymes -
Dulaglutide and Active Comparators in Phase 3 Studies –
Observations through 26 Weeks (Safety Population, Studies GBCF,
GBDA, GBDB, GBDC, GBDD).................................................................175

Table 2.7.4.39.    Summary of Abnormal Postbaseline Pancreatic Enzymes -
Dulaglutide and Active Comparators in Phase 3 Studies – All
Postbaseline Observations Including Follow-up (Safety Population,
Studies GBCF, GBDA, GBDB, GBDC, GBDD).......................................176

Table 2.7.4.40.    Summary and Analysis of Calcitonin Thresholds, Observations
Through 26 Weeks of the Planned Treatment Period – Placebo-
Controlled Studies with 0.75 mg and 1.5 mg Dulaglutide (Safety
Population, Studies GBCF, GBDA, GBDN) (AS1)...................................184

Table 2.7.4.41.    Summary and Analysis of Calcitonin Thresholds, All Observations
in the Planned Treatment Period – Phase 2 and 3 Studies with
0.75 mg and 1.5 mg Dulaglutide (Safety Population, Studies GBCF,
GBDA, GBDB, GBDC, GBDD, GBDN) (AS3).......................................186

Table 2.7.4.42.    Summary of Potentially Clinically Important Calcitonin Values in
Phase 2 and 3 Studies[a,b]........................................................................188

Table 2.7.4.43.    Patients with Postbaseline Calcitonin Greater than or Equal to 35
pg/mL in Phase 2 and 3 Studies (Safety Population, Studies GBCF,
GBCJ, GBCK, GBCZ, GBDA, GBDB, GBDC, GBDD, GBDN)...............190

Table 2.7.4.44.    Collage of Incidence of Treatment-Emergent Thyroid C-Cell Cancer
and Neoplasms, All Observations in Planned Treatment Period and
Safety Follow-Up Period (Safety Population, Studies GBCJ, GBCK,
GBCZ, GBDN, GBCF, GBDC, GBDA, GBDB, and GBDD)....................194

Table 2.7.4.45.    Categories of Hypoglycemia in Integrated Analyses of Phase 2 and 3
Studies by Required Criteria....................................................................201

Table 2.7.4.46.    By-Study Summary of Total, Documented, and Severe
Hypoglycemia (Plasma Glucose Less than or Equal to 70 mg/dL,
Excluding Post-Rescue Visits) – Dulaglutide and Comparator-
Treated Patients in Phase 3 Studies (Safety Population, Studies
GBCF, GBDA, GBDB, GBDC, GBDD).....................................................204

Table 2.7.4.47.    Integrated Summary of Hypoglycemia Episode Incidence, Estimated
Rates, and Odds Ratios by Treatment, Total, Documented
Symptomatic, Asymptomatic, and Severe Hypoglycemia, Plasma
Glucose less than or equal to 70 mg/dL, Excluding Post-Rescue
Visits – All Observations During the Planned Treatment Period
(Safety Population, Studies GBCF, GBDA, GBDB, GBDC).....................208

(LY2189265)

**2.7.4. summary-clin-safety** **Page 77**

**Summary and Analysis of Treatment-Emergent Adverse Events Occurring in at least 5% of Patients during the Planned Treatment Period or While Patients Received Study Drug, All Observations the Planned Treatment Period – Phase 2 and 3 Studies with 0.75 mg and 1.5 mg Dulaglutide (Safety Population, Studies GBCF, GBDA, GBDB, GBDC, GBDD, GBDN) (AS3)**
Note:  Dula_x.x refers to x.x mg dulaglutide once weekly.
Sources:  Table APP.2.7.4.33 (smaea2_5pct_AS3.rtf); Table APP.2.7.4.40 (smaea2_assgndrg_5pct_AS3.rtf); Table APP.2.7.4.41
   (smaea2_assgndrg_2pct_AS3.rtf).

(LY2189265)

Confidential                                                          LLY-GLPMDL-00344867

**2.7.4. summary-clin-safety**                                    **Page 78**

### *2.7.4.2.1.1.2.*        *Treatment-Emergent Adverse Events*

#### 2.7.4.2.1.1.2.1.  Comparison to Placebo (AS1)

Table 2.7.4.13 presents a summary and analysis of TEAEs by descending frequency of PT reported for at least 2% of patients in any treatment group in AS1.

The most frequently reported TEAEs were within the GI disorders SOC with more patients in the all dulaglutide than placebo (36.3% and 21.3%, respectively) group reporting these events (Table APP.2.7.4.34).  The all dulaglutide group had a higher incidence than placebo of the following events:  nausea (16.8% and 5.3%), diarrhea (10.7% and 6.7%), vomiting (9.3% and 2.3%), dyspepsia (4.9% and 2.3%), constipation (3.7% and 0.7%), abdominal distension (2.6% and 0.7%), gastroesophageal reflux disease (GERD) (1.9% and 0.5%), and eructation (1.1% and 0.2%) (Table APP.2.7.4.34).

