# EXHIBIT 260D

*Lilly*

www.lilly.com

Eli Lilly and Company
Lilly Corporate Center
Indianapolis, Indiana 46285
U.S.A.

**September 17, 2013**

Food and Drug Administration                    **Original Biologics License Application**
Center for Drug Evaluation and Research
Office of Drug Evaluation II
Division of Metabolism and Endocrinology Products

**Re:  BLA125469 LY2189265 Dulaglutide (Long-Acting GLP-1 Analog) Diabetes; eCTD Sequence No. 0000**

Eli Lilly and Company is submitting the BLA 125469 for FDA review under 21 CFR 601.2. The content of this BLA is aligned with the stated agreements from the previous Pre-BLA meeting conducted under IND 70,930, including the agreement that this application is complete as proposed.  To facilitate the review process, Lilly is providing the details on the CTD location of the specific information to address these agreements in the *Note To Reviewer* in Module 1. In addition, Lilly has provided a Request for *Proprietary Name Review* in Module 1.12.4. We are requesting full approval of the proprietary name as part of the BLA.  We would like to thank the FDA review team in advance for their consideration of this application.

This submission, sent via the FDA Electronic Submissions Gateway, has been scanned for viruses using an up-to-date version of the Symantec AntiVirus software.  For electronic submission technical questions, please contact Nancy Tipton at                     or

Please contact me at                     if you require additional information or if there are any questions. Alternatively, you may contact Dr. Susan Sutton, PhD, Consultant, Global Regulatory Affairs – US at           . or Dr. Elizabeth Bearby, PharmD., Sr. Director, Global Regulatory Affairs at

Sincerely,

ELI LILLY AND COMPANY

Kenneth F. Mace.PhD

Digitally signed by Kenneth F. Mace PhD
DN: c=US, o=SAFE-Biopharma,
ou=60f7b6a7b5a2b937a1b99d534850205
3d7118d45, cn=Kenneth F. Mace.PhD
Reason: I intend this signature to be
legally binding per my executed SAFE user
agreement.
Date: 2013.09.16 11:47:22 -04'00'

Kenneth F. Mace,  PhD
Regulatory Advisor
Global Regulatory Affairs – US

This communication contains trade secrets and/or confidential commercial information of Eli Lilly and Company that the company considers to be exempt from disclosure under exemption 4 of the Freedom of Information Act.

Answers that matter.

Confidential

LLY-GLPMDL-00422791