# EXHIBIT 261D



14 November 2017

**Eli Lilly and Company**

Lilly Corporate Center
Indianapolis, Indiana 46285
U.S.A.
+1.317.276.2000
www.lilly.com

Food and Drug Administration
Center for Drug Evaluation and Research
Division of Metabolism and Endocrinology Products

## ANNUAL REPORT: POSTMARKETING REQUIREMENTS AND COMMITMENTS

**Re:  LY2189265; BLA 125469 Trulicity; Sequence No. 0302**

Enclosed for submission to the above-referenced BLA are the following documents:

- Annual Report: Postmarketing Commitments

This submission, sent via the FDA Electronic Submissions Gateway, has been scanned for viruses using an up-to-date version of the Symantec AntiVirus software.  For electronic submission technical questions, please contact Vickie Bushard at ▮▮▮▮▮▮▮▮▮▮▮▮

For additional information or if there are any questions, please contact Dr. Ingrid Hensley, PhD, Consultant, Global Regulatory Affairs-US at ▮▮▮▮▮▮▮▮▮▮▮▮
Alternatively, you may contact Dr. Kenneth Mace, PhD, Advisor, Global Regulatory Affairs-US at ▮▮▮▮▮▮

Sincerely,

## ELI LILLY AND COMPANY

SAFE-BioPharma™

SAFE-BioPharma Association

Digitally signed by INGRID HENSLEY
DN: c=US, o=Eli Lilly, ou=6977c2b0-dfa9-4664-
b4b3-c94776bec8b5, cn=INGRID HENSLEY
Reason: I intend this signature to be legally
binding per my executed SAFE user agreement
Date: 2017.11.14 10:27:36 -05'00'
Adobe Acrobat DC version: 2015.006.30243

Ingrid Hensley, PhD
Consultant
Global Regulatory Affairs – US

This communication contains trade secrets and/or confidential commercial information of Eli Lilly and Company that the company considers to be exempt from disclosure under exemption 4 of the Freedom of Information Act.

Confidential