# EXHIBIT 264D

**Department of Health and Human Services**
**Public Health Service**
**Food and Drug Administration**
**Center for Drug Evaluation and Research**
**Office of Surveillance and Epidemiology (OSE)**
**Office of Pharmacovigilance and Epidemiology (OPE)**

**Pharmacovigilance Review**

**Date:** February 25, 2022

**Reviewers:** Christine E. Chamberlain, PharmD, BCPS, CDCES
Safety Evaluator, Division of Pharmacovigilance-I (DPV-I)

Ali Niak, MD
Medical Officer, DPV-I

Po-Yin Chang, PhD
Epidemiologist, Division of Epidemiology – I (DEPI-I)

**Team Leaders:** Daniel Woronow, MD, FACC
Acting Team Leader, DPV-I

Yandong Qiang, MD, PhD, MPH, MHS
Team Leader, DEPI-I

**Associate Director, OPE/OSE:** Mark Avigan, MD, CM, FAASLD

**Division Directors:** Cindy Kortepeter, PharmD, Division Director, DPV-I

Wei Hua, MD, PhD, MHS, MS
Acting Deputy Division Director, DEPI-I

**Product Names, Application Type/Number, Applicant:**

| Drug Name | Active Ingredient(s) | NDA/ BLA | Applicant |
|---|---|---|---|
| Byetta | Exenatide synthetic | 021773 | AstraZeneca AB |
| Byetta | Exenatide synthetic | 021919 | Amylin |
| Bydureon | Exenatide synthetic, extended release | 022200 | AstraZeneca AB |
| Bydureon BCise | Exenatide synthetic, extended release | 209210 | AstraZeneca AB |
| Victoza | Liraglutide recombinant | 022341 | Novo Nordisk Inc |
| Saxenda | Liraglutide recombinant | 206321 | Novo Nordisk Inc |
| Xultophy 100/3.6 | Insulin degludec, liraglutide | 208583 | Novo Nordisk Inc |
| Tanzeum | Albiglutide | 125431 | GlaxoSmithKline |
| Trulicity | Dulaglutide | 125469 | Eli Lilly and Co |
| Adlyxin | Lixisenatide | 208471 | Sanofi-Aventis US |

Novo_GLP_MDL_004636775

| Soliqua 100/33 | Insulin glargine, lixisenatide | 208673 | Sanofi-Aventis US |
| Ozempic | Semaglutide | 209637 | Novo Nordisk Inc |
| Rybelsus | Semaglutide | 213051 | Novo Nordisk Inc |
| Wegovy | Semaglutide | 215256 | Novo Nordisk |

**Subject:**              Acute Cholecystitis

**SS ID #:**             1004527

**Acknowledgements:** We acknowledge Christian Cao, MPAS, PA-C, Cross-Discipline Safety Advisor, OPE for valuable assistance in this review.

Novo_GLP_MDL_004636776

## TABLE OF CONTENTS

1    Introduction .......................................................................................................... 3
   1.1   Background ...................................................................................................... 3
   1.2   Regulatory History ........................................................................................ 5
   1.3   Relevant Product Labeling ............................................................................ 7
2    Methods and Materials ........................................................................................ 8
   2.1   Case Definition and Selection Criteria ......................................................... 8
   2.2   Causality Criteria .......................................................................................... 9
   2.3   FAERS Search Strategy ............................................................................... 10
   2.4   Literature Search Strategy ........................................................................... 12
   2.5   Periodic Safety Reports .............................................................................. 13
3    Results ................................................................................................................ 13
   3.1   FAERS Case Selection ................................................................................ 13
   3.2   Literature Search ......................................................................................... 19
   3.3   Periodic Safety Reports .............................................................................. 22
4    Discussion .......................................................................................................... 23
5    Conclusion ......................................................................................................... 27
6    Recommendations .............................................................................................. 27
7    References .......................................................................................................... 27
8    Appendices ......................................................................................................... 30
   8.1   Appendix A.  FDA Adverse Event Reporting System (FAERS) ................... 30
   8.2   Appendix B.  Summary Table and Example Excerpts Containing Language Regarding Biliary Adverse Events from GLP-1 Receptor Agonist Labeling ........................................... 31
   8.3   Appendix C.  Products with a Gallbladder Disease Related Term in Warnings and Precautions ....................................................................................... 35
   8.4   Appendix D.  FAERS Line Listing of Acute Cholecystitis with GLP-1 Receptor Agonists Case Series ................................................................................ 36
   8.5   Appendix E.  Study Results from Faillie et al .............................................. 38

Reference ID: 4943840

Novo_GLP_MDL_004636777

**EXECUTIVE SUMMARY**

The purpose of this Pharmacovigilance (PV) Review is for the Division of Pharmacovigilance-I (DPV-I) to provide to the Division of Diabetes, Lipid Disorders, and Obesity (DDLO) an evaluation of cases of acute cholecystitis associated with glucagon-like peptide-1 receptor agonists (GLP-1 RAs), without labeling for acute cholecystitis in Warnings and Precautions (WP), from the FDA Adverse Event Reporting System (FAERS) database and medical literature. Dulaglutide, exenatide immediate release (IR), lixisenatide and semaglutide for type 2 diabetes mellitus (T2DM) indication are the focus of this review because they do not contain labeling for acute cholecystitis in WP. Information from this PV review will inform DDLO if labeling for GLP-1 RAs should be updated with new safety information to achieve consistency in product labels across members of this class of agents regarding acute cholecystitis and complications of gallstone disease.

There are 36 postmarketing cases and one medical literature case report to support a possible association of acute cholecystitis with dulaglutide, exenatide IR, semaglutide, and lixisenatide. The FAERS cases reported a temporal relationship and approximately half of the cases occurred within three months of initiation of a GLP-1 RA. Acute cholecystitis is prevalent in women over 40 years of age and our case series is notable for an almost equivalent sex distribution, thereby suggesting an association with GLP-1 RA use and not background gallbladder disease. Most patients received a cholecystectomy as treatment, thus limiting assessment of a dechallenge. Causality was assessed as possible in all cases within our case series because of contributing comorbidities (diabetes, hyperlipidemia, and overweight/obesity) inherent in this population. Some FAERS cases reported serious complications such as pancreatitis, elevated liver enzymes and liver necrosis.

There is biological plausibility and replication of effect among the GLP-1 RA drug class because several products have been reported to inhibit cholecystokinin (CCK) induced gallbladder function. CCK and various CCK receptors are responsible for bile acid release and gallbladder contraction. There are studies with three GLP-1 RAs that support CCK inhibition as a biological mechanism causing decreased gallbladder emptying or prolonging the time to achieve maximum gallbladder emptying. Other GLP-1 RA products such as Victoza, Saxenda, Xultophy, Bydureon and Wegovy have acute cholecystitis in the WP section of labeling based on clinical trial results.

Additionally, GLP-1 RA can cause weight loss, and rapid weight loss can trigger gallstone formation and contribute to the development of acute cholecystitis. We identified nine cases in our case series reporting rapid weight loss. Furthermore, there is clinical trial data with liraglutide and semaglutide for weight management showing an increased incidence of acute gallbladder disease in patients receiving a GLP-1 RA compared to placebo, after adjusting for the degree of weight loss.

On January 24, 2022, DPV-I met with DDLO and DEPI and the participants stated the evidence presented supports labeling for cholecystitis for the class of GLP-1 RA products, and that DDLO will determine the location informing of this risk within either Warnings and Precautions or Adverse Reactions Postmarketing Experience for GLP-1 RA products that are not already labeled in accordance with DDLO's pending determination of this labeling decision.

1

Reference ID: 4943880

DPV-I concludes that there are FAERS cases of acute cholecystitis resulting in cholecystectomy with evidence to support an association with use of most FDA-approved GLP-1 RA products indicated for T2DM. (The safety issue appears in the WP section of product labeling of Wegovy and Saxenda, approved for weight management). Rybelsus, an oral GLP-1 RA, did not have postmarketing reports; however, we suspect there is also a risk with this drug based on similar mechanism of action.

Based on this review, DPV-I recommends the following:

- Addition of language regarding acute cholecystitis and cholecystectomy to the Adverse Reactions, Postmarketing Experience section of the dulaglutide, exenatide, lixisenatide and semaglutide product labeling as shown below.
  *Hepatobiliary: cholecystitis, cholecystectomy*
- DDLO to make the determination on class labeling and location in labeling for risk of acute cholecystitis with the class of GLP-1 RA products.

2

Reference ID: 4943840

Novo_GLP_MDL_004636779

## 1    INTRODUCTION

The purpose of this Pharmacovigilance (PV) Review is for the Division of Pharmacovigilance-I (DPV-I) to provide to the Division of Diabetes, Lipid Disorders, and Obesity (DDLO) an evaluation of cases of acute cholecystitis associated with glucagon-like peptide-1 receptor agonists (GLP-1 RAs), without labeling for acute cholecystitis in Warnings and Precautions (WP), from the FDA Adverse Event Reporting System (FAERS) database and medical literature. Dulaglutide, exenatide immediate release (IR), lixisenatide and semaglutide for type 2 diabetes mellitus (T2DM) indication are the focus of this review because they do not contain labeling for acute cholecystitis in WP. Information from this PV review will inform DDLO if labeling for GLP-1 RAs should be updated with new safety information to achieve consistency in product labels across members of this class of agents regarding acute cholecystitis and complications of gallstone disease.

The safety signal was identified during a Newly Identified Safety Signal (NISS) meeting for drug-induced liver injury (DILI) with GLP-1 RA products (SSID 1004209). During initial screening of FAERS reports, several were identified in which cholelithiasis or biliary sludge was reported, or the patient's clinical presentation was consistent with acute gallbladder disease without evidence of cholelithiasis on imaging. A few of these cases were further reviewed by Dr. Mark Avigan, a hepatologist within the Office of Surveillance and Epidemiology (OSE) with an expertise in DILI, who determined that the cases may reflect exacerbation of an underlying susceptibility in individuals already prone to sludge and gallstones due to known exposure-related pharmacological effects of some GLP-1 RAs on gallbladder motility and cholecystokinin (CCK) secretion, and that the contribution of transient gallstones or biliary sludge to the development of liver injury in these cases could not be definitively excluded. In discussion with the review team, it was agreed that DPV-I would exclude FAERS reports that were confounded by acute gallbladder disease for the DILI review and further investigate the potential safety issue with GLP-1 RAs as a separate NISS (SSID 1004527), which was opened on June 29, 2021.

### 1.1    BACKGROUND

**<u>Cholelithiasis and Acute Cholecystitis</u>**
Gallstones (cholelithiasis), primarily cholesterol stones, are highly prevalent in Western populations, and in the U.S., are present in 9% of women and 6% of men.[1] Diabetes, obesity, hyperlipidemia, and advanced age are risk factors for cholesterol stone development. Most gallstones are asymptomatic; however, they can become symptomatic with patients presenting with biliary colic.[1] Acute cholecystitis is an abrupt inflammation of the gallbladder and characterized by right upper quadrant pain, fever, leukocytosis and elevated C-reactive protein. It is often a complication of cholelithiasis (calculous acute cholecystitis).[2] Approximately 5% to 10% of cases are acalculous (no gallstones) and are attributed to other factors such as ischemia, gallbladder motility disorders, direct chemical injury, and infections.[3] Treatment of acute calculous cholecystitis includes antibiotics, gallbladder drainage and cholecystectomy.[4] Once a patient with symptomatic cholelithiasis develops a complication, the risk of additional more severe complications increases to approximately 30% each year.[1]

3

Novo_GLP_MDL_004636780

**GLP-1 RAs Pharmacology and effect on Cholecystokinin**

GLP-1 RAs activate the GLP-1 receptor on pancreatic beta cells, reducing blood glucose through stimulation of insulin secretion and decrease in glucagon secretion in a glucose-dependent manner. Although all the GLP-1 RAs have a similar mechanism of action, there are some differences in pharmacological and pharmacokinetic properties among the agents in the class. Exenatide and lixisenatide are derived from exendin-4 and show 53% homology to human GLP-1, whereas dulaglutide, liraglutide, and semaglutide are modified from the active fragment of human GLP-1 and have higher homology to human GLP-1 (dulaglutide 90%, liraglutide 97%, semaglutide 94%).[5] Exenatide IR and lixisenatide are short-acting and provide short-lived GLP-1 receptor activation with half-lives ranging from 2 to 3 hours. Dulaglutide, liraglutide, and semaglutide are long-acting GLP-1 RAs that activate the GLP-1 receptor continuously at their recommended doses and have a prolonged half-life ranging from 13 hours (liraglutide) to ~1 week (dulaglutide, semaglutide).[5] Semaglutide (Rybelsus) is the only GLP-1 RA available as an oral formulation and is administered at higher doses than subcutaneous semaglutide due to very low oral bioavailability of 0.4% to 1% to provide similar levels of exposure as the subcutaneous formulation.[6] There are two GLP-1 RAs indicated as adjunctive therapy for chronic weight management, Saxenda (liraglutide injection) and Wegovy (semaglutide injection) that are administered at higher doses.

CCK, a regulator of gallbladder function, is suppressed by GLP-1 RAs. Following a meal, the small intestine stimulates secretion of CCK and causes gallbladder contraction and emptying.[7] Rehfeld et al. noted that GLP-1 infusion suppressed the secretion of CCK significantly after a meal.[8] Several small studies have been published examining the effect of marketed GLP-1 RAs on gallbladder function. Treatment with liraglutide 3 mg had no effect on maximal gallbladder contraction; however, it prolonged the time to reach the full contraction and delayed refilling.[9] Exenatide decreased gallbladder ejection fraction during CCK infusion in healthy subjects compared to placebo.[10] Additionally, the Applicant for lixisenatide conducted a mechanistic study in healthy subjects to evaluate the effect of lixisenatide 20 mcg on gallbladder motility during CCK-8 infusion and found a significant reduction in gallbladder ejection fraction.[11] Decreased CCK response noted in these studies may result from GLP-1 RA effect on slowing gastric motility or another mechanism that requires further investigation.[12] Impact on gallbladder filling and CCK response potentially can increase stasis of biliary sludge or microlithiasis leading to gallstone formation.

Current labeling for the GLP-1 RA class includes a WP statement for acute pancreatitis, which states that treatment with the GLP-1 RA should be discontinued if pancreatitis is suspected, and not restarted if pancreatitis is confirmed. This pancreatitis warning is distinct from any risk for gallbladder related disease and the complication of gallstone pancreatitis. GLP-1 RA pancreatitis risk is based on an increased incidence of pancreatitis in clinical studies with GLP-1RAs and postmarketing reports and is a safety signal that continues to be monitored as new agents are marketed.[13,14]

**GLP-1 RA Utilization Data[15]**

A recent Pharmacovigilance Review for GLP-1 RA and drug induced liver injury (DILI) provided drug use data from U.S. retail pharmacies from 2010 through 2020 which overall showed an increase in use. For the cumulative period, an estimated ▮(b) (4)▮ million prescriptions were

4

Reference ID: 4943880

dispensed for GLP-1 RAs from U.S. retail pharmacies. Of these prescriptions, approximately (b) (4) million prescriptions were dispensed for liraglutide followed by dulaglutide (  million), exenatide (  million), and semaglutide  million:  % injectable;  % oral]. Albiglutide and lixisenatide  ccounted for approximatel  million prescriptions combined. The proportion of prescriptions dispensed for exenatide decrease from  % of total prescriptions in 2010 t  % of total prescriptions in 2014 and liraglutide gradually  reased from  % of total prescriptions in 2010 to  of total prescriptions in 2014. Thereafter, utilization o  raglutide decreased from  % of total prescriptions in 2015 to  % of total prescriptions in 2020. Exenatide also  creased from  % of total prescrip  ns t  % of total prescriptions during the same time period. In contr  , dulaglutide market share increased from  % of total prescriptions in 2015 to  % of total prescriptions in 2020; semaglutide utilization in  reased from  % of total prescriptions in 2019 to  % of total prescriptions in 2020.

For the cumulative period, approximately  % of prescriptions were dispensed for liraglutide followed by dulaglutide (  %), exenatide (  %), and semaglutide (  %). Albiglutide and lixisenatide accounted for approximately  % of total prescriptions combined. The market share trends have changed over the years with exenatide leading in 2010, liraglutide leading in 2014, and semaglutide with an upward trend in 2020 and dulaglutide leading the market share in 2020. This information was also used in the context of this review for acute cholecystitis.

## 1.2  REGULATORY HISTORY

There are five GLP-1 RAs approved by the FDA and currently marketed as adjunct therapy to diet and exercise to improve glycemic control in patients with T2DM. The first GLP-1 RA product, Byetta (exenatide), was approved on April 28, 2005. Victoza (liraglutide), Trulicity (dulaglutide), and Ozempic (semaglutide) are also indicated to reduce the risk of major adverse cardiovascular events in adults with T2DM and established cardiovascular disease. There are currently two GLP-1 RAs approved by the FDA for chronic weight management in adult patients, Saxenda (liraglutide) and Wegovy (semaglutide), at higher daily doses compared to the glycemic control indicated products. Table 1 lists all the currently marketed GLP-1 RAs, including fixed ratio drug-drug combinations (FRC), in the U.S. Albiglutide, another GLP-1 RA, was previously marketed in the U.S. but currently has a voluntary revoked status due to a business decision and not related to safety or efficacy (low usage of the product).

Trulicity (dulaglutide) received FDA approval for two higher treatment doses for T2DM indication. On November 4, 2019, the Applicant submitted an efficacy supplement (S-36) to seek approval of additional doses, Trulicity 3.0 mg and 4.5 mg once weekly, as an adjunct to diet and exercise to improve glycemic control in adults with T2DM. Data from the clinical trial for 3.0 mg and 4.5 mg also revealed an imbalance in acute cholecystitis (0.3% for dulaglutide groups vs. 0 for placebo with one year treatment). Dulaglutide labeling in AR 6.1 Clinical Studies Experience for cholelithiasis/cholecystitis only includes cardiovascular outcome trial (CVOT) results and not the higher dose clinical trial results (see section 1.3 for CVOT results).

5

Reference ID: 4943886

Novo_GLP_MDL_004636782

**Table 1. Currently Marketed Glucagon-like Peptide 1 Receptor Agonists in the U.S.**

| Drug Name NDA/BLA Applicant | Active Ingredient(s), formulation | Indication | Dosage Ranges | Approval Date |
|---|---|---|---|---|
| Byetta 021773 AstraZeneca AB | Exenatide synthetic, sc inj | T2DM in adults | 5 mcg to 10 mcg twice daily | 4/28/2005 |
| Byetta 021919 Amylin | Exenatide synthetic, sc inj | T2DM in adults | See above | 10/30/2009 |
| Bydureon 022200 AstraZeneca AB | Exenatide synthetic, extended release, sc, inj | T2DM in adults, pediatrics ≥ 10 yrs | 2 mg every 7 days | 1/27/2012 |
| Bydureon BCise 209210 AstraZeneca AB | Exenatide synthetic, extended release, sc, inj | Same as Bydureon | Same as Bydureon | 10/20/2017 |
| Victoza 022341 Novo Nordisk | Liraglutide recombinant, sc inj | T2DM in adults, pediatrics ≥ 10 yrs; reduce the risk of MACE in adults | 0.6 mg titrated to 1.8mg daily | 1/25/2010 |
| Saxenda 206321 Novo Nordisk | Liraglutide recombinant, sc inj | Weight management in adults and pediatrics ≥ 12 yrs* | 0.6 mg titrated to 3 mg daily | 12/23/2014 |
| Xultophy 100/3.6 208583 Novo Nordisk | Insulin degludec, liraglutide, sc inj | T2DM in adults | 10 units titrated to 50 units daily | 11/21/2016 |
| Trulicity 125469 Eli Lilly and Co | Dulaglutide, sc inj | T2DM in adults; reduce the risk of MACE in adults | 0.75 mg titrated to 4.5 mg weekly | 9/18/2014 |
| Adlyxin 208471 Sanofi-Aventis | Lixisenatide, sc inj | T2DM in adults | 10 mcg daily on day 15, 20 mcg daily | 7/27/2016 |
| Soliqua 100/33 208673 Sanofi-Aventis | Insulin glargine, lixisenatide, sc inj | T2DM in adults | 15 units titrated to 60 units daily | 11/21/2016 |
| Ozempic 209637 Novo Nordisk | Semaglutide, sc inj | T2DM in adults; reduce the risk of MACE in adults | 0.25 mg titrated to 1 mg weekly | 12/5/2017 |
| Rybelsus 213051 Novo Nordisk | Semaglutide, oral tablet | T2DM in adults | 3 mg titrated to 14 mg daily | 9/20/2019 |
| Wegovy 215256 Novo Nordisk | Semaglutide, sc inj | Weight management in adults | 0.25 mg titrated to 2.4 mg weekly | 6/4/2021 |

Source: Drugs@FDA
* pediatrics with body weight > 60 kg and BMI corresponding to 30 kg/m2 for adults
Abbreviations: BLA=Biologics License Application, CV=cardiovascular, CVD=cardiovascular disease, inj=injection, MACE=major adverse cardiovascular events, NDA=New Drug Application, sc=subcutaneous, T2DM=type 2 diabetes mellitus, yrs=years

6

Reference ID: 4943880

## 1.3  RELEVANT PRODUCT LABELING

Biliary adverse events (e.g., cholelithiasis, cholecystitis, acute gallbladder disease) are listed in the labeling for most GLP-1 RA products, which are Bydureon, Trulicity, Saxenda, Victoza, Ozempic, Rybelsus, Wegovy. Specifically, the Bydureon,[16] Victoza[17], Xultophy,[18] Saxenda,[19] and Wegovy[20] labeling lists acute cholecystitis in the WP sections, whereas the labeling for Trulicity,[21] Ozempic,[22] and Rybelsus[6] only lists cholelithiasis in the 6.1 Clinical Trials Experience section. Byetta[23] (exenatide), Adlyxin[24] (lixisenatide) and Soliqua[25] (insulin glargine/lixisenatide) product labeling are void of biliary adverse events. See Appendix B for a summary table and excerpts containing language regarding biliary adverse events from Bydureon, Trulicity, Victoza, Saxenda, Ozempic, and Wegovy labeling. Acute cholecystitis was an adverse event of interest in clinical trials and the incidence was measured as a secondary outcome and is pertinent to this PV review. Table 2 below provides the incidence of acute cholecystitis from clinical trial data for each of these GLP-1 RA products.

Acute gallbladder disease was identified during post hoc analysis of data from a cardiovascular outcomes trial (CVOT) with liraglutide [Liraglutide Effect and Action in Diabetes: Evaluation of Cardiovascular Outcome Results (LEADER)]. There was an increased risk of acute gallbladder or biliary disease (141/4,668 in liraglutide group vs. 88/4,672 in placebo group) with a hazard ratio (HR) of 1.6 (95% confidence interval (CI) 1.23, 2.09, p<0.001). Similar trends were observed for each of the 4 categories of biliary related events: uncomplicated gallbladder stones, complicated gallbladder stones, cholecystitis, and biliary obstruction.[26] Liraglutide treated patients underwent a cholecystectomy more frequently (HR 1.56, 95% CI 1.1, 2.2; p=0.013) compared to placebo. DDLO added acute gallbladder disease as a WP to liraglutide labeling on August 25, 2017.

The labeling for Trulicity (dulaglutide) lists information about cholelithiasis and cholecystitis in section 6.1 Clinical Studies Experience based on data from a CVOT. The applicant was required to conduct a CVOT as per Postmarketing Requirement (PMR) 2781.51: A randomized, double-blind, placebo-controlled trial evaluating the effect of Trulicity (dulaglutide) on the incidence of major adverse cardiovascular events (MACE) in patients with type 2 diabetes mellitus. In this trial, there was a small numerical imbalance (3.2% vs. 2.8%) in the incidence of cholelithiasis/cholecystitis. Specifically, serious events of acute cholecystitis were reported in 0.5% and 0.3% of patients on dulaglutide and placebo respectively.[27] Of note, the dose used in this CVOT was 1.5 mg weekly. The clinical reviewer recommended including cholelithiasis and cholecystitis in the ADVERSE REACTIONS (AR) section of labeling in February 2020.

| Table 2. GLP-1 RA Products with Labeling for Acute Cholecystitis (AC) | | | | | |
|---|---|---|---|---|---|
| Product Name Indication | Generic Name, Dose | Clinical Trial Name, Type | AC Incidence Treatment Group | AC Incidence (Placebo group) | Labeling Location* |
| Bydureon T2DM | exenatide delayed release, 2 mg weekly | EXSCEL, CVOT | 1.9% | 1.4% | WP |

7

Reference ID: 4943880

| Table 2. GLP-1 RA Products with Labeling for Acute Cholecystitis (AC) | | | | | |
|---|---|---|---|---|---|
| Product Name Indication | Generic Name, Dose | Clinical Trial Name, Type | AC Incidence Treatment Group | AC Incidence (Placebo group) | Labeling Location* |
| Victoza T2DM | Liraglutide, 1.8 mg daily | LEADER, CVOT | 1.1% | 0.7% | WP |
| Saxenda Weight control | Liraglutide, 3 mg daily | SCALE, Pre-approval | 0.8% | 0.4% | WP |
| Wegovy Weight control | Semaglutide, 2.4 mg weekly | STEP, Pre-approval | 0.6% | 0.2% | WP |
| Trulicity | dulaglutide | REWIND | 0.5% | 0.3% | AR, 6.1 |

\* Products with labeling in Warnings and Precautions are for 'Acute Gallbladder disease' that includes cholecystitis as well as cholelithiasis as complications of concern.
Abbreviations: AC=acute cholecystitis, AR=adverse reactions, CVOT=cardiovascular outcomes trial, T2DM=type 2 diabetes mellitus, WP=Warnings and Precautions
Trials names: EXSCEL=Exenatide Study of Cardiovascular Event Lowering Trial, average 3.2 year follow-up; LEADER=Liraglutide Effect and Action in Diabetes: Evaluation of Cardiovascular Outcome Results, 3.8 year follow-up; SCALE=Satiety and Clinical Adiposity−Liraglutide Evidence in Nondiabetic and Diabetic people, 56 week study; REWIND= Researching Cardiovascular Events with a Weekly Incretin in Diabetes, median follow-up of 5.4 years; STEP=Semaglutide Treatment Effect in People with obesity, 68 week study

## 2    METHODS AND MATERIALS

### 2.1    CASE DEFINITION AND SELECTION CRITERIA

#### 2.1.1    Case definition for Acute Cholecystitis

The case definition of acute cholecystitis was adapted from the OSE Cholelithiasis Case Definition.[28] Any of the following criteria satisfies the case definition for acute cholecystitis:
1. Clinical diagnosis of cholecystitis by a health care provider
2. Coded with a MedDRA Preferred Term (PT) Cholecystitis acute, Cholecystitis, or Cholecystitis infective
3. Acute cholelithiasis-related symptoms or signs suggestive of acute cholecystitis (right upper quadrant or epigastrium pain that persists, or associated complaints which may include fever, nausea, vomiting, sweating and anorexia) and/or leukocytosis, AND underwent or is scheduled for a cholecystectomy
4. Imaging reporting acute cholecystitis or possible acute cholecystitis
5. Imaging reporting chronic cholecystitis with acute symptoms and/or resulting in cholecystectomy

#### 2.1.2    Case Selection Criteria

Inclusion criteria
1. Report met the case definition for acute cholecystitis above.
2. Acute Cholecystitis or acute cholelithiasis-related symptoms or signs occurred after initiation of a GLP-1 RA and the report has a latency (some measurement of time). The report should indicate that the patient was using the GLP-1 RA at the time of the event or

8

Reference ID: 4943840

if using a long-acting drug, the drug is systemically available based on pharmacokinetic half-life.

