# EXHIBIT 265D

**PRIOR APPROVAL SUPPLEMENT (PAS)**
**LABELING**

novo nordisk®

March 21, 2025

Division of Diabetes, Lipid Disorders, and Obesity
Center for Drug Evaluation and Research
Food and Drug Administration
5901-B Ammendale Road
Beltsville, MD 20705-1266

**RE:    NDA 209637 Ozempic® (semaglutide) injection (Project NN9535)**
**NDA 213051 Rybelsus® (semaglutide) tablets (Project NN9924)**
**NDA 215256 Wegovy® (semaglutide) injection (Project NN9536)**
**Prior Approval Supplement: Labeling**

Dear Dr. Sharretts:

Reference is made to the above NDAs.

Reference is also made to the following:

- Email notification received June 17, 2022 from FDA informing Novo Nordisk that the Agency began evaluating a Newly Identified Safety Signal (NISS) on June 15, 2022 for glucagon-like peptide 1 (GLP-1) products (Ozempic, Rybelsus, Wegovy, Victoza, Saxenda and Xultophy 100/3.6) for the potential risk of intestinal obstruction.
- Email notification received September 26, 2022 from FDA informing Novo Nordisk that the GLP-1 products (Ozempic, Rybelsus, Wegovy, Victoza, Saxenda and Xultophy 100/3.6) potential risk of intestinal obstruction was based wholly or in part on FDA's Adverse Event Reporting System (FAERS) web site data and would be posted to the FAERS web site within the following 3-5 business days.
- Email communication sent February 17, 2025 by Novo Nordisk to FDA Safety Regulatory Project Manager, Marisa Petruccelli informing the Agency of a potential label update for all of the GLP-1 products (Ozempic, Rybelsus, Wegovy, Victoza, Saxenda and Xultophy 100/3.6) to add intestinal obstruction to the Postmarketing Experience section of the US Prescribing Information (US PI).
- Email communication received February 18, 2025 from FDA Safety Regulatory Project Manager, Marisa Petruccelli in response to the the potential label update to add intestinal obstruction to the Postmarketing Experience section of the US PI, where the Agency communicated that adding "intestinal obstruction" to the prescribing information would "imply a new safety signal for mechanical obstruction and would be misleading", and requested continued pharmacovigilance for this signal and, if a new safety signal is supported, a regulatory submission.

Novo Nordisk is hereby submitting a labeling Prior Approval Supplement (PAS) to the above referenced applications for a revision to the Prescribing Information (PI) to include intestinal obstruction and small intestinal obstruction as adverse drug reactions (ADRs) in Section 6.2, Postmarketing Experience, Gastrointestinal Disorders.

At this time, Novo Nordisk respectfully requests that FDA consider the complete rationale for the proposed labeling change—which is intended to ensure consistency with the Company Core Data Sheets (CCDS) and labeling in other geographies—prior to making a final decision. To that end, a Clinical Overview Addendum to support the addition of the new ADRs intestinal obstruction and small intestinal obstruction is included with the submission in Module 2.5

Confidential                                                                 Novo_GLP_MDL_015672728



**PRIOR APPROVAL SUPPLEMENT (PAS)**
**LABELING**

Following an Australian Health Authority (Therapeutic Goods Administration) request and the update to the semaglutide products CCDS, the liraglutide CCDS was aligned adding the ADRs intestinal obstruction and small intestinal obstruction. The labeling for Victoza NDA 022341, Saxenda NDA 206321, and Xultophy 100/3.6 BLA 208583, therefore will also be updated.

The submission includes draft labeling for the revised PI(tracked/clean in both MS Word and PDF format) and updated Structured Product Labeling (SPL) labeling content.

The proposed revised Prescribing Information is provided in Module 1.14.1.3.

Submission files have been checked and determined to be virus-free by Trellix Endpoint Security. Should you have any questions regarding the electronic aspect of this submission please contact John Ferguson, Senior Director, Regulatory Operations and Innovation, at (609) 423-9449 or via e-mail at jhfg@novonordisk.com.

If you have any questions regarding NDA 209637, please contact Christina Talley, Associate Director, Regulatory Affairs, at 346-339-2618 or civt@novonordisk.com.

If you have any questions regarding NDA 213051, please contact Jigisha Varia, Director, Regulatory Affairs, at 609-366-6404 or jgkv@novonordisk.com.

If you have any questions regarding NDA 215256, please contact Devraj Chakravarty, Associate Director, Regulatory Affairs, at 609-373-5398 or djch@novonordisk.com.

Novo Nordisk Inc. | P.O. Box 846 | 800 Scudders Mill Road | Plainsboro, NJ 08536 | +1 609-987-5800 | novonordisk-us.com

Confidential