# EXHIBIT 266D

| From: | DVYM (Divya Raju Mitta) </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=BBFD3B368AB940E69F3E7AF92DC1A7BC-DVYM> |
|---|---|
| To: | RSPV (Ramswaroop Pedaveeti); UKAN (Adnan Khan); ICFN (Charles Alice Fernando); SGSG (Sagar Singhal); RSKM (Rashmi K M); PCPH (Prachi Priyadarshini); EKTE (Ekta Tellis) |
| CC: | SUYR (Shruthy M R) |
| Sent: | 4/23/2025 3:21:04 AM |
| Subject: | FW: Victoza, Saxenda, Xultophy PI - FDA PI Round 3 and MG comments - response requested April 28, 2025 |
| Attachments: | NDA 206321 S-020 Saxenda MG FDA Comments 4_22_25.docx; NDA 206321 S-020 Saxenda PI FDA R3 Comments 4-22-25.docx; Victoza MG sNDA 022341 S-044 FDA Comments 4_22_25.docx; Victoza USPI sNDA 022341 S-044 FDA R3 Comments 4-22-25.docx; Xultophy BLA 208583 S-025 Medication Guide FDA comments 4_22_25.docx; Xultophy USPI sBLA 208583 S-025 FDA R3 Comments 4-22-25.docx |

Dear all,

Please find the below email trail mail and above attachments for your records.

BR
**Divya Raju Mitta**
Regulatory professional I
42108 RA GLP I
**Global Business Services (GBS)**

Novo Nordisk Service Centre India Private Ltd. | 8073283633 (mobile) | dvym@novonordisk.com

 

**From:** BNOI (Briana Norris) <bnoi@novonordisk.com>
**Sent:** Wednesday, April 23, 2025 1:52 AM
**To:** AAWN (Anna Windle) <aawn@novonordisk.com>; RBCL (Bob Clark) <rbcl@novonordisk.com>; MLSC (Michael Søberg Christensen) <mlsc@novonordisk.com>; LGBI (Lise Grimmeshave) <lgbi@novonordisk.com>; SHSK (Shawn Hoskin) <shsk@novonordisk.com>; KKJF (Kamilla Kjær Frederiksen) <kkjf@novonordisk.com>; SafeSurvMgmtAll <SafeSurvMgmtAll@novonordisk.com>; PTRB (Pat Robson) <ptrb@novonordisk.com>; NNI RA Labeling <NNIRALABELING@novonordisk.com>; UMRS (Madhusudana Reddy S) <umrs@novonordisk.com>; VRMY (Vidyadhar Reddy) <VRMY@novonordisk.com>; MSYX (Mohammad Syed) <msyx@novonordisk.com>; NTLY (Nathan Laney) <ntly@novonordisk.com>; MIHF (Michael Hoffman) <mihf@novonordisk.com>; GLJO (Gina Legere-DeJohn) <gljo@novonordisk.com>; RAWN (Rachel Wilson) <rawn@novonordisk.com>; NAGW (Nadine Gomes Williams) <nagw@novonordisk.com>; BMKD (Michael Kuderka) <bmkd@novonordisk.com>; STYB (Stacey Mosmen) <styb@novonordisk.com>; SUYR (Shruthy M R) <suyr@novonordisk.com>; ACVD (Ashish Chavda) <ACVD@novonordisk.com>; CZRO (Charles Rome) <czro@novonordisk.com>; SFMH (Sherif Mehanna) <sfmh@novonordisk.com>; CSZY (Christine Szymanski) <cszy@novonordisk.com>; JFHI (Jenn Harrington) <jfhi@novonordisk.com>; DACU (Dan Curry) <dacu@novonordisk.com>; JBTT (Jason Brett) <jbtt@novonordisk.com>; VMEM (Maria Miller) <vmem@novonordisk.com>; DVYM (Divya Raju Mitta) <DVYM@novonordisk.com>; DVYM (Divya Raju Mitta)

                    Novo_GLP_MDL_017055498

<DVYM@novonordisk.com>; DAPR (Dan Park) <dapr@novonordisk.com>; NLPC (Nicol Pilic) <nlpc@novonordisk.com>

**Subject:** FW: Victoza, Saxenda, Xultophy PI - FDA PI Round 3 and MG comments - response requested April 28, 2025

**SUMMARY:** PTRB and BNOI received 3rd round FDA comments on the Labeling Supplements NDA 022341/S044, NDA 206321/S20, and BLA 208583/S25 for alopecia and dysesthesia. FDA has made some additional comments to the PI and Med Guides to align with other GLP-1 RA labels.

Comments on individual products will be taken to respective LLCs. Deadline to respond to FDA is April 28.

**ACTION:** Inform respective LLCs and PTRB/BNOI to combine each PI and MG into one word document before sending back to FDA.

**Briana Norris**
ASSOC MGR - REGULATORY AFFAIRS
59000.3 CMR - REG AFFAIRS (3)

Novo Nordisk Inc.  |  +1-6402500923 (mobile)  |  bnoi@novonordisk.com

**From:** Petruccelli, Marisa <Marisa.Petruccelli@fda.hhs.gov>
**Sent:** Tuesday, April 22, 2025 3:22 PM
**To:** BNOI (Briana Norris) <bnoi@novonordisk.com>; PTRB (Pat Robson) <ptrb@novonordisk.com>
**Cc:** Dosanjh, Supendeep <Supendeep.Dosanjh@fda.hhs.gov>; Kauv, Kalyann <Kalyann.Kauv@fda.hhs.gov>
**Subject:** RE: Victoza, Saxenda, Xultophy PI - FDA PI Round 3 and MG comments - response requested April 28, 2025

> Caution: This email is from outside Novo Nordisk's system. Think before clicking links or opening attachments. Use PhishAlarm to report suspicious emails.

Good afternoon,

Please find attached the Prescribing Information and Meg Guide with our third round of comments for NDA 022341/S044, NDA 206321/S20, and BLA 208583/S25.

The document you return should include the following:
1. Accepted edits from FDA that you agree. This document should not include previous tracked changes from FDA's edits if you agree.
2. If you disagree with FDA's edits, present your new proposal in tracked changes as well as add a comment bubble, that begins with "Applicant response to FDA change" or "Applicant comment," that includes a summary of your rationale.
3. For additional edits not reflected in the previous round of negotiations, present any new edits in tracked changes and add a comment bubble, that begins with "Applicant response to FDA change" or "Applicant comment," that includes a summary of your rationale.
4. Ensure that all formatting [especially HIGHLIGHTS and TABLE of CONTENTS (TOC)] is correct. A sample is available here.
5. Ensure that all sections and subsections in the TOC are numbered correctly and correspond correctly with all cross references throughout the Full Prescribing Information.
6. Ensure that all spelling is correct.
7. Ensure that all table and figure numbers are ordered and labeled correctly.
8. Ensure consistent font type, font size, and spacing throughout the labeling.
9. Complete a final Selected Requirements for Prescribing Information (SRPI) checklist of important format elements of the Prescribing Information (PI) based on regulations (21 CFR 201.56 and 201.57) and

Novo_GLP_MDL_017055499

guidances. The SRPI checklist can be found here. Additional labeling resources are available on the Prescribing Information Resources website.

We ask that you provide the revised labeling by **COB April 28, 2025.** The labeling can be sent to me via email and does not need to be submitted to the application until we have agreed-upon labeling. **Please combine each PI and MG into one Word document.**

We remind you that these edits do not reflect the final regulatory decision for this application.

Please confirm receipt of this email and let me know if you have any questions.

Thank you,
Marisa

**Marisa Petruccelli**
*Safety Regulatory Project Manager- Division of Diabetes, Lipid Disorders, and Obesity (DDLO)*

**Center for Drug Evaluation and Research (CDER) / Office of New Drugs (OND)**
**Office of Cardiology, Hematology, Endocrinology, and Nephrology (OCHEN)**
**U.S. Food and Drug Administration**

Tel: 240-402-6147
Marisa.Petruccelli@fda.hhs.gov





**From:** BNOI (Briana Norris) <bnoi@novonordisk.com>
**Sent:** Friday, March 21, 2025 1:03 PM
**To:** Petruccelli, Marisa <Marisa.Petruccelli@fda.hhs.gov>
**Cc:** Dosanjh, Supendeep <Supendeep.Dosanjh@fda.hhs.gov>; PTRB (Pat Robson) <ptrb@novonordisk.com>
**Subject:** [EXTERNAL] Victoza, Saxenda, Xultophy PI and Med Guide - response to FDA comments received Mar 6, 2025

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Marisa,

Attached are the PIs and Medication Guides for the following:

Saxenda NDA 206321/S020
Victoza NDA 022341/S044
Xultophy BLA 208583/S025

They are in response to the FDA comments received on March 6, 2025. As discussed over email below, I am sending Victoza and Saxenda labels on behalf of Pat.

I would like to point out that Novo Nordisk has added the Adverse Drug Reactions (ADRs) intestinal obstruction and small intestinal obstruction to the PIs attached, to ensure consistency with the Company Core Data Sheets (CCDS) and labeling in other geographies across the GLP-1 portfolio. A Prior Approval Supplement (PAS) labeling update adding the same ADRs was submitted to FDA for Ozempic (209637), Rybelsus (213051), and Wegovy (215256) to each respective application today (March 21). For reference, to support the addition of the new ADRs, a Clinical Overview Addendum was included with these submissions in Module 2.5.

Confidential

Please let me know if you have any questions.

Best
Briana

**Briana Norris**
ASSOC MGR - REGULATORY AFFAIRS
053-59000.3a CMR - REG AFFAIRS (3a)

Novo Nordisk Inc.  |  +1-6402500923 (mobile)  |  bnoi@novonordisk.com

**From:** PTRB (Pat Robson) <ptrb@novonordisk.com>
**Sent:** Thursday, March 6, 2025 2:12 PM
**To:** Petruccelli, Marisa <Marisa.Petruccelli@fda.hhs.gov>
**Cc:** Dosanjh, Supendeep <Supendeep.Dosanjh@fda.hhs.gov>; BNOI (Briana Norris) <bnoi@novonordisk.com>;
PTRB (Pat Robson) <ptrb@novonordisk.com>
**Subject:** RE: [EXTERNAL] RE: Victoza S44 FDA Comments - Response Requested by March 17

Hi Marisa,

Thanks for the feedback. Briana will need to send the Victoza for me by the 21st.

Would it be possible for Saxenda S-20 changes to be rolled into the Saxenda pediatric S-018 label update which has an action date of May 22 just to avoid overlapping label changes.

Br,

Pat

**From:** Petruccelli, Marisa <Marisa.Petruccelli@fda.hhs.gov>
**Sent:** Thursday, March 6, 2025 1:58 PM
**To:** PTRB (Pat Robson) <ptrb@novonordisk.com>; BNOI (Briana Norris) <bnoi@novonordisk.com>
**Cc:** Dosanjh, Supendeep <Supendeep.Dosanjh@fda.hhs.gov>
**Subject:** RE: [EXTERNAL] RE: Victoza S44 FDA Comments - Response Requested by March 17
**Importance:** High

Caution: This email is from outside Novo Nordisk's system. Think before clicking links or opening attachments. Use PhishAlarm to report suspicious emails.

Hi Pat,

We could extend to March 21 – that gives two weeks for the team to work on the label. Perhaps Briana can send the Victoza label back with the Xultophy label while you are on leave.

For your planning as well, we hope to have comments for Saxenda S20 soon too.

Thank you,
Marisa

**From:** PTRB (Pat Robson) <ptrb@novonordisk.com>
**Sent:** Thursday, March 6, 2025 1:23 PM
**To:** Petruccelli, Marisa <Marisa.Petruccelli@fda.hhs.gov>
**Cc:** Dosanjh, Supendeep <Supendeep.Dosanjh@fda.hhs.gov>; PTRB (Pat Robson) <ptrb@novonordisk.com>

**Subject:** [EXTERNAL] RE: Victoza S44 FDA Comments - Response Requested by March 17

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Marisa,

I am requesting an extension to March 26 to send the Victoza label back. I will be on vacation from March 15 – 23 and my team will need about 2 weeks to review these changes and provide the comments back to me.

Please let me know if March 26 is acceptable.

Br,

Pat

**From:** Petruccelli, Marisa <Marisa.Petruccelli@fda.hhs.gov>
**Sent:** Thursday, March 6, 2025 9:16 AM
**To:** PTRB (Pat Robson) <ptrb@novonordisk.com>
**Cc:** Dosanjh, Supendeep <Supendeep.Dosanjh@fda.hhs.gov>
**Subject:** Victoza S44 FDA Comments - Response Requested by March 17
**Importance:** High

> Caution: This email is from outside Novo Nordisk's system. Think before clicking links or opening attachments. Use PhishAlarm to report suspicious emails.

Good morning,

Please find attached the Prescribing Information with our comments for NDA 022341/S044.

The document you return should include the following:
1. Accepted edits from FDA that you agree. This document should not include previous tracked changes from FDA's edits if you agree.
2. If you disagree with FDA's edits, present your new proposal in tracked changes as well as add a comment bubble, that begins with "Applicant response to FDA change" or "Applicant comment," that includes a summary of your rationale.
3. For additional edits not reflected in the previous round of negotiations, present any new edits in tracked changes and add a comment bubble, that begins with "Applicant response to FDA change" or "Applicant comment," that includes a summary of your rationale.
4. Ensure that all formatting [especially HIGHLIGHTS and TABLE of CONTENTS (TOC)] is correct. A sample is available here.
5. Ensure that all sections and subsections in the TOC are numbered correctly and correspond correctly with all cross references throughout the Full Prescribing Information.
6. Ensure that all spelling is correct.
7. Ensure that all table and figure numbers are ordered and labeled correctly.
8. Ensure consistent font type, font size, and spacing throughout the labeling.
9. Complete a final Selected Requirements for Prescribing Information (SRPI) checklist of important format elements of the Prescribing Information (PI) based on regulations (21 CFR 201.56 and 201.57) and guidances. The SRPI checklist can be found here. Additional labeling resources are available on the Prescribing Information Resources website.

We ask that you provide the revised labeling by **March 17, 2025.** The labeling can be sent to me via email and does not need to be submitted to the application until we have agreed-upon labeling.

We remind you that these edits do not reflect the final regulatory decision for this application.

Novo_GLP_MDL_017055502

Please confirm receipt of this email and let me know if you have any questions.

Thank you,
Marisa

**Marisa Petruccelli**
*Safety Regulatory Project Manager- Division of Diabetes, Lipid Disorders, and Obesity (DDLO)*

**Center for Drug Evaluation and Research (CDER) / Office of New Drugs (OND)**
**Office of Cardiology, Hematology, Endocrinology, and Nephrology (OCHEN)**
**U.S. Food and Drug Administration**

Tel: 240-402-6147
Marisa.Petruccelli@fda.hhs.gov



  

Confidential

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
These highlights do not include all the information needed to use SAXENDA® safely and effectively. See full prescribing information for SAXENDA.

**SAXENDA (liraglutide) injection, for subcutaneous use**
**Initial U.S. Approval: 2010**

---
**WARNING: RISK OF THYROID C-CELL TUMORS**
*See full prescribing information for complete boxed warning.*
- **Liraglutide causes thyroid C-cell tumors at clinically relevant exposures in both genders of rats and mice. It is unknown whether SAXENDA causes thyroid C-cell tumors, including medullary thyroid carcinoma (MTC), in humans, as the human relevance of liraglutide-induced rodent thyroid C-cell tumors has not been determined (5.1).**
- **SAXENDA is contraindicated in patients with a personal or family history of MTC or in patients with Multiple Endocrine Neoplasia syndrome type 2 (MEN 2). Counsel patients regarding the potential risk of MTC and the symptoms of thyroid tumors (4, 5.1, 13.1).**

---

-----------------------------RECENT MAJOR CHANGES------------------------------
Warnings and Precautions,
  Severe Gastrointestinal Adverse Reactions (5.7)
XX/2025
Warnings and Precautions,
  Pulmonary Aspiration During General Anesthesia
  or Deep Sedation (10)
11/2024

----------------------------INDICATIONS AND USAGE------------------------------
SAXENDA is a glucagon like peptide 1 (GLP-1) receptor agonist indicated in combination with a reduced calorie diet and increased physical activity to reduce excess body weight and maintain weight reduction long term in:as an adjunct to a reduced calorie diet and increased physical activity for chronic weight management in:
- Adults and pediatric patients aged 12 years and older with body weight greater than 60 kg and obesity (1).
- Adults with overweight in the presence of at least one weight-related comorbid condition (1). , patients with an initial body mass index (BMI) of
  - 30 kg/m² or greater (obese), or
  - 27 kg/m² or greater (overweight) in the presence of at least one weight-related comorbid condition (e.g. hypertension, type 2 diabetes mellitus, or dyslipidemia) (1).
Pediatric patients aged 12 years and older with:
  - body weight above 60 kg and
  - an initial BMI corresponding to 30 kg/m² for adults (obese) by international cut-offs (1).
Limitations of Use:
- Coadministration with other liraglutide-containing products or with any other GLP-1 receptor agonist is not recommended (1).
- The safety and effectiveness of SAXENDA in pediatric patients with type 2 diabetes have not been established (1).
- The safety and efficacy of SAXENDA in combination with other products intended for weight loss have not been established (1).

-------------------------DOSAGE AND ADMINISTRATION----------------------------
- Inject SAXENDA subcutaneously in the abdomen, thigh, or upper arm once daily at any time of day, without regard to the timing of meals (2.12).
- The recommended dose of SAXENDA is 3 mg daily (2.32).
- Initiate at 0.6 mg per day for one week. In weekly intervals, increase the dose until a dose of 3 mg is reached (2.32).
- If pediatric patients do not tolerate an increased dose during dose escalation, the dose may also be lowered to the previous level. Dose escalation for pediatric patients may take up to 8 weeks (2.32).
- Pediatric patients who do not tolerate 3 mg daily may have their dose reduced to 2.4 mg daily (2.32).
- Adult patients with type 2 diabetes should monitor blood glucose prior to starting SAXENDA and during SAXENDA treatment (2.32).

---------------------------DOSAGE FORMS AND STRENGTHS--------------------------
- Injection: 6 mg/mL solution in a 3 mL pre-filled, single-patient-use pen that delivers doses of 0.6 mg, 1.2 mg, 1.8 mg, 2.4 mg or 3 mg (3).

---------------------------------CONTRAINDICATIONS-----------------------------
- Personal or family history of medullary thyroid carcinoma or Multiple Endocrine Neoplasia syndrome type 2 (4).
- Hypersensitivity to liraglutide or any excipients in SAXENDA (4).
- Pregnancy (4).

------------------------------WARNINGS AND PRECAUTIONS-------------------------
- Acute Pancreatitis: Has been observed in patients treated with GLP-1 receptor agonists, including SAXENDA. Discontinue if pancreatitis is suspected (5.2).
- Acute Gallbladder Disease: If cholelithiasis or cholecystitis are suspected, gallbladder studies are indicated (5.3).
- Hypoglycemia: Can occur in adults when SAXENDA is used with an insulin secretagogue (e.g. a sulfonylurea) or insulin. The risk may be lowered by a reduction in the dose of concomitantly administered insulin secretagogues or insulin. In the pediatric clinical trial, patients did not have type 2 diabetes. Hypoglycemia occurred in SAXENDA-treated pediatric patients. Inform all patients of the risk of hypoglycemia and educate them on the signs and symptoms of hypoglycemia (5.4).
- Heart Rate Increase: Monitor heart rate at regular intervals (5.5).
- Acute Kidney Injury Due to Volume DepletionDehydration: Monitor renal function in patients reporting adverse reactions that could lead to volume depletion (5.6).
- Severe Gastrointestinal Adverse Reactions: Use has been associated with gastrointestinal adverse reactions, sometimes severe. SAXENDA is not recommended in patients with severe gastroparesis (5.7).
- Hypersensitivity Reactions: Postmarketing reports of serious hypersensitivity reactions (e.g., anaphylactic reactions and angioedema). Discontinue SAXENDA and other suspect medications and promptly seek medical advice (5.8).
- Suicidal Behavior and Ideation: Monitor for depression or suicidal thoughts. Discontinue SAXENDA if symptoms develop (5.9).
- Pulmonary Aspiration During General Anesthesia or Deep Sedation: Has been reported in patients receiving GLP-1 receptor agonists undergoing elective surgeries or procedures. Instruct patients to inform healthcare providers of any planned surgeries or procedures.(5.10)

---------------------------------ADVERSE REACTIONS-----------------------------
- Most common adverse reactions, reported in greater than or equal to 5% are: nausea, diarrhea, constipation, vomiting, injection site reactions, headache, hypoglycemia, dyspepsia, fatigue, dizziness, abdominal pain, increased lipase, upper abdominal pain, pyrexia, and gastroenteritis (6.1).

**To report SUSPECTED ADVERSE REACTIONS, contact Novo Nordisk Inc. at 1-844-363-4448 or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.**

---------------------------------DRUG INTERACTIONS-----------------------------
- SAXENDA delays gastric emptying. May impact absorption of concomitantly administered oral medications. Use with caution (7).

**See 17 for PATIENT COUNSELING INFORMATION and Medication Guide.**

**Revised: XX/2025**

---

**Commented [A3]:** FDA to Applicant: Please update to include RMC for removal of pregnancy contraindication.

**Commented [A4R3]:** FDA to Applicant: If in agreement with the proposed changes in the PI, update the revision date in the HL and RMC to 05/2025

**Commented [A5]:** FDA to Applicant: See comments below in the Full PI. Note that additional revisions to Sections 1 and 2 are mainly editorial and do not need be listed as RMCs.

**Formatted:** Font: 8 pt, Font color: Black

**Formatted:** List Paragraph, Bulleted + Level: 1 + Aligned at: 0" + Indent at: 0.25"

**Formatted:** Font: 8 pt, Font color: Black

**Formatted:** Indent: Left: 0"

**Commented [A1]:** FDA to Applicant: Please add a "Use in Specific Populations" section and include:
Pregnancy: May cause fetal harm. When pregnancy is recognized, discontinue SAXENDA (8.1).

**Commented [A2]:** FDA to Applicant: See comments in the Medication Guide in a separate document.

Novo_GLP_MDL_017055508

**FULL PRESCRIBING INFORMATION: CONTENTS\***
**BOXED WARNING: RISK OF THYROID C-CELL TUMORS**

**1    INDICATIONS AND USAGE**
**2    DOSAGE AND ADMINISTRATION**
    2.1    ~~Patient Selection~~
    ~~2.2~~    Important Administration Instructions
    2.3    Dosage in Adults and Pediatric Patients Aged 12 Years and Older
**3    DOSAGE FORMS AND STRENGTHS**
**4    CONTRAINDICATIONS**
**5    WARNINGS AND PRECAUTIONS**
    5.1    Risk of Thyroid C-cell Tumors
    5.2    Acute Pancreatitis
    5.3    Acute Gallbladder Disease
    5.4    Hypoglycemia
    5.5    Heart Rate Increase
    5.6    Acute Kidney Injury Due to Volume Depletion ~~Dehydration~~
    5.7    Severe Gastrointestinal Adverse Reactions
    5.8    Hypersensitivity Reactions
    5.9    Suicidal Behavior and Ideation
    5.10    Pulmonary Aspiration During General Anesthesia or Deep Sedation
**6    ADVERSE REACTIONS**
    6.1    Clinical Trials Experience
    6.2    Post-Marketing Experience
**7    DRUG INTERACTIONS**
    7.1    Oral Medications

**8    USE IN SPECIFIC POPULATIONS**
    8.1    Pregnancy
    8.2    Lactation
    8.4    Pediatric Use
    8.5    Geriatric Use
    8.6    Renal Impairment
    8.7    Hepatic Impairment
**10    OVERDOSAGE**
**11    DESCRIPTION**
**12    CLINICAL PHARMACOLOGY**
    12.1    Mechanism of Action
    12.2    Pharmacodynamics
    12.3    Pharmacokinetics
**13    NONCLINICAL TOXICOLOGY**
    13.1    Carcinogenesis, Mutagenesis, Impairment of Fertility
**14    CLINICAL STUDIES**
    14.1    Weight Management Trials in Adults with Overweight or Obesity
    14.2    Weight Management Trial in Pediatric Patients Ages 12 and Older with Obesity
    14.3    Cardiovascular Outcomes Trial of Liraglutide 1.8 mg in Adult Patients with Type 2 Diabetes and Cardiovascular Disease
**15    REFERENCES**
**16    HOW SUPPLIED/STORAGE AND HANDLING**
    16.1    How Supplied
    16.2    Recommended Storage
**17    PATIENT COUNSELING INFORMATION**

\*Sections or subsections omitted from the full prescribing information are not listed.

Novo_GLP_MDL_017055509

**FULL PRESCRIBING INFORMATION**

+------------------------------------------------------------------+
| **WARNING:  RISK OF THYROID C-CELL TUMORS**                      |
| • **Liraglutide causes dose-dependent and treatment-duration-dependent thyroid C-cell tumors at clinically relevant exposures in both genders of rats and mice. It is unknown whether SAXENDA causes thyroid C-cell tumors, including medullary thyroid carcinoma (MTC), in humans, as the human relevance of liraglutide-induced rodent thyroid C-cell tumors has not been determined** *[see Warnings and Precautions (5.1) and Nonclinical Toxicology (13.1)]*. |
| • **SAXENDA is contraindicated in patients with a personal or family history of MTC and in patients with Multiple Endocrine Neoplasia syndrome type 2 (MEN 2). Counsel patients regarding the potential risk of MTC with use of SAXENDA and inform them of symptoms of thyroid tumors (e.g., a mass in the neck, dysphagia, dyspnea, persistent hoarseness). Routine monitoring of serum calcitonin or using thyroid ultrasound is of uncertain value for early detection of MTC in patients treated with SAXENDA** *[see Contraindications (4), Warnings and Precautions (5.1)]*. |
+------------------------------------------------------------------+

## 1      INDICATIONS AND USAGE

SAXENDA is indicated in combination with a reduced calorie diet and increased physical activity to reduce excess body weight and maintain weight reduction long term in:

- Adults and pediatric patients aged 12 years and older with body weight greater than 60 kg and obesity.
- Adults with overweight in the presence of at least one weight-related comorbid condition.

as an adjunct to a reduced-calorie diet and increased physical activity for chronic weight management in:

Adult patients with an initial body mass index (BMI) of *[see Dosage and Administration (2.1)]*:
30 kg/m² or greater (obese), or
27 kg/m² or greater (overweight) in the presence of at least one weight-related comorbid condition (e.g., hypertension, type 2 diabetes mellitus, or dyslipidemia)

Pediatric patients aged 12 years and older with:
body weight above 60 kg and
an initial BMI corresponding to 30 kg/m² or greater for adults (obese) by international cut-offs (Cole Criteria, Table 2) *[see Dosage and Administration (2.1)]*

Limitations of Use
- SAXENDA contains liraglutide. Coadministration with other liraglutide-containing products or with any other glucagon-like peptide-1 (GLP-1) receptor agonist is not recommended.
- The safety and effectiveness of SAXENDA in pediatric patients with type 2 diabetes have not been established.
- The safety and effectiveness of SAXENDA in combination with other products intended for weight loss, including prescription drugs, over-the-counter drugs, and herbal preparations, have not been established.

## 2      DOSAGE AND ADMINISTRATION

### 2.1   Patient Selection
Select patients for SAXENDA treatment as an adjunct to a reduced-calorie diet and increased physical activity for chronic weight management based on the BMI values provided in Tables 1 and 2.

