# EXHIBIT 267D

**From:**
**Sent:**        2/19/2025 8:43:58 PM
**Subject:**     ROC: FDA Feedback Regarding Proposed Label Update, Postmarketing Experience: Intestinal
                 Obstruction

**SUMMARY**: Below email received from Marisa Petruccelli, Safety Regulatory Project Manager, in response to an inquiry from Novo Nordisk regarding a potential labeling update of Intestinal Obstruction to the Postmarketing Experience section of the US Prescribing Information (US PI ) for Ozempic, Rybelsus, Wegovy, Victoza, Saxenda and Xultophy 100/3.6.

Novo Nordisk provided FDA some background including related details of product CCSI updates and timeline of prior FDA evaluation of a Newly Identified Safety Signal (NISS) related to GLP-1RA medicines and Intestinal Obstruction (June 2022). Novo Nordisk has also responded to Agency Inquiries regarding the addition of Intestinal Obstruction in a few of the revised clinical trial Informed Consent Documents and Investigator Brochures (June 2024).

FDA stated that based on their evaluation of the safety signal related to GLP-1 RA products and intestinal obstruction, the US PI was revised to include "ileus" in the Postmarketing Experience section. In FDA's evaluation, Intestinal Obstruction and ileus were separated as different concepts, and addition of ileus was supported, providing specific information to the prescriber. FDA further stated adding Intestinal Obstruction to the USPI would imply a new safety signal and would be misleading and requested continued pharmacovigilance for this signal. If through this pharmacovigilance a new safety signal is supported, a submission can then be made.

**ACTION:** Team to review response.

**Christina Talley**
ASSOC DIR - REG AFFAIRS - TA
40014540 CMR - REG AFFAIRS (2)

Novo Nordisk Inc. | +1-3463392618 (mobile) | civt@novonordisk.com

**From:** Petruccelli, Marisa <Marisa.Petruccelli@fda.hhs.gov>
**Sent:** Tuesday, February 18, 2025 11:02 AM
**To:** CIVT (Christina Talley) <civt@novonordisk.com>
**Cc:** Kelly, Lindsey <Lindsey.Kelly@fda.hhs.gov>; Kauv, Kalyann <Kalyann.Kauv@fda.hhs.gov>; White, Martin <Martin.White@fda.hhs.gov>; Dosanjh, Supendeep <Supendeep.Dosanjh@fda.hhs.gov>; KKJF (Kamilla Kjær Frederiksen) <kkjf@novonordisk.com>; RBCL (Bob Clark) <rbcl@novonordisk.com>
**Subject:** RE: [EXTERNAL] Proposed Label Update, Postmarketing Experience: Intestinal Obstruction

> Caution: This email is from outside Novo Nordisk's system. Think before clicking links or opening attachments. Use PhishAlarm to report suspicious emails.

Dear Christina,

Thank you for your question.

Based upon our evaluation of the safety signal related to GLP-1 RA products and intestinal obstruction, the GLP-1 RA prescribing information was revised to include "ileus" in the Postmarketing Experience section. In our evaluation, we separated intestinal obstruction and ileus as different concepts (mechanical vs motility) and, based upon the information from the cases and biological plausibility, only the addition of ileus was supported. The inclusion of "ileus" rather than "intestinal obstruction" provides specific information to the prescriber. We believe adding "intestinal obstruction" to the prescribing information would imply a new safety signal for mechanical obstruction and would be misleading. We request continued pharmacovigilance for this signal and, if a new safety signal is supported, a regulatory submission.

Highly Confidential - Attorneys' Eyes Only

Thank you,
Marisa


**From:** CIVT (Christina Talley) <civt@novonordisk.com>
**Sent:** Monday, February 17, 2025 1:59 PM
**To:** Petruccelli, Marisa <Marisa.Petruccelli@fda.hhs.gov>
**Cc:** Kelly, Lindsey <Lindsey.Kelly@fda.hhs.gov>; Kauv, Kalyann <Kalyann.Kauv@fda.hhs.gov>; White, Martin <Martin.White@fda.hhs.gov>; Dosanjh, Supendeep <Supendeep.Dosanjh@fda.hhs.gov>; KKJF (Kamilla Kjær Frederiksen) <kkjf@novonordisk.com>; RBCL (Bob Clark) <rbcl@novonordisk.com>; CIVT (Christina Talley) <civt@novonordisk.com>
**Subject:** [EXTERNAL] Proposed Label Update, Postmarketing Experience: Intestinal Obstruction

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Marisa,

I am writing with respect to NDA#22341 (Victoza) NDA#206321 (Saxenda), NDA#209637 (Ozempic), NDA#215256 (Wegovy), NDA#213051/213182 (Rybelsus), and BLA#208583 (Xultophy 100/3.6).  As part of upcoming updates, we plan to add the term "intestinal obstruction" to the Postmarketing Experience section of the labeling for these products.  This change is intended to make the U.S. product labeling consistent with the CCSI for semaglutide and liraglutide which currently lists "intestinal obstruction" as an adverse drug reaction.  (The CCSI was updated in 2024 in response to a recommendation from EMA's PRAC to add "intestinal obstruction" to the EU SmPC.)

We are aware that FDA previously evaluated a potential safety signal related to GLP-1RA medicines and intestinal obstruction (NISS opened June 15, 2022).  Upon completion of its review, in February 2023, FDA requested that the term "ileus" (rather than "intestinal obstruction") be added to the Postmarketing Experience section for Ozempic and other GLP-1RAs.  We understand this to have been a class-wide update.  Subsequently, in June 2024, FDA requested clarification as to the reason for our decision to revise the informed consent documents (ICDs) and Investigator Brochure for IND 117206 (cagrilintide/semaglutide for weight management) and IND 126360 (semaglutide 2.4 mg for weight management), and IND 073206 (liraglutide 3 mg for weight management) to include the term "intestinal obstruction".  We submitted our response on June 20, 2024, and have not had further communication on the topic.

In light of this history, I wanted to reach out before we submit our labeling updates in case you have questions about, or concerns with, our intended approach.

Best regards,
Christina

**Christina Talley**
ASSOC DIR - REG AFFAIRS - TA
40014540 CMR - REG AFFAIRS (2)
+1-3463392618 (mobile)
civt@novonordisk.com

Novo Nordisk Inc. | 800 Scudders Mill Road | Plainsboro, NJ 08536 | +1 609-987-5800 (switchboard) | novonordisk.us | Facebook | Linkedin | Instagram | X (Twitter) | YouTube | TikTok

**Driving change**
the Novo Nordisk Way

This e-mail (including any attachments) is intended for the addressee(s) stated above only and may contain confidential information protected by law. You are hereby notified that any unauthorised reading, disclosure, copying or distribution of this e-mail or use of information contained herein is strictly prohibited and may violate rights to proprietary information. If you are not an intended recipient, please return this e-mail to the sender and delete it immediately hereafter. Thank you.

Highly Confidential - Attorneys' Eyes Only

Novo_GLP_MDL_017197789