# EXHIBIT 268D

| From: | JGKV (Jigisha Varia) |
|---|---|
| To: | AAWN (Anna Windle); MLAN (Martin Holst Lange); MDFR (Mads Frederik Rasmussen); RPEV (Robin Evers); TWHF (Tine Westergaard Højfeldt); TSDZ (Thomas Senderovitz); MLGD (Marie Lindegaard); MLSC (Michael Søberg Christensen); TUEM (Tue Anker Mikkelsen); RBCL (Bob Clark); VKNR (Katrine Rasmussen); LOFC (Louise Færch); QSMH (Stinna Maria Røssner Medici); CZSL (Christine Slagstad); DPSW (Danielle Stewart); PMTO (Paul Menter); QMNI (Morten Tind Abildlund); MVHZ (Marloes van Hout); QNKS (Annette Karen Lundbeck Serup); KXAS (Katrine Ask); JDKA (Julie Derving Karsbøl); AOHX (AMIN OUAHID HESSISSEN); JIRD (Jill Sutton); FRGU (Mico Guevarra); CZRO (Charles Rome); MSYX (Mohammad Syed); RAWN (Rachel Wilson); NLPC (Nicol Pilic); TJHY (Tivonnia Harvey); JFHI (Jenn Harrington); KSYI (Kathy Oviedo); KTXP (Karan Patel); ECTL (Eric Lemon); PRSI (Prabhdeep Singh); HMV (Hanna Mitrakhovich); JMWU (Jerome Wu) |
| Cc: | NNI Reg Ops; JGKV (Jigisha Varia) |
| Subject: | ROC: Rybelsus NDA 213051/S-020 (formulation upgrade) and S-021 (Lactation)- Labeling Comments - Response due by 10 AM on Monday, November 25, 2024 |
| Date: | Wednesday, November 20, 2024 1:35:50 PM |
| Attachments: | image001.png<br>Semaglutide Direct Reports - Dysaesthesia.pdf<br>NDA 213051 S-021 Proposed PI 11-20-24.docx<br>NDA 213051 S-020 Rybelsus Proposed PI 11-20-2024.docx<br>Rybelsus (semaglutide) NDA 213051 S-020 Carton and Container Comments.docx |

**SUMMARY:**    Received below FDA's labeling comments for

2nd round on the draft PI labeling and carton and container/carton comments for the prior approval supplement NDA 213051/S-020 submitted on February 9, 2024, for Rybelsus new formulation D in doses of 1.5 mg, 4 mg and 9 mg

1st round on the draft PI labeling for prior approval supplement NDA 213051/S-021 submitted on June 6, 2024, to update the section 8.2 Lactation to reflect the results of post-marketing requirement (PMR) trial NN9924-4669.

FDA asked to combine the PI labeling for S-020 and S-021, and add the language from the SLC supplement, S-023, that was approved on November 1, 2024.

FDA requested to return the updated label via email **by 10 AM on Monday, November 25, 2024**

**ACTION:** US RA to work with LLC and HQ team to send response **by 10 AM on Monday, November 25, 2024**

Jigisha Varia
DIR - REG AFFAIRS - TA
053-59000.1b CMR - REG AFFAIRS (1b)

Novo Nordisk Inc.  |  +1-6093666404 (mobile)  |  JGKV@novonordisk.com

---

**From:** Kelly, Lindsey <Lindsey.Kelly@fda.hhs.gov>
**Sent:** Wednesday, November 20, 2024 12:52 PM
**To:** JGKV (Jigisha Varia) <jgkv@novonordisk.com>
**Subject:** RE: [EXTERNAL] RE: Rybelsus NDA 213051/S-020, S-021 - Labeling Comments

     Novo_GLP_MDL_RYB_NDA_001104562

Caution: This email is from outside Novo Nordisk's system. Think before clicking links or opening attachments. Use PhishAlarm to report suspicious emails.

Hi Jigisha,

In regard to NDA 213051/S-020 (semaglutide tablets) received on February 9, 2024, please see the attached round 2 FDA comments on the draft PI labeling and carton and container recommendations. Please also see the table of supportive postmarketing cases for dysesthesia attached.

In regard to NDA 213051/S-021 received on June 6, 2024, please see the attached round 1 FDA comments on the draft PI labeling.

Please combine the PI labeling for S-020 and S-021, and add the language from the SLC supplement, S-023, that was approved on November 1, 2024.

Please accept all FDA edits that you agree with. The document that you return to us should only show in tracked changes (1) any new edits you have made to our prior edits and (2) any new edits from you unrelated to our prior edits. When you add a comment bubble, please state " NN response to FDA change" or "NN comment." We remind you that these edits do not reflect the final regulatory decision for this application and that portions of the label are still under review.

We ask that you complete your review and return comments **as soon as possible or by 10 AM on Monday, November 25, 2024**. You can return the updated label via email as the updated versions of the label need not be submitted to the NDA until final agreed labeling has been reached.

Please confirm receipt of this email and attachments.

Thank you!


**Lindsey Kelly, Pharm.D.**
*Regulatory Project Manager*

**Diabetes, Lipid Disorders, and Obesity**
**Division of Regulatory Operations for Cardiology, Hematology, Endocrinology, and Nephrology**
**Office of Regulatory Operations, Office of New Drugs**
**Center for Drug Evaluation and Research**
**U.S. Food and Drug Administration**
Tel: 301-837-7654
Lindsey.Kelly@fda.hhs.gov

 U.S. FOOD & DRUG ADMINISTRATION

---

**From:** JGKV (Jigisha Varia) <jgkv@novonordisk.com>
**Sent:** Tuesday, November 19, 2024 7:54 AM

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only    Novo_GLP_MDL_RYB_NDA_001104563

**To:** Kelly, Lindsey <Lindsey.Kelly@fda.hhs.gov>
**Subject:** [EXTERNAL] RE: Rybelsus NDA 213051/S-020

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good Morning Lindsey

Hope all is well at your end.

It would be great if you could let me know when we expect to receive the further feedback on RYBELSUS formulation upgrade labeling.

Looking forward to receiving your feedback

Kind Regards,
**Jigisha Varia**
DIR - REG AFFAIRS - TA
053-59000.1b CMR - REG AFFAIRS (1b)

Novo Nordisk Inc.  |  +1-6093666404 (mobile)  |  JGKV@novonordisk.com

---

**From:** JGKV (Jigisha Varia)
**Sent:** Wednesday, October 30, 2024 10:29 AM
**To:** Kelly, Lindsey <Lindsey.Kelly@fda.hhs.gov>
**Subject:** RE: Rybelsus NDA 213051/S-020 - 1st round of labeling comments - NN response

Dear Lindsey

Please find attached documents in response to 1st round of labeling comments for NDA 213051 S-020 (semaglutide tablets)

1. Updated PI with NN's responses/comments in the document. NN accepted al FDA edits that we agreed with and provided NN's response/comments for the rest.
2. Response to FDA's recommendations for container-carton labels
3. Updated container-carton labels based on FDA's recommendations.

Please confirm the receipt and contact me if you have any questions.

Kind Regards,

**Jigisha Varia**
DIR - REG AFFAIRS - TA
053-59000.1b CMR - REG AFFAIRS (1b)

Novo Nordisk Inc. I  +1-6093666404 (mobile)  I  JGKV@novonordisk.com

---

**From:** Kelly, Lindsey <Lindsey.Kelly@fda.hhs.gov>
**Sent:** Wednesday, October 23, 2024 5:46 PM
**To:** JGKV (Jigisha Varia) <jgkv@novonordisk.com>
**Subject:** Rybelsus NDA 213051/S-020 - Labeling

> Caution: This email is from outside Novo Nordisk's system. Think before clicking links or opening attachments. Use PhishAlarm to report suspicious emails.

Hi Jigisha,

In regard to NDA 213051 S-020 (semaglutide tablets) received on February 9, 2024, please see the attached round 1 FDA comments on the draft PI labeling and carton and container recommendations. We remind you that these edits do not reflect the final regulatory decision for this application and that portions of the label are still under review.

Please accept all FDA edits that you agree with. The document that you return to us should only show in tracked changes (1) any new edits you have made to our prior edits and (2) any new edits from you unrelated to our prior edits. When you add a comment bubble, please state " NN response to FDA change" or "NN comment."

We ask that you complete your review and return comments **as soon as possible or by EOB on Wednesday, October 30, 2024**. You can return the updated label via email as the updated versions of the label need not be submitted to the NDA until final agreed labeling has been reached.

Please confirm receipt of this email and attachments.

Thank you!


**Lindsey Kelly, Pharm.D.**
*Regulatory Project Manager*

**Diabetes, Lipid Disorders, and Obesity**
**Division of Regulatory Operations for Cardiology, Hematology, Endocrinology, and Nephrology**
**Office of Regulatory Operations, Office of New Drugs**
**Center for Drug Evaluation and Research**
**U.S. Food and Drug Administration**
Tel: 301-837-7654
Lindsey.Kelly@fda.hhs.gov

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only    Novo_GLP_MDL_RYB_NDA_001104565

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to use RYBELSUS® safely and effectively. See full prescribing information for RYBELSUS.**

**RYBELSUS (semaglutide) tablets, for oral use**
**Initial U.S. Approval: 2017**

---

**WARNING: RISK OF THYROID C-CELL TUMORS**
*See full prescribing information for complete boxed warning.*

- In rodents, semaglutide causes thyroid C-cell tumors. It is unknown whether RYBELSUS causes thyroid C-cell tumors, including medullary thyroid carcinoma (MTC), in humans as the human relevance of semaglutide-induced rodent thyroid C-cell tumors has not been determined (5.1, 13.1).
- RYBELSUS is contraindicated in patients with a personal or family history of MTC or in patients with Multiple Endocrine Neoplasia syndrome type 2 (MEN 2). Counsel patients regarding the potential risk of MTC and symptoms of thyroid tumors (4, 5.1).

---

--------------------------RECENT MAJOR CHANGES--------------------------
Dosage and Administration, Recommended Dosage (2.2), Switching Patients between OZEMPIC and RYBELSUS (2.3)................xx/20xx

--------------------------INDICATIONS AND USAGE--------------------------
RYBELSUS is a glucagon-like peptide-1 (GLP-1) receptor agonist indicated as an adjunct to diet and exercise to improve glycemic control in adults with type 2 diabetes mellitus (1).

Limitations of Use
- Has not been studied in patients with a history of pancreatitis (1, 5.2).
- Not for treatment of type 1 diabetes mellitus (1).

--------------------------DOSAGE AND ADMINISTRATION--------------------------
- There are two RYBELSUS formulations (i.e., formulation A Gen-1 and formulation B Gen-2) with different recommended dosages (2.1)
  - These formulations are not substitutable on a mg per mg basis
  - Use either formulation but do not use both formulations at the same time.
- Instruct patients to take RYBELSUS on an empty stomach in the morning with water (up to 4 ounces of water); do not take with other liquids besides water. (2.2)
- After taking RYBELSUS, wait at least 30 minutes before eating the first food, drinking beverages, or taking other oral medications of the day with no more than 4 ounces of plain water only. Waiting less than 30 minutes, or taking with food, beverages (other than plain water) or other oral medications will lessen the effect of RYBELSUS. Waiting more than 30 minutes to eat may increase the absorption of RYBELSUS (2.2).
- Swallow tablets whole. Do not split, crush, or chew tablets (2.12).
- See the Full Prescribing Information for instructions on switching from OZEMPIC to RYBELSUS and switching between the two different RYBELSUS formulations (2.3, 2.4).

Recommended Dosage of RYBELSUS (formulation A Gen-1) (2.3)
- Day 1 to 30:  Recommended Starting dosage is RYBELSUS (formulation Gen-1) with 3 mg orally once daily for 30 days (this dosage is not effective for glycemic control)
- Days 31 to 60: After 30 days on the 3 mg dosage, Iincrease the dosage to 7 mg orally once daily (2.32).
- On Day 61 or thereafter, if: (2.3)
  - No additional glycemic control is needed, maintain the dosage at 7 mg orally once daily.
  - Dosage may be increased to 14 mg once daily if aAdditional glycemic control is needed, increase the dosage to 14 mg orally once daily after at least 30 days on the 7 mg dosage (2.32).

Recommended Dosage of RYBELSUS (formulation B Gen-2) (2.4)
- Day 1 to 30:  Recommended starting dosage is 1.5 mg orally once daily for 30 days (this dosage is not effective for glycemic control)
- Days 31 to 60: Increase the dosage to 4 mg orally once daily .
- On Day 61 or thereafter, if: (2.3)
  - No additional glycemic control is needed, maintain the dosage at 4 mg orally once daily.
  - Additional glycemic control is needed, increase the dosage to 9 mg orally once daily.

RYBELSUS (formulation Gen-2)
- Start RYBELSUS (formulation Gen-2) with 1.5 mg once daily for 30 days. After 30 days on the 1..5 mg dosage, increase the dosage to 4 mg once daily (2.4).
- Dosage may be increased to 9 mg once daily if additional glycemic control is needed after at least 30 days on the 4 mg dosage (2.4).
See the Full Prescribing Information for instructions on switching between OZEMPIC® and RYBELSUS (2.3, 2.4).

--------------------------DOSAGE FORMS AND STRENGTHS--------------------------
- Tablets (formulation Gen-1A): 3 mg, 7 mg and 14 mg (3).
- Tablets (formulation Gen-2B): 1.5 mg, 4 mg and 9 mg (3).

--------------------------CONTRAINDICATIONS--------------------------
- Personal or family history of medullary thyroid carcinoma MTC or in patients with MEN-2Multiple Endocrine Neoplasia syndrome type 2 (4).
- Prior serious hypersensitivity reaction to semaglutide or any of the excipients in RYBELSUS (4).

--------------------------WARNINGS AND PRECAUTIONS--------------------------
- *Pancreatitis*: Has been reported in clinical trials. Discontinue promptly if pancreatitis is suspected. Do not restart if pancreatitis is confirmed (5.2).
- *Diabetic Retinopathy Complications*: Has been reported in a cardiovascular outcomes trial with semaglutide injection. Patients with a history of diabetic retinopathy should be monitored (5.3).
- *Hypoglycemia with : Concomitant use with an of iInsulin Ssecretagogues or Iinsulin*: Mmay increase the risk of hypoglycemia, including severe hypoglycemia. Reducing the dosage of insulin secretagogue or insulin may be necessary (5.4).
- *Acute Kidney Injury*: Monitor renal function in patients with renal impairment reporting severe adverse gastrointestinal reactions (5.5).
- *Hypersensitivity Reactions*: Serious hypersensitivity reactions (e.g., anaphylaxis and angioedema) have been reported. Discontinue RYBELSUS if hypersensitivity reactions suspected occur and monitor until signs and symptoms resolve promptly seek medical advice (5.6).
- *Acute Gallbladder Disease:* If cholelithiasis or cholecystitis are suspected, gallbladder studies are indicated (5.7)

--------------------------ADVERSE REACTIONS--------------------------
Most common adverse reactions (incidence ≥5%) are nausea, abdominal pain, diarrhea, decreased appetite, vomiting and constipation (6.1).

**To report SUSPECTED ADVERSE REACTIONS, contact Novo Nordisk Inc., at 1-833-457-7455 or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.**

--------------------------DRUG INTERACTIONS--------------------------
*Oral Medications*: RYBELSUS delays gastric emptying. Instruct patients to closely follow RYBELSUS administration instructions. Consider increased clinical or laboratory monitoring when co-administered with other oral medications that have a narrow therapeutic index or that require clinical monitoring . (7.2).

--------------------------USE IN SPECIFIC POPULATIONS--------------------------
- *Pregnancy*: May cause fetal harmSee *Pregnancy* subsection (8.1).
- *Lactation*: Breastfeeding not recommended (8.2).
- *Females and Males of Reproductive Potential*: Discontinue RYBELSUS in women at least 2 months before a planned pregnancy due to the long washout period for semaglutide (8.3).

**See 17 for PATIENT COUNSELING INFORMATION and Medication Guide.**

**Revised: 0X/2024**

---

**Commented [A1]:** FDA to Applicant:  See comments below in the Full PI. Update the Highlights for consistency with these revisions.

**Commented [A2R1]:** NN response to FDA change: Updated

**Commented [A3R1]:** FDA to Applicant: See additional changes to the Full PI below and update the Highlights and Table of Contents, accordingly.

**Commented [A4]:** FDA to Applicant:  We used acronyms in this bullet because these terms were already defined in Highlights.

**Commented [A6]:** FDA to Applicant: See comments in the Full PI, below.

**Commented [A5]:** FDA to Applicant: See comment in the Full PI.

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only

FULL PRESCRIBING INFORMATION:  CONTENTS*
WARNING:  RISK OF THYROID C-CELL TUMORS

1    INDICATIONS AND USAGE
2    DOSAGE AND ADMINISTRATION
     2.1    Overview of RYBELUS formulations
     2.2    Important Administration Instructions
     2.32   Recommended Dosage for RYBELSLEUS (formulation AGen-1)
     2.43   Recommended Dosage for RYBELSUS (formulation BGen-2) Switching Patients between OZEMPIC and RYBELSUS
3    DOSAGE FORMS AND STRENGTHS
4    CONTRAINDICATIONS
5    WARNINGS AND PRECAUTIONS
     5.1    Risk of Thyroid C-Cell Tumors
     5.2    Pancreatitis
     5.3    Diabetic Retinopathy Complications
     5.4    Hypoglycemia with Concomitant Use of Insulin Secretagogues or Insulin
     5.5    Acute Kidney Injury
     5.6    Hypersensitivity Reactions
     5.7    Acute Gallbladder Disease
6    ADVERSE REACTIONS
     6.1    Clinical Trials Experience
     6.2    Postmarketing Experience
7    DRUG INTERACTIONS
     7.1    Concomitant Use with an Insulin Secretagogue (e.g., Sulfonylurea) or with Insulin
     7.2    Oral Medications
8    USE IN SPECIFIC POPULATIONS
     8.1    Pregnancy
     8.2    Lactation
     8.3    Females and Males of Reproductive Potential
     8.4    Pediatric Use
     8.5    Geriatric Use
     8.6    Renal Impairment
     8.7    Hepatic Impairment
10   OVERDOSAGE
11   DESCRIPTION
12   CLINICAL PHARMACOLOGY
     12.1   Mechanism of Action
     12.2   Pharmacodynamics
     12.3   Pharmacokinetics
     12.6   Immunogenicity
13   NONCLINICAL TOXICOLOGY
     13.1   Carcinogenesis, Mutagenesis, Impairment of Fertility
     13.2   Animal Toxicology and/or Pharmacology
14   CLINICAL STUDIES
     14.1   Overview of Clinical Studies
     14.2   Monotherapy Use of RYBELSUS in Patients with Type 2 Diabetes Mellitus
     14.3   Combination Therapy Use of RYBELSUS in Patients with Type 2 Diabetes Mellitus
     14.4   Cardiovascular Outcomes Trial in Patients with Type 2 Diabetes Mellitus and Cardiovascular Disease
16   HOW SUPPLIED/STORAGE AND HANDLING
17   PATIENT COUNSELING INFORMATION

*Sections or subsections omitted from the full prescribing information are not listed.

Commented [A7]: FDA to Applicant:  Revise the table of contents for consistency with revisions to the Full PI.

Commented [A8R7]: NN response to FDA change: Updated

Commented [A9R7]: FDA to Applicant:  See also comments below.

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only

**FULL PRESCRIBING INFORMATION**

---

**WARNING:  RISK OF THYROID C-CELL TUMORS**

- **In rodents, semaglutide causes dose-dependent and treatment-duration-dependent thyroid –C-cell tumors at clinically relevant exposures. It is unknown whether RYBELSUS causes thyroid C-cell tumors, including medullary thyroid carcinoma (MTC), in humans as human relevance of semaglutide-induced rodent thyroid C-cell tumors has not been determined** *[see Warnings and Precautions (5.1) and Nonclinical Toxicology (13.1)]***.**
- **RYBELSUS is contraindicated in patients with a personal or family history of MTC or in patients with Multiple Endocrine Neoplasia syndrome type 2 (MEN 2)** *[see Contraindications (4)]***. Counsel patients regarding the potential risk for MTC with the use of RYBELSUS and inform them of symptoms of thyroid tumors (e.g. a mass in the neck, dysphagia, dyspnea, persistent hoarseness). Routine monitoring of serum calcitonin or using thyroid ultrasound is of uncertain value for early detection of MTC in patients treated with RYBELSUS** *[see Contraindications (4) and Warnings and Precautions (5.1)]***.**

---

**1 INDICATIONS AND USAGE**

RYBELSUS is indicated as an adjunct to diet and exercise to improve glycemic control in adults with type 2 diabetes mellitus.

Limitations of Use
- RYBELSUS has not been studied in patients with a history of pancreatitis. Consider other antidiabetic therapies in patients with a history of pancreatitis *[see Warnings and Precautions (5.2)]*.
- RYBELSUS is not indicated for use in patients with type 1 diabetes mellitus.

**2 DOSAGE AND ADMINISTRATION**

**2.1  ⸺Overview of RYBELSUS Formulations**
- There are two RYBELSUS formulations (i.e., formulation A and formulation B) with different recommended dosages. Refer to recommendations on how to switch from one formulation to another formulation *[see Dosage and Administration (2.3, 2.4)]*.
  - ○  RYBELSUS (formulation A) includes strengths 3 mg, 7 mg, and 14 mg.
  - ○  RYBELSUS (formulation B) includes strengths 1.5 mg, 4 mg, and 9 mg.
- These formulations are not substitutable on a mg per mg basis.
- Use either RYBELSUS formulation A or formulation B; do not use both formulations at the same time.
- Do not take more than one tablet per day.

**2.2  Important Administration Instructions**
- Take RYBELSUS on an empty stomach in the morning with water (up to 4 ounces of water). Do not take RYBELSUS with other liquids besides water.
- After taking RYBELSUS, wait at least 30 minutes before eating food, drinking beverages, or taking other oral medications *[see Clinical Pharmacology (12.3)]*.
- Swallow tablets whole. Do not split crush, or chew.
- If a dose is missed, skip the missed dose, and take the next dose the following day.

**2.3  Recommended StartingInitiation, Escalation, and Maintenance Dosages of RYBELSUS Fformulations A and Bs(formulation A)**
RYBELSUS (formulation A)
RYBELSUS (formulation A) includes the following strengths:  3 mg, 7 mg, and 14 mg.

Commented [A10]: FDA to Applicant: The proposed labeling suggests that only one formulation of RYBELSUS is currently marketed. However, you have indicated that there will be a ~6 month period during which both formulation 9 and formulation D will be in distribution concurrently. Thus, the labeling should be revised to reflect all of the currently available formulations [see 21 CFR 201.57(c)(4)]. See also specific comments below.

We also note that the labeling may be revised once there is only one formulation in distribution.

Commented [A11R10]: NN response to FDA change: Agree. NN confirms that the labeling will be revised once only one formulation in distribution

Commented [A12]: FDA to Applicant: You have indicated that there will be a ~6 month period during which both formulation 9 and formulation D will be in distribution concurrently. The labeling should be revised to include dosage and administration information regarding all available formulations.

Given that these formulations have different recommended dosages it is important to distinguish between these two formulations in the D&A section. We propose using the terms "formulation A" and "formulation B", however, other terms could used that distinguish these two formulations based on distinguishing characteristics. If proposing alternative identifiers, please also be mindful of the implications on future reformulations and avoid promotional claims.

Commented [A13R12]: NN response to FDA change: Agree. However, we would like use (formulation Gen-1 and formulation Gen-2 instead of formulation A and formulation B respectively. The change has been made throughout the insert

Commented [A14R12]: FDA to Applicant: The term "Gen", implies that there are multiple generations of formulations and may misleadingly imply that the revised formulation provides a clinical advancement. However, no clinical studies have been conducted to support this claim. We also note that the use of an integer (number) implies that there is a defined and quantifiable difference between the two formulations, however such differences have not established. We recommend removing reference to "gen" and use "formulation A" and "formulation B" or another neutral and non-promotional modifier such as the ones used in with your development program (e.g., formulation B and formulation D).

