# EXHIBIT 270D



# Verification of Certification

David Kessler, MD

**Today's Date:** 5/19/2026

**Current Certification Status: Certified**

**Initial Certification Date: 12/3/2025**

**Certification End Date: 12/31/2036**

**Diplomate ID: 89996835**

*This document serves as primary source verification of physician certification by the American Board of Obesity Medicine*