# EXHIBIT 274D

Diabetes & Metabolism 43 (2017) 430–437



Available online at

**ScienceDirect**

www.sciencedirect.com



Elsevier Masson France

EM|consulte

www.em-consulte.com





Original article

# Effect of GLP-1 receptor agonist on gastrointestinal tract motility and residue rates as evaluated by capsule endoscopy

Y. Nakatani [a,*], M. Maeda [b], M. Matsumura [e], R. Shimizu [c], N. Banba [a], Y. Aso [e], T. Yasu [c], H. Harasawa [d]

[a] Department of Diabetes and Endocrinology, Dokkyo Medical University Nikko Medical Center, 632, Takatoku Nikkoshi, 321-2593 Tochigi, Japan
[b] Department of Gastroenterology, Dokkyo Medical University Nikko Medical Center, 632, Takatoku Nikkoshi, 321-2593 Tochigi, Japan
[c] Department of Cardiovascular Medicine, Dokkyo Medical University Nikko Medical Center, 632, Takatoku Nikkoshi, 321-2593 Tochigi, Japan
[d] Department of Pulmonary Medicine, Dokkyo Medical University Nikko Medical Center, 632, Takatoku Nikkoshi, 321-2593 Tochigi, Japan
[e] Department of Endocrinology and Metabolism, Dokkyo Medical University, 880, Kitakobayashi Shimotsugagun Mibumachi, 321-0293 Tochigi, Japan

## ARTICLE INFO

*Article history:*
Received 4 March 2017
Received in revised form 17 May 2017
Accepted 23 May 2017
Available online 23 June 2017

*Keywords:*
Diabetic neuropathy
Glucagon-like peptide-1
Motility in gastrointestinal tract
Type 2 diabetes mellitus

## ABSTRACT

*Aim.* – This study evaluated the effects of a glucagon-like peptide-1 receptor agonist on gastrointestinal (GI) tract motility and residue rates by examining GI transit time and lumen using capsule endoscopy.
*Material and methods.* – GI motility and lumen were assessed by capsule endoscopy before and after liraglutide administration in 14 patients with type 2 diabetes mellitus (T2DM).
*Results.* – Gastric transit time in the group with diabetic neuropathy (DN) was 1:12:36 ± 1:04:30 h before liraglutide administration and 0:48:40 ± 0:32:52 h after administration (nonsignificant difference, $P = 0.19$). Gastric transit time in the non-DN group was 1:01:30 ± 0:52:59 h before administration and 2:33:29 ± 1:37:24 h after administration (significant increase, $P = 0.03$). Duodenal and small intestine transit time in the DN group was 4:10:34 ± 0:25:54 h before and 6:38:42 ± 3:52:42 h after administration (not significant, $P = 0.09$) and, in the non-DN group, 3:51:03 ± 0:53:47 h before and 6:45:31 ± 2:41:36 h after administration (significant increase, $P = 0.03$). The GI residue rate in the DN group was 32.1 ± 24% before administration and 90.0 ± 9.1% after administration (significant increase, $P < 0.001$), and increased in all patients; in the non-DN group, it was 32.1 ± 35.3% before and 78.3 ± 23.9% after administration (significant increase, $P < 0.001$), and also increased in all patients.
*Conclusion.* – Liraglutide causes delayed gastric emptying and inhibits duodenal and small intestine motility. However, these GI movement-inhibiting effects may be decreased or absent in patients with DN-associated dysautonomia.

© 2017 The Author(s). Published by Elsevier Masson SAS. This is an open access article under the CC BY license (http://creativecommons.org/licenses/by/4.0/).

## Introduction

Incretins are hormones secreted into the gastrointestinal tract upon food ingestion. They promote insulin secretion by acting on pancreatic β cells in a blood-glucose-dependent manner. Two incretins, glucose-dependent insulinotropic polypeptide and glucagon-like peptide (GLP)-1, have been identified [1,2]. GLP-1 receptor agonists (GLP-1RAs) can reduce blood glucose levels and have been reported to have several extrapancreatic effects [3].

GLP-1 suppresses gastric emptying by inhibiting peristalsis of the stomach while increasing tonic contraction of the pyloric region [4,5]. The dye dilution method using phenol red and the acetaminophen method [6,7] have both been used in studies to evaluate gastrointestinal motility. While inhibition of gastric emptying can be achieved with these methods, the evaluation of motor function in each intestinal region is difficult.

In the present study, the long-acting GLP-1RA liraglutide, which has a half-life in blood of 13 h [8], was administered to inpatients at the Dokkyo Medical University Nikko Medical Center (Tochigi, Japan). Capsule endoscopy was performed before and after liraglutide administration to investigate its influence on gastric emptying and motility of each gastrointestinal region. Also, the amount of gastrointestinal residue before and after liraglutide administration was compared, using the Boston Bowel Preparation Scale [9], a 10-point scale used in colonoscopy.

