# EXHIBIT 275D

| | |
|---|---|
| **From:** | Jose Luis Romero Rojo |
| **To:** | Global_GPS_Signal_Notification; Francene Bailey; Jennie Lenora Walgren; Linda S Kelly; Ruth M. Belin; Ingrid E Hensley; Teresa J Berg; Courtney Marie Tate; Nicole Teig; Susan D Sutton; Brandi H Doyle; Nadia Nazir Ahmad; Marco (Wen-Shuo) Wu; Simon Anthony Beardsworth; Elisa Razzoli; Anne Reser; Emily M Emerson; Emilie Winckel Hamilton; Amy Jay; Cagri Senyucel; James P Croaning; Laura Fernandez; Karen R. Grant; Lindsay Zeckel; Robert Thomas Foreman; Barry Mc Guinness; Catherine Clements; Michael T Sprengnether; Joseph E Fletcher; Syed Wasi Hassan; Brooke Frost; Jennie Lin Francis; Arash Tahbaz; Melanie McDonald; Michala Irons; Karen Caraher Quirk; Kathy Clark; Amy K Chesterfield; Liz Krueger; Janet R Potts; Silvia Luque; Maria Killeen; Khalil el Hallal; Teresa A Milner-Stedem; Michele Eifu"; David A Cox; Mathijs Bunck; Jennifer N. Bardos; Ricardo Fonseca Martins; Michele R Szilagyi; Jon Groff; Sheryl Elaine Allen; Sara Smith; Camilla Cocuzza; Brooke Frost; Melanie L McEwen; Shuyu Zhang; Stephanie S Henderson; Anita Kwan; Hirenkumar Patel; Luis Emilio Garcia; Sheila I Miller; Natalie G Martinez |
| **Subject:** | FDA Notification of NISS for Dulaglutide & Tirzepatide - Intestinal obstruction and fecal impaction |
| **Date:** | Monday, April 28, 2025 1:59:40 PM |
| **Attachments:** | image001.png |
| | image007.png |

Dear All,

Please be informed that we have received today a NISS from the FDA for dulaglutide (Trulicity) and tirzepatide (Mounjaro and Zepbound). The FDA has begun evaluating a NISS for GLP-1 RAs regarding ***intestinal obstruction and fecal impaction***. At the moment, there is no information request related to this signal.

It is possible that the FDA will list this safety issue in their second quarter posting for 2025 on the FAERS website.

Please find below the FDA communication for further details. Many thanks everyone and any question please let us know.

Best regards
**Jose Luis Romero Rojo**

Associate Director, Regional Regulatory-Americas, Cardiometabolic Health

 **A MEDICINE COMPANY**

**Eli Lilly and Company**
Eli Lilly Cork Ltd. – Global Business Solutions – Cork
www.lilly.com

CONFIDENTIALITY NOTICE: This email message (including all attachments) is for the sole use of the intended recipient(s) and may contain confidential information. Any unauthorized review, use, disclosure, copying or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**From:** Petruccelli, Marisa <Marisa.Petruccelli@fda.hhs.gov>
**Sent:** Monday, April 28, 2025 5:50 PM
**To:** Petruccelli, Marisa <Marisa.Petruccelli@fda.hhs.gov>
**Subject:** [EXTERNAL] Notification of Newly Identified Safety Signal

          LLY-GLPMDL-20890402

**This Message Is From an External Sender**
This message came from outside your organization. Look at the sender's address to decide if it is safe to open.

Report Suspicious

Good afternoon,

FDA staff in the Center for Drug Evaluation and Research (CDER) and Center for Biologics Evaluation and Research (CBER) regularly conduct routine safety surveillance. When a safety signal for a marketed drug or biologic product is identified (from various sources, such as our FDA Adverse Event Reporting System (FAERS) database, literature, or regulatory submissions), a Newly Identified Safety Signal (NISS) is created in CDER's Lifecycle Signal Tracker (LiST) to facilitate timely evaluation and management.

We began evaluating a NISS on April 21, 2025, for the glucagon-like peptide-1 (GLP-1) agonist class, including your product, regarding intestinal obstruction and fecal impaction. In accordance with the CDER Manual of Policies and Procedures (MAPP), *Collaborative Identification, Evaluation, and Resolution of a Newly Identified Safety Signal (NISS)*[1] we have classified this NISS as a Potential Risk.

As you may know, Title IX, Section 921 of the Food and Drug Administration Amendments Act 2007 (FDAAA) (121 Stat. 962) amends the Federal Food, Drug and Cosmetic Act (FDCA) to add a new subsection (k)(5) to section 505 (21 U.S.C. 355). This section in FDAAA, among other things, directs FDA to "post a quarterly report on the Adverse Event Reporting System Web site of any new safety information or potential signal of a serious risk identified by the Adverse Event Reporting System within the last quarter."

To comply with Section 921 of FDAAA, the Agency reviews the LiST database for all NISS that were identified for evaluation each quarter, and those that are based wholly or in part on FAERS data are posted in the corresponding quarter on the FAERS web site. Therefore, if your safety issue is based wholly or in part on FAERS data, it will be included in the second quarter posting for 2025.

Additional information on Section 921 and the quarterly reports are available at FDA.gov.[2]

Please confirm receipt and contact me with any questions,
Marisa

**Marisa Petruccelli**
*Safety Regulatory Project Manager- Division of Diabetes, Lipid Disorders, and Obesity (DDLO)*

Center for Drug Evaluation and Research (CDER) / Office of New Drugs (OND)
Office of Cardiology, Hematology, Endocrinology, and Nephrology (OCHEN)
U.S. Food and Drug Administration

Tel: 240-402-6147
Marisa.Petruccelli@fda.hhs.gov

Highly  Confidential – Attorneys' Eyes – Outside Counsel Only





[1] We update CDER MAPP documents periodically. For the most recent version of a CDER MAPP, check following link: https://www.fda.gov/about-fda/center-drug-evaluation-and-research-cder/cder-manual-policies-procedures-mapp.

2 https://www.fda.gov/drugs/fda-adverse-event-reporting-system-faers/potential-signals-serious-risksnew-safety-information-identified-fda-adverse-event-reporting-system

Highly Confidential – Attorneys' Eyes – Outside Counsel Only    LLY-GLPMDL-20890404