# EXHIBIT 276D

Message

| | |
|---|---|
| **From:** | Jose Luis Romero Rojo [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=59A79B2952284C6BA10768E77EE2688C-20CF7FC8-E3] |
| **Sent:** | 9/16/2025 4:54:25 PM |
| **To:** | USMAIL-DPT Schedule [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=62d1b09aeb284e1499f97c35a6ca37a1-USMAIL-DPT] |
| **CC:** | Suneha Banerjee [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7f1961c0885141ea84fd2f620c579833-L005833]; Maeve Horgan [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9b2b6f50fd084b63acd990992768f8ab-4408f293-48]; Francene Bailey [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=21702fa6176b46b68466685bf94dbb41-VA06080]; Ingrid E Hensley [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ba5c9e29ce884b459c3757e2fc2d189e-C003881] |
| **Subject:** | FW: Sponsor Notification of Section 921 Posting |

Please post to RIM per information below:

| | |
|---|---|
| **Outgoing or Incoming:** | Incoming |
| **Application Number:** | BLA 125469, NDA 215866 and NDA 217806 |
| **Name:** | 20250916-email-dulaglutide-tirzepatide-FDA-notification-NISS-intestinal-obstruction-fecal-impaction-FAERS |
| **Description:** | On 16 September 2025, the FDA confirmed that Mounjaro, Zepbound and Trulicity will be included in the next posting on the FAERS website in relation to the NISS intestinal obstruction and fecal impaction. |
| **Record Type:** | Registration Impact |
| **Safety Issue?:** | No |
| **SINP Summary:** | N/A |
| **Date:** | 16 September 2025 |

Many thanks,

**Jose Luis Romero Rojo**

Associate Director - Regional Regulatory-Americas | GRA - Cork

█████████████

𝓛𝓲𝓵𝓵𝔂 A MEDICINE COMPANY

**Eli Lilly Cork Ltd. - Global Business Solutions**
Island House, Eastgate Road, Eastgate Business Park, Little Island, Co. Cork, Ireland T45 KD39
www.lilly.com

CONFIDENTIALITY NOTICE: This email message (including all attachments) is for the sole use of the intended recipient(s) and may contain confidential information. Any unauthorized review, use, disclosure, copying or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

LLY-GLPMDL-21570722

**From:** Francene Bailey <▮▮▮▮▮▮▮▮▮▮▮▮▮>
**Sent:** Tuesday 16 September 2025 15:34
**To:** Petruccelli, Marisa <Marisa.Petruccelli@fda.hhs.gov>
**Cc:** Jose Luis Romero Rojo <▮▮▮▮▮▮▮▮▮▮▮▮▮▮>; Ingrid E Hensley <▮▮▮▮▮▮▮▮▮▮▮▮▮▮>
**Subject:** RE: Sponsor Notification of Section 921 Posting

Thank you, Marisa,
I confirm receipt of this message for Mounjaro, for Trulicity (on behalf of Jose Rojo), and for Zepbound (on behalf of Ingrid Hensley).

Regards,
Francene Bailey
Director, Global Regulatory Affairs – Regional Regulatory Americas, CMH
*I stand in solidarity against injustice and in support of humanity.*

Eli Lilly Canada Inc.
P.O. Box 73, Exchange Tower
130 King Street West, Suite 900
Toronto, Ontario M5X 1B1
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | www.lilly.ca

If you no longer wish to receive electronic communications from Lilly to this address, please email your request to unsubscribe by **forwarding** this entire email message to unsubscribelillycanada@lilly.com. Please also include the Lilly sender's name or email address in the subject line of your forwarded message.

CONFIDENTIALITY NOTICE: This e-mail message (including all attachments) is for the sole use of the intended recipient(s) and may contain confidential information. Any unauthorized review, use, disclosure, copying or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Petruccelli, Marisa <Marisa.Petruccelli@fda.hhs.gov>
**Sent:** September 16, 2025 10:07 AM
**To:** Petruccelli, Marisa <Marisa.Petruccelli@fda.hhs.gov>
**Subject:** [EXTERNAL] Sponsor Notification of Section 921 Posting

**This Message Is From an External Sender**

This message came from outside your organization. Look at the sender's address to decide if it is safe to open.

Report Suspicious

Good morning,

We refer to our email dated April 28, 2025, informing you that we began evaluating a Newly Identified Safety Signal (NISS) on April 21, 2025, for the glucagon-like peptide-1 (GLP-1) agonist class and the risk of intestinal obstruction and fecal impaction. We have classified this NISS as a potential risk.

As you may know, Title IX, Section 921 of the Food and Drug Administration Amendments Act 2007 (FDAAA) (121 Stat. 962) amends the Federal Food, Drug and Cosmetic Act (FDCA) to add a new subsection (k)(5) to section 505 (21 U.S.C. 355). This section in FDAAA, among other things, directs FDA to "post a quarterly report on the Adverse Event Reporting System Web site of any new safety

Highly Confidential – Attorneys' Eyes Only

information or potential signal of a serious risk identified by the Adverse Event Reporting System within the last quarter."

Currently, to comply with Section 921 of FDAAA, the Agency reviews all NISSs that are identified for evaluation each quarter in CDER's Lifecycle Signal Tracker (LiST).  Those that are based wholly or in part on FAERS data are posted in the corresponding quarter on the FAERS web site.

We have determined your product's potential risk of intestinal obstruction and fecal impaction is based wholly or in part on FAERS data. Your product will be included in the next posting on or around September 30, 2025.

Additional information on Section 921 and the quarterly reports are available at FDA. gov[1]

Please contact me with any questions,
Marisa

[1] https://www.fda.gov/drugs/questions-and-answers-fdas-adverse-event-reporting-system-faers/potential-signals-serious-risksnew-safety-information-identified-fda-adverse-event-reporting-system

**Marisa Petruccelli**
*Safety Regulatory Project Manager- Division of Diabetes, Lipid Disorders, and Obesity (DDLO)*

Center for Drug Evaluation and Research (CDER) / Office of New Drugs (OND)
Office of Cardiology, Hematology, Endocrinology, and Nephrology (OCHEN)
U.S. Food and Drug Administration

Tel: 240-402-6147
Marisa.Petruccelli@fda.hhs.gov



    

Highly  Confidential – Attorneys' Eyes Only

LLY-GLPMDL-21570724