# EXHIBIT 277D

Message
_____

**From:** Dosanjh, Supendeep [Supendeep.Dosanjh@fda.hhs.gov]
**Sent:** 8/24/2021 3:11:30 PM
**To:** Francene Bailey                              ; Jennie Lenora Walgren
**Subject:** [EXTERNAL] Notification of Newly Identified Safety Signal for BLA 125469

**EXTERNAL EMAIL:** Use caution before replying, clicking links, and opening attachments.

Dear Jennie and Francene,

FDA staff in the Center for Drug Evaluation and Research (CDER) and Center for Biologics Evaluation and Research (CBER) regularly conduct routine safety surveillance. When a safety signal for a marketed drug or biologic product is identified (from various sources, such as our FDA Adverse Event Reporting System (FAERS) database, literature, or regulatory submissions), a Newly Identified Safety Signal (NISS) is created in CDER's Lifecycle Signal Tracker (LiST) to facilitate timely evaluation and management.

We began evaluating a NISS on August 18, 2021 for the glucagon-like peptide-1 (GLP-1) class, including your product, dulaglutide, regarding gallbladder-related disorders. In accordance with the CDER Manual of Policies and Procedures (MAPP), *Collaborative Identification, Evaluation, and Resolution of a Newly Identified Safety Signal (NISS)*,[1] we have classified this NISS as a Potential Risk.

As you may know, Title IX, Section 921 of the Food and Drug Administration Amendments Act 2007 (FDAAA) (121 Stat. 962) amends the Federal Food, Drug and Cosmetic Act (FDCA) to add a new subsection (k)(5) to section 505 (21 U.S.C. 355). This section in FDAAA, among other things, directs FDA to "post a quarterly report on the Adverse Event Reporting System Web site of any new safety information or potential signal of a serious risk identified by the Adverse Event Reporting System within the last quarter."

To comply with Section 921 of FDAAA, the Agency reviews the LiST database for all NISS that were identified for evaluation each quarter, and those that are based wholly or in part on FAERS data are posted in the corresponding quarter on the FAERS web site. Therefore, if your safety issue is based wholly or in part on FAERS data, it will be included in the third quarter posting for 2021.

Additional information on Section 921 and the quarterly reports are available at FDA.gov.[2]

Please confirm receipt of this email and contact me with any questions.

[1] We update CDER MAPP documents periodically. For the most recent version of a CDER MAPP, check following link: https://www.fda.gov/about-fda/center-drug-evaluation-and-research-cder/cder-manual-policies-procedures-mapp

[2] https://www.fda.gov/drugs/fda-adverse-event-reporting-system-faers/potential-signals-serious-risksnew-safety-information-identified-fda-adverse-event-reporting-system

Thank you,

_____

[1] We update CDER MAPP documents periodically. For the most recent version of a CDER MAPP, check following link: https://www.fda.gov/about-fda/center-drug-evaluation-and-research-cder/cder-manual-policies-procedures-mapp.
[2] https://www.fda.gov/drugs/fda-adverse-event-reporting-system-faers/potential-signals-serious-risksnew-safety-information-identified-fda-adverse-event-reporting-system

Highly Confidential – Attorneys' Eyes Only     LLY-GLPMDL-09716912

**Supendeep Dosanjh, PharmD, MLRHR, CSP**
*Regulatory Project Manager*

**Diabetes, Lipid Disorders, and Obesity**
**Division of Regulatory Operations for Cardiology, Hematology, Endocrinology, and Nephrology**
**Office of Regulatory Operations**
**Center for Drug Evaluation and Research**
**U.S. Food and Drug Administration**
Phone: 301.837.7649
Fax: 301.595.2123
Supendeep.Dosanjh@fda.hhs.gov



    

Highly  Confidential – Attorneys' Eyes Only                                                                          LLY-GLPMDL-09716913