# PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT NOVO NORDISK INC.'S MOTION TO SEAL THE EXPERT REPORT OF DR. DAVID KESSLER

**filed conditionally under seal**