**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 : <br> RECEPTOR AGONISTS (GLP-1 RAs) : <br> PRODUCTS LIABILITY LITIGATION : | **CIVIL ACTION** <br><br> **MDL No. 3094** <br> **2:24-md-03094-KSM** <br><br> **HON. KAREN SPENCER MARSTON** |
| : <br> **THIS DOCUMENT RELATES TO:** : <br> : <br> *ALL ACTIONS / ALL CASES* : <br> : |  |

**PLAINTIFFS' SUMMARY OF FILINGS ON JUNE 30, 2026**

Plaintiffs' submit this summary of filings to facilitate the Court's review of Plaintiffs' filings on June 30, 2026:

| Plaintiff Document Name [ECF #] | Related Defendant Filing: | Folder Name in Shared Link |
|---|---|---|
| Plaintiffs' Memorandum of Law in Opposition to Novo Nordisk's Motion for Summary Judgment As To General Causation and Adequacy of Labeling [ECF 773] | Novo Nordisk Motion for Summary Judgment as to General Causation and Adequacy of Labeling [ECF 676, 676-1] | "Plaintiffs Opposition to Novo Nordisk Motion for Summary Judgment" |
| Plaintiffs' Response to Novo Nordisk's Statement of Undisputed Facts in Support of Motion for Summary Judgment As To General Causation and Adequacy of Labeling [ECF 775] | Novo Nordisk Statement of Undisputed Facts in Support of Motion for Summary Judgment As to General Causation and Adequacy of Labeling [ECF 676-2] | "Plaintiffs Opposition to Novo Nordisk Motion for Summary Judgment" |
| Declaration of Jonathan Orent and Exhibits [ECF 763, 764, 766] | [ECF 676, 676-1, 676-2] | "Declaration of Jonathan Orent and Exhibits for Statement of Additional Facts – Novo" |
| Opposition of Plaintiffs to Defendants Eli Lilly and Company and Lilly USA, LLC's Motion for Summary Judgment on Preemption Grounds [ECF 769] | Defendants Eli Lilly and Company and Lilly USA, LLC's Motion for Summary Judgment on Gastroparesis Claims [ECF 695, 695-1] | "Plaintiffs Opposition to Lilly's Summary Judgment – Preemption" |
| Opposition of Plaintiffs to Eli Lilly and Company and Lilly USA, LLC's Motion for Summary Judgment on Gastroparesis Claims on Label Adequacy and General Causation Grounds [ECF 768] | Defendants Eli Lilly and Company and Lilly USA, LLC's Motion for Summary Judgment on Gastroparesis Claims [ECF 695, 695-1] | "Plaintiffs Opposition to Lilly Summary Judgment – Gastroparesis" |
| Plaintiff Response to Defendants Eli Lilly and Company and Lilly USA LLC's ("Lilly") Statement of Undisputed Material Facts in Support of their Motion for Summary Judgment on Gallbladder Claims and Plaintiffs Statement of Facts in Opposition to Lillys Motion for Summary Judgment on Gallbladder Claims [ECF 768-1] | [ECF 695-2] | "Plaintiffs Opposition to Lilly Summary Judgment – Gastroparesis" |
| Plaintiffs' Response in Opposition to Lilly Motion for Summary Judgment on Ileus and Obstruction Claims [ECF 770] | Defendants Eli Lilly and Company and Lilly USA, LLC's Motion for Summary Judgment on Ileus and Obstruction Claims [ECF 692, 692-1] | "Plaintiffs Opposition to Lilly Summary Judgment – Ileus and Obstruction" |
| Plaintiff's Response to Eli Lilly and Company and Lilly USA, LLC's Statement of Undisputed Facts in | [692-2] | "Plaintiffs Opposition to Lilly Summary Judgment – Ileus and Obstruction" |

| | | |
|---|---|---|
| Support of their Motion for Summary Judgment on Ileus and Obstruction Claims [ECF 770-1] | | |
| Plaintiffs' Response in Opposition to Defendants Eli Lilly and Company and Lilly USA, LLC's Motion for Summary Judgment on Gallbladder Claims [ECF 765] | Defendants Eli Lilly and Company and Lilly USA, LLC's Motion for Summary Judgment on Gallbladder Claims [ECF 697, 697-1] | "Plaintiffs Opposition to Lilly Summary Judgment – Gallbladder" |
| Plaintiffs' Response to Defendants Eli Lilly and Company and Lilly USA, LLC's ("Lilly") Statement of Undisputed Material Facts in Support of their Motion for Summary Judgment on Gallbladder Claims and Plaintiffs Statement of Facts in Opposition to Lillys Motion for Summary Judgment on Gallbladder Claims [ECF 765-1] | [ECF 697-2] | "Plaintiffs Opposition to Lilly Summary Judgment – Gallbladder" |
| Plaintiffs' Omnibus Statement of Additional Material Facts in Support of their Oppositions to Lilly's Motion for Summary Judgment on Ileus, Obstruction, Non-Gastroparesis Gastrointestinal and Miscellaneous Claims, Gastroparesis Claims and Gallbladder Claims [ECF 771] | [ECF 692-2, 694-2, 695-2, 696-2] | "Plaintiffs Omnibus Statement of Facts for Lilly" |
| Declaration of Sarah Ruane and Exhibits [ECF 776, 777, 778] | [ECF 695,692,697] | "Declaration of Sarah Ruane and Exhibits for Statement of Additional Facts – Lilly" |
| Plaintiffs' Motion for Leave to Conduct Additional Discovery [ECF 767] | N/A | "Plaintiffs Motion for Leave to Conduct Additional Discovery" |
| Plaintiffs' Response to Lilly's Statement of Undisputed Facts in Support of their Motion for Summary Judgment on Non-Gastroparesis Gastrointestinal and Miscellaneous Claims [ECF 772-1] | [ECF 694] | "FINAL SEALED_Response to Lilly SUF Other Injuries" |
| Plaintiffs' Memorandum in Law in Opposition to Defendant Lilly's Motion for Summary Judgment on Nongastroparesis Gastrointestinal and Miscellaneous Claims [ECF 772] | [ECF 694-1] | "FINAL SEALED_Opposition to Lilly MSJ Other Injuries" |

Dated: July 2, 2026

RESPECTFULLY SUBMITTED,

*/s/ Jonathan Orent*
Jonathan Orent
MOTLEY RICE LLC
40 Westminster St., 5th Floor
Providence, RI 02903
Phone: (401) 457-7700
jorent@motleyrice.com

Parvin K. Aminolroaya
SEEGER WEISS LLP
55 Challenger Rd., 6th Floor
Ridgefield Park, NJ 07660
Phone: (973) 639-9100
paminolroaya@seegerweiss.com

Paul J. Pennock
MORGAN & MORGAN, P.A.
350 Fifth Ave., Suite 6705
New York, NY 10118
Phone: (212) 738-6839
ppennock@forthepeople.com

Sarah Ruane
WAGSTAFF & CARTMELL
4740 Grand Avenue Suite 300
Kansas City, MO 64112
Phone (816) 701-1123
sruane@wcllp.com

Plaintiffs' Co-Lead Counsel

**CERTIFICATE OF SERVICE**

4

I hereby certify that on July 1, 2026, a true and correct copy of the foregoing document was electronically filed using the Court's CM/ECF System, which will send notification of such filing to all counsel of record.

/s/ *Jonathan Orent*
Jonathan Orent