IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GLUCAGON-LIKE | : | CIVIL ACTION |
| PEPTIDE-1 RECEPTOR AGONISTS | : | |
| (GLP-1 RAS) PRODUCTS | : | |
| LIABILITY LITIGATION | : | MDL No. 3094 |
| | : | 24-md-3094 |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| | : | HON. KAREN SPENCER MARSTON |
| *ALL ACTIONS/ALL CASES* | : | |

## ORDER

**AND NOW**, this 10th day of July, 2026, upon consideration of the Novo Defendants' oral motion to submit a single motion to seal that covers documents filed in connection with the remaining opposition and reply briefs for the motions on Cross Cutting Issues 2 and 3, it is **ORDERED** that the motion is **GRANTED**.  To the extent any party is pursuing sealing, that party shall file a single, omnibus motion to seal by **August 21, 2026**, and to the extent any party opposes such a motion, that party shall file a single, omnibus opposition brief by **September 30, 2026.**[1]

BY THE COURT:

*/s/ Karen Spencer Marston*
**KAREN SPENCER MARSTON, J.**

---

[1] The Court's Sealing Process Order (Doc. No. 187-2) states initial and opposition briefs shall be no more than 10 pages each (*id.* at 3–4).  For purposes of these omnibus motion(s) and response(s), each brief may be as much as 25 pages.