**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION** | : | **CIVIL ACTION** |
| | : | **MDL No. 3094**<br>**24-md-3094** |
| **THIS DOCUMENT RELATES TO:** | : | |
| ***ALL ACTIONS/ALL CASES*** | : | **HON. KAREN SPENCER MARSTON** |

**ORDER**

**AND NOW**, this 28th day of August, 2026, it is **ORDERED** that the **Evidentiary Hearing** previously scheduled for September 10–18, 2026 (*see* Doc. No. 658), is **RESCHEDULED** for **September 14–18, 2026 in Courtroom 16B.** The hearing will run as follows:

| DAY | START TIME | END TIME[1] |
|---|---|---|
| Monday | 9:30 a.m. | 5:30 p.m. |
| Tuesday | 9:30 a.m. | 5:30 p.m. |
| Wednesday | 9:00 a.m. | 5:00 p.m. |
| Thursday | 9:30 a.m. | 5:30 p.m. |
| Friday | 8:00 a.m. | 4:00 p.m. |

**BY THE COURT:**

*/s/ Karen Spencer Marston*
**KAREN SPENCER MARSTON, J.**

[1] If absolutely necessary, the Court will continue the hearing after 5:30 p.m. Monday, Tuesday and Thursday. The Court will not continue past end times on Wednesday or Friday.