**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAs) PRODUCTS LIABILITY LITIGATION** | **CIVIL ACTION**<br><br>**MDL No. 3094**<br>**2:24-md-03094-KSM** |
| **THIS DOCUMENT RELATES TO:**<br><br>***ALL ACTIONS / ALL CASES*** | **HON. KAREN SPENCER MARSTON** |

**WITHDRAWAL OF APPEARANCE**

**TO THE CLERK OF COURT:**

Please withdraw the appearance of Abigail T. Burton as co-counsel for defendant Eli Lilly and Company.

Dated: September 30, 2026

Respectfully submitted,

*/s/ Abigail T. Burton*

Abigail T. Burton (PA ID No. 334450)
**WELSH & RECKER, P.C.**
306 Walnut Street
Philadelphia, PA 19106
(267) 764-5498
aburton@welshrecker.com

**CERTIFICATE OF SERVICE**

I, Abigail T. Burton, hereby certify that I caused a true and correct copy of the foregoing Withdrawal of Appearance to be filed with the Clerk of Court of the United States District Court for the Eastern District of Pennsylvania using the ECF system, and the filing is available for viewing and download from the ECF system, and a true and correct copy was served via ECF on all counsel of record registered with the ECF system.

Dated: September 30, 2026 *_/s/ Abigail T. Burton_*