**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION** | : | **CIVIL ACTION** |
| | : | **MDL No. 3094**<br>**24-md-3094** |
| **THIS DOCUMENT RELATES TO:** | : | |
| | : | **HON. KAREN SPENCER MARSTON** |
| ***ALL ACTIONS/ALL CASES*** | : | |

**ORDER**

**AND NOW**, this 13th day of October, 2026, it is **ORDERED** that the **status conference** begun on October 13, 2026, at which the parties provided closing arguments on the pending Rule 702 motions for Cross Cutting Issues 2 and 3, shall **CONTINUE** on **October 14, 2026 at 9:00 a.m. in Courtroom 16B.**

**BY THE COURT:**

***/s/ Karen Spencer Marston***
**KAREN SPENCER MARSTON, J.**