**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION** | : | **CIVIL ACTION** |
| | : | **MDL No. 3094**<br>**24-md-3094**<br>**01-md-3094** |
| **THIS DOCUMENT RELATES TO:** | : | |
| ***ALL ACTIONS/ALL CASES*** | : | **HON. KAREN SPENCER MARSTON** |

**ORDER**

**AND NOW**, this 11th day of November, 2026, it is **ORDERED** that the Court shall hold **ORAL ARGUMENT** on the pending motions for summary judgment as follows:

1. Argument on Novo's motion for summary judgment, Lilly's motion for summary judgment related to gallbladder injuries, and the portions of Lilly's motions that relate to general causation is scheduled for **December 3, 2026 at 10:00 a.m. in Courtroom 16B.**

2. Argument on Lilly's motions for summary judgment on preemption and label adequacy grounds is scheduled for **January 19, 2027 at 1:00 p.m. in Courtroom 16B.**

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
**KAREN SPENCER MARSTON, J.**