Within metabolism and nutrition disorders, more all dulaglutide- than placebo-treated patients (6.8% and 1.6%) reported decreased appetite.  In contrast, more patients in the placebo than all dulaglutide (5.3% and 0.6%) group reported hyperglycemia as a TEAE.

The incidence of decreased weight was greater for all dulaglutide- than placebo-treated patients (1.2% and 0.2%).

Within hepatobiliary disorders, the incidence of cholelithiasis was higher for all dulaglutide- than placebo-treated patients (0.7% and 0%).

No other notable differences were observed between all dulaglutide- and placebo-treated patients in AS1.

Dulaglutide 1.5 mg had a higher incidence than placebo of fatigue (3.5% and 1.8%), upper abdominal pain (3.4% and 1.6%), and flatulence (34.4% and 1.4%).  The remaining results of TEAE assessments for dulaglutide 0.75 mg versus placebo (Table APP.2.7.4.36) and dulaglutide 1.5 mg versus placebo (Table APP.2.7.4.35) are consistent with those above for all dulaglutide versus placebo.

Refer to Table APP.2.7.4.49 for more information regarding all TEAEs by descending frequency of PT and Table APP.2.7.4.34 for information on all TEAEs by SOC and descending PT in the planned treatment period in AS1.

(LY2189265)

**2.7.4. summary-clin-safety**                                                                                   **Page 79**

**Table 2.7.4.13.**     **Summary and Analysis of Treatment-Emergent Adverse Events  Occurring in at Least 2% of Patients By Descending Frequency of Preferred Term - Observations Through 26 Weeks of the Planned Treatment Period - Placebo-Controlled Studies With 0.75 mg and 1.5 mg Dulaglutide Groups (Safety Population, Studies GBCF, GBDA, GBDN) (AS1)**

```
Summary and Analysis of Treatment Emergent Adverse Events Occurring in at Least 2% of Patients        Page 1 of 2
By Descending Frequency of Preferred Term                                                             22:00 24MAY2013
```

| Preferred Term | Placebo (N=568) n | (%) | Dula_0.75 (N=836) n | (%) | Dula_1.5 (N=834) n | (%) | All_Dula (N=1670) n | (%) | Odds Ratio*a | Heterogeneity p-value*b | CMH p-value*c |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Patients with >=1 TEAE | 379 ( | 66.7) | 569 ( | 68.1) | 597 ( | 71.6) | 1166 ( | 69.8) | 1.15 | .744 | .235 |
| Nausea | 30 ( | 5.3) | 104 ( | 12.4) | 176 ( | 21.1) | 280 ( | 16.8) | 3.61 | .317 | <.001 |
| Diarrhoea | 38 ( | 6.7) | 74 ( | 8.9) | 105 ( | 12.6) | 179 ( | 10.7) | 1.67 | .964 | .003 |
| Vomiting | 13 ( | 2.3) | 50 ( | 6.0) | 105 ( | 12.6) | 155 ( | 9.3) | 4.37 | .005 | <.001 |
| Nasopharyngitis | 42 ( | 7.4) | 65 ( | 7.8) | 65 ( | 7.8) | 130 ( | 7.8) | 1.06 | .778 | .703 |
| Headache | 40 ( | 7.0) | 50 ( | 6.0) | 67 ( | 8.0) | 117 ( | 7.0) | 0.99 | .820 | .682 |
| Decreased appetite | 9 ( | 1.6) | 41 ( | 4.9) | 72 ( | 8.6) | 113 ( | 6.8) | 4.51 | .797 | <.001 |
| Dyspepsia | 13 ( | 2.3) | 34 ( | 4.1) | 48 ( | 5.8) | 82 ( | 4.9) | 2.20 | .620 | .006 |
| Urinary tract infection | 21 ( | 3.7) | 32 ( | 3.8) | 35 ( | 4.2) | 67 ( | 4.0) | 1.09 | .778 | .754 |
| Back pain | 29 ( | 5.1) | 33 ( | 3.9) | 32 ( | 3.8) | 65 ( | 3.9) | 0.75 | .551 | .223 |
| Upper respiratory tract infection | 20 ( | 3.5) | 33 ( | 3.9) | 30 ( | 3.6) | 63 ( | 3.8) | 1.07 | .047 | .875 |
| Dizziness | 13 ( | 2.3) | 31 ( | 3.7) | 31 ( | 3.7) | 62 ( | 3.7) | 1.65 | .597 | .079 |
| Constipation | 4 ( | 0.7) | 30 ( | 3.6) | 31 ( | 3.7) | 61 ( | 3.7) | 5.35 | .246 | <.001 |
| Fatigue | 10 ( | 1.8) | 22 ( | 2.6) | 29 ( | 3.5) | 51 ( | 3.1) | 1.76 | .716 | .109 |
| Arthralgia | 17 ( | 3.0) | 26 ( | 3.1) | 22 ( | 2.6) | 48 ( | 2.9) | 0.96 | .421 | .906 |
| Abdominal pain upper | 9 ( | 1.6) | 19 ( | 2.3) | 28 ( | 3.4) | 47 ( | 2.8) | 1.80 | .257 | .097 |
| Abdominal distension | 4 ( | 0.7) | 24 ( | 2.9) | 19 ( | 2.3) | 43 ( | 2.6) | 3.73 | .542 | .006 |

```
Abbreviations: CMH = Cochran-Mantel-Haenszel; N = total number of patients in specified treatment arm; n = number of patients with
at least one treatment emergent adverse event; TEAE = treatment emergent adverse event.

Note: Dula_0.75 refers to 0.75 milligrams dulaglutide once weekly and Dula_1.5 refers to 1.5 milligrams dulaglutide once weekly.
All_Dula refers to Dula_0.75 and Dula_1.5 treatment groups combined. Table presents all Preferred Terms occurring in at least 2% of
patients in any treatment group.

*a - Mantel-Haenszel Odds Ratio. All_Dula is numerator, Placebo is denominator.
*b - Heterogeneity of odds ratios across studies was assessed using the Breslow-Day test.
*c - p-values are from Cochran-Mantel-Haenszel (CMH) test comparing All_Dula to Placebo stratified by study.

MedDRA Version 15.0

Program Location:      [Dula_ISS_PRD]:/smaealbypt.sas
Output Location:       [Dula_ISS_PRD]:/tfl_output/safety/smaebypt_2pct_AS1.rtf
Data Location:         [Dula_IDB_PRD]:/data/ads
```