Exclusion criteria
1. Unclear or lacking a temporal relationship.
2. Case details suggested an unlikely causal relationship with GLP-1 RA (e.g., resolution despite continuation of GLP-1 RA and if the patient did not receive a cholecystectomy or other treatment for acute cholecystitis). Dechallenge and rechallenge criteria may not be reliable because acute cholecystitis may not spontaneously reverse without a procedure.
3. Insufficient information for causality assessment (no time to onset, no past medical history reported).
4. Alternative etiology is reported or an identifiable competing cause is assessed by the reviewer to be responsible for the acute cholecystitis (e.g. sphincter of Oddi abnormality)
5. Cases with prior history [prior to the initiation of the drug of interest] of symptomatic gallstones, cholecystitis, or gallbladder or biliary disorders noted in the narrative of the report.
6. Duplicate reports.
7. Semaglutide reports with obesity or weight loss as the only reported indication that did not provide a dose (if patient using higher obesity dose, this is already in the labeling for the new Wegovy product).

The following cases were not excluded unless otherwise noted:
- Cases with concomitant drugs with labeling for cholelithiasis, cholecystitis, gallstone, or gallbladder disease in WP, Warnings or Precautions (old labeling format) unless there was information to suggest gallbladder disease was due to the other drugs, e.g., positive rechallenge with the other drug, positive dechallenge with the other drug only). See Appendix C for a list of drugs.

## 2.2  CAUSALITY CRITERIA

Cases were evaluated for a causal relationship to the reported GLP-1 RA and categorized as certain, probable, or possible based on World Health Organization-Uppsala Monitoring Centre (WHO-UMC) causality categories modified specifically for assessing cholecystitis as listed below in Table 3.

9

Reference ID: 4943840

| Table 3. Acute Cholecystitis with Glucagon-Like Peptide-1 Receptor Agonists (GLP-1 RA) Causality Classification and Criteria Modified from the WHO-UMC system* | |
|---|---|
| **Categorization** | **Criteria** |
| Certain | • Plausible time to onset (TTO) (i.e., within 1 year)<br>• Ruled out alternative etiologies and other drugs<br>• Positive rechallenge |
| Probable | • Reasonable TTO<br>• Ruled out alternative etiologies and other drugs<br>• Positive dechallenge for acute cholecystitis (may not be reliable for cases with a procedure or cholecystectomy or cases in which dechallenge is not applicable due to death) |
| Possible | • Patient receiving GLP-1 RA therapy at time of the acute cholecystitis adverse event<br>• May not have ruled out alternative etiologies<br>• May be taking other concomitant medications associated with acute gallbladder disease<br>• No dechallenge information necessary |
| *Source: https://www.who.int/medicines/areas/quality_safety/safety_efficacy/WHOcausality_assessment.pdf<br>GLP-1 RA= Glucagon-Like Peptide-1 Receptor Agonists | |

## 2.3  FAERS SEARCH STRATEGY

DPV-I searched the FAERS database with the strategy described in Table 4.

| Table 4.  FAERS Search Strategy* | |
|---|---|
| Date of search | September 17, 2021 |
| Time period of search | April 28, 2005[†] - September 16, 2021 |
| Search type | FBIS Quick Query |
| Product terms | Product-Product Active Ingredient: exenatide, liraglutide, insulin degludec\liraglutide, lixisenatide insulin glargine\lixisenatide, dulaglutide, semaglutide, albiglutide[‡] |
| MedDRA search terms (Version 24.0) | *Gallbladder related disorders (SMQ)*, PT *Obstructive Pancreatitis* |
| Outcome | Serious |
| * See Appendix A for a description of the FAERS database.<br>[†] U.S. approval date, of exenatide (first approved Glucagon-Like Peptide-1 Receptor Agonists (GLP-1RA).<br>[‡] Although albiglutide is no longer marketed, it was included in the search to determine if there were FAERS reports for all products within the glucagon-like peptide-1 receptor agonists drug class<br>Abbreviations: MedDRA=Medical Dictionary for Regulatory Activities, PT=Preferred Term, SMQ=Standardised MedDRA Query | |

Due to the large number of reports retrieved with the search strategy above, the reports were filtered using additional MedDRA terms and by medical history terms to improve the specificity of the search results. We also filtered for GLP-1 RA focused clinical trial reports because these have already been reviewed by DDLO. Reports were **not** selected for case-level review if they were:

10

Reference ID: 4943880

- Reports of gastrointestinal and hepatobiliary neoplasms [i.e., coded with a PT from the High-Level Group Terms (HLGTs) *Gastrointestinal neoplasms malignant and unspecified, Hepatobiliary neoplasms, Hepatobiliary neoplasms malignant and unspecified, Malignant and unspecified neoplasms gastrointestinal NEC], Endocrine Neoplasms Malignant and unspecified* because of potential blockage of the biliary tree. (138 reports were not selected)

- Reports of diverticular disorders (coded with a PT from HLGT *Diverticular Disorders*) because diverticular disease may be a risk factor for cholesterol stones.[29] (13 reports were not selected)

- Reports with any of the following terms in the narrative: 'Trial ID', 'double-blind' or 'clinical trial' were filtered for clinical trial reports with a GLP-1RA because these reports were identified during NDA reviews. (126 reports were not selected)

- Reports with any of the following terms in the Medical History/Medical History Comments: 'biliary colic', 'cholecystectomy', 'gallbladder disorder', 'gallbladder surgery', 'gallbladder remov', 'gallstone', 'gallbladder stone', 'cholelithiasis', 'cholecystolithiasis', 'cholecystitis', 'bile duct stone'. (171 reports were not selected: dulaglutide, n=20; exenatide, n=110; liraglutide, n=32; lixisenatide, n=2; semaglutide, n=7)

There were 1,056 remaining reports; the number of reports for each product are listed in Table 5. Because liraglutide (for T2DM and chronic weight management), semaglutide (for chronic weight management), and exenatide extended release (for T2DM) have labeling in WP for Acute Gallbladder Disease based on clinical trial data in adult patients, these 439 reports were **not** selected for case-level review.

| Table 5. Report Counts by Product and MedDRA Preferred Term in Gallbladder related disorders (SMQ) or PT Obstructive Pancreatitis | |
| --- | --- |
| **GLP-1 RA Product** | **Total Reports*** |
| Tanzeum (Albiglutide for T2DM) | 6 |
| Trulicity (dulaglutide for T2DM) | 138 |
| Byetta (exenatide regular release or unspecified) | 353 |
| Exenatide (unspecified dosage form) | 15 |
| Adlyxin (lixisenatide) | 2 |
| Soliqua (lixisenatide/insulin glargine) | 7 |
| Victoza (liraglutide for T2DM) | 255 |
| Saxenda (liraglutide for chronic weight management) | 125 |
| Xultophy (liraglutide/insulin degludec for T2DM) | 4 |
| Bydureon, Bydureon Bcise (exenatide extended release for T2DM) | 54 |
| Ozempic (semaglutide for T2DM, injection) | 88 |
| Rybelsus (semaglutide for T2DM, oral) | 8 |
| Wegovy (semaglutide for chronic weight management) | 1 |
| Total | 1,056 |
| * May include duplicate reports Abbreviations: GLP-1 RA=Glucagon-Like Peptide-1 Receptor Agonists, MedDRA=Medical Dictionary for Regulatory Activities, PT=Preferred Term, SMQ=Standardized MedDRA Query | |

11

Novo_GLP_MDL_004636788

Of the remaining 617 reports[a], to improve specificity for cholecystitis reports and not asymptomatic or incidentally identified cholelithiasis, reports were retained if they had any of the following:

- any report coded with a PT containing cholangitis, cholecystitis, sepsis, bile duct stone (choledocholithiasis); of note there were 150 reports with a cholecystitis term
- any report coded with the PT *Cholecystectomy*;
- any report coded with gallbladder necrosis, gallbladder rupture, gallbladder obstruction, biliary obstruction;
- any report with a PT from the SMQ *Hepatic failure, fibrosis, cirrhosis* (broad search) for reports of liver injury potentially related to potentially acute gallbladder disease.

There were 230 reports remaining that were identified for case-level review. (387 of the above 617 reports did not meet the case selection criteria).

## 2.4    LITERATURE SEARCH STRATEGY

DPV-I searched the medical literature with the strategy described in Table 6. The Embase search was limited to terms indexed in the article as "major focus" to reduce duplication of articles retrieved with the PubMed search.

| Table 6. Literature Search Strategy | |
|---|---|
| Date of search | December 16, 2021 |
| Database | Search #1: PubMed@FDA<br>Search #2: Embase |
| Search terms | #1: (((((((glp-1 receptor agonists) OR (albiglutide)) OR (dulaglutide)) OR (exenatide)) OR (liraglutide)) OR (lixisenatide)) OR (semaglutide)) AND ((((((gallstone) OR (gallbladder)) OR (cholelithiasis)) OR (acute cholecystitis)) OR (cholecystectomy)) OR (cholecystitis))<br>#2: ('glucagon like peptide 1 receptor agonist'/exp/mj OR 'glucagon like peptide 1 receptor agonist'/mj OR 'exendin 4'/exp/mj OR 'exendin 4'/mj OR 'liraglutide'/exp/mj OR 'liraglutide'/mj OR 'dulaglutide'/exp/mj OR 'dulaglutide'/mj OR 'semaglutide'/exp/mj OR 'semaglutide'/mj OR 'lixisenatide'/exp/mj OR 'lixisenatide'/mj) AND ('cholelithiasis'/exp/mj OR 'cholelithiasis'/mj OR 'cholecystitis'/exp/mj OR 'cholecystitis'/mj OR 'acute cholecystitis'/exp/mj OR 'acute cholecystitis'/mj OR 'cholecystectomy'/exp/mj OR 'cholecystectomy'/mj OR 'gallbladder'/exp/mj OR 'gallbladder'/mj OR 'gallstone'/exp/mj OR 'gallstone'/mj) |

---

[a] 1,056 remaining reports in Table 5 less the 439 reports from products that have labeling in WP for Acute Gallbladder Disease based on clinical trial data in adult patients, that were not selected for case-level review.

12

Novo_GLP_MDL_004636789

| Table 6. Literature Search Strategy | |
|---|---|
| Years included in search | #1: 2011 to December 16, 2021 |
| | #2: 2015 to December 16, 2021 |

On January 5, 2022, the Division of Epidemiology (DEPI) reviewer performed the PubMed Search using the following algorithm for published observational studies on GLP1 RA and cholelithiasis and gallbladder disease:

(cholelithiasis [TW] OR cholecystitis [TW] OR cholangitis [TW] OR cholecystectomy [TW] OR "gallbladder disease*"[TW] OR "acute gallbladder disease"[TW]) AND (glp1 receptor analogue [TW] OR glp1[TW] OR GLP-1[TW] OR "Glucagon-like peptide-1"[TW] OR exenatide [TW] OR liraglutide [TW] OR lixisenatide [TW] OR semaglutide [TW] OR dulaglutide [TW])

## 2.5   PERIODIC SAFETY REPORTS

DPV-I screened the following periodic safety reports for the Applicant's assessment of cholecystitis with exenatide, lixisenatide, and dulaglutide use. The links to the Periodic Safety Reports are listed below.

- Byetta (exenatide twice daily [BID]) Bydureon (exenatide once weekly [QW] and exenatide once weekly suspension [QWS]) Periodic Benefit-Risk Evaluation Report, Reporting period 01 April 2020 to 31 March 2021 \\CDSESUB1\evsprod\nda021773\0456\m5\53-clin-stud-rep\536-postmark-exp\pbrer-01-apr-2020-to-31-mar-2021-us.pdf
- Dulaglutide (LY2189265) Periodic Safety Update Report (PSUR) in the Format of ICH E2C (R2), Reporting Period: 19 September 2019 through 18 September 2020 \\CDSESUB1\evsprod\bla125469\1102\m5\53-clin-stud-rep\536-postmark-exp\dulaglutide-psur-pbrer-09-fda-unblinded--19-sep-2019-to-18-s.pdf
- Periodic Benefit Risk Evaluation Report Lixisenatide, Reporting period 08-Jan-2020 to 07-Jan-2021 \\CDSESUB1\evsprod\bla208471\0108\m5\53-clin-stud-rep\536-postmark-exp\pbrer-2021\pbrer-2021.pdf
- Periodic Safety Update Report/Periodic Benefit–Risk Evaluation Report for Semaglutide Ozempic and Rybelsus, Reporting period 01 December 2020 to 31 May 2021 \\CDSESUB1\evsprod\nda209637\0543\m5\53-clin-stud-rep\536-postmark-exp\pbrer-y3-1.pdf

## 3   RESULTS

## 3.1   FAERS CASE SELECTION

The FAERS search retrieved 1504 reports. Reports were filtered in a stepwise manner according to the FAERS search strategy in Section 2.3, resulting in 230 reports for unlisted GLP-1 RAs that were selected for case-level review. After applying the case definition in Section 2.1 and accounting for duplicate reports, 36 cases were included in the case series of acute cholecystitis reported with GLP-1 RA use that do not list 'Acute Gallbladder Disease' in WP section of the labeling (see Figure 1).

13

Reference ID: 4943880

Novo_GLP_MDL_004636790

**Figure 1. FAERS Case Selection**



Table 7 summarizes the 36 FAERS cases of acute cholecystitis reported with GLP-1 RAs for this case series.

Appendix D contains a line listing of the 36 cases in this case series that do not list 'Acute Gallbladder Disease' in WP section of the labeling .

| Table 7. Descriptive Characteristics of Acute Cholecystitis with GLP-1 Receptor Agonists in This FAERS Case Series, Received by FDA through February 16, 2021 (n=36) | | | | | | |
|---|---|---|---|---|---|---|
| Characteristic | Categories | Dulaglutide (n=7) | Exenatide (n=21) | Lixisenatide (n=1) | Semaglutide (n=7) | Total (n=36*) |
| Date Range | Initial FDA received date | 2016 - 2021 | 2006 - 2018 | 2021 | 2019 - 2020 | 2006 - 2021 |
| Age | Median | 64.4 | 51.8 | - | 47 | 55.6 |
|  | Mean | 61.7 | 54.4 | - | 50.7 | 52.5 |
|  | Range | 40.9-85 | 14-76.2 | 73 | 25-68 | 14-85 |
| Sex | Female | 2 | 12 | 0 | 5 | 19 |
|  | Male | 5 | 9 | 1 | 2 | 17 |
| Country | USA | 4 | 17 | 0 | 6 | 27 |
|  | Foreign | 3 | 4 | 1 | 1 | 9† |
| Report type | Expedited | 5 | 19 | 1 | 3 | 28 |
|  | Direct | 2 | 2 | 0 | 4 | 8 |
| Serious outcome(s)‡ | Death | 0 | 3§ | 0 | 0 | 3§ |
|  | Hospitalization | 7 | 20 | 1 | 6 | 34 |
|  | Life-threatening | 4 | 0 | 0 | 0 | 4 |
|  | Disability | 0 | 0 | 0 | 1 | 1 |
|  | Other Serious | 1 | 14 | 1 | 3 | 19 |

14

Reference ID: 4943880

| Table 7. Descriptive Characteristics of Acute Cholecystitis with GLP-1 Receptor Agonists in This FAERS Case Series, Received by FDA through February 16, 2021 (n=36) | | | | | | |
|---|---|---|---|---|---|---|
| Characteristic | Categories | Dulaglutide (n=7) | Exenatide (n=21) | Lixisenatide (n=1) | Semaglutide (n=7) | Total (n=36*) |
| Reason for Use‖ | Diabetes, DM, T2DM | 7 | 20 | 1 | 5 | 33 |
| | Obesity, Weight Loss | 0 | 2 | 0 | 2 | 4 |
| Time to Onset¶ | < 14 days | 0 | 2 | 1 | 0 | 3 |
| | 14 to < 90 days | 4 | 7 | 0 | 3 | 14 |
| | 90 to < 180 days | 1 | 3 | 0 | 1 | 5 |
| | 180 to < 365 days | 2 | 0 | 0 | 3 | 5 |
| | 1 year to < 2 years | 0 | 3 | 0 | 0 | 3 |
| | ≥ 2 years | 0 | 6 | 0 | 0 | 6 |
| Comorbidities reported** | Yes | 6 | 20 | 0 | 6 | 32 |
| | No | 1 | 1 | 1 | 1 | 4 |
| Potentially Contributory concomitant medications†† | Yes | 0 | 2 | 0 | 0 | 2 |
| | No | 6 | 17 | 1 | 5 | 29 |
| | Not reported | 1 | 2 | 0 | 2 | 5 |
| Concomitant DPP-4 inhibitor | Yes | 1 | 2 | 0 | 0 | 3 |
| | No | 5 | 17 | 1 | 5 | 28 |
| | Not reported | 1 | 2 | 0 | 2 | 5 |
| Causality | Possible | 7 | 21 | 1 | 7 | 36 |
| Drug discontinued | Yes or dose decreased | 6 | 12 | 1 | 5 | 24 |
| | No | 1 | 6 | 0 | 1 | 8 |
| | Not reported, | 0 | 0 | 0 | 1 | 4 |
| | Stopped related to death | 0 | 3 | 0 | 0 | 0 |
| Treatment‡‡ | Antibiotics | 2 | 6 | 0 | 1 | 9 |
| | Ursodeoxycholic acid | 1 | 1 | 0 | 0 | 2 |
| | Cholecystectomy | 4 | 14 | 0 | 5 | 23 |
| | Scheduled surgery | 0 | 2 | 1 | 1 | 4 |
| | ERCP | 0 | 2 | 0 | 0 | 2 |
| | Sphincterotomy | 0 | 2 | 0 | 0 | 2 |
| | (percutaneous) Drainage | 0 | 0 | 0 | 1 | 1 |
| | Not Reported | 1 | 1 | 0 | 0 | 2 |
| Patient disposition | Recovered, Recovering | 6 | 15 | 0 | 4 | 25 |
| | Recovered with sequelae | 0 | 0 | 1 | 0 | 1 |
| | Not Recovered | 1 | 0 | 0 | 2 | 3 |
| | Died | 0 | 3 | 0 | 0 | 3 |
| | Not Reported | 0 | 3 | 0 | 1 | 4 |
| Imaging§§ | Yes | 7 | 16 | 0 | 4 | 27 |
| | Not reported | 0 | 5 | 1 | 3 | 9 |
| Gallstone(s), sludge, polyp reported | Yes | 4 | 14 | 0 | 5 | 23 |
| | No | 1 | 3 | 0 | 0 | 4 |
| | Not reported | 2 | 4 | 1 | 2 | 9 |
| Complications (a report may have one or more) | Biliary abscess | 0 | 1 | 0 | 0 | 1 |
| | Choledocholithiasis | 0 | 1 | 0 | 0 | 1 |
| | Elevated liver enzymes or amylase | 1 | 4 | 0 | 0 | 5 |
| | Hepatomegaly | 0 | 1 | 0 | 0 | 1 |
| | Liver necrosis | 0 | 1 | 0 | 0 | 1 |
| | Pancreatitis, infection | 1 | 6 | 0 | 0 | 7 |
| | None or not reported | 5 | 9 | 1 | 7 | 22 |

15

Reference ID: 4943880

Novo_GLP_MDL_004636792

| Table 7. Descriptive Characteristics of Acute Cholecystitis with GLP-1 Receptor Agonists in This FAERS Case Series, Received by FDA through February 16, 2021 (n=36) | | | | | | |
|---|---|---|---|---|---|---|
| Characteristic | Categories | Dulaglutide (n=7) | Exenatide (n=21) | Lixisenatide (n=1) | Semaglutide (n=7) | Total (n=36*) |
| Weight (kilograms) n=24 | n<br>Median<br>Mean<br>Range | 2<br>-<br>-<br>110, 144 | 16<br>93<br>99<br>56-201 | 0<br>-<br>-<br>- | 6<br>92<br>95<br>70-124 | 24<br>94<br>100<br>56 -201 |
| Recent weight loss, n=13 | Yes<br>No | 1<br>2 | 7<br>1 | 0<br>0 | 1<br>1 | 9<br>4 |
| Dose | Low (initial dose)<br>Medium (middle of dose range)<br>High (maximum dose)‖‖‖‖<br>Not Reported | 4<br>3<br><br>0<br>0 | 8<br>N/A<br><br>12<br>1 | 1<br>0<br><br>0<br>0 | 2<br>1<br><br>1<br>3 | 15<br>4<br><br>13<br>4 |

\* Single lixisenatide case is for Soliqua (lixisenatide/insulin glargine); there are no cases for albiglutide; total n=36 unless otherwise specified.
† Foreign countries included: Belgium (n=1), Canada (n=1), Denmark (n=1), Great Britain (n=1), Italy (n=1), Japan (n=3), Korea (n=1)
‡ For the purposes of this review, the following outcomes qualify as serious: death, life-threatening, hospitalization (initial or prolonged), disability, congenital anomaly, required intervention, or other serious important medical events. A case can have more than one serious outcome.
§ Causes of death in the three cases: one case, hemorrhagic pancreatitis; in the second case, liver failure; and in the third case, necrotizing pancreatitis + acute cholecystitis.
‖ A report can have one or more reasons for use. Reports with obesity or weight loss as reason for use were using a GLP-1 RA product for diabetes off-label (n=2). Dose 0.5 mg weekly for one case (DM dosing is 0.25 mg to 1 mg weekly) and was not reported in one case.
¶ If exact dates were not provided, time to onset was estimated using the month and year provided in the narrative.
\*\* Relevant comorbidities: overweight or obese (n=21), diabetes (n=33), hyperlipidemia (n=19), non-alcoholic fatty liver disease (n=6), periportal fibrosis (n=1)
††Medications with labeling for cholelithiasis, cholecystitis, gallstone, or gallbladder disease in WP: fenofibrate was the only drug identified from the list in Appendix C, in these cases. Cholelithiasis is listed in WP section of fenofibrate labeling "Fenofibrate, like clofibrate and gemfibrozil, may increase cholesterol excretion into the bile leading to cholelithiasis. If cholelithiasis is suspected, gallbladder studies are indicated. TRICOR therapy should be discontinued if gallstones are found."
‡‡A case can have one or more treatments
§§ Imaging includes ultrasound, computed tomography scan, HIDA scan, MRCP, cholangiogram, x-ray
‖‖‖‖ For the 13 high dose cases, the reason for use was diabetes in 12 cases and obesity in 1 case using the diabetes dosing
Abbreviations: DM=diabetes mellitus; DPP-4=dipeptidyl peptidase-4, ERCP= Endoscopic Retrograde Cholangiopancreatography; GLP-1 RA=glucagon-like peptide-1 receptor agonist, N/A= not applicable, T2DM=type 2 DM

Below are Representative Cases for GLP-1 RAs without labeling (lixisenatide and exenatide) and GLP-1 RAs for diabetes with labeling in AR and not in WP (dulaglutide and semaglutide).

**Case with lixisenatide FAERS# 18805158, Japan, Expedited, HO, OT, 2021**
A physician reported that a 73-year-old male patient experienced cholecystitis 4 days after starting Soliqua injection (insulin glargine/lixisenatide, 100/30) 16 units once daily for T2DM, which was diagnosed 21 years earlier. Past medical history (PMH) included cerebral infarction in 2016 and parotid tumor in 2014. Concomitant medications included metformin, ipragliflozin and gliclazide. The patient experienced lack of appetite and vomiting after initial dosing. His dose was reduced to 10 units; however, on day 3, he had intense nausea and repetitive vomiting. The next day, he was admitted to the hospital and diagnosed with cholecystitis. Pertinent laboratory results were C-reactive protein 20 mg/dL (0-0.4 gm/dL), alanine aminotransferase (ALT) 61 IU/L (8-42 IU/L), aspartate aminotransferase (AST) 61 IU/L (13-33 IU/L), alkaline phosphatase (ALP) 340 IU/L (115 - 359 IU/L), lactate dehydrogenase 340 IU/L (119 - 229 IU/L) and white blood cell count 16,400 /μL (4000-9000/μL). The patient received unspecified treatment and was discharged after 21 days. Cholecystitis resolved with sequelae as the patient was scheduled for a

16

Novo_GLP_MDL_004636793

cholecystectomy 3 months later. The reporter commented that it is unknown if the cholecystitis is related to Soliqua but the event developed after initiation of therapy and no alternative explanation was identified.

*Reviewer Comment: This case was assessed as causally possible. There was a short latency and there was no contributory medical history other than T2DM. The patient was not taking any other medications known to cause cholecystitis. Symptoms and laboratory results were consistent with acute cholecystitis. The reporter was a physician who diagnosed the cholecystitis but did not report imaging results. There was a positive dechallenge 2 months after stopping insulin glargine/lixisenatide. The physician commented that there were no alternative causes and therefore, with the information provided, we cannot rule out the possible contribution of lixisenatide.*

**Case with Exenatide IR also reported in medical literature[30] FAERS# 12184550, Italy, Expedited, HO, 2016**
A physician reported that a 49-year-old male patient experienced acute cholecystitis approximately 4 years after starting exenatide 10 mcg twice daily for T2DM (diagnosed 5 years prior). Medical history included obesity (body mass index (BMI): 38 kg/m$^2$), hypercholesterolemia (total cholesterol=230 mg/dL, low-density lipoprotein (LDL) cholesterol=130 mg/dL) and gastroesophageal reflux disease. Concomitant medications included metformin tablets 1000 mg three times daily, atorvastatin 10 mg daily and pantoprazole. After starting treatment with exenatide, he lost 10 kg. Four years after starting exenatide, he presented to the emergency department with fever and right upper quadrant abdominal pain. Laboratory results were WBC 16,600 units and elevated markers of inflammation. The hepatobiliary ultrasonography revealed severe hepatic steatosis, biliary sludge in the gallbladder lumen, hydropic gallbladder (mucocele) with thickened walls, and without dilation of the intra- and extra-hepatic ducts. Abdominal computerized tomography (CT) scan revealed a small stone in the lumen of the gallbladder and small intra-hepatic bile abscesses. The patient was diagnosed with acute cholecystitis with hydrops of the gallbladder. The patient's exenatide was discontinued and a basal-bolus insulin treatment was initiated. Treatments included intravenous fluids, antibiotics and ursodeoxycholic acid. Ursodeoxycholic acid was continued for three months after hospital discharge. Fever and abdominal pain resolved with treatment during hospitalization. No complications occurred. One month follow-up hepatobiliary ultrasonography showed recovery from all signs of inflammation.

*Reviewer Comment: DPV-I assessed the causality in this case as possible. Although this case had a long latency, the patient was being treated with a short acting exenatide product which has a wearing off effect prior to the next dose. Contributory medical history other than T2DM included hyperlipidemia which was not adequately controlled. The patient was not taking any other medications known to be associated with cholecystitis. Symptoms, laboratory results and imaging were consistent with acute cholecystitis and complications of hydropic gallbladder and intrahepatic biliary abscesses. Hydropic gallbladder or mucocele occurs secondary to cystic duct obstruction. The reporter was a physician who diagnosed acute cholecystitis. There was a positive dechallenge with ursodeoxycholic acid treatment and discontinuation of exenatide.*

17

Reference ID: 4943880

Novo_GLP_MDL_004636794

**Case with Dulaglutide: FAERS # 19199547, USA, Direct, HO, 2021** (reporter was contacted for additional information)
A physician reported that a 66-year-old female patient experienced acute cholecystitis 32 days after starting dulaglutide 0.75 mg weekly for T2DM. Medical history included obesity, hypertriglyceridemia, hypercholesterolemia, and breast cancer. Concomitant medications included amlodipine, benazepril, glimepiride, hydrochlorothiazide, ibuprofen, letrozole, loratadine, nitrofurantoin, methimazole, and metoprolol. Her weight was 144 kg. The patient experienced nausea, abdominal pain, fever and chills. Pertinent labs were bilirubin 1.4 (0.2-1.2) and ALP 361 (40-150) IU/L. [Although the reporter's additional information included ALT 265 (0-55 IU/L) and ALT 292 (5-34) IU/L, we suspect one of these values should have been reported as AST, based on the slightly different reference values.] "Lipase and amylase were not significantly elevated (no pancreatitis)." The patient had no prior history of non-alcoholic fatty liver disease (NAFLD) or cholelithiasis. Gallbladder ultrasound showed two small polyps assessed by the reporter as embedded cholesterol stones or gallstone precursors. Dulaglutide was discontinued and the patient was treated with antibiotics. The physician related acute cholecystitis to dulaglutide treatment because of the short latency; however, she also reported that a few months after the acute cholecystitis, the patient had a stroke and was started on atorvastatin 80 mg.