Adult and Pediatric Patients
BMI is calculated by dividing weight in (kilograms) by height (in meters) squared. A chart for determining BMI based on height and weight is provided in Table 1.

**Commented [A6]:** FDA to Applicant: Revised Sections 1 and 2 to align with recent revisions to other medications approved for weight reduction (e.g. Zepbound and Wegovy).

**Formatted:** List Paragraph, Bulleted + Level: 1 + Aligned at: 0.25" + Indent at:  0.5"

Table 1: BMI Conversion Chart

| Weight (lb) | 125 | 130 | 135 | 140 | 145 | 150 | 155 | 160 | 165 | 170 | 175 | 180 | 185 | 190 | 195 | 200 | 205 | 210 | 215 | 220 | 225 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (kg) | 56.8 | 59.1 | 61.4 | 63.6 | 65.9 | 68.2 | 70.5 | 72.7 | 75.0 | 77.3 | 79.5 | 81.8 | 84.1 | 86.4 | 88.6 | 90.9 | 93.2 | 95.5 | 97.7 | 100.0 | 102.3 |

| Height (in) | (cm) | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 58 | 147.3 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 | 43 | 44 | 45 | 46 | 47 |
| 59 | 149.9 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 | 43 | 44 | 45 |
| 60 | 152.4 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 | 43 | 44 |
| 61 | 154.9 | 24 | 25 | 26 | 27 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 | 43 |
| 62 | 157.5 | 23 | 24 | 25 | 26 | 27 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 38 | 39 | 40 | 41 |
| 63 | 160.0 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 36 | 37 | 38 | 39 | 40 |
| 64 | 162.6 | 22 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 34 | 35 | 36 | 37 | 38 | 39 |
| 65 | 165.1 | 21 | 22 | 23 | 23 | 24 | 25 | 26 | 27 | 28 | 28 | 29 | 30 | 31 | 32 | 33 | 33 | 34 | 35 | 36 | 37 | 38 |
| 66 | 167.6 | 20 | 21 | 22 | 23 | 23 | 24 | 25 | 26 | 27 | 27 | 28 | 29 | 30 | 31 | 32 | 32 | 33 | 34 | 35 | 36 | 36 |
| 67 | 170.2 | 20 | 20 | 21 | 22 | 23 | 24 | 24 | 25 | 26 | 27 | 27 | 28 | 29 | 30 | 31 | 31 | 32 | 33 | 34 | 35 | 35 |
| 68 | 172.7 | 19 | 20 | 21 | 21 | 22 | 23 | 24 | 24 | 25 | 26 | 27 | 27 | 28 | 29 | 30 | 30 | 31 | 32 | 33 | 34 | 34 |
| 69 | 175.3 | 18 | 19 | 20 | 21 | 21 | 22 | 23 | 24 | 24 | 25 | 26 | 27 | 27 | 28 | 29 | 30 | 30 | 31 | 32 | 33 | 33 |
| 70 | 177.8 | 18 | 19 | 19 | 20 | 21 | 22 | 22 | 23 | 24 | 24 | 25 | 26 | 27 | 27 | 28 | 29 | 29 | 30 | 31 | 32 | 32 |
| 71 | 180.3 | 17 | 18 | 19 | 20 | 20 | 21 | 22 | 22 | 23 | 24 | 24 | 25 | 26 | 27 | 27 | 28 | 29 | 29 | 30 | 31 | 31 |
| 72 | 182.9 | 17 | 18 | 18 | 19 | 20 | 20 | 21 | 22 | 22 | 23 | 24 | 24 | 25 | 26 | 27 | 27 | 28 | 28 | 29 | 30 | 31 |
| 73 | 185.4 | 17 | 17 | 18 | 19 | 19 | 20 | 20 | 21 | 22 | 22 | 23 | 24 | 24 | 25 | 26 | 26 | 27 | 28 | 28 | 29 | 30 |
| 74 | 188.0 | 16 | 17 | 17 | 18 | 19 | 19 | 20 | 21 | 21 | 22 | 23 | 23 | 24 | 24 | 25 | 26 | 26 | 27 | 28 | 28 | 29 |
| 75 | 190.5 | 16 | 16 | 17 | 18 | 18 | 19 | 19 | 20 | 21 | 21 | 22 | 23 | 23 | 24 | 24 | 25 | 26 | 26 | 27 | 28 | 28 |
| 76 | 193.0 | 15 | 16 | 16 | 17 | 18 | 18 | 19 | 20 | 20 | 21 | 21 | 22 | 23 | 23 | 24 | 24 | 25 | 26 | 26 | 27 | 27 |

Pediatric Patients Aged 12 Years and Older

BMI cut-offs for obesity in pediatric patients aged 12 years and older are presented in Table 2.

Table 2: International Obesity Task Force BMI Cut-offs for Obesity by Sex and Age for Pediatric Patients Aged 12 Years and Older (Cole Criteria)

| Age (years) | Body mass index 30 kg/m² | |
|---|---|---|
| | Males | Females |
| 12 | 26.02 | 26.67 |
| 12.5 | 26.43 | 27.24 |
| 13 | 26.84 | 27.76 |
| 13.5 | 27.25 | 28.20 |
| 14 | 27.63 | 28.57 |
| 14.5 | 27.98 | 28.87 |
| 15 | 28.30 | 29.11 |
| 15.5 | 28.60 | 29.29 |
| 16 | 28.88 | 29.43 |
| 16.5 | 29.14 | 29.56 |
| 17 | 29.41 | 29.69 |
| 17.5 | 29.70 | 29.84 |

### 2.702.1      Important Administration Instructions

- Prior to initiation of SAXENDA, train patients on proper injection technique. Refer to the accompanying Instructions for Use for complete administration instructions with illustrations.
- Inspect SAXENDA visually prior to each injection. Only use if solution is clear, colorless, and contains no particles.
- 
- Administer SAXENDA in combination with a reduced-calorie diet and increased physical activity.
- Inject SAXENDA subcutaneously once daily at any time of day, without regard to the timing of meals.

> **Formatted:** Font: Not Bold
>
> **Formatted:** Indent: Left:  0", Bulleted + Level: 1 + Aligned at:  0.25" + Indent at:  0.5", Keep with next
>
> **Formatted:** Font: Not Bold

Novo_GLP_MDL_017055511

- Inject SAXENDA subcutaneously in the abdomen, thigh, or upper arm. No dosage adjustment is needed if changing the injection site and/or timing.
- Rotate injection sites within the same region in order to reduce the risk of cutaneous amyloidosis *[see Adverse Reactions (6.2)]*.
- If a dose is missed, resume the once-daily regimen as prescribed with the next scheduled dose. Do not administer an extra dose or increase the dose to make up for the missed dose.
- If more than 3 days have elapsed since the last SAXENDA dosage, reinitiate SAXENDA at 0.6 mg daily and follow the dose escalation schedule in Table 3, to reduce the risk of gastrointestinal adverse reactions associated with reinitiation of treatment.

> **Commented [A7]:** FDA to Applicant: As discussed in the draft guidance for industry, *Dosage and Administration Section of Labeling for Human Prescription Drug and Biological Products — Content and Format* (2023)(when final, this guidance will represent the FDA's current thinking on this topic): ". . . use the term dose to refer to a specific amount of drug taken at one time, and the term dosage to refer to a specific amount of drug administered at a specific frequency (and over a certain duration, if applicable)."

**2.3     Dosage in Adults and Pediatric Patients Aged 12 Years and Older**
- Initiate SAXENDA with a dose of 0.6 mg daily for one week. Then follow the dosage escalation schedule in Table 3 to reduce the risk of gastrointestinal adverse reactions *[see Warnings and Precautions (5.7) and Adverse Reactions (6.1)]*.

**Table 3:  Dose Escalation Schedule**

| Week | Daily Dose |
|------|------------|
| 1 | 0.6 mg |
| 2 | 1.2 mg |
| 3 | 1.8 mg |
| 4 | 2.4 mg |
| 5 and onward | 3 mg |

Adult Patients
- For adults, the recommended dosage of SAXENDA is 3 mg daily, lower dosages are for titration only.
- Discontinue SAXENDA if the patient cannot tolerate the 3 mg dosage.
- If patients do not tolerate an increased dose during dosage escalation, consider delaying dosage escalation for approximately one additional week.
- Evaluate the change in body weight 16 weeks after initiating SAXENDA and discontinue SAXENDA if the patient has not lost at least 4% of baseline body weight, since it is unlikely that the patient will achieve and sustain clinically meaningful weight loss with continued treatment.
- In adult patients with type 2 diabetes, monitor blood glucose prior to starting SAXENDA and during SAXENDA treatment.

Pediatric Patients
- For pediatric patients, the recommended maintenance dosage of SAXENDA is 3 mg daily. Pediatric patients who do not tolerate 3 mg daily may have their maintenance dose reduced to 2.4 mg daily. Discontinue SAXENDA if the patient cannot tolerate the 2.4 mg dose.
- If pediatric patients do not tolerate an increased dose during dose escalation, the dose may also be lowered to the previous level. Dose escalation for pediatric patients may take up to 8 weeks.
- Evaluate the change in BMI after 12 weeks on the maintenance dose and discontinue SAXENDA if the patient has not had a reduction in BMI of at least 1% from baseline, since it is unlikely that the patient will achieve and sustain clinically meaningful weight loss with continued treatment.

**3     DOSAGE FORMS AND STRENGTHS**
Injection: 6 mg/mL clear, colorless solution in a 3 mL pre-filled, single-patient-use pen that delivers doses of 0.6 mg, 1.2 mg, 1.8 mg, 2.4 mg, or 3 mg.

**4     CONTRAINDICATIONS**
SAXENDA is contraindicated in:

- Patients with a personal or family history of medullary thyroid carcinoma (MTC) or patients with Multiple Endocrine Neoplasia syndrome type 2 (MEN 2) *[see Warnings and Precautions (5.1)]*.
- Patients with a serious hypersensitivity reaction to liraglutide or to any of the excipients in SAXENDA. Serious hypersensitivity reactions including anaphylactic reactions and angioedema have been reported with SAXENDA *[see Warnings and Precautions (5.7)]*.
- ~~Pregnancy *[see Use in Specific Populations (8.1)]*.~~

> **Commented [A8]:** FDA to Applicant:  We recommend removing this contraindication to align with the Victoza PI. Of note, this revision is also in line with other GLP-1 receptor agonists with chronic weight management indications.

## 5    WARNINGS AND PRECAUTIONS
### 5.1    Risk of Thyroid C-cell Tumors
Liraglutide causes dose-dependent and treatment-duration-dependent thyroid C-cell tumors (adenomas and/or carcinomas) at clinically relevant exposures in both genders of rats and mice *[see Nonclinical Toxicology (13.1)]*. Malignant thyroid C-cell carcinomas were detected in rats and mice. It is unknown whether SAXENDA will cause thyroid C-cell tumors, including medullary thyroid carcinoma (MTC), in humans, as the human relevance of liraglutide-induced rodent thyroid C-cell tumors has not been determined.

Cases of MTC in patients treated with liraglutide have been reported in the postmarketing period; the data in these reports are insufficient to establish or exclude a causal relationship between MTC and liraglutide use in humans.

SAXENDA is contraindicated in patients with a personal or family history of MTC or in patients with MEN 2. Counsel patients regarding the potential risk for MTC with the use of SAXENDA and inform them of symptoms of thyroid tumors (e.g., a mass in the neck, dysphagia, dyspnea, persistent hoarseness).

Routine monitoring of serum calcitonin or using thyroid ultrasound is of uncertain value for early detection of MTC in patients treated with SAXENDA.  Such monitoring may increase the risk of unnecessary procedures, due to low test specificity for serum calcitonin and a high background incidence of thyroid disease. Significantly elevated serum calcitonin may indicate MTC, and patients with MTC usually have calcitonin values greater than 50 ng/L. If serum calcitonin is measured and found to be elevated, the patient should be further evaluated. Patients with thyroid nodules noted on physical examination or neck imaging should also be further evaluated.

### 5.2    Acute Pancreatitis
Acute pancreatitis, including fatal and non-fatal hemorrhagic or necrotizing pancreatitis, has been observed in patients treated with GLP-1 receptor agonists, including liraglutide *[see Adverse Reactions (6)]*. After initiation of SAXENDA, observe patients carefully for signs and symptoms of pancreatitis (including persistent severe abdominal pain, sometimes radiating to the back and which may or may not be accompanied by vomiting). If pancreatitis is suspected, discontinue SAXENDA and initiate appropriate management.

~~Liraglutide has been studied in a limited number of adult patients with a history of pancreatitis. It is unknown if patients with a history of pancreatitis are at higher risk for development of pancreatitis on SAXENDA.~~

> **Commented [A9]:** FDA to Applicant: Recommend removing this information since it does not provide information to characterize this risk (e.g. higher risk is unknown). If you have data describing an increased risk in this population, please provide this for review.

### 5.3    Acute Gallbladder Disease
In SAXENDA clinical trials in adults, 2.2% of SAXENDA-treated patients reported adverse events of cholelithiasis versus 0.8% of placebo-treated patients. The incidence of cholecystitis was 0.8% in SAXENDA-treated patients versus 0.4% in placebo-treated patients. The majority of SAXENDA-treated patients with adverse events of cholelithiasis and cholecystitis required cholecystectomy. Substantial or rapid weight loss can increase the risk of cholelithiasis; however, the incidence of acute gallbladder disease was greater in SAXENDA-treated patients than in placebo-treated patients even after accounting for the degree of weight loss. If cholelithiasis is suspected, gallbladder studies and appropriate clinical follow-up are indicated.

                                                      Novo_GLP_MDL_017055513

**5.4    Hypoglycemia**

Adult patients with type 2 diabetes mellitus on an insulin secretagogue (e.g., sulfonylurea) or insulin may have an increased risk of hypoglycemia with use of SAXENDA, including severe hypoglycemia. In patients with type 2 diabetes, monitor blood glucose prior to starting SAXENDA and during SAXENDA treatment *[see Dosage and Administration (2) and Adverse Reactions (6.1)]*.

The risk of hypoglycemia may be lowered by a reduction in the dose of sulfonylurea (or other concomitantly administered insulin secretagogues) or insulin. Inform patients using these concomitant medications of the risk of hypoglycemia and educate them on the signs and symptoms of hypoglycemia.

In the pediatric clinical trial, patients did not have type 2 diabetes but were provided with blood glucose meters. Clinically significant hypoglycemia, defined as blood glucose <54 mg/dL, occurred in 1.6% of the SAXENDA-treated patients compared to 0.8% of placebo-treated patients *[see Adverse Reactions (6.1)]*. Inform all pediatric patients of the risk of hypoglycemia and educate them on the signs and symptoms of hypoglycemia.

**5.5    Heart Rate Increase**

Mean increases in resting heart rate of 2 to 3 beats per minute (bpm) were observed with routine clinical monitoring in SAXENDA-treated adult patients compared to placebo in clinical trials. More patients treated with SAXENDA, compared with placebo, had changes from baseline at two consecutive visits of more than 10 bpm (34% versus 19%, respectively) and 20 bpm (5% versus 2%, respectively). At least one resting heart rate exceeding 100 bpm was recorded for 6% of SAXENDA-treated patients compared with 4% of placebo-treated patients, with this occurring at two consecutive study visits for 0.9% and 0.3%, respectively. Tachycardia was reported as an adverse reaction in 0.6% of SAXENDA-treated patients and in 0.1% of placebo-treated patients.

In a clinical pharmacology trial that monitored heart rate continuously for 24 hours, SAXENDA treatment was associated with a heart rate that was 4 to 9 bpm higher than that observed with placebo.

In a pediatric clinical trial, mean increases from baseline in resting heart rate of 3 to 7 bpm were observed with SAXENDA treatment.

Heart rate should be monitored at regular intervals consistent with usual clinical practice. Patients should inform health care providers of palpitations or feelings of a racing heartbeat while at rest during SAXENDA treatment. For patients who experience a sustained increase in resting heart rate while taking SAXENDA, SAXENDA should be discontinued.

**5.6    Acute Kidney Injury Due to Volume Depletion**

There have been postmarketing reports of acute kidney injury, in some cases requiring hemodialysis, in pateitns treated with liraglutide *[see Adverse Reactions (6.2)]*. The  majority of the reported events occurred in patients who had experienced gastrointestinal reactions leading to dehydration such as nausea, vomiting, or diarrhea *[see Adverse Reactions (6.1)]*. Monitor renal function in patients reporting adverse reactions to SAXENDA that could lead to volume depletion, especially during dosage initation and escalation *[see Use in Specific Populations (8.6)]*.

**5.7    Severe Gastrointestinal Adverse Reactions**

Use of GLP-1 receptor agonists, including liraglutide, has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6.1)]*. In SAXENDA clinical trials, severe gastrointestinal adverse reactions were reported more frequently among patients receiving SAXENDA (4.8%) than placebo (1.4 %). SAXENDA is not recommended in patients with severe gastroparesis.

**5.8    Hypersensitivity Reactions**

There have been reports of serious hypersensitivity reactions (e.g., anaphylactic reactions and angioedema) in patients treated with SAXENDA *[see Contraindications (4) and Adverse Reactions (6.1, 6.2)]*. If a

hypersensitivity reaction occurs, the patient should discontinue SAXENDA and other suspect medications and promptly seek medical advice.

Anaphylaxis and angioedema have been reported with other GLP-1 receptor agonists. Use caution in a patient with a history of anaphylaxis or angioedema with another GLP-1 receptor agonist because it is unknown whether such patients will be predisposed to these reactions with SAXENDA.

**5.9    Suicidal Behavior and Ideation**
In SAXENDA adult clinical trials, 9 (0.3%) of 3384 SAXENDA-treated patients and 2 (0.1%) of the 1941 placebo-treated patients reported suicidal ideation; one of these SAXENDA-treated patients attempted suicide.

In a SAXENDA pediatric clinical trial, 1 (0.8%) of the 125 SAXENDA-treated patients died by suicide. There was insufficient information to establish a causal relationship to SAXENDA.

Patients treated with SAXENDA should be monitored for the emergence or worsening of depression, suicidal thoughts or behavior, and/or any unusual changes in mood or behavior. Discontinue SAXENDA in patients who experience suicidal thoughts or behaviors. Avoid SAXENDA in patients with a history of suicidal attempts or active suicidal ideation.

**5.10    Pulmonary Aspiration During General Anesthesia or Deep Sedation**
SAXENDA delays gastric emptying [*see Clinical Pharmacology (12.2)*].  There have been rare postmarketing reports of pulmonary aspiration in patients receiving GLP-1 receptor agonists undergoing elective surgeries or procedures requiring general anesthesia or deep sedation who had residual gastric contents despite reported adherence to preoperative fasting recommendations.

Available data are insufficient to inform recommendations to mitigate the risk of pulmonary aspiration during general anesthesia or deep sedation in patients taking SAXENDA, including whether modifying preoperative fasting recommendations or temporarily discontinuing SAXENDA could reduce the incidence of retained gastric contents. Instruct patients to inform healthcare providers prior to any planned surgeries or procedures if they are taking SAXENDA.

**6        ADVERSE REACTIONS**
The following serious adverse reactions are described below or elsewhere in the prescribing information:
- Risk of Thyroid C-Cell Tumors *[see Warnings and Precautions (5.1)]*
- Acute Pancreatitis *[see Warnings and Precautions (5.2)]*
- Acute Gallbladder Disease *[see Warnings and Precautions (5.3)]*
- Risk for Hypoglycemia with Concomitant Use of Anti-Diabetic Therapy *[see Warnings and Precautions (5.4)]*
- Heart Rate Increase *[see Warnings and Precautions (5.5)]*
- Acute Kidney Injury Due to Volume Depletion *[see Warnings and Precautions (5.6)]*
- Severe Gastrointestinal Adverse Reactions *[see Warnings and Precautions (5.7)]*
- Hypersensitivity Reactions *[see Warnings and Precautions (5.8)]*
- Suicidal Behavior and Ideation *[see Warnings and Precautions (5.9)]*
- Pulmonary Aspiration During General Anesthesia or Deep Sedation *[see Warnings and Precautions (5.10)]*

**6.1    Clinical Trials Experience**
Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical studies of another drug and may not reflect the rates observed in practice.

Novo_GLP_MDL_017055515

SAXENDA was evaluated for safety in 5 double-blind, placebo controlled trials that included 3384 overweight or obese adult patients treated with SAXENDA for a treatment period up to 56 weeks (3 trials), 52 weeks (1 trial), and 32 weeks (1 trial) and one trial of 56 weeks in 125 pediatric patients with obesity aged 12 years and older *[see Clinical Studies (14.1, 14.2)]*. All patients received study drug in addition to a reduced-calorie diet and increased physical activity counseling. In the adult trials, patients received SAXENDA for a mean treatment duration of 46 weeks (median, 56 weeks). Baseline characteristics included a mean age of 47 years, 71% female,women, 85% white, 39% with hypertension, 15% with type 2 diabetes, 34% with dyslipidemia, 29% with a BMI greater than 40 kg/m$^2$, and 9% with cardiovascular disease. In one of the 56-week trials, a subset of patients (with abnormal glucose measurements at randomization) *[see Clinical Studies (14.1)]* were enrolled for a placebo-controlled 160-week period instead, followed by a 12-week off-treatment follow-up. For those participating in this 160-week period, patients received SAXENDA for a mean treatment duration of 110 weeks (median, 159 weeks). For all trials, dosing was initiated and increased weekly to reach the 3 mg dose.

In adult clinical trials, 9.8% of patients treated with SAXENDA and 4.3% of patients treated with placebo prematurely discontinued treatment as a result of adverse reactions. The most common adverse reactions leading to discontinuation were nausea (2.9% versus 0.2% for SAXENDA and placebo, respectively), vomiting (1.7% versus less than 0.1%), and diarrhea (1.4% versus 0%).

Adverse reactions reported in greater than or equal to 2% of SAXENDA-treated adult patients and more frequently than in placebo-treated patients are shown in Table 4. Adverse reactions reported in greater than or equal to 3% of SAXENDA-treated pediatric patients and more frequently than in placebo-treated patients are shown in Table 5.

**Table 4.    Adverse Reactions Occurring in ≥ 2% of SAXENDA-treated Adult Patients and More Frequently than Placebo**

| | Placebo N = 1941 % | SAXENDA N = 3384 % |
|---|---|---|
| Nausea | 13.8 | 39.3 |
| Diarrhea | 9.9 | 20.9 |
| Constipation | 8.5 | 19.4 |
| Vomiting | 3.9 | 15.7 |
| Injection Site Reaction[1] | 10.5 | 13.9 |
| Headache | 12.6 | 13.6 |
| Hypoglycemia in T2DM[2] | 6.6 | 12.6 |
| Dyspepsia | 2.7 | 9.6 |
| Fatigue | 4.6 | 7.5 |
| Dizziness | 5.0 | 6.9 |
| Abdominal Pain | 3.1 | 5.4 |
| Increased Lipase | 2.2 | 5.3 |
| Upper Abdominal Pain | 2.7 | 5.1 |
| Gastroenteritis | 3.2 | 4.7 |
| Gastroesophageal Reflux Disease | 1.7 | 4.7 |
| Abdominal Distension | 3.0 | 4.5 |
| Eructation | 0.2 | 4.5 |
| Urinary Tract Infection | 3.1 | 4.3 |
| Flatulence | 2.5 | 4.0 |
| Viral Gastroenteritis | 1.6 | 2.8 |
| Insomnia | 1.7 | 2.4 |
| Dry Mouth | 1.0 | 2.3 |
| Asthenia | 0.8 | 2.1 |

Novo_GLP_MDL_017055516

| Anxiety | 1.6 | 2.0 |
|---------|-----|-----|

[1] The most common reactions, each reported by 1% to 2.5% of SAXENDA-treated patients and more commonly than by placebo-treated patients, included erythema, pruritus, and rash at the injection site.
[2] Defined as blood glucose <54 mg/dL with or without symptoms of hypoglycemia in patients with type 2 diabetes not on concomitant insulin (Study 2, SAXENDA N=423, Placebo N=212). See text below for further information regarding hypoglycemia in patients with and without type 2 diabetes. T2DM = type 2 diabetes mellitus

**Table 5.  Adverse Reactions Occurring in ≥ 3% of SAXENDA-treated Pediatric Patients and More Frequently than Placebo in a 56 Week Clinical Trial**

|  | Placebo N = 126 % | SAXENDA N = 125 % |
|---|---|---|
| Nausea | 14.3 | 42.4 |
| Vomiting | 4.0 | 34.4 |
| Diarrhea | 14.3 | 22.4 |
| Hypoglycemia[1] | 4.0 | 15.2 |
| Gastroenteritis | 4.8 | 12.8 |
| Dizziness | 3.2 | 10.4 |
| Pyrexia | 7.1 | 8.0 |
| Abdominal discomfort | 0.8 | 4.8 |
| Constipation | 2.4 | 4.8 |
| Dyslipidemia | 3.2 | 4.8 |
| Fatigue | 3.2 | 4.8 |
| Cough | 3.2 | 4.0 |
| Depression | 2.4 | 4.0 |
| Dyspepsia | 2.4 | 4.0 |
| Pain in extremity | 2.4 | 4.0 |
| Injection site pain | 3.2 | 3.2 |
| Flatulence | 0 | 3.2 |
| Increased Blood Creatine Kinase | 2.4 | 3.2 |
| Increased Lipase | 0.8 | 3.2 |
| Rash | 0 | 3.2 |

[1] Defined as blood glucose <70 mg/dL with symptoms of hypoglycemia. Pediatric patients did not have type 2 diabetes mellitus. See text below for more detailed hypoglycemia information.

Hypoglycemia

*Adult Patients with Type 2 Diabetes*
In a clinical trial in adult patients with type 2 diabetes mellitus and overweight (excess weight) or obesity, severe hypoglycemia (defined as requiring the assistance of another person) occurred in 3 (0.7%) of 422 SAXENDA-treated patients (all taking a sulfonylurea) and in none of the 212 placebo-treated patients. In this trial, among patients taking a sulfonylurea, hypoglycemia defined as a plasma glucose less than 54 mg/dL with or without symptoms occurred in 31 (28.2%) of 110 SAXENDA-treated patients and 7 (12.7%) of 55 placebo-treated patients. The doses of sulfonylureas were reduced by 50% at the beginning of the trial per protocol. Among patients not taking a sulfonylurea, blood glucose less than 54 mg/dL with or without symptoms occurred in 22 (7.1%) of 312 SAXENDA-treated patients and 7 (4.5%) of 157 placebo-treated patients.

In a SAXENDA clinical trial in adult patients with overweight (excess weight) or obesity with type 2 diabetes mellitus treated with basal insulin and SAXENDA in combination with a reduced-calorie diet and increased physical activity and up to 2 oral anti-diabetes medications, severe hypoglycemia was reported by 3 (1.5%) of

Confidential

195 SAXENDA-treated patients and 2 (1.0%) of 197 placebo-treated patients. No meaningful difference in hypoglycemia, defined as blood glucose less than 54 mg/dL with or without symptoms, was reported between groups.

*Adult Patients without Type 2 Diabetes*
In SAXENDA clinical trials in adult patients without type 2 diabetes mellitus, there was no systematic capturing or reporting of hypoglycemia; patients were not provided with blood glucose meters or hypoglycemia diaries. Spontaneously reported symptomatic episodes of unconfirmed hypoglycemia were reported by 46 (1.6%) of 2962 SAXENDA-treated patients and 19 (1.1%) of 1729 placebo-treated patients. Fasting plasma glucose values obtained at routine clinic visits less than 54 mg/dL, irrespective of hypoglycemic symptoms, occurred in 2 (0.1%) SAXENDA-treated patients and 1 (0.1%) placebo-treated patients.