Recommend the following RYBELSUS (formulation A) dosage ~~initiation and escalation regimen t~~to reduce the risk of gastrointestinal adverse reactions *[see Adverse Reactions (6.1)]*:

- *Starting Dosage (Initiation Phase) (Days 1 to 30):*  The recommended starting dosage is 3 mg orally once daily ~~Day 1 through 30~~ (this dosage is not effective for glycemic control).
- *Escalation and Maintenance Dosage (Days 31 and beyond):*
  - Days 31 to 60:  Increase the dosage to 7 mg orally once daily.
  - On Day 61 or thereafter, if:
    - No additional glycemic control is needed, maintain the dosage at 7 mg orally once daily.
    - Additional glycemic control is needed, increase the dosage to 14 mg orally once daily.

RYBELSUS (formulation B)
RYBELSUS (formulation B) includes the following strengths:  1.5 mg, 4 mg, and 9 mg.

Recommend the following RYBELSUS (formulation B) dosage to reduce the risk of gastrointestinal adverse reactions *[see Adverse Reactions (6.1)]*:

- *Starting Dosage (Initiation Phase) (Days 1 through 30):*  The recommended starting dosage is 1.5 mg orally once daily (this dosage is not effective for glycemic control).
- *Escalation and Maintenance Dosage (Days 31 and beyond):*
  - Days 31 to 60:  Increase the dosage to 4 mg orally once daily.
  - On Day 61 or thereafter, if:
    - No additional glycemic control is needed maintain the dosage at 4 mg orally once daily.
    - Additional glycemic control is needed increase the dosage to 9 mg orally once daily.

**2.4 Switching Between RYBELSUS (Formulations A or B) or from OZEMPIC to RYBELSUS**

~~Table 1. Recommended Dosage Regimen of RYBELSUS (formulation Gen-1)~~

| ~~Treatment~~ | ~~Days~~ | ~~Once Daily Oral RYBELSUS (formulation Gen-1) Dosage~~ | |
|---|---|---|---|
| ~~Initiation~~ | ~~Days 1-30~~ | ~~The r~~Recommended starting dosage is 3 mg orally once daily (this dosage is not effective for glycemic control). | ~~3 mg~~ |
| ~~Maintenance~~ | ~~Days 31-60~~ | ~~Increase the dosage to 7 mg orally once daily~~ | ~~7 mg~~ |
| | ~~Days 61 and after~~ | ~~If no additional glycemic control is needed, maintain the dosage at 7 mg orally once daily.~~ ~~If additional glycemic control is needed, increase the dosage to 14 mg orally once daily.~~ | |
| | ~~If additional glycemic control is needed, Days 61 and after~~ | ~~If additional glycemic control is needed, increase the dosage to 14 mg orally once daily.~~ | ~~14 mg~~ |

Switching Between RYBELSUS Formulations
- Do not switch between RYBELSUS formulations during the initiation phase (Days 1-30) *[see Dosage and Administration (2.3)]*.
- After 30 days of RYBELSUS treatment (after the initiation phase) *[see Dosage and Administration (2.3)]*, patients may switch between RYBELSUS formulations (see Table X).

**Commented [A15]:** FDA to Applicant:  Including rationale for titration discussed below, for consistency with Wegovy.

**Commented [A16R15]:** NN response to FDA change: Agree however, converted bullets into a table, for the purposes of clear and easily identifiable key information.

**Commented [A17R15]:** FDA to Applicant:  We note your comment above. However to minimize redundancy and to express a clear titration schedule, we suggest revising the bullets and deleting the table.  Consolidated the initiation recommendations in to one section for clarity/completeness.

Please also update the table numbers, as appropriate throughout the Full PI.

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only

- When switching between the formulations, initiate the other RYBELSUS formulation the day after discontinuing the previous RYBELSUS formulation.

**Table X. Switching Between Escalation or Maintenance Dosages of RYBELSUS Formulations**

| RYBELSUS (formulation A)* | RYBELSUS (formulation B)* |
|---|---|
| 7 mg orally once daily | 4 mg orally once daily |
| 14 mg orally once daily | 9 mg orally once daily |
| *Discontinue this formulation and initiate the alternate formulation the day after | |

Switching from RYBELSUS (formulation Gen-1B) to RYBELSUS (formulation AGen-2)
- After 30 days on the  mg  starter dose (formulation Gen-1), increase the dosage to  mg (formulation Gen-2) orally once daily.

Table 12 provides dosage recommendations when switching from RYBELSUS (formulation Gen-1B) to RYBELSUS (formulation Gen-2). for maintenance doses.  For maintenance doses, iInitiate RYBELSUS (formulation Gen-2) the day after discontinuing RYBELSUS (formulation Gen-1).
Do not use both formulations at the same time.

**Table 2. Dosage Recommendations When Switching from RYBELSUS (formulation Gen 1) to RYBELSUS (formulation Gen 2)**

| Discontinue RYBELSUS (formulation Gen-1) | Recommended Dosage of RYBELSUS (formulation ) |
|---|---|
|  |  |
|  |  |

**Table 1. Dosage Recommendations When Switching from RYBELSUS (formulation B) to RYBELSUS (formulation A)**

| Discontinue RYBELSUS (formulation B) | Recommended Dosage of RYBELSUS (formulation A) |
|---|---|
| 1.5 mg orally once daily | 3 mg orally once daily |
| 4 mg orally once daily | 7 mg orally once daily |
| 9 mg orally once daily | 14 mg orally once daily |

Switching from OZEMPIC to RYBELSUS (formulation AGen-1)
One week after discontinuing 0.5 mg of subcutaneous OZEMPIC, start 7 mg or 14 mg of RYBELSUS (formulation A) 7 mg or 14 mg orally once daily. There is no equivalent dose of RYBELSUS to OZEMPIC 1 mg and 2 mg.
Do not switch from OZEMPIC 0.25 mg, 1 mg, or 2 mg administered subcutaneously once weekly to RYBELSUS (formulation A).

**2.4  Recommended Dosage of RYBELSUS (formulation B)**
RYBELSUS (formulation B) includes the following strengths:  1.5 mg, 4 mg, and 9 mg.

**Commented [A18]:** NN comment: Added dose recommendations for maintenance doses only as starting dose 3 mg should continue for 30 days before switching to formulation Gen-2.

**Commented [A19R18]:** FDA to Applicant: See comments above. Recommend clarifying and consolidating this information while also maintaining all possible dosage scenarios for completeness.

**Commented [A20]:** FDA to Applicant:  The labeling for Rybelsus formulations should described dosage and administration instructions for prescribing Rybelsus. Thus, instructions on how to prescribe Ozempic are only appropriate for the Ozempic labeling. We removed instructions on how to switch from Rybelsus to Ozempic as this should be included in the Ozempic PI.

**Commented [A21R20]:** NN response:  Removed this statement as it can be misleading that if patient is on  Ozempic 1 mg and down escalate to 0.5 mg before switching to Rybelsus. Patient can switch from 0.25 mg Ozempic to 3 mg Rybelsus as both considered as starting dose.

Added that there is no equivalent dose of RYBELSUS to OZEMPIC 1 mg and 2 mg.

**Commented [A22R20]:** FDA to Applicant:  We deleted the proposed sentence above (",,no equivalent dose) since it does not provide specific dosage instructions and is consistent with the general message in the current Rybelsus labeling and no new switching data have been provided with this supplement.

Recommend the following RYBELSUS (formulation B) dosage regimen to reduce the risk of gastrointestinal adverse reactions *[see Adverse Reactions (6.1)]*:

- Day 1 through 30:  The recommended starting dosage is 1.5 mg orally once daily Day 1 through 30 (this dosage is not effective for glycemic control).
- Days 31 to 60:  Increase the dosage to 4 mg orally once daily (Days 31 to 60).
- On Day 61 or thereafter, if:
  - No additional glycemic control is needed maintain the dosage at 4 mg orally once daily.
  - Additional glycemic control is needed increase the dosage to 9 mg orally once daily.

Table 3. Recommended Dosage of RYBELSUS (formulation Regimen Gen-2)

| Treatment | Days | RYBELSUS (formulation Gen-2) Once Daily Oral Dosage | |
|---|---|---|---|
| Initiation | Days 1-30 | The recommended starting dosage is 1.5 mg orally once daily (this dosage is not effective for glycemic control). | 1.5 mg |
| Maintenance | Days 31-60 | Increase the dosage to 4 mg orally once daily | 4 mg |
| | Days 61 and after | - No additional glycemic control is needed, maintain the dosage at 4 mg orally once daily.<br>- If additional glycemic control is needed, increase the dosage to 9 mg orally once daily. | |
| | If additional glycemic control is needed, Days 61 and after | If additional glycemic control is needed, increase the dosage to 9 mg orally once daily. | 9 mg |

<div style="margin-left:auto;width:40%;">

**Commented [A23]:** NN comment: Converted bullets into a table for the purposes of clear and easily identifiable key information.

**Commented [A24R23]:** FDA to Applicant: See comment above. Recommend deleting the table and revising bullets above.

</div>

Switching from RYBELSUS (formulation A) to RYBELSUS (formulation B)
Table X provides dosage recommendations when switching from RYBELSUS (formulation ) to RYBELSUS (formulation ).  Initiate RYBELSUS (formulation ) the day after discontinuing RYBELSUS (formulation ).

Table X. Dosage Recommendations When Switching from RYBELSUS (formulation Gen 1) to RYBELSUS (formulation Gen 2)

| 0Discontinue RYBELSUS (formulation ) | Recommended Dosage of RYBELSUS (formulation ) |
|---|---|
| 3 mg orally once daily | 1.5 mg orally once daily |
| 7 mg orally once daily | 4 mg orally once daily |
| 14 mg orally once daily | 9 mg orally once daily |

<div style="margin-left:auto;width:40%;">

**Commented [A25]:** NN comment: Revised switching text from RYBELSUS formulation Gen-2 to Formulation Gen-1. NN don't expect it to happen much as our intension is to transition from Gen-1 to Gen-2. Therefore, recommendations are provided in bullet points for starter and maintenance doses.

**Commented [A26R25]:** FDA to Applicant: See comments above.

</div>

Switching from OZEMPIC to RYBELSUS (formulation A) or RYBELSUS (formulation B)

*Switching from OZEMPIC to RYBELSUS (formulation A)*

- ~~One week after discontinuing 0.5 mg of subcutaneous OZEMPIC, start 7 mg or 14 mg of RYBELSUS (formulation A) orally once daily.~~

- ~~Do not switch from OZEMPIC 0.25 mg, 1 mg, or 2 mg administered subcutaneously once weekly to RYBELSUS (formulation A).After 30 days on the 1.5 mg starter dose (formulation Gen-2), increase the dosage to 7 mg (formulation Gen-1) orally once daily.~~
  ~~After discontinuing RYBELSUS (formulation Gen-2) maintenance dosages 4 mg or 9 mg, the recommended maintenance dosages for RYBELSUS (formulation Gen-1) are 7 mg or 14 mg, respectively, orally once daily.~~

- 

~~Table 2 provides dosage recommendations when switching from RYBELSUS (formulation A) to RYBELSUS (formulation B). Initiate RYBELSUS (formulation B) the day after discontinuing RYBELSUS (formulation A). Do not use both formulations at the same time.~~

~~Table 2. Dosage Recommendations When Switching from RYBELSUS (formulation A) to RYBELSUS (formulation B)~~

| ~~Discontinue RYBELSUS (formulation A)~~ | ~~Recommended Dosage of RYBELSUS (formulation B)~~ |
|---|---|
| ~~3 mg orally once daily~~ | ~~1.5 mg orally once daily~~ |
| ~~7 mg orally once daily~~ | ~~4 mg orally once daily~~ |
| ~~14 mg orally once daily~~ | ~~9 mg orally once daily~~ |

*Switching from OZEMPIC to RYBELSUS (formulation ~~Gen-2~~BB)*

- One week after discontinuing 0.5 mg of subcutaneous OZEMPIC, start 4 mg or 9 mg of RYBELSUS (formulation ~~Gen-2~~BB) ~~4 mg or 9 mg~~ orally once daily. ~~There is no equivalent dose of RYBELSUS to OZEMPIC 1 mg and 2 mg.~~

- ~~Do not switch from OZEMPIC 0.25 mg, 1 mg, or 2 mg administered subcutaneously once weekly to RYBELSUS (formulation B).~~

- 

**Commented [A27]:** NN response: Removed this statement as it can be misleading that if patient is on Ozempic 1 mg and down escalate to 0.5 mg before switching to Rybelsus. Patient can switch from 0.25 mg Ozempic to 1.5 mg Rybelsus as both considered as starting dose.

Added that there is no equivalent dose of RYBELSUS to OZEMPIC 1 mg and 2 mg.

**Commented [A28R27]:** FDA to Applicant: We deleted the propose sentence above ("...no equivalent dose) since it does not provide specific dosage instructions, is consistent with the general message in the current Rybelsus labeling and no new switching data have been provided with this supplement.

## 3  DOSAGE FORMS AND STRENGTHS

RYBELSUS (semaglutide) tablets (formulation A) are available as:

3 mg: white to light yellow, oval shaped debossed with "3" on one side and "novo" on the other side.
7 mg: white to light yellow, oval shaped debossed with "7" on one side and "novo" on the other side.
14 mg: white to light yellow, oval shaped debossed with "14" on one side and "novo" on the other side.

RYBELSUS (semaglutide) tablets (formulation B) are available as:

- 1.5 mg: white to light yellow, round shaped debossed with "1.5" on one side and "novo" on the other side.
- 4 mg: white to light yellow, round shaped debossed with "4" on one side and "novo" on the other side.
- 9 mg: white to light yellow, round shaped debossed with "9" on one side and "novo" on the other side.

-

**4  CONTRAINDICATIONS**

RYBELSUS is contraindicated in patients with:

- A personal or family history of medullary thyroid carcinoma (MTC) or in patients with Multiple Endocrine Neoplasia syndrome type 2 (MEN 2) *[see Warnings and Precautions (5.1)]*.
- A prior serious hypersensitivity reaction to semaglutide or to any of the excipients in RYBELSUS. Serious hypersensitivity reactions including anaphylaxis and angioedema have been reported with RYBELSUS *[see Warnings and Precautions (5.6)]*.

**5  WARNINGS AND PRECAUTIONS**

**5.1  Risk of Thyroid C-Cell Tumors**

In mice and rats, semaglutide caused a dose-dependent and treatment-duration-dependent increase in the incidence of thyroid C-cell tumors (adenomas and carcinomas) after lifetime exposure at clinically relevant plasma exposures *[see Nonclinical Toxicology (13.1)]*. It is unknown whether RYBELSUS causes thyroid C-cell tumors, including medullary thyroid carcinoma (MTC), in humans as human relevance of semaglutide-induced rodent thyroid C-cell tumors has not been determined.

Cases of MTC in patients treated with liraglutide, another GLP-1 receptor agonist, have been reported in the postmarketing period; the data in these reports are insufficient to establish or exclude a causal relationship between MTC and GLP-1 receptor agonist use in humans.

RYBELSUS is contraindicated in patients with a personal or family history of MTC or in patients with MEN 2. Counsel patients regarding the potential risk for MTC with the use of RYBELSUS and inform them of symptoms of thyroid tumors (e.g., a mass in the neck, dysphagia, dyspnea, persistent hoarseness).

Routine monitoring of serum calcitonin or using thyroid ultrasound is of uncertain value for early detection of MTC in patients treated with RYBELSUS. Such monitoring may increase the risk of unnecessary procedures, due to the low test specificity for serum calcitonin and a high background incidence of thyroid disease. Significantly elevated serum calcitonin value may indicate MTC and patients with MTC usually have calcitonin values >50 ng/L. If serum calcitonin is measured and found to be elevated, the patient should be further evaluated. Patients with thyroid nodules noted on physical examination or neck imaging should also be further evaluated.

**5.2  Pancreatitis**

In glycemic control trials, pancreatitis was reported as a serious adverse event in 6 RYBELSUS-treated patients (0.1 events per 100 patient years) versus 1 in comparator-treated patients (<0.1 events per 100 patient years) *[see Adverse Reactions (6.1)]*.

After initiation of RYBELSUS, observe patients carefully for signs and symptoms of pancreatitis (including persistent severe abdominal pain, sometimes radiating to the back and which may or may not be accompanied by vomiting). If pancreatitis is suspected, RYBELSUS should be discontinued and appropriate management initiated; if confirmed, RYBELSUS should not be restarted.

**5.3  Diabetic Retinopathy Complications**

In a pooled analysis of glycemic control trials with RYBELSUS, patients reported diabetic retinopathy related adverse reactions during the trial (4.2% with RYBELSUS and 3.8% with comparator) *[see Adverse Reactions (6.1)]*.

In a 2-year cardiovascular outcomes trial with semaglutide injection involving patients with type 2 diabetes mellitus and high cardiovascular risk, diabetic retinopathy complications (which was a 4-component adjudicated endpoint) occurred in patients treated with semaglutide injection (3.0%) compared to placebo (1.8%). The absolute risk increase for diabetic retinopathy complications was larger among patients with a history of diabetic

retinopathy at baseline (semaglutide injection 8.2%, placebo 5.2%) than among patients without a known history of diabetic retinopathy (semaglutide injection 0.7%, placebo 0.4%).

Rapid improvement in glucose control has been associated with a temporary worsening of diabetic retinopathy. The effect of long-term glycemic control with semaglutide on diabetic retinopathy complications has not been studied. Patients with a history of diabetic retinopathy should be monitored for progression of diabetic retinopathy.

**5.4  Hypoglycemia with Concomitant Use of Insulin Secretagogues or Insulin**
Patients receiving RYBELSUS in combination with an insulin secretagogue (e.g., sulfonylurea) or insulin may have an increased risk of hypoglycemia, including severe hypoglycemia *[see Adverse Reactions (6.1) and Drug Interactions (7)]*.

The risk of hypoglycemia may be lowered by a reduction in the dosage of sulfonylurea (or other concomitantly administered insulin secretagogue) or insulin. Inform patients using these concomitant medications of the risk of hypoglycemia and educate them on the signs and symptoms of hypoglycemia.

**5.5  Acute Kidney Injury**
There have been postmarketing reports of acute kidney injury and worsening of chronic renal failure, which may sometimes require hemodialysis, in patients treated with GLP-1 receptor agonists, including semaglutide. Some of these events have been reported in patients without known underlying renal disease. A majority of the reported events occurred in patients who had experienced nausea, vomiting, diarrhea, or dehydration.

Monitor renal function when initiating or escalating doses of RYBELSUS in patients reporting severe adverse gastrointestinal reactions.

**5.6  Hypersensitivity Reactions**
Serious hypersensitivity reactions (e.g., anaphylaxis, angioedema) have been reported in patients treated with RYBELSUS. If hypersensitivity reactions occur, discontinue use of RYBELSUS; treat promptly per standard of care, and monitor until signs and symptoms resolve. RYBELSUS is contraindicated in patients with a prior serious hypersensitivity reaction to semaglutide or to any of the excipients in RYBELSUS *[see Adverse Reactions (6.2)]*.

Anaphylaxis and angioedema have been reported with GLP-1 receptor agonists. Use caution in a patient with a history of angioedema or anaphylaxis with another GLP-1 receptor agonist because it is unknown whether such patients will be predisposed to anaphylaxis with RYBELSUS.

**5.7  Acute Gallbladder Disease**
Acute events of gallbladder disease such as cholelithiasis or cholecystitis have been reported in GLP-1 receptor agonist trials and postmarketing. In placebo-controlled trials, cholelithiasis was reported in 1% of patients treated with RYBELSUS 7 mg. Cholelithiasis was not reported in RYBELSUS 14 mg or placebo-treated patients *[see Adverse Reactions (6.1)]*. If cholelithiasis or cholecystitis is suspected, gallbladder studies and appropriate clinical follow-up are indicated *[see Adverse Reactions (6.2)]*.

**6  ADVERSE REACTIONS**
The following serious adverse reactions are described below or elsewhere in the prescribing information:

• Risk of Thyroid C-cell Tumors *[see Warnings and Precautions (5.1)]*
• Pancreatitis *[see Warnings and Precautions (5.2)]*
• Diabetic Retinopathy Complications *[see Warnings and Precautions (5.3)]*
• Hypoglycemia with Concomitant Use of Insulin Secretagogues or Insulin *[see Warnings and Precautions (5.4)]*
• Acute Kidney Injury *[see Warnings and Precautions (5.5)]*
• Hypersensitivity Reactions *[see Warnings and Precautions (5.6)]*

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only

• Acute Gallbladder Disease *[see Warnings and Precautions (5.7)]*

**6.1  Clinical Trials Experience**
Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in practice.

The safety of RYBELSUS (formulation B – 1.5 mg, 4 mg, and 9 mg strengths) *[see Dosage and Administration (2.2)]* and RYBELSUS (formulation A – 3 mg, 7, mg, and 14 mg strengths) *[see Dosage and Administration (2.3)]* has been established as an adjunct to diet and exercise to improve glycemic control in adults with type 2 diabetes mellitus based on adequate and well-controlled studies of RYBELSUS (formulation A) in adult patients with type 2 diabetes mellitus *[see Clinical Pharmacology (12.3) and Clinical Studies (14)]*. Below is a display of the safety results of the adequate and well-controlled studies of RYBELSUS (formulation A) in adult patients with type 2 diabetes mellitus.

Pool of Placebo-Controlled Trials
The data in Table 1 are derived from 2 placebo-controlled trials in adult patients with type 2 diabetes mellitus *[see Clinical Studies (14)]*. These data reflect exposure of 1071 patients to RYBELSUS with a mean duration of exposure of 41.8 weeks. The mean age of patients was 58 years, 3.9% were 75 years or older and 52% were male. In these trials, 63% were White, 6% were Black or African American, and 27% were Asian; 19% identified as Hispanic or Latino ethnicity. At baseline, patients had type 2 mellitus diabetes for an average of 9.4 years and had a mean $HbA_{1c}$ of 8.1%. At baseline, 20.1% of the population reported retinopathy. Baseline estimated renal function was normal (eGFR $\geq$90 mL/min/1.73m$^2$) in 66.2%, mildly impaired (eGFR 60 to 90 mL/min/1.73m$^2$) in 32.4% and moderately impaired (eGFR 30 to 60 mL/min/1.73m$^2$) in 1.4% of patients.

Pool of Placebo- and Active-Controlled Trials
The occurrence of adverse reactions was also evaluated in a larger pool of adult patients with type 2 diabetes mellitus participating in 9 placebo- and active-controlled trials *[see Clinical Studies (14)]*. In this pool, 4116 patients with type 2 diabetes mellitus were treated with RYBELSUS for a mean duration of 59.8 weeks. The mean age of patients was 58 years, 5% were 75 years or older and 55% were male. In these trials, 65% were White, 6% were Black or African American, and 24% were Asian; 15% identified as Hispanic or Latino ethnicity. At baseline, patients had type 2 diabetes mellitus for an average of 8.8 years and had a mean $HbA_{1c}$ of 8.2%. At baseline, 16.6% of the population reported retinopathy. Baseline estimated renal function was normal (eGFR $\geq$90 mL/min/1.73m$^2$) in 65.9%, mildly impaired (eGFR 60 to 90 mL/min/1.73m$^2$) in 28.5%, and moderately impaired (eGFR 30 to 60 mL/min/1.73m$^2$) in 5.4% of the patients.

Common Adverse Reactions
Table 3-4 shows common adverse reactions, excluding hypoglycemia, associated with the use of RYBELSUS in adult patients with type 2 diabetes mellitus in the pool of placebo-controlled trials. These adverse reactions occurred more commonly on RYBELSUS than on placebo and occurred in at least 5% of patients treated with RYBELSUS.