In addition to evaluation of all our inpatients, findings were further analyzed in those with and without diabetic neuropathy (DN). In this way, differences in the effects of liraglutide on gastrointestinal motility and residue rates due to DN were also investigated.

* Corresponding author.
  *E-mail address:* yu-naka@dokkyomed.ac.jp (Y. Nakatani).

http://dx.doi.org/10.1016/j.diabet.2017.05.009
1262-3636/© 2017 The Author(s). Published by Elsevier Masson SAS. This is an open access article under the CC BY license (http://creativecommons.org/licenses/by/4.0/).

Y. Nakatani et al. / Diabetes & Metabolism 43 (2017) 430–437                                                431

## Methods

### Participants

The study protocol was approved by the Institutional Review Board of the Dokkyo Medical University Nikko Medical Center (ID: 26016) and all procedures followed were in accordance with the standards of the ethics committee for human experimentation (institutional and national) and the Helsinki Declaration of 1975, as revised in 2013. Written informed consent was obtained from all patients for study inclusion.

The study cohort comprised 15 patients with type 2 diabetes mellitus (T2DM), aged $\geq 30$ years or $< 80$ years, who had not undergone treatment with either dipeptidyl peptidase (DPP)-4 inhibitors or GLP-1RAs after being admitted for diabetes treatment. Exclusion criteria were patients who had:

- type 1 diabetes mellitus (T1DM);
- T2DM dependent on insulin due to a reduced ability to secrete insulin;
- a history of arrhythmia and its treatment;
- marked dysautonomia associated with DN, according to diagnostic criteria established by the Diabetic Neuropathy Study Group [10];
- a history of acute/chronic pancreatitis, ileus or surgery of the abdominal region;
- a contraindication to capsule endoscopy (those with small bowel stenosis, pregnant patients and any patients deemed unsuitable for clinical study by the investigators).

### Study design

This single-center, observational study was performed with 15 inpatients who had T2DM. Neurological examination was performed in all patients upon hospital admission by a diabetologist certified by the Japan Diabetes Society and the presence or absence of DN was determined. Patients with a coefficient of variation of $< 2.0\%$ for the R–R interval on electrocardiography (ECG) at rest who fulfilled two or more of the following three conditions were designated the DN group:

- paraesthesia and allodynia in the bilateral tips of the toes or soles of the feet;
- reduced or absent bilateral Achilles tendon reflexes;
- reduced ($< 10$ s) vibratory sensation on the lateral medial malleoli as evaluated by a tuning fork (C-128 Hz).

After hospital admission, all antihyperglycaemic medications from the outpatients' clinic were withdrawn in all cases and temporary basal–bolus therapy was initiated to correct hyperglycaemia. For all patients, the bolus insulin dose was $16.8 \pm 4.1$ units, basal insulin was $8.0 \pm 2.5$ units and the duration of insulin treatment was $10.8 \pm 3.6$ days. In the DN group, the bolus insulin dose was $16.9 \pm 5.0$ units, basal insulin was $8.9 \pm 2.8$ units and the duration of insulin treatment was $12.7 \pm 3.8$ days while, in the group without DN, the bolus insulin dose was $15.1 \pm 2.8$ units, basal insulin was $7.1 \pm 1.8$ units and the duration of insulin treatment was $8.9 \pm 2.0$ days. No significant differences were noted between groups in insulin amounts used or duration of insulin treatment (Table S1; see supplementary materials associated with this article online).

After treatment initiation, blood levels of C-peptide were measured and the C-peptide immunoreactivity (CPR) index calculated when fasting blood glucose had decreased to $\leq 150$ mg/dL and its level 2 h after consumption of a meal had decreased to 200 mg/dL

[11,12], to ensure that conditions were non-insulin-dependent. Liraglutide was then administered to all patients, along with the concomitant administration of glimepiride (1.0 mg/day). Metformin was not given concomitantly throughout the study period because it can exert adverse effects on the digestive system that, in turn, may influence gastrointestinal motility [13].

Titration of liraglutide was initiated at 0.3 mg at 0800 h before breakfast. This dose was increased by 0.3 mg each week to a final dose of 0.9 mg (the maximum dose approved in Japan).

In addition, blood glucose was determined before each meal, using a self-monitoring blood glucose device (OneTouch Ultra®; Johnson & Johnson, New Brunswick, NJ, USA). Metabolic factors [body mass index (BMI), systolic blood pressure, diastolic blood pressure, triglycerides, high-density lipoprotein cholesterol (HDL-C), low-density lipoprotein cholesterol (LDL-C)] were also measured before liraglutide administration and when the dose reached 0.9 mg.