(LY2189265)

**2.7.4. summary-clin-safety**                                      **Page 119**

26 weeks, respectively, in AS6. At each time point, a numerically larger percentage of patients with greatest weight loss compared with those who had less weight loss (or weight gain) reported TEAEs (4 weeks: 66.2% and 45.4%, respectively; 12 to 14 weeks: 75.3% and 56.6%; 26 weeks: 81.8% and 64.6%). As with the overall dulaglutide-treated population, the most frequently reported TEAEs were GI disorders, namely nausea, vomiting, and diarrhea. Gastrointestinal events were reported in a higher proportion of patients in the greatest weight loss group compared with the other weight loss group (for example, 26 weeks: 59.7% and 34.3%). A numerically higher proportion of patients in the greatest weight loss category had decreased appetite at each time point (for example, 26 week: 19.5% and 5.5%).

Table 2.7.4.26 presents adverse events of special interest occurring up to 26 weeks stratified by weight loss group in AS6. The events of special interest reported for patients with greatest weight loss were almost exclusively GI disorders, with the exception of one report of cholelithiasis and one report of acute renal failure (ARF). The profile of events of special interest was similar at the 4-week (Table APP.2.7.4.85) and 12- to -14-week time points (Table APP.2.7.4.86).

**Conclusions Regarding Patients with Greatest Weight Loss**

The 2% of dulaglutide-treated patients in Phase 2 and 3 studies with the greatest weight loss demonstrated a median reduction in body weight of approximately 12% from baseline of 86 kg through 26 weeks. The most common TEAEs experienced by these individuals were primarily GI and decreased appetite, consistent with overall adverse event profile. While these events occurred more frequently in patients with greatest weight loss, these patients did not discontinue early from studies at a notably greater frequency than patients with less weight loss (or weight gain).

(LY2189265)

**2.7.4. summary-clin-safety**                                                                          **Page 120**

**Table 2.7.4.26.**          **Summary of Treatment-Emergent Adverse Events of Special Interest Occurring Up to 26 Weeks Stratified by Greatest Weight Loss - Dulaglutide-Treated Patients in Phase 2 and 3 Studies (Safety Population, Studies GBCF, GBCJ, GBCK, GBCZ, GBDA, GBDB, GBDC, GBDD, GBDN) (AS6)**

```
Summary of Investigator-Reported Treatment-Emergent Adverse Events of Special Interest Through 26 Weeks          10JUN2013 12:06
By Weight Loss Category, Descending Frequency of Preferred Term within System Organ Class
All Phase 2 and 3 Patients who Received Dulaglutide
Safety Population, Studies GBCF, GBCJ, GBCK, GBCZ, GBDA, GBDB, GBDC, GBDD, GBDN
```