*Reviewer Comment:  The causality assessment for this case is possible because of several contributing medical conditions. The latency was short, dulaglutide was the most recently initiated medication and the patient recovered with discontinuation of the GLP-1 RA and medical management. The patient had elevated liver enzymes suggestive of potential liver complications.  Patients with several risk factors for cholelithiasis may be at increased risk for developing acute cholecystitis with long acting GLP-1 RA therapy.*

**Case with semaglutide indicated for T2DM: FAERS #19312987, Canada, Expedited, HO, OT, 2021**
A healthcare professional reported that a 42-year-old female patient experience acute cholecystitis 72 days after starting semaglutide for T2DM. Concurrent medical conditions included anxiety, hypercholesterolemia, asthma, and obesity. Concomitant medications included metformin, sertraline and atorvastatin. She did not have significant weight loss on semaglutide therapy. She presented to the emergency department with a 2-day history of epigastric pain radiating to bilateral flanks with concurrent nausea and vomiting, diarrhea, confusion, fever and chills. Pertinent laboratory results were lipase 16 U/L and WBC 13.95 $10^9$ /L. The patient had a positive Murphy's sign and pain improved with morphine. An abdominal ultrasound revealed a distended gallbladder and two calcified stones with at least one immobile stone lodged in the gallbladder neck. Acute cholecystitis and cholelithiasis were diagnosed. The patient was hospitalized and underwent an emergency cholecystectomy and recovered. Semaglutide was the most recently initiated medication. Status of semaglutide was not reported.

*Reporter Comment:  The causality assessment for this case is possible because of several contributing medical conditions. The latency is relatively short and semaglutide was recently initiated. Imaging findings, sudden onset of symptoms and emergency surgery highlight the seriousness of this condition and prompt treatment to prevent further complications.*

Reference ID: 4943880

Novo_GLP_MDL_004636795

## 3.2    LITERATURE SEARCH

Search of the medical literature using the strategy listed in Table 6 retrieved 48 citations from PubMed@FDA and nine citations from Embase (using a major focus search). Titles and abstracts, when available, were reviewed to determine relevance. Of the 48 citations from PubMed@FDA, 45 citations did not provide additional cases because they were basic science or animal studies (n=8), not primary literature (n=23), post-hoc analysis of the liraglutide CVOT (n=1, already in labeling), and primary literature that did not describe cholecystitis with use of GLP-1 RAs (n=13). There were three case reports of acute cholecystitis with use of GLP-1 RAs: one each with dulaglutide, exenatide and liraglutide. The exenatide case report[30] was included in the FAERS case series (FAERS # 12184550) and causality was assessed as possible. The remaining two relevant citations identified are summarized below.

**Case Reports**

Butler et al.[31] from the U.S., reported that a 72-year-old white male patient experienced acute cholecystitis 16 months after starting dulaglutide for T2DM. Concomitant medications included metformin, glipizide, pioglitazone, and insulin glargine. His glycated hemoglobin (HbA1c) concentration improved from 8.2% to 7.2%; however, he did not lose weight (BMI 34 kg/m$^2$). His medical history included hyperlipidemia, coronary heart disease treated with intracoronary stent(s), and obesity. Social history included alcohol use (6 to 9 drinks per week) but no history of smoking or illicit drug use. He presented to the emergency room with nausea, loss of appetite, and progressive sharp, non-radiating right upper quadrant pain. Ultrasound and CT scan results showed gallbladder dilation, gallbladder wall thickening, multiple calculi, and pericholecystic fat stranding. He was noted to have a positive Murphy's sign and was diagnosed with acute cholecystitis. He underwent a cholecystectomy to remove what was found to be a gangrenous gallbladder. Treatment included intravenous antibiotics and pain medication. Surgical notes indicated the gallbladder was removed, but portions of the biliary tree were left intact. The patient continued dulaglutide postoperatively without recurrence of bile stones, biliary tree disease, or abdominal symptoms at 8 months follow-up.

*Reviewer Comments: This case meets our case inclusion criteria. There is a temporal relationship and reasonable latency. Dechallenge cannot be determined because the patient underwent a cholecystectomy. Patient also had significant risk factors besides diabetes: hyperlipidemia, obesity and alcohol use; however, these variables were consistent for an extended period of time. Causality is assessed as possible.*

Korkmaz et al.[32] from Turkey, reported that a 75-year-old female patient experienced cholecystitis and cholelithiasis 6 months after starting liraglutide for T2DM. Her BMI was 45 kg/m$^2$. Prior to starting liraglutide, the patient underwent a gallbladder ultrasound which was normal without any signs of cholelithiasis. The patient visited the emergency department 6 months after starting liraglutide with fever, sudden onset of right upper quadrant abdominal pain, nausea and vomiting. Laboratory tests revealed leukocytosis, elevated C-reactive protein, and elevated liver enzymes. Abdominal ultrasound showed a distended gallbladder with increased wall thickness and multiple stones and was diagnosed with acute cholecystitis and cholelithiasis. She was treated with an antibiotic and ursodeoxycholic acid. Liraglutide was discontinued and symptoms improved. She was evaluated by a surgeon but a cholecystectomy was not

19

Reference ID: 4943880

Novo_GLP_MDL_004636796

recommended due to her age and comorbidities. During follow-up, abdominal pain had resolved. Hepatobiliary ultrasonography at sixth month follow-up showed regression of cholelithiasis.

*Reviewer comments: Because this case is with liraglutide, it does not meet our inclusion criteria, but is relevant in demonstrating a GLP-1 RA class effect. The patient has diabetes and obesity as risk factors. However, there is temporal relationship, relatively short latency, cholelithiasis was ruled out prior to starting liraglutide and has a positive dechallenge with follow-up demonstrating no recurrence of cholecystitis, and the cholelithiasis regression also coincided with ursodeoxycholic acid treatment. The patient's age, obesity and diabetes are alternative causes but these were present for some time and there was a negative ultrasound prior to therapy. Causality is assessed as probable.*

Of the nine citations from Embase, seven were duplicates from the PubMed search. The remaining two citations were determined to be not relevant to this review because they were basic science (n=1), or primary literature that did not describe cholecystitis with use of GLP-1 RAs (n=1).

## Meta-Analyses with GLP-1 RAs

Of the non-primary literature citations screened from PubMed, we retrieved two meta-analyses[33,34] and identified one observational study (assessed by DEPI below) cited in these meta-analyses. The meta-analyses comparing the risk of gallbladder disease with the use of GLP-1 RAs versus active comparator or placebo provided evidence in support of a potential increased risk of cholelithiasis and gallbladder disease following the GLP-1 RA use. The updated meta-analysis by Nreu et al.[34] included data from more recent GLP-1 RA CVOTs in addition to randomized clinical trials included in a prior study[33] and analyzed the risk of cholelithiasis for GLP-1 RA versus placebo/active comparators. Mantel-Haenszel odds ratio (MH-OR) with 95% confidence interval (95% CI) was calculated for cholelithiasis on an intention-to-treat basis. Compared to the placebo/active comparators, GLP-1 RAs were significantly associated with an increased risk of cholelithiasis (MH-OR 1.28 [1.11, 1.48]).[34] This result is consistent with the findings from the previous meta-analysis (MH-OR [95% CI] 1.30 [1.01-1.68]).[33] The authors noted potential mechanisms for the development of cholelithiasis that included effect of weight loss, a direct action of GLP-1 and its agonists on biliary secretion, and/or a drug-induced modification of gallbladder motility.[34]

## Assessment of Postmarketing Observational Study with GLP-1 RAs by DEPI

As of January 5, 2022, a PubMed search by Division of Epidemiology retrieved one publish observational study.[b 35]

To study the relationship between incretin-based antidiabetic agents (ADA, i.e., DPP4 inhibitors and GLP1 RA) and the risk of bile duct and gallbladder disease in patients with T2DM, Faillie and coinvestigators conducted a retrospective cohort study among patients identified in the

---

[b] There were 28 publications from the preliminary search. The DEPI assessment excluded 27 studies, including seven review articles, four randomized clinical trials, two meta-analyses, four observational studies of irrelevant topics, seven case reports, and three non-human studies.

Reference ID: 4943840

Novo_GLP_MDL_004636797

linked data from the U.K. Clinical Practice Research Datalink and the Hospital Episodes Statistics database between January 1, 2007[c] and March 31, 2014.[35]

Eligible subjects must initiate a new noninsulin ADA class for T2DM treatment (initiating, switched, added on) on or after January 1, 2007. The date of the eligible new prescription is defined as the cohort entry. Excluded from the study were patients with 1) less than one year of medical history prior to cohort entry, 2) less than 18 years old, 3) initially treated with insulin (advanced T2DM likely), 4) previous diagnosis with bile duct and gallbladder diseases, primary biliary cirrhosis, biliary cancer, HIV/AIDS or use of highly active antiretroviral treatment, and hemolytic disorders (ICD code based) at any time before cohort entry, 5) use of ursodeoxycholic acid or ursodiol, and 6) women with a history of polycystic ovary syndrome, gestational diabetes (other known indications for metformin) or pregnant in the year before cohort entry.

For each study subject, the study partitioned the patients' exposed time into the following four mutually exclusive categories:
1) Current use of DPP4 inhibitor alone or in combination with other ADA
2) Current use of GLP-1 analog alone or in combination with other ADA
3) Current use of other ADA and treatment combination including concurrent use of GLP1 analogs and DPP4 inhibitors
4) Current use of two or more oral ADA

The outcomes of interest in the study included inpatient or hospital admission with bile duct or gallbladder conditions (ICD code based) as the primary diagnosis of admission. All patients were followed up till the outcome of interest or the censoring points indicated by the receipt of a pregnancy-related diagnosis, end of registration with the general practice, end of available data in the Hospital Episode Statistics, death from any cause, or end of the study period, whichever occurred first.

The study used Cox proportional hazard models to estimate the incidence rate ratio of hospitalization for bile duct or gallbladder disease of exposure categories 1 to 3, relative to the exposure category 4, i.e., current use of two or more oral ADA.

During the period between 2007 and 2014, patients were followed up for 3.2 years (Standard Deviation= 2.0 years) on average. The study accumulated 227,994 person-years (PY) from 71,369 ADA initiators and 853 patients developed incident hospitalization for bile duct or gallbladder disease, yielding an overall incidence of 3.7 per 1,000 PY (95% confidence interval [CI]: 3.5-4.0). After adjustment for age, sex, year of cohort entry, body mass index, smoking status, and hemoglobin A1C level, the analysis found that the risk of bile duct and gallbladder disease during the current use of GLP-1 analogues was approximately 1.8 times (Hazard Ratio [HR]=1.79, 95% CI: 1.21-2.67) the risk of the current use of two or more oral ADA period. Relative to the current use of two or more oral ADA, the study reported consistently higher risk of bile duct and gallbladder disease for the current user of GLP-1 agonists in the secondary and sensitivity analyses (marginally significant to significant, details in appendix E).
The investigators concluded that they observed a higher risk of bile duct and gallbladder disease following GLP-1 analogues use.

---

[c] The year that the first incretin-based ADA approved in the United Kingdom.

21

Novo_GLP_MDL_004636798

Though the study reported GLP-1 analogue use is associated with increased risk of bile duct and gallbladder disease, DEPI considers the evidence from this observational study is inconclusive because the following major concerns limit the interpretation of the study findings.

According to the time-dependent exposure categorization and the censoring indicators (i.e., no censoring at ADA change and no washout period after one exposure discontinuation) specified in Faillie et al 2016[35] the study cohort is a mixture of incident and prevalent exposure of ADA[d]. The differences in patients' characteristics by ADA types during incident exposure may be more pronounced than that during the prevalent exposure. Therefore, without considering 1) the time-dependent complexities in prior ADA switching among the T2DM patients, and 2) the fact that drugs available at a later time might be a replacement in some patients but addition in others, the analysis pooling incident exposure with prevalent exposure into one exposure category may bias relative risk estimation due to oversample of the subjects and/or person-time at risk.

Meanwhile, without any washout period during the time dependent change of exposure categories, the person-time of any of the four exposure categories is likely a mixture of at-risk periods related to both the GLP-1 RA and the comparator exposure category. Without additional well established safety profile for the comparator category, it is difficult to assess whether the observed increase is due to the exposure of interest or a cumulation of prior exposures.

Although the study focused on hospitalization of bile duct and gallbladder disease, the outcomes with insidious onset are likely to have taken place before the hospitalization/diagnosis. The sensitivity analysis with 90-day grace period helps to address the concerns. However, there is limited evidence for a reasonable grace period to address latency for different conditions of bile duct and gallbladder disease.  It is unclear if the grace period is adequate to address potential bias due to the timing of outcome occurrence and delayed diagnosis.

## 3.3    PERIODIC SAFETY REPORTS

The Applicant did not assess acute cholecystitis with exenatide and lixisenatide in the periodic safety reports screened by DPV-I. In the dulaglutide periodic safety report, the Applicant mentioned a labeling update to include cholelithiasis and cholecystitis in adverse reactions in foreign labeling based on cardiovascular trial results, which is also listed in the most recent FDA approved labeling.[21] In the semaglutide PBRER, the Applicant lists acute gallstone disease (cholelithiasis) as an important identified risk for injectable and oral semaglutide for T2DM. The Applicant states "Serious events of acute gallstone disease (cholelithiasis) were infrequent, and the overall impact on the benefit–risk balance is considered to be low." Acute cholecystitis is not specifically mentioned in this PBRER.

---

[d] Incident exposure refers to the period of which the patients were first exposed to the specific exposure-defining drugs and with no exposure to any noninsulin ADA prior to the entry of the specific exposure category.
Prevalent exposure refers to the period of which the patients were exposed to the specific exposure-defining drugs and any of the noninsulin ADAs prior to the entry of the specific exposure category.

22

Novo_GLP_MDL_004636799

## 4    DISCUSSION

This review evaluated acute cholecystitis with GLP-1 RAs from FAERS cases, medical literature and periodic safety reports. DPV-I included cases of acute cholecystitis with the use of exenatide IR, lixisenatide, dulaglutide and semaglutide products for T2DM indication, all of which do not currently contain labeling in WP for acute cholecystitis. A related term, cholelithiasis, is not listed in exenatide IR and lixisenatide labeling; whereas it is listed in semaglutide for T2DM labeling in the AR section. Both weight management GLP-1 RAs (Saxenda and Wegovy), liraglutide and exenatide IR for T2DM contain labeling for acute cholecystitis in WP.

**Robustness of the Case Series**
There are 36 postmarketing cases to support a possible association of acute cholecystitis with dulaglutide, exenatide IR (note that extended release Bydureon already has labeling), and semaglutide, and a single case for lixisenatide for T2DM. These cases were temporally associated with GLP-1 RA use and approximately half of the cases occurred within three months of starting GLP-1 RA therapy. Nine cases with a latency greater than one year occurred in patients taking short-acting exenatide IR. There is variable latency for the development of symptomatic cholelithiasis, even in patients with underlying risk factors; the relatively short latency in approximately half of the patients in our case series supports a causal association. However, rapid weight loss (3 or more pounds per week), which can occur with GLP-1 RAs, may also trigger gallstone formation by altering the balance of cholesterol, lecithin, and bile acids, and prevent the gallbladder from emptying adequately.[36,37] We note that there were nine cases in our case series reporting weight loss of this magnitude and of these nine cases, one reported a history of gastric bypass surgery. Acute cholecystitis is prevalent in women over 40-50 years of age but our case series is notable for an almost equivalent sex distribution and four reports in patients with ages under 40 years, although all 4 patients were diagnosed with obesity, which is also a contributing risk factor. These findings suggest an association with GLP-1 RA use and not background gallbladder disease. We were unable to assess dechallenge in the 24 patients with the GLP-1 RA discontinued or dose reduced because patients received treatment with a cholecystectomy, planned cholecystectomy, Endoscopic Retrograde Cholangiopancreatography (ERCP) with stone removal, or ursodeoxycholic acid. Once a stone is formed, it will generally remain despite discontinuation of the GLP-1 RA without surgical or procedural intervention; however discontinuing the drug may prevent additional stone formation and possibly alleviate any gallbladder dysmotility symptoms. Only two cases reported a concomitant medication with labeling for acute cholecystitis (fenofibrate). Most cases in our case series reported a relevant comorbidity for acute gallbladder disease (overweight/obese, hypercholesterolemia, diabetes), and therefore, causality was classified as possible for GLP-1 RA contribution. There was one additional case identified with dulaglutide use from the medical literature with reasonable time to onset, comorbid conditions that were consistent over time, no rapid weight loss and recovery following a cholecystectomy with continuation of dulaglutide. This case report raised an interesting concept about the risk or lack thereof of complications within the biliary tree post cholecystectomy with continued GLP-1 RA use.[31] Some FAERS cases reported serious complications such as pancreatitis, elevated liver enzymes and liver necrosis.

23

Novo_GLP_MDL_004636800

## Biological Plausibility and Related Mechanisms

There is biological plausibility and replication of effect among the class because several GLP-1 RAs have been reported to inhibit CCK induced gallbladder function. CCK and various CCK receptors are responsible for bile acid release and gallbladder contraction.[12] Clinical trials with liraglutide and semaglutide have reported gallbladder related adverse events that were initially assumed to be related to rapid weight loss.[38] However, when adjusting for weight loss associated with liraglutide and semaglutide use in clinical trials for weight management, gallbladder related events were still noted to be higher in GLP-1 RA treated patients versus placebo treated patients,[19,20] and other possible mechanisms may be involved. Moreover, sodium glucose co-transport inhibitors (SGLT2 inhibitors) with similar weight loss have not been associated with acute biliary disease which also supports other mechanisms besides rapid weight loss.[38] There are two small studies in healthy subjects that received exenatide[10] and lixisenatide[11] that showed reduced gallbladder emptying when co-administered with intravenous CCK. Liraglutide 3 mg (weight management dosing) administered to adults with and without diabetes was found to prolong the time to achieve maximum gallbladder emptying.[9] The overall effect on gallbladder function may be multifactorial when patients with multiple risk factors (hyperlipidemia, obesity, diabetes and rapid weight loss) use a GLP-1 RA with CCK inhibitory effects.

Another class of drugs, somatostatin analogue products (e.g., octreotide), also suppress CCK production.[39] A DPV-I Pharmacovigilance Review identified FAERS cases of cholelithiasis resulting in complications, including cholecystitis, cholangitis, and pancreatitis, and requiring cholecystectomy in patients taking octreotide and lanreotide products.[40] Labeling was updated in 2018 to include a warning for cholelithiasis and complications of cholelithiasis in the WP section for octreotide and lanreotide.[41,42] Pasreotide also has a similar warning without the inclusion of pancreatitis.[43] Because of a shared mechanism, it is reasonable to expect acute gallbladder events with GLP-1 RA use.

There is inconsistency in labeling of acute cholecystitis among GLP-1 RAs, which may be related to the pharmacokinetics of the products, underreporting and misdiagnosis. Exenatide and lixisenatide are short acting GLP-1 RAs with a half-life of about 2 to 3 hours and drug concentrations decline until the next dose.[5] This wearing off effect suggests less suppression of CCK on gallbladder contractility versus sustained GLP-1 receptor activity with long-acting agents. In addition to low market share with short acting agents (see Background Section 1.1) this non-sustained GLP-1 agonist activity may explain lower number of reports with lixisenatide and perhaps requires more sustained exposure to develop cholecystitis. We also note that because of the high background rate of biliary disease in patients with diabetes,[44] acute cholecystitis may not be recognized as a drug-induced event and may not be reported with GLP-1 RA use. Lastly, there were many reports with cholelithiasis and pancreatitis that may have been gallstone related or a consequence of impaired gallbladder motility that did not provide sufficient details about the biliary event and focused mainly on reporting pancreatitis, most likely due to stimulated reporting from the GLP-1 RA pancreatitis drug safety communication.[45]

## Clinical Trials

Clinical trials suggest GLP-1 RA associated acute cholecystitis appears to be dose related and/or with long term use; however, postmarketing data was inconclusive. GLP-1 RA and acute cholecystitis appears to be dose related because an increased incidence (in cholecystitis events)

24

Novo_GLP_MDL_004636801

was seen in obesity clinical trials for liraglutide and semaglutide that utilize larger doses as shown in Table 2.[19,20] In CVOTs a GLP-1 RA was used in an enriched cardiovascular population, and these trials showed increasing incidence of cholecystitis with longer durations of GLP-1 RA exposure, as compared with cholecystitis incidence in comparator arms.[17,21] DDLO's clinical reviewer of Bydureon EXSCEL trial results noted there may have been a higher number of cholecystitis/cholelithiasis cases than the 1.9% noted in Table 2, as some cholecystitis/cholelithiasis adverse events were not captured individually but were captured under the category of "gastrointestinal conditions associated with diabetes" that included abdominal pain, nausea/vomiting, diarrhea, fatty liver disease/nonalcoholic steatohepatitis, and *cholecystitis or cholelithiasis.*[46] Based on the CVOT results for Bydureon and Victoza (both indicated for T2DM), cholecystitis is listed in the WP section and for Trulicity (dulaglutide) in the AR section, of labeling. In our case series, however, in the cases reporting the GLP-1 RA dose (n=32), there was an equal number of cases using low to medium dose GLP-1 RA versus high dose. This may be related to underreporting, spontaneous postmarketing reports providing limited clinical information (dosing information missing from some reports) and our focused case definition specifically for acute cholecystitis cases. In clinical practice, use of GLP-1 RAs in patients with additional risk factors, comorbidities, and longer duration of use may increase the risk of acute cholecystitis when used in a more diverse population than in clinical trials.

In September 2020, FDA approved dulaglutide for higher dose therapy (3 mg and 4.5 mg doses) based on a clinical trial showing efficacy and included an analysis of acute gallbladder disease as a designated adverse event of interest. The DDLO clinical reviewer noted that a small numeric imbalance in the incidence of serious adverse events of acute cholecystitis was observed in the higher dose groups (0 vs 0.3% in each higher dose group). This information is not included in Clinical Studies Experience (6.1) under the subheading of Cholelithiasis and Cholecystitis in current labeling.[21]

**Limitations**
There are limitations with spontaneous postmarketing data because diagnostic testing may vary or is delayed at various institutions, and descriptive clinical information may be missing from reports. The diagnosis of acute cholecystitis can be delayed with variability of imaging techniques available to detect gallstones, non-specific clinical findings, and length of time needed to develop gallstones. Challenges in diagnosis exist including stone passage prior to imaging, precision of various imaging tools, and delays in treatment and scheduled surgeries (such as during the COVID-19 pandemic in 2020-2021) that may impact descriptive characteristics tabulated from our case series. There were FAERS cases of pancreatitis and potential acute gallbladder disease that lacked clinical information to determine if the pancreatitis preceded or was a complication of an effect on the biliary tree. Additionally, there were cases of biliary dyskinesia and non-specific gallbladder disorder that did not meet our case definition and selection criteria that lacked clinical information for assessment but may represent early gallbladder dysfunction prior to developing cholecystitis. If gallbladder stasis is a likely mechanism, then additional cases may occur with prolonged use. Our case definition was limited to acute cholecystitis cases and we excluded patients with a prior history of cholelithiasis. It is possible that some cases that were excluded because of prior cholelithiasis, subsequently developed acute cholecystitis while taking a GLP-1 RA.

25

Reference ID: 4943880

Novo_GLP_MDL_004636802

Another limitation is the limited reports with sufficient information to assess a causal role with Adlyxin (lixisenatide) and Rybelsus (semaglutide). As noted in section 1.1, utilization of lixisenatide is low and may account for few reported cases. Rybelsus, an oral GLP-1 RA did not have postmarketing cases that met our case definition and case selection criteria. Rybelsus recently received FDA approval in September 2019 for T2DM and marketing of this product has been slow due to timing of market launch and the beginning of the COVID-19 pandemic in March 2020. DPV-I supports harmonizing labeling with subcutaneous semaglutide despite the lack of reports. DPV-I will continue routine pharmacovigilance for reports with Rybelsus.

**Considerations for Regulatory Action**

Our robust evidence for labeling acute cholecystitis for the GLP-1 RA class is from CVOTs, a liraglutide case report (see section 3.2) and consistency of FAERS cases with all GLP-1 RAs in our case series. CVOT results with a randomized controlled design support an increase in acute cholecystitis in GLP-1 RA treated patients. A liraglutide literature case report provides evidence of a negative baseline gallbladder ultrasound prior to treatment and development of acute cholecystitis a short latency after starting liraglutide. FAERS cases with exenatide and lixisenatide support inclusion of acute cholecystitis in labeling due to biological plausibility. Acute cholecystitis causes significant pain and suffering, and diagnosis and treatment often involve invasive procedures. Moreover, patients can develop serious complications involving the entire biliary tree that include pancreatitis and liver injury and can prolong hospital stay, can be life threatening and cause significant morbidity and mortality.

The Adverse Reactions, Postmarketing Experience section of the product labeling is intended to describe adverse reactions for which there is some basis to believe there is a causal relationship (§ 201.57(c)(7)). We identified postmarketing cases with reasonable latency. There is consistency with the pharmacology of the drug. There is evidence from clinical trials of agents within the class showing an increased incidence of acute cholecystitis. Acute cholecystitis, potential complications involving the biliary tree, and cholecystectomy are clinically significant events and this information may impact prescribing decisions for patient management. Additionally, most cases in our case series were from the United States.

**Meeting with DDLO and DEPI**

On January 24, 2022, DPV-I met with DDLO and DEPI to discuss the data for cholecystitis associated with the class of GLP-1 RA products. DDLO attendees included Monika Houstoun, Tania Condarco, Suchitra Balakrishna, and other DDLO invitees. DEPI attendees included Yandong Qiang, Po-Yin Chang. DPV-I attendees included Christine Chamberlain, Daniel Woronow, Cindy Kortepeter, and other invitees. The OSE Cross Disciplinary Safety Advisor Christian Cao and Mark Avigan Associate Director for Clinical Path Initiatives in the OSE Office of Pharmacovigilance and Epidemiology also attended. The above participants stated the evidence presented supports labeling for cholecystitis for the class of GLP-1 RA products, and that DDLO will determine the location informing of this risk within either Warnings and Precautions or Adverse Reactions Postmarketing Experience for GLP-1 RA products that are not already labeled in accordance with DDLO's pending determination of this labeling decision. Given the sufficiency of the totality of the currently available evidence for labeling decision, DDLO agreed that a potential sentinel analysis on some specific outcomes was deemed unnecessary. DEPI considered that a potential Sentinel Analysis is likely infeasible to provide

26

Novo_GLP_MDL_004636803

substantial meaningful information to support the potential regulatory action because of uncontrolled confounding factors, outcome/exposure misclassification, likely small size of user population of newly approved and less popularly prescribed GLP-1 RAs, and impact of present differential labeling for outcomes of interest across GLP-1 RA products.

## 5    CONCLUSION

DPV-I concludes that there are FAERS cases of acute cholecystitis resulting in cholecystectomy with evidence to support an association with use of most FDA-approved GLP-1 RA products indicated for T2DM. In addition, there are studies with three GLP-1 RAs that support a biological mechanism on decreased gallbladder function. Rybelsus, an oral GLP-1 RA, did not have postmarketing reports; however, we suspect there is also a risk with this drug based on similar mechanism of action. Lack of reports for Rybelsus is potentially due to recent FDA approval in September 2019 for T2DM. DPV-I will continue routine pharmacovigilance with oral semaglutide for any differences in patient susceptibility for acute gallstone disease compared to injectable GLP-1 RAs.

## 6    RECOMMENDATIONS

Based on this review, DPV-I recommends the following:

- Addition of language regarding acute cholecystitis and cholecystectomy to the Adverse Reactions, Postmarketing Experience section of the dulaglutide, exenatide, lixisenatide and semaglutide product labeling as shown below.
  *Hepatobiliary: cholecystitis, cholecystectomy*
- DDLO to make the determination on class labeling and location in labeling for risk of acute cholecystitis with class of GLP-1 RA products.