*Pediatric Patients without Type 2 Diabetes*
In a 56-week placebo-controlled clinical trial of pediatric patients without type 2 diabetes mellitus in which blood glucose meters were provided, 19 (15.2%) of SAXENDA-treated patients had hypoglycemia with a blood glucose less than 70 mg/dL with symptoms as compared to 5 (4.0%) of placebo-treated patients. Four (4) events of hypoglycemia defined as a plasma glucose less than 54 mg/dL occurred in 2 (1.6%) of 125 SAXENDA-treated patients and 1 event occurred in 1 (0.8%) of 126 placebo-treated patients. No severe hypoglycemic episodes, defined as requiring assistance of another person to actively administer carbohydrate, glucagon, or other resuscitative actions, occurred in the SAXENDA treatment group.

Acute Pancreatitis
In SAXENDA clinical trials in adults, acute pancreatitis was confirmed by adjudication in 9 (0.3%) of 3291 SAXENDA-treated patients and 2 (0.1%) of 1843 placebo-treated patients. In addition, there were 2 cases of acute pancreatitis in SAXENDA-treated patients who prematurely withdrew from these clinical trials, occurring 74 and 124 days after the last dose. There were 2 additional cases in SAXENDA-treated patients, 1 during an off-treatment follow-up period within 2 weeks of discontinuing SAXENDA, and 1 that occurred in a patient who completed treatment and was off-treatment for 106 days.

In a SAXENDA pediatric clinical trial, pancreatitis was not independently adjudicated. Pancreatitis was reported in 1 (0.8%) SAXENDA-treated patient and resulted in treatment discontinuation.

Gastrointestinal Adverse Reactions
In the adult clinical trials, approximately 68% of SAXENDA-treated patients and 39% of placebo-treated patients reported gastrointestinal disorders; the most frequently reported was nausea (39% and 14% of patients treated with SAXENDA and placebo, respectively). Severe gastrointestinal adverse reactions were reported more frequently among patients receiving SAXENDA (4.8%) than placebo (1.4 %).  There have been reports of gastrointestinal adverse reactions, such as nausea, vomiting, and diarrhea, associated with volume depletion and renal impairment. Most episodes of gastrointestinal events were mild or moderate and did not lead to discontinuation of therapy (6.2% with SAXENDA versus 0.8% with placebo discontinued treatment as a result of gastrointestinal adverse reactions). The percentage of patients reporting nausea declined as treatment continued. Other common adverse reactions that occurred at a higher incidence among SAXENDA-treated patients included diarrhea, constipation, vomiting, dyspepsia, abdominal pain, dry mouth, gastritis, gastroesophageal reflux disease, flatulence, eructation and abdominal distension. ~~Most episodes of gastrointestinal events were mild or moderate and did not lead to discontinuation of therapy (6.2% with SAXENDA versus 0.8% with placebo discontinued treatment as a result of gastrointestinal adverse reactions).~~ There have been reports of gastrointestinal adverse reactions, such as nausea, vomiting, and diarrhea, associated with volume depletion and renal impairment.

In a pediatric clinical trial, 8.0% of patients treated with SAXENDA versus no patients who received placebo discontinued treatment as a result of gastrointestinal adverse reactions. Most adverse reactions leading to discontinuation were due to vomiting and nausea (4.8% and 3.2% of SAXENDA-treated patients, respectively).

> **Commented [A10]:** **FDA to Applicant:** Added data provided for the W/P in Section 5.7 and revisions to the W/P in 5.6. Revised order of information according to severity.

Novo_GLP_MDL_017055518

Asthenia, Fatigue, Malaise, Dysgeusia and Dizziness
Events of asthenia, fatigue, malaise, dysgeusia and dizziness were mainly reported within the first 12 weeks of treatment with SAXENDA and were often co-reported with gastrointestinal events such as nausea, vomiting, and diarrhea.

Immunogenicity
The detection of antibody formation is highly dependent on the sensitivity and specificity of the assay. Additionally, the observed incidence of antibody (including neutralizing antibody) positivity in an assay may be influenced by several factors including assay methodology, sample handling, timing of sample collection, concomitant medications, and underlying disease. For these reasons, the incidence of antibodies to SAXENDA cannot be directly compared with the incidence of antibodies of other products.

Patients treated with SAXENDA may develop anti-liraglutide antibodies. Anti-liraglutide antibodies were detected in 42 (2.8%) of 1505 SAXENDA-treated adult patients with a post-baseline assessment. Antibodies that had a neutralizing effect on liraglutide in an *in vitro* assay occurred in 18 (1.2%) of 1505 SAXENDA-treated patients. Presence of antibodies may be associated with a higher incidence of injection site reactions and reports of low blood glucose. In clinical trials, these events were usually classified as mild and resolved while patients continued on treatment.

In a pediatric clinical trial, anti-liraglutide antibodies were detected in 14 (12%) of 117 SAXENDA-treated patients with a post-baseline assessment; 5 (4.3%) had persistent antibodies as defined by more than 2 antibody visits at least 16 weeks apart. Two patients (1.7%) remained positive throughout the follow-up period; 1 (0.9%) had antibodies cross reactive to native GLP-1. No patients had neutralizing antibodies.

Allergic Reactions
Urticaria was reported in 0.7% of SAXENDA-treated patients and 0.5% of placebo-treated patients. Anaphylactic reactions, asthma, bronchial hyperreactivity, bronchospasm, oropharyngeal swelling, facial swelling, angioedema, pharyngeal edema, type IV hypersensitivity reactions have been reported in patients treated with liraglutide in clinical trials. Cases of anaphylactic reactions with additional symptoms such as hypotension, palpitations, dyspnea, and edema have been reported with marketed use of liraglutide. Anaphylactic reactions may potentially be life-threatening.

Breast Cancer
In SAXENDA clinical trials in adults, breast cancer confirmed by adjudication was reported in 17 (0.7%) of 2379 SAXENDA-treated women compared with 3 (0.2%) of 1300 placebo-treated women, including invasive cancer (13 SAXENDA- and 2 placebo-treated women) and ductal carcinoma *in situ* (4 SAXENDA- and 1 placebo-treated woman). The majority of cancers were estrogen- and progesterone-receptor positive. There were too few cases to determine whether these cases were related to SAXENDA. In addition, there are insufficient data to determine whether SAXENDA has an effect on pre-existing breast neoplasia.

Papillary Thyroid Cancer
In SAXENDA clinical trials in adults, papillary thyroid carcinoma confirmed by adjudication was reported in 8 (0.2%) of 3291 SAXENDA-treated patients compared with no cases among 1843 placebo-treated patients. Four of these papillary thyroid carcinomas were less than 1 cm in greatest diameter and 4 were diagnosed in surgical pathology specimens after thyroidectomy prompted by findings identified prior to treatment.

Colorectal Neoplasms
In SAXENDA clinical trials in adults, benign colorectal neoplasms (mostly colon adenomas) confirmed by adjudication were reported in 20 (0.6%) of 3291 SAXENDA-treated patients compared with 7 (0.4%) of 1843

Confidential

placebo-treated patients. Six positively adjudicated cases of malignant colorectal neoplasms were reported in 5 SAXENDA-treated patients (0.2%, mostly adenocarcinomas) and 1 in a placebo-treated patient (0.1%, neuroendocrine tumor of the rectum).

Cardiac Conduction Disorders
In SAXENDA clinical trials in adults, 11 (0.3%) of 3384 SAXENDA-treated patients compared with none of the 1941 placebo-treated patients had a cardiac conduction disorder, reported as first degree atrioventricular block, right bundle branch block, or left bundle branch block.

Hypotension
Adverse reactions related to hypotension (hypotension, orthostatic hypotension, circulatory collapse, and decreased blood pressure) were reported more frequently with SAXENDA (1.1%) compared with placebo (0.5%) in SAXENDA clinical trials in adults. Systolic blood pressure decreases to less than 80 mmHg were observed in 4 (0.1%) SAXENDA-treated patients compared with no placebo-treated patients. One of the SAXENDA-treated patients had hypotension associated with gastrointestinal adverse reactions and renal failure *[see Warnings and Precautions (5.6)]*.

Laboratory Abnormalities
*Liver Enzymes*
Increases in alanine aminotransferase (ALT) greater than or equal to 10 times the upper limit of normal were observed in 5 (0.15%) SAXENDA-treated patients (two of whom had ALT greater than 20 and 40 times the upper limit of normal) compared with 1 (0.05%) placebo-treated patient during the SAXENDA clinical trials. Because clinical evaluation to exclude alternative causes of ALT and aspartate aminotransferase (AST) increases was not done in most cases, the relationship to SAXENDA is uncertain. Some increases in ALT and AST were associated with other confounding factors (such as gallstones).

*Serum Calcitonin*
Calcitonin, a biological marker of MTC, was measured throughout the clinical development program *[see Warnings and Precautions (5.1)]*. More patients treated with SAXENDA in the clinical trials were observed to have high calcitonin values during treatment, compared with placebo. The proportion of patients with calcitonin greater than or equal to 2 times the upper limit of normal at the end of the trial was 1.2% in SAXENDA-treated patients and 0.6% in placebo-treated patients. Calcitonin values greater than 20 ng/L at the end of the trial occurred in 0.5% of SAXENDA-treated patients and 0.2% of placebo-treated patients; among patients with pre-treatment serum calcitonin less than 20 ng/L, none had calcitonin elevations to greater than 50 ng/L at the end of the trial.

*Serum Lipase and Amylase*
Serum lipase and amylase were routinely measured in the SAXENDA clinical trials. Among SAXENDA-treated patients, 2.1% had a lipase value at anytime during treatment of greater than or equal to 3 times the upper limit of normal compared with 1.0% of placebo-treated patients. 0.1% of SAXENDA-treated patients had an amylase value at anytime in the trial of greater than or equal to 3 times the upper limit of normal versus 0.1% of placebo-treated patients. The clinical significance of elevations in lipase or amylase with SAXENDA is unknown in the absence of other signs and symptoms of pancreatitis *[see Warnings and Precautions (5.2)]*.

**6.2    Post-Marketing Experience**
The following adverse reactions have been reported during post-approval use of liraglutide, the active ingredient of SAXENDA. Because these reactions are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure.

*Gastrointestinal ~~Disorders~~*
Acute pancreatitis; hemorrhagic and necrotizing pancreatitis, sometimes resulting in death; ileus, nausea, vomiting and diarrhea leading to dehydration

Novo_GLP_MDL_017055520

*Hepatobiliary*
Hyperbilirubinemia, elevations of liver enzymes, cholestasis and hepatitis
*Hypersensitivity*
rash, pruritus, angioedema and anaphylactic reactions
*Neoplasms*
Medullary thyroid carcinoma
*Neurologic*
Dysesthesia
*Pulmonary*
Pulmonary aspiration has occurred in patients receiving GLP-1 receptor agonists undergoing elective surgeries or procedures requiring general anesthesia or deep sedation.
*Renal*
Acute renal failure or worsening of chronic renal failure, sometimes requiring hemodialysis; increased serum creatinine
*General Disorders and Administration Site Conditions*
Allergic reactions: rash and pruritus
*Immune System ~~Disorders~~*
Angioedema and anaphylactic reactions
*Skin and Subcutaneous Tissue*
Cutaneous amyloidosis, alopecia


## 7    DRUG INTERACTIONS
### 7.1    Oral Medications
SAXENDA causes a delay of gastric emptying, and thereby has the potential to impact the absorption of concomitantly administered oral medications. In clinical pharmacology trials, liraglutide did not affect the absorption of the tested orally administered medications to any clinically relevant degree. Nonetheless, monitor for potential consequences of delayed absorption of oral medications concomitantly administered with SAXENDA.

## 8    USE IN SPECIFIC POPULATIONS
### 8.1    Pregnancy
Risk Summary
Based on animal reproduction studies, there may be risks to the fetus from exposure to SAXENDA during pregnancy. SAXENDA should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus. Additionally, weight loss offers no benefit to a pregnant patient and may cause fetal harm. When a pregnancy is recognized, advise the pregnant patient of the risk to a fetus, and discontinue SAXENDA *(see Clinical Considerations).* ~~SAXENDA is contraindicated during pregnancy because weight loss offers no potential benefit to a pregnant woman and may result in fetal harm [*see Clinical Considerations*]. There are no available data with liraglutide in pregnant women to inform a drug associated risk for major birth defects and miscarriage. SAXENDA should not be used during pregnancy. If a patient wishes to become pregnant, or pregnancy occurs, treatment with SAXENDA should be discontinued.~~

Animal reproduction studies identified increased adverse embryofetal developmental outcomes from exposure during pregnancy. Liraglutide exposure was associated with early embryonic deaths and an imbalance in some fetal abnormalities in pregnant rats administered liraglutide during organogenesis at doses that approximate clinical exposures at the maximum recommended human dose (MRHD) of 3 mg/day. In pregnant rabbits administered liraglutide during organogenesis, decreased fetal weight and an increased incidence of major fetal abnormalities were seen at exposures below the human exposures at the MRHD *[see Animal Data].*

The estimated background risk of major birth defects and miscarriage for the indicated populations is unknown.

> **Commented [A11]: FDA to Applicant:** Revised Section 8.1 to reflect the removal of the pregnancy contraindication and to update this section with more recently used language in other GLP-1 RA PIs.

Novo_GLP_MDL_017055521

In the U.S. general population, the estimated background risk of major birth defects and miscarriage of clinically recognized pregnancies is 2-4% and 15-20%, respectively.

Clinical Considerations
*Disease-associated maternal and/or embryofetal risk*
Appropriate weight gain based on pre-pregnancy weight is currently recommended for all pregnant patients, including those who already have overweight or obesity, because of the obligatory weight gain that occurs in maternal tissues during pregnancy. ~~A minimum weight gain, and no weight loss, is recommended for all pregnant women, including those who are already overweight or obese, due to the necessary weight gain that occurs in maternal tissues during pregnancy.~~

Animal Data
Liraglutide has been shown to be teratogenic in rats at or above 0.8-times systemic exposures in obese humans resulting from the maximum recommended human dose (MRHD) of 3 mg/day based on plasma area under the time-concentration curve (AUC) comparison. Liraglutide has been shown to cause reduced growth and increased total major abnormalities in rabbits at systemic exposures below exposure in obese humans at the MRHD based on plasma AUC comparison.

Female rats given subcutaneous doses of 0.1, 0.25 and 1 mg/kg/day liraglutide beginning 2 weeks before mating through gestation day 17 had estimated systemic exposures 0.8-, 3-, and 11-times the exposure in obese humans at the MRHD based on plasma AUC comparison. The number of early embryonic deaths in the 1 mg/kg/day group increased slightly. Fetal abnormalities and variations in kidneys and blood vessels, irregular ossification of the skull, and a more complete state of ossification occurred at all doses. Mottled liver and minimally kinked ribs occurred at the highest dose. The incidence of fetal malformations in liraglutide-treated groups exceeding concurrent and historical controls were misshapen oropharynx and/or narrowed opening into larynx at 0.1 mg/kg/day and umbilical hernia at 0.1 and 0.25 mg/kg/day.

Pregnant rabbits given subcutaneous doses of 0.01, 0.025 and 0.05 mg/kg/day liraglutide from gestation day 6 through day 18 inclusive, had estimated systemic exposures less than the exposure in obese humans at the MRHD of 3 mg/day at all doses, based on plasma AUC comparison. Liraglutide decreased fetal weight and dose-dependently increased the incidence of total major fetal abnormalities at all doses. The incidence of malformations exceeded concurrent and historical controls at 0.01 mg/kg/day (kidneys, scapula), greater than or equal to 0.01 mg/kg/day (eyes, forelimb), 0.025 mg/kg/day (brain, tail and sacral vertebrae, major blood vessels and heart, umbilicus), greater than or equal to 0.025 mg/kg/day (sternum) and at 0.05 mg/kg/day (parietal bones, major blood vessels). Irregular ossification and/or skeletal abnormalities occurred in the skull and jaw, vertebrae and ribs, sternum, pelvis, tail, and scapula; and dose-dependent minor skeletal variations were observed. Visceral abnormalities occurred in blood vessels, lung, liver, and esophagus. Bilobed or bifurcated gallbladder was seen in all treatment groups, but not in the control group.

In pregnant female rats given subcutaneous doses of 0.1, 0.25 and 1 mg/kg/day liraglutide from gestation day 6 through weaning or termination of nursing on lactation day 24, estimated systemic exposures were 0.8-, 3-, and 11-times exposure in obese humans at the MRHD of 3 mg/day, based on plasma AUC comparison. A slight delay in parturition was observed in the majority of treated rats. Group mean body weight of neonatal rats from liraglutide-treated dams was lower than neonatal rats from control group dams. Bloody scabs and agitated behavior occurred in male rats descended from dams treated with 1 mg/kg/day liraglutide. Group mean body weight from birth to postpartum day 14 trended lower in $F_2$ generation rats descended from liraglutide-treated rats compared to $F_2$ generation rats descended from controls, but differences did not reach statistical significance for any group.

**8.2    Lactation**
Risk Summary

There are no data on the presence of liraglutide in human milk, the effects on the breastfed infant, or effects on milk production. Liraglutide was present in the milk of lactating rats (see *Data*).

The developmental and health benefits of breastfeeding should be considered along with the mother's clinical need for SAXENDA and any potential adverse effects on the breastfed infant from SAXENDA or from the underlying maternal condition.

Data
In lactating rats, liraglutide was present unchanged in milk at concentrations approximately 50% of maternal plasma concentrations.

**8.4    Pediatric Use**
The safety and effectiveness of SAXENDA as an adjunct to a reduced-calorie diet and increased physical activity for chronic weight management have been established in pediatric patients aged 12 years and older with body weight above 60 kg and an initial BMI corresponding to 30 $kg/m^2$ or greater for adults (obese) by international cut-offs (see Table 2). Use of SAXENDA for this indication is supported by a 56-week double-blind, placebo-controlled clinical trial in 251 pediatric patients aged 12 to 17 years, a pharmacokinetic study in pediatric patients, and studies in adults with obesity *[see Clinical Pharmacology (12.3) and Clinical Studies (14.1,14.2)]*.

In the pediatric clinical trial, there was one death due to suicide in a SAXENDA-treated patient *[see Warnings and Precautions (5.8)]*; one SAXENDA-treated patient had an event of pancreatitis *[see Warnings and Precautions (5.2)]*; more episodes of hypoglycemia confirmed by self blood glucose monitoring occurred in SAXENDA-treated patients compared to placebo *[see Warnings and Precautions (5.4) and Adverse Reactions (6.1)]*; and mean increases in resting heart rate of 3 to 7 bpm from baseline were observed with SAXENDA-treated patients *[see Warnings and Precautions (5.5)]*.

The safety and effectiveness of SAXENDA have not been established in patients less than 12 years of age.

**8.5    Geriatric Use**
In the SAXENDA clinical trials, 232 (6.9%) of the SAXENDA-treated patients were 65 years of age and over, and 17 (0.5%) of the SAXENDA-treated patients were 75 years of age and over. No overall differences in safety or effectiveness were observed between these patients and younger patients, but greater sensitivity of some older individuals cannot be ruled out.

**8.6    Renal Impairment**
There is limited experience with SAXENDA in patients with mild, moderate, and severe renal impairment, including end-stage renal disease.

**8.7    Hepatic Impairment**
There is limited experience in patients with mild, moderate, or severe hepatic impairment. Therefore, SAXENDA should be used with caution in this patient population *[see Clinical Pharmacology (12.3)]*.

**10    OVERDOSAGE**
Overdoses have been reported in clinical trials and post-marketing use of liraglutide. Effects have included severe nausea, severe vomiting and severe hypoglycemia. In the event of overdosage, consider contacting the Poison Help line (1-800-222-1222) or a medical toxicologist for additional overdosage management recommendations. Initiate appropriate supportive treatment according to the patient's clinical signs and symptoms.

**11    DESCRIPTION**

Novo_GLP_MDL_017055523

SAXENDA contains liraglutide, an analog of human GLP-1 and acts as a GLP-1 receptor agonist. The peptide precursor of liraglutide, produced by a process that includes expression of recombinant DNA in *Saccharomyces cerevisiae,* has been engineered to be 97% homologous to native human GLP-1 by substituting arginine for lysine at position 34. Liraglutide is made by attaching a C-16 fatty acid (palmitic acid) with a glutamic acid spacer on the remaining lysine residue at position 26 of the peptide precursor. The molecular formula of liraglutide is $C_{172}H_{265}N_{43}O_{51}$ and the molecular weight is 3751.2 Daltons. The structural formula (Figure 1) is:



**Figure 1.       Structural Formula of liraglutide**

SAXENDA injection is a sterile, aqueous, clear, colorless or almost colorless solution for subcutaneous use. Each 1 mL of SAXENDA solution contains 6 mg of liraglutide and the following inactive ingredients: disodium phosphate dihydrate, 1.42 mg; propylene glycol, 14 mg; phenol, 5.5 mg; and water for injection. SAXENDA has a pH of approximately 8.15, hydrochloric acid or sodium hydroxide may be added to adjust pH. Each pre-filled pen contains a 3 mL solution of SAXENDA equivalent to 18 mg liraglutide (free-base, anhydrous).

## 12      CLINICAL PHARMACOLOGY
### 12.1     Mechanism of Action
Liraglutide is an acylated human GLP-1 receptor agonist with 97% amino acid sequence homology to endogenous human GLP-1(7-37). Like endogenous GLP-1, liraglutide binds to and activates the GLP-1 receptor, a cell-surface receptor coupled to adenylyl cyclase activation through the stimulatory G-protein, Gs. Endogenous GLP-1 has a half-life of 1.5-2 minutes due to degradation by the ubiquitous endogenous enzymes, dipeptidyl peptidase 4 (DPP-4) and neutral endopeptidases (NEP). Unlike native GLP-1, liraglutide is stable against metabolic degradation by both peptidases and has a plasma half-life of 13 hours after subcutaneous administration. The pharmacokinetic profile of liraglutide, which makes it suitable for once-daily administration, is a result of self-association that delays absorption, plasma protein binding, and stability against metabolic degradation by DPP-4 and NEP.

GLP-1 is a physiological regulator of appetite and calorie intake, and the GLP-1 receptor is present in several areas of the brain involved in appetite regulation. In animal studies, peripheral administration of liraglutide resulted in the presence of liraglutide in specific brain regions regulating appetite, including the hypothalamus. Although liraglutide activated neurons in brain regions known to regulate appetite, specific brain regions mediating the effects of liraglutide on appetite were not identified in rats.

### 12.2     Pharmacodynamics
Liraglutide lowers body weight through decreased calorie intake. Liraglutide does not increase 24-hour energy expenditure.

As with other GLP-1 receptor agonists, liraglutide stimulates insulin secretion and reduces glucagon secretion in a glucose-dependent manner. These effects can lead to a reduction of blood glucose.

*Gastric Emptying*
Liraglutide delays gastric emptying.

Novo_GLP_MDL_017055524

*Cardiac Electrophysiology (QTc) in healthy volunteers*
The effect of liraglutide on cardiac repolarization was tested in a QTc study. Liraglutide at steady-state concentrations after daily doses up to 1.8 mg did not produce QTc prolongation. The maximum liraglutide plasma concentration ($C_{max}$) in overweight and obese subjects treated with liraglutide 3 mg is similar to the $C_{max}$ observed in the liraglutide QTc study in healthy volunteers.

## 12.3    Pharmacokinetics
Absorption - Following subcutaneous administration, maximum concentrations of liraglutide are achieved at 11 hours post dosing. The average liraglutide steady state concentration ($AUC_{\tau/24}$) reached approximately 116 ng/mL in obese (BMI 30-40 kg/m$^2$) subjects following administration of SAXENDA. Liraglutide exposure increased proportionally in the dose range of 0.6 mg to 3 mg. The intra-subject coefficient of variation for liraglutide AUC was 11% following single dose administration. Liraglutide exposures were considered similar among three subcutaneous injection sites (upper arm, abdomen, and thigh). Absolute bioavailability of liraglutide following subcutaneous administration is approximately 55%.

Distribution - The mean apparent volume of distribution after subcutaneous administration of liraglutide 3 mg is 20-25 L (for a person weighing approximately 100 kg). The mean volume of distribution after intravenous administration of liraglutide is 0.07 L/kg. Liraglutide is extensively bound to plasma protein (greater than 98%).

Metabolism - During the initial 24 hours following administration of a single [3H]-liraglutide dose to healthy subjects, the major component in plasma was intact liraglutide. Liraglutide is endogenously metabolized in a similar manner to large proteins without a specific organ as a major route of elimination.

Elimination - Following a [3H]-liraglutide dose, intact liraglutide was not detected in urine or feces. Only a minor part of the administered radioactivity was excreted as liraglutide-related metabolites in urine or feces (6% and 5%, respectively). The majority of urine and feces radioactivity was excreted during the first 6-8 days. The mean apparent clearance following subcutaneous administration of a single dose of liraglutide is approximately 0.9-1.4 L/h with an elimination half-life of approximately 13 hours, making liraglutide suitable for once daily administration.

## Specific Populations
Elderly - Age had no effect on the pharmacokinetics of liraglutide based on a pharmacokinetic study in healthy elderly subjects (65 to 83 years) and population pharmacokinetic analyses of data from overweight and obese patients 18 to 82 years of age *[see Use in Specific Populations (8.5)]*.

Gender - Based on the results of population pharmacokinetic analyses, females have 24% lower weight adjusted clearance of SAXENDA compared to males.

Race and Ethnicity - Race and ethnicity had no effect on the pharmacokinetics of liraglutide based on the results of population pharmacokinetic analyses that included overweight and obese patients of White~~Caucasian~~, Black or African American, Asian and Hispanic/Non-Hispanic Ethnic groups.

Body Weight - Body weight significantly affects the pharmacokinetics of liraglutide based on results of population pharmacokinetic analyses conducted in patients with body weight range of 60-234 kg. The exposure of liraglutide decreases as baseline body weight increases.

Pediatric - A population pharmacokinetic analysis was conducted for SAXENDA using data from 134 pediatric patients (12 to 17 years of age) with obesity. The liraglutide exposure in the pediatric patients was similar to that in adults with obesity *[see Use in Specific Populations (8.4)]*.

Renal Impairment - The single-dose pharmacokinetics of liraglutide were evaluated in patients with varying degrees of renal impairment. Patients with mild (estimated creatinine clearance 50-80 mL/min) to severe

(estimated creatinine clearance less than 30 mL/min) renal impairment and patients with end-stage renal disease requiring dialysis were included in the trial. Compared to healthy subjects, liraglutide AUC in mild, moderate, and severe renal impairment and in end-stage renal disease was on average 35%, 19%, 29% and 30% lower, respectively *[see Use in Specific Populations (8.6)]*.

Hepatic Impairment - The single-dose pharmacokinetics of liraglutide were evaluated in patients with varying degrees of hepatic impairment. Patients with mild (Child Pugh score 5-6) to severe (Child Pugh score greater than 9) hepatic impairment were included in the trial. Compared to healthy subjects, liraglutide AUC in subjects with mild, moderate and severe hepatic impairment was on average 11%, 14% and 42% lower, respectively *[see Use in Specific Populations (8.7)]*.

*Drug Interactions*
*In vitro assessment of drug–drug interactions*
Liraglutide has low potential for pharmacokinetic drug-drug interactions related to cytochrome P450 (CYP) and plasma protein binding.