**Table 3-4. Adverse Reactions in Placebo-Controlled Trials Reported in $\geq$5% of RYBELSUS-Treated Patients with Type 2 Diabetes Mellitus**

| Adverse Reaction | Placebo (N=362) % | RYBELSUS 7 mg* (N=356) % | RYBELSUS 14 mg* (N=356) % |
|---|---|---|---|
| Nausea | 6 | 11 | 20 |
| Abdominal Pain | 4 | 10 | 11 |
| Diarrhea | 4 | 9 | 10 |

Commented [A29]: FDA to Applicant: The clinical trials experience in Section 6 should reflect the actual dosages used in the clinical studies that reported this safety information. The proposed revisions misleadingly imply that these events were collected from clinical trials using formulation D, when this is not the case. Furthermore, the proposed footnote is not adequate to mitigate this misleading impression.
Retain the dosages used to in the clinical trials with the type 9 formulation.
Apply this comment throughout the labeling in all instances you replaced data obtained with the Type 9 formulation and imply that these data were obtained with formulation D.

Commented [A30R29]: NN response: agree. The footnote is added below each safety table for the clarify.

Commented [A31R29]: FDA to Applicant: We disagree with adding this footnote for the following reasons: a) the relationship between the two formulations is explained in the paragraph near the beginning of this Section and in Section 12.3 and b) it may create the misleading impression that there is comparative clinical data with the two formulations.

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only

Novo_GLP_MDL_RYB_NDA_001104575

| Decreased appetite | 1 | 6 | 9 |
|---|---|---|---|
| Vomiting | 3 | 6 | 8 |
| Constipation | 2 | 6 | 5 |

~~*There were no clinically significant differences in the safety profile observed between 7 mg. and 14 mg doses of RYBELSUS (formulation Gen-1) and 4 mg. and 9 mg doses of RYBELSUS (formulation Gen-2).~~

In the pool of placebo- and active-controlled trials, the types and frequency of common adverse reactions, excluding hypoglycemia, were similar to those listed in Table 1.

Gastrointestinal Adverse Reactions
In the pool of placebo-controlled trials, gastrointestinal adverse reactions occurred more frequently among patients who received RYBELSUS than placebo:  RYBELSUS 14 mg once daily (41%), RYBELSUS 7 mg once daily (32%), and placebo (21%). The majority of reports of nausea, vomiting, and/or diarrhea occurred during dose escalation. A greater percentage of patients who received RYBELSUS 14 mg once daily (8%) and RYBELSUS 7 mg once daily (4%) discontinued treatment due to gastrointestinal adverse reactions than patients who received placebo (1%).

In addition to the reactions in Table 1, the following gastrointestinal adverse reactions with a frequency of <5% occurred in RYBELSUS-treated patients (frequencies listed, respectively, as 14 mg once daily, 7 mg once daily, and placebo): abdominal distension (3%, 2%, and 1%), dyspepsia (0.6%, 3%, 0.6%), eructation (2%, 0.6%, 0%,), flatulence (1%, 2%, 0%), gastroesophageal reflux disease (2%, 2%, 0.3%), and gastritis (2%, 2%, 0.8%).

Other Adverse Reactions
*Pancreatitis:*  In the pool of placebo- and active-controlled trials with RYBELSUS, pancreatitis was reported as a serious adverse event in 6 RYBELSUS-treated patients (0.1 events per 100 patient years) versus 1 in comparator-treated patients (<0.1 events per 100 patient years).

*Diabetic Retinopathy Complications:*  In the pool of placebo- and active-controlled trials with RYBELSUS, patients reported diabetic retinopathy related adverse reactions during the trial (4.2% with RYBELSUS and 3.8% with comparator).

*Hypoglycemia:*  Table 5 summarizes the incidence of hypoglycemia by various definitions in the placebo-controlled trials.

**Table 5. Hypoglycemia Adverse Reactions in Placebo-Controlled Trials In Patients with Type 2 Diabetes Mellitus**

| | Placebo | RYBELSUS 7 mg** | RYBELSUS 14 mg** |
|---|---|---|---|
| **Monotherapy** | | | |
| **(26 weeks)** | **N=178** | **N=175** | **N=175** |
| Severe* | 0% | 1% | 0% |
| Plasma glucose <54 mg/dL | 1% | 0% | 0% |
| **Add-on to metformin and/or sulfonylurea, basal insulin alone or metformin in combination with basal insulin in patients with moderate renal impairment** | | | |
| **(26 weeks)** | **N=161** | - | **N=163** |
| Severe* | 0% | - | 0% |
| Plasma glucose <54 mg/dL | 3% | - | 6% |
| **Add-on to insulin with or without metformin** | | | |

| (52 weeks) | N=184 | N=181 | N=181 |
|---|---|---|---|
| Severe* | 1% | 0% | 1% |
| Plasma glucose <54 mg/dL | 32% | 26% | 30% |

*"Severe" hypoglycemia adverse reactions are episodes requiring the assistance of another person.
**There were no clinically significant differences in the safety profile observed between 7 mg, and 14 mg doses of RYBELSUS (formulation Gen-1) and 4 mg, and 9 mg doses of RYBELSUS (formulation Gen-2).

Hypoglycemia was more frequent when RYBELSUS was used in combination with insulin secretagogues (e.g., sulfonylureas) or insulin.

*Increases in Amylase and Lipase:*  In placebo-controlled trials, patients exposed to RYBELSUS 7 mg and 14 mg had a mean increase from baseline in amylase of 10% and 13%, respectively, and lipase of 30% and 34%, respectively. These changes were not observed in placebo-treated patients.

*Cholelithiasis:*  In placebo-controlled trials, cholelithiasis was reported in 1% of patients treated with RYBELSUS 7 mg. Cholelithiasis was not reported in RYBELSUS 14 mg or placebo-treated patients.

*Increases in Heart Rate:*  In placebo-controlled trials, RYBELSUS 7 mg and 14 mg resulted in a mean increase in heart rate of 1 to 3 beats per minute. There was no change in heart rate in placebo-treated patients.

**6.2  Postmarketing Experience**
The following adverse reactions have been reported during post-approval use of semaglutide, the active ingredient of RYBELSUS. Because these reactions are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure.

- *Gastrointestinal:* ileus
- *Hypersensitivity:* anaphylaxis, angioedema, rash, urticaria
- *Hepatobiliary:* cholecystitis, cholelithiasis requiring cholecystectomy
- *Nervous system disorders:* dizziness, dysesthesia, dysgeusia
- *Skin and Subcutaneous Tissue:* alopecia

**7  DRUG INTERACTIONS**
**7.1  Concomitant Use with an Insulin Secretagogue (e.g., Sulfonylurea) or with Insulin**
RYBELSUS stimulates insulin release in the presence of elevated blood glucose concentrations.  Patients receiving RYBELSUS in combination with an insulin secretagogue (e.g., sulfonylurea) or insulin may have an increased risk of hypoglycemia, including severe hypoglycemia.

When initiating RYBELSUS, consider reducing the dose of concomitantly administered insulin secretagogue (such as sulfonylureas) or insulin to reduce the risk of hypoglycemia *[see Warnings and Precautions (5.4) and Adverse Reactions (6.1)]*.

**7.2  Other Oral Drugs~~Medications~~**
RYBELSUS causes a delay of gastric emptying, and thereby has the potential to impact the absorption of other oral drugs~~medications~~. Levothyroxine exposure was increased 33% (90% CI: 125-142) when administered with RYBELSUS in a drug interaction study *[see Clinical Pharmacology (12.3)]*.

When co-administering RYBELSUS with other oral drugs~~medications~~ that have a narrow therapeutic index or that require clinical monitoring. ~~instruct patients to closely follow RYBELSUS administration instructions.~~ Cconsider

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only

Commented [A32]: FDA to Applicant: Please refer to our notification on January 2, 2024, informing you that we began evaluating a NISS for the GLP-1 RA class for dysaesthesia. Our review of this signal found an association between GLP-1 RA use and dysesthesia and recommend that it be labeled for Rybelsus in section 6.2.

Commented [A33R32]: NN response: We acknowledge your notification from January 2, 2024. However, NN disagree with the proposed changes as summarised below (further details are provided in the Assessment of Dysaesthesia submitted to FDA in April 2024).

Overall, the totality of data does not support an increased risk of dysaesthesia with GLP-1 RA use at currently marketed doses for T2D (incl. Rybelsus® and Ozempic®) and Saxenda®. This conclusion was evidenced by data from the following sources:
- Nonclinical data: No substantiated explanation for the underlying mechanism for adverse events of dysaesthesia. However, GLP-1 RA-mediated improvements in peripheral nerve function, that transiently cause abnormal perception from the sensory nerve system, may be a plausible explanation.
- Clinical data: No increased risk of dysaesthesia observed in clinical studies with NN GLP-1 RA products use at currently marketed doses for T2D and for Saxenda®. An increased risk is observed for Wegovy® which is reflected in the current label information. An increased risk is observed for the high doses (25 and 50 mg) of Rybelsus® which are currently unapproved and not currently marketed.
- Post-marketing data: Insufficient information to establish a causal association between NN GLP-1 RA products and [...]

Commented [A34R32]:  FDA to Applicant:  We disagree that dysesthesia has not been associated with semaglutide (or GLP-1 RA) use at currently marketed doses for T2DM. Please see the table of supportive postmarketing cases attached. In addition, according to  21 CFR 201.57(c)(7)(1),  the ADVERSE REACTIONS Section 6 "must list the adverse reactions that occur with the drug and with drugs in the same pharmacologically active and chemically related class." While this adverse reaction appears to be dose related, we do have postmarketing reports of dysesthesia with products indicated for T2DM treatment.

Commented [A35]: FDA to Applicant: Please refer to our notification on August 26, 2023, informing you that we began evaluating a NISS for the GLP-1 RA class for alopecia/hair loss. Our review of this signal found an association between GLP-1 RA use and alopecia and recommend that it be labeled for Rybelsus in section 6.2.

Commented [A36R35]: NN response: We acknowledge your notification from August 26, 2023. However, NN disagree with the proposed changes as summarised below (further details are provided in the Assessment of Alopecia/Hair loss submitted to FDA in December 2023).

The totality of data do not suggest an increased risk of alopecia with NN GLP-1 RAs for T2D (incl. Rybelsus® and Ozempic®) evidenced by data from the following sources:
[...]

Commented [A37R35]: FDA to Applicant: We disagree that alopecia has not been associated with GLP-1 RA use for glycemic control in patients with T2DM.  According to  21 CFR 201.57(c)(7)(1),  the ADVERSE REACTIONS Section 6 "must list the adverse reactions that occur with the drug and with drugs in the same pharmacologically active and chemically related class." Considering that postmarketing reports of alopecia have been reported in for GLP-1 RAs indicated for T2DM treatment, this event should be added to Section 6.2.

Commented [A38]: FDA to Applicant: According to the draft guidance for industry: *Drug Interaction Information in Human Prescription Drug and Biological Product Labeling* (October 2024) (when final this guidance, will represent the FDA's current thinking on this topic), *"Instructions to prevent or manage clinically significant DIs in the DRUG INTERACTIONS section must be accurate, specific, and practical and should be actionable for the HCP. For example, a prevention or management recommendation for a clinically significant DI of the subject drug with warfarin that describes a specific change in the frequency or timing of* [...]

increased clinical or laboratory monitoring ~~for medications that have a narrow therapeutic index or that require clinical monitoring~~ *[see Dosage and Administration (2)]*.

## 8  USE IN SPECIFIC POPULATIONS
### 8.1  Pregnancy
Risk Summary
Available data with RYBELSUS use in pregnant women are insufficient to evaluate for a drug-associated risk of major birth defects, miscarriage or other adverse maternal or fetal outcomes. There are clinical considerations regarding the risks of poorly controlled diabetes in pregnancy *(see Clinical Considerations)*. Based on animal reproduction studies, there may be potential risks to the fetus from exposure to RYBELSUS during pregnancy. RYBELSUS should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

In pregnant rats administered semaglutide during organogenesis, embryofetal mortality, structural abnormalities and alterations to growth occurred at maternal exposures below the maximum recommended human dose (MRHD) based on AUC. In rabbits and cynomolgus monkeys administered semaglutide during organogenesis, early pregnancy losses and structural abnormalities were observed at exposure below the MRHD (rabbit) and $\geq$10-fold the MRHD (monkey). These findings coincided with a marked maternal body weight loss in both animal species *(see Data)*.

The estimated background risk of major birth defects is 6–10% in women with pre-gestational diabetes with an $HbA_{1c}$ >7 and has been reported to be as high as 20–25% in women with a $HbA_{1c}$ >10. In the U.S. general population, the estimated background risk of major birth defects and miscarriage in clinically recognized pregnancies is 2-4% and 15-20%, respectively.

Clinical Considerations
*Disease Aassociated Mmaternal and fFetal rRisk:*  Poorly controlled diabetes during pregnancy increases the maternal risk for diabetic ketoacidosis, pre- eclampsia, spontaneous abortions, preterm delivery, and delivery complications. Poorly controlled diabetes increases the fetal risk for major birth defects, stillbirth, and macrosomia related morbidity.

Data
*Animal Data:*  In a combined fertility and embryofetal development study in rats, subcutaneous doses of 0.01, 0.03 and 0.09 mg/kg/day (0.2-, 0.7-, and 2.1-fold the MRHD) were administered to males for 4 weeks prior to and throughout mating and to females for 2 weeks prior to mating, and throughout organogenesis to Gestation Day 17. In parental animals, pharmacologically mediated reductions in body weight gain and food consumption were observed at all dose levels. In the offspring, reduced growth and fetuses with visceral (heart blood vessels) and skeletal (cranial bones, vertebra, ribs) abnormalities were observed at the human exposure.

In an embryofetal development study in pregnant rabbits, subcutaneous doses of 0.0010, 0.0025 or 0.0075 mg/kg/day (0.06-, 0.6-, and 4.4-fold the MRHD) were administered throughout organogenesis from Gestation Day 6 to 19. Pharmacologically mediated reductions in maternal body weight gain and food consumption were observed at all dose levels. Early pregnancy losses and increased incidences of minor visceral (kidney, liver) and skeletal (sternebra) fetal abnormalities were observed at $\geq$0.0025 mg/kg/day, at clinically relevant exposures.

In an embryofetal development study in pregnant cynomolgus monkeys, subcutaneous doses of 0.015, 0.075, and 0.15 mg/kg twice weekly (1.9-, 9.9-, and 29-fold the MRHD) were administered throughout organogenesis, from Gestation Day 16 to 50. Pharmacologically mediated, marked initial maternal body weight loss and reductions in body weight gain and food consumption coincided with the occurrence of sporadic abnormalities (vertebra, sternebra, ribs) at $\geq$0.075 mg/kg twice weekly ($\geq$9X human exposure).

In a pre- and postnatal development study in pregnant cynomolgus monkeys, subcutaneous doses of 0.015, 0.075, and 0.15 mg/kg twice weekly (1.3-, 6.4-, and 14-fold the MRHD) were administered from Gestation Day 16 to

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only

140. Pharmacologically mediated marked initial maternal body weight loss and reductions in body weight gain and food consumption coincided with an increase in early pregnancy losses and led to delivery of slightly smaller offspring at ≥0.075 mg/kg twice weekly (≥6X human exposure).

Salcaprozate sodium (SNAC), an absorption enhancer in RYBELSUS, crosses the placenta and reaches fetal tissues in rats. In a pre- and postnatal development study in pregnant Sprague Dawley rats, SNAC was administered orally at 1,000 mg/kg/day (exposure levels were not measured) on Gestation Day 7 through lactation day 20. An increase in gestation length, an increase in the number of stillbirths and a decrease in pup viability were observed.

### 8.2 Lactation
Risk Summary
There are no data on the presence of semaglutide in human milk, the effects on the breastfed infant, or the effects on milk production. Semaglutide was present in the milk of lactating rats. SNAC and/or its metabolites concentrated in the milk of lactating rats. When a substance is present in animal milk, it is likely that the substance will be present in human milk *(see Data)*. There are no data on the presence of SNAC in human milk. Since the activity of UGT2B7, an enzyme involved in SNAC clearance, is lower in infants compared to adults, higher SNAC plasma levels may occur in neonates and infants. Because of the unknown potential for serious adverse reactions in the breastfed infant due to the possible accumulation of SNAC from breastfeeding and because there are alternative formulations of semaglutide that can be used during lactation, advise patients that breastfeeding is not recommended during treatment with RYBELSUS.

Data
In lactating rats, semaglutide was detected in milk at levels 3-12 fold lower than in maternal plasma. SNAC and/or its metabolites were detected in milk of lactating rats following a single maternal administration on lactation day 10. Mean levels of SNAC and/or its metabolites in milk were approximately 2-12 fold higher than in maternal plasma.

### 8.3 Females and Males of Reproductive Potential
Discontinue RYBELSUS in women at least 2 months before a planned pregnancy due to the long washout period for semaglutide *[see Use in Specific Populations (8.1)]*.

### 8.4 Pediatric Use
The safety and effectiveness of RYBELSUS have not been established in pediatric patients.

### 8.5 Geriatric Use
In the pool of glycemic control trials, 1,229 (30%) RYBELSUS-treated patients were 65 years of age and over and 199 (5%) RYBELSUS-treated patients were 75 years of age and over *[see Clinical Studies (14)]*. In PIONEER 6, the cardiovascular outcomes trial, 891 (56%) RYBELSUS-treated patients were 65 years of age and over and 200 (13%) RYBELSUS-treated patients were 75 years of age and over.

No overall differences in safety or effectiveness for RYBELSUS have been observed between patients 65 years of age and older and younger adult patients.

### 8.6 Renal Impairment
The recommended dosage of RYBELSUS in patients with renal impairment is the same as those with normal renal function.

The safety and effectiveness of RYBELSUS was evaluated in a 26-week clinical study that included 324 patients with moderate renal impairment (eGFR 30 to 59 mL/min/1.73 m$^2$) *[see Clinical Studies (14.1)]*. In patients with renal impairment including end-stage renal disease (ESRD), no clinically relevant change in semaglutide pharmacokinetics was observed *[see Clinical Pharmacology (12.3)]*.

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only    Novo_GLP_MDL_RYB_NDA_001104579

**8.7 Hepatic Impairment**
The recommended dosage in patients with hepatic impairment is the same as those with normal hepatic function.

In a study in subjects with different degrees of hepatic impairment, no clinically relevant change in semaglutide pharmacokinetics was observed *[see Clinical Pharmacology (12.3)]*.

**10 OVERDOSAGE**
In the event of overdose, appropriate supportive treatment should be initiated according to the patient's clinical signs and symptoms. Consider contacting the Poison Help line (1-800-222-1222) or a medical toxicologist for additional overdosage management recommendations. A prolonged period of observation and treatment for these symptoms may be necessary, taking into account the long half-life of RYBELSUS of approximately 1 week.

**11 DESCRIPTION**
RYBELSUS tablets, for oral use, contain semaglutide, a GLP-1 receptor agonist. The peptide backbone is produced by yeast fermentation. The main protraction mechanism of semaglutide is albumin binding, facilitated by modification of position 26 lysine with a hydrophilic spacer and a C18 fatty di-acid. Furthermore, semaglutide is modified in position 8 to provide stabilization against degradation by the enzyme dipeptidyl-peptidase 4 (DPP-4). A minor modification was made in position 34 to ensure the attachment of only one fatty di-acid. The molecular formula is $C_{187}H_{291}N_{45}O_{59}$ and the molecular weight is 4113.58 g/mol.

Structural formula:

Semaglutide is a white to almost white hygroscopic powder.

Each tablet of:

- RYBELSUS (formulation A) contains 3 mg, 7 mg or 14 mg of semaglutide and the following inactive ingredients: magnesium stearate, microcrystalline cellulose, povidone and salcaprozate sodium (SNAC).
- RYBELSUS (formulation B) contains 1.5 mg, 4 mg, 9 mg of semaglutide and the following inactive ingredients: SNAC and magnesium stearate.

**12 CLINICAL PHARMACOLOGY**
**12.1 Mechanism of Action**
Semaglutide is a GLP-1 analogue with 94% sequence homology to human GLP-1. Semaglutide acts as a GLP-1 receptor agonist that selectively binds to and activates the GLP-1 receptor, the target for native GLP-1.

GLP-1 is a physiological hormone that has multiple actions on glucose, mediated by the GLP-1 receptors.

The principal mechanism of protraction resulting in the long half-life of semaglutide is albumin binding, which results in decreased renal clearance and protection from metabolic degradation. Furthermore, semaglutide is stabilized against degradation by the DPP-4 enzyme.

Semaglutide reduces blood glucose through a mechanism where it stimulates insulin secretion and lowers glucagon secretion, both in a glucose-dependent manner. Thus, when blood glucose is high, insulin secretion is stimulated and glucagon secretion is inhibited. The mechanism of blood glucose lowering also involves a minor delay in gastric emptying in the early postprandial phase.

## 12.2  Pharmacodynamics

The pharmacodynamic evaluations described below were in patients with type 2 diabetes mellitus who received once weekly subcutaneous injections of placebo or semaglutide injection over 12 weeks (semaglutide injection-treated patients were started on lower dosages and then titrated up to 1 mg once weekly).  RYBELSUS is not approved for subcutaneous use.

Fasting and Postprandial Glucose

Semaglutide reduces fasting and postprandial glucose concentrations. In patients with type 2 diabetes mellitus, treatment with semaglutide injection 1 mg resulted in reductions in glucose in terms of absolute change from baseline and relative reduction compared to placebo of 29 mg/dL (22%) for fasting glucose, 74 mg/dL (36%) for 2 hour postprandial glucose, and 30 mg/dL (22%) for mean 24 hour glucose concentration.

Insulin Secretion

Both first- and second-phase insulin secretion are increased in patients with type 2 diabetes mellitus treated with semaglutide compared with placebo.

Glucagon Secretion

Semaglutide lowers the fasting and postprandial glucagon concentrations.

Glucose dependent insulin and glucagon secretion

Semaglutide lowers high blood glucose concentrations by stimulating insulin secretion and lowering glucagon secretion in a glucose-dependent manner.

During induced hypoglycemia, semaglutide did not alter the counter regulatory responses of increased glucagon compared to placebo and did not impair the decrease of C-peptide in patients with type 2 diabetes mellitus.

Gastric emptying

Semaglutide causes a delay of early postprandial gastric emptying, thereby reducing the rate at which glucose appears in the circulation postprandially.

Cardiac Electrophysiology

The effect of subcutaneously administered semaglutide on cardiac repolarization was tested in a thorough QTc trial. At an average exposure level 4-fold higher than that of the maximum recommended dose of RYBELSUS, semaglutide does not prolong QTc intervals to any clinically relevant extent.

## 12.3  Pharmacokinetics

Semaglutide estimated mean steady-state concentration was 6.7 nmol/L and 14.6 nmol/L following once daily oral administration of 7 mg and 14 mg of RYBELSUS (formulation A), respectively, in patients with type 2 diabetes mellitus.

Semaglutide exposures increased in a dose-proportional manner.  Steady-state exposure was achieved following 4-5 weeks of RYBELSUS oral administration.

Novo_GLP_MDL_RYB_NDA_001104581

Absorption

Semaglutide is co-formulated with salcaprozate sodium which ~~facilitates facilitatesincreases~~ the absorption of semaglutide after oral RYBELSUS administration. The absorption of semaglutide predominantly occurs in the stomach.

Semaglutide estimated absolute bioavailability was approximately:

- 0.4-1% after oral administration of 3 mg, 7 mg, and 14 mg of RYBELSUS (formulation A).
- 1-2% after oral administration of 1.5 mg, 4 mg, and 9 mg of RYBELSUS (formulation B).

Semaglutide maximum concentration was reached approximately 1-hour after oral RYBELSUS administration.

*Effect of RYBELSUS Formulation:*

There were no clinically significant differences observed in the mean steady state $AUC_{0-24h,SS}$ and $C_{max,SS}$ between the 3 mg, 7 mg, and 14 mg doses of RYBELSUS (formulation A) and the 1.5 mg, 4 mg, and 9 mg doses of RYBELSUS (formulation B), respectively, in a clinical study conducted in healthy subjects.

*Effect of Volume and Timing of Water Consumption:*

Single 10 mg doses of oral semaglutide (formulation ~~Gen-1~~A) were administered with 50 mL or 240 mL of water after an 8-hour overnight fast and a continued fast of 4 hours post-dose in healthy subjects. Semaglutide absorption (i.e., area under the curve (AUC) and peak concentrations (Cmax)) were higher following dosing with 50 mL water compared to that of 240 mL water.