The gastrointestinal motility test, using a capsule endoscope (PillCam® SB 2 and PillCam® Recorder DR3 Simulator; Covidien Japan, Tokyo, Japan), was performed before liraglutide treatment and 1 week after the dose reached 0.9 mg. According to the dosing schedule, eating and drinking were prohibited after 2100 h on the day before the capsule endoscopy. On the day of the examination, liraglutide was injected subcutaneously at 0800 h, followed by ingestion of the capsule endoscope. Drinking water was allowed 2 h after the capsule endoscope was swallowed and a normal meal was ingested from 1200 h onwards.

Based on the results of capsule endoscopy, the following time points were recorded: 'gastric transit initiation time' was when the gastric mucosa was visible; 'gastric transit completion time' and 'duodenal–small bowel transit initiation time' was when the duodenal bulb was visible; and 'duodenal–small bowel transit completion time' was when the caecum was reached.

The capsule endoscopy results were analyzed by a physician in the gastroenterology department of our institution using RAPID® for PillCam® software at a RAPID workstation (Covidien Japan). For the gastrointestinal residue rates, the proportions of 'poor' and 'unsatisfactory' cases in the duodenum and small intestine were calculated, using the Boston Bowel Preparation Scale [9].

### Statistical analysis

All data were analyzed with SPSS v23 software (IBM Corp., Armonk, NY, USA). The results are presented as means ± standard deviation (SD). To compare the two groups, the paired $t$ test or Mann–Whitney $U$ test for continuous variables was performed. $P < 0.05$ (two-tailed) was considered statistically significant.

## Results

The present study initially included 15 patients with T2DM. However, the capsule endoscope did not reach the large intestine within the observation period in one patient, who was therefore excluded. Thus, the study was completed with 14 patients (Fig. S1; see supplementary materials associated with this article online) (Table 1).

### Fasting blood glucose and metabolic conditions

Fasting blood glucose was measured three times a day at: 0800 h (breakfast), 1200 h (lunch) and 1800 h (dinner). For all patients, the level of fasting blood glucose before liraglutide administration was $116.6 \pm 22.3$ mg/dL at 0800 h and decreased to $100.3 \pm 12.8$ mg/dL after administration, showing significant improvement ($P = 0.03$). The level at 1200 h improved from $105.9 \pm 23.2$ to $95.9 \pm 11.2$ mg/dL ($P = 0.17$) and, at 1800 h, from

*Y. Nakatani et al. / Diabetes & Metabolism 43 (2017) 430–437*

**Table 1**
Demographic, clinical and laboratory data for 14 inpatients with type 2 diabetes mellitus before liraglutide treatment.

| Patients' characteristics | All patients (n = 14) | With neuropathy (n = 7) | Without neuropathy (n = 7) | P |
|---|---|---|---|---|
| Patients (male/female) | 10/4 | 5/2 | 5/2 | NS |
| Age (years) | 60.0 ± 13.6 | 62.0 ± 11.6 | 57.1 ± 16.6 | NS |
| Diabetes duration (years) | 10.4 ± 12.1 | 13.6 ± 15.4 | 4.9 ± 3.3 | NS |
| HbA$_{1c}$ (%) | 9.9 ± 2.6 | 10.1 ± 2.9 | 9.7 ± 2.0 | NS |
| Body mass index (kg/m$^2$) | 26.9 ± 3.8 | 25.0 ± 2.7 | 27.7 ± 5.0 | NS |
| Fasting plasma glucose (mg/dL) | 137.0 ± 25.9 | 130.1 ± 25.6 | 137.8 ± 26.7 | NS |
| CPR index | 1.51 ± 0.27 | 1.49 ± 0.33 | 1.63 ± 0.33 | NS |
| eGFR (mL/min) | 73.0 ± 18.9 | 76.8 ± 15.0 | 72.9 ± 24.9 | NS |
| HDL-C (mg/dL) | 36.7 ± 10.4 | 31.4 ± 5.7 | 42.9 ± 9.8 | < 0.05 |
| LDL-C (mg/dL) | 94.4 ± 30.1 | 95.3 ± 35.1 | 93.6 ± 29.8 | NS |
| Triglycerides (mg/dL) | 136.7 ± 71.7 | 137.3 ± 60.7 | 137.3 ± 75.9 | NS |
| Retinopathy | 5 | 5 | 0 | < 0.001 |
| Hypertension | 8 | 3 | 5 | NS |
| Dyslipidaemia | 8 | 4 | 4 | NS |
| Ischaemic heart disease | 3 | 2 | 1 | NS |
| Cerebral infarction | 2 | 2 | 0 | NS |
| Antihyperglycaemic medications (prehospitalization) | | | | |
| Sulphonylurea | 7 | 4 | 3 | NS |
| Metformin | 6 | 3 | 3 | NS |
| Thiazolidine | 3 | 2 | 1 | NS |
| Alpha-glucosidase inhibitor | 1 | 1 | 0 | NS |

Data are means ± standard deviation (SD); NS: not significant; CPR: C-peptide immunoreactivity; eGFR: estimated glomerular filtration rate; HDL-C/LDL-C: high-density/low-density lipoprotein cholesterol.