|                                          | All_Dula | |
|------------------------------------------|------------------------------|------------------------------|
| System Organ Class<br>  Preferred Term   | Greatest Weight Loss*a<br>(N=77)<br>n     (%) | Not Greatest Weight Loss*a<br>(N=3808)<br>n      (%) |
| Patients with >= 1 TEAE of Special Interest | 40 (51.9)  | 1020 (26.8) |
| Gastrointestinal disorders               | 39 (50.6)  | 984 (25.8)  |
|   Nausea                                 | 28 (36.4)  | 590 (15.5)  |
|   Diarrhoea                              | 16 (20.8)  | 389 (10.2)  |
|   Vomiting                               | 16 (20.8)  | 292 ( 7.7)  |
|   Constipation                          | 8 (10.4)   | 138 ( 3.6)  |
|   Retching                              | 0 ( 0.0)   | 5 ( 0.1)    |
|   Pancreatitis                          | 0 ( 0.0)   | 4 ( 0.1)    |
|   Infrequent bowel movements            | 0 ( 0.0)   | 3 (<0.1)    |
|   Frequent bowel movements              | 0 ( 0.0)   | 1 (<0.1)    |
|   Pancreatic pseudocyst                 | 0 ( 0.0)   | 1 (<0.1)    |
|   Pancreatitis chronic                  | 0 ( 0.0)   | 1 (<0.1)    |
|   Vomiting projectile                   | 0 ( 0.0)   | 1 (<0.1)    |
| Hepatobiliary disorders                 | 1 ( 1.3)   | 17 ( 0.4)   |
|   Cholelithiasis                        | 1 ( 1.3)   | 17 ( 0.4)   |

```
Abbreviations: Dula = dulaglutide; N = total number of patients in specified treatment and category; n = number of patients in
specified category; TEAE = treatment-emergent adverse event.

Note: All_Dula refers to all dulaglutide treatment groups combined. Placebo/Dula patients from GBDA are excluded from this summary.
      There are 41 subjects who do not have a post-baseline weight value at 26 weeks, these have been grouped into the
      Not Greatest Weight Loss category.
*a - The patients with Greatest Weight Loss are those 2% of patients (regardless of treatment) with the greatest percent loss of body
weight from last baseline measurement to the last postbaseline measurement up to 26 weeks.
MedDRA Version 15.0

Program Location:     [Dula_ISS_prd]:/msiaewt2.sas
Output Location:      [Dula_ISS_prd]:/tfl_output/safety/sm_phychar_wgt_si_as6.rtf
Data Location:        [Dula_IDB_prd]:/data/ads/subjinfo.sas7bdat, vitals.sas7bdat, visit.sas7bdat, events.sas7bdat
```

(LY2189265)

Confidential                                                                          LLY-GLPMDL-00344910

**2.7.4. summary-clin-safety**                                                      **Page 121**

Summary of Investigator-Reported Treatment-Emergent Adverse Events of Special Interest Through 26 Weeks          10JUN2013 12:06
By Weight Loss Category, Descending Frequency of Preferred Term within System Organ Class
All Phase 2 and 3 Patients who Received Dulaglutide
Safety Population, Studies GBCF, GBCJ, GBCK, GBCZ, GBDA, GBDB, GBDC, GBDD, GBDN

| | All_Dula | |
|---|---|---|
| System Organ Class | Greatest Weight Loss*a (N=77) | Not Greatest Weight Loss*a (N=3808) |
| Preferred Term | n     (%) | n     (%) |
| Injury, poisoning and procedural complications | 0 ( 0.0) | 2 (<0.1) |
|     Post procedural diarrhoea | 0 ( 0.0) | 1 (<0.1) |
|     Procedural nausea | 0 ( 0.0) | 1 (<0.1) |
| Metabolism and nutrition disorders | 0 ( 0.0) | 36 ( 0.9) |
|     Hyperglycaemia | 0 ( 0.0) | 22 ( 0.6) |
|     Hypoglycaemia | 0 ( 0.0) | 14 ( 0.4) |
| Renal and urinary disorders | 1 ( 1.3) | 4 ( 0.1) |
|     Renal failure | 0 ( 0.0) | 2 (<0.1) |
|     Renal impairment | 0 ( 0.0) | 2 (<0.1) |
|     Renal failure acute | 1 ( 1.3) | 0 ( 0.0) |

Abbreviations: Dula = dulaglutide; N = total number of patients in specified treatment and category; n = number of patients in specified category; TEAE = treatment-emergent adverse event.

Note: All_Dula refers to all dulaglutide treatment groups combined. Placebo/Dula patients from GBDA are excluded from this summary.
     There are 41 subjects who do not have a post-baseline weight value at 26 weeks, these have been grouped into the
     Not Greatest Weight Loss category.
*a - The patients with Greatest Weight Loss are those 2% of patients (regardless of treatment) with the greatest percent loss of body
weight from last baseline measurement to the last postbaseline measurement up to 26 weeks.
MedDRA Version 15.0

Program Location:    [Dula_ISS_prd]:/msiaewt2.sas
Output Location:     [Dula_ISS_prd]:/tfl_output/safety/sm_phychar_wgt_si_as6.rtf
Data Location:       [Dula_IDB_prd]:/data/ads/subjinfo.sas7bdat, vitals.sas7bdat, visit.sas7bdat, events.sas7bdat

(LY2189265)

                                                      LLY-GLPMDL-00344911

## 2.7.4.4.2. *Special Safety Topics*

The following subsections detail analyses performed to examine topics of special interest regarding safety with dulaglutide treatment. The topics are considered special safety topics of interest based primarily on observed events within animals or patients who received doses of dulaglutide or other GLP-1 receptor agonists (for example, GI events, pancreatitis, thyroid neoplasms, hypersensitivity and/or immunogenicity). Other topics of interest are specific to the T2DM population (CV safety) and glucose-lowering effects of antihyperglycemic medications (hypoglycemia) while other topics focus on general safety (renal safety, hepatic safety, malignancy).