## 7    REFERENCES

1.    Zakko, S.F. (2020). Overview of gallstone disease in adults. In Grover S, Chopra S (Eds.) UptoDate. Retrieved from https://www.uptodate.com/contents/overview-of-gallstone-disease-in-adults?search=acute%20cholecystitis&topicRef=666&source=see_link
2.    Zakko, S.F. (2020). Acute calculous cholecystitis: Clinical features and diagnosis. In Grover S, Chopra S (Eds.) UptoDate. Retrieved at https://www.uptodate.com/contents/acute-calculous-cholecystitis-clinical-features-and-diagnosis?search=risk%20factors%20for%20gallstones&topicRef=654&source=see_link
3.    Kimura Y, Takada T, Kawarada Y, Nimura Y, Hirata K, et al. Definitions, pathophysiology, and epidemiology of acute cholangitis and cholecystitis: Tokyo Guidelines. J Hepatobiliary Pancreat Surg. 2007;14:15–26.
4.    Vollmer Jr CM, Jr, Zakko SF, Afdhal NH. (2020). Treatment of acute calculous cholecystitis. In Ashley S, Chen W (Eds) UptoDate. Retrieved at https://www.uptodate.com/contents/treatment-of-acute-calculous-cholecystitis?search=acute%20cholecystitis%20treatment&source=search_result&selectedTitle=1~130&usage_type=default&display_rank=1
5.    Gentillela R, Pechtner V, Corcos A, Consoli A. Glucagon-like peptide-1 receptor agonists in type 2 diabetes treatment: are they all the same. Diabetes Metab Res Rev. 2019;35:e3070. https://doi.org/10.1002/dmrr.3070
6.    Rybelsus (semaglutide) [product labeling]. Plainsboro, NJ: Novo Nordisk Inc.; April 2021.
7.    Wang HH, Portincasa P, Wang D. Update on the Molecular Mechanisms Underlying the Effect of Cholecystokinin and Cholecystokinin-1 Receptor on the Formation of Cholesterol Gallstones. Curr Med Chem. 2019;26(19): 3407–3423. doi:10.2174/0929867324666170619104801.

Reference ID: 4943840

Novo_GLP_MDL_004636804

8.  Rehfeld JF. Knop FK, Asmar A, Madsbad S, Holst JJ, Asmar M. Cholecystokinin secretion is suppressed by glucagon-like peptide-1: clue to the mechanism of the adverse gallbladder events of GLP-1-derived drugs Scandinavian Journal of Gastroenterology. 2018;53(12):1429–1432. https://doi.org/10.1080/00365521.2018.1530297

9.  Nexoe-Larsen, C. C., Sorensen, P. H., Hausner, H., Agersnap, M., Baekdal, M., Bronden, A., ... Knop, F. K. (2018). Effects of liraglutide on gallbladder emptying: A randomized, placebo-controlled trial in adults with overweight or obesity. Diabetes, Obesity and Metabolism, 20(11), 2557-2564. https://doi.org/10.1111/dom.13420

10. Keller J, Trautmann ME, Haber H, Tham LS, Hunt T, Mace K, Linnebjerg H. Effect of exenatide on cholecystokinin-induced gallbladder emptying in fasting healthy subjects. Regul Pept. 2012 Nov 10;179(1-3):77-83. doi: 10.1016/j.regpep.2012.08.005. Epub 2012 Sep 6. PMID: 22960288.

11. Balakrishnan S. Clinical Review for NDA 208471 Adlyxin (lixisenatide). July 1, 2016. Reference ID: 3954238

12. Gether IM, Nexoe-Larsen C, Knop FK. New Avenues in the Regulation of Gallbladder Motility-Implications for the Use of Glucagon-Like Peptide-Derived Drugs. J Clin Endocrinol Metab. 2019 Jul 1;104(7):2463-2472. doi: 10.1210/jc.2018-01008. PMID: 30137354.

13. Egan AG, Blind E, Dunder K, de Graeff PA, Hummer BT, Bourcier T, Rosebraugh C. Pancreatic safety of incretin-based drugs – FDA and EMA assessment. N Engl J Med 2014; 370:794-7.

14. Endocrine and Metabolic Drugs Advisory Comittee Background Document for meeting on June 20, 2017 for Victoza (liraglutide) discussion of the results of LEADER Trial. Accessed on February 1, 2022 at https://www.fda.gov/files/advisory%20committees/published/FDA-Briefing-Information-for-the-June-20--2017-Meeting-of-the-Endocrinologic-and-Metabolic-Drugs-Advisory-Committee.pdf

15. Chung A. Pharmacovigilance review: GLP-1 RA and drug induced liver injury. July 30, 2021. SS ID #: 1004209. DARRTS Reference ID: 4837201.

16. Bydureon (exenatide extended-release) [product labeling]. Wilmington, DE: AstraZeneca Pharmacueticals LP; February 2020.

17. Victoza (liraglutide) [product labeling]. Plainsboro, NJ: Novo Nordisk Inc.: November 2020.

18. Xultophy 100/3.6 (insulin degludec/liraglutide injection) [product labeling]. Plainsboro, NJ: Novo Nordisk Inc.; November 2019.

19. Saxenda (liraglutide) [product labeling]. Plainsboro, NJ: Novo Nordisk Inc.; December 2020.

20. Wegovy (semaglutide) [product labeling]. Plainsville, NJ: Novo Nordisk Inc.; June 2021.

21. Trulicity (dulaglutide) [product labeling]. Indianapolis, IN: Eli Lilly and Company; September 2021.

22. Ozempic (semaglutide) [product labeling]. Plainsboro, NJ: Novo Nordisk Inc.; April 2021.

23. Byetta (exenatide) [product labeling]. Wilmington, DE: AstraZeneca Pharmaceuticals LP; November 2021.

24. Adlyxin (lixisenatide) [product labeling]. Bridgewater, NJ: Sanofi-aventis U.S. LLC; July 2021.

25. Soliqua (insulin glargine/lixisenatide) [product labeling]. Bridgewater, NJ: Sanofi-aventis U.S. LLC; July 2021.

26. Nauck MA, Muus Ghorbani ML, Kreiner E, Saevereid HA, Buse JB; LEADER Publication Committee on behalf of the LEADER Trial Investigators. Effects of Liraglutide Compared With Placebo on Events of Acute Gallbladder or Biliary Disease in Patients With Type 2 Diabetes at High Risk for Cardiovascular Events in the LEADER Randomized Trial. Diabetes Care. 2019 Oct;42(10):1912-1920.

27. Balakrishnan SM. Clinical Review, BLA 125469, Supplement 33: A randomized, double-blind, placebo-controlled trial evaluating the effect of Trulicity (dulaglutide) on the incidence of major adverse cardiovascular events (MACE) in patients with type 2 diabetes mellitus. February 18, 2020. DARRTS Reference ID: 4561962.

28. OSE Case Definition. Cholelithiasis. August 2010.

29. Capron JP, Piperaud R, Dupas JL, Delamarre J, Lorriaux A. Evidence for an association between cholelithiasis and diverticular disease of the colon: a case-controlled study. Dig Dis Sci. 1981 Jun;26(6):523-7. doi: 10.1007/BF01308101. PMID: 7238272

30. Pizzimenti V, Giandalia A, Cucinotta D, Russo GT, Smits M, Cutroneo PM, Trifirò G. Incretin-based therapy and acute cholecystitis: a review of case reports and EudraVigilance spontaneous adverse drug reaction reporting database. J Clin Pharm Ther. 2016 Apr;41(2):116-8. doi: 10.1111/jcpt.12373.

31. Butler J, Bjurstrom M, Marceau A. Possible dulaglutide-associated cholecystitis with safe continuation post cholecystectomy. Am J Health Syst Pharm. 2021 Mar 31;78(8):684-688. doi: 10.1093/ajhp/zxab045.

28

Reference ID: 4943880

Novo_GLP_MDL_004636805

32. Korkmaz H, Araz M, Alkan S, Akarsu E. Liraglutide-related cholelithiasis. Aging Clin Exp Res. 2015;27:751–53.
33. Monami M, Nreu B, Scatena A, Cresci B, Andreozzi F, Sesti G, Mannucci E. Safety issues with glucagon-like peptide-1 receptor agonists (pancreatitis, pancreatic cancer and cholelithiasis): Data from randomized controlled trials. Diabetes Obes Metab. 2017 Sep;19(9):1233-1241.
34. Nreu B, Dicembrini I, Tinti F, Mannucci E, Monami M. Cholelithiasis in patients treated with Glucagon-Peptide-1 Receptor: An updated meta-analysis of randomized controlled trials. Diabetes Research and Clinical Practice. 2020;161:108087, 1-4.
35. Faillie JL, Yu OH, Yin H, Hillaire-Buys D, Barkun A, Azoulay L. Association of bile duct and gallbladder diseases with the use of incretin-based drugs in patients with type 2 diabetes mellitus. JAMA Internal Med 2016;176:1474–81.
36. Ilton E, Sinha S. The Link Between Gallstones, Obesity, and Weight Loss. 2018. Available at Everyday Health at : https://www.everydayhealth.com/gallbladder/symptoms/link-between-gallstones-obesity-weight-loss/
37. Alsaif FA, Alabdullatif FS, Aldegaither MK, et al. Incidence of symptomatic cholelithiasis after laparoscopic sleeve gastrectomy and its association with rapid weight loss. Saudi J Gastroenterol. 2020;26(2):94-98. doi:10.4103/sjg.SJG_472_19 available at  https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7279075/
38. Smits MM, Van Raalte DH. Safety of Semaglutide. Front Endocrinol (Lausanne). 2021 Jul 7;12:645563. doi: 10.3389/fendo.2021.645563.
39. Michielsen PP, Fierens H, Van Maercke YM. Drug-induced gallbladder disease: incidence, aetiology and management. Drug Safety 1992;7 (1): 32-45.
40. Chung A. Sandostatin (octreotide acetate), Sandostatin LAR (octreotide acetate depot), Somatuline Depot (lanreotide acetate), Signifor (pasireotide diaspartate), Signifor LAR (pasireotide pamoate and complications of cholelithiasis. November 2, 2018. DARRTS Reference ID: 4345064
41. Sandostatin (octreotide) [product labeling]. East Hanover, NJ:  Novartis Pharmaceuticals Corporation; May 2021.
42. Somatuline Depot (lanreotide acetate) [product label]. Basking Ridge, NJ: Ipsen Biopharmaceuticals, Inc.; April 2019.
43. Signifor (paireotide diaspartate) [product labeling]. East Hanover, NJ: Novartis Pharmaceuticals Corporation; January 2020.
44. Noel RA, Braun D, Patterson RE, Bloomgren GL Increased Risk of Acute Pancreatitis and Biliary Disease Observed in Patients with Type 2 Diabetes. Diabetes Care. 2009;32:834–838.
45. FDA Drug Safety Communication: FDA investigating reports of possible increased risk of pancreatitis and pre-cancerous findings of the pancreas from incretin mimetic drugs for type 2 diabetes. Accessed on December 18, 2021 at https://www.fda.gov/drugs/drug-safety-and-availability/fda-drug-safety-communication-fda-investigating-reports-possible-increased-risk-pancreatitis-and-pre
46. Doi SD. Clinical Review NDA 022200 Results of A Randomized, Placebo-Controlled Clinical Trial to Evaluate Cardiovascular Outcomes after Treatment with Exenatide Once Weekly in Patients with Type 2 Diabetes Mellitus (EXSCEL Trial)EXSCEL (EXenatide Study of Cardiovascular Events Lowering) trial was conducted to fulfill PMR 1860-6. February 7, 2019. DARRTS Reference ID: 4386400

Reference ID: 4943880

Novo_GLP_MDL_004636806

## 8    APPENDICES

### 8.1    APPENDIX A.  FDA ADVERSE EVENT REPORTING SYSTEM (FAERS)

**<u>FDA Adverse Event Reporting System (FAERS)</u>**

The FDA Adverse Event Reporting System (FAERS) is a database that contains information on adverse event and medication error reports submitted to FDA. The database is designed to support FDA's postmarketing safety surveillance program for drug and therapeutic biological products. The informatic structure of the database adheres to the international safety reporting guidance issued by the International Council on Harmonisation. Adverse events and medication errors are coded to terms in the Medical Dictionary for Regulatory Activities (MedDRA) terminology. The suspect products are coded to valid tradenames or active ingredients in the FAERS Product Dictionary (FPD).

FAERS data have limitations. First, there is no certainty that the reported event was actually due to the product. FDA does not require that a causal relationship between a product and event be proven, and reports do not always contain enough detail to properly evaluate an event. Further, FDA does not receive reports for every adverse event or medication error that occurs with a product. Many factors can influence whether or not an event will be reported, such as the time a product has been marketed and publicity about an event. Therefore, FAERS data cannot be used to calculate the incidence of an adverse event or medication error in the U.S. population.

Reference ID: 4943880

Novo_GLP_MDL_004636807

**8.2**   APPENDIX B.  SUMMARY TABLE AND EXAMPLE EXCERPTS CONTAINING LANGUAGE REGARDING BILIARY ADVERSE EVENTS FROM GLP-1 RECEPTOR AGONIST LABELING

**8.2.1**   *Summary Table of Biliary Adverse events in GLP-1 Receptor Agonist Labeling*

| Product Generic (brand) Name | 6.1 Adverse Event term (s) | 6.2 Adverse Event term (s) | 5.X Adverse E vent term (s) |
|---|---|---|---|
| Dulaglutide (Trulicity) | Cholelithiasis, cholecystitis | x | x |
| Exenatide (Byetta) | x | x | x |
| Exenatide (Bydureon) | x | x | Cholelithiasis, cholecystitis |
| Liraglutide (Victoza) | Cholelithiasis, cholecystitis | x | Cholelithiasis, cholecystitis |
| Liraglutide (Saxenda) | x | x | Cholelithiasis, cholecystitis |
| Liraglutide/insulin degludec) (Xultophy) | Cholelithiasis, cholecystitis | x | Cholelithiasis, cholecystitis |
| Lixisenatide | x | x | x |
| Lixisenatide/insulin glargine ( Soliqua) | x | x | x |
| Semaglutide (Ozempic) | Cholelithiasis | x | x |
| Semaglutide (Rybelsus) | Cholelithiasis | x | x |
| Semaglutide (Wegovy) | Cholelithiasis, cholecystitis | x | Cholelithiasis, cholecystitis |
| x indicates no biliary adverse event labeling for designated section | | | |

**8.2.2**   *Trulicity (dulaglutide)*

**6 ADVERSE REACTIONS**

**6.1   Clinical Studies Experience**

*Cholelithiasis and Cholecystitis*

In a cardiovascular outcomes trial with a median follow up of 5.4 years, cholelithiasis occurred at a rate of 0.62/100 patient-years in TRULICITY-treated patients and 0.56/100 patient-years in placebo-treated patients after adjusting for prior cholecystectomy. Serious events of acute cholecystitis were reported in 0.5% and 0.3% of patients on TRULICITY and placebo respectively.

**8.2.3**   *Bydureon (exenatide); no biliary events listed in Byetta labeling*

**5 WARNINGS AND PRECAUTIONS**

**5.11   Acute Gallbladder Disease**

Acute events of gallbladder disease have been reported in GLP-1 receptor agonist trials. In the EXSCEL trial *[see Clinical Studies (14.2)]*, 1.9% of BYDUREON-treated patients and 1.4% of placebo-treated patients reported an acute event of gallbladder disease, such

31

Novo_GLP_MDL_004636808

as cholelithiasis or cholecystitis. If cholecystitis is suspected, gallbladder studies and appropriate clinical follow-up are indicated.

### 8.2.4    *Victoza (liraglutide)*

**5 WARNINGS AND PRECAUTIONS**

**5.7    Acute Gallbladder Disease**

In the LEADER trial *[see Clinical Studies (14.3)]*, 3.1% of VICTOZA-treated patients versus 1.9% of placebo-treated patients reported an acute event of gallbladder disease, such as cholelithiasis or cholecystitis. The majority of events required hospitalization or cholecystectomy. If cholelithiasis is suspected, gallbladder studies and appropriate clinical follow-up are indicated.

**6 ADVERSE REACTIONS**

**6.1    Clinical Trials Experience**

*Cholelithiasis and cholecystitis*

In glycemic control trials of VICTOZA, the incidence of cholelithiasis was 0.3% in both VICTOZA-treated and placebo-treated patients. The incidence of cholecystitis was 0.2% in both VICTOZA-treated and placebo-treated patients.

In the LEADER trial *[see Clinical Studies (14.3)]*, the incidence of cholelithiasis was 1.5% (3.9 cases per 1000 patient years of observation) in VICTOZA-treated and 1.1% (2.8 cases per 1000 patient years of observation) in placebo-treated patients, both on a background of standard of care. The incidence of acute cholecystitis was 1.1% (2.9 cases per 1000 patient years of observation) in VICTOZA-treated and 0.7% (1.9 cases per 1000 patient years of observation) in placebo-treated patients.

**Laboratory Tests**

*Bilirubin*

In the five glycemic control trials of at least 26 weeks duration, mildly elevated serum bilirubin concentrations (elevations to no more than twice the upper limit of the reference range) occurred in 4.0% of VICTOZA-treated patients, 2.1% of placebo-treated patients and 3.5% of active-comparator-treated patients. This finding was not accompanied by abnormalities in other liver tests. The significance of this isolated finding is unknown.

### 8.2.5    *Saxenda (liraglutide)*

**5.3 Acute Gallbladder Disease**

In SAXENDA clinical trials in adults, 2.2% of SAXENDA-treated patients reported adverse events of cholelithiasis versus 0.8% of placebo-treated patients. The incidence of cholecystitis was 0.8% in SAXENDA-treated patients versus 0.4% in placebo-treated patients. The majority of SAXENDA-treated patients with adverse events of cholelithiasis and cholecystitis required cholecystectomy. Substantial or rapid weight loss can increase the risk of cholelithiasis; however, the incidence of acute gallbladder disease was greater in SAXENDA-treated patients than in placebo-treated patients even after accounting for the degree of weight loss. If cholelithiasis is suspected, gallbladder studies and appropriate clinical follow-up are indicated.

Reference ID: 4943880

Novo_GLP_MDL_004636809

**6 ADVERSE REACTIONS**
**6.1    Clinical Trials Experience**
Laboratory Abnormalities
*Liver Enzymes*
Increases in alanine aminotransferase (ALT) greater than or equal to 10 times the upper limit of normal were observed in 5 (0.15%) SAXENDA-treated patients (two of whom had ALT greater than 20 and 40 times the upper limit of normal) compared with 1 (0.05%) placebo-treated patient during the SAXENDA clinical trials. Because clinical evaluation to exclude alternative causes of ALT and aspartate aminotransferase (AST) increases was not done in most cases, the relationship to SAXENDA is uncertain. Some increases in ALT and AST were associated with other confounding factors (such as gallstones).

### 8.2.6    *Ozempic (semaglutide)*

**6 ADVERSE REACTIONS**
**6.1    Clinical Trials Experience**
Cholelithiasis
In placebo-controlled trials, cholelithiasis was reported in 1.5% and 0.4% of patients-treated with OZEMPIC 0.5 mg and 1 mg, respectively. Cholelithiasis was not reported in placebo-treated patients.

### 8.2.7    *Rybelsus (semaglutide)*

**6 ADVERSE REACTIONS**
**6.1    Clinical Trials Experience**
Cholelithiasis
In placebo-controlled trials, cholelithiasis was reported in 1% of patients treated with RYBELSUS 7 mg. Cholelithiasis was not reported in RYBELSUS 14 mg or placebo-treated patients.

### 8.2.8    *Wegovy (semaglutide)*

**5 WARNINGS AND PRECAUTIONS**
**5.3    Acute Gallbladder Disease**
In WEGOVY randomized clinical trials, cholelithiasis was reported by 1.6% of WEGOVY-treated patients and 0.7% of placebo-treated patients. Cholecystitis was reported by 0.6% of WEGOVY-treated patients and 0.2% of placebo-treated patients. Substantial or rapid weight loss can increase the risk of cholelithiasis; however, the incidence of acute gallbladder disease was greater in WEGOVY-treated patients than in placebo-treated patients, even after accounting for the degree of weight loss. If cholelithiasis is suspected, gallbladder studies and appropriate clinical follow-up are indicated.

33

Reference ID: 4943880

## 6 ADVERSE REACTIONS
### 6.1    Clinical Trials Experience
<u>Acute Gallbladder Disease</u>

In WEGOVY clinical trials, cholelithiasis was reported by 1.6% of WEGOVY-treated patients and 0.7% of placebo-treated patients. Cholecystitis was reported by 0.6% of WEGOVY-treated patients and 0.2% of placebo-treated patients.

### *8.2.9    <u>Xultophy (liraglutide/insulin degludec)</u>*

## 5 WARNINGS AND PRECAUTIONS
### 5.9    Acute Gallbladder Disease

In a cardiovascular outcomes trial (LEADER trial) [see Clinical Studies (14.4)], 3.1% of patients treated with liraglutide, one of the components of XULTOPHY 100/3.6, versus 1.9% of placebo treated patients reported an acute event of gallbladder disease, such as cholelithiasis or cholecystitis. The majority of events required hospitalization or cholecystectomy. If cholelithiasis is suspected, gallbladder studies and appropriate clinical follow-up are indicated.

Reference ID: 4943840

Novo_GLP_MDL_004636811

## 8.3  APPENDIX C.  PRODUCTS WITH A GALLBLADDER DISEASE RELATED TERM IN WARNINGS AND PRECAUTIONS

| Products with a Gallbladder Disease Related Term in Warnings and Precautions Section of Labeling* Sorted Alphabetically by Product Active Ingredient | | |
|---|---|---|
| Aldesleukin | Etonogestrel | Octreotide, octreotide acetate |
| Alemtuzumab | Fenofibrate, fenofibric acid | Orlistat |
| Atazanavir | Gemfibrozil | Pasireotide |
| Cevimeline | Lanreotide acetate | Pegvisomant |
| Drospirenone and estrogen derivative | Levonorgestrel and estrogen derivative | Pilocarpine hydrochloride |
| Elagolix and estradiol and norethisterone | Mebrofenin | Rifampin |
| Eluxadoline | Mometasone furoate | Sincalide |
| Estradiol containing products | Norethindrone acetate and estrogen derivative | Ursodiol |
| Estrogens, conjugated | Norgestimate and ethinyl estradiol | Ustekinumab |
| *Information derived from FDA Label accessed at https://labels.fda.gov/ on September 9, 2021<br>† Gallbladder related terms include cholelithiasis, cholecystitis, gallstone, or gallbladder disease | | |

35

Reference ID: 4943840

Novo_GLP_MDL_004636812

**8.4    APPENDIX D.  FAERS LINE LISTING OF ACUTE CHOLECYSTITIS WITH GLP-1 RECEPTOR AGONISTS CASE SERIES**

| | Initial FDA Received Date | FAERS Case # | Version # | Manufacturer Control # | Case Type | Age (years) | Sex | Country Derived | Serious Outcome(s)* |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 4/8/2014 | 10067673 | 1 | Direct report | Direct | 71.0 | F | USA | OT (refused HO) |
| 2 | 3/16/2016 | 12184550 † | 1 | IT-ASTRAZENECA-2016SE27062 | Expedited | 49.0 | M | ITA | HO |
| 3 | 7/24/2016 | 12585496 | 2 | JP-ELI_LILLY_AND_COMPANY-JP201607005379 | Expedited | 80.0 | M | JPN | HO |
| 4 | 4/5/2017 | 13407126 | 1 | DK-ELI_LILLY_AND_COMPANY-DK201703011765 | Expedited | 64.4 | M | DNK | HO,OT |
| 5 | 10/2/2017 | 14030391 | 2 | US-ELI_LILLY_AND_COMPANY-US201709010105 | Expedited | 43.5 | F | USA | HO |
| 6 | 7/4/2018 | 15106990 | 1 | JP-ASTRAZENECA-2018SE81415 | Expedited | 36.0 | F | JPN | HO |
| 7 | 9/17/2018 | 15389060 | 2 | US-ELI_LILLY_AND_COMPANY-US201809003923 | Expedited | 40.9 | M | USA | HO |
| 8 | 6/3/2019 | 16385259 | 2 | US-NOVOPROD-664675 | Expedited | 67.0 | M | USA | HO |
| 9 | 11/21/2019 | 17061646 | 1 | GB-ELI_LILLY_AND_COMPANY-GB201911006542 | Expedited | 85.0 | M | GBR | HO |
| 10 | 3/10/2020 | 17524376 | 1 | Direct report | Direct | 64.0 | F | USA | HO |
| 11 | 12/5/2020 | 18585696 | 1 | Direct report | Direct | 42.0 | F | USA | HO,OT |
| 12 | 1/29/2021 | 18805158 | 3 | JP-SAKK-2021SA024982AA | Expedited | 73.0 | M | JPN | HO,OT |
| 13 | 4/22/2021 | 19171686 | 1 | Direct report | Direct | 52.0 | M | USA | HO |
| 14 | 4/29/2021 | 19199547 | 1 | Direct report | Direct | 66.0 | F | USA | HO |
| 15 | 4/30/2021 | 19200065 | 1 | Direct report | Direct | 68.0 | M | USA | HO |
| 16 | 5/27/2021 | 19312987 | 2 | CA-NOVOPROD-814264 | Expedited | 42 | F | CAN | HO,OT |
| 17 | 7/8/2021 | 19504747 | 2 | US-NOVOPROD-827670 | Expedited | 47.0 | F | USA | HO |
| 18 | 9/2/2021 | 19778264 | 1 | Direct report | Direct | 25.0 | F | USA | DS,OT |
| 19 | 6/13/2006 | 6072616 | 2 | 2006PV014410 | Expedited | 45.0 | F | USA | HO |
| 20 | 11/24/2006 | 6186299 | 2 | 2006PV024638 | Expedited | 74.0 | M | USA | HO |
| 21 | 6/19/2007 | 6336616 | 1 | US-ELI_LILLY_AND_COMPANY-US200706002853 | Expedited | 72.0 | F | USA | HO |
| 22 | 12/21/2007 | 6512945 | 5 | US-ELI_LILLY_AND_COMPANY-US200712003602 | Expedited | 58.0 | M | USA | HO,OT |
| 23 | 12/4/2007 | 6519122 | 6 | US-ELI_LILLY_AND_COMPANY-US200711005991 | Expedited | 47.0 | M | USA | DE,HO,LT,OT |
| 24 | 3/7/2008 | 6573262 | 3 | US-ELI_LILLY_AND_COMPANY-US200803000224 | Expedited | 51.0 | F | USA | HO |
| 25 | 6/13/2008 | 6667480 | 1 | US-ELI_LILLY_AND_COMPANY-US200806000828 | Expedited | 30.5 | M | USA | DE,HO,LT,OT |
| 26 | 6/22/2009 | 7029857 | 2 | US-ELI_LILLY_AND_COMPANY-US200906004664 | Expedited | 51.8 | F | USA | HO,OT |

36

Novo_GLP_MDL_004636813

| | Initial FDA Received Date | FAERS Case # | Version # | Manufacturer Control # | Case Type | Age (years) | Sex | Country Derived | Serious Outcome(s)* |
|---|---|---|---|---|---|---|---|---|---|
| 27 | 3/12/2010 | 7318498 | 1 | US-ELI_LILLY_AND_COMPANY-US201003001216 | Expedited | 48.3 | F | USA | HO |
| 28 | 3/12/2010 | 7318509 | 2 | US-ELI_LILLY_AND_COMPANY-US200908005982 | Expedited | 66.2 | M | USA | HO,LT,OT |
| 29 | 6/1/2010 | 7406120 | 1 | BE-ELI_LILLY_AND_COMPANY-BE201001003092 | Expedited | 76.2 | F | BEL | HO,OT |
| 30 | 6/11/2010 | 7417557 | 3 | US-ELI_LILLY_AND_COMPANY-US200906005311 | Expedited | 70.2 | F | USA | HO,OT |
| 31 | 11/12/2010 | 7665281 | 2 | US-ELI_LILLY_AND_COMPANY-US201008004663 | Expedited | 42.3 | M | USA | HO,OT |
| 32 | 12/9/2011 | 8282732 | 2 | US-ELI_LILLY_AND_COMPANY-US201112001352 | Expedited | 65.9 | M | USA | DE,HO,LT,OT |
| 33 | 1/4/2012 | 8321897 | 1 | KP-ELI_LILLY_AND_COMPANY-KR201112007472 | Expedited | 46.0 | M | KOR | HO,OT |
| 34 | 2/23/2012 | 8436332 | 1 | Direct report | Direct | 14.0 | F | USA | HO,OT |
| 35 | 3/20/2012 | 8468678 | 2 | US-ELI_LILLY_AND_COMPANY-US201203004785 | Expedited | 53.0 | F | USA | HO,OT |
| 36 | 11/2/2012 | 8884958 | 1 | US-ELI_LILLY_AND_COMPANY-US201210008044 | Expedited | 74.1 | F | USA | HO,OT |

*As per 21 CFR 314.80, the regulatory definition of serious is any adverse drug experience occurring at any dose that results in any of the following outcomes: death, a life-threatening adverse drug experience, inpatient hospitalization or prolongation of existing hospitalization, a persistent or significant disability/incapacity, a congenital anomaly/birth defect, or other serious important medical events. Those which are blank were not marked as serious (per the previous definition) by the reporter, and are coded as non-serious. A case can have more than one serious outcome.
† Pizzimenti et al.[30]
Abbreviations: DE=death, HO=hospitalization, LT=life-threatening, DS=disability, OT=other medically significant
BEL=Belgium, CAN=Canada, DEN=Denmark, F=female, GBK=Great Britain, ITA=Italy, JPN=Japan, KOR=Korea, M=male,

37

Novo_GLP_MDL_004636814

## 8.5 APPENDIX E. STUDY RESULTS FROM FAILLIE ET AL

Table 3. Association Between the Use of GLP-1 Analogues and the Risk of Bile Duct and Gallbladder Disease

| Current Use[a] | Events, No. | Person-years | Incidence Rate (95% CI)[b] | Crude HR | Adjusted HR (95% CI)[c] |
|---|---|---|---|---|---|
| Primary analysis | | | | | |
| ≥2 Oral antidiabetic drugs | 170 | 51 041 | 3.3 (2.8-3.9) | 1.00 | 1 [Reference] |
| GLP-1 analogues | 30 | 4916 | 6.1 (4.1-8.7) | 1.87 | 1.79 (1.21-2.67) |
| Duration of GLP-1 analogue use, d | | | | | |
| ≤180 | 18 | 2654 | 6.8 (4.0-10.7) | 2.06 | 2.01 (1.23-3.29) |
| 181-360 | 5 | 995 | 5.0 (1.6-11.7) | 1.52 | 1.46 (0.60-3.58) |
| >360 | 7 | 1267 | 5.5 (2.2-11.4) | 1.73 | 1.61 (0.75-3.46) |
| P value for trend | | | | | .09 |

Abbreviations: DPP-4, dipeptidylpeptidase-4; GLP-1, glucagon-like peptide 1; HR, hazard ratio.