*In vivo assessment of drug–drug interactions*
The drug-drug interaction studies were performed at steady state with liraglutide 1.8 mg/day. The effect on rate of gastric emptying was equivalent between liraglutide 1.8 mg and 3 mg (acetaminophen $AUC_{0-300min}$). Administration of the interacting drugs was timed so that $C_{max}$ of liraglutide (8-12 h) would coincide with the absorption peak of the co-administered drugs.

Oral Contraceptives
A single dose of an oral contraceptive combination product containing 0.03 mg ethinylestradiol and 0.15 mg levonorgestrel was administered under fed conditions and 7 hours after the dose of liraglutide at steady state. Liraglutide lowered ethinylestradiol and levonorgestrel $C_{max}$ by 12% and 13%, respectively. There was no effect of liraglutide on the overall exposure (AUC) of ethinylestradiol. Liraglutide increased the levonorgestrel $AUC_{0-\infty}$ by 18%. Liraglutide delayed $T_{max}$ for both ethinylestradiol and levonorgestrel by 1.5 h.

Digoxin
A single dose of digoxin 1 mg was administered 7 hours after the dose of liraglutide at steady state. The concomitant administration with liraglutide resulted in a reduction of digoxin AUC by 16%; $C_{max}$ decreased by 31%. Digoxin median time to maximal concentration ($T_{max}$) was delayed from 1 h to 1.5 h.

Lisinopril
A single dose of lisinopril 20 mg was administered 5 minutes after the dose of liraglutide at steady state. The co-administration with liraglutide resulted in a reduction of lisinopril AUC by 15%; $C_{max}$ decreased by 27%. Lisinopril median $T_{max}$ was delayed from 6 h to 8 h with liraglutide.

Atorvastatin
Liraglutide did not change the overall exposure (AUC) of atorvastatin following a single dose of atorvastatin 40 mg, administered 5 hours after the dose of liraglutide at steady state. Atorvastatin $C_{max}$ was decreased by 38% and median $T_{max}$ was delayed from 1 h to 3 h with liraglutide.

Acetaminophen
Liraglutide did not change the overall exposure (AUC) of acetaminophen following a single dose of acetaminophen 1000 mg, administered 8 hours after the dose of liraglutide at steady state. Acetaminophen $C_{max}$ was decreased by 31% and median $T_{max}$ was delayed up to 15 minutes.

Griseofulvin

Novo_GLP_MDL_017055526

Liraglutide did not change the overall exposure (AUC) of griseofulvin following co-administration of a single dose of griseofulvin 500 mg with liraglutide at steady state. Griseofulvin $C_{max}$ increased by 37% while median $T_{max}$ did not change.

Insulin Detemir
No pharmacokinetic interaction was observed between liraglutide and insulin detemir when separate subcutaneous injections of insulin detemir 0.5 Unit/kg (single-dose) and liraglutide 1.8 mg (steady state) were administered to patients with type 2 diabetes mellitus.

## 13    NONCLINICAL TOXICOLOGY
### 13.1    Carcinogenesis, Mutagenesis, Impairment of Fertility
A 104-week carcinogenicity study was conducted in male and female CD-1 mice at doses of 0.03, 0.2, 1, and 3 mg/kg/day liraglutide administered by bolus subcutaneous injection yielding systemic exposures 0.2-, 2-, 10- and 43-times the exposure in obese humans, respectively, at the maximum recommended human dose (MRHD) of 3 mg/day based on plasma AUC comparison. A dose-related increase in benign thyroid C-cell adenomas was seen in the 1 and the 3 mg/kg/day groups with incidences of 13% and 19% in males and 6% and 20% in females, respectively. C-cell adenomas did not occur in control groups or 0.03 and 0.2 mg/kg/day groups. Treatment-related malignant C-cell carcinomas occurred in 3% of females in the 3 mg/kg/day group. Thyroid C-cell tumors are rare findings during carcinogenicity testing in mice. A treatment-related increase in fibrosarcomas was seen on the dorsal skin and subcutis, the body surface used for drug injection, in males in the 3 mg/kg/day group. These fibrosarcomas were attributed to the high local concentration of drug near the injection site. The liraglutide concentration in the clinical formulation (6 mg/mL) is 10-times higher than the concentration in the formulation used to administer 3 mg/kg/day liraglutide to mice in the carcinogenicity study (0.6 mg/mL).

A 104-week carcinogenicity study was conducted in male and female Sprague Dawley rats at doses of 0.075, 0.25 and 0.75 mg/kg/day liraglutide administered by bolus subcutaneous injection with exposures 0.5-, 2- and 7-times the exposure in obese humans, respectively, resulting from the MRHD based on plasma AUC comparison. A treatment-related increase in benign thyroid C-cell adenomas was seen in males in 0.25 and 0.75 mg/kg/day liraglutide groups with incidences of 12%, 16%, 42%, and 46% and in all female liraglutide-treated groups with incidences of 10%, 27%, 33%, and 56% in 0 (control), 0.075, 0.25, and 0.75 mg/kg/day groups, respectively. A treatment-related increase in malignant thyroid C-cell carcinomas was observed in all male liraglutide-treated groups with incidences of 2%, 8%, 6%, and 14% and in females at 0.25 and 0.75 mg/kg/day with incidences of 0%, 0%, 4%, and 6% in 0 (control), 0.075, 0.25, and 0.75 mg/kg/day groups, respectively. Thyroid C-cell carcinomas are rare findings during carcinogenicity testing in rats.

Studies in mice demonstrated that liraglutide-induced C-cell proliferation was dependent on the GLP-1 receptor and that liraglutide did not cause activation of the REarranged during Transfection (RET) proto-oncogene in thyroid C-cells.

Human relevance of thyroid C-cell tumors in mice and rats is unknown and has not been determined by clinical studies or nonclinical studies *[see Boxed Warning and Warnings and Precautions (5.1)]*.

Liraglutide was negative with and without metabolic activation in the Ames test for mutagenicity and in a human peripheral blood lymphocyte chromosome aberration test for clastogenicity. Liraglutide was negative in repeat-dose *in vivo* micronucleus tests in rats.

In rat fertility studies using subcutaneous doses of 0.1, 0.25 and 1 mg/kg/day liraglutide, males were treated for 4 weeks prior to and throughout mating and females were treated 2 weeks prior to and throughout mating until gestation day 17. No direct adverse effects on male fertility was observed at doses up to 1 mg/kg/day, a high dose yielding an estimated systemic exposure 11-times the exposure in obese humans at the MRHD, based on

Novo_GLP_MDL_017055527

plasma AUC comparison. In female rats, an increase in early embryonic deaths occurred at 1 mg/kg/day. Reduced body weight gain and food consumption were observed in females at the 1 mg/kg/day dose.

## 14    CLINICAL STUDIES

### 14.1    Weight Management Trials in Adults with Overweight or Obesity

The safety and efficacy of SAXENDA for chronic weight management in conjunction with reduced caloric intake and increased physical activity were studied in three 56-week, randomized, double-blind, placebo-controlled trials. In all studies, SAXENDA was titrated to 3 mg daily during a 4-week period. All patients received instruction for a reduced-calorie diet (approximately 500 kcal/day deficit) and physical activity counseling (recommended increase in physical activity of minimum 150 mins/week) that began with the first dose of study medication or placebo and continued throughout the trial.

Study 1 enrolled 3731 patients with obesity (BMI greater than or equal to 30 kg/m$^2$) or with overweight (BMI 27-29.9 kg/m$^2$) and at least one weight-related comorbid condition such as treated or untreated dyslipidemia or hypertension; patients with type 2 diabetes mellitus were excluded. Patients were randomized in a 2:1 ratio to either SAXENDA or placebo. Patients were stratified based on the presence or absence of abnormal blood glucose measurements at randomization. All patients were treated for up to 56 weeks. Those patients with abnormal glucose measurements at randomization (2254 of the 3731 patients) were treated for a total of 160 weeks. At baseline, mean age was 45 years (range 18-78), 79% were femalewomen, 85% were CaucasianWhite, 10% were Black or African American, and 11% were Hispanic/Latino Ethnicity. Mean baseline body weight was 106.3 kg and mean BMI was 38.3 kg/m$^2$.

Study 2 was a 56-week trial that enrolled 635 patients with type 2 diabetes and with either overweight or obesity (as defined above). Patients were to have an HbA$_{1c}$ of 7-10% and be treated with metformin, a sulfonylurea, or a glitazone as single agent or in any combination, or with a reduced-calorie diet and physical activity alone. Patients were randomized in a 2:1 ratio to receive either SAXENDA or placebo. The mean age was 55 years (range 18-82), 50% were femalewomen, 83% were WhiteCaucasian, 12% were Black or African American, and 10% were Hispanic/Latino Ethnicity. Mean baseline body weight was 105.9 kg and mean BMI was 37.1 kg/m$^2$.

Study 3 was a 56-week trial that enrolled 422 patients with obesity (BMI greater than or equal to 30 kg/m$^2$) or with overweight (BMI 27-29.9 kg/m$^2$) and at least one weight-related comorbid condition such as treated or untreated dyslipidemia or hypertension; patients with type 2 diabetes mellitus were excluded. All patients were first treated with a low-calorie diet (total energy intake 1200-1400 kcal/day) in a run-in period lasting up to 12 weeks. Patients who lost at least 5% of their screening body weight after 4 to 12 weeks during the run-in were then randomized, with equal allocation, to receive either SAXENDA or placebo for 56 weeks. The mean age was 46 years (range 18-73), 81% were femalewomen, 84% were WhiteCaucasian, 13% were Black or African American, and 7% were Hispanic/Latino Ethnicity. Mean baseline body weight was 99.6 kg and mean BMI was 35.6 kg/m$^2$.

The proportions of patients who discontinued study drug in the 56-week trials were 27% for the SAXENDA-treated group and 35% for the placebo-treated group, and in the 160-week trial the proportions of patients who discontinued were 47% and 55%, respectively. In the 56-week trials, approximately 10% of patients treated with SAXENDA and 4% of patients treated with placebo discontinued treatment due to an adverse reaction *[see Adverse Reactions (6.1)]*. The majority of patients who discontinued SAXENDA due to adverse reactions did so during the first few months of treatment. In the 160-week trial the proportions of patients who discontinued due to an adverse reaction was 13% and 6% for SAXENDA- and placebo-treated patients, respectively.

### *Effect of SAXENDA on Body Weight in 56-week Trials*

Novo_GLP_MDL_017055528

For Study 1 and Study 2, the primary efficacy parameters were mean percent change in body weight and the percentages of patients achieving greater than or equal to 5% and 10% weight loss from baseline to week 56. For Study 3, the primary efficacy parameters were mean percent change in body weight from randomization to week 56, the percentage of patients not gaining more than 0.5% body weight from randomization (i.e., after run-in) to week 56, and the percentage of patients achieving greater than or equal to 5% weight loss from randomization to week 56. Because losing at least 5% of fasting body weight through lifestyle intervention during the 4- to 12-week run-in was a condition for their continued participation in the randomized treatment period, the results may not reflect those expected in the general population.

Table 6 presents the results for the changes in weight observed in Studies 1, 2, and 3. After 56 weeks, treatment with SAXENDA resulted in a statistically significant reduction in weight compared with placebo. Statistically significantly greater proportions of patients treated with SAXENDA achieved 5% and 10% weight loss than those treated with placebo. In Study 3, statistically significantly more patients randomized to SAXENDA than placebo had not gained more than 0.5% of body weight from randomization to week 56.

**Table 6.       Changes in Weight at Week 56 for Studies 1, 2, and 3**

| | Study 1 (Obesity or overweight with comorbidity) | | Study 2 (Type 2 diabetes with obesity or overweight) | | Study 3 (Obesity or overweight with comorbidity following at least 5% weight loss with diet) | |
|---|---|---|---|---|---|---|
| | SAXENDA N=2487 | Placebo N=1244 | SAXENDA N=423 | Placebo N=212 | SAXENDA N=212 | Placebo N=210 |
| **Weight** | | | | | | |
| Baseline mean (SD) (kg) | 106.2 (21.2) | 106.2 (21.7) | 105.7 (21.9) | 106.5 (21.3) | 100.4 (20.8) | 98.7 (21.2) |
| Percent change from baseline (LSMean) | -7.4 | -3.0 | -5.4 | -1.7 | -4.9 | 0.3 |
| Difference from placebo (LSMean) (95% CI) | -4.5* (-5.2;-3.8) | | -3.7* (-4.7;-2.7) | | -5.2* (-6.8;-3.5) | |
| **% of Patients losing greater than or equal to 5% body weight** | 62.3% | 34.4% | 49.0% | 16.4% | 44.2% | 21.7% |
| Difference from placebo (LSMean) (95% CI) | 27.9* (23.9;31.9) | | 32.6* (25.1;40.1) | | 22.6* (13.9;31.3) | |
| **% of Patients losing greater than 10% body weight** | 33.9% | 15.4% | 22.4% | 5.5% | 25.4% | 6.9% |
| Difference from placebo (LSMean) (95% CI) | 18.5* (15.2;21.7) | | 16.9* (11.7;22.1) | | 18.5* (11.7;25.3) | |

SD = Standard Deviation; CI = Confidence Interval
* p < 0.0001 compared to placebo.  Type 1 error was controlled across the three endpoints.
Includes all randomized subjects who had a baseline body weight measurement. All available body weight data during the 56 week treatment period are included in the analysis. In Studies 1 and 2 missing values for week 56 were handled using multiple imputations analysis. In Study 3 missing values for week 56 were handled using weighted regression analysis.

The cumulative frequency distributions of change in body weight from baseline to week 56 are shown in Figure 2 for Studies 1 and 2. One way to interpret this figure is to select a change in body weight of interest on the horizontal axis and note the corresponding proportions of patients (vertical axis) in each treatment group who

achieved at least that degree of weight loss. For example, note that the vertical line arising from -10% in Study 1 intersects the SAXENDA and placebo curves at approximately 34% and 15%, respectively, which correspond to the values shown in Table 6.



**Figure 2.**     **Change in body weight (%) from baseline to week 56 (Study 1 on left and Study 2 on right)**

The time courses of weight loss with SAXENDA and placebo from baseline through week 56 are depicted in Figures 3 and 4.



**Figure 3.**     **Change from baseline (%) in body weight (Study 1 on left and Study 2 on right)**



**Figure 4.**     **Change from baseline (%) in body weight during Study 3**

Confidential

*Effect of SAXENDA on Body Weight in a 160-week Trial (Study 1, Subset of Patients with Abnormal Blood Glucose at Randomization)*

The numbers and percentages of patients known to have lost greater than or equal to 5% body weight at week 56 and/or week 160 in Study 1 (patients with abnormal glucose at randomization only) are summarized in Table 7 for descriptive purposes.

**Table 7.    Changes in Weight at Week 56 and Week 160 for Study 1 (Subset of Patients with Abnormal Blood Glucose at Randomization)**

|  | SAXENDA N=1505 | Placebo N=749 |
|---|---|---|
| Baseline mean body weight (SD) (kg) | 107.5 (21.6) | 107.9 (21.8) |
| Number (%) of patients known to lose greater than or equal to 5% body weight at 56 weeks | 817 (56%) | 182 (25%) |
| Number (%) of patients known to lose greater than or equal to 5% body weight at 160 weeks | 424 (28%) | 102 (14%) |
| Number (%) of patients known to lose greater than or equal to 5% body weight at both 56 weeks and 160 weeks | 391 (26%) | 74 (10%) |
| Number (%) of patients with weight assessment at 160 weeks | 747 (50%) | 322 (43%) |

SD = Standard Deviation
Includes all randomized subjects who had a baseline body weight measurement. All available body weight data at 56 and 160 weeks are included in the analysis.

*Effect of SAXENDA on Anthropometry and Cardiometabolic Parameters in 56-week Trials*
Changes in waist circumference and cardiometabolic parameters with SAXENDA are shown in Table 8 for Study 1 (patients without diabetes mellitus) and Table 9 for Study 2 (patients with type 2 diabetes). Results from Study 3, which also enrolled patients without diabetes mellitus, were similar to Study 1.

**Table 8.    Mean Changes in Anthropometry and Cardiometabolic Parameters in Study 1 (Patients without Diabetes)**

|  | SAXENDA N = 2487 | | Placebo N = 1244 | | |
|---|---|---|---|---|---|
|  | Baseline | Change from Baseline (LSMean[1]) | Baseline | Change from Baseline (LSMean[1]) | SAXENDA minus Placebo (LSMean) |
| Waist Circumference (cm) | 115.0 | -8.2 | 114.5 | -4.0 | -4.2 |
| Systolic Blood Pressure (mmHg) | 123.0 | -4.3 | 123.3 | -1.5 | -2.8 |
| Diastolic Blood Pressure (mmHg) | 78.7 | -2.7 | 78.9 | -1.8 | -0.9 |
| Heart Rate (bpm)[2] | 71.4 | 2.6 | 71.3 | 0.1 | 2.5 |
| HbA$_{1c}$ (%) | 5.6 | -0.3 | 5.6 | -0.1 | -0.2 |
|  | Baseline | % Change | Baseline | % | Relative Difference of |

Novo_GLP_MDL_017055531

| | | from Baseline (LSMean[1]) | | Change from Baseline (LSMean[1]) | SAXENDA to Placebo (LSMean) |
|---|---|---|---|---|---|
| Total Cholesterol (mg/dL)* | 193.8 | -3.2 | 194.4 | -0.9 | -2.3 |
| LDL Cholesterol (mg/dL)* | 111.8 | -3.1 | 112.3 | -0.7 | -2.4 |
| HDL Cholesterol (mg/dL)* | 51.4 | 2.3 | 50.9 | 0.5 | 1.9 |
| Triglycerides (mg/dL)† | 125.7 | -13.0 | 128.3 | -4.1 | -7.1 |

Based on last observation carried forward method while on study drug
[1] Least squares mean adjusted for treatment, country, sex, pre-diabetes status at screening, baseline BMI stratum and an interaction between pre-diabetes status at screening and BMI stratum as fixed factors, and the baseline value as covariate.
[2] See *Warnings and Precautions (5.5)*
\* Baseline value is the geometric mean
†Values are baseline median, median % change, and the Hodges-Lehmann estimate of the median treatment difference.

**Table 9.    Mean Changes in Anthropometry and Cardiometabolic Parameters in Study 2 (Patients with Diabetes Mellitus)**

| | SAXENDA N = 423 | | Placebo N = 212 | | |
|---|---|---|---|---|---|
| | **Baseline** | **Change from Baseline (LSMean[1])** | **Baseline** | **Change from Baseline (LSMean[1])** | **SAXENDA minus Placebo (LSMean)** |
| Waist Circumference (cm) | 118.1 | -6.0 | 117.3 | -2.8 | -3.2 |
| Systolic Blood Pressure (mmHg) | 128.9 | -3.0 | 129.2 | -0.4 | -2.6 |
| Diastolic Blood Pressure (mmHg) | 79.0 | -1.0 | 79.3 | -0.6 | -0.4 |
| Heart Rate (bpm)[2] | 74.0 | 2.0 | 74.0 | -1.5 | 3.4 |
| HbA$_{1c}$ (%) | 7.9 | -1.3 | 7.9 | -0.4 | -0.9 |
| | **Baseline** | **% Change from Baseline (LSMean[1])** | **Baseline** | **% Change from Baseline (LSMean[1])** | **Relative Difference of SAXENDA to Placebo (LSMean)** |
| Total Cholesterol (mg/dL)* | 171.0 | -1.4 | 169.4 | 2.4 | -3.7 |
| LDL Cholesterol (mg/dL)* | 86.4 | 0.9 | 85.2 | 3.3 | -2.3 |
| HDL Cholesterol (mg/dL)* | 45.2 | 4.8 | 45.4 | 1.9 | 2.9 |
| Triglycerides (mg/dL)† | 156.2 | -14.5 | 155.8 | -0.7 | -13.5 |

Based on last observation carried forward method while on study drug
[1] Least squares mean adjusted for treatment, country, sex, background treatment, baseline HbA$_{1c}$ stratum and an interaction between background treatment and HbA$_{1c}$ stratum as fixed factors, and the baseline value as covariate.
[2] See *Warnings and Precautions (5.5)*
\* Baseline value is the geometric mean
†Values are baseline median, median % change, and the Hodges-Lehmann estimate of the median treatment difference.

**14.2    Weight Management Trial in Pediatric Patients Ages 12 and Older with Obesity**

SAXENDA was evaluated in a 56-week, double-blind, randomized, parallel group, placebo controlled multi-center trial in 251 pubertal pediatric patients aged 12 to 17 years, with BMI corresponding to 30 kg/m$^2$ or greater for adults by international cut-off points[1] *[see Dosage and Administration (2.1)]* and BMI of 95th percentile or greater for age and sex (NCT02918279). After a 12-week lifestyle run-in period, patients were randomized 1:1 to SAXENDA once-daily or placebo once-daily. The SAXENDA dose was titrated to 3 mg over a 4- to 8-week period based on tolerability as judged by the investigator. Escalation of the trial product was

Commented [A12]: FDA to Applicant:  See comment below in Section 15.

Formatted: Font: Not Italic

Novo_GLP_MDL_017055532

not allowed if the subject had a self-monitored plasma glucose (SMPG) < 56 mg/dL or < 70 mg/dL in the presence of symptoms of hypoglycemia during the week prior to or during the dose escalation visits. The proportion of patients who reached the 3 mg dose was 82.4%; for 8.8% of patients 2.4 mg was the maximum tolerated dose.

The mean age was 14.5 years: 40.6% of patients were male, 87.6% were White, 0.8% were Asian, 8% were Black or African American; 22.3% were of Hispanic or Latino ethnicity. The mean baseline body weight was 100.8 kg, and mean Body Mass Index (BMI) was 35.6 kg/m$^2$.

The proportions of patients who discontinued study drug were 19.2% for the SAXENDA-treated group and 20.6% for the placebo-treated group; 10.4% of patients treated with SAXENDA and no patients treated with placebo discontinued treatment due to an adverse reaction *[see Adverse Reactions (6.1)]*.

The primary endpoint was change in BMI SDS. At baseline, mean BMI SDS was 3.14 in the SAXENDA group and 3.20 in the placebo group. At week 56, treatment with SAXENDA resulted in statistically significant reduction in BMI SDS from baseline compared to placebo. The observed mean change in BMI SDS from baseline to week 56 was -0.23 in the SAXENDA group and -0.00 in the placebo group. The estimated treatment difference in BMI SDS reduction from baseline between SAXENDA and placebo was -0.22 with a 95% confidence interval of -0.37, -0.08; p=0.0022.

The time course of change in BMI SDS with SAXENDA and placebo from baseline through week 56 are depicted in Figure 5.



BMI SDS : Body mass index standard deviation score, Line graphs are observed means, Error bar is :
+/- standard error of mean
Number at week 56 are estimated means using multiple imputation (jump to reference) for patients
completing each scheduled visits

**Figure 5.      Change from Baseline in BMI SDS**

Changes in weight and BMI with SAXENDA are shown in Table 10. Changes in waist circumference and cardiometabolic parameters with SAXENDA are shown in Table 11.

**Table 10. Changes in Weight and BMI at Week 56 for Study 4 (Pediatric Patients Ages 12 to Less than 18)**

|  | SAXENDA<br>N=125 | Placebo<br>N=126 | SAXENDA minus<br>Placebo |
| --- | --- | --- | --- |

Novo_GLP_MDL_017055533

| Body Weight | | | |
|---|---|---|---|
| Baseline mean Body Weight (kg) | 99.3 | 102.2 | |
| Mean Change from Baseline (%) | -2.65 | 2.37 | -5.01 |
| **BMI** | | | |
| Baseline mean BMI (kg/m$^2$) | 35.3 | 35.8 | |
| Mean Change from Baseline (%) | -4.29 | 0.35 | -4.64 |
| **Proportion of patients with greater than or equal to 5% reduction in baseline BMI at week 56 (%)** | 43.3% | 18.7% | 24.6% |
| **Proportion of patients with greater than or equal to 10% reduction in baseline BMI at week 56 (%)** | 26.1% | 8.1% | 18.0% |

Full Analysis Set. For body weight and BMI, baseline values are means, changes from baseline at week 56 are estimated means (least-squares) and treatment contrasts at week 56 are estimated treatment differences. Missing observations were imputed from the placebo arm based on a jump to reference multiple (x100) imputation approach.

**Table 11.  Mean Changes in Anthropometry and Cardiometabolic Parameters in Study 4 (Pediatric Patients Ages 12 to Less than 18)**

| | SAXENDA N = 125 | | Placebo N = 126 | | |
|---|---|---|---|---|---|
| | **Baseline** | **Change from Baseline** | **Baseline** | **Change from Baseline** | **SAXENDA minus Placebo** |
| Waist Circumference (cm) | 105 | -4.35 | 107 | -1.42 | -2.93 |
| Systolic Blood Pressure (mmHg) | 116 | -1.21 | 117 | 0.84 | -2.05 |
| Diastolic Blood Pressure (mmHg) | 72 | 0.77 | 73 | -0.46 | 1.24 |
| Heart Rate (bpm)* | 75 | 1.87 | 78 | -0.14 | 2.01 |
| HbA$_{1c}$ (%) | 5.3 | -0.10 | 5.3 | -0.03 | -0.06 |
| | **Baseline** | **% Change from Baseline** | **Baseline** | **% Change from Baseline** | **Relative Difference of SAXENDA to Placebo** |
| Total Cholesterol (mg/dL)** | 154.2 | 0.84 | 152.2 | -0.03 | 0.88 |
| LDL Cholesterol (mg/dL)** | 85.5 | 1.74 | 82.5 | 3.01 | -1.27 |
| HDL Cholesterol (mg/dL)** | 42.7 | 5.14 | 42.7 | 3.33 | 1.81 |
| Triglycerides (mg/dL)** | 109.1 | -0.12 | 112.2 | -1.35 | 1.23 |
| * See *Warnings and Precautions (5.5)* | | | | | |

Full Analysis Set. Baseline values are means, changes from baseline at week 56 are estimated means (least-squares) and treatment contrasts at week 56 are estimated treatment differences. Missing observations were imputed from the placebo arm based on a jump to reference multiple (x100) imputation approach.
** Baseline values are geometric means.

**14.3  Cardiovascular Outcomes Trial of Liraglutide 1.8 mg in Adult Patients with Type 2 Diabetes and Cardiovascular Disease**
Liraglutide 1.8 mg (Victoza) is used in the treatment of type 2 diabetes mellitus in adults.  The efficacy of liraglutide at doses below 3 mg daily has not been established for chronic weight management.

Confidential

The LEADER trial (NCT01179048) randomized 9340 patients with inadequately controlled type 2 diabetes and cardiovascular disease to liraglutide 1.8 mg or placebo in addition to standard of care treatments for type 2 diabetes for a median duration of 3.5 years. Patients either were 50 years of age or older with established, stable cardiovascular, cerebrovascular, peripheral vascular disease, chronic renal failure or chronic heart failure (80% of patients), or were 60 years of age or older and had other specified risk factors of vascular disease (20% of patients).The population was 64% male, 78% White~~Caucasian~~, 10% Asian and 8% Black or African American; 12% of the population was Hispanic or Latino Ethnicity.

In total, 96.8% of the patients completed the trial; vital status was known at the end of the trial for 99.7%. The primary endpoint was the time from randomization to first occurrence of a major adverse cardiovascular event (MACE) defined as: cardiovascular death, non-fatal myocardial infarction, or non-fatal stroke. No increased risk for MACE was observed with liraglutide 1.8 mg. The total number of primary component MACE endpoints was 1302 (608 [13.0%] with liraglutide 1.8 mg and 694 [14.9%] with placebo).