For 10 days, healthy subjects received 10 mg of oral semaglutide (formulation ~~Gen-1~~A) once daily doses with 50 mL or 120 mL of water under fasting conditions with post-dose fasting period of 15, 30, 60, or 120 minutes. In this study, semaglutide absorption (i.e., AUC and $C_{max}$) was higher after a longer post-dose fasting period, but there were no clinically significant differences in semaglutide absorption with administration of 50 mL or 120 mL of water.

Distribution

Semaglutide absolute ~~apparent oral~~ volume of distribution ~~i~~is approximately 8 L in patients with type 2 diabetes ~~healthy subjects~~. Semaglutide is > 99% bound to plasma albumin.

Elimination

Semaglutide~~With an~~ elimination half-life ~~is~~of approximately one~~1~~ week, ~~semaglutide is present in the circulation for about 5 weeks after the last dose. The~~ with an absolute ~~apparent oral~~ clearance of ~~semaglutide~~ following oral ~~administration in healthy subjects is~~ approximately 0.04 L/hour in patients with type 2 diabetes. ~~healthy subjects.~~ Semaglutide is present in the circulation for about five~~5~~ weeks after the last RYBELSUS dose.

*Metabolism:*
The primary route of elimination for semaglutide is metabolism following proteolytic cleavage of the peptide backbone and sequential beta-oxidation of the fatty acid side chain.

*Excretion:*
The primary excretion routes of semaglutide-related material are via the urine and feces. Approximately 3% of the absorbed dose is excreted in the urine as intact semaglutide.

**Commented [A39]:** NN comment: NN disagree with proposed change and would like to keep "facilitates" instead of "increases" as SNAC facilitates the absorption of semaglutide and there would be no absorption of semaglutide without SNAC

**Commented [A40R39]:** FDA to Applicant: Noted.

**Formatted:** Space After: 6 pt

**Commented [A41]:** NN comment: Described studies has been conducted with formulation Gen-1 and added for the clarify purposes.

**Commented [A42R41]:** FDA to Applicant: Noted

**Formatted:** Space After: 6 pt

**Formatted:** Subscript

**Commented [A43]:** FDA to Applicant: Submit your justification with supporting data for the volume of distribution for semaglutide following administration of RYBELSUS (formulation B).

**Commented [A44R43]:** NN response: The absolute volume of distribution was estimated with data derived from PK modelling including i.v. administration of semaglutide in the model. Rybelsus PK modelling report submitted in original NDA.

**Commented [A45R43]:** FDA to Applicant: Noted.

**Commented [A46]:** FDA to Applicant: Submit your justification with supporting data for the clearance for semaglutide following administration of RYBELSUS (formulation B).

**Commented [A47R46]:** NN response: The absolute clearance was estimated with data derived from PK modelling including i.v. administration of semaglutide in the model.

**Commented [A48R46]:** FDA to Applicant: Noted.

Novo_GLP_MDL_RYB_NDA_001104582

Specific Populations

| Intrinsic factor | | Relative Exposure ($C_{avg}$) Ratio and 90% CI |
|---|---|---|
| Sex | Male | |
| Age group | 65-74 years | |
| | >=75 years | |
| Race | Black or African American | |
| | Asian | |
| Ethnicity | Hispanic or Latino | |
| Body weight | 56 kg | |
| | 129kg | |
| Upper GI disease | With Upper GI disease | |
| Renal function | Mild | |
| | Moderate | |

No clinically significant differences in semaglutide pharmacokinetics were observed based on age ($\geq$ 18 years old), sex, race (White, Asian, or Black or African American), ethnicity, body weight (40-188 kg), upper GI disease (i.e. chronic gastritis and/or gastroesophageal reflux disease), hepatic impairment (i.e., mild, moderate, severe based on the Child-Pugh system), and renal impairment (i.e., mild, moderate, severe, end staged renal disease).

Drug Interaction Studies
*Clinical Studies and Model-Informed Approaches:*
The delay of gastric emptying with semaglutide may influence the absorption of concomitantly administered oral drugs. Trials were conducted to study the potential effect of semaglutide on the absorption of oral drugs taken with semaglutide administered orally at steady-state exposure.

*Levothyroxine:* Total thyroxine (i.e., adjusted for endogenous levels) AUC of was increased by 33% following administration of a single dose of levothyroxine 600 mcg concomitantly administered with oral semaglutide. Maximum exposure ($C_{max}$) was unchanged.

*Other Drugs:* No clinically significant differences in semaglutide pharmacokinetics were observed when used concomitantly with omeprazole. No clinically significant differences in the pharmacokinetics of the following drugs were observed when used concomitantly with semaglutide: lisinopril, S-warfarin, R-warfarin, metformin, digoxin, ethinyl estradiol, levonorgestrel, furosemide, or rosuvastatin.

*In Vitro Studies:*
Semaglutide has very low potential to inhibit or induce CYP enzymes, and to inhibit drug transporters.

**12.6  Immunogenicity**
The observed incidence of anti-drug antibodies is highly dependent on the sensitivity and specificity of the assay. Differences in assay methods preclude meaningful comparisons of the incidence of anti-drug antibodies in the studies described below with the incidence of anti-drug antibodies in other studies, including those of semaglutide or of other semaglutide products.

During the 26-78 week treatment periods in 5 clinical trials in adults with type 2 diabetes mellitus *[see Clinical Studies (14.2 and 14.3)]* and 1 clinical trial in Japanese adults with type 2 diabetes mellitus, 14/2924 (0.5%) of

**Commented [A49]:** NN comment: upper GI disease (i.e. chronic gastritis and/or gastroesophageal reflux disease) has been added for the clarify and to align with original text in the PI

**Commented [A50R49]:** FDA to Applicant:  Noted

RYBELSUS-treated patients developed anti-semaglutide antibodies. Of these 14 RYBELSUS-treated patients, 7 patients (0.2% of the total RYBELSUS-treated study population) developed antibodies that cross-reacted with native GLP-1. No identified clinically significant effect of anti-semaglutide antibodies on pharmacokinetics of RYBELSUS was observed. There is insufficient information to characterize the effects of anti-semaglutide antibodies on pharmacodynamics, safety, or effectiveness of semaglutide.

## 13 NONCLINICAL TOXICOLOGY
### 13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility
In a 2-year carcinogenicity study in CD-1 mice, subcutaneous doses of 0.3, 1 and 3 mg/kg/day [9-, 33- and 113-fold the maximum recommended human dose (MRHD) of RYBELSUS 14 mg, based on AUC] were administered to the males, and 0.1, 0.3 and 1 mg/kg/day (3-, 9-, and 33-fold MRHD) were administered to the females. A statistically significant increase in thyroid C-cell adenomas and a numerical increase in C-cell carcinomas were observed in males and females at all dose levels (>3X human exposure).

In a 2-year carcinogenicity study in Sprague Dawley rats, subcutaneous doses of 0.0025, 0.01, 0.025 and 0.1 mg/kg/day were administered (below quantification, 0.8-, 1.8- and 11-fold the exposure at the MRHD). A statistically significant increase in thyroid C-cell adenomas was observed in males and females at all dose levels, and a statistically significant increase in thyroid C-cell carcinomas was observed in males at ≥0.01 mg/kg/day, at clinically relevant exposures.

Human relevance of thyroid C-cell tumors in rats is unknown and could not be determined by clinical studies or nonclinical studies *[see Boxed Warning and Warnings and Precautions (5.1)]*.

Semaglutide was not mutagenic or clastogenic in a standard battery of genotoxicity tests (bacterial mutagenicity (Ames), human lymphocyte chromosome aberration, rat bone marrow micronucleus).
In a combined fertility and embryo-fetal development study in rats, subcutaneous doses of 0.01, 0.03 and 0.09 mg/kg/day (0.2-, 0.7- and 2.1-fold the MRHD) were administered to male and female rats. Males were dosed for 4 weeks prior to mating, and females were dosed for 2 weeks prior to mating and throughout organogenesis until Gestation Day 17. No effects were observed on male fertility. In females, an increase in estrus cycle length was observed at all dose levels, together with a small reduction in numbers of corpora lutea at ≥0.03 mg/kg/day. These effects were likely an adaptive response secondary to the pharmacological effect of semaglutide on food consumption and body weight.

### 13.2 Animal Toxicology and/or Pharmacology
Increase in lactate levels and decrease in glucose levels in the plasma and cerebrospinal fluid (CSF) were observed in mechanistic studies with SNAC in rats. Small but statistically significant increases in lactate levels (up to 2-fold) were observed in a few animals at approximately the clinical exposure. At higher exposures these findings were associated with moderate to marked adverse clinical signs (lethargy, abnormal respiration, ataxia, and reduced activity, body tone and reflexes) and marked decreases in plasma and CSF glucose levels. These findings are consistent with inhibition of cellular respiration and lead to mortality at SNAC concentrations ≥100-times the clinical $C_{max}$.

## 14 CLINICAL STUDIES
### 14.1 Overview of Clinical Studies
RYBELSUS has been studied as monotherapy and in combination with metformin, sulfonylureas, sodium-glucose co-transporter-2 (SGLT-2) inhibitors, insulins, and thiazolidinediones in patients with type 2 diabetes mellius. The efficacy of RYBELSUS was compared with placebo, empagliflozin, sitagliptin, and liraglutide. RYBELSUS has also been studied in patients with type 2 diabetes mellitus with mild and moderate renal impairment.

In patients with type 2 diabetes mellitus, RYBELSUS produced clinically significant reduction from baseline in $HbA_{1c}$ compared with placebo.

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only    Novo_GLP_MDL_RYB_NDA_001104584

The effectiveness of RYBELSUS (formulation B – 1.5 mg, 4 mg, and 9 mg strengths) *[see Dosage and Administration (2.2)]* and RYBELSUS (formulation A – 3 mg, 7, mg, and 14 mg strengths) *[see Dosage and Administration (2.3)]* has been established as an adjunct to diet and exercise to improve glycemic control in adults with type 2 diabetes mellitus based on adequate and well-controlled studies of RYBELSUS (formulation A) in adult patients with type 2 diabetes mellitus *[see Clinical Pharmacology (12.3)]*. Below is a display of the efficacy results of the adequate and well-controlled studies of RYBELSUS (formulation A) in adult patients with type 2 diabetes mellitus.

The efficacy of RYBELSUS was not impacted by baseline age, sex, race, ethnicity, BMI, body weight, duration of diabetes, and degree of renal impairment.

### 14.2  Monotherapy Use of RYBELSUS in Patients with Type 2 Diabetes Mellitus
In a 26-week double-blind trial (NCT02906930), 703 adult patients with type 2 diabetes mellitus inadequately controlled with diet and exercise were randomized to RYBELSUS 3 mg, RYBELSUS 7 mg or RYBELSUS 14 mg once daily or placebo. Patients had a mean age of 55 years and 51% were men. The mean duration of type 2 diabetes mellitus was 3.5 years, and the mean BMI was 32 $kg/m^2$. Overall, 75% were White, 5% were Black or African American, and 17% were Asian; 26% identified as Hispanic or Latino ethnicity.

Monotherapy with RYBELSUS 7 mg and RYBELSUS 14 mg once daily for 26 weeks resulted in a statistically significant reduction in $HbA_{1c}$ compared with placebo (see Table ~~6~~6).

Table ~~5~~6. Results at Week 26 in a Trial of RYBELSUS as Monotherapy in Adult Patients with Type 2 Diabetes Mellitus Inadequately Controlled with Diet and Exercise

|  | Placebo | RYBELSUS 7 mg** | RYBELSUS 14 mg** |
|---|---|---|---|
| Intent-to-Treat (ITT) Population (N)[a] | 178 | 175 | 175 |
| $HbA_{1c}$ (%) |  |  |  |
|     Baseline (mean) | 7.9 | 8.0 | 8.0 |
|     Change at week 26[b] | -0.3 | -1.2 | -1.4 |
|     Difference from placebo[b] [95% CI] |  | −0.9 [−1.1; −0.6][c] | −1.1 [−1.3; −0.9][c] |
| Patients (%) achieving $HbA_{1c}$ <7% | 31 | 69 | 77 |
| FPG (mg/dL) |  |  |  |
|     Baseline (mean) | 160 | 162 | 158 |
|     Change at week 26[b] | -3 | -28 | -33 |

[a] The intent-to-treat population includes all randomized patients. At week 26, the primary $HbA_{1c}$ endpoint was missing for 5.6%, 8.6% and 8.6% of patients randomized to placebo, RYBELSUS 7 mg and RYBELSUS 14 mg, respectively. Missing data were imputed by a pattern mixture model using multiple imputation (MI). Pattern was defined by randomized treatment and treatment status at week 26. During the trial, additional anti-diabetic medication was initiated as an add on to randomized treatment by 15%, 2% and 1% of patients randomized to placebo, RYBELSUS 7 mg and RYBELSUS 14 mg, respectively.
[b] Estimated using an ANCOVA model based on data irrespectively of discontinuation of trial product or initiation of rescue medication adjusted for baseline value and region.
[c] p<0.001 (unadjusted 2-sided) for superiority, controlled for multiplicity.
~~**There were no clinically significant differences observed between 7 mg, and 14 mg doses of RYBELSUS (formulation Gen-1) and the 4 mg, and 9 mg doses of RYBELSUS (formulation Gen-2).~~

**Commented [A51]:** FDA to Applicant:  See comments in Section 6.

The mean baseline body weight was 88.6 kg, 89.0 kg and 88.1 kg in the placebo, RYBELSUS 7 mg, and RYBELSUS 14 mg arms, respectively. The mean changes from baseline to week 26 were -1.4 kg, -2.3 kg and -3.7 kg in the placebo, RYBELSUS 7 mg, and RYBELSUS 14 mg arms, respectively. The difference from placebo (95% CI) for RYBELSUS 7 mg was -0.9 kg (-1.9, 0.1) and for RYBELSUS 14 mg was -2.3 kg (-3.1, -1.5).

**14.3  Combination Therapy Use of RYBELSUS in Patients with Type 2 Diabetes Mellitus**
Combination with Metformin
In a 26-week trial (NCT02863328), 822 adult patients with type 2 mellitus diabetes were randomized to RYBELSUS 14 mg once daily or empagliflozin 25 mg once daily, all in combination with metformin. Patients had a mean age of 58 years and 50% were men. The mean duration of type 2 diabetes mellitus was 7.4 years, and the mean BMI was 33 kg/m$^2$. Overall, 86% were White, 7% were Black or African American, and 6% were Asian; 24% identified as Hispanic or Latino ethnicity.

Treatment with RYBELSUS 14 mg once daily for 26 weeks resulted in a statistically significant reduction in HbA$_{1c}$ compared to empagliflozin 25 mg once daily (see Table 7).

**Table 7. Results at Week 26 in a Trial of RYBELSUS Compared to Empagliflozin in Adult Patients with Type 2 Diabetes Mellitus in Combination with Metformin**

|  | RYBELSUS 14 mg** | Empagliflozin 25 mg |
|---|---|---|
| Intent-to-Treat (ITT) Population (N)[a] | 411 | 410 |
| HbA$_{1c}$ (%) | | |
| Baseline (mean) | 8.1 | 8.1 |
| Change at week 26[b] | -1.3 | -0.9 |
| Difference from empagliflozin[b] [95% CI] | -0.4 [-0.6, -0.3][c] | |
| Patients (%) achieving HbA$_{1c}$ <7% | 67 | 40 |
| FPG (mg/dL) | | |
| Baseline (mean) | 172 | 174 |
| Change at week 26[b] | -36 | -36 |

[a]The intent-to-treat population includes all randomized patients. At week 26, the primary HbA$_{1c}$ endpoint was missing for 4.6% and 3.7% of patients randomized to RYBELSUS 14 mg and empagliflozin 25 mg, respectively. Missing data were imputed by a pattern mixture model using multiple imputation (MI). Pattern was defined by randomized treatment and treatment status at week 26. During the trial, additional anti-diabetic medication was initiated as an add on to randomized treatment by 1.9% and 1.2% of patients randomized to RYBELSUS 14 mg and empagliflozin 25 mg, respectively.
[b]Estimated using an ANCOVA based on data irrespectively of discontinuation of trial product or initiation of rescue medication adjusted for baseline value and region.
[c]p<0.001 (unadjusted 2-sided) for superiority, controlled for multiplicity.
~~**There were no clinically significant differences observed between 14 mg doses of RYBELSUS (formulation Gen-1) and 9 mg doses of RYBELSUS (formulation Gen-2).~~

> **Commented [A52]:** FDA to Applicant:  See comments in Section 6.

The mean baseline body weight was 91.9 kg and 91.3 kg in the RYBELSUS 14 mg and empagliflozin 25 mg arms, respectively. The mean changes from baseline to week 26 were -3.8 kg and -3.7 kg in the RYBELSUS 14 mg and empagliflozin 25 mg arms, respectively. The difference from empagliflozin (95% CI) for RYBELSUS 14 mg was -0.1 kg (-0.7, 0.5).

Combination with Metformin or Metformin with Sulfonylurea
In a 26-week, double-blind trial (NCT02607865), 1864 adult patients with type 2 mellitus diabetes on metformin alone or metformin with sulfonylurea were randomized to RYBELSUS 3 mg, RYBELSUS 7 mg, RYBELSUS 14 mg or sitagliptin 100 mg once daily. Patients had a mean age of 58 years and 53% were men. The mean duration of type 2 diabetes mellitus was 8.6 years, and the mean BMI was 32 kg/m$^2$. Overall, 71% were White, 9% were Black or African American, and 13% were Asian; 17% identified as Hispanic or Latino ethnicity.

Treatment with RYBELSUS 7 mg and RYBELSUS 14 mg once daily for 26 weeks resulted in a statistically significant reduction in HbA$_{1c}$ compared to sitagliptin 100 mg once daily (see Table 8).

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only

Table 78. Results at Week 26 in a Trial of RYBELSUS Compared to Sitagliptin 100 mg Once Daily in Adult Patients with Type 2 Diabetes Mellitus in Combination with Metformin or Metformin with Sulfonylurea

| | RYBELSUS 7 mg** | RYBELSUS 14 mg** | Sitagliptin 100 mg |
|---|---|---|---|
| Intent-to-Treat (ITT) Population (N)[a] | 465 | 465 | 467 |
| HbA$_{1c}$ (%) | | | |
|     Baseline (mean) | 8.4 | 8.3 | 8.3 |
|     Change at week 26[b] | -1.0 | -1.3 | -0.8 |
|     Difference from sitagliptin[b] [95% CI] | -0.3 [-0.4; -0.1][c] | -0.5 [-0.6; -0.4][c] | |
| Patients (%) achieving HbA$_{1c}$ <7% | 44 | 56 | 32 |
| FPG (mg/dL) | | | |
|     Baseline (mean) | 170 | 168 | 172 |
|     Change at week 26[b] | -21 | -31 | -15 |

[a]The intent-to-treat population includes all randomized patients. At week 26, the primary HbA$_{1c}$ endpoint was missing for 5.8%, 6.2% and 4.5% of patients randomized to RYBELSUS 7 mg, RYBELSUS 14 mg and sitagliptin 100 mg, respectively. Missing values were imputed by a pattern mixture model using multiple imputation (MI). Pattern was defined by randomized treatment and treatment status at week 26. During the trial, additional anti-diabetic medication was initiated as an add on to randomized treatment by 2.4%, 1.1% and 2.8% of patients randomized to RYBELSUS 7 mg, RYBELSUS 14 mg and sitagliptin 100 mg, respectively.
[b]Estimated using an ANCOVA based on data irrespectively of discontinuation of trial product or initiation of rescue medication adjusted for baseline value, background medication and region.
[c]p<0.001 (unadjusted 2-sided) for superiority, controlled for multiplicity.
**There were no clinically significant differences observed between 7 mg, and 14 mg doses of RYBELSUS (formulation Gen-1) and the 4 mg, and 9 mg doses of RYBELSUS (formulation Gen-2).

Commented [A53]: FDA to Applicant: See comments in Section 6.

The mean baseline body weight was 91.3 kg, 91.2 kg and 90.9 kg in the RYBELSUS 7 mg, RYBELSUS 14 mg and sitagliptin 100 mg arms, respectively. The mean changes from baseline to week 26 were -2.2 kg, -3.1 kg and -0.6 kg in the RYBELSUS 7 mg, RYBELSUS 14 mg and sitagliptin 100 mg arms, respectively. The difference from sitagliptin (95% CI) for RYBELSUS 7 mg was -1.6 kg (-2.0, -1.1) and RYBELSUS 14 mg was -2.5 kg (-3.0, -2.0).

Combination with Metformin or Metformin with SGLT-2 Inhibitors
In a 26-week, double-blind, double-dummy trial (NCT02863419), 711 adult patients with type 2 diabetes mellitus on metformin alone or metformin with SGLT-2 inhibitors were randomized to RYBELSUS 14 mg once daily, liraglutide 1.8 mg s.c. injection once daily or placebo. Patients had a mean age of 56 years and 52% were men. The mean duration of type 2 diabetes mellitus was 7.6 years, and the mean BMI was 33 kg/m$^2$. Overall, 73% were White, 4% were Black or African American, and 13% were Asian; 6% identified as Hispanic or Latino ethnicity.

Treatment with RYBELSUS 14 mg once daily for 26 weeks resulted in statistically significant reductions in HbA$_{1c}$ compared to placebo. Treatment with RYBELSUS 14 mg once daily for 26 weeks resulted in non-inferior reductions in HbA$_{1c}$ compared to liraglutide 1.8 mg (see Table 9).

Table 89 Results at Week 26 in a Trial of RYBELSUS Compared to Liraglutide and Placebo in Adult Patients with Type 2 Diabetes Mellitus in Combination with Metformin or Metformin with SGLT-2i

| | Placebo | RYBELSUS 14 mg** | Liraglutide 1.8 mg |
|---|---|---|---|
| Intent-to-Treat (ITT) Population (N)[a] | 142 | 285 | 284 |
| HbA$_{1c}$ (%) | | | |
|     Baseline (mean) | 7.9 | 8.0 | 8.0 |
|     Change at week 26[b] | -0.2 | -1. 2 | -1.1 |
|     Difference from placebo[b] | | -1.1 | |

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only    Novo_GLP_MDL_RYB_NDA_001104587

| | | | |
|---|---|---|---|
| [95% CI] | | [-1.2 ; -0.9][c] | |
| Difference from liraglutide[b] [95% CI] | | -0.1 [-0.3; 0.0] | |
| Patients (%) achieving HbA$_{1c}$ <7% | 14 | 68 | 62 |
| FPG (mg/dL) | | | |
| Baseline (mean) | 167 | 167 | 168 |
| Change at week 26[b] | -7 | -36 | -34 |

[a]The intent-to-treat population includes all randomized patients. At week 26, the primary HbA$_{1c}$ endpoint was missing for 5.6%, 4.2% and 2.5% of patients randomized to placebo, liraglutide 1.8 mg and RYBELSUS 14 mg, respectively. Missing values were imputed by a pattern mixture model using multiple imputation (MI). Pattern was defined by randomized treatment and treatment status at week 26. During the trial, additional anti-diabetic medication was initiated as an add on to randomized treatment by 7.7%, 3.2% and 3.5% of patients randomized to placebo, liraglutide 1.8 mg and RYBELSUS 14 mg respectively.
[b]Estimated using an ANCOVA based on data irrespectively of discontinuation of trial product or initiation of rescue medication adjusted for baseline value, background medication and region.
[c]p<0.001 (unadjusted 2-sided) for superiority, controlled for multiplicity.
**There were no clinically significant differences observed between 14 mg doses of RYBELSUS (formulation Gen-1) and 9 mg doses of RYBELSUS (formulation Gen-2).

> **Commented [A54]:** FDA to Applicant: See comments in Section 6.

The mean baseline body weight was 93.2 kg, 95.5 kg and 92.9 kg in the placebo, liraglutide 1.8 mg, and RYBELSUS 14 mg arms, respectively. The mean changes from baseline to week 26 were -0.5 kg, -3.1 kg and -4.4 kg in the placebo, liraglutide 1.8 mg, and RYBELSUS 14 mg arms, respectively. The difference from placebo (95% CI) for RYBELSUS 14 mg was -3.8 kg (-4.7, -3.0). The difference from liraglutide 1.8 mg for RYBELSUS 14 mg was -1.2 (-1.9, -0.6).