140.7 ± 60.2 to 102.7 ± 30.4 mg/dL ($P = 0.052$), although these changes were not significant. In the DN group, fasting blood glucose levels improved from 108.2 ± 26.7 mg/dL before liraglutide to 93.3 ± 9.7 mg/dL after administration at 0800 h ($P = 0.35$), from 106.1 ± 30.5 to 93.3 ± 9.7 mg/dL at 1200 h ($P = 0.34$) and from 121.4 ± 28.1 to 97.9 ± 31.0 mg/dL at 1800 h ($P = 0.19$); again, however, these changes were not significant. In the group without DN, fasting blood glucose improved significantly from

125.1 ± 11.6 mg/dL before liraglutide to 103.9 ± 13.2 mg/dL after administration at 0800 h ($P = 0.01$) and, although it improved from 105.7 ± 12.0 to 98.6 ± 12.1 mg/dL at 1200 h ($P = 0.30$) and from 160.0 ± 75.5 to 107.6 ± 29.0 mg/dL at 1800 h ($P = 0.14$), these changes were also not significant (Fig. 1).

BMI, systolic blood pressure, diastolic blood pressure, triglycerides, HDL-C and LDL-C were measured to investigate metabolic conditions. However, no significant changes were noted after





**Fig. 1.** 1-1. Fasting blood glucose changes at three time periods for all study patients ($n = 14$). 1-2. Fasting blood glucose: patients with neuropathy ($n = 7$). 1-3. Fasting blood glucose: patients without neuropathy ($n = 7$).

Y. Nakatani et al. / Diabetes & Metabolism 43 (2017) 430–437

liraglutide administration in any of these factors in any of our patients with or without DN (Table S2; see supplementary materials associated with this article online).

*Gastric transit time*

For all our study patients (*n* = 14), the gastric transit time was 1:11:53 ± 1:03:17 h before liraglutide and 1:43:36 ± 1:40:46 h after administration; while this difference was not significant (*P* = 0.16), the time tended to increase. When this finding was investigated according to the presence or absence of DN, the DN group (*n* = 7) had a gastric transit time of 1:12:36 ± 1:04:30 h before liraglutide and 0:48:40 ± 0:32:52 h after liraglutide; while this difference was not significant (*P* = 0.19), gastric transit time tended to be decreased, as noted in four of the seven cases. In contrast, in the group without DN (*n* = 7), gastric transit time was 1:01:30 ± 0:52:59 h before liraglutide and 2:33:29 ± 1:37:24 h after its administration, exhibiting a significant time increase (*P* = 0.03), noted in six of the seven cases. Gastric transit times and changes from baseline are shown in Fig. 2.

*Duodenal–intestinal transit time*

The duodenal–small bowel transit time for all patients (*n* = 14) was 4:22:09 ± 1:28:50 h before liraglutide and 6:55:53 ± 2:50:49 h after administration, demonstrating a significant increase (*P* = 0.01). When these results were investigated according to the presence or absence of DN, transit time in the DN group was 4:10:34 ± 0:25:54 h before liraglutide and 6:38:42 ± 3:52:42 h after liraglutide; although this

showed an increased transit time, the difference was not significant (*P* = 0.09), and was noted in five of the seven cases. In contrast, the duodenal–small bowel transit time in the group without DN was 3:51:03 ± 0:53:47 h before liraglutide and 6:45:31 ± 2:41:36 h after administration, demonstrating a significant increase in duodenal–small bowel emptying time (*P* = 0.03), which was noted in six of the seven cases. Duodenal–intestinal transit times and changes from baseline are shown in Fig. 3.

*Gastrointestinal transit time*

For all patients (*n* = 14), this was 5:17:32 ± 1:15:42 h before liraglutide and 8:18:14 ± 2:45:32 h after liraglutide, thus showing a significant increase (*P* = 0.04). When investigated according to the presence or absence of DN, gastrointestinal transit time in the DN group (*n* = 7) was 5:57:07 ± 1:23:25 h before liraglutide and 7:33:39 ± 3:04:26 h after liraglutide – a nonsignificant difference (*P* = 0.07), albeit with a tendency towards an increase, as noted in six of the seven cases. This transit time in the group without DN (*n* = 7) was 4:52:34 ± 0:36:00 h before liraglutide and 9:19:01 ± 2:45:41 h after its administration, demonstrating a significant time extension (*P* = 0.004) that was noted in all seven cases. Gastrointestinal transit times and changes from baseline are shown in Fig. 4.