### 2.7.4.4.2.1.          Overall and Specific Gastrointestinal Tolerability

Gastrointestinal events are the most common TEAEs associated with the use of GLP-1 receptor agonists. With other GLP-1 receptor agonists, these events typically have an early onset, are mild or moderate in severity, and decrease in frequency with continued treatment (for example, Aroda and Ratner 2011; EMEA 2012b [WWW]). The occurrence of GI events may reflect the known action of GLP-1 to delay gastric emptying and decrease GI motility (Baggio and Drucker 2004). Dulaglutide delays gastric emptying, with this effect being most notable following the first dose and diminishing with subsequent doses (Studies H9X-MC-GBCD [GBCD], H9X-MC-GBCH [GBCH], and H9X-EW-GBDM [GBDM], Section 2.7.2.3.2.6, Summary of Clinical Pharmacology).

The GI events profile for dulaglutide is characterized for events including nausea and vomiting based on incidence, severity, time course, onset time, and relationship to discontinuation of treatment. To assess for drug and dose effects more broadly, specific adverse event medical queries were performed for groups of events frequently reported with GLP-1 receptor agonist treatments (for example, nausea and vomiting symptoms, diarrhea, abdominal pain, and hypomotility disorders), events indicating general GI tolerability concerns (for example, nausea, vomiting, and diarrhea), and events reflecting possible GI mechanisms that could mediate GI tolerability (abnormality of GI motility due to central nervous system disorder, peripheral autonomic disorder, or direct effect on the GI system). Comparisons of GI events between dulaglutide and active comparators, metformin and exenatide BID from Studies GBDC and GBDA, respectively, are also presented. This section describes unique GI events or patterns of events observed in the clinical program that could suggest a clinical concern.

#### 2.7.4.4.2.1.1. *Incidence of Gastrointestinal Adverse Events*

As discussed in Section 2.7.4.2.1.1.2, the most common adverse events with dulaglutide in Phase 2 and 3 studies were generally GI in nature, namely nausea, vomiting, and diarrhea, and, to a lesser extent constipation and abdominal pain. The all dulaglutide group had a higher incidence of GI events than the placebo group through 26 weeks of therapy (36.3% and 21.3%, respectively) (AS1; Table 2.7.4.11). Gastrointestinal events were dose dependent with a higher incidence of GI events reported for patients treated with dulaglutide 1.5 mg than dulaglutide 0.75 mg through full duration of therapy up to 104 weeks (43.9% and 34.5%, respectively) (AS3; Table 2.7.4.12). This dose difference is largely attributable to higher incidences of nausea,

(LY2189265)

(Table 2.7.4.27). These differences were primarily related to the proportions of patients reporting nausea, vomiting, and dyspepsia. Differences in the incidence of GI TEAEs did not result in a difference in adverse event-related discontinuation rates between treatments (GBDA CSR, Section 12.3.3.1). These results indicate that dulaglutide 1.5 mg has a GI profile similar to that of exenatide BID.

**Table 2.7.4.27.** **Summary of Gastrointestinal Treatment-Emergent Adverse Events Occurring in at Least 2% of Patient Receiving Exenatide Twice Daily or Dulaglutide (0.75 and 1.5 mg) From Baseline to 52 Weeks, Patients Receiving Metformin Plus Pioglitazone as Concomitant Therapy (Safety Population, Study H9X-MC-GBDA)**

| Preferred Term | Number (%) of TEAEs | | |
| --- | --- | --- | --- |
| | Exenatide BID (N=276) | Dula_0.75 (N=280) | Dula_1.5 (N=279) |
| Patients with ≥1 TEAE in Gastrointestinal Disorders SOC | 128 (46.4) | 94 (33.6) #,+ | 142 (50.9) |
| Nausea | 77 (27.9) | 47 (16.8) #,+ | 81 (29.0) |
| Vomiting | 33 (12.0) | 17 (6.1) #,+ | 47 (16.8) |
| Diarrhoea | 21 (7.6) | 26 (9.3) | 36 (12.9) |
| Constipation | 5 (1.8) | 5 (1.8) + | 16 (5.7) # |
| Dyspepsia | 20 (7.2) | 6 (2.1) #,+ | 23 (8.2) |
| Flatulence | 7 (2.5) | 3 (1.1) + | 16 (5.7) |
| Abdominal pain | 5 (1.8) | 4 (1.4) | 7 (2.5) |
| Abdominal pain upper | 8 (2.9) | 6 (2.1) | 8 (2.9) |
| Gastrooesophageal reflux disease | 7 (2.5) | 6 (2.1) | 6 (2.2) |
| Abdominal discomfort | 5 (1.8) | 7 (2.5) | 12 (4.3) |

Abbreviations:  BID = twice daily; Dula = dulaglutide; N = number of patients in specified treatment group; SOC = System Organ Class; TEAE = treatment-emergent adverse event.