[a] Current users of DPP-4 inhibitors and other antidiabetic drugs and treatment combinations are not displayed, but were considered in the model for proper estimation of treatment effects.

[b] Per 1000 person-years.

[c] Adjusted for age, sex, calendar year of cohort entry, body mass index, smoking status, hemoglobin $A_{1c}$ level, alcohol-related disorders, diabetic arterial complications, history of gastric bypass, number of physician visits in the previous year, and use of morphinomimetics and fibrates.

38

Reference ID: 4943840

Novo_GLP_MDL_004636815

eTable 3. Adjusted HRs for the association between the use of GLP-1 agonists and the risk of bile duct and gallbladder disease according to duration of treated diabetes

| Exposure [a] | Adjusted HR (95% CI) [b] | |
| --- | --- | --- |
| | <5 years of treated diabetes | ≥5 years of treated diabetes |
| Current use of two or more oral antidiabetic drugs | 1.00 (reference) | 1.00 (reference) |
| Current use of GLP-1 agonists | 1.84 (1.12-3.03) | 1.80 (0.93-3.48) |

Abbreviations: CI, confidence interval; HR, hazard ratio.

[a] Current users of DPP-4 inhibitors, two or more oral antidiabetic drugs, and other antidiabetic drugs and treatment combinations are not displayed in the table, but were considered in the model for proper estimation of treatment effects.

[b] Adjusted for age, sex, calendar year of cohort entry, BMI, smoking status, hemoglobin A1c level, alcohol-related disorders, diabetic arterial complications, history of gastric bypass, number of physician visits in the previous year, and use of morphinomimetics and fibrates.

Reference ID: 4943840

Novo_GLP_MDL_004636816

eTable 5. Crude and adjusted HRs for the association between the use of GLP-1 agonists and the risk of bile duct disease (no grace period)

| Exposure [a] | Events | Person-years | Incidence rate (95% CI) [b] | Crude HR | Adjusted HR (95% CI) [c] |
|---|---|---|---|---|---|
| Current use of two or more oral anti-diabetic drugs | 135 | 41,964 | 3.2 (2.7-3.8) | 1.00 | 1.00 [Reference] |
| Current use of GLP-1 agonists | 25 | 4104 | 6.1 (3.9-9.0) | 1.92 | 1.80 (1.16-2.78) |

Abbreviations: CI, confidence interval; HR, hazard ratio.

[a] Current users of DPP-4 inhibitors, two or more oral antidiabetic drugs, and other antidiabetic drugs and treatment combinations are not displayed in the table, but were considered in the model for proper estimation of treatment effects.

[b] Per 1000 person-years.

[c] Adjusted for age, sex, calendar year of cohort entry, BMI, smoking status, hemoglobin A1c level, alcohol-related disorders, diabetic arterial complications, history of gastric bypass, number of physician visits in the previous year, and use of morphinomimetics and fibrates.

Reference ID: 4943840

Novo_GLP_MDL_004636817

eTable 7. Crude and adjusted HRs for the association between the use of GLP-1 agonists and the risk of bile duct disease (90-day grace period)

| Exposure [a] | Events | Person-years | Incidence rate (95% CI) [b] | Crude HR | Adjusted HR (95% CI) [c] |
|---|---|---|---|---|---|
| Current use of two or more oral anti-diabetic drugs | 190 | 56,217 | 3.4 (2.9-3.9) | 1.00 | 1.00 [Reference] |
| Current use of GLP-1 agonists | 34 | 5563 | 6.1 (4.2-8.5) | 1.84 | 1.78 (1.22-2.60) |

Abbreviations: CI, confidence interval; HR, hazard ratio.

[a] Current users of DPP-4 inhibitors, two or more oral antidiabetic drugs, and other antidiabetic drugs and treatment combinations are not displayed in the table, but were considered in the model for proper estimation of treatment effects.

[b] Per 1000 person-years.

[c] Adjusted for age, sex, calendar year of cohort entry, BMI, smoking status, hemoglobin A1c level, alcohol-related disorders, diabetic arterial complications, history of gastric bypass, number of physician visits in the previous year, and use of morphinomimetics and fibrates.

41

Reference ID: 4943880

Novo_GLP_MDL_004636818

eTable 9. Crude and adjusted HRs for the association between the use of GLP-1 agonists and the risk of bile duct and gallbladder disease excluding and censoring upon insulin use

| Exposure [a] | Events | Person-years | Incidence rate (95% CI) [b] | Crude HR | Adjusted HR (95% CI) [c] |
|---|---|---|---|---|---|
| Current use of two or more oral anti-diabetic drugs | 170 | 51,046 | 3.3 (2.8-3.9) | 1.00 | 1.00 [Reference] |
| Current use of GLP-1 agonists | 20 | 3833 | 5.2 (3.2-8.1) | 1.59 | 1.59 (0.99-2.55) |

Abbreviations: CI, confidence interval; HR, hazard ratio.

[a] Current users of DPP-4 inhibitors, two or more oral antidiabetic drugs, and other antidiabetic drugs and treatment combinations are not displayed in the table, but were considered in the model for proper estimation of treatment effects.

[b] Per 1000 person-years.

[c] Adjusted for age, sex, calendar year of cohort entry, BMI, smoking status, hemoglobin A1c level, alcohol-related disorders, diabetic arterial complications, history of gastric bypass, number of physician visits in the previous year, and use of morphinomimetics and fibrates.

42

Reference ID: 4943840

Novo_GLP_MDL_004636819

eTable 11. Crude and adjusted HRs for the association between the use of GLP-1 agonists and the risk of bile duct and gallbladder disease with additional adjustment for previous history of antidiabetic drugs use

| Exposure [a] | Events | Person-years | Incidence rate (95% CI) [b] | Crude HR | Adjusted HR (95% CI) [c] |
|---|---|---|---|---|---|
| Current use of two or more oral anti-diabetic drugs | 170 | 51,041 | 3.3 (2.8-3.9) | 1.00 | 1.00 [Reference] |
| Current use of GLP-1 agonists | 30 | 4916 | 6.1 (4.1-8.7) | 1.87 | 1.78 (1.19-2.66) |

Abbreviations: CI, confidence interval; HR, hazard ratio.

[a] Current users of DPP-4 inhibitors, two or more oral antidiabetic drugs, and other antidiabetic drugs and treatment combinations are not displayed in the table, but were considered in the model for proper estimation of treatment effects.

[b] Per 1000 person-years.

[c] Adjusted for age, sex, calendar year of cohort entry, BMI, smoking status, hemoglobin A1c level, alcohol-related disorders, diabetic arterial complications, history of gastric bypass, number of physician visits in the previous year, and use of morphinomimetics and fibrates.

43

Reference ID: 4943840

Novo_GLP_MDL_004636820

eTable 13. Crude and adjusted HRs for the association between the use of GLP-1 agonists and the risk of bile duct and gallbladder disease excluding and censoring upon pancreatic-related events

| Exposure [a] | Events | Person-years | Incidence rate (95% CI) [b] | Crude HR | Adjusted HR (95% CI) [c] |
|---|---|---|---|---|---|
| Current use of two or more oral anti-diabetic drugs | 163 | 50,574 | 3.2 (2.7-3.8) | 1.00 | 1.00 [Reference] |
| Current use of GLP-1 agonists | 30 | 4892 | 6.1 (4.1-8.8) | 1.93 | 1.84 (1.23-2.74) |

Abbreviations: CI, confidence interval; HR, hazard ratio.

[a] Current users of DPP-4 inhibitors, two or more oral antidiabetic drugs, and other antidiabetic drugs and treatment combinations are not displayed in the table, but were considered in the model for proper estimation of treatment effects.

[b] Per 1000 person-years.

[c] Adjusted for age, sex, calendar year of cohort entry, BMI, smoking status, hemoglobin A1c level, alcohol-related disorders, diabetic arterial complications, history of gastric bypass, number of physician visits in the previous year, and use of morphinomimetics and fibrates.

44

Reference ID: 4943840

Novo_GLP_MDL_004636821

--------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically. Following this are manifestations of any and all electronic signatures for this electronic record.**

--------------------------------------------------------------------------------

/s/

----------------------------------------------------------

CHRISTINE E CHAMBERLAIN
02/25/2022 09:06:59 AM

ALI NIAK
02/25/2022 09:55:20 AM

PO-YIN CHANG
02/25/2022 10:04:33 AM

DANIEL I WORONOW
02/25/2022 10:13:23 AM

YANDONG QIANG
02/25/2022 10:55:22 AM

MARK I AVIGAN
02/25/2022 12:45:33 PM

WEI HUA
02/25/2022 01:02:28 PM

CINDY M KORTEPETER
02/25/2022 02:11:44 PM

Reference ID: 4943840

Novo_GLP_MDL_004636822

----------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically. Following this are manifestations of any and all electronic signatures for this electronic record.**

----------------------------------------------------------------------------

/s/

----------------------------------------------------------------

DANIEL I WORONOW
02/25/2022 03:52:36 PM

Reference ID: 4943844

Novo_GLP_MDL_004636823

**Department of Health and Human Services**
**Public Health Service**
**Food and Drug Administration**
**Center for Drug Evaluation and Research**
**Office of Surveillance and Epidemiology**
**Office of Pharmacovigilance and Epidemiology**

**Pharmacovigilance Memorandum**

**Date:**                                May 11, 2022

**Reviewer:**                        Christine E. Chamberlain, PharmD, BCPS, CDCES
                                            Safety Evaluator, Division of Pharmacovigilance-I (DPV-I)

**Team Leader:**                    Daniel Woronow, MD, FACC
                                            Acting Team Leader, DPV-I

**Division Director:**            Cindy Kortepeter, PharmD, Division Director, DPV-I

**Product Name(s):**            Trulicity (dulaglutide)

**Subject:**                            Review of Applicant's Rebuttal for Acute Cholecystitis

**Application Type/Number:**    BLA 125469

**Applicant/Sponsor:**            Eli Lilly and Company

**SS ID #:**                            1004527

1

Reference ID: 4980440

Novo_GLP_MDL_004636824

## 1    INTRODUCTION

On February 25, 2022, Division of Pharmacovigilance-I (DPV-I) finalized a Pharmacovigilance (PV) Review that provided to the Division of Diabetes, Lipid Disorders, and Obesity (DDLO) an evaluation of cases of acute cholecystitis associated with glucagon-like peptide-1 receptor agonists (GLP-1 RAs), without labeling for acute cholecystitis in Warnings and Precautions (WP).[a] DPV-I concluded that based on their review of postmarketing data and medical literature, there are FAERS cases of acute cholecystitis resulting in cholecystectomy with evidence to support an association with the use of dulaglutide and other GLP-1RAs. In addition, there are studies with three GLP-1 RAs that support a biological mechanism on decreased gallbladder function. On March 28, 2022, FDA sent a section 901 Safety Labeling Change (SLC) Notification to Eli Lilly and Company with proposed labeling changes to Warnings and Precautions.[b] On April 27, 2022, Eli Lilly and Company sent a Safety Labeling Change Rebuttal to FDA citing that the change is not warranted.[c] The purpose of this PV memorandum is to provide DDLO an assessment of the postmarketing information received from Eli Lilly and Company on April 27, 2022 and to summarize dulaglutide cases from DPV-I's PV Review.

In the SLC Notification Letter FDA requested the following revisions to Prescribing Information and Medication Guide:

**Section 5.8, Acute Gallbladder Disease**
Acute Gallbladder Disease Acute events of gallbladder disease such as cholelithiasis or cholecystitis have been reported in GLP-1 receptor agonist trials and postmarketing. In a cardiovascular outcomes trial with a median follow-up of 5.4 years, cholelithiasis occurred at a rate of 0.62/100 patient years in TRULICITY-treated patients and 0.56/100 patient years in placebo-treated patients after adjusting for prior cholecystectomy. Serious events of acute cholecystitis were reported in 0.5% and 0.3% of patients on TRULICITY and placebo respectively. If cholelithiasis is suspected, gallbladder studies and appropriate clinical follow-up are indicated.

**Section 6, Adverse Reactions**
Acute Gallbladder Disease *[see Warnings and Precautions (5.8)]*

**Section 6.3, Postmarketing Experience**
Hepatobiliary: cholecystitis, cholecystectomy
[note that another applicant commented that cholecystectomy is not an adverse event, this will be revised to "cholelithiasis requiring cholecystectomy"]

**Section 17, Patient Counseling Information**
Inform patients of the potential risk for cholelithiasis or cholecystitis. Instruct patients to

---

[a] Chamberlain C. DPV Pharmacovigilance Review: Glucagon-like peptide-1 receptor agonists (GLP-1 RAs) and Acute Cholecystitis. SS ID #: 1004527. DARRTS Reference ID: 4943380. February 25, 2022.
[b] Houstoun M. Safety Labeling Change Notification for Trulicity (dulaglutide) BLA 125469. Reference ID: 4958967. March 28, 2022.
[c] Eli Lilly and Company. Safety Labeling Changes under 505(o)(4)-Rebuttal (Change Not Warranted) Related to Gallbladder Disease for dulaglutide. EDR Location: \\CDSESUB1\evsprod\BLA125469\1425. April 27, 2022.

Reference ID: 4980440

Novo_GLP_MDL_004636825

contact their physician if cholelithiasis or cholecystitis is suspected for appropriate clinical follow-up [see Warnings and Precautions (5.8)].

**Medication Guide**
Gallbladder problems. Gallbladder problems have happened in some people who take TRULICITY. Tell your healthcare provider right away if you get symptoms of gallbladder problems, which may include:
- pain in your upper stomach (abdomen)
- yellowing of skin or eyes (jaundice)
- fever
- clay-colored stools

## 2    COMPARISON OF SEARCH STRATEGIES

DPV-I searched the FAERS database with the strategy described in Table 1 (adapted from DPV-I's PV Review specifically for dulaglutide). For comparison, the Applicant's search strategy used Gallbladder related disorders (SMQ) and Gallstone related disorders (SMQ) which includes PT Obstructive pancreatitis and included serious and non-serious reports. The Applicant's safety database search was cumulatively through July 31, 2021 and retrieved 213 postmarketing cases.

| Table 1.  FAERS Search Strategy* | |
| --- | --- |
| Date of search | September 17, 2021 |
| Time period of search | April 28, 2005[†] - September 16, 2021 |
| Search type | FBIS Quick Query |
| Product terms | Product-Product Active Ingredient: dulaglutide |
| MedDRA search terms (Version 24.0) | *Gallbladder related disorders (SMQ)*, PT *Obstructive Pancreatitis* |
| Outcome | Serious |
| * See Appendix A for a description of the FAERS database. [†] U.S. approval date, of exenatide (first approved Glucagon-Like Peptide-1 Receptor Agonists (GLP-1RA). Abbreviations: MedDRA=Medical Dictionary for Regulatory Activities, PT=Preferred Term, SMQ=Standardised MedDRA Query | |

There were 160 dulaglutide reports retrieved from FAERS. FDA received dates were March 2015 to September 2021. There were 24 duplicate reports removed.

Reports were excluded from case level review for the following:
- Pancreatic carcinoma, n=1
- Diverticular Disorder[d], n= 1
- Reports with any of the following terms in the Medical History/Medical History Comments:  'biliary colic', 'cholecystectomy', 'gallbladder disorder', 'gallbladder

---

[d] Capron JP, Piperaud R, Dupas JL, Delamarre J, Lorriaux A. Evidence for an association between cholelithiasis and diverticular disease of the colon: a case-controlled study. Dig Dis Sci. 1981 Jun;26(6):523-7. doi: 10.1007/BF01308101. PMID: 7238272

3

Novo_GLP_MDL_004636826

surgery', 'gallbladder remov', 'gallstone', 'gallbladder stone', 'cholelithiasis', 'cholecystolithiasis', 'cholecystitis', 'bile duct stone', n=20

- The report did not have a PT of interest from list below, n=79
  - any report coded with a PT containing cholangitis, cholecystitis, sepsis, bile duct stone (choledocholithiasis);
  - any report coded with the PT Cholecystectomy;
  - any report coded with gallbladder necrosis, gallbladder rupture, gallbladder obstruction, biliary obstruction;
  - any report with a PT from the SMQ Hepatic failure, fibrosis, cirrhosis (broad search) for reports of liver injury potentially related to potentially acute gallbladder disease.

The remaining 35 reports with dulaglutide underwent a case-level review.

**Case Definition**
The case definition of **acute cholecystitis** was adapted from the OSE Cholelithiasis Case Definition.[e] Any of the following criteria satisfies the case definition for acute cholecystitis:
1. Clinical diagnosis of cholecystitis by a health care provider
2. Coded with a MedDRA Preferred Term (PT) Cholecystitis acute, Cholecystitis, or Cholecystitis infective
3. Acute cholelithiasis-related symptoms or signs suggestive of acute cholecystitis (right upper quadrant or epigastrium pain that persists, or associated complaints which may include fever, nausea, vomiting, sweating and anorexia) and/or leukocytosis, AND underwent or is scheduled for a cholecystectomy
4. Imaging reporting acute cholecystitis or possible acute cholecystitis
5. Imaging reporting chronic cholecystitis with acute symptoms and/or resulting in cholecystectomy

**Case Selection Criteria**
1. Report met the case definition for acute cholecystitis above.
2. Acute Cholecystitis or acute cholelithiasis-related symptoms or signs occurred after initiation of a GLP-1 RA and the report has a latency (some measurement of time). The report should indicate that the patient was using the GLP-1 RA at the time of the event or if using a long-acting drug, the drug is systemically available based on pharmacokinetic half-life.

**Exclusion criteria**
1. Unclear or lacking a temporal relationship.
2. Case details suggested an unlikely causal relationship with GLP-1 RA (e.g., resolution despite continuation of GLP-1 RA and if the patient did not receive a cholecystectomy or other treatment for acute cholecystitis). Dechallenge and rechallenge criteria may not be reliable because acute cholecystitis may not spontaneously reverse without a procedure.

---

[e] OSE Case Definition. Cholelithiasis. August 2010.

Reference ID: 4980440

Novo_GLP_MDL_004636827

3.  Insufficient information for causality assessment (no time to onset, no past medical history reported).
4.  Alternative etiology is reported or an identifiable competing cause is assessed by the reviewer to be responsible for the acute cholecystitis (e.g. sphincter of Oddi abnormality)
5.  Cases with prior history [prior to the initiation of the drug of interest] of symptomatic gallstones, cholecystitis, or gallbladder or biliary disorders noted in the narrative of the report.
6.  Duplicate reports.

The following cases were not excluded unless otherwise noted:
- Cases with concomitant drugs with labeling for cholelithiasis, cholecystitis, gallstone, or gallbladder disease in WP, Warnings or Precautions (old labeling format) unless there was information to suggest gallbladder disease was due to the other drugs, e.g., positive rechallenge with the other drug, positive dechallenge with the other drug only).

There were 28 reports that did not meet the case definition (n=11) or case selection criteria (n=17). Seven cases remained, in addition to the literature case from Butler et al.[e]

## 3   DULAGLUTIDE CASE SUMMARIES FROM FAERS AND MEDICAL LITERATURE, N=8

Unless otherwise noted, all patients received dulaglutide to treat Type 2 Diabetes Mellitus (T2DM). Age, diabetes, obesity, hyperlipidemia, or female sex are noted below as inherent risk factors. None of the seven dulaglutide cases associated with acute cholecystitis from the DPV-I Review case series were identified in the Applicant's Rebuttal. Additionally, a literature case report from Butler et.al[f] for dulaglutide was not included in the rebuttal. These cases are summarized below, and also in Appendix B.

**FAERS # 12585496, MFC# JP-ELI_LILLY_AND_COMPANY-JP201607005379, Japan, Expedited, HO, 2016**
A diabetologist reported that an 80-year-old male developed acute cholecystitis two months after initiating dulaglutide 0.75 mg subcutaneously weekly for diabetes mellitus. The patient experienced epigastric pain and an abdominal ultrasound, revealed "biliary sand, gallstones and thickening of the gallbladder wall." Pertinent laboratory results included white blood cell count $9290/mm^3$ and C-reactive protein 1.7 mg/dl. He was treated with sulbactam/cefoperazone and oral ursodeoxycholic acid, but no surgery. The following week he "recovered" and was discharged from the hospital, although dulaglutide was continued. Concomitant medications included allopurinol, omega-3-acid ethyl ester, and pitavastatin.
*Reviewer Comment: The causality assessment for this case is possible because of inherent risk factors. The latency was relatively short and dulaglutide was the most recently initiated medication. The patient recovered with medical management and ursodeoxycholic acid, despite continuation of dulaglutide. The reporter commented "there were no abdominal ultrasound findings before starting dulaglutide, but he could not rule out the possibility that contractile ability of gallbladder decreased due to starting dulaglutide and it induced cholecystitis."*

---

[f] Butler J, Bjurstrom M, Marceau A. Possible dulaglutide-associated cholecystitis with safe continuation post cholecystectomy. Am J Health-Syst Pharm. 2021;78:684-688

5

Reference ID: 4980440

Novo_GLP_MDL_004636828

**FAERS # 13407126, MFC# DK-ELI_LILLY_AND_COMPANY-DK201703011765, Denmark, Expedited, HO OT, 2017**

A physician reported that a 64-year-old male was hospitalized for acute cholecystitis and pancreatitis 41 days after initiating dulaglutide 1.5 mg subcutaneously for T2DM. The patient experienced stomach pain that radiated to the legs, diarrhea and vomiting. Laboratory results showed increased amylase, alanine aminotransferase, bilirubin, alkaline phosphatase and C-reactive protein (values not specified). "Ultrasound showed acute cholecystitis and the magnetic resonance cholangiopancreatography (MRCP) showed several gallstones but clear biliary passage." The events of acute cholecystitis with gallstones were considered serious by the company due to medically significant reasons. As corrective treatment for these events the patient underwent a gall bladder removal and his condition improved. The dulaglutide treatment was discontinued and the patient recovered from the acute pancreatitis." Concomitant medications included metformin, ramipril, simvastatin, and insulin glargine.
*Reviewer Comment: The causality assessment for this case is possible because of inherent risk factors. The latency was short. We agree with the "company" comment in the narrative that acute cholecystitis with gallstones is a serious event, and the patient was treated surgically and improved.*

**FAERS # 14030391, MFC# US-ELI_LILLY_AND_COMPANY-US201709010105, USA, Expedited, HO, 2017**

A 43-year-old female experienced abdominal pain and was hospitalized with a positive hepatobiliary iminodiacetic acid (HIDA) scan and acute cholecystitis two weeks after initiating dulaglutide 0.75 mg subcutaneously weekly for T2DM. Also, "a week after starting dulaglutide, she had lost 7 pounds of body weight and refused to take a second dose of dulaglutide." The HIDA scan showed an inflamed gall bladder and she had liver damage [no laboratory values specified], "but they **did not** see any gallstones." She received ondansetron and dicycloverine [dicyclomine] treatment and was discharged after three days. Outpatient cholecystectomy was performed a month later. Dulaglutide was discontinued, and the patient was recovering from "inflamed gall bladder." Medical history included hypertension. Concomitant medications were not reported.
*Reviewer Comment: The causality assessment for this case is possible because of inherent risk factors. The latency was short. This case is consistent with acalculous cholecystitis and was treated surgically.*

**FAERS # 15389060, MFC# US-ELI_LILLY_AND_COMPANY-US201809003923, USA, Expedited, HO, 2018**

A physician reported that a 40-year-old male was hospitalized for acute cholecystitis and pancreatitis approximately five months after initiating dulaglutide 0.75 mg subcutaneously weekly for T2DM. Dulaglutide was increased to 1.5 mg weekly and two months later he experienced right upper quadrant abdominal pain. He was hospitalized and a gallbladder ultrasound showed a distended and hydropic gallbladder with sludge, fatty liver changes, and hepatomegaly. MRCP showed mild peripancreatic soft tissue edema, hepatic steatosis and mild gallbladder distention. An abdominal-pelvic computerized tomography (Abd/Pel CT) scan

6

Reference ID: 4980440

Novo_GLP_MDL_004636829

showed mild pancreatitis of the pancreatic tail, hepatic steatosis and mild gallbladder distension. White blood cell count was increased (15.9, range 4.5-11.0 no units provided). He was treated with laparoscopic cholecystectomy and discontinuation of dulaglutide. The outcome of acute pancreatitis was reported as resolved. Medical history included hypertension, mixed dyslipidemia, liver fatty infiltration, elevated triglycerides and inguinal hernia repair. Concomitant medications included metformin, lisinopril, atorvastatin, and omega-3-acid ethyl ester for mixed dyslipidemia, and sildenafil.