## 15    REFERENCES

1. Cole TJ, Bellizzi MC, Flegal KM, Dietz WH. Establishing a standard definition for child overweight and obesity worldwide: international survey. BMJ. 2000;320(7244):1240-3.

**Commented [A13]: FDA to Applicant:** Added the reference to the international cut offs to clarify inclusion criteria, in light of other revisions in the Full PI. See 201.57(c)(17).

**Formatted:** Dutch (Netherlands)

**Formatted:** List Paragraph, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 0.25" + Indent at: 0.5"

**Formatted:** Font: Not Bold

## 16    HOW SUPPLIED/STORAGE AND HANDLING
### 16.1    How Supplied
SAXENDA injection: 6 mg/mL clear, colorless solution in a 3 mL single-patient-use pre-filled pen that delivers doses of 0.6 mg, 1.2 mg, 1.8 mg, 2.4 mg or 3 mg is available in the following package sizes:

3 x SAXENDA pen NDC 0169-2800-13
5 x SAXENDA pen NDC 0169-2800-15
### 16.2    Recommended Storage
Prior to first use, SAXENDA should be stored in a refrigerator between 36°F to 46°F (2°C to 8°C). Do not store in the freezer or directly adjacent to the refrigerator cooling element. Do not freeze SAXENDA and do not use SAXENDA if it has been frozen.

After initial use of the SAXENDA pen, the pen can be stored for 30 days at controlled room temperature (59°F to 86°F; 15°C to 30°C) or in a refrigerator (36°F to 46°F; 2°C to 8°C). Keep the pen cap on when not in use. Protect SAXENDA from excessive heat and sunlight. Always remove and safely discard the needle after each injection and store the SAXENDA pen without an injection needle attached. This will reduce the potential for contamination, infection, and leakage while also ensuring dosing accuracy.

## 17    PATIENT COUNSELING INFORMATION
Advise the patient to read the FDA-approved patient labeling (Medication Guide and Instructions for Use).

**Instructions**
Advise patients to take SAXENDA exactly as prescribed. Instruct patients to follow the dose escalation schedule and to not take more than the recommended dose.

Instruct adult patients to discontinue SAXENDA if they have not achieved 4% weight loss by 16 weeks of treatment. Instruct pediatric patients 12 years of age and older to discontinue SAXENDA if they have not achieved a BMI reduction of 1% from baseline after 12 weeks on the maintenance dose.

**Risk of Thyroid C-cell Tumors**
Inform patients that liraglutide causes benign and malignant thyroid C-cell tumors in mice and rats and that the human relevance of this finding has not been determined. Counsel patients to report symptoms of thyroid

Novo_GLP_MDL_017055535

tumors (e.g., a lump in the neck, hoarseness, dysphagia or dyspnea) to their health care provider *[see Boxed Warning and Warnings and Precautions (5.1)]*.

**Acute Pancreatitis**
Inform patients of the potential risk for acute pancreatitis and its symptoms: severe abdominal pain that may radiate to the back, and which may or may not be accompanied by vomiting. Instruct patients to discontinue SAXENDA promptly and contact their healthcare provider if pancreatitis is suspected *[see Warnings and Precautions (5.2)]*.

**Acute Gallbladder Disease**
Inform patients of the risk of acute gallbladder disease. Advise patients that substantial or rapid weight loss can increase the risk of gallbladder disease, but that gallbladder disease may also occur in the absence of substantial or rapid weight loss. Instruct patients to contact their healthcare provider for appropriate clinical follow-up if gallbladder disease is suspected *[see Warnings and Precautions (5.3)]*.

**Hypoglycemia**
Inform pediatric patients of the risk of hypoglycemia and educate all patients on the signs and symptoms of hypoglycemia. Inform adult patients with type 2 diabetes mellitus on an insulin secretagogue (e.g., sulfonylurea) or insulin that they may have an increased risk of hypoglycemia when using SAXENDA and to report signs and/or symptoms of hypoglycemia to their healthcare provider *[see Warnings and Precautions (5.4)]*.

**Heart Rate Increase**
Inform patients to report symptoms of sustained periods of heart pounding or racing while at rest to their healthcare provider. Discontinue SAXENDA in patients who experience a sustained increase in resting heart rate *[see Warnings and Precautions (5.5)]*.

**Acute Kidney Injury Due to Volume Depletion**
Inform patients of the potential risk of acute kidney injury due to dehydration associated with gastrointestinal adverse reactions. Advise patients to take precautions to avoid fluid depletion. Inform patients of the signs and symptoms of acute kidney injury and instruct them to promptly report any of these signs or symptoms or persistent (or extended) nausea, vomiting, and diarrhea to their healthcare provider *[see Warnings and Precautions (5.6)]*.

**Severe Gastrointestinal Adverse Reactions**
Inform patients of the potential risk of severe gastrointestinal adverse reactions. Instruct patients to contact their healthcare provider if they have severe or persistent gastrointestinal symptoms *[see Warnings and Precautions (5.7)]*.

**Hypersensitivity Reactions**
Inform patients that serious hypersensitivity reactions have been reported during postmarketing use of SAXENDA. Advise patients on the symptoms of hypersensitivity reactions and instruct them to stop taking SAXENDA and seek medical advice promptly if such symptoms occur *[see Warnings and Precautions (5.8)]*.

**Suicidal Behavior and Ideation**
Advise patients to report emergence or worsening of depression, suicidal thoughts or behavior, and/or any unusual changes in mood or behavior. Inform patients that if they experience suicidal thoughts or behaviors, they should stop taking SAXENDA *[see Warnings and Precautions (5.9)]*.

**Pulmonary Aspiration During General Anesthesia or Deep Sedation**

Novo_GLP_MDL_017055536

Inform patients that SAXENDA may cause their stomach to empty more slowly which may lead to complications with anesthesia or deep sedation during planned surgeries or procedures. Instruct patients to inform healthcare providers prior to any planned surgeries or procedures if they are taking SAXENDA *[see Warnings and Precautions (5.10)]*.

**Jaundice and Hepatitis**
Inform patients that jaundice and hepatitis have been reported during postmarketing use of liraglutide. Instruct patients to contact their healthcare provider if they develop jaundice.

> **Commented [A14]:** **FDA to Applicant:** Recommend removing since this information from Section 6.2 may detract from the risks described here from Section 5.

**Never Share a SAXENDA Pen Between Patients**
Inform patients that they should never share a SAXENDA pen with another person, even if the needle is changed. Sharing of the pen between patients may pose a risk of transmission of infection.

Version: XX

SAXENDA® and VICTOZA® are registered trademarks of Novo Nordisk A/S.

**PATENT Information:** http://novonordisk-us.com/products/product-patents.html

© 202X Novo Nordisk


Manufactured by:
Novo Nordisk A/S
DK-2880 Bagsvaerd, Denmark

For information about SAXENDA contact:
Novo Nordisk Inc.
800 Scudders Mill Road
Plainsboro, NJ 08536

1-844-363-4448

Novo_GLP_MDL_017055537

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
These highlights do not include all the information needed to use VICTOZA safely and effectively. See full prescribing information for VICTOZA.

VICTOZA® (liraglutide) injection, for subcutaneous use
Initial U.S. Approval: 2010

---

**WARNING: RISK OF THYROID C-CELL TUMORS**
*See full prescribing information for complete boxed warning.*

- **Liraglutide causes thyroid C-cell tumors at clinically relevant exposures in both genders of rats and mice. It is unknown whether VICTOZA causes thyroid C-cell tumors, including medullary thyroid carcinoma (MTC), in humans, as the human relevance of liraglutide-induced rodent thyroid C-cell tumors has not been determined (5.1, 13.1).**
- **VICTOZA is contraindicated in patients with a personal or family history of MTC or in patients with Multiple Endocrine Neoplasia syndrome type 2 (MEN 2). Counsel patients regarding the potential risk of MTC and the symptoms of thyroid tumors (4, 5.1).**

---

**RECENT MAJOR CHANGES**
Warnings and Precautions,
  Severe Gastrointestinal Adverse Reactions (5.6) .......................XX/2025
Warnings and Precautions,
  Pulmonary Aspiration During General Anesthesia
  or Deep Sedation (5.9).…………………….…............................11/2024

---

**INDICATIONS AND USAGE**
VICTOZA is a glucagon-like peptide-1 (GLP-1) receptor agonist indicated:
- as an adjunct to diet and exercise to improve glycemic control in adults and pediatric patients aged 10 years and older with type 2 diabetes mellitus (1).
- to reduce the risk of major adverse cardiovascular events in adults with type 2 diabetes mellitus and established cardiovascular disease (1).

Limitations of Use:
- Coadministration with other liraglutide-containing products is not recommended.

---

**DOSAGE AND ADMINISTRATION**
- Adult Patients: Initiate at 0.6 mg injected subcutaneously once daily for one week then increase to 1.2 mg daily. If additional glycemic control is required, increase the dose to 1.8 mg daily after one week of treatment with the 1.2 mg daily dose (2.1).
- Pediatric Patients: Initiate at 0.6 mg injected subcutaneously once daily for at least one week. If additional glycemic control is required increase the dose to 1.2 mg daily and if additional glycemic control is still required, increase the dose to 1.8 mg daily after at least one week of treatment with the 1.2 mg daily dose (2.1).
- Inspect visually prior to each injection. Only use if solution is clear, colorless, and contains no particles (2.3).
- Inject VICTOZA subcutaneously once-daily at any time of day, independently of meals, in the abdomen, thigh or upper arm (2.3).
- When using VICTOZA with insulin, administer as separate injections. Never mix. (2.3).

---

**DOSAGE FORMS AND STRENGTHS**
Injection: 6 mg/mL solution in a pre-filled, single-patient-use pen that delivers doses of 0.6 mg, 1.2 mg, or 1.8 mg (3).

---

**CONTRAINDICATIONS**
- Patients with a personal or family history of medullary thyroid carcinoma or in patients with Multiple Endocrine Neoplasia syndrome type 2 (4).
- Patients with a serious hypersensitivity reaction to liraglutide or any of the excipients in VICTOZA (4).

---

**WARNINGS AND PRECAUTIONS**
- Acute Pancreatitis: Has been observed in patients treated with GLP-1 receptor agonists, including VICTOZA. Discontinue if pancreatitis is suspected (5.2).
- Never Sshare a VICTOZA Ppen Bbetween Ppatients, even if the needle is changed (5.3).
- Hypoglycemia: Adult patients taking an insulin secretagogue or insulin may have an increased risk of hypoglycemia, including severe hypoglycemia. In pediatric patients 10 years of age and older, the risk of hypoglycemia was higher with VICTOZA regardless of insulin and/or metformin use. Reduction in the dose of insulin secretagogues or insulin may be necessary (5.4).
- Acute Kidney Injury Due to Volume Depletion: Monitor renal function in patients reporting adverse reactions that could lead to volume depletion (5.5).
- Severe Gastrointestinal Adverse Reactions: Use has been associated with gastrointestinal adverse reactions, sometimes severe. VICTOZA is not recommended in patients with severe gastroparesis (5.6).
- Hypersensitivity Reactions: Postmarketing reports of serious hypersensitivity reactions (e.g., anaphylactic reactions and angioedema). Discontinue VICTOZA and promptly seek medical advice (5.7).
- Acute Gallbladder Disease: If cholelithiasis or cholecystitis are suspected, gallbladder studies are indicated (5.8)
- Pulmonary Aspiration During General Anesthesia or Deep Sedation: Has been reported in patients receiving GLP-1 receptor agonists undergoing elective surgeries or procedures. Instruct patients to inform healthcare providers of any planned surgeries or procedures (5.9).

---

**ADVERSE REACTIONS**
- Most common adverse reactions (incidence ≥5%) in clinical trials are nausea, diarrhea, vomiting, decreased appetite, dyspepsia, constipation (6.1).
- Immunogenicity-related events, including urticaria, were more common among VICTOZA-treated patients (0.8%) than among comparator-treated patients (0.4%) in clinical trials (12.6).

**To report SUSPECTED ADVERSE REACTIONS, contact Novo Nordisk Inc. at 1-877-484-2869 or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.**

---

**DRUG INTERACTIONS**
- Effects of delayed gastric emptying on oral medications: VICTOZA delays gastric emptying and may impact absorption of concomitantly administered oral medications (7).

---

**USE IN SPECIFIC POPULATIONS**
- Pregnancy: VICTOZA should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus (8.1).

**See 17 for PATIENT COUNSELING INFORMATION and FDA-Approved Medication Guide.**

Revised:XX/202X

> **Commented [A1]: FDA to Applicant:** See comments in the Medication Guide in a separate document.

> **Commented [A2]: FDA to Applicant:** If in agreement with the proposed changes in the PI, update the revision date in the HL and RMC to 05/2025

Novo_GLP_MDL_017055541

**FULL PRESCRIBING INFORMATION: CONTENTS\***
**WARNING: RISK OF THYROID C-CELL TUMORS**

**1      INDICATIONS AND USAGE**
**2      DOSAGE AND ADMINISTRATION**
   2.1     Recommended Dosage
   2.2     Recommendations Regarding Missed Dose
   2.3     Important Administration Instructions
**3      DOSAGE FORMS AND STRENGTHS**
**4      CONTRAINDICATIONS**
**5      WARNINGS AND PRECAUTIONS**
   5.1     Risk of Thyroid C-cell Tumors
   5.2     Acute Pancreatitis
   5.3     Never Share a VICTOZA Pen Between Patients
   5.4     Hypoglycemia
   5.5     Acute Kidney Injury Due to Volume Depletion
   5.6     Severe Gastrointestinal Adverse Reactions
   5.7     Hypersensitivity Reactions
   5.8     Acute Gallbladder Disease
   5.9     Pulmonary Aspiration During General Anesthesia or Deep Sedation
**6      ADVERSE REACTIONS**
   6.1     Clinical Trials Experience
   6.2     Postmarketing Experience
**7      DRUG INTERACTIONS**
   7.1     Effects of Delayed Gastric Emptying on Oral Medications
   7.2     Concomitant Use with an Insulin Secretagogue (e.g., Sulfonylurea) or with Insulin
**8      USE IN SPECIFIC POPULATIONS**
   8.1     Pregnancy
   8.2     Lactation
   8.4     Pediatric Use
   8.5     Geriatric Use
   8.6     Renal Impairment
   8.7     Hepatic Impairment

**10     OVERDOSAGE**
**11     DESCRIPTION**
**12     CLINICAL PHARMACOLOGY**
   12.1    Mechanism of Action
   12.2    Pharmacodynamics
   12.3    Pharmacokinetics
   12.6    Immunogenicity
**13     NONCLINICAL TOXICOLOGY**
   13.1    Carcinogenesis, Mutagenesis, Impairment of Fertility
**14     CLINICAL STUDIES**
   14.1    Glycemic Control Trials in Adults with Type 2 Diabetes Mellitus
   14.2    Glycemic Control Trial in Pediatric Patients Aged 10 Years and Older with Type 2 Diabetes Mellitus
   14.3    Cardiovascular Outcomes Trial in Adult Patients with Type 2 Diabetes Mellitus and Atherosclerotic Cardiovascular Disease
**16     HOW SUPPLIED/STORAGE AND HANDLING**
   16.1    How Supplied
   16.2    Recommended Storage
**17     PATIENT COUNSELING INFORMATION**

\* Sections or subsections omitted from the full prescribing information are not listed.

Novo_GLP_MDL_017055542

**FULL PRESCRIBING INFORMATION**

---

**WARNING:  RISK OF THYROID C-CELL TUMORS**

- **Liraglutide causes dose-dependent and treatment-duration-dependent thyroid C-cell tumors at clinically relevant exposures in both genders of rats and mice.  It is unknown whether VICTOZA causes thyroid C-cell tumors, including medullary thyroid carcinoma (MTC), in humans, as the human relevance of liraglutide-induced rodent thyroid C-cell tumors has not been determined *[see Warnings and Precautions (5.1) and Nonclinical Toxicology (13.1)]*.**
- **VICTOZA is contraindicated in patients with a personal or family history of MTC and in patients with Multiple Endocrine Neoplasia syndrome type 2 (MEN 2). Counsel patients regarding the potential risk for MTC with the use of VICTOZA and inform them of symptoms of thyroid tumors (e.g., a mass in the neck, dysphagia, dyspnea, persistent hoarseness). Routine monitoring of serum calcitonin or using thyroid ultrasound is of uncertain value for early detection of MTC in patients treated with VICTOZA *[see Contraindications (4) and Warnings and Precautions (5.1)]*.**

---

**1    INDICATIONS AND USAGE**

VICTOZA is indicated:

- as an adjunct to diet and exercise to improve glycemic control in adults and pediatric patients aged 10 years and older with type 2 diabetes mellitus,
- to reduce the risk of major adverse cardiovascular events (cardiovascular death, non-fatal myocardial infarction, or non-fatal stroke) in adults with type 2 diabetes mellitus and established cardiovascular disease.

Limitations of Use:

VICTOZA contains liraglutide. Coadministration with other liraglutide-containing products is not recommended.

**2    DOSAGE AND ADMINISTRATION**

**2.1    Recommended Dosage**

Adult Patients

- The recommended starting dosage of VICTOZA is 0.6 mg injected subcutaneously once daily for one week. The 0.6 mg once daily dosage is intended to reduce the risk of gastrointestinal adverse reactions *[see Warnings and Precautions (5.6) and Adverse Reactions (6.1)]* during initial titration and is not effective for glycemic control in adults.
- After one week at the 0.6 mg once daily dosage, increase the dosage to 1.2 mg injected subcutaneously once daily.
- If additional glycemic control is required, increase the dosage to the maximum recommended dosage of 1.8 mg injected subcutaneously once daily after at least one week of treatment with the 1.2 mg once daily dosage.

Pediatric Patients Aged 10 Years and Older

- The recommended starting dosage of VICTOZA is 0.6 mg injected subcutaneously once daily.
- If additional glycemic control is required, increase the dosage in 0.6 mg increments after at least one week on the current dosage, to reduce the risk of gastrointestinal adverse reactions *[see Warnings and Precautions (5.6) and Adverse Reactions (6.1)]*.
- The maximum recommended dosage is 1.8 mg injected subcutaneously once daily.

Novo_GLP_MDL_017055543

**2.2    Recommendations Regarding Missed Dose**

- Instruct patients who miss a dose of VICTOZA to resume the once daily dosage regimen as prescribed with the next scheduled dose. Do not administer an extra dose or increase the dose to make up for the missed dose.
- If more than 3 days have elapsed since the last VICTOZA dose, reinitiate VICTOZA at 0.6 mg once daily to reduce the risk of gastrointestinal adverse reactions associated with reinitiation of treatment. Upon reinitiation, VICTOZA should be titrated at the discretion of the healthcare provider.

**2.3    Important Administration Instructions**

- Inspect visually prior to each injection. Only use if solution is clear, colorless, and contains no particles.
- Inject VICTOZA subcutaneously once daily at any time of day, independently of meals.
- Inject VICTOZA subcutaneously in the abdomen, thigh or upper arm. No dosage adjustment is needed if changing the injection site and/or timing.
- Rotate injection sites within the same region in order to reduce the risk of cutaneous amyloidosis *[see Adverse Reactions (6.2)]*.
- When using VICTOZA with insulin, administer as separate injections. Never mix. It is acceptable to inject VICTOZA and insulin in the same body region but the injections should not be adjacent to each other.

**3    DOSAGE FORMS AND STRENGTHS**

Injection: 18 mg/3 mL (6 mg/mL) clear, colorless solution in a pre-filled, single-patient-use pen that delivers doses of 0.6 mg, 1.2 mg, or 1.8 mg.

**4    CONTRAINDICATIONS**

VICTOZA is contraindicated in patients with a:

- personal or family history of medullary thyroid carcinoma (MTC) or in patients with Multiple Endocrine Neoplasia syndrome type 2 (MEN 2) *[see Warnings and Precautions (5.1)]*.
- serious hypersensitivity reaction to liraglutide or to any of the excipients in VICTOZA. Serious hypersensitivity reactions including anaphylactic reactions and angioedema have been reported with VICTOZA *[see Warnings and Precautions (5.7)]*.

**5    WARNINGS AND PRECAUTIONS**

**5.1    Risk of Thyroid C-cell Tumors**

Liraglutide causes dose-dependent and treatment-duration-dependent thyroid C-cell tumors (adenomas and/or carcinomas) at clinically relevant exposures in both genders of rats and mice *[see Nonclinical Toxicology (13.1)]*. Malignant thyroid C-cell carcinomas were detected in rats and mice. It is unknown whether VICTOZA will cause thyroid C-cell tumors, including medullary thyroid carcinoma (MTC), in humans, as the human relevance of liraglutide-induced rodent thyroid C-cell tumors has not been determined.

Cases of MTC in patients treated with VICTOZA have been reported in the postmarketing period; the data in these reports are insufficient to establish or exclude a causal relationship between MTC and VICTOZA use in humans.

VICTOZA is contraindicated in patients with a personal or family history of MTC or in patients with MEN 2. Counsel patients regarding the potential risk for MTC with the use of VICTOZA and inform them of symptoms of thyroid tumors (e.g., a mass in the neck, dysphagia, dyspnea, persistent hoarseness).

Routine monitoring of serum calcitonin or using thyroid ultrasound is of uncertain value for early detection of MTC in patients treated with VICTOZA. Such monitoring may increase the risk of unnecessary procedures, due to low test specificity for serum calcitonin and a high background incidence of thyroid disease. Significantly elevated serum calcitonin may indicate MTC and patients with MTC usually have calcitonin values >50 ng/L. If

Novo_GLP_MDL_017055544

serum calcitonin is measured and found to be elevated, the patient should be further evaluated. Patients with thyroid nodules noted on physical examination or neck imaging should also be further evaluated.

**5.2    Acute Pancreatitis**
Acute pancreatitis, including fatal and non-fatal hemorrhagic or necrotizing pancreatitis, has been observed in patients treated with glucagon-like peptide-1 (GLP-1) receptor agonists, including VICTOZA *[see Adverse Reactions (6)]*. After initiation of VICTOZA, observe patients carefully for signs and symptoms of pancreatitis (including persistent severe abdominal pain, sometimes radiating to the back and which may or may not be accompanied by vomiting). If pancreatitis is suspected, discontinue VICTOZA and initiate appropriate management.

**5.3    Never Share a VICTOZA Pen Between Patients**
VICTOZA pens must never be shared between patients, even if the needle is changed.  Pen-sharing poses a risk for transmission of blood-borne pathogens.

**5.4    Hypoglycemia**
Adult patients receiving VICTOZA in combination with an insulin secretagogue (e.g., sulfonylurea) or insulin may have an increased risk of hypoglycemia, including severe hypoglycemia. In pediatric patients 10 years of age and older, the risk of hypoglycemia was higher with VICTOZA regardless of insulin and/or metformin use. *[see Adverse Reactions (6.1), Drug Interactions (7.2)]*.

The risk of hypoglycemia may be lowered by a reduction in the dose of sulfonylurea (or other concomitantly administered insulin secretagogues) or insulin. Inform patients using these concomitant medications and pediatric patients of the risk of hypoglycemia and educate them on the signs and symptoms of hypoglycemia.

**5.5    Acute Kidney Injury Due to Volume Depletion**
There have been postmarketing reports of acute kidney injury, in some cases requiring hemodialysis, in patients treated with VICTOZA *[see Adverse Reactions (6.2)]*. The majority of the reported events occurred in patients who experienced gastrointestinal reactions leading to dehydration such as nausea, vomiting, or diarrhea *[see Adverse Reactions (6.1)]*. Monitor renal function in patients reporting adverse reactions to VICTOZA that could lead to volume depletion, especially during dosage initiation and escalation of VICTOZA.*[see Use in Specific Populations (8.6)]*.

**5.6    Severe Gastrointestinal Adverse Reactions**
Use of GLP-1 receptor agonists, including VICTOZA, has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6.1)]*.  In VICTOZA clinical trials, severe gastrointestinal adverse reactions were reported more frequently among patients receiving VICTOZA (1.2 mg 4.4 %, 1.8 mg 4.2 %) than placebo (1.1 %). VICTOZA is not recommended in patients with severe gastroparesis.

**5.7    Hypersensitivity Reactions**
There have been postmarketing reports of serious hypersensitivity reactions (e.g., anaphylactic reactions and angioedema) in patients treated with VICTOZA *[see Adverse Reactions (6.2)]*. If a hypersensitivity reaction occurs, discontinue VICTOZA; treat promptly per standard of care, and monitor until signs and symptoms resolve.

Anaphylaxis and angioedema have been reported with other GLP-1 receptor agonists.  Use caution in a patient with a history of anaphylaxis or angioedema with another GLP-receptor agonist because it is unknown whether such patients will be predisposed to these reactions with VICTOZA. VICTOZA is contraindicated in patients who have had a serious hypersensitivity reaction to liraglutide or any of the excipients in VICTOZA *[see Contraindications (4)]*.

**5.8    Acute Gallbladder Disease**
Acute events of gallbladder disease such as cholelithiasis or cholecystitis have been reported in GLP-1 receptor agonist trials and postmarketing. In the LEADER trial *[see Clinical Studies (14.3)]*, 3.1% of VICTOZA-treated patients versus 1.9% of placebo-treated patients reported an acute event of gallbladder disease, such as cholelithiasis or cholecystitis *[see Adverse Reactions (6.1)]*. If cholelithiasis is suspected, gallbladder studies and appropriate clinical follow-up are indicated.

**5.9    Pulmonary Aspiration During General Anesthesia or Deep Sedation**
VICTOZA delays gastric emptying *[see Clinical Pharmacology (12.2)]*. There have been rare postmarketing reports of pulmonary aspiration in patients receiving GLP-1 receptor agonists undergoing elective surgeries or procedures requiring general anesthesia or deep sedation who had residual gastric contents despite reported adherence to preoperative fasting recommendations.

Available data are insufficient to inform recommendations to mitigate the risk of pulmonary aspiration during general anesthesia or deep sedation in patients taking VICTOZA, including whether modifying preoperative fasting recommendations or temporarily discontinuing VICTOZA could reduce the incidence of retained gastric contents. Instruct patients to inform healthcare providers prior to any planned surgeries or procedures if they are taking VICTOZA.

**6    ADVERSE REACTIONS**
The following serious adverse reactions are described below or elsewhere in the prescribing information:

- Risk of Thyroid C-cell Tumors *[see Warnings and Precautions (5.1)]*
- Acute Pancreatitis *[see Warnings and Precautions (5.2)]*
- Hypoglycemia *[see Warnings and Precautions (5.4)]*
- Acute Kidney Injury Due to Volume Depletion *[see Warnings and Precautions (5.5)]*
- Severe Gastrointestinal Adverse Reactions *[see Warnings and Precautions (5.6)]*
- Hypersensitivity Reactions *[see Warnings and Precautions (5.6)]*
- Acute Gallbladder Disease *[see Warnings and Precautions (5.8)]*
- Pulmonary Aspiration During General Anesthesia or Deep Sedation *[see Warnings and Precautions (5.9)]*

**6.1    Clinical Trials Experience**
Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in practice.

Common Adverse Reactions
The safety of VICTOZA in patients with type 2 diabetes mellitus was evaluated in 5 glycemic control, placebo-controlled trials in adults and one trial of 52 weeks duration in pediatric patients 10 years of age and older *[see Clinical Studies (14.1)]*. The data in Table 1 reflect exposure of 1,673 adult patients to VICTOZA and a mean duration of exposure to VICTOZA of 37.3 weeks. The mean age of adult patients was 58 years, 4% were 75 years or older and 54% were male. The population was 79% White, 6% Black or African American, 13% Asian; 4% were of Hispanic or Latino ethnicity. At baseline the population had diabetes for an average of 9 years and a mean $HbA_{1c}$ of 8.4%. Baseline estimated renal function was normal or mildly impaired in 88% and moderately impaired in 12% of the pooled population.