Combination in patients with Type 2 Diabetes Mellitus and Moderate Renal Impairment with Metformin alone, Sulfonylurea alone, Basal Insulin alone, or Metformin in Combination with either Sulfonylurea or Basal Insulin
In a 26-week, double-blind trial (NCT02827708), 324 adult patients with moderate renal impairment (eGFR$_{CKD-EPI}$ 30−59 mL/min/1.73 m$^2$) were randomized to RYBELSUS 14 mg or placebo once daily. RYBELSUS was added to the patient's stable pre-trial antidiabetic regimen. The insulin dose was reduced by 20% at randomization for patients on basal insulin. Dose reduction of insulin and sulfonylurea was allowed in case of hypoglycemia; up titration of insulin was allowed but not beyond the pre-trial dose.

Patients had a mean age of 70 years and 48% were men. The mean duration of type 2 diabetes mellitus was 14 years, and the mean BMI was 32 kg/m$^2$. Overall, 96% were White, 4% were Black or African American, and 0.3% were Asian; 6.5% identified as Hispanic or Latino ethnicity. 39.5% of patients had an eGFR value of 30 to 44 mL/min/1.73 m$^2$.

Treatment with RYBELSUS 14 mg once daily for 26 weeks resulted in a statistically significant reduction in HbA$_{1c}$ from baseline compared to placebo (see Table 10).

Table 910. Results at Week 26 in a Trial of RYBELSUS Compared to Placebo in Patients with Moderate Renal Impairment

| | Placebo | RYBELSUS 14 mg** |
|---|---|---|
| Intent-to-Treat (ITT) Population (N)[a] | 161 | 163 |
| HbA$_{1c}$ (%) | | |
| Baseline (mean) | 7.9 | 8.0 |
| Change at week 26[b] | -0.2 | -1.0 |
| Difference from placebo[b] [95% CI] | | -0.8 [-1.0; -0.6][c] |
| Patients (%) achieving HbA$_{1c}$ <7% | 23 | 58 |
| FPG (mg/dL) | | |

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only

| Baseline (mean) | 164 | 164 |
| Change at week 26[b] | -7 | -28 |

[a]The intent-to-treat population includes all randomized patients including patients on rescue medication. At week 26, the primary $HbA_{1c}$ endpoint was missing for 3.7% and 5.5% of patients randomized to placebo and RYBELSUS 14 mg, respectively. Missing values were imputed by a pattern mixture model using multiple imputation (MI). Pattern was defined by randomized treatment and treatment status at week 26. During the trial, additional anti-diabetic medication was initiated as an add on to randomized treatment by 10% and 4.3% of patients randomized to placebo and RYBELSUS 14 mg, respectively.
[b]Estimated using an ANCOVA based on data irrespectively of discontinuation of trial product or initiation of rescue medication adjusted for baseline value, background medication, renal status and region.
[c]p<0.001 (unadjusted 2-sided) for superiority, controlled for multiplicity.
~~**There were no clinically significant differences observed between 14 mg doses of RYBELSUS (formulation Gen-1) and 9 mg doses of RYBELSUS (formulation Gen-2).~~

> **Commented [A55]:** FDA to Applicant: See comments in Section 6.

The mean baseline body weight was 90.4 kg and 91.3 kg in the placebo and RYBELSUS 14 mg arms, respectively. The mean changes from baseline to week 26 were -0.9 kg and -3.4 kg in the placebo and RYBELSUS 14 mg arms, respectively. The difference from placebo (95% CI) for RYBELSUS 14 mg was -2.5 kg (-3.2, -1.8).

<u>Combination with Insulin with or without Metformin</u>
In a 26-week double blind trial (NCT03021187), 731 adult patients with type 2 diabetes mellitus inadequately controlled on insulin (basal, basal/bolus or premixed) with or without metformin, were randomized to RYBELSUS 3 mg,
7 mg and 14 mg once daily or placebo once daily. All patients reduced their insulin dose by 20% at randomization to reduce the risk of hypoglycemia. Patients were allowed to increase the insulin dose only up to the starting insulin dose prior to randomization.

Patients had a mean age of 61 years and 54% were men. The mean duration of type 2 diabetes mellitus was 15 years, and the mean BMI was 31 $kg/m^2$. Overall, 51% were White, 7% were Black or African American, and 36% were Asian; 13% identified as Hispanic or Latino ethnicity.

Treatment with RYBELSUS 7 mg and 14 mg once daily for 26 weeks resulted in a statistically significant reduction in $HbA_{1c}$ from baseline compared to placebo once daily (see Table 11).

**Table 101. Results at Week 26 in a Trial of RYBELSUS Compared to Placebo in Adult Patients with Type 2 Diabetes Mellitus in Combination with Insulin alone or with Metformin**

| | Placebo | RYBELSUS 7 mg** | RYBELSUS 14 mg** |
|---|---|---|---|
| Intent-to-Treat (ITT) Population (N)[a] | 184 | 182 | 181 |
| $HbA_{1c}$ (%) | | | |
| Baseline (mean) | 8.2 | 8.2 | 8.2 |
| Change at week 26[b] | -0.1 | -0.9 | -1.3 |
| Difference from placebo[b] [95% CI] | | -0.9 [-1.1; -0.7][c] | -1.2 [-1.4; -1.0][c] |
| Patients (%) achieving $HbA_{1c}$ <7% | 7 | 43 | 58 |
| FPG (mg/dL) | | | |
| Baseline (mean) | 150 | 153 | 150 |
| Change at week 26[b] | 5 | -20 | -24 |

[a]The intent-to-treat population includes all randomized patients. At week 26, the primary $HbA_{1c}$ endpoint was missing for 4.3%, 4.4%, and 4.4% of patients randomized to placebo, RYBELSUS 7 mg and RYBELSUS 14 mg, respectively. Missing values were imputed by a pattern mixture model using multiple imputation (MI). Pattern was defined by randomized treatment and treatment status at week 26. During the trial, additional anti-diabetic medication was initiated as an add on to randomized treatment by 4.9%, 1.1 % and 2.2% of patients randomized to placebo, RYBELSUS 7 mg and RYBELSUS 14 mg, respectively.
[b]Estimated using an ANCOVA based on data irrespectively of discontinuation of trial product or initiation of rescue medication adjusted for baseline value, background medication and region.

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only

[c]p<0.001 (unadjusted 2-sided) for superiority, controlled for multiplicity.
~~**There were no clinically significant differences observed between 7 mg, and 14 mg doses of RYBELSUS (formulation Gen-1) and the 4 mg, and 9 mg doses of RYBELSUS (formulation Gen-2).~~

Commented [A56]: FDA to Applicant: See comments in Section 6.

The mean baseline body weight was 86.0 kg, 87.1 kg and 84.6 kg in the placebo, RYBELSUS 7 mg, and RYBELSUS 14 mg arms, respectively. The mean changes from baseline to week 26 were -0.4 kg, -2.4 kg and -3.7 kg in the placebo, RYBELSUS 7 mg, and RYBELSUS 14 mg arms, respectively. The difference from placebo (95% CI) for RYBELSUS 7 mg was -2.0 kg (-3.0, -1.0), and for RYBELSUS 14 mg was -3.3 kg (-4.2, -2.3).

**14.4  Cardiovascular Outcomes Trial in Patients with Type 2 Diabetes Mellitus and Cardiovascular Disease**
PIONEER 6 (NCT02692716) was a multi-center, multi-national, placebo-controlled, double-blind trial. In this trial, 3,183 adult patients with inadequately controlled type 2 diabetes mellitus and atherosclerotic cardiovascular disease were randomized to RYBELSUS 14 mg once daily or placebo for a median observation time of 16 months. The trial compared the risk of a Major Adverse Cardiovascular Event (MACE) between RYBELSUS 14 mg and placebo when these were added to and used concomitantly with standard of care treatments for diabetes and cardiovascular disease. The primary endpoint, MACE, was the time to first occurrence of a three-part composite outcome which included cardiovascular death, non-fatal myocardial infarction and non-fatal stroke.

Patients eligible to enter the trial were 50 years of age or older and had established, stable, cardiovascular, cerebrovascular, peripheral artery disease, chronic kidney disease or NYHA class II and III heart failure or were 60 years of age or older and had other specified risk factors for cardiovascular disease. In total, 1,797 patients (56.5%) had established cardiovascular disease without chronic kidney disease, 354 patients (11.1%) had chronic kidney disease only, and 544 patients (17.1%) had both cardiovascular disease and kidney disease; 488 patients (15.3%) had cardiovascular risk factors without established cardiovascular disease or chronic kidney disease. The mean age at baseline was 66 years, and 68% were men. The mean duration of diabetes was 14.9 years, and mean BMI was 32 kg/m$^2$. Overall, 72% were White, 6% were Black or African American, and 20% were Asian; 16% identified as Hispanic or Latino ethnicity. Concomitant diseases of patients in this trial included, but were not limited to, heart failure (12%), history of ischemic stroke (8%) and history of a myocardial infarction (36%). In total, 99.7% of the patients completed the trial and the vital status was known at the end of the trial for 100%.

For the primary analysis, a Cox proportional hazards model was used to test for non-inferiority of RYBELSUS 14 mg to placebo for time to first MACE using a risk margin of 1.3. Type-1 error was controlled across multiple tests using a hierarchical testing strategy. Non-inferiority to placebo was established, with a hazard ratio equal to 0.79 (95% CI: 0.57, 1.11) over the median observation time of 16-months. The proportion of patients who experienced at least one MACE was 3.8% (61/1591) for RYBELSUS 14 mg and 4.8% (76/1592) for placebo.

**16  HOW SUPPLIED/STORAGE AND HANDLING**
<u>How Supplied</u>
RYBELSUS (formulation A) strengths are available as follows:

| Tablet Strength | Description | Package Configuration | NDC Number |
|---|---|---|---|
| 3 mg | White to light yellow, oval shaped debossed with "3" on one side and "novo" on the other side | Bottle of 30 tablets | 0169-4303-30 |
| 7 mg | White to light yellow, oval shaped debossed with "7" on one side and "novo" on the other side | Bottle of 30 tablets | 0169-4307-30 |
| 14 mg | White to light yellow, oval shaped debossed with "14" on one side and "novo" on the other side | Bottle of 30 tablets | 0169-4314-30 |

RYBELSUS (formulation B) strengths are available as follows:

| Tablet Strength | Description | Package Configuration | NDC Number |
|---|---|---|---|
| 1.5 mg | White to light yellow, round shaped debossed with "1.5" on one side and "novo" on the other side | Bottle of 30 tablets | 0169-4815-30 |
| 4 mg | White to light yellow, round shaped debossed with "4" on one side and "novo" on the other side | Bottle of 30 tablets | 0169-4804-30 |
| 9 mg | White to light yellow, round shaped debossed with "9" on one side and "novo" on the other side | Bottle of 30 tablets | 0169-4809-30 |

Storage and Handling
Store at 68°F to 77°F (20°C to 25°C); excursions permitted to 59°F to 86°F (15°C to 30°C) [see USP Controlled Room Temperature]. Store and dispense in the original bottle.

Store tablet in the original bottle until use to protect tablets from moisture. Store product in a dry place away from moisture.

## 17  PATIENT COUNSELING INFORMATION
Advise the patient to read the FDA-approved patient labeling (Medication Guide).

Risk of Thyroid C-cell Tumors
Inform patients that semaglutide causes thyroid C-cell tumors in rodents and that the human relevance of this finding has not been determined. Counsel patients to report symptoms of thyroid tumors (e.g., a lump in the neck, hoarseness, dysphagia, or dyspnea) to their physician *[see Boxed Warning and Warnings and Precautions (5.1)]*.

Pancreatitis
Inform patients of the potential risk for pancreatitis. Instruct patients to discontinue RYBELSUS promptly and contact their physician if pancreatitis is suspected (severe abdominal pain that may radiate to the back, and which may or may not be accompanied by vomiting) *[see Warnings and Precautions (5.2)]*.

Diabetic Retinopathy Complications
Inform patients to contact their physician if changes in vision are experienced during treatment with RYBELSUS *[see Warnings and Precautions (5.3)]*.

Hypoglycemia with Concomitant Use of Insulin Secretagogues or Insulin
Inform patients that the risk of hypoglycemia is increased when RYBELSUS is used with an insulin secretagogue (such as a sulfonylurea) or insulin. Educate patients on the signs and symptoms of hypoglycemia *[see Warnings and Precautions (5.4)]*.

Dehydration and Renal Failure
Advise patients treated with RYBELSUS of the potential risk of dehydration due to gastrointestinal adverse reactions and take precautions to avoid fluid depletion. Inform patients of the potential risk for worsening renal function and explain the associated signs and symptoms of renal impairment, as well as the possibility of dialysis as a medical intervention if renal failure occurs *[see Warnings and Precautions (5.5)]*.

Hypersensitivity Reactions
Inform patients that serious hypersensitivity reactions have been reported during postmarketing use of RYBELSUS. Advise patients on the symptoms of hypersensitivity reactions and instruct them to stop taking RYBELSUS and seek medical advice promptly if such symptoms occur *[see Warnings and Precautions (5.6)]*.

Acute Gallbladder Disease

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only

Inform patients of the potential risk for cholelithiasis or cholecystitis. Instruct patients to contact their physician if cholelithiasis or cholecystitis is suspected for appropriate clinical follow-up *[see Warnings and Precautions (5.7)]*.

Pregnancy
Advise a pregnant woman of the potential risk to a fetus. Advise women to inform their healthcare provider if they are pregnant or intend to become pregnant *[see Use in Specific Populations (8.1), (8.3)]*.

Lactation
Advise females not to breastfeed during treatment with RYBELSUS *[see Use in Specific Populations (8.2)]*.

Females and Males of Reproductive Potential
Discontinue RYBELSUS at least 2 months before a planned pregnancy due to the long washout period for semaglutide *[see Use in Specific Populations (8.3)]*.

Manufactured by:
Novo Nordisk A/S
DK-2880 Bagsvaerd
Denmark

For additional information about RYBELSUS contact:
Novo Nordisk Inc.
800 Scudders Mill Road
Plainsboro, NJ 08536
1-833-457-7455
Version: x66

*RYBELSUS® and OZEMPIC® are registered trademarks of Novo Nordisk A/S.*

Patent InformationATENT INFORMATION: http://www.novonordisk-us.com/products/product-patents.html

**Formatted:** Font: Not Bold, Complex Script Font: Bold

© 2024 Novo Nordisk

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only

Novo_GLP_MDL_RYB_NDA_001104592

**RECOMMENDATIONS FOR NOVO NORDISK**

A.  General Comments (Container Labels and Carton Labeling)

1.  The overuse of color blocking as a method of prominence may decrease the reader's attention to pertinent information. Consider removing color blocking from the statement "Formulation Gen-2" and replacing it with a boxed statement. Additionally, when considering prominence, take into account all pertinent factors including font size, type, and color and background contrast.

2.  As currently presented, we note you did not include the word "New" before the statement "Formulation Gen-2". Lack of the word "New" may lead to product selection medication errors. We recommend updating this statement so it reads, "New Formulation (Formulation B)". We continue to recommend placing the statements "New Formulation" and "(Formulation B)" on separate lines.

B.  Container Labels

1.  The strength statement lacks prominence. Lack of prominence of the strength statement may contribute to product selection medication errors. See 21 CFR201.15(a)(6) which states a word, statement, or other information required by or under authority of the act to appear on the label may lack that prominence and conspicuousness required by section 502(c) of the act by reason, among other reasons, of: smallness or style of type in which such word, statement, or information appears, insufficient background contrast, obscuring designs or vignettes, or crowding with other written, printed, or graphic matter. Increase the prominence of the strength statement in accordance with 21 CFR 201.15(a)(6). Take into account all pertinent factors including font size, type, and color; background contrast; and statement location. If necessary, consider decreasing the prominence of other information that is not critical (e.g., net quantity statement, NDC code, etc.). For example, in this case, consider increasing the size of the strength statement.

1

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only    Novo_GLP_MDL_RYB_NDA_001104593

**IMAGES OF LABELS AND LABELING RECEIVED VIA EMAIL ON OCTOBER 30, 2024**

**Container Labels:**



**Sample Container Label:**



2

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only

Novo_GLP_MDL_RYB_NDA_001104594

**Carton Labeling:**



3

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only          Novo_GLP_MDL_RYB_NDA_001104595



Please read to help ensure
RYBELSUS works as planned:

Take on an empty stomach
when you first wake up.

Take with no more than
4 ounces of water.

Wait 30 minutes before eating,
drinking, or taking other oral
medications.

Store tablets in the closed Rybelsus
bottle until you are ready to take one.

Swallow tablet whole. Do not cut,
crush, or chew.

8-0516-31-301-X

Recommended Dosage: See
Prescribing Information for full
administration instructions.
The enclosed bottle is
child-resistant.
Keep out of reach of children.

Store in a dry place away from
moisture.
Store at 68°F to 77°F (20°C to
25°C); excursions permitted to
59°F to 86°F (15°C to 30°C)
[see USP Controlled Room
Temperature].
DO NOT FREEZE.

Ingredients: Each tablet of
RYBELSUS contains 4 mg of
semaglutide and the following
inactive ingredients: salcaprozate
sodium and magnesium stearate.

List XXXXXX
4 mg

RYBELSUS®
(semaglutide) Tablets
4 mg

NDC XXXX-XXXX-XX

DO NOT DISCARD BOX
KEEP IN ORIGINAL BOTTLE.

NDC XXXX-XXXX-XX        List XXXXXX

RYBELSUS®        4 mg

(semaglutide) Tablets
4 mg

Rx only

DISPENSE WITH
MEDICATION GUIDE

Note to Pharmacist:
Individual strengths
of Rybelsus are not
substitutable on a
mg-to-mg basis

Formulation Gen-2

30 tablets

novo nordisk®

PATENT information:
http://www.novonordisk-us.com/
products/product-patents.html

RYBELSUS is a registered
trademark of Novo Nordisk A/S.

© 202X Novo Nordisk A/S

Manufactured by:
Novo Nordisk A/S
DK-2880 Bagsvaerd, Denmark

For more information contact:
Novo Nordisk Inc
Plainsboro, NJ 08536
1-833-GLP-PILL
(Se habla español)
www.RYBELSUS.com

NOT TO BE USED BARCODE
USED FOR VISUAL PLACEMENT

22-004-33

GTIN/Serial No./EXP/LOT:
YYYY-MM-DD

4

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only        Novo_GLP_MDL_RYB_NDA_001104596



Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only          Novo_GLP_MDL_RYB_NDA_001104597

**Sample Carton Labeling:**



6

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only    Novo_GLP_MDL_RYB_NDA_001104598

HIGHLIGHTS OF PRESCRIBING INFORMATION
These highlights do not include all the information needed to use RYBELSUS® safely and effectively. See full prescribing information for RYBELSUS.

RYBELSUS (semaglutide) tablets, for oral use
Initial U.S. Approval: 2017

---

**WARNING: RISK OF THYROID C-CELL TUMORS**
*See full prescribing information for complete boxed warning.*

- In rodents, semaglutide causes thyroid C-cell tumors. It is unknown whether RYBELSUS causes thyroid C-cell tumors, including medullary thyroid carcinoma (MTC), in humans as the human relevance of semaglutide-induced rodent thyroid C-cell tumors has not been determined (5.1, 13.1).
- RYBELSUS is contraindicated in patients with a personal or family history of MTC or in patients with Multiple Endocrine Neoplasia syndrome type 2 (MEN 2). Counsel patients regarding the potential risk of MTC and symptoms of thyroid tumors (4, 5.1).

---

----------------------------INDICATIONS AND USAGE----------------------------
RYBELSUS is a glucagon-like peptide-1 (GLP-1) receptor agonist indicated as an adjunct to diet and exercise to improve glycemic control in adults with type 2 diabetes mellitus (1).

Limitations of Use
- ~~Has not been studied in patients with a history of pancreatitis (1, 5.2).~~
- Not for treatment of type 1 diabetes mellitus (1).

----------------------DOSAGE AND ADMINISTRATION----------------------
- Instruct patients to take RYBELSUS at least 30 minutes before the first food, beverage, or other oral medications of the day with no more than 4 ounces of plain water only. Waiting less than 30 minutes, or taking with food, beverages (other than plain water) or other oral medications will lessen the effect of RYBELSUS. Waiting more than 30 minutes to eat may increase the absorption of RYBELSUS (2.1).
- Swallow tablets whole. Do not split, crush, or chew tablets (2.1).
- Start RYBELSUS with 3 mg once daily for 30 days. After 30 days on the 3 mg dosage, increase the dosage to 7 mg once daily (2.2).
- Dosage may be increased to 14 mg once daily if additional glycemic control is needed after at least 30 days on the 7 mg dosage (2.2).
- See the Full Prescribing Information for instructions on switching between OZEMPIC® and RYBELSUS (2.3).

-------------------DOSAGE FORMS AND STRENGTHS-------------------
Tablets: 3 mg, 7 mg and 14 mg (3).

-------------------------------CONTRAINDICATIONS-------------------------------
- Personal or family history of medullary thyroid carcinoma or in patients with Multiple Endocrine Neoplasia syndrome type 2 (4).
- Prior serious hypersensitivity reaction to semaglutide or any of the excipients in RYBELSUS (4).

----------------------------WARNINGS AND PRECAUTIONS----------------------------
- *Acute Pancreatitis*: Has been observed in patients treated with GLP-1 receptor agonists, including RYBELSUS. ~~reported in clinical trials.~~ Discontinue promptly if pancreatitis is suspected. ~~Do not restart if pancreatitis is confirmed~~ (5.2).
- *Diabetic Retinopathy Complications*: Has been reported in a cardiovascular outcomes trial with semaglutide injection. Patients with a history of diabetic retinopathy should be monitored (5.3).
- *Hypoglycemia*: Concomitant use with an insulin secretagogue or insulin may increase the risk of hypoglycemia, including severe hypoglycemia. Reducing dose of insulin secretagogue or insulin may be necessary (5.4).
- *Acute Kidney Injury*: Monitor renal function in patients with renal impairment reporting severe adverse gastrointestinal reactions (5.5).
- *Hypersensitivity Reactions*: Serious hypersensitivity reactions (e.g., anaphylaxis and angioedema) have been reported. Discontinue RYBELSUS if suspected and promptly seek medical advice (5.6).
- *Acute Gallbladder Disease:* If cholelithiasis or cholecystitis are suspected, gallbladder studies are indicated (5.7)

-------------------------------ADVERSE REACTIONS-------------------------------
Most common adverse reactions (incidence ≥5%) are nausea, abdominal pain, diarrhea, decreased appetite, vomiting and constipation (6.1).

**To report SUSPECTED ADVERSE REACTIONS, contact Novo Nordisk Inc., at 1-833-457-7455 or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.**

--------------------DRUG INTERACTIONS--------------------
*Oral Medications*: RYBELSUS delays gastric emptying. Instruct patients to closely follow RYBELSUS administration instructions (7.2).

----------------------------USE IN SPECIFIC POPULATIONS----------------------------
- *Pregnancy*: May cause fetal harm (8.1).
- *Lactation*: Breastfeeding not recommended (8.2).
- *Females and Males of Reproductive Potential*: Discontinue RYBELSUS in women at least 2 months before a planned pregnancy due to the long washout period for semaglutide (8.3).

**See 17 for PATIENT COUNSELING INFORMATION and Medication Guide.**

**Revised:** ~~xx01~~/202~~x~~4

**Commented [A1]: FDA to Applicant:** See comments below in the Full PI. Revisions to improve clarity and to align with Wegovy PI.