*Residue rates*

The small bowel residue rate for all patients (*n* = 14) was 37.3 ± 30.9% before liraglutide administration and 83.7 ± 20.2% after administration, thus showing a significant increase







**Fig. 2.** 2-1. Gastric transit time: all patients (*n* = 14). 2-2. Gastric transit time: patients with neuropathy (*n* = 7). 2-3. Gastric transit time: patients without neuropathy (*n* = 7).

434 Y. Nakatani et al. / Diabetes & Metabolism 43 (2017) 430–437

1-Duodeno-small intestinal (D.I.) transit time: All Patients (n=14)



2- Transit Time: Patients with Neuropathy (n=7)



3-D.I. Transit Time: Patients without Neuropathy (n=7)



**Fig. 3.** 3-1. Duodeno-small intestinal (D.I.) transit time: all patients ($n$ = 14). 3-2. D.I. Transit time: patients with neuropathy ($n$ = 7). 3-3. D.I. Transit time: patients without neuropathy ($n$ = 7).

($P < 0.001$). When investigated according to the presence or absence of DN, the residue rate in the DN group ($n$ = 7) was 32.1 ± 24.1% before liraglutide and 90.0 ± 9.1% afterwards, demonstrating a significant increase ($P < 0.001$), which was noted in all seven cases. The residue rate in those without DN ($n$ = 7) was 32.1 ± 35.3% before liraglutide administration and 78.3 ± 23.9% afterwards, again showing a significant increase in intestinal emptying time ($P = 0.007$), which increased in all seven cases. Changes in residue rates from baseline are shown in Fig. 5.

*Safety*

No adverse events, not even hypoglycaemia, were seen in any of the 14 patients throughout the observation period, nor was any novel development or progression of diabetic complications noted. In addition, no serious vascular complications, such as ischaemic heart disease, cerebral vascular disease, acute pancreatitis or cholecystitis, which are known complications of GLP-1RA intake, were observed [14,15]. Liraglutide-induced digestive symptoms (nausea and diarrhoea) were not severe, and the drug did not have to be stopped in any patient.

**Discussion**

Capsule endoscopy was performed before and after administration of the GLP-1RA liraglutide and its influence on intestinal emptying was evaluated quantitatively. It has been reported that GLP-1 suppresses gastric emptying by inhibiting peristalsis in the stomach and increasing tonic contractions in the pyloric region [4,5], but its influence on the subsequent duodenal–small

bowel-emptying time has not been previously clarified. Initially, the present study demonstrated that liraglutide inhibited not only gastric emptying, but also emptying of the duodenum and small intestine, too.

Previously, our team reported that the long-acting GLP-1RA liraglutide promotes sympathetic nervous system activity for 24 h [16]. This 24-h promotion of sympathetic nerve activity can activate the greater splanchnic nerve (Th5–9), lesser splanchnic nerve (Th10–11) and sympathetic nerve branch of Auerbach's plexus. Such activation would result in an inhibitory effect of the sympathetic nervous system on intestinal peristalsis, which may extend not only gastric-emptying time, but also duodenal–small bowel-emptying time.

However, after analysis of each region separately, no increase in gastric transit time by liraglutide was observed in patients with DN, a phenomenon that may be due to several reasons. In patients with DN-associated dysautonomia, gastric emptying was already delayed before liraglutide administration due to the effects of reduced gastric dilatation in the proximal gastric region [17], less promotion of gastric emptying in the distal gastric region [18] and more pyloric motor activity in the pyloric region [19]. Indeed, the mean gastric-emptying time with capsule endoscopy was 0:48:00 h in patients without DN [20] whereas, in the DN group before liraglutide administration, it was 1:12:36 ± 1:04:30 h, showing extension; in these patients, gastric-emptying actions may have been lost due to dysautonomia-associated sympathetic and parasympathetic disorders. These results are not necessarily contradictory, as liraglutide administration extended gastric-emptying time in patients without DN-associated dysautonomia.

Our findings in the duodenum and small intestine were like those in the stomach: duodenal–small bowel transit time was

*Y. Nakatani et al. / Diabetes & Metabolism 43 (2017) 430–437* 435



1-Gastro-Intestinal (G.I) Transit Time: All Patients (n=14)



2-G.I. Transit Time: Patients with Neuropathy (n=7)



3- G.I. Transit Time: Patients without Neuropathy (n=7)

**Fig. 4.** 4-1. Gastro-intestinal (G.I) transit time: all patients ($n$ = 14). 4-2. G.I. transit time: patients with neuropathy ($n$ = 7). 4-3. G.I. Transit time: patients without neuropathy ($n$ = 7).

extended regardless of the presence or absence of DN. In the group with DN, liraglutide increased transit time by 2:28:08 h, although the difference between before and after was not significant. In the group without DN, transit time was extended by 2:54:28 h, more than in the DN group, and the difference between before and after was significant. This may have been due to the liraglutide-induced promotion of sympathetic nervous system activity.