Note:  Dula_x.x refers to x.x mg dulaglutide once weekly. Study design also included a placebo/dulaglutide treatment arm (placebo administered for 6 months after which time patients were randomly assigned to dulaglutide 1.5 mg or dulaglutide 0.75 mg for 6 months) that is not presented.

#p<0.05 dulaglutide 0.75 mg or 1.5 mg compared to exenatide.

+p<0.05 dulaglutide 1.5 mg compared to dulaglutide 0.75 mg.

MedDRA version 15.0.

Source:  GBDA CSR Table GBDA.14.86 (smteaa21.rtf).

Study GBDC compared the safety and efficacy of dulaglutide 1.5 mg and 0.75 mg versus metformin as monotherapy in patients with early T2DM. Patients enrolled in the study may have been treatment naïve, treated with diet and exercise alone, or treated with ≤50% of the maximum recommended dose of a single OAM (excluding TZDs), which was to be stopped approximately 2 weeks prior to randomization. Study treatment with metformin was started at 500 mg/day and titrated up on a weekly basis to achieve ≥1500 mg/day dosing by 4 weeks. Metformin doses, as tolerated, were to remain stable throughout the treatment period. The mean dose of metformin was approximately 1900 mg at the end of the 52-week treatment period (GBDC CSR, Section 11.2.1). Thus, this is an ideal study with which to evaluate the GI tolerability of

(LY2189265)

LLY-GLPMDL-00344920

dulaglutide alone in comparison to metformin, a commonly used first-line oral antihyperglycemic agent.

The adverse event profile for metformin in Study GBDC was consistent with what is reported in the metformin product label (GLUCOPHAGE® product information 2009 [WWW]). The incidence of most GI events was not significantly different for either dulaglutide dose compared with metformin, though dulaglutide 0.75 mg was associated with a lower numerical incidence of nausea and diarrhea. Both dulaglutide doses had a significantly higher incidence of constipation than metformin (Table 2.7.4.28). These data suggest that the GI tolerability of the dulaglutide 1.5 mg dose is similar overall to that of metformin.

**Table 2.7.4.28.**   **Summary of Gastrointestinal Treatment-Emergent Adverse Events Occurring in at Least 2% of Patients Receiving Metformin or Dulaglutide (0.75 or 1.5 mg) From Baseline to 52 Weeks, Patients with Early Type 2 Diabetes (Safety Population, Study H9X-MC-GBDC)**

| Preferred Term | Number (%) of TEAEs | | |
| --- | --- | --- | --- |
| | Metformin (N=268) | Dula 0.75 (N=270) | Dula 1.5 (N=269) |
| Patients with ≥1 TEAE in Gastrointestinal Disorders SOC | 92 (34.3) | 80 (29.6) | 103 (38.3) |
| Nausea | 43 (16.0) | 31 (11.5) + | 53 (19.7) |
| Vomiting | 13 (4.9) | 20 (7.4) | 26 (9.7) |
| Diarrhoea | 37 (13.8) | 21 (7.8) | 30 (11.2) |
| Constipation | 3 (1.1) | 13 (4.8) # | 18 (6.7) # |
| Abdominal distension | 10 (3.7) | 13 (4.8) | 13 (4.8) |
| Dyspepsia | 6 (2.2) | 8 (3.0) | 12 (4.5) |
| Abdominal pain | 7 (2.6) | 10 (3.7) | 10 (3.7) |
| Abdominal pain upper | 8 (3.0) | 7 (2.6) | 10 (3.7) |

Abbreviations:  Dula = dulaglutide; N = number of patients in specified treatment group; SOC = System Organ Class; TEAE = treatment-emergent adverse event.
Note:  Dula_x.x refers to x.x mg dulaglutide once weekly.
#p<0.05 dulaglutide treatment group compared to metformin.
+p<0.05 dulaglutide 1.5 mg compared to dulaglutide 0.75 mg.
MedDRA version 15.0.
Source:  GBDC CSR Table 14.158 (smteac12.rtf).