*Reviewer Comment:* *The causality assessment for this case is possible because of inherent risk factors. The patient developed acute pancreatitis which may be a complication of acute cholecystitis The patient recovered with cholecystectomy and discontinuation of dulaglutide.*

**FAERS # 17061646, MFC# GB-ELI_LILLY_AND_COMPANY-GB201911006542, GBR, Expedited, HO, 2019**

An 85-year-old male was hospitalized for "acute acalculous cholecystitis" approximately six months after initiating dulaglutide. Abdominal computerized tomogram (CT) showed acute acalculous cholecystitis. Dulaglutide was discontinued. Outcome was not reported, and it was not reported if the patient was treated surgically. Concomitant medications were gliclazide, warfarin, atorvastatin, metformin, phenytoin, donepezil, valproate, omeprazole, diltiazem, alogliptin, and furosemide. The only previous medical history reported was "fall."

*Reviewer Comment:* *The causality assessment for this case is possible because of inherent risk factors. This case is the second acalculous cholecystitis for dulaglutide and although treatment and outcome are not reported, dulaglutide's contributory role or causal association with cholecystitis cannot be excluded.*

**FAERS # 19171686, 20746191, USA, Direct, HO, 2021 (reporter was contacted for additional information)**

A pharmacist reported that a 52-year-old male developed right upper quadrant pain and was diagnosed with cholecystitis approximately eight months after starting dulaglutide 0.75 mg subcutaneously weekly for T2DM. The reporter was contacted via email and provided additional information. Approximately three months after starting dulaglutide the dose was increased to 1.5 mg weekly. Three months later the patient experienced postprandial right upper quadrant abdominal pain that persisted for two months and subsequently dulaglutide was discontinued. Symptoms did not improve and 20 days later a HIDA scan showed acute cholecystitis. The patient underwent a cholecystectomy approximately one month later and recovered. Dulaglutide was not restarted after surgery. The patient did not experience weight loss during the year prior to surgery and did not have a prior history of cholecystitis or gallstones. Medical history included hyperlipidemia and hypertriglyceridemia and he ate fast food three times per day. Concomitant medications included glipizide, metformin, gabapentin and omeprazole.

*Reviewer Comment:* *The initial FAERS report contained few details and this reviewer contacted the reporter for additional information. The causality assessment for this case is possible because of dietary risk factors and hyperlipidemia. Although dulaglutide was discontinued prior to the HIDA scan, symptoms persisted, possibly because the elimination half-life of dulaglutide is approximately five days[g] and was not completely eliminated at the time of the HIDA scan.*

---

[g] Trulicity (dulaglutide) [product labeling]. Indianapolis, IN: Eli Lilly and Company; September 2021.

7

Novo_GLP_MDL_004636830

*Additionally, once gallstones are formed, they typically do not spontaneously resolve.[h]*
*Dulaglutide's contributory role or causal association with cholecystitis cannot be excluded.*

**FAERS # 19199547, 20725352, USA, Direct, HO, 2021** (reporter was contacted for additional information)
A physician reported that a 66-year-old female patient experienced acute cholecystitis 32 days after starting dulaglutide 0.75 mg weekly for T2DM. Medical history included obesity, hypertriglyceridemia, hypercholesterolemia, and breast cancer. Concomitant medications included amlodipine, benazepril, glimepiride, hydrochlorothiazide, ibuprofen, letrozole, loratadine, nitrofurantoin, methimazole, and metoprolol. Her weight was 144 kg. The patient experienced nausea, abdominal pain, fever and chills. Pertinent labs were bilirubin 1.4 (0.2-1.2) and alkaline phosphatase (ALP) 361 (40-150) IU/L. [Although the reporter's additional information included alanine transaminase (ALT) 265 (0-55 IU/L) and ALT 292 (5-34) IU/L, we suspect one of these values should have been reported as aspartate aminotransferase (AST), based on the slightly different reference values.] "Lipase and amylase were not significantly elevated (no pancreatitis)." The patient had no prior history of non-alcoholic fatty liver disease (NAFLD) or cholelithiasis. Gallbladder ultrasound showed two small polyps assessed by the reporter as embedded cholesterol stones or gallstone precursors. Dulaglutide was discontinued and the patient was treated with antibiotics. The physician related acute cholecystitis to dulaglutide treatment because of the short latency; however, she also reported that a few months after the acute cholecystitis, the patient had a stroke and was started on atorvastatin 80 mg.
*Reviewer Comment: The causality assessment for this case is possible because of inherent risk factors. The latency was short, dulaglutide was the most recently initiated medication and the patient recovered with discontinuation of the GLP-1 RA and medical management. The patient had elevated liver enzymes suggestive of potential liver complications, although the patient's cholecystitis resolved without surgery.*

**Literature Case Report for dulaglutide from DPV-I's literature search:**
Butler et al.[i] from the U.S., reported that a 72-year-old white male patient experienced acute cholecystitis 16 months after starting dulaglutide for T2DM. Concomitant medications included metformin, glipizide, pioglitazone, and insulin glargine. His glycated hemoglobin (HbA1c) concentration improved from 8.2% to 7.2%; however, he did not lose weight (body mass index (BMI) 34 kg/m2). His medical history included hyperlipidemia, coronary heart disease treated with intracoronary stent(s), and obesity. Social history included alcohol use (6 to 9 drinks per week) but no history of smoking or illicit drug use. He presented to the emergency room with nausea, loss of appetite, and progressive sharp, non-radiating right upper quadrant pain. Ultrasound and CT scan results showed gallbladder dilation, gallbladder wall thickening, multiple calculi, and pericholecystic fat stranding. He was noted to have a positive Murphy's sign and was diagnosed with acute cholecystitis. He underwent a cholecystectomy to remove what was found to be a gangrenous gallbladder. Treatment included intravenous antibiotics and pain medication. Surgical notes indicated the gallbladder was removed, but portions of the

---

[h] Cunha JP. Do gallstones go away on their own? Accessed on May 5, 2022 at:
https://www.emedicinehealth.com/ask_do_gallstones_go_away_on_their_own/article_em.htm
[i] Butler J, Bjurstrom M, Marceau A. Possible dulaglutide-associated cholecystitis with safe continuation post cholecystectomy. Am J Health-Syst Pharm. 2021;78:684-688

8

Reference ID: 4980440

Novo_GLP_MDL_004636831

biliary tree were left intact. The patient continued dulaglutide postoperatively without recurrence of bile stones, biliary tree disease, or abdominal symptoms at 8 months follow-up.

- Two FAERS cases are acalculous cholecystitis
- Relatively short latency in most of the dulaglutide cases
- Only one case had recent weight loss of 7 pounds in one week
- No cases reported concomitant drug labeled for cholecystitis in WP section of labeling
- In one case, the patient was also on a dipeptidyl peptidase-4 (DPP-4) inhibitor
- All 7 cases and the single literature case report had imaging supporting acute cholecystitis and were hospitalized
- Treatment included cholecystectomy for 5 cases

## 4    REVIEW OF MANUFACTURER CONTROL NUMBERS IN APPLICANT'S REBUTTAL

DPV-I agrees with excluding the MFC#'s listed in the rebuttal. These are listed below with corresponding FAERS #'s.

- US201601009308 [FAERS 12001262]: this case did not meet our case definition of acute cholecystitis because it lacked laboratory results, corrective action and had no details to support acute cholecystitis (only reported pain and gallstones, no inflammation). We agree with the Applicant that gallstones were diagnosed on the same day of initiating dulaglutide.
- US202103012610 [FAERS 19093308]: this case was excluded in our case series due to a medical history of gallbladder removal.
- JP201911004766 [FAERS 17044166]: this case was excluded because of a medical history of gallstones. This case was from a literature abstract that could not be located.
- US201708003293 [FAERS 13869274]: was not included in our case series because there were limited details for causality assessment (no medical history, concomitant medications were not provided). This case reported a positive rechallenge.

## 5    REVIEWER COMMENTS

The Applicant provided an aggregate analysis of postmarketing cases and did not include any of the cases included in DPV-I's PV Review in the rebuttal and did not include the single medical literature case. Two of our cases were direct reports, which may not be in the Applicant's safety database. We concur with the Applicant that dechallenge and rechallenge information may not be useful in the analysis of acute cholecystitis because surgical intervention is the recommended treatment. The Applicant considered that the aggregate of postmarketing cases were confounded because of diabetes mellitus, hyperlipidemia and concomitant medications (no cases in DPV-I's case series of dulaglutide had a noteworthy confounding medication reported). Although some risk factors for cholelithiasis and acute cholecystitis were noted, we cannot exclude dulaglutide's contributory role and these cases are supportive with the imbalances noted in clinical trials (REWIND)[j] in a population that also had inherent risk factors.

---

[j] REWIND= Researching cardiovascular Events with a Weekly INcretin in Diabetes trial on cardiovascular effects of dulaglutide

9

Reference ID: 4980440

Novo_GLP_MDL_004636832

## 6    APPENDICES

### 6.1    APPENDIX A. FDA ADVERSE EVENT REPORTING SYSTEM (FAERS)

**FDA Adverse Event Reporting System (FAERS)**

FAERS is a database that contains information on adverse event and medication error reports submitted to FDA. The database is designed to support FDA's postmarketing safety surveillance program for drug and therapeutic biological products. The informatic structure of the database adheres to the international safety reporting guidance issued by the International Council on Harmonisation. Adverse events and medication errors are coded to terms in the Medical Dictionary for Regulatory Activities terminology. The suspect products are coded to valid tradenames or active ingredients in the FAERS Product Dictionary.

FAERS data have limitations. First, there is no certainty that the reported event was actually due to the product. FDA does not require that a causal relationship between a product and event be proven, and reports do not always contain enough detail to properly evaluate an event. Further, FDA does not receive reports for every adverse event or medication error that occurs with a product. Many factors can influence whether or not an event will be reported, such as the time a product has been marketed and publicity about an event. Therefore, FAERS data cannot be used to calculate the incidence of an adverse event or medication error in the U.S. population.

10

Reference ID: 4980440

Novo_GLP_MDL_004636833

**6.2   APPENDIX B. FAERS LINE LISTING OF ACUTE CHOLECYSTITIS WITH DULAGLUTIDE FROM DPV-I'S FAERS CASE SERIES AND THE MEDICAL LITERATURE**

| FAERS Case /Version # | MFR Ctrl # | Weekly dose, mg | Age, Years | Sex | Country | Case Type | TTO, days | GLP-1RA Dc'd | Disposition | Surgery | Gallstone |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Descriptive Characteristics of Acute Cholecystitis with Dulaglutide in DPV-I's FAERS Case Series, Received by FDA through September 16, 2021 (n=7) and the Medical Literature (n=1) | | | | | | | | | | | |
| 12585496/2 | JP-ELI_LILLY_AND_COMPANY-JP201607005379 | 0.75 | 80.0 | M | JPN | Expedited | 66 | no | Recovered | no, abx, ursodiol | yes |
| 13407126/1 | DK-ELI_LILLY_AND_COMPANY-DK201703011765 | 1.5 | 64.4 | M | DNK | Expedited | 41 | yes | Recovering | yes | yes |
| 14030391/2 | US-ELI_LILLY_AND_COMPANY-US201709010105 | 0.75 | 43.5 | F | USA | Expedited | 14 | yes | Recovering | yes | no |
| 15389060/2 | US-ELI_LILLY_AND_COMPANY-US201809003923 | 0.75 | 40.9 | M | USA | Expedited | 160 | yes | Recovered for pancreatitis | yes | sludge |
| 17061646/1 | GB-ELI_LILLY_AND_COMPANY-GB201911006542 | 1.5 | 85.0 | M | GBR | Expedited | 196 | yes | Not recovered | NR | no |
| 19171686/1 20746191/1 | | 1.5 | 52.0 | M | USA | Direct | 248 | yes | Recovered | yes | NR |
| 19199547/1 20725352/1 | | 0.75 | 66.0 | F | USA | Direct | 32 | yes | Recovered | no, abx | yes |
| Literature Case Report Butler et al.* | | 1.5 | 72.0 | M | USA | Retrieved from literature | 480 | no | Recovered | yes | yes |

\* Butler J, Bjurstrom M, Marceau A. Possible dulaglutide-associated cholecystitis with safe continuation post cholecystectomy. Am J Health-Syst Pharm. 2021;78:684-688

Abbreviations: abx=antibiotic, Dc'd= discontinued, DNK=Denmark, F=female, GBR=Great Britain, GLP-1RA= glucagon-like peptide-1 receptor agonists, JPN= Japan, M=male, MFR Ctrl #=manufacturer control number, TTO=time to onset

11

Reference ID: 4980440

Novo_GLP_MDL_004636834

---------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically. Following this are manifestations of any and all electronic signatures for this electronic record.**

---------------------------------------------------------------------------------

/s/

----------------------------------------------------------

CHRISTINE E CHAMBERLAIN
05/11/2022 12:02:13 PM

DANIEL I WORONOW
05/11/2022 12:31:52 PM

MONICA MUNOZ on behalf of CINDY M KORTEPETER
05/11/2022 01:42:41 PM

Reference ID: 4980440

Novo_GLP_MDL_004636835

 U.S. FOOD & DRUG ADMINISTRATION

 Marisa Petruccelli

Digitally signed by Marisa Petruccelli

Date: 5/12/2022 10:07 AM EDT
GUID: 29846

Novo_GLP_MDL_004636836

**NISS ACTION MEMO**
*(Form for documenting action(s) or no action to resolve a NISS.*
*Actions include regulatory, compliance actions and communications to the public)*

**NISS # 1004527**
**Date NISS opened:** 6/29/2021       **Date NISS closed:** 6/10/2022

**Designee with Signatory Authority:** Monika Houstoun
**Safety Lead:** Daniel Woronow
**Project Manager during action phase:** Terrolyn Thomas

**Ingredient Name:** GLUCAGON-LIKE PEPTIDE-1 (GLP-1) ANALOGUES

**Adverse Event/MedDRA term:** GALLBLADDER RELATED DISORDERS (SMQ)

More detailed information on the evaluation of this NISS can be found in the Safety Signal record within CDER Nexus LiST.

**Regulatory history**

| Application | Regulatory/Compliance Actions | Supplement Number |
|---|---|---|
| NDA 215256 | No regulatory or compliance action needed | |
| ANDA (b) (4) | No regulatory or compliance action needed | |
| ANDA (b) (4) | No regulatory or compliance action needed | |
| BLA 125431 | No regulatory or compliance action needed | |
| BLA 125469 | Safety labeling change (SLC) under FDAAA | S052 |
| ANDA (b) (4) | No regulatory or compliance action needed | |
| NDA 209637 | Labeling supplement finalized | S009 |
| BLA 208583 | Safety labeling change (SLC) under FDAAA | S019 |
| NDA 206321 | No regulatory or compliance action needed | |
| BLA 208673 | Safety labeling change (SLC) under FDAAA | S012 |
| BLA 208471 | Safety labeling change (SLC) under FDAAA | S005 |
| NDA (b) (4) | No regulatory or compliance action needed | |
| NDA 209210 | Safety labeling change (SLC) under FDAAA | S021 |
| NDA (b) (4) | No regulatory or compliance action needed | |
| NDA 021773 | Safety labeling change (SLC) under FDAAA | S047 |
| NDA 021919 | No regulatory or compliance action needed | |
| NDA 022200 | Safety labeling change (SLC) under FDAAA | S033 |
| NDA 022341 | Safety labeling change (SLC) under FDAAA | S038 |
| NDA 213182 | No regulatory or compliance action needed | |
| NDA 213051 | Safety labeling change (SLC) under FDAAA | S011 |
| ANDA (b) (4) | No regulatory or compliance action needed | |
| ANDA (b) (4) | No regulatory or compliance action needed | |

**Final documents of communications to the public**

| Date | Communications to public |
|---|---|
| | |

Novo_GLP_MDL_004636837

**Comprehensive comment log**

| Date | Comment | Commented By |
|---|---|---|
| 3/30/2022 | On 3/28/22 the recommended changes (updates to 5, 6 and 17 regarding acute gallbladder disease) were made to in-house S009 for NDA 209637 Ozempic, and issued via SLC to the rest of the GLP1s for DM. GLP1s for obesity already have adequate language in 5, 6 and 17 regarding acute gallbladder disease. | Marisa Petruccelli |
| 3/15/2022 | Move to Evaluation, IMPORTANT potential risk (to be consistent with Applicant PADERs) 6 month goal. Christine is performing Review. Meeting on 1/24. DPV review filed 2/25/22; DDLO discussing labeling. | Terrolyn Thomas |

To complete the action memo, the project manager signs and uploads this memo into CDER Nexus LiST (with associated DARRTS code).

Reference ID: 4997467

Novo_GLP_MDL_004636838

-------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically. Following this are manifestations of any and all electronic signatures for this electronic record.**

-------------------------------------------------------------------------------

/s/

-----------------------------------------------------------

MARISA PETRUCCELLI
06/10/2022 11:41:45 AM

Novo_GLP_MDL_004636839



# Center for Drug Evaluation and Research
# Division of Metabolism and Endocrinology Products
### DDLO Medical Officer Review of Safety Labeling Changes
### Rebuttal related to Gall bladder disease

*BLA-125469, SDN number 1666, April 27, 2022*
Reviewer: Suchitra Balakrishnan, MD, Ph.D.
Team Leader: Patrick Archdeacon, MD.

**INTRODUCTION:**
The sponsor Eli Lilly and Company (Lilly) received a Safety Labeling change (SLC) notification from the FDA on 28 March 2022, requesting labeling changes related to the risk of acute gallbladder disease. This SLC notification was also sent to other members of the glucagon-like peptide -1 (GLP-1) agonist class based on a pharmacovigilance review evaluating cases of acute cholecystitis associated with GLP-1 receptor agonists (GLP-1 RAs), from the FDA Adverse Event Reporting System (FAERS) database and medical literature[1]. Dulaglutide, exenatide immediate release (IR), lixisenatide and sub-cutaneous/oral semaglutide (Ozempic 0.5-1 mg/Rybelsus) for type 2 diabetes mellitus (T2DM)[i] were the focus of this review because they are members of the class approved for T2DM that do not contain a warning and Precautions (WP) statement for acute gallbladder disease[2]. The higher-dose GLP-1 RAs approved for chronic weight management (Saxenda [Liraglutide 3 mg], Wegovy [semaglutide- 2.4 mg]) have acute gallbladder WPs.  Dulaglutide currently has these events labelled in the adverse reactions section (6.1)
In the SLC notification the Agency requested the following WP statement to be included in the dulaglutide USPI along with corresponding changes in Section 6, 17 and the Medication guide:
"Section 5.8, Acute Gallbladder Disease
Acute events of gallbladder disease such as cholelithiasis or cholecystitis have been reported in GLP-1 receptor agonist trials and postmarketing. In a cardiovascular outcomes trial with a median follow-up of 5.4 years, cholelithiasis occurred at a rate of 0.62/100 patient years in TRULICITY-treated patients and 0.56/100 patient years in placebo-treated patients after adjusting for prior cholecystectomy. Serious events of acute cholecystitis were reported in 0.5% and 0.3% of patients on TRULICITY and placebo respectively. If cholelithiasis is suspected, gallbladder studies and appropriate clinical follow-up are indicated."

---

[1] [1] Pharmacovigilance review by Dr. Christine E. Chamberlain, PharmD dated February 25, 2022, DARRTs ID 4943380

[2] The Ozempic PI now contains a WP statement after the approval of the higher 2 mg dose in March 2022 https://www.accessdata.fda.gov/drugsatfda_docs/label/2022/209637s009lbl.pdf

1

Reference ID: 4981131

Lilly submitted a rebuttal indicating the changes are not warranted and have submitted a safety topic report (STR) containing their cumulative review of clinical trial data, post-marketing data including spontaneously reported adverse events and published scientific literature. The sponsor expands on the following arguments:

- From clinical trial data:
  - Although there is a numerical imbalance between dulaglutide arm and comparators or placebo in their pooled dataset analysis of completed Phase 2 to 4 glycemic-control studies, excluding the study in patients with stages 3-4 chronic kidney disease(Study GBDX) for gallbladder-related treatment-emergent adverse events (TEAEs), these gallbladder-related TEAEs were experienced by patients at an incidence of less than 1%.
  - The cardiovascular outcome trial (CVOT) (REWIND) provides the most robust data on dulaglutide and gallbladder disorders and although the data consistently show a numerically higher incidence rate of gallbladder-related disorders in dulaglutide-treated patients versus comparator-treated patients, the results could be due to a detection bias for patients on dulaglutide arms due to abdominal imaging (for example, ultrasound and computed tomography scan) that may occur as part of investigations for gastrointestinal-related adverse reactions
- The postmarketing cases assessed for this review in the STR are representative of the paucity of information generally contained in spontaneous reports and do not allow for strong conclusions
- Although published clinical trial meta-analyses have shown increased risk of cholelithiasis with the GLP-1 RA class (Monami et al. 2017; Nreu et al. 2020; JAMA Internal Medicine- He et al. 2022 [summarized separately by the sponsor as a literature update]), there is large disparity in the events reported across trials and the significant results are driven by the CVOT's.

I am reviewing the clinical trial data and the pharmacovigilance (DPV)/epidemiology (DEPI) reviewers will evaluate the other sources of information.

**Review of sponsor's summary and analysis of clinical trial data in the STR**
In the original NDA review, a total of 6,005 patients received study drug in the nine completed Phase 2 and 3 studies. Of these 4,006 received dulaglutide with 3531.2 patient years of exposure. There was a minor imbalance in cholelithiasis (dulaglutide-0.8%, all comparators-0.5%; cholelithiasis incidence rate of 8.7 per 1000 PY and 7.7 per 1000 PY for the dulaglutide 0.75-mg and dulaglutide 1.5-mg groups, respectively) and it was not a designated AESI at the time. There was no imbalance in acute cholecystitis (dulaglutide-1 < 0.1%, all comparators 2-0.1%).

For this STR, the sponsor has conducted a re-analysis: 22 completed Phase 2-4 glycemic clinical trials (N=9147; 7301.3 PYE in the dulaglutide arm) are included. Dulaglutide doses range from 0.25 mg to 4.5 mg. Study GBGL, which evaluated higher doses of dulaglutide 3.0 and 4.5 mg vs 1.5 mg (leading to approval of these higher doses in September 2020) is included in this analysis.

2

Novo_GLP_MDL_004636841

The clinical trial database search utilized the following MedDRA terms
- Gallbladder-related disorders (SMQ)
- Gallstone-related disorders (SMQ)
- cholecystitis cluster (PTs Cholecystitis and Cholecystitis acute) and
- the cholelithiasis cluster (PTs Bile duct stone, Cholelithiasis, Cholelithiasis migration and Cholelithiasis obstructive),

The following were reported rates for-
- gall-bladder TEAES:0.99% (12.5 per 1000 patient years [PY]) in the dulaglutide arm; 0.69% (7.0 per 1000 PY) in the incretin arm; 0.53% (6.2 per 1000 PY) in the non-incretin arm, and 0.24% (5.8 per 1000 PY) in the placebo arm (see Appendix table 2).
- cluster cholelithiasis: dulaglutide: 0.7% (9 per 1000 PY); incretin arm: 0.4% (4.4 per 1000 PY); non-incretin arm: 0.3% (3.9 per 1000 PY), and placebo: 0.2% (3.9 per 1000 PY).
- SAES of acute cholecystitis: dulaglutide arm 0.09% (1.096 per 1000 PY); incretin arm 0.09% (0.878 per 1000 PY); non-incretin arm 0.07% 0.776 per 1000 PY), and placebo arm 0.0% (0 per 1000 PY).

The sponsor reported data from the Stage 3-4 CKD study (GBDX) separately citing difference in population characteristics: In the open-label Study GBDX (~570 patients randomized 1:1 :1 to insulin glargine, dulaglutide 0.75 mg or 1.5 mg), which enrolled patients with pre-existing moderate-to-severe renal disease, 11 patients experienced at least 1 gallbladder TEAE. The incidence (1.6% dulaglutide versus 2.6% insulin glargine) and exposure-adjusted incidence rate (EAIR) (19 per 1000 PY for dulaglutide versus 28 per 1000 PY for insulin glargine) were numerically greater in the comparator arm (n = 194) than the dulaglutide arm (n = 382). *There were 2 SAEs in the study; both were of acute cholecystitis experienced by 2 patients in the dulaglutide arm.*

In the Phase 2 to 4 completed glycemic control trials, excluding Study GBDX, 9147 patients were treated with dulaglutide with a cholelithiasis incident rate of 8.8 per 1000 PY. The sponsor concludes that the incidences and EAIRs of gallbladder-related disorders in the dulaglutide glycemic control clinical trial data are within what would be expected in a T2DM population based on epidemiologic literature (incidence rate of 4.4 to 44.9 per 1000 PY) and these incidence rates of gallbladder-related disorders were mainly driven by the PT of cholelithiasis.

In the REWIND CVOT (see Appendix Table 3), there was a total of 372 patients who experienced at least one TEAE in the gallbladder-related SMQs: 200 patients (4.1%) in the dulaglutide arm and 172 patients (3.5%) in the placebo arm. When compared to the placebo group, numerically more patients in the dulaglutide arm experienced TEAEs in both the cholecystitis cluster (dulaglutide: 59 patients (1.2%) [EAIR=2.7 per 1000PY]; placebo: 35 (0.7%) [EAIR=1.6 per 1000PY]) and the cholelithiasis cluster (dulaglutide: 145 patients (2.9%) [EAIR=6.6 per 1000PY]; placebo: 125 patients (2.5%) [EAIR=5.7 per 1000PY]) in the dulaglutide group. *A similar trend was seen for acute cholecystitis (dulaglutide: 28 patients (0.6%) [EAIR=1.3 per 1000PY]; placebo: 17 patients (0.34%)*

3

Reference ID: 4981131

*[EAIR=0.8 per 1000PY and acute cholecystitis SAE (dulaglutide: 26 patients (0.53%) [EAIR=1,2 per 1000PY]; placebo: 17 patients (0.34%) [EAIR=0.8 per 1000PY]*

The sponsor also presented a comparison of their analyses and the results from the REWIND study in the Metanalyses conducted by He *et al.* 2022 (see Appendix Table 3). While there were differences in cholelithiasis TEAEs due to search strategy differences, the number of events and relative risk for cholecystitis were similar: Sponsor's analysis- Dulaglutide: 59 patients (1.19%), Placebo- 35 patients (0.71%), RR = 1.68 (95% CI not calculated); *He et al*-Dulaglutide: 58 events, Placebo (N=4948): 34 events RR: 1.71 (1.12; 2.60).

The sponsor concludes that REWIND provides the most robust data on dulaglutide and gallbladder disorders. They also acknowledge that the findings of He et al. support a positive association between use of GLP-1-RA and risk of gallbladder or biliary diseases. The sponsor also acknowledges that the REWIND data consistently show a numerically higher incidence rate of gallbladder-related disorders in dulaglutide-treated patients versus comparator-treated patients. However, they state that the results should also be viewed in the context of a possible detection bias for patients on dulaglutide arms due to abdominal imaging (for example, ultrasound and computed tomography scan) that may occur as part of investigations for gastrointestinal-related adverse reactions.

**Reviewer's Assessment of Clinical Data:**
The association between dulaglutide and acute gall bladder disease is supported by mechanistic plausibility (inhibition of cholecystokinin) and weight loss associated with GLP-1 RAs, although there is some confounding from high prevalence in patients with T2DM, obesity, increasing age and associated co-morbidities (dyslipidemia, metabolic syndrome) especially in the CVOTs. The sponsor also reports that a 2020 internal analysis of weight loss in the dulaglutide clinical trials found that for dulaglutide-treated patients, the mean percent weight loss from baseline did not exceed the threshold for modest weight loss, as defined as loss of 5-10% of body weight. Of note, in the two GLP-1 RAs approved for chronic weight management, the incidence of acute gallbladder disease was greater in the GLP-1 RA-treated patients than in placebo-treated patients even after accounting for the degree of weight loss.