Table 1 shows common adverse reactions in adults, excluding hypoglycemia, associated with the use of VICTOZA for the treatment of type 2 diabetes mellitus. These adverse reactions occurred more commonly on VICTOZA than on placebo and occurred in at least 5% of patients treated with VICTOZA. Overall, the type,

Novo_GLP_MDL_017055546

and severity of adverse reactions in pediatric patients 10 years of age and older and above were comparable to that observed in the adult population.

**Table 1 Adverse reactions reported in ≥ 5% of Adult Patients Treated with VICTOZA for Type 2 Diabetes Mellitus**

| | Placebo N=661 | Liraglutide 1.2 mg N= 645 | Liraglutide 1.8 mg N= 1024 |
|---|---|---|---|
| **Adverse Reaction** | (%) | (%) | (%) |
| Nausea | 5 | 18 | 20 |
| Diarrhea | 4 | 10 | 12 |
| Headache | 7 | 11 | 10 |
| Nasopharyngitis | 8 | 9 | 10 |
| Vomiting | 2 | 6 | 9 |
| Decreased appetite | 1 | 10 | 9 |
| Dyspepsia | 1 | 4 | 7 |
| Upper Respiratory Tract Infection | 6 | 7 | 6 |
| Constipation | 1 | 5 | 5 |
| Back Pain | 3 | 4 | 5 |

Cumulative proportions were calculated combining studies using Cochran-Mantel-Haenszel weights.

In an analysis of placebo- and active-controlled trials, the types and frequency of common adverse reactions, excluding hypoglycemia, were similar to those listed in Table 1.

Other Adverse Reactions

*Gastrointestinal Adverse Reactions*
In the pool of 5 glycemic control, placebo-controlled adult clinical trials, withdrawals due to gastrointestinal adverse reactions, occurred in 4.3% of VICTOZA-treated patients and 0.5% of placebo-treated patients. Severe gastrointestinal adverse reactions were reported more frequently among patients receiving VICTOZA (1.2 mg 4.4 %, 1.8 mg 4.2 %) than placebo (1.1 %). Withdrawal due to gastrointestinal adverse events mainly occurred during the first 2-3 months of the trials.

> **Commented [A3]:** FDA to Applicant: Revision for consistency with updates to the Warning and Precaution in Section 5.6

*Injection site reactions*
Injection site reactions (e.g., injection site rash, erythema) were reported in approximately 2% of VICTOZA-treated adult patients in the five double-blind, glycemic control trials of at least 26 weeks duration. Less than 0.2% of VICTOZA-treated patients discontinued due to injection site reactions.

*Hypoglycemia*
In 5 adult glycemic control, placebo-controlled clinical trials of at least 26 weeks duration, hypoglycemia requiring the assistance of another person for treatment occurred in 8 VICTOZA-treated patients (7.5 events per 1000 patient-years). Of these 8 VICTOZA-treated patients, 7 patients were concomitantly using a sulfonylurea.

**Table 2 Adult Incidence (%) and Rate (episodes/patient year) of Hypoglycemia in 26-Week Combination Therapy Placebo- controlled Trials**

| | **Placebo Comparator** | **VICTOZA Treatment** |
|---|---|---|
| **Add-on to Metformin** | **Placebo + Metformin** (N = 121) | **VICTOZA + Metformin** (N = 724) |
| Patient not able to self-treat | 0 | 0.1 (0.001) |
| Patient able to self-treat | 2.5 (0.06) | 3.6 (0.05) |
| **Add-on to Glimepiride** | **Placebo + Glimepiride** (N = 114) | **VICTOZA + Glimepiride** (N = 695) |
| Patient not able to self-treat | 0 | 0.1 (0.003) |
| Patient able to self-treat | 2.6 (0.17) | 7.5 (0.38) |
| Not classified | 0 | 0.9 (0.05) |

Novo_GLP_MDL_017055547

| Add-on to Metformin + Rosiglitazone | Placebo + Metformin + Rosiglitazone (N = 175) | VICTOZA + Metformin + Rosiglitazone (N = 355) |
|---|---|---|
| Patient not able to self-treat | 0 | 0 |
| Patient able to self-treat | 4.6 (0.15) | 7.9 (0.49) |
| Not classified | 1.1 (0.03) | 0.6 (0.01) |
| **Add-on to Metformin + Glimepiride** | **Placebo + Metformin + Glimepiride (N = 114)** | **VICTOZA + Metformin + Glimepiride (N = 230)** |
| Patient not able to self-treat | 0 | 2.2 (0.06) |
| Patient able to self-treat | 16.7 (0.95) | 27.4 (1.16) |
| Not classified | 0 | 0 |

"Patient not able to self-treat" is defined as an event requiring the assistance of another person for treatment.

In a 26-week placebo-controlled clinical trial in pediatric patients 10 years of age and older with a 26-week open-label extension, 21.2% of VICTOZA-treated patients (mean age 14.6 years) with type 2 diabetes mellitus, had hypoglycemia with a blood glucose <54 mg/dL with or without symptoms (335 events per 1000 patient years). No severe hypoglycemic episodes occurred in the VICTOZA treatment group (severe hypoglycemia was defined as an episode requiring assistance of another person to actively administer carbohydrate, glucagon, or other resuscitative actions).

*Papillary thyroid carcinoma*
In adult glycemic control trials of VICTOZA, there were 7 reported cases of papillary thyroid carcinoma in patients treated with VICTOZA and 1 case in a comparator-treated patient (1.5 vs. 0.5 cases per 1000 patient-years). Most of these papillary thyroid carcinomas were <1 cm in greatest diameter and were diagnosed in surgical pathology specimens after thyroidectomy prompted by findings on protocol-specified screening with serum calcitonin or thyroid ultrasound.

*Pancreatitis*
In glycemic control trials of VICTOZA, there have been 13 cases of pancreatitis among VICTOZA-treated patients and 1 case in a comparator (glimepiride) treated patient (2.7 vs. 0.5 cases per 1000 patient-years). Nine of the 13 cases with VICTOZA were reported as acute pancreatitis and four were reported as chronic pancreatitis. In one case in a VICTOZA-treated patient, pancreatitis, with necrosis, was observed and led to death; however clinical causality could not be established. Some patients had other risk factors for pancreatitis, such as a history of cholelithiasis or alcohol abuse.

*Cholelithiasis and cholecystitis*
In adult glycemic control trials of VICTOZA, the incidence of cholelithiasis was 0.3% in both VICTOZA-treated and placebo-treated patients. The incidence of cholecystitis was 0.2% in both VICTOZA-treated and placebo-treated patients.

In the LEADER trial *[see Clinical Studies (14.3)]*, the incidence of cholelithiasis was 1.5% (3.9 cases per 1000 patient years of observation) in adult VICTOZA-treated and 1.1% (2.8 cases per 1000 patient years of observation) in placebo-treated patients, both on a background of standard of care. The incidence of acute cholecystitis was 1.1% (2.9 cases per 1000 patient years of observation) in adult VICTOZA-treated and 0.7% (1.9 cases per 1000 patient years of observation) in placebo-treated patients. The majority of events required hospitalization or cholecystectomy.

<u>Laboratory Tests</u>
*Bilirubin*

Novo_GLP_MDL_017055548

In the five adult glycemic control trials of at least 26 weeks duration, mildly elevated serum bilirubin concentrations (elevations to no more than twice the upper limit of the reference range) occurred in 4.0% of VICTOZA-treated patients, 2.1% of placebo-treated patients and 3.5% of active-comparator-treated patients. This finding was not accompanied by abnormalities in other liver tests.  The significance of this isolated finding is unknown.

*Calcitonin*
Calcitonin, a biological marker of MTC, was measured throughout the clinical development program. At the end of the adult glycemic control trials, adjusted mean serum calcitonin concentrations were higher in VICTOZA-treated patients compared to placebo-treated patients but not compared to patients receiving active comparator. Between group differences in adjusted mean serum calcitonin values were approximately 0.1 ng/L or less. Among adult patients with pretreatment calcitonin <20 ng/L, calcitonin elevations to >20 ng/L occurred in 0.7% of VICTOZA-treated patients, 0.3% of placebo-treated patients, and 0.5% of active-comparator-treated patients. The clinical significance of these findings is unknown.

*Lipase and Amylase*
In one adult glycemic control trial in renal impairment patients, a mean increase of 33% for lipase and 15% for amylase from baseline was observed for VICTOZA-treated patients while placebo-treated patients had a mean decrease in lipase of 3% and a mean increase in amylase of 1%.

In the LEADER trial, serum lipase and amylase were routinely measured. Among adult VICTOZA-treated patients, 7.9% had a lipase value at any time during treatment of greater than or equal to 3 times the upper limit of normal compared with 4.5% of placebo-treated patients, and 1% of VICTOZA-treated patients had an amylase value at any time during treatment of greater than or equal to 3 times the upper limit of normal versus 0.7% of placebo-treated patients.

The clinical significance of elevations in lipase or amylase with VICTOZA is unknown in the absence of other signs and symptoms of pancreatitis *[see Warnings and Precautions (5.2)]*.

Vital signs
VICTOZA did not have adverse effects on blood pressure. Mean increases from baseline in heart rate of 2 to 3 beats per minute have been observed in adult patients treated with VICTOZA compared to placebo.

**6.2    Postmarketing Experience**
The following additional adverse reactions have been reported during post-approval use of VICTOZA. Because these events are reported voluntarily from a population of uncertain size, it is generally not possible to reliably estimate their frequency or establish a causal relationship to drug exposure.

- *Gastrointestinal:* Acute pancreatitis; hemorrhagic and necrotizing pancreatitis sometimes resulting in death; ileus, nausea, vomiting and diarrhea leading to dehydration
- *Hepatobiliary:* Elevations of liver enzymes, hyperbilirubinemia, cholestasis, cholecystitis, cholelithiasis requiring cholecystectomy, hepatitis
- *Hypersensitivity:* Angioedema, anaphylactic reactions, pruritus
- *Neoplasms:* Medullary thyroid carcinoma
- *Neurologic:* Dysgeusia, dizziness, dysesthesia
- *Pulmonary:* Pulmonary aspiration has occurred in patients receiving GLP-1 receptor agonists undergoing elective surgeries or procedures requiring general anesthesia or deep sedation.
- *Renal:* Acute renal failure or worsening of chronic renal failure, sometimes requiring hemodialysis; and increased serum creatinine
- *Skin and subcutaneous tissue:* Cutaneous amyloidosis, alopecia

Novo_GLP_MDL_017055549

**7    DRUG INTERACTIONS**
**7.1    Effects of Delayed Gastric Emptying on Oral Medications**
VICTOZA causes a delay of gastric emptying, and thereby has the potential to impact the absorption of concomitantly administered oral medications.  In clinical pharmacology trials, VICTOZA did not affect the absorption of the tested orally administered medications to any clinically relevant degree *[see Clinical Pharmacology (12.3)]*.  Nonetheless, caution should be exercised when oral medications are concomitantly administered with VICTOZA.

**7.2    Concomitant Use with an Insulin Secretagogue (e.g., Sulfonylurea) or with Insulin**
VICTOZA stimulates insulin release in the presence of elevated blood glucose concentrations. Patients receiving VICTOZA in combination with an insulin secretagogue (e.g., sulfonylurea) or insulin may have an increased risk of hypoglycemia, including severe hypoglycemia. When initiating VICTOZA, consider reducing the dose of concomitantly administered insulin secretagogues (such as sulfonylureas) or insulin to reduce the risk of hypoglycemia *[see Warnings and Precautions (5.4) and Adverse Reactions (6.1)]*.

**8    USE IN SPECIFIC POPULATIONS**
**8.1    Pregnancy**
Risk Summary
Based on animal reproduction studies, there may be risks to the fetus from exposure to VICTOZA during pregnancy. VICTOZA should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

Animal reproduction studies identified increased adverse developmental outcomes from exposure during pregnancy. Liraglutide exposure was associated with early embryonic deaths and an imbalance in some fetal abnormalities in pregnant rats administered liraglutide during organogenesis at doses that approximate clinical exposures at the maximum recommended human dose (MRHD) of 1.8 mg/day. In pregnant rabbits administered liraglutide during organogenesis, decreased fetal weight and an increased incidence of major fetal abnormalities were seen at exposures below the human exposures at the MRHD *[see Animal Data]*.

The estimated background risk of major birth defects for women with uncontrolled pre-gestational diabetes (Hemoglobin $A_{1C} >7$) is 6 to 10%.  The major birth defect rate has been reported to be as high as 20 to 25% in women with a Hemoglobin $A_{1C} >10$. In the U.S. general population, the estimated background risk of major birth defects and miscarriage in clinically recognized pregnancies is 2-4% and 15-20%, respectively.

Clinical Considerations
*Disease-associated maternal and/or embryo/fetal risk*
Poorly controlled diabetes in pregnancy increases the maternal risk for diabetic ketoacidosis, pre-eclampsia, spontaneous abortions, preterm delivery, and delivery complications. Poorly controlled diabetes increases the fetal risk for major birth defects, still birth, and macrosomia related morbidity.

Animal Data
Female rats given subcutaneous doses of 0.1, 0.25 and 1.0 mg/kg/day liraglutide beginning 2 weeks before mating through gestation day 17 had estimated systemic exposures 0.8-, 3-, and 11-times the human exposure at the MRHD based on plasma AUC comparison.  The number of early embryonic deaths in the 1 mg/kg/day group increased slightly.  Fetal abnormalities and variations in kidneys and blood vessels, irregular ossification of the skull, and a more complete state of ossification occurred at all doses.  Mottled liver and minimally kinked ribs occurred at the highest dose.  The incidence of fetal malformations in liraglutide-treated groups exceeding concurrent and historical controls were misshapen oropharynx and/or narrowed opening into larynx at 0.1 mg/kg/day and umbilical hernia at 0.1 and 0.25 mg/kg/day.

Novo_GLP_MDL_017055550

Pregnant rabbits given subcutaneous doses of 0.01, 0.025 and 0.05 mg/kg/day liraglutide from gestation day 6 through day 18 inclusive, had estimated systemic exposures less than the human exposure at the MRHD of 1.8 mg/day at all doses, based on plasma AUC. Liraglutide decreased fetal weight and dose-dependently increased the incidence of total major fetal abnormalities at all doses. The incidence of malformations exceeded concurrent and historical controls at 0.01 mg/kg/day (kidneys, scapula), $\geq$ 0.01 mg/kg/day (eyes, forelimb), 0.025 mg/kg/day (brain, tail and sacral vertebrae, major blood vessels and heart, umbilicus), $\geq$ 0.025 mg/kg/day (sternum) and at 0.05 mg/kg/day (parietal bones, major blood vessels). Irregular ossification and/or skeletal abnormalities occurred in the skull and jaw, vertebrae and ribs, sternum, pelvis, tail, and scapula; and dose-dependent minor skeletal variations were observed. Visceral abnormalities occurred in blood vessels, lung, liver, and esophagus. Bilobed or bifurcated gallbladder was seen in all treatment groups, but not in the control group.

In pregnant female rats given subcutaneous doses of 0.1, 0.25 and 1.0 mg/kg/day liraglutide from gestation day 6 through weaning or termination of nursing on lactation day 24, estimated systemic exposures were 0.8-, 3-, and 11-times human exposure at the MRHD of 1.8 mg/day, based on plasma AUC. A slight delay in parturition was observed in the majority of treated rats. Group mean body weight of neonatal rats from liraglutide-treated dams was lower than neonatal rats from control group dams. Bloody scabs and agitated behavior occurred in male rats descended from dams treated with 1 mg/kg/day liraglutide. Group mean body weight from birth to postpartum day 14 trended lower in $F_2$ generation rats descended from liraglutide-treated rats compared to $F_2$ generation rats descended from controls, but differences did not reach statistical significance for any group.

**8.2     Lactation**
Risk Summary
There are no data on the presence of VICTOZA in human milk, the effects on the breastfed infant, or the effects on milk production. Liraglutide was present in milk of lactating rats *[see Data]*.

Developmental and health benefits of breastfeeding should be considered along with the mother's clinical need for VICTOZA and any potential adverse effects on the breastfed infant from VICTOZA or from the underlying maternal condition.

Data
In lactating rats, liraglutide was present unchanged in milk at concentrations approximately 50% of maternal plasma concentrations.

**8.4     Pediatric Use**
The safety and effectiveness of VICTOZA as an adjunct to diet and exercise to improve glycemic control in type 2 diabetes mellitus have been established in pediatric patients 10 years of age and older. Use of VICTOZA for this indication is supported by a 26-week placebo-controlled clinical trial and a 26-week open-label extension in 134 pediatric patients 10 to 17 years of age with type 2 diabetes mellitus, a pediatric pharmacokinetic study, and studies in adults with type 2 diabetes mellitus *[see Clinical Pharmacology (12.3) and Clinical Studies (14.1,14.2)]*. The risk of hypoglycemia was higher with VICTOZA in pediatric patients regardless of insulin and/or metformin use *[see Adverse Reactions (6.1)]*.

The safety and effectiveness of VICTOZA have not been established in pediatric patients less than 10 years of age.

**8.5     Geriatric Use**
In the VICTOZA treatment arms of the glycemic control trials, a total of 832 (19.3%) of the patients were 65 to 74 years of age and 145 (3.4%) were 75 years of age and over *[see Clinical Studies (14.1)]*. In the VICTOZA

Novo_GLP_MDL_017055551

treatment arm of the LEADER trial *[see Clinical Studies (14.3)]*, a total of 1738 (37.2%) patients were 65 to 74 years of age, 401 (8.6%) were 75 to 84 years of age, and 17 (0.4%) were 85 years of age or older at baseline.

No overall differences in safety or effectiveness for VICTOZA have been observed between patients 65 years of age and older and younger patients.

### 8.6    Renal Impairment

No dose adjustment of VICTOZA is recommended for patients with renal impairment *[see Clinical Pharmacology (12.3)]*. The safety and efficacy of VICTOZA was evaluated in a 26-week clinical study that included patients with moderate renal impairment (eGFR 30 to 60 mL/min/1.73m$^2$) *[see Clinical Studies (14.1)]*.

In the VICTOZA treatment arm of the LEADER trial *[see Clinical Studies (14.3)]*, 1,932 (41.4%) patients had mild renal impairment, 999 (21.4%) patients had moderate renal impairment and 117 (2.5%) patients had severe renal impairment at baseline.  No overall differences in safety or efficacy were seen in these patients compared to patients with normal renal function.

There is limited experience with VICTOZA in patients with end stage renal disease.

### 8.7    Hepatic Impairment

There is limited experience in patients with mild, moderate or severe hepatic impairment. Therefore, VICTOZA should be used with caution in this patient population.  No dose adjustment of VICTOZA is recommended for patients with hepatic impairment *[see Clinical Pharmacology (12.3)]*.

### 10    OVERDOSAGE

Overdoses have been reported in clinical trials and post-marketing use of VICTOZA.  Observed effects have included severe nausea, severe vomiting, and severe hypoglycemia.  In the event of overdosage, consider contacting the Poison Help line (1-800-222-1222) or a medical toxicologist for additional overdosage management recommendations.  Initiate appropriate supportive treatment according to the patient's clinical signs and symptoms.

### 11    DESCRIPTION

VICTOZA contains liraglutide, an analog of human GLP-1 and acts as a GLP-1 receptor agonist.  The peptide precursor of liraglutide, produced by a process that includes expression of recombinant DNA in *Saccharomyces cerevisiae,* has been engineered to be 97% homologous to native human GLP-1 by substituting arginine for lysine at position 34.  Liraglutide is made by attaching a C-16 fatty acid (palmitic acid) with a glutamic acid spacer on the remaining lysine residue at position 26 of the peptide precursor.  The molecular formula of liraglutide is $C_{172}H_{265}N_{43}O_{51}$ and the molecular weight is 3751.2 Daltons.  The structural formula (Figure 1) is:



**Figure 1 Structural Formula of liraglutide**

Novo_GLP_MDL_017055552

VICTOZA injection is a sterile, aqueous, clear, colorless or almost colorless solution for subcutaneous use. Each 1 mL of VICTOZA solution contains 6 mg of liraglutide and the following inactive ingredients: disodium phosphate dihydrate, 1.42 mg; propylene glycol, 14 mg; phenol, 5.5 mg; and water for injection. VICTOZA has a pH of approximately 8.15, hydrochloric acid or sodium hydroxide may be added to adjust pH. Each pre-filled pen contains a 3 mL solution of VICTOZA equivalent to 18 mg liraglutide (free-base, anhydrous).

## 12    CLINICAL PHARMACOLOGY
### 12.1    Mechanism of Action
Liraglutide is an acylated human GLP-1 receptor agonist with 97% amino acid sequence homology to endogenous human GLP-1(7-37). GLP-1(7-37) represents <20% of total circulating endogenous GLP-1. Like GLP-1(7-37), liraglutide activates the GLP-1 receptor, a membrane-bound cell-surface receptor coupled to adenylyl cyclase by the stimulatory G-protein, Gs, in pancreatic beta cells. Liraglutide increases intracellular cyclic AMP (cAMP) leading to insulin release in the presence of elevated glucose concentrations. This insulin secretion subsides as blood glucose concentrations decrease and approach euglycemia. Liraglutide also decreases glucagon secretion in a glucose-dependent manner. The mechanism of blood glucose lowering also involves a delay in gastric emptying.

GLP-1(7-37) has a half-life of 1.5-2 minutes due to degradation by the ubiquitous endogenous enzymes, dipeptidyl peptidase 4 (DPP-4) and neutral endopeptidases (NEP). Unlike native GLP-1, liraglutide is stable against metabolic degradation by both peptidases and has a plasma half-life of 13 hours after subcutaneous administration. The pharmacokinetic profile of liraglutide, which makes it suitable for once daily administration, is a result of self-association that delays absorption, plasma protein binding and stability against metabolic degradation by DPP-4 and NEP.

### 12.2    Pharmacodynamics
VICTOZA's pharmacodynamic profile is consistent with its pharmacokinetic profile observed after single subcutaneous administration as VICTOZA lowered fasting, premeal and postprandial glucose throughout the day *[see Clinical Pharmacology (12.3)]*.

Fasting and postprandial glucose was measured before and up to 5 hours after a standardized meal after treatment to steady state with 0.6, 1.2 and 1.8 mg VICTOZA or placebo. Compared to placebo, the postprandial plasma glucose $AUC_{0-300min}$ was 35% lower after VICTOZA 1.2 mg and 38% lower after VICTOZA 1.8 mg.

*Glucose-dependent insulin secretion*
The effect of a single dose of 7.5 mcg/kg (~ 0.7 mg) VICTOZA on insulin secretion rates (ISR) was investigated in 10 patients with type 2 diabetes mellitus during graded glucose infusion. In these patients, on average, the ISR response was increased in a glucose-dependent manner (Figure 2).

Novo_GLP_MDL_017055553



**Figure 2 Mean Insulin Secretion Rate (ISR) versus Glucose Concentration Following Single-Dose VICTOZA 7.5 mcg/kg (~ 0.7 mg) or Placebo in Patients with Type 2 Diabetes Mellitus (N=10) During Graded Glucose Infusion**

*Glucagon secretion*
VICTOZA lowered blood glucose by stimulating insulin secretion and lowering glucagon secretion. A single dose of VICTOZA 7.5 mcg/kg (~ 0.7 mg) did not impair glucagon response to low glucose concentrations.

*Gastric emptying*
VICTOZA causes a delay of gastric emptying, thereby reducing the rate at which postprandial glucose appears in the circulation.

*Cardiac Electrophysiology (QTc)*
The effect of VICTOZA on cardiac repolarization was tested in a QTc study. VICTOZA at steady state concentrations with daily doses up to 1.8 mg did not produce QTc prolongation.

## 12.3 Pharmacokinetics
Absorption
Following subcutaneous administration, maximum concentrations of liraglutide are achieved at 8-12 hours post dosing. The mean peak ($C_{max}$) and total (AUC) exposures of liraglutide were 35 ng/mL and 960 ng·h/mL, respectively, for a subcutaneous single dose of 0.6 mg. After subcutaneous single dose administrations, $C_{max}$ and AUC of liraglutide increased proportionally over the therapeutic dose range of 0.6 mg to 1.8 mg. At 1.8 mg VICTOZA, the average steady state concentration of liraglutide over 24 hours was approximately 128 ng/mL. $AUC_{0-\infty}$ was equivalent between upper arm and abdomen, and between upper arm and thigh. $AUC_{0-\infty}$ from thigh was 22% lower than that from abdomen. However, liraglutide exposures were considered comparable among these three subcutaneous injection sites. Absolute bioavailability of liraglutide following subcutaneous administration is approximately 55%.

Distribution
The mean apparent volume of distribution after subcutaneous administration of VICTOZA 0.6 mg is approximately 13 L. The mean volume of distribution after intravenous administration of VICTOZA is 0.07 L/kg. Liraglutide is extensively bound to plasma protein (>98%).

Confidential

Elimination
The mean apparent clearance following subcutaneous administration of a single dose of liraglutide is approximately 1.2 L/h with an elimination half-life of approximately 13 hours.

*Metabolism*
During the initial 24 hours following administration of a single [$^3$H]-liraglutide dose to healthy subjects, the major component in plasma was intact liraglutide. Liraglutide is endogenously metabolized in a similar manner to large proteins without a specific organ as a major route of elimination.

*Excretion*
Following a [$^3$H]-liraglutide dose, intact liraglutide was not detected in urine or feces. Only a minor part of the administered radioactivity was excreted as liraglutide-related metabolites in urine or feces (6% and 5%, respectively). The majority of urine and feces radioactivity was excreted during the first 6-8 days.

Specific Populations
*Geriatric Patients*
Age had no effect on the pharmacokinetics of VICTOZA based on a pharmacokinetic study in healthy elderly subjects (65 to 83 years) and population pharmacokinetic analyses of patients 18 to 80 years of age *[see Use in Specific Populations (8.5)]*.

*Pediatric Patients*
A population pharmacokinetic analysis was conducted for VICTOZA using data from 72 pediatric patients (10 to 17 years of age) with type 2 diabetes mellitus. The pharmacokinetic profile of VICTOZA in the pediatric patients was consistent with that in adults.

*Male and Female Patients*
Based on the results of population pharmacokinetic analyses, females have 25% lower weight-adjusted clearance of VICTOZA compared to males.

*Race or Ethnic Groups*
Race and ethnicity had no effect on the pharmacokinetics of VICTOZA based on the results of population pharmacokinetic analyses that included White, Black or African American, Asian and Hispanic or Latino/Non-Hispanic or Latino subjects.

*Body Weight*
Body weight significantly affects the pharmacokinetics of VICTOZA based on results of population pharmacokinetic analyses. The exposure of liraglutide decreases with an increase in baseline body weight. However, the 1.2 mg and 1.8 mg daily doses of VICTOZA provided adequate systemic exposures over the body weight range of 40 – 160 kg evaluated in the clinical trials. Liraglutide was not studied in patients with body weight >160 kg.