**Commented [A2]: FDA to Applicant:** Removed LOU since this risk is appropriately described in 5.2 and for consistency with Wegovy

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only

**FULL PRESCRIBING INFORMATION: CONTENTS\***
**WARNING: RISK OF THYROID C-CELL TUMORS**

**1    INDICATIONS AND USAGE**
**2    DOSAGE AND ADMINISTRATION**
    2.1    Important Administration Instructions
    2.2    Recommended Dosage
    2.3    Switching Patients between OZEMPIC and RYBELSUS
**3    DOSAGE FORMS AND STRENGTHS**
**4    CONTRAINDICATIONS**
**5    WARNINGS AND PRECAUTIONS**
    5.1    Risk of Thyroid C-Cell Tumors
    5.2    Acute Pancreatitis
    5.3    Diabetic Retinopathy Complications
    5.4    Hypoglycemia with Concomitant Use of Insulin
         Secretagogues or Insulin
    5.5    Acute Kidney Injury
    5.6    Hypersensitivity
    5.7    Acute Gallbladder Disease
**6    ADVERSE REACTIONS**
    6.1    Clinical Trials Experience
    6.2    Postmarketing Experience
**7    DRUG INTERACTIONS**
    7.1    Concomitant Use with an Insulin Secretagogue (e.g.,
         Sulfonylurea) or with Insulin
    7.2    Oral Medications
**8    USE IN SPECIFIC POPULATIONS**
    8.1    Pregnancy
    8.2    Lactation
    8.3    Females and Males of Reproductive Potential
    8.4    Pediatric Use

    8.5    Geriatric Use
    8.6    Renal Impairment
    8.7    Hepatic Impairment
**10    OVERDOSAGE**
**11    DESCRIPTION**
**12    CLINICAL PHARMACOLOGY**
    12.1    Mechanism of Action
    12.2    Pharmacodynamics
    12.3    Pharmacokinetics
    12.6    Immunogenicity
**13    NONCLINICAL TOXICOLOGY**
    13.1    Carcinogenesis, Mutagenesis, Impairment of Fertility
    13.2    Animal Toxicology and/or Pharmacology
**14    CLINICAL STUDIES**
    14.1    Overview of Clinical Studies
    14.2    Monotherapy Use of RYBELSUS in Patients with Type 2 Diabetes
         Mellitus
    14.3    Combination Therapy Use of RYBELSUS in Patients with Type 2
         Diabetes Mellitus
    14.4    Cardiovascular Outcomes Trial in Patients with Type 2 Diabetes
         Mellitus and Cardiovascular Disease
**16    HOW SUPPLIED/STORAGE AND HANDLING**
**17    PATIENT COUNSELING INFORMATION**

\*Sections or subsections omitted from the full prescribing information are not
listed.

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only

FULL PRESCRIBING INFORMATION

<div style="border:1px solid black">

**WARNING:  RISK OF THYROID C-CELL TUMORS**
- **In rodents, semaglutide causes dose-dependent and treatment-duration-dependent thyroid C-cell tumors at clinically relevant exposures. It is unknown whether RYBELSUS causes thyroid C-cell tumors, including medullary thyroid carcinoma (MTC), in humans as human relevance of semaglutide-induced rodent thyroid C-cell tumors has not been determined *[see Warnings and Precautions (5.1) and Nonclinical Toxicology (13.1)]*.**
- **RYBELSUS is contraindicated in patients with a personal or family history of MTC or in patients with Multiple Endocrine Neoplasia syndrome type 2 (MEN 2) *[see Contraindications (4)]*. Counsel patients regarding the potential risk for MTC with the use of RYBELSUS and inform them of symptoms of thyroid tumors (e.g. a mass in the neck, dysphagia, dyspnea, persistent hoarseness). Routine monitoring of serum calcitonin or using thyroid ultrasound is of uncertain value for early detection of MTC in patients treated with RYBELSUS *[see Contraindications (4) and Warnings and Precautions (5.1)]*.**

</div>

**1      INDICATIONS AND USAGE**
RYBELSUS is indicated as an adjunct to diet and exercise to improve glycemic control in adults with type 2 diabetes mellitus.

Limitations of Use
- ~~RYBELSUS has not been studied in patients with a history of pancreatitis. Consider other antidiabetic therapies in patients with a history of pancreatitis *[see Warnings and Precautions (5.2)]*.~~
- RYBELSUS is not indicated for use in patients with type 1 diabetes mellitus.

> **Commented [A3]: FDA to Applicant:** Removed LOU since this risk is appropriately described in 5.2 and for consistency with Wegovy

**2      DOSAGE AND ADMINISTRATION**
**2.1     Important Administration Instructions**
- Instruct patients to take RYBELSUS at least 30 minutes before the first food, beverage, or other oral medications of the day with no more than 4 ounces of plain water only *[see Clinical Pharmacology (12.3)]*. Waiting less than 30 minutes, or taking RYBELSUS with food, beverages (other than plain water) or other oral medications will lessen the effect of RYBELSUS by decreasing its absorption. Waiting more than 30 minutes to eat may increase the absorption of RYBELSUS.
- Swallow tablets whole. Do not split, crush, or chew tablets.

**2.2     Recommended Dosage**
- Start RYBELSUS with 3 mg once daily for 30 days. The 3 mg dosage is intended for treatment initiation and is not effective for glycemic control.
- After 30 days on the 3 mg dosage, increase the dosage to 7 mg once daily.
- The dosage may be increased to 14 mg once daily if additional glycemic control is needed after at least 30 days on the 7 mg dosage.
- Taking two 7 mg RYBELSUS tablets to achieve a 14 mg dosage is not recommended.
- If a dose is missed, the missed dose should be skipped, and the next dose should be taken the following day.

**2.3     Switching Patients between OZEMPIC and RYBELSUS**
- Patients treated with RYBELSUS 14 mg daily can be transitioned to OZEMPIC subcutaneous injection 0.5 mg once weekly. Patients can start OZEMPIC the day after their last dose of RYBELSUS.
- Patients treated with once weekly OZEMPIC 0.5 mg subcutaneous injection can be transitioned to RYBELSUS 7 mg or 14 mg. Patients can start RYBELSUS up to 7 days after their last injection of OZEMPIC. There is no equivalent dose of RYBELSUS for OZEMPIC 1 mg.

**3      DOSAGE FORMS AND STRENGTHS**

RYBELSUS tablets are available as:

- 3 mg: white to light yellow, oval shaped debossed with "3" on one side and "novo" on the other side.
- 7 mg: white to light yellow, oval shaped debossed with "7" on one side and "novo" on the other side.
- 14 mg: white to light yellow, oval shaped debossed with "14" on one side and "novo" on the other side.

**4      CONTRAINDICATIONS**

RYBELSUS is contraindicated in patients with:

- A personal or family history of medullary thyroid carcinoma (MTC) or in patients with Multiple Endocrine Neoplasia syndrome type 2 (MEN 2) *[see Warnings and Precautions (5.1)]*.
- A prior serious hypersensitivity reaction to semaglutide or to any of the excipients in RYBELSUS. Serious hypersensitivity reactions including anaphylaxis and angioedema have been reported with RYBELSUS *[see Warnings and Precautions (5.6)]*.

**5      WARNINGS AND PRECAUTIONS**

**5.1     Risk of Thyroid C-Cell Tumors**

In mice and rats, semaglutide caused a dose-dependent and treatment-duration-dependent increase in the incidence of thyroid C-cell tumors (adenomas and carcinomas) after lifetime exposure at clinically relevant plasma exposures *[see Nonclinical Toxicology (13.1)]*. It is unknown whether RYBELSUS causes thyroid C-cell tumors, including medullary thyroid carcinoma (MTC), in humans as human relevance of semaglutide-induced rodent thyroid C-cell tumors has not been determined.

Cases of MTC in patients treated with liraglutide, another GLP-1 receptor agonist, have been reported in the postmarketing period; the data in these reports are insufficient to establish or exclude a causal relationship between MTC and GLP-1 receptor agonist use in humans.

RYBELSUS is contraindicated in patients with a personal or family history of MTC or in patients with MEN 2. Counsel patients regarding the potential risk for MTC with the use of RYBELSUS and inform them of symptoms of thyroid tumors (e.g., a mass in the neck, dysphagia, dyspnea, persistent hoarseness).

Routine monitoring of serum calcitonin or using thyroid ultrasound is of uncertain value for early detection of MTC in patients treated with RYBELSUS. Such monitoring may increase the risk of unnecessary procedures, due to the low test specificity for serum calcitonin and a high background incidence of thyroid disease. Significantly elevated serum calcitonin value may indicate MTC and patients with MTC usually have calcitonin values >50 ng/L. If serum calcitonin is measured and found to be elevated, the patient should be further evaluated. Patients with thyroid nodules noted on physical examination or neck imaging should also be further evaluated.

**5.2     <u>Acute</u> Pancreatitis**

<u>Acute pancreatitis, including fatal and non-fatal hemorrhagic or necrotizing pancreatitis, has been observed in patients treated with GLP-1 receptor agonists, including RYBELSUS</u> *[see Adverse Reactions (6.1)]*. ~~In glycemic control trials, pancreatitis was reported as a serious adverse event in 6 RYBELSUS-treated patients (0.1 events per 100 patient years) versus 1 in comparator-treated patients (<0.1 events per 100 patient years)~~

After initiation of RYBELSUS, observe patients carefully for signs and symptoms of pancreatitis (including persistent severe abdominal pain, sometimes radiating to the back and which may or may not be accompanied by vomiting). If pancreatitis is suspected, <u>discontinue</u> RYBELSUS ~~should be discontinued~~ and <u>initiate appropriate management</u> ~~initiated.; if confirmed, RYBELSUS should not be restarted.~~

**5.3     Diabetic Retinopathy Complications**

In a pooled analysis of glycemic control trials with RYBELSUS, patients reported diabetic retinopathy related adverse reactions during the trial (4.2% with RYBELSUS and 3.8% with comparator).

**Formatted:** Font: Italic, Complex Script Font: Italic

**Commented [A4]:** FDA to Applicant: Since these rates are reported in Section 6.1, removed from the Warning and Precaution, similar to Wegovy.

**Commented [A5]:** FDA to Applicant: Removed information about not restarting Rybelsus since there is limited data to support this recommendation.

In a 2-year cardiovascular outcomes trial with semaglutide injection involving patients with type 2 diabetes and high cardiovascular risk, diabetic retinopathy complications (which was a 4 component adjudicated endpoint) occurred in patients treated with semaglutide injection (3.0%) compared to placebo (1.8%). The absolute risk increase for diabetic retinopathy complications was larger among patients with a history of diabetic retinopathy at baseline (semaglutide injection 8.2%, placebo 5.2%) than among patients without a known history of diabetic retinopathy (semaglutide injection 0.7%, placebo 0.4%).

Rapid improvement in glucose control has been associated with a temporary worsening of diabetic retinopathy. The effect of long-term glycemic control with semaglutide on diabetic retinopathy complications has not been studied. Patients with a history of diabetic retinopathy should be monitored for progression of diabetic retinopathy.

### 5.4    Hypoglycemia with Concomitant Use of Insulin Secretagogues or Insulin
Patients receiving RYBELSUS in combination with an insulin secretagogue (e.g., sulfonylurea) or insulin may have an increased risk of hypoglycemia, including severe hypoglycemia *[see Adverse Reactions (6.1) and Drug Interactions (7)]*.

The risk of hypoglycemia may be lowered by a reduction in the dose of sulfonylurea (or other concomitantly administered insulin secretagogue) or insulin. Inform patients using these concomitant medications of the risk of hypoglycemia and educate them on the signs and symptoms of hypoglycemia.

### 5.5    Acute Kidney Injury
There have been postmarketing reports of acute kidney injury and worsening of chronic renal failure, which may sometimes require hemodialysis, in patients treated with GLP-1 receptor agonists, including semaglutide. Some of these events have been reported in patients without known underlying renal disease. A majority of the reported events occurred in patients who had experienced nausea, vomiting, diarrhea, or dehydration. Monitor renal function when initiating or escalating doses of RYBELSUS in patients reporting severe adverse gastrointestinal reactions.

### 5.6    Severe Gastrointestinal Adverse Reactions
Use of RYBELSUS has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6.1)]*. In RYBELSUS clinical trials, severe gastrointestinal adverse reactions were reported more frequently among patients receiving RYBELSUS (7 mg X%, 14 mg X%) than placebo (X%).

RYBELSUS has not been studied in patients with severe gastrointestinal disease, including severe gastroparesis, and is therefore not recommended in these patients.

### 5.6 5.7  Hypersensitivity
Serious hypersensitivity reactions (e.g., anaphylaxis, angioedema) have been reported in patients treated with RYBELSUS. If hypersensitivity reactions occur, discontinue use of RYBELSUS; treat promptly per standard of care, and monitor until signs and symptoms resolve. RYBELSUS is contraindicated in patients with a prior serious hypersensitivity reaction to semaglutide or to any of the excipients in RYBELSUS. *[see Adverse Reactions (6.2)]*.

Anaphylaxis and angioedema have been reported with GLP-1 receptor agonists. Use caution in a patient with a history of angioedema or anaphylaxis with another GLP-1 receptor agonist because it is unknown whether such patients will be predisposed to anaphylaxis with RYBELSUS.

### 5.7 5.8  Acute Gallbladder Disease
Acute events of gallbladder disease such as cholelithiasis or cholecystitis have been reported in GLP-1 receptor agonist trials and postmarketing. In placebo-controlled trials, cholelithiasis was reported in 1% of patients treated with RYBELSUS 7 mg. Cholelithiasis was not reported in RYBELSUS 14 mg or placebo-treated patients. If cholelithiasis is suspected, gallbladder studies and appropriate clinical follow-up are indicated *[see*

**Commented [A6]: FDA to Applicant:** Adding a Warning and Precaution to harmonize labeling for this risk across the GLP-1 RA class.

**Formatted:** Heading 2, Indent: Before: 0.18", After: 0", Outline numbered + Level: 2 + Numbering Style: 1, 2, 3, ... + Start at: 1 + Alignment: Left + Aligned at: 0.18" + Indent at: 0.68", Tab stops: 0.68", Left

**Formatted:** Font: Italic, Complex Script Font: Italic

**Commented [A7]: FDA to Applicant:** Please provide data for severe GI ARs.

**Commented [A8]: FDA to Applicant:** Please confirm that patients with severe gastroparesis were not enrolled in clinical trials.

*Adverse Reactions (6.2)*].

**6      ADVERSE REACTIONS**
The following serious adverse reactions are described below or elsewhere in the prescribing information:

• Risk of Thyroid C-cell Tumors *[see Warnings and Precautions (5.1)]*
• Acute Pancreatitis *[see Warnings and Precautions (5.2)]*

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only     Novo_GLP_MDL_RYB_NDA_001104604

• Diabetic Retinopathy Complications *[see Warnings and Precautions (5.3)]*
• Hypoglycemia with Concomitant Use of Insulin Secretagogues or Insulin *[see Warnings and Precautions (5.4)]*
• Acute Kidney Injury *[see Warnings and Precautions (5.5)]*
• Hypersensitivity *[see Warnings and Precautions (5.6)]*
• Acute Gallbladder Disease *[see Warnings and Precautions (5.7)]*

**6.1     Clinical Trials Experience**
Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in practice.

Pool of Placebo-Controlled Trials
The data in Table 1 are derived from 2 placebo-controlled trials in adult patients with type 2 diabetes *[see Clinical Studies (14)]*. These data reflect exposure of 1071 patients to RYBELSUS with a mean duration of exposure of 41.8 weeks. The mean age of patients was 58 years, 3.9% were 75 years or older and 52% were male. In these trials, 63% were White, 6% were Black or African American, and 27% were Asian; 19% identified as Hispanic or Latino ethnicity. At baseline, patients had type 2 diabetes for an average of 9.4 years and had a mean HbA$_{1c}$ of 8.1%. At baseline, 20.1% of the population reported retinopathy. Baseline estimated renal function was normal (eGFR ≥90 mL/min/1.73m$^2$) in 66.2%, mildly impaired (eGFR 60 to 90 mL/min/1.73m$^2$) in 32.4% and moderately impaired (eGFR 30 to 60 mL/min/1.73m$^2$) in 1.4% of patients.

Pool of Placebo- and Active-Controlled Trials
The occurrence of adverse reactions was also evaluated in a larger pool of adult patients with type 2 diabetes participating in 9 placebo- and active-controlled trials *[see Clinical Studies (14)]*. In this pool, 4116 patients with type 2 diabetes were treated with RYBELSUS for a mean duration of 59.8 weeks. The mean age of patients was 58 years, 5% were 75 years or older and 55% were male. In these trials, 65% were White, 6% were Black or African American, and 24% were Asian; 15% identified as Hispanic or Latino ethnicity. At baseline, patients had type 2 diabetes for an average of 8.8 years and had a mean HbA$_{1c}$ of 8.2%. At baseline, 16.6% of the population reported retinopathy. Baseline estimated renal function was normal (eGFR ≥90 mL/min/1.73m$^2$) in 65.9%, mildly impaired (eGFR 60 to 90 mL/min/1.73m$^2$) in 28.5%, and moderately impaired (eGFR 30 to 60 mL/min/1.73m$^2$) in 5.4% of the patients.

Common Adverse Reactions
Table 1 shows common adverse reactions, excluding hypoglycemia, associated with the use of RYBELSUS in adult patients with type 2 diabetes in the pool of placebo-controlled trials. These adverse reactions occurred more commonly on RYBELSUS than on placebo and occurred in at least 5% of patients treated with RYBELSUS.

**Table 1. Adverse Reactions in Placebo-Controlled Trials Reported in ≥5% of RYBELSUS-Treated Patients with Type 2 Diabetes Mellitus**

| Adverse Reaction | Placebo (N=362) % | RYBELSUS 7 mg (N=356) % | RYBELSUS 14 mg (N=356) % |
|---|---|---|---|
| Nausea | 6 | 11 | 20 |
| Abdominal Pain | 4 | 10 | 11 |
| Diarrhea | 4 | 9 | 10 |
| Decreased appetite | 1 | 6 | 9 |
| Vomiting | 3 | 6 | 8 |
| Constipation | 2 | 6 | 5 |

In the pool of placebo- and active-controlled trials, the types and frequency of common adverse reactions, excluding hypoglycemia, were similar to those listed in Table 1.

*Gastrointestinal Adverse Reactions*
In the pool of placebo-controlled trials, gastrointestinal adverse reactions occurred more frequently among patients receiving RYBELSUS than placebo (placebo 21%, RYBELSUS 7 mg 32%, RYBELSUS 14 mg 41%). The majority of reports of nausea, vomiting, and/or diarrhea occurred during dose escalation. More patients receiving RYBELSUS 7 mg (4%) and RYBELSUS 14 mg (8%) discontinued treatment due to gastrointestinal adverse reactions than patients receiving placebo (1%).

In addition to the reactions in Table 1, the following gastrointestinal adverse reactions with a frequency of <5% were associated with RYBELSUS (frequencies listed, respectively, as placebo; 7 mg; 14 mg): abdominal distension (1%, 2%, 3%), dyspepsia (0.6%, 3%, 0.6%), eructation (0%, 0.6%, 2%), flatulence (0%, 2%, 1%), gastroesophageal reflux disease (0.3%, 2%, 2%), and gastritis (0.8%, 2%, 2%).

<u>Other Adverse Reactions</u>
*<u>Acute</u> Pancreatitis*
In the pool of placebo- and active-controlled trials with RYBELSUS, <u>acute</u> pancreatitis was reported as a serious adverse event in 6 RYBELSUS-treated patients (0.1 events per 100 patient years) versus 1 in comparator- treated patients (<0.1 events per 100 patient years).

*Diabetic Retinopathy Complications*
In the pool of placebo- and active-controlled trials with RYBELSUS, patients reported diabetic retinopathy related adverse reactions during the trial (4.2% with RYBELSUS and 3.8% with comparator).

*Hypoglycemia*
Table 2 summarizes the incidence of hypoglycemia by various definitions in the placebo-controlled trials.

**Table 2. Hypoglycemia Adverse Reactions in Placebo-Controlled Trials In Patients with Type 2 Diabetes Mellitus**

| | Placebo | RYBELSUS 7 mg | RYBELSUS 14 mg |
|---|---|---|---|
| **Monotherapy** | | | |
| **(26 weeks)** | N=178 | N=175 | N=175 |
| Severe* | 0% | 1% | 0% |
| Plasma glucose <54 mg/dL | 1% | 0% | 0% |
| **Add-on to metformin and/or sulfonylurea, basal insulin alone or metformin in combination with basal insulin in patients with moderate renal impairment** | | | |
| **(26 weeks)** | N=161 | - | N=163 |
| Severe* | 0% | - | 0% |
| Plasma glucose <54 mg/dL | 3% | - | 6% |
| **Add-on to insulin with or without metformin** | | | |
| **(52 weeks)** | N=184 | N=181 | N=181 |
| Severe* | 1% | 0% | 1% |
| Plasma glucose <54 mg/dL | 32% | 26% | 30% |

*"Severe" hypoglycemia adverse reactions are episodes requiring the assistance of another person.

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only

Hypoglycemia was more frequent when RYBELSUS was used in combination with insulin secretagogues (e.g., sulfonylureas) or insulin.

*Increases in Amylase and Lipase*
In placebo-controlled trials, patients exposed to RYBELSUS 7 mg and 14 mg had a mean increase from baseline in amylase of 10% and 13%, respectively, and lipase of 30% and 34%, respectively. These changes were not observed in placebo-treated patients.

*Cholelithiasis*
In placebo-controlled trials, cholelithiasis was reported in 1% of patients treated with RYBELSUS 7 mg. Cholelithiasis was not reported in RYBELSUS 14 mg or placebo-treated patients.

*Increases in Heart Rate*
In placebo-controlled trials, RYBELSUS 7 mg and 14 mg resulted in a mean increase in heart rate of 1 to 3 beats per minute. There was no change in heart rate in placebo-treated patients.

**6.2    Postmarketing Experience**
The following adverse reactions have been reported during post-approval use of semaglutide, the active ingredient of RYBELSUS. Because these reactions are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure.

*Gastrointestinal:* ileus
*Hypersensitivity:* anaphylaxis, angioedema, rash, urticaria
*Hepatobiliary:* cholecystitis, cholelithiasis requiring cholecystectomy
*Nervous system disorders:* dizziness, dysgeusia

**7        DRUG INTERACTIONS**
**7.1      Concomitant Use with an Insulin Secretagogue (e.g., Sulfonylurea) or with Insulin**
RYBELSUS stimulates insulin release in the presence of elevated blood glucose concentrations. Patients receiving RYBELSUS in combination with an insulin secretagogue (e.g., sulfonylurea) or insulin may have an increased risk of hypoglycemia, including severe hypoglycemia.

When initiating RYBELSUS, consider reducing the dose of concomitantly administered insulin secretagogue (such as sulfonylureas) or insulin to reduce the risk of hypoglycemia *[see Warnings and Precautions (5.4) and Adverse Reactions (6.1)]*.

**7.2      Oral Medications**
RYBELSUS causes a delay of gastric emptying, and thereby has the potential to impact the absorption of other oral medications. Levothyroxine exposure was increased 33% (90% CI: 1.25-1.42) when administered with RYBELSUS in a drug interaction study *[see Clinical Pharmacology (12.3)]*.

When coadministering oral medications instruct patients to closely follow RYBELSUS administration instructions. Consider increased clinical or laboratory monitoring for medications that have a narrow therapeutic index or that require clinical monitoring *[see Dosage and Administration (2)]*.

**8        USE IN SPECIFIC POPULATIONS**
**8.1      Pregnancy**
Risk Summary
Available data with RYBELSUS use in pregnant women are insufficient to evaluate for a drug-associated risk of major birth defects, miscarriage or other adverse maternal or fetal outcomes. There are clinical considerations regarding the risks of poorly controlled diabetes in pregnancy *(see Clinical Considerations)*. Based on animal

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only                    Novo_GLP_MDL_RYB_NDA_001104607

reproduction studies, there may be potential risks to the fetus from exposure to RYBELSUS during pregnancy. RYBELSUS should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

In pregnant rats administered semaglutide during organogenesis, embryofetal mortality, structural abnormalities and alterations to growth occurred at maternal exposures below the maximum recommended human dose (MRHD) based on AUC. In rabbits and cynomolgus monkeys administered semaglutide during organogenesis, early pregnancy losses and structural abnormalities were observed at exposure below the MRHD (rabbit) and $\geq$10-fold the MRHD (monkey). These findings coincided with a marked maternal body weight loss in both animal species *(see Data)*.