As for small intestine residue rates, the secretion of juice in the small intestine is also influenced by the autonomic nervous system. When the sympathetic nervous system is primarily promoted, both intestinal and pancreatic juice secretions decrease [21], leading to indigestion. Abnormal bowel movements are the adverse effects of liraglutide [22]. However, the small intestine residue rate increased regardless of the presence or absence of DN. Inhibiting duodenal–small bowel movements and therefore increasing the residue rate can lead to congestion of pancreatic juice and bile, which may then increase the risk of pancreatitis, gallstones and cholecystitis. Indeed, in the LEADER trial, the incidence of biliary tract disease increased, although not statistically significantly [23]. Also, an increased incidence of cholecystitis and pancreatitis with GLP-1RA administration has been reported [15], to which attention should be paid. However, no adverse events, such as gallstones, cholecystitis or pancreatitis, were noted in any patient throughout the present study.

Postprandial hyperglycaemia is an independent risk factor of microangiopathic complications and macroangiopathy in diabetes [24,25] and improvement of postprandial hyperglycaemia reduces the risk of the latter [26]. Liraglutide has been reported to correct the postprandial spike in blood glucose after carbohydrate ingestion through delayed gastric-emptying effects [27]. However,

based on our present findings, liraglutide may not be able to correct postprandial hyperglycaemia in patients with DN, as gastric-emptying time was not extended in such patients. It is also possible that obesity-correcting effects [28] are not to be expected, given the decrease in gastric-emptying delay.

Considering the inhibitory effects of liraglutide on the development of diabetic complications and macroangiopathy, as well as its anti-obesity effects, it may be important to introduce the drug early on, before the development of DN, with which delays in gastric emptying are clearly evident.

## Conclusion

The present study performed capsule endoscopy before and after liraglutide administration and quantitatively evaluated the effects of liraglutide on motility in the gastrointestinal tract.

Liraglutide exhibited gastric-emptying delaying effects, as reported previously. However, the drug also inhibited duodenal and small bowel movements at the same time.

However, these gastrointestinal motility-inhibiting effects may be decreased or even absent in patients with DN-associated dysautonomia. To obtain the gastrointestinal motility-inhibiting effects of liraglutide, it may be important to introduce the drug at an early stage of T2DM, before the development of DN.

## Consentment

These study data were presented as an abstract and a poster at the 52nd EASD Annual Meeting in Munich, Germany, 12–16







**Fig. 5.** 5-1. Residue rates: all patients ($n$ = 14). 5-2. Residue rates: patients with neuropathy ($n$ = 7). 5-3. Residue rates: patients without neuropathy ($n$ = 7).

September 2016. All procedures followed were in accordance with the ethics standards of the relevant committees of human experimentation (institutional and national) and the Helsinki Declaration of 1975, as revised in 2013. Written informed consent was obtained from all patients participating in this study, which was registered in the University Hospital Medical Information Network Clinical Trials Registry (identifier UMIN 000021686).

## Funding

Part of this study was funded by AstraZeneca.

## Author contributions

YN is the guarantor of this work and, as such, had full access to all the data in the study. He takes responsibility for the integrity of the data and the accuracy of data analyses. YN presented this study at the 52nd Annual Meeting of the European Foundation for the Study of Diabetes (EASD). MM analyzed the results of capsule endoscopy. MM and YA were involved in reviewing the manuscript. RS and TY were involved in the statistical analysis and review of this study. NB was involved in data collection and editing of the manuscript. HH was responsible for medical supervision during this study.

## Disclosure of interest

The authors declare that they have no competing interest.

## Acknowledgements

The authors thank the patients who participated in the study and the nursing staff of the Dokkyo Medical University Nikko Medical Center.

## Appendix A. Supplementary data

Supplementary data associated with this article can be found, in the online version, at http://dx.doi.org/10.1016/j.diabet.2017.05.009.

## References

[1] Drucker DJ. Incretin action in the pancreas: potential promise, possible perils and pathological pitfalls. Diabetes 2013;62:3316–23.

[2] Seino Y, Yabe D. Glucose-dependent insulinotropic polypeptide and glucagon-like peptide-1: incretin actions beyond the pancreas. J Diabetes Investig 2013;4:108–30.