### 2.7.4.4.2.1.5.   *Potentially Clinically Important Gastrointestinal Events*

Early in clinical development, Lilly observed a potential imbalance in the reporting of cholelithiasis in Study GBDN among dulaglutide and other comparator groups, and therefore followed this event carefully throughout the clinical development program; the final assessment is provided below. In addition, during clinical development, a cluster of acute appendicitis cases (initially reported only in Study GBDA) prompted careful review of these cases. Lilly has recently become aware of a regulatory interest in the occurrence of GI stenosis and obstruction in

(LY2189265)

**2.7.4. summary-clin-safety** **Page 132**

patients with diabetes being treated with GLP-1 receptor agonists. A review of these types of events in the dulaglutide clinical program therefore was also performed.

### 2.7.4.4.2.1.5.1. Appendicitis

Ten cases of appendicitis were reported for patients treated with either exenatide BID, insulin glargine, or dulaglutide during Phase 2 and 3 studies in the dulaglutide development program (Table 2.7.4.29). Five of the events were reported in Study GBDA (Table APP.2.7.4.109). There were no reports of appendicitis with placebo, metformin, or sitagliptin.

**Table 2.7.4.29.      Summary of Appendicitis Events by Treatment in Phase 2 and 3 Studies**

| Study Treatment | N | n | % | Patient-Years | n/1000 patient-years |
|---|---|---|---|---|---|
| Placebo | 703 | 0 | 0 | 283.9 | 0 |
| Metformin | 268 | 0 | 0 | 226.7 | 0 |
| Sitagliptin | 439 | 0 | 0 | 637.3 | 0 |
| Exenatide BID | 276 | 1 | 0.4 | 236.3 | 4.23 |
| Insulin glargine | 558 | 1 | 0.2 | 621.2 | 1.61 |
| Dula_0.75 | 1765 | 4 | 0.2 | 1724.2 | 2.32 |
| Dula_1.5 | 1762 | 4 | 0.2 | 1689.1 | 2.37 |

Abbreviations:  BID = twice daily; Dula = dulaglutide; N = total number of patients in specified treatment and category; n = number of patients in specified category.
Note:  Dula_x.x refers to x.x mg dulaglutide once weekly.
Sources: Table APP.2.7.4.106 (co_appendicitis.rtf), Table 2.7.4.4 (sm_exposure.rtf).

The exposure-adjusted rate of appendicitis in the Phase 2 and 3 program was similar for dulaglutide 0.75 mg (2.32 events/1000 patient-years) and 1.5 mg (2.37 events/1000 patient-years).

An additional case of appendicitis was reported in a patient who received dulaglutide 1.5 mg in a clinical pharmacology study (Section 2.7.4.5.10.5.3).

Table APP.2.7.4.109 lists the cases of appendicitis reported in the dulaglutide clinical program. All diagnoses of appendicitis were confirmed during appendectomy. There were no confounding or unusual features noted except for concurrent tubo-ovarian abscess in Patient GBCF-0205-4227 (dulaglutide 1.5 mg). Consistent with the known epidemiology of acute appendicitis, 8 of 10 cases occurred during months with warm weather and most events occurred in males (Addiss et al. 1990). Concurrent or preceding constipation was noted in 2 patients (GBDA-0302-7208, dulaglutide 0.75 mg; GBDA-007-0329, dulaglutide 0.75 mg).

These data do not suggest an increased risk of appendicitis in patients treated with dulaglutide.

More information on cases of appendicitis can be found within the SAE section of the Table of Significant and Notable Patients (Section 5.3.5.3).

### 2.7.4.4.2.1.5.2. Cholelithiasis

Thirty-eight patients reported cholelithiasis across the Phase 2 and 3 studies (Table 2.7.4.30).

(LY2189265)

**Table 2.7.4.30.**         **Summary of Cholelithiasis Events by Treatment in Phase 2 and 3 Studies**

| Study Treatment | N | n | % | Patient-Years | n/1000 patient-years |
|---|---|---|---|---|---|
| Placebo | 703 | 1 | 0.1 | 283.9 | 3.52 |
| Metformin | 268 | 2 | 0.7 | 226.7 | 8.82 |
| Sitagliptin | 439 | 5 | 1.1 | 637.3 | 7.84 |
| Exenatide BID | 276 | 0 | 0 | 236.3 | 0 |
| Insulin glargine | 558 | 4 | 0.7 | 621.2 | 6.44 |
| Dula_0.75 | 1765 | 15 | 0.8 | 1724.2 | 8.70 |
| Dula_1.5 | 1762 | 13 | 0.7 | 1689.1 | 7.70 |

Abbreviations:  BID = twice daily; Dula = dulaglutide; N = total number of patients in specified treatment and category; n = number of patients in specified category.
Note:  Dula_x.x refers to x.x mg dulaglutide once weekly.
Sources:  Table APP.2.7.4.107 (co_cholelithiasis.rtf), Table 2.7.4.4 (sm_exposure.rtf).


The exposure-adjusted rate of cholelithiasis was similar for dulaglutide 0.75 mg (8.70 events/1000 patient-years) and 1.5 mg (7.70 events/1000 patient-years).