The sponsors argument for detection bias would apply for incidental detection of cholelithiasis but not for acute cholecystitis. From a clinical perspective acute cholecystitis and complications of choledocholithiasis are the main AEs of concern. There is a consistent, although small, imbalance in the glycemic control trials and REWIND in acute cholecystitis AEs. In addition, as pointed out in the analysis by He *et al*[3] use of GLP-1 RAs was associated with increased risk of gallbladder or biliary diseases, especially when used at higher doses, for longer durations, and for weight loss. Dulaglutide 1.5 mg vs 0.75 mg were included in the high dose and low dose groups respectively of the GLP-1 RAs in this analysis. However, the higher doses of dulaglutide

---

[3] Association of Glucagon-Like Peptide-1 Receptor Agonist Use with Risk of Gallbladder and Biliary Diseases A Systematic Review and Meta-analysis of Randomized Clinical Trials. Liyun He *et al; JAMAInternal Medicine*; Published online March 28, 2022

4

Reference ID: 4981131

Novo_GLP_MDL_004636843

(3 mg and 4.5 mg) were not evaluated in the REWIND study and therefore, not included in the metanalyses. These doses were evaluated in study GBGL and approved in September 2020. In GBGL, a trend for dose dependence for acute cholecystitis and cholelithiasis was observed (see table below). As the higher doses of 3 mg and 4.5 mg are used post-marketing more frequently, they could contribute to an increased rate of gallbladder related events with dulaglutide.

**Table 1: AEs of Acute Gall Bladder Disease by SMQ, Safety Population (Study GBGL)**

| Preferred Terms (PT) | Dula 1.5 N=612 | Dula 3.0 N=616 | Dula 4.5 N=614 |
|---|---|---|---|
| Gallbladder related disorders (SMQ) | | | |
| Biliary colic | 0 ( 0.0%) | 1 ( 0.2%) | 0 ( 0.0%) |
| Cholecystectomy | 1 ( 0.2%) | 1 ( 0.2%) | 1 ( 0.2%) |
| Cholecystitis acute | 0 ( 0.0%) | 2 ( 0.3%) | 2 ( 0.3%) |
| Cholecystitis chronic | 1 ( 0.2%) | 0 ( 0.0%) | 0 ( 0.0%) |
| Cholelithiasis | 4 ( 0.7%) | 5 ( 0.8%) | 8 ( 1.3%) |
| Gallbladder disorder | 1 ( 0.2%) | 0 ( 0.0%) | 1 ( 0.2%) |
| Subjects (filtered) | 7 ( 1.1%) | 9 ( 1.5%) | 11 ( 1.8%) |

*Source: Clinical review dated September 4, 2020, Table 34, Supplemental BLA (S-36)*

Therefore, I conclude that the changes proposed in the SLC notification for the Trulicity USPI are warranted for acute events of gall bladder disease to inform prescribers, so they are more aware of this safety signal, and can institute appropriate safety monitoring and follow-up.

5

Reference ID: 4981131

Novo_GLP_MDL_004636844

**Appendix**
**Table 2: Summary of Treatment Emergent Gallbladder-Related Disorders, Safety Population Phase 2, 3 and 4 Studies**

```
                                    Number of Patients with Any Treatment Emergent Adverse Events
                                                        Percentage
                                                     Rate per 1000 P-yrs
```

| Preferred Term/Cluster | Dulaglutide*a N = 9147 P-Yrs*b = 7301.3 TEAE | SAE | Incretin (Exenatide, Liraglutide, Sitagliptin) N = 1152 P-Yrs*b = 1139.3 TEAE | SAE | Non-Incretin (Glargine, Glimepiride, Metformin) N = 1502 P-Yrs*b = 1288.8 TEAE | SAE | Placebo N = 1249 P-Yrs*b = 516.4 TEAE | SAE |
|---|---|---|---|---|---|---|---|---|
| Any TEAE*c | 91 0.99 12.463 | 28 0.31 3.835 | 8 0.69 7.022 | 2 0.17 1.755 | 8 0.53 6.207 | 5 0.33 3.880 | 3 0.24 5.809 | 1 0.08 1.936 |
| Cholelithiasis Cluster Any TEAE*d | 66 0.72 9.039 | 17 0.19 2.328 | 5 0.43 4.389 | 0 | 5 0.33 3.880 | 2 0.13 1.552 | 2 0.16 3.873 | 1 0.08 1.936 |
| Cholelithiasis | 64 0.70 8.766 | 15 0.16 2.054 | 5 0.43 4.389 | 0 | 5 0.33 3.880 | 2 0.13 1.552 | 2 0.16 3.873 | 1 0.08 1.936 |
| Bile duct stone | 2 0.02 0.274 | 2 0.02 0.274 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cholelithiasis migration | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cholelithiasis obstructive | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cholecystitis Cluster Any TEAE*e | 16 0.17 2.191 | 9 0.10 1.233 | 1 0.09 0.878 | 1 0.09 0.878 | 1 0.07 0.776 | 1 0.07 0.776 | 0 | 0 |
| Cholecystitis acute | 9 0.10 1.233 | 8 0.09 1.096 | 1 0.09 0.878 | 1 0.09 0.878 | 1 0.07 0.776 | 1 0.07 0.776 | 0 | 0 |
| Cholecystitis | 7 0.08 0.959 | 1 0.01 0.137 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cholecystectomy | 11 0.12 1.507 | 2 0.02 0.274 | 2 0.17 1.755 | 1 0.09 0.878 | 0 | 0 | 0 | 0 |
| Cholecystitis chronic | 5 0.05 0.685 | 0 | 0 | 0 | 2 0.13 1.552 | 1 0.07 0.776 | 0 | 0 |
| Gallbladder disorder | 2 0.02 0.274 | 0 | 1 0.09 0.878 | 0 | 1 0.07 0.776 | 1 0.07 0.776 | 1 0.08 1.936 | 0 |
| Hyperplastic cholecystopathy | 2 0.02 0.274 | 1 0.01 0.137 | 0 | 0 | 0 | 0 | 0 | 0 |
| Biliary colic | 1 0.01 0.137 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

*Source STR table 11*

6

Reference ID: 4981131

Novo_GLP_MDL_004636845

**Table 3: Summary of Treatment Emergent Gallbladder-Related Disorders, Safety Population, REWIND**

| | Number of Patients with Any Treatment Emergent Adverse Events Percentage Rate per 1000 P-yrs | | | |
| --- | --- | --- | --- | --- |
| | Dulaglutide*a N = 4943 P-Yrs*b = 21940.3 | | Placebo N = 4949 P-Yrs*b = 21973.8 | |
| Preferred Term/Cluster | TEAE | SAE | TEAE | SAE |
| Any TEAE*c | 200 4.05 9.116 | 94 1.90 4.284 | 172 3.48 7.828 | 84 1.70 3.823 |
| Cholelithiasis Cluster Any TEAE*d | 145 2.93 6.609 | 46 0.93 2.097 | 125 2.53 5.689 | 54 1.09 2.457 |
| Cholelithiasis | 138 2.79 6.290 | 42 0.85 1.914 | 120 2.42 5.461 | 49 0.99 2.230 |
| Bile duct stone | 11 0.22 0.501 | 8 0.16 0.365 | 9 0.18 0.410 | 7 0.14 0.319 |
| Cholelithiasis migration | 0 | 0 | 0 | 0 |
| Cholelithiasis obstructive | 0 | 0 | 0 | 0 |
| Cholecystitis Cluster Any TEAE*e | 59 1.19 2.689 | 51 1.03 2.324 | 35 0.71 1.593 | 32 0.65 1.456 |
| Cholecystitis | 31 0.63 1.413 | 25 0.51 1.139 | 18 0.36 0.819 | 15 0.30 0.683 |
| Cholecystitis acute | 28 0.57 1.276 | 26 0.53 1.185 | 17 0.34 0.774 | 17 0.34 0.774 |

*Source STR Table 13*

**Table 4: Comparison of Sponsors' Search Strategy and the He et al. Search Strategy: REWIND**

7

Reference ID: 4981131

| | MAH Safety Topic Report | Meta-analysis (He et al. 2022) |
|---|---|---|
| MedDRA version | Version 21.0 | Version 22.0 |
| REWIND All TEAEs, patients with at least 1 event or events (%) (rate per 1000 patient years) (95% CI) | Dulaglutide (N = 4943): 200 patients (4.05%) (9.116) Placebo (N = 4949): 172 patients (3.48%) (7.828) RR = 1.16 (95% CI not calculated) Search strategy: PTs in the MedDRA SMQ Gallbladder-related disorders and MedDRA SMQ Gallstone-related disorders, narrow terms only. | Dulaglutide (N = 4943): 126 events (EAIR not provided) Placebo (N = 4949): 96 events RR: 1.31 (1.01; 1.71) Search strategy: "We identified the gallbladder or biliary diseases based on the classifications in the MedDRA Version 22.0. The biliary diseases were captured with the PTs, which include Bile duct stone, Bile duct obstruction, Bile duct stenosis, Biliary colic, Biliary fistula, Biliary cyst, and Cholangitis. The LLTs that fell into the PTs listed above were also included." (The specific MedDRA SMQs utilized were not provided.) |
| REWIND Cholecystitis TEAEs | Dulaglutide (N = 4943): 59 patients (1.19%) (2.689) Placebo (N=4949): 35 patients (0.71%) (1.593) RR = 1.68 (95% CI not calculated) Search strategy: PTs Cholecystitis and Cholecystitis acute, which are referred to as the "cholecystitis cluster." | Dulaglutide (N = 4943): 58 events (EAIR not provided) Placebo (N=4948): 34 events RR: 1.71 (1.12; 2.60) Search strategy: See above. Not provided if a specific MedDRA SMQ was utilized or if was only the PT 'Cholecystitis.' |
| REWIND Cholelithiasis TEAEs | Not excluding patients with pre-randomization cholecystectomy: Dulaglutide (N = 4943): 145 patients (2.93%) (6.609) Placebo (N=4949): 125 patients (2.53%) (5.689) RR = 1.16 (95% CI not calculated) Search strategy: PTs Bile duct stone, Cholelithiasis, Cholelithiasis migration, and Cholelithiasis obstructive, which are referred to as the "cholelithiasis cluster." Excluded patients with pre-randomization cholecystectomy in a time-to-event analysis: Dulaglutide (N = 4248): 137 (3.2%) (EAIR not calculated) | Dulaglutide (N = 4943): 42 events (EAIR not provided) Placebo (N = 4949): 49 events RR: 0.86 (0.57; 1.29) Search strategy: See above. Not provided if a specific MedDRA SMQ was |
| | Placebo (N = 4183): 119 (2.8%) (EAIR not calculated) HR: 1.12 (0.88; 1.44) Search strategy: Development of cholelithiasis was defined as any new diagnosis of cholelithiasis after randomization, as evidenced on an imaging examination. Events of cholelithiasis reported during the study were prospectively collected on a specific eCRF. | utilized or if was only the PT "cholelithiasis." |

Abbreviations: CI = confidence interval; EAIR = exposure-adjusted incidence rate; eCRF = electronic case report form; HR = hazard ratio; MAH = marketing authorization holder; LLT = lowest-level term; MedDRA = Medical Dictionary for Regulatory Activities; N = sample size from the safety population (patients who received at least one dose of study drug) in the Safety Topic Report or sample size provided from the meta-analysis by He et al.; PT = preferred term; RR = relative risk; SMQ = standardized MedDRA queries; TEAE = treatment-emergent adverse events

*Source Table 4.3 in STR*

8

Novo_GLP_MDL_004636847

--------------------------------------------------------------------------------
**This is a representation of an electronic record that was signed electronically. Following this are manifestations of any and all electronic signatures for this electronic record.**

--------------------------------------------------------------------------------

/s/

------------------------------------------------------------

SUCHITRA M BALAKRISHNAN
05/09/2022 02:16:02 PM

MONIKA A HOUSTOUN
05/09/2022 02:19:19 PM

Reference ID: 4981131

Novo_GLP_MDL_004636848



 Marisa Petruccelli

Digitally signed by Marisa Petruccelli

Date: 5/10/2022 3:50 PM EDT
GUID: 29731

Novo_GLP_MDL_004636849



## Case Information:

| Case #: 17420251 | Version: 1 | Case Type: EXPEDITED | eSub: Y | HP: | Country: USA | Outcomes: HO, OT | Application Type: NDA |
|---|---|---|---|---|---|---|---|

| FDA Rcvd Date: 14-Feb-2020 | Init FDA Rcvd Date 14-Feb-2020 | Mfr Rcvd Date: 07-Feb-2020 | MfrControl #: US-ASTRAZENECA-2020SE21470 | Application #: 209210 |
|---|---|---|---|---|

## Patient Information:

| Patient ID: (b) (6) | Age in Years: | Age/Unit: | Sex: Female | Weight: 113.4 | DOB: (b) (6) |
|---|---|---|---|---|---|

## All Products:

| Product Name | Role | Dose / Frequency | Route | Dosage Text | Indication(s) | Start Date | End Date | Interval 1st Dose to Event | ReC | DeC |
|---|---|---|---|---|---|---|---|---|---|---|
| Bydureon Bcise | S | 2 MG//wk | SC | | Type 2 Diabetes Mellitus | 30-Jan-2020 | | | NA | NA |
| Bydureon | S | / | SC | Once a week | Type 2 Diabetes Mellitus | | | | NA | Yes |
| Lantus | C | / | N/A | | | | | | NA | NA |
| Omeprazole | C | 20 MG/BID | N/A | | | | | | NA | NA |
| Ferrous Sulfate | C | / | N/A | | | | | | NA | NA |
| Pioglitazone | C | 15 MG/QD | N/A | | | | | | NA | NA |
| Vitamin D | C | / | N/A | | | | | | NA | NA |
| Magnesium | C | / | N/A | | Muscle Spasms | | | | NA | NA |
| Calcium Citrate | C | / | N/A | | | | | | NA | NA |

| Product Name | Lot # | Exp Date | NDC # | Labeler |
|---|---|---|---|---|
| Bydureon Bcise | | | | Astrazeneca Pharmaceuticals Lp |
| Bydureon | | | | |
| Lantus | | | | |
| Omeprazole | | | | |
| Ferrous Sulfate | | | | |
| Pioglitazone | | | | |
| Vitamin D | | | | |
| Magnesium | | | | |
| Calcium Citrate | | | | |

## Event Information:

| MedDRA® PreferredTerm | Start Date | End Date | Outcomes | Highlighted Terms | ReC |
|---|---|---|---|---|---|
| Abdominal discomfort | | | UNKNOWN | No, Not Serious | NA |
| Abdominal pain upper | | | UNKNOWN | No, Not Serious | NA |
| Atrial fibrillation | | | UNKNOWN | No, Serious | NA |
| Blood iron decreased | | | UNKNOWN | No, Not Serious | NA |
| Cholelithiasis | | | UNKNOWN | No, Serious | NA |
| Faeces discoloured | | | UNKNOWN | No, Not Serious | NA |
| Fall | | | UNKNOWN | No, Not Serious | NA |

Novo_GLP_MDL_004636850



| | | | |
|---|---|---|---|
| Haemorrhoids | UNKNOWN | No, Not Serious | NA |
| Hepatic cirrhosis | UNKNOWN | No, Serious | NA |
| Kidney infection | RECOVERED/ RESOLVED WITH SEQUELAE | No, Serious | NA |
| Nephrolithiasis | RECOVERED/ RESOLVED WITH SEQUELAE | No, Serious | NA |
| Product dose omission issue | UNKNOWN | No, Not Serious | NA |
| Sjogren's syndrome | UNKNOWN | No, Not Serious | NA |
| Upper limb fracture | UNKNOWN | No, Serious | NA |
| Weight decreased | UNKNOWN | No, Not Serious | NA |

## Event / Problem Narrative:

A spontaneous report has been received from a consumer. The report concerning a female patient of Unknown ethnic origin born in (b) (6) (height 61 in, weight 250 lb).

No medical history was reported.

Concomitant medication included insulin glargine, omeprazole, ferrous sulfate, pioglitazone, ergocalciferol, magnesium for keeping leg cramps at bay and calcium citrate.

The patient started treatment with Bydureon Bcise (exenatide) 2 mg once a week, subcutaneous, on 30-Jan-2020 for diabetes ii and with Bydureon (exenatide) Once a week, subcutaneous, on an unknown date for diabetes ii.

On an unknown date, the patient stated that she was hospitalized numerous times, the last one was a few weeks ago, during which time she was diagnosed with Cirrhosis (preferred term: Hepatic cirrhosis) and Gall Stones (preferred term: Cholelithiasis), and last year in February for a Kidney Infection (preferred term: Kidney infection) and Kidney Stones (preferred term: Nephrolithiasis). Previously she was Hospitalized for afib (preferred term: Atrial fibrillation), a Torn Right Rotator Cuff with Surgical Repair, A Torn Left Rotator Cuff with Surgical Repair, 2 Falls with a Broken Arm (preferred term: Upper limb fracture) in each fall (preferred term: Fall). She had no dates for the previous several hospitalizations and was not sure if these coincided with being on bydureon or had happened before she was taking it. Recently she was diagnosed with and being treated for Low Iron (preferred term: Blood iron decreased) and has been complaining of Stomach Problems, Feeling Pressure (preferred term: Abdominal discomfort) and Pain (preferred term: Abdominal pain upper)after meals and having to Run to the Bathroom, where she has Black Stools (preferred term: Faeces discoloured) which may or may not be hemrhoids (preferred term: Haemorrhoids). She was also diagnosed at some point with Sjogren's syndrome (preferred term: Sjogren's syndrome) but can't say when that started. While in the hospital this last time she Missed her bydureon Pen dose (Preferred Term: Product dose omission) and noted in the last month or so she has lost weight (preferred term: Weight decreased). She reports that on Tuesday she will be seeing a gastroenterologist to determine whether her gall bladder will be coming out.

Treatment with Bydureon was discontinued. Treatment with Bydureon Bcise was not changed.

The patient recovered with sequelae from the events of kidney infection and kidney stones on an unspecified date. The outcome of the events of cirrhosis, gall stones, afib, two broken arms, fell, sjogren's syndrome, weight loss, black stool, possible hemrhoids, low iron, stomach pain, stomach problems/ feeling pressure and missed dose was unknown.

The following events were considered serious due to hospitalised: kidney infection, kidney stones, cirrhosis, gall stones and afib.

The following events were considered serious due to important medical event: two broken arms. The following events were considered non-serious: fell, sjogren's syndrome, weight loss, black stool, possible hemrhoids, low iron, stomach pain, stomach problems/ feeling pressure and missed dose.
.

---

## Relevant Medical History:

| Disease / Surgical Procedure | Start Date | End Date | Continuing? | Comment |
|---|---|---|---|---|
| | | | | |
| **Medical History Products** | **Start Date** | **End Date** | **Indications** | **MedDRA® PreferredTerm(s)** |

---

Novo_GLP_MDL_004636851

Case 2:24-md-03094-KSM     Document 701-14     Filed 06/20/26     Page 79 of 120

## Relevant Laboratory Data:

| Test Date | Test Name | Result | Unit | Normal Low Range | Normal High Range | info Avail. Y/N |
|-----------|-----------|--------|------|------------------|-------------------|-----------------|

## Confirmatory Test Comments

## Reporter Source:

| Study Report | Study Name | Study Type | Sponsor Study | Protocol | IND # |
|--------------|-----------|------------|---------------|----------|-------|
| S | | | | | |

| | | | |
|---|---|---|---|
| Literature Text | | | |
| Country of Event: | USA | Sender MFR: | ASTRAZENECA |
| Reporter Name | Confidential | Reporter Type: | Other |
| Reporter Org: | | Reporter Email: | Reporter Phone: |
| Reporter Street: | | Reporter State: | |
| Reporter City: | | Reporter Country: | USA |
| Reporter Zip: | | Sent To: | |
| Health Prof: | | Identity Disclosed: | |
| Occupation: | CON | | |

Novo_GLP_MDL_004636852





Christine Chamberlain

Digitally signed by Christine
Chamberlain

Date: 6/29/2021 3:54 PM EDT
GUID: 13505

Novo_GLP_MDL_004636853



# NISS 1004527
# Gallbladder disease with use of GLP-1 Receptor Agonists

Division of Pharmacovigilance I (DPV-I)

August 11, 2021

Novo_GLP_MDL_004636854



# Objectives

- Present preliminary information from NISS pre-evaluation

- Determine if NISS moves to evaluation phase

- If a review is indicated, Determine the focus of the review

2

Novo_GLP_MDL_004636855



# Agenda

- Background (signal, other disciplines, DILI review, labeling)
- Signal Workup for NISS Pre-evaluation Analysis
  - Datamining
  - High level FAERS data
- Questions to Potentially Address in Review
- DPV – format of the review if warranted
- Additional data sources

3

Novo_GLP_MDL_004636856



# Background

- GLP-1 receptor agonists (GLP-1 RAs) activate GLP-1 receptor and reduces blood glucose through stimulation of insulin secretion, and decreases glucagon secretion in a glucose-dependent manner; slows gastric emptying

- Recombinant polypeptides, metabolized primarily by proteolytic degradation

4

Novo_GLP_MDL_004636857



# Background of Signal

- Nauck et al. Effects of liraglutide compared with placebo on events of acute gallbladder or biliary disease in patients with type 2 diabetes at high risk for cardiovascular events in the LEADER randomized trial. Diab Care 2019;doi: 10.2337/dc19-0415

- Post hoc analysis; increased risk of acute GB or biliary disease with liraglutide vs. Placebo
  - HR 1.6; 95% CI 1.23,2.09, p<0.001.
  - Similar trends observed for each of the 4 categories of GB or biliary tract related events.
  - Cholecystectomy performed more frequently in liraglutide-treated patients (HR 1.56, 95% CI 1.1,2.2; p=0.013).

Novo_GLP_MDL_004636858



# Alternative Etiologies

- Higher background rate of Gallbladder disease in patients with
  - Diabetes (twice as likely)
  - obesity
- Rapid weight loss increases risk
- Once a symptomatic patient develops complications from gallbladder disease, the risk of more severe complications increases over time.

6

Novo_GLP_MDL_004636859



# Background of Signal

- During a NISS meeting SSID 1004209 for drug-induced liver injury with GLP-1RA, Amy Chung identified reports of gallbladder disease.
- FAERS reports of semaglutide and gallbladder disease were identified during DASR review.
  - Disproportional reporting of cholelithiasis and cholecystitis for semaglutide was identified using Empirica datamining of FAERS
- The NISS team decided that a separate preliminary workup of GLP-1RA and gallbladder disease would be conducted and to exclude these reports from the GLP-1RA and DILI review.
- DPV-I opened a NISS for GLP-1RAs and Gallbladder related disorders (SS ID 1004527). This is based on the conversations DPV had with Mark Avigan (OSE Hepatologist) during the review of the signal for DILI with GLP-1RAs.

7

Novo_GLP_MDL_004636860

# Gallstones



- In the USA gallstones are common (in 6% of men and 9% of women)
- Can be asymptomatic or symptomatic with biliary colic or complications of gallstone disease
- Gallbladder impairment (cholelithiasis, cholecystitis)
  - Typically has no complications if detected and treated
  - Extremely painful for individuals suffering with an active illness
    - Leads to hospitalizations, diagnostics procedures, surgeries, and additional treatment
- Only approximately 15-25% of asymptomatic patients will become symptomatic after 10 to 15 years

8

Novo_GLP_MDL_004636861



## Cholelithiasis

- Gallstones; hard deposit varying in size in the fluid in the gallbladder
- If asymptomatic no treatment; if symptomatic then surgical removal

## Cholecystitis

- Gallbladder inflammation
- Often caused by stones; treatment includes antibiotics and surgical removal

## Gallstone Pancreatitis

- One of the two main causes of pancreatitis (Gallstones and alcohol)
- Gallstones from the gallbladder blocks the bile duct and stops pancreatic enzymes from traveling to the small intestine

## Choledocholithiasis

- Presence of gallstones in the common bile duct
- Can occur with or without cholangitis (inflammation of bile duct system)
- Treatment includes ERCP sphincterotomy and removal of stone followed by cholecystectomy

9

Novo_GLP_MDL_004636862

# U.S. Marketed Glucagon-like Peptide 1 Receptor Agonists

FDA

| Drug Name | Active Ingredient(s) | NDA/BLA | Applicant | Approval Date |
|---|---|---|---|---|
| Byetta | Exenatide synthetic | 021773 | AstraZeneca AB | 4/28/2005 |
| Byetta | Exenatide synthetic | 021919 | Amylin | 10/30/2009 |
| Bydureon | Exenatide synthetic, extended release | 022200 | AstraZeneca AB | 1/27/2012 |
| Bydureon BCise | Exenatide synthetic, extended release | 209210 | AstraZeneca AB | 10/20/2017 |
| Victoza | Liraglutide recombinant | 022341 | Novo Nordisk Inc | 1/25/2010 |
| Saxenda | Liraglutide recombinant | 206321 | Novo Nordisk Inc | 12/23/2014 |
| Xultophy 100/3.6 | Insulin degludec, liraglutide | 208583 | Novo Nordisk Inc | 11/21/2016 |
| Trulicity | Dulaglutide | 125469 | Eli Lilly and Co | 9/18/2014 |
| Adlyxin | Lixisenatide | 208471 | Sanofi-Aventis US | 7/27/2016 |
| Soliqua 100/33 | Insulin glargine, lixisenatide | 208673 | Sanofi-Aventis US | 11/21/2016 |
| Ozempic | Semaglutide | 209637 | Novo Nordisk Inc | 12/5/2017 |
| Rybelsus | Semaglutide | 213051 | Novo Nordisk Inc | 9/20/2019 |
| Wegovy | Semaglutide | 215256 | Novo Nordisk Inc | 6/4/2021 |

Source: Drugs@FDA

10

Novo_GLP_MDL_004636863

# GLP-1 RA Labeling
# Gallstone Disease Adverse Events



- **Tanzeum (albiglutide)** –voluntary revoked status.

  ### 6.1    Clinical Studies Experience

  *Liver Enzyme Abnormalities:* In the pool of placebo-and active-controlled trials, a similar proportion of patients experienced at least one event of alanine aminotransferase (ALT) increase of 3-fold or greater above the upper limit of  normal (0.9% and 0.9% for all comparators versus TANZEUM). Three subjects on TANZEUM and one subject in the all-comparator group experienced at least one event of ALT increase of 10-fold or greater above the upper limit of normal. In one of the 3 cases an alternate etiology was identified to explain the rise in liver enzyme (acute viral hepatitis). In one case, insufficient information was obtained to establish or refute a drug-related causality. In the third case, elevation in ALT (10 times the upper limit of normal) was accompanied by an increase in total bilirubin (4 times the upper limit of normal) and occurred 8 days after the first dose of TANZEUM. The etiology of hepatocellular injury was possibly related to TANZEUM but direct attribution to TANZEUM was confounded by the presence of gallstone disease diagnosed on ultrasound 3 weeks after the event.

- **Trulicity (dulaglutide)**

  ### 6.1    Clinical Studies Experience

  Cholelithiasis and Cholecystitis

  In a cardiovascular outcomes trial with a median follow up of 5.4 years, cholelithiasis occurred at a rate of 0.62/100 patient-years in TRULICITY-treated patients and 0.56/100 patient-years in placebo-treated patients after adjusting for prior cholecystectomy. Serious events of acute cholecystitis were reported in 0.5% and 0.3% of patients on TRULICITY and placebo respectively.

Novo_GLP_MDL_004636864

# GLP-1 RA Labeling
# Gallstone Disease Adverse Events



- **Bydureon (long acting exenatide)**

  **5 WARNINGS AND PRECAUTIONS**

  **5.11     Acute Gallbladder Disease**

  Acute events of gallbladder disease have been reported in GLP-1 receptor agonist trials. In the EXSCEL trial [see Clinical Studies (14.2)], 1.9% of BYDUREON-treated patients and 1.4% of placebo-treated patients reported an acute event of gallbladder disease, such as cholelithiasis or cholecystitis. If cholecystitis is suspected, gallbladder studies and appropriate clinical follow-up are indicated.