*Patients with Renal Impairment*
The single-dose pharmacokinetics of VICTOZA were evaluated in patients with varying degrees of renal impairment. Patients with mild (estimated creatinine clearance 50-80 mL/min) to severe (estimated creatinine clearance <30 mL/min) renal impairment and subjects with end-stage renal disease requiring dialysis were included in the trial. Compared to healthy subjects, liraglutide AUC in mild, moderate, and severe renal impairment and in end-stage renal disease was on average 35%, 19%, 29% and 30% lower, respectively *[see Use in Specific Populations (8.6)]*.

*Patients with Hepatic Impairment*
The single-dose pharmacokinetics of VICTOZA were evaluated in patients with varying degrees of hepatic impairment. Patients with mild (Child Pugh score 5-6) to severe (Child Pugh score > 9) hepatic impairment were included in the trial. Compared to healthy subjects, liraglutide AUC in patients with mild, moderate and

Novo_GLP_MDL_017055555

severe hepatic impairment was on average 11%, 14% and 42% lower, respectively *[see Use in Specific Populations (8.7)]*.

Drug Interaction Studies

*In vitro assessment of drug-drug interactions*
VICTOZA has low potential for pharmacokinetic drug-drug interactions related to cytochrome P450 (CYP) and plasma protein binding.

*In vivo assessment of drug-drug interactions*
The drug-drug interaction studies were performed at steady state with VICTOZA 1.8 mg/day. Before administration of concomitant treatment, subjects underwent a 0.6 mg weekly dose increase to reach the maximum dose of 1.8 mg/day. Administration of the interacting drugs was timed so that $C_{max}$ of VICTOZA (8-12 h) would coincide with the absorption peak of the co-administered drugs.

*Digoxin*
A single dose of digoxin 1 mg was administered 7 hours after the dose of VICTOZA at steady state. The concomitant administration with VICTOZA resulted in a reduction of digoxin AUC by 16%; $C_{max}$ decreased by 31%. Digoxin median time to maximal concentration ($T_{max}$) was delayed from 1 h to 1.5 h.

*Lisinopril*
A single dose of lisinopril 20 mg was administered 5 minutes after the dose of VICTOZA at steady state. The co-administration with VICTOZA resulted in a reduction of lisinopril AUC by 15%; $C_{max}$ decreased by 27%. Lisinopril median $T_{max}$ was delayed from 6 h to 8 h with VICTOZA.

*Atorvastatin*
VICTOZA did not change the overall exposure (AUC) of atorvastatin following a single dose of atorvastatin 40 mg, administered 5 hours after the dose of VICTOZA at steady state. Atorvastatin $C_{max}$ was decreased by 38% and median $T_{max}$ was delayed from 1 h to 3 h with VICTOZA.

*Acetaminophen*
VICTOZA did not change the overall exposure (AUC) of acetaminophen following a single dose of acetaminophen 1000 mg, administered 8 hours after the dose of VICTOZA at steady state. Acetaminophen $C_{max}$ was decreased by 31% and median $T_{max}$ was delayed up to 15 minutes.

*Griseofulvin*
VICTOZA did not change the overall exposure (AUC) of griseofulvin following co-administration of a single dose of griseofulvin 500 mg with VICTOZA at steady state. Griseofulvin $C_{max}$ increased by 37% while median $T_{max}$ did not change.

*Oral Contraceptives*
A single dose of an oral contraceptive combination product containing 0.03 mg ethinylestradiol and 0.15 mg levonorgestrel was administered under fed conditions and 7 hours after the dose of VICTOZA at steady state. VICTOZA lowered ethinylestradiol and levonorgestrel $C_{max}$ by 12% and 13%, respectively. There was no effect of VICTOZA on the overall exposure (AUC) of ethinylestradiol. VICTOZA increased the levonorgestrel $AUC_{0-\infty}$ by 18%. VICTOZA delayed $T_{max}$ for both ethinylestradiol and levonorgestrel by 1.5 h.

*Insulin Detemir*
No pharmacokinetic interaction was observed between VICTOZA and insulin detemir when separate subcutaneous injections of insulin detemir 0.5 Unit/kg (single-dose) and VICTOZA 1.8 mg (steady state) were administered in patients with type 2 diabetes mellitus.

Novo_GLP_MDL_017055556

## 12.6    Immunogenicity

The observed incidence of anti-drug antibodies is highly dependent on the sensitivity and specificity of the assay. Differences in assay methods preclude meaningful comparisons of the incidence of anti-drug antibodies in the studies described below with the incidence of anti-drug antibodies in other studies, including those with VICTOZA or other liraglutide products.

A subset of VICTOZA-treated patients (1104 of 2501, 44%) in five adult double-blind clinical trials of 26 weeks duration or longer were tested for the presence of anti-liraglutide antibodies at the end of treatment *[see Clinical Studies (14.1)]* and 102/1104 (9%) of VICTOZA-treated patients developed anti-liraglutide antibodies. Of these 102 VICTOZA-treated patients, 56 (5%) patients developed antibodies that cross-reacted with native GLP-1. These cross-reacting antibodies were not tested for neutralizing effect against native GLP-1, and thus the potential for clinically significant neutralization of native GLP-1 was not assessed. Antibodies that had a neutralizing effect on liraglutide in an in vitro assay occurred in 12 (1%) of the VICTOZA-treated patients. There was no identified clinically significant effect of anti-liraglutide antibodies on effectiveness of VICTOZA.

In five double-blind adult glycemic control trials of VICTOZA, events from a composite of adverse events potentially related to immunogenicity (e.g., urticaria, angioedema) occurred among 0.8% of VICTOZA-treated patients and among 0.4% of comparator-treated patients. Urticaria accounted for approximately one-half of the events in this composite for VICTOZA-treated patients. Patients who developed anti-liraglutide antibodies were not more likely to develop events from the immunogenicity events composite than were patients who did not develop anti-liraglutide antibodies.

In the LEADER trial *[see Clinical Studies (14.3)]*, anti-liraglutide antibodies were detected in 11 out of the 1247 (0.9%) adult VICTOZA-treated patients with antibody measurements. Of the 11 adult VICTOZA-treated patients who developed anti-liraglutide antibodies, none were observed to develop neutralizing antibodies to liraglutide, and 5 patients (0.4%) developed cross-reacting antibodies against native GLP-1.

In a clinical trial with pediatric patients aged 10 years and older *[see Clinical Studies (14.2)]*, anti-liraglutide antibodies were detected in 1 (2%) VICTOZA treated patient at week 26 and 5 (9%) VICTOZA treated patients at week 53. None of the 5 patients had antibodies cross reactive to native GLP-1 or had neutralizing antibodies.

## 13    NONCLINICAL TOXICOLOGY

### 13.1    Carcinogenesis, Mutagenesis, Impairment of Fertility

A 104-week carcinogenicity study was conducted in male and female CD-1 mice at doses of 0.03, 0.2, 1.0, and 3.0 mg/kg/day liraglutide administered by bolus subcutaneous injection yielding systemic exposures 0.2-, 2-, 10- and 45-times the human exposure, respectively, at the MRHD of 1.8 mg/day based on plasma AUC comparison. A dose-related increase in benign thyroid C-cell adenomas was seen in the 1.0 and the 3.0 mg/kg/day groups with incidences of 13% and 19% in males and 6% and 20% in females, respectively. C-cell adenomas did not occur in control groups or 0.03 and 0.2 mg/kg/day groups. Treatment-related malignant C-cell carcinomas occurred in 3% of females in the 3.0 mg/kg/day group. Thyroid C-cell tumors are rare findings during carcinogenicity testing in mice. A treatment-related increase in fibrosarcomas was seen on the dorsal skin and subcutis, the body surface used for drug injection, in males in the 3 mg/kg/day group. These fibrosarcomas were attributed to the high local concentration of drug near the injection site. The liraglutide concentration in the clinical formulation (6 mg/mL) is 10-times higher than the concentration in the formulation used to administer 3 mg/kg/day liraglutide to mice in the carcinogenicity study (0.6 mg/mL).

A 104-week carcinogenicity study was conducted in male and female Sprague Dawley rats at doses of 0.075, 0.25 and 0.75 mg/kg/day liraglutide administered by bolus subcutaneous injection with exposures 0.5-, 2- and 8-times the human exposure, respectively, resulting from the MRHD based on plasma AUC comparison. A treatment-related increase in benign thyroid C-cell adenomas was seen in males in 0.25 and 0.75 mg/kg/day

Novo_GLP_MDL_017055557

liraglutide groups with incidences of 12%, 16%, 42%, and 46% and in all female liraglutide-treated groups with incidences of 10%, 27%, 33%, and 56% in 0 (control), 0.075, 0.25, and 0.75 mg/kg/day groups, respectively. A treatment-related increase in malignant thyroid C-cell carcinomas was observed in all male liraglutide-treated groups with incidences of 2%, 8%, 6%, and 14% and in females at 0.25 and 0.75 mg/kg/day with incidences of 0%, 0%, 4%, and 6% in 0 (control), 0.075, 0.25, and 0.75 mg/kg/day groups, respectively. Thyroid C-cell carcinomas are rare findings during carcinogenicity testing in rats.

Studies in mice demonstrated that liraglutide-induced C-cell proliferation was dependent on the GLP-1 receptor and that liraglutide did not cause activation of the REarranged during Transfection (RET) proto-oncogene in thyroid C-cells.

Human relevance of thyroid C-cell tumors in mice and rats is unknown and has not been determined by clinical studies or nonclinical studies *[see Boxed Warning and Warnings and Precautions (5.1)]*.

Liraglutide was negative with and without metabolic activation in the Ames test for mutagenicity and in a human peripheral blood lymphocyte chromosome aberration test for clastogenicity. Liraglutide was negative in repeat-dose *in vivo* micronucleus tests in rats.

In rat fertility studies using subcutaneous doses of 0.1, 0.25 and 1.0 mg/kg/day liraglutide, males were treated for 4 weeks prior to and throughout mating and females were treated 2 weeks prior to and throughout mating until gestation day 17. No direct adverse effects on male fertility was observed at doses up to 1.0 mg/kg/day, a high dose yielding an estimated systemic exposure 11- times the human exposure at the MRHD, based on plasma AUC. In female rats, an increase in early embryonic deaths occurred at 1.0 mg/kg/day. Reduced body weight gain and food consumption were observed in females at the 1.0 mg/kg/day dose.

## 14    CLINICAL STUDIES

### 14.1  Glycemic Control Trials in Adults with Type 2 Diabetes Mellitus

In glycemic control trials in adults, VICTOZA has been studied as monotherapy and in combination with one or two oral anti-diabetic medications or basal insulin. VICTOZA was also studied in a cardiovascular outcomes trial (LEADER trial).

In each of the placebo controlled trials, treatment with VICTOZA produced clinically and statistically significant improvements in hemoglobin $A_{1c}$ and fasting plasma glucose (FPG) compared to placebo.

All VICTOZA-treated patients started at 0.6 mg/day. The dose was increased in weekly intervals by 0.6 mg to reach 1.2 mg or 1.8 mg for patients randomized to these higher doses. VICTOZA 0.6 mg is not effective for glycemic control and is intended only as a starting dose to reduce gastrointestinal intolerance *[see Dosage and Administration (2)]*.

Monotherapy

In this 52-week trial, 746 adult patients with type 2 diabetes mellitus were randomized to VICTOZA 1.2 mg, VICTOZA 1.8 mg, or glimepiride 8 mg. Patients who were randomized to glimepiride were initially treated with 2 mg daily for two weeks, increasing to 4 mg daily for another two weeks, and finally increasing to 8 mg daily. Treatment with VICTOZA 1.8 mg and 1.2 mg resulted in a statistically significant reduction in $HbA_{1c}$ compared to glimepiride (Table 3). The percentage of patients who discontinued due to ineffective therapy was 3.6% in the VICTOZA 1.8 mg treatment group, 6.0% in the VICTOZA 1.2 mg treatment group, and 10.1% in the glimepiride-treatment group.

Novo_GLP_MDL_017055558

The mean age of participants was 53 years, and the mean duration of diabetes was 5 years. Participants were 49.7% male, 77.5% White, 12.6% Black or African American and 35.0% of Hispanic or Latino ethnicity. The mean BMI was 33.1 kg/m$^2$.

**Table 3  Results of a 52-week Monotherapy Trial in Adults with Type 2 Diabetes Mellitus[a]**

| | VICTOZA 1.8 mg | VICTOZA 1.2 mg | Glimepiride 8 mg |
|---|---|---|---|
| **Intent-to-Treat Population (N)** | 246 | 251 | 248 |
| **HbA$_{1c}$ (%) (Mean)** | | | |
| Baseline | 8.2 | 8.2 | 8.2 |
| Change from baseline (adjusted mean) [b] | -1.1 | -0.8 | -0.5 |
| Difference from glimepiride arm (adjusted mean) [b] 95% Confidence Interval | -0.6** (-0.8, -0.4) | -0.3* (-0.5, -0.1) | |
| Percentage of patients achieving HbA$_{1c}$ <7% | 51 | 43 | 28 |
| **Fasting Plasma Glucose (mg/dL) (Mean)** | | | |
| Baseline | 172 | 168 | 172 |
| Change from baseline (adjusted mean) [b] | -26 | -15 | -5 |
| Difference from glimepiride arm (adjusted mean) [b] 95% Confidence Interval | -20** (-29, -12) | -10* (-19, -1) | |
| **Body Weight (kg) (Mean)** | | | |
| Baseline | 92.6 | 92.1 | 93.3 |
| Change from baseline (adjusted mean) [b] | -2.5 | -2.1 | +1.1 |
| Difference from glimepiride arm (adjusted mean) [b] 95% Confidence Interval | -3.6** (-4.3, -2.9) | -3.2** (-3.9, -2.5) | |

[a]Intent-to-treat population using last observation on study
[b]Least squares mean adjusted for baseline value
*p-value <0.05
**p-value <0.0001



*p-value = 0.0014 for VICTOZA 1.2 mg compared to glimepiride. †p-value < 0.0001 for VICTOZA 1.8 mg compared to glimepiride.
P values derived from change from baseline ANCOVA model.

**Figure 3 Mean HbA$_{1c}$ for Adult Patients with Type 2 Diabetes Mellitus who Completed the 52-week Trial and for the Last Observation Carried Forward (LOCF, intent-to-treat) data at Week 52 (Monotherapy)**

<u>Combination Therapy</u>

*Add-on to Metformin*
In this 26-week trial, 1,091 adult patients with type 2 diabetes mellitus were randomized to VICTOZA 0.6 mg, VICTOZA 1.2 mg, VICTOZA 1.8 mg, placebo, or glimepiride 4 mg (one-half of the maximal approved dose in the United States), all as add-on to metformin. Randomization occurred after a 6-week run-in period consisting of a 3-week initial forced metformin titration period followed by a maintenance period of another 3 weeks.

Novo_GLP_MDL_017055559

During the titration period, doses of metformin were increased up to 2000 mg/day. Treatment with VICTOZA 1.2 mg and 1.8 mg as add-on to metformin resulted in a significant mean HbA$_{1c}$ reduction relative to placebo add-on to metformin and resulted in a similar mean HbA$_{1c}$ reduction relative to glimepiride 4 mg add-on to metformin (Table 4). The percentage of patients who discontinued due to ineffective therapy was 5.4% in the VICTOZA 1.8 mg + metformin treatment group, 3.3% in the VICTOZA 1.2 mg + metformin treatment group, 23.8% in the placebo + metformin treatment group, and 3.7% in the glimepiride + metformin treated group.

The mean age of participants was 57 years, and the mean duration of diabetes was 7 years. Participants were 58.2% male, 87.1% White and 2.4% Black or African American. The mean BMI was 31.0 kg/m$^2$.

**Table 4 Results of a 26-week Trial of VICTOZA as Add-on to Metformin in Adults with Type 2 Diabetes Mellitus**[a]

| | VICTOZA 1.8 mg + Metformin | VICTOZA 1.2 mg + Metformin | Placebo + Metformin | Glimepiride 4 mg[†] + Metformin |
|---|---|---|---|---|
| **Intent-to-Treat Population (N)** | 242 | 240 | 121 | 242 |
| **HbA$_{1c}$ (%) (Mean)** | | | | |
| Baseline | 8.4 | 8.3 | 8.4 | 8.4 |
| Change from baseline (adjusted mean) [b] | -1.0 | -1.0 | +0.1 | -1.0 |
| Difference from placebo + metformin arm (adjusted mean) [b]  95% Confidence Interval | -1.1** (-1.3, -0.9) | -1.1** (-1.3, -0.9) | | |
| Difference from glimepiride + metformin arm (adjusted mean) [b]  95% Confidence Interval | 0.0 (-0.2, 0.2) | 0.0 (-0.2, 0.2) | | |
| Percentage of patients achieving HbA$_{1c}$ <7% | 42 | 35 | 11 | 36 |
| **Fasting Plasma Glucose (mg/dL) (Mean)** | | | | |
| Baseline | 181 | 179 | 182 | 180 |
| Change from baseline (adjusted mean) [b] | -30 | -30 | +7 | -24 |
| Difference from placebo + metformin arm (adjusted mean) [b]  95% Confidence Interval | -38** (-48, -27) | -37** (-47, -26) | | |
| Difference from glimepiride + metformin arm (adjusted mean) [b]  95% Confidence Interval | -7 (-16, 2) | -6 (-15, 3) | | |
| **Body Weight (kg) (Mean)** | | | | |
| Baseline | 88.0 | 88.5 | 91.0 | 89.0 |
| Change from baseline (adjusted mean) [b] | -2.8 | -2.6 | -1.5 | +1.0 |
| Difference from placebo + metformin arm (adjusted mean) [b]  95% Confidence Interval | -1.3* (-2.2, -0.4) | -1.1* (-2.0, -0.2) | | |
| Difference from glimepiride + metformin arm (adjusted mean) [b]  95% Confidence Interval | -3.8** (-4.5, -3.0) | -3.5** (-4.3, -2.8) | | |

[a] Intent-to-treat population using last observation on study
[b] Least squares mean adjusted for baseline value
[†] For glimepiride, one-half of the maximal approved United States dose.
*p-value <0.05
**p-value <0.0001

*VICTOZA Compared to Sitagliptin, Both as Add-on to Metformin*
In this 26–week, open-label trial, 665 adult patients with type 2 diabetes mellitus on a background of metformin ≥1,500 mg per day were randomized to VICTOZA 1.2 mg once daily, VICTOZA 1.8 mg once daily or sitagliptin 100 mg once daily, all dosed according to approved labeling. Patients were to continue their current treatment on metformin at a stable, pre-trial dose level and dosing frequency.

The mean age of participants was 56 years, and the mean duration of diabetes was 6 years. Participants were 52.9% male, 86.6% White, 7.2% Black or African American and 16.2% of Hispanic or Latino ethnicity. The mean BMI was 32.8 kg/m$^2$.

The primary endpoint was the change in $HbA_{1c}$ from baseline to Week 26. Treatment with VICTOZA 1.2 mg and VICTOZA 1.8 mg resulted in statistically significant reductions in $HbA_{1c}$ relative to sitagliptin 100 mg (Table 5). The percentage of patients who discontinued due to ineffective therapy was 3.1% in the VICTOZA 1.2 mg group, 0.5% in the VICTOZA 1.8 mg treatment group, and 4.1% in the sitagliptin 100 mg treatment group. From a mean baseline body weight of 94 kg, there was a mean reduction of 2.7 kg for VICTOZA 1.2 mg, 3.3 kg for VICTOZA 1.8 mg, and 0.8 kg for sitagliptin 100 mg.

**Table 5 Results of a 26-week Open-label Trial of VICTOZA Compared to Sitagliptin (both in combination with metformin) in Adults with Type 2 Diabetes Mellitus[a]**

| | VICTOZA 1.8 mg + Metformin | VICTOZA 1.2 mg + Metformin | Sitagliptin 100 mg + Metformin |
|---|---|---|---|
| **Intent-to-Treat Population (N)** | 218 | 221 | 219 |
| **$HbA_{1c}$ (%) (Mean)** | | | |
| Baseline | 8.4 | 8.4 | 8.5 |
| Change from baseline (adjusted mean) | -1.5 | -1.2 | -0.9 |
| Difference from sitagliptin arm (adjusted mean) [b] | -0.6** | -0.3** | |
| 95% Confidence Interval | (-0.8, -0.4) | (-0.5, -0.2) | |
| Percentage of patients achieving $HbA_{1c}$ <7% | 56 | 44 | 22 |
| **Fasting Plasma Glucose (mg/dL) (Mean)** | | | |
| Baseline | 179 | 182 | 180 |
| Change from baseline (adjusted mean) | -39 | -34 | -15 |
| Difference from sitagliptin arm (adjusted mean) [b] | -24** | -19** | |
| 95% Confidence Interval | (-31, -16) | (-26, -12) | |

[a]Intent-to-treat population using last observation on study
[b]Least squares mean adjusted for baseline value
**p-value <0.0001



*p-value <0.0001 for Victoza compared with sitagliptin
P values derived from change from baseline ANCOVA model

**Figure 4 Mean $HbA_{1c}$ for Adult Patients with Type 2 Diabetes Mellitus who Completed the 26-week Trial and for the Last Observation Carried Forward (LOCF, intent-to-treat) data at Week 26**

Novo_GLP_MDL_017055561

*Combination Therapy with Metformin and Insulin*

This 26-week open-label trial enrolled 988 adult patients with type 2 diabetes mellitus with inadequate glycemic control (HbA$_{1c}$ 7-10%) on metformin (≥1,500 mg/day) alone or inadequate glycemic control (HbA$_{1c}$ 7-8.5%) on metformin (≥1500 mg/day) and a sulfonylurea. Patients who were on metformin and a sulfonylurea discontinued the sulfonylurea then all patients entered a 12-week run-in period during which they received add-on therapy with VICTOZA titrated to 1.8 mg once-daily. At the end of the run-in period, 498 patients (50%) achieved HbA$_{1c}$ <7% with VICTOZA 1.8 mg and metformin and continued treatment in a non-randomized, observational arm. Another 167 patients (17%) withdrew from the trial during the run-in period with approximately one-half of these patients doing so because of gastrointestinal adverse reactions *[see Adverse Reactions (6.1)]*. The remaining 323 patients with HbA$_{1c}$ ≥7% (33% of those who entered the run-in period) were randomized to 26 weeks of once-daily insulin detemir administered in the evening as add-on therapy (N=162) or to continued, unchanged treatment with VICTOZA 1.8 mg and metformin (N=161). The starting dose of insulin detemir was 10 units/day and the mean dose at the end of the 26-week randomized period was 39 units/day. During the 26 week randomized treatment period, the percentage of patients who discontinued due to ineffective therapy was 11.2% in the group randomized to continued treatment with VICTOZA 1.8 mg and metformin and 1.2% in the group randomized to add-on therapy with insulin detemir.

The mean age of participants was 57 years, and the mean duration of diabetes was 8 years. Participants were 55.7% male, 91.3% White, 5.6% Black or African American and 12.5% of Hispanic or Latino ethnicity. The mean BMI was 34.0 kg/m$^2$.

Treatment with insulin detemir as add-on to VICTOZA 1.8 mg + metformin resulted in statistically significant reductions in HbA$_{1c}$ and FPG compared to continued, unchanged treatment with VICTOZA 1.8 mg + metformin alone (Table 6). From a mean baseline body weight of 96 kg after randomization, there was a mean reduction of 0.3 kg in the patients who received insulin detemir add-on therapy compared to a mean reduction of 1.1 kg in the patients who continued on unchanged treatment with VICTOZA 1.8 mg + metformin alone.

**Table 6 Results of a 26-week Open-label Trial of Insulin detemir as add on to VICTOZA + Metformin Compared to Continued Treatment with VICTOZA + Metformin alone in Adult Patients with Type 2 Diabetes Mellitus not Achieving HbA$_{1c}$ < 7% after 12 weeks of Metformin and VICTOZA[a]**

| | Insulin detemir + VICTOZA + Metformin | VICTOZA + Metformin |
|---|---|---|
| **Intent-to-Treat Population (N)** | 162 | 157 |
| **HbA$_{1c}$ (%) (Mean)** | | |
| Baseline (week 0) | 7.6 | 7.6 |
| Change from baseline (adjusted mean) | -0.5 | 0 |
| Difference from VICTOZA + metformin arm (LS mean) [b] 95% Confidence Interval | -0.5** (-0.7, -0.4) | |
| Percentage of patients achieving HbA$_{1c}$ <7% | 43 | 17 |
| **Fasting Plasma Glucose (mg/dL) (Mean)** | | |
| Baseline (week 0) | 166 | 159 |
| Change from baseline (adjusted mean) | -39 | -7 |
| Difference from VICTOZA + metformin arm (LS mean) [b] 95% Confidence Interval | -31** (-39, -23) | |

[a]Intent-to-treat population using last observation on study
[b]Least squares mean adjusted for baseline value
**p-value <0.0001

Novo_GLP_MDL_017055562

*Add-on to Sulfonylurea*

In this 26-week trial, 1,041 adult patients with type 2 diabetes mellitus were randomized to VICTOZA 0.6 mg, VICTOZA 1.2 mg, VICTOZA 1.8 mg, placebo, or rosiglitazone 4 mg (one-half of the maximal approved dose in the United States), all as add-on to glimepiride. Randomization occurred after a 4-week run-in period consisting of an initial, 2-week, forced-glimepiride titration period followed by a maintenance period of another 2 weeks. During the titration period, doses of glimepiride were increased to 4 mg/day. The doses of glimepiride could be reduced (at the discretion of the investigator) from 4 mg/day to 3 mg/day or 2 mg/day (minimum) after randomization, in the event of unacceptable hypoglycemia or other adverse events.

The mean age of participants was 56 years, and the mean duration of diabetes was 8 years. Participants were 49.4% male, 64.4% White and 2.8% Black or African American. The mean BMI was 29.9 kg/m$^2$.

Treatment with VICTOZA 1.2 mg and 1.8 mg as add-on to glimepiride resulted in a statistically significant reduction in mean HbA$_{1c}$ compared to placebo add-on to glimepiride (Table 7). The percentage of patients who discontinued due to ineffective therapy was 3.0% in the VICTOZA 1.8 mg + glimepiride treatment group, 3.5% in the VICTOZA 1.2 mg + glimepiride treatment group, 17.5% in the placebo + glimepiride treatment group, and 6.9% in the rosiglitazone + glimepiride treatment group.