The estimated background risk of major birth defects is 6–10% in women with pre-gestational diabetes with an $HbA_{1c} > 7$ and has been reported to be as high as 20–25% in women with a $HbA_{1c} > 10$. In the U.S. general population, the estimated background risk of major birth defects and miscarriage in clinically recognized pregnancies is 2-4% and 15-20%, respectively.

Clinical Considerations
*Disease associated maternal and fetal risk*
Poorly controlled diabetes during pregnancy increases the maternal risk for diabetic ketoacidosis, pre-eclampsia, spontaneous abortions, preterm delivery, and delivery complications. Poorly controlled diabetes increases the fetal risk for major birth defects, stillbirth, and macrosomia related morbidity.

Data
*Animal Data*
In a combined fertility and embryofetal development study in rats, subcutaneous doses of 0.01, 0.03 and 0.09 mg/kg/day (0.2-, 0.7-, and 2.1-fold the MRHD) were administered to males for 4 weeks prior to and throughout mating and to females for 2 weeks prior to mating, and throughout organogenesis to Gestation Day 17. In parental animals, pharmacologically mediated reductions in body weight gain and food consumption were observed at all dose levels. In the offspring, reduced growth and fetuses with visceral (heart blood vessels) and skeletal (cranial bones, vertebra, ribs) abnormalities were observed at the human exposure.

In an embryofetal development study in pregnant rabbits, subcutaneous doses of 0.0010, 0.0025 or 0.0075 mg/kg/day (0.06-, 0.6-, and 4.4-fold the MRHD) were administered throughout organogenesis from Gestation Day 6 to 19. Pharmacologically mediated reductions in maternal body weight gain and food consumption were observed at all dose levels. Early pregnancy losses and increased incidences of minor visceral (kidney, liver) and skeletal (sternebra) fetal abnormalities were observed at $\geq$0.0025 mg/kg/day, at clinically relevant exposures.

In an embryofetal development study in pregnant cynomolgus monkeys, subcutaneous doses of 0.015, 0.075, and 0.15 mg/kg twice weekly (1.9-, 9.9-, and 29-fold the MRHD) were administered throughout organogenesis, from Gestation Day 16 to 50. Pharmacologically mediated, marked initial maternal body weight loss and reductions in body weight gain and food consumption coincided with the occurrence of sporadic abnormalities (vertebra, sternebra, ribs) at $\geq$0.075 mg/kg twice weekly ($\geq$9X human exposure).

In a pre- and postnatal development study in pregnant cynomolgus monkeys, subcutaneous doses of 0.015, 0.075, and 0.15 mg/kg twice weekly (1.3-, 6.4-, and 14-fold the MRHD) were administered from Gestation Day 16 to 140. Pharmacologically mediated marked initial maternal body weight loss and reductions in body weight gain and food consumption coincided with an increase in early pregnancy losses and led to delivery of slightly smaller offspring at $\geq$0.075 mg/kg twice weekly ($\geq$6X human exposure).

Salcaprozate sodium (SNAC), an absorption enhancer in RYBELSUS, crosses the placenta and reaches fetal tissues in rats. In a pre- and postnatal development study in pregnant Sprague Dawley rats, SNAC was

Novo_GLP_MDL_RYB_NDA_001104608

administered orally at 1,000 mg/kg/day (exposure levels were not measured) on Gestation Day 7 through lactation day 20. An increase in gestation length, an increase in the number of stillbirths and a decrease in pup viability were observed.

**8.2    Lactation**

Risk Summary

Data from a clinical lactation study revealed negligible concentrations showed no evidence of semaglutide in human milk; however, salcaprozate sodium (SNAC) and/or its metabolites are present in human milk. Since the activity of enzymes involved in SNAC clearance, may be lower in infants compared to adults, higher SNAC plasma levels may occur in neonates and infants.  Because of the unknown potential for serious adverse reactions in the breastfed infant due to the possible accumulation of SNAC, and because there are alternative formulations of semaglutide that do not contain SNAC that can be used during lactation, advise patients that breastfeeding is not recommended during treatment with RYBELSUS. ~~transfer into human milk, as all milk samples from all subjects had no measurable concentrations of semaglutide (see Data). The theoretical upper limit for the relative daily infant dose of semaglutide is therefore very low (< 0.4%). Since semaglutide without salcaprozate sodium (SNAC) is largely degraded in the gastrointestinal tract, systemic exposure in a breastfed infant is expected to be very low. SNAC is present in breastmilk, though the relative daily infant dose of SNAC could not be reported (see Data). There are no data on the effects of semaglutide and SNAC on breastfed infants, or the effects on milk production. Due to presence of SNAC in human milk, a risk to a breast-fed child cannot be excluded. Therefore, RYBELSUS treatment is not recommended during breast-feeding.~~

~~There are no data on the presence of semaglutide in human milk, the effects on the breastfed infant, or the effects on milk production. Semaglutide was present in the milk of lactating rats. SNAC and/or its metabolites concentrated in the milk of lactating rats. When a substance is present in animal milk, it is likely that the substance will be present in human milk (see Data). There are no data on the presence of SNAC in human milk. Since the activity of UGT2B7, an enzyme involved in SNAC clearance, is lower in infants compared to adults, higher SNAC plasma levels may occur in neonates and infants. Because of the unknown potential for serious adverse reactions in the breastfed infant due to the possible accumulation of SNAC from breastfeeding and because there are alternative formulations of semaglutide that can be used during lactation, advise patients that breastfeeding is not recommended during treatment with RYBELSUS.~~

~~Data
A lactation study was conducted in 11 healthy adult lactating women dosed once daily with RYBELSUS 3 mg for 5 days and 7 mg for 5 days. After 10 days, the mean semaglutide concentration in human milk was below 0.729 nmol/L, the SNAC metabolites E1245 and E1246 in human milk were below 25 ng/mL, E494 was 8.5 ng/mL, E506 was 198.1 ng/mL and E1247 was 29.7 ng/mL. The relative daily infant oral dosage of semaglutide was < 0.4% calculated as a product of the average concentration over the 10 days and the standardized milk consumption of 150 mL/kg/day. SNAC was present in breastmilk, but the relative daily infant dose of SNAC was not reportable since SNAC could not be quantified.~~

~~In lactating rats, semaglutide was detected in milk at levels 3-12 fold lower than in maternal plasma. SNAC and/or its metabolites were detected in milk of lactating rats following a single maternal administration on lactation day 10. Mean levels of SNAC and/or its metabolites in milk were approximately 2-12 fold higher than in maternal plasma.~~

**8.3    Females and Males of Reproductive Potential**
Discontinue RYBELSUS in women at least 2 months before a planned pregnancy due to the long washout period for semaglutide *[see Use in Specific Populations (8.1)]*.

**8.4    Pediatric Use**
The safety and effectiveness of RYBELSUS have not been established in pediatric patients.

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only    Novo_GLP_MDL_RYB_NDA_001104609

**8.5     Geriatric Use**

In the pool of glycemic control trials, 1229 (30%) RYBELSUS-treated patients were 65 years of age and over and 199 (5%) RYBELSUS-treated patients were 75 years of age and over *[see Clinical Studies (14)]*. In PIONEER 6, the cardiovascular outcomes trial, 891 (56%) RYBELSUS-treated patients were 65 years of age and over and 200 (13%) RYBELSUS-treated patients were 75 years of age and over.

No overall differences in safety or effectiveness for RYBELSUS have been observed between patients 65 years of age and older and younger adult patients.

**8.6     Renal Impairment**

The safety and effectiveness of RYBELSUS was evaluated in a 26-week clinical study that included 324 patients with moderate renal impairment (eGFR 30 to 59 mL/min/1.73m$^2$) *[see Clinical Studies (14.1)]*. In patients with renal impairment including end-stage renal disease (ESRD), no clinically relevant change in semaglutide pharmacokinetics (PK) was observed *[see Clinical Pharmacology (12.3)]*.

No dose adjustment of RYBELSUS is recommended for patients with renal impairment.

**8.7     Hepatic Impairment**

In a study in subjects with different degrees of hepatic impairment, no clinically relevant change in semaglutide pharmacokinetics (PK) was observed *[see Clinical Pharmacology (12.3)]*.

No dose adjustment of RYBELSUS is recommended for patients with hepatic impairment.

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only

## 10    OVERDOSAGE

In the event of overdose, appropriate supportive treatment should be initiated according to the patient's clinical signs and symptoms. A prolonged period of observation and treatment for these symptoms may be necessary, taking into account the long half-life of RYBELSUS of approximately 1 week.

## 11    DESCRIPTION

RYBELSUS tablets, for oral use, contain semaglutide, a GLP-1 receptor agonist. The peptide backbone is produced by yeast fermentation. The main protraction mechanism of semaglutide is albumin binding, facilitated by modification of position 26 lysine with a hydrophilic spacer and a C18 fatty di-acid. Furthermore, semaglutide is modified in position 8 to provide stabilization against degradation by the enzyme dipeptidyl-peptidase 4 (DPP-4). A minor modification was made in position 34 to ensure the attachment of only one fatty di-acid. The molecular formula is $C_{187}H_{291}N_{45}O_{59}$ and the molecular weight is 4113.58 g/mol.

Structural formula:

Semaglutide is a white to almost white hygroscopic powder. Each tablet of RYBELSUS contains 3 mg, 7 mg or 14 mg of semaglutide and the following inactive ingredients: magnesium stearate, microcrystalline cellulose, povidone and salcaprozate sodium (SNAC).

## 12    CLINICAL PHARMACOLOGY

### 12.1    Mechanism of Action

Semaglutide is a GLP-1 analogue with 94% sequence homology to human GLP-1. Semaglutide acts as a GLP-1 receptor agonist that selectively binds to and activates the GLP-1 receptor, the target for native GLP-1.

GLP-1 is a physiological hormone that has multiple actions on glucose, mediated by the GLP-1 receptors.

The principal mechanism of protraction resulting in the long half-life of semaglutide is albumin binding, which results in decreased renal clearance and protection from metabolic degradation. Furthermore, semaglutide is stabilized against degradation by the DPP-4 enzyme.

Semaglutide reduces blood glucose through a mechanism where it stimulates insulin secretion and lowers glucagon secretion, both in a glucose-dependent manner. Thus, when blood glucose is high, insulin secretion is stimulated and glucagon secretion is inhibited. The mechanism of blood glucose lowering also involves a minor delay in gastric emptying in the early postprandial phase.

### 12.2    Pharmacodynamics

All pharmacodynamic evaluations were performed after 12 weeks of treatment (including dose escalation) at steady state semaglutide injection 1 mg.

Fasting and Postprandial Glucose

Novo_GLP_MDL_RYB_NDA_001104611

Semaglutide reduces fasting and postprandial glucose concentrations. In patients with type 2 diabetes, treatment with semaglutide injection 1 mg resulted in reductions in glucose in terms of absolute change from baseline and relative reduction compared to placebo of 29 mg/dL (22%) for fasting glucose, 74 mg/dL (36%) for 2 hour postprandial glucose, and 30 mg/dL (22%) for mean 24 hour glucose concentration.

Insulin Secretion
Both first- and second-phase insulin secretion are increased in patients with type 2 diabetes treated with semaglutide compared with placebo.

Glucagon Secretion
Semaglutide lowers the fasting and postprandial glucagon concentrations.

Glucose dependent insulin and glucagon secretion
Semaglutide lowers high blood glucose concentrations by stimulating insulin secretion and lowering glucagon secretion in a glucose-dependent manner.

During induced hypoglycemia, semaglutide did not alter the counter regulatory responses of increased glucagon compared to placebo and did not impair the decrease of C-peptide in patients with type 2 diabetes.

Gastric emptying
Semaglutide causes a delay of early postprandial gastric emptying, thereby reducing the rate at which glucose appears in the circulation postprandially.

Cardiac electrophysiology (QTc)
The effect of subcutaneously administered semaglutide on cardiac repolarization was tested in a thorough QTc trial. At an average exposure level 4-fold higher than that of the maximum recommended dose of RYBELSUS, semaglutide does not prolong QTc intervals to any clinically relevant extent.

**12.3    Pharmacokinetics**
Absorption
Semaglutide is co-formulated with salcaprozate sodium which facilitates the absorption of semaglutide after oral administration. The absorption of semaglutide predominantly occurs in the stomach.

Population pharmacokinetics (PK) estimated semaglutide exposure to increase in a dose-proportional manner. In patients with type 2 diabetes, the mean population-PK estimated steady-state concentrations following once daily oral administration of 7 and 14 mg semaglutide were approximately 6.7 nmol/L and 14.6 nmol/L, respectively.

Following oral administration, maximum concentration of semaglutide is reached 1 hour post-dose. Steady-state exposure is achieved following 4-5 weeks administration.

Population-PK estimated absolute bioavailability of semaglutide to be approximately 0.4%-1%, following oral administration.

Distribution
The estimated volume of distribution of semaglutide following oral administration in healthy subjects is approximately 8 L. Semaglutide is extensively bound to plasma albumin (>99%).

Elimination
With an elimination half-life of approximately 1 week, semaglutide is present in the circulation for about 5 weeks after the last dose. The clearance of semaglutide following oral administration in healthy subjects is approximately 0.04 L/h.

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only

*Metabolism*
The primary route of elimination for semaglutide is metabolism following proteolytic cleavage of the peptide backbone and sequential beta-oxidation of the fatty acid side chain.

*Excretion*
The primary excretion routes of semaglutide-related material are via the urine and feces. Approximately 3% of the absorbed dose is excreted in the urine as intact semaglutide.

Specific Populations
Based on a population pharmacokinetic analysis, age, sex, race, ethnicity, upper GI disease, and renal impairment do not have a clinically meaningful effect on the pharmacokinetics of semaglutide. The exposure of semaglutide decreases with an increase in body weight. However, RYBELSUS doses of 7 mg and 14 mg provide adequate systemic exposure over the body weight range of 40-188 kg evaluated in the clinical trials. The effects of intrinsic factors on the pharmacokinetics of semaglutide are shown in Figure 1.

**Figure 1. Impact of intrinsic factors on semaglutide exposure**

Semaglutide exposure (Cavg) relative to reference subject profile: White, non-Hispanic or Latino female aged 18-64 years, with body weight of 85 kg, without upper GI disease or renal impairment, dosed 14 mg. Body weight categories (56 and 129 kg) represent the 5% and 95% percentiles in the dataset.
Abbreviations: Cavg: average semaglutide concentration. GI: gastrointestinal. CI: confidence interval.

*Patients with Renal impairment* - Renal impairment does not impact the pharmacokinetics of semaglutide in a clinically relevant manner. This was shown in a study with 10 consecutive days of once daily oral doses of semaglutide in patients with different degrees of renal impairment (mild, moderate, severe, end staged renal disease) compared with subjects with normal renal function. This was also shown for subjects with both type 2 diabetes and renal impairment based on data from clinical studies (Figure 1).

*Patients with Hepatic impairment* - Hepatic impairment does not have any impact on the exposure of semaglutide. The pharmacokinetics of semaglutide were evaluated in patients with different degrees of hepatic impairment (mild, moderate, severe) compared with subjects with normal hepatic function in a study with 10 consecutive days of once daily oral doses of semaglutide.

*Patients with disease in the upper GI tract* - Upper GI disease (chronic gastritis and/or gastroesophageal reflux disease) does not impact semaglutide pharmacokinetics in a clinically relevant manner. This was shown in a study in patients with type 2 diabetes with or without upper GI disease dosed for 10 consecutive days with once daily oral doses of semaglutide.

*Pediatric Patients*- Semaglutide has not been studied in pediatric patients.

Drug Interaction Studies

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only    Novo_GLP_MDL_RYB_NDA_001104613

*In vitro* studies have shown very low potential for semaglutide to inhibit or induce CYP enzymes, and to inhibit drug transporters.

The delay of gastric emptying with semaglutide may influence the absorption of concomitantly administered oral medicinal products. Trials were conducted to study the potential effect of semaglutide on the absorption of oral medications taken with semaglutide administered orally at steady-state exposure.

No clinically relevant drug-drug interaction with semaglutide (Figure 2) was observed based on the evaluated medications. Total exposure (AUC) of thyroxine (adjusted for endogenous levels) was increased by 33% following administration of a single dose of levothyroxine 600 µg concurrently administered with semaglutide. Maximum exposure ($C_{max}$) was unchanged *[see Drug Interactions (7.2)]*.

**Figure 2. Impact of semaglutide on the exposure of treatment with other oral medications**

Relative exposure in terms of AUC and $C_{max}$ for each medication when given with semaglutide compared to without semaglutide. Metformin and oral contraceptive drug (ethinylestradiol/levonorgestrel) were assessed at steady state. Effect on levothyroxine is measured as baseline corrected total $T_4$ (thyroxine) concentration. Lisinopril, warfarin (S-warfarin/R-warfarin), digoxin, furosemide, rosuvastatin and levothyroxine were assessed after a single dose.
Abbreviations: AUC: area under the curve. $C_{max}$: maximum concentration. CI: confidence interval.

No clinically relevant change in semaglutide exposure was observed when taken with omeprazole.

## 12.6    Immunogenicity

The observed incidence of anti-drug antibodies is highly dependent on the sensitivity and specificity of the assay. Differences in assay methods preclude meaningful comparisons of the incidence of anti-drug antibodies in the studies described below with the incidence of anti-drug antibodies in other studies, including those of semaglutide or of other semaglutide products.

During the 26-78 week treatment periods in 5 clinical trials *[see Clinical Studies (14.2 and 14.3)]* and 1 clinical trial in Japanese adults with type 2 diabetes mellitus, 14/2924 (0.5%) of RYBELSUS-treated patients developed anti-semaglutide antibodies. Of these 14 RYBELSUS-treated patients, 7 patients (0.2% of the total RYBELSUS-treated study population) developed antibodies that cross-reacted with native GLP-1. No identified clinically significant effect of anti-semaglutide antibodies on pharmacokinetics of RYBELSUS was observed.

There is insufficient information to characterize the effects of anti-semaglutide antibodies on pharmacodynamics, safety, or effectiveness of semaglutide.

## 13    NONCLINICAL TOXICOLOGY

### 13.1    Carcinogenesis, Mutagenesis, Impairment of Fertility

In a 2-year carcinogenicity study in CD-1 mice, subcutaneous doses of 0.3, 1 and 3 mg/kg/day [9-, 33- and 113-fold the maximum recommended human dose (MRHD) of RYBELSUS 14 mg, based on AUC] were administered to the males, and 0.1, 0.3 and 1 mg/kg/day (3-, 9-, and 33-fold MRHD) were administered to the females. A statistically significant increase in thyroid C-cell adenomas and a numerical increase in C-cell carcinomas were observed in males and females at all dose levels (>3X human exposure).

In a 2-year carcinogenicity study in Sprague Dawley rats, subcutaneous doses of 0.0025, 0.01, 0.025 and 0.1 mg/kg/day were administered (below quantification, 0.8-, 1.8- and 11-fold the exposure at the MRHD). A statistically significant increase in thyroid C-cell adenomas was observed in males and females at all dose levels, and a statistically significant increase in thyroid C-cell carcinomas was observed in males at $\geq 0.01$ mg/kg/day, at clinically relevant exposures.

Human relevance of thyroid C-cell tumors in rats is unknown and could not be determined by clinical studies or nonclinical studies *[see Boxed Warning and Warnings and Precautions (5.1)]*.

Semaglutide was not mutagenic or clastogenic in a standard battery of genotoxicity tests (bacterial mutagenicity (Ames), human lymphocyte chromosome aberration, rat bone marrow micronucleus).
In a combined fertility and embryo-fetal development study in rats, subcutaneous doses of 0.01, 0.03 and 0.09 mg/kg/day (0.2-, 0.7- and 2.1-fold the MRHD) were administered to male and female rats. Males were dosed for 4 weeks prior to mating, and females were dosed for 2 weeks prior to mating and throughout organogenesis until Gestation Day 17. No effects were observed on male fertility. In females, an increase in estrus cycle length was observed at all dose levels, together with a small reduction in numbers of corpora lutea at $\geq 0.03$ mg/kg/day. These effects were likely an adaptive response secondary to the pharmacological effect of semaglutide on food consumption and body weight.

### 13.2 Animal Toxicology and/or Pharmacology

Increase in lactate levels and decrease in glucose levels in the plasma and cerebrospinal fluid (CSF) were observed in mechanistic studies with SNAC in rats. Small but statistically significant increases in lactate levels (up to 2-fold) were observed in a few animals at approximately the clinical exposure. At higher exposures these findings were associated with moderate to marked adverse clinical signs (lethargy, abnormal respiration, ataxia, and reduced activity, body tone and reflexes) and marked decreases in plasma and CSF glucose levels. These findings are consistent with inhibition of cellular respiration and lead to mortality at SNAC concentrations $\geq 100$-times the clinical $C_{max}$.

## 14    CLINICAL STUDIES

### 14.1    Overview of Clinical Studies

RYBELSUS has been studied as monotherapy and in combination with metformin, sulfonylureas, sodium-glucose co-transporter-2 (SGLT-2) inhibitors, insulins, and thiazolidinediones in patients with type 2 diabetes. The efficacy of RYBELSUS was compared with placebo, empagliflozin, sitagliptin, and liraglutide. RYBELSUS has also been studied in patients with type 2 diabetes with mild and moderate renal impairment.

In patients with type 2 diabetes, RYBELSUS produced clinically significant reduction from baseline in $HbA_{1c}$ compared with placebo.

The efficacy of RYBELSUS was not impacted by baseline age, gender, race, ethnicity, BMI, body weight, diabetes duration and level of renal impairment.

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only    Novo_GLP_MDL_RYB_NDA_001104615

**14.2     Monotherapy Use of RYBELSUS in Patients with Type 2 Diabetes Mellitus**

In a 26-week double-blind trial (NCT02906930), 703 adult patients with type 2 diabetes inadequately controlled with diet and exercise were randomized to RYBELSUS 3 mg, RYBELSUS 7 mg or RYBELSUS 14 mg once daily or placebo. Patients had a mean age of 55 years and 51% were men. The mean duration of type 2 diabetes was 3.5 years, and the mean BMI was 32 kg/m$^2$. Overall, 75% were White, 5% were Black or African American, and 17% were Asian; 26% identified as Hispanic or Latino ethnicity.

Monotherapy with RYBELSUS 7 mg and RYBELSUS 14 mg once daily for 26 weeks resulted in a statistically significant reduction in HbA$_{1c}$ compared with placebo (see Table 3).

**Table 3. Results at Week 26 in a Trial of RYBELSUS as Monotherapy in Adult Patients with Type 2 Diabetes Mellitus Inadequately Controlled with Diet and Exercise**

|  | Placebo | RYBELSUS 7 mg | RYBELSUS 14 mg |
|---|---|---|---|
| Intent-to-Treat (ITT) Population (N)[a] | 178 | 175 | 175 |
| HbA$_{1c}$ (%) |  |  |  |
|     Baseline (mean) | 7.9 | 8.0 | 8.0 |
|     Change at week 26[b] | -0.3 | -1.2 | -1.4 |
|     Difference from placebo[b] [95% CI] |  | −0.9 [−1.1; −0.6][c] | −1.1 [−1.3; −0.9][c] |
| Patients (%) achieving HbA$_{1c}$ <7% | 31 | 69 | 77 |
| FPG (mg/dL) |  |  |  |
|     Baseline (mean) | 160 | 162 | 158 |
|     Change at week 26[b] | -3 | -28 | -33 |

[a]The intent-to-treat population includes all randomized patients. At week 26, the primary HbA$_{1c}$ endpoint was missing for 5.6%, 8.6% and 8.6% of patients randomized to placebo, RYBELSUS 7 mg and RYBELSUS 14 mg, respectively. Missing data were imputed by a pattern mixture model using multiple imputation (MI). Pattern was defined by randomized treatment and treatment status at week 26. During the trial, additional anti-diabetic medication was initiated as an add on to randomized treatment by 15%, 2% and 1% of patients randomized to placebo, RYBELSUS 7 mg and RYBELSUS 14 mg, respectively.
[b]Estimated using an ANCOVA model based on data irrespectively of discontinuation of trial product or initiation of rescue medication adjusted for baseline value and region.
[c]p<0.001 (unadjusted 2-sided) for superiority, controlled for multiplicity.