[3] Abu-Hamdah R, Rabiee A, Meneilly GS, Shannon RP, Andersen DK, Elahi D. Clinical review: the extrapancreatic effects of glucagon-like peptide-1 and related peptides. J Clin Endocrinol Metab 2009;94:1843–52.

[4] Sokos GG, Nikolaidis LA, Mankad S, Elahi D, Shannon RP. Glucagon-like peptide-1 infusion improves left ventricular ejection fraction and functional status in patients with chronic heart failure. J Card Fail 2006;12:694–9.

[5] Gros R, You X, Baggio LL, Kabir MG, Sadi AM, Mungrue IN, et al. Cardiac function in mice lacking the glucagon-like peptide-1 receptor. Endocrinology 2003;144:2242–52.

[6] DeFronzo RA, Okerson T, Viswanathan P, Guan X, Holcombe JH, MacConell L. Effects of exenatide versus sitagliptin on postprandial glucose, insulin and glucagon secretion, gastric emptying and caloric intake: a randomized, crossover study. Curr Med Res Opin 2008;24:2943–52.

[7] Thazhath SS, Marathe CS, Wu T, Chang J, Khoo J, Kuo P, et al. Acute effects of the glucagon-like peptide-1 receptor agonist, exenatide, on blood pressure and heart rate responses to intraduodenal glucose infusion in type 2 diabetes. Diab Vasc Dis Res 2017;14:59–63.

[8] Agerso H, Jensen LB, Elbrond B, Rolan P, Zdravkovic M. The pharmacokinetics, pharmacodynamics, safety and tolerability of NN2211, a new long-acting GLP-1 derivative, in healthy men. Diabetologia 2002;45:195–202.

[9] Lai EJ, Calderwood AH, Doros G, Fix OK, Jacobson BC. The Boston bowel preparation scale: a valid and reliable instrument for colonoscopy-oriented research. Gastrointest Endosc 2009;69:620–5.

[10] Yasuda H, Sanada M, Kitada K, Terashima T, Kim H, Sakaue Y, et al. Rationale and usefulness of newly devised abbreviated diagnostic criteria and staging for diabetic polyneuropathy. Diabetes Res Clin Pract 2007;77(Suppl. 1):S178–83.

[11] Xu G, Kaneto H, Laybutt DR, Duvivier-Kali VF, Trivedi N, Suzuma K, et al. Downregulation of GLP-1 and GIP receptor expression by hyperglycemia: possible contribution to impaired incretin effects in diabetes. Diabetes 2007;56:1551–8.

[12] Meier JJ, Nauck MA. Is the diminished incretin effect in type 2 diabetes just an epi-phenomenon of impaired beta-cell function? Diabetes 2010;59:1117–25.

[13] Bonnet F, Scheen A. Understanding and overcoming metformin gastrointestinal intolerance. Diabetes Obes Metab 2017;19:473–81.

[14] Chalmer T, Almdal TP, Vilsboll T, Knop FK. Adverse drug reactions associated with the use of liraglutide in patients with type 2 diabetes – focus on pancreatitis and pancreas cancer. Expert Opin Drug Saf 2015;14:171–80.

[15] Faillie JL, Yu OH, Yin H, Hillaire-Buys D, Barkun A, Azoulay L. Association of bile duct and gallbladder diseases with the use of incretin-based drugs in patients with type 2 diabetes mellitus. JAMA Intern Med 2016;176:1474–81.

[16] Nakatani Y, Kawabe A, Matsumura M, Aso Y, Yasu T, Banba N, et al. Effects of GLP-1 receptor agonists on heart rate and the autonomic nervous system using holter electrocardiography and power spectrum analysis of heart rate variability. Diabetes Care 2016;39:e22–3.

[17] Koch KL. Diabetic gastropathy: gastric neuromuscular dysfunction in diabetes mellitus: a review of symptoms, pathophysiology and treatment. Dig Dis Sci 1999;44:1061–75.

[18] Horowitz M, Fraser R. Disordered gastric motor function in diabetes mellitus. Diabetologia 1994;37:543–51.

[19] Kong MF, Horowitz M, Jones KL, Wishart JM, Harding PE. Natural history of diabetic gastroparesis. Diabetes Care 1999;22:503–7.

[20] Nakamura M, Ohmiya N, Shirai O, Takenaka H, Kenji, Morishima. et al. Advance of video capsule endoscopy and the detection of anatomic landmarks. Hepatogastroenterology 2009;56:1600–5.

[21] Chang EB, Bergenstal RM, Field M. Diarrhea in streptozocin-treated rats. Loss of adrenergic regulation of intestinal fluid and electrolyte transport. J Clin Invest 1985;75:1666–70.