These data do not suggest an increased risk of cholelithiasis in patients treated with dulaglutide.

### 2.7.4.4.2.1.5.3.  Gastrointestinal Obstruction
An analysis of events included in the MedDRA High Level Group Term of Gastrointestinal Stenosis and Obstruction was conducted.

Fifteen patients reported events included in the MedDRA High Level Group Term of Gastrointestinal Stenosis and Obstruction during the planned treatment periods in Phase 2 and 3 studies (Table APP.2.7.4.108).  A total of 8 patients reported GI obstruction in these studies (metformin:  1 [0.4%]; insulin glargine:  2 [0.6%]; exenatide BID:  1 [0.4%]; dulaglutide 0.75 mg:  2 [0.6%]; dulaglutide 1.5 mg:  2 [0.6%]).  No GI obstruction events were reported for placebo, sitagliptin, or for dulaglutide doses other than 0.75 mg and 1.5 mg.  The incidence of GI obstruction events was similarly distributed across the active comparators and dulaglutide 0.75 mg and 1.5 mg groups, with no suggestion of a dose relationship.

These data do not suggest an increased risk of GI obstruction in patients treated with dulaglutide.

### 2.7.4.4.2.1.6.   *Gastrointestinal Tolerability Conclusions*
The analyses above demonstrate that the most common adverse events with dulaglutide treatment are GI in nature, namely nausea, vomiting, and diarrhea and, to a lesser extent, constipation and abdominal pain.  Key conclusions related to GI tolerability with dulaglutide in Phase 2 and 3 studies follow:

- Gastrointestinal tolerability was dose dependent, with a greater overall incidence of events reported with dulaglutide 1.5 mg than with 0.75 mg.

- Gastrointestinal events, typically mild or moderate in severity, led to discontinuation of study drug or discontinuation from study in <5% of dulaglutide 0.75 mg- and 1.5 mg-treated patients.

(LY2189265)

- The onset of nausea peaked during the first 2 weeks of dulaglutide treatment and rapidly declines. By 4 to 6 weeks of dulaglutide treatment, the onset of nausea was <2%, similar to placebo, and remained at that incidence or lower through the remainder of observation. Vomiting followed a similar pattern, with a lower incidence over time.

- In a head-to-head comparison, dulaglutide 1.5 mg had a GI profile similar to that of exenatide BID.

- In a head-to-head comparison, dulaglutide 1.5 mg had a GI profile similar to that of metformin, albeit with a higher incidence of vomiting.

- Exposure-response models suggest that initiating treatment with dulaglutide 0.75 mg may ameliorate some initial nausea and vomiting compared to initiation with dulaglutide 1.5 mg, but the improvements would likely be isolated to receipt of the first dose only and would likely lead to a delay in development of tolerance. These modeled data are consistent with the clinical findings in Study GBCJ that dose titration did not significantly reduce overall GI adverse events

- Events of appendicitis and cholelithiasis were observed in the dulaglutide program. These data do not suggest an increased risk of these events with dulaglutide treatment.

- There was no evidence of increased GI obstruction or stenosis with dulaglutide treatment.

These results are consistent with the GI profile of the GLP-1 receptor agonist class. Based on exposure-response models, dose titration for dulaglutide is not warranted, and treatment may be initiated with dulaglutide 1.5 mg once weekly.

### 2.7.4.4.2.2.    Exocrine Pancreas Safety

Acute pancreatitis has been described in patients treated with GLP-1 receptor agonists and dipeptidyl peptidase 4 (DPP-4) inhibitors, mainly through spontaneous postmarketing reports and retrospective literature reports (Ahmad and Swann 2008; Dore et al. 2009; Byetta product information 2013 [WWW]; Januvia product information 2013 [WWW]; Victoza product information 2013 [WWW]). Retrospective clinical reporting and meta analyses have been inconsistent as some reports indicate an association of these agents with pancreatitis and/or pancreatic cancer (Elashoff et al. 2011; Butler et al. 2013; Singh et al. 2013) while other reports have failed to identify an association (Dore et al. 2009; Garg et al. 2010). Interpretation of these reports is complicated by their retrospective nature and also by the fact that T2DM itself is associated with a higher risk of pancreatitis in comparison to the general population (Keech et al. 2005; Noel et al. 2009; Girman et al. 2010). The totality of clinical and nonclinical evidence indicates that reports of pancreatic adverse events, including pancreatitis, with GLP-1 receptor agonists needs to be interpreted with caution (CHMP 2013; Hummer 2013; Iyasu 2013).

### *2.7.4.4.2.2.1.    Nonclinical Observations with GLP-1 Receptor Agonists*

The important biological actions of GLP-1 are mediated in mammals via the GLP-1 receptor, of which only a single subtype has been discovered to date. Within the pancreas, GLP-1 receptor

(LY2189265)

Confidential                                                          LLY-GLPMDL-00344924