- **Byetta (exenatide)**
  - No labeling for Gallbladder disease or related terms

- **Adlyxin (lixisenatide)**
  - No labeling for Gallbladder disease or related terms

12

Novo_GLP_MDL_004636865

# GLP-1 RA Labeling –
# Gallstone Disease Adverse Events



**Victoza (liraglutide) for Type 2 diabetes**

**5      WARNINGS AND PRECAUTIONS**

**5.7      Acute Gallbladder Disease**

In the LEADER trial [see Clinical Studies (14.3)], 3.1% of VICTOZA-treated patients versus 1.9% of placebo-treated patients reported an acute event of gallbladder disease, such as cholelithiasis or cholecystitis. The majority of events required hospitalization or cholecystectomy. If cholelithiasis is suspected, gallbladder studies and appropriate clinical follow-up are indicated.

**6      ADVERSE REACTIONS**

**6.1      Clinical Trials Experience**

**Cholelithiasis and cholecystitis**

In glycemic control trials of VICTOZA, the incidence of cholelithiasis was 0.3% in both VICTOZA-treated and placebo-treated patients. The incidence of cholecystitis was 0.2% in both VICTOZA-treated and placebo-treated patients.

In the LEADER trial [see Clinical Studies (14.3)], the incidence of cholelithiasis was 1.5% (3.9 cases per 1000 patient years of observation) in VICTOZA-treated and 1.1% (2.8 cases per 1000 patient years of observation) in placebo-treated patients, both on a background of standard of care. The incidence of acute cholecystitis was 1.1% (2.9 cases per 1000 patient years of observation) in VICTOZA-treated and 0.7% (1.9 cases per 1000 patient years of observation) in placebo-treated patients.

**Saxenda (liraglutide) for weight loss**

**5.3 Acute Gallbladder Disease**

In SAXENDA clinical trials in adults, 2.2% of SAXENDA-treated patients reported adverse events of cholelithiasis versus 0.8% of placebo-treated patients. The incidence of cholecystitis was 0.8% in SAXENDA-treated patients versus 0.4% in placebo-treated patients. The majority of SAXENDA-treated patients with adverse events of cholelithiasis and cholecystitis required cholecystectomy. Substantial or rapid weight loss can increase the risk of cholelithiasis; however, the incidence of acute gallbladder disease was greater in SAXENDA-treated patients than in placebo-treated patients even after accounting for the degree of weight loss. If cholelithiasis is suspected, gallbladder studies and appropriate clinical follow-up are indicated.

**6      ADVERSE REACTIONS**

**6.1      Clinical Trials Experience**

**Laboratory Abnormalities**

Liver Enzymes

Increases in alanine aminotransferase (ALT) greater than or equal to 10 times the upper limit of normal were observed in 5 (0.15%) SAXENDA-treated patients (two of whom had ALT greater than 20 and 40 times the upper limit of normal) compared with 1 (0.05%) placebo-treated patient during the SAXENDA clinical trials. Because clinical evaluation to exclude alternative causes of ALT and aspartate aminotransferase (AST) increases was not done in most cases, the relationship to SAXENDA is uncertain. Some increases in ALT and AST were associated with other confounding factors **(such as gallstones).**

13

# GLP-1 RA Labeling
# Gallstone Disease Adverse Events



**Ozempic (semaglutide injection)**

**6 ADVERSE REACTIONS, 6.1 Clinical Trials Experience**

Cholelithiasis

In placebo-controlled trials, cholelithiasis was reported in 1.5% and 0.4% of patients-treated with OZEMPIC 0.5 mg and 1 mg, respectively. Cholelithiasis was not reported in placebo-treated patients.

**Rybelsus (semaglutide oral)**

**6 ADVERSE REACTIONS, 6.1 Clinical Trials Experience**

Cholelithiasis

In placebo-controlled trials, cholelithiasis was reported in 1% of patients treated with RYBELSUS 7 mg. Cholelithiasis was not reported in RYBELSUS 14 mg or placebo-treated patients.

**Wegovy (semaglutide injection for weight loss)**

**5 WARNINGS AND PRECAUTIONS, 5.3 Acute Gallbladder Disease**

In WEGOVY randomized clinical trials, cholelithiasis was reported by 1.6% of WEGOVY-treated patients and 0.7% of placebo-treated patients. Cholecystitis was reported by 0.6% of WEGOVY-treated patients and 0.2% of placebo-treated patients. Substantial or rapid weight loss can increase the risk of cholelithiasis; however, the incidence of acute gallbladder disease was greater in WEGOVY-treated patients than in placebo-treated patients, even after accounting for the degree of weight loss. If cholelithiasis is suspected, gallbladder studies and appropriate clinical follow-up are indicated.

**6 ADVERSE REACTIONS, 6.1 Clinical Trials Experience**

Acute Gallbladder Disease

In WEGOVY clinical trials, cholelithiasis was reported by 1.6% of WEGOVY-treated patients and 0.7% of placebo-treated patients. Cholecystitis was reported by 0.6% of WEGOVY-treated patients and 0.2% of placebo-treated patients.

14

Novo_GLP_MDL_004636867



# Case Reports and Observations by OSE

- Amy Chung identified 12 semaglutide cases in the DILI review that were reviewed by Mark Avigan, OSE hepatologist and comments are below
- Among the 12 semaglutide-associated post-market FAERS cases 5 or 6 are consistent with acute gallstone-related disease marked by abdominal pain, N&V, biochemical findings of cholestasis and elevated bilirubin/jaundice in most instances except for one case in which biliary sludge was noted with an acute hepatocellular injury profile that can sometimes be observed with transient bile duct obstruction.
- NDA trials of high-dose weekly s.c. semaglutide for obesity, 7 cases of acute gallbladder disease manifestations apparently were observed in the semaglutide treatment arms of the clinical studies.
- Whether biliary stone disease-related adverse events are coincidental or exacerbated/precipitated by semaglutide in susceptible individuals can be difficult to determine in individual case reports.
- He noted: in  considering a causal association with the drug (including exacerbation of underlying gallstone disease), there are a number of important factors favoring such an association to consider (see next slide).

15

Novo_GLP_MDL_004636868

# Biologic Plausibility



1.  Dose-related effects of GLP-1 agonists not only slow upper GI motility and gastric emptying but also blunt or slow gallbladder contraction and inhibit CCK secretion after a meal. These effects have been observed in published studies (see appended publications).  Through these effects on gallbladder filling and CCK an increase in the stasis of biliary sludge and a reduction in the flushing efficiency of the cystic and common bile duct during meal-induced contraction of the gallbladder is predicted.  Transient bile duct obstruction may precipitate acute cholestatic liver injury in susceptible individuals.

2.  Exacerbation of gallbladder disease and gallstone complications have been observed in a number of studies in association both with liraglutide, another GLP-1 agonist as well as an unintended consequence of pharmacologically-induced weight loss (see attachments).

3.  Liraglutide, another GLP-1 agonist, has a warning for acute gallbladder disease in its product label.   Acute rapidly reversing hepatic injuries consistent with transient biliary duct stasis were also observed in some clinical trial subjects in albiglutide studies (see attached June 7, 2013 consult).

16

Novo_GLP_MDL_004636869

# Cholecystokinin secretion is suppressed by glucagon-like peptide-1: clue to the mechanism of the adverse gallbladder events of GLP-1-derived drugs Jens F. Rehfeld et. al, 2018

## ABSTRACT

**Objective:** Recent randomized and controlled trials of drugs derived from the gut hormone glucagonlike peptide-1 (GLP-1) show that the most frequent adverse symptoms are gastrointestinal, including gallbladder-related side effects such as cholithiasis and cholecystitis. Since the gut hormone cholecystokinin (CCK) stimulates bile secretion and regulates gallbladder motility and emptying, we examined the effect of GLP-1 on the secretion of CCK in normal subjects and patients with type 1 diabetes mellitus.

**Results:** Basal plasma concentrations of CCK were similar in the normal subjects and in the diabetes patients. During the meal, the CCK concentrations rose significantly during saline infusion, whereas the GLP-1 infusion suppressed the secretion of CCK significantly in both normal subjects and in the diabetes patients.

**Conclusions:** The results show that GLP-1 suppresses the secretion of CCK after a meal in normal and diabetic subjects. The suppression attenuates the gallbladder contractility. Our data, therefore, offer an explanation for the increased risk of adverse gallbladder events during treatment with GLP-1- derived drugs.

Novo_GLP_MDL_004636870



# From Dr. Condarco's review dated July 15, 2021

Dr. Condarco's (DDLO clinical Reviewer) comments:

- Dr. Avigan noted that there was an increased risk of biliary gallstone disease with use of GLP-1 RAs, based on a postmarketing evaluation. As noted above, all GLP-1 RAs are labeled for this signal, except for lixisenatide and insulin glargine/lixisenatide. Given that there is plausible biological explanation for this risk, supported by the published literature (6) (including a lixisenatide mechanistic study (48) and an indirect effect mediated by rapid weight loss; this risk is likely a class effect that is also pertinent to lixisenatide and insulin glargine/lixisenatide. My review of the GLP-1 RA clinical trial data did not fully capture this signal since the Sponsor's responses did not address this risk. My review captured a few cases of patients with hepatic laboratory abnormalities and biliary gallstone disease, but the review did not capture any GLP-1 RA specific trends.

- Based on the limited clinical trial information for lixisenatide, I defer specific labeling recommendations to the Pharmacovigilance team after completion of the DPV review.

Rehfeld JF, Knop FK, Asmar A, Madsbad S, Holst JJ, Asmar M. Cholecystokinin secretion is suppressed by glucagon-like peptide-1: clue to the mechanism of the adverse gallbladder events of GLP-1-derived drugs. Scand J Gastroenterol. 2018 Dec;53(12):1429-1432. doi: 10.1080/00365521.2018.1530297. Epub 2018 Nov 19. PMID: 30449207.

18

Novo_GLP_MDL_004636871



# Agenda

- Background

- Signal Workup for NISS Pre-evaluation Analysis

19

Novo_GLP_MDL_004636872



# Dataming – Empirica Signal

| Product active moieties (PAM) | PT or Narrow_Alg SMQ | N | EB05 | EBGM | EB95 |
|---|---|---|---|---|---|
| EXENATIDE | Cholelithiasis | 372 | 2.108 | 2.298 | 2.5 |
| LIRAGLUTIDE | Cholecystectomy | 58 | 2 3 | 2.53 | 3.123 |
| LIRAGLUTIDE | Cholecystitis | 70 | 2 51 | 3.067 | 3.716 |
| LIRAGLUTIDE | Cholecystitis acute | 52 | 3.406 | 4.298 | 5.366 |
| LIRAGLUTIDE | Cholelithiasis | 271 | 3.631 | 4.017 | 4.434 |
| SEMAGLUTIDE | Cholecystectomy | 17 | 2.967 | 4.477 | 6.543 |
| SEMAGLUTIDE | Cholecystitis | 37 | 6.479 | 8.623 | 11.426 |
| SEMAGLUTIDE | Cholecystitis acute | 32 | 13.035 | 18.771 | 25.44 |
| SEMAGLUTIDE | Cholelithiasis | 64 | 5.297 | 6.533 | 7.989 |

As of date: 7/4/2021; Run= PAM (S); PAM: albiglutide, dulaglutide, exenatide, lixisenatide, liraglutide, semaglutide; PTs:Cholangitis, Cholangitis acute, Cholangitis infective, Cholangitis sclerosing, Cholecystectomy, Cholecystitis, Cholecystitis acute, Cholecystitis infective, Cholelithiasis, Cholelithiasis obstructive, Primary biliary cholangitis

20

Novo_GLP_MDL_004636873



# GLP-1 RA FAERS Data

<u>FAERS Search strategy on July 8, 2021</u>
- **PAI** – INSULIN GLARGINE\LIXISENATIDE; INSULIN DEGLUDEC\LIRAGLUTIDE; ALBIGLUTIDE; DULAGLUTIDE; EXENATIDE; LIRAGLUTIDE; LIXISENATIDE; SEMAGLUTIDE
- **Event** – BILIARY DISORDERS (SMQ) (Broad); BILIARY DISORDERS (SMQ) (Narrow)
- **Initial FDA Received Date From** – 2005-04-28 (approval of first GLP-1RA, exenatide)

<u>FAERS Search Results</u>
- Total Reports: 2320
- By Country:  USA=1,640; Foreign=678; Not reported: 2
- Serious Reports: 2,056
  - By Active Ingredient:
    | | |
    |---|---|
    | Albiglutide=23 | Liraglutide=781 |
    | Dulaglutide=278 | Lixisenatide=16 |
    | Exenatide=1,062 | Semaglutide=214 |
  - Deaths=278; Hospitalized=1411; Female=1071; Male=927; Unknown=58

21

Novo_GLP_MDL_004636874

# FAERS Data, Serious Reports, n=2056



**Most Frequently Reported MedDRA Preferred Terms (PT) - TOP 25 PTs from Serious Reports**

| Event-Preferred Terms(PTs) | Total Cases |
|---|---|
| CHOLELITHIASIS | 775 |
| CHOLECYSTITIS | 201 |
| CHOLECYSTECTOMY | 153 |
| CHOLECYSTITIS ACUTE | 151 |
| GALLBLADDER DISORDER | 151 |
| JAUNDICE | 122 |
| JAUNDICE CHOLESTATIC | 92 |
| BILE DUCT STONE | 68 |
| OBSTRUCTIVE PANCREATITIS | 67 |
| CHOLECYSTITIS CHRONIC | 60 |
| BILIARY OBSTRUCTION | 56 |
| BLOOD ALKALINE PHOSPHATASE INCREASED | 49 |
| CHOLANGITIS | 48 |
| CHOLECYSTITIS INFECTIVE | 45 |
| BILE DUCT STENT INSERTION | 44 |
| BILIARY COLIC | 44 |
| BLOOD BILIRUBIN INCREASED | 44 |
| CHOLESTASIS | 44 |
| CHOLANGIOCARCINOMA | 40 |
| BILE DUCT CANCER | 35 |
| GALLBLADDER OPERATION | 28 |
| ABNORMAL FAECES | 21 |
| BILE DUCT STENOSIS | 18 |
| BILIARY DYSKINESIA | 17 |
| BILIARY DILATATION | 15 |
| CHOLANGITIS ACUTE | 15 |
| GALLBLADDER ENLARGEMENT | 15 |
| **Count of Cases for Top 25 PTs :** | **1,951** |

Legend
Yellow=AEs of interest
Blue=Potential complications

22

Novo_GLP_MDL_004636875

# Filtered FAERS Reports for Selected PTs



I filtered the 2056 serious reports for reports with the PTs in Table 1 and retrieved 1,516 reports. Tables below display high-level characteristics of the 1,516 reports.

**Table 1.**
**Most Frequently Reported MedDRA Preferred Terms (PT) - TOP 50**

| Event-Preferred Terms(PTs) | Total Cases |
|---|---|
| CHOLELITHIASIS | 775 |
| CHOLECYSTITIS | 201 |
| CHOLECYSTECTOMY | 153 |
| CHOLECYSTITIS ACUTE | 151 |
| JAUNDICE | 122 |
| BILE DUCT STONE | 68 |
| OBSTRUCTIVE PANCREATITIS | 67 |
| BILIARY OBSTRUCTION | 56 |
| CHOLANGITIS | 48 |
| CHOLECYSTITIS INFECTIVE | 45 |
| GALLBLADDER OPERATION | 28 |
| BILE DUCT STENOSIS | 18 |
| CHOLANGITIS ACUTE | 15 |
| GALLBLADDER RUPTURE | 14 |
| GALLBLADDER CANCER | 6 |
| GALLBLADDER NECROSIS | 5 |
| Count of Cases for Top 50 PTs : | 1,516 |

**Table 2. FAERS Reports by Active Ingredient**

| Active Ingredient | Total Cases |
|---|---|
| ALBIGLUTIDE | 12 |
| DULAGLUTIDE | 170 |
| EXENATIDE | 666 |
| INSULIN DEGLUDEC | 7 |
| INSULIN GLARGINE | 6 |
| LIRAGLUTIDE | 518 |
| LIXISENATIDE | 13 |
| SEMAGLUTIDE | 166 |

**Table 3. FAERS Reports By Country, Case Type, Seriousness, Outcome**

| Country | Total Cases | Expedited(15-Day) | Direct | Periodic | Non-Serious | Serious | DE | HO | LT | DS | CA | OT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| USA | 1,006 | 849 | 68 | 89 | 0 | 1,006 | 141 | 709 | 62 | 48 | 0 | 642 |
| FOREIGN | 509 | 509 | 0 | 0 | 0 | 509 | 15 | 403 | 39 | 6 | 0 | 235 |
| NOT REPORTED | 1 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| NULL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 1,516 | 1,359 | 68 | 89 | 0 | 1,516 | 156 | 1112 | 101 | 54 | 0 | 878 |

23

Novo_GLP_MDL_004636876



# FAERS Data, n=1516

- FAERS Reports by sex: Female=807; Male=669
- Case type: Direct=68; Expedited=1359; Non-expedited=89
- Age: one report of a 14-year-old female; 17-65 years=711; 65 and older=402; not reported=402
- Of the 801 reports with concomitant medications reported in the case details "all concomitants" data field, 164 reports list a concomitant medication labeled for gallstone or cholelithiasis
  - This is 10% (164/1516)
  - There may be more reports after case level review of other suspect products and the narrative

24

Novo_GLP_MDL_004636877



# Medical History from FAERS Reports, n=1516

| Medical History* | Report Count |
|---|---|
| Biliary Colic | 14 |
| Biliary obstruction | 1 |
| Cholecystitis chronic | 6 |
| Cholecystitis chronic, obesity | 2 |
| Cholelithiasis | 190 |
| Cholelithiasis, Cholecystitis chronic | 8 |
| Cholelithiasis, Cholecystitis chronic, obesity | 3 |
| Cholelithiasis, Gallbladder disorder | 1 |
| Cholelithiasis, obesity | 95 |
| Cirrhosis alcoholic | 2 |
| Gallbladder disorder | 98 |
| Gallbladder disorder, obesity | 12 |
| Gallstones | 22 |
| Hepatic cirrhosis | 4 |
| Medical history was not reported | 394 |
| Obesity | 717 |
| Weight decreased | 10 |
| Reports with the medical history reported, but not considered a risk factor for gallstones | 1418 |
| **Grand Total** | **2997** |

*A report may have more than one medical history diagnosis

25

Novo_GLP_MDL_004636878

# Clinical Trial Data



- DDLO noted there were some concerns about hepatic issues with semaglutide and albiglutide (although albiglutide is no longer marketed)

- Dulaglutide -  signal for cholelithiasis/cholecystitis with dulaglutide which was added to label

- No imbalances were noted with exenatide products

- Some imbalances noted in LEADER for liraglutide but confounded

- I plan to review DDLO clinical reviews of clinical trial data and recently approved semaglutide product for weight loss

26

Novo_GLP_MDL_004636879

# Biologic Plausibility
# GLP-1 RAs and Gallbladder Motility



- Exenatide, lixisenatide, and albiglutide have been shown to reduce cholecystokinin-induced gallbladder ejection fraction, compared with placebo, in healthy individuals. (Nauck 2019)
- Increased risk of gallbladder or biliary tract-related events with liraglutide vs. placebo observed in LEADER
  - Overall, the mechanism for the increased occurrence of gallbladder stones with liraglutide remains unclear, but it may involve altered bile acid production and secretion, decreased gallbladder emptying, weight loss, or a combination of all of these. (Nauck 2019)
  - Liraglutide administered at a high dose (i.e., 3.0 mg daily) has no effect on fasting gallbladder volumes or maximal gallbladder contraction but might decelerate the time to full contraction and delay refilling of the gallbladder. (Nexoe-Larsen 2018)
- GLP-1 infusion suppresses the secretion of cholecystokinin (CCK) after a meal, which reduces gallbladder contractility. (Nauck 2019)
  - A retarded CCK response during GLP-1 RA treatment might result from deceleration of upper gastrointestinal motility and ensuing prolongation of nutrient accommodation in the small intestine. (Gether 2019).
  - CCK relaxes the sphincter of Oddi, allowing bile to flow into the intestine. (Gether 2019)

27

Novo_GLP_MDL_004636880



# Cholestasis

- Cholestasis is a condition where bile cannot flow from the liver to the duodenum. The two basic distinctions are an obstructive type of cholestasis where there is a mechanical blockage in the duct system that can occur from a gallstone or malignancy, and metabolic types of cholestasis which are disturbances in bile formation that can occur because of genetic defects or acquired as a side effect of many medications.

28

Novo_GLP_MDL_004636881



# Semaglutide

- Clinical trial cases of cholelithiasis from NDA review for obesity and FAERS cases identified during DILI review
- Recent PBRER for Ozempic and Rybelsus included
    - Acute gallstone disease (cholelithiasis) as and identified important risk
    - Cumulatively 167 reports for semaglutide s.c. for T2DM and 12 reports for semaglutide oral for T2DM
    - Serious events of cholelithiasis were infrequent
    - Potential mechanism: Cholelithiasis formation could also be caused by GLP-1 RA-induced reduced gall bladder contraction and emptying, reduced production of bile acids and modulation of inflammation
    - Patients being treated with semaglutide for T2DM are at risk for cholelithiasis due to diabetes, hyperlipidemia, hyperinsulinemia, and obesity

29

Novo_GLP_MDL_004636882



# Agenda

- Background (signal, other disciplines, DILI review, labeling)
- Signal Workup for NISS Pre-evaluation Analysis
  - Datamining
  - High level FAERS data

- **Questions to Potentially Address in Review**

- DPV – format of the review if warranted
- Additional data sources

30

Novo_GLP_MDL_004636883



# Case-level Review

- Characterize the time to onset in patients with or without DM, with or without a history of gallbladder

- Complications/interventions to assess severity:  hospitalization, biliary obstruction, liver injury, pancreatitis, jaundice, gallbladder cancer

- Additional concomitant medications and medical history that may be potential confounders

- Imaging to support the diagnosis

31

Novo_GLP_MDL_004636884

# Comparison of Long acting Properties of Selected GLP-1 Agonists



| Comparison of Long acting Properties of Selected GLP-1 Agonists | | | |
|---|---|---|---|
| Drug Product | Long acting technology | Comments | Frequency of administration |
| Tanzeum (albiglutide) | Albumin fusion molecule | Fusion of two human GLP-1 repeats to recombinant human albumin. Albiglutide has been shown to bind to the FcRn receptor. The Fc receptor (FcRn) protects IgG and albumin from catabolism. | Weekly |
| Bydureon (exenatide extended release suspension) | Encapsulated microsphere | Exenatide is encapsulated in microspheres (*Medisorb® polymer microsphere technology) | Weekly |
| Victoza (liraglutide) | additional 16-carbon fatty acid chain causes noncovalent binding to albumin, which slows absorption | Binding to albumin after injection slows absorption from the injection site and protects the molecule from degradation by the enzyme dipeptidyl peptidase-4, allowing for longer action. | Once daily |

32

Novo_GLP_MDL_004636885



# Questions to Potentially Address in Review

- Is there a plausible association between Gallbladder disease and use of GLP-1 RAs?

  - For lixisenatide and exenatide

  - Class review vs. only unlabeled products?

- Are patients experiencing serious complications from gallbladder disease during GLP-1RA treatment

- Any difference between long acting and short acting

33

Novo_GLP_MDL_004636886



# Agenda

- Background (signal, other disciplines, DILI review, labeling)
- Signal Workup for NISS Pre-evaluation Analysis
  - Datamining
  - High level FAERS data
- Questions to Potentially Address in Review
- **DPV – format of the review if warranted**
- Additional data sources

34

Novo_GLP_MDL_004636887



# DPV - Postmarketing Review Methods

- FAERS Search
  - MedDRA terms: SMQ Biliary disorders (narrow)
    - Exclude reports coded with a PT Congenital biliary disorders
    - Include the LLT Pancreatitis due to gallstones that links to PT Pancreatitis and is not included in SMQ Biliary disorders
- Literature search
  - Search for gallbladder disease, gallstones, cholelithiasis, cholecystitis with GLP-1 Ras
  - PubMed – include others such as EMBASE
- Case definition – OSE case definition for Gallbladder disease (2010)
- Case evaluation
  - New onset gallbladder disease or include cases with prior history (exacerbation of preexisting disease)?
  - Severity
    - Gallbladder complications
    - Serious outcomes
    - Cholestatic liver injury or failure believed to be related to complications from gallbladder disease
    - Fatal cases

35

Novo_GLP_MDL_004636888



# Preliminary Literature Search

- PubMed 08/03/2021

  – Search strategy – (((((((glp-1 receptor agonists) OR (albiglutide)) OR (dulaglutide)) OR (exenatide)) OR (liraglutide)) OR (lixisenatide)) OR (semaglutide)) AND ((((((gallstone) OR (gallbladder)) OR (cholelithiasis)) OR (acute cholecystitis)) OR (cholecystectomy)) OR (cholecystitis))

  – Result – retrieved 47 citations; will review relevant citations (19 relevant citations including meta-analysis, case reports, clinical trials/studies, review/research).

36

Novo_GLP_MDL_004636889



# Review Team and Timeline

- SS ID 1004527

- Move to Evaluation Phase as a Potential Risk?
  - Review team by disciplines
    - DDLO – ??
    - DPV – Christine Chamberlain, Ali Niak, Christian Cao/Dan Woronow (Safety Lead, SL)
    - OSE – Mark Avigan
    - Drug Use – Patty Greene (use data from DILI review??)
    - OSE Project Management – Terrolyn Thomas

37

Novo_GLP_MDL_004636890



# Individual Discipline Evaluations

- DPV
  - Evaluate case reports from FAERS and medical literature to assess for association for lixisenatide and exenatide regular release; assess for complications with remaining GLP-1RA (characterize risk).
  - Review and summarize applicant's analysis of postmarketing cases from annual reports (if PSURs or PBRERs are available)

- Drug Use Data
  - Reference DPV-I's GLP-1RA and DILI review with an analysis of drug utilization patterns to provide context and address potential differential reporting for US case reports

38

Novo_GLP_MDL_004636891



# Agenda

- Background (signal, other disciplines, DILI review, labeling)
- Signal Workup for NISS Pre-evaluation Analysis
  - Datamining
  - High level FAERS data
- Questions to Potentially Address in Review
- DPV – format of the review if warranted

## • Additional data sources

39

Novo_GLP_MDL_004636892



# References

Avigan M. Review of cases of liver injury in association with albiglutide. June 7, 2013.

Shlomo, SB, Zvibel I, Rabinowich L et al. Dipeptidyl peptidase 4-deficient rats have improved bile secretory function in high fat diet-induced steatosis. Dig Dis Sci. 2013;58:172–178.

Chatterjee S, Annaert P. Drug-induced cholestasis: mechanisms, models, and markers. Curr Drug Metab. 2018;19:808-818.

Faillie JL, Yu OH, Yin H, et al. Association of bile duct and gallbladder diseases with the use of incretin-based drugs in patients with type 2 diabetes mellitus. JAMA Intern Med. 2016;176:1474-1481.

Gether IM, Nexoe-Larsen C, Knop FK. New avenues in the regulation of gallbladder motility-implications for the use of glucagon-like peptide-derived drugs. J Clin Endocrinol Metab. 2019;104:463-2472.

Marzioni M, Alpini G, Saccomanno S, et al. Glucagon-like peptide-1 and its receptor agonist exendin-4 modulate cholangiocyte adaptive response to cholestasis. 2007;133:244-255.

Nauck MA, Ghorbani ML, Kreiner E, et al. Diabetes Care. 2019. https://doi.org/10.2337/dc19-0415

Nexoe-Larsen CC, Sorensen PH, Hausner H, et al. Effects of liraglutide on gallbladder emptying: A randomized, placebo-controlled trial in adults with overweight or obesity. Diabetes Obes Metab. 2018;20:2557-2564.

Smits MM, van Raalte DH, Tonneijck L, et al. GLP-1 based therapies: clinical implications for gastroenterologists. Gut. 2016;65:702-711.

Novo_GLP_MDL_004636893