**Table 7 Results of a 26-week Trial of VICTOZA as add-on to Sulfonylurea in Adult Patients with Type 2 Diabetes Mellitus[a]**

| | VICTOZA 1.8 mg + Glimepiride | VICTOZA 1.2 mg + Glimepiride | Placebo + Glimepiride | Rosiglitazone 4 mg[†] + Glimepiride |
|---|---|---|---|---|
| Intent-to-Treat Population (N) | 234 | 228 | 114 | 231 |
| **HbA$_{1c}$ (%) (Mean)** | | | | |
| Baseline | 8.5 | 8.5 | 8.4 | 8.4 |
| Change from baseline (adjusted mean)[b] | -1.1 | -1.1 | +0.2 | -0.4 |
| Difference from placebo + glimepiride arm (adjusted mean)[b] 95% Confidence Interval | -1.4** (-1.6, -1.1) | -1.3** (-1.5, -1.1) | | |
| Percentage of patients achieving HbA$_{1c}$ <7% | 42 | 35 | 7 | 22 |
| **Fasting Plasma Glucose (mg/dL) (Mean)** | | | | |
| Baseline | 174 | 177 | 171 | 179 |
| Change from baseline (adjusted mean)[b] | -29 | -28 | +18 | -16 |
| Difference from placebo + glimepiride arm (adjusted mean)[b] 95% Confidence Interval | -47** (-58, -35) | -46** (-58, -35) | | |
| **Body Weight (kg) (Mean)** | | | | |
| Baseline | 83.0 | 80.0 | 81.9 | 80.6 |
| Change from baseline (adjusted mean)[b] | -0.2 | +0.3 | -0.1 | +2.1 |
| Difference from placebo + glimepiride arm (adjusted mean)[b] 95% Confidence Interval | -0.1 (-0.9, 0.6) | 0.4 (-0.4, 1.2) | | |

[a]Intent-to-treat population using last observation on study
[b]Least squares mean adjusted for baseline value
[†] For rosiglitazone, one-half of the maximal approved United States dose.
**p-value <0.0001

*Add-on to Metformin and Sulfonylurea*

In this 26-week trial, 581 adult patients with type 2 diabetes mellitus were randomized to VICTOZA 1.8 mg, placebo, or insulin glargine, all as add-on to metformin and glimepiride. Randomization took place after a 6-week run-in period consisting of a 3-week forced metformin and glimepiride titration period followed by a maintenance period of another 3 weeks. During the titration period, doses of metformin and glimepiride were to be increased up to 2,000 mg/day and 4 mg/day, respectively. After randomization, patients randomized to VICTOZA 1.8 mg underwent a 2 week period of titration with VICTOZA. During the trial, the VICTOZA and

Novo_GLP_MDL_017055563

metformin doses were fixed, although glimepiride and insulin glargine doses could be adjusted. Patients titrated glargine twice-weekly during the first 8 weeks of treatment based on self-measured fasting plasma glucose on the day of titration. After Week 8, the frequency of insulin glargine titration was left to the discretion of the investigator, but, at a minimum, the glargine dose was to be revised, if necessary, at Weeks 12 and 18. Only 20% of glargine-treated patients achieved the pre-specified target fasting plasma glucose of ≤100 mg/dL. Therefore, optimal titration of the insulin glargine dose was not achieved in most patients.

The mean age of participants was 58 years, and the mean duration of diabetes was 9 years. Participants were 56.5% male, 75.0% White and 3.6% Black or African American. The mean BMI was 30.5 kg/m$^2$.

Treatment with VICTOZA as add-on to glimepiride and metformin resulted in a statistically significant mean reduction in HbA$_{1c}$ compared to placebo add-on to glimepiride and metformin (Table 8). The percentage of patients who discontinued due to ineffective therapy was 0.9% in the VICTOZA 1.8 mg + metformin + glimepiride treatment group, 0.4% in the insulin glargine + metformin + glimepiride treatment group, and 11.3% in the placebo + metformin + glimepiride treatment group.

**Table 8 Results of a 26-week Trial of VICTOZA as Add-on to Metformin and Sulfonylurea in Adult Patients with Type 2 Diabetes Mellitus[a]**

| | VICTOZA 1.8 mg + Metformin + Glimepiride | Placebo + Metformin + Glimepiride | Insulin glargine[†] + Metformin + Glimepiride |
|---|---|---|---|
| Intent-to-Treat Population (N) | 230 | 114 | 232 |
| **HbA$_{1c}$ (%) (Mean)** | | | |
| Baseline | 8.3 | 8.3 | 8.1 |
| Change from baseline (adjusted mean) [b] | -1.3 | -0.2 | -1.1 |
| Difference from placebo + metformin + glimepiride arm (adjusted mean) [b] 95% Confidence Interval | -1.1** (-1.3, -0.9) | | |
| Percentage of patients achieving HbA$_{1c}$ <7% | 53 | 15 | 46 |
| **Fasting Plasma Glucose (mg/dL) (Mean)** | | | |
| Baseline | 165 | 170 | 164 |
| Change from baseline (adjusted mean) [b] | -28 | +10 | -32 |
| Difference from placebo + metformin + glimepiride arm (adjusted mean) [b] 95% Confidence Interval | -38** (-46, -30) | | |
| **Body Weight (kg) (Mean)** | | | |
| Baseline | 85.8 | 85.4 | 85.2 |
| Change from baseline (adjusted mean) [b] | -1.8 | -0.4 | 1.6 |
| Difference from placebo + metformin + glimepiride arm (adjusted mean) [b] 95% Confidence Interval | -1.4* (-2.1, -0.7) | | |

[a]Intent-to-treat population using last observation on study
[b]Least squares mean adjusted for baseline value
[†] For insulin glargine, optimal titration regimen was not achieved for 80% of patients.
*p-value <0.05
**p-value <0.0001


*VICTOZA Compared to Exenatide, Both as Add-on to Metformin and/or Sulfonylurea Therapy*
In this 26–week, open-label trial, 464 adult patients with type 2 diabetes mellitus on a background of metformin monotherapy, sulfonylurea monotherapy or a combination of metformin and sulfonylurea were randomized to once daily VICTOZA 1.8 mg or exenatide 10 mcg twice daily. Maximally tolerated doses of background therapy were to remain unchanged for the duration of the trial. Patients randomized to exenatide started on a dose of 5 mcg twice-daily for 4 weeks and then were escalated to 10 mcg twice daily.

Confidential

The mean age of participants was 57 years, and the mean duration of diabetes was 8 years. Participants were 51.9% male, 91.8% White, 5.4% Black or African American and 12.3% of Hispanic or Latino ethnicity. The mean BMI was 32.9 kg/m$^2$.

Treatment with VICTOZA 1.8 mg resulted in statistically significant reductions in HbA$_{1c}$ and FPG relative to exenatide (Table 9). The percentage of patients who discontinued for ineffective therapy was 0.4% in the VICTOZA treatment group and 0% in the exenatide treatment group. Both treatment groups had a mean decrease from baseline in body weight of approximately 3 kg.

**Table 9 Results of a 26-week Open-label trial of VICTOZA versus Exenatide (both in combination with metformin and/or sulfonylurea) in Adult Patients with Type 2 Diabetes Mellitus[a]**

| | VICTOZA 1.8 mg once daily + metformin and/or sulfonylurea | Exenatide 10 mcg twice daily + metformin and/or sulfonylurea |
|---|---|---|
| **Intent-to-Treat Population (N)** | 233 | 231 |
| **HbA$_{1c}$ (%) (Mean)** | | |
| Baseline | 8.2 | 8.1 |
| Change from baseline (adjusted mean) [b] | -1.1 | -0.8 |
| Difference from exenatide arm (adjusted mean) [b] 95% Confidence Interval | -0.3** (-0.5, -0.2) | |
| Percentage of patients achieving HbA$_{1c}$ <7% | 54 | 43 |
| **Fasting Plasma Glucose (mg/dL) (Mean)** | | |
| Baseline | 176 | 171 |
| Change from baseline (adjusted mean) [b] | -29 | -11 |
| Difference from exenatide arm (adjusted mean) [b] 95% Confidence Interval | -18** (-25, -12) | |

[a]Intent-to-treat population using last observation carried forward
[b]Least squares mean adjusted for baseline value
**p-value <0.0001

*Add-on to Metformin and Thiazolidinedione*
In this 26-week trial, 533 adult patients with type 2 diabetes mellitus were randomized to VICTOZA 1.2 mg, VICTOZA 1.8 mg or placebo, all as add-on to rosiglitazone (8 mg) plus metformin (2,000 mg). Patients underwent a 9 week run-in period (3-week forced dose escalation followed by a 6-week dose maintenance phase) with rosiglitazone (starting at 4 mg and increasing to 8 mg/day within 2 weeks) and metformin (starting at 500 mg with increasing weekly increments of 500 mg to a final dose of 2,000 mg/day). Only patients who tolerated the final dose of rosiglitazone (8 mg/day) and metformin (2000 mg/day) and completed the 6-week dose maintenance phase were eligible for randomization into the trial.

The mean age of participants was 55 years, and the mean duration of diabetes was 9 years. Participants were 61.6% male, 84.2% White, 10.2% Black or African American and 16.4% of Hispanic or Latino ethnicity. The mean BMI was 33.9 kg/m$^2$.

Treatment with VICTOZA as add-on to metformin and rosiglitazone produced a statistically significant reduction in mean HbA$_{1c}$ compared to placebo add-on to metformin and rosiglitazone (Table 10). The percentage of patients who discontinued due to ineffective therapy was 1.7% in the VICTOZA 1.8 mg + metformin + rosiglitazone treatment group, 1.7% in the VICTOZA 1.2 mg + metformin + rosiglitazone treatment group, and 16.4% in the placebo + metformin + rosiglitazone treatment group.

**Table 10 Results of a 26-week Trial of VICTOZA as Add-on to Metformin and Thiazolidinedione in Adult Patients with Type 2 Diabetes Mellitus[a]**

Novo_GLP_MDL_017055565

|  | VICTOZA 1.8 mg + Metformin + Rosiglitazone | VICTOZA 1.2 mg + Metformin + Rosiglitazone | Placebo + Metformin + Rosiglitazone |
|---|---|---|---|
| Intent-to-Treat Population (N) | 178 | 177 | 175 |
| HbA$_{1c}$ (%) (Mean) |  |  |  |
| Baseline | 8.6 | 8.5 | 8.4 |
| Change from baseline (adjusted mean) [b] | -1.5 | -1.5 | -0.5 |
| Difference from placebo + metformin + rosiglitazone arm (adjusted mean) [b] 95% Confidence Interval | -0.9** (-1.1, -0.8) | -0.9** (-1.1, -0.8) |  |
| Percentage of patients achieving HbA$_{1c}$ <7% | 54 | 57 | 28 |
| Fasting Plasma Glucose (mg/dL) (Mean) |  |  |  |
| Baseline | 185 | 181 | 179 |
| Change from baseline (adjusted mean) [b] | -44 | -40 | -8 |
| Difference from placebo + metformin + rosiglitazone arm (adjusted mean) [b] 95% Confidence Interval | -36** (-44, -27) | -32** (-41, -23) |  |
| Body Weight (kg) (Mean) |  |  |  |
| Baseline | 94.9 | 95.3 | 98.5 |
| Change from baseline (adjusted mean) [b] | -2.0 | -1.0 | +0.6 |
| Difference from placebo + metformin + rosiglitazone arm (adjusted mean) [b] 95% Confidence Interval | -2.6** (-3.4, -1.8) | -1.6** (-2.4, -1.0) |  |

[a]Intent-to-treat population using last observation on study
[b]Least squares mean adjusted for baseline value
**p-value <0.0001

*VICTOZA Compared to Placebo Both With or Without metformin and/or Sulfonylurea and/or Pioglitazone and/or Basal or Premix insulin in Patients with Type 2 Diabetes Mellitus and Moderate Renal Impairment*
In this 26-week, double-blind, randomized, placebo-controlled, parallel-group trial in adult patients with type 2 diabetes mellitus, 279 patients with moderate renal impairment, as per MDRD formula (eGFR 30−59 mL/min/1.73 m$^2$), were randomized to VICTOZA or placebo once daily. VICTOZA was added to the patient's stable pre-trial antidiabetic regimen (insulin therapy and/or metformin, pioglitazone, or sulfonylurea). The dose of VICTOZA was escalated according to approved labeling to achieve a dose of 1.8 mg per day. The insulin dose was reduced by 20% at randomization for patients with baseline HbA$_{1c}$ ≤ 8% and fixed until liraglutide dose escalation was complete. Dose reduction of insulin and SU was allowed in case of hypoglycemia; up titration of insulin was allowed but not beyond the pre-trial dose.

The mean age of participants was 67 years, and the mean duration of diabetes was 15 years. Participants were 50.5% male, 92.3% White, 6.6% Black or African American, and 7.2% of Hispanic or Latino ethnicity. The mean BMI was 33.9 kg/m$^2$. Approximately half of patients had an eGFR between 30 and <45mL/min/1.73 m$^2$.

Treatment with VICTOZA resulted in a statistically significant reduction in HbA$_{1c}$ from baseline at Week 26 compared to placebo (see Table 11). 123 patients reached the 1.8 mg dose of VICTOZA.

**Table 11 Results of a 26-week Trial of VICTOZA Compared to Placebo in Adult Patients with Type 2 Diabetes Mellitus and Moderate Renal Impairment[a]**

|  | VICTOZA 1.8 mg + insulin and/or OAD | Placebo + insulin and/or OAD |
|---|---|---|
| Intent to Treat Population (N) | 140 | 137 |
| HbA$_{1c}$ (%) |  |  |
| Baseline (mean) | 8.1 | 8.0 |
| Change from baseline (estimated mean) [b, c] | -0.9 | -0.4 |
| Difference from placebo[b, c] | -0.6* |  |
| 95% Confidence Interval | (-0.8, -0.3) |  |
| Proportion achieving HbA$_{1c}$ < 7% [d] | 39.3 | 19.7 |
| FPG (mg/dL) |  |  |
| Baseline (mean) | 171 | 167 |

Novo_GLP_MDL_017055566

| Change from baseline (estimated mean) [e] | -22 | -10 |
|---|---|---|
| Difference from placebo[e] | -12** | |
| 95% Confidence Interval | (-23, -0.8) | |

[a] Intent-to-treat population
[b] Estimated using a mixed model for repeated measurement with treatment, country, stratification groups as factors and baseline as a covariate, all nested within visit. Multiple imputation method modeled "wash out" of the treatment effect for patients having missing data who discontinued treatment.
[c] Early treatment discontinuation, before week 26, occurred in 25% and 22% of VICTOZA and placebo patients, respectively.
[d] Based on the known number of subjects achieving HbA1c < 7%. When applying the multiple imputation method described in b) above, the estimated percents achieving HbA1c < 7% are 47.6% and 24.9% for VICTOZA and placebo, respectively.
[e] Estimated using a mixed model for repeated measurement with treatment, country, stratification groups as factors and baseline as a covariate, all nested within visit.
*p-value <0.0001
**p-value <0.05

## 14.2    Glycemic Control Trial in Pediatric Patients Aged 10 Years and Older with Type 2 Diabetes Mellitus

VICTOZA was evaluated in a 26-week, double-blind, randomized, parallel group, placebo controlled multi-center trial (NCT01541215), in 134 pediatric patients with type 2 diabetes mellitus aged 10 years and older. Patients were randomized to VICTOZA once-daily or placebo once-daily in combination with metformin with or without basal insulin treatment. All patients were on a metformin dose of 1000 to 2000 mg prior to randomization. The basal insulin dose was decreased by 20% at randomization and VICTOZA was titrated weekly by 0.6 mg for 2 to 3 weeks based on tolerability and an average fasting plasma glucose goal of ≤110 mg/dL.

The mean age was 14.6 years: 29.9% were ages 10-14 years, and 70.1% were greater than 14 years of age. 38.1% were male, 64.9% were White, 13.4% were Asian, 11.9% were Black or African American; 29.1% were of Hispanic or Latino ethnicity. The mean BMI was 33.9 $kg/m^2$ and the mean BMI SDS was 2.9. 18.7% of patients were using basal insulin at baseline. The mean duration of diabetes was 1.9 years and the mean HbA1c was 7.8%.

At week 26, treatment with VICTOZA was superior in reducing HbA1c from baseline versus placebo. The estimated treatment difference in HbA1c reduction from baseline between VICTOZA and placebo was -1.06% with a 95% confidence interval of [-1.65%; -0.46%] (see Table 12).

**Table 12 Results at week 26 in a trial comparing VICTOZA in combination with metformin with or without basal insulin versus Placebo in combination with metformin with or without basal insulin in Pediatric Patients Aged 10 Years and Older with Type 2 Diabetes Mellitus**

| | VICTOZA+metformin±basal insulin | Placebo+metformin±basal insulin |
|---|---|---|
| N | 66 | 68 |
| **HbA1c (%)** | | |
| Baseline | 7.9 | 7.7 |
| End of 26 weeks | 7.1 | 8.2 |
| Adjusted mean change from baseline after 26 weeks[a] | -0.64 | 0.42 |
| Treatment difference [95% CI] VICTOZA vs Placebo | -1.06 [-1.65; -0.46]* | |
| Percentage of patients achieving HbA1c <7%[b] | 63.7 | 36.5 |
| **FPG (mg/dL)** | | |
| Baseline | 157 | 147 |
| End of 26 weeks | 132 | 166 |
| Adjusted mean change from baseline after 26 weeks[a] | -19.4 | 14.4 |
| Treatment difference [95% CI] VICTOZA vs Placebo | -33.83 [-55.74 ; -11.92] | |

Novo_GLP_MDL_017055567

[a] The change from baseline to end of treatment visit in $HbA_{1c}$ and FPG was analyzed using a pattern mixture model with multiple imputation. Missing observations (10.6% in the VICTOZA, 14.5% in the placebo) were imputed from the placebo arm based on multiple (x10,000) imputations. The data for week 26 was then analyzed with an ANCOVA model containing treatment, sex and age group as fixed effects and baseline value as covariate.
[b] Categories are derived from continuous measurements of $HbA_{1c}$ using a pattern mixture model with multiple imputation for missing observations.
* p-value <0.001

### 14.3    Cardiovascular Outcomes Trial in Adult Patients with Type 2 Diabetes Mellitus and Atherosclerotic Cardiovascular Disease

The LEADER trial (NCT01179048) was a multi-national, multi-center, placebo-controlled, double-blind trial. In this study, 9,340 adult patients with inadequately controlled type 2 diabetes mellitus and atherosclerotic cardiovascular disease (CVD) were randomized to VICTOZA 1.8 mg or placebo for a median duration of 3.5 years. The study compared the risk of major adverse cardiovascular events between VICTOZA and placebo when these were added to, and used concomitantly with, background standard of care treatments for type 2 diabetes mellitus. The primary endpoint, major adverse cardiac events (MACE), was the time to first occurrence of a three part composite outcome which included; cardiovascular death, non-fatal myocardial infarction and non-fatal stroke.

Patients eligible to enter the trial were; 50 years of age or older and had established, stable, cardiovascular, cerebrovascular, peripheral artery disease, chronic kidney disease or New York Heart Association (NYHA) class II and III heart failure (80% of the enrolled population) or were 60 years of age or older and had other specified risk factors for cardiovascular disease (20% of the enrolled population).

At baseline, demographic and disease characteristics were balanced. The mean age was 64 years and the population was 64.3% male, 77.5% White, 10.0% Asian, and 8.3% Black or African American. In the study, 12.1% of the population identified as Hispanic or Latino ethnicity. The mean duration of type 2 diabetes mellitus was 12.8 years, the mean $HbA_{1c}$ was 8.7 and the mean BMI was 32.5 kg/m$^2$. A history of previous myocardial infarction was reported in 31% of randomized individuals, a prior revascularization procedure in 39%, a prior ischemic stroke in 11%, documented symptomatic coronary disease in 9%, documented asymptomatic cardiac ischemia in 26%, and a diagnosis of NYHA class II to III heart failure in 14%. The mean eGFR at baseline was 79 mL/min/1.73 m$^2$ and 41.8% of patients had mild renal impairment (eGFR 60 to 90 mL/min/1.73m$^2$), 20.7% had moderate renal impairment (eGFR 30 to 60 mL/min/1.73m$^2$) and 2.4% of patients had severe renal impairment (eGFR < 30 mL/min/1.73m$^2$).

At baseline, patients treated their diabetes with; diet and exercise only (3.9%), oral antidiabetic drugs only (51.5%), oral antidiabetic drugs and insulin (36.7%) or insulin only (7.9%). The most common background antidiabetic drugs used at baseline and in the trial were metformin, sulfonylurea and insulin. Use of DPP-4 inhibitors and other GLP-1 receptor agonists was excluded by protocol and sodium-glucose cotransporter-2 (SGLT-2) inhibitors were either not approved or not widely available. At baseline, cardiovascular disease and risk factors were managed with; non-diuretic antihypertensives (92.4%), diuretics (41.8%), statin therapy (72.1%) and platelet aggregation inhibitors (66.8%). During the trial, investigators could modify anti-diabetic and cardiovascular medications to achieve local standard of care treatment targets with respect to blood glucose, lipid, and blood pressure, and manage patients recovering from an acute coronary syndrome or stroke event per local treatment guidelines.

For the primary analysis, a Cox proportional hazards model was used to test for non-inferiority against the pre-specified risk margin of 1.3 for the hazard ratio of MACE and to test for superiority on MACE if non-inferiority was demonstrated. Type 1 error was controlled across multiple tests.

VICTOZA significantly reduced the occurrence of MACE. The estimated hazard ratio (95% CI) for time to first MACE was 0.87 (0.78, 0.97). Refer to Figure 5 and Table 13.

                                                                        Novo_GLP_MDL_017055568

Vital status was available for 99.7% of subjects in the trial. A total of 828 deaths were recorded during the LEADER trial. A majority of the deaths in the trial were categorized as cardiovascular deaths and non-cardiovascular deaths were balanced between the treatment groups (3.5% in patients treated with VICTOZA and 3.6% in patients treated with placebo). The estimated hazard ratio of time to all-cause death for VICTOZA compared to placebo was 0.85 (0.74, 0.97).



**Figure 5 Kaplan-Meier: Time to First Occurrence of a MACE in the LEADER Trial (Patients with Type 2 Diabetes Mellitus and Atherosclerotic CVD)**

**Table 13 Treatment Effect for the Primary Composite Endpoint, MACE, and its Components in the LEADER Trial (Patients with Type 2 Diabetes Mellitus and Atherosclerotic CVD)[a]**

|  | VICTOZA N=4668 | Placebo N=4672 | Hazard Ratio (95% CI)[b] |
|---|---|---|---|
| Composite of cardiovascular death, non-fatal myocardial infarction, non-fatal stroke (MACE) (time to first occurrence)[c] | 608 (13.0%) | 694 (14.9%) | 0.87 (0.78; 0.97) |
| Non-fatal myocardial infarction[d] | 281 (6.0%) | 317 (6.8%) | 0.88 (0.75;1.03) |
| Non-fatal stroke[d] | 159 (3.4%) | 177 (3.8%) | 0.89 (0.72;1.11) |
| Cardiovascular death[d] | 219 (4.7%) | 278 (6%) | 0.78 (0.66;0.93) |

[a]Full analysis set (all randomized patients)
[b]Cox-proportional hazards model with treatment as a factor
[c]p-value for superiority (2-sided) 0.011
[d]Number and percentage of first events

## 16    HOW SUPPLIED/STORAGE AND HANDLING
### 16.1    How Supplied
VICTOZA Injection: 18 mg/3 mL (6 mg/mL) clear, colorless solution in a pre-filled, single-patient-use pen that delivers doses of 0.6 mg, 1.2 mg, or 1.8 mg is available in the following package sizes:

2 x VICTOZA pen    NDC 0169-4060-12
3 x VICTOZA pen    NDC 0169-4060-13

### 16.2    Recommended Storage
Prior to first use, VICTOZA should be stored in a refrigerator between 36°F to 46°F (2°C to 8°C). Do not store in the freezer or directly adjacent to the refrigerator cooling element. Do not freeze VICTOZA and do not use VICTOZA if it has been frozen.

After first use of the VICTOZA pen, the pen can be stored for 30 days at controlled room temperature (59°F to 86°F; 15°C to 30°C) or in a refrigerator (36°F to 46°F; 2°C to 8°C). Keep the pen cap on when not in use.

Novo_GLP_MDL_017055569

Protect VICTOZA from excessive heat and sunlight. Always remove and safely discard the needle after each injection and store the VICTOZA pen without an injection needle attached. This will reduce the potential for contamination, infection, and leakage while also ensuring dosing accuracy. Always use a new needle for each injection to prevent contamination.

## 17    PATIENT COUNSELING INFORMATION
Advise the patient to read the FDA-approved patient labeling (Medication Guide).

Risk of Thyroid C-cell Tumors
Inform patients that liraglutide causes benign and malignant thyroid C-cell tumors in mice and rats and that the human relevance of this finding is unknown. Counsel patients to report symptoms of thyroid tumors (e.g., a lump in the neck, hoarseness, dysphagia, or dyspnea) to their physician *[see Boxed Warning and Warnings and Precautions (5.1)]*.

Acute Pancreatitis
Inform patients of the potential risk for acute pancreatitis and its symptoms: severe abdominal pain that may radiate to the back, and which may or may not be accompanied by vomiting. Instruct patients to discontinue VICTOZA promptly and contact their physician if pancreatitis is suspected *[see Warnings and Precautions (5.2)]*.

Never Share a VICTOZA Pen Between Patients
Advise patients that they must never share a VICTOZA pen with another person, even if the needle is changed, because doing so carries a risk for transmission of blood-borne pathogens *[see Warnings and Precautions (5.3)]*.

Hypoglycemia
Inform patients that hypoglycemia has been reported when VICTOZA is used with insulin secretagogues or insulin and may occur in pediatric patients regardless of concomitant antidiabetic treatment. Educate patients or caregivers on the signs and symptoms of hypoglycemia *[see Warnings and Precautions (5.4)]*.

Acute Kidney Injury Due to Volume Depletion
Inform patients of the potential risk of acute kidney injury due to dehydration associated with gastrointestinal adverse reactions. Advise patients to take precautions to avoid fluid depletion. Inform patients of the signs and symptoms of acute kidney injury and instruct them to promptly report any of these signs or symptoms or persistent (or extended) nausea, vomiting, and diarrhea to their healthcare provider *[see Warnings and Precautions (5.5)]*.

Severe Gastrointestinal Adverse Reactions
Inform patients of the potential risk of severe gastrointestinal adverse reactions. Instruct patients to contact their healthcare provider if they have severe or persistent gastrointestinal symptoms *[see Warnings and Precautions (5.6)]*.

Hypersensitivity Reactions
Inform patients that serious hypersensitivity reactions have been reported during postmarketing use of VICTOZA. Advise patients on the symptoms of hypersensitivity reactions and instruct them to stop taking VICTOZA and seek medical advice promptly if such symptoms occur *[see Warnings and Precautions (5.7)]*.

Acute Gallbladder Disease
Inform patients of the potential risk for cholelithiasis or cholecystitis. Instruct patients to contact their physician if cholelithiasis or cholecystitis is suspected for appropriate clinical follow-up *[see Warnings and Precautions (5.8)]*.

    Novo_GLP_MDL_017055570

<u>Pulmonary Aspiration During General Anesthesia or Deep Sedation</u>
Inform patients that VICTOZA may cause their stomach to empty more slowly which may lead to complications with anesthesia or deep sedation during planned surgeries or procedures. Instruct patients to inform healthcare providers prior to any planned surgeries or procedures if they are taking VICTOZA *[see Warnings and Precautions (5.9)]*.

<u>Missed Dose</u>
Inform patients not to take an extra dose of VICTOZA to make up for a missed dose. If a dose is missed, the once-daily regimen should be resumed as prescribed with the next scheduled dose. If more than 3 days have elapsed since the last dose, advise the patient to reinitiate VICTOZA at 0.6 mg to mitigate any gastrointestinal symptoms associated with reinitiation of treatment. VICTOZA should be titrated at the discretion of the healthcare provider *[see Dosage and Administration (2.2)]*.

Manufactured by:
Novo Nordisk A/S
DK-2880 Bagsvaerd, Denmark


Version: XX

VICTOZA® is a registered trademark of Novo Nordisk A/S.

**PATENT Information:** http://novonordisk-us.com/products/product-patents.html

© 202X Novo Nordisk

For information about VICTOZA contact:
Novo Nordisk Inc.
800 Scudders Mill Road
Plainsboro, NJ 08536
1-877-484-2869

Novo_GLP_MDL_017055571