The mean baseline body weight was 88.6 kg, 89.0 kg and 88.1 kg in the placebo, RYBELSUS 7 mg, and RYBELSUS 14 mg arms, respectively. The mean changes from baseline to week 26 were -1.4 kg, -2.3 kg and -3.7 kg in the placebo, RYBELSUS 7 mg, and RYBELSUS 14 mg arms, respectively. The difference from placebo (95% CI) for RYBELSUS 7 mg was -0.9 kg (-1.9, 0.1) and for RYBELSUS 14 mg was -2.3 kg (-3.1, -1.5).

**14.3     Combination Therapy Use of RYBELSUS in Patients with Type 2 Diabetes Mellitus**

Combination with Metformin

In a 26-week trial (NCT02863328), 822 adult patients with type 2 diabetes were randomized to RYBELSUS 14 mg once daily or empagliflozin 25 mg once daily, all in combination with metformin. Patients had a mean age of 58 years and 50% were men. The mean duration of type 2 diabetes was 7.4 years, and the mean BMI was 33 kg/m$^2$. Overall, 86% were White, 7% were Black or African American, and 6% were Asian; 24% identified as Hispanic or Latino ethnicity.

Treatment with RYBELSUS 14 mg once daily for 26 weeks resulted in a statistically significant reduction in HbA$_{1c}$ compared to empagliflozin 25 mg once daily (see Table 4).

**Table 4. Results at Week 26 in a Trial of RYBELSUS Compared to Empagliflozin in Adult Patients with Type 2 Diabetes Mellitus in Combination with Metformin**

Novo_GLP_MDL_RYB_NDA_001104616

|  | RYBELSUS 14 mg | Empagliflozin 25 mg |
|---|---|---|
| Intent-to-Treat (ITT) Population (N)[a] | 411 | 410 |
| HbA$_{1c}$ (%) |  |  |
| Baseline (mean) | 8.1 | 8.1 |
| Change at week 26[b] | -1.3 | -0.9 |
| Difference from empagliflozin[b] [95% CI] | -0.4 [-0.6, -0.3][c] |  |
| Patients (%) achieving HbA$_{1c}$ <7% | 67 | 40 |
| FPG (mg/dL) |  |  |
| Baseline (mean) | 172 | 174 |
| Change at week 26[b] | -36 | -36 |

[a]The intent-to-treat population includes all randomized patients. At week 26, the primary HbA$_{1c}$ endpoint was missing for 4.6% and 3.7% of patients randomized to RYBELSUS 14 mg and empagliflozin 25 mg, respectively. Missing data were imputed by a pattern mixture model using multiple imputation (MI). Pattern was defined by randomized treatment and treatment status at week 26. During the trial, additional anti-diabetic medication was initiated as an add on to randomized treatment by 1.9% and 1.2% of patients randomized to RYBELSUS 14 mg and empagliflozin 25 mg, respectively.
[b]Estimated using an ANCOVA based on data irrespectively of discontinuation of trial product or initiation of rescue medication adjusted for baseline value and region.
[c]p<0.001 (unadjusted 2-sided) for superiority, controlled for multiplicity.

The mean baseline body weight was 91.9 kg and 91.3 kg in the RYBELSUS 14 mg and empagliflozin 25 mg arms, respectively. The mean changes from baseline to week 26 were -3.8 kg and -3.7 kg in the RYBELSUS 14 mg and empagliflozin 25 mg arms, respectively. The difference from empagliflozin (95% CI) for RYBELSUS 14 mg was -0.1 kg (-0.7, 0.5).

Combination with Metformin or Metformin with Sulfonylurea
In a 26-week, double-blind trial (NCT02607865), 1864 adult patients with type 2 diabetes on metformin alone or metformin with sulfonylurea were randomized to RYBELSUS 3 mg, RYBELSUS 7 mg, RYBELSUS 14 mg or sitagliptin 100 mg once daily. Patients had a mean age of 58 years and 53% were men. The mean duration of type 2 diabetes was 8.6 years, and the mean BMI was 32 kg/m$^2$. Overall, 71% were White, 9% were Black or African American, and 13% were Asian; 17% identified as Hispanic or Latino ethnicity.

Treatment with RYBELSUS 7 mg and RYBELSUS 14 mg once daily for 26 weeks resulted in a statistically significant reduction in HbA$_{1c}$ compared to sitagliptin 100 mg once daily (see Table 5).

Table 5. Results at Week 26 in a Trial of RYBELSUS Compared to Sitagliptin 100 mg Once Daily in Adult Patients with Type 2 Diabetes Mellitus in Combination with Metformin or Metformin with Sulfonylurea

|  | RYBELSUS 7 mg | RYBELSUS 14 mg | Sitagliptin 100 mg |
|---|---|---|---|
| Intent-to-Treat (ITT) Population (N)[a] | 465 | 465 | 467 |
| HbA$_{1c}$ (%) |  |  |  |
| Baseline (mean) | 8.4 | 8.3 | 8.3 |
| Change at week 26[b] | -1.0 | -1.3 | -0.8 |
| Difference from sitagliptin[b] [95% CI] | -0.3 [-0.4; -0.1][c] | -0.5 [-0.6; -0.4][c] |  |
| Patients (%) achieving HbA$_{1c}$ <7% | 44 | 56 | 32 |
| FPG (mg/dL) |  |  |  |
| Baseline (mean) | 170 | 168 | 172 |
| Change at week 26[b] | -21 | -31 | -15 |

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only                    Novo_GLP_MDL_RYB_NDA_001104617

[a]The intent-to-treat population includes all randomized patients. At week 26, the primary HbA$_{1c}$ endpoint was missing for 5.8%, 6.2% and 4.5% of patients randomized to RYBELSUS 7 mg, RYBELSUS 14 mg and sitagliptin 100 mg, respectively. Missing values were imputed by a pattern mixture model using multiple imputation (MI). Pattern was defined by randomized treatment and treatment status at week 26. During the trial, additional anti-diabetic medication was initiated as an add on to randomized treatment by 2.4%, 1.1% and 2.8% of patients randomized to RYBELSUS 7 mg, RYBELSUS 14 mg and sitagliptin 100 mg, respectively.
[b]Estimated using an ANCOVA based on data irrespectively of discontinuation of trial product or initiation of rescue medication adjusted for baseline value, background medication and region.
[c]p<0.001 (unadjusted 2-sided) for superiority, controlled for multiplicity.

The mean baseline body weight was 91.3 kg, 91.2 kg and 90.9 kg in the RYBELSUS 7 mg, RYBELSUS 14 mg and sitagliptin 100 mg arms, respectively. The mean changes from baseline to week 26 were -2.2 kg, -3.1 kg and -0.6 kg in the RYBELSUS 7 mg, RYBELSUS 14 mg and sitagliptin 100 mg arms, respectively. The difference from sitagliptin (95% CI) for RYBELSUS 7 mg was -1.6 kg (-2.0, -1.1) and RYBELSUS 14 mg was -2.5 kg (-3.0, -2.0).

Combination with Metformin or Metformin with SGLT-2 Inhibitors
In a 26-week, double-blind, double-dummy trial (NCT02863419), 711 adult patients with type 2 diabetes on metformin alone or metformin with SGLT-2 inhibitors were randomized to RYBELSUS 14 mg once daily, liraglutide 1.8 mg s.c. injection once daily or placebo. Patients had a mean age of 56 years and 52% were men. The mean duration of type 2 diabetes was 7.6 years, and the mean BMI was 33 kg/m$^2$. Overall, 73% were White, 4% were Black or African American, and 13% were Asian; 6% identified as Hispanic or Latino ethnicity.

Treatment with RYBELSUS 14 mg once daily for 26 weeks resulted in statistically significant reductions in HbA$_{1c}$ compared to placebo. Treatment with RYBELSUS 14 mg once daily for 26 weeks resulted in non-inferior reductions in HbA$_{1c}$ compared to liraglutide 1.8 mg (see Table 6).

**Table 6. Results at Week 26 in a Trial of RYBELSUS Compared to Liraglutide and Placebo in Adult Patients with Type 2 Diabetes Mellitus in Combination with Metformin or Metformin with SGLT-2i**

| | Placebo | Liraglutide 1.8 mg | RYBELSUS 14 mg |
|---|---|---|---|
| Intent-to-Treat (ITT) Population (N)[a] | 142 | 284 | 285 |
| HbA$_{1c}$ (%) | | | |
|     Baseline (mean) | 7.9 | 8.0 | 8.0 |
|     Change at week 26[b] | -0.2 | -1.1 | -1. 2 |
|     Difference from placebo[b] [95% CI] | | | -1.1 [-1.2 ; -0.9][c] |
|     Difference from liraglutide[b] [95% CI] | | | -0.1 [-0.3; 0.0] |
| Patients (%) achieving HbA$_{1c}$ <7% | 14 | 62 | 68 |
| FPG (mg/dL) | | | |
|     Baseline (mean) | 167 | 168 | 167 |
|     Change at week 26[b] | -7 | -34 | -36 |

[a]The intent-to-treat population includes all randomized patients. At week 26, the primary HbA$_{1c}$ endpoint was missing for 5.6%, 4.2% and 2.5% of patients randomized to placebo, liraglutide 1.8 mg and RYBELSUS 14 mg, respectively. Missing values were imputed by a pattern mixture model using multiple imputation (MI). Pattern was defined by randomized treatment and treatment status at week 26. During the trial, additional anti-diabetic medication was initiated as an add on to randomized treatment by 7.7%, 3.2% and 3.5% of patients randomized to placebo, liraglutide 1.8 mg and RYBELSUS 14 mg respectively.
[b]Estimated using an ANCOVA based on data irrespectively of discontinuation of trial product or initiation of rescue medication adjusted for baseline value, background medication and region.
[c]p<0.001 (unadjusted 2-sided) for superiority, controlled for multiplicity.

The mean baseline body weight was 93.2 kg, 95.5 kg and 92.9 kg in the placebo, liraglutide 1.8 mg, and RYBELSUS 14 mg arms, respectively. The mean changes from baseline to week 26 were -0.5 kg, -3.1 kg and

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only

-4.4 kg in the placebo, liraglutide 1.8 mg, and RYBELSUS 14 mg arms, respectively. The difference from placebo (95% CI) for RYBELSUS 14 mg was -3.8 kg (-4.7, -3.0). The difference from liraglutide 1.8 mg for RYBELSUS 14 mg was -1.2 (-1.9, -0.6).

Combination in patients with Type 2 Diabetes Mellitus and Moderate Renal Impairment with Metformin alone, Sulfonylurea alone, Basal Insulin alone, or Metformin in Combination with either Sulfonylurea or Basal Insulin

In a 26-week, double-blind trial (NCT02827708), 324 adult patients with moderate renal impairment ($eGFR_{CKD-EPI}$ 30−59 mL/min/1.73 m$^2$) were randomized to RYBELSUS 14 mg or placebo once daily. RYBELSUS was added to the patient's stable pre-trial antidiabetic regimen. The insulin dose was reduced by 20% at randomization for patients on basal insulin. Dose reduction of insulin and sulfonylurea was allowed in case of hypoglycemia; up titration of insulin was allowed but not beyond the pre-trial dose.

Patients had a mean age of 70 years and 48% were men. The mean duration of type 2 diabetes was 14 years, and the mean BMI was 32 kg/m$^2$. Overall, 96% were White, 4% were Black or African American, and 0.3% were Asian; 6.5% identified as Hispanic or Latino ethnicity. 39.5% of patients had an eGFR value of 30 to 44 mL/min/1.73 m$^2$.

Treatment with RYBELSUS 14 mg once daily for 26 weeks resulted in a statistically significant reduction in $HbA_{1c}$ from baseline compared to placebo (see Table 7).

**Table 7. Results at Week 26 in a Trial of RYBELSUS Compared to Placebo in Patients with Moderate Renal Impairment**

|  | Placebo | RYBELSUS 14 mg |
|---|---|---|
| Intent-to-Treat (ITT) Population (N)[a] | 161 | 163 |
| HbA$_{1c}$ (%) |  |  |
|     Baseline (mean) | 7.9 | 8.0 |
|     Change at week 26[b] | -0.2 | -1.0 |
|     Difference from placebo[b] [95% CI] |  | -0.8 [-1.0; -0.6][c] |
| Patients (%) achieving HbA$_{1c}$ <7% | 23 | 58 |
| FPG (mg/dL) |  |  |
|     Baseline (mean) | 164 | 164 |
|     Change at week 26[b] | -7 | -28 |

[a]The intent-to-treat population includes all randomized patients including patients on rescue medication. At week 26, the primary HbA$_{1c}$ endpoint was missing for 3.7% and 5.5% of patients randomized to placebo and RYBELSUS 14 mg, respectively. Missing values were imputed by a pattern mixture model using multiple imputation (MI). Pattern was defined by randomized treatment and treatment status at week 26. During the trial, additional anti-diabetic medication was initiated as an add on to randomized treatment by 10% and 4.3% of patients randomized to placebo and RYBELSUS 14 mg, respectively.
[b]Estimated using an ANCOVA based on data irrespectively of discontinuation of trial product or initiation of rescue medication adjusted for baseline value, background medication, renal status and region.
[c]p<0.001 (unadjusted 2-sided) for superiority, controlled for multiplicity.

The mean baseline body weight was 90.4 kg and 91.3 kg in the placebo and RYBELSUS 14 mg arms, respectively. The mean changes from baseline to week 26 were -0.9 kg and -3.4 kg in the placebo and RYBELSUS 14 mg arms, respectively. The difference from placebo (95% CI) for RYBELSUS 14 mg was -2.5 kg (-3.2, -1.8).

Combination with Insulin with or without Metformin
In a 26-week double blind trial (NCT03021187), 731 adult patients with type 2 diabetes inadequately controlled on insulin (basal, basal/bolus or premixed) with or without metformin, were randomized to RYBELSUS 3 mg,

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only    Novo_GLP_MDL_RYB_NDA_001104619

7 mg and 14 mg once daily or placebo once daily. All patients reduced their insulin dose by 20% at randomization to reduce the risk of hypoglycemia. Patients were allowed to increase the insulin dose only up to the starting insulin dose prior to randomization.

Patients had a mean age of 61 years and 54% were men. The mean duration of type 2 diabetes was 15 years, and the mean BMI was 31 kg/m$^2$. Overall, 51% were White, 7% were Black or African American, and 36% were Asian; 13% identified as Hispanic or Latino ethnicity.

Treatment with RYBELSUS 7 mg and 14 mg once daily for 26 weeks resulted in a statistically significant reduction in HbA$_{1c}$ from baseline compared to placebo once daily (see Table 8).

**Table 8. Results at Week 26 in a Trial of RYBELSUS Compared to Placebo in Adult Patients with Type 2 Diabetes Mellitus in Combination with Insulin alone or with Metformin**

| | Placebo | RYBELSUS 7 mg | RYBELSUS 14 mg |
|---|---|---|---|
| Intent-to-Treat (ITT) Population (N)[a] | 184 | 182 | 181 |
| HbA$_{1c}$ (%) | | | |
|     Baseline (mean) | 8.2 | 8.2 | 8.2 |
|     Change at week 26[b] | -0.1 | -0.9 | -1.3 |
|     Difference from placebo[b] [95% CI] | | -0.9 [-1.1; -0.7][c] | -1.2 [-1.4; -1.0][c] |
| Patients (%) achieving HbA$_{1c}$ <7% | 7 | 43 | 58 |
| FPG (mg/dL) | | | |
|     Baseline (mean) | 150 | 153 | 150 |
|     Change at week 26[b] | 5 | -20 | -24 |

[a]The intent-to-treat population includes all randomized patients. At week 26, the primary HbA$_{1c}$ endpoint was missing for 4.3%, 4.4%, and 4.4% of patients randomized to placebo, RYBELSUS 7 mg and RYBELSUS 14 mg, respectively. Missing values were imputed by a pattern mixture model using multiple imputation (MI). Pattern was defined by randomized treatment and treatment status at week 26. During the trial, additional anti-diabetic medication was initiated as an add on to randomized treatment by 4.9%, 1.1 % and 2.2% of patients randomized to placebo, RYBELSUS 7 mg and RYBELSUS 14 mg, respectively.
[b]Estimated using an ANCOVA based on data irrespectively of discontinuation of trial product or initiation of rescue medication adjusted for baseline value, background medication and region.
[c]p<0.001 (unadjusted 2-sided) for superiority, controlled for multiplicity.

The mean baseline body weight was 86.0 kg, 87.1 kg and 84.6 kg in the placebo, RYBELSUS 7 mg, and RYBELSUS 14 mg arms, respectively. The mean changes from baseline to week 26 were -0.4 kg, -2.4 kg and -3.7 kg in the placebo, RYBELSUS 7 mg, and RYBELSUS 14 mg arms, respectively. The difference from placebo (95% CI) for RYBELSUS 7 mg was -2.0 kg (-3.0, -1.0), and for RYBELSUS 14 mg was -3.3 kg (-4.2, -2.3).

**14.4    Cardiovascular Outcomes Trial in Patients with Type 2 Diabetes Mellitus and Cardiovascular Disease**
PIONEER 6 (NCT02692716) was a multi-center, multi-national, placebo-controlled, double-blind trial. In this trial, 3,183 adult patients with inadequately controlled type 2 diabetes and atherosclerotic cardiovascular disease were randomized to RYBELSUS 14 mg once daily or placebo for a median observation time of 16 months. The trial compared the risk of a Major Adverse Cardiovascular Event (MACE) between RYBELSUS 14 mg and placebo when these were added to and used concomitantly with standard of care treatments for diabetes and cardiovascular disease. The primary endpoint, MACE, was the time to first occurrence of a three-part composite outcome which included cardiovascular death, non-fatal myocardial infarction and non-fatal stroke.

Patients eligible to enter the trial were 50 years of age or older and had established, stable, cardiovascular, cerebrovascular, peripheral artery disease, chronic kidney disease or NYHA class II and III heart failure or were

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only                    Novo_GLP_MDL_RYB_NDA_001104620

60 years of age or older and had other specified risk factors for cardiovascular disease. In total, 1,797 patients (56.5%) had established cardiovascular disease without chronic kidney disease, 354 patients (11.1%) had chronic kidney disease only, and 544 patients (17.1%) had both cardiovascular disease and kidney disease; 488 patients (15.3%) had cardiovascular risk factors without established cardiovascular disease or chronic kidney disease. The mean age at baseline was 66 years, and 68% were men. The mean duration of diabetes was 14.9 years, and mean BMI was 32 kg/m$^2$. Overall, 72% were White, 6% were Black or African American, and 20% were Asian; 16% identified as Hispanic or Latino ethnicity. Concomitant diseases of patients in this trial included, but were not limited to, heart failure (12%), history of ischemic stroke (8%) and history of a myocardial infarction (36%). In total, 99.7% of the patients completed the trial and the vital status was known at the end of the trial for 100%.

For the primary analysis, a Cox proportional hazards model was used to test for non-inferiority of RYBELSUS 14 mg to placebo for time to first MACE using a risk margin of 1.3. Type-1 error was controlled across multiple tests using a hierarchical testing strategy. Non-inferiority to placebo was established, with a hazard ratio equal to 0.79 (95% CI: 0.57, 1.11) over the median observation time of 16-months. The proportion of patients who experienced at least one MACE was 3.8% (61/1591) for RYBELSUS 14 mg and 4.8% (76/1592) for placebo.

**16    HOW SUPPLIED/STORAGE AND HANDLING**

How Supplied

RYBELSUS tablets are available as follows:

| Tablet Strength | Description | Package Configuration | NDC No. |
|---|---|---|---|
| 3 mg | White to light yellow, oval shaped debossed with "3" on one side and "novo" on the other side | Bottle of 30 tablets | 0169-4303-30 |
| 7 mg | White to light yellow, oval shaped debossed with "7" on one side and "novo" on the other side | Bottle of 30 tablets | 0169-4307-30 |
| 14 mg | White to light yellow, oval shaped debossed with "14" on one side and "novo" on the other side | Bottle of 30 tablets | 0169-4314-30 |

Storage and Handling

Store at 68° to 77°F (20 to 25°C); excursions permitted to 59° to 86°F (15° to 30°C) [see USP Controlled Room Temperature]. Store and dispense in the original bottle.

Store tablet in the original bottle until use to protect tablets from moisture. Store product in a dry place away from moisture.

**17    PATIENT COUNSELING INFORMATION**

Advise the patient to read the FDA-approved patient labeling (Medication Guide).

Risk of Thyroid C-cell Tumors

Inform patients that semaglutide causes thyroid C-cell tumors in rodents and that the human relevance of this finding has not been determined. Counsel patients to report symptoms of thyroid tumors (e.g., a lump in the neck, hoarseness, dysphagia, or dyspnea) to their physician *[see Boxed Warning and Warnings and Precautions (5.1)]*.

Acute Pancreatitis

Novo_GLP_MDL_RYB_NDA_001104621

Inform patients of the potential risk for acute pancreatitis and its symptoms: severe abdominal pain that may radiate to the back, and which may or may not be accompanied by vomiting. Instruct patients to discontinue RYBELSUS promptly and contact their physician if pancreatitis is suspected. (severe abdominal pain that may radiate to the back, and which may or may not be accompanied by vomiting) *[see Warnings and Precautions (5.2)]*.

Diabetic Retinopathy Complications
Inform patients to contact their physician if changes in vision are experienced during treatment with RYBELSUS *[see Warnings and Precautions (5.3)]*.

Hypoglycemia with Concomitant Use of Insulin Secretagogues or Insulin
Inform patients that the risk of hypoglycemia is increased when RYBELSUS is used with an insulin secretagogue (such as a sulfonylurea) or insulin. Educate patients on the signs and symptoms of hypoglycemia *[see Warnings and Precautions (5.4)]*.

Dehydration and Renal Failure
Advise patients treated with RYBELSUS of the potential risk of dehydration due to gastrointestinal adverse reactions and take precautions to avoid fluid depletion. Inform patients of the potential risk for worsening renal function and explain the associated signs and symptoms of renal impairment, as well as the possibility of dialysis as a medical intervention if renal failure occurs *[see Warnings and Precautions (5.5)]*.

Hypersensitivity Reactions
Inform patients that serious hypersensitivity reactions have been reported during postmarketing use of RYBELSUS. Advise patients on the symptoms of hypersensitivity reactions and instruct them to stop taking RYBELSUS and seek medical advice promptly if such symptoms occur *[see Warnings and Precautions (5.6)]*.

Acute Gallbladder Disease
Inform patients of the potential risk for cholelithiasis or cholecystitis. Instruct patients to contact their physician if cholelithiasis or cholecystitis is suspected for appropriate clinical follow-up *[see Warnings and Precautions (5.7)]*.

Pregnancy
Advise a pregnant woman of the potential risk to a fetus. Advise women to inform their healthcare provider if they are pregnant or intend to become pregnant *[see Use in Specific Populations (8.1), (8.3)]*.

Lactation
Rybelsus passes into breast milk, and it is not known how it affects your baby. Advise females not to breastfeed during treatment with RYBELSUS *[see Use in Specific Populations (8.2)]*.

Females and Males of Reproductive Potential
Discontinue RYBELSUS at least 2 months before a planned pregnancy due to the long washout period for semaglutide *[see Use in Specific Populations (8.3)]*.

Manufactured by:
Novo Nordisk A/S
DK-2880 Bagsvaerd
Denmark

For information about RYBELSUS contact:
Novo Nordisk Inc.
800 Scudders Mill Road
Plainsboro, NJ 08536
1-833-457-7455

**Commented [A9]: FDA to Applicant:** Revisions for consistency with the Warning and Precaution 5.2.

Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only

Version: ~~6~~x7



Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only    Novo_GLP_MDL_RYB_NDA_001104623

*RYBELSUS® and OZEMPIC® are registered trademarks of Novo Nordisk A/S.*

**PATENT INFORMATION**: http://www.novonordisk-us.com/products/product-patents.html

© 202x4 Novo Nordisk



Highly Confidential - Attorneys' Eyes Only - Outside Counsel Only