[22] Taba Taba Vakili S, Nezami BG, Shetty A, Chetty VK, Srinivasan S. Association of high dietary saturated fat intake and uncontrolled diabetes with constipation: evidence from the National Health and Nutrition Examination Survey. Neurogastroenterol Motil 2015;27:1389–97.

[23] Marso SP, Daniels GH, Brown-Frandsen K, Kristensen P, Mann JF, Nauck MA, et al. Liraglutide and cardiovascular outcomes in type 2 diabetes. N Engl J Med 2016;375:311–22.

[24] Shiraiwa T, Kaneto H, Miyatsuka T, Kato K, Yamamoto K, Kawashima A, et al. Postprandial hyperglycemia is a better predictor of the progression of diabetic retinopathy than HbA1c in Japanese type 2 diabetic patients. Diabetes Care 2005;28:2806–7.

[25] Nakagami T. Hyperglycaemia and mortality from all causes and from cardiovascular disease in five populations of Asian origin. Diabetologia 2004;47:385–94.

[26] Hanefeld M, Cagatay M, Petrowitsch T, Neuser D, Petzinna D, Rupp M. Acarbose reduces the risk for myocardial infarction in type 2 diabetic patients: meta-analysis of seven long-term studies. Eur Heart J 2004;25:10–6.

[27] Schirra J, Goke B. The physiological role of GLP-1 in human: incretin, ileal brake or more? Regul Pept 2005;128:109–15.

[28] Ruttimann EB, Arnold M, Hillebrand JJ, Geary N, Langhans W. Intrameal hepatic portal and intraperitoneal infusions of glucagon-like peptide-1 reduce spontaneous meal size in the rat via different mechanisms. Endocrinology 2009;150:1174–81.

**Fig. S1**

# Patient Allocation



Table S1

Details of insulin therapy in the study patients

| | **All patients (n = 14)** | **With neuropathy (n = 7)** | **Without neuropathy (n = 7)** | *P* |
|---|---|---|---|---|
| Bolus insulin (units) | $16.0 \pm 4.0$ | $16.9 \pm 5.0$ | $15.1 \pm 2.8$ | NS |
| Basal insulin (units) | $8.0 \pm 2.5$ | $8.9 \pm 2.8$ | $7.1 \pm 1.8$ | NS |
| Insulin therapy duration (days) | $10.8 \pm 3.6$ | $12.7 \pm 3.8$ | $8.9 \pm 2.0$ | NS |

NS: not significant

**Table-S2**   Patient metabolic conditions

| All Patients (n=14) | Before Liraglutide Treatent | After Liraglutide Treatent | |
|---|---|---|---|
| BMI (kg/m$^2$) | 26.9±3.8 | 25.6±3.8 | N.S |
| sBP (mmHg) | 119.8±13.6 | 115.9±15.9 | N.S |
| dBP (mmHg) | 75.8±9.7 | 75.6±15.7 | N.S |
| TG (mg/dl) | 136.7±71.7 | 121.9±44.2 | N.S |
| HDL-cho (mg/dl) | 36.7±10.4 | 37.4±7.0 | N.S |
| LDL-cho (mg/dl) | 94.4±30.1 | 90.9±27.9 | N.S |

| Neuropathy (n=7) | Before Liraglutide Treatent | After Liraglutide Treatent | |
|---|---|---|---|
| BMI (kg/m$^2$) | 25.0±2.7 | 24.3±2.5 | N.S |
| sBP (mmHg) | 120.4±18.0 | 119.9±19.2 | N.S |
| dBP (mmHg) | 78.0±12.0 | 80.3±17.9 | N.S |
| TG (mg/dl) | 137.3±60.7 | 135.6±41.8 | N.S |
| HDL-cho (mg/dl) | 31.4±5.7 | 32.9±5.3 | N.S |
| LDL-cho (mg/dl) | 95.3±35.1 | 93.4±28.5 | N.S |

| Non Neuropathy (n=7) | Before Liraglutide Treatent | After Liraglutide Treatent | |
|---|---|---|---|
| BMI (kg/m$^2$) | 27.7±5.0 | 26.7±4.4 | N.S |
| sBP (mmHg) | 119.1±6.8 | 111.9±10.2 | N.S |
| dBP (mmHg) | 73.6±6.1 | 70.9±11.4 | N.S |
| TG (mg/dl) | 137.3±75.9 | 108.3±42.2 | N.S |
| HDL-cho (mg/dl) | 42.9±9.8 | 41.9±5.3 | N.S |
| LDL-cho (mg/dl) | 93.6±29.8 | 88.3±27.2 | N.S |

*BMI*:Body Mass Index, *sBP*:Systolic Blood Pressure, *dBP*:Diastolic Blood pressure, *TG*:Triglyceride,

*HDL-cho*: high density lipoprotein cholesterol,, *LDL-cho*:low density lipoprotein cholesterol